**Fill in this information to identify the case:**

Debtor name: **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| East West Bank Treasury Department 135 North Los Robles Avenue Suite 600 ATTN: Linda Cox Pasadena, CA 91101 | | | | $22,350,000.00 | Unknown | Unknown |
| Mesa Fluids, LLC c/o Juno Financial P.O. Box 173928 Denver, CO 80217-3928 | | Trade Debt | | | | $992,275.80 |
| Stoneham Drilling Corporation 707 17th Street Suite 3250 Denver, CO 80202 | | Trade Debt | | | | $729,282.68 |
| TCP Cottonwood, L.P. 333 Texas Street, Suite 2020 Shreveport, LA 71101 | | Cash Call Advance - $465,917.81 Working Interest Revenue - $193,803.34 | | | | $659,721.15 |
| Fant Energy Limited P.O. Box 55205 Houston, TX 77255 | | Cash Call Advance $405,053.86 Working Interest Revenue - $226,857.76 | | | | $631,911.62 |
| JJS Working Interest LLC 2001 Kirby Dr, Suite 1110 Houston, TX 77019 | | Cash Call Advance | | | | $608,311.38 |

Official form 204 — Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims — page 1

Debtor **Sklar Exploration Company, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **H&H Construction, LLC**<br>Ladon E. Hall, Sole Manager<br>P.O. Box 850<br>Flomaton, AL 36441 | | Trade Debt | | | | $510,449.00 |
| **JD Fields & Company, Inc.**<br>P.O. Box 134401<br>Houston, TX 77219-4401 | | Trade Debt | | | | $474,029.54 |
| **Kudzu Oil Properties, LLC**<br>300 Concourse Blvd, Suite 101<br>Ridgeland, MS 39157 | | Cash Call Advance | | | | $446,353.04 |
| **FPCC USA, Inc.**<br>245 Commerce Green Blvd, Ste 250<br>Sugar Land, TX 77478 | | Cash Call Advance | | | | $414,084.00 |
| **Lucas Petroleum Group, Inc.**<br>327 Congress Avenue, Suite 500<br>Austin, TX 78701-3656 | | Cash Call Advance | | | | $384,201.02 |
| **Meritage Energy, Ltd.**<br>C/O BKD, LLP<br>2700 Post Oak Blvd, Ste 1500<br>Houston, TX 77056 | | Cash Call Advance | | | | $375,193.95 |
| **Strago Petroleum Corporation**<br>3209 Hamm Road<br>Pearland, TX 77581-5503 | | Cash Call Advance | | | | $366,114.75 |
| **Anderson Investment Holdings, LP**<br>AEEC II, LLC<br>333 Texas Street, Suite 2020<br>Shreveport, LA 71101 | | Cash Call Advance $299,473.91<br>Working Interest Revenue $64,799.27 | | | | $364,273.18 |
| **Kelley Brothers Contractors, Inc.**<br>P.O. Drawer 1079<br>Waynesboro, MS 39367 | | Trade Debt | | | | $341,605.44 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 2

Debtor  **Sklar Exploration Company, LLC**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rapad Well Service Co., Inc.** 217 West Capitol Street Jackson, MS 39201 | | **Trade Debt** | | | | $330,036.75 |
| **Apple River Investments, L.L.C.** Attn: Robert M. Boeve, President 1503 Garfield Road North Traverse City, MI 49696 | | **Cash Call Advance $281,941.42 Working Interest Revenue - $21,283.97** | | | | $303,225.39 |
| **Pruet Oil Company, LLC** 217 West Capitol St. Ste 201 Jackson, MS 39201-2004 | | **Cash Call Liability** | | | | $274,562.72 |
| **Pro-Tek Field Services, LLC** P.O. Box 919269 Dallas, TX 75391-9269 | | **Trade Debt** | | | | $266,228.26 |
| **Union Oilfield Supply, Inc.** 12 John Dykes Road Waynesboro, MS 39367 | | **Trade Debt** | | | | $252,725.91 |