UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
) Case No. 20-11168-EEB
SKLAR EXPLORATION COMPANY, LLC )
EIN: 72-1417930 ) Chapter 11
)
Debtor. )

## VERIFIED STATEMENT OF ATTORNEY

1. I am a shareholder of Kutner Brinen, P.C.

2. Kutner Brinen, P.C. (the "Firm") are attorneys and counselors of law duly admitted to the practice of law in the State of Colorado and this Court.

3. The Firm's offices for the practice of law are located at 1660 Lincoln Street, Suite 1850, Denver, Colorado 80264.

4. The Firm has investigated its files to the greatest extent possible prior to filing this case and it does not appear that the Firm has represented any of the Debtor's creditors. The Firm was retained to handle this chapter 11 case for the Debtor.

5. The Firm does not represent any party in interest adverse to the interest of the Debtor. The Firm does not represent any creditor of the Debtor and does not represent any member, officer or manager. The Firm is disinterested as defined by 11 U.S.C. § 101(14) and does not have or represent an interest materially adverse to the interest of the estate or of any class of creditors.

6. The Firm has also been retained to represent an affiliated company known as Sklarco, LLC ("Sklarco"). Both the Debtor and Sklarco are owned by the same member, The Howard F. Sklar Trust and they are both co-makers of the same operating loan made by East West Bank. Sklarco is generally an entity that owns interests in oil and gas properties and the Debtor is the operator of oil and gas properties, including many of those owned by Sklarco. Based upon investigations made to date, there do not appear to be any enforceable claims that exist between the Debtor and Sklarco, other than for operation of the Sklarco properties.

7. The Firm is not aware of any other connection with the Debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, other than as set forth herein.

**EXHIBIT A**

8. The statements contained in the Application to Employ Attorneys are true and correct to the best of our knowledge and belief.

/s/ Lee M. Kutner
Lee M. Kutner

Subscribed and sworn to before me this 1st day of April, 2020 at Denver, Colorado.
Witness my hand and official seal.
My commission expires:

Vicky Martina
Notary Public

VICKY L. MARTINA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19924004371
MY COMMISSION EXPIRES APRIL 27, 2020