## PROFESSIONAL HOURLY RATES

| ATTORNEY | HOURLY RATE |
|---|---|
| Lee M. Kutner | $580 |
| Jeffrey S. Brinen | $500 |
| Jenny M. Fujii | $410 |
| Keri L. Riley | $350 |
| Law Clerk | $175 |

**EXHIBIT B**