UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-11168-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER APPROVING APPLICATION TO EMPLOY ATTORNEYS**

THIS MATTER, having come before the Court on the Application of the Debtor for authority to appoint Kutner Brinen, P.C. to represent it as counsel in this case, the Court being satisfied that Kutner Brinen, P.C. represents no interest materially adverse to the estate of the Debtor, and the matter upon which it is to be engaged, that its employment is necessary and would be in the best interests of the estate, it is

ORDERED

That Sklar Exploration Company, LLC is authorized to employ and appoint Kutner Brinen, P.C. to represent it as counsel in this case under chapter 11 as Debtor and Debtor-in-Possession on an interim basis for the first 20 days of the case and in the absence of any unresolved objection on a final basis thereafter; and it is

FURTHER ORDERED

That the fees and costs charged by Kutner Brinen, P.C. are subject to allowance or review by the Court in accordance with 11 U.S.C. §§ 329, 330 and 331.

Done and entered this _____ day of April, 2020 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Court Judge