UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

## MOTION FOR JOINT ADMINISTRATION

The Debtors and Debtors-in-Possession, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco"), by and through their attorneys, Kutner Brinen, P.C., move the Court for an Order for Joint Administration of the two chapter 11 cases captioned Sklar Exploration Company, LLC, Case No. 20-12377-EEB; and Sklarco, LLC ("Sklarco"), Case No. 20-12380-EEB, and as grounds therefore, states as follows:

1. SEC filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code on April 1, 2020 and remains a debtor-in-possession.

2. Sklarco filed for relief under chapter 11 of the Bankruptcy Code on April 1, 2020 and remains a debtor-in-possession.

3. SEC is engaged in business as an independent exploration and production company in the oil and gas industry. SEC is an operating company and does not own oil or gas properties. SEC has its principal business office in Boulder, Colorado and has additional offices in Shreveport, Louisiana and Brewton, Alabama. SEC's exploration and production activities are primarily located in East Texas, North Louisiana, South Mississippi, South Alabama and the Florida Panhandle. The Debtor is also developing properties and opportunities in the western United States.

4. Sklarco is an owner of oil and gas property interests directly and as an agent for other property owners. The Sklarco properties are, to a large part, operated by SEC.

5. Both SEC and Sklarco are owned by The Howard F. Sklar Trust. Howard F. Sklar is the Manager of both SEC and Sklarco. The businesses operated by the two Debtors have generally been operated by the Sklar family for three generations.

6. Both SEC and Sklarco are liable as co-makers for a loan in the approximate outstanding amount of $22,350,000 made by East West Bank as agent for certain beneficiaries. The loan is represented in part by a Credit Agreement dated June 15, 2018 that provides for a maximum credit extension of $50,000,000 and a Promissory Note of the same date. Both Debtors have pledged their assets to secure the loan.

7. The issues in this case arise as a result of the precipitous decline in the prices of oil and gas over the past ninety days. During the month of January 2020 alone the average price of oil per barrel was $57. That price has declined to approximately $20 per barrel as of March 30, 2020. This decline has resulted in a similar decline in the value of the assets of Sklarco and a decline in the future revenue of SEC which is based on the revenue generated from oil and gas sales.

8. The issues that will need to be resolved in the Debtors' cases will be, to a great extent, identical. The cases will involve common factual and legal issues.

9. The SEC chapter 11 case was the earlier-filed case. Accordingly, pursuant to Local Bankruptcy Rule 1015-1, joint administration should occur under that case.

10. A similar Motion for Joint Administration is being filed in the affiliated case.

11. Substantive consolidation of the two cases is not being requested under this Motion, only joint administration of the two cases.

**[remainder of page intentionally left blank]**

WHEREFORE, the Debtor prays that the SEC and Sklarco chapter 11 cases be jointly administered under the SEC chapter 11 case pursuant to Bankruptcy Rule 1015(b) and Local Bankruptcy Rule 1015-1, order that the two cases be jointly administered under the SEC Case No. 20-12377-EEB, and for such further and additional relief as to the Court may appear proper.

Dated: April 1, 2020                                   Respectfully submitted,


                                               By:    */s/ Lee M. Kutner*
                                                         Lee M. Kutner, #10966
                                                         Jeffrey S. Brinen, #20565
                                                         Keri L. Riley, #47605
                                                         **KUTNER BRINEN, P.C.**
                                                         1660 Lincoln St., Suite 1850
                                                         Denver, CO  80264
                                                         Telephone:  (303) 832-2400
                                                         Telecopy: (303) 832-1510
                                                         E-Mail: klr@kutnerlaw.com

## CERTIFICATE OF SERVICE

I certify that on April 2, 2020, I served a complete copy of the foregoing **MOTION FOR JOINT ADMINISTRATION** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294


/s/Vicky Martina
**Vicky Martina**
**Kutner Brinen PC**