UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN:  72-1425432 ) | Chapter 11 |
|   Debtor. ) | |
| | |
|   Debtor. ) | |

**ORDER GRANTING MOTION FOR JOINT ADMINISTRATION**

THIS MATTER comes before the Court on the Motion for Joint Administration filed in Case No. 20-12377-EEB on April 1, 2020 by Sklar Exploration Company, LLC, seeking to jointly administer the above-captioned cases pursuant to Fed. R. Bankr. P. 1015(b).  The Court, having reviewed the files,

ORDERS that the Motion for Joint Administration is hereby GRANTED and the above-captioned cases shall be jointly administered for procedural purposes only pursuant to Fed. R. Bankr. P. 1015(b).

IT IS FURTHER ORDERED that the jointly administered cases are reassigned to the judge to whom the lower-numbered case (the "lead case") was assigned.  The above-captioned cases shall be assigned and/or reassigned to the Honorable Elizabeth E. Brown, Bankruptcy Judge, and shall bear the initials EEB following the case number.  The Clerk of the Court shall adjust the assignment of cases accordingly.

IT IS FURTHER ORDERED that to effect joint administration, the following administrative procedures shall apply, but shall have no effect upon the substantive issues of the estate, either individually or collectively:

1. All motions, pleadings, and other documents filed in the jointly administered case shall bear a combined caption which includes the full name and number of each specific case as in Official Bankruptcy Form 16A, and must be filed, docketed and processed in the lead case, except for the following:

    a. a motion which applies to less than all jointly administered debtors must clearly

  indicate in the caption and title to which Debtor the motion applies, but must still be filed in the lead case;

 b. all proofs of claim must be filed in the specific case to which they apply;

 c. monthly financial reports must be filed in the specific case to which they apply; and

 d. amendments to schedules, statements, lists and other required documents in Fed.R.Bankr.P. 1002 and 1007 must be filed in the specific case to which the amendments apply.

2. Debtors shall maintain adequate records regarding the assets of the respective Debtors' estates in order to protect the rights of joint creditors and separate creditors of these estates.

3. The Clerk of the Court (or other designated party) shall provide notice of the joint administration of the above-captioned cases to all creditors and interested parties identified in each case.

Done and entered this \_\_\_\_\_ day of April, 2020 at Denver, Colorado.

        BY THE COURT:

        _____
        Honorable Elizabeth E. Brown
        United States Bankruptcy Judge