UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

## APPLICATION TO EMPLOY BERG HILL GREENLEAF & RUSCITTI, LLP AS SPECIAL COUNSEL

The Debtors, Sklar Exploration Company, LLC and Sklarco, LLC ("Debtors"), by and through their attorneys, Kutner Brinen, P.C., move the Court for entry of an Order authorizing the Debtors to employ Berg Hill Greenleaf & Ruscitti, LLP ("Special Counsel"), as special counsel pursuant to 11 U.S.C. § 327(e), and support thereof states as follows:

1. The Debtors filed their voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code on April 1, 2020 ("Petition Date"). The Debtors remain Debtors-in-Possession.

2. The Debtors are limited liability companies engaged in business as an oil and gas operating company in the case of Sklar Exploration Company, LLC ("SEC") and an oil and gas property owner in the case of Sklarco, LLC.

3. The Debtors are party to a secured credit and lending agreement with East West Bank and there is currently an outstanding balance on this loan of approximately $22,400,000. The loan is secured by most of the Debtors' assets. The Debtors have been in business for an extensive timeframe covering three generations of the Sklar family. The Debtors are subject to extensive contractual obligations covering their extensive oil and gas exploration and development in the Southeast United States and the Western United States. For example, SEC operates 50-60 properties and 2 gas plants located in Shreveport, Louisiana, and Brewton, Alabama.

4. The Debtors seek to employ Special Counsel to represent it with respect to corporate and bank and lending issues. Special Counsel previously represented the Debtors in all other aspects of their corporate affairs and their bank and credit facilities, and the Debtors therefore seek to employ Special Counsel to because of its familiarity with such issues and the Debtors.

5. Special Counsel does not hold a pre-petition unsecured claim against the Debtors. Special Counsel does hold a retainer in the amount of $25,000 for post-petition services in this case. A separate application will be filed, on notice to creditors, for approval of the retainer.

6. Employment for a specific purpose pursuant to section 327(e) does not require an attorney who has previously represented the debtor to be disinterested. *In re Statewide Pools, Inc.*, 79 B.R. 312, 314 (Bankr. S.D. Ohio 1987).

7. Giovanni Ruscitti will be the primary attorney responsible for the Debtors account. Mr. Ruscitti is a licensed Colorado attorney, and has significant experience in addressing corporate matters and the Debtors' bank and lending issues. Additional information about Mr. Ruscitti and Special Counsel can be found at http://www.bhgrlaw.com/.

8. Special Counsel will bill for its services on an hourly basis. Mr. Ruscitti's hourly rate is $400 per hour. Additional attorneys and staff may also be assigned to perform work on the Debtors' account.

9. Special Counsel will only be compensated for its services payable from the estate by application to the Bankruptcy Court for such fees and costs and after notice to creditors with an opportunity for a hearing.

10. To the best of Debtors' knowledge, neither Special Counsel nor any member or associate thereof, has any relationship which would result in a conflict of interest with the Debtors, the Debtors' attorneys, the creditors or any other party in interest or their respective attorneys.

11. Representation on the matters described herein is necessary to allow the Debtors to effectively proceed with their reorganization. As such, it is in the best interest of the Debtors, creditors, and the bankruptcy estate that Special Counsel be retained to represent the Debtors for the purposes set forth herein.

12. In is in the best interest of the Debtors, its estate, and its creditors to proceed with the retention of Special Counsel on an immediate basis to ensure that Special Counsel can

continue to provide legal services to the Debtor. Accordingly, the Debtors request that its employment of Special Counsel be granted effective as of the Petition Date.

WHEREFORE, the Debtors request that the Court make and enter an Order authorizing the Debtors to employ Berg Hill Greenleaf & Ruscitti, LLP for the purposes outlined in this Application, and for such further and additional relief as to the Court may appear proper.

Dated: April 2, 2020   Respectfully submitted,

By: */s/ Jeffrey S. Brinen*
Lee M. Kutner, #10966
Jeffrey S. Brinen, #20565
Keri L. Riley, #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
Telecopy: (303) 832-1510
E-Mail: lmk@kutnerlaw.com

## CERTIFICATE OF SERVICE

I certify that on April 2, 2020, I served a complete copy of the foregoing **APPLICATION TO EMPLOY BERG HILL GREENLEAF & RUSCITTI, LLP AS SPECIAL COUNSEL** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

/s/Vicky Martina
**Vicky Martina**
**Kutner Brinen PC**