UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

## AFFIDAVIT OF GIOVANNI RUSCITTI

I, Giovanni Ruscitti, do swear and affirm as follows:

1.      I am an attorney duly licensed to practice law in the State of Colorado.

2.      I am a shareholder of the law firm Berg Hill Greenleaf & Ruscitti, LLP ("Firm"). The Firm's Denver offices are located at 1525 17th Street, Denver, Colorado 80202.

3.      The Firm does not represent any entity, including any creditor of the Debtors, which has a claim or interest in the Debtors.

4.      This Affidavit is submitted in support of the Debtor's Application to Employ Berg Hill Greenleaf & Ruscitti, LLP as Special Counsel ("Application") pursuant to 11 U.S.C. § 327(e) to provide legal services concerning corporate matters and bank and credit issues. I previously represented the Debtors with respect to such matters, and have significant experience in handling these issues based upon my knowledge of the Debtors and their affairs.

5.      Fees will be billed at an hourly rate.  I have agreed to perform services at an hourly rate of $400 on this case.

6.      The Firm will make Application to the Court for approval of its fees and costs in excess of the retainer with notice and an opportunity for a hearing being provided to creditors.

7.      The Firm does not have an interest materially adverse to the interest of the estate or of any class of creditors on the matters for which it will be employed.

8.      I am not aware of any other connection with the Debtors, creditors, or any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

8.    I am not aware of any other connection with the Debtors, creditors, or any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

9.    The statements contained in the Application to Employ Berg Hill Greenleaf & Ruscitti, LLP as Special Counsel are true and correct to the best of my knowledge and belief.

Giovanni Ruscitti

Subscribed and sworn to before me this 2nd day of April, 2020 at Denver, Colorado.

Witness my hand and official seal.

My commission expires

VICKY L. MARTINA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 43-3306-021
MY COMMISSION EXPIRES APRIL 24, 2020

Notary Public