UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

**ORDER GRANTING *EX PARTE* MOTION FOR ENTRY OF ORDER LIMITING NOTICE**

THIS MATTER having come before the Court on the Debtors' *Ex Parte* Motion for Entry of Order Limiting Notice ("Motion"), the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby

ORDER

1. That the Motion is GRANTED;

2. Notice shall be provided to all creditors and parties in interest of the following:
   a. Notice of Meeting of Creditors;
   b. The time fixed for filing administrative expense claims or proofs of claim;
   c. Any motions to sell property free and clear of liens, claims, and encumbrances pursuant to 11 U.S.C. § 363 in an amount greater than $200,000 or for substantially all of the Debtor's assets;
   d. Any motions to dismiss or covert;
   e. Any motions to approve a settlement or compromise, other than settlements related to relief from the automatic stay in an amount greater than $50,000; and
   f. Hearings on the confirmation of any Plan of Reorganization or liquidation, and any dates related thereto, including the deadline for filing objections to such Plan.

3. For all other applications and motions requiring notice, notice shall be limited to those parties identified in Paragraph 8 of the Motion and required by L.B.R. 2081-2(d).

Done and entered this _____ day of April, 2020 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Court