**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC<br><br>Debtor.<br><br>_____ | Case No. 20-12377-EEB<br><br>Chapter 11 |
| In re:<br><br>SKLARCO, LLC<br><br>Debtor.<br><br>_____ | Case No. 20-12380-EEB<br><br>Chapter 11 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that, the undersigned hereby appears as counsel for Baker Hughes, a GE Company LLC ("Baker Hughes"), and pursuant to Federal Rules of Bankruptcy Procedures 2002 and 9007 and 11 U.S.C. §§ 102(1) and 342, Baker Hughes requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

Timothy C. Mohan
Foley & Lardner LLP
600 17th Street, Suite 2020S
Denver, CO 80202
Email: tmohan@foley.com

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, Trustee reports, motions, objections, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether filed, transmitted or conveyed electronically, by mail, delivery, telephone, telegraph, telex, or otherwise: (1) which affect or seek to affect, in any way, any rights or interests of Baker Hughes with respect to (a) the Debtor, or (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment, or other conduct by Baker Hughes or any other party-in-interest.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) this party's right to have final orders in non-core matters entered only after

4836-5356-4087

de novo review by a U.S. District Court judge; (ii) this party's right to trial by a jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) this party's right to have a reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which this party is or may be entitled to under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments this party expressly reserves.

Dated:  April 2, 2020                                       Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ Timothy C. Mohan*
Timothy C. Mohan, Atty No. 50559
600 17th Street, Suite 2020S
Denver, CO 80202
Tel:     (720) 437-2000
Fax:    (720) 437-2200
tmohan@foley.com

*Counsel for Baker Hughes, a GE Company LLC*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that, on April 2, 2020, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

                                                */s/ Timothy C. Mohan*
                                                Timothy C. Mohan