UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. )# | |

### APPLICATION TO EMPLOY ARMBRECHT JACKSON, LLP AS OIL AND GAS COUNSEL PURSUANT TO 11 U.S.C. § 327(e)

The Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together "Debtors"), by and through their attorneys, Kutner Brinen, P.C., move the Court for entry of an Order authorizing the Debtors to employ Armbrecht Jackson, LLP ("Oil and Gas Counsel"), as special counsel to provide legal services with respect to oil and gas issues pursuant to 11 U.S.C. § 327(e), and support thereof states as follows:

    1.    The Debtors filed their voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code on April 1, 2020 ("Petition Date").  The Debtors remain Debtors-in-Possession.

    2.    The Debtors are limited liability companies engaged in business as an oil and gas operating company in the case of SEC and the holder of mineral interests, including oil and gas leases and non-operated working interests in the case of Sklarco.  SEC operates approximately 50-60 properties and 2 gas plants throughout Montana, Wyoming, Texas, Mississippi, Alabama, Louisiana, and Florida.  Sklarco holds interests in oil and gas leases and non-operated working interests in similar locations.

    3.    The Debtors seek to employ Oil and Gas Counsel to represent it with respect to oil and gas issues, including but not limited to providing advice and legal representation with respect to the Debtors' ongoing operations, ownership and interest issues, and regulatory compliance with respective State and Federal Agencies.  Oil and Gas Counsel has previously represented the Debtors with respect to all oil and gas issues, and is familiar with the Debtors' assets and

operations. The Debtors' interests and operations, and the issues that accompany the oil and gas interests, are very complex, and require the services of qualified legal counsel. The Debtor seeks to employ Oil & Gas Counsel to provide legal representation with respect to the Debtors' oil and gas issues because of Oil and Gas Counsel's expertise in the field of oil and gas and their familiarity with the Debtors' operations and assets.

4. Oil and Gas Counsel holds a pre-petition claim against SEC's estate in the amount of $104,000. Employment for a specific purpose pursuant to section 327(e) does not require an attorney who has previously represented the debtor to be disinterested. *In re Statewide Pools, Inc.*, 79 B.R. 312, 314 (Bankr. S.D. Ohio 1987). As such, "a pre-petition claim for unpaid professional fees arising from proposed counsel's pre-petition representation of the debtor does not disqualify such counsel from representing the [debtor] under 11 U.S.C. § 327(e)." *In re Potter*, No. 7-05-14071, 2009 WL 2922850, 2009 Bankr. LEXIS 2900, at *5 (Bankr. D.N.M. June 12, 2009). Oil and Gas Counsel will limit its involvement *as a creditor* in SEC's case to filing a proof of claim and voting on a proposed plan of reorganization.

5. Oil and Gas Counsel does hold a retainer in the amount of $25,000 for post-petition services in this case. A separate application seeking approval of the retainer will be filed on notice to creditors.

6. Conrad Armbrecht will be the primary attorney responsible for the Debtors' account. Mr. Armbrecht is an attorney licensed to practice in the State of Alabama, and has significant experience in oil and gas issues, and addressing matters related to the Debtors' assets and operations. Additional information about Mr. Armbrecht and Oil and Gas Counsel can be found at www.ajlaw.com.

7. Oil and Gas Counsel will bill for its services on an hourly basis. Mr. Armbrecht's hourly rate is $440 per hour. Duane A. Graham and Benjamin Y. Ford may also perform work on the Debtors' account, and bill at a rate of $335 per hour and $275 respectively.

8. Oil and Gas Counsel will only be compensated for its services payable from the estate by application to the Bankruptcy Court for such fees and costs and after notice to creditors with an opportunity for a hearing.

9. To the best of Debtors' knowledge, neither Oil and Gas Counsel nor any member or associate thereof, has any relationship which would result in a conflict of interest with the Debtors, the Debtors' attorneys, the creditors or any other party in interest or their respective

attorneys, and Oil and Gas Counsel does not represent or hold any interest adverse to the Debtors or their estates with respect to matters for which Oil and Gas Counsel will be employed. *See Affidavit of Benjamin Ford*, attached hereto as Exhibit 1.

10. Representation on the matters described herein is necessary to ensure the Debtor can address all oil and gas issues that may arise, including but not limited to regulatory compliance. As such, it is in the best interest of the Debtors, creditors, and the bankruptcy estate that Oil and Gas Counsel be retained to represent the Debtors for the purposes set forth herein.

11. In is in the best interest of the Debtors, its estate, and its creditors to proceed with the retention of Oil and Gas Counsel. Accordingly, the Debtors request that its employment of Special Counsel be granted effective as of the date of filing the Application to Employ.

WHEREFORE, the Debtors request that the Court make and enter an Order authorizing the Debtors to employ Armbrecht Jackson, LLP for the purposes outlined in this Application, and for such further and additional relief as to the Court may appear proper.

Dated: April 3, 2020

Respectfully submitted,

By: */s/ Keri L. Riley*
Lee M. Kutner, #10966
Jeffrey S. Brinen, #20565
Keri L. Riley, #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
E-Mail: klr@kutnerlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
) Case No. 20-12377-EEB
SKLAR EXPLORATION COMPANY, LLC )
EIN: 72-1417930 ) Chapter 11
)
Debtor. )
)
_____ )
) Case No. 20-12380-EEB
SKLARCO, LLC )
EIN: 72-1425432 ) Chapter 11
Debtor. )

## AFFIDAVIT OF BENJAMIN Y. FORD

I, Benjamin Y. Ford, do swear and affirm as follows:

1. I am an attorney duly licensed to practice law in the States of Alabama and Florida.

2. I am a partner of the law firm Armbrecht Jackson, LLP ("Firm"). The Firm's offices are located at RSA Tower, 27th Floor, 11 North Water Street, Mobile, Alabama 36602.

3. The Firm does not represent any entity, including any creditor of the Debtors, which has a claim or interest in the Debtors.

4. This Affidavit is submitted in support of the Debtor's Application to Employ Armbrecht Jackson, LLP as Oil and Gas Counsel Pursuant to 11 U.S.C. § 327(e) ("Application") to provide legal representation to the Debtors on all oil and gas issues. I, as well as my partners Conrad P. Armbrecht and Duane A. Graham, previously represented the Debtors with respect to such matters, and have significant experience in handling these issues based upon our experience in the area of oil and gas law, and our knowledge of the Debtors and their operations and assets.

5. Fees will be billed at an hourly rate. I have agreed to perform services at an hourly rate of $275 on this case. The hourly rates of the other attorneys who will perform services for the Debtor are included in the Application at paragraph 7.

6. The Firm will make Application to the Court for approval of its fees and costs in excess of the retainer with notice and an opportunity for a hearing being provided to creditors.

7. The Firm does not have an interest materially adverse to the interest of the estate or of any class of creditors on the matters for which it will be employed.

8.  I am not aware of any other connection with the Debtors, creditors, or any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

9.  The statements contained in the Application are true and correct to the best of my knowledge and belief.

_____
Benjamin Y. Ford

Subscribed and sworn to before me this 2nd day of April, 2020 at Mobile, Alabama.

Witness my hand and official seal.

My commission expires 7/16/2022

_____
Notary Public