UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) |
| EIN: 72-1417930 | ) Chapter 11 |
| | ) |
|   Debtor. | ) |
| | ) |
| _____ | ) |
| | ) Case No. 20-12380-EEB |
| SKLARCO, LLC | ) |
| EIN: 72-1425432 | ) Chapter 11 |
|   Debtor. | )# |

**ORDER GRANTING APPLICATION TO EMPLOY ARMBRECHT JACKSON, LLP AS OIL AND GAS COUNSEL PURSUANT TO 11 U.S.C. § 327(e)**

THIS MATTER having come before the Court on the Debtors' Application to Employ Armbrecht Jackson, LLP ("Application") to provide legal services to the Debtors, the Court being satisfied that Special Counsel does not represent any interest materially adverse to the estate of the Debtors with respect to the matter upon which it is to be engaged, that its employment is necessary and in the best interests of the estate, does hereby

ORDER

That the Debtors are authorized to employ Armbrecht Jackson, LLP pursuant to 11 U.S.C. § 327(e) as special counsel with respect to those matters identified in the Application. The fees and costs charged by Armbrecht Jackson, LLP are subject to allowance or review by the Court in accordance with 11 U.S.C. §§ 330 and 331.

Done and entered this _____ day of April, 2020 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Court Judge