# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CASE NO.: 20-12377 |
| SKLAR EXPLORATION COMPANY, LLC | CHAPTER 11 |
| **Debtor** | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2020, a copy of the foregoing ***NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS*** was served through the court's ECF System on the Office of the U.S. Trustee, the Debtor through its attorney, and on all other parties or creditors who are entitled to notice as shown on the attached **Exhibit A**.

*/s/* J. Eric Lockridge

21166909_1

# Exhibit A

Notice of Electronic Filing

The following transaction was received from Eric Lockridge entered on 4/3/2020 at 3:15 PM MDT and filed on 4/3/2020

Case Name: Sklar Exploration Company, LLC and Sklarco, LLC
Case Number: 20-12377-EEB
Document Number: 16

Docket Text:
 Entry of Appearance and Request for Notice Filed by Eric Lockridge on behalf of Anderson Exploration Energy Company, LC, AEEC II, LLC, TCP Cottonwood, L.P.... (Lockridge, Eric)

The following document(s) are associated with this transaction:
Document description:Main Document
Original filename:H:\Sklar Ex - Notice of Appearance and Request for Notice.pdf
Electronic document Stamp:
[STAMP bkecfStamp_ID=985638001 [Date=4/3/2020] [FileNumber=45428527-0]
 [98e463502e5a2f0206b14250ce579dc1f3d2f1ffc86d884662a7ff7d57573f4f9684
f6bd12952a46d1f9ea896944d18e9893d12f391f165fef19e8430f643517]]

 20-12377-EEB Notice will be electronically mailed to:

Jeffrey S. Brinen on behalf of Debtor Sklar Exploration Company, LLC
jsb@kutnerlaw.com, receptionist@kutnerlaw.com;vlm@kutnerlaw.com

Jeffrey S. Brinen on behalf of Debtor Sklarco, LLC
jsb@kutnerlaw.com, receptionist@kutnerlaw.com;vlm@kutnerlaw.com

Lee M. Kutner on behalf of Debtor Sklar Exploration Company, LLC
lmk@kutnerlaw.com, vlm@kutnerlaw.com,receptionist@kutnerlaw.com

Lee M. Kutner on behalf of Debtor Sklarco, LLC
lmk@kutnerlaw.com, vlm@kutnerlaw.com,receptionist@kutnerlaw.com

Eric Lockridge on behalf of Creditor AEEC II, LLC
eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Eric Lockridge on behalf of Creditor Anderson Exploration Energy Company, L.C.
eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Eric Lockridge on behalf of Creditor Anderson Exploration Energy Company, LC
eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

21166909_1

Eric Lockridge on behalf of Creditor TCP Cottonwood, L.P.
eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Timothy C. Mohan on behalf of Creditor Baker Hughes, a GE Company LLC
tmohan@foley.com, tim.mohan4@gmail.com

Paul Moss on behalf of U.S. Trustee US Trustee
Paul.Moss@usdoj.gov

Keri L. Riley on behalf of Debtor Sklar Exploration Company, LLC
klr@kutnerlaw.com, receptionist@kutnerlaw.com;vlm@kutnerlaw.com

Keri L. Riley on behalf of Debtor Sklarco, LLC
klr@kutnerlaw.com, receptionist@kutnerlaw.com;vlm@kutnerlaw.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

21166909_1