```
                            United States Bankruptcy Court
                                  District of Colorado
In re:                                                               Case No. 20-12377-EEB
Sklar Exploration Company, LLC                                       Chapter 11
        Debtor               CERTIFICATE OF NOTICE
District/off: 1082-1          User: admin                 Page 1 of 8             Date Rcvd: Apr 02, 2020
                              Form ID: 309F1              Total Noticed: 379


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2020.
db             +Sklar Exploration Company, LLC,    5395 Pearl Parkway,   Suite 200,    Boulder, CO 80301-2541
18754395       +3 Lloyds Exploration Company LLC,    1847 Broken Bend Drive,    Westlake, TX 76262-8205
18754396       +A & B Pump & Supply, Inc.,    P.O. Drawer T,   Heidelberg, MS 39439-1019
18754397        A.F. Whatley Construction,    11950 Highway 43,    Bivins, TX 75555
18754398        A2D Teechnologies, Inc.,    P.O. Box 733255,    Dallas, TX 75373-3255
18754400       +AEH Investments LLC,    Attn Angela Harris,   333 Texas Street, Ste. 1414,
                 Shreveport, LA 71101-3678
18754401        AFCO,    P.O. Box 4795,   Carol Stream, IL 60197-4795
18754404       +ALFAVOR Corp.,    ATTN John Yilin Wang,   1234 Northampton Street,
                 State College, PA 16803-2417
18754399       +Acme Oil Service & Repair, ,Inc.,    d/b/a Acme Oilfield Services,    4865 American Legion Road,
                 Tyler, TX 75708-6120
18754402        Alabama Department of Revenue,    50 North Ripley Street,   Montgomery, AL 36104
18754403       +Alabama Oil Company,    Attn Walker Sturdivant, Partner,   P.O. Box 230,
                 Glendora, MS 38928-0230
18754406       +American Remediation & Environmental Inc,    P.O. Box 570,    Saraland, AL 36571-0570
18754407       +Anderson Investment Holdings LP,    dba GMA Energy LC,   333 Texas Street, Suite 2020,
                 Shreveport, LA 71101-3680
18754408       +Anderson Investment Holdings, LP,    AEEC II, LLC,   333 Texas Street, Suite 2020,
                 Shreveport, LA 71101-3680
18754410       +Ansaben Trust,    David A. Barlow, Trustee,   321 Paseo Encinal St,    San Antonio, TX 78212-1736
18754411       +Apple River Investments, L.L.C.,    Attn Robert M. Boeve, President,    1503 Garfield Road North,
                 Traverse City, MI 49696-1111
18754412        Arcadia Oilfield Supply, Inc.,    Sterling Commercial Credit,    P.O. Box 204755,
                 Dallas, TX 75320-4755
18754413       +Armbrecht Jackson LLP,    P.O. Box 290,   Mobile, AL 36601-0290
18754414       +Aspen Energy Inc.,    161 St. Matthews Avenue, Suite 16,    Louisville, KY 40207-3145
18754415       +Atropos Exploration Co.,    8235 Douglas,   Suite 1200,   Lockbox 12,    Dallas, TX 75225-6023
18754416        B & L Pipeco Services, LLC,    P.O. Box 840280,    Dallas, TX 75284-0280
18754436       +BTech Service & Supply, Inc.,    1980 Highway 184 East,    Laurel, MS 39443-9691
18754439       +BVS, LLC,    Attn Brian Biffle,   2010 Balsam Drive,    Boulder, CO 80304-3618
18754417       +Babe Development, LLC,    P. O. Box 758,   Roswell, NM 88202-0758
18754418        Baker Hughes, a GE Company, LLC,    Baker Hughes Oilfield Operations, LLC,    P.O Box 301057,
                 Dallas, TX 75303-1057
18754419       +Baker, Kelly L.,    254 State Street,   Mobile, AL 36603-6474
18754420       +Banded Iron US, Inc.,    P.O. Box 51475,   Lafayette, LA 70505-1476
18754421       +Bantam Creek LLC,    4712 Lakeside Drive,   Colleyville, TX 76034-4530
18754422       +Barbara M. Sugar Estate,    Thomas P. Youngblood, Exec.,   PO Box 52149,
                 Shreveport, LA 71135-2149
18754423       +Barker Concrete and Construction, Inc.,    P.O. Box G,   Edgemont, SD 57735-0815
18754424        Barnette & Benefield, Inc.,    P.O. Box 550,    Haynesville, LA 71038-0550
18754425       +Baxterville, LLC,    4323 Snowberry Lane,   Naples, FL 34119-8590
18754426       +Beavers Specialty, Inc.,    893 I-49 Service Road,    Sunset, LA 70584-5456
18754427       +Bellis Investments LP,    100 Bush Street, Suite #550,    San Francisco, CA 94104-3903
18754428       +Black Banks, LLC,    1310 S. Pennsylvania Street,    Denver, CO 80210-2229
18754429       +Bonaventure Safety, LLC,    162 Industrial Drive,    P.O. Box 43,    Rayne, LA 70578-0043
18754430       +Bonner Analytical,    2703 Oak Grove Road,    Hattiesburg, MS 39402-8946
18754431        Boots Smith Completion Services, LLC,    c/o Gulf Coast Business Credit,    P.O. Bxo 731152,
                 Dallas, TX 75373-1152
18754432       +Bradley Murchison Kelly & Shea, LLC,    401 Edwards Street,    Suite 1000,
                 Shreveport, LA 71101-5529
18754433       +Bradshaw Logistics, LLC,    P.O. Box 429,   Windsor, CO 80550-0429
18754434        Brammer Engineering, Inc. HSE Services,    P.O. Box 301670,    Dallas, TX 75303-1670
18754435       +Bristol, Inc.,    Accounts Receivable,   P.O. Box 2056,    Victoria, TX 77902-2056
18754437       +Bundero Investment Company, L.L.C.,    Robert P. Bowman, Manager,
                 401 Edwards Street, Suite 820,    Shreveport, LA 71101-5521
18754438       +Burton, Trey,    P.O. Box 314,   Bentonia, MS 39040-0314
18754440        C&J Spec-Rent Services, Inc.,    P.O. Box 733404,    Dallas, TX 75373-3404
18754441       +C&M OIlfield Rentals, LLC,    d/b/a C-MOR Energy Services,    P.O. Box 536,    Cody, WY 82414-0536
18754442       +C.R. Pate Logging, Inc.,    Brooklyn LImestone Quarry Division,    32440 County Road 6,
                 Evergreen, AL 36401-8855
18754464        CSI Compressco Operating, LLC,    CSI Compressco Sub, Inc.,    P.O. Box 840082,
                 Dallas, TX 75284-0082
18754465       +CTM 2005, Ltd.,    Attn Charles T. McCord, III,    55 Waugh Drive #515,    Houston, TX 77007-5840
