```
                          United States Bankruptcy Court
                               District of Colorado
In re:                                                      Case No. 20-12377-EEB
Sklar Exploration Company, LLC                              Chapter 11
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1            User: admin               Page 1 of 1              Date Rcvd: Apr 02, 2020
                                Form ID: pdf906           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2020.
db             +Sklar Exploration Company, LLC,    5395 Pearl Parkway,    Suite 200,    Boulder, CO 80301-2541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2020 at the address(es) listed below:
              Lee M. Kutner    on behalf of Debtor   Sklar Exploration Company, LLC lmk@kutnerlaw.com,
               vlm@kutnerlaw.com,receptionist@kutnerlaw.com
              Paul Moss    on behalf of U.S. Trustee    US Trustee Paul.Moss@usdoj.gov
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 3

# United States Bankruptcy Court
## For the District of Colorado

In re: )
Sklar Exploration Company, LLC ) Bankruptcy Case No. 20-12377-EEB
) Chapter 11
)
Debtor(s). )

**DEFICIENCY NOTICE: DOCUMENTS DUE    4/15/2020**

The following missing documents are required for your case:

• Statement of Financial Affairs
• Summary of Assets and Liabilities
• All Schedules: A/B, D, E/F, G, H
• Corporate Resolution
• Corporate Ownership Statement
• List of Equity Security Holders
• Statement regarding whether a receiver is in possession of all or any part of the Debtor's property (L.B.F. 1007-7.1)

**Your case is subject to dismissal if you fail to file the missing documents or otherwise request a hearing in writing by the above date.**[1]

Date: 4/2/2020                                             Kenneth S. Gardner, Clerk
                                                           U.S. Customs House, 721 19th Street, Denver, CO 80202

Create your "List of Creditors" online: http://www.cob.uscourts.gov/credentry/splash_creditor_entry.asp
The Official Bankruptcy Forms are available at http://www.uscourts.gov/forms/bankruptcy-forms
The Official Local Bankruptcy Forms are available at http://www.cob.uscourts.gov/forms/all-forms
For more information on how to file the missing document(s) or information about your case:
        Call: 720-904-7300
        Live Chat Online: www.cob.uscourts.gov

---

[1] See 11 U.S.C. § 521 and/or 11 U.S.C. §1116, Federal Rule of Bankruptcy Procedure 1007 and/or 3015, and/or Local Bankruptcy Rule 1007-6, and 1007-7.