| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sklar Exploration Company, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **East West Bank** Treasury Department 135 North Los Robles Avenue Suite 600 ATTN: Linda Cox Pasadena, CA 91101 | Phone: (626) 768-6000 linda.cox@eastwestbank.com | | | $22,350,000.00 | Unknown | Unknown |
| **Mesa Fluids, LLC** c/o Juno Financial P.O. Box 173928 Denver, CO 80217-3928 | aaron.merrell@mesafluids.com | **Trade Debt** | | | | $992,275.80 |
| **Stoneham Drilling Corporation** 707 17th Street Suite 3250 Denver, CO 80202 | Fax: (720) 354-3679 hstickel@wesca.ca crodway@wesca.com | **Trade Debt** | | | | $729,282.68 |
| **TCP Cottonwood, L.P.** 333 Texas Street, Suite 2020 Shreveport, LA 71101 | cole@andersonoilandgas.com | **Cash Call Advance - $465,917.81 Working Interest Revenue - $193,803.34** | | | | $659,721.15 |
| **Fant Energy Limited** P.O. Box 55205 Houston, TX 77255 | Phone: (713) 316-1195 sswan@nps.cc | **Cash Call Advance $405,053.86 Working Interest Revenue - $226,857.76** | | | | $631,911.62 |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 1

Debtor **Sklar Exploration Company, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JJS Working Interest LLC  2001 Kirby Dr, Suite 1110  Houston, TX 77019 | justin@hbcapllc.com | Cash Call Advance | | | | $608,311.38 |
| H&H Construction, LLC  Ladon E. Hall, Sole Manager  P.O. Box 850  Flomaton, AL 36441 | Fax: (251) 296-2867  handh104@panhandle.it.com | Trade Debt | | | | $510,449.00 |
| JD Fields & Company, Inc.  P.O. Box 134401  Houston, TX 77219-4401 | Fax: (281) 558-0446  ATTN: Mark Fletcher | Trade Debt | | | | $474,029.54 |
| Kudzu Oil Properties, LLC  300 Concourse Blvd, Suite 101  Ridgeland, MS 39157 | way3@cavaliergrp.com | Cash Call Advance | | | | $446,353.04 |
| FPCC USA, Inc.  245 Commerce Green Blvd, Ste 250  Sugar Land, TX 77478 | Phone: (281) 302-6850  liweihu@fpcc.com.tw | Cash Call Advance | | | | $414,084.00 |
| Lucas Petroleum Group, Inc.  327 Congress Avenue, Suite 500  Austin, TX 78701-3656 | Fax: (512) 457-1068  ATTN: James Brock  fbrock@lucaspetroleum.com | Cash Call Advance | | | | $384,201.02 |
| Meritage Energy, Ltd.  C/O BKD, LLP  2700 Post Oak Blvd, Ste 1500  Houston, TX 77056 | jcaubrey@meritagenrg.com | Cash Call Advance | | | | $375,193.95 |
| Strago Petroleum Corporation  3209 Hamm Road  Pearland, TX 77581-5503 | lfgoza@strago.net  robare@strago.net | Cash Call Advance | | | | $366,114.75 |

Debtor **Sklar Exploration Company, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Anderson Investment Holdings, LP AEEC II, LLC 333 Texas Street, Suite 2020 Shreveport, LA 71101** | cole@andersonoilandgas.com | **Cash Call Advance $299,473.91 Working Interest Revenue $64,799.27** | | | | **$364,273.18** |
| **Kelley Brothers Contractors, Inc. P.O. Drawer 1079 Waynesboro, MS 39367** | mbk@kelleycompanies.com kelleybros@kelleycompanies.com | **Trade Debt** | | | | **$341,605.44** |
| **Rapad Well Service Co., Inc. 217 West Capitol Street Jackson, MS 39201** | Fax: (601) 355-5438 | **Trade Debt** | | | | **$330,036.75** |
| **Apple River Investments, L.L.C. Attn: Robert M. Boeve, President 1503 Garfield Road North Traverse City, MI 49696** | Phone: (231) 935-4220 benb@jordanex.com | **Cash Call Advance $281,941.42 Working Interest Revenue - $21,283.97** | | | | **$303,225.39** |
| **Pruet Oil Company, LLC 217 West Capitol St. Ste 201 Jackson, MS 39201-2004** | JRigney2@pruet.com | **Cash Call Liability** | | | | **$274,562.72** |
| **Pro-Tek Field Services, LLC P.O. Box 919269 Dallas, TX 75391-9269** | Fax: (337) 321-6931 | **Trade Debt** | | | | **$266,228.26** |
| **Union Oilfield Supply, Inc. 12 John Dykes Road Waynesboro, MS 39367** | scott@unionsupplyinc.com amber@unionsupplyinc.com | **Trade Debt** | | | | **$252,725.91** |