# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| *In re:* ) | |
| ) | |
| Sklar Exploration Company, LLC and. ) | Bankruptcy Case No. 20-12377-EEB |
| Sklarco, LLC ) | Chapter 11 |
| ) | |
| Debtors. ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Local Bankruptcy Rule 9010-1 and Federal Rule of Bankruptcy Procedure 9010, Craig K. Schuenemann, Esq. of Bryan Cave Leighton Paisner LLP hereby enters his appearance in the within captioned matter on behalf of East-West Bank.

Counsel respectfully requests that all notices, pleadings, motions, orders, applications, and other documents filed and/or served in this case be sent to the following address:

Craig K. Schuenemann, Esq.
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Tel. (303) 861-7000
Fax: (303) 866-0200
E-mail: craig.schuenemann@bclplaw.com

Dated this 6th day of April, 2020.

*s/ Craig K. Schuenemann*
Craig K. Schuenemann, CO #41068
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Phone: (303) 861-7000
Facsimile: (303) 866-0200
Email: craig.schuenemann@bclplaw.com

ATTORNEYS FOR EAST-WEST BANK

## CERTIFICATE OF MAILING

      The undersigned hereby certifies that on this 6th day of April, 2020, a true and correct copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** was filed and served via ECF on all attorneys of record:

Jeffrey S. Brinen
Lee M. Kutner
1660 Lincoln Street
Suite 1850
Denver, CO 80264
*Attorney for Debtor Sklarco, LLC*

Paul Moss
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294
*Attorney for U.S. Trustee*

        */s/ Martha A. Hammond*
        Martha A. Hammond Legal Secretary
        Bryan Cave Leighton Paisner LLP