UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| Debtor. | ) | |

**MOTION FOR APPROVAL OF RETAINER FOR KUTNER BRINEN, P.C.**

The Debtor and Debtor-in-Possession, Sklar Exploration Company, LLC ("Debtor"), by and through its attorneys, Kutner Brinen, P.C., moves the Court for an Order approving the Debtor's payment of a retainer to Kutner Brinen, P.C. and as grounds therefor states as follows:

1. The Debtor filed its Voluntary Petition pursuant to chapter 11 of the Bankruptcy Code on April 1, 2020 and the Debtor remains a debtor in possession.

2. In connection with the Debtor's Chapter 11 filing, the Debtor retained the firm of Kutner Brinen, P.C. ("KB") to represent it as bankruptcy counsel in this case.

3. KB was paid a pre-petition retainer for undertaking this matter in the amount of $89,819. The retainer was paid by the Debtor, Sklar Exploration Company, LLC.

4. The payment of a retainer is consistent with 11 U.S.C. § 328 and is a reasonable basis for employment. Given the nature of this case, the fees and costs may exceed the amount of the retainer. Since the retainer will secure post-petition fees and costs as they are incurred and approved by the Court, the approval of the retainer may be governed by 11 U.S.C. §§ 363 and 364(c)(2). Contemporaneously with this Motion, the Debtor is filing a Motion pertaining to the use of the retainer and proposed payment procedure as governed by Local Bankruptcy Rule 2016-2.

5. The retainer is property of the estate and will be used to secure and pay fees and costs incurred in the Chapter 11 case.

6. All fees and costs will be subject to interim and final approval by the Court upon filing interim and final fee applications.

7. The Debtor's case is complex and involves complicated factual and legal issues that KB will be required to address. It is in the best interests of the Debtor and the estate that KB be provided with a reasonable retainer.

WHEREFORE, the Debtor, Sklar Exploration Company, LLC, prays that the Court make and enter an order, after notice with opportunity for a hearing, approving the retainer, the use of the retainer, and payment procedure as set forth herein, and for such further and additional relief as to the Court may appear proper.

Dated: April 6, 2020  Respectfully submitted,


By: */s/ Lee M. Kutner*
Lee M. Kutner, #10966
**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
E-Mail: lmk@kutnerlaw.com