UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| Debtor. | ) | |

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF
MOTION FOR APPROVAL OF RETAINER FOR KUTNER BRINEN, P.C.**

**OBJECTION DEADLINE: APRIL 20, 2020**

**YOU ARE HEREBY NOTIFIED** that the Debtor, Sklar Exploration Company, LLC has made Application to the Court for an order approving a pre-petition retainer in the amount of $89,819 paid by the Debtor to Kutner Brinen, P.C.. The retainer, once approved, will be used to secure and pay any fees and costs incurred post-petition by the Debtor and approved by the Court. The Debtor has also filed a Motion to Approve Payment Procedures for Professional Fees to allow the Debtors to pay attorney fees and costs on a monthly basis, first from the retainer and then from ongoing revenues, pursuant to L.B.R. 2016-2.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the aforementioned application without any further notice to creditors or other interested parties.

Dated: April 6, 2020                    Respectfully submitted,

By: */s/ Lee M. Kutner*
Lee M. Kutner, #10966
**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400