UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| Debtor. | ) | |

**ORDER APPROVING RETAINER FOR ARMBRECHT JACKSON, LLP**

This matter having come before the Court on the Debtor's Motion for Approval of Retainer for Armbrecht Jackson, LLP ("Motion"), praying for approval of its payment of a retainer to special counsel, Armbrecht Jackson, LLP, to secure and pay attorney fees and costs for this case, notice having been provided to creditors and parties in interest and no objections having been received, the Court does hereby

ORDER

The Motion is granted and the pre-petition retainer paid by the Debtor, Sklar Exploration Company, LLC, to Armbrecht Jackson, LLP in the amount of $25,000 is approved.

Done and entered this _____ day of April, 2020 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge