UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
| Debtor. | ) | |

### NOTICE OF MOTION TO APPROVE PAYMENT PROCEDURE FOR PROFESSIONAL FEES AND COSTS

### OBJECTION DEADLINE: APRIL 20, 2020

**YOU ARE HEREBY NOTIFIED** that the Debtor, Sklar Exploration, LLC ("Debtor") has filed a Motion to Approve Payment Procedure for Attorney Fees and Costs, and request the following relief: The Debtor is requesting an Order approving a payment procedure for fees and costs incurred by professionals employed in the above captioned bankruptcy cases.  The Debtor requests authority to pay 80% of fees and 100% of costs monthly pursuant to Local Bankruptcy Rule 2016-2, first from retainers provided to such professionals, then from the Debtor's revenue, all subject to the filing of interim and final fee applications.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: April 6, 2020                                      Respectfully submitted,


By:   */s/  Keri L. Riley*
   Lee M. Kutner, # 10966
   Keri L. Riley, #47605
   **KUTNER BRINEN, P.C.**
   1660 Lincoln Street, Suite 1850
   Denver, CO 80264
   Telephone:  (303) 832-2400