UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
|   Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
|   Debtor. | ) | |

**MOTION TO DETERMINE ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES AND RESTRAINING UTILITIES FROM DISCONTINUING, ALTERING OR REFUSING SERVICE**

The Debtors, Sklar Exploration Company, LLC and Sklarco, LLC ("Debtors"), by and through their attorneys, Kutner Brinen, P.C., hereby file their Motion to Determine Adequate Assurance of Payment for Future Utility Services and Restraining Utilities ("Utilities") from Discontinuing, Altering, or Refusing Service, and in support thereof respectfully states:

1. The Debtors filed for relief under Chapter 11 of the Bankruptcy Code on April 1, 2020. The Debtors remain Debtors-in-Possession.

2. SEC is a Louisiana limited liability company engaged in business as an independent exploration and production company in the oil and gas industry. SEC has its principal business office in Boulder, Colorado and has additional offices in Shreveport, Louisiana and Brewton, Alabama. SEC's exploration and production activities are located in East Texas, North Louisiana, South Mississippi, South Alabama and the Florida Panhandle. SEC is also developing opportunities in the western United States.

3. Sklarco is a Louisiana limited liability company that holds extensive oil and gas interests in East Texas, North Louisiana, South Mississippi, South Alabama, the Florida Panhandle, Wyoming, and Montana.

4. The Utilities set forth on Exhibit A provide various utility services to the Debtors. The Utilities are essential for the Debtors to maintain operations in the ordinary course of

business. In each case the name of the Utility is set forth along with the service provided and the average monthly utility charge.

5. Bankruptcy Code Section 366(c)(2) provides that a utility may alter, refuse or discontinue service to the Debtors unless adequate assurance of payment in a form other than the availability of an administrative expense claim is provided within 20 days of the Petition Date.

6. The amount expended for utilities each month is reasonable and necessary to ensure a continuity of service. If the Debtors utility services were discontinued, the Debtors' operations would be severely impaired until the Debtors found replacement services. In many instances, replacement services would be more expensive on a monthly basis.

7. The Debtors assert that a one month deposit equal to estimated post-petition utility usage and timely ongoing payment on a monthly basis is adequate for each of the Utilities at issue. The Debtors shall only be obligated to pay the one month deposit upon 10 business days' written notice from a Utility. On a pre-petition basis the Debtors were able to pay the Utilities monthly and on time. The Debtors do budget for payment to Utilities in its Motion to Use Cash Collateral and will be able to pay all post-petition utility payments on time.

8. In the absence of any objection from a Utility, the Debtors request a determination that each Utility has received adequate assurance of payment for future utility service and is restrained from discontinuing, altering or refusing service. Any Utility may at any time request that an alternative means of providing adequate assurance of payment of future utility services.

9. It is essential that the Debtors maintain utility services in order to continue its operations and generate funds for a Plan of Reorganization.

WHEREFORE, the Debtors pray that the Court grant the relief requested herein and for such further and additional relief as to the Court may appear proper.

DATED: April 6, 2020

Respectfully submitted,

By: _/s/ Keri L. Riley_
Lee M. Kutner #10966
Keri L. Riley, #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
E-mail: klr@kutnerlaw.com

**EXHIBIT A**
**UTILITIES**

| Utility Provider | Utility | Average Monthly Amount |
|---|---|---|
| Entergy | Electricity | $178.00 |
| Alabama Power | Electricity | $210.00 |
| City of Brewton | Natural Gas, Water, Sewer | $275.00 |
| Owassa Brownville Water | Water | $67.00 |
| Town of Arcadia | Water | $20.00 |
| DirecTV | Internet | $155.00 |
| Key-Rite Security | Security Services | $70.00 |
| CenturyLink | Internet, Telephone | $690.00 |