UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                )
                                                      )        Case No. 20-12377-EEB
SKLAR EXPLORATION COMPANY, LLC                        )
EIN: 72-1417930                                       )        Chapter 11
                                                      )
    Debtor.                                           )
                                                      )
_____                       )
                                                      )        Case No. 20-12380-EEB
SKLARCO, LLC                                          )
EIN:  72-1425432                                      )        Chapter 11
    Debtor.                                           )

**ORDER DETERMINING ADEQUATE ASSURANCE OF
PAYMENT FOR FUTURE UTILITY SERVICES AND RESTRAINING UTILITIES
FROM DISCONTINUING, ALTERING OR REFUSING SERVICE**

UPON CONSIDERATION OF Debtors' Motion to Determine Adequate Assurance of Payment for Future Utility Services and Restraining Utilities ("Motion"), notice having been provided and no sustainable objections having been filed, for good cause shown,

IT IS HEREBY ORDERED THAT:

1.    The Debtors offer of adequate assurance of payment consisting of one month deposit, due upon 10 business days written notice from a Utility (as defined in the Motion), for estimated future utility use plus ongoing timely post-petition payment is approved;

2.    Each Utility has received adequate assurance of payment for future utility service and is restrained from discontinuing, altering or refusing service; and

3.    Each Utility retains their right to seek modification of the adequate assurance offer in accordance with Bankruptcy Code §366.

Done and entered this _____ day of April, 2020 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Court