UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

### CERTIFICATE OF SERVICE

I certify that on April 6, 2020, I served a complete copy of the **MOTION TO DETERMINE ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES AND RESTRAINING UTILITIES FROM DISCONTINUING, ALTERING OR REFUSING SERVICE** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Entergy
P.O. Box 8108
Baton Rouge, LA 70891-8108

Alabama Power
P.O. Box 242
Birmingham, AL 35292

City of Brewton
P.O. Box 368
Brewton, AL 36427-0368

Owassa Brownville Water
P.O. Box 544
Evergreen, AL 36401

Town of Arcadia
P.O. Box 767
Arcadia, LA 71001

Direct TV
P.O. Box 105249
Atlanta, GA 30348-5249

Key Rite Security
5570 East Yale Avenue
Denver, CO 80222

CenturyLink
P.O. Box 4300
Carol Stream, IL 60197-4300


/s/Vicky Martina
**Vicky Martina**
**Kutner Brinen PC**