# SKLAR EXPLORATION COMPANY, LLC
## Combined and Consolidated Balance sheets
### (Unaudited)

|  | December 31, 2019 | December 31, 2018 |
|---|---:|---:|
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ 1,928,138 | $ 3,602,993 |
| Marketable securities, at fair value | 1,533,102 | 392,325 |
| Accrued oil and gas revenue | 7,593,769 | 6,689,104 |
| Joint interest billing receivable | 6,022,719 | 4,976,093 |
| Accounts receivable - related parties | 434,433 | 101,943 |
| Prepaid expenses and other | 909,557 | 624,458 |
| Derivative asset - current portion | 144,675 | 563,025 |
| Notes receivable - related parties | 2,242 | 65,137 |
| Total current assets | 18,568,635 | 17,015,078 |
| Oil and gas properties, using the successful efforts method of accounting: | | |
| Oil and gas properties | 117,400,758 | 108,671,399 |
| Prepaid drilling obligations | 196,876 | 1,293,716 |
| Accumulated depletion, depreciation, and amortization | (77,564,110) | (73,304,273) |
| Net oil and gas properties | 40,033,524 | 36,660,842 |
| Property and equipment, net | 862,419 | 698,417 |
| Non-current assets | | |
| Investments in partnerships | 3,361,095 | 3,573,085 |
| Notes receivable - related parties, net of current portion | 50,082 | 50,082 |
| Derivative asset - noncurrent portion | 161,161 | 451,140 |
| Debt issuance costs | 141,337 | 188,449 |
| Other long-term assets | 1,533,270 | 1,703,540 |
| Total non-current assets | 5,246,945 | 5,966,296 |
| Total assets | $ 64,711,523 | $ 60,340,633 |
| **Liabilities and Trust Principal** | | |
| Current liabilities | | |
| Accounts payable - trade | $ 10,007,760 | $ 8,334,118 |
| Accounts payable - production | 14,842,180 | 13,485,645 |
| Accrued liabilities | 1,659,325 | 744,764 |
| Current portion of notes payable | 261,568 | 231,310 |
| Cash call prepayments | 5,319,384 | 3,351,896 |
| Total current liabilities | 32,090,217 | 26,147,733 |
| Non-current liabilities | | |
| Notes payable, net of current portion | 22,866,985 | 23,161,518 |
| Asset retirement obligations | 3,471,650 | 3,471,650 |
| Total non-current liabilities | 26,338,635 | 26,633,168 |
| Total liabilities | 58,428,852 | 52,780,901 |
| Commitments and contingencies | | |
| Trust principal | 6,282,671 | 7,559,732 |
| Total liabilities and trust principal | $ 64,711,523 | $ 60,340,633 |

**SKLAR EXPLORATION COMPANY, LLC**
**Combined and Consolidated Statements of Operations**
**(Unaudited)**

|  | Twelve Month Period Ended December 31, | | Three Month Period Ended December 31, | |
|---|---:|---:|---:|---:|
|  | **2019** | **2018** | **2019** | **2018** |
| Production revenue | | | | |
|   Oil | $ 13,111,996 | $ 16,045,828 | $ 3,041,130 | $ 3,651,465 |
|   Gas | 1,957,525 | 2,091,598 | 407,866 | 483,379 |
|   Other | 710,733 | 884,609 | 172,016 | 282,438 |
|     Total production revenue | 15,780,254 | 19,022,035 | 3,621,012 | 4,417,282 |
| Operating expenses: | | | | |
|   Lease operating | 3,146,468 | 3,806,349 | 747,095 | 1,145,966 |
|   Exploration, dry hole, and unproved property write-offs | 813,116 | 930,972 | 794,695 | 903,626 |
|   Production taxes | 997,914 | 1,308,634 | 236,161 | 279,648 |
|   Other operating | 533,357 | 638,603 | 126,987 | 149,186 |
|   General and administrative | 4,267,038 | 4,693,540 | 1,462,922 | 1,621,430 |
|   Depreciation, depletion, amortization, and accretion | 4,508,957 | 4,639,305 | 1,113,371 | 582,405 |
|   Impairment of proved oil and gas properties | - | 3,892,694 | - | 3,892,694 |
|     Total operating expenses | 14,266,850 | 19,910,097 | 4,481,231 | 8,574,955 |
|     Income (loss) from operations | 1,513,404 | (888,062) | (860,219) | (4,157,673) |
| Other income (expense): | | | | |
|   Management fee | 540,164 | 552,000 | 135,000 | 135,000 |
|   Realized gain (loss) on derivative instruments | (270,270) | (1,112,304) | (62,580) | (182,305) |
|   Unrealized gain (loss) on derivative instruments | (781,649) | 1,287,404 | (381,055) | 1,106,254 |
|   Realized gains and dividends on marketable securities | 23,296 | 14,105 | 7,917 | (1,562) |
|   Unrealized gain (loss) on marketable securities | 229,131 | (54,946) | 103,732 | (51,233) |
|   Finance expense | (1,407,307) | (1,237,441) | (335,460) | (461,036) |
|   Income from investments in partnerships, net | 796,007 | 953,734 | 162,027 | 280,310 |
|   Gain (loss) on sale of assets | (255,349) | (1,904) | (285,944) | (460,888) |
|   Other income (expense) | 31,439 | 331,847 | 45,055 | 156,038 |
|     Total other income | (1,094,538) | 732,495 | (611,308) | 520,578 |
|     Net income (loss) | $ 418,866 | $ (155,567) | $ (1,471,527) | $ (3,637,095) |

# SKLAR EXPLORATION COMPANY, LLC
### Combined and Consolidated Statement of Changes in Trust Principal
### (Unaudited)

|  | | Trust Principal |
|---|---|---:|
| Balance - January 1, 2018 | $ | 9,634,639 |
| Distributions | | (1,919,340) |
| Net income | | (155,567) |
| Balance - December 31, 2018 | $ | 7,559,732 |
| Distributions | | (1,695,927) |
| Net income | | 418,866 |
| Balance - October 31, 2019 | $ | 6,282,671 |

## SKLAR EXPLORATION COMPANY, LLC
### Combined and Consolidated Statements of Cash Flows
### (Unaudited)

|  | For the Twelve Months Ended December 31, | |
|---|---:|---:|
|  | 2019 | 2018 |
| **Cash flows from operating activities:** | | |
| Net income | $ 418,866 | (155,567) |
| Adjustments to reconcile net income (loss) to net cash provided by operating activities: | | |
| Depreciation, depletion and amortization | 4,508,958 | 4,472,265 |
| Accretion of asset retirement obligations | - | 167,040 |
| Exploration, dry hole costs and unproved property write-offs | 779,987 | 903,667 |
| Gain on sale of assets | (30,595) | 1,904 |
| (Gain) loss on equity investments in partnerships - equity method | - | (85,000) |
| Impairment of proved properties | - | 3,892,694 |
| Amortization of debt discount | 47,112 | 41,857 |
| Gain on sale of marketable securities | - | (14,105) |
| Amortization of put premium | 229,850 | 246,480 |
| Unrealized (gain) loss on derivative contracts | 781,649 | (1,287,404) |
| Unrealized (gain) loss on marketable securities | (229,131) | 54,946 |
| Changes in operating assets and liabilities: | | |
| Accrued oil and gas revenue | (904,665) | 1,284,890 |
| Joint interest billing receivable, net of cash call prepayments | 920,862 | (2,060,985) |
| Accounts receivable -related parties | (332,490) | (91,375) |
| Prepaid expenses and other | 292,349 | (117,306) |
| Accounts Payable - trade | 1,673,642 | 481,544 |
| Accounts Payable -Production | 1,356,535 | (925,675) |
| Settlement of asset retirement obligations | - | (199,826) |
| Accrued liabilities | 914,561 | 647,379 |
| Total adjustments to net income (loss) to net cash provided by operating a | 10,008,624 | 7,412,990 |
| Net cash provided by operating activities | 10,427,490 | 7,257,423 |
| | | |
| **Cash flows from investment activities:** | | |
| Purchase of oil and gas properties and property and equipment | (9,509,347) | (9,178,202) |
| Proceeds from sale of oil and gas properties | - | 279,025 |
| Purchase of property and equipment | (230,739) | - |
| Proceeds from sale of property plant and equipmnet | 64,600 | 33,970 |
| Proceeds from sale of marketable securities | - | 50,168 |
| Prepaid drilling obligations, net | 1,096,840 | 997,211 |
| (Increase) decrease in notes receivable - related party | 62,895 | 425 |
| Net sale (purchase) of marketable securities | (911,646) | (370,729) |
| Net (contributions to) distributions from partnerships | 211,990 | (21,609) |
| Purchase of derivative instruments | (303,170) | (399,120) |
| Net cash used in investing activities | (9,518,577) | (8,608,861) |
| | | |
| **Cash flows from financing activities:** | | |
| Payments on notes payable | (887,841) | (18,640,747) |
| Borrowings from notes payable | - | 23,127,514 |
| Distributions | (1,695,927) | (1,919,340) |
| Payments for debt issuance costs | - | (230,307) |
| Net cash (used in) provided by financing activities | (2,583,768) | 2,337,120 |
| | | |
| Net Change in cash | (1,674,855) | 985,682 |
| Cash and cash equivalents - beginning of period | 3,602,993 | 2,617,311 |
| Cash and cash equivalents - end of period | $ 1,928,138 | $ 3,602,993 |