**SKLAR EXPLORATION COMPANY LLC and SKLARCO LLC**
**CASH COLLATERAL BUDGET**

| | | Week ending | | | |
|---|---|---|---|---|---|
| | 10-Apr | 17-Apr | 24-Apr | 1-May | 8-May |
| **CASH RECEIPTS** | | | | | |
| Operated properties | | | | | |
|   Oil | | | 2,714,652 | | |
|   Gas | | | | 502,104 | |
| Non-operated properties | | | | 184,200 | |
| Alabama gas plant management fees | | | | | 118,625 |
| Hedge settlements | 173,495 | | | | 267,500 |
|     **CASH RECEIPTS** | **173,495** | **-** | **2,714,652** | **686,304** | **386,125** |
| **CASH DISBURSEMENTS** | | | | | |
| Revenue payable to others | | | 4,018,459 | | |
| Severance tax | | 209,295 | | | |
| Lease operating expenses (gross) for operated properties | | | | | |
|   Contract pumpers | 3,640 | 3,640 | 3,640 | 3,640 | 3,640 |
|   Compression rentals and maintenance | 25,279 | 25,279 | 25,279 | 25,279 | 25,279 |
|   Saltwater disposal | 16,256 | 16,256 | 16,256 | 16,256 | 16,256 |
|   Electrical service and supply | 1,176 | 1,176 | 1,176 | 1,176 | 1,176 |
|   Oilfield supply | 747 | 747 | 747 | 747 | 747 |
|   Artificial lift | 404 | 404 | 404 | 404 | 404 |
|   RTU - remote monitoring | 1,054 | 1,054 | 1,054 | 1,054 | 1,054 |
|   Gas measurement - meter calibration and lab | 735 | 735 | 735 | 735 | 735 |
|   Safety systems - testing and repairs | 674 | 674 | 674 | 674 | 674 |
|   Fuel and power - | | | | | |
|     Southern Propane Supplies | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 |
|     Thompson Gas | 466 | 466 | 466 | 466 | 466 |
|     Mc Phereson Lubes | 502 | 502 | 502 | 502 | 502 |
|     Herring Gas Company, Inc | 172 | 172 | 172 | 172 | 172 |
|     Southern Pine Electric | | 185,850 | | | |
|     Escambia River Electric, Inc. | 8,085 | | | | 8,085 |
|     Yazoo Valley Electric | | | 3,518 | | |
|     Mississippi Power | | | | 11,188 | |
|   Chemicals | 2,916 | 2,916 | 2,916 | 2,916 | 2,916 |
|   Construction | 490 | 490 | 490 | 490 | 490 |
|   Environmental services | 200 | 200 | 200 | 200 | 200 |
|   Slickline services / jet pump support | 257 | 257 | 257 | 257 | 257 |
|   Engineering services | 368 | 368 | 368 | 368 | 368 |
|   Tubulars and inspections | 49 | 49 | 49 | 49 | 49 |
|   Insurance | | | | 47,851 | |
|   Gas plant | 29,840 | 29,840 | 29,840 | 29,840 | 29,840 |
| Reimbursement of operated property LOE from other WI owners | (71,267) | (204,591) | (67,842) | (109,483) | (71,267) |
| Lease operating expenses for non-operated properties | 17,940 | 17,940 | 17,940 | 17,940 | 17,940 |
| Transportation (truck pmts to Ford) | 3,408 | | 5,143 | 2,450 | |
| General and administrative | | | | | |
|   Outsourced IT support and general computer exp (eg, Wolfepak) | | | 4,849 | 3,320 | |
|   Agency service fees | (15,000) | | | | (15,000) |
|   Employee salaries and payroll taxes | | 157,680 | | 157,680 | |
|   Employee portion of 401k | | | 9,000 | | 9,000 |
|   CEO salary | | 41,667 | | | |
|   Employee benefits - | | | | | |
|     UHC Health insurance | | | | 60,383 | |
|     Life insurance | | | | 13,338 | |
|     ST/LT Disability | | | | 1,550 | |
|   Payroll processing fees | | 800 | | | |
|   PTO payout for laid off employees | | | | 4,266 | |
|   Misc. insurance | | | | 3,974 | |
|   Sales and use tax | | | 700 | | |
|   Outsourced preparation of sales and use tax | | | | 6,173 | |
|   External reserve engineers | | 24,530 | | | |
|   SCADA systems license fees | | | 8,713 | | |
|   Geology and production system license fees | | | | 71,294 | |
|   Web mapping license fees (Tobin) | | 70,920 | | | |
|   Office rent - | | | | | |
|     Boulder | | | | 43,137 | |
|     Shreveport | | | | 6,920 | |
|     Bretwon, AL | | | | 1,800 | |
|   Boulder office / Redwave sublease income | | | | | (8,372) |
|   Parking expense (Shreveport) | | | | 900 | |
|   Outsourced gas plant settlement accounting fees | | 18,844 | | | |
|   Fuel and mileage | | | 6,000 | | |
|   Copier and postage rental and usage | | 4,500 | | | |
|   Cell phones | | | 2,900 | | |
|   Office utilities and maintenance | | | | 2,765 | |
|   Bank - letter of credit fees | | | | 3,500 | |
|   Bank - misc charges | | | | 1,660 | |
|   General and misc office expenses | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 |
|   Controller - CO apt, travel and moving exp reimburse | 2,875 | | | 4,109 | 2,513 |
| **COPAS reimbursement** | (46,989) | (46,989) | (46,989) | (46,989) | (46,989) |
|     **CASH DISBURSEMENTS** | **(5,510)** | **575,884** | **4,057,828** | **405,164** | **(8,652)** |
|     **NET CASH FLOW** | **179,005** | **(575,884)** | **(1,343,176)** | **281,140** | **394,777** |
|     **BEGINNING CASH BALANCE** | 2,005,883 | 2,184,888 | 1,609,005 | 265,828 | 546,968 |
|     **ENDING CASH BALANCE** | **2,184,888** | **1,609,005** | **265,828** | **546,968** | **941,745** |