UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ———————————————— ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN:  72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL**

UPON CONSIDERATION of the Motion of the Debtors and Debtors in Possession for entry of an order authorizing the use of cash collateral on an interim basis ("Motion") and setting a final hearing, and any additional papers filed in opposition thereto and in further support thereof; and having heard the arguments of counsel, if any; and having considered any evidence presented; and due and proper notice of the Motion having been provided; and for good cause shown:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED;

2. That adequate protection of East West Bank ("Bank") and any other party claiming an interest in cash collateral (collectively "Secured Creditors"), interests in cash collateral proposed to be used by the Debtors in accordance with the Budget that accompanies the Motion is approved as follows:

    a. The Debtors will provide the Secured Creditors with a post-petition lien on all post-petition assets and  income derived from the operation of the Debtors' business and assets, to the extent that the use of the cash results in a decrease in the value of the Secured Creditors' interest in its pre-petition collateral pursuant to 11 U.S.C. § 361(2).  All replacement liens will hold the same relative priority to assets as did the pre-petition liens;

b. The Debtors will only use cash collateral in accordance with the Budget attached to this Motion as Exhibit A subject to a deviation on line item expenses not to exceed 20% without the prior consent of secured creditors or an order of the Court;

c. The Debtors will keep the Secured Creditors' collateral insured to the extent it was insured on a pre-petition basis;

d. The Debtors will provide the Secured Creditors with a complete accounting, on a monthly basis, of all revenue, expenditures, and collections through the filing of the Debtor's Monthly Operating Reports and in a manner similar to pre-petition reporting; and

e. The Debtors will maintain and preserve the operation of all of the Secured Creditors' collateral.

3. The Debtors use of cash collateral pursuant to this Order is authorized with a complete reservation of rights of the Secured Creditors or any other secured creditor to its various claims and lien positions in and to the Debtors' assets.

4. A final hearing on the Debtors' Motion is set for ____ _.m. on _____ ___, 2020.

Dated: April ____, 2020

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge