UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| _____) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN:  72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**NOTICE OF MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

**OBJECTION DEADLINE: APRIL 20, 2020**

TO ALL PARTIES IN INTEREST:

    **YOU ARE HEREBY NOTIFIED** that Sklar Exploration Company, LLC and Sklarco, LLC ("Debtors") have filed a Motion for Authority to Use Cash Collateral and request the following relief: The Debtors request authority to use cash collateral on an interim and a final basis.  The Debtors have proposed to use cash collateral pursuant to a Budget that accompanies the Motion for thirty days, and a longer-term which will be sought through further motion or agreement which will be filed with the Court.  In connection with the Debtors' request, the Debtors propose a package of protections for secured creditors with an interest in the cash including but not limited to replacement liens in post-petition assets in the same relative priority as held pre-petition by the creditors.  A copy of the Motion is available through the United States Bankruptcy Court for the District of Colorado, or upon request from undersigned counsel

    If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.   The Court will not consider general objections.  In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: April 6, 2020  Respectfully submitted,

                                                                           By:     */s/  Lee M. Kutner*_____
                                                                             Lee M. Kutner, # 10966
                                                                             Keri L. Riley, #47605
                                                                            **KUTNER BRINEN, P.C.**
                                                                            1660 Lincoln Street, Suite 1850
                                                                            Denver, CO 80264
                                                                            Telephone:  (303) 832-2400