# OFFICE OF THE UNITED STATES TRUSTEE - DISTRICT OF COLORADO

The table below lists the authorized depositories for the District of Colorado.  The authorized depository program enables the United States Trustee's Office to oversee the depositories that are holding more than the insurable amount in bankruptcy estate funds.  Any financial institution may qualify to be added to the following list by contacting the United States Trustee for the District of Colorado. The depository must provide the United States Trustee with a signed depository agreement for approval.  Once approved, the financial institution may be added to the list.

## AUTHORIZED DEPOSITORIES

| Depository | Authorized Use* | Contact | Phone | Email Address |
|---|---|---|---|---|
| ANB Bank | DIP & trustee accounts | Jeff Patterson | (303) 394-5056 | Jeff.Patterson@anbbank.com |
| | | Jessika Stiehr | (719) 381-5538 | Jessika.Stiehr@ANBbank.com |
| | | | Other email: | OperationalReporting@anbbank.com |
| Axos Bank | DIP & trustee accounts | Ryan Stern | (213) 784-3316 | rstern@axosbank.com |
| | | Jill Bauer | (913) 735-8520 | JBauer@axosfs.com |
| BNB Bank | DIP & trustee accounts | Theresa Going | (631) 537-1000 x8010 | tgoing@bnbbank.com |
| | | Laura Gorman | (631) 537-1000 x7450 | lgorman@bnbbank.com |
| Banc of California | DIP & trustee accounts | Brandi Triplett | (949) 825-8960 | Brandi.triplett@bancofcal.com |
| | | Jun Intal | (949) 236-5325 | Jun.Intal@Bancofcal.com |
| Bank of the West | DIP accounts only | Sandra Pang | (925) 843-8775 | sandra.pang@bankofthewest.com |
| | | Natalie Osaki | (925) 843-8457 | Natalie.osaki@bankofthewest.com |
| | | | Other email: | moneydesk@bankofthewest.com |
| BOKF, N.A. (aka Colorado State Bank & Trust) | DIP & trustee accounts | Kathy Yeargain | (918) 588-6554 | kyeargain@bokf.com |
| | | Marisa Famariss | (303) 863-4456 | mfamariss@csbt.com |
| BOKF, N.A. (dba Mobank) | DIP & trustee accounts | Kalinda Calkins | (913) 234-6654 | kcalkins@bokf.com |
| | | Gina Lilagren | (913) 307-1677 | glilagren@bokf.com |
| Citibank, N.A. | DIP & trustee accounts | Paula Aponte | (813) 604-0713 | paula.aponte@citi.com |
| | | Marcello D'Amore | (813) 604-9375 | marcello.damore@citi.com |
| Citizens Bank, N.A. | DIP & trustee accounts | John Morris | (401) 260-1080 | John.K.Morris@CITIZENSBANK.com |
| | | | | CentralBankruptcyAccountReview@cfgcustomers.com |
| East West Bank | DIP & trustee accounts | Sharon Jones | (626) 768-6161 | Sharon.Jones@eastwestbank.com |
| | | Ryan Stern | (626) 768-6922 | Ryan.Stern@eastwestbank.com |
| | | | Other email: | ReorganizationServices@EastWestBank.com |
| Fifth Third Bank | DIP & trustee accounts | April Watt | (513) 534-8215 | April.Watt@53.com |
| | | Daren Grayton | (513) 534-6742 | daren.grayton@53.com |
| | | | Other email: | FifthThirdCollateralManagement.Bancorp@53.com |
| First National Bank of Vinita | DIP & trustee accounts | Tami Burks | (918) 256-7981 | tburks@fnbvinita.com |
| | | Lavonna Arrington | (918) 256-7980 | larrington@fnbvinita.com |
| | | | Other email: | TrusteeSupport@fnbvinita.com |

| Depository | Authorized Use* | Contact | Phone | Email Address |
|---|---|---|---|---|
| First Western Trust Bank | DIP & trustee accounts | David Weber | (303) 531-8100 | David.Weber@myfw.com |
| | | Rebecca Cordes | (303) 531-8100 | Rebecca.Cordes@myfw.com |
| Independent Bank | DIP & trustee accounts | Darla Henry | (713) 335-8727 | DHenry@ibtx.com |
| | | Amy Feagin | (972) 562-9004 | AFeagin@ibtx.com |
| Integrity Bank & Trust | DIP accounts only | Christie Mitchell | (719) 495-3700 | cmitchell@integritybankandtrust.com |
| | | Pamela Feilmeier | | pfeilmeier@integritybankandtrust.com |
| Key Bank, N.A. | DIP accounts only | Kathleen Byrne | (216) 813-8543 | Kathleen_A_Byrne@KeyBank.com |
| | | Karen Harn | (216) 813-4051 | Karen_E_Harn@keybank.com |
| Metropolitan Commercial Bank | DIP & trustee accounts | Janet Ho | (212) 659-0629 | jho@MCBankNY.com |
| | | Alexis Rutherford | (212) 659-0633 | arutherford@metropolitanbankny.com |
| Mutual of Omaha Bank | DIP accounts only | Debbie Baker | (480) 458-2207 | Debbie.Baker@mutualofomahabank.com |
| | | Dejan Miskov | (480) 458-2060 | Dejan.Miskov@mutualofomahabank.com |
| PNC Bank, N.A. | DIP accounts only | Melissa Bitzer | (412) 762-2774 | melissa.bitzer@pnc.com |
| | | Laura Murphy | (412) 768-6061 | laura.murphy@pnc.com |
| Rabobank, N.A. | DIP & trustee accounts | Karen Wang | (916) 878-4603 | jue.wang@rabobank.com |
| | | Sandi Savage | (916) 878-4624 | Sandi.Savage@rabobank.com |
| Signature Bank | DIP accounts only | Robert Bloch | (646) 822-1827 | rbloch@signatureny.com |
| | | Tracy McKenna-Downey | (646) 802-3910 | tdowney@signatureny.com |
| | | Terri Steinbrenner | (646) 822-1495 | tsteinbrenner@signatureny.com |
| Sun Trust Bank | DIP & trustee accounts | Samuel Ettingoff | (800) 269-1895 | Sam.Ettingoff@SunTrust.com |
| | | Trudy Morrison | | Trudy.Morrison@SunTrust.com |
| Texas Capital Bank, N.A. | DIP & trustee accounts | Lo Andrews | (214) 932-6884 | Lo.Andrews@TexasCapitalBank.com |
| | | Dan Luellen | (972) 656-6857 | Dan.Luellen@TexasCapitalBank.com |
| UMB Bank, N.A. | DIP & trustee accounts | Cheryl Farris | (816) 860-7873 | Cheryl.Farris@umb.com |
| | | Rick Beaver | (816) 860-8710 | Rick.Beaver@umb.com |
| US Bank, N.A. | DIP accounts only | Christina Eumurian | (612) 303-4008 | christina.eumurian@usbank.com |
| | | Patricia Finnemore | (612) 303-4003 | patricia.finnemore@usbank.com |
| Union Bank, N.A. | DIP & trustee accounts | Runa Kargupta | (213) 236-5306 | Runa.Kargupta@unionbank.com |
| | | April Chuatrakul | (323) 278-6063 | Apirak.Chuatrakul@unionbank.com |
| | | | (800) 669-8661 | CCSUUtilities@unionbank.com |
| United Bank | DIP & trustee accounts | April MacClain | (413) 750-1122 | AMacClain@bankatunited.com |
| | | George Deecken | (203) 338-4129 | george.deecken@peoples.com |
| Wells Fargo Bank, N.A. | DIP & trustee accounts | Luana Tafoya | (503) 721-5300 | luana.tafoya@wellsfargo.com |
| | | Barbara Lawson | | bnkrptrp@wellsfargo.com |
| | | | Preferred email: | bnkrptrp@wellsfargo.com |
| ZB, N.A., dba Vectra Bank Colorado | DIP & trustee accounts | Kathi Barker | (801) 844-7782 | kathi.barker@zionsbank.com |
| | | James Christensen | (801) 844-7776 | james.christensen@zionsbank.com |

| **RESTRICTED DEPOSITORIES** |
|---|---|---|---|---|
| **Depository** | **Authorized Use*** | **Contact** | **Phone** | **Email Address** |
| Bank of America, N.A. | DIP & trustee accounts | Randy Thompson | (800) 583-6408 | Pf.collateral.management@bankofamerica.com |
| | | | Preferred email: | dip_bankruptcy2@baml.com |
| | Bank of America currently indicates that it may not open new DIP accounts. | | | |
| Community Banks of Colorado, a division of NBH Bank, N.A. | DIP accounts only | Angela Petrucci | (720) 529-3349 | angela.petrucci@nbhbank.com |
| | This bank no longer accepts additional Debtor In Possession accounts. | | | |
| JP Morgan Chase Bank, N.A. | DIP & trustee accounts | Jacob Gutierrez, Vice President | (407) 771-0920 | jpmc.ust.bankruptcy.inquiries@jpmchase.com |
| | | | | 10430 Highland Manor Drive, Floor 05, Tampa, Florida 33610 9128 |
| | This depository will continue to maintain accounts of existing customers that resort to an insolvency proceeding under the Bankruptcy Code.  However, it is within the depository's discretion whether to offer new debtor-in-possession deposit accounts to debtors in cases under the Bankruptcy Code who are not existing customers. | | | |

\* "DIP" represents Debtor-In-Possession.
**Revised February 28, 2020**