UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) |
| EIN: 72-1417930 | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| | ) Case No. 20-12380-EEB |
| SKLARCO, LLC | ) |
| EIN: 72-1425432 | ) Chapter 11 |
| Debtor. | ) |

**ORDER AUTHORIZING THE DEBTORS TO
CONTINUE USE OF EXISTING BANK ACCOUNTS**

THIS MATTER, having come before the Court on the Debtors' Motion for Authority to Continue Use of Existing Bank Accounts, notice having been provided and no sustainable objections having been filed, for good cause shown, it is hereby

ORDERED

That Sklar Exploration, LLC and Sklarco, LLC are authorized to continue to utilize existing pre-petition bank accounts in the same manner as it did pre-petition during the course of its Chapter 11 case.

Done and entered this _____ day of _____, 2020 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Court Judge