| Name | Net Amount | WI | ORRI | RI | |
|---|---|---|---|---|---|
| Fant Energy Limi | 226,857.76 | $ 226,857.76 | | | |
| TCP Cottonwood | 193,803.34 | $ 193,803.34 | | | |
| The Rudman Par | 148,913.64 | $ 148,913.64 | | | |
| Hanson Operatin | 74,553.04 | $ 74,553.04 | | | |
| Anderson Invest | 64,799.27 | $ 64,342.02 | $ 457.25 | | |
| Pruet Production | 50,343.65 | $ 48,179.00 | | $ 2,164.65 | |
| DBC Resources | 43,684.10 | $ 43,684.10 | | | |
| DCOD LLC | 40,863.16 | $ 40,863.16 | | | |
| LeFrak Energy In | 40,169.77 | $ 40,169.77 | | | |
| W.T. Neal Famil | 38,406.13 | | | $ 38,406.13 | |
| Tiembo Ltd. | 37,327.62 | $ 37,326.50 | $ 1.12 | | |
| Downing Family | 34,533.21 | | | $ 34,533.21 | |
| Landmark Oil an | 32,987.81 | $ 32,987.81 | | | |
| Landmark Explor | 32,241.23 | $ 32,241.23 | | | |
| Iva Lee McMillan | 25,932.08 | | | $ 25,932.08 | |
| Betty J. Burkhea | 22,327.78 | | | $ 22,327.78 | |
| Brenda Diann Sc | 22,327.78 | | | $ 22,327.78 | |
| Apple River Inve | 21,283.97 | $ 21,212.08 | $ 71.89 | | |
| Alabama Oil Co | 21,248.03 | $ 21,212.08 | $ 35.95 | | |
| Billy Garfield Sco | 19,846.91 | | | $ 19,846.91 | |
| Stone Developm | 16,493.89 | $ 16,493.89 | | | |
| Auburn Universit | 16,287.03 | | | $ 16,287.03 | |
| Curtis Finlay Fou | 15,745.67 | | | $ 15,745.67 | |
| Opal Scott Hend | 14,242.95 | | | $ 14,242.95 | |
| Babe Developm | 13,905.85 | $ 13,257.56 | $ 648.29 | | |
| JOYCO Investm | 13,905.84 | $ 13,257.56 | $ 648.29 | | |
| Kingston, LLC | 13,876.05 | $ 13,876.05 | | | |
| KMR Investment | 13,042.70 | $ 13,042.70 | | | |
| Mary Ann Mack | 12,990.35 | | | $ 12,990.35 | |
| Tom Youngblood | 12,819.81 | $ 12,819.81 | | | |
| Phillips Operatio | 12,499.38 | | | $ 12,499.38 | |
| Katherine Boney | 12,422.00 | | | $ 12,422.00 | |
| James Michael B | 12,421.97 | | | $ 12,421.97 | |
| Nancy T Boney | 12,408.86 | | | $ 12,408.86 | |
| Grady Ralls Fam | 10,476.54 | | | $ 10,476.54 | |
| Lechwe LLC | 10,427.32 | $ 10,427.32 | | | |
| Carl Herrin Oil a | 9,989.89 | $ 9,989.89 | | | |
| Weyerhaeuser N | 9,822.38 | | $ 192.69 | $ 9,629.69 | |
| DBC Resources | 9,653.18 | $ 9,653.18 | | | |
| DoublePine Inve | 9,004.83 | $ 9,004.83 | | | |
| S & P Co. | 8,828.34 | $ 8,826.03 | | $ 2.31 | |
| Roosth 806, Ltd, | 6,878.55 | $ 6,878.55 | | | |
| David B. Foshee | 6,869.13 | | | $ 6,869.13 | |
| Evelyn M Britton | 6,703.86 | | | $ 6,703.86 | |
| Evelyn M Britton | 6,703.85 | | | $ 6,703.85 | |
| Katherine E. Mc | 6,643.95 | $ 171.17 | | $ 6,472.78 | |
| Robert Earl Warr | 6,532.33 | | | $ 6,532.33 | |
| RockTenn CP, L | 6,301.85 | | | $ 6,301.85 | |
| Smurfit-Stone C | 6,291.89 | | | $ 6,291.89 | |
| Robert C. McMill | 6,285.58 | $ 151.97 | | $ 6,133.61 | |
| Kersh Group, LL | 6,259.45 | | | $ 6,259.45 | |
| Quail Creek Pro | 6,161.65 | $ 3,496.23 | $ 2,665.42 | | |

| Name | Net Amount | WI | ORRI | RI |
|---|---|---|---|---|
| Petro-Hunt, LLC | 6,151.91 | | | $ 6,151.91 |
| Kelton Company, | 6,137.67 | $6,137.67 | | |
| Aspen Energy In | 5,834.63 | $ 2,703.08 | $ 3,131.55 | |
| Grady Lynn Ralls | 5,476.37 | | | $ 5,476.37 |
| Camilla Huxford | 5,449.61 | | | $ 5,449.61 |
| Herbert Daniel Fi | 5,248.56 | | | $ 5,248.56 |
| Richard D. Finlay | 5,248.56 | | | $ 5,248.56 |
| Sally A. Finlay | 5,248.56 | | | $ 5,248.56 |
| Coastal Explorati | 5,045.95 | $ 5,045.95 | | |
| Bodcaw 3-D, LL | 4,905.12 | $ 4,905.12 | | |
| Soterra, LLC | 4,873.25 | | | $ 4,873.25 |
| Joe T. Blair | 4,771.82 | | | $ 4,771.82 |
| Rudman Family | 4,719.81 | $ 4,719.81 | | |
| Tara Rudman R | 4,502.42 | $4,502.42 | | |
| Shore Energy, L. | 4,260.21 | $ 4,260.21 | | |
| Lexington Invest | 4,235.04 | | | $ 4,235.04 |
| Kidd Production, | 4,231.80 | $ 4,127.16 | | $ 104.64 |
| William R. & Glo | 4,018.86 | $ 3,772.76 | $ 246.10 | |
| DEDE LLC | 3,996.64 | $3,996.64 | | |
| Darlene K. Hall | 3,996.64 | $ 3,996.64 | | |
| Sara Beall Neal | 3,965.75 | | | $ 3,965.75 |
| Jeanne Bel Ingra | 3,538.43 | | | $ 3,538.43 |
| Anderson Explor | 3,515.73 | $ 3,515.73 | | |
| James Boyd Bel | 3,507.74 | | | $ 3,507.74 |
| Estate of Tommi | 3,450.51 | | | $ 3,450.51 |
| TST Energy, LL | 3,354.60 | $ 3,354.60 | | |
| Sabine Uplift Min | 3,329.88 | | | $ 3,329.88 |
| Jason Scott Hen | 3,326.83 | | | $ 3,326.83 |
| William R. Hendr | 3,326.83 | | | $ 3,326.83 |
| Sandra Bateman | 3,243.59 | | | $ 3,243.59 |
| Ed Leigh McMilla | 3,236.54 | $ 75.89 | | $ 3,160.65 |
| Daniel W. McMill | 3,236.52 | $ 75.89 | | $ 3,160.63 |
| Jamie Dixon Kilg | 3,234.85 | | | $ 3,234.85 |
| Leondard E. Willi | 3,197.29 | $ 3,197.29 | | |
| James David Wa | 3,193.27 | | | $ 3,193.27 |
| John C. Nix, Jr., | 3,060.40 | $ 3,060.40 | | |
| Joe Bruce Evans | 3,008.68 | | | $ 3,008.68 |
| Jeffreys Drilling, | 2,997.21 | $ 2,997.21 | | |
| Headington Oil C | 2,935.46 | $ 2,935.46 | | |
| ELBA Exploratio | 2,853.69 | $ 2,337.03 | $ 181.32 | $ 335.34 |
| Estate of Stirling | 2,745.13 | | | $ 2,745.13 |
| Laura W. Grier | 2,740.84 | | | $ 2,740.84 |
| Strago Petroleu | 2,728.44 | | | $ 2,728.44 |
| In2tex 3LP | 2,681.89 | $ 2,471.44 | $ 210.45 | |
| Juanita Ralls | 2,655.13 | | | $ 2,655.13 |
| William Douglas | 2,624.28 | | | $ 2,624.28 |
| Suzanne W. Zi | 2,613.79 | | | $ 2,613.79 |
| Alma Frances S | 2,596.39 | | | $ 2,596.39 |
| Christ the King C | 2,561.55 | | | $ 2,561.55 |
| Sepulga River F | 2,546.54 | $ 2,546.54 | | |
| El Energy Ltd. LL | 2,286.95 | $ 2,286.95 | | |
| Woodie D. Huff | 2,252.35 | | $ 2,252.35 | |

| Name | Net Amount | WI | | ORRI | | RI | |
|---|---|---|---|---|---|---|---|
| Crain Energy, Lt | 2,251.97 | $ | 2,251.97 | | | | |
| MER Energy, Ltd | 2,148.53 | $ | 2,148.53 | | | | |
| CEL Properties, | 2,141.03 | $ | 2,141.03 | | | | |
| Henry George F | 2,116.63 | $ | 1,852.14 | | | $ | 264.49 |
| Tom Malloy | 2,047.50 | | | | | $ | 2,047.50 |
| Rawls Resource | 1,998.59 | $ | 1,998.59 | | | | |
| Philippa Peyton | 1,964.47 | | | | | $ | 1,964.47 |
| Jenny H. McGow | 1,964.47 | | | | | $ | 1,964.47 |
| Clement M. Clap | 1,919.04 | | | | | $ | 1,919.04 |
| Nancy M. Melton | 1,833.87 | | | | | $ | 1,833.87 |
| David Earl Miller | 1,833.87 | | | | | $ | 1,833.87 |
| Jean Miller Stim | 1,833.87 | | | | | $ | 1,833.87 |
| Leonard Lynn Ra | 1,825.44 | | | | | $ | 1,825.44 |
| Patrick Glynn Ra | 1,825.44 | | | | | $ | 1,825.44 |
| Sarah R. Wolff | 1,825.44 | | | | | $ | 1,825.44 |
| Maple Leaf Expl | 1,823.02 | | | $ | 1,823.02 | | |
| Francis Lane Mit | 1,774.54 | $ | 1,774.54 | | | | |
| Robco Fossil Fu | 1,774.54 | $ | 1,774.54 | | | | |
| Max Evans | 1,696.18 | | | | | $ | 1,696.18 |
| XH, LLC | 1,692.39 | | | | | $ | 1,692.39 |
| Louisiana Minera | 1,690.30 | | | | | $ | 1,690.30 |
| Padgett Develop | 1,618.88 | | | | | $ | 1,618.88 |
| Gates Acquisitio | 1,583.69 | $ | 1.32 | $ | 1,582.37 | | |
| Rhodna F. Fouts | 1,563.13 | $ | 1,540.34 | $ | 74.51 | $ | 335.35 |
| Wimberley Park | 1,552.73 | $ | 1,552.73 | | | | |
| Chateau Blanch | 1,514.77 | $ | 29.99 | $ | 1,463.86 | $ | 20.92 |
| Caddo Managem | 1,512.35 | $ | 1,512.35 | | | | |
| Gerald Ira Padge | 1,507.04 | | | | | $ | 1,507.04 |
| Beaven-Jackson | 1,506.13 | | | | | $ | 1,506.13 |
| Tyler Oil And Ga | 1,491.26 | $ | 1,491.26 | | | | |
| Conecuh County | 1,421.71 | $ | 1,384.66 | $ | 37.05 | | |
| Tara Rudman | 1,405.71 | $ | 1,405.71 | | | | |
| Samuel & Karen | 1,373.83 | | | | | $ | 1,373.83 |
| Maggie Touart Tr | 1,373.83 | | | | | $ | 1,373.83 |
| Black Stone Min | 1,312.66 | $ | 783.23 | | | $ | 529.43 |
| Edward L. Yarbr | 1,281.99 | $ | 1,281.99 | | | | |
| Spanish Fort Ro | 1,266.07 | $ | 936.23 | $ | 74.51 | $ | 255.33 |
| Simba Investors, | 1,251.83 | $ | 1,193.68 | $ | 58.15 | | |
| Black Stone Ene | 1,232.40 | $ | 1,232.40 | | | | |
| Steven E. Calho | 1,200.07 | $ | 986.81 | | | $ | 213.26 |
| Gardner Energy | 1,199.16 | $ | 1,199.16 | | | | |
| Stirling H. Hamilt | 1,183.93 | $ | 1,183.93 | | | | |
| Educational Adv | 1,151.26 | $ | 1,151.26 | | | | |
| Carole Holley Pu | 1,122.77 | | | | | $ | 1,122.77 |
| Janis Evans Lea | 1,112.07 | | | | | $ | 1,112.07 |
| Harkness A Dun | 1,065.76 | $ | 1,065.76 | | | | |
| Harkness A Dun | 1,065.76 | $ | 1,065.76 | | | | |
| Harkness A. Dun | 1,065.76 | $ | 1,065.76 | | | | |
| Elana Oil & Gas | 1,063.43 | $ | 1,063.43 | | | | |
| Barbara Page La | 1,055.82 | $ | 1,055.82 | | | | |
| Barnett E. Hendr | 1,049.71 | | | | | $ | 1,049.71 |
| Donald R. Hendr | 1,049.71 | | | | | $ | 1,049.71 |

| Name | Net Amount | WI | ORRI | RI | |
|---|---|---|---|---|---|
| James Melvin H | 1,049.71 | | | $ 1,049.71 | |
| James Scott Dic | 1,034.26 | | | $ 1,034.26 | |
| Kwazar Resourc | 1,032.58 | $ 986.81 | | $ 45.77 | |
| BobMary, LC | 1,029.99 | $ 1,029.99 | | | |
| Hutchison Oil & | 1,007.81 | $ 1,007.81 | | | |
| Grayson Founda | 995.66 | | | $ 995.66 | |
| Turner Family Mi | 991.64 | $ 991.64 | | | |
| RLI Properties L | 974.16 | $ 974.16 | | | |
| Robert D Schne | 960.16 | | $ 960.16 | | |
| Source Rock Min | 959.88 | | $ 20.93 | $ 938.95 | |
| Francis Bruce H | 887.27 | $ 887.27 | | | |
| Nine Forks LLC | 887.27 | $ 887.27 | | | |
| Jeffrey D. Miller | 880.01 | | | $ 880.01 | |
| Jane Downing D | 877.54 | | | $ 877.54 | |
| John E. Downing | 873.97 | $ 24.91 | | $ 849.06 | |
| Whitaker Petrole | 864.65 | $ 864.65 | | | |
| CTM 2005, Ltd. | 852.45 | $ 852.45 | | | |
| Francis G. & Joa | 848.09 | | | $ 848.09 | |
| Scott D Stroud | 832.95 | $ 323.84 | $ 509.11 | | |
| Schlachter Oil & | 819.58 | $ 819.58 | | | |
| BP America Pro | 814.30 | | $ 814.30 | | |
| Larry William Ca | 806.44 | | | $ 806.44 | |
| The Whitney Cor | 802.88 | $ 802.88 | | | |
| Lane Oil & Gas | 799.44 | $ 799.44 | | | |
| Kay Mitchell | 794.59 | | | $ 794.59 | |
| Eric C. Clark | 783.87 | | | $ 783.87 | |
| John B. Clark | 783.87 | | | $ 783.87 | |
| Judith Polk Clark | 783.87 | | | $ 783.87 | |
| John Louis Blalo | 781.53 | $ 781.53 | | | |
| Evans Land Man | 741.38 | | | $ 741.38 | |
| Richard L. Johns | 726.02 | | | $ 726.02 | |
| Estate of Herbert | 698.25 | | | $ 698.25 | |
| Thomas Family | 696.13 | | | $ 696.13 | |
| Julius M. Ridgwa | 677.61 | | $ 677.61 | | |
| GCREW Propert | 671.43 | $ 671.43 | | | |
| RVS Minerals, L | 662.64 | | | $ 662.64 | |
| Barbara Evans R | 661.68 | | | $ 661.68 | |
| Ralls Properties, | 661.39 | | | $ 661.39 | |
| Brooklyn Baptist | 655.93 | | | $ 655.93 | |
| Anna L. Downing | 651.77 | | | $ 651.77 | |
| DOUGLAS LAD | 648.29 | | $ 648.29 | | |
| JULIE SCOTT M | 648.29 | | $ 648.29 | | |
| SUE HANSON | 648.29 | | $ 648.29 | | |
| Yates Resources | 636.61 | $ 636.61 | | | |
| Nesbitt Investme | 635.09 | | | $ 635.09 | |
| Patricia Elaine C | 634.11 | | | $ 634.11 | |
| Gordon Byron M | 634.11 | | | $ 634.11 | |
| Richard Allen Co | 594.64 | | | $ 594.64 | |
| Betty B. Toole | 583.35 | | | $ 583.35 | |
| Mountain Air Ent | 580.82 | $ 580.82 | | | |
| Dorothy Colleen | 575.97 | | | $ 575.97 | |
| Susan A. Cowley | 575.96 | | | $ 575.96 | |

| Name | Net Amount | WI | | ORRI | | RI | |
|---|---|---|---|---|---|---|---|
| Kelcy Denise Wil | 572.88 | | | | | $ | 572.88 |
| Baker Forests, L. | 556.90 | | | | | $ | 556.90 |
| 4 KRB, LLC | 556.03 | | | | | $ | 556.03 |
| Echo Papa, LLC | 556.03 | | | | | $ | 556.03 |
| William C. Oliver | 556.03 | | | | | $ | 556.03 |
| Albert W. Key | 543.26 | | | | | $ | 543.26 |
| Mona L Schlacht | 540.53 | $ | 540.53 | | | | |
| MJS Interests, L | 537.13 | $ | 537.13 | | | | |
| Henry J. Bradley, | 534.71 | | | | | $ | 534.71 |
| Vernon J. Bradle | 534.71 | | | | | $ | 534.71 |
| Willie L. Bradley | 534.71 | | | | | $ | 534.71 |
| Cleveland C. Kel | 534.71 | | | | | $ | 534.71 |
| Plains Productio | 525.14 | $ | 525.14 | | | | |
| TDY Industries, | 520.91 | | | | | $ | 520.91 |
| Baxterville, LLC | 518.61 | $ | 518.61 | | | | |
| Eaton Finance C | 518.61 | $ | 518.61 | | | | |
| JDGP, LLC | 518.61 | $ | 518.61 | | | | |
| Mary Jane Ray R | 508.22 | | | $ | 508.22 | | |
| B&K Exploration | 503.92 | $ | 0.23 | | | $ | 503.69 |
| Wiley W. Downin | 493.64 | | | | | $ | 493.64 |
| Louis Dorfman | 490.68 | $ | 490.68 | | | | |
| Key Family Mariti | 476.83 | | | | | $ | 476.83 |
| Theus, Grisham, | 475.58 | | | | | $ | 475.58 |
| Mike Davis | 464.09 | $ | 464.09 | | | | |
| Jasmine Lloyd | 451.87 | | | | | $ | 451.87 |
| Mesapro, LLC | 451.38 | $ | 444.82 | | | $ | 6.56 |
| Estate of Robert | 442.97 | | | | | $ | 442.97 |
| August C. Ericks | 441.19 | $ | 441.19 | | | | |
| Robert Cary | 438.91 | $ | 646.75 | | | $ | 223.89 |
| Security Explorat | 438.06 | $ | 438.06 | | | | |
| Dutton Family, L. | 426.51 | | | | | $ | 426.51 |
| Jerry Lane Sulliv | 422.74 | | | | | $ | 422.74 |
| Ed Leigh McMilla | 421.04 | $ | 19.43 | | | $ | 401.61 |
| Cosby H. Martin, | 418.89 | | | | | $ | 418.89 |
| Allene B. Ward | 410.93 | | | | | $ | 410.93 |
| June R. Foster | 407.29 | | | | | $ | 407.29 |
| Kenneth E. Warr | 407.29 | | | | | $ | 407.29 |
| Marberkay, L.L.C | 401.44 | $ | 401.44 | | | | |
| Eagle Oil & Gas | 400.55 | $ | 400.55 | | | | |
| David Edwin Log | 400.25 | | | | | $ | 400.25 |
| Lake Ronel Oil C | 383.86 | $ | 383.86 | | | | |
| Gloria Joy Smith | 376.76 | | | | | $ | 376.76 |
| Juanita Cary | 371.91 | | | | | $ | 371.91 |
| JFKELLEY Clan, | 370.69 | | | | | $ | 370.69 |
| Donald Martin M | 359.43 | | | | | $ | 359.43 |
| Paul A. Thomas | 358.05 | | | | | $ | 358.05 |
| M. Steven Moehl | 357.37 | | | | | $ | 357.37 |
| Susan Leigh W. | 357.19 | | | | | $ | 357.19 |
| Jeffery D. Kallen | 354.04 | $ | 354.04 | | | | |
| Larkspur Royalti | 348.76 | | | | | $ | 348.76 |
| Atwood M. Kimbr | 347.85 | | | | | $ | 347.85 |
| Janus Enterprise | 345.75 | $ | 345.75 | | | | |

| Name | Net Amount | WI | ORRI | RI | |
|---|---|---|---|---|---|
| Roy David Deroc | 343.47 | | | $ 343.47 | |
| Richard Downing | 342.35 | | | $ 342.35 | |
| Don Crozier | 341.14 | | $ 341.14 | | |
| Anna L Downing | 335.51 | | | $ 335.51 | |
| Lawrence M. Cu | 333.39 | $ 333.39 | | | |
| TE-RAY Resour | 331.81 | $ 298.43 | $ 53.19 | | |
| Lake Investment | 324.80 | $ 191.93 | | $ 132.87 | |
| Marco Land & P | 324.17 | $ 324.17 | | | |
| Elizabeth Key S | 317.89 | | | $ 317.89 | |
| Susanna Key W | 317.89 | | | $ 317.89 | |
| Bill A. Lay | 315.96 | | | $ 315.96 | |
| Patricia Ann Do | 312.72 | | | $ 312.72 | |
| Tranum Johnsto | 312.50 | | | $ 312.50 | |
| James Etheridge | 311.10 | | | $ 311.10 | |
| Robert T. Feagin | 305.45 | | | $ 305.45 | |
| Charles D. Searc | 297.33 | | | $ 297.33 | |
| Florsheim Produ | 296.41 | $ 296.41 | | | |
| Cassandra Lea | 293.01 | | | $ 293.01 | |
| Percy Jones | 290.41 | | | $ 290.41 | |
| Janet Faulkner D | 286.80 | $ 286.80 | | | |
| Judy Crow, LLC | 285.41 | $ 285.41 | | | |
| Brian Wilson Ev | 285.17 | | | $ 285.17 | |
| Jeffrey E. Dunn | 285.01 | | $ 285.01 | | |
| The Trant Kidd S | 284.30 | | | $ 284.30 | |
| Stephen Michael | 282.90 | | | $ 282.90 | |
| Marsh Land Prod | 282.63 | | | $ 282.63 | |
| Sandra Bogan B | 281.82 | | | $ 281.82 | |
| Frederick R. Bog | 281.82 | | | $ 281.82 | |
| Darrie Dianne B | 281.82 | | | $ 281.82 | |
| Alva Nann Cary | 279.33 | | | $ 279.33 | |
| Lottie Irene Diso | 272.22 | | | $ 272.22 | |
| Roy David Deroc | 269.50 | | | $ 269.50 | |
| The Kathryn C. T | 268.32 | | | $ 268.32 | |
| Zachariah Hagin | 260.24 | | | $ 260.24 | |
| The Joy Partners | 259.48 | | $ 259.48 | | |
| Billy Joe Harrist | 256.61 | | | $ 256.61 | |
| David Alan Wait | 256.61 | | | $ 256.61 | |
| L. Adrian Dunn | 245.91 | | $ 245.91 | | |
| Geotech Product | 243.52 | $ 243.52 | | | |
| William L. Moore | 240.42 | | | $ 240.42 | |
| Jacob W. Branc | 238.82 | | | $ 238.82 | |
| Nancy Hart Faul | 236.12 | | | $ 236.12 | |
| John Robert Do | 231.15 | | | $ 231.15 | |
| John Randle Fea | 229.09 | | | $ 229.09 | |
| Nancy Feagin | 229.09 | | | $ 229.09 | |
| Jacob Benjamin | 226.74 | | | $ 226.74 | |
| Joseph T. Saiter, | 224.85 | | | $ 224.85 | |
| Betty Johnston | 222.24 | | | $ 222.24 | |
| Rivercrest Royalt | 220.55 | | $ 220.55 | | |
| Herd Producing | 220.22 | | | $ 220.22 | |
| Jim N. Heath | 217.36 | | | $ 217.36 | |
| Charlotte Rape | 217.36 | | | $ 217.36 | |

| Name | Net Amount | WI | ORRI | RI | |
|---|---|---|---|---|---|
| Donald Leon Sm | 217.36 | | | $ 217.36 | |
| Anna June Starc | 217.36 | | | $ 217.36 | |
| Chris R. Dawson | 214.44 | | | $ 214.44 | |
| Marion Tracy Mo | 213.91 | | | $ 213.91 | |
| Christian Deeb R | 213.91 | | | $ 213.91 | |
| Fred L. Drakefor | 211.85 | | | $ 211.85 | |
| Brian Lane Taylo | 211.72 | | | $ 211.72 | |
| LTD Hunters, LL | 211.37 | | | $ 211.37 | |
| Kevin Wayne Hill | 210.99 | | | $ 210.99 | |
| Lesa Ellen Ralls | 209.95 | | | $ 209.95 | |
| W. Baldwin Lloy | 209.26 | | | $ 209.26 | |
| E.W. Merritt Lan | 206.26 | | | $ 206.26 | |
| Curtis Samuel | 204.61 | | | $ 204.61 | |
| Bruce Roy Hump | 195.51 | | | $ 195.51 | |
| Clayborn A. Umb | 189.18 | | | $ 189.18 | |
| James B. Dunn | 182.08 | $ 182.08 | | | |
| T.A. Leonard | 182.08 | $ 182.08 | | | |
| Richard D. Holm | 181.45 | | | $ 181.45 | |
| Grace U Raney | 180.16 | $ 180.16 | | | |
| Oxbow Explorati | 179.71 | | | $ 179.71 | |
| Allred Mineral Co | 174.38 | | | $ 174.38 | |
| Haddad Heirs Li | 167.16 | | | $ 167.16 | |
| Stroud Family LL | 165.02 | $ 165.02 | | | |
| Michael D. Gollo | 164.34 | $ 59.71 | | $ 104.63 | |
| Efraim Brody | 161.53 | $ 161.53 | | | |
| Helen Pate, For | 160.46 | | | $ 160.46 | |
| Patricia H. Flore | 160.20 | | | $ 160.20 | |
| Henry Boyd King | 158.68 | | | $ 158.68 | |
| Robert Lee King | 158.68 | | | $ 158.68 | |
| Kaiser-Francis O | 156.75 | $ 156.75 | | | |
| Norton Oil Comp | 156.74 | | $ 156.74 | | |
| Julie K. Nix | 155.44 | | $ 155.44 | | |
| Laura L. Nix | 155.44 | | $ 155.44 | | |
| Steven A Pickett | 154.26 | $ 154.26 | | | |
| Lanny Terrell Fo | 154.05 | | | $ 154.05 | |
| Cynthia Reynold | 153.24 | | | $ 153.24 | |
| Richard Garrett | 152.16 | | | $ 152.16 | |
| Teekell Oil & Ga | 152.05 | $ 103.59 | $ 48.46 | | |
| Marlin Exploratio | 149.99 | $ 149.99 | | | |
| MPH Production | 149.69 | | | $ 149.69 | |
| Allene B. Ward f | 149.30 | | | $ 149.30 | |
| Bow Oil Compan | 146.48 | | | $ 146.48 | |
| Dwight Shane Le | 146.44 | | | $ 146.44 | |
| Carnez Williams | 145.21 | | | $ 145.21 | |
| Sorensen-Naylor | 142.17 | | | $ 142.17 | |
| Patrick J. McBrid | 140.41 | $ 82.11 | $ 12.27 | $ 46.03 | |
| Procter Mineral | 138.98 | $ 138.98 | | | |
| LJS Real Estate | 138.24 | | | $ 138.24 | |
| Shaena Saxton | 137.32 | | | $ 137.32 | |
| Samuel Maldona | 136.72 | | | $ 136.72 | |
| Terry L. Maldona | 136.72 | | | $ 136.72 | |
| Brenda Jo Sulliv | 136.47 | | | $ 136.47 | |

| Name | Net Amount | WI | ORRI | RI | |
|---|---|---|---|---|---|
| Walter S. Skippe | 136.47 | | | $ 136.47 | |
| John Robert Rob | 134.11 | | | $ 134.11 | |
| Randy E. Dicken | 133.58 | | | $ 133.58 | |
| Hunt Oil Compa | 133.52 | | | $ 133.52 | |
| Burman Energy, | 132.89 | $ 62.19 | $ 84.25 | | |
| Sandra Jeffreys | 131.66 | | | $ 131.66 | |
| W. T. Cary, Jr. | 131.50 | | | $ 131.50 | |
| Margaret Ann Sk | 131.50 | | | $ 131.50 | |
| Richard L. Lomb | 129.60 | | | $ 129.60 | |
| Clara Louise Fin | 129.50 | | | $ 129.50 | |
| Clara Louise Fin | 129.50 | | | $ 129.50 | |
| WILLIAM FRED | 129.50 | | | $ 129.50 | |
| Mary Ruth Godwi | 129.50 | | | $ 129.50 | |
| Don Sullivan | 129.42 | | | $ 129.42 | |
| Ray L. Southern | 126.82 | | | $ 126.82 | |
| Estate of Ed Leig | 126.50 | | | $ 126.50 | |
| Russell Otis Moo | 125.59 | | | $ 125.59 | |
| Betty Jenkins | 125.27 | | | $ 125.27 | |
| John D Procter | 122.94 | $ 122.94 | | | |
| Kelsey Anne G. | 121.74 | | | $ 121.74 | |
| Gardiner Royalty | 121.74 | | | $ 121.74 | |
| W.T. Green Oil, | 121.74 | | | $ 121.74 | |
| The Sater Fam P | 121.29 | $ 121.29 | | | |
| Craig C. Barclay | 121.00 | $ 121.00 | | | |
| Melanie Armour | 119.81 | | | $ 119.81 | |
| Candice Boatrig | 119.81 | | | $ 119.81 | |
| Jon R. Pruet | 119.81 | | | $ 119.81 | |
| Touchstone Lan | 119.81 | | | $ 119.81 | |
| Mary Beth Morris | 116.90 | | | $ 116.90 | |
| Andrew L. Robin | 116.90 | | | $ 116.90 | |
| Brooks H. Robin | 116.90 | | | $ 116.90 | |
| Linn Operating, I | 116.78 | | $ 116.78 | | |
| Margaret S. Culli | 116.16 | | | $ 116.16 | |
| Allie Samuel | 116.16 | | | $ 116.16 | |
| Mary E. Samuel | 116.16 | | | $ 116.16 | |
| Willie Lewis Sam | 116.16 | | | $ 116.16 | |
| James C. Kimbr | 115.92 | | | $ 115.92 | |
| James H. Griswo | 114.49 | | | $ 114.49 | |
| Victor F. Griswol | 114.49 | | | $ 114.49 | |
| Margaret G. Sutt | 114.49 | | | $ 114.49 | |
| John R. Gilbert | 111.60 | | | $ 111.60 | |
| Donald J. Starck | 108.68 | | | $ 108.68 | |
| Hattie Mae Holm | 108.26 | | | $ 108.26 | |
| Tiffannie J. Edw | 108.26 | | | $ 108.26 | |
| Johnnie Mae Hol | 108.26 | | | $ 108.26 | |
| Katherine Holme | 108.26 | | | $ 108.26 | |
| Alice Margaret H | 108.26 | | | $ 108.26 | |
| Pine Grove Chur | 107.42 | | | $ 107.42 | |
| Larry Lee Wozen | 106.36 | | | $ 106.36 | |
| Oakland Agency | 106.22 | $ 106.22 | | | |
| Sam Craig Pullig | 105.85 | | | $ 105.85 | |
| James H. Rawls | 104.72 | | | $ 104.72 | |

| Name | Net Amount | WI | ORRI | RI | |
|---|---|---|---|---|---|
| Stephen Wolf | 104.63 | | | $ 104.63 | |
| Coletta Squiers | 104.00 | | | $ 104.00 | |
| Lillian Edwards | 103.73 | | | $ 103.73 | |
| Otha Von Johns | 103.73 | | | $ 103.73 | |
| Richard Lewis Jo | 103.73 | | | $ 103.73 | |
| Glenda Faye Sull | 103.43 | | | $ 103.43 | |
| Ivy Minerals, LLC | 102.61 | $ 102.61 | | | |
| Charles L. Willia | 102.06 | $ 102.06 | | | |
| Lovelace Propert | 101.12 | | | $ 101.12 | |
| Holly Marie Beve | 99.50 | | | $ 99.50 | |
| Joel R. Jackson | 96.52 | | | $ 96.52 | |
| Chiquita L. Jacks | 96.52 | | | $ 96.52 | |
| Crain II Oil & Ga | 96.35 | $ 96.35 | | | |
| Fisher Exploratio | 96.00 | $ 96.00 | | | |
| LLY Oil & Gas L | 95.61 | $ 63.98 | | $ 44.29 | |
| JL Porter Revoc | 95.61 | $ 63.98 | | $ 44.29 | |
| Quad Gas Corp | 95.18 | $ 95.18 | | | |
| Tully Logan & | 94.49 | | | $ 94.49 | |
| Deborah Gay | 94.47 | | | $ 94.47 | |
| Bennie D. R. Har | 94.47 | | | $ 94.47 | |
| Pam Joyce | 93.07 | | | $ 93.07 | |
| Debra J. Wrinkle | 93.07 | | | $ 93.07 | |
| Kathleen Elizabe | 90.77 | | | $ 90.77 | |
| Linda Kay Taylor | 90.77 | | | $ 90.77 | |
| D.M. Alpha, Inc. | 89.74 | $ 89.74 | | | |
| Edwin Sanford, II | 88.63 | | | $ 88.63 | |
| Cynthia Brooks | 87.20 | | | $ 87.20 | |
| Clauzell Samuel | 87.13 | | | $ 87.13 | |
| Ann Roby | 86.59 | | | $ 86.59 | |
| Willene Whatley | 86.51 | | | $ 86.51 | |
| Thomas M. Hog | 85.54 | | | $ 85.54 | |
| Virgie Anne Ingr | 85.54 | | | $ 85.54 | |
| J. C. Ogden | 85.46 | $ 85.46 | | | |
| Ben Kelly Strain | 85.35 | | | $ 58.35 | |
| John W Klein | 84.14 | | | $ 84.14 | |
| Betty Moore Crai | 83.73 | | | $ 83.73 | |
| Joel H. Carter | 83.34 | | | $ 83.34 | |
| Linda Carter Hill | 83.34 | | | $ 83.34 | |
| Melinda Dixon | 83.10 | | | $ 83.10 | |
| Lu Ann Grafton | 83.10 | | | $ 83.10 | |
| Craig Bohuslav | 82.49 | | | $ 82.49 | |
| Decatur Mineral | 82.49 | | | $ 82.49 | |
| Wiley J. McLeod | 81.93 | | | $ 81.93 | |
| Amy Key Keith | 80.24 | | | $ 80.24 | |
| Evelyn Tims Key | 80.24 | | | $ 80.24 | |
| James G. Bethar | 79.39 | | | $ 79.39 | |
| Robert E. Bethar | 79.39 | | | $ 79.39 | |
| Diastole, L.L.C. | 79.39 | | | $ 79.39 | |
| Cindy L. Hall | 79.01 | | | $ 79.01 | |
| William T. Pate | 78.50 | | | $ 78.50 | |
| Gayle Fountain | 78.11 | | | $ 78.11 | |
| Mary Lou Gentry | 77.18 | | | $ 77.18 | |

| Name | Net Amount | WI | ORRI | RI | |
|---|---|---|---|---|---|
| Carol Elizabeth | 77.17 | | | $ 77.17 | |
| Sylco Exploratio | 77.03 | | $ 77.03 | | |
| Church of Christ | 76.50 | | | $ 76.50 | |
| Edwin T. Clapp, I | 76.33 | | | $ 76.33 | |
| Louis & Betty Bo | 76.26 | | | $ 76.26 | |
| Rudy Family Ltd. | 76.26 | | | $ 76.26 | |
| Inez Deutsch | 74.65 | $ 74.65 | | | |
| Access Secure | 74.28 | | | $ 74.28 | |
| Jerry Wayne Hu | 74.28 | | | $ 74.28 | |
| Merrill Properties | 74.24 | $ 74.24 | | | |
| Neill Oil, LLC | 74.02 | | | $ 74.02 | |
| Elois Boykin | 73.58 | | | $ 73.58 | |
| Fred L. Drakefor | 73.58 | | | $ 73.58 | |
| Robert L. Drakef | 73.58 | | | $ 73.58 | |
| Helen Hampton | 73.58 | | | $ 73.58 | |
| Cora Jones | 72.61 | | | $ 72.61 | |
| Geneva McCorv | 72.61 | | | $ 72.61 | |
| Karen A. Fulford | 71.54 | | | $ 71.54 | |
| Thomas Lowe Bl | 71.04 | $ 71.04 | | | |
| R. J. Cole | 70.20 | | | $ 70.20 | |
| GEL, Inc. | 70.20 | | | $ 70.20 | |
| L. Jay Cuccia | 69.75 | | | $ 69.75 | |
| Verna W. Colem | 69.61 | | | $ 69.61 | |
| Matthew F. Willia | 69.45 | | | $ 69.45 | |
| Patricia Ann Willi | 69.45 | | | $ 69.45 | |
| Tosha Danielle | 68.89 | | | $ 68.89 | |
| Stroud Petroleu | 68.07 | $ 68.07 | | | |
| Frances Adele H | 67.45 | | | $ 67.45 | |
| Charles Miner H | 67.45 | | | $ 67.45 | |
| William D Harrell | 67.45 | | | $ 67.45 | |
| Anne Harrell Jac | 67.45 | | | $ 67.45 | |
| Mary O. Fountain | 67.03 | | | $ 67.03 | |
| Samuel Alto Jac | 67.03 | | | $ 67.03 | |
| Sarah Russell T | 67.03 | | | $ 67.03 | |
| John L. Henry | 65.15 | | | $ 65.15 | |
| Mercury Oil Com | 64.50 | $ 64.50 | | | |
| Caroline Frances | 64.11 | | | $ 64.11 | |
| Gordon Kelley O' | 64.11 | | | $ 64.11 | |
| Comstock Oil & | 64.07 | $ 64.07 | | | |
| Herv Oil, LLC | 63.98 | $ 63.98 | | | |
| Elizabeth Murray | 63.51 | | | $ 63.51 | |
| David Blacksher | 63.51 | | | $ 63.51 | |
| Hobart Reid Key | 63.51 | | | $ 63.51 | |
| Richard Murray | 63.51 | | | $ 63.51 | |
| Thomas Rutherf | 63.51 | | | $ 63.51 | |
| Alice Key Myrick | 63.51 | | | $ 63.51 | |
| MARGARET JA | 63.24 | | | $ 63.24 | |
| Sallie Nell Jame | 63.24 | | | $ 63.24 | |
| BILLY RONALD | 63.24 | | | $ 63.24 | |
| Kenneth F. Jame | 63.24 | | | $ 63.24 | |
| Larry Donald Ja | 63.24 | | | $ 63.24 | |
| CLARA RIGBY | 63.24 | | | $ 63.24 | |

| Name | Net Amount | WI | ORRI | RI | |
|---|---|---|---|---|---|
| ELEANOR JAM | 63.24 | | | $ 63.24 | |
| MARY JOAN JA | 63.24 | | | $ 63.24 | |
| DOH Oil Compa | 63.06 | | | $ 63.06 | |
| Regina Hippel Ja | 63.06 | | | $ 63.06 | |
| Don Sullivan | 62.77 | | | $ 62.77 | |
| Ashley Lee Rich | 61.11 | | | $ 61.11 | |
| Royalties of Ame | 61.11 | | | $ 61.11 | |
| William Rudd Li | 60.82 | $ 41.43 | $ 19.39 | | |
| Terry Lynn Evere | 60.62 | | $ 60.62 | | |
| Barbara A Hairst | 60.62 | | $ 60.62 | | |
| Sharon E McGiv | 60.62 | | $ 60.62 | | |
| Betty W Upton T | 60.39 | $ 60.39 | | | |
| James Walls | 60.23 | | | $ 60.23 | |
| Terry Lefler Wall | 60.23 | | | $ 60.23 | |
| Ginger McWater | 60.23 | | | $ 60.23 | |
| Sarah Samuel | 60.17 | | | $ 60.17 | |
| John S. Mixon | 59.90 | | | $ 59.90 | |
| Cricket Productio | 59.71 | $ 59.71 | | | |
| Gene Thrash | 59.71 | $ 59.71 | | | |
| TSC Oil & Gas I | 59.71 | $ 59.71 | | | |
| Pauline Sterne | 59.71 | $ 59.71 | | | |
| James Cunningh | 59.07 | | | $ 59.07 | |
| John B. Cunning | 59.07 | | | $ 59.07 | |
| Laddex Ltd. | 58.91 | | | $ 58.91 | |
| Roosth 804 LTD | 58.30 | | | $ 58.30 | |
| Verdell Ammons | 57.94 | | | $ 57.94 | |
| Beatrice Autrey | 57.94 | | | $ 57.94 | |
| Inez Harrod | 57.94 | | | $ 57.94 | |
| Charlie Mae How | 57.94 | | | $ 57.94 | |
| Louvenia Leasto | 57.94 | | | $ 57.94 | |
| Robert M. Moore | 57.61 | | | $ 57.61 | |
| Steven P. Moore | 57.61 | | | $ 57.61 | |
| William L. Moore | 57.61 | | | $ 57.61 | |
| Susan D. Moore | 57.61 | | | $ 57.61 | |
| Martha Drakefor | 57.58 | | | $ 57.58 | |
| Kenneth Barnard | 57.54 | | | $ 57.54 | |
| Phillip Keith Brya | 57.54 | | | $ 57.54 | |
| Chanyel Bryant | 57.54 | | | $ 57.54 | |
| Anna M. Kress | 57.24 | | | $ 57.24 | |
| Emily W. Meyer | 57.24 | | | $ 57.24 | |
| Antoinette W. W | 57.24 | | | $ 57.24 | |
| Thomas E. Wilk | 57.24 | | | $ 57.24 | |
| Lisa Weaver Smi | 55.82 | | | $ 55.82 | |
| Hazel L. Poe | 55.65 | | | $ 55.65 | |
| Leticia Drakeford | 55.52 | | | $ 55.52 | |
| Albert C. Drakef | 55.48 | | | $ 55.48 | |
| Howard J. Drake | 55.48 | | | $ 55.48 | |
| Harris L. Drakefo | 55.48 | | | $ 55.48 | |
| Johnny Drakefor | 55.48 | | | $ 55.48 | |
| Katie Drakeford | 55.48 | | | $ 55.48 | |
| Minnie Drakeford | 55.48 | | | $ 55.48 | |
| Mary L. Green | 55.48 | | | $ 55.48 | |

| Name | Net Amount | WI | ORRI | RI | |
|---|---|---|---|---|---|
| Mary D. Jones | 55.48 | | | $ 55.48 | |
| Martha A. Perkin | 55.48 | | | $ 55.48 | |
| Dean Deas | 55.36 | | | $ 55.36 | |
| Deanna Deas Sh | 55.36 | | | $ 55.36 | |
| Falon Deas Step | 55.36 | | | $ 55.36 | |
| Kenneth R. Walt | 55.36 | | | $ 55.36 | |
| Constance M. H | 55.29 | | | $ 55.29 | |
| Veronica R. Hol | 55.29 | | | $ 55.29 | |
| Claudie M. Holm | 55.29 | | | $ 55.29 | |
| Larry Wright | 55.29 | | | $ 55.29 | |
| Sarah M. Lanier, | 54.69 | | | $ 54.69 | |
| Sarah M Lanier, | 54.69 | | | $ 54.69 | |
| Sarah M Lanier, | 54.69 | | | $ 54.69 | |
| Christopher Tayl | 54.55 | | | $ 54.55 | |
| Patricia Thrasher | 54.45 | | | $ 54.45 | |
| Pam Minard | 54.45 | | | $ 54.45 | |
| Bridget P. Hallett | 54.44 | | | $ 54.45 | |
| David Henderso | 54.42 | | | $ 54.42 | |
| Alfonza C. Meek | 54.41 | | | $ 54.41 | |
| Willard L. Meeks | 54.41 | | | $ 54.41 | |
| John Greel Ralls | 54.24 | | | $ 54.24 | |
| Artense M. Brow | 54.09 | | | $ 54.09 | |
| Estate of Earnto | 54.09 | | | $ 54.09 | |
| Earnestine Meek | 54.09 | | | $ 54.09 | |
| Lillie R. Meeks | 54.09 | | | $ 54.09 | |
| Patsy R. Champi | 53.79 | | | $ 53.79 | |
| Martha Ruth Joh | 53.79 | | | $ 53.79 | |
| Betty Otems | 53.79 | | | $ 53.79 | |
| Frank and Sara | 53.55 | | $ 53.55 | | |
| Carrie Swann Wi | 52.98 | | | $ 52.98 | |
| Carol A. Daniel | 52.66 | | | $ 52.66 | |
| Brooklyn Volunte | 52.62 | | | $ 52.62 | |
| Ruth P. Golden | 52.42 | | | $ 52.42 | |
| Roy Lee Sherow | 52.42 | | | $ 52.42 | |
| Fowler Royalty In | 52.36 | | | $ 52.36 | |
| Billy R. Powell | 52.36 | | | $ 52.36 | |
| Lisa Williamson | 52.08 | | | $ 52.08 | |
| Ginger Richards | 52.08 | | | $ 52.08 | |
| Sally Steele | 52.08 | | | $ 52.08 | |
| Monique Bryant | 51.90 | | | $ 51.90 | |
| Monica L. Elder | 51.90 | | | $ 51.90 | |
| Rodney Tramme | 51.79 | | | $ 51.79 | |
| Alfonza Jackson | 51.51 | | | $ 51.51 | |
| Donald R. Kirkse | 51.38 | | | $ 51.38 | |
| Kiesha Wright Jo | 51.30 | | | $ 51.30 | |
| Lisa G. Johnson | 51.30 | | | $ 51.30 | |
| Hood & Linda Pr | 51.05 | $ 51.05 | | | |
| RMJP, LLC | 50.85 | | | $ 50.85 | |
| Map2012-OK | 50.82 | | | $ 50.82 | |
| Windom Royaltie | 50.75 | | | $ 50.75 | |
| Richard A. Wood | 50.75 | | | $ 50.75 | |
| Jan Wallace Bris | 50.66 | | | $ 50.66 | |

| Name | Net Amount | WI | ORRI | RI | |
|---|---|---|---|---|---|
| DVJ Partnership | 50.66 | | | $ 50.66 | |
| Dusty Lynn Atter | 50.41 | | | $ 50.41 | |
| Gregory L. Wiggi | 50.41 | | | $ 50.41 | |
| Sherilyn Neel St | 50.12 | | | $ 50.12 | |
| Richard W. Wils | 49.44 | | | $ 49.44 | |
| Crow Partners, L | 45.02 | $ 45.02 | | | |
| Robert Brye | 44.67 | | | $ 44.67 | |
| Gulf Coast Miner | 43.40 | | $ 43.40 | | |
| Nancy Nichols M | 43.27 | | | $ 43.27 | |
| Diane Nichols R | 43.27 | | | $ 43.27 | |
| Hector Operating | 43.01 | | | $ 43.01 | |
| Kelley Alford | 42.67 | | | $ 42.67 | |
| Mike Rogers Oil | 42.41 | $ 42.41 | | | |
| Andrea Davis | 40.84 | $ 176.98 | | $ 40.84 | |
| John W. Tisdale, | 39.80 | $ 39.80 | | | |
| Demetrius Walk | 39.13 | $ 115.80 | | $ 19.73 | |
| WEMO, Inc. | 38.78 | $ 82.87 | $ 38.78 | | |
| Billie D. Williams | 38.13 | | | $ 38.13 | |
| Huzell Brye | 37.23 | | | $ 37.23 | |
| Estate of Narvie | 37.23 | | | $ 37.23 | |
| Robert Holland | 37.07 | | | $ 37.07 | |
| Kalinec Enterpris | 36.06 | | $ 36.06 | | |
| Earlene Samuel | 35.01 | $ 36.76 | | $ 10.47 | |
| Thomas K. Nich | 34.66 | | | $ 34.66 | |
| Robert P. Thoma | 32.70 | | | $ 32.70 | |
| Ocious Samuel | 32.66 | | | $ 32.66 | |
| Robert Randall | 31.47 | | | $ 31.47 | |
| Timothy James | 31.47 | | | $ 31.47 | |
| Hester Lovelace | 30.42 | | | $ 30.42 | |
| John Cleveland | 30.42 | | | $ 30.42 | |
| William Yancy L | 30.42 | | | $ 30.42 | |
| Melody Gaye Bar | 29.86 | $ 29.86 | | | |
| Christina Kathlea | 28.52 | | | $ 28.52 | |
| Natasha Smith | 27.37 | | | $ 27.37 | |
| Knight Petroleu | 27.33 | | | $ 27.33 | |
| Willie C Holmes | 27.01 | | | $ 27.01 | |
| Barbara Dukes | 26.55 | | | $ 26.55 | |
| Opal L. Kidd Fa | 26.40 | $ 22.33 | $ 7.36 | | |
| David Bissmeyer | 26.28 | | $ 0.56 | $ 25.72 | |
| Trant K. Kidd Fa | 25.41 | $ 7.71 | $ 2.53 | 15..17 | |
| Lee Nard Meeks | 20.13 | | | $ 20.13 | |
| Edward F. Rod J | 18.53 | | | $ 18.53 | |
| Gerald S. Rod | 18.53 | | | $ 18.53 | |
| Gloria J. Lenker | 17.82 | | | $ 17.82 | |
| Bobbie Estes Cr | 12.37 | | | $ 12.37 | |
| Lillie Mae Ledbet | 12.37 | | | $ 12.37 | |
| Wilmadene W. P | 12.37 | | | $ 12.37 | |
| Kendel L. Srader | 12.37 | | | $ 12.37 | |
| Bobbie Surratt | 12.37 | | | $ 12.37 | |
| Evelyn Williams | 12.37 | | | $ 12.37 | |
| James Curtis Wil | 12.37 | | | $ 12.37 | |
| Avis D. Tolbert | 10.09 | | | $ 10.09 | |

| Name | Net Amount | WI | ORRI | RI | |
|---|---|---|---|---|---|
| Sue Williams Co | 9.27 | | | $ 9.27 | |
| Gloria Williams J | 9.27 | | | $ 9.27 | |
| Douglas C. Willi | 9.27 | | | $ 9.27 | |
| Melvin D. Willia | 9.27 | | | $ 9.27 | |
| Rosemary Willia | 8.47 | | | $ 8.47 | |
| Caleb McDonald | 6.97 | | | $ 6.97 | |
| Brenda Annette | 5.52 | $ 5.52 | | | |
| Mary Ann Sibley | 5.30 | | | $ 5.30 | |
| Charles Alton Sil | 5.30 | | | $ 5.30 | |
| John Derril Silkw | 5.30 | | | $ 5.30 | |
| Raburne L. Silkw | 5.30 | | | $ 5.30 | |
| Karen E. Smith | 5.30 | | | $ 5.30 | |
| Barbara Diane S | 5.30 | | | $ 5.30 | |
| J. T. Covington | 4.62 | | | $ 4.62 | |
| Mildred Leigh Sti | 3.79 | $ 3.03 | | $ 0.76 | |
| Jan Oil Company | 3.44 | | | $ 3.44 | |
| | | $1,311,537.36 | $ 23,886.52 | $ 575,990.53 | $ 1,911,423.41 |