UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| _____) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

**ORDER GRANTING MOTION TO: 1) HONOR AND PAY OVERRIDING ROYALTY, ROYALTY, AND WORKING INTEREST OBLIGATIONS; AND 2) OFFSET JOINT INTEREST BILLING OBLIGATIONS**

THIS MATTER comes before the Court on the Debtors' Motion to: 1) Honor and Pay Overriding Royalty, Royalty, and Working Interest Obligations; and 2) Offset Joint Interest Billing Obligation ("Motion"), notice having been provided and no objections having been received, the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby

**ORDER THAT:**

1. The Motion is GRANTED;

2. The Debtors are authorized, but not directed, to honor and pay, in their sole discretion, revenue payments owed to the holders of overriding royalty interests, royalty interests, and working interests as set forth on Exhibit A to the Motion, and may continue to honor and pay all royalty, overriding royalty, and working interest holders on an ongoing basis in the ordinary course of business;

3. The Debtors are authorized to offset joint interest billing obligations owed to the Debtors against cash call advances paid by working interest holders and revenue owed to working interest holders; and

4. The Debtors are authorized to take all actions necessary to effectuate this Order.

Done and entered this _____ day of _____, 2020 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge