UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
|   Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
|   Debtor. | ) | |

**NOTICE OF MOTION TO: 1) HONOR AND PAY OVERRIDING ROYALTY, ROYALTY, AND WORKING INTEREST OBLIGATIONS; AND  2) OFFSET JOINT INTEREST BILLING OBLIGATIONS**

**OBJECTION DEADLINE: APRIL 20, 2020**

    **YOU ARE HEREBY NOTIFIED** that Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Debtors") have filed a Motion to: 1) Honor and Pay Overriding Royalty, Royalty, and Working Interest Obligations; and 2) Offset Joint Interest Billing Obligation ("Motion") and request the following relief: The Debtors request authority to honor and pay, in their sole discretion, amounts owed from revenue generated by properties operated by SEC to the holders of overriding royalty interests, royalty interests, and working interests.  The Debtors further request authorization to offset joint interest billing obligations owed to SEC by the working interest holders against cash call advances paid by the working interest holders and/or revenue owed to the working interest holders.  A copy of the Motion is enclosed with this Notice.

    If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.   The Court will not consider general objections.

    In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: April 6, 2020                                          Respectfully submitted,

                                                                By:   /s/ Keri L. Riley
                                                                    Lee M. Kutner, # 10966
                                                                    Keri L. Riley, #47605
                                                                    **KUTNER BRINEN, P.C.**
                                                                    1660 Lincoln Street, Suite 1850
                                                                    Denver, CO 80264
                                                                    Telephone: (303) 832-2400
                                                                    E-mail: lmk@kutnerlaw.com

E-mail: klr@kutnerlaw.com