| Name | Amount |
|---|---:|
| Aethon Energy Operating, LLC | 375.43 |
| Amplify Energy Operating, LLC | 6,326.48 |
| Atlantis Oil Company, Inc. | 6.52 |
| Basa Resources, Inc. | 4,137.94 |
| Beebe & Beebe, Inc. | 449.70 |
| Berry Petroleum, Inc. Martin Resource Management Corp | - |
| Blackbird Company | 245.46 |
| Bonanza Creek Energy Inc. | - |
| BP America Production Co. | 1,025.80 |
| BPX Operating Company | 27.17 |
| BRP Energy, LLC | - |
| Camterra Resources, Inc. | 816.97 |
| CCI East Texas Upstream, LLC Castleton Commodities Upstream LLC | 7,582.28 |
| Chesapeake Energy, Inc. Chesapeake Operating, LLC | 3.33 |
| Cimarex Energy Co. | 1,229.74 |
| Cobra Oil & Gas Corporation | 27.52 |
| Conoco Phillips (Burlington Resources Oil & Gas Co LP) | 205.32 |
| Continental Resources, Inc. | 172.84 |
| Culver & Cain Production, LLC RD Account | - |
| Cypress Operating, Inc. | 126.17 |
| Davis Southern Operating Company, LLC | 156,703.13 |
| Denbury Onshore, LLC | 242.40 |
| Devon Energy Production Co., LP | 21,002.35 |
| Diversified Production, LLC Diversified Gas & Oil Corporation | 218.92 |
| Dorfman Production Company | 1,462.04 |
| Endeavor Energy Resources L.P. | 393.22 |
| Fairway Resources III, LLC | 92.11 |
| Vernon E. Faulconer, Inc. | 216.57 |
| Gallery Petroleum, LLC | 55.12 |
| dba Grizzly Operating, LLC Grizzly Energy, LLC | 5,581.46 |
| Grigsby Petroleum Inc. | 1,418.75 |
| Hanna Oil and Gas Company | 219.06 |
| Harleton Oil & Gas, Inc. | 118.43 |
| Highmark Energy Operating, LLC c/o Oil & Gas Business Solutions, Inc. | 1,224.43 |
| Hilcorp Energy Company | 9,571.79 |
| Indigo Resources, LLC | - |
| Jeems Bayou Production Corp. | 309.44 |
| J-O'B Operating Company | - |
| John Linder Operating Company, LLC | 36.32 |

| | |
|---|---:|
| John O. Farmer, Inc. | 187.44 |
| Kirkpatrick Oil Company, Inc. | 1,213.09 |
| Lance Ruffel Oil & Gas Corp. | 4.09 |
| Herman L. Loeb, LLC | 603.39 |
| The Long Trusts | 60.45 |
| Magnum Producing, LP Ahuja Holdings, LLP | 526.16 |
| Marathon Oil Permian LLC | 606.67 |
| Martindale Consultants, Inc. | - |
| Marathon Oil Co Joint Venture Receipts | 222.67 |
| William Ashton Martin | 444.44 |
| Maximus Operating, LTD | 18.39 |
| Merit Energy Company | - |
| Meridian Resources (USA), Inc. c/o Excalibur Operating LLC | - |
| Mission Creek Resources, LLC | 4,913.16 |
| Mustang Fuel Corporation | 216.89 |
| Nadel & Gussman - Jetta Operating Co | 574.95 |
| Palmer Petroleum Inc. | 2,003.65 |
| Par Minerals Corporation | 28,746.27 |
| Petro-Chem Operating Co., Inc. | 135.56 |
| Petro-Chem Operating Co., Inc. | 179.88 |
| Phillips Energy, Inc | 328.26 |
| Presidio Petroleum, LLC | 33.04 |
| Prima Exploration, Inc. | 29.37 |
| Pruet Production Co | 49,300.91 |
| QEP Energy Company | 177.93 |
| Quanico Oil & Gas, Inc. | 1,074.65 |
| Rabalais Oil & Gas, Inc. | 926.89 |
| Redline Energy, LLC | 11.10 |
| Riviera Operating, LLC | - |
| Rockcliff Energy Mgmt., LLC | - |
| Sabine Oil & Gas LLC | 375.50 |
| Samson Resources Company | - |
| Shelby Operating Company | 903.75 |
| Shuler Drilling Company, Inc. | 6.75 |
| Silver Creek Oil & Gas, LLC | 49.15 |
| Southwest Operating Inc. | 8.13 |
| S & P Co. | 876.43 |

| | |
|---|---:|
| Speller Oil Corporation | 173.88 |
| S & S Operating Company, Inc. | 2.78 |
| Stroud Petroleum, Inc. | 4,084.14 |
| Sugar Creek Producing Co. | 31.24 |
| Tanos Exploration, LLC | 262.73 |
| TDX Energy LLC | 727.65 |
| Tellurian Operating, LLC | 1,049.10 |
| Titan Rock Exploration & Production, LLC | 24.80 |
| TO Kimbrell LLC | 680.15 |
| Toland & Johnston, Inc. | 225.59 |
| Trivium Operating, LLC | 19.78 |
| TYGR Operating Company, LLC | 176.68 |
| Upshur County | 2.77 |
| Urban Oil & Gas Group, LLC Department #41380 | 2,180.06 |
| Vine Oil & Gas LP | - |
| Weiser-Brown Operating, Co. | 668.58 |
| WPX Energy, Inc. WPX Energy Williston, LLC | 470.44 |
| XTO Energy, Inc. | 747.28 |
| Xtreme Energy Company | 31.59 |