UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**ORDER AUTHORIZING PAYMENT OF PRE-PETITION
JOINT INTEREST BILLING OBLIGATIONS AS CRITICAL VENDORS**

UPON CONSIDERATION of Sklarco's Motion for Entry of Order Authorizing Payment of Pre-Petition Joint Interest Billing Obligations as Critical Vendors ("Motion"), the Court having reviewed the Motion and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED;

2. Sklarco, LLC is authorized to pay or otherwise offset, in its sole discretion, its pre-petition joint interest billing obligations identified on Exhibit A to the Motion on an ongoing basis.

Date: April __, 2020

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge