UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN:  72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**COVERSHEET FOR MOTION SEEKING EXPEDITED ENTRY OF ORDER AND NOTICE OF IMPENDING HEARINGS THEREON**

      The Debtors in the above-captioned Chapter 11 filed on April 1, 2020, request the Court enter the Orders listed below on an expedited basis. **THE DEBTORS HAVE FILED MOTIONS SEEKING EXPEDITED ENTRY OF THE FOLLOWING ORDERS:**

1. ____ Order Authorizing the Joint Administration of Multiple Debtor Bankruptcy Cases (see L.B.R. 1015-1)

2. ____ Order Authorizing Payment of Prepetition Wages, Salaries, Expenses

3. _X_ Interim Order Authorizing Use of Cash Collateral (see L.B.R. 4001-3)

4. ____ Interim Approval of Post-Petition Secured and/or Super-Priority Financing Pursuant to Section 364(c) of the Bankruptcy Code

5. _X_ Order Authorizing Payment of Prepetition Claims of Certain Critical Vendors and Suppliers

6. ____ Order Authorizing Debtor to Honor Certain Customer Obligations, Including Warranty Claims

7. ____ Interim Order Determining Adequate Assurance of Payment for Future Utility Services and Restraining Utility Companies from Discontinuing, Altering or Refusing Service

8. _X_ Order Establishing Interim Notice Procedures (see L.B.R. 2081-2)

9. ____ Order Authorizing Bonus or Retention Plans

10. _X_ Order Authorizing Retention of Cash Management Systems

11. ___ Order Establishing Investment Guidelines

12. _X_ Other Orders- Retention of Counsel for Debtor; Payment of Pre-Petition Employee Benefits and Continuation of Employee Benefit Programs

DATED: April 6, 2020                  Respectfully submitted,

By:    */s/ Lee M. Kutner*
       Lee M. Kutner #10966
       Keri L. Riley #47605

**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
Telecopy: (303) 832-1510
E-mail: lmk@kutnerlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) |
| EIN: 72-1417930 | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| | ) Case No. 20-12380-EEB |
| SKLARCO, LLC | ) |
| EIN: 72-1425432 | ) Chapter 11 |
| Debtor. | ) |

**MOTION SEEKING EXPEDITED ENTRY OF ORDER**

The Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Debtors"), by and through their attorneys, Kutner Brinen, P.C., state their Motion Seeking Expedited Entry of Order as follows:

1. The Debtors filed their Voluntary Petitions pursuant to chapter 11 of the Bankruptcy Code on April 1, 2020 ("Petition Date").

2. The Debtors are engaged in business as an independent exploration and production company in the oil and gas industry. SEC is an operating company and does not own oil or gas properties. SEC has its principal business office in Boulder, Colorado and has additional offices in Shreveport, Louisiana and Brewton, Alabama. SEC's exploration and production activities are primarily located in East Texas, North Louisiana, South Mississippi, South Alabama and the Florida Panhandle. The Debtor is also developing properties and opportunities in the western United States. Sclarco is engaged in business as the owner of certain oil and gas leases and property interests in East Texas, North Louisiana, South Mississippi, South Alabama, the Florida Panhandle, and the western United States.

3. The Debtors plan to continue operation of their business throughout the Chapter 11 case and propose a Plan of Reorganization.

4. The Debtors have filed the following Motions: 1) Motion For Authority to Use Cash Collateral; 2) Application to Retain Counsel; 3) Motion for Order Authorizing Debtor To Use Pre-Petition Bank Accounts; 4) Motion for Authority to Pay Pre-Petition Employee Benefits

and Continue Employee Benefit Programs; and 5) Motion for Entry of Order Authorizing Payment of Joint Interest Billing Obligations as Critical Vendors (collectively "Motions"). The Debtors are seeking an expedited order approving the Motions at least on an interim basis. The factual predicate for the need for the expedited order is set forth in the Declaration of Howard F. Sklar, the Manager of the Debtors. The Declaration has been filed along with this Motion and is incorporated herein by reference.

5. The Debtors plan to continue operation of their business throughout the Chapter 11 case and propose a Plan of Reorganization. It is only through a Plan that unsecured creditors will see a meaningful recovery on account of their claims.

6. The Debtors do not have the necessary funds for the ongoing operation of their business without the use of the Cash Collateral.

7. As such, without the immediate use of the Cash Collateral, the Debtors will suffer immediate and irreparable harm. The Debtors will not be able to fund their ongoing operations, will be at risk of losing assets and goodwill since they will not be able to fund the expenses that must be paid to produce oil and gas and process such product, pay for leases, royalties and working interests due on oil and gas properties, pay employees who need to be paid for their ongoing services, and such failed payments will severely impair the Debtors ability to successfully reorganize.

8. Employees also rely on their employee benefits, including insurance benefits and retirement benefits, for their ongoing health and wellbeing. The Debtors therefore seek approval to continue their employee benefits on a pre-petition basis, and pay any amounts due for pre-petition insurance benefits and retirement benefits.

9. The Debtors therefore seek the expedited entry of an Order approving the use of cash collateral on an interim basis, and setting the matter for a final hearing.

**[remainder of page intentionally left blank]**

WHEREFORE, the Debtors respectfully request that the Court enter an Order, a proposed form is filed herewith, granting an expedited hearing on the foregoing Motions, and for such further and additional relief as to the Court may appear proper.

DATED: April 6, 2020                  Respectfully submitted,

By:    /s/ Lee M. Kutner
Lee M. Kutner #10966
Keri L. Riley #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
Telecopy: (303) 832-1510
E-mail: lmk@kutnerlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:  ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC  ) | |
| EIN: 72-1417930  ) | Chapter 11 |
| ) | |
|   Debtor.  ) | |
| ) | |
| _____  ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC  ) | |
| EIN:  72-1425432  ) | Chapter 11 |
|   Debtor.  ) | |

**NOTICE OF FILING OF CHAPTER 11 DEBTORS'
MOTION SEEKING EXPEDITED ENTRY OF ORDER**

**L.B.R. 2081-1 PROVIDES THAT A HEARING WILL BE HELD ON DEBTORS' MOTION WITHIN THREE DAYS**. Debtors will give you fax or e-mail notice of the time and place of the hearing only if you respond to this Notice by fax or email stating that you wish to be notified of the hearing. Your response may be in the form of L.B. Form 2081-1.3 and must specify the fax or e-mail address at which you wish to receive notice. If you specify more than one method of notice, Debtors will use the method most readily available to Debtors. You may also obtain information on the time and place of the hearing by checking the Court's calendar over the internet at www.cob.uscourts.gov.

**REQUESTS FOR NOTICE OF THE HEARING SHALL BE FAXED OR EMAILED TO COUNSEL FOR DEBTORS AT lmk@kutnerlaw.com, klr@kutnerlaw.com or 303-832-1510**.

DATED: April____, 2020             Respectfully submitted,

                                                  By:   */s/  Lee M. Kutner*
                                                       Lee M. Kutner, #10966
                                                       **KUTNER BRINEN, P.C.**
                                                       1660 Lincoln Street, Suite 1850
                                                       Denver, CO 80264
                                                       Telephone:  (303) 832-2400
                                                       E-mail: lmk@kutnerlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| Debtor. | ) | |

**RESPONSE AND REQUEST FOR NOTICE OF HEARING**

**Attention:** Lee M. Kutner, Keri L. Riley, counsel to the Debtors.

The undersigned requests that notice of the date, time and place of the hearing on Debtors' Motion Seeking Expedited Entry of Order be served as follows:

\_\_\_\_\_ By e-mail to _____

\_\_\_\_\_ By fax to _____

Dated: _____      By: _____

*Counsel to* _____
Attorney registration number (if applicable)
Business address (or home address for *pro se*)
Telephone number
Facsimile number
E-mail address