/UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

**ORDER GRANTING MOTION OF DEBTOR
FOR EXPEDITED ENTRY OF ORDER**

UPON CONSIDERATION of the Motion Seeking Expedited Entry of Order (the "Motion") filed by the Debtors and Debtors in Possession, Sklar Exploration Company, LLC and Sklarco, LLC ("Debtors"); and for good cause shown:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Court shall conduct a hearing on _____ ___ 2020 at ____:___ ___.m. to consider entering the expedited orders requested by the Debtor. Counsel for the Debtors shall provide appropriate notice of the hearing in accordance with L.B.R.2081-1.

Dated: April ____, 2020                         BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge