UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| Debtor. | ) | |

## NOTICE OF TIME AND PLACE OF HEARING ON DEBTORS' FIRST DAY MOTIONS

**A TELEPHONIC HEARING HAS BEEN SET** on Debtors' Motion for Use of Cash Collateral; Motion of Debtor for an Order Authorizing (A) Payment of Pre-Petition Employee Wages and Salaries and (B) Payment of All Costs and Expenses Incident to the Foregoing Payments; Motion of Debtor and Debtor-in-Possession for an Order Authorizing (A) Payment of Pre-Petition Employee Benefits and (B) Continuation of Employee Benefits Program; Motion for Entry of Order Authorizing the Debtor to Continue use of its Existing Bank Accounts; Motion for Entry of Order Limiting Notice; and Motion For Entry of Order Authorizing Payment of Pre-Petition Joint Interest Billing Obligations as Critical Vendors.

The date, time and place of the telephonic hearing are as follows:

**DATE:** THURSDAY, APRIL 9, 2020
**TIME:** 2:30 P.M.
**COURT:** U.S. BANKRUPTCY COURT
U.S. CUSTOM HOUSE
**DIAL IN NUMBER: (888) 684-8852**
**PASSCODE: 3454024#**

Dated: April 6, 2020                                          Respectfully submitted,

By:   /s/ Keri L. Riley
Lee M. Kutner, #10966
Keri L. Riley #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400

Facsimile: (303) 832-1510
E-Mail: klr@kutnerlaw.com