**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br><br>**Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

## ORDER AND NOTICE OF HEARING

THIS MATTER comes before the Court on the Debtors' Motion Seeking Expedited Entry of Orders ("Motion"). It is hereby

ORDERED that the Motion is set for a telephonic hearing on a trailing docket before Judge Elizabeth E. Brown on **Thursday, April 9, 2020 at 2:30 p.m.** in Courtroom F, U.S. Customs House, 721 19th Street, Denver, Colorado.  If you expect to tender exhibits at the hearing, please electronically file them with the Court at least 24 hours prior to the hearing.

FURTHER ORDERED that Debtors shall serve notice of the hearing in accordance with L.B.R. 2081-1(c)(2).

Parties shall appear telephonically.  To appear telephonically, call the Court prior to the hearing at 1-888-684-8852. The meeting ID number is **345 4024**, followed by the # sign. Please state your name clearly. Please stay on the line until the court operator takes the roll call and the hearing begins. The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in court, it will be deemed a failure to appear, and be subject to imposition of sanctions as appropriate.

If the matter to be heard will exceed 15 minutes in length, or if it is necessary to receive evidence to resolve the matter, the scheduled hearing may be used as a scheduling conference and the matter will be reset to a later date. Counsel/Parties shall *bring their calendars* and be prepared to schedule any further hearing as required.

DATED this 7th day of April, 2020.          BY THE COURT:

_____
Elizabeth E. Brown, Bankruptcy Judge