UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:  )<br>  )<br>SKLAR EXPLORATION COMPANY, LLC  )<br>EIN: 72-1417930  )<br>  )<br>  Debtor.  )<br>  )<br>  )<br>_____  )<br>  )<br>SKLARCO, LLC  )<br>EIN:  72-1425432  )<br>  Debtor.  )   | Case No. 20-12377-EEB<br><br>Chapter 11<br><br><br><br><br>Case No. 20-12380-EEB<br><br>Chapter 11 |

### <u>AMENDED</u> NOTICE OF TIME AND PLACE OF HEARING ON DEBTORS' FIRST DAY MOTIONS

**A TELEPHONIC HEARING HAS BEEN SET** on Debtors' Motion for Use of Cash Collateral; Motion of Debtor and Debtor-in-Possession for an Order Authorizing (A) Payment of Pre-Petition Employee Benefits and (B) Continuation of Employee Benefits Program; Motion for Entry of Order Authorizing the Debtor to Continue use of its Existing Bank Accounts; Motion for Entry of Order Limiting Notice; and Motion For Entry of Order Authorizing Payment of Pre-Petition Joint Interest Billing Obligations as Critical Vendors.

The date, time and place of the telephonic hearing are as follows:

**DATE:** THURSDAY, APRIL 9, 2020
**TIME:** 2:30 P.M.
**COURT:** U.S. BANKRUPTCY COURT
U.S. CUSTOM HOUSE
**DIAL IN NUMBER: (888) 684-8852**
**PASSCODE: 3454024#**

Dated: April 6, 2020                Respectfully submitted,


By: /s/ Keri L. Riley
Lee M. Kutner, #10966
Keri L. Riley #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
Facsimile: (303) 832-1510