UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**CERTIFICATE OF SERVICE**

I certify that on April 6, 2020, I served a complete copy of the **MOTION FOR APPROVAL OF RETAINER FOR KUTNER BRINEN, P.C.; NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF MOTION FOR APPROVAL OF RETAINER FOR KUTNER BRINEN, P.C.; MOTION FOR APPROVAL OF RETAINER FOR BERG HILL GREENLEAF & RUSCITTI, LLP; NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF MOTION FOR APPROVAL OF RETAINER FOR BERG, HILL, GREENLEAF & RUSCITTI, LLP; MOTION FOR APPROVAL OF RETAINER FOR ARMBRECHT JACKSON, LLP; NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF MOTION FOR APPROVAL OF RETAINER FOR ARMBRECHT JACKSON, LLP; MOTION TO APPROVE PAYMENT PROCEDURE FOR PROFESSIONAL FEES AND COSTS; NOTICE OF MOTION TO APPROVE PAYMENT PROCEDURE FOR PROFESSIONAL FEES AND COSTS; MOTION TO DETERMINE ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES AND RESTRAINING UTILITIES FROM DISCONTINUING, ALTERING OR REFUSING SERVICE; MOTION FOR ENTRY OF ORDER AUTHORIZING THE DEBTORS TO CONTINUE USE OF EXISTING BANK ACCOUNTS; MOTION FOR AUTHORITY TO USE CASH COLLATERAL; NOITCE OF MOTION FOR AUTHORITY TO USE CASH COLLATERAL; MOTION TO (1) HONOR AND PAY OVERRIDINGN ROYALTY, ROYALTY, AND WORKING INTEREST OBLIGATIONS; AND (2) OFFSET JOINT INTEREST BILLING OBLIGATIONS; NOTICE OF MOTION TO: (1) HONOR AND PAY OVERRIDING ROYALTY, ROYALTY, AND WORKING INTEREST OBLIGATIONS; AND (2) OFFSSET JOINT INTEREST BILLING OBLIGATIONS; DECLARATION OF HOWARD F. SKALAR; MOTION OF DEBTOR AND DEBTOR IN POSSESSION FOR AN ORDER AUTHORIZING (A) PAYMENT OF PRE-PETITION EMPLOYEE BENEFITS AND (B) CONTINUATION OF EMPLOYEE BENEFITS PROGRAM; MOTION FOR ENTRY OF ORDER AUTHORIZING PAYMENT OF PRE-PETITION JOINT INTEREST BILLING**

**OBLIGATIONS AS CRITICAL VENDORS (SKLARCO, LLC); MOTION SEEKING EXPEDITED ENTRY OF ORDER; AND NOTICE OF TIME AND PLACE OF HEARING ON DEBTORS' FIRST DAY MOTIONS** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

**VIA E-MAIL TRANSMISSION**
Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

**VIA E-MAIL TRANSMISSION**
Timothy C. Mohan, Esq.
Foley & Lardner, LLP
600 17th Street
Suite 2020 South
Denver, CO 80202

**VIA E-MAIL TRANSMISSION**
J. Eric Lockridge, Esq.
Kean Miller LLP
400 Convention Street
Suite 700
P.O. Box 3513
Baton Rouge, LA 70802

**VIA E-MAIL TRANSMISSION**
Craig K. Schuenemann, Esq.
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203

**VIA E-MAIL TRANSMISSION**
Colorado Department of Revenue
1375 Sherman Street
Denver, CO 80261

**VIA OVERNIGHT DELIVERY**
Internal Revenue Service
Insolvency Unit
1999 Broadway
MS 5012 DEN
Denver, CO 80202-3025

**VIA E-MAIL TRANSMISSION**
East West Bank
Treasury Department
135 North Los Robles Avenue
Suite 600
ATTN: Linda Cox
Pasadena, CA 91101

**VIA E-MAIL TRANSMISSION**
Mesa Fluids, LLC
c/o Juno Financial
P.O. Box 173928
Denver, CO 80217-3928

**VIA OVERNIGHT DELIVERY**
Stoneham Drilling Corporation
707 17th Street
Suite 3250
Denver, CO 80202

**VIA E-MAIL TRANSMISSION**
TCP Cottonwood, L.P.
333 Texas Street
Suite 2020
Shreveport, LA 71101

**VIA E-MAIL TRANSMISSION**
Fant Energy Limited
P.O. Box 55205
Houston, TX 77255

**VIA E-MAIL TRANSMISSION**
JJS Working Interest, LLC
2001 Kirby Drive
Suite 1110
Houston, TX 77019

**VIA E-MAIL TRANSMISSION**
H&H Construction, LLC
Ladon E. Hall, Sole Manager
P.O. Box 850
Flomation, AL 36441

**VIA E-MAIL TRANSMISSION**
JD Fields & Company, Inc.
P.O. Box 134401
Houston, TX 77219-4401

**VIA E-MAIL TRANSMISSION**
Kudzu Oil Properties, LLC
300 Concourse Blvd.
Suite 101
Ridgeland, MS 39157

**VIA E-MAIL TRANSMISSION**
FPCC USA, Inc.
245 Commerce Green Blvd.
Suite 250
Sugar Lane, TX 77478

**VIA E-MAIL TRANSMISSION**
Lucas Petroleum Group, Inc.
327 Congress Avenue
Suite 500
Austin, TX 78701-3656

**VIA E-MAIL TRANSMISSION**
Meritage Energy, Ltd.
c/o BKD, LLP
2700 Post Oak Blvd.
Suite 1500
Houston, TX 77056

**VIA E-MAIL TRANSMISSION**
Strago Petroleum Corporation
3209 Hamm Road
Pearland, TX 77581-5503

**VIA E-MAIL TRANSMISSION**
Anderson Investment Holdings, LP
AAEC II, LLC
333 Texas Street
Suite 2020
Shreveport, LA 71101

**VIA E-MAIL TRANSMISSION**
Kelley Brothers Contractors, Inc.
P.O. Drawer 1079
Waynesboro, MS 39367

**VIA E-MAIL TRANSMISSION**
Rapad Well Service Co., Inc.
217 West Capitol Street
Jackson, MS 39201

**VIA E-MAIL TRANSMISSION**
Apple River Investments, LLC
ATTN: Robert M. Boeve, President
1503 Garfield Road North
Traverse City, MI 49696

**VIA E-MAIL TRANSMISSION**
Pruet Oil Company, LLC
217 West Capitol Street
Suite 201
Jackson, MS 39201-2004

**VIA E-MAIL TRANSMISSION**
Pro-Tek Field Services, LLC
P.O. Box 919269
Dallas, TX 75391-9269

**VIA E-MAIL TRANSMISSION**
Union Oilfield Supply, Inc.
12 John Dykes Road
Waynesboro, MS 39367

**VIA E-MAIL TRANSMISSION**
Davis Southern Operating Company, LLC
1500 McGowen Street
Suite 200
Houston, TX 77004

**VIA E-MAIL TRANSMISSION**
Pruet Production Co.
P.O. Box 11407
Birmingham, AL 35246-1129

**VIA E-MAIL TRANSMISSION**
Par Minerals Corporation
701 Texas Street
Shreveport, LA 71101

**VIA E-MAIL TRANSMISSION**
Devon Energy Production Co., LP
P.O. Box 842485
Dallas, TX 75284-2485

**VIA E-MAIL TRANSMISSION**
Hilcorp Energy Company
Department 412
P.O. Box 4346
Houston, TX 77210-4346

**VIA E-MAIL TRANSMISSION**
CCI East Texas Upstream, LLC
Castleton Commodities Upstream, LLC
811 Main Street
Suite 1500'
Houston, TX 77002

**VIA E-MAIL TRANSMISSION**
Amplify Energy Operating, LLC
500 Dallas Street, Suite 1700
Houston, TX 77002

**VIA OVERNIGHT DELIVERY**
Grizzly Operating, LLC
Grizzly Energy, LLC
P.O. Box 46094
Houston, TX 77210-6094

**VIA E-MAIL TRANSMISSION**
Mission Creek Resources, LLC
25511 Budde Road
Suite 601
Spring, TX 77380

**VIA E-MAIL TRANSMISSION**
Basa Resources, Inc.
14875 Landmark Blvd.
4th Floor
Dallas, TX 75254

**VIA OVERNIGHT DELIVERY**
Stroud Petroleum, Inc.
P.O. Box 565
Shreveport, LA 71162-0565

**VIA E-MAIL TRANSMISSION**
BPX Operating Company
501 Westlake Park Blvd.
Houston, TX 77079

**VIA E-MAIL TRANSMISSION**
Urban Oil & Gas Group, LLC
Department #41380
P.O. Box 650823
Dallas, TX 75265

**VIA E-MAIL TRANSMISSION**
Palmer Petroleum, Inc.
330 Marshall Street
Suite 1200
Shreveport, LA 71101

**VIA OVERNIGHT DELIVERY**
Dorfman Production Company
4925 Greenville Avenue
Suite 900
Dallas, TX 75206

**VIA E-MAIL TRANSMISSION**
Grigsby Petroleum, Inc.
333 Texas Street
Suite 2285
Shrevesport, LA 71101

**VIA E-MAIL TRANSMISSION**
Cimarex Energy Co.
#774023
4923 Solutions Center
Chicago, IL 60677-4000

**VIA E-MAIL TRANSMISSION**
Highmark Energy Operating, LLC
c/o Oil & Gas Business Solutions, Inc.
4849 Greenville Avenue
Suite 1250
Dallas, TX 75206

**VIA E-MAIL TRANSMISSION**
Kirkpatrick Oil Company, Inc.
P.O. Box 248885
Oklahoma City, OK 73124-8885




**/s/Vicky Martina**
**Vicky Martina**
**Kutner Brinen PC**