**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br>EIN NO: 72-1417930<br>Debtor. | Bankruptcy Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br>Sklarco, LLC,<br>EIN NO: 72-1425432<br>Debtor | Bankruptcy Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

The undersigned files this entry of appearance and request for notices as counsel for Hopping Green & Sams, P.A., pursuant to Federal Rules of Bankruptcy Procedures 2002 and 9007, and requests that all pleadings, papers, and notices filed in this case for any purpose be served on the undersigned at the address set forth below.

Respectfully submitted this 7th day of April 2020.

Timothy M. Riley
Hopping Green & Sams, P.A.
P. O. Box 6526
Tallahassee, FL 32314
(850) 425-2375 telephone
(850) 224-2551 facsimile
timothyr@hgslaw.com

On behalf of Creditor
Hopping Green & Sams, P.A.