**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| *In re:* ) | |
| ) | |
| Sklar Exploration Company, LLC and. ) | Bankruptcy Case No. 20-12377-EEB |
| Sklarco, LLC ) | Chapter 11 |
| ) | |
| Debtors. ) | |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

      Pursuant to Local Bankruptcy Rule 9010-1 and Federal Rule of Bankruptcy Procedure 9010, Bryce A. Suzuki, Esq. of Bryan Cave Leighton Paisner LLP hereby enters his appearance in the within captioned matter on behalf of East-West Bank.

      Counsel respectfully requests that all notices, pleadings, motions, orders, applications, and other documents filed and/or served in this case be sent to the following address:

Bryce A. Suzuki, Esq.
Bryan Cave Leighton Paisner LLP
Two North Central Avenue, Suite 2100
Phoenix, AZ 85004-4406
Tel. (602) 364-7000
Fax:  (602) 364-7070
E-mail:  bryce.suzuki@bclplaw.com

Dated this 8th day of April, 2020.

      *s/ Bryce A. Suzuki*
      Bryce A. Suzuki, AZ Bar No. 022721
      BRYAN CAVE LEIGHTON PAISNER LLP
      Two North Central Avenue, Suite 2100
      Phoenix, AZ 85004-4406
      Phone:  (602) 364-7000
      Facsimile:  (602) 364-7070
      Email: bryce.suzuki.schuenemann@bclplaw.com

      ATTORNEYS FOR EAST-WEST BANK

## CERTIFICATE OF MAILING

      The undersigned hereby certifies that on this 8th day of April, 2020, a true and correct copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** was filed and served via ECF on all attorneys of record:

Jeffrey S. Brinen
Lee M. Kutner
Keri L. Riley
1660 Lincoln Street
Suite 1850
Denver, CO 80264
*Attorneys for Debtors Sklar Exploration Company, LLC and Sklarco, LLC*

Paul Moss
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294
*Attorney for U.S. Trustee*

                                        */s/ Cristina Daniels*
                                        Cristina Daniels, Legal Administrative Assistant
                                        Bryan Cave Leighton Paisner LLP