UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**CERTIFICATE OF SERVICE**

    I certify that on April 6, 2020, I served a complete copy of the **NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF MOTION FOR APPROVAL OF RETAINER FOR KUTNER BRINEN, P.C.; NOTICE PURSUANT TO BANKRUPTCY RULE 9013-1 OF MOTION FOR APPROVAL OF RETAINER FOR BERG HILL GREENLEAF & RUSCITTI, LLP; NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF MOTION FOR APPROVAL OF RETAINER FOR ARMBRECHT JACKSON, LLP; NOTICE OF MOTION TO APPROVE PAYMENT PROCEDURE FOR PROFESSIONAL FEES AND COSTS; NOTICE OF MOTION FOR AUTHORITY TO USE CASH COLLATERAL; NOTICE OF MOTION TO: (1) HONOR AND PAY OVERRIDING ROYALTY, ROYALTY, AND WORKING INTEREST OBLIGATIONS; AND (2) OFFSET JOINT INTEREST BILLING OBLIGATIONS; AND ORDER AND NOTICE OF CHAPTER 11 SCHEDULING CONFERENCE** on the following parties in the attached Creditor Address Mailing Matrix, which was obtained from the Court's docket on April 6, 2020 in accordance with 11 U.S.C. Section 342(c) and Fed. R. Bankr. P. 2002

**/s/Vicky Martina**
**Vicky Martina**
**Kutner Brinen PC**