| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 20-12377-EEB<br>District of Colorado<br>Denver<br>Mon Apr  6 12:14:03 MDT 2020 | 3 Lloyds Exploration Company LLC<br>1847 Broken Bend Drive<br>Westlake, TX 76262-8205 | A & B Pump & Supply, Inc.<br>P.O. Drawer T<br>Heidelberg, MS 39439-1019 |
| A.F. Whatley Construction<br>11950 Highway 43<br>Bivins, TX 75555 | A2D Teechnologies, Inc.<br>P.O. Box 733255<br>Dallas, TX 75373-3255 | AEEC II, LLC<br>333 Texas Street<br>#2020<br>Shreveport, LA 71101-3680 |
| AEH Investments LLC<br>Attn  Angela Harris<br>333 Texas Street, Ste. 1414<br>Shreveport, LA 71101-3678 | AFCO<br>P.O. Box 4795<br>Carol Stream, IL 60197-4795 | ALFAVOR Corp.<br>ATTN  John Yilin Wang<br>1234 Northampton Street<br>State College, PA 16803-2417 |
| Acme Oil Service & Repair, ,Inc.<br>d/b/a Acme Oilfield Services<br>4865 American Legion Road<br>Tyler, TX 75708-6120 | Alabama Department of Revenue<br>50 North Ripley Street<br>Montgomery, AL 36104 | Alabama Oil Company<br>Attn  Walker Sturdivant, Partner<br>P.O. Box 230<br>Glendora, MS 38928-0230 |
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | American Remediation & Environmental Inc<br>P.O. Box 570<br>Saraland, AL 36571-0570 | Anderson Exploration Energy Company, LC<br>333 Texas Street<br>#2020<br>Shreveport, LA 71101-3680 |
| Anderson Investment Holdings LP<br>dba GMA Energy LC<br>333 Texas Street, Suite 2020<br>Shreveport, LA 71101-3680 | Anderson Investment Holdings, LP<br>AEEC II, LLC<br>333 Texas Street, Suite 2020<br>Shreveport, LA 71101-3680 | Ansaben Trust<br>David A. Barlow, Trustee<br>321 Paseo Encinal St<br>San Antonio, TX 78212-1736 |
| Apple River Investments, L.L.C.<br>Attn  Robert M. Boeve, President<br>1503 Garfield Road North<br>Traverse City, MI 49696-1111 | Arcadia Oilfield Supply, Inc.<br>Sterling Commercial Credit<br>P.O. Box 204755<br>Dallas, TX 75320-4755 | Armbrecht Jackson LLP<br>P.O. Box 290<br>Mobile, AL 36601-0290 |
| Aspen Energy Inc.<br>161 St. Matthews Avenue, Suite 16<br>Louisville, KY 40207-3145 | Atropos Exploration Co.<br>8235 Douglas<br>Suite 1200<br>Lockbox 12<br>Dallas, TX 75225-6023 | B & L Pipeco Services, LLC<br>P.O. Box 840280<br>Dallas, TX 75284-0280 |
| BTech Service & Supply, Inc.<br>1980 Highway 184 East<br>Laurel, MS 39443-9691 | BVS, LLC<br>Attn  Brian Biffle<br>2010 Balsam Drive<br>Boulder, CO 80304-3618 | Babe Development, LLC<br>P. O. Box 758<br>Roswell, NM 88202-0758 |
| Baker Hughes, a GE Company LLC<br>C/O Christopher J. Ryan<br>17021 Aldine Westfield Road<br>Houston, TX 77073-5101 | Baker Hughes, a GE Company, LLC<br>Baker Hughes Oilfield Operations, LLC<br>P.O Box 301057<br>Dallas, TX 75303-1057 | Baker, Kelly L.<br>254 State Street<br>Mobile, AL 36603-6474 |

Banded Iron US, Inc.
P.O. Box 51475
Lafayette, LA 70505-1476

Bantam Creek LLC
4712 Lakeside Drive
Colleyville, TX 76034-4530

Barbara M. Sugar Estate
Thomas P. Youngblood, Exec.
PO Box 52149
Shreveport, LA 71135-2149

Barker Concrete and Construction, Inc.
P.O. Box G
Edgemont, SD 57735-0815

Barnette & Benefield, Inc.
P.O. Box 550
Haynesville, LA 71038-0550

Baxterville, LLC
4323 Snowberry Lane
Naples, FL 34119-8590

Beavers Specialty, Inc.
893 I-49 Service Road
Sunset, LA 70584-5456

Bellis Investments LP
100 Bush Street, Suite #550
San Francisco, CA 94104-3903

Black Banks, LLC
1310 S. Pennsylvania Street
Denver, CO 80210-2229

Bonaventure Safety, LLC
162 Industrial Drive
P.O. Box 43
Rayne, LA 70578-0043

Bonner Analytical
2703 Oak Grove Road
Hattiesburg, MS 39402-8946

Boots Smith Completion Services, LLC
c/o Gulf Coast Business Credit
P.O. Bxo 731152
Dallas, TX 75373-1152

Bradley Murchison Kelly & Shea, LLC
401 Edwards Street
Suite 1000
Shreveport, LA 71101-5529

Bradshaw Logistics, LLC
P.O. Box 429
Windsor, CO 80550-0429

Brammer Engineering, Inc. HSE Services
P.O. Box 301670
Dallas, TX 75303-1670

Jeffrey S. Brinen
1660 Lincoln St.
Ste. 1850
Denver, CO 80264-9911

Bristol, Inc.
Accounts Receivable
P.O. Box 2056
Victoria, TX 77902-2056

Bundero Investment Company, L.L.C.
Robert P. Bowman, Manager
401 Edwards Street, Suite 820
Shreveport, LA 71101-5521

Burton, Trey
P.O. Box 314
Bentonia, MS 39040-0314

C&J Spec-Rent Services, Inc.
P.O. Box 733404
Dallas, TX 75373-3404

C&M OIlfield Rentals, LLC
d/b/a C-MOR Energy Services
P.O. Box 536
Cody, WY 82414-0536

C.R. Pate Logging, Inc.
Brooklyn LImestone Quarry Division
32440 County Road 6
Evergreen, AL 36401-8855

CSI Compressco Operating, LLC
CSI Compressco Sub, Inc.
P.O. Box 840082
Dallas, TX 75284-0082

CTM 2005, Ltd.
Attn  Charles T. McCord, III
55 Waugh Drive #515
Houston, TX 77007-5840

Carl Herrin Oil and Gas, L.L.C.
493 Canyon Point Circle
Golden, CO 80403-7774

Carnley Electric, Inc.
P.O. Box 769
Jay, FL 32565-0769

Casey Septic Tank Co., Inc.
122 Casey Street
Brewton, AL 36426-3238

Cass County Tax Assessor
Becky Watson, RTA
P.O. Box 870
Linden, TX 75563-0870

Central Exploration Co, Inc.
c/o William E. Hathorn
733 Highway 583 SE
Brookhaven, MS 39601-8846

Central Petroleum, Inc.
P.O. Box 2547
Madison, MS 39130-2547

| | | |
|---|---|---|
| Chanse Resources, L.L.C.<br>Attn Wes Shepherd, COO<br>P.O. Box 1572<br>Shreveport, LA 71165-1572 | Charter Energy Partners LLC<br>c/o Shaw Resources Management LLC<br>1999 Broadway, Suite 4320<br>Denver, CO 80202-5749 | Choice Copy Service, LLC<br>401 Edwards Street<br>Suite B120<br>Shreveport, LA 71101-5534 |
| Clakre & Company d/b/a Heard & Sanders<br>13201 Northwest Freeway<br>Suite 503<br>Houston, TX 77040-6024 | Clarkco Oilfield Services, Inc.<br>P.O. Box 341<br>Heidelberg, MS 39439-0341 | Coastal Chemical Co., LLC<br>Department 2214<br>P.O. Box 122214<br>Dallas, TX 75312-2214 |
| Cochran Chemical Co., Inc.<br>1800 Ray Davis Boulevard<br>Seminole, OK 74868-3508 | Cold Spring Energy LLC<br>Terry L. Pecora Sole Member<br>6 Spring Street<br>Cold Spring Harbor, NY 11724-1410 | Colorado Department Of Revenue<br>1375 Sherman St.<br>Room 504<br>Attention Bankruptcy Unit<br>Denver CO 80261-3000 |
| Colorado Department of Revenue<br>1375 Sherman Street, Room 511<br>Denver, CO 80261-2200 | Complete Environmental & Remediation Co.<br>P.O. Box 1079<br>Waynesboro, MS 39367-1079 | Compression Controls & Rentals, LLC<br>5797 FM 2011<br>Longview, TX 75603-4337 |
| Consolidated Electrical Distributors, In<br>CED Credit Office<br>P.O. Box 207088<br>Dallas, TX 75320-7088 | Counterpoint Consulting, LLC<br>17020 Preston Bend Drive<br>Dallas, TX 75248-1349 | Craft Exploration Company L.L.C.<br>P.O. Box 2430<br>Madison, MS 39130-2430 |
| Crowley Fleck PLLP<br>P.O. Box 30441<br>Billings, MT 59107-0441 | D & M Drilling Fluids, Inc.<br>P.O. Box 579<br>Jay, FL 32565-0579 | DBC Resources II LP<br>PO Box 670725<br>Dallas, TX 75367-0725 |
| DBC Resources LP<br>PO Box 670725<br>Dallas, TX 75367-0725 | DCOD LLC<br>C/o Warren Clark Development<br>16390 Addison Road<br>Addison, TX 75001-3249 | Daboil Resources, LC<br>David A Barlow, Member<br>321 Paseo Encinal Street<br>San Antonio, TX 78212-1736 |
| Daniel W. McMillan<br>P.O. Box 867<br>Brewton, AL 36427-0867 | Darby's Welding & Machine, LLC<br>Tailwinds Loenbro Holdings, Inc.<br>78 48th Avenue SW<br>Dickinson, ND 58601-7244 | Davis Hot Shot Service, LLC<br>4967 Highway 84<br>Waynesboro, MS 39367-8869 |
| Deepwell Energy Services, LLC<br>Department #0944<br>P.O. Box 1000<br>Memphis, TN 38148-0944 | Delta S Ventures LP<br>615 Longview Drive<br>Sugar Land, TX 77478-3728 | Derrick Corporation<br>590 Duke Road<br>Buffalo, NY 14225-5171 |
| Dickson Oil & Gas, LLC<br>c/o C. Bickham Dickson, III, Manager<br>P.O. Box 52479<br>Shreveport, LA 71135-2479 | Dolkas Investments LP<br>100 Bush Street, Ste #550<br>San Francisco, CA 94104-3903 | Double D Dynamics<br>David Denkeler<br>P.O. Box 568<br>Judson, TX 75660-0568 |

DoublePine Investments, Ltd.
4851 LBJ Freeway, Suite 210
Dallas, TX 75244-6018

Drilling Tools International, Inc.
P.O. Box 677901
Dallas, TX 75267-7901

Durrett Production Services
P.O. Box 463
Arp, TX 75750-0463


ECS Enterprise Computing Services, LLC
347 Bert Kouns Industrial Loop
Shreveport, LA 71106-8124

ELBA Exploration LLC
PO Box 807
Milton, FL 32572-0807

Eagle Express Hotshot Service LLC
Jefcoat Inspection Service
P.O. Box 2082
Laurel, MS 39442-2082


East West Bank Treasury Department
135 North Los Robles Avenue
Suite 600
ATTN  Linda Cox
Pasadena, CA 91101-4549

Eastern Fishing & Rental Tools, Inc.
P.O. Box 292
Laurel, MS 39441-0292

Eaton Finance Corp.
7302 Rustling Oaks Drive
Richmond, TX 77469-7340


Ed L. Dunn
P.O. Box 94
Milton, FL 32572-0094

Ed Leigh McMillan, III
PO Box 867
Brewton, AL 36427-0867

Edward L. Yarbrough, Jr.
PO Box 11
Belcher, LA 71004-0011


Eiche, Mapes and Company, Inc.
P.O. Box 7992
Tyler, TX 75711-7992

Eldorado Artesian Springs
1783 Dogwood Street
Louisville, CO 80027-3085

Engineering Service
M&G Enterprises, Inc.
P.O. Box 180429
Richland, MS 39218-0429


Evergreen Concrete Company, Inc.
150 Owassa Road
Evergreen, AL 36401-1606

Ezzie's Wholesale, Inc.
P.O. Box 1770
Malta, MT 59538-1770

FOS Engineering & Consulting, LLC
103 Machine Loop
Scott, LA 70583-5146


FPCC USA, Inc.
245 Commerce Green Blvd, Ste 250
Sugar Land, TX 77478-3760

Fant Energy Limited
P.O. Box 55205
Houston, TX 77255-5205

FedEx
P.O. Box 660481
Dallas, TX 75266-0481


Fiddler Investments
PO Box 708
Addison, TX 75001-0708

Fletcher Exploration, LLC
PO Box 2147
Fairhope, AL 36533-2147

Fletcher Petroleum Co., LLC
P.O. Box 2147
Fairhope, AL 36533-2147


Flexjet, LLC
Epic Aero, Inc.
P.O. Box 677207
Dallas, TX 75267-7207

Florida Department of Revenue
P. O. Box 6668
Tallahassee, FL 32314-6668

Flow Specialties, Inc.
1262 Grimmett Drive
Shreveport, LA 71107-6604


Foote Oil & Gas Properties, LLC
P.O. Box 6418
Gulf Shores, AL 36547-6418

Ford Motor Company
P.O. Box 650575
Dallas, TX 75265-0575

Four D LLC
c/o R.E. Douglass
PO Box 2173
Durango, CO 81302-2173

| | | |
|---|---|---|
| Francis Bruce Hock<br>& Bettie Jean M. Hock<br>PO Box 670<br>Minden, LA 71058-0670 | Francis Lane Mitchell<br>PO Box 376<br>Shreveport, LA 71162-0376 | Franks Exploration Co. LLC<br>PO Box 7665<br>Shreveport, LA 71137-7665 |
| Full Throttle Energy Service, LLC<br>P.O. Box 536<br>Sandersville, MS 39477-0536 | GCREW Properties, LLC<br>Mr. George E. Jochetz, III<br>12323 Rip Van Winkle<br>Houston, TX 77024-4945 | GE Oil & Gas<br>P.O. Box 911776<br>Dallas, TX 75391-1776 |
| GRS Services, LLC<br>George R. Stephenson<br>1214 County Road 14<br>Heidelberg, MS 39439-3555 | Gardner Energy Corporation<br>Attn Nick Sacco<br>952 Echo Lane, Suite 315<br>Houston, TX 77024-2791 | Gaston Oil Company<br>Attn Robert S. Gaston<br>9306 Milbank<br>Shreveport, LA 71115-3860 |
| Gates Acquisition Synd. LLC<br>Attn Ross P. Barrett<br>820 Garrett Drive<br>Bossier City, LA 71111-2500 | Gateway Exploration, LLC<br>Attn Jay Moffitt<br>3555 Timmons Lane, Suite 730<br>Houston, TX 77027-6445 | Genco Transport, LLC<br>P.O. Box 481<br>Greenwood, LA 71033-0481 |
| Genesis Resources, LLC<br>4450 Old Canton Road, Ste 207<br>Jackson, MS 39211-5991 | Goolsby Interests, LLC<br>Attn James W. Goolsby<br>110 Sibelius Lane<br>Houston, TX 77079-7203 | (p)GRANITE CREEK PARTNERS LLC<br>P O BOX 639<br>TETON VILLAGE WY 83025-0639 |
| Gravity Oilfield Services, LLC<br>P.O. Box 734128<br>Dallas, TX 75373-4128 | Gulf Coast Land Services, Inc.<br>6033 Paige Point Drive<br>Milton, FL 32570-7763 | H&H Construction, LLC<br>Ladon E. Hall, Sole Manager<br>P.O. Box 850<br>Flomaton, AL 36441-0850 |
| HBRada, LLC<br>Hansen Rada, Manager<br>2010 Alpine Drive<br>Boulder, CO 80304-3608 | HLP Engineering, Inc.<br>P.O. Box 52805<br>Lafayette, LA 70505-2805 | Hall Management LLC<br>Attn Donald L. Hall<br>4913 Oak Point Drive<br>Shreveport, LA 71107-7408 |
| Halliburton Energy Services<br>P.O. Box 301341<br>Dallas, TX 75303-1341 | Hanson Operating Co. Inc.<br>Attn B. Ray Willis<br>P.O. Box 1515<br>Roswell, NM 88202-1515 | Harvest Gas Management, LLC<br>10050 Bayou Glen Road<br>Houston, TX 77042-1205 |
| Heap Services, LLC<br>Don Heap<br>984 Beat Four Shubuta Road<br>Shubuta, MS 39360-9656 | Herring Gas Company, Inc.<br>P.O. Box 206<br>Laurel, MS 39441-0206 | Hi-Vac, LLC<br>P.O. Box 2067<br>Laurel, MS 39442-2067 |
| Hopping Green & Sams, P.A.<br>ATTN Timothy M. Riley<br>119 South Monroe Street<br>Suite 300<br>Tallahassee, FL 32301-1591 | Horace, LLC<br>493 Canyon Point Circle<br>Golden, CO 80403-7774 | Hughes 2000 CT LLC<br>PO Box 1868<br>Brandon, MS 39043-1868 |

| | | |
|---|---|---|
| Hughes Network Systems, LLC<br>P.O. Box 96874<br>Chicago, IL 60693-6874 | Hughes Oil South LLC<br>Attn  Dee-Dee Bell<br>PO Box 608<br>Oxford, MS 38655-0608 | Hurley Enterprises, Inc.<br>P.O. Box 385<br>Fairview, MT 59221-0385 |
| Hurst Plumbing<br>P.O. Box 548<br>Teague, TX 75860-0548 | IHS Global, Inc.<br>P.O. Box 847193<br>Dallas, TX 75284-7193 | IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| Inter-Mountain Pipe & Threading Company<br>P.O. Box 1840<br>Mills, WY 82644-1840 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Iron Mountain Records Management<br>P.O. Box 915004<br>Dallas, TX 75391-5004 | J & A Harris LP<br>Attn  Angela Harris<br>333 Texas Street, Ste. 1414<br>Shreveport, LA 71101-3678 | J. Nichols LLC<br>2384 Mill Creek Road<br>Laurel, MS 39443-8339 |
| J.B. Compression Service<br>P.O. Box 527<br>Harleton, TX 75651-0527 | JCE Galbraith Oil & Gas LLC<br>2032 ALameda Avenue<br>Orlando, FL 32804-6904 | JD Fields & Company, Inc.<br>P.O. Box 134401<br>Houston, TX 77219-4401 |
| JDGP, LLC<br>4323 Snowberry Lane<br>Naples, FL 34119-8590 | JF Howell Interests, LP<br>Attn  James David Morgan, Manager<br>416 Travis Street, Suite 700<br>Shreveport, LA 71101-5502 | JJS Interests Escambia, LLC<br>2001 Kirby Dr<br>Suite 1110<br>Houston, TX 77019-6081 |
| JJS Interests Steele Kings LLC<br>2001 Kirby Dr<br>Suite 1110<br>Houston, TX 77019-6081 | JJS Working Interest LLC<br>2001 Kirby Dr, Suite 1110<br>Houston, TX 77019-6081 | JOYCO Investments, LLC<br>P. O. Box 2104<br>Roswell, NM 88202-2104 |
| JTC Operating, Inc.<br>191 Reno Road<br>Jamestown, LA 71045-4244 | James B. Dunn<br>5826 Dunridge Dr<br>Pace, FL 32571-7673 | James Muslow, Jr.<br>6025 Arden Street<br>Shreveport, LA 71106-2348 |
| Janus Enterprises, LLC<br>Raymond Joseph Lasseigne<br>PO Box 5625<br>Bossier City, LA 71171-5625 | Jeffreys Drilling, LLC<br>3839 McKinney Ave, Ste 155-269<br>Dallas, TX 75204-1413 | Jimco Pumps<br>P.O. Box 6255<br>Laurel, MS 39441-6255 |
| John C. Nix, Jr., - Life Estate<br>P.O. Box 807<br>Milton, FL 32572-0807 | John Pike Construction, Inc.<br>P.O. Box 1024<br>Chinook, MT 59523-1024 | Jones Energy Company, LLC<br>2124 Fairfield Avenue<br>Shreveport, LA 71104-2003 |

| | | |
|---|---|---|
| Judy Dunn<br>5843 Dunridge Dr.<br>Pace, FL 32571-7627 | K&T Welding Services, LLC<br>Timothy J. Beech<br>177 Masonite Lake Road<br>Laurel, MS 39443-9755 | K.C. Whittemore<br>C/O CA Whittemore<br>10 Mason Pond Place<br>Spring, TX 77381-3191 |
| KCS Automation, LLC<br>4 Portofino Drive<br>Unit 1103<br>Pensacola Beach, FL 32561-5408 | KMR Investments LLC<br>Attn Tim Brown<br>PO Box 417<br>Homer, LA 71040-0417 | Kelley Brothers Contractors, Inc.<br>P.O. Drawer 1079<br>Waynesboro, MS 39367-1079 |
| Kelton Company, L.L.C.<br>Attn Thomas W. Sylte, Manager<br>P.O. Box 230<br>Pensacola, FL 32591-0230 | Key Energy Services, Inc.<br>d/b/a Key Energy Services, LLC<br>P.O. Box 4649<br>Houston, TX 77210-4649 | Keystone Engineering, Inc.<br>1100 West Causeway Approach<br>Mandeville, LA 70471-3038 |
| Kingston, LLC<br>2790 South Thompson Street Suite 102<br>Springdale, AR 72764-6303 | Kirk Weaver Contract Pumping, Inc.<br>P.O. Box 385<br>Beckville, TX 75631-0385 | Kirkiez LLC<br>3073 Red Deer Trail<br>Lafayette, CO 80026-9326 |
| Kleinfelder, Inc.<br>P.O. Box 51958<br>Los Angeles, CA 90051-6258 | Kodiak Gas Services, LLC<br>P.O. Box 732235<br>Dallas, TX 75373-2235 | Kudzu Oil Properties, LLC<br>300 Concourse Blvd, Suite 101<br>Ridgeland, MS 39157-2091 |
| Lee M. Kutner<br>1660 Lincoln St.<br>Ste. 1850<br>Denver, CO 80264-9911 | LCJ Resources, LLC<br>Attn Chris Wilde<br>1250 N.E. Loop 410 STE 333<br>San Antonio, TX 78209-1544 | Landmark Exploration, LLC<br>P.O. Box 12004<br>Jackson, MS 39236-2004 |
| Landmark Oil and Gas, LLC<br>P.O. Box 12004<br>Jackson, MS 39236-2004 | Lane Oil & Gas Corporation<br>Attn Nick Sacco<br>952 Echo Lane, Suite 315<br>Houston, TX 77024-2791 | Lawrence M. Cushman Trust<br>Lawrence M. Cushman, Trustee<br>591 Camino de la Reina, Suite 900<br>San Diego, CA 92108-3199 |
| Lechwe LLC<br>P.O. Box 270415<br>Houston, TX 77277-0415 | Liberty Supply, Inc.<br>P.O. Box 489<br>Magnolia, AR 71754-0489 | Eric Lockridge<br>400 Convention St., Ste. 700<br>Baton Rouge, LA 70802-5628 |
| Louisiana Department of Revenue<br>617 North Third Street<br>Baton Rouge, LA 70802-5432 | Louisiana Department of Revenue<br>P.O. Box 201<br>Baton Rouge, LA 70821-0201 | Lucas Petroleum Group, Inc.<br>327 Congress Avenue, Suite 500<br>Austin, TX 78701-3656 |
| Lufkin Industries, Inc.<br>P.O. Box 301199<br>Dallas, TX 75303-1199 | MER Energy, Ltd.<br>6500 Greenville Ave, Ste 110<br>Dallas, TX 75206-1008 | MJS Interests, LLC<br>9266 Hathaway Street<br>Dallas, TX 75220-2228 |

Marco Land & Petroleum, Inc.
Attn  Mr. Cosby H. Martin, Jr.
2811 Keego Road
Brewton, AL 36426-8058

Marksco, L.L.C.
Attn  Mark Sealy
333 Texas Street, Suite 1050
Shreveport, LA 71101-3680

Marty Cherry Enteprise LLC
P.O. Box 370
Fouke, AR 71837-0370


Masco Wireline, Inc.
P.O. Box 2726
Laurel, MS 39442-2726

McAdams Propane Company
P.O. Box 1715
Center, TX 75935-1715

McCombs Energy Ltd., LLC
755 East Mulberry Ave, Suite 600
San Antonio, TX 78212-6013


McCurry, Tim
219 Millerton Road
Haynesville, LA 71038-7452

McDavid, Noblin & West PLLC
248 East Capital Street
Suite 840
Jackson, MS 39201-2505

McDowell, Miles
418 Lowell Court
Shreveport, LA 71115-2915


Merchants Credit Bureau of Savannah
Merchants Credit Bureau, Inc.
P.O. Bxo 458
Augusta, GA 30903-0458

Mercury Oil Company, LLC
1221 W Campbell Rd
Ste 233
Richardson, TX 75080-2942

Meritage Energy, Ltd.
C/O BKD, LLP
2700 Post Oak Blvd, Ste 1500
Houston, TX 77056-5829


Mesa Fluids, LLC
c/o Juno Financial
P.O. Box 173928
Denver, CO 80217-3928

Metropolitan Life Insurance Company
P.O. Box 804466
Kansas City, MO 64180-4466

Mid South Anchor Service, LLC
P.O. Box 2434
Laurel, MS 39442-2434


Mississippi Department of Revenue
P.O. Box 1033
Jackson, MS 39215-1033

Mississippi Gauge & Supply Co.
P.O. Box 2366
Laurel, MS 39442-2366

Timothy C. Mohan
600 17th Street, Ste. 2020S
Denver, CO 80202-5415


Moncla Slickline, LLC
P.O. Box 53688
Lafayette, LA 70505-3688

Montana Department of Revenue
PO Box 6577
Helena, MT 59604-6577

Paul Moss
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004


Mountain Air Enterprises, LLC
820 Garrett Drive
Bossier City, LA 71111-2500

Murkco Exploration Co., L.L.C.
Attn   Malcolm Murchison
401 Edwards Street, Suite 1000
Shreveport, LA 71101-5529

Music Mountain Water, LLC
P.O. Box 2252
Birmingham, AL 35246-0031


National Oilwell DHT, LP
Wells Fargo Bank, N.A.
P.O. Bxo 201153
Dallas, TX 75320-1153

National Oilwell Varco Wells Fargo Bank
P.O. Box 201224
Dallas, TX 75320-1224

New London Contractors, Inc.
P.O. Box 228
New London, TX 75682-0228


Nex Tier Completion Solutions, Inc.
P.O. Bxo 733404
Dallas, TX 75373-3404

Nine Forks LLC
Attn  Larry L. Hock
PO Box 670
Minden, LA 71058-0670

Noble Casing, Inc.
125 South Howes Street
Suite 800
Fort Collins, CO 80521-2746

Noble Drilling, LLC
125 South Howes Street
Suite 800
Fort Collins, CO 80521-2746

Northstar Drillstem Testers, Inc.
2410A - 2 Avenue SE
Calgary, WV 26000

Northstar Producing I, Ltd.
Terry Stanislav
1681 River Road Apt. 3108
Boerne, TX 78006-8317


Office of the Attorney General
State of Colorado
1300 Broadway
Denver, CO 80203-2104

Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Suite 4400
Washington, DC 20530-0001

Office of the US Attorney
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202-2628


Oil States Energy Services, LLC
P.O. Box 203567
Dallas, TX 75320-3567

Oilfield Partners Energy Services, LLC
P.O. Box 40
Henrietta, TX 76365-0040

Olson Energy Services, LLC
5289 139th Avenue NW
Williston, ND 58801-9588


Omega Oilfield Service Co. MEGA
P.O. Box 1793
Kilgore, TX 75663-1793

P2 Energy Solutuions
P2ES Holdings, LLC 2692
P.O. Bxo 912692
Denver, CO 80291-2692

Pam Lin Corporation
PO Box 50635
Midland, TX 79710-0635


Panther Pressure Testers, Inc.
P.O. Box 1109
Watford City, ND 58854-1109

Parkman's Painting & Bush Hogging
2294 Highway 563
Simsboro, LA 71275-3606

Pason Systems USA Corp.
7701 West Little York
Houston, TX 77040-5493


Pathfinder Inspections & Field Services
P.O. Box 3889
Gillette, WY 82717-3889

Patrick J. McBride
501 Seville Circle
El Dorado Hills, CA 95762-7237

Paula W. Denley LLC
PO Box 720548
Byram, MS 39272-0548


Pearl Parkway, LLC
LJD Enterprises, Inc.
2595 Canyon Boulevard
Suite 230
Boulder, CO 80302-6737

Petroleum Investments Inc.
416 Travis Street, Ste. 612
Shreveport, LA 71101-5502

Petroleum Services, Inc.
d/b/a Mike Palmer Petroleum Services Inc
P.O. Box 1486
Williston, ND 58802-1486


Phillips, Mike
P.O. Box 1450
Mexia, TX 76667-1450

Pickens Financial Group, LLC
10100 N. Central Expressway
Ste 200
Dallas, TX 75231-4169

Pine Iisland Chemical Solutions, LLC
P.O. Box 53393
Lafayette, LA 70505-3393


Pioneer Wireline Services, LLC
P.O. Box 202567
Dallas, TX 75320-2567

Pitney Bowes Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874

Pitts Swabbing Service, Inc.
P.O. Box 554
Laurel, MS 39441-0554


Plains Gas Solutions
Plains All American Pipeline, LP
333 Clay Street
Suite 1600
Houston, TX 77002-4101

Plante & Morgan, PLLC
16060 Collections Center Drive
Chicago, IL 60693-0160

Precise Propellant Stimulation, LLC
5354 Highway 171
Gloster, LA 71030-3108

| | | |
|---|---|---|
| Premium Oilfield Services, LLC<br>P.O. Box 203763<br>Dallas, TX 75320-3763 | Pressure Control Innovations, LLC<br>P.O. Box 2115<br>Laurel, MS 39442-2115 | Pro-Tek Field Services, LLC<br>P.O. Box 919269<br>Dallas, TX 75391-9269 |
| Process Piping Materials, Inc.<br>P.O. Box 1167<br>Youngsville, LA 70592-1167 | Pruet Oil Company, LLC<br>217 West Capitol St. Ste 201<br>Jackson, MS 39201-2099 | Pruet Production Co.<br>P.O. Box 11407<br>Birmingham, AL 35246-1129 |
| (p)PRYOR PACKERS  INC<br>ATTN ATTN KAREN T GATLIN<br>PO BOX 2754<br>LAUREL MS 39442-2754 | Quitman Tank Solutions, LLC<br>P.O. Box 90<br>502 South Archusa Avenue<br>Quitman, MS 39355-2330 | R & E Electric Services Electric<br>A&R Enterprises<br>P.O. Box 2000<br>Kilgore, TX 75663-2000 |
| R & R Rentals & Hot Shot, Inc.<br>P.O. Box 1161<br>Laurel, MS 39441-1161 | RSM US LLP<br>5155 Paysphere Circle<br>Chicago, IL 60674-0001 | RWLS, LLC<br>d/b/a Renengade Services<br>P.O. Box 862<br>Levelland, TX 79336-0862 |
| Rapad Drilling & Well Service, Inc.<br>217 West Capitol Street<br>Suite 201<br>Jackson, MS 39201-2004 | Rapad Well Service Co., Inc.<br>217 West Capitol Street<br>Jackson, MS 39201-2004 | Rawls Resources, Inc.<br>Attn  Mr. Jim Rawls<br>P.O. Box 2238<br>Ridgeland, MS 39158-2238 |
| Reagan Equipment Co., Inc.<br>Department AT 952461<br>Atlanta, GA 31192-2461 | Red Diamond Services, LLC<br>RDOS Holdings, LLC<br>P.O. Box 1029<br>Waskom, TX 75692-1029 | Regard Resources Company, Inc.<br>555 Aero Drive<br>Shreveport, LA 71107-6941 |
| Register Oilfield Services, Inc.<br>P.O. Box 960<br>Logansport, LA 71049-0960 | Resource Ventures, LLC<br>Attn  Mark A. Arnold<br>7112 W Jefferson Ave<br>Suite 106<br>Lakewood, CO 80235-2300 | Richard E. Johnson, Inc.<br>P.O. Box 111<br>Waynesboro, MS 39367-0111 |
| Richard S. Logan Trucking, Inc.<br>P.O. Box 2900<br>Mills, WY 82644-2900 | Keri L. Riley<br>1660 Lincoln St., Ste.1850<br>Denver, CO 80264-9911 | Robco Fossil Fuels, LLC<br>Attn  Steve White<br>4830 Line Ave #135<br>Shreveport, LA 71106-1530 |
| Roberson Trucking Co., Inc.<br>672 Three Creeks Road<br>Junction City, AR 71749-8623 | Robert C. McMillan 2011 Rev Trust<br>Trustmark Nat'l Bank, Trustee<br>PO Box 291 STE 1030<br>Attn  Chip Walker, Personal Trust Dept.<br>Jackson, MS 39205-0291 | Robert Israel<br>2920 6th Street<br>Boulder, CO 80304-3012 |
| Robert Israel Trust UW Joan Israel<br>R. Israel,L. Israel &D. Israel, Trustees<br>2920 6th Street<br>Boulder, CO 80304-3012 | Robin USA, Inc.<br>5751 English Turn Drive<br>Milton, FL 32571-9545 | Robine & Welch Machine & Tool Company<br>P.O .Box 252<br>Laurel, MS 39441-0252 |

| | | |
|---|---|---|
| Rosebud Energy Development, LLC<br>William E. Nicas<br>375 Deer Meadow Lane<br>Littleton, CO 80124-9712 | Rowe Engineering & Surveying, Inc.<br>3502 Laughlin Drive<br>Suite B<br>Mobile, AL 36693-5660 | Rudman Family Trust<br>Tara Rudman, Co-Trustee<br>5910 North Central Expressway<br>Ste 1662<br>Dallas, TX 75206-0965 |
| Ryco Exploration, LLC<br>401 Edwards Street, Ste 915<br>Shreveport, LA 71101-5553 | S&S Construction, LLC<br>P.O. Box 859<br>Flomaton, AL 36441-0859 | SDMF Holdings, LLC<br>Attn Andrew Dossett<br>5222 Stonegate Road<br>Dallas, TX 75209-2212 |
| SPL, Inc.<br>d/b/a Banded Iron Group<br>P.O. Box 842013<br>Dallas, TX 75284-2013 | SPOC Automation, Inc.<br>P.O. Bxo 1024<br>Trussville, AL 35173-6024 | SRT Oil Field Service, LLC<br>P.O. Box 2909<br>Laurel, MS 39442-2909 |
| Sawyer Drilling & Service Inc.<br>PO Box 5275<br>Bossier City, LA 71171-5275 | Craig K. Schuenemann<br>1700 Lincoln St., Ste. 4100<br>Denver, CO 80203-4541 | Secorp Industries<br>P.O. Box 687<br>Ridgeland, MS 39158-0687 |
| Securities and Exchange Commission<br>Central Regional Office<br>1961 Stout St.<br>Ste. 1700<br>Denver CO 80294-1700 | Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 | Sequel Electrical Supply, LLC<br>P.O. Box 3579<br>Meridian, MS 39303-3579 |
| Service Electric d/b/a A&R Enterprises<br>P.O. Box 2000<br>Kilgore, TX 75663-2000 | Sesnon Oil Company<br>100 Bush Street, Ste #550<br>San Francisco, CA 94104-3903 | Shadow Hill, LLC<br>P.O. Box 6212<br>Bossier City, LA 71171-6212 |
| Shore Energy, L.P.<br>W. Tim Sexton, President<br>26 Crestwood Drive<br>Houston, TX 77007-7007 | Shred-it USA - Shreveport<br>28883 Network Place<br>Chicago, IL 60673-1288 | Shreveport Club<br>410 Travis Street<br>Shreveport, LA 71101-3105 |
| Shreveport Petroleum Data Assoc.<br>333 Texas Street<br>Suite 900<br>Shreveport, LA 71101-3678 | Simba Investors, LLC<br>Attn Gary Glesby<br>P.O. Box 270415<br>Houston, TX 77277-0415 | Sklar Exploration Company, LLC<br>5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301-2541 |
| Sklarco, LLC<br>5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301-2541 | Slickline South, LLC<br>1652 Dykestown Road<br>Jay, FL 32565-2031 | Smith International, Inc.<br>P.O. Box 732136<br>Dallas, TX 75373-2136 |
| Southern Erosion Control Ownership<br>Tracey Fillmore<br>P.O. Box 969<br>Flomaton, AL 36441-0969 | Southern Propane, Inc.<br>P.O. Box 530<br>Taylorsville, MS 39168-0530 | Spanish Fort Royalty, LLC<br>P.O. Box 7429<br>Spanish Fort, AL 36577-7429 |

Staples Business Credit
P.O. Box 105638
Atlanta, GA 30348-5638

State of Colorado
Division of Securities
1560 Broadway, Suite 900
Denver, CO 80202-5150

Stateside Oil, Inc.
Attn Nick Sacco
952 Echo Lane, Suite 315
Houston, TX 77024-2791

Stone Development, LLC
Attn L. C. Cheramie, Manager
PO Box 12004
Jackson, MS 39236-2004

Stoneham Drilling Corporation
707 17th Street
Suite 3250
Denver, CO 80202-3433

Strago Petroleum Corporation
3209 Hamm Road
Pearland, TX 77581-5503

Stratum Reservoir Intermediate, LLC
P.O. Box 734607
Dallas, TX 75373-4607

Stric-Lan Companies, LLC
P.O. Box 62288
Lafayette, LA 70596-2288

Stroud Family LLC
333 Texas Street Suite 860
Shreveport, LA 71101-5302

Sugar Oil Properties, L.P.
Attn Mr. Mickey Quinlan, President
625 Market Street, Suite 100
Shreveport, LA 71101-5392

Support.com Accounts Receivable
Dept. CH-10967
Palatine, IL 60055-0967

Sutton Lloyd
1425 West 23rd Avenue
Denver, CO 80205

T & T Communications
P.O. Box 279
Ellisville, MS 39437-0279

T & T Welding Service
P.O. Box 279
Ellisville, MS 39437-0279

T.A. Leonard
7817 Petersen Point Road
Milton, FL 32583-8599

T.M. McCoy & Co., Inc.
P.O. Box 608
Wilson, WY 83014-0608

T.W. McGuire & Associates, Inc.
Petroleum Engineers
P.O. Box 1763
Shreveport, LA 71166-1763

TCP Cottonwood, L.P.
333 Texas Street
#2020
Shreveport, LA 71101-3680

TCP Cottonwood, L.P.
333 Texas Street, Suite 2020
Shreveport, LA 71101-3680

TCP Specialists, LLC
P.O. Box 157
Gloster, LA 71030-0157

TCP Specialists, LLC
P.O. Box 19574
Shreveport, LA 71149-0574

TST Energy, LLC
Tracy S. Toups, Manager
3238 Barksdale Blvd
Bossier City, LA 71112-3534

Tara Rudman Revocable Trust
Tara Rudman, Trustee
5910 North Central Expressway, Ste 1662
Dallas, TX 75206-0965

Tauber Exploration & Production Co
55 Waugh Drive, Suite 600
Houston, TX 77007-5837

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

The Coleman Revocable Living Trust
4600 Greenville Avenue, Suite 300
Dallas, TX 75206-5038

The Financials.com LLC
1868 Wildcat Cove
Fort Pierce, FL 34949-8889

The Hiller Companies, Inc.
P.O. Box 935434
Atlanta, GA 31193-5434

The MR Trust
Attn Wes Herndon
6500 Greenville Ave
Ste 110
Dallas, TX 75206-1008

The McPherson Companies, Inc.
P.O. Box 890145
Charlotte, NC 28289-0145

| | | |
|---|---|---|
| The Rudman Partnership<br>W.R. Trey Sibley, III<br>4851 LBJ Freeway, Ste 210<br>Dallas, TX 75244-6018 | Thompson Gas<br>P.O. Box 9896511<br>Boston, MA 02298-6511 | Tiembo Ltd<br>Attn Mark Rauch<br>PO Box 270415<br>Houston, TX 77277-0415 |
| Tom Joiner & Associates, Inc.<br>P.O. Box 1490<br>Tuscaloosa, AL 35403-1490 | Tom Youngblood<br>PO Box 5926<br>Shreveport, LA 71135-5926 | Tool Pushers Supply Co.<br>P.O. Box 1714<br>Casper, WY 82602-1714 |
| Total Pump & Supply, LLC<br>P.O. Box 548<br>Carencro, LA 70520-0548 | Total Safety US, Inc.<br>P.O. Bxo 654171<br>Dallas, TX 75265-4171 | Trimble Energy, LLC<br>Attn James C. Trimble<br>11816 Inwood Road #11<br>5855 Milton Street Apt. 405<br>Dallas, TX 75206-0043 |
| Trinity Exploration LLC<br>776 Old Wagon Trail Circle<br>Lafayette, CO 80026-8713 | Triumphant Management, LLC<br>Attn Stefano Feo<br>3757 Gulf Shores Pkwy<br>Suite BA-1<br>Gulf Shores, AL 36542-2759 | Turner Specialty Services, LLC<br>P.O. Box 2750<br>Baton Rouge, LA 70821-2750 |
| Twin Bridges Resources LLC<br>475 17th Street, Suite 900<br>Denver, CO 80202-4009 | UHS Premium Billing<br>P.O. Box 94017<br>Palatine, IL 60094-4017 | US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 |
| Ulterra Drilling Technologies. LP<br>P.O. Box 733586<br>Dallas, TX 75373-3586 | Union Oilfield Supply, Inc.<br>12 John Dykes Road<br>Waynesboro, MS 39367-8371 | Unishippers FRT Performance<br>Logistics Group, Inc.<br>P.O. Box 4011<br>Greenwood Village, CO 80155-4011 |
| Unishppers DEN Performance<br>Logistics Group, Inc.<br>P.O. Box 4011<br>Greenwood Village, CO 80155-4011 | United Rentals North America, Inc.<br>P.O. Box 840514<br>Dallas, TX 75284-0514 | Valley Plains, LLC<br>P.O. Box 249<br>Woodlawn, TX 75694-0249 |
| Vincent A. Zito Petroleum Landman<br>505 Bear Drive<br>Gulf Breeze, FL 32561-4221 | W.S. Red Hancock, Inc.<br>P.O. Box 207<br>Bentonia, MS 39040-0207 | Warthawg Construction<br>d/b/a Warthawg Properties, LP<br>520 Honeysuckle Lane<br>Longview, TX 75605-6759 |
| Wastewater Disposal Services, Inc.<br>P.O. Drawer 649<br>Brewton, AL 36427-0649 | Weatherford Laboratories, Inc.<br>ATTN Kelly Emanual<br>2000 St. James Place<br>Houston, TX 77056-4123 | WellPro Fishing & Rental Tools, Inc.<br>WellPro, Inc.<br>P.O. Box 2436<br>Williston, ND 58802-2436 |
| Whirlwind Methane Recovery Systems LLC<br>3600 Bent Cedar Trail<br>Edmond, OK 73034-2049 | White Resources LLC Oilfield Chemicals<br>P.O. Box 17875<br>Natchez, MS 39122-7875 | White's T&J Oilfield Supply, Inc.<br>P.O. Box 659<br>Highway 84 West<br>Jonesville, LA 71343-0659 |

| | | |
|---|---|---|
| William R. & Gloria R. Rollo Rev Trust<br>W.R. Rollo & G.R. Rollo, Co-Trustees<br>P.O. Box 894<br>Milton, FL 32572-0894 | Wimberley Park Ltd.<br>Attn  Peter M. Way<br>PO Box 36530<br>Houston, TX 77236-6530 | Wyoming Department of Revenue<br>122 West 25th Street, Suite E301<br>Herschler Building East<br>Cheyenne, WY 82002-0001 |
| Zedi USA<br>P.O. Box 51475<br>Lafayette, LA 70505-1476 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Granite Creek Partners, LLC<br>Attn  L. Patrick Lupo<br>PO Box 639<br>Teton Village, WY 83025-0639 | Internal Revenue Service<br>1999 Broadway<br>MS 5012 DEN<br>Denver, CO 80202-3025 | (d)Internal Revenue Service<br>Insolvency Unit<br>1999 Broadway<br>MS 5012 DEN<br>Denver, CO 80202-3025 |
| Pryor Packers, Inc.<br>P.O. Box 2754<br>Laurel, MS 39442 | Texas Comptroller<br>111 East 17th Street<br>Austin, TX 78701 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Anderson, Kim | (u)East-West Bank | (d)Fletcher Petroleum Company, LLC<br>PO Box 2147<br>Fairhope, AL 36533-2147 |
| (u)Gardner, Marie | (u)Kat Eggleston | End of Label Matrix<br>Mailable recipients    393<br>Bypassed recipients      5<br>Total                  398 |