UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-12377-EEB |
| | § | |
| SKLAR EXPLORATION COMPANY, LLC | § | CHAPTER 11 |
| AND SKLARCO, LLC | § | |
| | § | Jointly Administered |
| DEBTORS | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

**NOW INTO COURT**, through undersigned counsel, comes BPX Properties (NA) LP and represents that it is a creditor and a party in interest in the above-captioned bankruptcy proceeding, and request that it be sent all notices, including, without limitation, those provided in Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any cases, controversy or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Notice should be sent to:

Michael D. Rubenstein
Liskow & Lewis
1001 Fannin Street, Suite 1800
Houston, Texas  77002
(713) 651-2953 - telephone
(713) 651-2952 - facsimile
mdrubenstein@liskow.com

Dated: April 8, 2020

                    Respectfully submitted,

                    /s Michael D. Rubenstein
                    Michael D. Rubenstein (Texas Bar No. 24047514)
                    LISKOW & LEWIS
                    1001 Fannin Street, Suite 1800
                    Houston, Texas 77002
                    Telephone:  (713) 651-2953
                    Fax:  (713) 651-2952

                    **ATTORNEYS FOR BP AMERICA**
                    **PRODUCTION COMPANY**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served by electronic transmission to all registered ECF users appearing in the case.

Houston, Texas, this 8th day of April, 2020.

.

                    /s Michael D. Rubenstein
                    Michael D. Rubenstein