# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| SKLAR EXPLORATION COMPANY, LLC, and SKLARCO, LLC | § § § | Case No. 20-12377-EEB |
| | § | (Jointly Administered) |
| *Debtors*. | § | |

## REQUEST FOR COPIES OF ALL NOTICES, PLEADINGS AND PAPERS PURSUANT TO BANKRUPTCY RULES 2002 AND 9007

Lucas Petroleum Group, Inc. ("**Lucas Petroleum**"), a creditor and party in interest in this bankruptcy case, requests that all notices and pleadings given or required to be given to Lucas Petroleum in this case be given to and served upon its attorneys of record at the following address:

> Duane J. Brescia
> Clark Hill Strasburger
> 720 Brazos, Suite 700
> Austin, TX 78701
> (512) 499-3647 (direct)
> (512) 499-3660 (fax)
> DBrescia@clarkhill.com

Lucas Petroleum also requests service to its attorneys of record of all papers referred to in Bankruptcy Rules 2002, 3017, 4004, 4007, and 9007, including, without limitation, notices, orders, motions, demands, complaints, petitions, schedules, statement of affairs, operating reports, pleadings and requests, as well as all applications and any other document brought before this Court in this case, whether formal or informal, or transmitted or conveyed by mail, delivery, telephone, e-mail, telegraph, telecopy or telex.

Lucas Petroleum intends that neither this request, nor later appearance, pleading, claim or suit, shall waive (a) the right of Lucas Petroleum to have final orders in non-core maters entered

only after de novo review by a District Judge, (b) the right of Lucas Petroleum to trial by jury in any proceeding so triable in any case, controversy or proceeding related to this case, (c) the right of Lucas Petroleum to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs, or recoupments which Lucas Petroleum may be entitled under agreements, in law, in equity, or otherwise, all of which right, claims, actions, defenses, setoffs, and recoupments, Lucas Petroleum expressly reserve.

        Respectfully submitted,

        /s/ *Duane J. Brescia*
Duane J. Brescia
TX State Bar No. 24025265
**CLARK HILL STRASBURGER**
720 Brazos, Suite 700
Austin, Texas 78701
512.499.3647
512.499.3660 (Facsimile)
dbrescia@clarkhill.com

**Attorneys for Lucas Petroleum Group, Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this Request for Copies of All Notices, Pleadings and Papers was served via CM/ECF to all parties entitled to such notice on this the 8th day of April, 2020.

        */s/ Duane J. Brescia*
Duane J. Brescia