# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC, | |
| Debtor. | Chapter 11 |
| In re: | Case No. 20-12380-EEB |
| SKLARCO, LLC | |
| Debtor. | Chapter 11 |
| | **Jointly Administered Under Case No. 20-12377-EEB** |

## ENTRY OF APPEARANCE, REQUEST FOR NOTICE AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rules 9010(b) and 2002(g), Holland & Hart LLP appears on behalf of Pruet Production Co. ("PPC"), Pruet Oil Company, LLC ("POC"), and Rapaid Well Service Co., Inc. ("Rapaid"), creditors and/or parties in interest, and requests that all notices, pleadings, motions, applications, and any other documents filed and/or served in this case be sent to the following:

Matthew J. Ochs
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
P.O. Box 8749
Denver, CO  80201-8749
Telephone: (303) 295-8299
Facsimile: (303) 416-8951
Email: mjochs@hollandhart.com

Neither this Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive: (i) any right to have final orders in non-core matters entered only after *de novo* review by a U.S. District Court judge; (ii) any right to a jury trial in this or any related case, controversy or proceeding; (iii) any right to have the reference withdrawn by the U.S. District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, in law or equity, all of which are expressly reserved.

-2-

Dated:  April 8, 2020

/s/ Matthew J. Ochs
Matthew J. Ochs
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
P.O. Box 8749
Denver, CO  80201-8749
Telephone: (303) 295-8299
Facsimile: (303) 416-8951
Email: mjochs@hollandhart.com

**Attorneys for Pruet Production Co., Pruet Oil Company, LLC, and Rapaid Well Service Co., Inc.**

## CERTIFICATE OF SERVICE

      I certify that on April 8, 2020, the foregoing was electronically filed with the Court via the CM/ECF system.  All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

                                                 */s/ Matthew J. Ochs*
                                                  Matthew J. Ochs

13504147_v2