IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Sklar Exploration Company, LLC, | ) | Case No. 20-12377-EEB |
| | ) | Chapter 11 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Sklarco, LLC, | ) | Case No. 20-12380-EEB |
| | ) | Chapter 11 |
| Debtor. | ) | |

**NOTICE OF APPEARANCE**

Please take notice that Pruet Production Co., Pruet Oil Company, LLC, and Rapad Well Service Company, Inc. (collectively, the "Parties"), parties in interest hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

Jeremy L. Retherford
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8799
E-mail:  jretherford@balch.com

Please take further notice that this request includes not only the notices and papers to which the Federal Rules of Bankruptcy Procedure refer, but also, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case including the Parties with respect to: (a) the debtor; (b) property of the estate

1590470.1

or proceeds thereof in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment or other conduct by Parties.

Please take further notice that this notice is not a submission by the Parties to the jurisdiction of this Court and that neither this notice nor any later appearance, pleading, claim, or suit shall waive (1) the Parties' rights to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (2) the Parties' rights to a trial by jury in any proceeding so triable in this case or any case; (3) the Parties' rights to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupment's to which the Parties is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupment's the Parties expressly reserves.

Dated: April 9, 2020.

/s/ Jeremy L. Retherford
Jeremy L. Retherford
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone (205) 251-8100
Facsimile (205) 226-8799

*Attorney for Pruet Production Co., Pruet Oil Company, LLC, and Rapad Well Service Company, Inc.*

## CERTIFICATE OF SERVICE

  I certify that a copy of the foregoing has been filed on the Court's CM/ECF system on the 9th day of April, 2020, to all parties receiving electronic notices in this bankruptcy case.

                /s/ Jeremy L. Retherford
                  Of Counsel