UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 721417930 ) | Chapter 11 |
| Debtor. ) | |
| _____ ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
| Debtor. ) | Chapter 11 |

**NOTICE OF ENTRY OF APPEARANCE
AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that the law firm listed below will represent the interests of STRAGO PETROLEUM CORPORATION AND MERITAGE ENERGY, LTD (collectively the "Creditors"), and hereby enter its appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following address and telephone/facsimile numbers:

ROBERT L. PADDOCK
State Bar No.: 24002723
Buck Keenan LLP
2229 San Felipe, Suite 1000
Houston, Texas 77019
Telephone: (713) 225-4500
Facsimile: (713) 225-3719
rpaddock@buckkeenan.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, plan and disclosure statement, pleading or request made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Creditors' (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Creditors are or may be entitled to under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments these parties expressly reserves.

Respectfully submitted,

BUCK KEENAN LLP

By: */s/ Robert L. Paddock*
    ROBERT L. PADDOCK
    State Bar No.: 24002723
    2229 San Felipe, Suite 1000
    Houston, Texas 77019
    Telephone: (713) 225-4500
    Facsimile: (713) 225-3719
    rpaddock@buckkeenan.com

ATTORNEY FOR
STRAGO PETROLEUM CORPORATION AND
MERITAGE ENERGY, LTD.

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record via CM/ECF filing and in compliance with the Federal Rules of Civil Procedure, on the 9th day of April, 2020.

    */s/ Robert L. Paddock*
    ROBERT L. PADDOCK