IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CASE NO.: 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930 | CHAPTER 11 |
| Debtor. | |
| _____ | |
| SKLARCO, LLC<br>EIN: 72-1425432 | CASE NO.: 20-12380-EEB |
| | CHAPTER 11 |
| Debtor. | |

_____

**CERTIFICATE OF SERVICE**
_____

I hereby certify that on April 9, 2020, a copy of the foregoing *LIMITED OBJECTION TO: (A) MOTION FOR AUTHORITY TO USE CASH COLLATERAL [Docket #34]; (B) MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTORS TO CONTINUE USE OF EXISTING BANK ACCOUNTS [Docket #36]; and (C) MOTION TO (1) HONOR AND PAY OVERRIDING ROYALTY, ROYALTY, AND WORKING INTEREST OBLIGATIONS, AND (2) OFFSET JOINT INTEREST BILLING OBLIGATIONS [Docket #37]* was served through the court's ECF System on the Office of the U.S. Trustee, the Debtor through its attorney, and on all other parties or creditors who are entitled to notice as shown on the attached **Exhibit A**.

/s/ J. Eric Lockridge

21209319_1

# Exhibit A

Notice of Electronic Filing

The following transaction was received from Eric Lockridge entered on 4/9/2020 at 11:34 AM MDT and filed on 4/9/2020
Case Name: Sklar Exploration Company, LLC and Sklarco, LLC
Case Number: 20-12377-EEB

Document Number: 67

Docket Text:
Limited Objection Filed by Eric Lockridge on behalf of AEEC II, LLC, Anderson Exploration Energy Company, LC, TCP Cottonwood, L.P. (related document(s):[34] Motion to Use Cash Collateral, [36] Motion, [37] Motion). (Lockridge, Eric)
The following document(s) are associated with this transaction:
Document description:Main Document
Original filename:Limited Objetion - Sklar - for filing..PDF
Electronic document Stamp:
[STAMP bkecfStamp_ID=985638001 [Date=4/9/2020] [FileNumber=45445894-0]
[ab086b86187dd852938f6272e8b68861083b942028bcb6de69d6de27717aad1bbd9c
e5906f1f5c0e28905d9712230730b541231986dbc0f457105f1d692fb7d1]]

20-12377-EEB Notice will be electronically mailed to:

James B. Bailey on behalf of Creditor Stoneham Drilling Corporation
jbailey@bradley.com, ashaver@bradley.com

Duane Brescia on behalf of Creditor Lucas Petroleum Group, Inc.
dbrescia@clarkhill.com, kalexander@clarkhill.com;djaenike@clarkhill.com

Jeffrey S. Brinen on behalf of Debtor Sklar Exploration Company, LLC
jsb@kutnerlaw.com, receptionist@kutnerlaw.com;vlm@kutnerlaw.com

Jeffrey S. Brinen on behalf of Debtor Sklarco, LLC
jsb@kutnerlaw.com, receptionist@kutnerlaw.com;vlm@kutnerlaw.com

Shay L. Denning on behalf of Creditor CTM 2005, Ltd.
sdenning@mbssllp.com

Shay L. Denning on behalf of Creditor I & L Miss I, LP
sdenning@mbssllp.com

Shay L. Denning on behalf of Creditor Pickens Financial Group, LLC
sdenning@mbssllp.com

Shay L. Denning on behalf of Creditor Tauber Exploration & Production Company
sdenning@mbssllp.com

Lee M. Kutner on behalf of Debtor Sklar Exploration Company, LLC
lmk@kutnerlaw.com, vlm@kutnerlaw.com,receptionist@kutnerlaw.com

Lee M. Kutner on behalf of Debtor Sklarco, LLC
lmk@kutnerlaw.com, vlm@kutnerlaw.com,receptionist@kutnerlaw.com

Eric Lockridge on behalf of Creditor AEEC II, LLC
eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Eric Lockridge on behalf of Creditor Anderson Exploration Energy Company, L.C.
eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Eric Lockridge on behalf of Creditor Anderson Exploration Energy Company, LC
eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Eric Lockridge on behalf of Creditor TCP Cottonwood, L.P.
eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Timothy C. Mohan on behalf of Creditor Baker Hughes, a GE Company LLC
tmohan@foley.com, tim.mohan4@gmail.com

Paul Moss on behalf of U.S. Trustee US Trustee
Paul.Moss@usdoj.gov

Kevin S. Neiman on behalf of Creditor Plains Gas Solutions, LLC
kevin@ksnpc.com

Kevin S. Neiman on behalf of Creditor Plains Marketing, L.P.
kevin@ksnpc.com

Matthew J. Ochs on behalf of Creditor Pruet Oil Company, LLC
mjochs@hollandhart.com

Matthew J. Ochs on behalf of Creditor Pruet Production Co.
mjochs@hollandhart.com

Matthew J. Ochs on behalf of Creditor Rapaid Well Service Co., Inc.

mjochs@hollandhart.com

Robert L Paddock on behalf of Creditor Meritage Energy Ltd
rpaddock@buckkeenan.com

Robert L Paddock on behalf of Creditor Strago Petroleum Corporation
rpaddock@buckkeenan.com

Jeremy L Retherford on behalf of Creditor Pruet Production Co.
jretherford@balch.com

Jeremy L Retherford on behalf of Interested Party Pruet Production Co.
jretherford@balch.com

Keri L. Riley on behalf of Debtor Sklar Exploration Company, LLC
klr@kutnerlaw.com, receptionist@kutnerlaw.com;vlm@kutnerlaw.com

Keri L. Riley on behalf of Debtor Sklarco, LLC
klr@kutnerlaw.com, receptionist@kutnerlaw.com;vlm@kutnerlaw.com

Timothy Michael Riley on behalf of Attorney Hopping Green & Sams
timothyr@hgslaw.com

Michael D Rubenstein on behalf of Interested Party BP America Production Company
mdrubenstein@liskow.com

Michael D Rubenstein on behalf of Interested Party BPX Properties (NA) LP
mdrubenstein@liskow.com

Craig K. Schuenemann on behalf of Creditor East-West Bank
craig.schuenemann@bryancave.com,
alicia.berry@bryancave.com,44Team_DEN@bryancave.com

Bryce Suzuki on behalf of Creditor East-West Bank
bryce.suzuki@bclplaw.com, tina.daniels@bclplaw.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

Deanna L. Westfall on behalf of Creditor Colorado Department Of Revenue
deanna.westfall@coag.gov, bncmail@w-legal.com

20-12377-EEB Notice will not be electronically mailed to:

Armbrecht Jackson, LLP

Berg Hill Greenleaf & Ruscitti, LLP