UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| SKLAR EXPLORATION COMPANY, LLC | § § § | Case No. 20-12377-EEB |
| _____ | § § | |
| SKLARCO, LLC | § § | Case No. 20-12380-EEB |
| | § | |
| *Debtors.* | § | (Jointly Administered) |

**LIMITED OBJECTION, JOINDER AND RESERVATION OF RIGHTS
OF LUCAS PETROLEUM GROUP, INC. TO DEBTORS' (I) MOTION FOR
AUTHORITY TO USE CASH COLLATERAL AND (II) MOTION TO (1) HONOR
AND PAY OVERRIDING ROYALTY, AND WORKING INTEREST OBLIGATIONS,
AND (2) OFFSET JOINT INTEREST BILLING OBLIGATIONS**

(relates to Dkt Nos. 34 and 37)

Lucas Petroleum Group, Inc. ("**LPG**"), a creditor and party-in-interest, files this *Limited Objection, Joinder and Reservation of Rights* (the "**LPG Objection**") and in support thereof states the following:

1. <u>Background.</u>  On April 1, 2020, Sklar Exploration Company, LLC ("**SEC**") and Sklarco, LLC ("**Sklarco**," and collectively with SEC, the "**Debtors**") filed their voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code.

2. On April 6, 2020, Debtors filed the following motions: (i) Debtors' Motion for Authority to Use Cash Collateral [Dkt No. 34] (the "**Cash Collateral Motion**") and (ii) Motion to (1) Honor and Pay Overriding Royalty, And Working Interest Obligations, and (2) Offset Joint Interest Billing Obligations [Dkt. No. 37] (the "**Royalty Payment Motion**").

3. <u>LPG's Interest.</u>  Debtors and LPG are parties to various operating agreements and participation agreements where SEC serves as the operator of oil and gas properties (collectively,

the "**LPG Agreements**"). Under such agreements, LPG holds a working interest ownership in those properties. Pursuant to the LPG Agreements, LPG advanced funds for specific purposes as stated in the particular cash call (collectively, "**Cash Call Advances**"). LPG is listed in Debtors' Amended Top 20 Largest Unsecured Creditor List [Dkt. 22] as having a Cash Call Advance balance of $384,201.01 across one or more projects. LPG has not confirmed this figure at this juncture.

4. As operator, SEC is obligated to market and sell oil and gas production on behalf of LPG and other working interest owners (collectively, "**WI Owners**"). SEC must also collect revenues generated under the LPG Agreements on behalf of WI Owners, including LPG, and make payments to each WI Owner based upon their proportionate share, less applicable expenses (defined as a "**Net Revenue Interest**," or "**NRI**"). The NRI is not owed by the Debtors, but rather, is owned by the WI Owners. LPG is not listed in the exhibit attached to the Royalty Payment Motion because, upon information and belief, currently no monthly payment is owed under the LPG Agreements. However, LPG will be owed payments in the month of April and going forward and should be included in any comprehensive list of payment recipients under the Royalty Payment Motion.

5. <u>Objection</u>. LPG objects to the Cash Collateral Motion and the Royalty Payment Motion on a limited basis to the extent it seeks to treat Cash Call Advances, NRIs and the WI Owners inconsistent with its rights under the LPG Agreements and applicable law.

6. <u>Joinder</u>. LPG joins in the objections filed by all other WI Owners, including those pleadings filed at Docket Nos. 57, 65 and 67.

7. <u>Reservation of Rights</u>. LPG makes no admission of fact or law and reserves any and all rights, claims, objections and defenses that may be available in this and any other court

over the parties and matters at issue in this Limited Objection, this case, the estate and LPG's interests.

WHEREFORE, LPG requests that if the Cash Collateral Motion and the Royalty Payment Motion are granted, that the Court clarify and limit such orders: (i) consistent with LPG's rights as stated herein; (ii) stating that the Cash Call Advances and NRI are owned by LPG and all other WI Owners and are not property of the estate; (iii) any lien, encumbrance or other adequate assurance granted shall not attach to the Cash Call Advances or the NRI; and (iv) grant such other and further relief to which LPG is justly entitled.

Respectfully submitted,

/s/ *Duane J. Brescia*
Duane J. Brescia
TX State Bar No. 24025265
**CLARK HILL STRASBURGER**
720 Brazos, Suite 700
Austin, Texas 78701
512.499.3647 / 512.499.3660 (Facsimile)
dbrescia@clarkhill.com

**Attorneys for Lucas Petroleum Group, Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this Limited Objection, Joinder and Reservation of Rights was served via CM/ECF to all parties entitled to such notice on this the 9th day of April, 2020.

*/s/ Duane J. Brescia*
Duane J. Brescia