United States Bankruptcy Court
District of Colorado

In re:                                                          Case No. 20-12377-EEB
Sklar Exploration Company, LLC                                  Chapter 11
Sklarco, LLC
        Debtors

# CERTIFICATE OF NOTICE

District/off: 1082-1         User: admin              Page 1 of 2              Date Rcvd: Apr 07, 2020
                             Form ID: pdf904          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2020.
```
db/db       +Sklar Exploration Company, LLC,   Sklarco, LLC,   5395 Pearl Parkway,   Suite 200,
              Boulder, CO 80301-2541
cr          +AEEC II, LLC,   333 Texas Street,   #2020,   Shreveport, LA 71101-3680
cr          +Anderson Exploration Energy Company, LC,   333 Texas Street,   #2020,
              Shreveport, LA 71101-3680
cr          +Baker Hughes, a GE Company LLC,   C/O Christopher J. Ryan,   17021 Aldine Westfield Road,
              Houston, TX 77073-5101
cr          +TCP Cottonwood, L.P.,   333 Texas Street,   #2020,   Shreveport, LA 71101-3680
18754408    +Anderson Investment Holdings, LP,   AEEC II, LLC,   333 Texas Street, Suite 2020,
              Shreveport, LA 71101-3680
18754411    +Apple River Investments, L.L.C.,   Attn Robert M. Boeve, President,   1503 Garfield Road North,
              Traverse City, MI 49696-1111
18754484    +East West Bank Treasury Department,   135 North Los Robles Avenue,   Suite 600,
              ATTN Linda Cox,   Pasadena, CA 91101-4549
18754510    +FPCC USA, Inc.,   245 Commerce Green Blvd, Ste 250,   Sugar Land, TX 77478-3760
18754497    +Fant Energy Limited,   P.O. Box 55205,   Houston, TX 77255-5205
18754529    +H&H Construction, LLC,   Ladon E. Hall, Sole Manager,   P.O. Box 850,   Flomaton, AL 36441-0850
18754560     JD Fields & Company, Inc.,   P.O. Box 134401,   Houston, TX 77219-4401
18754567    +JJS Working Interest LLC,   2001 Kirby Dr, Suite 1110,   Houston, TX 77019-6081
18754578    +Kelley Brothers Contractors, Inc.,   P.O. Drawer 1079,   Waynesboro, MS 39367-1079
18754588    +Kudzu Oil Properties, LLC,   300 Concourse Blvd, Suite 101,   Ridgeland, MS 39157-2091
18754598     Lucas Petroleum Group, Inc.,   327 Congress Avenue, Suite 500,   Austin, TX 78701-3656
18754612    +Meritage Energy, Ltd.,   C/O BKD, LLP,   2700 Post Oak Blvd, Ste 1500,   Houston, TX 77056-5829
18754613     Mesa Fluids, LLC,   c/o Juno Financial,   P.O. Box 173928,   Denver, CO 80217-3928
18754664     Pro-Tek Field Services, LLC,   P.O. Box 919269,   Dallas, TX 75391-9269
18754666    +Pruet Oil Company, LLC,   217 West Capitol St. Ste 201,   Jackson, MS 39201-2099
18754673    +Rapad Well Service Co., Inc.,   217 West Capitol Street,   Jackson, MS 39201-2004
18754720    +Stoneham Drilling Corporation,   707 17th Street,   Suite 3250,   Denver, CO 80202-3433
18754721     Strago Petroleum Corporation,   3209 Hamm Road,   Pearland, TX 77581-5503
18754735    +TCP Cottonwood, L.P.,   333 Texas Street, Suite 2020,   Shreveport, LA 71101-3680
18754760    +Union Oilfield Supply, Inc.,   12 John Dykes Road,   Waynesboro, MS 39367-8371
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2020 at the address(es) listed below:
```
              Craig K. Schuenemann    on behalf of Creditor    East-West Bank craig.schuenemann@bryancave.com,
               alicia.berry@bryancave.com,44Team_DEN@bryancave.com
              Eric   Lockridge    on behalf of Creditor    AEEC II, LLC eric.lockridge@keanmiller.com,
               Stephanie.gray@keanmiller.com
              Eric   Lockridge    on behalf of Creditor    Anderson Exploration Energy Company, LC
               eric.lockridge@keanmiller.com,    Stephanie.gray@keanmiller.com
              Eric   Lockridge    on behalf of Creditor    Anderson Exploration Energy Company, L.C.
               eric.lockridge@keanmiller.com,    Stephanie.gray@keanmiller.com
              Eric   Lockridge    on behalf of Creditor    TCP Cottonwood, L.P. eric.lockridge@keanmiller.com,
               Stephanie.gray@keanmiller.com
```

```
District/off: 1082-1          User: admin                 Page 2 of 2                   Date Rcvd: Apr 07, 2020
                              Form ID: pdf904             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

           Jeffrey S. Brinen    on behalf of Debtor    Sklar Exploration Company, LLC jsb@kutnerlaw.com, receptionist@kutnerlaw.com;vlm@kutnerlaw.com
           Jeffrey S. Brinen    on behalf of Debtor    Sklarco, LLC jsb@kutnerlaw.com, receptionist@kutnerlaw.com;vlm@kutnerlaw.com
           Keri L. Riley    on behalf of Debtor    Sklarco, LLC klr@kutnerlaw.com, receptionist@kutnerlaw.com;vlm@kutnerlaw.com
           Keri L. Riley    on behalf of Debtor    Sklar Exploration Company, LLC klr@kutnerlaw.com, receptionist@kutnerlaw.com;vlm@kutnerlaw.com
           Lee M. Kutner    on behalf of Debtor    Sklar Exploration Company, LLC lmk@kutnerlaw.com, vlm@kutnerlaw.com,receptionist@kutnerlaw.com
           Lee M. Kutner    on behalf of Debtor    Sklarco, LLC lmk@kutnerlaw.com,  vlm@kutnerlaw.com, receptionist@kutnerlaw.com
           Paul  Moss    on behalf of U.S. Trustee    US Trustee Paul.Moss@usdoj.gov
           Timothy C. Mohan    on behalf of Creditor    Baker Hughes, a GE Company LLC tmohan@foley.com, tim.mohan4@gmail.com
           US Trustee    USTPRegion19.DV.ECF@usdoj.gov

                                                                                                                                                                                                                       TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

## ORDER AND NOTICE OF HEARING

THIS MATTER comes before the Court on the Debtors' Motion Seeking Expedited Entry of Orders ("Motion"). It is hereby

ORDERED that the Motion is set for a telephonic hearing on a trailing docket before Judge Elizabeth E. Brown on **Thursday, April 9, 2020 at 2:30 p.m.** in Courtroom F, U.S. Customs House, 721 19th Street, Denver, Colorado. If you expect to tender exhibits at the hearing, please electronically file them with the Court at least 24 hours prior to the hearing.

FURTHER ORDERED that Debtors shall serve notice of the hearing in accordance with L.B.R. 2081-1(c)(2).

Parties shall appear telephonically. To appear telephonically, call the Court prior to the hearing at 1-888-684-8852. The meeting ID number is **345 4024**, followed by the # sign. Please state your name clearly. Please stay on the line until the court operator takes the roll call and the hearing begins. The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in court, it will be deemed a failure to appear, and be subject to imposition of sanctions as appropriate.

If the matter to be heard will exceed 15 minutes in length, or if it is necessary to receive evidence to resolve the matter, the scheduled hearing may be used as a scheduling conference and the matter will be reset to a later date. Counsel/Parties shall *bring their calendars* and be prepared to schedule any further hearing as required.

DATED this 7th day of April, 2020.  BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown, Bankruptcy Judge