UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minute Order*

| Date: April 9, 2020 | **Honorable Elizabeth E. Brown, Presiding**<br>Kerstin Cass, Law Clerk |
|---|---|
| In re: Sklar Exploration Company, LLC,<br>        Debtor. | **Case. No. 20-12377 EEB**<br>Chapter 11 |
| Sklarco, LLC,<br>        Debtor. | **Case. No. 20-12380 EEB**<br>Chapter 11 |
| | **Jointly Administered Under 20-12377 EEB** |

| | Appearances | | Representing |
|---|---|---|---|
| Counsel | Paul Moss* | UST | |
| Counsel | Keri Riley*, Lee Kutner* | Debtor(s) | Howard Sklar, Manager |
| Counsel | Craig Schuenemann*, Bryce Suzuki* | Creditor | East West Bank |
| Counsel | James Bailey* | Creditor | Stoneham Drilling |
| Counsel | Thomas Ships*, Shay Denning*, Barnet B. Skelton Jr.* | Creditor | CTM 2005, Ltd., I & L Miss I, LP, Pickens Financial Group, LLC, Tauber Exploration & Production Co |
| Counsel | Eric Lockridge,* Kyle McGinnis*, David Garrett* | Creditor | AEEC II, LLC, Anderson Exploration Energy Company, LC, TCP Cottonwood, L.P. |
| Counsel | Timothy Mohan* | Creditor | Baker Hughes |
| Counsel | Matt Ochs,* Jeremy Rutherford* | Creditor | Rapaid Well Service Co., Inc., Pruet Oil Company, LLC, Pruet Production Co. |
| Counsel | Robert Paddock* | Creditor | Meritage Energy Ltd, Strago Petroleum Corporation |
| Counsel | Duane Brescia* | Creditor | Lucas Petroleum Oil |
| Counsel | Tim Swanson*, Craig Geno* | Creditor | Kudzu, Alabama Oil & Gas |
| Counsel | Deanna Westfall* | Creditor | Colorado Attorney General |
| Counsel | Michael Niles* | Creditor | Fletcher Petroleum |
| Counsel | Timothy Riley* | Creditor | Hopping Green & Sams |
| Counsel | Joseph Bain* | Creditor | FPCC USA |
| Counsel | Jeffrey Simons* | Creditor | JJS Working Interests |
| Counsel | John Kalmbach* | Creditor | Frank's Exploration Co., LLC |
| Counsel | Victoria Argeroplos* | Creditor | Fant Energy |
| Counsel | Glen Taylor*, Christopher Meredith* | Creditor | Eastern Fishing & Rental Tool Co., Paul Minerals |

*Parties appearing telephonically

Proceedings: Hearing on Debtors' Motion Seeking Expedited Entry of Orders

Orders:

Motion to Use Cash Collateral (Dkt. #34):
☒ Debtors will circulate a revised proposed order for interim use of cash collateral with revised budget, and file it with the Court before the close of business on **April 14, 2020**.

☒ The Court will hold a final telephonic hearing on the motion to use cash collateral on **Monday, April 27, 2020 at 1:30 p.m**. Parties shall appear telephonically. To appear telephonically, call the Court prior to the hearing at 1-888-684-8852. The meeting ID number is 345 4024, followed by the # sign. Please state your name clearly. Please stay on the line until the court operator takes the roll call and the hearing begins. The Court will not contact parties by telephone.

If there are disputed facts, this hearing will be treated as an evidentiary hearing and held via Zoom. In that instance, the Court will enter a further procedural order with instructions on video appearances. Counsel for Debtors should notify chambers if she anticipates that this hearing will be evidentiary.

☒ On or before **April 15, 2020**, the Debtors shall set up an electronic data room with relevant documents for parties to review. On or before **April 20, 2020**, the parties shall file with the Court and serve on opposing parties a List of Witnesses and Exhibits, substantially in the form of Local Bankr. Form 9070-1.1. By the same date, the parties shall exchange pre-marked exhibits and file copies of exhibits with the Court. A hard copy of any lengthy exhibit shall be delivered to the Clerk's Office.

Motion for Continued Use of Bank Accounts (Dkt. # 36):

☒ Debtors will circulate a revised proposed order for continued use of bank accounts and file it with the Court before the close of business on **April 14, 2020**.

Motion for Payment of Prepetition Employee Benefits (Dkt. # 40):

☒ Debtors will circulate a revised proposed order for payment of prepetition employee benefits and file it with the Court before the close of business on **April 14, 2020**.

Motions for Payment of Critical Vendors (Dkt. #41) and Payment of Overriding Royalty, Royalty, and Working Interest Obligations and JIB offsets (Dkt. #37)

☒ The Court will hold a further telephonic hearing on the Debtors' critical vendor motion and motion to pay royalty interests on **Monday, April 27, 2020 at 1:30 p.m**. Parties shall appear telephonically. To appear telephonically, call the Court prior to the hearing at 1-888-684-8852. The meeting ID number is 345 4024, followed by the # sign. Please state your name clearly. Please stay on the line until the court operator takes the roll call and the hearing begins. The Court will not contact parties by telephone.

If there are disputed facts, this hearing will be treated as an evidentiary hearing and held via Zoom. In that instance, the Court will enter a further procedural order with instructions on video appearances. Counsel for Debtors should notify chambers if she anticipates that this hearing will be evidentiary.

☒ On or before **April 15, 2020**, the Debtors shall set up an electronic data room with relevant documents for parties to review. On or before **April 20, 2020**, the parties shall file with the Court and serve on opposing parties a List of Witnesses and Exhibits, substantially in the form of Local Bankr. Form 9070-1.1. By the same date, the parties shall exchange pre-marked exhibits and file copies of exhibits with the Court. A hard copy of any lengthy exhibit shall be delivered to the Clerk's Office.

Motion to Determine Adequate Assurance of Payment to Utilities (Dkt. #32)

☒ For the reasons stated on the record, the Court DENIED the Debtors' Motion to Determine Adequate Assurance of Payment for Future Utility Services and Restraining Utilities from Discontinuing, Altering or Refusing Service (Docket No. #32).

Date: April 9, 2020

BY THE COURT:

*Elizabeth E. Brown*

Elizabeth E. Brown, U.S. Bankruptcy Judge