IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COLORADO

| | |
|---|---|
| In Re: ) | |
| ) | |
| **SKLAR EXPLORATION COMPANY, LLC** ) | Case No. 20-12377-EEB |
| **and SKLARCO, LLC** ) | |
| ) | Chapter 11 |
| Debtors. ) | |

### NOTICE OF ENTRY OF APPEARANCE
### AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that the law firm listed below will represent the interests of Tauber Exploration & Production Company, CTM 2005, Ltd., Pickens Financial Group, LLC, and I & L Miss I, LP (collectively the "Creditors"), and hereby enter its appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following address and telephone/facsimile numbers:

> Barnet B. Skelton, Jr.
> 815 Walker, Suite 1502
> Houston, TX  77002
> Telephone: (713) 659-8761
> Cell: (713) 516-7450
> Facsimile: (713) 659-8764
> Email: barnetbjr@msn.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand,

1

motion, petition, plan and disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph. Telex, courier service, hand-deliver, electronic mail, internet, or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Creditors' (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Creditors are or may be entitled to under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments these parties expressly reserves.

Dated this 10th day of April, 2020

Respectfully submitted,

*/s/ Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.
815 Walker, Suite 1502
Houston, TX 77002
Telephone: (713) 659-8761
Cell: (713) 516-7450
Facsimile: (713) 659-8764
Email: barnetbjr@msn.com

*Attorneys for Tauber Exploration & Production Company, CTM 2005, Ltd., Pickens Financial Group, LLC, and I & L Miss I, LP*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on April 10, 2020, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing

/s/ *Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.