United States Bankruptcy Court
District of Colorado

In re:                                                          Case No. 20-12377-EEB
Sklar Exploration Company, LLC                                  Chapter 11
Sklarco, LLC
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1        User: admin          Page 1 of 2          Date Rcvd: Apr 10, 2020
                            Form ID: pdf904      Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2020.
db/db           +Sklar Exploration Company, LLC,   Sklarco, LLC,   5395 Pearl Parkway,   Suite 200,
                 Boulder, CO 80301-2541
cr              +AEEC II, LLC,   333 Texas Street,   #2020,   Shreveport, LA 71101-3680
cr              +Anderson Exploration Energy Company, LC,   333 Texas Street,   #2020,
                 Shreveport, LA 71101-3680
cr              +Baker Hughes, a GE Company LLC,   C/O Christopher J. Ryan,   17021 Aldine Westfield Road,
                 Houston, TX 77073-5101
cr              +I & L Miss I, LP,   4761 Frank Luck Dr,   Addison, TX 75001-3202
cr              +Pickens Financial Group, LLC,   10100 N. Central Expressway, Suite 200,   Dallas, TX 75231-4169
cr              +Stoneham Drilling Corporation,   c/o Bradley,   Attn: James B. Bailey,
                 1819 Fifth Avenue North,   Birmingham, AL 35203-2120
cr              +TCP Cottonwood, L.P.,   333 Texas Street,   #2020,   Shreveport, LA 71101-3680
cr              +Tauber Exploration & Production Company,   55 Waugh Drive, Suite 700,   Houston, TX 77007-5837
18754408        +Anderson Investment Holdings, LP,   AEEC II, LLC,   333 Texas Street, Suite 2020,
                 Shreveport, LA 71101-3680
18754411        +Apple River Investments, L.L.C.,   Attn Robert M. Boeve, President,   1503 Garfield Road North,
                 Traverse City, MI 49696-1111
18754484        +East West Bank Treasury Department,   135 North Los Robles Avenue,   Suite 600,
                 ATTN  Linda Cox,   Pasadena, CA 91101-4549
18754510        +FPCC USA, Inc.,   245 Commerce Green Blvd, Ste 250,   Sugar Land, TX 77478-3760
18754497        +Fant Energy Limited,   P.O. Box 55205,   Houston, TX 77255-5205
18754529        +H&H Construction, LLC,   Ladon E. Hall, Sole Manager,   P.O. Box 850,   Flomaton, AL 36441-0850
18754560         JD Fields & Company, Inc.,   P.O. Box 13441,   Houston, TX 77219-4401
18754567        +JJS Working Interest LLC,   2001 Kirby Dr, Suite 1110,   Houston, TX 77019-6081
18754578        +Kelley Brothers Contractors, Inc.,   P.O. Drawer 1079,   Waynesboro, MS 39367-1079
18754588        +Kudzu Oil Properties, LLC,   300 Concourse Blvd, Suite 101,   Ridgeland, MS 39157-2091
18754598         Lucas Petroleum Group, Inc.,   327 Congress Avenue, Suite 500,   Austin, TX 78701-3656
18754612        +Meritage Energy, Ltd.,   C/O BKD, LLP,   2700 Post Oak Blvd, Ste 1500,   Houston, TX 77056-5829
18754613         Mesa Fluids, LLC,   c/o Juno Financial,   P.O. Box 173928,   Denver, CO 80217-3928
18754664         Pro-Tek Field Services, LLC,   P.O. Box 919269,   Dallas, TX 75391-9269
18754666        +Pruet Oil Company, LLC,   217 West Capitol St. Ste 201,   Jackson, MS 39201-2099
18754673        +Rapad Well Service Co., Inc.,   217 West Capitol Street,   Jackson, MS 39201-2004
18754720        +Stoneham Drilling Corporation,   707 17th Street,   Suite 3250,   Denver, CO 80202-3433
18754721         Strago Petroleum Corporation,   3209 Hamm Road,   Pearland, TX 77581-5503
18754735        +TCP Cottonwood, L.P.,   333 Texas Street, Suite 2020,   Shreveport, LA 71101-3680
18754760        +Union Oilfield Supply, Inc.,   12 John Dykes Road,   Waynesboro, MS 39367-8371
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr               E-mail/Text: cmccord@mccordprod.com Apr 11 2020 01:34:14     CTM 2005, Ltd.,
                 55 Waugh Drive, Suite 515,   Houston, TX 77007-5840
cr               E-mail/PDF: dor_tac_bankruptcy@state.co.us Apr 11 2020 01:50:43
                 Colorado Department Of Revenue,   1375 Sherman St.,   Room 504,   Attention Bankruptcy Unit,
                 Denver, CO 80261-3000
                                                                              TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2020                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 1082-1          User: admin              Page 2 of 2              Date Rcvd: Apr 10, 2020
                              Form ID: pdf904          Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2020 at the address(es) listed below:

```
          Bryce  Suzuki    on behalf of Creditor    East-West Bank bryce.suzuki@bclplaw.com,
          tina.daniels@bclplaw.com
          Craig K. Schuenemann    on behalf of Creditor    East-West Bank craig.schuenemann@bryancave.com,
          alicia.berry@bryancave.com,44Team_DEN@bryancave.com
          Deanna L. Westfall    on behalf of Creditor    Colorado Department Of Revenue
          deanna.westfall@coag.gov,  bncmail@w-legal.com
          Duane  Brescia    on behalf of Creditor    Lucas Petroleum Group, Inc. dbrescia@clarkhill.com,
          kalexander@clarkhill.com;djaenike@clarkhill.com
          Eric  Lockridge    on behalf of Creditor    TCP Cottonwood, L.P. eric.lockridge@keanmiller.com,
          Stephanie.gray@keanmiller.com
          Eric  Lockridge    on behalf of Creditor    AEEC II, LLC eric.lockridge@keanmiller.com,
          Stephanie.gray@keanmiller.com
          Eric  Lockridge    on behalf of Creditor    Anderson Exploration Energy Company, LC
          eric.lockridge@keanmiller.com,  Stephanie.gray@keanmiller.com
          Eric  Lockridge    on behalf of Creditor    Anderson Exploration Energy Company, L.C.
          eric.lockridge@keanmiller.com,  Stephanie.gray@keanmiller.com
          James B. Bailey    on behalf of Creditor    Stoneham Drilling Corporation jbailey@bradley.com,
          ashaver@bradley.com
          Jeffrey S. Brinen    on behalf of Debtor    Sklar Exploration Company, LLC jsb@kutnerlaw.com,
          receptionist@kutnerlaw.com;vlm@kutnerlaw.com
          Jeffrey S. Brinen    on behalf of Debtor    Sklarco, LLC jsb@kutnerlaw.com,
          receptionist@kutnerlaw.com;vlm@kutnerlaw.com
          Jeremy L Retherford    on behalf of Interested Party    Pruet Production Co. jretherford@balch.com
          Jeremy L Retherford    on behalf of Creditor    Pruet Production Co. jretherford@balch.com
          Joseph Eric Bain    on behalf of Creditor    FPCC USA, Inc. jbain@joneswalker.com
          Keri L. Riley    on behalf of Debtor    Sklarco, LLC klr@kutnerlaw.com,
          receptionist@kutnerlaw.com;vlm@kutnerlaw.com
          Keri L. Riley    on behalf of Debtor    Sklar Exploration Company, LLC klr@kutnerlaw.com,
          receptionist@kutnerlaw.com;vlm@kutnerlaw.com
          Kevin S. Neiman    on behalf of Creditor    Plains Gas Solutions, LLC kevin@ksnpc.com
          Kevin S. Neiman    on behalf of Creditor    Plains Marketing, L.P. kevin@ksnpc.com
          Lee M. Kutner    on behalf of Debtor    Sklar Exploration Company, LLC lmk@kutnerlaw.com,
          vlm@kutnerlaw.com,receptionist@kutnerlaw.com
          Lee M. Kutner    on behalf of Debtor    Sklarco, LLC lmk@kutnerlaw.com,  vlm@kutnerlaw.com,
          receptionist@kutnerlaw.com
          Matthew J. Ochs    on behalf of Creditor    Rapaid Well Service Co., Inc. mjochs@hollandhart.com
          Matthew J. Ochs    on behalf of Creditor    Pruet Oil Company, LLC mjochs@hollandhart.com
          Matthew J. Ochs    on behalf of Creditor    Pruet Production Co. mjochs@hollandhart.com
          Michael D Rubenstein    on behalf of Interested Party    BP America Production Company
          mdrubenstein@liskow.com
          Michael D Rubenstein    on behalf of Interested Party    BPX Properties (NA) LP
          mdrubenstein@liskow.com
          Paul  Moss    on behalf of U.S. Trustee    US Trustee Paul.Moss@usdoj.gov
          Robert L Paddock    on behalf of Creditor    Strago Petroleum Corporation rpaddock@buckkeenan.com
          Robert L Paddock    on behalf of Creditor    Meritage Energy Ltd rpaddock@buckkeenan.com
          Shay L. Denning    on behalf of Creditor    I & L Miss I, LP sdenning@mbssllp.com
          Shay L. Denning    on behalf of Creditor    CTM 2005, Ltd. sdenning@mbssllp.com
          Shay L. Denning    on behalf of Creditor    Tauber Exploration & Production Company
          sdenning@mbssllp.com
          Shay L. Denning    on behalf of Creditor    Pickens Financial Group, LLC sdenning@mbssllp.com
          Thomas H Shipps    on behalf of Creditor    CTM 2005, Ltd. tshipps@mbssllp.com
          Thomas H Shipps    on behalf of Creditor    Pickens Financial Group, LLC tshipps@mbssllp.com
          Thomas H Shipps    on behalf of Creditor    Tauber Exploration & Production Company
          tshipps@mbssllp.com
          Thomas H Shipps    on behalf of Creditor    I & L Miss I, LP tshipps@mbssllp.com
          Timothy C. Mohan    on behalf of Creditor    Baker Hughes, a GE Company LLC tmohan@foley.com,
          tim.mohan4@gmail.com
          Timothy M. Swanson    on behalf of Creditor    Apple River Investments, LLC
          tim.swanson@moyewhite.com,  audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
          Timothy M. Swanson    on behalf of Creditor    Alabama Oil & Gas, LLC tim.swanson@moyewhite.com,
          audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
          Timothy M. Swanson    on behalf of Creditor    Kudzo Oil Properties, LLC tim.swanson@moyewhite.com,
          audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
          Timothy Michael Riley    on behalf of Attorney    Hopping Green & Sams timothyr@hgslaw.com
          US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                      TOTAL: 42
```

*UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO*

## *Minute Order*

| Date: April 9, 2020 | **Honorable Elizabeth E. Brown, Presiding**<br>Kerstin Cass, Law Clerk |
|---|---|

| | | |
|---|---|---|
| In re: | Sklar Exploration Company, LLC,<br>Debtor. | **Case. No. 20-12377 EEB**<br>Chapter 11 |
| | Sklarco, LLC,<br>Debtor. | **Case. No. 20-12380 EEB**<br>Chapter 11 |
| | | **Jointly Administered Under 20-12377 EEB** |

| | Appearances | | Representing |
|---|---|---|---|
| Counsel | Paul Moss* | UST | |
| Counsel | Keri Riley*, Lee Kutner* | Debtor(s) | Howard Sklar, Manager |
| Counsel | Craig Schuenemann*, Bryce Suzuki* | Creditor | East West Bank |
| Counsel | James Bailey* | Creditor | Stoneham Drilling |
| Counsel | Thomas Ships*, Shay Denning*, Barnet B. Skelton Jr.* | Creditor | CTM 2005, Ltd., I & L Miss I, LP, Pickens Financial Group, LLC, Tauber Exploration & Production Co |
| Counsel | Eric Lockridge,* Kyle McGinnis*, David Garrett* | Creditor | AEEC II, LLC, Anderson Exploration Energy Company, LC, TCP Cottonwood, L.P. |
| Counsel | Timothy Mohan* | Creditor | Baker Hughes |
| Counsel | Matt Ochs,* Jeremy Rutherford* | Creditor | Rapaid Well Service Co., Inc., Pruet Oil Company, LLC, Pruet Production Co. |
| Counsel | Robert Paddock* | Creditor | Meritage Energy Ltd, Strago Petroleum Corporation |
| Counsel | Duane Brescia* | Creditor | Lucas Petroleum Oil |
| Counsel | Tim Swanson*, Craig Geno* | Creditor | Kudzu, Alabama Oil & Gas |
| Counsel | Deanna Westfall* | Creditor | Colorado Attorney General |
| Counsel | Michael Niles* | Creditor | Fletcher Petroleum |
| Counsel | Timothy Riley* | Creditor | Hopping Green & Sams |
| Counsel | Joseph Bain* | Creditor | FPCC USA |
| Counsel | Jeffrey Simons* | Creditor | JJS Working Interests |
| Counsel | John Kalmbach* | Creditor | Frank's Exploration Co., LLC |
| Counsel | Victoria Argeroplos* | Creditor | Fant Energy |
| Counsel | Glen Taylor*, Christopher Meredith* | Creditor | Eastern Fishing & Rental Tool Co., Paul Minerals |
| | *Parties appearing telephonically | | |

Proceedings: Hearing on Debtors' Motion Seeking Expedited Entry of Orders

Orders:

Motion to Use Cash Collateral (Dkt. #34):
☒  Debtors will circulate a revised proposed order for interim use of cash collateral with revised budget, and file it with the Court before the close of business on **April 14, 2020**.

☒ The Court will hold a final telephonic hearing on the motion to use cash collateral on **Monday, April 27, 2020 at 1:30 p.m**. Parties shall appear telephonically. To appear telephonically, call the Court prior to the hearing at 1-888-684-8852. The meeting ID number is 345 4024, followed by the # sign. Please state your name clearly. Please stay on the line until the court operator takes the roll call and the hearing begins. The Court will not contact parties by telephone.

If there are disputed facts, this hearing will be treated as an evidentiary hearing and held via Zoom. In that instance, the Court will enter a further procedural order with instructions on video appearances.  Counsel for Debtors should notify chambers if she anticipates that this hearing will be evidentiary.

☒ On or before **April 15, 2020**, the Debtors shall set up an electronic data room with relevant documents for parties to review.  On or before **April 20, 2020**, the parties shall file with the Court and serve on opposing parties a List of Witnesses and Exhibits, substantially in the form of Local Bankr. Form 9070-1.1.  By the same date, the parties shall exchange pre-marked exhibits and file copies of exhibits with the Court.  A hard copy of any lengthy exhibit shall be delivered to the Clerk's Office.

Motion for Continued Use of Bank Accounts (Dkt. # 36):

☒ Debtors will circulate a revised proposed order for continued use of bank accounts and file it with the Court before the close of business on **April 14, 2020**.

Motion for Payment of Prepetition Employee Benefits (Dkt. # 40):

☒ Debtors will circulate a revised proposed order for payment of prepetition employee benefits and file it with the Court before the close of business on **April 14, 2020**.

Motions for Payment of Critical Vendors (Dkt. #41) and Payment of Overriding Royalty, Royalty, and Working Interest Obligations and JIB offsets (Dkt. #37)

☒ The Court will hold a further telephonic hearing on the Debtors' critical vendor motion and motion to pay royalty interests on **Monday, April 27, 2020 at 1:30 p.m**.  Parties shall appear telephonically. To appear telephonically, call the Court prior to the hearing at 1-888-684-8852. The meeting ID number is 345 4024, followed by the # sign. Please state your name clearly. Please stay on the line until the court operator takes the roll call and the hearing begins. The Court will not contact parties by telephone.

If there are disputed facts, this hearing will be treated as an evidentiary hearing and held via Zoom. In that instance, the Court will enter a further procedural order with instructions on video appearances.  Counsel for Debtors should notify chambers if she anticipates that this hearing will be evidentiary.

☒ On or before **April 15, 2020**, the Debtors shall set up an electronic data room with relevant documents for parties to review.  On or before **April 20, 2020**, the parties shall file with the Court and serve on opposing parties a List of Witnesses and Exhibits, substantially in the form of Local Bankr. Form 9070-1.1.  By the same date, the parties shall exchange pre-marked exhibits and file copies of exhibits with the Court.  A hard copy of any lengthy exhibit shall be delivered to the Clerk's Office.

Motion to Determine Adequate Assurance of Payment to Utilities (Dkt. #32)

☒ For the reasons stated on the record, the Court DENIED the Debtors' Motion to Determine Adequate Assurance of Payment for Future Utility Services and Restraining Utilities from Discontinuing, Altering or Refusing Service (Docket No. #32).

Date: April 9, 2020

BY THE COURT:

Elizabeth E. Brown, U.S. Bankruptcy Judge