IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: § § Case No. 20-12377-EEB § SKLAR EXPLORATION COMPANY, LLC § EIN: 72-1417930 § Chapter 11 § Debtor. § | |
| § SKLARCO, LLC § Case No. 20-12380-EEB EIN: 72-1425432 Debtor. Chapter 11 | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned appears on behalf of FPCC USA, Inc., pursuant to section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. § 101, *et seq.* ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and hereby submits this Notice of Appearance and Request for Notice of all hearings and conferences herein and makes demand for service of all papers herein, including all papers and notices pursuant to Fed. R. Bankr. P. 2002, 3017, and 9007. All notices given or required to be given in this case shall be served upon:

**JONES WALKER LLP**
Amy L. Vazquez
Texas Bar No. 24037637
811 Main St., Ste. 2900
Houston, Texas 77002
Tel: 713-437-1800
Fax: 713-437-1810
Email: avazquez@joneswalker.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes all notices and papers referred to in the Bankruptcy Code and Bankruptcy Rules and therefore includes, without limitation, any plans of reorganization, notices of hearings, orders, pleadings, motions,

1

applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, facsimile or any other means.

*[Remainder of Page Intentionally Left Blank]*

Dated April 14, 2020.

        Respectfully submitted,

        **JONES WALKER LLP**

        By: */s/ Amy L. Vazquez*
        Amy L. Vazquez
        Texas Bar No. 24037637
        811 Main St., Ste. 2900
        Houston, Texas 77002
        Tel: 713-437-1800
        Fax: 713-437-1810
        Email: avazquez@joneswalker.com

        *Counsel for FPCC USA, Inc.*

## CERTIFICATE OF SERVICE

I certify that on April 14, 2020, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in this case.

        */s/ Amy L. Vazquez*
        Amy L. Vazquez