UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN:  72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**NOTICE OF FILING REVISED ORDERS ON FIRST DAY MOTIONS**

      The Debtors, Sklar Exploration Company, LLC and Sklarco, LLC, by and through their attorneys, Kutner Brinen, P.C., hereby fil their revised: 1) Interim Order Authorizing Continued Use of Cash Collateral, attached hereto as Exhibit A; 2) interim Budget, attached hereto as Exhibit B; 3) Order Authorizing the Debtors to Continue Use of Existing Bank Accounts, attached hereto as Exhibit C; and 4) Order Authorizing (A) Payment of Pre-Petition Employee Benefits and (B) Continuation of Employee Benefits Program, attached hereto as Exhibit D.

Dated: April 14, 2020                    Respectfully submitted,

                                          By:   */s/  Keri L. Riley*
                                                Lee M. Kutner, #10966
                                                Keri L. Riley, #47605
                                                **KUTNER BRINEN, P.C.**
                                                1660 Lincoln St., Suite 1850
                                                Denver, CO 80264
                                                Telephone: (303) 832-2400
                                                E-Mail: lmk@kutnerlaw.com