SKLAR EXPLORATION COMPANY LLC and SKLARCO LLC
CASH COLLATERAL BUDGET

| | Week ending | | | |
|---|---|---|---|---|
| | 10-Apr | 17-Apr | 24-Apr | Total |
| **CASH RECEIPTS** | | | | |
| **Operated properties** | | | | |
|     Oil | | | 2,714,652 | 2,714,652 |
|     Gas | | | | - |
| **Non-operated properties** | | | | - |
| **Alabama gas plant management fees** | | | | - |
| **Hedge settlements** | 173,495 | | | 173,495 |
|     CASH RECEIPTS | 173,495 | - | 2,714,652 | 2,888,147 |
| | | | | |
| **CASH DISBURSEMENTS** | | | | |
| | | | | |
| **Revenue payable to others** | | | | - |
| **Severance tax [1]** | | 209,295 | | 209,295 |
| **Lease operating expenses (gross) for operated properties** | | | | |
|     Contract pumpers | 3,640 | 3,640 | 3,640 | 10,921 |
|     Compression rentals and maintenance | 25,279 | 25,279 | 25,279 | 75,837 |
|     Saltwater disposal | 16,256 | 16,256 | 16,256 | 48,767 |
|     Electrical service and supply | 1,176 | 1,176 | 1,176 | 3,528 |
|     Oilfield supply | 747 | 747 | 747 | 2,242 |
|     Artificial lift | 404 | 404 | 404 | 1,213 |
|     RTU - remote monitoring | 1,054 | 1,054 | 1,054 | 3,161 |
|     Gas measurement - meter calibration and lab | 735 | 735 | 735 | 2,205 |
|     Safety systems - testing and repairs | 674 | 674 | 674 | 2,021 |
|     Fuel and power - | | | | |
|         Southern Propane Supplies | 1,715 | 1,715 | 1,715 | 5,145 |
|         Thompson Gas | 466 | 466 | 466 | 1,397 |
|         Mc Phereson Lubes | 502 | 502 | 502 | 1,507 |
|         Herring Gas Company, Inc | 172 | 172 | 172 | 515 |
|         Southern Pine Electric | | 185,850 | | 185,850 |
|         Escambia River Electric, Inc. | 8,085 | | | 8,085 |
|         Yazoo Valley Electric | | | 3,518 | 3,518 |
|         Mississippi Power | | | | - |
|     Chemicals | 2,916 | 2,916 | 2,916 | 8,747 |
|     Construction | 490 | 490 | 490 | 1,470 |
|     Environmental services | 200 | 200 | 200 | 600 |
|     Slickline services / jet pump support | 257 | 257 | 257 | 772 |
|     Engineering services | 368 | 368 | 368 | 1,103 |
|     Tubulars and inspections | 49 | 49 | 49 | 147 |
|     Insurance | | | | - |
|     Gas plant | 29,840 | 29,840 | 29,840 | 89,519 |
| **Reimbursement of operated property LOE from other WI owners** | (71,267) | (204,591) | (67,842) | (343,700) |
| **Lease operating expenses for non-operated properties** | 17,940 | 17,940 | 17,940 | 53,820 |
| **Transportation (truck pmts to Ford)** | 3,408 | | 5,143 | 8,551 |
| **General and administrative** | | | | |
|     Outsourced IT support and general computer exp (eg, Wolfepak) | | | 4,849 | 4,849 |
|     Agency service fees | | (15,000) | | |
|     Employee salaries and payroll taxes | | 157,680 | | 157,680 |
|     Employee portion of 401k | | | 9,000 | 9,000 |
|     CEO salary | | | | - |
|     Employee benefits - | | | | |
|         UHC Health insurance | | | | - |
|         Life insurance | | | | - |
|         ST/LT Disability | | | | - |

**SKLAR EXPLORATION COMPANY LLC and SKLARCO LLC**
**CASH COLLATERAL BUDGET**

|  | Week ending | | | |
|---|---|---|---|---|
|  | 10-Apr | 17-Apr | 24-Apr | Total |
| Payroll processing fees |  | 800 |  |  |
| PTO payout for laid off employees |  |  |  | - |
| Misc. insurance |  |  |  |  |
| Sales and use tax |  |  | 700 | **700** |
| Outsourced preparation of sales and use tax |  |  |  | - |
| External reserve engineers |  | 24,530 |  |  |
| SCADA systems license fees |  |  | 8,713 | **8,713** |
| Geology and production system license fees |  |  |  |  |
| Web mapping license fees (Tobin) |  | 70,920 |  |  |
| Office rent - |  |  |  |  |
|     Boulder |  |  |  | - |
|     Shreveport |  |  |  | - |
|     Bretwon, AL |  |  |  | - |
| Boulder office / Redwave sublease income |  |  |  |  |
| Parking expense (Shreveport) |  |  |  | - |
| Outsourced gas plant settlement accounting fees |  | 18,844 |  | **18,844** |
| Fuel and mileage |  |  | 6,000 | **6,000** |
| Copier and postage rental and usage |  | 4,500 |  | **4,500** |
| Cell phones |  |  | 2,900 | **2,900** |
| Office utilities and maintenance |  |  |  |  |
| Bank - letter of credit fees |  |  |  |  |
| Bank - misc charges |  |  |  |  |
| General and misc office expenses | 8,500 | 8,500 | 8,500 | **25,500** |
| Controller - CO apt, travel and moving exp reimburse | 2,875 |  |  | **2,875** |
| **COPAS reimbursement** | (46,989) | (46,989) | (46,989) | **(140,967)** |
| **CASH DISBURSEMENTS** | **(5,510)** | **534,217** | **39,370** |  |
| **NET CASH FLOW** | **179,005** | **(534,217)** | **2,675,282** |  |
| **BEGINNING CASH BALANCE [2]** | **3,439,756** | **3,618,761** | **3,084,545** |  |
| **ENDING CASH BALANCE** | **3,618,761** | **3,084,545** | **5,759,827** |  |

*Revised items highlighted in budget
[1] Subject to further review and evaluation by the Debtors to determine if taxes are pre- or post-petition;
If pre-petition, taxes will not be paid
[2] Revised to provide actual cash balances on date of filing as set forth below

**Opening Balance of Accounts**

| | |
|---|---:|
| SEC -Operating | 769,715.88 |
| SEC-Revenue | 1,827,903.90 |
| SEC-Benefits | 4,551.90 |
| SEC - Payroll | 810.26 |
| Sklarco | 836,774.15 |