UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) |
| EIN: 72-1417930 | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| _____ | ) |
| | ) Case No. 20-12380-EEB |
| SKLARCO, LLC | ) |
| EIN: 72-1425432 | ) Chapter 11 |
| Debtor. | ) |

**ORDER AUTHORIZING THE DEBTORS TO
CONTINUE USE OF EXISTING BANK ACCOUNTS**

THIS MATTER, having come before the Court on the Debtors' Motion for Authority to Continue Use of Existing Bank Accounts, notice having been provided and no sustainable objections having been filed, for good cause shown, it is hereby

**ORDERED**

1  That Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco") are authorized to continue to utilize existing pre-petition bank accounts in the same manner as they did pre-petition during the course of its Chapter 11 case.

2  Nothing contained herein shall be construed as authorization for the Debtors to pay any pre-petition debts without prior authorization by the Bankruptcy Court, and East West Bank is authorized to follow the Debtors' instructions regarding which checks and electronic payment requests should be honored or dishonored.

3  The Debtors accounts at East West Bank shall be designated as debtor-in-possession accounts, and the Bank shall be so notified. The Bank shall not set off any claims it may hold against any of the Debtors' accounts without obtaining a prior order authorizing such a setoff.

4  The Debtors shall add the designation "debtor-in-possession" and their bankruptcy case number to the bank accounts and all checks issued by the Debtors.

Done and entered this _____ day of _____, 2020 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Court Judge