UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) |
| EIN: 72-1417930 | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| | ) Case No. 20-12380-EEB |
| SKLARCO, LLC | ) |
| EIN:  72-1425432 | ) Chapter 11 |
| Debtor. | ) |

**ORDER AUTHORIZING (A) PAYMENT OF PRE-PETITION EMPLOYEE BENEFITS AND (B) CONTINUATION OF EMPLOYEE BENEFITS PROGRAM**

This matter having come before the Court on the Motion of the Debtors above named, praying for entry of an Order authorizing: (a) payment of amounts owed for pre-petition accrued but unpaid contributions to unpaid employee benefit programs; and (b) continuation of employee benefit programs ("Motion"), having been provided on notice to creditors and parties in interest, and no objections having been received, the Court does hereby

ORDER that:

1. The Motion is GRANTED;

2. The Debtors are authorized in their sole and absolute discretion, to pay any accrued but unpaid contributions for employee benefit programs as described in the Motion up to, but not to exceed, the statutory limit of $13,650 per employee in accordance with 11 U.S.C. § 507(a)(5); and

3. The Debtors are authorized to maintain its employee benefit programs on a post-petition basis.

Done and entered this _____ day of April, 2020 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Court