IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CASE NO.: 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930 | CHAPTER 11 |
| Debtor.<br>_____ | |
| SKLARCO, LLC<br>EIN: 72-1425432 | CASE NO.: 20-12380-EEB |
| | CHAPTER 11 |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS**
_____

**TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST PLEASE TAKE NOTICE THAT:**

The undersigned has been asked to serve as counsel for Sugar Oil Properties, L.P. in the above-referenced case, and files this Notice of Appearance and Request for Notice in the above-referenced proceeding and requests that all notices given or required to be given in this case and all documents served or required to be severed in this case be given or served upon same at the address and/or email address listed as follows:

> J. Eric Lockridge
> (TX# 24013053, LA# 30159)
> eric.lockridge@keanmiller.com
> KEAN MILLER LLP
> 400 Convention Street, Suite 700
> P. O. Box 3513 (70821-3513)
> Baton Rouge, LA  70802
> Telephone:  (225) 387-0999
> Telecopier:  (225) 388-9133

21246345_1

**FURTHER NOTICE** is hereby given that the foregoing request includes all notices and copies of all motions, notices, reports, briefs, applications, complaint, demand, hearing, pleading, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization, or request, formal or informal, whether transmitted or conveyed by mail, email, fax or otherwise that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure. The undersigned will file a Rule 2019 disclosure in the near future.

Kean Miller LLP continues to represent TCP Cottonwood, L.P., AEEC II, LLC, and Anderson Exploration Energy Company, L.C.

Dated: April 15, 2020

Respectfully submitted:

KEAN MILLER LLP
/s/ J. Eric Lockridge
J. Eric Lockridge
(TX# 24013053, LA #30159)
eric.lockridge@keanmiller.com
KEAN MILLER LLP
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, LA 70802
Telephone: (225) 387-0999
Telecopier: (225) 388-9133

*Counsel for TCP Cottonwood, L.P., AEEC II, LLC, Anderson Exploration Energy Company, L.C., and Sugar Oil Properties, L.P.*

21246345_1

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CASE NO.: 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930 | CHAPTER 11 |
| Debtor. | |
| SKLARCO, LLC<br>EIN: 72-1425432 | CASE NO.: 20-12380-EEB |
| | CHAPTER 11 |
| Debtor. | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2020, a copy of the foregoing ***NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS*** was served through the court's ECF System on the Office of the U.S. Trustee, the Debtor through its attorney, and on all other parties or creditors who are entitled to notice as shown on the attached **Exhibit A**.

*/s/* J. Eric Lockridge

# Exhibit A

21246345_1