# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CASE NO.: 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930 | CHAPTER 11 |
| Debtor. | |
| SKLARCO, LLC<br>EIN: 72-1425432 | CASE NO.: 20-12380-EEB |
| | CHAPTER 11 |
| Debtor. | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2020, a copy of the foregoing ***NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS*** was served through the court's ECF System on the Office of the U.S. Trustee, the Debtor through its attorney, and on all other parties or creditors who are entitled to notice as shown on the attached **Exhibit A**.

*/s/* J. Eric Lockridge

21246345_1

# Exhibit A

U.S. Bankruptcy Court

District of Colorado
Notice of Electronic Filing

The following transaction was received from Eric Lockridge entered on 4/15/2020 at 10:27 AM MDT and filed on 4/15/2020

Case Name:  Sklar Exploration Company, LLC and Sklarco, LLC
Case Number: 20-12377-EEB
Document Number: 84

Docket Text:
 Entry of Appearance and Request for Notice Filed by Eric Lockridge on behalf of Sugar Oil Properties, L.P., AEEC II, LLC, Anderson Exploration Energy Company, LC, TCP Cottonwood, L.P.... (Lockridge, Eric)

The following document(s) are associated with this transaction:
Document description:Main Document
Original filename:H:\Notice of Appearance.pdf
Electronic document Stamp:
[STAMP bkecfStamp_ID=985638001 [Date=4/15/2020] [FileNumber=45464757-0
] [a40b54957a02762e54781716c51a3510b0c1151f9aa99ef9d66d5127cd98a10a211
f26974527d97fb08fdcea45548274755826baf24bada0274fbab2aebb734f]]

 20-12377-EEB Notice will be electronically mailed to:

James B. Bailey on behalf of Creditor Stoneham Drilling Corporation
jbailey@bradley.com, ashaver@bradley.com

Joseph Eric Bain on behalf of Creditor FPCC USA, Inc.
jbain@joneswalker.com

Duane Brescia on behalf of Creditor Lucas Petroleum Group, Inc.
dbrescia@clarkhill.com, kalexander@clarkhill.com;djaenike@clarkhill.com

Jeffrey S. Brinen on behalf of Debtor Sklar Exploration Company, LLC
jsb@kutnerlaw.com, receptionist@kutnerlaw.com;vlm@kutnerlaw.com

Jeffrey S. Brinen on behalf of Debtor Sklarco, LLC
jsb@kutnerlaw.com, receptionist@kutnerlaw.com;vlm@kutnerlaw.com

Shay L. Denning on behalf of Creditor CTM 2005, Ltd.
sdenning@mbssllp.com

21246345_1

Shay L. Denning on behalf of Creditor I & L Miss I, LP
sdenning@mbssllp.com

Shay L. Denning on behalf of Creditor Pickens Financial Group, LLC
sdenning@mbssllp.com

Shay L. Denning on behalf of Creditor Tauber Exploration & Production Company
sdenning@mbssllp.com

Lee M. Kutner on behalf of Debtor Sklar Exploration Company, LLC
lmk@kutnerlaw.com, vlm@kutnerlaw.com,receptionist@kutnerlaw.com

Lee M. Kutner on behalf of Debtor Sklarco, LLC
lmk@kutnerlaw.com, vlm@kutnerlaw.com,receptionist@kutnerlaw.com

Eric Lockridge on behalf of Creditor AEEC II, LLC
eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Eric Lockridge on behalf of Creditor Anderson Exploration Energy Company, L.C.
eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Eric Lockridge on behalf of Creditor Anderson Exploration Energy Company, LC
eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Eric Lockridge on behalf of Creditor Sugar Oil Properties, L.P.
eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Eric Lockridge on behalf of Creditor TCP Cottonwood, L.P.
eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Timothy C. Mohan on behalf of Creditor Baker Hughes, a GE Company LLC
tmohan@foley.com, tim.mohan4@gmail.com

Paul Moss on behalf of U.S. Trustee US Trustee
Paul.Moss@usdoj.gov

Kevin S. Neiman on behalf of Creditor Plains Gas Solutions, LLC
kevin@ksnpc.com

Kevin S. Neiman on behalf of Creditor Plains Marketing, L.P.
kevin@ksnpc.com

Matthew J. Ochs on behalf of Creditor Pruet Oil Company, LLC
mjochs@hollandhart.com

21246345_1

Matthew J. Ochs on behalf of Creditor Pruet Production Co.
mjochs@hollandhart.com

Matthew J. Ochs on behalf of Creditor Rapaid Well Service Co., Inc.
mjochs@hollandhart.com

John Thomas Oldham on behalf of Creditor Kodiak Gas Services, LLC
joldham@okinadams.com, bmoore@okinadams.com

Robert L Paddock on behalf of Creditor Meritage Energy Ltd
rpaddock@buckkeenan.com

Robert L Paddock on behalf of Creditor Strago Petroleum Corporation
rpaddock@buckkeenan.com

Jeremy L Retherford on behalf of Creditor Pruet Production Co.
jretherford@balch.com

Jeremy L Retherford on behalf of Interested Party Pruet Production Co.
jretherford@balch.com

Keri L. Riley on behalf of Debtor Sklar Exploration Company, LLC
klr@kutnerlaw.com, receptionist@kutnerlaw.com;vlm@kutnerlaw.com

Keri L. Riley on behalf of Debtor Sklarco, LLC
klr@kutnerlaw.com, receptionist@kutnerlaw.com;vlm@kutnerlaw.com

Timothy Michael Riley on behalf of Attorney Hopping Green & Sams
timothyr@hgslaw.com

Michael D Rubenstein on behalf of Interested Party BP America Production Company
mdrubenstein@liskow.com

Michael D Rubenstein on behalf of Interested Party BPX Properties (NA) LP
mdrubenstein@liskow.com

Craig K. Schuenemann on behalf of Creditor East-West Bank
craig.schuenemann@bryancave.com,
alicia.berry@bryancave.com,44Team_DEN@bryancave.com

Thomas H Shipps on behalf of Creditor CTM 2005, Ltd.
tshipps@mbssllp.com

Thomas H Shipps on behalf of Creditor I & L Miss I, LP
tshipps@mbssllp.com

21246345_1

Thomas H Shipps on behalf of Creditor Pickens Financial Group, LLC
tshipps@mbssllp.com

Thomas H Shipps on behalf of Creditor Tauber Exploration & Production Company
tshipps@mbssllp.com

Barnet B Skelton, Jr on behalf of Creditor CTM 2005, Ltd.
barnetbjr@msn.com

Barnet B Skelton, Jr on behalf of Creditor I & L Miss I, LP
barnetbjr@msn.com

Barnet B Skelton, Jr on behalf of Creditor Pickens Financial Group, LLC
barnetbjr@msn.com

Barnet B Skelton, Jr on behalf of Creditor Tauber Exploration & Production Company
barnetbjr@msn.com

Bryce Suzuki on behalf of Creditor East-West Bank
bryce.suzuki@bclplaw.com, tina.daniels@bclplaw.com

Timothy M. Swanson on behalf of Creditor Alabama Oil & Gas, LLC
tim.swanson@moyewhite.com,
audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com

Timothy M. Swanson on behalf of Creditor Apple River Investments, LLC
tim.swanson@moyewhite.com,
audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com

Timothy M. Swanson on behalf of Creditor Kudzo Oil Properties, LLC
tim.swanson@moyewhite.com,
audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com

Madison M. Tucker on behalf of Creditor FPCC USA, Inc.
mtucker@joneswalker.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

Amy Vazquez on behalf of Creditor FPCC USA, Inc.
avazquez@joneswalker.com

Deanna L. Westfall on behalf of Creditor Colorado Department Of Revenue
deanna.westfall@coag.gov, bncmail@w-legal.com

20-12377-EEB Notice will not be electronically mailed to:

21246345_1

Armbrecht Jackson, LLP

Berg Hill Greenleaf & Ruscitti, LLP

21246345_1