## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | Chapter 11 |
| SKLAR EXPLORATION COMPANY, LLC | Case No. 20-12377-EEB |
| | |
| SKLARCO, LLC | Case No. 20-12380-EEB |
| *Debtors* | (Jointly Administered) |

### VERIFIED STATEMENT OF MULTIPLE REPRESENTATION

The law firm of Copeland, Cook, Taylor & Bush, P.A. ("CCTB") of Ridgeland, Mississippi, files this *Verified Statement of Multiple Representation* under Federal Rule of Bankruptcy Procedure 2019, as follows:

1. CCTB has been asked to represent the following parties-in-interest in the above-referenced jointly administered bankruptcy cases: (1) PAR Minerals Corporation ("PAR"); and (2) Eastern Fishing & Rental Tool Company, Inc. ("Eastern").

2. PAR's address is 701 Texas Street, Shreveport, Louisiana 71101. CCTB's representation of PAR in these cases began in April 2020.

3. Eastern's address is 2406 Moose Drive, Laurel, Mississippi 39440. CCTB's representation of Eastern in these cases began in April 2020.

4. PAR and Eastern are both longstanding clients of CCTB.

5. CCTB is acting as counsel for PAR and Eastern. Each party was informed of the multiple representation by CCTB and has consented thereto.

**THIS** the 15th day of April, 2020.

Respectfully submitted,

**COPELAND, COOK, TAYLOR & BUSH, P.A.**

By: /s/ Christopher H. Meredith
    Christopher H. Meredith, MSB No. 7548

OF COUNSEL
Copeland, Cook, Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway [Zip—39157]
P.O. Box 6020
Ridgeland, MS  39158-6020
Phone: 601-856-7200
Facsimile: 601-856-7626
cmeredith@cctb.com

### VERIFICATION UNDER 28 U.S.C. § 1746

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

**EXECUTED** on this the 15th day of April, 2020.

/s/ Christopher H. Meredith_____

### CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing through the Court's Electronic Filing System upon all parties signed up to receive such notices.

**THIS** the 15th day of April, 2020.

/s/ Christopher H. Meredith_____
Of Counsel