# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| **SKLAR EXPLORATION COMPANY, LLC** | **Case No. 20-12377-EEB** |
| **SKLARCO, LLC** | **Case No. 20-12380-EEB** |
| *Debtors* | **(Jointly Administered)** |

## NOTICE OF APPEARANCE AND
## REQUEST FOR ALL COPIES AND PLEADINGS

**NOTICE IS HEREBY GIVEN** that Christopher H. Meredith of Copeland, Cook, Taylor & Bush, P.A., P.O. Box 6020, Ridgeland, Mississippi 39158-6020, has entered his appearance on behalf of Eastern Fishing & Rental Tool Company, Inc., which requests that its undersigned attorney be given and served with a true and complete copy of all notices, papers, pleadings, or other filing served or required to be served in this case.

**THIS** the 15th day of April, 2020.

Respectfully submitted,

**EASTERN FISHING & RENTAL
TOOL COMPANY, INC.**

By: /s/ Christopher H. Meredith
   Christopher H. Meredith, MSB No. 7548
   *One of Its Attorneys*

OF COUNSEL
Copeland, Cook, Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway [Zip—39157]
P.O. Box 6020
Ridgeland, MS  39158-6020
Phone: 601-856-7200
Facsimile: 601-856-7626
cmeredith@cctb.com

## CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing through the Court's Electronic Filing System upon all parties signed up to receive such notices.

**THIS** the 15th day of April, 2020.

/s/ Christopher H. Meredith
Of Counsel