UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

**MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, AND INITIAL FINANCIAL REPORT**

The Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together "Debtors"), by and through their attorneys, Kutner Brinen, P.C., move the Court for entry of an order extending by two (2) days the time in which the Debtors have to file their Schedules and Statement of Financial Affairs and submit their Initial Financial Report ("IFR") to the United States Trustee ("UST"), and as grounds therefor state as follows:

1. The Debtors filed for relief under Chapter 11 of the Bankruptcy Code on April 1, 2020. The Debtors remain debtors-in-possession.

2. SEC is a Louisiana limited liability company engaged in business as an independent exploration and production company in the oil and gas industry. SEC has its principal business office in Boulder, Colorado and has additional offices in Shreveport, Louisiana and Brewton, Alabama. SEC's exploration and production activities are located in East Texas, North Louisiana, South Mississippi, South Alabama and the Florida Panhandle. SEC is also developing opportunities in the western United States.

3. Sklarco is a Louisiana limited liability company that holds extensive oil and gas interests in East Texas, North Louisiana, South Mississippi, South Alabama, the Florida Panhandle, Wyoming, and Montana.

4. The Debtors' Schedules, Statement of Financial Affairs, and IFRs are currently due on April 15, 2020.

5. The Debtors and counsel have been working diligently to complete the required information while also managing the other needs of the case, including addressing issues related to the Debtors' contested First Day Motions, including interim use of cash collateral. The Debtors have also worked diligently to compile information requested by creditors in a virtual data room that will provide interested parties with additional information during the pendency of the Debtors cases.

6. The Debtors have complex financial holdings that require extensive review in order to accurately identify and complete the Schedules and Statements of Financial Affairs. While the Debtors have been diligently working on completing this information, and the Schedules and Statement of Financial Affairs are almost complete, additional time is necessary to review the information and the ensure that the information is accurately described.

7. Accordingly, the Debtors respectfully request and extension of deadline by which they are required to complete their Schedules and Statement of Financial Affairs by two (2) days, through and including April 17, 2020.

8. The Schedules and Statement of Financial Affairs will be filed well in advance of the §341 meeting, and in advance of the hearing on the Debtors' continued use of cash collateral. Parties will also have access to additional financial information concerning the Debtors' financial affairs through the virtual data room on April 15.

9. It is in the best interests of the Debtors and their creditors that the brief extension of time be granted. The additional time will allow the Debtors to fully review the Schedules and Statement of Financial Affairs to ensure that the financial information contained therein is accurate and complete.

**[remainder of page intentionally left blank]**

WHEREFORE, the Debtors pray that the Court make and enter an Order granting the Debtors an extension of two (2) days, through and including April 17, 2020, in which to file their Schedules and Statement of Financial Affairs and submit their IFRs, and for such further and additional relief as the Court may appear proper.

DATED: April 15, 2020

Respectfully submitted,

By: */s/ Keri L. Riley*
    Lee M. Kutner, #10966
    Keri L. Riley, #47605
    **KUTNER BRINEN, P.C.**
    1660 Lincoln St., Suite 1850
    Denver, CO 80264
    Telephone: (303) 832-2400
    Telecopy: (303) 832-1510
    Email: klr@kutnerlaw.com

## CERTIFICATE OF SERVICE

I certify that on April 15, 2020, I served a complete copy of the foregoing **MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, AND INITIAL FINANCIAL REPORT** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Timothy C. Mohan, Esq.
Foley & Lardner, LLP
600 17th Street
Suite 2020 South
Denver, CO 80202

J. Eric Lockridge, Esq.
Kean Miller LLP
400 Convention Street
Suite 700
P.O. Box 3513
Baton Rouge, LA 70802

Craig K. Schuenemann, Esq.
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Giovanni M. Ruscitti, Esq.
Berg Hill Greenleaf Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

Bryce A. Suzuki, Esq.
Bryan Cave Leighton Paisner, LLP
Two North Central Avenue
Suite 2100
Phoenix, AZ 85004-4406

James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Timothy M. Riley, Esq.
Hopping Green & Sams, P.A.
P.O. Box 6526
Tallahassee, FL 32314

Michel D. Rubenstein, Esq.
Liskow & Lewis
1001 Fannin Street
Suite 1800
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos
Suite 700
Austin, TX 78701

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
999 18th Street
Suite 1230 South
Denver, CO 80202

Robert L. Paddock, Esq.
Buck Keenan LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

| | |
|---|---|
| Jeremy L. Retherford, Esq.<br>Balch & Bingham, LLP<br>1901 Sixth Avenue North<br>Suite 1500<br>Birmingham, Alabama 35203 | Barnet B. Skelton, Jr., Esq.<br>815 Walker<br>Suite 1502<br>Houston, TX 77002 |
| Matthew J. Ochs, Esq.<br>Holland & Hart, LLP<br>555 Seventeenth Street<br>Suite 3200<br>P.O. Box 8749<br>Denver, CO 80201-8749 | Amy L. Vazquez, Esq.<br>Jones Walker LLP<br>811 Main Street<br>Suite 2900<br>Houston, TX 77002 |
| Shay L. Denning, Esq.<br>Thomas H. Shipps, Esq.<br>Maynes, Bradford, Shipps & Sheftel, LLP<br>835 East Second Avenue<br>Suite 123<br>Durango, CO 81301 | Matthew S. Okin, Esq.<br>John Thomas Oldham, Esq.<br>Okin Adams, LLP<br>1113 Vine Street<br>Suite 240<br>Houston, TX 77002 |
| Deanna Lee Westfall, Esq.<br>Assistant Attorney General<br>Colorado Department of Law<br>1300 Broadway<br>8th Floor<br>Denver, CO 80203 | Christopher H. Meredith, Esq.<br>Copeland Cook Taylor & Bush, P.A.<br>1076 Highland Colony Parkway<br>600 Concourse, Suite 200<br>P.O. Box 6020<br>Ridgeland, Mississippi 39158-6020 |
| Timothy M. Swanson, Esq.<br>Moye White LLP<br>1400 16th Street<br>6th Floor<br>Denver, CO 80202-1486 | **/s/Vicky Martina**<br>**Vicky Martina** |
| Joseph E. Bain, Esq.<br>Jones Walker LLP<br>811 Main Street<br>Suite 2900<br>Houston, TX 77002 | **Kutner Brinen PC** |
| Madison Tucker, Esq.<br>Jones Walker LLP<br>201 St. Charles Avenue<br>Suite 5100<br>New Orleans, Louisiana 70170 | |