UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**ORDER GRANTING DEBTORS AN EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

This matter, having come before the Court on the Debtors' Motion for Extension of Time to file Schedules and Statement of Financial Affairs, the Court being advised, does hereby

ORDER

That the Debtors are granted an extension of two (2) days, through and including April 17, 2020 to file their Schedules and Statement of Financial Affairs and submit their Initial Financial Reports to the United States Trustee.

Dated: April __, 2020                    BY THE COURT:


                                         _____
                                         Honorable Elizabeth E. Brown
                                         United States Bankruptcy Judge