UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-12377-EEB |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC, | ) | Chapter 11 |
| EIN:  72-1417930 | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | Case No. 20-12380-EEB |
| | ) | Chapter 11 |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432, | ) | |
| | ) | Jointly Administered Under |
| Debtor. | ) | Case No. 20-12377-EEB |
| | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PLEADINGS AND OTHER PAPERS**

**TO ALL PARTIES, PLEASE TAKE NOTICE THAT:**

Berger Singerman LLP, hereby appears as counsel for Creditor, Fletcher Petroleum Company, LLC ("Creditor"), and hereby files this *Notice of Appearance and Request for Service of Pleadings and Other Papers* (the "Notice"), pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and that such Creditor hereby respectfully requests, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, that copies of all notices and pleadings given or requested to be served in this case be served upon the undersigned attorney at the following address:

> Brian G. Rich, Esq.
> Berger Singerman LLP
> 313 N. Monroe Street, Suite 301
> Tallahassee, FL 32301
> Telephone: (850) 561-3010
> Facsimile:  (850) 561-3013
> E-mail: brich@bergersingerman.com

9700707-1

**PLEASE TAKE FURTHER NOTICE** that, pursuant section 1109(b) of the Bankruptcy Code and Rule 2002 of the Bankruptcy Rules, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, motion, petition, complaint, demand, hearing, pleading, request, disclosure statement or plan of reorganization, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, email, Internet or otherwise filed or given with regard to this case and proceedings therein, or that affects or seeks to affect in any way any rights or interests of any party in interest in this case with respect thereto.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed a waiver of any right of the Creditor: (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related hereto; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to object to any jurisdiction of this Court for any purpose other than with respect to this Notice; or (v) to any rights, claims, actions, defenses, setoffs, recoupments or remedies to which the Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims,

9700707-1

actions, defenses, setoffs, recoupments and remedies the Creditor expressly reserves hereby.

DATED: April 16, 2020

BERGER SINGERMAN LLP
*Counsel for Fletcher Petroleum Company, LLC*
313 N. Monroe Street, Suite 301
Tallahassee, FL 32301
Telephone: (850) 561-3010
Facsimile: (850) 561-3013

By: */s/ Brian G. Rich*
  Brian G. Rich
  Florida Bar No. 38229
  brich@bergersingerman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 16th day of April 2020, by electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List.

By: */s/ Brian G. Rich*
  Brian G. Rich

**CM/ECF SERVICE LIST**

- James B. Bailey    jbailey@bradley.com, ashaver@bradley.com
- Joseph Eric Bain    jbain@joneswalker.com
- Duane Brescia    dbrescia@clarkhill.com, kalexander@clarkhill.com;djaenike@clarkhill.com
- Jeffrey S. Brinen    jsb@kutnerlaw.com, receptionist@kutnerlaw.com;vlm@kutnerlaw.com
- Shay L. Denning    sdenning@mbssllp.com
- Lee M. Kutner    lmk@kutnerlaw.com, vlm@kutnerlaw.com,receptionist@kutnerlaw.com
- Eric Lockridge    eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
- Timothy C. Mohan    tmohan@foley.com, tim.mohan4@gmail.com
- Paul Moss    Paul.Moss@usdoj.gov
- Kevin S. Neiman    kevin@ksnpc.com
- Matthew J. Ochs    mjochs@hollandhart.com
- Robert L Paddock    rpaddock@buckkeenan.com
- Jeremy L Retherford    jretherford@balch.com
- Keri L. Riley    klr@kutnerlaw.com, receptionist@kutnerlaw.com;vlm@kutnerlaw.com
- Timothy Michael Riley    timothyr@hgslaw.com
- Michael D Rubenstein    mdrubenstein@liskow.com
- Craig K. Schuenemann    craig.schuenemann@bryancave.com, alicia.berry@bryancave.com,44Team_DEN@bryancave.com
- Thomas H Shipps    tshipps@mbssllp.com
- Barnet B Skelton    barnetbjr@msn.com
- Bryce Suzuki    bryce.suzuki@bclplaw.com, tina.daniels@bclplaw.com
- Timothy M. Swanson    tim.swanson@moyewhite.com, audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
- Madison M. Tucker    mtucker@joneswalker.com
- US Trustee    USTPRegion19.DV.ECF@usdoj.gov
- Deanna L. Westfall    deanna.westfall@coag.gov, bncmail@w-legal.com

9700707-1