# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) Chapter 11 |
| EIN: 72-1417930 | ) |
| Debtor. | ) |
| | ) Case No. 20-12380-EEB |
| SKLARCO, LLC | ) Chapter 11 |
| EIN: 72-1425432 | ) |
| | ) ***Jointly Administered Under*** |
| Debtor. | ) ***Case No. 20-12377-EEB*** |

## UNITED STATES TRUSTEE'S APPOINTMENT OF
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Patrick S. Layng, the United States Trustee for Region 19, hereby appoints the following creditors to the Official Unsecured Creditors' Committee in the case of Sklar Exploration Company, LLC, Case No. 20-12377-EEB:

Stoneham Drilling Corporation (Representative: Heather Stickel)**
c/o James B. Bailey
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203
(205) 521-8913 - phone
(205) 488-6913 - fax
jbailey@bradley.com

Mesa Fluids, LLC (Representative: Aaron W. Merrell)
1669 S. 580 East
American Fork, UT, 84057
(801) 372-2219 - phone
aaron.merrell@mesafluids.com

TCP Cottonwood, L.P. (Representative: Kyle C. McInnis)
c/o Eric Lockridge
400 Convention St., Suite 700
Baton Rouge, LA 70802
(225) 389-3756 - phone
eric.lockridge@keanmiller.com

RAPAD Well Service Company, Inc. (Representative: Chesley James)
c/o Jeremy Retherford
Balch & Bingham, LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203-4642
(205) 226-3479 - phone
jretherford@balch.com

Kelley Brothers Contractors, Inc. (Representative: Jerry Kelley)
401 County Farm Rd.
Waynesboro, MS 39367
(601) 323-4175 - phone
(601) 735-2809 - fax
kelleybros@kelleycompanies.com

Baker Hughes Company (Representative: Christopher J. Ryan)
2001 Rankin Road
Houston, TX 77073
(713) 879-1063 - phone
chris.ryan@bakerhughes.com

FPCC USA, Inc. (Representative: William Hu)
c/o Joseph E. Bain
Jones Walker LLP
811 Main Street, Suite 2900
Houston, TX 77002
(713) 437-1820 - phone
(713) 437-1917 - fax
jbain@joneswalker.com

\*\* Heather Stickel is hereby designated as Chair of the Committee until the Committee can meet and elect the Chair of the Committee.

Dated: April 16, 2020                     Respectfully submitted,

                                          PATRICK S. LAYNG
                                          UNITED STATES TRUSTEE

                                          /s/ Paul Moss
                                          By: Paul Moss, #26903
                                          Trial Attorney for the U.S. Trustee
                                          1961 Stout Street, Suite 12-200
                                          Denver, CO 80294
                                          (303) 312-7995
                                          (303) 312-7259 fax
                                          Paul.Moss@usdoj.gov

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on April 16, 2020, a copy of the UNITED STATES TRUSTEE'S APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS was served on committee members' email and by deposit in the United States Mail, postage prepaid, or electronically through the CM/ECF system on the following parties (and any other parties requesting electronic notice through the court):

Sklar Exploration Company, LLC
5395 Pearl Parkway
Suite 200
Boulder, CO 80301

Sklarco, LLC
5395 Pearl Parkway
Suite 200
Boulder, CO 80301

### *VIA CM/ECF:*

Lee M. Kutner
Keri L. Riley
Jeffrey S. Brinen
James B. Bailey
Joseph Eric Bain
Duane Brescia
Shay L. Denning
Eric Lockridge
Christopher Meredith
Timothy C. Mohan
Kevin S. Neiman
Matthew J. Ochs
John Thomas Oldham
Robert L. Paddock
Jeremy L. Retherford
Timothy Michael Riley
Michael D. Rubenstein
Craig K. Schuenemann
Thomas H. Shipps
Barnet B. Skeleton, Jr.
Bryce Suzuki
Timothy M. Swanson
Madison M. Tucker
Amy Vazquez
Deanna L. Westfall
Michael Niles
Brian Rich

                                            /s/ Paul Moss
                                        Office of the United States Trustee