**Fill in this information to identify the case:**

Debtor name **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **20-12377-EEB**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **East West Bank** | **Checking - Operating** | **8657** | **$769,715.88** |
| 3.2. | **East West Bank** | **Checking - Revenue** | **8665** | **$1,827,903.90** |
| 3.3. | **East West Bank** | **Checking - Payroll** | **8681** | **$810.26** |
| 3.4. | **East West Bank** | **Checking - Benefits** | **8673** | **$4,551.90** |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Note Receivable - Marshall Jones** | **$54,087.50** |
| 4.2. | **Accounts Receivables from Sale of Oil and Gas Production; subject to claims of interest holders, including royalty interests, and 20% attributable to Sklarco's interest** | **$3,216,756.69** |



Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4.3. **Hedging Settlements due as of Petition Date** **$173,495.00**

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. **$6,047,321.13**

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Deposit for Plug & Abandonment Obligations in Alabama; held by Acstar Insurance** | **$100,000.00** |
| 7.2. | **Electricity Deposit - Alabama Power** | **$500.00** |
| 7.3. | **Electricity Deposit - Mississippi Power** | **$8,400.00** |
| 7.4. | **Electricity Deposit - Upshur Rural Electric Cooperative** | **$765.00** |
| 7.5. | **Electricity Deposit - Cherokee County Electric Cooperative Association** | **$578.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Deposited Funds for Benny Card for Employee HRAs; heald by Werntz** | **$18,631.12** |
| 8.2. | **Prepayment for Subscription - S&P Global Platts** | **$13,694.05** |
| 8.3. | **Prepayment for Subscription - S&P Global Platts** | **$4,237.92** |
| 8.4. | **Prepaid Deposit held by Omni Hotel & Resort** | **$25,805.00** |
| 8.5. | **Workers' Comp Insurance Prepayment - J&H Insurance Service, Inc.** | **$4,662.33** |



Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | |
|---|---|---|
| 8.6. | **Prepayments for Multiple Policies, Including Crime and Travel - J&H Insurance Services, Inc.** | **$19,411.75** |
| 8.7. | **Auto Insurance Prepayment** | **$18,278.84** |
| 8.8. | **OEE Well Prepayment - J&H Insurance Services, Inc.** | **$10,158.59** |

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81. **$225,122.60**

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **1,742,859.27** | - | **141,534.51** | = .... | **$1,601,324.76** |
| 11b. Over 90 days old: | **761,893.04** | - | **652,737.18** | =.... | **$109,155.86** |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. **$1,710,480.62**

**Part 4: Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1. | **THP Partners II, LP; Debtor is agent nominee and does not hold equitable or beneficial interest; equitable and beneficial held by Howard Sklar Trust** | | **$0.00** |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**


Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Name of entity: | % of ownership | | |
|---|---|---|---|
| 15.1. **Hedging Agreements** | % | | **Unknown** |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.** **$0.00**
Add lines 14 through 16. Copy the total to line 83.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office Furniture - See Attached** | **$88,663.30** | **Tax records/Cost** | **$461,206.37** |
| 40. | **Office fixtures**<br>**Office Fixtures - See Attached, Building Category** | **$46,185.00** | **Tax records/Cost** | **$173,329.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Misc. Office Supplies and Computer Hardware - See Attached** | **$24,189.27** | **Tax records/Cost** | **$328,857.12** |
| | **Software Licenses - See attached** | **$92,643.23** | | **Unknown** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$963,392.49**
Add lines 39 through 42. Copy the total to line 86.


Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Vehicles - See attached** | **$571,417.29** | **Tax records/Cost** | **$931,264.22** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.** **$931,264.22**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|


Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Sklar Exploration Company, LLC** Case number *(If known)* **20-12377-EEB**
Name

| | | | | |
|---|---|---|---|---|
| 55.1. **Leasehold Improvements - See Attached** | | **$99,952.16** | **Tax records/Cost** | **$441,708.17** |

56. **Total of Part 9.** **$441,708.17**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| **Sklarexploration.com** | **Unknown** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.** **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.


Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

■ No. Go to Part 12.
☐ Yes Fill in the information below.


Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Sklar Exploration Company, LLC**
Name

Case number *(If known)* **20-12377-EEB**

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$6,047,321.13** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$225,122.60** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$1,710,480.62** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$963,392.49** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$931,264.22** | |
| 88. | **Real property.** *Copy line 56, Part 9*......> | | **$441,708.17** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$9,877,581.06** | + 91b. **$441,708.17** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$10,319,289.23** |



Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Asset Depreciation Report for Sklar Exploration Company**
**All fixed assets use SLD unless otherwise noted**

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| | | | **ORGANIZATIONAL COSTS** | | |
| | | | **1301 - BUILDINGS** | | |
| **ASSET** | **Acquired** | | | | |
| 6/20/2000 | 6/30/2000 | 1301 | Office Improvements | 13,621.00 | 6,432.31 |
| 9/9/2008 | 9/30/2008 | 1301 | SLPpet FMSh 7.00OmitOfActive New | 55,299.00 | - |
| 6/24/2009 | 6/30/2009 | 1301 | SLPice FM 39.00Omit Active New Not | 53,276.00 | 37,464.57 |
| 6/30/2009 | 6/30/2009 | 1301 | SLPrcadFM | 2,318.00 | 536.97 |
| 8/5/2009 | 8/31/2009 | 1301 | W Arcadia Field Office - Office Fur | 7,236.00 | - |
| 9/4/2009 | 9/30/2009 | 1301 | W Arcadia Field Office - Water & Se | 7,164.00 | 1,751.20 |
| 10/1/2009 | 10/31/2009 | 1301 | W Arcadia Field Office - Pipe Racks | 4,500.00 | - |
| 5/2/2010 | 5/31/2010 | 1301 | Alabama Field Office Remodel | 3,407.00 | - |
| 5/2/2010 | 5/31/2010 | 1301 | Alabama Field Office Remodel | 4,461.00 | - |
| 5/2/2010 | 5/31/2010 | 1301 | Alabama Field Office Remodel | 5,577.00 | - |
| 5/18/2010 | 5/31/2010 | 1301 | West Arcadia Yard Shed | 1,335.00 | - |
| 5/25/2010 | 5/31/2010 | 1301 | West Arcadia Yard Shed | 11,037.00 | - |
| 10/15/2010 | 10/31/2010 | 1301 | West Arcadia Yard Shed | 4,098.00 | - |
| **Totals for 1301** | | | | **173,329.00** | **46,185.05** |
| | | | | √ | |
| | | | **1302- LEASEHOLD IMPROVEMENTS** | | |
| **ASSET** | **Acquired** | | | | |
| 5/11/1999 | 5/31/1999 | 1302 | Leasehold Improvements | 36,226.00 | 16,100.28 |
| 2/4/2002 | 2/28/2002 | 1302 | Leasehold Improvements | 11,567.00 | 5,956.31 |
| 9/9/2008 | 9/30/2008 | 1302 | Leasehold Improvements | 72,662.00 | 49,683.44 |
| 4/30/2009 | 4/30/2009 | 1302 | W Arcadio Field Office - Propane Ta | 1,350.00 | - |
| 5/31/2009 | 5/31/2009 | 1302 | W Arcadia Field Office - Parking Ar | 29,053.00 | 6,455.99 |
| 7/16/2009 | 7/31/2009 | 1302 | W Arcadia Field Office - Fence | 43,875.00 | 10,237.50 |
| 7/30/2009 | 7/31/2009 | 1302 | W Arcadia Field Office - Fence | 34,174.00 | 7,973.70 |
| 8/31/2009 | 8/31/2009 | 1302 | SLPrcadFM F15.00OmitceActivekNew | 13,366.00 | 3,194.89 |
| 9/13/2011 | 9/30/2011 | 1302 | SLPodelFM 5.00Omit Active New Not | 94,457.00 | - |

| | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|
| 12/28/2011 | 12/31/2011 | 1302 SLPrmosFMt 10.00Omit Active New Not | 3,737.00 | 350.04 |
| 7/24/2013 | 7/31/2013 | 1302 Gene Nims Builders, Inc. | 14,661.00 | - |
| 5/21/2013 | 5/31/2013 | 1302 Key-Rite Security | 3,955.24 | - |
| 7/8/2013 | 7/31/2013 | 1302 Key-Rite Security | 1,977.62 | - |
| 10/7/2013 | 10/31/2013 | 1302 Sand Construction of Colorado- Metal in | 2,400.00 | - |
| 9/19/2014 | 9/30/2014 | 1302 Modular Enclosure Walls- First floor | 51,271.19 | - |
| 9/19/2014 | 9/30/2014 | 1302 Modular Enclosure Walls- Second floor | 8,323.42 | - |
| 9/19/2014 | 9/30/2014 | 1302 Installation of modular offices | 18,652.70 | - |
| **Totals for 1302** | | | **441,708.17** | **99,952.16** |
| | | | √ | |

**1306- FURNITURE & FIXTURES**

**ASSET Acquired**

| | | | | |
|---|---|---|---|---|
| 5/11/1999 | 5/31/1999 | 1306 Desks | 15,247.00 | - |
| 5/11/1999 | 5/31/1999 | 1306 File Cabinets | 3,390.00 | - |
| 6/15/1999 | 6/30/1999 | 1306 Conference Room Chairs | 2,786.00 | - |
| 6/15/1999 | 6/30/1999 | 1306 Desks | 3,082.00 | - |
| 6/15/1999 | 6/30/1999 | 1306 Chairs | 1,467.00 | - |
| 6/21/1999 | 6/30/1999 | 1306 Desks | 5,448.00 | - |
| 7/9/1999 | 7/31/1999 | 1306 Chairs | 1,039.00 | - |
| 7/9/1999 | 7/31/1999 | 1306 Table | 589.00 | - |
| 4/24/2000 | 4/30/2000 | 1306 SLPirs FM 7.00Omit Active New Not | 1,772.00 | - |
| 5/26/2000 | 5/31/2000 | 1306 SLPk FM 7.00Omit Active New Not | 3,000.00 | - |
| 5/30/2000 | 5/31/2000 | 1306 SLPing FMbi 7.00Omit Active New Not | 724.00 | - |
| 5/30/2000 | 5/31/2000 | 1306 Desk | 6,610.00 | - |
| 5/30/2000 | 5/31/2000 | 1306 Filing Cabinet | 1,856.00 | - |
| 6/20/2000 | 6/30/2000 | 1306 Furniture | 1,315.00 | - |
| 6/29/2000 | 6/30/2000 | 1306 Filing Cabinet | 1,262.00 | - |
| 7/16/2000 | 7/31/2000 | 1306 Desk | 1,028.00 | - |
| 11/9/2001 | 11/30/2001 | 1306 2 Desk - Desk, Corner, Lat. File | 2,254.00 | - |
| 11/15/2001 | 11/30/2001 | 1306 9 Desks & Returns | 5,992.00 | - |
| 12/11/2001 | 12/31/2001 | 1306 Granite Conference Room Tabletop | 1,363.00 | - |
| 12/27/2001 | 12/31/2001 | 1306 2 Paintings for office | 1,498.00 | - |
| 1/15/2002 | 1/31/2002 | 1306 Conference Room Table | 1,363.00 | - |
| 1/15/2002 | 1/31/2002 | 1306 Chairs | 4,194.00 | - |
| 2/1/2002 | 2/28/2002 | 1306 Table Base | 1,263.00 | - |

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 2/5/2002 | 2/28/2002 | 1306 | Side Table | 1,053.00 | - |
| 2/10/2002 | 2/28/2002 | 1306 | Filing Cabinets | 3,455.00 | - |
| 3/10/2002 | 3/31/2002 | 1306 | Filing Cabinets | 1,115.00 | - |
| 7/13/2004 | 7/31/2004 | 1306 | Vertical Filing Cabinets (8) | 1,276.00 | - |
| 7/15/2004 | 7/31/2004 | 1306 | 2 - Drawer Lateral Filing Cabinet | 736.00 | - |
| 2/17/2006 | 2/28/2006 | 1306 | Lateral Filing Cabinets | 1,922.00 | - |
| 5/8/2006 | 5/31/2006 | 1306 | File | 2,112.00 | - |
| 11/16/2006 | 11/30/2006 | 1306 | Mountain Goat Picture | 1,465.00 | - |
| 8/27/2007 | 8/31/2007 | 1306 | 5 Filing Cabinets | 1,634.00 | - |
| 3/28/2008 | 3/31/2008 | 1306 | SLPk w/FMtu 7.00OmitLaActivetNew Not | 1,451.00 | - |
| 7/7/2008 | 7/31/2008 | 1306 | SLPirs FM 7.00Omit Active New Not | 1,607.00 | - |
| 7/15/2008 | 7/31/2008 | 1306 | SLP FM 7.00Omit Active New Not | 2,630.00 | - |
| 9/3/2008 | 9/30/2008 | 1306 | Conference Room Chairs - Geology | 2,553.00 | - |
| 9/3/2008 | 9/30/2008 | 1306 | Table - GE | 1,171.00 | - |
| 9/10/2008 | 9/30/2008 | 1306 | Lateral File | 2,049.00 | - |
| 10/3/2008 | 10/31/2008 | 1306 | Office Furniture-C Ezelle | 2,986.00 | - |
| 10/6/2008 | 10/31/2008 | 1306 | Credenza-C Ezelle | 1,226.00 | - |
| 11/3/2008 | 11/30/2008 | 1306 | Office Chairs-C Ezelle | 1,089.00 | - |
| 11/17/2008 | 11/30/2008 | 1306 | Chairs - HFS | 2,342.00 | - |
| 9/2/2009 | 9/30/2009 | 1306 | Engineer Deak and Lateral File | 3,929.00 | - |
| 3/5/2011 | 3/31/2011 | 1306 | Couch and Table for Geology Confere | 1,736.50 | 28.99 |
| 7/12/2011 | 7/31/2011 | 1306 | Office Furniture - My Office Produc | 5,122.73 | 256.11 |
| 7/26/2011 | 7/31/2011 | 1306 | Laterals & Bookcases | 2,623.78 | 131.47 |
| 8/22/2011 | 8/31/2011 | 1306 | Office Furniture | 4,039.56 | 235.80 |
| 9/5/2011 | 9/30/2011 | 1306 | Table for Corey's office | 434.39 | 28.95 |
| 12/5/2011 | 12/31/2011 | 1306 | Reception Decor & Rug | 2,413.66 | 221.47 |
| 9/18/2012 | 9/30/2012 | 1306 | SLPnituFM - 7.00Omit Active New Not | 7,496.79 | - |
| 6/11/2013 | 6/30/2013 | 1306 | Pear Workplace Solutions- Deposit | 9,235.00 | 0.00 |
| 6/29/2013 | 6/30/2013 | 1306 | Pear Workplace Solutions | 10,982.21 | (0.00) |
| 7/23/2013 | 7/31/2013 | 1306 | Sand Construction of Colorado LLC- | 9,500.00 | - |
| 8/5/2013 | 8/31/2013 | 1306 | Capital One credit card 8/2013 Nathan | 1,792.08 | (0.00) |
| 9/5/2013 | 9/30/2013 | 1306 | Capital One credit card 9/2013 Chris | 4,424.61 | 0.00 |
| 9/9/2013 | 9/30/2013 | 1306 | BSC Signs- Interior Sklar wall sign | 1,053.32 | 0.00 |
| 9/27/2013 | 9/30/2013 | 1306 | Pear Workplace Solutions- Bookcases, | 4,494.49 | 0.00 |
| 9/29/2013 | 9/30/2013 | 1306 | BSC Signs- Interior sign | 1,053.32 | 0.00 |
| 9/29/2013 | 9/30/2013 | 1306 | BSC Signs- Exterior Sklar sign | 1,767.29 | 0.00 |
| 10/7/2013 | 10/31/2013 | 1306 | Sand Construction of Colorado LLC- | 9,650.00 | - |

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 10/21/2013 | 10/31/2013 | 1306 | Pear Workplace Solutions | 15,010.33 | 0.00 |
| 12/17/2013 | 12/31/2013 | 1306 | Pear Workplace Solutions | 8,239.37 | (0.00) |
| 7/5/2013 | 7/31/2013 | 1306 | Capital One credit card 7/2013 Chris | 8,591.81 | (0.00) |
| 3/5/2014 | 3/31/2014 | 1306 | Pear Workplace Solutions- Big Horn | 2,581.44 | 61.53 |
| 1/4/2014 | 1/31/2014 | 1306 | Jewelry & Fossil Shop of Steamboat- | 149,730.00 | 58,644.25 |
| 1/10/2014 | 1/31/2014 | 1306 | Pear Workplace Solutions- Shelving and | 45,268.20 | 5,949.27 |
| 1/25/2014 | 1/31/2014 | 1306 | Pear Workplace Solutions- Hutches, | 2,962.01 | 35.36 |
| 9/19/2014 | 9/30/2014 | 1306 | Desk, installation and accessories | 1,311.40 | 757.48 |
| 9/19/2014 | 9/30/2014 | 1306 | Desk, installation and accessories | 2,529.63 | 1,461.73 |
| 9/19/2014 | 9/30/2014 | 1306 | Lateral file | 1,385.09 | 837.02 |
| 10/23/2014 | 10/31/2014 | 1306 | Jewelry & Fossil Shop of Steamboat- | 18,764.94 | 7,193.45 |
| 5/21/2015 | 5/31/2015 | 1306 | Pear workplace solutions - Cubicle | 4,927.49 | - |
| 3/18/2019 | 3/31/2019 | 1306 | Desk -LA | 2,835.30 | 2,457.26 |
| 3/31/2019 | 3/31/2019 | 1306 | Office Furniture - LA | 5,530.47 | 4,793.07 |
| 3/31/2019 | 3/31/2019 | 1306 | Office Desk - LA | 483.65 | 419.17 |
| 5/14/2019 | 5/31/2019 | 1306 | Ferris Officemart - LA | 5,255.67 | 4,671.71 |
| 5/28/2019 | 5/31/2019 | 1306 | Ferris Officemart - LA | 1,243.17 | 1,105.01 |
| | | | | | - |
| **Totals for 1306** | | | | **461,206.37** | **88,663.30** |
| | | | | √ | |

**1307 - MISC OFFICE EQUIPMENT AND**

| ASSET Acquired | | | | | |
|---|---|---|---|---|---|
| 5/11/1999 | 5/31/1999 | 1307 | SLPrigeFMto 7.00Omit Active New Not | 1,261.00 | - |
| 12/12/2005 | 12/31/2005 | 1307 | Ricoh Scanner | 4,694.00 | - |
| 4/23/2008 | 4/30/2008 | 1307 | Network | 1,081.00 | - |
| 9/5/2009 | 9/30/2009 | 1307 | AL | 3,501.00 | - |
| 1/5/2010 | 1/31/2010 | 1307 | Handhelds | 2,031.00 | - |
| 3/5/2010 | 3/31/2010 | 1307 | Handhelds | 1,401.00 | - |
| 6/11/2010 | 6/30/2010 | 1307 | ECS Server rack and hardware | 5,215.00 | - |
| 6/11/2010 | 6/30/2010 | 1307 | SLP SerFMr 5.00OmitHaActive New Not | 10,755.00 | - |
| 8/5/2010 | 8/31/2010 | 1307 | SLPn MoFMr 5.00Omit Active New Not | 3,723.00 | - |
| 8/5/2010 | 8/31/2010 | 1307 | SLPd FM 3.00Omit Active New Not | 2,199.00 | - |
| 9/23/2010 | 9/30/2010 | 1307 | Shreveport Plotter | 6,619.00 | - |
| 6/28/2013 | 6/30/2013 | 1307 | Stuart's Inc. of Shreveport- Postage | 14,975.94 | 0.00 |
| 9/29/2010 | 9/30/2010 | 1307 | Archmail Technology Defender | 1,075.00 | - |
| 3/5/2015 | 3/31/2015 | 1307 | Copier Machine | 2,479.61 | 657.82 |

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 3/10/2015 | 3/31/2015 | 1307 | Sharp Clor Copier | 8,316.11 | 2,206.37 |
| 3/26/2019 | 3/31/2019 | 1307 | Ricoh Copier | 11,209.76 | 8,235.75 |
| **Totals for 1307** | | | | **80,536.42** | **11,099.94** |
| | | | | √ | |

**1311 - COMPUTER HARDWARE &**

| ASSET | Acquired | | | | |
|---|---|---|---|---|---|
| 4/8/2008 | 4/30/2008 | 1311 | Log Scanner | 7,600.00 | - |
| 10/5/2010 | 10/31/2010 | 1311 | Computer | 1,891.00 | - |
| 10/19/2010 | 10/31/2010 | 1311 | ECS - ENGR Laptop & software | 1,073.00 | - |
| 11/5/2010 | 11/30/2010 | 1311 | Computer - Kim Ramsey | 1,074.00 | - |
| 12/19/2010 | 12/31/2010 | 1311 | Computer - Marshall | 1,135.00 | - |
| 1/5/2011 | 1/31/2011 | 1311 | Computer - Miles | 2,804.07 | 0.02 |
| 2/5/2011 | 2/28/2011 | 1311 | Computer - Corey | 2,812.68 | (0.03) |
| 2/10/2011 | 2/28/2011 | 1311 | Generator - Miss-Lou Oil Well Suppl | 1,919.93 | 15.98 |
| 3/31/2011 | 3/31/2011 | 1311 | 30" monitors - Cory & Don | 6,519.65 | - |
| 3/31/2011 | 3/31/2011 | 1311 | Computer - David | 975.63 | - |
| 4/18/2011 | 4/30/2011 | 1311 | Ikon Copier/Printer | 8,858.82 | - |
| 4/18/2011 | 4/30/2011 | 1311 | Apple Computer - Howard | 3,801.75 | - |
| 5/31/2011 | 5/31/2011 | 1311 | 2 Monitors | 1,152.38 | - |
| 6/30/2011 | 6/30/2011 | 1311 | 2 computers | 4,157.69 | - |
| 6/30/2011 | 6/30/2011 | 1311 | 2 computers Todd & Nathan | 5,091.66 | - |
| 6/30/2011 | 6/30/2011 | 1311 | Computer - Beth | 1,395.89 | - |
| 8/22/2011 | 8/31/2011 | 1311 | Glass top Scanner | 6,987.00 | - |
| 10/31/2011 | 10/31/2011 | 1311 | Server & Server switch | 13,034.00 | - |
| 2/27/2012 | 2/29/2012 | 1311 | ECS - Server | 14,320.99 | - |
| 2/27/2012 | 2/29/2012 | 1311 | Cisco Ethernet Switch | 10,068.23 | - |
| 12/19/2012 | 12/31/2012 | 1311 | SLPputeFM- 5.00OmitisActive New Not | 2,021.56 | - |
| 1/16/2013 | 1/31/2013 | 1311 | WolfePak, Inc.- Scanners | 3,112.50 | - |
| 1/30/2013 | 1/31/2013 | 1311 | ECS- Terminal server | 8,934.04 | (0.00) |
| 4/30/2013 | 4/30/2013 | 1311 | iSupportU | 8,810.55 | 0.00 |
| 6/30/2013 | 6/30/2013 | 1311 | ECS- Computers | 12,456.46 | 0.00 |
| 8/31/2013 | 8/31/2013 | 1311 | ECS- Laptop, docking station, monitors, | 3,020.85 | 0.00 |
| 9/11/2013 | 9/30/2013 | 1311 | CVI Digital Solutions- Large format color | 26,464.29 | (0.00) |
| 10/8/2013 | 10/31/2013 | 1311 | ECS | 6,359.04 | 0.00 |
| 7/31/2013 | 7/31/2013 | 1311 | ECS- Laptop for Travis | 1,219.89 | (0.00) |
| 8/22/2013 | 8/31/2013 | 1311 | ECS- Laptop for Terry | 1,128.79 | (0.00) |

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 12/5/2013 | 12/31/2013 | 1311 | ECS- Laptop for Leisa | 961.77 | 0.00 |
| 7/31/2013 | 7/31/2013 | 1311 | ECS- Computer for video conferencing, | 1,088.92 | - |
| 8/22/2013 | 8/31/2013 | 1311 | ECS- Computer for Don | 7,004.17 | 0.00 |
| 11/30/2013 | 11/30/2013 | 1311 | support.com | 11,965.73 | 0.00 |
| 1/25/2014 | 1/31/2014 | 1311 | support.com- Dell Precision T360 | 4,208.73 | 0.00 |
| 1/31/2015 | 1/31/2015 | 1311 | Dell Power Edge T620 | 11,472.97 | - |
| 1/1/2015 | 1/31/2015 | 1311 | ECS - Server Support | 6,788.75 | (0.00) |
| 1/29/2005 | 1/31/2005 | 1311 | ECS - Server for G Drive | 6,062.84 | - |
| 2/1/2015 | 2/28/2015 | 1311 | ECS IT | 9,875.00 | - |
| 7/1/2017 | 7/31/2017 | 1311 | ECS IT | 1,201.87 | - |
| 12/5/2017 | 12/31/2017 | 1311 | Neurolog | 5,195.00 | 2,078.08 |
| 3/31/2019 | 3/31/2019 | 1311 | Computer - LA | 1,620.47 | 972.29 |
| 5/15/2019 | 5/31/2019 | 1311 | Computer - LA | 1,950.47 | 1,300.32 |
| 2/1/2020 | 2/29/2020 | 1311 | Support.com | 8,722.67 | 8,722.67 |
| **Totals for 1311** | | | | **248,320.70** | **13,089.33** |

√

**1312 - SOFTWARE**

**ASSET Acquired**

| | | | | | |
|---|---|---|---|---|---|
| 7/17/1998 | 7/31/1998 | 1312 | Geophysical Software | 38,230.00 | - |
| 12/12/2001 | 12/31/2001 | 1312 | Wolfepak Accounting Software--70% | 10,000.00 | - |
| 12/12/2001 | 12/31/2001 | 1312 | Wolfepak Accounting Software--30% | 4,285.00 | - |
| 1/7/2002 | 1/31/2002 | 1312 | Wolfepak | 6,239.00 | - |
| 2/28/2002 | 2/28/2002 | 1312 | Wolfepak | 5,523.00 | - |
| 8/28/2002 | 8/31/2002 | 1312 | SLPsmicFMof 3.00Omit Active New Not | 2,294.00 | - |
| 9/3/2002 | 9/30/2002 | 1312 | SLP SofHYar 3.00Omit Active New Not | 1,250.00 | - |
| 3/3/2003 | 3/31/2003 | 1312 | SLPfpakFMan 3.00Omit Active New Not | 2,475.00 | - |
| 8/14/2003 | 8/31/2003 | 1312 | Geophysical Software | 14,922.00 | - |
| 6/15/2004 | 6/30/2004 | 1312 | Phdwin Software | 7,050.00 | - |
| 7/14/2004 | 7/31/2004 | 1312 | Geol Software | 15,555.00 | - |
| 9/30/2004 | 9/30/2004 | 1312 | Wolfepak Software | 1,210.00 | - |
| 8/14/2007 | 8/31/2007 | 1312 | Software for new server | 4,072.00 | - |
| 11/3/2007 | 11/30/2007 | 1312 | Software Fixed Assets Desktop Pro | 1,352.00 | - |
| 4/1/2008 | 4/30/2008 | 1312 | Wolfepak Upgrade for 20 Licenses | 19,130.00 | - |
| 12/7/2009 | 12/31/2009 | 1312 | Gohfer System Software | 38,250.00 | - |
| 1/31/2010 | 1/31/2010 | 1312 | GCS database & drilling wire | 6,074.00 | - |
| 8/2/2010 | 8/31/2010 | 1312 | Wolfepak, Inc Software License Rene | 2,400.00 | - |

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 11/6/2010 | 11/30/2010 | 1312 | BNA Software Renewal | 1,488.00 | - |
| 12/31/2010 | 12/31/2010 | 1312 | Computer Modeling License for IMEX | 30,000.00 | - |
| 11/30/2012 | 11/30/2012 | 1312 | WolfePak Scanning Module | 15,000.00 | - |
| 12/6/2012 | 12/31/2012 | 1312 | Landpro | 25,550.00 | - |
| 11/1/2013 | 11/30/2013 | 1312 | BNA- Fixed assests, renewal | 1,637.69 | - |
| 8/30/2013 | 8/31/2013 | 1312 | IHS Global, Inc.- Seismic software | 16,921.47 | - |
| 12/11/2013 | 12/31/2013 | 1312 | IHS Global, Inc.- Petra license, Val | 16,670.05 | - |
| 1/21/2013 | 1/31/2013 | 1312 | dba P2 Energy Solutions- 3 yrs access to | 72,294.56 | - |
| 10/4/2013 | 10/31/2013 | 1312 | Landpro Corporation- 2014 | 13,800.00 | - |
| 11/21/2013 | 11/30/2013 | 1312 | Drilling Info, Inc.- Software License | 80,000.00 | - |
| 12/6/2013 | 12/31/2013 | 1312 | Landpro Corporation- License for Lloyd | 11,600.00 | - |
| 1/30/2014 | 1/31/2014 | 1312 | Energy Navigator LLC- 2 Licenses, | 11,400.00 | - |
| 2/10/2014 | 2/28/2014 | 1312 | GeoEdges Inc.- Northern | 6,500.00 | - |
| 2/18/2014 | 2/28/2014 | 1312 | GeoEdges Inc.- N American Shale set | 5,530.00 | - |
| 5/5/2014 | 5/31/2014 | 1312 | IHS Global, Inc.- Nathan's Bitlock | 18,869.83 | - |
| 5/1/2014 | 5/31/2014 | 1312 | IHS Global, Inc.- Petra maint | 21,346.42 | - |
| 5/1/2014 | 5/31/2014 | 1312 | IHS Global, Inc.- IHS/Petra | 170,700.00 | - |
| 5/2/2014 | 5/31/2014 | 1312 | IHS Global, Inc.- Petra maint | 4,696.95 | - |
| 1/14/2014 | 1/31/2014 | 1312 | dba P2 Energy Solutions- Database, | 73,192.08 | - |
| 2/19/2014 | 2/28/2014 | 1312 | dba P2 Energy Solutions- Database | 12,616.24 | - |
| 10/3/2014 | 10/31/2014 | 1312 | Landpro Corporation subscription 1/1/15- | 17,000.00 | - |
| 11/1/2014 | 11/30/2014 | 1312 | IHS Global PAK Maintenance, AVOPAK | 17,299.98 | - |
| 11/6/2014 | 11/30/2014 | 1312 | Energy Navigator LLC- 2 Licenses, | 11,812.68 | - |
| 11/7/2014 | 11/30/2014 | 1312 | Bloomberg BNA License renewal 2/7/15- | 1,686.56 | - |
| 11/25/2014 | 11/30/2014 | 1312 | DrillingInfo Plus subscription | 84,000.00 | - |
| 6/1/2015 | 6/30/2015 | 1312 | ECS - Meraki MX80 Cloud Managed | 5,045.68 | (0.00) |
| 7/1/2017 | 7/31/2017 | 1312 | P2 Energy Solutions | 68,932.50 | - |
| 10/4/2017 | 10/31/2017 | 1312 | LandPro Corporation Subscription | 17,000.00 | (0.00) |
| 4/16/2018 | 4/30/2018 | 1312 | P2 Energy Solutions | 64,862.72 | 23,422.70 |
| 8/24/2018 | 8/31/2018 | 1312 | Wolfepak Sofware | 5,561.55 | 2,626.24 |
| 10/4/2018 | 10/31/2018 | 1312 | LandPro Corporation Subscription | 17,000.00 | 9,444.48 |
| 3/20/2019 | 3/31/2019 | 1312 | P2 Energy Solutions | 69,495.39 | 44,399.81 |
| 7/1/2019 | 7/31/2019 | 1312 | Wesmin Software | 17,000.00 | 12,750.01 |
| **Totals for 1312** | | | | **1,186,821.35** | **92,643.23** |

**1316 VEHICLES**

**ASSET Acquired**

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 10/3/2005 | 10/31/2005 | 1316 | Trailer | 1,064.65 | - |
| 8/16/2011 | 8/31/2011 | 1316 | 2011 Ford F-150 - F-26 xxx3529 | 25,757.71 | (0.00) |
| 5/20/2013 | 5/31/2013 | 1316 | 2013 Ford F35 | 37,730.20 | - |
| 10/28/2014 | 10/31/2014 | 1316 | 2014 F-42 | 40,814.21 | - |
| 2/18/2015 | 2/28/2015 | 1316 | 2014 - F45 | 41,571.17 | - |
| 3/4/2017 | 3/31/2017 | 1316 | 2016 - F47 | 40,831.46 | 15,652.22 |
| 3/21/2017 | 3/31/2017 | 1316 | 2017 - F49 | 51,465.24 | 19,728.48 |
| 7/1/2017 | 7/31/2017 | 1316 | 2016 - F50 | 44,539.76 | 20,042.87 |
| 7/1/2017 | 7/31/2017 | 1316 | 2017 - F51 | 57,404.69 | 25,832.26 |
| 6/30/2018 | 6/30/2018 | 1316 | 2017 - F52 | 49,057.57 | 31,069.72 |
| 10/1/2018 | 10/31/2018 | 1316 | 2018 -F53 | 50,163.87 | 35,114.78 |
| 1/1/2019 | 1/31/2019 | 1316 | 2018 F-54 | 48,634.60 | 36,475.91 |
| 1/1/2019 | 1/31/2019 | 1316 | 2019 F-55 | 61,349.85 | 46,012.36 |
| 7/18/2019 | 7/31/2019 | 1316 | 2019-F56 | 60,532.90 | 51,452.98 |
| 7/23/2019 | 7/31/2019 | 1316 | 2019-F-58 | 51,585.99 | 43,848.07 |
| 7/1/2019 | 7/31/2019 | 1316 | 2019-F57 | 55,552.85 | 47,219.93 |
| 9/1/2019 | 9/30/2019 | 1316 | 2018-F59 | 32,041.34 | 28,303.18 |
| 3/11/2020 | 3/31/2020 | 1316 | 2020 F-60NB | 52,004.71 | 51,137.96 |
| 3/11/2020 | 3/31/2020 | 1316 | 2019 F-61NB | 30,315.99 | 29,810.72 |
| 3/11/2020 | 3/31/2020 | 1316 | 2020 F-62NB | 45,227.99 | 44,474.19 |
| 3/11/2020 | 3/31/2020 | 1316 | 2020 F-63NB | 46,008.47 | 45,241.66 |
| | | | | | - |
| **Totals for 1316** | | | | **923,655.22** | **571,417.29** |

**1321 OTHER TRANS EQUIPMENT**

| ASSET Acquired | | | | | |
|---|---|---|---|---|---|
| 10/30/2009 | 10/31/2009 | 1321 | Kawasaki 4-Wheeler | 4,000.00 | - |
| 10/28/2010 | 10/31/2010 | 1321 | Bushhog | 1,445.00 | - |
| 11/24/2010 | 11/30/2010 | 1321 | 16' trailor | 2,164.00 | - |
| **Totals for 1321** | | | | **7,609.00** | **-** |