**Fill in this information to identify the case:**

Debtor name   **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **20-12377-EEB**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **East West Bank Treasury Department**<br>Creditor's Name<br><br>**135 North Los Robles Avenue**<br>**Suite 600**<br>**ATTN: Linda Cox**<br>**Pasadena, CA 91101**<br>Creditor's mailing address<br><br>**linda.cox@eastwestbank.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Substantially all of the Debtor's assets, including but not limited to Hedging Agreements, Cash, Accounts, and Receivables**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$22,350,000.00** | Unknown |
| **2.2** **Ford Motor Company**<br>Creditor's Name<br><br>**P.O. Box 650575**<br>**Dallas, TX 75265**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**Vehicles - See attached**<br><br>**Describe the lien**<br>**Purchase Money Security Interests in Vehicles**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$509,665.81** | **$931,264.22** |

Debtor   **Sklar Exploration Company, LLC**
Name

Case number (if known)   **20-12377-EEB**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$22,859,665. 81**

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **20-12377-EEB**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Alabama Department of Revenue**<br>**50 North Ripley Street**<br>**Montgomery, AL 36104** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Colorado Department of Revenue**<br>**1375 Sherman Street, Room 511**<br>**Denver, CO 80261** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor    **Sklar Exploration Company, LLC**                                   Case number (if known)    **20-12377-EEB**

    Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Florida Department of Revenue**
**P. O. Box 6668**
**Tallahassee, FL 32314-6668**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Louisiana Department of Revenue**
**P.O. Box 201**
**Baton Rouge, LA 70821-3440**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|--------|-----------------------------------|------------------------|------------------|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|-----|---|---|---|---|
| | **Mississippi Department of Revenue**<br>**P.O. Box 1033**<br>**Jackson, MS 39215-1033** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|-----|---|---|---|---|
| | **Montana Department of Revenue**<br>**PO Box 6577**<br>**Helena, MT 59604-6577** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|-----|---|---|---|---|
| | **Texas Comptroller**<br>**111 East 17th Street**<br>**Austin, TX 78701** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|------|---|---|---|---|
| | **Wyoming Department of Revenue**<br>**122 West 25th Street, Suite E301**<br>**Herschler Building East**<br>**Cheyenne, WY 82002** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor **Sklar Exploration Company, LLC**
Name

Case number (if known) **20-12377-EEB**

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,493.34 |
|---|---|---|---|

**3 Lloyds Exploration Company LLC**
**1847 Broken Bend Drive**
**Westlake, TX 76262**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,961.03 |
|---|---|---|---|

**A & B Pump & Supply, Inc.**
**P.O. Drawer T**
**Heidelberg, MS 39439**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,105.00 |
|---|---|---|---|

**A.F. Whatley Construction**
**11950 Highway 43**
**Bivins, TX 75555**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**A2D Teechnologies, Inc.**
**P.O. Box 733255**
**Dallas, TX 75373-3255**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.04 |
|---|---|---|---|

**Acme Oil Service & Repair, ,Inc.**
**d/b/a Acme Oilfield Services**
**4865 American Legion Road**
**Tyler, TX 75708**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $107.14 |
|---|---|---|---|

**AEH Investments LLC**
**Attn: Angela Harris**
**333 Texas Street, Ste. 1414**
**Shreveport, LA 71101-3678**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97,111.28 |
|---|---|---|---|

**AFCO**
**P.O. Box 4795**
**Carol Stream, IL 60197-4795**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145,159.89 |
|---|---|---|---|

**Alabama Oil Company**
**Attn: Walker Sturdivant, Partner**
**P.O. Box 230**
**Glendora, MS 38928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00 |
|---|---|---|---|

**ALFAVOR Corp.**
**ATTN: John Yilin Wang**
**1234 Northampton Street**
**State College, PA 16803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243.00 |
|---|---|---|---|

**All Copy Products, Inc.**
**P.O. Box 660831**
**Dallas, TX 75266-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $558.72 |
|---|---|---|---|

**Ally Payment Processing Center**
**P.O. Box 9001948**
**Louisville, KY 40290-1948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111,701.83 |
|---|---|---|---|

**Ambrchet Jackson LLP**
**P.O. Box 290**
**Mobile, AL 36601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.67 |
|---|---|---|---|

**American Express**
**P.O. Box 650448**
**Dallas, TX 75265-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Credit Card Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,710.00 |
|---|---|---|---|

**American Remediation & Environmental Inc**
**P.O. Box 570**
**Saraland, AL 36571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | |
|---|---|
| Debtor **Sklar Exploration Company, LLC** | Case number (if known) **20-12377-EEB** |
| Name | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$329,154.65**

**Anderson Investment Holdings, LP**
**AEEC II, LLC**
**333 Texas Street, Suite 2020**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Cash Call Advance $264,355.38**
**Working Interest Revenue $64,799.27**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00**

**Anderson, Kim**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$690.92**

**Ansaben Trust**
**David A. Barlow, Trustee**
**321 Paseo Encinal St**
**San Antonio, TX 78212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$270,448.09**

**Apple River Investments, L.L.C.**
**Attn: Robert M. Boeve, President**
**1503 Garfield Road North**
**Traverse City, MI 49696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Cash Call Advance $249,164.12**
**Working Interest Revenue - $21,283.97**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,461.55**

**Arcadia Oilfield Supply, Inc.**
**Sterling Commercial Credit**
**P.O. Box 204755**
**Dallas, TX 75320-4755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$157,133.18**

**Armbrecht Jackson LLP**
**P.O. Box 290**
**Mobile, AL 36601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,185.71**

**Aspen Energy Inc.**
**161 St. Matthews Avenue, Suite 16**
**Louisville, KY 40207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$327.51** |
|---|---|---|---|

**AT&T**
P.O. Box 105262
Atlanta, GA 30348-5252

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,061.46** |
|---|---|---|---|

**Atropos Exploration Co.**
8235 Douglas
Suite 1200
Lockbox 12
Dallas, TX 75225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,381.29** |
|---|---|---|---|

**B & L Pipeco Services, LLC**
P.O. Box 840280
Dallas, TX 75284-0280

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,606.48** |
|---|---|---|---|

**Babe Development, LLC**
P. O. Box 758
Roswell, NM 88202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$178,263.65** |
|---|---|---|---|

**Baker Hughes, a GE Company, LLC**
**Baker Hughes Oilfield Operations, LLC**
P.O Box 301057
Dallas, TX 75303-1057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,210.84** |
|---|---|---|---|

**Baker, Kelly L.**
254 State Street
Mobile, AL 36603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cash Call Liability**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,058.04** |
|---|---|---|---|

**Banded Iron US, Inc.**
P.O. Box 51475
Lafayette, LA 70505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$77.25**

**Bantam Creek LLC**
**4712 Lakeside Drive**
**Colleyville, TX 76034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$124.87**

**Barbara M. Sugar Estate**
**Thomas P. Youngblood, Exec.**
**PO Box 52149**
**Shreveport, LA 71135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,410.00**

**Barker Concrete and Construction, Inc.**
**P.O. Box G**
**Edgemont, SD 57735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$174,814.50**

**Barnette & Benefield, Inc.**
**P.O. Box 550**
**Haynesville, LA 71038-0550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00**

**Basic Energy Service, LP**
**P.O. Box 841903**
**Dallas, TX 75284-1903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31.14**

**Baxterville, LLC**
**4323 Snowberry Lane**
**Naples, FL 34119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,887.60**

**Beavers Specialty, Inc.**
**893 I-49 Service Road**
**Sunset, LA 70584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.99 |
|---|---|---|---|

**Bellis Investments LP**
**100 Bush Street, Suite #550**
**San Francisco, CA 94104**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,894.62 |
|---|---|---|---|

**Belousov, Anita**
**4355 East 135th Way**
**Thornton, CO 80241**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,774.59 |
|---|---|---|---|

**Berg Hill Greenleaf Ruscitti, LLP**
**1712 Pearl Street**
**Boulder, CO 80302**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,986.68 |
|---|---|---|---|

**Black Banks, LLC**
**1310 S. Pennsylvania Street**
**Denver, CO 80210**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,228.00 |
|---|---|---|---|

**Bonaventure Safety, LLC**
**162 Industrial Drive**
**P.O. Box 43**
**Rayne, LA 70578**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $790.00 |
|---|---|---|---|

**Bonner Analytical**
**2703 Oak Grove Road**
**Hattiesburg, MS 39402**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,590.00 |
|---|---|---|---|

**Boots Smith Completion Services, LLC**
**c/o Gulf Coast Business Credit**
**P.O. Bxo 731152**
**Dallas, TX 75373-1152**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$276.00** |
|---|---|---|---|

**Boulder Self Storage**
**6439 Arrapahoe Road**
**Boulder, CO 80303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,316.26** |
|---|---|---|---|

**Bradley Murchison Kelly & Shea, LLC**
**401 Edwards Street**
**Suite 1000**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,977.50** |
|---|---|---|---|

**Bradshaw Logistics, LLC**
**P.O. Box 429**
**Windsor, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,699.20** |
|---|---|---|---|

**Brammer Engineering, Inc. HSE Services**
**P.O. Box 301670**
**Dallas, TX 75303-1670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00** |
|---|---|---|---|

**Brewton Area Properties, LLC**
**P.O. Box 809**
**Brewton, AL 36427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125,686.59** |
|---|---|---|---|

**Bristol, Inc.**
**Accounts Receivable**
**P.O. Box 2056**
**Victoria, TX 77902-9912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47,460.55** |
|---|---|---|---|

**BTech Service & Supply, Inc.**
**1980 Highway 184 East**
**Laurel, MS 39443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$89,251.19**

**Bundero Investment Company, L.L.C.**
**Robert P. Bowman, Manager**
**401 Edwards Street, Suite 820**
**Shreveport, LA 71101**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00**

**Burton, Trey**
**P.O. Box 314**
**Bentonia, MS 39040**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Cash Call Liability__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,502.49**

**BVS, LLC**
**Attn: Brian Biffle**
**2010 Balsam Drive**
**Boulder, CO 80304**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$192,613.98**

**C&J Spec-Rent Services, Inc.**
**P.O. Box 733404**
**Dallas, TX 75373-3404**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,527.12**

**C&M Oilfield Rentals, LLC**
**d/b/a C-MOR Energy Services**
**P.O. Box 536**
**Cody, WY 82414**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,397.17**

**C.R. Pate Logging, Inc.**
**Brooklyn LImestone Quarry Division**
**32440 County Road 6**
**Evergreen, AL 36401**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11.17**

**Carl Herrin Oil and Gas, L.L.C.**
**493 Canyon Point Circle**
**Golden, CO 80403**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.57** | Nonpriority creditor's name and mailing address

**Carnley Electric, Inc.**
**P.O. Box 769**
**Jay, FL 32565**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$125,769.27

---

**3.58** | Nonpriority creditor's name and mailing address

**Carter, Rhonda B.**
**P.O. Box 453**
**Brewton, AL 36426**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$5,557.63

---

**3.59** | Nonpriority creditor's name and mailing address

**Casey Septic Tank Co., Inc.**
**122 Casey Street**
**Brewton, AL 36426**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$695.00

---

**3.60** | Nonpriority creditor's name and mailing address

**Cass County Tax Assessor**
**Becky Watson, RTA**
**P.O. Box 870**
**Linden, TX 75563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$3,225.58

---

**3.61** | Nonpriority creditor's name and mailing address

**CCH Incorporated**
**P.O. Box 4307**
**Carol Stream, IL 60197-4307**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$3,518.97

---

**3.62** | Nonpriority creditor's name and mailing address

**Central Exploration Co, Inc.**
**c/o William E. Hathorn**
**733 Highway 583 SE**
**Brookhaven, MS 39601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

$15.32

---

**3.63** | Nonpriority creditor's name and mailing address

**Central Petroleum, Inc.**
**P.O. Box 2547**
**Madison, MS 39130-2547**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

$24.35

---

Debtor   **Sklar Exploration Company, LLC**

Name

Case number (if known)   **20-12377-EEB**

| | | |
|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** | **$224.33** |
| | **Century Link** | |
| | P.O. Box 91155 | |
| | Seattle, WA 98111-9255 | |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address** | **$44.03** |
| | **Century Tel/Century Link** | |
| | P.O. Box 4300 | |
| | Carol Stream, IL 60197-4300 | |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address** | **$25,194.59** |
| | **Chanse Resources, L.L.C.** | |
| | Attn: Wes Shepherd, COO | |
| | P.O. Box 1572 | |
| | Shreveport, LA 71165 | |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Cash Call Advance_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** | **$43,436.07** |
| | **Charter Energy Partners LLC** | |
| | c/o Shaw Resources Management LLC | |
| | 1999 Broadway, Suite 4320 | |
| | Denver, CO 80202 | |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Cash Call Advance_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address** | **$218.78** |
| | **Cherokee County Electric Co-op Assn** | |
| | P.O. Box 257 | |
| | Rusk, TX 75785 | |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address** | **$224.47** |
| | **Choice Copy Service USE CHOCO2!!** | |
| | P.O. Box 919254 | |
| | Dallas, TX 75391-9254 | |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address** | **$224.47** |
| | **Choice Copy Service, LLC** | |
| | 401 Edwards Street | |
| | Suite B120 | |
| | Shreveport, LA 71101 | |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,970.00 |
|---|---|---|---|

**Cicon & Associates LLP**
P.O. Box 541
Chester, MT 59522-0541

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,178.71 |
|---|---|---|---|

**Clarkco Oilfield Services, Inc.**
P.O. Box 341
Heidelberg, MS 39439

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,825.00 |
|---|---|---|---|

**Clarke & Company d/b/a Heard & Sanders**
13201 Northwest Freeway
Suite 503
Houston, TX 77040-6023

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,489.58 |
|---|---|---|---|

**Coastal Chemical Co., LLC**
Department 2214
P.O. Box 122214
Dallas, TX 75312-2214

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $578.53 |
|---|---|---|---|

**Cochran Chemical Co., Inc.**
1800 Ray Davis Boulevard
Seminole, OK 74868

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,986.68 |
|---|---|---|---|

**Cold Spring Energy LLC**
Terry L. Pecora Sole Member
6 Spring Street
Cold Spring Harbor, NY 11724

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,473.11 |
|---|---|---|---|

**Complete Environmental & Remediation Co.**
P.O. Box 1079
Waynesboro, MS 39367

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Sklar Exploration Company, LLC**          Case number (if known)   **20-12377-EEB**
_____
Name

| | | |
|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**$7,000.00**

**Compliance Assurance Associates**
**682 Orvil Smith Road**
**Harvest, AL 35749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**$27,778.14**

**Compression Controls & Rentals, LLC**
**5797 FM 2011**
**Longview, TX 75603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**$71,407.27**

**Consolidated Electrical Distributors, In**
**CED Credit Office**
**P.O. Box 207088**
**Dallas, TX 75320-7088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**$1,847.10**

**Copeland, Kenny**
**1821 Bayou Bend Drive**
**Bossier City, LA 71111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**$7,500.00**

**Counterpoint Consulting, LLC**
**17020 Preston Bend Drive**
**Dallas, TX 75248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**$2,433.01**

**Craft Exploration Company L.L.C.**
**P.O. Box 2430**
**Madison, MS 39130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**$6,045.94**

**Craft Operating XXXV, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor **Sklar Exploration Company, LLC**

Case number (if known) **20-12377-EEB**

Name

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,336.50 |
|---|---|---|---|

**Crowley Fleck PLLP**
P.O. Box 30441
Billings, MT 59107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,950.00 |
|---|---|---|---|

**CSI Compressco Operating, LLC**
**CSI Compressco Sub, Inc.**
P.O. Box 840082
Dallas, TX 75284-0082

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,076.36 |
|---|---|---|---|

**CTM 2005, Ltd.**
**Attn: Charles T. McCord, III**
**55 Waugh Drive #515**
**Houston, TX 77007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.92 |
|---|---|---|---|

**Culkin Water District**
2681 Sherman Avenue
Vicksburg, MS 39180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,397.80 |
|---|---|---|---|

**D & M Drilling Fluids, Inc.**
P.O. Box 579
Jay, FL 32565

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.04 |
|---|---|---|---|

**D. Leigh McMillan III**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $842.93 |
|---|---|---|---|

**Daboil Resources, LC**
**David A Barlow, Member**
**321 Paseo Encinal Street**
**San Antonio, TX 78212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Sklar Exploration Company, LLC**
Name

Case number (if known)   **20-12377-EEB**

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.05 |
|---|---|---|---|

**Daniel W. McMillan**
**P.O. Box 867**
**Brewton, AL 36427**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,073.93 |
|---|---|---|---|

**Darby's Welding & Machine, LLC**
**Tailwinds Loenbro Holdings, Inc.**
**78 48th Avenue SW**
**Dickinson, ND 58601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,707.00 |
|---|---|---|---|

**Davis Hot Shot Service, LLC**
**4967 Highway 84**
**Waynesboro, MS 39367**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,529.23 |
|---|---|---|---|

**DBC Resources II LP**
**PO Box 670725**
**Dallas, TX 75367**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,302.14 |
|---|---|---|---|

**DBC Resources LP**
**PO Box 670725**
**Dallas, TX 75367**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,312.39 |
|---|---|---|---|

**DCOD LLC**
**C/o Warren Clark Development**
**16390 Addison Road**
**Addison, TX 75001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,123.90 |
|---|---|---|---|

**Deepwell Energy Services, LLC**
**Department #0944**
**P.O. Box 1000**
**Memphis, TN 38148-0944**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Sklar Exploration Company, LLC**                                        Case number (if known)    **20-12377-EEB**

Name

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.13 |

**Delta S Ventures LP**
**615 Longview Drive**
**Sugar Land, TX 77478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,922.30 |

**Derrick Corporation**
**590 Duke Road**
**Buffalo, NY 14225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,290.14 |

**Dickson Oil & Gas, LLC**
**c/o C. Bickham Dickson, III, Manager**
**P.O. Box 52479**
**Shreveport, LA 71135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.54 |

**Dolkas Investments LP**
**100 Bush Street, Ste #550**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $293.97 |

**Double D Dynamics**
**David Denkeler**
**P.O. Box 568**
**Judson, TX 75660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154.58 |

**DoublePine Investments, Ltd.**
**4851 LBJ Freeway, Suite 210**
**Dallas, TX 75244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |

**Douglas Parking, LLC**
**1330 Broadway**
**Suite 630**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,378.75** |
|---|---|---|---|

**Drilling Tools International, Inc.**
P.O. Box 677901
Dallas, TX 75267-7901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,098.03** |
|---|---|---|---|

**Durrett Production Services**
P.O. Box 463
Arp, TX 75750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,785.37** |
|---|---|---|---|

**Eagle Express Hotshot Service LLC**
**(Jefcoat Inspection Service)**
P.O. Box 2082
Laurel, MS 39442-2082

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$259,060.88** |
|---|---|---|---|

**Eastern Fishing & Rental Tools, Inc.**
P.O. Box 292
Laurel, MS 39441

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31.14** |
|---|---|---|---|

**Eaton Finance Corp.**
7302 Rustling Oaks Drive
Richmond, TX 77469

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52,203.57** |
|---|---|---|---|

**ECS Enterprise Computing Services, LLC**
347 Bert Kouns Industrial Loop
Shreveport, LA 71106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$51.55** |
|---|---|---|---|

**Ed L. Dunn**
P.O. Box 94
Milton, FL 32572

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2.04**

**Ed Leigh McMillan, III**
**PO Box 867**
**Brewton, AL 36427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17.09**

**Edward L. Yarbrough, Jr.**
**PO Box 11**
**Belcher, LA 71004-0011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,584.05**

**Eiche, Mapes and Company, Inc.**
**P.O. Box 7992**
**Tyler, TX 75711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26.25**

**ELBA Exploration LLC**
**PO Box 807**
**Milton, FL 32572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.24**

**Eldorado Artesian Springs**
**1783 Dogwood Street**
**Louisville, CO 80027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,621.45**

**Engineering Service**
**M&G Enterprises, Inc.**
**P.O. Box 180429**
**Richland, MS 39218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$234.32**

**Escambia River Electric Cooperative**
**P.O. Box 428**
**Jay, FL 32565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.120**  Nonpriority creditor's name and mailing address
**Evergreen Concrete Company, Inc.**
150 Owassa Road
Evergreen, AL 36401

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,618.65**

---

**3.121**  Nonpriority creditor's name and mailing address
**Exigent Information Solutions**
8310 South Valley
Englewood, CO 80112

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$18,843.50**

---

**3.122**  Nonpriority creditor's name and mailing address
**Ezzie's Wholesale, Inc.**
P.O. Box 1770
Malta, MT 59538

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,530.85**

---

**3.123**  Nonpriority creditor's name and mailing address
**Fant Energy Limited**
P.O. Box 55205
Houston, TX 77255

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance $405,053.86**
**Working Interest Revenue - $226,857.76**

Is the claim subject to offset? ■ No ☐ Yes

**$333,380.46**

---

**3.124**  Nonpriority creditor's name and mailing address
**FedEx**
P.O. Box 660481
Dallas, TX 75266-0481

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$79.90**

---

**3.125**  Nonpriority creditor's name and mailing address
**Fiddler Investments**
PO Box 708
Addison, TX 75001

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$209.87**

---

**3.126**  Nonpriority creditor's name and mailing address
**Fletcher Exploration, LLC**
PO Box 2147
Fairhope, AL 36533-2147

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$240.14**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,752.45** |
|---|---|---|---|
| | **Fletcher Petroleum Co., LLC**<br>**P.O. Box 2147**<br>**Fairhope, AL 36533** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$44.44** |
|---|---|---|---|
| | **Fletcher Petroleum Company, LLC**<br>**PO Box 2147**<br>**Fairhope, AL 36533-2147** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Cash Call Advance__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$118,588.39** |
|---|---|---|---|
| | **Flexjet, LLC**<br>**Epic Aero, Inc.**<br>**P.O. Box 677207**<br>**Dallas, TX 75267-7207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$163.00** |
|---|---|---|---|
| | **Flow Specialties, Inc.**<br>**1262 Grimmett Drive**<br>**Shreveport, LA 71107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,255.66** |
|---|---|---|---|
| | **Foote Oil & Gas Properties, LLC**<br>**P.O. Box 6418**<br>**Gulf Shores, AL 36547** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,029.16** |
|---|---|---|---|
| | **Ford Motor Company**<br>**Ford Motor Credit Company, LLC**<br>**P.O. Box 650575**<br>**Dallas, TX 75265-0575** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,973.67** |
|---|---|---|---|
| | **FOS Engineering & Consulting, LLC**<br>**103 Machine Loop**<br>**Scott, LA 70583** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.134** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68.54**

**Four D LLC**
c/o R.E. Douglass
PO Box 2173
Durango, CO 81302-2173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$353,331.44**

**FPCC USA, Inc.**
245 Commerce Green Blvd, Ste 250
Sugar Land, TX 77478

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,532.43**

**Francis Bruce Hock**
**& Bettie Jean M. Hock**
PO Box 670
Minden, LA 71055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,064.67**

**Francis Lane Mitchell**
PO Box 376
Shreveport, LA 71162

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,620.45**

**Franks Exploration Co. LLC**
PO Box 7665
Shreveport, LA 71137-7665

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,053.17**

**Fuelman**
P.O. Box 70887
Charlotte, NC 28272-0887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,123.10**

**Full Throttle Energy Service, LLC**
P.O. Box 536
Sandersville, MS 39477

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Sklar Exploration Company, LLC**                              Case number (if known)   **20-12377-EEB**
_____
Name

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,191.82 |
|---|---|---|---|

**Gardner Energy Corporation**
**Attn: Nick Sacco**
**952 Echo Lane, Suite 315**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Cash Call Advance

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Gardner, Marie**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Employee

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $284.00 |
|---|---|---|---|

**Gaston Oil Company**
**Attn: Robert S. Gaston**
**9306 Milbank**
**Shreveport, LA 71115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Cash Call Advance

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,641.82 |
|---|---|---|---|

**Gates Acquisition Synd. LLC**
**Attn: Ross P. Barrett**
**820 Garrett Drive**
**Bossier City, LA 71111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Cash Call Advance

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,249.23 |
|---|---|---|---|

**Gateway Exploration, LLC**
**Attn: Jay Moffitt**
**3555 Timmons Lane, Suite 730**
**Houston, TX 77027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Cash Call Advance

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,301.44 |
|---|---|---|---|

**GCREW Properties, LLC**
**Mr. George E. Jochetz, III**
**12323 Rip Van Winkle**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Cash Call Advance

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104,045.82 |
|---|---|---|---|

**GE Oil & Gas**
**P.O. Box 911776**
**Dallas, TX 75391-1776**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  Trade Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$882.00**

**Genco Transport, LLC**
P.O. Box 481
Greenwood, LA 71033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,489.52**

**Genesis Resources, LLC**
4450 Old Canton Road, Ste 207
Jackson, MS 39211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$970.00**

**GHD Services, Inc.**
P.O. Box 392237
Pittsburgh, PA 15251-9237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,090.80**

**Goolsby Interests, LLC**
Attn: James W. Goolsby
110 Sibelius Lane
Houston, TX 77079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$625.00**

**Grady Rails & Sons, Inc.**
12364 Brooklyn Road
Evergreen, AL 36401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,955.66**

**Granite Creek Partners, LLC**
Attn: L. Patrick Lupo
PO Box 639
Teton Village, WY 83025-0639

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,368.58**

**Gravity Oilfield Services, LLC**
P.O. Box 734128
Dallas, TX 75373-4128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Sklar Exploration Company, LLC**                    Case number (if known)  **20-12377-EEB**

Name

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,300.00 |

**GRS Services, LLC**
**George R. Stephenson**
**1214 County Road 14**
**Heidelberg, MS 39439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,967.66 |

**GTT Communications, Inc.**
**P.O. Box 842630**
**Dallas, TX 75284-2630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,684.50 |

**Gulf Coast Land Services, Inc.**
**6033 Paige Point Drive**
**Milton, FL 32570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $535,941.00 |

**H&H Construction, LLC**
**Ladon E. Hall, Sole Manager**
**P.O. Box 850**
**Flomaton, AL 36441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.63 |

**Hall Management LLC**
**Attn: Donald L. Hall**
**4913 Oak Point Drive**
**Shreveport, LA 71107-7408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127,505.62 |

**Hall Trucking, Inc.**
**2515 Foothill Blvd.**
**Rock Springs, WY 82901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $182,381.90 |

**Halliburton Energy Services**
**P.O. Box 301341**
**Dallas, TX 75303-1341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,615.19** |
|---|---|---|---|

**Hanson Operating Co. Inc.**
**Attn:  B. Ray Willis**
**P.O. Box 1515**
**Roswell, NM 88202-1515**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Cash Call Advance**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,681.69** |
|---|---|---|---|

**Harvest Gas Management, LLC**
**10050 Bayou Glen Road**
**Houston, TX 77042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Cash Call Advance**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,920.60** |
|---|---|---|---|

**Hatcher, Steven**
**1269 Yellow Pine Avenue**
**Boulder, CO 80304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,749.81** |
|---|---|---|---|

**HBRada, LLC**
**Hansen Rada, Manager**
**2010 Alpine Drive**
**Boulder, CO 80304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Cash Call Advance**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,913.60** |
|---|---|---|---|

**Heap Services, LLC**
**Don Heap**
**984 Beat Four Shubuta Road**
**Shubuta, MS 39360**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,084.01** |
|---|---|---|---|

**Herring Gas Company, Inc.**
**P.O. Box 206**
**Laurel, MS 39441**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,731.21** |
|---|---|---|---|

**Hi-Vac, LLC**
**P.O. Box 2067**
**Laurel, MS 39442**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.169** | **Nonpriority creditor's name and mailing address**

HLP Engineering, Inc.
P.O. Box 52805
Lafayette, LA 70505

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$5,052.00**

---

**3.170** | **Nonpriority creditor's name and mailing address**

Hopping Green & Sams, P.A.
ATTN: Timothy M. Riley
119 South Monroe Street
Suite 300
Tallahassee, FL 32301

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$47,382.22**

---

**3.171** | **Nonpriority creditor's name and mailing address**

Horace, LLC
493 Canyon Point Circle
Golden, CO 80403

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

**$5.91**

---

**3.172** | **Nonpriority creditor's name and mailing address**

Hughes 2000 CT LLC
PO Box 1868
Brandon, MS 39043-1868

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

**$11,045.06**

---

**3.173** | **Nonpriority creditor's name and mailing address**

Hughes Network Systems, LLC
P.O. Box 96874
Chicago, IL 60693-6874

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$170.41**

---

**3.174** | **Nonpriority creditor's name and mailing address**

Hughes Oil South LLC
Attn: Dee-Dee Bell
PO Box 608
Oxford, MS 38655

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

**$8,366.72**

---

**3.175** | **Nonpriority creditor's name and mailing address**

Hurley Enterprises, Inc.
P.O. Box 385
Fairview, MT 59221

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$92,408.45**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Hurst Plumbing**
P.O. Box 548
Teague, TX 75860

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,550.00 |
|---|---|---|---|

**Hurst Pumping, Inc.**
P.O. Box 548
Teague, TX 75860

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,602.86 |
|---|---|---|---|

**I&L Miss I, LP**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,093.88 |
|---|---|---|---|

**IHS Global, Inc.**
P.O. Box 847193
Dallas, TX 75284-7193

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.00 |
|---|---|---|---|

**Infinisource Benefit Services**
ATTN: Finance Dept.
P.O. Box 889
Coldwater, MI 49036-0889

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Inter-Mountain Pipe & Threading Company**
P.O. Box 1840
Mills, WY 82644-1840

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $285.98 |
|---|---|---|---|

**Iron Mountain Records Management**
P.O. Box 915004
Dallas, TX 75391-5004

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debtq

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,934.06 |
|---|---|---|---|

**J & A Harris LP**
**Attn: Angela Harris**
**333 Texas Street, Ste. 1414**
**Shreveport, LA 71101-3679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,532.29 |
|---|---|---|---|

**J & H Insurance Services, Inc.**
**510 North Valley Mills Drive**
**Waco, TX 76710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**J. Nichols LLC**
**2384 Mill Creek Road**
**Laurel, MS 39443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.18 |
|---|---|---|---|

**J.B. Compression Service**
**P.O. Box 527**
**Harleton, TX 75651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,124.00 |
|---|---|---|---|

**Jackson, Louise Seamans**
**P.O. Box 272**
**Kosse, TX 76653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.91 |
|---|---|---|---|

**James B. Dunn**
**5826 Dunridge Dr**
**Pace, FL 32571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,034.31 |
|---|---|---|---|

**James Muslow, Jr.**
**6025 Arden Street**
**Shreveport, LA 71106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.190**

**Nonpriority creditor's name and mailing address**
**Janus Enterprises, LLC**
**Raymond Joseph Lasseigne**
**PO Box 5625**
**Bossier City, LA 71171**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

**$20.72**

---

**3.191**

**Nonpriority creditor's name and mailing address**
**JCE Galbraith Oil & Gas LLC**
**2032 ALameda Avenue**
**Orlando, FL 32804-6904**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

**$85.64**

---

**3.192**

**Nonpriority creditor's name and mailing address**
**JD Fields & Company, Inc.**
**P.O. Box 134401**
**Houston, TX 77219-4401**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$474,029.54**

---

**3.193**

**Nonpriority creditor's name and mailing address**
**JDGP, LLC**
**4323 Snowberry Lane**
**Naples, FL 34119**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

**$31.13**

---

**3.194**

**Nonpriority creditor's name and mailing address**
**Jeffreys Drilling, LLC**
**3839 McKinney Ave, Ste 155-269**
**Dallas, TX 75204**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

**$31,681.71**

---

**3.195**

**Nonpriority creditor's name and mailing address**
**JF Howell Interests, LP**
**Attn: James David Morgan, Manager**
**416 Travis Street, Suite 700**
**Shreveport, LA 71101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

**$19,867.99**

---

**3.196**

**Nonpriority creditor's name and mailing address**
**Jimco Pumps**
**P.O. Box 6255**
**Laurel, MS 39441**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$215,899.69**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,040.62**

**JJS Interests Escambia, LLC**
**2001 Kirby Dr**
**Suite 1110**
**Houston, TX 77019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,216.77**

**JJS Interests Steele Kings LLC**
**2001 Kirby Dr**
**Suite 1110**
**Houston, TX 77019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$502,724.80**

**JJS Working Interest LLC**
**2001 Kirby Dr, Suite 1110**
**Houston, TX 77019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$83.06**

**John C. Nix, Jr., - Life Estate**
**P.O. Box 807**
**Milton, FL 32572-0807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,288.00**

**John Pike Construction, Inc.**
**P.O. Box 1024**
**Chinook, MT 59523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,480.02**

**Jones Energy Company, LLC**
**2124 Fairfield Avenue**
**Shreveport, LA 71104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,520.27**

**JOYCO Investments, LLC**
**P. O. Box 2104**
**Roswell, NM 88202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.204** | **Nonpriority creditor's name and mailing address**
**JTC Operating, Inc.**
**191 Reno Road**
**Jamestown, LA 71045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,400.00

---

**3.205** | **Nonpriority creditor's name and mailing address**
**Judy Dunn**
**5843 Dunridge Dr.**
**Pace, FL 32571**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

$10.90

---

**3.206** | **Nonpriority creditor's name and mailing address**
**K&T Welding Services, LLC**
**Timothy J. Beech**
**177 Masonite Lake Road**
**Laurel, MS 39443**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,198.40

---

**3.207** | **Nonpriority creditor's name and mailing address**
**K.C. Whittemore**
**C/O CA Whittemore**
**10 Mason Pond Place**
**Spring, TX 77381**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

$27,497.61

---

**3.208** | **Nonpriority creditor's name and mailing address**
**Kat Eggleston**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee**

Is the claim subject to offset? ■ No ☐ Yes

$164.71

---

**3.209** | **Nonpriority creditor's name and mailing address**
**KCS Automation, LLC**
**4 Portofino Drive**
**Unit 1103**
**Pensacola Beach, FL 32561**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$58,866.49

---

**3.210** | **Nonpriority creditor's name and mailing address**
**Kelley Brothers Contractors, Inc.**
**P.O. Drawer 1079**
**Waynesboro, MS 39367**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$607,699.30

---

Debtor  **Sklar Exploration Company, LLC**                  Case number (if known)  **20-12377-EEB**
Name

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$760.12** |
|---|---|---|---|
| | **Kelton Company, L.L.C.** | ☐ Contingent | |
| | **Attn: Thomas W. Sylte, Manager** | ☐ Unliquidated | |
| | **P.O. Box 230** | ☐ Disputed | |
| | **Pensacola, FL 32591** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Cash Call Advance__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$559.00** |
|---|---|---|---|
| | **Key Energy Services, Inc.** | ☐ Contingent | |
| | **d/b/a Key Energy Services, LLC** | ☐ Unliquidated | |
| | **P.O. Box 4649** | ☐ Disputed | |
| | **Houston, TX 77210-4649** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$390.76** |
|---|---|---|---|
| | **Key Rite Security** | ☐ Contingent | |
| | **5570 East Yale Avenue** | ☐ Unliquidated | |
| | **Denver, CO 80222** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,901.90** |
|---|---|---|---|
| | **Keystone Engineering, Inc.** | ☐ Contingent | |
| | **1100 West Causeway Approach** | ☐ Unliquidated | |
| | **Mandeville, LA 70471** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|
| | **Kim Anderson** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,184.84** |
|---|---|---|---|
| | **Kingston, LLC** | ☐ Contingent | |
| | **2790 South Thompson Street Suite 102** | ☐ Unliquidated | |
| | **Springdale, AR 72764** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Cash Call Advance__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|
| | **Kirk Weaver Contract Pumping, Inc.** | ☐ Contingent | |
| | **P.O. Box 385** | ☐ Unliquidated | |
| | **Beckville, TX 75631** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**Debtor**  **Sklar Exploration Company, LLC**          Case number (if known)   **20-12377-EEB**

Name

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,493.34** |
|---|---|---|---|

**Kirkiez LLC**
**3073 Red Deer Trail**
**Lafayette, CO 80026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,770.00** |
|---|---|---|---|

**Kleinfelder, Inc.**
**P.O. Box 51958**
**Los Angeles, CA 90051-6258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$371.16** |
|---|---|---|---|

**KMR Investments LLC**
**Attn: Tim Brown**
**PO Box 417**
**Homer, LA 71040-0417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$226,862.22** |
|---|---|---|---|

**Kodiak Gas Services, LLC**
**P.O. Box 732235**
**Dallas, TX 75373-2235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$370,807.97** |
|---|---|---|---|

**Kudzu Oil Properties, LLC**
**300 Concourse Blvd, Suite 101**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,615.31** |
|---|---|---|---|

**L & L Process Solutions, Inc.**
**3748 Industrial Park**
**Mobile, AL 36693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$178,461.04** |
|---|---|---|---|

**Landmark Exploration, LLC**
**P.O. Box 12004**
**Jackson, MS 39236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Sklar Exploration Company, LLC**
Name

Case number (if known)   **20-12377-EEB**

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Landmark Oil and Gas, LLC**
**P.O. Box 12004**
**Jackson, MS 39236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,461.21 |
|---|---|---|---|

**Lane Oil & Gas Corporation**
**Attn: Nick Sacco**
**952 Echo Lane, Suite 315**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.99 |
|---|---|---|---|

**LaserCycle USA**
**528 South Taylor Avenue**
**Louisville, CO 80027-3030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,576.90 |
|---|---|---|---|

**Lawrence M. Cushman Trust**
**Lawrence M. Cushman, Trustee**
**591 Camino de la Reina, Suite 900**
**San Diego, CA 92108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,466.71 |
|---|---|---|---|

**LCJ Resources, LLC**
**Attn: Chris Wilde**
**1250 N.E. Loop 410 STE 333**
**San Antonio, TX 78209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112,603.71 |
|---|---|---|---|

**Lechwe LLC**
**P.O. Box 270415**
**Houston, TX 77277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,096.00 |
|---|---|---|---|

**Liberty Supply, Inc.**
**P.O. Box 489**
**Magnolia, AR 71754-0489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Sklar Exploration Company, LLC**    Case number *(if known)*    **20-12377-EEB**
_____
Name

| | | |
|---|---|---|
| **3.232** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,775.02** |

**3.232**

**Nonpriority creditor's name and mailing address**
**Liquid Gold Well Service, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*    **$90,775.02**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.233**

**Nonpriority creditor's name and mailing address**
**Lonewolf Energy, Inc.**
**P.O. Box 81026**
**Billings, MT 59108**

As of the petition filing date, the claim is: *Check all that apply.*    **$8,221.80**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234**

**Nonpriority creditor's name and mailing address**
**Louisiana - Edwards Tower Louisiana**
**Tower Operating LLC**
**7020 Solutions Center**
**Chicago, IL 60677-7000**

As of the petition filing date, the claim is: *Check all that apply.*    **$6,920.13**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.235**

**Nonpriority creditor's name and mailing address**
**Louisiana One Call System**
**P.O. Box 40715**
**Baton Rouge, LA 70835-0715**

As of the petition filing date, the claim is: *Check all that apply.*    **$1.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.236**

**Nonpriority creditor's name and mailing address**
**Lucas Petroleum Group, Inc.**
**327 Congress Avenue, Suite 500**
**Austin, TX 78701-3656**

As of the petition filing date, the claim is: *Check all that apply.*    **$325,766.71**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.237**

**Nonpriority creditor's name and mailing address**
**Lufkin Industries, Inc.**
**P.O. Box 301199**
**Dallas, TX 75303-1199**

As of the petition filing date, the claim is: *Check all that apply.*    **$3,727.86**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238**

**Nonpriority creditor's name and mailing address**
**Marco Land & Petroleum, Inc.**
**Attn: Mr. Cosby H. Martin, Jr.**
**2811 Keego Road**
**Brewton, AL 36426**

As of the petition filing date, the claim is: *Check all that apply.*    **$11.27**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.239** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$106,275.33**

**Marksco, L.L.C.**
**Attn: Mark Sealy**
**333 Texas Street, Suite 1050**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Cash Call Advance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,475.00**

**Marty Cherry Enteprise LLC**
**P.O. Box 370**
**Fouke, AR 71837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,584.02**

**Masco Wireline, Inc.**
**P.O. Box 2726**
**Laurel, MS 39442-2726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$227.34**

**McAdams Propane Company**
**P.O. Box 1715**
**Center, TX 75935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,336.84**

**McCombs Energy Ltd., LLC**
**755 East Mulberry Ave, Suite 600**
**San Antonio, TX 78212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Cash Call Advance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400.00**

**McCurry, Tim**
**219 Millerton Road**
**Haynesville, LA 71038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Cash Call Liability__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,699.12**

**McDavid, Noblin & West PLLC**
**248 East Capital Street**
**Suite 840**
**Jackson, MS 39201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.246**

Nonpriority creditor's name and mailing address
**McDowell, Miles**
**418 Lowell Court**
**Shreveport, LA 71107**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$100.00**

---

**3.247**

Nonpriority creditor's name and mailing address
**Mediacom**
**P.O. Box 71219**
**Charlotte, NC 28272-0121**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$256.90**

---

**3.248**

Nonpriority creditor's name and mailing address
**Mendoza's Barrier Fence Co.**
**P.O. Box 388**
**Brewton, AL 36427**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$7,220.00**

---

**3.249**

Nonpriority creditor's name and mailing address
**MER Energy, Ltd.**
**6500 Greenville Ave, Ste 110**
**Dallas, TX 75206**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☐ No ☐ Yes

**$10,888.70**

---

**3.250**

Nonpriority creditor's name and mailing address
**Merchants Credit Bureau of Savannah**
**Merchants Credit Bureau, Inc.**
**P.O. Bxo 458**
**Augusta, GA 30903**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$15.00**

---

**3.251**

Nonpriority creditor's name and mailing address
**Mercury Oil Company, LLC**
**1221 W Campbell Rd**
**Ste 233**
**Richardson, TX 75080**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$9,420.41**

---

**3.252**

Nonpriority creditor's name and mailing address
**Meritage Energy, Ltd.**
**C/O BKD, LLP**
**2700 Post Oak Blvd, Ste 1500**
**Houston, TX 77056**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$338,432.41**

---

Debtor   **Sklar Exploration Company, LLC**                          Case number *(if known)*   **20-12377-EEB**
         Name

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$992,275.80** |
|---|---|---|---|
| | **Mesa Fluids, LLC**<br>**c/o Juno Financial**<br>**P.O. Box 173928**<br>**Denver, CO 80217-3928** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,466.23** |
|---|---|---|---|
| | **Metropolitan Life Insurance Company**<br>**P.O. Box 804466**<br>**Kansas City, MO 64180-4466** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,085.26** |
|---|---|---|---|
| | **Mid South Anchor Service, LLC**<br>**P.O. Box 2434**<br>**Laurel, MS 39442** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,049.59** |
|---|---|---|---|
| | **Mississippi Gauge & Supply Co.**<br>**P.O. Box 2366**<br>**Laurel, MS 39440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,781.41** |
|---|---|---|---|
| | **Mississippi Power**<br>**P.O. Box 245**<br>**Birmingham, AL 35201-0245** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,169.34** |
|---|---|---|---|
| | **MJS Interests, LLC**<br>**9266 Hathaway Street**<br>**Dallas, TX 75220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Cash Call Advance__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,756.00** |
|---|---|---|---|
| | **Moncla Slickline, LLC**<br>**P.O. Box 53688**<br>**Lafayette, LA 70505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor    **Sklar Exploration Company, LLC**                     Case number (if known)    **20-12377-EEB**
　　　　　Name

| | |
|---|---|
| 3.260 | **$20.72** |

**Nonpriority creditor's name and mailing address**
**Mountain Air Enterprises, LLC**
**820 Garrett Drive**
**Bossier City, LA 71111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.261 | **$837.16** |

**Nonpriority creditor's name and mailing address**
**Murkco Exploration Co., L.L.C.**
**Attn:  Malcolm Murchison**
**401 Edwards Street, Suite 1000**
**Shreveport, LA 71101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.262 | **$140.90** |

**Nonpriority creditor's name and mailing address**
**Music Mountain Water, LLC**
**P.O. Box 2252**
**Birmingham, AL 35246**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.263 | **$3,531.00** |

**Nonpriority creditor's name and mailing address**
**National Oilwell DHT, LP**
**Wells Fargo Bank, N.A.**
**P.O. Bxo 201153**
**Dallas, TX 75320-1153**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.264 | **$10,850.00** |

**Nonpriority creditor's name and mailing address**
**National Oilwell Varco Wells Fargo Bank**
**P.O. Box 201224**
**Dallas, TX 75320-1224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.265 | **$23.63** |

**Nonpriority creditor's name and mailing address**
**Navasota Valley Electric Cooperative**
**P.O. Box  848**
**Franklin, TX 77856-0848**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.266 | **$208.50** |

**Nonpriority creditor's name and mailing address**
**New Benefits Ltd.**
**P.O. Box 803475**
**Dallas, TX 75380**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Sklar Exploration Company, LLC**        Case number (if known)   **20-12377-EEB**
_____
Name

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,139.00** |
|---|---|---|---|

**New London Contractors, Inc.**
**P.O. Box 228**
**New London, TX 75682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$260,431.49** |
|---|---|---|---|

**Nex Tier Completion Solutions, Inc.**
**P.O. Bxo 733404**
**Dallas, TX 75373-3404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,532.33** |
|---|---|---|---|

**Nine Forks LLC**
**Attn: Larry L. Hock**
**PO Box 670**
**Minden, LA 71055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,731.39** |
|---|---|---|---|

**Noble Casing, Inc.**
**125 South Howes Street**
**Suite 800**
**Fort Collins, CO 80521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71,970.00** |
|---|---|---|---|

**Noble Drilling, LLC**
**125 South Howes Street**
**Suite 800**
**Fort Collins, CO 80521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,253.58** |
|---|---|---|---|

**Northedge Corporation**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Northstar Drillstem Testers, Inc.**
**2410A - 2 Avenue SE**
**Calgary, WV 26000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.274** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,461.21**

**Northstar Producing I, Ltd.**
**Terry Stanislav**
**1681 River Road Apt. 3108**
**Boerne, TX 78006**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.275** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,028.94**

**Oil States Energy Services, LLC**
**P.O. Box 203567**
**Dallas, TX 75320-3567**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.276** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,449.07**

**Oilfield Partners Energy Services, LLC**
**P.O. Box 40**
**Henrietta, TX 76365**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.277** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,815.00**

**Olson Energy Services, LLC**
**5289 139th Avenue NW**
**Williston, ND 58801**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.278** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,976.67**

**Omega Oilfield Service Co. MEGA**
**P.O. Box 1793**
**Kilgore, TX 75663**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.279** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71.25**

**Owassa Brownsville Water Authority**
**P.O. Box 544**
**Evergreen, AL 36401**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.280** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,919.57**

**P2 Energy Solutuions**
**P2ES Holdings, LLC 2692**
**P.O. Bxo 912692**
**Denver, CO 80291-2692**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.281**

**Nonpriority creditor's name and mailing address**

**Pam Lin Corporation**
**PO Box 50635**
**Midland, TX 79710-0635**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$128.43**

---

**3.282**

**Nonpriority creditor's name and mailing address**

**Panther Pressure Testers, Inc.**
**P.O. Box 1109**
**Watford City, ND 58854**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$37,829.00**

---

**3.283**

**Nonpriority creditor's name and mailing address**

**Parkman's Painting & Bush Hogging**
**2294 Highway 563**
**Simsboro, LA 71275**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

**3.284**

**Nonpriority creditor's name and mailing address**

**Pason Systems USA Corp.**
**7701 West Little York**
**Houston, TX 77040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$56,660.00**

---

**3.285**

**Nonpriority creditor's name and mailing address**

**Pathfinder Inspections & Field Services**
**P.O. Box 3889**
**Gillette, WY 82717**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$20,924.00**

---

**3.286**

**Nonpriority creditor's name and mailing address**

**Patrick J. McBride**
**501 Seville Circle**
**El Dorado Hills, CA 95762**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$37,591.54**

---

**3.287**

**Nonpriority creditor's name and mailing address**

**Paula W. Denley LLC**
**PO Box 720548**
**Byram, MS 39272-0548**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$34.62**

---

Debtor  **Sklar Exploration Company, LLC**

Name

Case number (if known)  **20-12377-EEB**

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84,418.81** |
|---|---|---|---|

**Pearl Parkway, LLC**
**LJD Enterprises, Inc.**
**2595 Canyon Boulevard**
**Suite 230**
**Boulder, CO 80302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.62** |
|---|---|---|---|

**Petroleum Investments Inc.**
**416 Travis Street, Ste. 612**
**Shreveport, LA 71101-5502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,520.00** |
|---|---|---|---|

**Petroleum Services, Inc.**
**d/b/a Mike Palmer Petroleum Services Inc**
**P.O. Box 1486**
**Williston, ND 58802-1486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Phillips, Mike**
**P.O. Box 1450**
**Mexia, TX 76667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Liability**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105,110.78** |
|---|---|---|---|

**Pickens Financial Group, LLC**
**10100 N. Central Expressway**
**Ste 200**
**Dallas, TX 75231-4159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,291.17** |
|---|---|---|---|

**Pine lisland Chemical Solutions, LLC**
**P.O. Box 53393**
**Lafayette, LA 70505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,950.15** |
|---|---|---|---|

**Pioneer Wireline Services, LLC**
**P.O. Box 202567**
**Dallas, TX 75320-2567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Sklar Exploration Company, LLC**
Name

Case number (if known)  **20-12377-EEB**

| | | |
|---|---|---|
| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$33.25** |

**Pitney Bowes Global Financial Services**
P.O. Box 371887
Pittsburgh, PA 15250-7887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$2,137.35** |

**Pitney Bowes Purchase Power**
P.O. Box 371874
Pittsburgh, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$66,842.50** |

**Pitts Swabbing Service, Inc.**
P.O. Box 554
Laurel, MS 39441

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$127,824.75** |

**Plains Gas Solutions**
**(Plains All American Pipeline, LP)**
333 Clay Street
Suite 1600
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$1,685.00** |

**Plante & Morgan, PLLC**
16060 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$43,188.77** |

**Precise Propellant Stimulation, LLC**
5354 Highway 171
Gloster, LA 71030-3108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$207.00** |

**Precision Signs**
P.O. Box 285
Shreveport, LA 71162-0285

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Sklar Exploration Company, LLC**
Name

Case number (if known)  **20-12377-EEB**

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149,450.80 |
|---|---|---|---|
| | **Premium Oilfield Services, LLC**<br>P.O. Box 203763<br>Dallas, TX 75320-3763 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,269.92 |
|---|---|---|---|
| | **Presley, Deloris**<br>309 North Pine Street<br>Brewton, AL 36426 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,758.45 |
|---|---|---|---|
| | **Pressure Control Innovations, LLC**<br>P.O. Box 2115<br>Laurel, MS 39442-2115 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297,930.25 |
|---|---|---|---|
| | **Pro-Tek Field Services, LLC**<br>P.O. Box 919269<br>Dallas, TX 75391-9269 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,524.46 |
|---|---|---|---|
| | **Process Piping Materials, Inc.**<br>P.O. Box 1167<br>Youngsville, LA 70592 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $247,120.11 |
|---|---|---|---|
| | **Pruet Oil Company, LLC**<br>217 West Capitol St. Ste 201<br>Jackson, MS 39201-2004 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Cash Call Liability** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,095.08 |
|---|---|---|---|
| | **Pruet Production Co.**<br>P.O. Box 11407<br>Birmingham, AL 35246-1129 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Sklar Exploration Company, LLC**
Name

Case number (if known) **20-12377-EEB**

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163,302.53 |
|---|---|---|---|

**Pryor Packers, Inc.**
**P.O. Box 2754**
**Laurel, MS 39442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129,880.00 |
|---|---|---|---|

**Quitman Tank Solutions, LLC**
**P.O. Box 90**
**502 South Archusa Avenue**
**Quitman, MS 39355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,867.44 |
|---|---|---|---|

**R & E Electric Services Electric**
**A&R Enterprises**
**P.O. Box 2000**
**Kilgore, TX 75663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,526.00 |
|---|---|---|---|

**R & R Rentals & Hot Shot, Inc.**
**P.O. Box 1161**
**Laurel, MS 39441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**Railroad Commission of Texas**
**P-5 Financial Assurance Unit**
**P.O. Box 12967**
**Austin, TX 78711-2967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,032.50 |
|---|---|---|---|

**Rapad Drilling & Well Service, Inc.**
**217 West Capitol Street**
**Suite 201**
**Jackson, MS 39201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330,036.75 |
|---|---|---|---|

**Rapad Well Service Co., Inc.**
**217 West Capitol Street**
**Jackson, MS 39201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Sklar Exploration Company, LLC**
Name

Case number (if known)  **20-12377-EEB**

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,653.03 |

**Rawls Resources, Inc.**
**Attn: Mr. Jim Rawls**
**P.O. Box 2238**
**Ridgeland, MS 39158-2238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,037.92 |

**Reagan Equipment Co., Inc.**
**Department AT 952461**
**Atlanta, GA 31192-2461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,876.88 |

**Red Diamond Services, LLC**
**RDOS Holdings, LLC**
**P.O. Box 1029**
**Waskom, TX 75692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,848.80 |

**Regard Resources Company, Inc.**
**555 Aero Drive**
**Shreveport, LA 71107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |

**Register Oilfield Services, Inc.**
**P.O. Box 960**
**Logansport, LA 71049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $427.94 |

**Republic Services #808**
**P.O. Box 9001099**
**Louisville, KY 40290-1099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,699.77 |

**Resource Ventures, LLC**
**Attn: Mark A. Arnold**
**7112 W Jefferson Ave**
**Suite 106**
**Lakewood, CO 80235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,189.11** |
|---|---|---|---|

**Richard E. Johnson, Inc.**
**P.O. Box 111**
**Waynesboro, MS 39367**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,222.50** |
|---|---|---|---|

**Richard S. Logan Trucking, Inc.**
**P.O. Box 2900**
**Mills, WY 82644**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$177.37** |
|---|---|---|---|

**Ricoh USA, Inc.**
**P.O. Box 660342**
**Dallas, TX 75266-0341**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,064.67** |
|---|---|---|---|

**Robco Fossil Fuels, LLC**
**Attn; Steve White**
**4830 Line Ave #135**
**Shreveport, LA 71106**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,927.50** |
|---|---|---|---|

**Roberson Trucking Co., Inc.**
**672 Three Creeks Road**
**Junction City, AR 71749**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3.54** |
|---|---|---|---|

**Robert C. McMillan 2011 Rev Trust**
**Trustmark Nat'l Bank, Trustee**
**PO Box 291 STE 1030**
**Attn: Chip Walker, Personal Trust Dept.**
**Jackson, MS 39205**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,519.46** |
|---|---|---|---|

**Robert Israel**
**2920 6th Street**
**Boulder, CO 80304**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Working Interest Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,519.46 |
|---|---|---|---|

**Robert Israel Trust UW Joan Israel**
**R. Israel,L. Israel &D. Israel, Trustees**
**2920 6th Street**
**Boulder, CO 80304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Working Interest Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,255.87 |
|---|---|---|---|

**Robin USA, Inc.**
**5751 English Turn Drive**
**Milton, FL 32571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $433.35 |
|---|---|---|---|

**Robine & Welch Machine & Tool Company**
**P.O .Box 252**
**Laurel, MS 39441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,480.02 |
|---|---|---|---|

**Rosebud Energy Development, LLC**
**William E. Nicas**
**375 Deer Meadow Lane**
**Littleton, CO 80124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,730.75 |
|---|---|---|---|

**Rowe Engineering & Surveying, Inc.**
**3502 Laughlin Drive**
**Suite B**
**Mobile, AL 36693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,768.00 |
|---|---|---|---|

**RSM US LLP**
**5155 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,716.21 |
|---|---|---|---|

**Rudman Family Trust**
**Tara Rudman, Co-Trustee**
**5910 North Central Expressway**
**Ste 1662**
**Dallas, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.337** | Nonpriority creditor's name and mailing address

**RWLS, LLC**
**d/b/a Renengade Services**
**P.O. Box 862**
**Levelland, TX 79336**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

$138,894.72

---

**3.338** | Nonpriority creditor's name and mailing address

**Ryco Exploration, LLC**
**401 Edwards Street, Ste 915**
**Shreveport, LA 71101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ☐ No ☐ Yes

$216.43

---

**3.339** | Nonpriority creditor's name and mailing address

**S&S Construction, LLC**
**P.O. Box 859**
**Flomaton, AL 36441**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

$65,880.00

---

**3.340** | Nonpriority creditor's name and mailing address

**Sawyer Drilling & Service Inc.**
**PO Box 5275**
**Bossier City, LA 71171-5275**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ☐ No ☐ Yes

$171.37

---

**3.341** | Nonpriority creditor's name and mailing address

**SDMF Holdings, LLC**
**Attn: Andrew Dossett**
**5222 Stonegate Road**
**Dallas, TX 75209**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ☐ No ☐ Yes

$5,226.70

---

**3.342** | Nonpriority creditor's name and mailing address

**Secorp Industries**
**P.O. Box 687**
**Ridgeland, MS 39158-0687**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

$115,357.69

---

**3.343** | Nonpriority creditor's name and mailing address

**Sequel Electrical Supply, LLC**
**P.O. Box 3579**
**Meridian, MS 39303-3579**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

$519.87

---

Debtor   **Sklar Exploration Company, LLC**                    Case number (if known)   **20-12377-EEB**
_____
Name

| | | |
|---|---|---|
| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,203.18 |

3.344 | **Nonpriority creditor's name and mailing address**

**Service Electric d/b/a A&R Enterprises**
**P.O. Box 2000**
**Kilgore, TX 75663**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,203.18**

---

3.345 | **Nonpriority creditor's name and mailing address**

**Sesnon Oil Company**
**100 Bush Street, Ste #550**
**San Francisco, CA 94104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

**$2.99**

---

3.346 | **Nonpriority creditor's name and mailing address**

**Shadow Hill, LLC**
**P.O. Box 6212**
**Bossier City, LA 71171-6212**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

**$20.73**

---

3.347 | **Nonpriority creditor's name and mailing address**

**Shore Energy, L.P.**
**W. Tim Sexton, President**
**26 Crestwood Drive**
**Houston, TX 77007**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

**$73,327.06**

---

3.348 | **Nonpriority creditor's name and mailing address**

**Shred-it USA - Shreveport**
**28883 Network Place**
**Chicago, IL 60673-1288**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$126.78**

---

3.349 | **Nonpriority creditor's name and mailing address**

**Shreveport Club**
**410 Travis Street**
**Shreveport, LA 71101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$199.02**

---

3.350 | **Nonpriority creditor's name and mailing address**

**Shreveport Petroleum Data Assoc.**
**333 Texas Street**
**Suite 900**
**Shreveport, LA 71101-3674**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$450.25**

---

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,864.26 |
|---|---|---|---|
| | **Simba Investors, LLC** | ☐ Contingent | |
| | **Attn: Gary Glesby** | ☐ Unliquidated | |
| | **P.O. Box 270415** | ☐ Disputed | |
| | **Houston, TX 77277-0415** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Cash Call Advance__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,135.98 |
|---|---|---|---|
| | **Sleeping Buffalo** | ☐ Contingent | |
| | **P.O. Box 131** | ☐ Unliquidated | |
| | **Saco, MT 59261** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $124,059.57 |
|---|---|---|---|
| | **Slickline South, LLC** | ☐ Contingent | |
| | **1652 Dykestown Road** | ☐ Unliquidated | |
| | **Jay, FL 32565** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,836.00 |
|---|---|---|---|
| | **Smith International, Inc.** | ☐ Contingent | |
| | **P.O. Box 732136** | ☐ Unliquidated | |
| | **Dallas, TX 75373-2136** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,029.38 |
|---|---|---|---|
| | **Southern Erosion Control Ownership** | ☐ Contingent | |
| | **Tracey Fillmore** | ☐ Unliquidated | |
| | **P.O. Box 969** | ☐ Disputed | |
| | **Flomaton, AL 36441** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $161,443.98 |
|---|---|---|---|
| | **Southern Pine Electric Cooperative** | ☐ Contingent | |
| | **P.O. Box 528** | ☐ Unliquidated | |
| | **Brewton, AL 36427** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,273.00 |
|---|---|---|---|
| | **Southern Propane, Inc.** | ☐ Contingent | |
| | **P.O. Box 530** | ☐ Unliquidated | |
| | **Taylorsville, MS 39168** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.358 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$369.63** |
|---|---|---|---|

**Southwestern Electric Power Company**
P.O. Box 371496
Pittsburgh, PA 15250-7496

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.92** |
|---|---|---|---|

**Spanish Fort Royalty, LLC**
P.O. Box 7429
Spanish Fort, AL 36577

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$79,558.14** |
|---|---|---|---|

**SPL, Inc.**
d/b/a Banded Iron Group
P.O. Box 842013
Dallas, TX 75284-2013

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32,210.16** |
|---|---|---|---|

**SPOC Automation, Inc.**
P.O. Bxo 1024
Trussville, AL 35173

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,878.00** |
|---|---|---|---|

**SRT Oil Field Service, LLC**
P.O. Box 2909
Laurel, MS 39442

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,448.13** |
|---|---|---|---|

**Staples Business Credit**
P.O. Box 105638
Atlanta, GA 30348-5638

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$345.00** |
|---|---|---|---|

**State Line Vacuum Service, LLC**
10656 Highway 79
Haynesville, LA 71038

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.365** | **Nonpriority creditor's name and mailing address**
**Stateside Oil, Inc.**
**Attn: Nick Sacco**
**952 Echo Lane, Suite 315**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

$5,191.82

---

**3.366** | **Nonpriority creditor's name and mailing address**
**Stewart's Testing, Inc.**
**Alpha Leak Detection Services, Inc.**
**304 Meadow Lane**
**Kemah, TX 77565**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$2,866.50

---

**3.367** | **Nonpriority creditor's name and mailing address**
**Stone Development, LLC**
**Attn: L. C. Cheramie, Manager**
**PO Box 12004**
**Jackson, MS 39236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

$71,339.26

---

**3.368** | **Nonpriority creditor's name and mailing address**
**Stoneham Drilling Corporation**
**707 17th Street**
**Suite 3250**
**Denver, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$747,857.68

---

**3.369** | **Nonpriority creditor's name and mailing address**
**Strago Petroleum Corporation**
**3209 Hamm Road**
**Pearland, TX 77581-5503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

$329,439.46

---

**3.370** | **Nonpriority creditor's name and mailing address**
**Stratum Reservoir Intermediate, LLC**
**P.O. Box 734607**
**Dallas, TX 75373-4607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$1,551.00

---

**3.371** | **Nonpriority creditor's name and mailing address**
**Stric-Lan Companies, LLC**
**P.O. Box 62288**
**Lafayette, LA 70596-2288**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$750.00

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.372 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,839.96 |
|---|---|---|---|

**Stroud Family LLC**
**333 Texas Street Suite 860**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Working Interest Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $184,934.22 |
|---|---|---|---|

**Sugar Oil Properties, L.P.**
**Attn: Mr. Mickey Quinlan, President**
**625 Market Street, Suite 100**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,698.00 |
|---|---|---|---|

**Support.com Accounts Receivable**
**Dept. CH-10967**
**Palatine, IL 60055-0967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $83.98 |
|---|---|---|---|

**Sutton Lloyd**
**1425 West 23rd Avenue**
**Denver, CO 80205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,750.00 |
|---|---|---|---|

**T & T Communications**
**P.O. Box 279**
**Ellisville, MS 39437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20,102.50 |
|---|---|---|---|

**T & T Welding Service**
**P.O. Box 279**
**Ellisville, MS 39437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.92 |
|---|---|---|---|

**T.A. Leonard**
**7817 Petersen Point Road**
**Milton, FL 32583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Sklar Exploration Company, LLC**                    Case number (if known)   **20-12377-EEB**
_____
Name

| | | |
|---|---|---|
| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$83,877.20** |

**3.379**

**Nonpriority creditor's name and mailing address**
**T.M. McCoy & Co., Inc.**
**P.O. Box 608**
**Wilson, WY 83014**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$83,877.20**

---

**3.380**

**Nonpriority creditor's name and mailing address**
**T.W. McGuire & Associates, Inc.**
**Petroleum Engineers**
**P.O. Box 1763**
**Shreveport, LA 71166**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$9,530.00**

---

**3.381**

**Nonpriority creditor's name and mailing address**
**Tara Rudman Revocable Trust**
**Tara Rudman, Trustee**
**5910 North Central Expressway, Ste 1662**
**Dallas, TX 75206**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$77.26**

---

**3.382**

**Nonpriority creditor's name and mailing address**
**Tauber Exploration & Production Co**
**55 Waugh Drive, Suite 600**
**Houston, TX 77007**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$141,713.41**

---

**3.383**

**Nonpriority creditor's name and mailing address**
**TCP Cottonwood, L.P.**
**333 Texas Street, Suite 2020**
**Shreveport, LA 71101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance - $465,917.81**
**Working Interest Revenue - $193,803.34**

Is the claim subject to offset? ☐ No ☐ Yes

**$332,395.72**

---

**3.384**

**Nonpriority creditor's name and mailing address**
**TCP Specialists, LLC**
**P.O. Box 19574**
**Shreveport, LA 71149**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,270.37**

---

**3.385**

**Nonpriority creditor's name and mailing address**
**TCP Specialists, LLC**
**P.O. Box 157**
**Gloster, LA 71030**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$46,757.31**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Sklar Exploration Company, LLC**

Name

Case number (if known)   **20-12377-EEB**

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.63 |
|---|---|---|---|

**The Coleman Revocable Living Trust**
4600 Greenville Avenue, Suite 300
Dallas, TX 75206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**The Financials.com LLC**
1868 Wildcat Cove
Fort Pierce, FL 34949

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,498.00 |
|---|---|---|---|

**The Hiller Companies, Inc.**
P.O. Box 935434
Atlanta, GA 31193-5434

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,170.86 |
|---|---|---|---|

**The McPherson Companies, Inc.**
P.O. Box 890145
Charlotte, NC 28289-0145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,580.42 |
|---|---|---|---|

**The MR Trust**
Attn: Wes Herndon
6500 Greenville Ave
Ste 110
Dallas, TX 75206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,962.50 |
|---|---|---|---|

**The Rudman Partnership**
W.R. "Trey" Sibley, III
4851 LBJ Freeway, Ste 210
Dallas, TX 75244

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,801.95 |
|---|---|---|---|

**Thompson Gas**
P.O. Box 9896511
Boston, MA 02298-6511

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.393**

**Nonpriority creditor's name and mailing address**
Tiembo Ltd
Attn: Mark Rauch
PO Box 270415
Houston, TX 77277-0415

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Royalty Revenue

Is the claim subject to offset? ☐ No ☐ Yes

$35,268.12

---

**3.394**

**Nonpriority creditor's name and mailing address**
Tim Ross/William Timothy Ross
10044 State Highway
Troup, TX 75789

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

$1,200.00

---

**3.395**

**Nonpriority creditor's name and mailing address**
Tom Joiner & Associates, Inc.
P.O. Box 1490
Tuscaloosa, AL 35403

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$106,123.08

---

**3.396**

**Nonpriority creditor's name and mailing address**
Tom Youngblood
PO Box 5926
Shreveport, LA 71135-5926

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Cash Call Advance

Is the claim subject to offset? ☐ No ☐ Yes

$171.36

---

**3.397**

**Nonpriority creditor's name and mailing address**
Tool Pushers Supply Co.
P.O. Box 1714
Casper, WY 82602

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

$164,035.39

---

**3.398**

**Nonpriority creditor's name and mailing address**
Total Pump & Supply, LLC
P.O. Box 548
Carencro, LA 70520

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$11,870.00

---

**3.399**

**Nonpriority creditor's name and mailing address**
Total Safety US, Inc.
P.O. Bxo 654171
Dallas, TX 75265-4171

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$6,402.42

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.400** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.90**

**Town of Arcadia**
**P.O. Box 767**
**Arcadia, LA 71001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.401** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$860.40**

**TrackNet**
**1215 Prytania Street**
**New Orleans, LA 70130-4357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.402** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$390.96**

**TransZap, Inc.**
**Enverus Business Automation**
**Department 3597**
**P.O. Box 123597**
**Dallas, TX 75312-3597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.403** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$154.59**

**Trimble Energy, LLC**
**Attn: James C. Trimble**
**11816 Inwood Road #11**
**5855 Milton Street Apt. 405**
**Dallas, TX 75244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.404** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,493.34**

**Trinity Exploration LLC**
**776 Old Wagon Trail Circle**
**Lafayette, CO 80026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.405** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24.93**

**Triumphant  Management, LLC**
**Attn: Stefano Feo**
**3757 Gulf Shores Pkwy**
**Suite BA-1**
**Gulf Shores, AL 36542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.406** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,078.13**

**TST Energy, LLC**
**Tracy S. Toups, Manager**
**3238 Barksdale Blvd**
**Bossier City, LA 71112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.407**

**Nonpriority creditor's name and mailing address**
**Turner Specialty Services,  LLC**
P.O. Box 2750
Baton Rouge, LA 70821

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

$9,808.00

---

**3.408**

**Nonpriority creditor's name and mailing address**
**Twin Bridges Resources LLC**
475 17th Street, Suite 900
Denver, CO 80202

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Cash Call Advance

Is the claim subject to offset? ■ No  ☐ Yes

$43,436.07

---

**3.409**

**Nonpriority creditor's name and mailing address**
**UHS Premium Billing**
P.O. Box 94017
Palatine, IL 60094-4017

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

$86,242.70

---

**3.410**

**Nonpriority creditor's name and mailing address**
**Ulterra Drilling Technologies. LP**
P.O. Box 733586
Dallas, TX 75373-3586

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

$65,905.00

---

**3.411**

**Nonpriority creditor's name and mailing address**
**Union Oilfield Supply, Inc.**
12 John Dykes Road
Waynesboro, MS 39367

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

$283,262.50

---

**3.412**

**Nonpriority creditor's name and mailing address**
**Unishippers FRT Performance**
**Logistics Group, Inc.**
P.O. Box 4011
Greenwood Village, CO 80155

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

$639.56

---

**3.413**

**Nonpriority creditor's name and mailing address**
**Unishppers DEN Performance**
**Logistics Group, Inc.**
P.O. Box 4011
Greenwood Village, CO 80155

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

$454.38

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.414**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $885.36 |
|---|---|---|
| **United Rentals (North America),  Inc.**<br>P.O. Box 840514<br>**Dallas, TX 75284-0514** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.415**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.12 |
|---|---|---|
| **Upshur Rural Electric Cooperative**<br>P.O. Box 6500<br>**Big Sandy, TX 75755-6500** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.416**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,145.50 |
|---|---|---|
| **Valley Plains, LLC**<br>P.O. Box 249<br>**Woodlawn, TX 75694** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.417**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,541.30 |
|---|---|---|
| **Vincent A. Zito Petroleum Landman**<br>505 Bear Drive<br>**Gulf Breeze, FL 32561** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.418**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,872.98 |
|---|---|---|
| **W.S. Red Hancock, Inc.**<br>P.O. Box 207<br>**Bentonia, MS 39040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.419**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,649.69 |
|---|---|---|
| **Warthawg Construction**<br>d/b/a Warthawg Properties, LP<br>520 Honeysuckle Lane<br>**Longview, TX 75605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Cash Call Liability** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.420**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,859.00 |
|---|---|---|
| **Wastewater Disposal Services, Inc.**<br>P.O. Drawer 649<br>**Brewton, AL 36427** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.421** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$112,264.63**

**Weatherford Laboratories, Inc.**
ATTN: Kelly Emanual
2000 St. James Place
Houston, TX 77056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.422** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,827.00**

**WellPro Fishing & Rental Tools, Inc.**
WellPro, Inc.
P.O. Box 2436
Williston, ND 58802-2436

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.423** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119.00**

**Western Water Consultants, Inc.**
611 Skyline Road
Laramie, WY 82070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.424** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,520.46**

**Whirlwind Methane Recovery Systems LLC**
3600 Bent Cedar Trail
Edmond, OK 73034-2049

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.425** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,383.82**

**White Resources LLC Oilfield Chemicals**
P.O. Box 17875
Natchez, MS 39122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.426** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,230.00**

**White's T&J Oilfield Supply, Inc.**
P.O. Box 659
Highway 84 West
Jonesville, LA 71343

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.427** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00**

**White, Glen and Glenda**
130 Commanche Trail
Delhi, LA 71232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.428**

Nonpriority creditor's name and mailing address
**William R. & Gloria R. Rollo Rev Trust**
**W.R. Rollo & G.R. Rollo, Co-Trustees**
**P.O. Box 894**
**Milton, FL 32572**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$70.24**

---

**3.429**

Nonpriority creditor's name and mailing address
**Wimberley Park Ltd.**
**Attn: Peter M. Way**
**PO Box 36530**
**Houston, TX 77236**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$6,181.59**

---

**3.430**

Nonpriority creditor's name and mailing address
**Yazoo Valley Electric Power Association**
**P.O. Box 8**
**Yazoo City, MS 39194**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$144.67**

---

**3.431**

Nonpriority creditor's name and mailing address
**Your Message Center, Inc.**
**3181 Old Redlick Road**
**Texarkana, TX 75503**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$102.85**

---

**3.432**

Nonpriority creditor's name and mailing address
**ZAP Engineering and Construction**
**333 South Allison Parkway**
**Lakewood, CO 80226**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,993.50**

---

**3.433**

Nonpriority creditor's name and mailing address
**Zedi USA**
**P.O. Box 51475**
**Lafayette, LA 70505-1475**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$53.50**

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Anderson Investment Holdings LP**<br>**dba GMA Energy LC**<br>**333 Texas Street, Suite 2020**<br>**Shreveport, LA 71101** | Line  **3.15**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Internal Revenue Service**<br>**Insolvency Unit**<br>**1999 Broadway**<br>**MS 5012 DEN**<br>**Denver, CO 80202-3025** | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Internal Revenue Service**<br>**1999 Broadway**<br>**MS 5012 DEN**<br>**Denver, CO 80202-3025** | Line **2.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Louisiana Department of Revenue**<br>**617 North Third Street**<br>**Baton Rouge, LA 70802** | Line **2.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Office of the Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, DC 20530-0001** | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Office of the Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, DC 20530-0001** | Line **2.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Office of the Attorney General**<br>**State of Colorado**<br>**1300 Broadway**<br>**Denver, CO 80203** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Office of the US Attorney**<br>**District of Colorado**<br>**1801 California Street, Suite 1600**<br>**Denver, CO 80202-2628** | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Office of the US Attorney**<br>**District of Colorado**<br>**1801 California Street, Suite 1600**<br>**Denver, CO 80202-2628** | Line **2.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **State of Colorado**<br>**Division of Securities**<br>**1560 Broadway, Suite 900**<br>**Denver, CO 80202-5150** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 17,754,634.61 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 17,754,634.61 |