**Fill in this information to identify the case:**

Debtor name __**Sklar Exploration Company, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) __**20-12377-EEB**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Sklarco, LLC** | **5395 Pearl Parkway Suite 200 Boulder, CO 80301** | **East West Bank Treasury Department** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Sklarco, LLC** | **5395 Pearl Parkway Suite 200 Boulder, CO 80301** | **5395 Pearl Parkway, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |