```
                          United States Bankruptcy Court
                               District of Colorado
In re:                                                       Case No. 20-12377-EEB
Sklar Exploration Company, LLC                               Chapter 11
Sklarco, LLC
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: admin              Page 1 of 2           Date Rcvd: Apr 15, 2020
                              Form ID: pdf904          Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2020.
db/db         +Sklar Exploration Company, LLC,    Sklarco, LLC,   5395 Pearl Parkway,   Suite 200,
                Boulder, CO 80301-2541
aty           +Hopping Green & Sams,    Hopping Green & Sams, P.A.,   119 S. Monroe Street,   Suite 300,
                Tallahassee, FL 32301,    UNITED STATES 32301-1591
cr            +AEEC II, LLC,   333 Texas Street,   #2020,   Shreveport, LA 71101-3680
cr            +Anderson Exploration Energy Company, LC,   333 Texas Street,   #2020,
                Shreveport, LA 71101-3680
cr            +Baker Hughes, a GE Company LLC,   C/O Christopher J. Ryan,   17021 Aldine Westfield Road,
                Houston, TX 77073-5101
cr            +I & L Miss I, LP,   4761 Frank Luck Dr,   Addison, TX 75001-3202
cr            +Kodiak Gas Services, LLC,   15320 Hwy. 105, Suite 210,   Montgomery, TX 77356-2602
cr            +Lucas Petroleum Group, Inc.,   c/o Duane J. Brescia,   Clark Hill Strasburger,
                720 Brazos, Suite 700,   Austin, TX 78701-2531
cr            +Pickens Financial Group, LLC,   10100 N. Central Expressway, Suite 200,   Dallas, TX 75231-4169
cr            +Stoneham Drilling Corporation,   c/o Bradley,   Attn: James B. Bailey,
                1819 Fifth Avenue North,   Birmingham, AL 35203-2120
cr            +Sugar Oil Properties, L.P.,   625 Market Street,   Suite 100,   Shreveport, LA 71101-5392
cr            +TCP Cottonwood, L.P.,   333 Texas Street,   #2020,   Shreveport, LA 71101-3680
cr            +Tauber Exploration & Production Company,   55 Waugh Drive, Suite 700,   Houston, TX 77007-5837

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: cmccord@mccordprod.com Apr 16 2020 02:05:38     CTM 2005, Ltd.,
                55 Waugh Drive, Suite 515,   Houston, TX 77007-5840
cr            +E-mail/PDF: dor_tac_bankruptcy@state.co.us Apr 16 2020 02:33:24
                Colorado Department Of Revenue,   1375 Sherman St.,   Room 504,   Attention Bankruptcy Unit,
                Denver, CO 80261-3000
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp             Armbrecht Jackson, LLP
sp             Berg Hill Greenleaf & Ruscitti, LLP
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2020 at the address(es) listed below:
              Amy Vazquez    on behalf of Creditor    FPCC USA, Inc. avazquez@joneswalker.com
              Barnet B Skelton, Jr   on behalf of Creditor    CTM 2005, Ltd. barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor    Pickens Financial Group, LLC barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor    Tauber Exploration & Production Company
               barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor    I & L Miss I, LP barnetbjr@msn.com
              Bryce Suzuki    on behalf of Creditor    East-West Bank bryce.suzuki@bclplaw.com,
               tina.daniels@bclplaw.com
              Christopher Meredith    on behalf of Attorney    Copeland, Cook, Taylor & Bush, P.A.
               cmeredith@cctb.com,    bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Christopher Meredith    on behalf of Creditor    Eastern Fishing & Rental Tool Company, Inc.
               cmeredith@cctb.com,    bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Christopher Meredith    on behalf of Creditor    PAR Minerals Corporation cmeredith@cctb.com,
               bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Craig K. Schuenemann    on behalf of Creditor    East-West Bank craig.schuenemann@bryancave.com,
               alicia.berry@bryancave.com,44Team_DEN@bryancave.com
```

```
District/off: 1082-1          User: admin              Page 2 of 2              Date Rcvd: Apr 15, 2020
                              Form ID: pdf904          Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Deanna L. Westfall    on behalf of Creditor    Colorado Department Of Revenue
               deanna.westfall@coag.gov, bncmail@w-legal.com
              Duane  Brescia     on behalf of Creditor    Lucas Petroleum Group, Inc. dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Eric  Lockridge     on behalf of Creditor    TCP Cottonwood, L.P. eric.lockridge@keanmiller.com,
               Stephanie.gray@keanmiller.com
              Eric  Lockridge     on behalf of Creditor    AEEC II, LLC eric.lockridge@keanmiller.com,
               Stephanie.gray@keanmiller.com
              Eric  Lockridge     on behalf of Creditor    Anderson Exploration Energy Company, LC
               eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
              Eric  Lockridge     on behalf of Creditor    Sugar Oil Properties, L.P.
               eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
              Eric  Lockridge     on behalf of Creditor    Anderson Exploration Energy Company, L.C.
               eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
              James B. Bailey    on behalf of Creditor    Stoneham Drilling Corporation jbailey@bradley.com,
               ashaver@bradley.com
              Jeffrey S. Brinen    on behalf of Debtor    Sklar Exploration Company, LLC jsb@kutnerlaw.com,
               receptionist@kutnerlaw.com;vlm@kutnerlaw.com
              Jeffrey S. Brinen    on behalf of Debtor    Sklarco, LLC jsb@kutnerlaw.com,
               receptionist@kutnerlaw.com;vlm@kutnerlaw.com
              Jeremy L Retherford    on behalf of Interested Party    Pruet Production Co. jretherford@balch.com
              Jeremy L Retherford    on behalf of Creditor    Pruet Production Co. jretherford@balch.com
              John Thomas  Oldham     on behalf of Creditor    Kodiak Gas Services, LLC joldham@okinadams.com,
               bmoore@okinadams.com
              Joseph Eric Bain    on behalf of Creditor    FPCC USA, Inc. jbain@joneswalker.com
              Keri L. Riley    on behalf of Debtor    Sklarco, LLC klr@kutnerlaw.com,
               receptionist@kutnerlaw.com;vlm@kutnerlaw.com
              Keri L. Riley    on behalf of Debtor    Sklar Exploration Company, LLC klr@kutnerlaw.com,
               receptionist@kutnerlaw.com;vlm@kutnerlaw.com
              Kevin S. Neiman    on behalf of Creditor    Plains Gas Solutions, LLC kevin@ksnpc.com
              Kevin S. Neiman    on behalf of Creditor    Plains Marketing, L.P. kevin@ksnpc.com
              Lee M. Kutner    on behalf of Debtor    Sklar Exploration Company, LLC lmk@kutnerlaw.com,
               vlm@kutnerlaw.com,receptionist@kutnerlaw.com
              Lee M. Kutner    on behalf of Debtor    Sklarco, LLC lmk@kutnerlaw.com, vlm@kutnerlaw.com,
               receptionist@kutnerlaw.com
              Madison M. Tucker    on behalf of Creditor    FPCC USA, Inc. mtucker@joneswalker.com
              Matthew J. Ochs    on behalf of Creditor    Rapaid Well Service Co., Inc. mjochs@hollandhart.com
              Matthew J. Ochs    on behalf of Creditor    Pruet Oil Company, LLC mjochs@hollandhart.com
              Matthew J. Ochs    on behalf of Creditor    Pruet Production Co. mjochs@hollandhart.com
              Michael D Rubenstein    on behalf of Interested Party    BP America Production Company
               mdrubenstein@liskow.com
              Michael D Rubenstein    on behalf of Interested Party    BPX Properties (NA) LP
               mdrubenstein@liskow.com
              Paul  Moss     on behalf of U.S. Trustee    US Trustee Paul.Moss@usdoj.gov
              Robert L Paddock    on behalf of Creditor    Strago Petroleum Corporation rpaddock@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    Meritage Energy Ltd rpaddock@buckkeenan.com
              Shay L. Denning    on behalf of Creditor    I & L Miss I, LP sdenning@mbssllp.com
              Shay L. Denning    on behalf of Creditor    CTM 2005, Ltd. sdenning@mbssllp.com
              Shay L. Denning    on behalf of Creditor    Tauber Exploration & Production Company
               sdenning@mbssllp.com
              Shay L. Denning    on behalf of Creditor    Pickens Financial Group, LLC sdenning@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    CTM 2005, Ltd. tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    Pickens Financial Group, LLC tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    Tauber Exploration & Production Company
               tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    I & L Miss I, LP tshipps@mbssllp.com
              Timothy C. Mohan    on behalf of Creditor    Baker Hughes, a GE Company LLC tmohan@foley.com,
               tim.mohan4@gmail.com
              Timothy M. Swanson    on behalf of Creditor    Apple River Investments, LLC
               tim.swanson@moyewhite.com, audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Alabama Oil & Gas, LLC tim.swanson@moyewhite.com,
               audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Kudzo Oil Properties, LLC tim.swanson@moyewhite.com,
               audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              Timothy Michael Riley    on behalf of Attorney    Hopping Green & Sams timothyr@hgslaw.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 53

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| Debtor. | ) | |

**INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL**

UPON CONSIDERATION of the Motion of the Debtors and Debtors in Possession for entry of an order authorizing the use of cash collateral on an interim basis ("Motion") and setting a final hearing, and any additional papers filed in opposition thereto and in further support thereof; and having heard the arguments of counsel, if any; and having considered any evidence presented; and due and proper notice of the Motion having been provided; and for good cause shown, the Court finds and concludes as follows:

A. On April 1, 2020 (the "Petition Date"), Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco") (collectively "Debtors") filed respective voluntary petitions for relief under chapter 11, thereby commencing their chapter 11 cases, which are being jointly administered.

B. East West Bank, a California state banking corporation ("EWB"), as lender and the administrative agent under the applicable loan and security documents, asserts a secured claim in this case pursuant to a loan made to the Debtors (the "Loan") on or about June 15, 2018.

C. EWB asserts a secured claim for the Debtors' outstanding indebtedness to EWB on the Loan, which as of the Petition Date exceeded $22,925,000 (the "Prepetition Indebtedness"), secured by first-priority liens in favor of EWB in substantially all of the Debtors' real and personal property assets. In addition, EWB asserts liens on all of the Debtors' cash on

hand, revenue, cash proceeds and other cash equivalents, and all cash and cash equivalent proceeds of other collateral (collectively, the "Cash Collateral").

D. Additional parties, including certain working interest holders, mechanics, materialmen, or mineral lien claimants who filed objections or responses to the Motion or appeared at the hearing held April 9, 2020 ("Objecting Parties"), also assert secured interests or other legal or equitable interests in the Debtor's funds and proceeds which may or may not constitute Cash Collateral. For the avoidance of doubt, the Objecting Parties include, but are not limited to, Strago Petroleum Corp, Meritage Energy, Ltd., FPCC USA, Inc., Tauber Exploration & Production Company, CTM 2005, Ltd., Pickens Financial Group, LLC, I & L Miss I, LP, Lucas Petroleum Group, Inc., Pruet Production Co. and Pruet Oil Company, LLC, Alabama Oil Company, LLC, Apple River Investments, LLC, Kudzu Oil Properties, LLC, Anderson Exploration Energy Company, L.C., TCP Cottonwood, L.P., AEEC II, LLC, Stoneham Drilling Corporation, and any other working interest holder who provides notice of their Objection or intent to object to counsel for the Debtors.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby granted on an interim basis as provided in this Order.

2. The Debtors are hereby authorized to use the Cash Collateral only to pay the post-petition operating expenses of the Debtors as set forth on the Budget at Docket No. 83 (the "Budget") and for no other purpose without the prior written consent of EWB and the Objecting Parties. With respect to all budgeted expenses, EWB consents to a variance not to exceed 20% of each line-item expense; provided, however, the Debtor shall not exceed 10% of the cumulative amount of all line-item expenses for any budgeted period without the prior consent of EWB or an order of the Court: provided that, the Debtors shall provide notice to the Objecting Parties (within one business day) in the event that such consent is provided by EWB. For the avoidance of a doubt, notwithstanding any line item in the budget, the Debtors may only use Cash Collateral for the payment of post-petition expenses unless otherwise authorized by the Bankruptcy Court.

3. The funds in an account of either Debtor shall retain their ownership as to the individual Debtor who provided such funds into the account and/or any applicable third party that may claim ownership to such funds under applicable non-bankruptcy law. An accounting of such funds shall be available to creditors on a monthly basis and earlier upon reasonable request by a creditor; provided that the Debtors provide an initial accounting of such funds on or prior to noon Mountain Time on Monday, April 20, 2020 to the Objecting Parties. SEC shall be responsible for maintaining a current and contemporaneous record of all funds collected and disbursed for the Debtors or non-debtor third parties.

4. The Debtors' authorization to use the Cash Collateral in accordance with the terms of this Order will remain in effect through the date of the final hearing on the Motion.

5. Notwithstanding Bankruptcy Code § 552, as additional adequate protection of the interests of EWB and any other party claiming an interest in the Cash Collateral (collectively "Secured Creditors"), EWB, the Objecting Parties, and any other Secured Creditors shall have, and are hereby granted, replacement liens on all existing and hereafter acquired property and assets of the Debtors of every kind and character, to the extent (if any) and in the same validity, priority, and enforceability that they held a lien (including valid and non-avoidable liens in existence at the time of the Petition Date that are perfected subsequent thereto as permitted by section 546(b) of the Bankruptcy Code) in such kind and character of property and assets of the Debtors as of the Petition Date (the "Replacement Liens"). The Replacement Liens shall secure EWB, the Objecting Parties, and any other Secured Creditors to the extent necessary to adequately protect them from any diminution in value of their interests in property of the Debtors' estates as a result of the entry of this Order and the use of Cash Collateral authorized hereby, and shall have the same validity, priority, and enforceability as their liens on the Debtors' assets as of the Petition Date.

6. The Debtors shall keep EWB's, the Objecting Parties', and any other Secured Creditor's collateral insured to the same extent it was insured on a pre-petition basis, and shall maintain and preserve the operation of all such collateral.

7. The Debtors shall make available to EWB and any other Secured Creditors, their counsel, and consultants, upon reasonable request, the Debtors' books and records and other financial information. The Debtors shall also provide to EWB and any other Secured Creditors a budgeted-versus-actual rolling cash flow report on a weekly basis during the budget periods covered by this Order, provided however that per-line item and overall variances will be evaluated on a monthly basis.

8. Nothing in this Order shall constitute a finding that EWB's, the Objecting Parties', or any other Secured Creditor's interests are adequately protected, nor a determination of the validity, priority, or extent of any lien asserted by EWB, the Objection Parties, or any other Secured Creditor. The parties' rights are fully preserved with respect to such issues.

9. To the extent the Debtors are holding any funds provided by working interest holders for cash call advances, the Debtors shall retain and account for such funds to such working interest holders. The Debtors assert that they do not believe they are holding any funds attributable to cash call advances at this time and will investigate this point further prior to the final hearing.

10. Nothing in the Motion or this Order shall in any way limit any party's right to object to the use of cash collateral, the funds or proceeds asserted to constitute cash collateral, or the ownership of such funds for purposes of this interim order, on a final basis. Objecting Parties and EWB shall have through and including **April 23, 2020** to file any Objections to use of cash collateral.

11. A final hearing on the Debtors' Motion is set for 1:30 p.m. on April 27, 2020.

Dated: April 15, 2020

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge