# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | Case No. 20-12377-EEB |
| | Chapter 11 |
| SKLAR EXPLORATION COMPANY, LLC | |
| EIN: 72-1417930 | |
| Debtor | |
| _____ | |
| SKLARCO, LLC | Case No. 20-12380-EEB |
| EIN: 72-1425432 | Chapter 11 |
| Debtor | *Jointly Administered Under Case No. 20-12377-EEB* |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that the law firm of Cook, Yancey, King & Galloway, APLC, will represent the interest of Franks Exploration Company, LLC, Bundero Investment Company, LLC, Kingston, LLC, AEH Investments, LLC, and J & A Harris, LP (collectively the "Creditors"), and files this notice of appearance and requests service of notices and pleadings and other papers (however designated) filed in this case, as well as notices given or required to be given in this case, be given and served upon the undersigned counsel at the address and/or email address listed below:

Jordan B. Bird
(LA Bar #32344)
jordan.bird@cookyancey.com
COOK, YANCEY, KING & GALLOWAY, APLC
333 Texas Street, Suite 1700
P.O. Box 22260
Shreveport, Louisiana 71120-2260
Telephone: (318) 221-6277
Facsimile: (318) 227-7850

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes all notices and copies of all motions, notices, reports, briefs, applications, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether transmitted or conveyed by mail, email, facsimile or otherwise has been filed with the Court in which notice is required pursuant to 11 U.S.C. § 1109(b), 11 U.S.C. § 342, and Bankruptcy Rules 2002, 3017, 9007, 9010, and 9013.

COOK, YANCEY, KING & GALLOWAY
A Professional Law Corporation

By: s/ Jordan B. Bird
    Jordan B. Bird
    La. Bar Roll No. 32344

333 Texas Street, Suite 1700
P.O. Box 22260
Shreveport, La 71120-2260
Telephone: (318) 221-6277
Direct Dial: (318) 227-7751
Facsimile: (318) 227-7850
Email: jordan.bird@cookyancey.com

ATTORNEYS FOR FRANKS EXPLORATION
COMPANY, LLC, BUNDERO INVESTMENT
COMPANY, LLC, KINGSTON, LLC, AEH
INVESTMENTS, LLC, AND J & A HARRIS, LP

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing *Notice of Appearance and Request for Service of Notices and Pleadings* with the Clerk of Court using the Court's electronic filing system. Notice of this filing was sent to all counsel of record by operation of the Court's electronic filing system at the email address registered with the Court.

Shreveport, Louisiana, this 20th day of April, 2020.

/s/ Jordan B. Bird<br>
OF COUNSEL