## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | Case No. 20-12377-EEB |
| | Chapter 11 |
| SKLAR EXPLORATION COMPANY, LLC | |
| EIN: 72-1417930 | |
| | |
| Debtor | |
| _____ | |
| | |
| SKLARCO, LLC | Case No. 20-12380-EEB |
| EIN: 72-1425432 | Chapter 11 |
| | |
| Debtor | *Jointly Administered Under Case No. 20-12377-EEB* |

## VERIFIED STATEMENT OF MULTIPLE REPRESENTATION PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

The law firm of COOK, YANCEY, KING & GALLOWAY, A PROFESSIONAL LAW CORPORATION ("Cook Yancey"), files this *Verified Statement of Multiple Representation Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure* (the "Statement") and in support thereof respectfully represents as follows:

1. Cook Yancey represents the following creditors in the captioned Chapter 11 bankruptcy case filed by Sklar Exploration Company, LLC, and Sklarco, LLC (the "Debtors"): (1) Franks Exploration Company, LLC ("Franks"); (2) Bundero Investment Company, LLC ("Bundero"); (3) Kingston, LLC ("Kingston"); (4) AEH Investments, LLC ("AEH"); and (5) J&A Harris LP ("JAH") (hereinafter sometimes individually referred to as a "Cook Yancey Client" and collectively referred to as the "Cook Yancey Clients").

2. Franks' address is P.O. Box 7665, Shreveport, Louisiana 71137. Cook Yancey's representation of Franks began in April 2020.

3. Bundero's address is 401 Edwards Street, Suite 820, Shreveport, Louisiana 71101. Cook Yancey's representation of Bundero began in April 2020.

4. Kingston's address is 2790 South Thompson Street, Suite 102, Springdale, Arkansas, 72764. Cook Yancey's representation of Kingston began in April 2020.

5. AEH's address is 333 Texas Street, Suite 1414, Shreveport, Louisiana 71101. Cook Yancey's representation of AEH began in April 2020.

6. JAH's address is 333 Texas Street, Suite 1414, Shreveport, Louisiana. Cook Yancey's representation of JAH began in April 2020.

7. Cook Yancey was retained by each of the Cook Yancey Clients as bankruptcy counsel in the Debtors' Chapter 11 bankruptcy case. Each Cook Yancey Client has consented in writing to Cook Yancey's representation of each Cook Yancey Client in the captioned bankruptcy case and agreed to waive any conflict of interest.

8. The Cook Yancey Clients have engaged Cook Yancey and have authorized Cook Yancey to represent them in connection with the captioned bankruptcy case, but they have not signed any instrument empowering Cook Yancey to act on their behalf.

9. Cook Yancey does not own a claim against or interest in the Debtors or their bankruptcy estate.

10. Cook Yancey does not believe that its representation of the interests of any of the Cook Yancey Clients will create a conflict between or be adverse to the interests of any other Cook Yancey Client.

11. Pursuant to Bankruptcy Rule 2019 and any other applicable Federal Rule of Bankruptcy Procedure, Cook Yancey will supplement this Statement upon a material change of any fact contained in this Statement.

12. To the best of Cook Yancey's knowledge, information and belief, all of the allegations of fact contained in the Statement are true and correct.

Shreveport, Louisiana, this 20th day of April, 2020.

        COOK, YANCEY, KING & GALLOWAY
        A Professional Law Corporation

        By: /s/ Jordan B. Bird
           Jordan B. Bird
           La. Bar Roll No. 32344

        333 Texas Street, Suite 1700
        P.O. Box 22260
        Shreveport, La 71120-2260
        Telephone: (318) 221-6277
        Direct Dial: (318) 227-7751
        Facsimile: (318) 227-7850
        Email: jordan.bird@cookyancey.com

        ATTORNEYS FOR FRANKS EXPLORATION
        COMPANY, LLC, BUNDERO INVESTMENT
        COMPANY, LLC, KINGSTON, LLC, AEH
        INVESTMENTS, LLC, AND J & A HARRIS, LP

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing *Verified Statement of Multiple Representation Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure* with the Clerk of Court using the Court's electronic filing system. Notice of this filing was sent to all counsel of record by operation of the Court's electronic filing system at the email address registered with the Court.

Shreveport, Louisiana, this 20th day of April, 2020.

    /s/ Jordan B. Bird    
OF COUNSEL
