# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

IN RE: SKLAR EXPLORATION COMPANY, LLC     CASE NO. 20-12377-EBB
    CHAPTER 11  Debtor.

SKLARCO, LLC     CASE NO.: 20-12380-EEB
    CHAPTER 11 Debtor.
_____

## ENTRY OF APPEARANCE AND REQUEST FOR COPIES
_____

Jim F. Spencer, Jr. of the law firm of Watkins & Eager PLLC, Post Office Box 650, Jackson, Mississippi 39205, enters his appearance as counsel of record for Landmark Oil and Gas, LLC, a Mississippi limited liability company, Landmark Exploration, LLC, a Mississippi limited liability company, Lexington Investments, LLC, a Mississippi limited liability company, and Stone Development, LLC, a Mississippi limited liability company (collectively the "Landmark Entities").

The Landmark Entities hereby request that its attorney be provided with copies of all notices given and papers served in this case including motions, applications, petitions, complaints, other pleadings, orders, judgments, reports and any other documents filed or served in this proceeding.

Respectfully submitted this 20th day of April, 2020.

                         LANDMARK OIL AND GAS, LLC,
                         LANDMARK EXPLORATION, LLC,
                         LEXINGTON INVESTMENTS, LLC, and
                         STONE DEVELOPMENT, LLC

                 By: /s/ Jim F. Spencer, Jr.
                     Jim F. Spencer, Jr., Its attorneys

OF COUNSEL

PAUL H. STEPHENSON, III (MSB#7864)
JIM F. SPENCER, JR. (MSB#7736)
WATKINS & EAGER PLLC
P.O. BOX 650
JACKSON, MISSISSIPPI 39205
(601) 965-1900 (p)
(601) 965-1901 (f)
pstephenson@watkinseager.com
jspencer@watkinseager.com

## CERTIFICATE OF SERVICE

I, Jim F. Spencer, Jr., do hereby certify that I have caused to be served a true and correct copy of the ENTRY OF APPEARANCE was served on all parties authorized to receive notice through the ECF notice system in this case.

This 20th day of April, 2020.

/s/ Jim F. Spencer, Jr.
Jim F. Spencer, Jr.