UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

    I certify that on April 20, 2020, I served a complete copy of the **NOTICE OF CHAPTER 11 MEETING OF CREDITORS AND ORDER AND NOTICE OF CHAPTER 11 SCHEDULING CONFERENCE** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

5395 Pearl Parkway, LLC
c/o Adam Hirsch
Kutak Rock, LLP
1801 California Street
Suite 3000
Denver, CO 80202-2652

5395 Pearl Parkway, LLC
1919 14th Street
Suite 800
Boulder, CO 80302

All Copy Products, Inc.
P.O. Box 660831
Dallas, TX 75266-0831

All Copy Products, Inc.
4141 Colorado Blvd.
Denver, CO 80216

Ally Payment Processing Center
P.O. Box 9001948
Louisville, KY 40290-1948

AT&T
P.O. Box 105262
Atlanta, GA 30348-5252

Basic Energy Service, LP
P.O. Box 841903
Dallas, TX 75284-1903

Bellousov, Anita
4355 East 135th Way
Thornton, CO 80241

Berg Hill Greenleaf Ruscitti LLP
1712 Pearl Street
Boulder, CO 80302

Boulder Self Storage
6439 Arapahoe Road
Boulder, CO 80303

Brewton Area Properties
ATTN: Thomas McMillen
P.O. Box 809
Brewton, AL 36427

Carter, Rhonda B.
P.O. Box 453
Brewton, AL 36426

CCH Incorporated
P.O. Box 4307
Carol Stream, IL 60197-4307

Century Link
P.O. Box 91155
Seattle, WA 98111-9255

Century Tel/Century Link
P.O. Box 4300
Carol Stream, IL 60197-4300

Cherokee County Electric Co-op Association
P.O. Box 257
Rusk, TX 75785

Choice Copy Service USE CHOCO2!!
P.O. Box 919254
Dallas, TX 75391-9254

Cicon & Associates LLP
P.O. Box 541
Chester, MT 59522-0541

Compliance Assurance Associates
682 Orvil Smith Road
Harvest, AL 35749

Copeland, Kenny
1821 Bayou Bend Drive
Bossier City, LA 71111

Culkin Water District
2681 Sherman Avenue
Vicksburg, MS 39180

Barlow, David A.
321 Paseo Encinal Street
San Antonio, TX 78212

Douglas Parking, LLC
1330 Broadway
Suite 630
Oakland CA 94612

Enterprise Computing Services, LLC
347 Bert Kouns Industral Loop
Shreveport, LA 71106

Escambia River Electric Cooperative
P.O. Box 428
Jay, FL 32565

Exigent Information Solutions
8310 South Valley
Englewood, CO 80112

Flexjet, LLC
26180 Curtiss Wright Parkway
Cleveland, OH 44143

Fuelman
P.O. Box 70887
Charlotte, NC 28272-0887

GHD Services, Inc.
P.O. Box 392237
Pittsburgh, PA 15251-9237

Grady Rails & Sons, Inc.
12364 Brooklyn Road
Evergreen, AL 36401

GTT Communications, Inc.
P.O. Box 842630
Dallas, TX 75284-2630

Hall Trucking, Inc.
2515 Foothill Blvd.
Rock Springs, WY 82901

Hatcher, Steven
1269 Yellow Pine Road
Boulder, CO 80304

Infinisource Benefit Services
ATTN: Finance Dept.
P.O. Box 889
Coldwater, MI 49036-0889

J & H Insurance Services, Inc.
510 North Valley Mills Drive
Waco, TX 76710

Jackson, Louise Seamans
P.O. Box 272
Kosse, TX 76653

Key Rite Security
5570 East Yale Avenue
Denver, CO  80222

L & L Process Solutions, Inc.
3748 Industrial Park
Mobile, AL 36693

LaserCycle USA
528 South Taylor Avenue
Louisville, CO 80027-3030

LJD Enterprises, Inc.
ATTN: Louis J. Dellacava
2595 Canyon Boulevard
Suite 230
Boulder, CO 80302

Lonewolf Energy, Inc.
P.O Box 81026
Billings, MT 59108

Louisiana – Edwards Tower Louisiana
Tower Operating LLC
7020 Solutions Center
Chicago, IL 60677-7000

Louisiana One Call System
P.O. Box 40715
Baton Rouge, LA 70835-0715

Louisiana Tower Operating
c/o Kean Miller
ATTN: Mark Mese
II City Plaza
400 Convention Street
Baton Rouge, LA 70802

Mediacom
P.O. Box 71219
Charlotte, NC 28272-0121

Mendoza's Barrier Fence Co.
P.O. Box 388
Brewton, AL 36427

Mississippi Power
P.O. Box 245
Birmingham, AL 35201-0245

Navasota Valley Electric Cooperative
P.O. Box 848
Franklin, TX 77856-0848

New Benefits Ltd.
P.O. Box 803475
Dallas, TX 75380

Owassa Brownsville Water Authority
P.O. Box 544
Evergreen, AL 36401

Pitney Bowes
P.O. Box 371896
Pittsburgh, PA 15250-7896

Pitney Bowes Global Financial Services
P.O. Box 371887
Pittsburgh, PA 15250-7887

Precision Signs
P.O. Box 285
Shreveport, LA 71162-0285

Presley, Deloris
309 North Pine Street
Brewton, AL 36426

Railroad Commission of Texas
P-5 Financial Assurance Unit
P.O. Box 12967
Austin, TX 78711-2967

RedWave Energy, Inc.
ATTN: Jim Nelson
1041 Mackenzie Place
Wheaton, IL 60187

Republic Services #808
P.O. Box 9001099
Louisville, KY 40290-1099

Ricoh Americas Corporation
300 Eagleview Blvd.
Exton, PA 19341

Ricoh USA, Inc.
P.O. Box 660342
Dallas, TX 75266-0341

Sleeping Buffalo
P.O. Box 131
Saco, MT 59261

Southern Pine Electric Cooperative
P.O. Box 528
Brewton, AL 36427

Southwestern Electric Power Company
P.O. Box 371496
Pittsburgh, PA 15250-7496

State Line Vacuum Service, Inc.
10656 Highway 79
Haynesville, LA 71038

Stewart's Testing, Inc.
Alpha Leak Detection Services, Inc.
304 Meadow Lane
Kemah, TX 77565

Support.com, Inc.
ATTN: Chief Financial Officer
900 Chesapeake Drive
2nd Floor
Redwood City, CA 94063

Tim Ross/William Timothy Ross
10044 State Highway
Troup, TX 75789

Town of Arcadia
P.O. Box 767
Arcadia, LA 71001

TrackNet
1215 Prytania Street
New Orleans, LA 70130-4357

TransZap, Inc.
Enverus Business Automation
Department 3597
P.O. Box 123597
Dallas, TX 75312-3597

Upshur Rural Electric Cooperative
P.O. Box 6500
Big Sandy, TX 75755-6500

Western Water Consultants, Inc.
611 Skyline Road
Laramie, WY 82070

White, Glen and Glenda
130 Commanche Trail
Delhi, LA 71232

Yazoo Valley Electric Power Association
P.O. Box 8
Yazoo City, MS 39194

Your Message Center, Inc.
3181 Old Redlick Road
Texarkana, TX 75503

ZAP Engineering and Construction
333 South Allison Parkway
Lakewood, CO 80226

**/s/Vicky Martina**
**Vicky Martina**
**Kutner Brinen PC**