# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11 |
| | **Joint Administered Under**<br>**Case No. 20-12377 EEB** |

## FRIST AMENDED NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**NOW INTO COURT**, through undersigned counsel, comes JF Howell Interests, LP and files this "First Amended Notice Of Appearance And Request For Notices" ("First Amended Notice"). On April 17, 2020 [Rec. Doc. 101] undersigned counsel filed its original Notice of Appearance and Request for Notices for JF Howell Interests, LP ("Original Notice"). However, it was discovered that the entity was incorrectly and inadvertently listed as "JH Howell Interests, LP" in the first line of the Original Notice. The correct name of the creditor and party in interest is JF Howell Interests, LP. Undersigned counsel represents JF Howell Interests, LP which represents that it is a creditor and a party in interest in the above-captioned jointly administered bankruptcy proceedings, and requests that it be sent all notices given or required to be given in these jointly administered proceedings and all documents served or required to be served, including, without limitation, those as provided in Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, through its counsel.

- 1 -

- 2 -

**PLEASE TAKE FURTHER NOTICE** that neither this First Amended Notice nor any later appearance, pleading, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any cases, controversy or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this First Amended Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Notice should be sent to:

David R. Taggart
Bradley Murchison Kelly & Shea LLC
401 Edwards Street, Suite 1000
Shreveport, Louisiana 71101
(318) 227-1131 – Telephone
(318) 227-1141 – Facsimile
dtaggart@bradleyfirm.com

Dated: April 20, 2020

Respectfully submitted,

BRADLEY MURCHISON KELLY & SHEA LLC

By: /s/ David R. Taggart
David R. Taggart (Texas Bar # 00793102)
401 Edwards Street, Suite 1000
Shreveport, Louisiana 71101
Telephone: (318) 227-1131
Facsimile: (318) 227-1141

Email: dtaggart@bradleyfirm.com

- - **Attorneys for JF Howell Interests, LP**

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed on April 20, 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ David R. Taggart
OF COUNSEL