# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| SKLAR EXPLORATION COMPANY, LLC, *et al.*,[1] | § § § | Case No. 20-12377-EEB |
| Debtors. | § § | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rules 9010(b) and 2002(g), Munsch Hardt Kopf & Harr, P.C. ("Munsch Hardt") appears on behalf of the Official Committee of Unsecured Creditors of Sklar Exploration Company, LLC (the "Committee"), and requests that all notices given or required to be given and all papers served or required to be served by U.S. Mail and by email in the above-captioned cases be given to and served upon:

> Grant M. Beiner
> Munsch Hardt Kopf & Harr, P.C.
> 700 Milam Street, Suite 2700
> Houston, Texas 77002
> Telephone: (713) 222-1470
> Facsimile: (713) 222-1475
> gbeiner@munsch.com

This request encompasses all notices, copies and pleadings referred to in section 1109(b) of Title 11, United States Code or in Rules 2002, 3017 or 9007 of the Bankruptcy Rules of Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in this case, whether formal or informal, written or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

oral, or transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect the above cases.

This Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of rights of the Committee (i) to have final orders in noncore matters entered only after de novo review by a United States District Judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, and (iv) to any rights, claims, actions, setoffs, or recoupments to which the Committee is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted this 20th day of April, 2020.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Grant M. Beiner*
Christopher D. Johnson
Texas Bar No. 24012913
John D. Cornwell
Texas Bar No. 24050450
Grant M. Beiner
Texas Bar No. 24116090
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone: (713) 222-1470
Facsimile: (713) 222-1475
cjohnson@munsch.com
jcornwell@munsch.com
gbeiner@munsch.com

**PROPOSED COUNSEL FOR
THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**

4829-3948-2554v.1

## **CERTIFICATE OF SERVICE**

      This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on April 20, 2020.

                                               */s/ Grant M. Beiner*
                                               Grant M. Beiner