# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| SKLAR EXPLORATION COMPANY, LLC, *et al.*,[1] | § § § | Case No. 20-12377-EEB |
| Debtors. | § § § | (Jointly Administered) |

## WITNESS AND EXHIBIT LIST OF
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Munsch Hardt Kopf & Harr, P.C., as proposed counsel for The Official Committee of Unsecured Creditors (the "Committee"), hereby files its Witness and Exhibit List for the hearing set on April 27, 2020, at 1:30 p.m. (the "Hearing") to be held telephonically before the Honorable Bankruptcy Judge Elizabeth E. Brown from the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom F, Denver, Colorado 80202.

## WITNESSES

The Committee may call the following witnesses at the Hearing:

1. Any witness listed or used by any other party, and

2. Any witness necessary to rebut the testimony of a witness called or designated by another party.

## EXHIBITS

The Committee may introduce the exhibits listed on Attachment 1 at the Hearing.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

4850-8860-3322v.2

## RESERVATION OF RIGHTS

The Committee reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing.

DATED: April 20, 2020

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Christopher D. Johnson*
Christopher D. Johnson
Texas Bar No. 24012913
John D. Cornwell
Texas Bar No. 24050450
Grant M. Beiner
Texas Bar No. 24116090
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone: (713) 222-1470
Facsimile: (713) 222-1475
cjohnson@munsch.com
jcornwell@munsch.com
gbeiner@munsch.com

**PROPOSED COUNSEL FOR
THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on April 20, 2020.

*/s/ John D. Cornwell*
John D. Cornwell

4850-8860-3322v.2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| In re: | § | Chapter 11 |
|---|---|---|
| | § | |
| **SKLAR EXPLORATION COMPANY, LLC,** *et al.*,[2] | § § § | **Case No. 20-12377-EBB** |
| | § | |
| Debtors. | § | **(Jointly Administered)** |

## **ATTACHMENT 1**

### **EXHIBITS FOR HEARING**

| Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|
| All Documents Identified on the Debtors' List of Witness and Exhibits | | | |
| Any exhibit offered or listed by another party | | | |
| Any exhibit for purposes of rebuttal or impeachment | | | |

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

4850-8860-3322v.2