# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |
| ) | |

## OBJECTION TO DEBTORS' MOTION FOR APPROVAL OF RETAINER FOR BERG HILL GREENLEAF & RUSCITTI, LLP

Secured creditor, East West Bank, a California state banking corporation ("EWB"), in its individual capacity as a lender and as the administrative agent under the Credit Agreement dated June 15, 2018 (as amended, the "Credit Agreement") with Sklar Exploration Company LLC and Sklarco LLC (the "Debtors"), through counsel, files this objection to the Debtors' Motion for Approval of Retainer for Berg Hill Greenleaf & Ruscitti, LLP (the "Retainer Motion")[Doc. #26] and states as follows:

### Background

1. EWB is the Debtors' senior secured lender pursuant to the Credit Agreement entered among EWB and the Debtors on or about June 15, 2018. Pursuant to the terms of the Credit Agreement, EWB agreed to extend credit to the Debtors consisting of a revolving line of credit (the "Line of Credit") and standby letters of credit (the "Letters of Credit," and with the Line of Credit, the "Commitments") subject to an initial Borrowing Base of $25,000,000. Based

upon the Debtors' subsequent financial reporting, the Borrowing Base could increase or decrease, with the total Commitments subject to a cap in the amount of $50,000,000.

2. As the Debtors acknowledge in their first day filings, the Debtors' obligations to EWB under the Credit Agreement are secured by duly perfected, first priority liens in favor of EWB in substantially all of the Debtors' real and personal property assets. *See Declaration of Howard F. Sklar*, Doc. #39 at p. 2. EWB perfected its security interests in the Debtors' property pursuant to: (i) separate mortgages recorded in the real estate records of each of the counties or parishes in which the Debtors own real property; and (ii) UCC-1 financing statements filed with the appropriate Secretaries of State. *Id.*

3. The Debtors filed their voluntary petitions for relief pursuant to Chapter 11 of the Bankruptcy Code on April 1, 2020 ("Petition Date").

4. As of the Petition Date, EWB had extended credit to the Debtors in the approximate amount of $22,925,000, consisting of $22,350,000 extended under the Line of Credit and Letters of Credit issued in the amount of $575,000.[1]

5. Prior to the Petition Date, the Debtors engaged in negotiations with EWB surrounding the Debtors' obligations and defaults under the Credit Agreement. Those negotiations were ultimately unsuccessful. During those negotiations the Debtors were represented by Giovanni Ruscitti of Berg Hill Greenleaf & Ruscitti, LLP ("BHGR").

6. On April 6, 2020, the Debtors filed the Retainer Motion seeking the Court's approval of a $25,000 retainer (the "Retainer") that was paid to Berg Hill Greenleaf & Ruscitti, LLP before the Petition Date. As their sole basis for approval of the Retainer, the Debtors

---

[1] The amounts owed under the Credit Agreement as stated herein are intended as estimates only, and EWB reserves all rights to supplement or revise such amounts as needed.

contend that this case is complex that will require Berg Hill Greenleaf & Ruscitti, LLP's employment to address the factual and legal issues.

## Argument

7. EWB fully incorporates the following objections into this Objection:

- EWB's Preliminary Objection to Debtors' Motion for Authority to Use Cash Collateral [Doc. #59].

- EWB's Limited Objection to Debtor's Motion to Approve Payment Procedure for Professional Fees and Costs [Doc. #129].

- EWB's Objection to Debtors' Motion to Employ Berg Hill Greenleaf & Ruscitti, LLP as Special Counsel [Doc. #128].

8. For the reasons stated in the above named and incorporated Objections, EWB contends that the Debtors' payment of a retainer to Berg Hill Greenleaf & Ruscitti, LLP is neither necessary or beneficial to the Estate.

9. Debtors' retention of Special Counsel is unnecessary. The Debtors' Estate is at high risk of becoming administratively insolvent. The additional cost of Special Counsel depletes Debtors' limited resources and should not be permitted.

10. The $25,000 retainer that was paid to Berg Hill Greenleaf & Ruscitti, LLP remains property of the Estate and should be returned to the Estate where it provides some added liquidity and could benefit creditors.

## Conclusion

WHEREFORE, for these reasons stated above, EWB respectfully requests the Court deny the Debtors' Retainer Motion and grant such other relief as it deems is just and proper.

Dated this 20th day of April, 2020.

        *s/ Craig K. Schuenemann*
        Craig K. Schuenemann, CO #41068
        BRYAN CAVE LEIGHTON PAISNER LLP
        1700 Lincoln Street, Suite 4100
        Denver, CO 80203
        Phone: (303) 861-7000
        Facsimile: (303) 866-0200
        Email: craig.schuenemann@bclplaw.com

        ATTORNEYS FOR EAST WEST BANK

## **CERTIFICATE OF MAILING**

The undersigned hereby certifies that on this 20th day of April, 2020, a true and correct copy of the foregoing **OBJECTION TO DEBTORS' MOTION FOR APPROVAL OF RETAINER FOR BERG HILL GREENLEAF & RUSCITTI, LLP** was filed and served via ECF on all attorneys of record:

Jeffrey S. Brinen
Lee M. Kutner
1660 Lincoln Street
Suite 1850
Denver, CO 80264
*Attorney for Debtor Sklarco, LLC*

Paul Moss
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294
*Attorney for U.S. Trustee*

        */s/ Martha A. Hammond*
        Martha A. Hammond Legal Secretary
        Bryan Cave Leighton Paisner LLP

601924740.2