UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) |
| EIN: 72-1417930 | ) Chapter 11 |
| | ) |
|   Debtor. | ) |
| | ) |
| | ) |
| | ) Case No. 20-12380-EEB |
| SKLARCO, LLC | ) |
| EIN: 72-1425432 | ) Chapter 11 |
|   Debtor. | ) |

**MOTION FOR EXTENSION OF TIME FOR ALL PARTIES
TO OBJECT TO PENDING MOTIONS AND FILING LISTS OF WITNESSES AND
EXHIBITS**

The Debtors and Debtors in Possession, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together "Debtors"), by and through their attorneys, Kutner Brinen, P.C., move the Court for entry of an Order extending the deadline by which **all parties** are required to file Objections to pending motions and file Lists of Witnesses and Exhibits, and in support thereof, the Debtors state as follows:

1. The Debtors filed for relief under Chapter 11 of the Bankruptcy Code on April 1, 2020. The Debtors remain Debtors-in-Possession.

2. SEC is a Louisiana limited liability company engaged in business as an independent exploration and production company in the oil and gas industry. SEC has its principal business office in Boulder, Colorado and has additional offices in Shreveport, Louisiana and Brewton, Alabama. SEC's exploration and production activities are located in East Texas, North Louisiana, South Mississippi, South Alabama and the Florida Panhandle. SEC is also developing opportunities in the western United States.

3. Sklarco is a Louisiana limited liability company that holds extensive oil and gas interests in East Texas, North Louisiana, South Mississippi, South Alabama, the Florida Panhandle, Wyoming, and Montana.

4. SEC operates all production facilities comprised of between 50 and 60 wells and two gas plants. In each of the properties operated by SEC, there are different interests held by a

variety of owners, including overriding royalty interests ("ORRIs"), royalty interests, and working interests.

5. The Debtors have filed a number of Motions in this case, including but not limited to a Motion for Authority to Use Cash Collateral. The following Motions are currently pending before the Court:

| Motion | Objection Deadline |
|---|---|
| Motion for Approval of Retainer for Kutner Brinen, P.C. (Docket No. 24) | April 20, 2020 |
| Motion for Approval of Retainer for Berg Hill Greenleaf & Ruscitti, LLP (Docket No. 26) | April 20, 2020 |
| Motion for Approval of Retainer for Armbrecht Jackson, LLP (Docket No. 28) | April 20, 2020 |
| Motion to Approve Payment Procedure for Professional Fees and Costs (Docket No. 30) | April 20, 2020 |
| Motion for Authority to Use Cash Collateral (Docket No. 34) | April 23, 2020 |
| Motion to: (1) Honor and Pay Overriding Royalty, Royalty, and Working Interest Obligations; and (2) Offset Joint Interest Billing Obligations (Docket No. 37) | April 20, 2020 |
| Motion for Authority to Pay Joint Interest Billing Obligations as Critical Vendors (Sklarco, LLC) | Prior to hearing on April 27, 2020 |

(collectively the "Pending Motions")

6. The Pending Motions, with the exception of the Motions for Approval of Retainers and Motion to Approve Payment Procedure for Professional Fees and Costs, are set for a hearing on April 27, 2020 ("April 27 Hearing").

7. In accordance with the Court's Minute Order Filed April 9, 2020, the deadline for parties to file Lists of Witnesses and Exhibits with respect to the April 27 Hearing is April 20, 2020.

8. A number of parties have recently become involved in the case, including the Official Committee of Unsecured Creditors ("Committee"). Additionally, the Debtors are still in the process of providing additional information requested by parties via the established data room.

9. To ensure that all parties in interest have a sufficient opportunity to review the information provided and request additional information, as appropriate, the Debtors are respectfully requesting that the deadline by which **all parties** are required to file Objections to the

Pending Motions and file their Lists of Witnesses and Exhibits be extended through and including April 23, 2020.

10. The brief extension will allow parties who are newly engaged to fully review all pending matters in this case and the information provided, which will facilitate in the resolution of pending objections, and may obviate the need for filing objections.

11. Additionally, the Debtors have been discussing an extension of the Interim Cash Collateral Order with the Committee and the primary secured lender, East West Bank ("EWB"). Granting an extension of the Objection deadlines and deadline to file Lists of Witnesses and Exhibits will facilitate the Debtors' ongoing discussions regarding the continued use of cash collateral on an interim basis with all parties, and will facilitate the efficient management of the Debtors' cases.

12. The Debtors further seek authority to agree to further extensions as necessary and appropriate without the need for filing further motions with the Court.

13. Counsel for the Debtors has conferred with counsel for the Committee and counsel for EWB, who do not oppose the requested relief. Given that the relief requested is broadly applicable to **all parties**, the Debtors do not anticipate that this Motion will be opposed.

WHEREFORE the Debtors pray the Court make and enter an Order extending the deadline by which all parties are required to file Objections to the Pending Motions and file Lists of Witnesses and Exhibits through and including April 23, 2020, and for such further and additional relief as to the Court may appear just and proper.

DATED: April 20, 2020                    Respectfully submitted,

By: */s/ Keri L. Riley*
Lee M. Kutner, # 10966
Keri L. Riley, #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
E-mail: lmk@kutnerlaw.com
E-mail: klr@kutnerlaw.com