UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR ALL PARTIES TO OBJECT TO PENDING MOTIONS AND FILING LISTS OF WITNESSES AND EXHIBITS

THIS MATTER comes before the Court on the Debtors' Motion for Extension of Time for All Parties to Objection to Pending Motions and Filing Lists of Witnesses and Exhibits ("Motion"), the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby

**ORDER THAT:**

1. The Motion is GRANTED;

2. The deadline by which all parties in interest may file Objections to the Pending Motions[1] and file Lists of Witnesses and Exhibits is hereby extended through and including April 23, 2020; and

3. The Debtors are hereby authorized to agree to further extensions with respect to the Pending Motions as necessary and appropriate without the need for filing additional motions with the Court.

Done and entered this _____ day of _____, 2020 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge

---

[1] Capitalized terms shall have the same meaning as defined in the Motion unless otherwise defined herein.