IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COLORADO

| | |
|---|---|
| In Re: ) | |
| ) | |
| **SKLAR EXPLORATION COMPANY, LLC** ) | Case No. 20-12377-EEB |
| **and SKLARCO, LLC** ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| **SKLARCO, LLC** ) | Case No. 20-12380-EEB |
| ) | |
| ) | Chapter 11 |
| ) | |

**VERIFIED RULE 2019 STATEMENT OF MULTIPLE REPRESENATION**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, the undersigned counsel, files this Verified Statement of Multiple Representation to provide the following information:

1. Maynes, Bradford, Shipps & Sheftel, LLP and Barnett B. Skelton, Jr. represent the following parties as bankruptcy counsel in connection to the above-captioned matter:

    a. **Tauber Exploration & Production Company**
    b. **Pickens Financial Group LLC**
    c. **CTM 2005, Ltd**
    d. **I & L Miss I, LP**
    e. **Tara Rudman Revocable Trust**
    f. **Feather River 75, LLC**
    g. **Rudman Family Trust**
    h. **The Rudman Partnership**
    i. **MER Energy, Ltd**
    j. **MR Oil & Gas, LLC**

1

2. The addresses for each of these parties are shown on Exhibit A attached hereto.

3. The parties listed above and on Exhibit A are each creditors of the Debtor, and the nature and principal amount of each of their claims is described on each of their claims is described on Exhibit A attached hereto.

4. Each of the parties listed on Exhibit A has consented to this multiple representation by Maynes, Bradford, Shipps & Sheftel, LLP and Barnet B. Skelton, Jr.

Dated this 20th day of April, 2020

Respectfully submitted,

**Maynes, Bradford, Shipps & Sheftel, LLP**
*/s/ Thomas H. Shipps*
Thomas H. Shipps
*/s/ Shay L. Denning*
Shay L. Denning
Maynes, Bradford, Shipps & Sheftel, LLP
835 E. Second Ave., Suite 123
Durango, CO 81301
Telephone: (970) 247-1755
Facsimile: (970) 247-8827
Email: tshipps@mbssllp.com;
sdenning@mbssllp.com

*/s/ Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.
815 Walker, Suite 1502
Houston, TX 77002
Telephone: (713) 659-8761
Cell: (713) 516-7450
Facsimile: (713)659-8764
Email: barnetbjr@msn.com

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that, on April 20, 2020, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

/s/ *Kate Potemkin*
Kate Potemkin

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COLORADO

In Re:                                           )
                                                 )
**SKLAR EXPLORATION COMPANY, LLC**  )  Case No. 20-12377-EEB
**and SKLARCO, LLC**                )
                                    )  Chapter 11
Debtors.                            )
                                    )
                                    )
                                    )
                                    )
**SKLARCO, LLC**                    )  Case No. 20-12380-EEB
                                    )
                                    )  Chapter 11
                                    )

## VERIFICATION

Before me, personally appeared, Thomas H. Shipps, who after being duly sworn, did depose and state:

"I am one of the litigation attorneys of record for the following individuals:

    a.   Tauber Exploration & Production Company
    b.   Pickens Financial Group LLC
    c.   CTM 2005, Ltd
    d.   I & L Miss I, LP
    e.   Tara Rudman Revocable Trust
    f.   Feather River 75, LLC
    g.   Rudman Family Trust
    h.   The Rudman Partnership
    i.   MER Energy, Ltd
    j.   MR Oil & Gas, LLC

"I have read the Verified Statement of Multiple Representation an know the contents to be true and correct to the best of my knowledge and belief."

Thomas H. Shipps

STATE OF COLORADO )
)  ss.
COUNTY OF LA PLATA )

Subscribed and sworn to before me this 20th day of April, 2020, by Thomas H. Shipps.

Witness my hand and official seal.

My commission expires: August 29, 2022

Notary Public

**KATE POTEMKIN
NOTARY PUBLIC
STATE OF COLORADO**
NOTARY ID 20184034544
MY COMMISSION EXPIRES AUGUST 29, 2022

5