# EXHIBIT A

| Name & Address | Nature of Claim Against the Debtors | Principal Amount of Claim (exclusive of interest, costs, and attorney's fees. |
|---|---|---|
| Tauber Exploration & Production Company<br>55 Waugh Drive, Suite 700<br>Houston, TX 77007 | Secured claim for misapplication of cash call advances, unpaid working interest revenues and breach of various joint operating interests | Undetermined as of the date of filing |
| Pickens Financial Group LLC<br>10100 N. Central Expressway, Suite 200<br>Dallas, TX 75231 | Secured claim for misapplication of cash call advances, unpaid working interest revenues and breach of various joint operating interests | Undetermined as of the date of filing |
| CTM 2005, Ltd<br>55 Waugh Drive, Suite 515<br>Houston, TX 77007 | Secured claim for misapplication of cash call advances, unpaid working interest revenues and breach of various joint operating interests | Undetermined as of the date of filing |
| I & L Miss I, LP<br>4761 Frank Luck Dr.<br>Addison, TX 75001 | Secured claim for misapplication of cash call advances, unpaid working interest revenues and breach of various joint operating interests | Undetermined as of the date of filing |
| MER Energy, Ltd<br>MR Oil & Gas, LLC<br>6500 Greenville Ave., Ste 110<br>Dallas, TX 75206 | Secured claim for misapplication of cash call advances, unpaid working interest revenues and breach of various joint operating interests | Undetermined as of the date of filing |
| The Rudman Partnership<br>4851 LBJ Freeway, Suite 210<br>Dallas, TX 75244 | Secured claim for misapplication of cash call advances, unpaid working interest revenues and breach of various joint operating interests | Undetermined as of the date of filing |

| | | |
|---|---|---|
| Tara Rudman Revocable Trust<br>Feather River 75, LLC<br>Rudman Family Trust<br>5910 North Central Expressway, Suite 1662<br>Dallas, TX 75206 | Secured claim for misapplication of cash call advances, unpaid working interest revenues and breach of various joint operating interests | Undetermined as of the date of filing |