IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **SKLAR EXPLORATION COMPANY, LLC** and **SKLARCO, LLC** | ) ) ) | Case No. 20-12377-EEB |
| | ) | Chapter 11 |
| Debtors. | ) ) ) ) ) ) | |
| **SKLARCO, LLC** | ) ) | Case No. 20-12380-EEB |
| | ) ) | Chapter 11 |
| | ) | |

### LIST OF WITNESSES AND EXHIBITS
### (THE TAUBER GROUP NON-OPERATORS)

Tauber Exploration & Production Company, CTM 2005, Ltd., Pickens Financial Group, LLC, I & L Miss I, LP, MER Energy, Ltd., The MR Trust (acting on behalf of MR Oil & Gas, LLC, Tara Rudman Revocable Trust, Feather River 75, LLC), Rudman Family Trust, and The Rudman Partnership (collectively the "Tauber Group Non-operators") hereby designate the following witnesses and exhibits for the final hearing on the Motion to Use Cash Collateral [Doc. No. 34] and Motion for Payment of Overriding Royalty, Royalty, and Working Interest Obligations and JIB Offsets [Doc. No. 37] set for April 27, 2020 at 1:30 p.m. to be held telephonically:

**I.  WITNESSES**

The Tauber Group Non-operators will call the following witnesses:

None at this time. The Tauber Group Non-operators do not intend to call any witnesses, unless it becomes necessary based on the presentation of the evidence.

1

The Tauber Group Non-operators may call the following witnesses:

| Witness Name | Nature of Testimony |
|---|---|
| Mike Pickens, President, Pickens Financial Group, LLC | Mr. Pickens will testify, to the extent necessary, regarding the agreements entered into between the parties and the joint operating billings and cash call advances arising from those agreements. |
| Howard Sklar, or any witness designated by Debtors | Mr. Sklar, or another witness designated by the Debtors, would be called on to testify regarding the agreements entered into between the parties and the method for issuing joint operating billings and accounting or interests, cash call advances, and other matters related thereto. |
| Any witness for rebuttal or impeachment | |

## II.  EXHIBITS

| Exhibit No. | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| TAU-A | Participation Agreement and JOA – Castleberry Prospect | | | Electronic and Paper |
| TAU-B | Participation Agreement and JOA – Shipps Creek Prospect | | | Electronic and Paper |
| TAU-C | Participation Agreement and JOA – Escambia Prospect | | | Electronic and Paper |
| TAU-D | Participation Agreement and JOA – North Pachuta Prospect | | | Electronic and Paper |
| TAU-E | Settlement Statement (JIB) – dated 3/31/20 to Tauber | | | Electronic and Paper |
| TAU-F | Settlement Statement (JIB) – dated 3/31/20 to Pickens | | | Electronic and Paper |
| TAU-G | Demonstrative Exhibit – Excerpt from JOA | | | Electronic and Paper |

In addition, the Tauber Group Non-operators may utilize any exhibit offered by any other party and any document necessary for impeachment or rebuttal or to refresh the recollection of a witness.

2

Dated this 20th day of April, 2020

                      Respectfully submitted,

**Maynes, Bradford, Shipps & Sheftel, LLP**

*/s/ Thomas H. Shipps*
Thomas H. Shipps
*/s/ Shay L. Denning*
Shay L. Denning
Maynes, Bradford, Shipps & Sheftel, LLP
835 E. Second Ave., Suite 123
Durango, CO 81301
Telephone: (970) 247-1755
Facsimile: (970) 247-8827
Email: tshipps@mbssllp.com;
       sdenning@mbssllp.com

*/s/ Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.
815 Walker, Suite 1502
Houston, TX 77002
Telephone: (713) 659-8761
Cell: (713) 516-7450
Facsimile: (713)659-8764
Email: barnetbjr@msn.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that, on April 20, 2020, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing

                      */s/ Kate Potemkin*
                      Kate Potemkin