**Excerpt from Page 5 of the Castleberry Prospect Joint Operating Agreement**

```
44  E. Custody of Funds: Operator shall hold for the account of Non-Operators any funds of Non-Operators advanced or paid to the
45  Operator, either for the conduct of operations hereunder or as a result of the sale of production from the Contract Area, and such
    funds shall remain the funds of the Non-Operators on whose account they are advance or paid until used for their intended purpose
46  or otherwise delivered to Non-Operators or applied toward the payment of debts, regardless of whether the debts arise out of the
    same well or operation for which the funds were advanced or from which the sales proceeds were derived. Nothing in this paragraph
47  shall be construed to establish a fiduciary relationship between Operator and Non-Operators.  Nothing in this paragraph shall
    require the maintenance by Operator of separate accounts for the funds of Non-Operators.
```

Exhibit TAU-G