# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN:72-1417930 | ) | |
|   Debtor | ) | Chapter 11 |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | |
|   Debtor | ) | Chapter 11 |

---

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

---

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby gives notice of his appearance on behalf of **Barbara Page Lawrence** and further requests that all notices, pleadings and other documents filed and/or served in this case, including all such notices described in Rule 2002 of the Bankruptcy Rules or given pursuant to the Local Bankruptcy Rule 9013-1, be served upon the following:

Michael J. Guyerson, Esq.
Buechler Law Office, L.L.C.
999 18th Street, Suite 1230-S
Denver, CO 80202
(720)- 381-0045 / Fax: (720) 381-0382
Mike@kjblawoffice.com

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal,

whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

DATED April 21, 2020 

Respectfully submitted,
BUECHLER LAW OFFICE, LLC

*/s/ Michael J. Guyerson*

Michael J. Guyerson, #11279
999 18th Street, Suite 1230-S
Denver, Colorado 80202
720-381-0045 / 720-381-0382 FAX
Mike@kjblawoffice.com

**CERTIFICATE OF SERVICE**

I certify that on April 21, 2020, a true and correct copy of the Notice of Appearance and Request for Entry was served on all parties authorized to receive notice via CM/ECF in this case.

By: */s/ Teresa White*
For Buechler Law Office, L.L.C.