## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

IN RE:                                        )
                                              )
SKLAR EXPLORATION COMPANY, LLC,               )       Case No. 20-12377-EEB
                                              )       Chapter 11
    Debtor.                                )
_____       )
                                              )
IN RE:                                        )
                                              )
SKLARCO, LLC,                                 )       Case No. 20-12380-EEB
                                              )       Chapter 11
    Debtor.                                )

## FANT ENERGY LIMITED'S OBJECTION TO DEBTORS' MOTION TO: 1) HONOR AND PAY OVERRIDING ROYALTY, ROYALTY, AND WORKING INTEREST OBLIGATIONS; AND 2) OFFSET JOINT INTEREST BILLING OBLIGATIONS
### [Relates to Doc. 37]

      Fant Energy Limited ("Fant") hereby files this Objection to the Debtors' Motion to: 1) Honor and Pay Overriding Royalty, Royalty, and Working Interest Obligations; and 2) Offset Joint Interest Billing Obligations [Doc. 37] (the "Motion") and would respectfully show as follows:

      1.    Fant is a working interest owner with respect to most of the oil and gas leases operated by debtor Sklar Exploration Company, LLC ("SEC"). Fant regularly provides cash call advances to SEC for the payment of joint interest billing obligations in connection with these leases.

      2.    In the Motion, SEC and Sklarco, LLC (collectively, "Debtors") seek to pay amounts owed to the holders of overriding royalty interests, royalty interests, and working interests (defined as "Revenue Payables" in the Motion). The Motion also seeks to continue the Debtors' practice of offsetting the cash call advances made by the working interest owners against the working interest owners' joint interest billing obligations. Fant does not object to this relief.

      3.    Fant objects to the Debtors' request to offset Revenue Payables owed to working interest owners against the working interest holders' joint interest billing obligations. Fant has

already provided funds with which SEC may offset against Fant's joint interest billing obligations: those funds are the cash call advances. The Debtors had no prepetition right to offset against the Revenue Payables and no prepetition right to use the cash call advances "in their sole discretion" as requested in the Motion. Accordingly, Fant objects to the Debtors obtaining authority to do so post-petition.

4.     Fant joins in the Objections filed by Franks Exploration Company, LLC, AEH Investments, LLC, and J & A Harris, LP [Doc. 118], the Landmark Entities [Doc. 119] and the Tauber Group Non-Operators [Doc. 134].

WHEREFORE, Fant Energy Limited prays that the Court deny the Debtors' Motion to: 1) Honor and Pay Overriding Royalty, Royalty, and Working Interest Obligations; and 2) Offset Joint Interest Billing Obligations [Doc. 37] and grant Fant Energy Limited such other and further relief to which it is justly entitled.

Respectfully submitted this 21st day of April, 2020.

JACKSON WALKER L.L.P.

By: _/s/ Victoria Argeroplos_
    Elizabeth C. Freeman *(Application for Admission pending)*
    Texas Bar No. 24009222
    Federal ID 24564
    Victoria Argeroplos
    Texas Bar No. 24105799
    Federal ID 3136507
    JACKSON WALKER L.L.P.
    1401 McKinney Street, Suite 1900
    Houston, Texas 77010
    (713) 752 - 4204 (Telephone)
    (713) 308 - 4115 (Facsimile)
    Email: efreeman@jw.com
    Email: vargeroplos@jw.com

**ATTORNEYS FOR FANT ENERGY LIMITED**

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on April 21, 2020, the forgoing was served via CM/ECF to all parties registered to receive electronic notice.

By: <u>*/s/ Victoria Argeroplos*</u>
       Victoria Argeroplos