UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
|   Debtor ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

OBJECTION TO DEBTORS' MOTION TO HONOR AND PAY OVERRIDING ROYALTY AND WORKING INTERESTS ET. AL. [DOC. NO. 37]

Barbara Page Lawrence and the estate of Pamela Page, deceased, through their undersigned counsel hereby file their Objection to the Debtors' pending Motion To Honor and Pay Overriding Royalty and Working Interests et. al. ("MOTION") [Doc. No. 37] as follows:

1. Undersigned counsel was contacted on the afternoon of Friday April 17, 2020 by Barbara Page Lawrence, individually, and as the representative of the estate of Pamela Page, deceased, ("Page Parties") who indicated she received in the United States Mail that day the Motion [Doc. No. 37] and the Notice [Doc. No. 38].

2. The mailing and service of the Motion and Notice upon Barbara Page Lawrence and the estate of Pamela Page, deceased, was not timely made. To the extent this Objection is deemed late, the objecting parties assert good cause exists to consider this late Objection.[1]

---

[1] A Motion to Extend the April 20, 2020 deadline was filed by the Debtors on April 20, 2020 [Doc. No 131] but has not been ruled upon as of the drafting on this Objection.

1

3. Both of the aforementioned Page Parties are entitled to receive working interest payments as set forth in the Debtors' filed Motion [Doc. No. 37]. While the Debtors' desire to distribute funds properly belonging to third parties like the Page Parties is admirable and proper as the funds are not property of the Debtors' estate, the right of third parties to verify, and if necessary, to challenge the offsets asserted by the Debtors cannot be waived or relinquished, which the Debtors' Motion would seem to suggest.

4. The Motion is devoid of any accounting for the offsets claimed, and no process is set forth to challenge the Debtors' claimed offsets.

5. There is a listing in the Motion, Exhibit A thereto, for a Barbara Page La (presumably for Barbara Page Lawrence) for a proposed distribution amount for March of $1,055.82.

6. Ms. Page is uncertain as to the accuracy of this amount, or to the nature of any offsets that are claimed by the Debtors. Indeed, no accounting is supplied with the Motion to verify the amounts represented.

7. There is no listing for any payment in the Motion to the estate of Pamela Page, or any indication of amounts held in suspense, if any, for the estate of Pamela Page. It is believed the Debtors are holding a sum of at least $60,000.00 in suspense for the estate of Pamela Page for her working interest.

8. Funds held in suspension, or otherwise, by the Debtors are not property of the estate. A prompt release of those funds should be part of the payments requested to be made by the Debtors in their Motion. They are not.

9. The Debtors should be required to forthwith release all undisputed funds they hold in suspense for the estate of Pamela Page. The Debtors should also provide a full and

    complete accounting of any claimed offsets, with a process provided to challenge and object to those offsets and charges.

10. It is assumed that the Debtors intend to continue to release funds properly belonging to third party interest holders like the Page Parties. The same process and procedures should apply to all future payments.

Wherefore, Barbara Page Lawrence and the estate of Pamela Page move this Court to deny the Motion as submitted but to approve it with proper procedures put into place to insure prompt payment to third parties now and in the future, and such further relief as is appropriate.

Dated: April 21, 2020                  Respectfully submitted,

*/s/ Michael J. Guyerson*

Michael J. Guyerson, #11279
999 18th Street, Suite 1230-S
Denver, Colorado 80202
720-381-0045 / 720-381-0382 FAX
mike@kjblawoffice.com

## CERTIFICATE OF SERVICE

    I certify that on April 21, 2020, a true and correct copy of the Objection to Debtors' Motion to Honor and Pay Overriding Royalty and Working Interests Et. Al [Doc. No. 37] was served on all parties authorized to receive notice via CM/ECF in this case.

*/s/Teresa White*
Buechler Law Office, LLC