**Exhibit
JFHI-2**



Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

David A. Barlow, President-Chief Operating Officer

Telephone: 720-836-1082

E-Mail: dbarlow@sklarexploration.com

May 20, 2015

To:     Working Interest Owners

RE:    Escambia Prospect, Fishpond Field, Escambia County, Alabama

Dear Owners,

   We are scheduled to appear before the State Oil & Gas Board on Thursday, June 25, 2015, seeking approval of our petition to create a fieldwide unit to be called the Fishpond Field that encompasses our CCL&T 10-5 #1 and CCL&T 9-8 #1 wells and surrounding acreage. In accordance, enclosed is the Unit Agreement and Unit Operating Agreement. Also attached is an instrument entitled "Ratification Of Unit Agreement Or Unit Operating Agreement, Or Both." We would like to go into the hearing in a few weeks with the ratification of at least 2/3rds of the working interest owners and 2/3rds of the royalty interest owners. **To this end, we would greatly appreciate it if each of you would please execute the attached Ratification in the appropriate capacity, have your signature witnessed and return the executed and witnessed Ratification to us in the enclosed Federal Express envelope ASAP.** Of course, if you have any questions, please do not hesitate to call.

                                             Yours very truly,

                                             *[signature]*

                                             David A. Barlow
                                             President & Chief Operating Officer

*[Individual]*

| WITNESS | SIGNATURE* | DATE |
|---|---|---|
|  |  |  |

| WITNESS | SIGNATURE* | DATE |
|---|---|---|
|  |  |  |

*[Trustee]*

| WITNESS | SIGNATURE* | DATE |
|---|---|---|
|  |  |  |

As Trustee of the following trust:

| WITNESS | SIGNATURE* | DATE |
|---|---|---|
|  |  |  |

As Trustee of the following trust:

*[Legal entity]*

ENTITY NAME: _JF Howell Interests, LP_

WITNESS/ATTEST  _Melissa R Ebarb_  
_Melissa R. Ebarb_

By _David Morgan_   DATE _5-26-2015_
Its _General Partner_

*PLEASE TYPE OR PRINT YOUR NAME HERE:

_David Morgan_

This Instrument Prepared by:

Conrad P. Armbrecht
ARMBRECHT JACKSON LLP
Post Office Box 290
Mobile, Alabama  36601

## RATIFICATION OF UNIT AGREEMENT OR
## UNIT OPERATING AGREEMENT, OR BOTH

### FISHPOND OIL UNIT
### FISHPOND FIELD,
### ESCAMBIA COUNTY, ALABAMA

KNOW ALL MEN BY THESE PRESENTS,

**WHEREAS,** an agreement entitled "Unit Agreement, Fishpond Oil Unit, Fishpond Field, Escambia County, Alabama," dated as of May 11, 2015, provides that any owner of a Royalty Interest or Working Interest, or both, in and to any Tract identified therein may become a party to such agreement by signing an instrument ratifying the same; and

**WHEREAS,** a companion agreement entitled "Unit Operating Agreement, Fishpond Oil Unit, Fishpond Field, Escambia County, Alabama," dated as of May 11, 2015, likewise provides that any owner of a Working Interest in and to any Tract identified therein may become a party to such agreement by signing an instrument ratifying the same; and

**WHEREAS,** each of the undersigned represents that he/she/it is the owner of a Royalty Interest, Working Interest, or both, in and to one or more of the Tracts identified in said agreements; and

**WHEREAS,** Exhibit "A," attached to said Unit Agreement is a plat showing the boundary lines of the Unit Area and the boundary lines and designations of each Tract within the Unit Area; and Exhibit "B," attached to said Unit Agreement identifies each Tract in the Unit Area shown on Exhibit "A," describes the same and reflects for each such Tract its Tract Participation;

**NOW, THEREFORE,** the undersigned owners of Royalty Interest hereby ratify and adopt the Unit Agreement, and the undersigned owners of Working Interest, or owners of both Working Interest and Royalty Interest, hereby ratify and adopt both the Unit Agreement and the Unit Operating Agreement.

The undersigned owners of the Royalty Interest hereby acknowledge receipt of a full and true copy of the Unit Agreement and the undersigned owners of Working Interest hereby acknowledge receipt of full and true copies of both the Unit Agreement and the Unit Operating Agreement.

IN WITNESS WHEREOF, each of the undersigned has executed this instrument on the date set forth opposite his signature in the presence of the undersigned witness(es).

JFHI00044

| | | |
|---|---|---|
| John R. Miller, III | R | 0.00079691 |
| Nancy M. Melton | R | 0.00057466 |
| David Earl Miller | R | 0.00057466 |
| Jean Miller (Stimpson) | R | 0.00057466 |
| Robert H. Kirby | R | 0.00085886 |
| Jean Kirby Jones | R | 0.00085886 |
| Suzanne W. Zimmer | R | 0.00085886 |
| Laura W. Grier | R | 0.00085886 |
| Linda H. Chavers | R | 0.00220807 |
| Camilla Huxford | R | 0.00171771 |
| James H. Barrow, Jr. and Jamie Barrow, as Trustees of the Barrow Family Revocable Trust | R | 0.00110879 |
| Peter B. Hamilton, Jr. | R | 0.00110879 |
| Herschell Lee Abbott, III | R | 0.00055440 |
| Cathryn Abbott Jones | R | 0.00055440 |
| Ernest Fred Bel | R | 0.00110879 |
| James Boyd Bel | R | 0.00110879 |
| Jeanne Bel Ingraham | R | 0.00110879 |
| Janan Goodner Cohen and Reliance Trust Company, as Co-Trustees of the Randall Montgomery Goodner Trust Share of Trust A under the Evelyn M. Britton Declaration of Trust | R | 0.00210069 |
| Roderick Wade Goodner, Jr. and Reliance Trust Trust Company, as Co-Trustees of the Roderick Wade Goodner Trust Share of Trust A under the Evelyn M. Britton Declaration of Trust | R | 0.00210069 |
| E.D. Scruggs, Jr. | R | 0.00050092 |
| Wendell Phillips Simpson | R | 0.00050092 |
| Kay Mitchell | R | 0.00025046 |
| Haywood Hanna, III | R | 0.00025046 |
| Lyman W. Phillips, Jr. | R | 0.00391675 |
| Frances L. Pope and Robert R. Crittenden, as Trustees of the Family Trust U/W Robert Downing Pope, Jr. | R | 0.00015000 |
| Jenny H. McGowin | R | 0.00061559 |
| Philippa Peyton M. Bethea | R | 0.00061559 |
| Peyton H. Hamilton (Carmichael?) | R | 0.00123119 |

JFHI00045

| Name | | |
|---|---|---|
| Stirling H. Hamilton, Jr. | R | 0.00123119 |
| Julie H. Pleus | R | 0.00123119 |
| Claude E. Hamilton, III | R | 0.00123119 |
| William Hamilton, Jr. | R | 0.00123119 |
| Lewis S. Hamilton | R | 0.00123119 |
| Adrian C. Allen, as Trustee of the Adrian C. Allen Revocable Trust | R | 0.00230151 |
| Suzanne C. Allen, as Trustee of the Suzanne C. Allen Revocable Trust | R | 0.00230151 |
| Cynthia S. Rilling | R | 0.00076717 |
| Deborah Jean Shaffer | R | 0.00038359 |
| Michael Adrian Shaffer and Clarissa Shaffer, as Trustees of the Shaffer Family Living Trust | R | 0.00038359 |
| Charles James Shaffer and Katrina Jeanne Shaffer, as Trustees of the CK Shaffer Family Trust | R | 0.00038359 |
| Trant L. Kidd, as Trustee of The Trant L. Kidd Special Trust | R | 0.00011507 |
| Rock Springs Minerals I, LLC | R | 0.00072184 |
| Source Rock Minerals, LLC | R | 0.00029423 |
| Rock Springs Energy, LLC | R | 0.00001569 |
| David Bissmeyer | R | 0.00000392 |
| Susan M. Winchester | R | 0.00076717 |
| James Adrian Allen | R | 0.00076717 |
| Downing Family Properties, LLC | R | 0.01069672 |
| Roabie Downing Johnson | R | 0.00081826 |
| Stella Livingston Hawkins | R | 0.00081826 |
| Wiley W. Downing, IV | R | 0.00015342 |
| Lisa Downing Nordmeyer | R | 0.00015342 |
| John A. Downing | R | 0.00030685 |
| Dan M. Downing | R | 0.00030685 |
| Anna Lillian D. Nelson | R | 0.00030685 |
| Jane Downing Dunaway | R | 0.00027275 |
| Lisa Downing Heaton | R | 0.00027275 |
| John Eric Downing | R | 0.00027275 |
| Albert W. Key | R | 0.00014533 |
| Atwood M. Kimbrough | R | 0.00010900 |
| James C. Kimbrough | R | 0.00003633 |
| Jack M. Watkins, Sr., as Trustee of the Jack M. Watkins, Sr. Trust U/A 3/17/05 | R | 0.00506086 |

| | | |
|---|---|---|
| Adrienne P. Watkins, as Trustee of the Adrienne Adrienne P. Watkins Trust U/A 3/17/05 | R | 0.00168695 |
| John H. Gray, Jr., as Trustee of the Adrienne P. Watkins Irrevocable Mineral Rights Trust for the benefit of the Jack M. Watkins, Jr. Family dated September 29, 2011 | R | 0.00168695 |
| Gerald Stephen Herman, as Trustee of the Adrienne P. Watkins Irrevocable Mineral Rights Trust for the benefit of the Adrienne W. Sniveley Family dated September 29, 2011 | R | 0.00168695 |
| Adrienne P. Watkins | R | 0.00015000 |
| Patricia Downing McFarland | R | 0.00010000 |
| John Robert Downing | R | 0.00007500 |
| Hermine M. Downing | R | 0.00101826 |
| M. Travis Holzborn | R | 0.00050913 |
| Valhalla Royalty, LLC | O | 0.00079418 |
| Eustes Energy, Inc. | O | 0.00799149 |
| Ezelle Energy, L.L.C. | O | 0.00799149 |
| Daboil Resources, L.C. | O | 0.00479490 |
| Christopher A. Farrell | O | 0.00184105 |

Total Royalty and Overriding Royalty:   0.32341311

Working Interest Ownership

| | | |
|---|---|---|
| Sklarco L.L.C. | W | 0.17029753 |
| JJS Interests Escambia, LLC | W | 0.11907809 |
| Resource Ventures, LLC | W | 0.00064975 |
| Dickson Oil & Gas, LLC | W | 0.00612500 |
| Fant Energy Limited | W | 0.06485848 |
| J.F. Howell Interests, LP | W | 0.02964959 |
| Bundero Investment Co., LLC | W | 0.00741240 |
| Marksco, L.L.C. | W | 0.01297170 |
| Tiembo Ltd. | W | 0.01111860 |
| Craft Exploration Co., LLC | W | 0.00525000 |
| Kudzu Oil Properties, LLC | W | 0.01111860 |
| Landmark Exploration, LLC | W | 0.01111860 |
| Michael K. Pickens, as Trustee of the MKP G-S Trust | W | 0.02204292 |

| | | |
|---|---|---|
| Tauber Exploration & Production Co. | W | 0.01312500 |
| McCombs Energy, Ltd. | W | 0.15010107 |
| The Rudman Partnership | W | 0.02969480 |
| Simco Energy, LLC | W | 0.00701537 |
| Pickens Financial Group, LLC | W | 0.00495939 |

Total Working Interest:   0.67658689
Total Royalty and Working Interest: 1.00000000

## SUMMARY OF UNIT OWNERSHIPS AS COSTS ARE SHARED
### (Gross Working Interest)

| | | |
|---|---|---|
| Sklarco L.L.C. | W | 26.300777% |
| JJS Interests Escambia, LLC | W | 18.193750% |
| Resource Ventures, LLC | W | 0.099274% |
| Dickson Oil & Gas, LLC | W | 0.875000% |
| Fant Energy Limited | W | 9.265498% |
| J.F. Howell Interests, LP | W | 4.235656% |
| Bundero Investment Co., LLC | W | 1.058914% |
| Marksco, L.L.C. | W | 1.853100% |
| Tiembo Ltd. | W | 1.588371% |
| Craft Exploration Co., LLC | W | 0.750000% |
| Kudzu Oil Properties, LLC | W | 1.588371% |
| Landmark Exploration, LLC | W | 1.588371% |
| Michael K. Pickens, as Trustee of the MKP G-S Trust | W | 3.241606% |
| Tauber Exploration & Production Co. | W | 1.875000% |
| McCombs Energy, Ltd. | W | 21.443009% |
| The Rudman Partnership | W | 4.242114% |
| Pickens Financial Group, LLC | W | 0.729321% |
| Simco Energy, LLC | W | 1.071868% |

Total Gross Working Interest: 100.000000%

SPECIAL NOTE: The overriding royalty interest and working interest numbers shown above are subject to change upon the realization of the non-consent penalty as described in the JOA for the Cedar Creek Land & Timber 10-5 #1 well.