## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | Case No. 20-12377-EEB |
| | Chapter 11 |
| SKLAR EXPLORATION COMPANY, LLC | |
| EIN: 72-1417930 | |
| | |
| Debtor | |
| _____ | |
| | |
| SKLARCO, LLC | Case No. 20-12380-EEB |
| EIN: 72-1425432 | Chapter 11 |
| | |
| Debtor | *Jointly Administered Under Case No. 20-12377-EEB* |

## FIRST SUPPLEMENTAL NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

**NOW INTO COURT**, through undersigned counsel, come Hughes Oil South, LLC, KMR Investments, LLC, and Tommy Youngblood, which file this "First Supplemental Notice of Appearance and Request for Service of Notices and Pleadings" ("First Supplemental Notice"). On April 20, 2020 [Rec. Doc. 115] undersigned counsel filed its original Notice of Appearance and Request for Service of Notices and Pleadings ("Original Notice"). After undersigned counsel filed its Original Notice, Hughes Oil South, LLC, KMR Investments, LLC, and Tommy Youngblood (collectively the "Creditors") retained the services of the law firm of Cook, Yancey, King & Galloway, APLC, to represent their interests in the above captioned bankruptcy case. Cook, Yancey, King & Galloway, APLC, will represent the interests of the Creditors, as well as the clients identified in Rec. Doc. 115, and files this First Supplemental Notice and requests service of notices and pleadings and other papers (however designated) filed in this case, as well as notices

given or required to be given in this case, be given and served upon the undersigned counsel at the address and/or email address listed below:

>Jordan B. Bird
>(LA Bar #32344)
>jordan.bird@cookyancey.com
>COOK, YANCEY, KING & GALLOWAY, APLC
>333 Texas Street, Suite 1700
>P.O. Box 22260
>Shreveport, Louisiana 71120-2260
>Telephone: (318) 221-6277
>Facsimile:  (318) 227-7850

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes all notices and copies of all motions, notices, reports, briefs, applications, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether transmitted or conveyed by mail, email, facsimile or otherwise has been filed with the Court in which notice is required pursuant to 11 U.S.C. § 1109(b), 11 U.S.C. § 342, and Bankruptcy Rules 2002, 3017, 9007, 9010, and 9013.

- 3 -

COOK, YANCEY, KING & GALLOWAY
A Professional Law Corporation


By: s/ Jordan B. Bird
    Jordan B. Bird
    La. Bar Roll No. 32344

333 Texas Street, Suite 1700
P.O. Box 22260
Shreveport, La 71120-2260
Telephone: (318) 221-6277
Direct Dial: (318) 227-7751
Facsimile: (318) 227-7850
Email: jordan.bird@cookyancey.com

ATTORNEYS FOR FRANKS EXPLORATION
COMPANY, LLC, BUNDERO INVESTMENT
COMPANY, LLC, KINGSTON, LLC, AEH
INVESTMENTS, LLC, AND J & A HARRIS, LP,
HUGHES OIL SOUTH, LLC, KMR
INVESTMENTS, LLC, AND TOMMY
YOUNGBLOOD

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that I electronically filed the foregoing *First Supplemental Notice of Appearance and Request for Service of Notices and Pleadings* with the Clerk of Court using the Court's electronic filing system. Notice of this filing was sent to all counsel of record by operation of the Court's electronic filing system at the email address registered with the Court.

  Shreveport, Louisiana, this 22nd day of April, 2020.

                 /s/ Jordan B. Bird
                    OF COUNSEL