# Exhibit 3

**Sklar Exploration Co., L.L.C.**
401 Edwards Street, Suite 1601
Shreveport, LA  71101
(318)227-8668

# Settlement Statement

FPCC USA, Inc.
245 Commerce Green Blvd, Ste 250
Sugar Land, TX  77478

Account:

Date:  03/31/2020

| **Prepaid Balance by Project:** | | | Beginning Balance | Pre-Pmts Applied | Balance Remaining |
|---|---|---|---:|---:|---:|
| Property# | AFE# | Description | | | |
| 1BRO04 | 309-W5 | CCL&T 4-1 #1 WI (R13E) | 1,057.59 | 70.68 | 986.91 |
| 1BRO04 | 309-W6 | Thomasson 33-12 #1 | 4,752.18 | 4,471.85 | 280.33 |
| 1BRO04 | 309-W7 | CCL&T 35-13 #1 | 4,960.03 | 4,826.41 | 133.62 |
| 1BRO05 | 308-17 | CCL&T 2-4 #1 | 4,359.02 | 193.30 | 4,165.72 |
| 1BRO05 | 308-18 | CCL&T 2-2 #1 | 12,101.34 | | 12,101.34 |
| 1BRO05 | 308-19 | CCL&T 3-2 #1 WI | 2,250.83 | 54.20 | 2,196.63 |
| 1BRO05 | 308-W4 | CCL&T 2-9 #1 | 890.09 | | 890.09 |
| 1BRO05 | 308-W5 | CCL&T 4-3 #1 | 2,605.08 | | 2,605.08 |
| 1PIT02 | 311-PL | Pitnic Ltd. 16-3 #1 Pipeline | 381,107.84 | 51,136.12 | 329,971.72 |
| | | **Prepaid Balance Totals:** | **414,084.00** | **60,752.56** | **353,331.44** |