# Exhibit 6

| | |
|---|---|
| **From:** | Keri Riley <KLR@kutnerlaw.com> |
| **Sent:** | Tuesday, April 21, 2020 2:08 PM |
| **To:** | Moss, Paul (USTP; Schuenemann, Craig; Suzuki, Bryce; Brescia, Duane J.; tshipps@mbssllp.com; sdenning@mbssllp.com; barnetbjr@msn.com; eric.lockridge@keanmiller.com; Robert L. Paddock; Bailey, James; Matt Ochs; Retherford, Jeremy; Tucker, Madison; Cameron, Jim T.; 'Tim M. Swanson'; Craig Geno; Argeroplos, Victoria; Freeman, Liz; Wertz, Jennifer; Coffey, Priya; Bain, Joseph; jcornwell@munsch.com; cjohnson@munsch.com; Beiner, Grant |
| **Cc:** | Lee Kutner |
| **Subject:** | [EXTERNAL] Sklarco/Sklar Exploration - Hearing on April 27 |
| **Attachments:** | Copy of Sklar - 150 day budget 4.19.20 (002).xlsx; Sklar Proposed Second Interim Cash Collateral Order.docx |

All:

Ahead of next week's hearing on the continued use of cash collateral, attached please find the Debtor's budget, which includes the week ending May 1, week ending May 8, and budget through the end of September. The budget does contemplate payment of the revenue interests attributable to February revenues in the amount of approximately $4.85 million, but does not include a line item for payment of the remaining amounts due in January at this time. At this time, the Debtors are proposing an extension of the interim use of cash collateral by two weeks, through the week ending May 8, in accordance with the terms of the Interim Cash Collateral Order and the attached budget. Given the deadlines set by the prior order, we have proposed the second interim order attached here. We would then propose that the Court set a new hearing on final cash collateral for the week of May 9.

We are also proposing to have the Sklarco Motion to Pay JIBs (Docket 41) continued and heard at the same time as the final use of cash collateral.

The Motion to Pay Overriding Royalty Interests, Royalty Interests, and Working Interest Obligations, and Offset JIBs (Docket 37) we would prefer to move forward with on the 27th, at least in part, to ensure that the at least the royalty interests and overriding royalty interests can be paid and to ensure that Sklarco's interest in the leases is not impaired. I will be reaching out the objecting parties to discuss a resolution on the issues raised in the Objections later this afternoon.

Finally, the cash call advance liability information has been uploaded to the data room as of yesterday. If anyone still needs access to the data room, or is requesting additional information, please feel free to let me know.

Please let me know if you are in agreement with the Debtors' proposal and if there are any comments on the budget and Second Interim Order.

Thanks,

Keri L. Riley, Esq.
Kutner Brinen, P.C.
1660 Lincoln St., Suite 1850
Denver, CO  80264

303-832-2910 Direct
303-832-2400 Main



E-MAIL CONFIDENTIALITY NOTICE:
The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.