# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377 EEB |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | Case No. 20-12380 EEB |
| SKLARCO, LLC | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned counsel, Spencer Fane LLP, hereby enters its appearance as counsel for Bri-Chem Supply Corp., LLC. Pursuant to Section 342 of the Bankruptcy Code, and Rules 2002 and 9010 of the Bankruptcy Rules, we request that all notice given or required to be given in this case or in any proceeding herein, and all papers served or required to be served in this case or in any proceeding herein, be given to and served upon the undersigned at the offices, addresses, e-mails, and telephone and fax numbers set forth below.

In addition, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders on and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telecopier, telegraph, telex or otherwise, which affects the Debtors or property of the Debtors or the estate.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) this creditor's rights to have final orders in non-core matters entered only after de novo review by a district judge, (ii) this creditor's rights to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto, (iii) this creditor's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which this creditor is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments this creditor expressly reserves.

DATED this 23rd day of April, 2020.

Respectfully submitted,

SPENCER FANE LLP

By: */s/ David M. Miller*
David M. Miller, #17915
1700 Lincoln Street, Suite 2000
Denver, CO 80203
Ph. (303) 839-3800
Fax (303) 839-3838
e-mail: dmiller@spencerfane.com

ATTORNEYS FOR BRI-CHEM SUPPLY CORP., LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on April 23, 2020, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

*/s/ Nancy Schacht*
Nancy Schacht