355923 Fee: $21.00 3 Pgs Bk Doc 87  Pg 484-486
PHILLIPS COUNTY, MT  Recorded 04/16/2020 At 11:15 AM
Lynnel LaBrie, Clk & Rcdr By
Return To:SPENCER FANE LLP
1 N BRENTWOOD BLVD STE 1000, ST. LOUIS, MISSOURI 63105

When recorded, please return to:
Adam Veltri, Esq.
Spencer Fane LLP
1700 Lincoln Street
Suite 2000
Denver, Colorado 80203

## STATEMENT OF LIEN

Pursuant to Title 71, Chapter 3, Part 10 of the Montana Code, relating to Labor and Material Liens on Oil and Gas Wells and Pipelines, Bri-Chem Supply Corp. LLC (the "Lien Claimant") hereby claims a lien upon the property described herein for unpaid invoices for materials furnished by the Lien Claimant.

**Total Amount owed: $104,580.94, together with transportation and mileage charges, additional interest, attorney fees, recording fees, and costs of collection that continue to accrue.**

This Statement of Lien applies to materials provided pursuant to the following invoices:

| Date materials furnished | Description | Invoice No. | Items Furnished | Balance Due |
|---|---|---|---|---|
| 11/12/2019 | Order 156187 | 67819 | Drilling fluids and materials | $1,034.65 |
| 11/13/2019 | Order 156202 | 67845 | Drilling fluids and materials | $6,393.63 |
| 11/22/2019 | Order 156426 | 68073 | Drilling fluids and materials | $23,860.24 |
| 11/30/2019 | Order 156517 | 68137 | Drilling fluids and materials | $15,229.60 |
| 11/30/2019 | Order 156519 | 68139 | Drilling fluids and materials | $21,523.84 |
| 12/5/2019 | Order 156659 | 68230 | Drilling fluids and materials | $7,088.00 |
| 12/6/2019 | Order 156682 | 68285 | Drilling fluids and materials | $22,523.63 |
| 12/12/2019 | Order 156793 | 68404 | Drilling fluids and materials | $6,393.20 |
| 1/3/2020 | Order 157232 | 68838 | Drilling fluids and materials | $534.15 |
| **TOTAL** | | | | **$104,580.94** |

EXHIBIT
Bri-Chem - A

Name of the owner: <u>Sklar Exploration Company, LLC, 401 Edwards Street, Suite 1601, Shreveport, Louisiana 71101</u>

Name and mailing address of the Lien Claimant: <u>Bri-Chem Supply Corp., 9351 Grant Street, Suite 380, Thornton, Colorado 80229</u>

Description of the property/leasehold/pipeline:

| API NO. | Well Name | County | Surface Location Legal | Exhibit |
|---|---|---|---|---|
| 25071233390000 | Corwin 5 #1 | Phillips | T32N, R33E, Section 5:NENE | Exhibit A |

Name of the entity for whom the Lien Claimant provided materials: <u>Mesa Fluids, LLC, 1669 South 580 East, American Fork, Utah 84003</u>

A copy of this lien has been served upon the record owner of property named herein.


BRI-CHEM SUPPLY CORP. LLC

By: _____

Name: John Hazlewood

Title: U.S. Sales Manager

Date: April 10, 2020

STATE OF _Wyoming_ )
                                         ) ss.
COUNTY OF _Fremont_ )

I, John Hazlewood, being of lawful age and being first duly sworn upon oath, do say that I am the U.S. Sales Manager of Bri-Chem Supply Corp. LLC, the Lien Claimant herein named; that I have read the within Statement of Lien and know the contents thereof; and that the same is true and correct, to the best of my knowledge, information and belief, and is made on behalf of the Lien Claimant.

Subscribed and sworn to before me in the County of _Fremont_ , State of _Wyoming_ on April 10, 2020.

My commission expires: _May 17 2022_

Witness my hand and official seal.

_____
Notary Public

LYNETTE C. JEFFRES · NOTARY PUBLIC
County of                    State of
Fremont                    Wyoming
My Commission Expires May 17, 2022

**Exhibit A**

**Map**

