Sklar Exploration Co., L.L.C.
401 Edwards Street, Suite 1601
Shreveport, LA 71101
(318)227-8668

# ACH Payment

Kudzu Oil Properties, LLC
300 Concourse Blvd, Suite 101
Ridgeland, MS 39157

Account: KUDO01

*entered in QBS & well Profits*

$79,995.71

**EXHIBIT A**

From: Sklar Exploration Co., L.L.C.                                           For Checks Dated 03/25/2020
To:   Kudzu Oil Properties, LLC                                               Account: KUDO01   Page   1

| Prd Date | Prod | Price Per | Volume/Share | Description | Property Amt | Your Share |
|---|---|---|---|---|---|---|
| LEASE: (1BAT02) Sandra Bateman 21-9 #1   County: SMITH, MS ||||||||
| 01/2020 | OIL | $/BBL:52.18 | 1,587.01 /23.81 | Oil Sales: | 82,814.94 | 1,242.22 |
|  | Wrk NRI: | 0.01500000 |  | Production Tax - Oil: | 4,968.89- | 74.53- |
|  |  |  |  | Net Income: | 77,846.05 | 1,167.69 |
| LEASE: (1BAT03) Bates 2-2 #1   County: SANTA ROSA, FL ||||||||
| 01/2020 | OIL | $/BBL:59.46 | 13,081.28 /449.79 | Oil Sales: | 777,857.39 | 26,745.79 |
|  | Wrk NRI: | 0.03438392 |  | Production Tax - Oil: | 7,847.91- | 269.85- |
|  |  |  |  | Other Deducts - Oil: | 25,508.50- | 877.08- |
|  |  |  |  | Net Income: | 744,500.98 | 25,598.86 |
| LEASE: (1BAT03) Bates 2-2 #1   County: SANTA ROSA, FL ||||||||
| 01/2020 | OIL | $/BBL:58.46 | 195.14 /6.71 | Oil Sales: | 11,408.47 | 392.27 |
|  | Wrk NRI: | 0.03438392 |  | Production Tax - Oil: | 117.07- | 4.03- |
|  |  |  |  | Net Income: | 11,291.40 | 388.24 |
| LEASE: (1BKE01) B&K Exploration LLC #1   Parish: BOSSIER, LA   API: 17017341070000 ||||||||
| 01/2020 | GAS | $/MCF:1.80 | 16 /0.88 | Gas Sales: | 28.78 | 1.58 |
|  | Wrk NRI: | 0.05505334 |  | Production Tax - Gas: | 0.21- | 0.01- |
|  |  |  |  | Net Income: | 28.57 | 1.57 |
| LEASE: (1CED69) CCL&T 18-13#1   County: ESCAMBIA, AL ||||||||
| 01/2020 | CND | $/BBL:51.26 | 34.13 /0.98 | Condensate Sales: | 1,749.55 | 49.99 |
|  | Wrk NRI: | 0.02857143 |  | Production Tax - Condensate: | 118.61- | 3.39- |
|  |  |  |  | Other Deducts - Condensate: | 266.93- | 7.63- |
|  |  |  |  | Net Income: | 1,364.01 | 38.97 |
| LEASE: (1CED69) CCL&T 18-13#1   County: ESCAMBIA, AL ||||||||
| 01/2020 | GAS | $/MCF:1.98 | 4,949 /141.40 | Gas Sales: | 9,823.07 | 280.66 |
|  | Wrk NRI: | 0.02857143 |  | Production Tax - Gas: | 785.85- | 22.45- |
|  |  |  |  | Net Income: | 9,037.22 | 258.21 |
| LEASE: (1CED69) CCL&T 18-13#1   County: ESCAMBIA, AL ||||||||
| 01/2020 | OIL | $/BBL:59.46 | 1,511.60 /43.19 | Oil Sales: | 89,884.88 | 2,568.14 |
|  | Wrk NRI: | 0.02857143 |  | Production Tax - Oil: | 6,912.66- | 197.51- |
|  |  |  |  | Other Deducts - Oil: | 3,476.68- | 99.33- |
|  |  |  |  | Net Income: | 79,495.54 | 2,271.30 |
| LEASE: (1CED69) CCL&T 18-13#1   County: ESCAMBIA, AL ||||||||
| 01/2020 | PRG | $/GAL:0.01- | 24,099 /688.54 | Plant Products - Gals - Sales: | 300.98- | 8.60- |
|  | Wrk NRI: | 0.02857143 |  | Net Income: | 300.98- | 8.60- |
| LEASE: (1COL03) Jeanette S Cole 21-11 #1   County: SMITH, MS ||||||||
| 01/2020 | OIL | $/BBL:52.10 | 524.11 /8.80 | Oil Sales: | 27,307.70 | 458.71 |
|  | Wrk NRI: | 0.01679767 |  | Production Tax - Oil: | 1,638.46- | 27.53- |
|  |  |  |  | Net Income: | 25,669.24 | 431.18 |
| LEASE: (1CRA17) Craft-Mack 17-4 #1   County: CONECUH, AL ||||||||
| 01/2020 | CND | $/BBL:51.27 | 66.21 /0.47 | Condensate Sales: | 3,394.40 | 23.88 |
|  | Wrk NRI: | 0.00703561 |  | Production Tax - Condensate: | 238.84- | 1.68- |
|  |  |  |  | Other Deducts - Condensate: | 408.86- | 2.88- |
|  |  |  |  | Net Income: | 2,746.70 | 19.32 |
| LEASE: (1CRA17) Craft-Mack 17-4 #1   County: CONECUH, AL ||||||||
| 01/2020 | GAS | $/MCF:1.99 | 3,109 /21.87 | Gas Sales: | 6,171.55 | 43.42 |
|  | Wrk NRI: | 0.00703561 |  | Production Tax - Gas: | 370.27- | 2.60- |
|  |  |  |  | Net Income: | 5,801.28 | 40.82 |
| LEASE: (1CRA17) Craft-Mack 17-4 #1   County: CONECUH, AL ||||||||
| 01/2020 | OIL | $/BBL:59.46 | 945.01 /6.65 | Oil Sales: | 56,193.51 | 395.36 |
|  | Wrk NRI: | 0.00703561 |  | Production Tax - Oil: | 4,321.60- | 30.41- |
|  |  |  |  | Other Deducts - Oil: | 2,173.52- | 15.29- |
|  |  |  |  | Net Income: | 49,698.39 | 349.66 |
| LEASE: (1CRA17) Craft-Mack 17-4 #1   County: CONECUH, AL ||||||||
| 01/2020 | OIL | $/BBL:57.36 | 181.11 /1.27 | Oil Sales: | 10,389.01 | 73.09 |
|  | Wrk NRI: | 0.00703561 |  | Production Tax - Oil: | 831.12- | 5.84- |
|  |  |  |  | Net Income: | 9,557.89 | 67.25 |
| LEASE: (1CRA17) Craft-Mack 17-4 #1   County: CONECUH, AL ||||||||
| 01/2020 | PRG | $/GAL:1.29- | 18,775 /132.09 | Plant Products - Gals - Sales: | 24,313.56- | 171.06- |
|  | Wrk NRI: | 0.00703561 |  | Net Income: | 24,313.56- | 171.06- |

| From: | Sklar Exploration Co., L.L.C. | | | For Checks Dated 03/25/2020 |
|---|---|---|---|---|
| To: | Kudzu Oil Properties, LLC | | | Account: KUDO01   Page  2 |

| Prd Date | Prod | Price Per | Volume/Share | Description | Property Amt | Your Share |
|---|---|---|---|---|---|---|
| LEASE: (1DIC01) Bickham Dickson #1   Parish: CADDO, LA   API: 17017344830000 | | | | | | |
| 01/2020 | GAS | $/MCF:1.80 | 3,086 /172.52 | Gas Sales: | 5,545.93 | 310.04 |
|  | Wrk NRI: | 0.05590327 |  | Production Tax - Gas: | 385.75- | 21.57- |
|  |  |  |  | Net Income: | 5,160.18 | 288.47 |
| LEASE: (1FLE02) Fleming etal 30-15 #1   County: CLARKE, MS | | | | | | |
| 09/2019 | OIL | $/BBL:52.77 | 884.45 /100.30 | Oil Sales: | 45,615.29 | 5,292.51 |
|  | Wrk NRI: | 0.11602500 |  | Production Tax - Oil: | 2,736.92- | 317.55- |
|  |  |  |  | Net Income: | 42,878.37 | 4,974.96 |
| LEASE: (1FLE02) Fleming etal 30-15 #1   County: CLARKE, MS | | | | | | |
| 10/2019 | OIL | $/BBL:48.95 | 2,109.32 /244.73 | Oil Sales: | 103,259.65 | 11,980.70 |
|  | Wrk NRI: | 0.11602500 |  | Production Tax - Oil: | 6,195.59- | 718.84- |
|  |  |  |  | Net Income: | 97,064.06 | 11,261.86 |
| LEASE: (1FLE02) Fleming etal 30-15 #1   County: CLARKE, MS | | | | | | |
| 11/2019 | OIL | $/BBL:51.07 | 1,230.59 /142.78 | Oil Sales: | 62,847.45 | 7,291.88 |
|  | Wrk NRI: | 0.11602500 |  | Production Tax - Oil: | 3,770.84- | 437.52- |
|  |  |  |  | Net Income: | 59,076.61 | 6,854.36 |
| LEASE: (1FLE02) Fleming etal 30-15 #1   County: CLARKE, MS | | | | | | |
| 12/2019 | OIL | $/BBL:53.46 | 1,093.30 /126.85 | Oil Sales: | 58,450.00 | 6,781.66 |
|  | Wrk NRI: | 0.11602500 |  | Production Tax - Oil: | 3,507.00- | 406.90- |
|  |  |  |  | Net Income: | 54,943.00 | 6,374.76 |
| LEASE: (1FLE02) Fleming etal 30-15 #1   County: CLARKE, MS | | | | | | |
| 01/2020 | OIL | $/BBL:51.30 | 1,213.97 /140.85 | Oil Sales: | 62,280.31 | 7,226.07 |
|  | Wrk NRI: | 0.11602500 |  | Production Tax - Oil: | 3,736.83- | 433.56- |
|  |  |  |  | Net Income: | 58,543.48 | 6,792.51 |
| LEASE: (1HAM02) Craft-Hamiter 20-11 #1   County: CONECUH, AL | | | | | | |
| 01/2020 | OIL | $/BBL:57.36 | 158.43 /1.41 | Oil Sales: | 9,088.02 | 80.92 |
|  | Wrk NRI: | 0.00890420 |  | Production Tax - Oil: | 727.04- | 6.47- |
|  |  |  |  | Net Income: | 8,360.98 | 74.45 |
| LEASE: (1KEY02) Albert Key etal #1   County: MARION, TX | | | | | | |
| 01/2020 | OIL | $/BBL:56.53 | 339.37 /7.73 | Oil Sales: | 19,183.23 | 436.80 |
|  | Wrk NRI: | 0.02276999 |  | Production Tax - Oil: | 884.55- | 20.14- |
|  |  |  |  | Net Income: | 18,298.68 | 416.66 |
| LEASE: (1LIT02) Little Cedar Creek Oil Unit #2   County: CONECUH, AL | | | | | | |
| 01/2020 | CND | $/BBL:51.27 | 97.91 /1.10 | Condensate Sales: | 5,019.69 | 56.42 |
|  | Wrk NRI: | 0.01123977 |  | Production Tax - Condensate: | 264.90- | 2.98- |
|  |  |  |  | Other Deducts - Condensate: | 604.63- | 6.79- |
|  |  |  |  | Net Income: | 4,150.16 | 46.65 |
| LEASE: (1LIT02) Little Cedar Creek Oil Unit #2   County: CONECUH, AL | | | | | | |
| 01/2020 | GAS | $/MCF:1.98 | 6,651 /74.76 | Gas Sales: | 13,200.33 | 148.37 |
|  | Wrk NRI: | 0.01123977 |  | Production Tax - Gas: | 792.02- | 8.90- |
|  |  |  |  | Net Income: | 12,408.31 | 139.47 |
| LEASE: (1LIT02) Little Cedar Creek Oil Unit #2   County: CONECUH, AL | | | | | | |
| 01/2020 | OIL | $/BBL:59.46 | 3,509.77 /39.45 | Oil Sales: | 208,702.86 | 2,345.77 |
|  | Wrk NRI: | 0.01123977 |  | Production Tax - Oil: | 12,037.82- | 135.30- |
|  |  |  |  | Other Deducts - Oil: | 8,072.47- | 90.73- |
|  |  |  |  | Net Income: | 188,592.57 | 2,119.74 |
| LEASE: (1LIT02) Little Cedar Creek Oil Unit #2   County: CONECUH, AL | | | | | | |
| 01/2020 | OIL | $/BBL:57.36 | 651.36 /7.32 | Oil Sales: | 37,363.94 | 419.96 |
|  | Wrk NRI: | 0.01123977 |  | Production Tax - Oil: | 2,989.12- | 33.59- |
|  |  |  |  | Net Income: | 34,374.82 | 386.37 |
| LEASE: (1LIT02) Little Cedar Creek Oil Unit #2   County: CONECUH, AL | | | | | | |
| 01/2020 | PRG | $/GAL:1.66- | 30,436 /342.09 | Plant Products - Gals - Sales: | 50,513.09- | 567.76- |
|  | Wrk NRI: | 0.01123977 |  | Net Income: | 50,513.09- | 567.76- |
| LEASE: (1LIT03) Little Cedar Creek Oil Unit IV   County: CONECUH, AL | | | | | | |
| 01/2020 | CND | $/BBL:37.00 | 0.01 /0.00 | Condensate Sales: | 0.37 | 0.00 |
|  | Wrk NRI: | 0.01163350 |  | Production Tax - Condensate: | 0.02- | 0.00 |
|  |  |  |  | Other Deducts - Condensate: | 0.04- | 0.00 |
|  |  |  |  | Net Income: | 0.31 | 0.00 |
| LEASE: (1LIT03) Little Cedar Creek Oil Unit IV   County: CONECUH, AL | | | | | | |
| 01/2020 | GAS | $/MCF:1.53 | 1 /0.01 | Gas Sales: | 1.53 | 0.02 |
|  | Wrk NRI: | 0.01163350 |  | Production Tax - Gas: | 0.09- | 0.00 |
|  |  |  |  | Net Income: | 1.44 | 0.02 |

From:  Sklar Exploration Co., L.L.C.  
To:    Kudzu Oil Properties, LLC

For Checks Dated 03/25/2020  
Account: KUDO01   Page   3

| Prd Date | Prod | Price Per | Volume/Share | Description | Property Amt | Your Share |
|---|---|---|---|---|---|---|
| LEASE: (1LIT03) Little Cedar Creek Oil Unit IV | | | County: CONECUH, AL | | | |
| 01/2020 | OIL | $/BBL:59.46 | 1,281.85 /14.91 | Oil Sales: | 76,223.16 | 886.74 |
| | Wrk NRI: | 0.01163350 | | Production Tax - Oil: | 4,396.49- | 51.14- |
| | | | | Other Deducts - Oil: | 2,948.26- | 34.30- |
| | | | | Net Income: | 68,878.41 | 801.30 |
| LEASE: (1LIT03) Little Cedar Creek Oil Unit IV | | | County: CONECUH, AL | | | |
| 01/2020 | OIL | $/BBL:57.36 | 760.76 /8.85 | Oil Sales: | 43,639.46 | 507.68 |
| | Wrk NRI: | 0.01163350 | | Production Tax - Oil: | 3,491.15- | 40.61- |
| | | | | Net Income: | 40,148.31 | 467.07 |
| LEASE: (1LIT03) Little Cedar Creek Oil Unit IV | | | County: CONECUH, AL | | | |
| 01/2020 | PRG | $/GAL:1.93- | 3 /0.03 | Plant Products - Gals - Sales: | 5.78- | 0.07- |
| | Wrk NRI: | 0.01163350 | | Net Income: | 5.78- | 0.07- |
| LEASE: (1MCL01) McLeod etal 30-11 #1 | | | County: CLARKE, MS | | | |
| 01/2020 | OIL | $/BBL:51.30 | 163.82 /1.49 | Oil Sales: | 8,404.46 | 76.48 |
| | Ovr NRI: | 0.00910000 | | Production Tax - Oil: | 504.27- | 4.59- |
| | | | | Net Income: | 7,900.19 | 71.89 |
| LEASE: (1MCL01) McLeod etal 30-11 #1 | | | County: CLARKE, MS | | | |
| 01/2020 | OIL | $/BBL:51.30 | 163.82 /17.89 | Oil Sales: | 8,404.46 | 917.77 |
| | Wrk NRI: | 0.10920000 | | Production Tax - Oil: | 504.27- | 55.07- |
| | | | | Net Income: | 7,900.19 | 862.70 |
| LEASE: (1POL02) Polk Estate etal 13-5 #1 | | | County: SANTA ROSA, FL | | | |
| 01/2020 | OIL | $/BBL:59.46 | 5,245.42 /135.06 | Oil Sales: | 311,910.51 | 8,030.87 |
| | Wrk NRI: | 0.02574734 | | Production Tax - Oil: | 3,146.91- | 81.03- |
| | | | | Other Deducts - Oil: | 10,228.57- | 263.36- |
| | | | | Net Income: | 298,535.03 | 7,686.48 |
| LEASE: (2BKE01) Petrohawk-B&K Exploration 37#1 | | | Parish: BOSSIER, LA | | | |
| 12/2019 | GAS | $/MCF:2.24 | 6,415.38 /14.09 | Gas Sales: | 14,348.39 | 31.52 |
| | Ovr NRI: | 0.00219653 | | Production Tax - Gas: | 801.89- | 1.76- |
| | | | | Net Income: | 13,546.50 | 29.76 |
| LEASE: (2BKE02) Petrohawk-B&K Exploration 35H#1 | | | Parish: BOSSIER, LA | | | |
| 12/2019 | GAS | $/MCF:2.23 | 9,272.59 /12.06 | Gas Sales: | 20,702.95 | 26.93 |
| | Ovr NRI: | 0.00130063 | | Production Tax - Gas: | 1,159.29- | 1.51- |
| | | | | Other Deducts - Gas: | 770.71- | 1.00- |
| | | | | Net Income: | 18,772.95 | 24.42 |
| LEASE: (2BLO02) Bloomer Unit #2H | | | County: WILKINSON, MS | | | |
| 01/2020 | OIL | $/BBL:59.00 | 681.02 /0.03 | Oil Sales: | 40,176.96 | 1.79 |
| | Ovr NRI: | 0.00004461 | | Production Tax - Oil: | 2,410.62- | 0.11- |
| | | | | Net Income: | 37,766.34 | 1.68 |
| LEASE: (2DIC01) Petrohawk-Bickham Dickson 37-1 | | | Parish: BOSSIER, LA | | | |
| API: 17017346270000 | | | | | | |
| 12/2019 | GAS | $/MCF:2.31 | 4,844.72 /10.75 | Gas Sales: | 11,195.13 | 24.85 |
| | Ovr NRI: | 0.00221971 | | Production Tax - Gas: | 605.49- | 1.34 |
| | | | | Net Income: | 10,589.64 | 23.51 |
| LEASE: (2DUT01) Petrohawk-Dutton Family 27-H 1 | | | Parish: BOSSIER, LA | | | |
| 12/2019 | GAS | $/MCF:2.23 | 11,388.46 /3.69 | Gas Sales: | 25,396.74 | 8.22 |
| | Ovr NRI: | 0.00032384 | | Production Tax - Gas: | 1,424.46- | 0.46- |
| | | | | Net Income: | 23,972.28 | 7.76 |
| LEASE: (2GRA02) Petrohawk-Grayson etal 25 H #1 | | | Parish: BOSSIER, LA | | | |
| 12/2019 | GAS | $/MCF:2.09 | 9,975.74 /30.88 | Gas Sales: | 20,861.22 | 64.59 |
| | Ovr NRI: | 0.00309596 | | Production Tax - Gas: | 1,246.94- | 3.87- |
| | | | | Other Deducts - Gas: | 5,208.67- | 16.12- |
| | | | | Net Income: | 14,405.61 | 44.60 |
| LEASE: (2GRA03) Petrohawk-Grayson etal 24 H 1 | | | Parish: BOSSIER, LA | | | |
| 12/2019 | GAS | $/MCF:2.27 | 1,637.26 /1.49 | Gas Sales: | 3,711.53 | 3.38 |
| | Ovr NRI: | 0.00090965 | | Production Tax - Gas: | 204.70- | 0.19- |
| | | | | Other Deducts - Gas: | 1,462.11- | 1.33- |
| | | | | Net Income: | 2,044.72 | 1.86 |
| LEASE: (2HAM01) Hamiter 17-16 | | | County: CONECUH, AL | | | |
| 12/2019 | OIL | $/BBL:61.12 | 518.50 /2.64 | Oil Sales: | 31,691.38 | 161.09 |
| | Wrk NRI: | 0.00508324 | | Production Tax - Oil: | 1,901.48- | 9.66- |
| | | | | Net Income: | 29,789.90 | 151.43 |

From:   Sklar Exploration Co., L.L.C.                                    For Checks Dated 03/25/2020
To:     Kudzu Oil Properties, LLC                                        Account: KUDO01   Page   4

| Prd Date | Prod | Price Per | Volume/Share | Description | Property Amt | Your Share |
|---|---|---|---|---|---|---|
| LEASE: (2LIT01) Little Cedar Creek Unit(Pruet) | | | County: CONECUH, AL | | | |
| 12/2019 | OIL | $/BBL:58.39 | 189.14 /0.02 | Oil Sales: | 10,664.74 | 0.88 |
|  | Wrk NRI: | 0.00008219 |  | Production Tax - Oil: | 853.17- | 0.07- |
|  |  |  |  | Net Income: | 9,811.57 | 0.81 |
| LEASE: (2LIT01) Little Cedar Creek Unit(Pruet) | | | County: CONECUH, AL | | | |
| 12/2019 | OIL | $/BBL:59.27 | 43,626.35 /3.59 | Oil Sales: | 2,585,585.31 | 212.51 |
|  | Wrk NRI: | 0.00008219 |  | Production Tax - Oil: | 201,480.88- | 16.56- |
|  |  |  |  | Net Income: | 2,384,104.43 | 195.95 |
| LEASE: (2LIT01) Little Cedar Creek Unit(Pruet) | | | County: CONECUH, AL | | | |
| 12/2019 | PRG | $/GAL:0.17 | 385,430 /31.68 | Plant Products - Gals - Sales: | 63,902.69 | 5.25 |
|  | Wrk NRI: | 0.00008219 |  | Production Tax - Plant - Gals | 5,100.96- | 0.42- |
|  |  |  |  | Net Income: | 58,801.73 | 4.83 |
| LEASE: (2RED01) Red River Bend 22H-1;HA RA SUJ   Parish: CADDO, LA | | | | | | |
| API: 17015246390000 | | | | | | |
| 12/2019 | GAS | $/MCF:2.32 | 9,835.02 /2.69 | Gas Sales: | 22,777.77 | 6.24 |
|  | Ovr NRI: | 0.00027376 |  | Production Tax - Gas: | 1,229.91- | 0.34- |
|  |  |  |  | Other Deducts - Gas: | 7,665.83- | 2.10- |
|  |  |  |  | Net Income: | 13,882.03 | 3.80 |

Amount to be transferred to your account (xxx6044)

Please visit www.sklarexploration.com for Direct Deposit and Change of Address forms.

| Owner#: | Check#/Date | Gross Revnue: | Working | Royalty | Deductions | With..hlding | Pmt Amount |
|---|---|---|---|---|---|---|---|
| KUDO01 | E000007849 | Check Totals: | 84,621.53 | 244.00 | 4,869.82 |  | 79,995.71 |
|  | 03/25/2020 | 2020 Totals: | 199,879.87 | 1,311.17 | 10,690.42 |  | 190,500.62 |

**Sklar Exploration Co., L.L.C.**
401 Edwards Street, Suite 1601
Shreveport, LA 71101
(318)227-8668

# Check History

*Summarized by Check*
*For checks dated 03/22/2020 thru 03/25/2020*

Kudzu Oil Properties, LLC
300 Concourse Blvd, Suite 101
Ridgeland, MS 39157

Owner Account: KUDO01

| Check Date | Check # | Working Interest | Royalty Interest | Fed W/H | State W/H | Taxes | Other | Net |
|---|---|---|---|---|---|---|---|---|
| 03/25/2020 | 130-E000007849 | 1,242.22 | 0.00 | 0.00 | 0.00 | 74.53 | 0.00 | 1,167.69 |
| 1BAT02 - Sandra Bateman 21-9 | | 1,242.22 | 0.00 | 0.00 | 0.00 | 74.53 | 0.00 | 1,167.69 |
| 03/25/2020 | 130-E000007849 | 27,138.06 | 0.00 | 0.00 | 0.00 | 273.88 | 877.08 | 25,987.10 |
| 1BAT03 - Bates 2-2 #1 | | 27,138.06 | 0.00 | 0.00 | 0.00 | 273.88 | 877.08 | 25,987.10 |
| 03/25/2020 | 130-E000007849 | 1.58 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 1.57 |
| 1BKE01 - B&K Exploration LLC | | 1.58 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 1.57 |
| 03/25/2020 | 130-E000007849 | 2,890.19 | 0.00 | 0.00 | 0.00 | 223.35 | 106.96 | 2,559.88 |
| 1CED69 - CCL&T 18-13#1 | | 2,890.19 | 0.00 | 0.00 | 0.00 | 223.35 | 106.96 | 2,559.88 |
| 03/25/2020 | 130-E000007849 | 458.71 | 0.00 | 0.00 | 0.00 | 27.53 | 0.00 | 431.18 |
| 1COL03 - Jeanette S Cole 21-11 | | 458.71 | 0.00 | 0.00 | 0.00 | 27.53 | 0.00 | 431.18 |
| 03/25/2020 | 130-E000007849 | 364.69 | 0.00 | 0.00 | 0.00 | 40.53 | 18.17 | 305.99 |
| 1CRA17 - Craft-Mack 17-4 #1 | | 364.69 | 0.00 | 0.00 | 0.00 | 40.53 | 18.17 | 306.99 |
| 03/25/2020 | 130-E000007849 | 310.04 | 0.00 | 0.00 | 0.00 | 21.57 | 0.00 | 288.47 |
| 1DIC01 - Bickham Dickson #1 | | 310.04 | 0.00 | 0.00 | 0.00 | 21.57 | 0.00 | 288.47 |
| 03/25/2020 | 130-E000007849 | 38,572.82 | 0.00 | 0.00 | 0.00 | 2,314.37 | 0.00 | 36,258.45 |
| 1FLE02 - Fleming etal 30-15 #1 | | 38,572.82 | 0.00 | 0.00 | 0.00 | 2,314.37 | 0.00 | 36,258.45 |
| 03/25/2020 | 130-E000007849 | 80.92 | 0.00 | 0.00 | 0.00 | 6.47 | 0.00 | 74.45 |
| 1HAM02 - Craft-Hamiter 20-11 # | | 80.92 | 0.00 | 0.00 | 0.00 | 6.47 | 0.00 | 74.45 |
| 03/25/2020 | 130-E000007849 | 436.80 | 0.00 | 0.00 | 0.00 | 20.14 | 0.00 | 416.66 |
| 1KEY02 - Albert Key etal #1 | | 436.80 | 0.00 | 0.00 | 0.00 | 20.14 | 0.00 | 416.66 |
| 03/25/2020 | 130-E000007849 | 2,402.76 | 0.00 | 0.00 | 0.00 | 180.77 | 97.52 | 2,124.47 |
| 1LIT02 - Little Cedar Creek Oil U | | 2,402.76 | 0.00 | 0.00 | 0.00 | 180.77 | 97.52 | 2,124.47 |
| 03/25/2020 | 130-E000007849 | 1,394.37 | 0.00 | 0.00 | 0.00 | 91.75 | 34.30 | 1,268.32 |
| 1LIT03 - Little Cedar Creek Oil U | | 1,394.37 | 0.00 | 0.00 | 0.00 | 91.75 | 34.30 | 1,268.32 |
| 03/25/2020 | 130-E000007849 | 917.77 | 76.48 | 0.00 | 0.00 | 59.66 | 0.00 | 934.59 |
| 1MCL01 - McLeod etal 30-11 #1 | | 917.77 | 76.48 | 0.00 | 0.00 | 59.66 | 0.00 | 934.59 |
| 03/25/2020 | 130-E000007849 | 8,030.87 | 0.00 | 0.00 | 0.00 | 81.03 | 263.36 | 7,686.48 |
| 1POL02 - Polk Estate etal 13-5 # | | 8,030.87 | 0.00 | 0.00 | 0.00 | 81.03 | 263.36 | 7,686.48 |
| 03/25/2020 | 130-E000007849 | 0.00 | 31.52 | 0.00 | 0.00 | 1.76 | 0.00 | 29.76 |
| 2BKE01 - Petrohawk-B&K Explo | | 0.00 | 31.52 | 0.00 | 0.00 | 1.76 | 0.00 | 29.76 |
| 03/25/2020 | 130-E000007849 | 0.00 | 26.93 | 0.00 | 0.00 | 1.51 | 1.00 | 24.42 |
| 2BKE02 - Petrohawk-B&K Explo | | 0.00 | 26.93 | 0.00 | 0.00 | 1.51 | 1.00 | 24.42 |

From: Sklar Exploration Co., L.L.C.
To: Kudzu Oil Properties, LLC

Check History by Owner
03/25/2020 08:46 am Page 2

| Check Date | Check # | Working Interest | Royalty Interest | Fed W/H | State W/H | Taxes | Other | Net |
|---|---|---|---|---|---|---|---|---|
| 03/25/2020 | 130-E000007849 | 0.00 | 1.79 | 0.00 | 0.00 | 0.11 | 0.00 | 1.68 |
| 2BLO02 - Bloomer Unit #2H | | 0.00 | 1.79 | 0.00 | 0.00 | 0.11 | 0.00 | 1.68 |
| 03/25/2020 | 130-E000007849 | 0.00 | 24.85 | 0.00 | 0.00 | 1.34 | 0.00 | 23.51 |
| 2DIC01 - Petrohawk-Bickham DI | | 0.00 | 24.85 | 0.00 | 0.00 | 1.34 | 0.00 | 23.51 |
| 03/25/2020 | 130-E000007849 | 0.00 | 8.22 | 0.00 | 0.00 | 0.46 | 0.00 | 7.76 |
| 2DUT01 - Petrohawk-Dutton Fa | | 0.00 | 8.22 | 0.00 | 0.00 | 0.46 | 0.00 | 7.76 |
| 03/25/2020 | 130-E000007849 | 0.00 | 64.59 | 0.00 | 0.00 | 3.87 | 16.12 | 44.60 |
| 2GRA02 - Petrohawk-Grayson e | | 0.00 | 64.59 | 0.00 | 0.00 | 3.87 | 16.12 | 44.60 |
| 03/25/2020 | 130-E000007849 | 0.00 | 3.38 | 0.00 | 0.00 | 0.19 | 1.33 | 1.86 |
| 2GRA03 - Petrohawk-Grayson e | | 0.00 | 3.38 | 0.00 | 0.00 | 0.19 | 1.33 | 1.86 |
| 03/25/2020 | 130-E000007849 | 161.09 | 0.00 | 0.00 | 0.00 | 9.66 | 0.00 | 151.43 |
| 2HAM01 - Hamiter 17-16 | | 161.09 | 0.00 | 0.00 | 0.00 | 9.66 | 0.00 | 151.43 |
| 03/25/2020 | 130-E000007849 | 218.64 | 0.00 | 0.00 | 0.00 | 17.05 | 0.00 | 201.59 |
| 2LIT01 - Little Cedar Creek Unit( | | 218.64 | 0.00 | 0.00 | 0.00 | 17.05 | 0.00 | 201.59 |
| 03/25/2020 | 130-E000007849 | 0.00 | 6.24 | 0.00 | 0.00 | 0.34 | 2.10 | 3.80 |
| 2RED01 - Red River Bend 22H-1 | | 0.00 | 6.24 | 0.00 | 0.00 | 0.34 | 2.10 | 3.80 |

**Check Summary**

| Check Date | Check # | Working Interest | Royalty Interest | Fed W/H | State W/H | Taxes | Other | Net |
|---|---|---|---|---|---|---|---|---|
| 03/25/2020 | 130-E000007849 | 84,621.53 | 244.00 | 0.00 | 0.00 | 3,451.88 | 1,417.94 | 79,995.71 |

**State Totals**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AL | 721417930 | 7,512.66 | 0.00 | 0.00 | 0.00 | 569.58 | 256.95 | 6,686.13 |
| FL | 721417930 | 35,168.93 | 0.00 | 0.00 | 0.00 | 354.91 | 1,140.44 | 33,673.58 |
| LA | 721417930 | 311.62 | 165.73 | 0.00 | 0.00 | 31.05 | 20.55 | 425.75 |
| MS | 721417930 | 41,191.52 | 78.27 | 0.00 | 0.00 | 2,476.20 | 0.00 | 38,793.59 |
| TX | 721417930 | 436.80 | 0.00 | 0.00 | 0.00 | 20.14 | 0.00 | 416.66 |

**IRS Totals**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| US | | 84,621.53 | 244.00 | 0.00 | 0.00 | 3,451.88 | 1,417.94 | 79,995.71 |

Sklar Exploration Co., L.L.C.
401 Edwards Street, Suite 1601
Shreveport, LA 71101
(318)227-8668

# ACH Payment

Kudzu Oil Properties, LLC
300 Concourse Blvd, Suite 101
Ridgeland, MS 39157

Account: KUDO01

*entered in QBS & well Profits*

$79,995.71

From: Sklar Exploration Co., L.L.C.  
To: Kudzu Oil Properties, LLC

For Checks Dated 03/25/2020  
Account: KUDO01    Page 1

| Prd Date | Prod | Price Per | Volume/Share | Description | Property Amt | Your Share |
|---|---|---|---|---|---|---|
| LEASE: (1BAT02) Sandra Bateman 21-9 #1 County: SMITH, MS | | | | | | |
| 01/2020 | OIL | $/BBL:52.18 | 1,687.01 /23.81 | Oil Sales: | 82,814.94 | 1,242.22 |
| | Wrk NRI: | 0.01500000 | | Production Tax - Oil: | 4,968.89- | 74.53- |
| | | | | Net Income: | 77,846.05 | 1,167.69 |
| LEASE: (1BAT03) Bates 2-2 #1 County: SANTA ROSA, FL | | | | | | |
| 01/2020 | OIL | $/BBL:59.46 | 13,081.28 /449.79 | Oil Sales: | 777,857.39 | 26,745.79 |
| | Wrk NRI: | 0.03438392 | | Production Tax - Oil: | 7,847.91- | 269.85- |
| | | | | Other Deducts - Oil: | 25,508.50- | 877.08- |
| | | | | Net Income: | 744,500.98 | 25,598.86 |
| LEASE: (1BAT03) Bates 2-2 #1 County: SANTA ROSA, FL | | | | | | |
| 01/2020 | OIL | $/BBL:58.46 | 195.14 /6.71 | Oil Sales: | 11,408.47 | 392.27 |
| | Wrk NRI: | 0.03438392 | | Production Tax - Oil: | 117.07- | 4.03- |
| | | | | Net Income: | 11,291.40 | 388.24 |
| LEASE: (1BKE01) B&K Exploration LLC #1 Parish: BOSSIER, LA | | | | | | |
| API: 17017341070000 | | | | | | |
| 01/2020 | GAS | $/MCF:1.80 | 16 /0.88 | Gas Sales: | 28.78 | 1.58 |
| | Wrk NRI: | 0.05505334 | | Production Tax - Gas: | 0.21- | 0.01- |
| | | | | Net Income: | 28.57 | 1.57 |
| LEASE: (1CED69) CCL&T 18-13#1 County: ESCAMBIA, AL | | | | | | |
| 01/2020 | CND | $/BBL:51.26 | 34.13 /0.98 | Condensate Sales: | 1,749.55 | 49.99 |
| | Wrk NRI: | 0.02857143 | | Production Tax - Condensate: | 118.61- | 3.39- |
| | | | | Other Deducts - Condensate: | 266.93- | 7.63- |
| | | | | Net Income: | 1,364.01 | 38.97 |
| LEASE: (1CED69) CCL&T 18-13#1 County: ESCAMBIA, AL | | | | | | |
| 01/2020 | GAS | $/MCF:1.98 | 4,949 /141.40 | Gas Sales: | 9,823.07 | 280.66 |
| | Wrk NRI: | 0.02857143 | | Production Tax - Gas: | 785.85- | 22.45- |
| | | | | Net Income: | 9,037.22 | 258.21 |
| LEASE: (1CED69) CCL&T 18-13#1 County: ESCAMBIA, AL | | | | | | |
| 01/2020 | OIL | $/BBL:59.46 | 1,511.60 /43.19 | Oil Sales: | 89,884.88 | 2,568.14 |
| | Wrk NRI: | 0.02857143 | | Production Tax - Oil: | 6,912.66- | 197.51- |
| | | | | Other Deducts - Oil: | 3,476.68- | 99.33- |
| | | | | Net Income: | 79,495.54 | 2,271.30 |
| LEASE: (1CED69) CCL&T 18-13#1 County: ESCAMBIA, AL | | | | | | |
| 01/2020 | PRG | $/GAL:0.01- | 24,099 /688.54 | Plant Products - Gals - Sales: | 300.98- | 8.60- |
| | Wrk NRI: | 0.02857143 | | Net Income: | 300.98- | 8.60- |
| LEASE: (1COL03) Jeanette S Cole 21-11 #1 County: SMITH, MS | | | | | | |
| 01/2020 | OIL | $/BBL:52.10 | 524.11 /8.80 | Oil Sales: | 27,307.70 | 458.71 |
| | Wrk NRI: | 0.01679767 | | Production Tax - Oil: | 1,638.46- | 27.53- |
| | | | | Net Income: | 25,669.24 | 431.18 |
| LEASE: (1CRA17) Craft-Mack 17-4 #1 County: CONECUH, AL | | | | | | |
| 01/2020 | CND | $/BBL:51.27 | 66.21 /0.47 | Condensate Sales: | 3,394.40 | 23.88 |
| | Wrk NRI: | 0.00703561 | | Production Tax - Condensate: | 238.84- | 1.68- |
| | | | | Other Deducts - Condensate: | 408.86- | 2.88- |
| | | | | Net Income: | 2,746.70 | 19.32 |
| LEASE: (1CRA17) Craft-Mack 17-4 #1 County: CONECUH, AL | | | | | | |
| 01/2020 | GAS | $/MCF:1.99 | 3,109 /21.87 | Gas Sales: | 6,171.55 | 43.42 |
| | Wrk NRI: | 0.00703561 | | Production Tax - Gas: | 370.27- | 2.60- |
| | | | | Net Income: | 5,801.28 | 40.82 |
| LEASE: (1CRA17) Craft-Mack 17-4 #1 County: CONECUH, AL | | | | | | |
| 01/2020 | OIL | $/BBL:59.46 | 945.01 /6.65 | Oil Sales: | 56,193.51 | 395.36 |
| | Wrk NRI: | 0.00703561 | | Production Tax - Oil: | 4,321.60- | 30.41- |
| | | | | Other Deducts - Oil: | 2,173.52- | 15.29- |
| | | | | Net Income: | 49,698.39 | 349.66 |
| LEASE: (1CRA17) Craft-Mack 17-4 #1 County: CONECUH, AL | | | | | | |
| 01/2020 | OIL | $/BBL:57.36 | 181.11 /1.27 | Oil Sales: | 10,389.01 | 73.09 |
| | Wrk NRI: | 0.00703561 | | Production Tax - Oil: | 831.12- | 5.84- |
| | | | | Net Income: | 9,557.89 | 67.25 |
| LEASE: (1CRA17) Craft-Mack 17-4 #1 County: CONECUH, AL | | | | | | |
| 01/2020 | PRG | $/GAL:1.29- | 18,775 /132.09 | Plant Products - Gals - Sales: | 24,313.56- | 171.06- |
| | Wrk NRI: | 0.00703561 | | Net Income: | 24,313.56- | 171.06- |

From: Sklar Exploration Co., L.L.C.  
To: Kudzu Oil Properties, LLC

For Checks Dated 03/25/2020  
Account: KUDO01   Page 2

| Prd Date | Prod | Price Per | Volume/Share | Description | Property Amt | Your Share |
|---|---|---|---|---|---|---|
| **LEASE: (1DIC01) Bickham Dickson #1   Parish: CADDO, LA   API: 17017344830000** | | | | | | |
| 01/2020 | GAS | $/MCF:1.80 | 3,086 /172.52 | Gas Sales: | 5,545.93 | 310.04 |
|  | Wrk NRI: | 0.05590327 |  | Production Tax - Gas: | 385.75- | 21.57- |
|  |  |  |  | Net Income: | 5,160.18 | 288.47 |
| **LEASE: (1FLE02) Fleming etal 30-15 #1   County: CLARKE, MS** | | | | | | |
| 09/2019 | OIL | $/BBL:52.77 | 864.45 /100.30 | Oil Sales: | 45,615.29 | 5,292.51 |
|  | Wrk NRI: | 0.11602500 |  | Production Tax - Oil: | 2,736.92- | 317.55- |
|  |  |  |  | Net Income: | 42,878.37 | 4,974.96 |
| **LEASE: (1FLE02) Fleming etal 30-15 #1   County: CLARKE, MS** | | | | | | |
| 10/2019 | OIL | $/BBL:48.95 | 2,109.32 /244.73 | Oil Sales: | 103,259.65 | 11,980.70 |
|  | Wrk NRI: | 0.11602500 |  | Production Tax - Oil: | 6,195.59- | 718.84- |
|  |  |  |  | Net Income: | 97,064.06 | 11,261.86 |
| **LEASE: (1FLE02) Fleming etal 30-15 #1   County: CLARKE, MS** | | | | | | |
| 11/2019 | OIL | $/BBL:51.07 | 1,230.59 /142.78 | Oil Sales: | 62,847.45 | 7,291.88 |
|  | Wrk NRI: | 0.11602500 |  | Production Tax - Oil: | 3,770.84- | 437.52- |
|  |  |  |  | Net Income: | 59,076.61 | 6,854.36 |
| **LEASE: (1FLE02) Fleming etal 30-15 #1   County: CLARKE, MS** | | | | | | |
| 12/2019 | OIL | $/BBL:53.46 | 1,093.30 /126.85 | Oil Sales: | 58,450.00 | 6,781.66 |
|  | Wrk NRI: | 0.11602500 |  | Production Tax - Oil: | 3,507.00- | 406.90- |
|  |  |  |  | Net Income: | 54,943.00 | 6,374.76 |
| **LEASE: (1FLE02) Fleming etal 30-15 #1   County: CLARKE, MS** | | | | | | |
| 01/2020 | OIL | $/BBL:51.30 | 1,213.97 /140.85 | Oil Sales: | 62,280.31 | 7,226.07 |
|  | Wrk NRI: | 0.11602500 |  | Production Tax - Oil: | 3,736.83- | 433.56- |
|  |  |  |  | Net Income: | 58,543.48 | 6,792.51 |
| **LEASE: (1HAM02) Craft-Hamiter 20-11 #1   County: CONECUH, AL** | | | | | | |
| 01/2020 | OIL | $/BBL:57.36 | 158.43 /1.41 | Oil Sales: | 9,088.02 | 80.92 |
|  | Wrk NRI: | 0.00890420 |  | Production Tax - Oil: | 727.04- | 6.47- |
|  |  |  |  | Net Income: | 8,360.98 | 74.45 |
| **LEASE: (1KEY02) Albert Key etal #1   County: MARION, TX** | | | | | | |
| 01/2020 | OIL | $/BBL:56.53 | 339.37 /7.73 | Oil Sales: | 19,183.23 | 436.80 |
|  | Wrk NRI: | 0.02276999 |  | Production Tax - Oil: | 884.55- | 20.14- |
|  |  |  |  | Net Income: | 18,298.68 | 416.66 |
| **LEASE: (1LIT02) Little Cedar Creek Oil Unit #2   County: CONECUH, AL** | | | | | | |
| 01/2020 | CND | $/BBL:51.27 | 97.91 /1.10 | Condensate Sales: | 5,019.69 | 56.42 |
|  | Wrk NRI: | 0.01123977 |  | Production Tax - Condensate: | 264.90- | 2.98- |
|  |  |  |  | Other Deducts - Condensate: | 604.63- | 6.79- |
|  |  |  |  | Net Income: | 4,150.16 | 46.65 |
| **LEASE: (1LIT02) Little Cedar Creek Oil Unit #2   County: CONECUH, AL** | | | | | | |
| 01/2020 | GAS | $/MCF:1.98 | 6,651 /74.76 | Gas Sales: | 13,200.33 | 148.37 |
|  | Wrk NRI: | 0.01123977 |  | Production Tax - Gas: | 792.02- | 8.90- |
|  |  |  |  | Net Income: | 12,408.31 | 139.47 |
| **LEASE: (1LIT02) Little Cedar Creek Oil Unit #2   County: CONECUH, AL** | | | | | | |
| 01/2020 | OIL | $/BBL:59.46 | 3,509.77 /39.45 | Oil Sales: | 208,702.86 | 2,345.77 |
|  | Wrk NRI: | 0.01123977 |  | Production Tax - Oil: | 12,037.82- | 135.30- |
|  |  |  |  | Other Deducts - Oil: | 8,072.47- | 90.73- |
|  |  |  |  | Net Income: | 188,592.57 | 2,119.74 |
| **LEASE: (1LIT02) Little Cedar Creek Oil Unit #2   County: CONECUH, AL** | | | | | | |
| 01/2020 | OIL | $/BBL:57.36 | 651.36 /7.32 | Oil Sales: | 37,363.94 | 419.96 |
|  | Wrk NRI: | 0.01123977 |  | Production Tax - Oil: | 2,989.12- | 33.59- |
|  |  |  |  | Net Income: | 34,374.82 | 386.37 |
| **LEASE: (1LIT02) Little Cedar Creek Oil Unit #2   County: CONECUH, AL** | | | | | | |
| 01/2020 | PRG | $/GAL:1.66- | 30,436 /342.09 | Plant Products - Gals - Sales: | 50,513.09- | 567.76- |
|  | Wrk NRI: | 0.01123977 |  | Net Income: | 50,513.09- | 567.76- |
| **LEASE: (1LIT03) Little Cedar Creek Oil Unit IV   County: CONECUH, AL** | | | | | | |
| 01/2020 | CND | $/BBL:37.00 | 0.01 /0.00 | Condensate Sales: | 0.37 | 0.00 |
|  | Wrk NRI: | 0.01163350 |  | Production Tax - Condensate: | 0.02- | 0.00 |
|  |  |  |  | Other Deducts - Condensate: | 0.04- | 0.00 |
|  |  |  |  | Net Income: | 0.31 | 0.00 |
| **LEASE: (1LIT03) Little Cedar Creek Oil Unit IV   County: CONECUH, AL** | | | | | | |
| 01/2020 | GAS | $/MCF:1.53 | 1 /0.01 | Gas Sales: | 1.53 | 0.02 |
|  | Wrk NRI: | 0.01163350 |  | Production Tax - Gas: | 0.09- | 0.00 |
|  |  |  |  | Net Income: | 1.44 | 0.02 |

| From: | Sklar Exploration Co., L.L.C. | | | | For Checks Dated 03/25/2020 |
| | To:  Kudzu Oil Properties, LLC | | | | Account: KUDO01   Page  3 |

| Prd Date | Prod | Price Per | Volume/Share | Description | Property Amt | Your Share |
|---|---|---|---|---|---|---|
| LEASE: (1LIT03) Little Cedar Creek Oil Unit IV   County: CONECUH, AL | | | | | | |
| 01/2020 | OIL | $/BBL:59.46 | 1,281.85 /14.91 | Oil Sales: | 76,223.16 | 886.74 |
|  | Wrk NRI: | 0.01163350 |  | Production Tax - Oil: | 4,396.49- | 51.14- |
|  |  |  |  | Other Deducts - Oil: | 2,948.26- | 34.30- |
|  |  |  |  | Net Income: | 68,878.41 | 801.30 |
| LEASE: (1LIT03) Little Cedar Creek Oil Unit IV   County: CONECUH, AL | | | | | | |
| 01/2020 | OIL | $/BBL:57.36 | 760.76 /8.85 | Oil Sales: | 43,639.46 | 507.68 |
|  | Wrk NRI: | 0.01163350 |  | Production Tax - Oil: | 3,491.15- | 40.61- |
|  |  |  |  | Net Income: | 40,148.31 | 467.07 |
| LEASE: (1LIT03) Little Cedar Creek Oil Unit IV   County: CONECUH, AL | | | | | | |
| 01/2020 | PRG | $/GAL:1.93- | 3 /0.03 | Plant Products - Gals - Sales: | 5.78- | 0.07- |
|  | Wrk NRI: | 0.01163350 |  | Net Income: | 5.78- | 0.07- |
| LEASE: (1MCL01) McLeod etal 30-11 #1   County: CLARKE, MS | | | | | | |
| 01/2020 | OIL | $/BBL:51.30 | 163.82 /1.49 | Oil Sales: | 8,404.46 | 76.48 |
|  | Ovr NRI: | 0.00910000 |  | Production Tax - Oil: | 504.27- | 4.59- |
|  |  |  |  | Net Income: | 7,900.19 | 71.89 |
| LEASE: (1MCL01) McLeod etal 30-11 #1   County: CLARKE, MS | | | | | | |
| 01/2020 | OIL | $/BBL:51.30 | 163.82 /17.89 | Oil Sales: | 8,404.46 | 917.77 |
|  | Wrk NRI: | 0.10920000 |  | Production Tax - Oil: | 504.27- | 55.07- |
|  |  |  |  | Net Income: | 7,900.19 | 862.70 |
| LEASE: (1POL02) Polk Estate etal 13-5 #1   County: SANTA ROSA, FL | | | | | | |
| 01/2020 | OIL | $/BBL:59.46 | 5,245.42 /135.06 | Oil Sales: | 311,910.51 | 8,030.87 |
|  | Wrk NRI: | 0.02574734 |  | Production Tax - Oil: | 3,146.91- | 81.03- |
|  |  |  |  | Other Deducts - Oil: | 10,228.57- | 263.36- |
|  |  |  |  | Net Income: | 298,535.03 | 7,686.48 |
| LEASE: (2BKE01) Petrohawk-B&K Exploration 37#1   Parish: BOSSIER, LA | | | | | | |
| 12/2019 | GAS | $/MCF:2.24 | 6,415.38 /14.09 | Gas Sales: | 14,348.39 | 31.52 |
|  | Ovr NRI: | 0.00219653 |  | Production Tax - Gas: | 801.89- | 1.76- |
|  |  |  |  | Net Income: | 13,546.50 | 29.76 |
| LEASE: (2BKE02) Petrohawk-B&K Exploration35H#1   Parish: BOSSIER, LA | | | | | | |
| 12/2019 | GAS | $/MCF:2.23 | 9,272.59 /12.06 | Gas Sales: | 20,702.95 | 26.93 |
|  | Ovr NRI: | 0.00130063 |  | Production Tax - Gas: | 1,159.29- | 1.51- |
|  |  |  |  | Other Deducts - Gas: | 770.71- | 1.00- |
|  |  |  |  | Net Income: | 18,772.95 | 24.42 |
| LEASE: (2BLO02) Bloomer Unit #2H   County: WILKINSON, MS | | | | | | |
| 01/2020 | OIL | $/BBL:59.00 | 681.02 /0.03 | Oil Sales: | 40,176.96 | 1.79 |
|  | Ovr NRI: | 0.00004461 |  | Production Tax - Oil: | 2,410.62- | 0.11- |
|  |  |  |  | Net Income: | 37,766.34 | 1.68 |
| LEASE: (2DIC01) Petrohawk-Bickham Dickson 37-1   Parish: BOSSIER, LA | | | | | | |
| API: 17017346270000 | | | | | | |
| 12/2019 | GAS | $/MCF:2.31 | 4,844.72 /10.75 | Gas Sales: | 11,195.13 | 24.85 |
|  | Ovr NRI: | 0.00221971 |  | Production Tax - Gas: | 605.49- | 1.34- |
|  |  |  |  | Net Income: | 10,589.64 | 23.51 |
| LEASE: (2DUT01) Petrohawk-Dutton Family 27-H 1   Parish: BOSSIER, LA | | | | | | |
| 12/2019 | GAS | $/MCF:2.23 | 11,388.46 /3.69 | Gas Sales: | 25,396.74 | 8.22 |
|  | Ovr NRI: | 0.00032384 |  | Production Tax - Gas: | 1,424.46- | 0.46- |
|  |  |  |  | Net Income: | 23,972.28 | 7.76 |
| LEASE: (2GRA02) Petrohawk-Grayson etal 25 H #1   Parish: BOSSIER, LA | | | | | | |
| 12/2019 | GAS | $/MCF:2.09 | 9,975.74 /30.88 | Gas Sales: | 20,861.22 | 64.59 |
|  | Ovr NRI: | 0.00309596 |  | Production Tax - Gas: | 1,246.94- | 3.87- |
|  |  |  |  | Other Deducts - Gas: | 5,208.67- | 16.12- |
|  |  |  |  | Net Income: | 14,405.61 | 44.60 |
| LEASE: (2GRA03) Petrohawk-Grayson etal 24 H 1   Parish: BOSSIER, LA | | | | | | |
| 12/2019 | GAS | $/MCF:2.27 | 1,637.26 /1.49 | Gas Sales: | 3,711.53 | 3.38 |
|  | Ovr NRI: | 0.00090965 |  | Production Tax - Gas: | 204.70- | 0.19- |
|  |  |  |  | Other Deducts - Gas: | 1,462.11- | 1.33- |
|  |  |  |  | Net Income: | 2,044.72 | 1.86 |
| LEASE: (2HAM01) Hamlter 17-16   County: CONECUH, AL | | | | | | |
| 12/2019 | OIL | $/BBL:61.12 | 518.50 /2.64 | Oil Sales: | 31,691.38 | 161.09 |
|  | Wrk NRI: | 0.00508324 |  | Production Tax - Oil: | 1,901.48- | 9.66- |
|  |  |  |  | Net Income: | 29,789.90 | 151.43 |

From: Sklar Exploration Co., L.L.C.  
To: Kudzu Oil Properties, LLC  

For Checks Dated 03/25/2020  
Account: KUDO01   Page 4

| Prd Date | Prod | Price Per | Volume/Share | Description | Property Amt | Your Share |
|---|---|---|---|---|---|---|
| LEASE: (2LIT01) Little Cedar Creek Unit(Pruet) | | | County: CONECUH, AL | | | |
| 12/2019 | OIL | $/BBL:56.39 | 189.14 /0.02 | Oil Sales: | 10,664.74 | 0.88 |
| | Wrk NRI: | 0.00008219 | | Production Tax - Oil: | 853.17- | 0.07- |
| | | | | Net Income: | 9,811.57 | 0.81 |
| LEASE: (2LIT01) Little Cedar Creek Unit(Pruet) | | | County: CONECUH, AL | | | |
| 12/2019 | OIL | $/BBL:59.27 | 43,625.35 /3.59 | Oil Sales: | 2,585,585.31 | 212.51 |
| | Wrk NRI: | 0.00008219 | | Production Tax - Oil: | 201,480.88- | 16.56- |
| | | | | Net Income: | 2,384,104.43 | 195.95 |
| LEASE: (2LIT01) Little Cedar Creek Unit(Pruet) | | | County: CONECUH, AL | | | |
| 12/2019 | PRG | $/GAL:0.17 | 385,430 /31.68 | Plant Products - Gals - Sales: | 63,902.69 | 5.25 |
| | Wrk NRI: | 0.00008219 | | Production Tax - Plant - Gals | 5,100.96- | 0.42- |
| | | | | Net Income: | 58,801.73 | 4.83 |
| LEASE: (2RED01) Red River Bend 22H-1;HA RA SUJ  Parish: CADDO, LA | | | | | | |
| API: 17015246390000 | | | | | | |
| 12/2019 | GAS | $/MCF:2.32 | 9,835.02 /2.69 | Gas Sales: | 22,777.77 | 6.24 |
| | Ovr NRI: | 0.00027376 | | Production Tax - Gas: | 1,229.91- | 0.34- |
| | | | | Other Deducts - Gas: | 7,665.83- | 2.10- |
| | | | | Net Income: | 13,882.03 | 3.80 |

Amount to be transferred to your account (xxx6044)

Please visit www.sklarexploration.com for Direct Deposit and Change of Address forms.

| Owner# | Check#/Date | Gross Revenue: | Working | Royalty | Deductions | Withholding | Pmt Amount |
|---|---|---|---|---|---|---|---|
| KUDO01 | E000007849 | Check Totals: | 84,621.53 | 244.00 | 4,869.82 | | 79,995.71 |
| | 03/25/2020 | 2020 Totals: | 199,879.87 | 1,311.17 | 10,690.42 | | 190,500.62 |

**Sklar Exploration Co., L.L.C.**
401 Edwards Street, Suite 1601
Shreveport, LA 71101
(318)227-8668

# Check History

*Summarized by Check*
*For checks dated 03/22/2020 thru 03/25/2020*

Kudzu Oil Properties, LLC
300 Concourse Blvd, Suite 101
Ridgeland, MS 39157

Owner Account:  KUDO01

| Check Date | Check # | Working Interest | Royalty Interest | Fed W/H | State W/H | Taxes | Other | Net |
|---|---|---|---|---|---|---|---|---|
| 03/25/2020 | 130-E000007849 | 1,242.22 | 0.00 | 0.00 | 0.00 | 74.53 | 0.00 | 1,167.69 |
| 1BAT02 - Sandra Bateman 21-9 | | 1,242.22 | 0.00 | 0.00 | 0.00 | 74.53 | 0.00 | 1,167.69 |
| 03/25/2020 | 130-E000007849 | 27,138.06 | 0.00 | 0.00 | 0.00 | 273.88 | 877.08 | 25,987.10 |
| 1BAT03 - Batos 2-2 #1 | | 27,138.06 | 0.00 | 0.00 | 0.00 | 273.88 | 877.08 | 25,987.10 |
| 03/25/2020 | 130-E000007849 | 1.58 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 1.57 |
| 1BKE01 - B&K Exploration LLC | | 1.58 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 1.57 |
| 03/25/2020 | 130-E000007849 | 2,890.19 | 0.00 | 0.00 | 0.00 | 223.35 | 106.96 | 2,559.88 |
| 1CED69 - CCL&T 18-13#1 | | 2,890.19 | 0.00 | 0.00 | 0.00 | 223.35 | 106.96 | 2,559.88 |
| 03/25/2020 | 130-E000007849 | 458.71 | 0.00 | 0.00 | 0.00 | 27.53 | 0.00 | 431.18 |
| 1COL03 - Jeanette S Cole 21-11 | | 458.71 | 0.00 | 0.00 | 0.00 | 27.53 | 0.00 | 431.18 |
| 03/25/2020 | 130-E000007849 | 364.69 | 0.00 | 0.00 | 0.00 | 40.53 | 18.17 | 305.99 |
| 1CRA17 - Craft-Mack 17-4 #1 | | 364.69 | 0.00 | 0.00 | 0.00 | 40.53 | 18.17 | 305.99 |
| 03/25/2020 | 130-E000007849 | 310.04 | 0.00 | 0.00 | 0.00 | 21.57 | 0.00 | 288.47 |
| 1DIC01 - Bickham Dickson #1 | | 310.04 | 0.00 | 0.00 | 0.00 | 21.57 | 0.00 | 288.47 |
| 03/25/2020 | 130-E000007849 | 38,572.82 | 0.00 | 0.00 | 0.00 | 2,314.37 | 0.00 | 36,258.45 |
| 1FLE02 - Fleming etal 30-15 #1 | | 38,572.82 | 0.00 | 0.00 | 0.00 | 2,314.37 | 0.00 | 36,258.45 |
| 03/25/2020 | 130-E000007849 | 80.92 | 0.00 | 0.00 | 0.00 | 6.47 | 0.00 | 74.45 |
| 1HAM02 - Craft-Hamiter 20-11 # | | 80.92 | 0.00 | 0.00 | 0.00 | 6.47 | 0.00 | 74.45 |
| 03/25/2020 | 130-E000007849 | 436.80 | 0.00 | 0.00 | 0.00 | 20.14 | 0.00 | 416.66 |
| 1KEY02 - Albert Key etal #1 | | 436.80 | 0.00 | 0.00 | 0.00 | 20.14 | 0.00 | 416.66 |
| 03/25/2020 | 130-E000007849 | 2,402.76 | 0.00 | 0.00 | 0.00 | 180.77 | 97.52 | 2,124.47 |
| 1LIT02 - Little Cedar Creek Oil U | | 2,402.76 | 0.00 | 0.00 | 0.00 | 180.77 | 97.52 | 2,124.47 |
| 03/25/2020 | 130-E000007849 | 1,394.37 | 0.00 | 0.00 | 0.00 | 91.75 | 34.30 | 1,268.32 |
| 1LIT03 - Little Cedar Creek Oil U | | 1,394.37 | 0.00 | 0.00 | 0.00 | 91.75 | 34.30 | 1,268.32 |
| 03/25/2020 | 130-E000007849 | 917.77 | 76.48 | 0.00 | 0.00 | 59.66 | 0.00 | 934.59 |
| 1MCL01 - McLeod etal 30-11 #1 | | 917.77 | 76.48 | 0.00 | 0.00 | 59.66 | 0.00 | 934.59 |
| 03/25/2020 | 130-E000007849 | 8,030.87 | 0.00 | 0.00 | 0.00 | 81.03 | 263.36 | 7,686.48 |
| 1POL02 - Polk Estate etal 13-5 # | | 8,030.87 | 0.00 | 0.00 | 0.00 | 81.03 | 263.36 | 7,686.48 |
| 03/25/2020 | 130-E000007849 | 0.00 | 31.52 | 0.00 | 0.00 | 1.76 | 0.00 | 29.76 |
| 2BKE01 - Petrohawk-B&K Explo | | 0.00 | 31.52 | 0.00 | 0.00 | 1.76 | 0.00 | 29.76 |
| 03/25/2020 | 130-E000007849 | 0.00 | 26.93 | 0.00 | 0.00 | 1.51 | 1.00 | 24.42 |
| 2BKE02 - Petrohawk-B&K Explo | | 0.00 | 26.93 | 0.00 | 0.00 | 1.51 | 1.00 | 24.42 |

From: Sklar Exploration Co., L.L.C.
To: Kudzu Oil Properties, LLC

Check History by Owner
03/25/2020 08:46 am Page 2

| Check Date | Check # | Working Interest | Royalty Interest | Fed W/H | State W/H | Taxes | Other | Net |
|---|---|---|---|---|---|---|---|---|
| 03/25/2020 | 130-E000007849 | 0.00 | 1.79 | 0.00 | 0.00 | 0.11 | 0.00 | 1.68 |
| 2BLO02 - Bloomer Unit #2H | | 0.00 | 1.79 | 0.00 | 0.00 | 0.11 | 0.00 | 1.68 |
| 03/25/2020 | 130-E000007849 | 0.00 | 24.85 | 0.00 | 0.00 | 1.34 | 0.00 | 23.51 |
| 2DIC01 - Petrohawk-Bickham DI | | 0.00 | 24.85 | 0.00 | 0.00 | 1.34 | 0.00 | 23.51 |
| 03/25/2020 | 130-E000007849 | 0.00 | 8.22 | 0.00 | 0.00 | 0.46 | 0.00 | 7.76 |
| 2DUT01 - Petrohawk-Dutton Fa | | 0.00 | 8.22 | 0.00 | 0.00 | 0.46 | 0.00 | 7.76 |
| 03/25/2020 | 130-E000007849 | 0.00 | 64.59 | 0.00 | 0.00 | 3.87 | 16.12 | 44.60 |
| 2GRA02 - Petrohawk-Grayson e | | 0.00 | 64.59 | 0.00 | 0.00 | 3.87 | 16.12 | 44.60 |
| 03/25/2020 | 130-E000007849 | 0.00 | 3.38 | 0.00 | 0.00 | 0.19 | 1.33 | 1.86 |
| 2GRA03 - Petrohawk-Grayson e | | 0.00 | 3.38 | 0.00 | 0.00 | 0.19 | 1.33 | 1.86 |
| 03/25/2020 | 130-E000007849 | 161.09 | 0.00 | 0.00 | 0.00 | 9.66 | 0.00 | 151.43 |
| 2HAM01 - Hamiter 17-16 | | 161.09 | 0.00 | 0.00 | 0.00 | 9.66 | 0.00 | 151.43 |
| 03/25/2020 | 130-E000007849 | 218.64 | 0.00 | 0.00 | 0.00 | 17.05 | 0.00 | 201.59 |
| 2LIT01 - Little Cedar Creek Unit( | | 218.64 | 0.00 | 0.00 | 0.00 | 17.05 | 0.00 | 201.59 |
| 03/25/2020 | 130-E000007849 | 0.00 | 6.24 | 0.00 | 0.00 | 0.34 | 2.10 | 3.80 |
| 2RED01 - Red River Bend 22H-1 | | 0.00 | 6.24 | 0.00 | 0.00 | 0.34 | 2.10 | 3.80 |

**Check Summary**

| Check Date | Check # | Working Interest | Royalty Interest | Fed W/H | State W/H | Taxes | Other | Net |
|---|---|---|---|---|---|---|---|---|
| 03/25/2020 | 130-E000007849 | 84,621.53 | 244.00 | 0.00 | 0.00 | 3,451.88 | 1,417.94 | 79,995.71 |

**State Totals**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AL | 721417930 | 7,512.66 | 0.00 | 0.00 | 0.00 | 569.58 | 256.95 | 6,686.13 |
| FL | 721417930 | 35,168.93 | 0.00 | 0.00 | 0.00 | 354.91 | 1,140.44 | 33,673.58 |
| LA | 721417930 | 311.62 | 165.73 | 0.00 | 0.00 | 31.05 | 20.55 | 425.75 |
| MS | 721417930 | 41,191.52 | 78.27 | 0.00 | 0.00 | 2,476.20 | 0.00 | 38,793.59 |
| TX | 721417930 | 436.80 | 0.00 | 0.00 | 0.00 | 20.14 | 0.00 | 416.66 |

**IRS Totals**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| US | | 84,621.53 | 244.00 | 0.00 | 0.00 | 3,451.88 | 1,417.94 | 79,995.71 |