IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: <br><br>SKLAR EXPLORATION COMPANY, LLC <br>EIN: 72-1417930 <br><br>       Debtor-in-Possession. | Case No. 20-12377-EEB <br><br>Chapter 11 |
| In Re: <br><br>SKLARCO, LLC <br>EIN 72-1425432 <br><br>       Debtor-in Possession. | Case No. 20-12380-EEB <br><br>Chapter 11 |

**FLETCHER PETROLEUM, COMPANY, LLC'S OBJECTION AND RESERVATION OF RIGHTS TO DEBTORS' MOTION TO; 1) HONOR AND PAY OVERRIDING ROYALTY, ROYALTY, AND WORKING INTEREST OBLIGATIONS; AND 2) OFFSET JOINT INTEREST BILLING OBLIGATIONS**

**COMES NOW**, Fletcher Petroleum Company, LLC ("**Fletcher**"), by and through its undersigned counsel Berger Singerman LLP, files its *Objection and Reservation of Rights* ("**Objection**") to the *Debtors' Motion to 1) Honor and Pay Overriding Royalty, Royalty, and Working Interest Obligations; and 2) Offset Joint Interest Billing Obligations* (Doc. 37) (the "**ORRI Motion**). In support of this limited Objection, Fletcher states as follows:

1. On April 1, 2020, the Debtors filed their voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code.

2. On April 6, 2020, the Debtors filed the ORRI Motion, requesting among other relief to "honor and pay, in their sole discretion, the Revenue Payable, owed on the Petition Date and to

offset JIB's from any cash call advance liabilities and/or revenue payments. (Doc. 37. ¶ 3).

3. Counsel has reviewed the ORRI Motion and the exhibit attached thereto along with the Debtors' schedules filed on April 17, 2020.

4. As detailed in the Debtors' schedules, the Debtors and Fletcher (or its related entities) are parties to one or more Joint Operating Agreements and Gas Gathering Agreements. (collectively, "**Operating Agreements**").

5. Under the Operating Agreements, the Debtor, Sklar Exploration Company, LLC collects revenues from the sale of oil and gas production from certain wells for the benefit of Fletcher and other working interest owners. Further, the Debtors were to escrow certain production revenues, in the approximate amount of $800,000, until a dispute regarding who the appropriate royalty landowner was resolved in litigation filed in Alabama state court. Neither the Debtors' Schedules nor the ORRI reflect the escrowed funds.

6. Neither the Debtors' schedules nor the ORRI Motion accurately reflect Fletcher and its related entities' position and it is unclear how the Debtor intends to treat Fletcher's payables under the ORRI Motion.

7. In the ORRI Motion, the Debtors request authorization "to offset JIBs from any cash call advance liabilities and/or revenue payments. (Doc. 27 at ¶13.) To the extent Fletcher and its related entities are affected by the ORRI, Fletcher objects to this request for authorization to offset monthly expenses against production revenue under the Operating Agreements that have not been prepaid and/or future JIBS.

## JOINDER

Fletcher further joins in Lucas Petroleum Group, Inc., Anderson Exploration Energy Company, L.C., TCP Cottonwood, L.P.'s Franks Exploration Company, LLC, and Kudzu Oil

Properties, LLC's limited objections to the ORRI Motion, as previously submitted by the aforementioned creditors (Docs. 67, 71, 145, and 152), and any other similar objections to the extent that such objections are not inconsistent with Fletcher's Objection.

## **RESERVATION OF RIGHTS**

Fletcher makes no admission of fact or law and reserves all rights, claims, objections and defenses that may be available to it before this Court and any other court with competent jurisdiction over the parties and the matters at issue. Fletcher further reserves any and all rights to supplement or amend this Objection.

WHEREFORE, Fletcher respectfully request that the Court enter an order denying the Debtor's request to offset monthly JIB expenses against revenues owed to Fletcher and other related entity or other Working Interest owners, and order the SEC to continue its pre-petition practice and industry recognized standard of providing monthly joint interest billing statements to Fletcher and other related entities.

Dated April 23, 2020

> BERGER SINGERMAN LLP
> *Counsel for Fletcher Petroleum Company, LLC*
> 313 North Monroe Street, Suite 301
> Tallahassee, FL 32301
> Tel. (850) 561-3010
> Fax (850) 561-3013
>
> By: /s/ *Brian G. Rich*
> Brian G. Rich
> Florida Bar No. 38229
> brich@bergersingerman.com
> Michael J. Niles
> Florida Bar No. 107203
> mniles@bergersingerman.com

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April, 2020, the foregoing *Fletcher Petroleum Company LLC, Objection and Reservation of Rights to Debtors' Motion to 1) Honor and Pay Overriding Royalty, Royalty, and Working Interest Obligations; and 2) Offset Joint Interest Billing Obligations* was served by electronic transmission through the Court's CM/ECF System upon all parties on the attached CM/ECF Service List.

                          s/ *Brian G Rich*
                          Brian G Rich

## CM/ECF SERVICE LIST

- Victoria N Argeroplos    vargeroplos@jw.com
- James B. Bailey    jbailey@bradley.com, ashaver@bradley.com
- Joseph Eric Bain    jbain@joneswalker.com
- Grant Matthew Beiner    gbeiner@munsch.com
- Jordan B. Bird    jordan.bird@cookyancey.com
- Duane Brescia    dbrescia@clarkhill.com, kalexander@clarkhill.com;djaenike@clarkhill.com
- Jeffrey S. Brinen    jsb@kutnerlaw.com, receptionist@kutnerlaw.com;vlm@kutnerlaw.com
- John Cornwell    jcornwell@munsch.com, hvalentine@munsch.com
- Shay L. Denning    sdenning@mbssllp.com
- Michael J. Guyerson    mike@kjblawoffice.com, celina@kjblawoffice.com;teresa@kjblawoffice.com
- Christopher D. Johnson    cjohnson@munsch.com, scurry@munsch.com
- Lee M. Kutner    lmk@kutnerlaw.com, vlm@kutnerlaw.com,receptionist@kutnerlaw.com
- Eric Lockridge    eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
- Christopher Meredith    cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
- David M. Miller    dmiller@spencerfane.com, nschacht@spencerfane.com
- Timothy C. Mohan    tmohan@foley.com, tim.mohan4@gmail.com
- Paul Moss    Paul.Moss@usdoj.gov
- Kevin S. Neiman    kevin@ksnpc.com
- Michael Niles    mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Matthew J. Ochs    mjochs@hollandhart.com
- John Thomas Oldham    joldham@okinadams.com, bmoore@okinadams.com
- Robert L Paddock    rpaddock@buckkeenan.com, myers@buckkeenan.com
- Robert Padjen    Robert.padjen@coag.gov
- Jeremy L Retherford    jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com
- Brian Rich    brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Keri L. Riley    klr@kutnerlaw.com, receptionist@kutnerlaw.com;vlm@kutnerlaw.com
- Timothy Michael Riley    timothyr@hgslaw.com
- Michael D Rubenstein    mdrubenstein@liskow.com
- Craig K. Schuenemann    craig.schuenemann@bryancave.com, alicia.berry@bryancave.com,44Team_DEN@bryancave.com
- Ryan Seidemann    seidemannr@ag.louisiana.gov
- Thomas H Shipps    tshipps@mbssllp.com
- Barnet B Skelton    barnetbjr@msn.com
- Jim F Spencer    jspencer@watkinseager.com, mryan@watkinseager.com
- Bryce Suzuki    bryce.suzuki@bclplaw.com, tina.daniels@bclplaw.com

- Timothy M. Swanson     tim.swanson@moyewhite.com, audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
- David R Taggart     dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com
- Madison M. Tucker     mtucker@joneswalker.com
- US Trustee     USTPRegion19.DV.ECF@usdoj.gov
- Amy Vazquez     avazquez@joneswalker.com
- Deanna L. Westfall     deanna.westfall@coag.gov, bncmail@w-legal.com