# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br>        Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| SKLARCO, LLC<br>EIN: 72-1425432<br>        Debtor. | Case No. 20-12380-EEB<br><br>Chapter 11 |

## FPCC USA, INC.'S LISTS OF WITNESSES AND EXHIBITS

FPCC USA, LLC ("**FPCC USA**"), by and through its undersigned counsel, hereby designates the following witnesses and exhibits for the hearing to be held on April 27, 2020 at 1:30 P.M., in Courtroom F before the Honorable Elizabeth E. Brown (the "**Hearing**").

## WITNESSES

FPCC USA will call the following witnesses:

1. Howard F. Sklar, Manager of the Debtor;
2. Any witness listed by the Debtor, or any other party; and
3. Any witness necessary for rebuttal or impeachment purposes.

{HD109960.1}   1

## EXHIBITS

FPCC USA intends to introduce as exhibits at the Hearing those exhibits enumerated below:

| NO. | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1 | Any document or pleading filed in the Bankruptcy Case | | | | | | |
| 2 | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| 3 | Any exhibit identified or offered by any other party | | | | | | |
| 4 | Excerpts from Operating Agreement dated November 1, 2006, for Escambia Prospect. | | | | | | |
| 5 | Excerpts from Operating Agreement dated April 8, 2015, for Mt. Carmel Prospect. | | | | | | |
| 6 | Settlement Statement dated March 31, 2020. | | | | | | |
| 7 | Alabama Unit Order and Excerpts from Unit Operating Agreement for Southeast | | | | | | |
| 8 | Transcript of Hearing on April 9, 2020, in Captioned Matter. | | | | | | |
| 9 | Email Correspondence from Keri Riley dated April 21, 2020. | | | | | | |

Notwithstanding the foregoing, FPCC USA reserves the right to (i) supplement or amend this Witness and Exhibit List at any time before or at the Hearings, (ii) introduce exhibits not listed above on rebuttal and during cross examination and/or for purposes of impeachment; (iii) not introduce exhibits listed above; (iv) use documents not listed herein to refresh witnesses' recollections; (v) introduce demonstrative exhibits, which could include the exhibits listed above as well as demonstrative exhibits that incorporate material from the exhibits described above and from other sources; and (vi) take any other such actions as permissible under the Federal Rules of

Evidence, the Federal Rules of Bankruptcy Procedures, and the Bankruptcy Local Rules for the United States Bankruptcy Court for the District of Colorado.

*[Continues on Next Page]*

DATED this 23rd day of April, 2020.

Respectfully submitted,

        **JONES WALKER LLP**

        By: */s/ Joseph E. Bain*
        Joseph E. Bain *(Admitted Pro Hac Vice)*
        Amy L. Vazquez *(Admitted Pro Hac Vice)*
        811 Main Street, Ste. 2900
        Houston, Texas 77002
        Tel: 713-437-1800
        Fax: 713-437-1801
        Email: jbain@joneswalker.com;
                avazquez@joneswalker.com

        -and-

        Madison M. Tucker *(Admitted Pro Hac Vice)*
        201 St. Charles Avenue
        New Orleans, Louisiana 70170-5100
        Tel: 504-582-8000
        Fax: 504-589-8261
        Email: mtucker@joneswalker.com

        *Counsel for FPCC USA, Inc.*

## CERTIFICATE OF SERVICE

     I certify that on April 23, 2020, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in this case.

        */s/ Joseph E. Bain*
        Joseph E. Bain