# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br><br>Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| In re:<br><br>SKLARCO, LLC<br><br>Debtor. | Case No. 20-12380-EEB<br><br>Chapter 11<br><br>**Jointly Administered Under Case No. 20-12377-EEB** |

## WITNESS AND EXHIBIT LIST OF
## PRUET PRODUCTION CO. AND PRUET OIL COMPANY, LLC

Come now, Pruet Production Co., in its individual capacity and as agent on behalf of certain working interest holders ("PPC"), and Pruet Oil Company, LLC ("POC" and together with PPC, "Pruet"), file their Witness and Exhibit List ("Witness & Exhibit List") for the confirmation hearing set on April 27, 2020 at 1:30 p.m. (the "Hearing") before the Honorable Elizabeth E. Brown, U.S. Bankruptcy Court, 721 19th Street, Courtroom F, Fifth Floor, Denver, Colorado 80202.

## WITNESSES

Pruet may call the following witnesses at the Hearing:

1. Any witness listed or used by any other party.

2. Any witness necessary to rebut the testimony of a witness called or designated by another party.

3. Any witness for the purpose of foundation, rebuttal, or impeachment.

4. Any other witnesses present at the Hearing that Pruet deems necessary.

## EXHIBITS

Pruet may introduce the following exhibits at the Hearing:

1. Any exhibit enumerated on <u>Attachment 1</u> to this Witness & Exhibit List.

2. Any exhibit or demonstrative designated or used by any other party, and to which Pruet does not object to its admissibility.

3. Any exhibits necessary to rebut the testimony of witnesses called or designated by another party or the evidence or arguments presented by another party.

## **RESERVATION OF RIGHTS**

Pruet reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing.

Dated: April 23, 2020.

                Respectfully,

                */s/ Matthew J. Ochs*
                Matthew J. Ochs
                HOLLAND & HART LLP
                555 Seventeenth Street, Suite 3200
                P.O. Box 8749
                Denver, CO 80201-8749
                Tel. 303.295.8299
                Email: mjochs@hollandhart.com

                -and-

                Jeremy L. Retherford
                BALCH & BINGHAM LLP
                1901 Sixth Avenue North, Suite 1500
                Birmingham, AL 35203-4642
                Tel. 205.226.3479
                Email. jretherford@balch.com

                *Attorneys for Pruet Production Co.,*
                *and Pruet Oil Company, LLC*

**Attachment 1**
**(Exhibits)**

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| * | Unit Agreement of Southeast Brooklyn Oil Unit dated November 1, 2018 | | | |
| * | Unit Agreement of Southwest Brooklyn Oil Unit dated November 1, 2018 | | | |
| * | Operating Agreement of Myrtice Ellis dated December 15, 2019 | | | |
| * | Any pleading, order, or document filed or entered in this case. | | | |
| * | Any exhibit offered or listed by another party | | | |
| * | Any exhibit for purposes of rebuttal or impeachment | | | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2020, I served a complete copy of the foregoing by the CM/ECF system, in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules.

/s/ Resa Haskell

14301726_v1