UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 721417930 | ) | Chapter 11 |
|     Debtor. | ) | |
| _____ | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN:  72-1425432 | ) | |
|     Debtor. | ) | Chapter 11 |

**VERIFIED STATEMENT OF MULTIPLE REPRESENTATION PURSUANT TO
RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

The law firm of Buck Keenan LLP ("Buck Keenan"), files this Verified Statement of Multiple Representation Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Statement") and in support thereof respectfully represents as follows:

1.      Buck Keenan represents the following creditors in the captioned Chapter 11 bankruptcy case filed by Sklar Exploration Company, LLC, and Sklarco, LLC (the "Debtors"): (1) Strago Petroleum Corporation, ("Strago"); (2) Meritage Energy Limited ("Meritage"); (3) Harvest Gas Management LLC ("Harvest"); (4) Gateway Exploration LLC ("Gateway"); and (5) GCREW Properties LLC ("GCREW") (hereinafter sometimes individually referred to as a "Buck Keenan Client" and collectively referred to as the "Strago Group").

2.      Strago's address is 3209 Hamm Road Pearland, Texas 77581. Buck Keenan's representation of Strago began in April 2020.

3.      Meritage's address is 2700 Post Oak Blvd, suite 1500, Houston, Texas 77056. Buck Keenan's representation of Meritage began in April 2020.

4.      Harvest's address is 10050 Bayou Glen Road Houston, Texas 77042.  Buck Keenan's representation of Harvest began in April 2020.

5.      Gateway's address is 3555 Timmons Lane, suite 730 Houston, Texas 77027. Buck Keenan's representation of Gateway began in April 2020.

6.      GCREW's address is 12323 Rip Van Winkle, Houston, Texas 77024.  Buck Keenan's representation of GCREW began in April 2020.

7.      Buck Keenan was retained by each member of the Strago Group as bankruptcy counsel in the Debtors' Chapter 11 bankruptcy case. Each of the Strago Group has consented in writing to Buck Keenan's representation of each of the Strago Group in the captioned bankruptcy case.

8.      Buck Keenan does not believe that its representation of the interests of any of the Strago Group will create a conflict between or be adverse to the interests of any other member of the Strago Group.

9.      Exhibit A identifies each member of the Strago Group and the nature and principal amount of each of their claims.

10.     Pursuant to Bankruptcy Rule 2019 and any other applicable Federal Rule of Bankruptcy Procedure, Buck Keenan will supplement this Statement upon a material change of any fact contained in this Statement.

11.     To the best of Buck Keenan's knowledge, information, and belief, all of the allegations of fact contained in the Statement are true and correct.

2

DATE: April 23, 2020

Respectfully submitted,

BUCK KEENAN LLP


By:_____/s/ Robert L. Paddock_____
    ROBERT L. PADDOCK
    State Bar No.:  24002723
    2229 San Felipe, Suite 1000
    Houston, Texas  77019
    Telephone:  (713) 225-4500
    Facsimile:  (713) 225-3719
    rpaddock@buckkeenan.com

    ATTORNEY FOR
    STRAGO PETROLEUM CORPORATION,
    MERITAGE ENERGY, LTD., GATEWAY
    EXPLORATION, LLC, GCREW PROPERTIES,
    LLC AND HARVEST GAS MANAGEMENT,
    LLC


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record via CM/ECF filing and in compliance with the Federal Rules of Civil Procedure, on the 23rd day of April, 2020.


    /s/ Robert L. Paddock_____
    ROBERT L. PADDOCK