# EXHIBIT A

| Name & Address | Nature of Claim Against the Debtors | Principal Amount of Claim (exclusive of interest, costs, and attorney's fees. |
|---|---|---|
| Strago Petroleum Corporation<br>3209 Hamm Road<br>Pearland, Texas 77581 | Secured claim for misapplication of cash call advances, unpaid working interest revenues and breach of various joint operating interests | Undetermined as of the date of filing |
| Meritage Energy, Ltd.<br>2700 Post Oak Blvd., Suite 1500<br>Houston, Texas 77056 | Secured claim for misapplication of cash call advances and breach of various joint operating interests | Undetermined as of the date of filing |
| Gateway Exploration, LLC<br>3555 Timmons Lane, Suite 730<br>Houston, Texas 77027 | Secured claim for misapplication of cash call advances and breach of various joint operating interests | Undetermined as of the date of filing |
| GCREW Properties, LLC<br>12323 Rip Van Winkle<br>Houston, Texas 77024 | Secured claim for misapplication of cash call advances and breach of various joint operating interests | Undetermined as of the date of filing |
| Harvest Gas Management, LLC<br>10050 Bayou Glen Road<br>Houston, Texas 77042 | Secured claim for misapplication of cash call advances and breach of various joint operating interests | Undetermined as of the date of filing |