# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |

### STONEHAM DRILLING CORPORATION'S LIST OF WITNESSES AND EXHIBITS

Stoneham Drilling Corporation ("Stoneham") hereby designates the following witnesses and exhibits for the hearing to be held on April 27, 2020 in the above-captioned cases.

### WITNESSES

Stoneham reserves the right to call the following witnesses:

1. Howard F. Sklar

2. Any witness listed by one or more of the Debtors, or any other party.

3. Any witnesses necessary for rebuttal or impeachment purposes.

# EXHIBITS

Stoneham reserves the right to introduce as exhibits at trial the following:

| Exh. | Description | Offered (Y/N) | Admitted (Y/N) | Additional Comments |
|---|---|---|---|---|
| * | Sklar excel spreadsheet "cash call accounting" from data room | | | |
| * | Participation Agreement dated effective as of July 1, 2019 covering the Bowdoin Dome Prospect, Phillips and Valley Counties, Montana, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "A" a Restated Farmout Agreement dated effective as of May 21, 2019, by and between Twin Bridges Resources, LLC and Charter Energy Partners, LLC, as Farmees, and Scout Energy Partners II, LP, as Farmor (Document No. 136 from "Material Contracts" folder in data room) | | | |
| * | JOA (AAPL 610-1989) dated July 15, 2019, covering the Bowdoin Dome Initial Block, Phillips County, Montana, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators (Document No. 192 from "Material Contracts" folder in data room) | | | |
| * | Any pleading, order, or document filed or entered in this case | | | |
| * | Any exhibit listed by the Debtor or any other party | | | |
| * | Any exhibit necessary for rebuttal or impeachment | | | |

4820-4854-0859.1

Respectfully submitted,

/s/ James B. Bailey
James B. Bailey
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
 Birmingham, AL  35203
Telephone:  (205) 521-8913
Email:  jbailey@bradley.com

**Counsel for Stoneham Drilling Corporation**

## CERTIFICATE OF SERVICE

I certify that on April 23, 2020, a true and correct copy of the foregoing was served on all parties authorized to receive notice through the ECF notice system in this case.

/s/ James B. Bailey
OF COUNSEL

4820-4854-0859.1