IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

## WITNESS AND EXHIBIT LIST

Secured creditor, East West Bank, a California state banking corporation ("EWB"), through counsel, hereby designates the following witnesses and exhibits for the evidentiary hearing currently scheduled for April 27, 2020, at 1:30 PM in Courtroom F.

EWB's discussion with the Debtors is ongoing, and EWB is optimistic it will be able to resolve its remaining concerns with the Debtors, but files this list of witnesses and exhibits out of an abundance of caution.

### WITNESSES

EWB **may call** the following witnesses for a final evidentiary hearing in this matter:

1. Mary Lou Allen, Portfolio Manager at EWB, to testify regarding: (1) the secured claim of EWB; and (2) any other matters relating to Debtors' Motions being heard by the Court at the April 27, 2020 hearing.

2. Howard F. Sklar, or person most knowledgeable on behalf of the Debtors, to testify regarding (1) Debtors' intended use of cash collateral; (2) Debtors' obligations to EWB; and (3) any other matters relating to Debtors' Motions being heard by the Court at the April 27, 2020 hearing.

3. Any witness identified by the Debtor or another party for the April 27, 2020 hearing.

4. Any witness necessary for rebuttal or impeachment.

5. Any witness necessary to authenticate exhibits.

**EXHIBITS**

EWB intends to introduce as exhibits at trial those exhibits enumerated in **Attachment 1**, attached hereto and incorporated herein.

Dated: April 23, 2020        By: *s/Craig K. Schueneman*
                                                   Craig K. Schuenemann, Esq.
                                                   Attorney Reg. No. 41068
                                                   Bryan Cave Leighton Paisner LLP
                                                   1700 Lincoln St., Suite 4100
                                                   Denver, CO 80203
                                                   Telephone: 303-861-7000
                                                   Facsimile: 303-866-0200
                                                   E-mail: craig.schuenemann@bclplaw.com

# ATTACHMENT 1

# EXHIBITS FOR HEARING

Submitted by: EWB
In connection with: April 27, 2020 Hearing on Debtors' Motions

| Exhibit Number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| A. | All Loan and Security Documents relating to the Credit Agreement dated June 15, 2018 between East West Bank and Sklar Exploration Company LLC and Sklarco LLC | | | |
| B. | Declaration of Howard F. Sklar in support of Debtors' Motions [Doc. #39] | | | |
| C. | Motion for Authority to Use Cash Collateral [Doc. #34] | | | |
| D. | Motion to: (1) Honor and Pay Overriding Royalty, Royalty, and Working Interest Obligations; and (2) Offset Joint Interest Billing Obligations [Doc. #37] | | | |
| E. | Preliminary Objection to Motion for Authority to Use Cash Collateral [Doc. #59] | | | |

601951014.2

| **Exhibit Number** | **Description** | **Offered (Yes/No)** | **Admitted (Yes/No)** | **Additional Comments** |
|---|---|---|---|---|
| F. | Debtor's Interim Cash Collateral Budget [Doc. #83] | | | |
| G. | Interim Order Authorizing the Use of Cash Collateral [Doc. #94] | | | |
| H. | Debtors' proposed cash collateral budget | | | |
| | Debtors' Schedules filed in this action | | | |
| | Any other document filed and docketed in this action | | | |
| | Any exhibit necessary for impeachment or rebuttal | | | |
| | Any exhibit offered by Debtors or listed by Debtors in their Exhibit List | | | |

4

601951014.2

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on this 23rd day of April, 2020, a true and correct copy of the foregoing **WITNESS AND EXHIBIT LIST** was filed and served via ECF on all attorneys of record:

Jeffrey S. Brinen
Lee M. Kutner
1660 Lincoln Street
Suite 1850
Denver, CO 80264
*Attorney for Debtor Sklarco, LLC*

Paul Moss
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294
*Attorney for U.S. Trustee*

                                       */s/ Martha A. Hammond*
                                       Martha A. Hammond Legal Secretary
                                       Bryan Cave Leighton Paisner LLP

601951014.2