18754443       +Carl Herrin Oil and Gas, L.L.C.,    493 Canyon Point Circle,    Golden, CO 80403-7774
18754444       +Carnley Electric, Inc.,    P.O. Box 769,   Jay, FL 32565-0769
18754445       +Casey Septic Tank Co., Inc.,    122 Casey Street,    Brewton, AL 36426-3238
18754446       +Cass County Tax Assessor,    Becky Watson, RTA,    P.O. Box 870,    Linden, TX 75563-0870
18754447       +Central Exploration Co, Inc.,    c/o William E. Hathorn,    733 Highway 583 SE,
                 Brookhaven, MS 39601-8846
18754448        Central Petroleum, Inc.,    P.O. Box 2547,   Madison, MS 39130-2547
18754449       +Chanse Resources, L.L.C.,    Attn Wes Shepherd, COO,   P.O. Box 1572,
                 Shreveport, LA 71165-1572
```

```
District/off: 1082-1                User: admin                 Page 2 of 8                    Date Rcvd: Apr 02, 2020
                                    Form ID: 309F1              Total Noticed: 379


18754450        +Charter Energy Partners LLC,   c/o Shaw Resources Management LLC,   1999 Broadway, Suite 4320,
                  Denver, CO 80202-5749
18754451        +Choice Copy Service, LLC,   401 Edwards Street,   Suite B120,   Shreveport, LA 71101-5534
18754452        +Clakre & Company d/b/a Heard & Sanders,   13201 Northwest Freeway,   Suite 503,
                  Houston, TX 77040-6024
18754453        +Clarkco Oilfield Services, Inc.,   P.O. Box 341,   Heidelberg, MS 39439-0341
18754455        +Cochran Chemical Co., Inc.,   1800 Ray Davis Boulevard,   Seminole, OK 74868-3508
18754456        +Cold Spring Energy LLC,   Terry L. Pecora Sole Member,   6 Spring Street,
                  Cold Spring Harbor, NY 11724-1410
18754458        +Complete Environmental & Remediation Co.,   P.O. Box 1079,   Waynesboro, MS 39367-1079
18754459        +Compression Controls & Rentals, LLC,   5797 FM 2011,   Longview, TX 75603-4337
18754460         Consolidated Electrical Distributors, In,   CED Credit Office,   P.O. Box 207088,
                  Dallas, TX 75320-7088
18754461        +Counterpoint Consulting, LLC,   17020 Preston Bend Drive,   Dallas, TX 75248-1349
18754462        +Craft Exploration Company L.L.C.,   P.O. Box 2430,   Madison, MS 39130-2430
18754463        +Crowley Fleck PLLP,   P.O. Box 30441,   Billings, MT 59107-0441
18754466        +D & M Drilling Fluids, Inc.,   P.O. Box 579,   Jay, FL 32565-0579
18754471        +DBC Resources II LP,   PO Box 670725,   Dallas, TX 75367-0725
18754472        +DBC Resources LP,   PO Box 670725,   Dallas, TX 75367-0725
18754473        +DCOD LLC,   C/o Warren Clark Development,   16390 Addison Road,   Addison, TX 75001-3249
18754467        +Daboil Resources, LC,   David A Barlow, Member,   321 Paseo Encinal Street,
                  San Antonio, TX 78212-1736
18754468        +Daniel W. McMillan,   P.O. Box 867,   Brewton, AL 36427-0867
18754469        +Darby's Welding & Machine, LLC,   Tailwinds Loenbro Holdings, Inc.,   78 48th Avenue SW,
                  Dickinson, ND 58601-7244
18754470        +Davis Hot Shot Service, LLC,   4967 Highway 84,   Waynesboro, MS 39367-8869
18754474         Deepwell Energy Services, LLC,   Department #0944,   P.O. Box 1000,   Memphis, TN 38148-0944
18754475        +Delta S Ventures LP,   615 Longview Drive,   Sugar Land, TX 77478-3728
18754476        +Derrick Corporation,   590 Duke Road,   Buffalo, NY 14225-5171
18754477        +Dickson Oil & Gas, LLC,   c/o C. Bickham Dickson, III, Manager,   P.O. Box 52479,
                  Shreveport, LA 71135-2479
18754478        +Dolkas Investments LP,   100 Bush Street, Ste #550,   San Francisco, CA 94104-3903
18754479        +Double D Dynamics,   David Denkeler,   P.O. Box 568,   Judson, TX 75660-0568
18754480        +DoublePine Investments, Ltd.,   4851 LBJ Freeway, Suite 210,   Dallas, TX 75244-6018
18754481         Drilling Tools International, Inc.,   P.O. Box 677901,   Dallas, TX 75267-7901
18754482        +Durrett Production Services,   P.O. Box 463,   Arp, TX 75750-0463
18754487        +ECS Enterprise Computing Services, LLC,   347 Bert Kouns Industrial Loop,
                  Shreveport, LA 71106-8124
18754492        +ELBA Exploration LLC,   PO Box 807,   Milton, FL 32572-0807
18754483         Eagle Express Hotshot Service LLC,   Jefcoat Inspection Service,   P.O. Box 2082,
                  Laurel, MS 39442-2082
18754484        +East West Bank Treasury Department,   135 North Los Robles Avenue,   Suite 600,
                  ATTN Linda Cox,   Pasadena, CA 91101-4549
18754485        +Eastern Fishing & Rental Tools, Inc.,   P.O. Box 292,   Laurel, MS 39441-0292
18754486        +Eaton Finance Corp.,   7302 Rustling Oaks Drive,   Richmond, TX 77469-7340
18754488        +Ed L. Dunn,   P.O. Box 94,   Milton, FL 32572-0094
18754489        +Ed Leigh McMillan, III,   PO Box 867,   Brewton, AL 36427-0867
18754490         Edward L. Yarbrough, Jr.,   PO Box 11,   Belcher, LA 71004-0011
18754491        +Eiche, Mapes and Company, Inc.,   P.O. Box 7992,   Tyler, TX 75711-7992
18754494        +Engineering Service,   M&G Enterprises, Inc.,   P.O. Box 180429,   Richland, MS 39218-0429
18754495        +Evergreen Concrete Company, Inc.,   150 Owassa Road,   Evergreen, AL 36401-1606
18754496        +Ezzie's Wholesale, Inc.,   P.O. Box 1770,   Malta, MT 59538-1770
18754508        +FOS Engineering & Consulting, LLC,   103 Machine Loop,   Scott, LA 70583-5146
18754510        +FPCC USA, Inc.,   245 Commerce Green Blvd, Ste 250,   Sugar Land, TX 77478-3760
18754497        +Fant Energy Limited,   P.O. Box 55205,   Houston, TX 77255-5205
18754498         FedEx,   P.O. Box 660481,   Dallas, TX 75266-0481
18754499        +Fiddler Investments,   PO Box 708,   Addison, TX 75001-0708
18754500         Fletcher Exploration, LLC,   PO Box 2147,   Fairhope, AL 36533-2147
18754501        +Fletcher Petroleum Co., LLC,   P.O. Box 2147,   Fairhope, AL 36533-2147
18754503         Flexjet, LLC,   Epic Aero, Inc.,   P.O. Box 677207,   Dallas, TX 75267-7207
18754505        +Flow Specialties, Inc.,   1262 Grimmett Drive,   Shreveport, LA 71107-6604
18754506        +Foote Oil & Gas Properties, LLC,   P.O. Box 6418,   Gulf Shores, AL 36547-6418
18754509         Four D LLC,   c/o R.E. Douglass,   PO Box 2173,   Durango, CO 81302-2173
18754511        +Francis Bruce Hock,   & Bettie Jean M. Hock,   PO Box 670,   Minden, LA 71058-0670
18754512        +Francis Lane Mitchell,   PO Box 376,   Shreveport, LA 71162-0376
18754513         Franks Exploration Co. LLC,   PO Box 7665,   Shreveport, LA 71137-7665
18754514        +Full Throttle Energy Service, LLC,   P.O. Box 536,   Sandersville, MS 39477-0536
18754520        +GCREW Properties, LLC,   Mr. George E. Jochetz, III,   12323 Rip Van Winkle,
                  Houston, TX 77024-4945
18754521         GE Oil & Gas,   P.O. Box 911776,   Dallas, TX 75391-1776
18754527        +GRS Services, LLC,   George R. Stephenson,   1214 County Road 14,   Heidelberg, MS 39439-3555
18754515        +Gardner Energy Corporation,   Attn Nick Sacco,   952 Echo Lane, Suite 315,
                  Houston, TX 77024-2791
18754517        +Gaston Oil Company,   Attn Robert S. Gaston,   9306 Milbank,   Shreveport, LA 71115-3860
18754518        +Gates Acquisition Synd. LLC,   Attn Ross P. Barrett,   820 Garrett Drive,
                  Bossier City, LA 71111-2500
18754519        +Gateway Exploration, LLC,   Attn Jay Moffitt,   3555 Timmons Lane, Suite 730,
                  Houston, TX 77027-6445
18754522        +Genco Transport, LLC,   P.O. Box 481,   Greenwood, LA 71033-0481
18754523        +Genesis Resources, LLC,   4450 Old Canton Road, Ste 207,   Jackson, MS 39211-5991
```

```
District/off: 1082-1                  User: admin                     Page 3 of 8                   Date Rcvd: Apr 02, 2020
                                      Form ID: 309F1                  Total Noticed: 379
```

```
18754524        +Goolsby Interests, LLC,    Attn James W. Goolsby,    110 Sibelius Lane,    Houston, TX 77079-7203
18754526         Gravity Oilfield Services, LLC,    P.O. Box 734128,    Dallas, TX 75373-4128
18754528        +Gulf Coast Land Services, Inc.,    6033 Paige Point Drive,    Milton, FL 32570-7763
18754529        +H&H Construction, LLC,    Ladon E. Hall, Sole Manager,    P.O. Box 850,    Flomaton, AL 36441-0850
18754534        +HBRada, LLC,    Hansen Rada, Manager,    2010 Alpine Drive,    Boulder, CO 80304-3608
18754538        +HLP Engineering, Inc.,    P.O. Box 52805,    Lafayette, LA 70505-2805
18754530         Hall Management LLC,    Attn Donald L. Hall,    4913 Oak Point Drive,
                  Shreveport, LA 71107-7408
18754531         Halliburton Energy Services,    P.O. Box 301341,    Dallas, TX 75303-1341
18754532         Hanson Operating Co. Inc.,    Attn B. Ray Willis,    P.O. Box 1515,    Roswell, NM 88202-1515
18754533        +Harvest Gas Management, LLC,    10050 Bayou Glen Road,    Houston, TX 77042-1205
18754535        +Heap Services, LLC,    Don Heap,    984 Beat Four Shubuta Road,    Shubuta, MS 39360-9656
18754536        +Herring Gas Company, Inc.,    P.O. Box 206,    Laurel, MS 39441-0206
18754537        +Hi-Vac, LLC,    P.O. Box 2067,    Laurel, MS 39442-2067
18754539        +Hopping Green & Sams, P.A.,    ATTN Timothy M. Riley,    119 South Monroe Street,    Suite 300,
                  Tallahassee, FL 32301-1591
18754540        +Horace, LLC,    493 Canyon Point Circle,    Golden, CO 80403-7774
18754541         Hughes 2000 CT LLC,    PO Box 1868,    Brandon, MS 39043-1868
18754543        +Hughes Oil South LLC,    Attn Dee-Dee Bell,    PO Box 608,    Oxford, MS 38655-0608
18754544        +Hurley Enterprises, Inc.,    P.O. Box 385,    Fairview, MT 59221-0385
18754545        +Hurst Plumbing,    P.O. Box 548,    Teague, TX 75860-0548
18754547         Inter-Mountain Pipe & Threading Company,    P.O. Box 1840,    Mills, WY 82644-1840
18754553        +J & A Harris LP,    Attn Angela Harris,    333 Texas Street, Ste. 1414,
                  Shreveport, LA 71101-3678
18754554        +J. Nichols LLC,    2384 Mill Creek Road,    Laurel, MS 39443-8339
18754555        +J.B. Compression Service,    P.O. Box 527,    Harleton, TX 75651-0527
18754559         JCE Galbraith Oil & Gas LLC,    2032 ALameda Avenue,    Orlando, FL 32804-6904
18754560         JD Fields & Company, Inc.,    P.O. Box 134401,    Houston, TX 77219-4401
18754561        +JDGP, LLC,    4323 Snowberry Lane,    Naples, FL 34119-8590
18754563        +JF Howell Interests, LP,    Attn James David Morgan, Manager,    416 Travis Street, Suite 700,
                  Shreveport, LA 71101-5502
18754565        +JJS Interests Escambia, LLC,    2001 Kirby Dr,    Suite 1110,    Houston, TX 77019-6081
18754566        +JJS Interests Steele Kings LLC,    2001 Kirby Dr,    Suite 1110,    Houston, TX 77019-6081
18754567        +JJS Working Interest LLC,    2001 Kirby Dr, Suite 1110,    Houston, TX 77019-6081
18754571        +JOYCO Investments, LLC,    P. O. Box 2104,    Roswell, NM 88202-2104
18754572        +JTC Operating, Inc.,    191 Reno Road,    Jamestown, LA 71045-4244
18754556        +James B. Dunn,    5826 Dunridge Dr,    Pace, FL 32571-7673
18754557        +James Muslow, Jr.,    6025 Arden Street,    Shreveport, LA 71106-2348
18754558        +Janus Enterprises, LLC,    Raymond Joseph Lasseigne,    PO Box 5625,
                  Bossier City, LA 71171-5625
18754562        +Jeffreys Drilling, LLC,    3839 McKinney Ave, Ste 155-269,    Dallas, TX 75204-1413
18754564        +Jimco Pumps,    P.O. Box 6255,    Laurel, MS 39441-6255
18754568         John C. Nix, Jr., - Life Estate,    P.O. Box 807,    Milton, FL 32572-0807
18754569        +John Pike Construction, Inc.,    P.O. Box 1024,    Chinook, MT 59523-1024
18754570        +Jones Energy Company, LLC,    2124 Fairfield Avenue,    Shreveport, LA 71104-2003
18754573        +Judy Dunn,    5843 Dunridge Dr.,    Pace, FL 32571-7627
18754574        +K&T Welding Services, LLC,    Timothy J. Beech,    177 Masonite Lake Road,
                  Laurel, MS 39443-9755
18754575        +K.C. Whittemore,    C/O CA Whittemore,    10 Mason Pond Place,    Spring, TX 77381-3191
18754577        +KCS Automation, LLC,    4 Portofino Drive,    Unit 1103,    Pensacola Beach, FL 32561-5408
18754586         KMR Investments LLC,    Attn Tim Brown,    PO Box 417,    Homer, LA 71040-0417
18754578        +Kelley Brothers Contractors, Inc.,    P.O. Drawer 1079,    Waynesboro, MS 39367-1079
18754579        +Kelton Company, L.L.C.,    Attn Thomas W. Sylte, Manager,    P.O. Box 230,
                  Pensacola, FL 32591-0230
18754580         Key Energy Services, Inc.,    d/b/a Key Energy Services, LLC,    P.O. Box 4649,
                  Houston, TX 77210-4649
18754581        +Keystone Engineering, Inc.,    1100 West Causeway Approach,    Mandeville, LA 70471-3038
18754582        +Kingston, LLC,    2790 South Thompson Street Suite 102,    Springdale, AR 72764-6303
18754583        +Kirk Weaver Contract Pumping, Inc.,    P.O. Box 385,    Beckville, TX 75631-0385
18754584        +Kirkiez LLC,    3073 Red Deer Trail,    Lafayette, CO 80026-9326
18754585         Kleinfelder, Inc.,    P.O. Box 51958,    Los Angeles, CA 90051-6258
18754587         Kodiak Gas Services, LLC,    P.O. Box 732235,    Dallas, TX 75373-2235
18754588        +Kudzu Oil Properties, LLC,    300 Concourse Blvd, Suite 101,    Ridgeland, MS 39157-2091
18754593        +LCJ Resources, LLC,    Attn Chris Wilde,    1250 N.E. Loop 410 STE 333,
                  San Antonio, TX 78209-1544
18754589        +Landmark Exploration, LLC,    P.O. Box 12004,    Jackson, MS 39236-2004
18754590        +Landmark Oil and Gas, LLC,    P.O. Box 12004,    Jackson, MS 39236-2004
18754591        +Lane Oil & Gas Corporation,    Attn Nick Sacco,    952 Echo Lane, Suite 315,
                  Houston, TX 77024-2791
18754592        +Lawrence M. Cushman Trust,    Lawrence M. Cushman, Trustee,    591 Camino de la Reina, Suite 900,
                  San Diego, CA 92108-3199
18754594        +Lechwe LLC,    P.O. Box 270415,    Houston, TX 77277-0415
18754595         Liberty Supply, Inc.,    P.O. Box 489,    Magnolia, AR 71754-0489
18754597        +Louisiana Department of Revenue,    617 North Third Street,    Baton Rouge, LA 70802-5432
18754596        +Louisiana Department of Revenue,    P.O. Box 201,    Baton Rouge, LA 70821-0201
18754598         Lucas Petroleum Group, Inc.,    327 Congress Avenue, Suite 500,    Austin, TX 78701-3656
18754599         Lufkin Industries, Inc.,    P.O. Box 301199,    Dallas, TX 75303-1199
18754609        +MER Energy, Ltd.,    6500 Greenville Ave, Ste 110,    Dallas, TX 75206-1008
18754618        +MJS Interests, LLC,    9266 Hathaway Street,    Dallas, TX 75220-2228
```

```
District/off: 1082-1                  User: admin                    Page 4 of 8                    Date Rcvd: Apr 02, 2020
                                      Form ID: 309F1                 Total Noticed: 379


18754600       +Marco Land & Petroleum, Inc.,    Attn  Mr. Cosby H. Martin, Jr.,    2811 Keego Road,
                 Brewton, AL 36426-8058
18754601       +Marksco, L.L.C.,    Attn  Mark Sealy,    333 Texas Street, Suite 1050,
                 Shreveport, LA 71101-3680
18754602       +Marty Cherry Enteprise LLC,     P.O. Box 370,    Fouke, AR 71837-0370
18754603        Masco Wireline, Inc.,    P.O. Box 2726,     Laurel, MS 39442-2726
18754604       +McAdams Propane Company,    P.O. Box 1715,     Center, TX 75935-1715
18754605       +McCombs Energy Ltd., LLC,     755 East Mulberry Ave, Suite 600,    San Antonio, TX 78212-6013
18754606       +McCurry, Tim,    219 Millerton Road,     Haynesville, LA 71038-7452
18754607       +McDavid, Noblin & West PLLC,     248 East Capital Street,    Suite 840,    Jackson, MS 39201-2505
18754608       +McDowell, Miles,    418 Lowell Court,     Shreveport, LA 71115-2915
18754610       +Merchants Credit Bureau of Savannah,     Merchants Credit Bureau, Inc.,    P.O. Bxo 458,
                 Augusta, GA 30903-0458
18754611       +Mercury Oil Company, LLC,     1221 W Campbell Rd,    Ste 233,    Richardson, TX 75080-2942
18754612       +Meritage Energy, Ltd.,    C/O BKD, LLP,     2700 Post Oak Blvd, Ste 1500,    Houston, TX 77056-5829
18754613        Mesa Fluids, LLC,    c/o Juno Financial,     P.O. Box 173928,    Denver, CO 80217-3928
18754615       +Mid South Anchor Service, LLC,     P.O. Box 2434,    Laurel, MS 39442-2434
18754617       +Mississippi Gauge & Supply Co.,     P.O. Box 2366,    Laurel, MS 39442-2366
18754619       +Moncla Slickline, LLC,    P.O. Box 53688,     Lafayette, LA 70505-3688
18754620        Montana Department of Revenue,     PO Box 6577,    Helena, MT 59604-6577
18754621       +Mountain Air Enterprises, LLC,     820 Garrett Drive,    Bossier City, LA 71111-2500
18754622       +Murkco Exploration Co., L.L.C.,     Attn   Malcolm Murchison,    401 Edwards Street, Suite 1000,
                 Shreveport, LA 71101-5529
18754623      #+Music Mountain Water, LLC,     P.O. Box 2252,    Birmingham, AL 35246-0031
18754624        National Oilwell DHT, LP,    Wells Fargo Bank, N.A.,     P.O. Bxo 201153,    Dallas, TX 75320-1153
18754625        National Oilwell Varco Wells Fargo Bank,     P.O. Box 201224,    Dallas, TX 75320-1224
18754626       +New London Contractors, Inc.,     P.O. Box 228,    New London, TX 75682-0228
18754627        Nex Tier Completion Solutions, Inc.,     P.O. Bxo 733404,    Dallas, TX 75373-3404
18754628       +Nine Forks LLC,    Attn  Larry L. Hock,     PO Box 670,    Minden, LA 71058-0670
18754629       +Noble Casing, Inc.,    125 South Howes Street,     Suite 800,    Fort Collins, CO 80521-2746
18754630       +Noble Drilling, LLC,    125 South Howes Street,     Suite 800,    Fort Collins, CO 80521-2746
18754631        Northstar Drillstem Testers, Inc.,     2410A - 2 Avenue SE,    Calgary, WV 26000
18754632       +Northstar Producing I, Ltd.,     Terry Stanislav,    1681 River Road Apt. 3108,
                 Boerne, TX 78006-8317
18754633        Office of the Attorney General,     US Department of Justice,    950 Pennsylvania Avenue, NW,
                 Suite 4400,    Washington, DC 20530-0001
18754636        Office of the US Attorney,     District of Colorado,    1801 California Street, Suite 1600,
                 Denver, CO 80202-2628
18754638        Oil States Energy Services, LLC,     P.O. Box 203567,    Dallas, TX 75320-3567
18754639       +Oilfield Partners Energy Services, LLC,     P.O. Box 40,    Henrietta, TX 76365-0040
18754640       +Olson Energy Services, LLC,     5289 139th Avenue NW,    Williston, ND 58801-9588
18754641       +Omega Oilfield Service Co. MEGA,     P.O. Box 1793,    Kilgore, TX 75663-1793
18754642        P2 Energy Solutuions,    P2ES Holdings, LLC 2692,     P.O. Bxo 912692,    Denver, CO 80291-2692
18754668      ++PRYOR PACKERS   INC,    ATTN ATTN KAREN T GATLIN,    PO BOX 2754,    LAUREL MS 39442-2754
                (address filed with court: Pryor Packers, Inc.,     P.O. Box 2754,    Laurel, MS 39442)
18754643        Pam Lin Corporation,    PO Box 50635,     Midland, TX 79710-0635
18754644       +Panther Pressure Testers, Inc.,     P.O. Box 1109,    Watford City, ND 58854-1109
18754645       +Parkman’s Painting & Bush Hogging,     2294 Highway 563,    Simsboro, LA 71275-3606
18754646       +Pason Systems USA Corp.,    7701 West Little York,     Houston, TX 77040-5493
18754648       +Patrick J. McBride,    501 Seville Circle,     El Dorado Hills, CA 95762-7237
18754649        Paula W. Denley LLC,    PO Box 720548,     Byram, MS 39272-0548
18754650       +Pearl Parkway, LLC,    LJD Enterprises, Inc.,     2595 Canyon Boulevard,    Suite 230,
                 Boulder, CO 80302-6737
18754651        Petroleum Investments Inc.,     416 Travis Street, Ste. 612,    Shreveport, LA 71101-5502
18754652        Petroleum Services, Inc.,     d/b/a Mike Palmer Petroleum Services Inc,     P.O. Box 1486,
                 Williston, ND 58802-1486
18754653       +Phillips, Mike,    P.O. Box 1450,    Mexia, TX 76667-1450
18754654       +Pickens Financial Group, LLC,     10100 N. Central Expressway,    Ste 200,    Dallas, TX 75231-4169
18754655       +Pine Iisland Chemical Solutions, LLC,     P.O. Box 53393,    Lafayette, LA 70505-3393
18754656        Pioneer Wireline Services, LLC,     P.O. Box 202567,    Dallas, TX 75320-2567
18754657        Pitney Bowes Purchase Power,     P.O. Box 371874,    Pittsburgh, PA 15250-7874
18754658       +Pitts Swabbing Service, Inc.,     P.O. Box 554,    Laurel, MS 39441-0554
18754659       +Plains Gas Solutions,    Plains All American Pipeline, LP,     333 Clay Street,    Suite 1600,
                 Houston, TX 77002-4101
18754660       +Plante & Morgan, PLLC,    16060 Collections Center Drive,     Chicago, IL 60693-0160
18754661        Precise Propellant Stimulation, LLC,     5354 Highway 171,    Gloster, LA 71030-3108
18754662        Premium Oilfield Services, LLC,     P.O. Box 203763,    Dallas, TX 75320-3763
18754663        Pressure Control Innovations, LLC,     P.O. Box 2115,    Laurel, MS 39442-2115
18754664        Pro-Tek Field Services, LLC,     P.O. Box 919269,    Dallas, TX 75391-9269
18754665       +Process Piping Materials, Inc.,     P.O. Box 1167,    Youngsville, LA 70592-1167
18754666       +Pruet Oil Company, LLC,    217 West Capitol St. Ste 201,     Jackson, MS 39201-2099
18754667        Pruet Production Co.,    P.O. Box 11407,     Birmingham, AL 35246-1129
18754669       +Quitman Tank Solutions, LLC,     P.O. Box 90,    502 South Archusa Avenue,
                 Quitman, MS 39355-2330
18754670       +R & E Electric Services Electric,     A&R Enterprises,    P.O. Box 2000,    Kilgore, TX 75663-2000
18754671       +R & R Rentals & Hot Shot, Inc.,     P.O. Box 1161,    Laurel, MS 39441-1161
18754691       +RSM US LLP,    5155 Paysphere Circle,     Chicago, IL 60674-0001
18754693       +RWLS, LLC,    d/b/a Renegade Services,     P.O. Box 862,    Levelland, TX 79336-0862
18754672       +Rapad Drilling & Well Service, Inc.,     217 West Capitol Street,    Suite 201,
                 Jackson, MS 39201-2004
```

```
District/off: 1082-1                User: admin                   Page 5 of 8                  Date Rcvd: Apr 02, 2020
                                    Form ID: 309F1                Total Noticed: 379

18754673        +Rapad Well Service Co., Inc.,    217 West Capitol Street,    Jackson, MS 39201-2004
18754674         Rawls Resources, Inc.,    Attn Mr. Jim Rawls,    P.O. Box 2238,    Ridgeland, MS 39158-2238
18754675         Reagan Equipment Co., Inc.,    Department AT 952461,    Atlanta, GA 31192-2461
18754676        +Red Diamond Services, LLC,    RDOS Holdings, LLC,    P.O. Box 1029,    Waskom, TX 75692-1029
18754677        +Regard Resources Company, Inc.,    555 Aero Drive,    Shreveport, LA 71107-6941
18754678        +Register Oilfield Services, Inc.,    P.O. Box 960,    Logansport, LA 71049-0960
18754679        +Resource Ventures, LLC,    Attn Mark A. Arnold,    7112 W Jefferson Ave,    Suite 106,
                  Lakewood, CO 80235-2300
18754680        +Richard E. Johnson, Inc.,    P.O. Box 111,    Waynesboro, MS 39367-0111
18754681        +Richard S. Logan Trucking, Inc.,    P.O. Box 2900,    Mills, WY 82644-2900
18754682        +Robco Fossil Fuels, LLC,    Attn Steve White,    4830 Line Ave #135,    Shreveport, LA 71106-1530
18754683        +Roberson Trucking Co., Inc.,    672 Three Creeks Road,    Junction City, AR 71749-8623
18754684        +Robert C. McMillan 2011 Rev Trust,    Trustmark Nat'l Bank, Trustee,    PO Box 291 STE 1030,
                  Attn  Chip Walker, Personal Trust Dept.,    Jackson, MS 39205-0291
18754685        +Robert Israel,    2920 6th Street,    Boulder, CO 80304-3012
18754686        +Robert Israel Trust UW Joan Israel,    R. Israel,L. Israel &D. Israel, Trustees,
                  2920 6th Street,    Boulder, CO 80304-3012
18754687        +Robin USA, Inc.,    5751 English Turn Drive,    Milton, FL 32571-9545
18754688        +Robine & Welch Machine & Tool Company,    P.O .Box 252,    Laurel, MS 39441-0252
18754689        +Rosebud Energy Development, LLC,    William E. Nicas,    375 Deer Meadow Lane,
                  Littleton, CO 80124-9712
18754690        +Rowe Engineering & Surveying, Inc.,    3502 Laughlin Drive,    Suite B,    Mobile, AL 36693-5660
18754692        +Rudman Family Trust,    Tara Rudman, Co-Trustee,    5910 North Central Expressway,    Ste 1662,
                  Dallas, TX 75206-0965
18754694        +Ryco Exploration, LLC,    401 Edwards Street, Ste 915,    Shreveport, LA 71101-5553
18754695        +S&S Construction, LLC,    P.O. Box 859,    Flomaton, AL 36441-0859
18754697        +SDMF Holdings, LLC,    Attn Andrew Dossett,    5222 Stonegate Road,    Dallas, TX 75209-2212
18754714        +SPOC Automation, Inc.,    P.O. Bxo 1024,    Trussville, AL 35173-6024
18754715        +SRT Oil Field Service, LLC,    P.O. Box 2909,    Laurel, MS 39442-2909
18754696         Sawyer Drilling & Service Inc.,    PO Box 5275,    Bossier City, LA 71171-5275
18754698         Secorp Industries,    P.O. Box 687,    Ridgeland, MS 39158-0687
18755295        +Securities and Exchange Commission,    Central Regional Office,    1961 Stout St.,    Ste. 1700,
                  Denver CO 80294-1700
18754699         Sequel Electrical Supply, LLC,    P.O. Box 3579,    Meridian, MS 39303-3579
18754700        +Service Electric d/b/a A&R Enterprises,    P.O. Box 2000,    Kilgore, TX 75663-2000
18754701        +Sesnon Oil Company,    100 Bush Street, Ste #550,    San Francisco, CA 94104-3903
18754702         Shadow Hill, LLC,    P.O. Box 6212,    Bossier City, LA 71171-6212
18754703        +Shore Energy, L.P.,    W. Tim Sexton, President,    26 Crestwood Drive,    Houston, TX 77007-7007
18754704         Shred-it USA - Shreveport,    28883 Network Place,    Chicago, IL 60673-1288
18754705        +Shreveport Club,    410 Travis Street,    Shreveport, LA 71101-3105
18754706        +Shreveport Petroleum Data Assoc.,    333 Texas Street,    Suite 900,    Shreveport, LA 71101-3678
18754707         Simba Investors, LLC,    Attn Gary Glesby,    P.O. Box 270415,    Houston, TX 77277-0415
18754708        +Slickline South, LLC,    1652 Dykestown Road,    Jay, FL 32565-2031
18754709         Smith International, Inc.,    P.O. Box 732136,    Dallas, TX 75373-2136
18754710        +Southern Erosion Control Ownership,    Tracey Fillmore,    P.O. Box 969,
                  Flomaton, AL 36441-0969
18754711        +Southern Propane, Inc.,    P.O. Box 530,    Taylorsville, MS 39168-0530
18754712        +Spanish Fort Royalty, LLC,    P.O. Box 7429,    Spanish Fort, AL 36577-7429
18754716         Staples Business Credit,    P.O. Box 105638,    Atlanta, GA 30348-5638
18754717         State of Colorado,    Division of Securities,    1560 Broadway, Suite 900,
                  Denver, CO 80202-5150
18754718        +Stateside Oil, Inc.,    Attn Nick Sacco,    952 Echo Lane, Suite 315,    Houston, TX 77024-2791
18754719        +Stone Development, LLC,    Attn  L. C. Cheramie, Manager,    PO Box 12004,
                  Jackson, MS 39236-2004
18754720        +Stoneham Drilling Corporation,    707 17th Street,    Suite 3250,    Denver, CO 80202-3433
18754721         Strago Petroleum Corporation,    3209 Hamm Road,    Pearland, TX 77581-5503
18754722         Stratum Reservoir Intermediate, LLC,    P.O. Box 734607,    Dallas, TX 75373-4607
18754724        +Stroud Family LLC,    333 Texas Street Suite 860,    Shreveport, LA 71101-5302
18754725        +Sugar Oil Properties, L.P.,    Attn  Mr. Mickey Quinlan, President,
                  625 Market Street, Suite 100,    Shreveport, LA 71101-5392
18754726         Support.com Accounts Receivable,    Dept. CH-10967,    Palatine, IL 60055-0967
18754727         Sutton Lloyd,    1425 West 23rd Avenue,    Denver, CO 80205
18754728        +T & T Communications,    P.O. Box 279,    Ellisville, MS 39437-0279
18754729        +T & T Welding Service,    P.O. Box 279,    Ellisville, MS 39437-0279
18754730        +T.A. Leonard,    7817 Petersen Point Road,    Milton, FL 32583-8599
18754731        +T.M. McCoy & Co., Inc.,    P.O. Box 608,    Wilson, WY 83014-0608
18754732        +T.W. McGuire & Associates, Inc.,    Petroleum Engineers,    P.O. Box 1763,
                  Shreveport, LA 71166-1763
18754735        +TCP Cottonwood, L.P.,    333 Texas Street, Suite 2020,    Shreveport, LA 71101-3680
18754737        +TCP Specialists, LLC,    P.O. Box 157,    Gloster, LA 71030-0157
18754736        +TCP Specialists, LLC,    P.O. Box 19574,    Shreveport, LA 71149-0574
18754738        ++TEXAS COMPTROLLER OF PUBLIC ACCOUNTS,    REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION,
                  PO BOX 13528,    AUSTIN TX 78711-3528
                 (address filed with court: Texas Comptroller,    111 East 17th Street,    Austin, TX 78701)
18754755        +TST Energy, LLC,    Tracy S. Toups, Manager,    3238 Barksdale Blvd,
                  Bossier City, LA 71112-3534
18754733        +Tara Rudman Revocable Trust,    Tara Rudman, Trustee,    5910 North Central Expressway, Ste 1662,
                  Dallas, TX 75206-0965
18754734        +Tauber Exploration & Production Co,    55 Waugh Drive, Suite 600,    Houston, TX 77007-5837
```

```
District/off: 1082-1                  User: admin                    Page 6 of 8                   Date Rcvd: Apr 02, 2020
                                      Form ID: 309F1                 Total Noticed: 379

18754739       +The Coleman Revocable Living Trust,    4600 Greenville Avenue, Suite 300,
                 Dallas, TX 75206-5038
18754740       +The Financials.com LLC,    1868 Wildcat Cove,    Fort Pierce, FL 34949-8889
18754741        The Hiller Companies, Inc.,    P.O. Box 935434,    Atlanta, GA 31193-5434
18754743       +The MR Trust,    Attn Wes Herndon,    6500 Greenville Ave,   Ste 110,    Dallas, TX 75206-1008
18754744       +The Rudman Partnership,    W.R. Trey Sibley, III,    4851 LBJ Freeway, Ste 210,
                 Dallas, TX 75244-6018
18754745        Thompson Gas,    P.O. Box 9896511,    Boston, MA 02298-6511
18754746        Tiembo Ltd,   Attn Mark Rauch,    PO Box 270415,    Houston, TX 77277-0415
18754747       +Tom Joiner & Associates, Inc.,    P.O. Box 1490,    Tuscaloosa, AL 35403-1490
18754748        Tom Youngblood,    PO Box 5926,    Shreveport, LA 71135-5926
18754749       +Tool Pushers Supply Co.,    P.O. Box 1714,    Casper, WY 82602-1714
18754750       +Total Pump & Supply, LLC,    P.O. Box 548,    Carencro, LA 70520-0548
18754751        Total Safety US, Inc.,    P.O. Bxo 654171,    Dallas, TX 75265-4171
18754752       +Trimble Energy, LLC,    Attn James C. Trimble,    11816 Inwood Road #11,
                 5855 Milton Street Apt. 405,    Dallas, TX 75206-0043
18754753       +Trinity Exploration LLC,    776 Old Wagon Trail Circle,    Lafayette, CO 80026-8713
18754754       +Triumphant Management, LLC,    Attn Stefano Feo,    3757 Gulf Shores Pkwy,    Suite BA-1,
                 Gulf Shores, AL 36542-2759
18754756       +Turner Specialty Services, LLC,    P.O. Box 2750,    Baton Rouge, LA 70821-2750
18754757       +Twin Bridges Resources LLC,    475 17th Street, Suite 900,    Denver, CO 80202-4009
18754758        UHS Premium Billing,    P.O. Box 94017,    Palatine, IL 60094-4017
18754759        Ulterra Drilling Technologies. LP,    P.O. Box 733586,    Dallas, TX 75373-3586
18754760       +Union Oilfield Supply, Inc.,    12 John Dykes Road,    Waynesboro, MS 39367-8371
18754761       +Unishippers FRT Performance,    Logistics Group, Inc.,    P.O. Box 4011,
                 Greenwood Village, CO 80155-4011
18754762       +Unishppers DEN Performance,    Logistics Group, Inc.,    P.O. Box 4011,
                 Greenwood Village, CO 80155-4011
18754764       +Valley Plains, LLC,    P.O. Box 249,    Woodlawn, TX 75694-0249
18754765       +Vincent A. Zito Petroleum Landman,    505 Bear Drive,    Gulf Breeze, FL 32561-4221
18754766       +W.S. Red Hancock, Inc.,    P.O. Box 207,    Bentonia, MS 39040-0207
18754767       +Warthawg Construction,    d/b/a Warthawg Properties, LP,    520 Honeysuckle Lane,
                 Longview, TX 75605-6759
18754768       +Wastewater Disposal Services, Inc.,    P.O. Drawer 649,    Brewton, AL 36427-0649
18754769       +Weatherford Laboratories, Inc.,    ATTN Kelly Emanual,    2000 St. James Place,
                 Houston, TX 77056-4123
18754770        WellPro Fishing & Rental Tools, Inc.,    WellPro, Inc.,    P.O. Box 2436,
                 Williston, ND 58802-2436
18754771        Whirlwind Methane Recovery Systems LLC,    3600 Bent Cedar Trail,    Edmond, OK 73034-2049
18754772       +White Resources LLC Oilfield Chemicals,    P.O. Box 17875,    Natchez, MS 39122-7875
18754773       +White's T&J Oilfield Supply, Inc.,    P.O. Box 659,    Highway 84 West,
                 Jonesville, LA 71343-0659
18754774       +William R. & Gloria R. Rollo Rev Trust,    W.R. Rollo & G.R. Rollo, Co-Trustees,    P.O. Box 894,
                 Milton, FL 32572-0894
18754775       +Wimberley Park Ltd.,    Attn Peter M. Way,    PO Box 36530,   Houston, TX 77236-6530
18754776       +Wyoming Department of Revenue,    122 West 25th Street, Suite E301,    Herschler Building East,
                 Cheyenne, WY 82002-0001
18754777        Zedi USA,   P.O. Box 51475,    Lafayette, LA 70505-1476

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: lmk@kutnerlaw.com Apr 03 2020 02:46:47     Lee M. Kutner,    1660 Lincoln St.,
                 Ste. 1850,   Denver, CO  80264
18754405        EDI: AMEREXPR.COM Apr 03 2020 06:33:00      American Express,    P.O. Box 650448,
                 Dallas, TX 75265-0448
18754465       +E-mail/Text: cmccord@mccordprod.com Apr 03 2020 02:46:59     CTM 2005, Ltd.,
                 Attn Charles T. McCord, III,    55 Waugh Drive #515,    Houston, TX 77007-5840
18754454        E-mail/Text: coastalcredit@brenntag.com Apr 03 2020 02:47:43     Coastal Chemical Co., LLC,
                 Department 2214,    P.O. Box 122214,    Dallas, TX 75312-2214
18755293       +EDI: CODEPREV.COM Apr 03 2020 06:33:00      Colorado Department Of Revenue,    1375 Sherman St.,
                 Room 504,   Attention Bankruptcy Unit,    Denver CO 80261-3000
18754457       +EDI: CODEPREV.COM Apr 03 2020 06:33:00      Colorado Department of Revenue,
                 1375 Sherman Street, Room 511,    Denver, CO 80261-2200
18754493       +E-mail/Text: Cori@eldoradosprings.com Apr 03 2020 02:47:49     Eldorado Artesian Springs,
                 1783 Dogwood Street,    Louisville, CO 80027-3085
18754504        EDI: FLDEPREV.COM Apr 03 2020 06:33:00      Florida Department of Revenue,    P. O. Box 6668,
                 Tallahassee, FL 32314-6668
18754507       +EDI: FORD.COM Apr 03 2020 06:33:00      Ford Motor Company,    P.O. Box 650575,
                 Dallas, TX 75265-0575
18754525        E-mail/Text: plupo1234@gmail.com Apr 03 2020 02:46:57     Granite Creek Partners, LLC,
                 Attn L. Patrick Lupo,    PO Box 639,    Teton Village, WY 83025-0639
18754542        E-mail/Text: BankruptcyNotices@hughes.com Apr 03 2020 02:46:52     Hughes Network Systems, LLC,
                 P.O. Box 96874,   Chicago, IL 60693-6874
18754546        E-mail/Text: bkynotifications@ihs.com Apr 03 2020 02:47:38     IHS Global, Inc.,
                 P.O. Box 847193,    Dallas, TX 75284-7193
18755294        EDI: IRS.COM Apr 03 2020 06:33:00      IRS,   PO Box 7346,    Philadelphia PA 19101-7346
18754552        E-mail/Text: bankruptcy2@ironmountain.com Apr 03 2020 02:47:29
                 Iron Mountain Records Management,    P.O. Box 915004,    Dallas, TX 75391-5004
18754596       +EDI: LADOR Apr 03 2020 06:33:00      Louisiana Department of Revenue,    P.O. Box 201,
                 Baton Rouge, LA 70821-0201
```

```
District/off: 1082-1                User: admin                  Page 7 of 8                   Date Rcvd: Apr 02, 2020
                                    Form ID: 309F1               Total Noticed: 379

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
18754597       +EDI: LADOR Apr 03 2020 06:33:00      Louisiana Department of Revenue,    617 North Third Street,
                 Baton Rouge, LA 70802-5432
18754614        E-mail/Text: litigationintake@metlife.com Apr 03 2020 02:47:41
                 Metropolitan Life Insurance Company,    P.O. Box 804466,    Kansas City, MO 64180-4466
18754616        EDI: MSDOR Apr 03 2020 06:33:00      Mississippi Department of Revenue,    P.O. Box 1033,
                 Jackson, MS 39215-1033
18754635       +E-mail/Text: bankruptcy@coag.gov Apr 03 2020 02:47:43      Office of the Attorney General,
                 State of Colorado,    1300 Broadway,    Denver, CO 80203-2104
18754668        E-mail/Text: karen@pryorpackers.com Apr 03 2020 02:47:00      Pryor Packers, Inc.,
                 P.O. Box 2754,    Laurel, MS 39442
18754647       +E-mail/Text: krudolph@pathfinderinspections.com Apr 03 2020 02:47:42
                 Pathfinder Inspections & Field Services,    P.O. Box 3889,    Gillette, WY 82717-3889
18754713        E-mail/Text: ar@spl-inc.com Apr 03 2020 02:47:01      SPL, Inc.,    d/b/a Banded Iron Group,
                 P.O. Box 842013,    Dallas, TX 75284-2013
18755296       +E-mail/Text: bankruptcynoticeschr@sec.gov Apr 03 2020 02:47:19
                 Securities and Exchange Commission,    Midwest Regional Office,    175 W. Jackson Blvd.,
                 Ste. 900,    Chicago IL 60604-2815
18754723        E-mail/Text: laketag@striclan.com Apr 03 2020 02:47:42      Stric-Lan Companies, LLC,
                 P.O. Box 62288,    Lafayette, LA 70596-2288
18754742        E-mail/Text: jcarmichael@mcphersonoil.com Apr 03 2020 02:47:01
                 The McPherson Companies, Inc.,    P.O. Box 890145,    Charlotte, NC 28289-0145
18754763        E-mail/PDF: sluna@ur.com Apr 03 2020 07:54:00      United Rentals North America , Inc.,
                 P.O. Box 840514,    Dallas, TX 75284-0514
                                                                                              TOTAL: 26

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18754409        Anderson, Kim
18754516        Gardner, Marie
18754576        Kat Eggleston
18754502*       Fletcher Petroleum Company, LLC,    PO Box 2147,    Fairhope, AL 36533-2147
18754551*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    1999 Broadway,    MS 5012 DEN,
                 Denver, CO 80202-3025)
18754550*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    Insolvency Unit,    1999 Broadway,
                 MS 5012 DEN,    Denver, CO 80202-3025)
18754548*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
18754549*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
18754634*       Office of the Attorney General,    US Department of Justice,    950 Pennsylvania Avenue, NW,
                 Suite 4400,    Washington, DC 20530-0001
18754637*       Office of the US Attorney,    District of Colorado,    1801 California Street, Suite 1600,
                 Denver, CO 80202-2628
                                                                                   TOTALS: 3, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 1082-1                User: admin                 Page 8 of 8                    Date Rcvd: Apr 02, 2020
                                    Form ID: 309F1              Total Noticed: 379
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2020 at the address(es) listed below:

```
              Lee M. Kutner    on behalf of Debtor    Sklarco, LLC lmk@kutnerlaw.com,   vlm@kutnerlaw.com,
               receptionist@kutnerlaw.com
              Lee M. Kutner    on behalf of Debtor    Sklar Exploration Company, LLC lmk@kutnerlaw.com,
               vlm@kutnerlaw.com,receptionist@kutnerlaw.com
              Paul   Moss    on behalf of U.S. Trustee    US Trustee Paul.Moss@usdoj.gov
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor | **Sklar Exploration Company, LLC** <br> Name | EIN: 72–1417930 |
| United States Bankruptcy Court   District of Colorado | | Date case filed for chapter:  11   4/1/20 |
| Case number:   20–12377–EEB | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case
02/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Sklar Exploration Company, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5395 Pearl Parkway <br> Suite 200 <br> Boulder, CO 80301 | |
| 4. | **Debtor's attorney** <br> Name and address | Lee M. Kutner <br> 1660 Lincoln St. <br> Ste. 1850 <br> Denver, CO 80264 | Contact phone  303–832–2400 <br><br> Email:  lmk@kutnerlaw.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | US Bankruptcy Court <br> US Custom House <br> 721 19th St. <br> Denver, CO 80202–2508 | Hours open: <br> 8:00am – 5:00pm Monday–Friday <br><br> Contact phone  720–904–7300 <br><br> Date: 4/2/20 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | **May 11, 2020 at 01:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Telephonic Meeting of Creditors, Please call five minutes in advance, Conference Number – 888–497–4718, Passcode – 6026644** |

**For more information, see page 2 >**

Debtor **Sklar Exploration Company, LLC**  Case number **20–12377–EEB**

| 7. Proof of claim deadline | **Deadline for filing proof of claim:** |
|---|---|
| | **For a governmental unit:** 9/28/20 |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** _____ |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |