IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COLORADO

| | |
|---|---|
| In Re: ) | |
| ) | |
| SKLAR EXPLORATION COMPANY, LLC ) | Case No. 20-12377-EEB |
| and SKLARCO, LLC, ) | |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |
| ) | |

### VERIFIED RULE 2019 STATEMENT OF MULTIPLE REPRESENATION

Comes now the undersigned counsel ("Counsel"), pursuant to Federal Rule of Bankruptcy Procedure 2019 and submits this Verified Statement of Multiple Representation and in doing so provides the following information:

1. Counsel represents three different creditors or parties-in-interest in the above-styled bankruptcy cases.

2. The first client is RAPAD Well Service Co. Inc. ("RAPAD") whose address is 217 West Capitol Street, Suite 201, Jackson, Mississippi 39201. RAPAD provided pre-petition services to Debtor Sklar Exploration Company, LLC ("SEC") for which it holds a general unsecured claim in an amount no less than $374,069.26.

3. The second client is Pruet Oil Company, LLC ("Pruet Oil") whose address is 217 West Capitol Street, Suite 201, Jackson, Mississippi 39201. Pruet Oil holds a non-operator interest in an oil and gas well in Conecuh County, Alabama operated by SEC and holds claims against SEC and/or funds held by SEC for a cash call advance made by Pruet Oil to SEC in the amount of $274,562.72 as well as claims arising out of SEC's breach of the underlying operating agreement.

4. The third client is Pruet Production Co. ("Pruet Production") whose address is 217 West Capitol Street, Suite 201, Jackson, Mississippi 39201. Counsel represents Pruet Production both in its individual capacity and as agent and attorney in fact for the working interest holders

identified in Schedule A (the "Pruet Group") with respect to their interest in what commonly is referred to as the SW Brooklyn Oil Unit, the SE Brooklyn Oil Unit, and the Little Cedar Creek Unit II. Debtor Sklarco, LLC ("Sklarco") is a non-operating interest holder in properties operated by Pruet Production. SEC is an operator in properties in which Pruet Production and the Pruet Group non-working interest holders. Pruet Production both individually and as agent of the Pruet Group is owed revenues for production by SEC/ Pruet Production individually and as agent of the Pruet Group also has claims for cash call advances and breach of operating agreement. Pruet Production also is owed no less than $112,436.80 in unpaid JIB.

5. Each of the aforementioned has agreed to multiple representation by undersigned council.

Dated this 23rd day of April, 2020

/s/ Jeremy L. Retherford
Jeremy L. Retherford
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203-4642
T: (205) 226-3479
jretherford@balch.com

-and-

/s/ Matthew Ochs
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, Colorado 80202
T: (303) 295-8000
MJOchs@hollandhart.com

*Attorneys for RAPAD Well Service Co. Inc., Pruet Oil Company, LLC, and Pruet Production Co. both in its individual capacity and as agent and attorney for the Pruet Group.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on April 23, 2020, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing

*/s/ Resa Haskell*
Resa Haskell

## Schedule 1

| Name and Address | Nature of Claim Against the Debtors | Amount of Claim |
|---|---|---|
| The Coleman Revocable Living Trust<br>4600 Greenville Avenue, Suite 128<br>Dallas, Texas 75206 | Claim for cash call advances, unpaid working interest revenues and breach of joint operating agreements | Undetermined as of the date of filing |
| DBC Resources, LP<br>PO Box 191407<br>Dallas, Texas 75219<br>Attention: Donald L. Clark | Claim for cash call advances, unpaid working interest revenues and breach of joint operating agreements | Undetermined as of the date of filing |
| DBC Resources II LP<br>PO Box 191407<br>Dallas, Texas 75219<br>Attention: Donald L. Clark | Claim for cash call advances, unpaid working interest revenues and breach of joint operating agreements | Undetermined as of the date of filing |
| DEDE, LLC<br>200 E. Capitol St., Suite 1601<br>Jackson, MS 39201 | Claim for cash call advances, unpaid working interest revenues and breach of joint operating agreements | Undetermined as of the date of filing |
| DCOD, LLC<br>16250 Dallas North Parkway<br>Dallas, Texas 75248<br>Attention: Dale Clark | Claim for cash call advances, unpaid working interest revenues and breach of joint operating agreements | Undetermined as of the date of filing |
| Paula W Denley LLC<br>12620 Lebanon Pinegrove Road<br>Terry, Mississippi 39170 | Claim for cash call advances, unpaid working interest revenues and breach of joint operating agreements | Undetermined as of the date of filing |
| Fiddler Investments<br>4601 Langland Rd., Suite 107<br>Dallas, Texas 75244<br>Attention: Darrell Mueller | Claim for cash call advances, unpaid working interest revenues and breach of joint operating agreements | Undetermined as of the date of filing |
| Gaston Oil Company<br>9306 Milbank<br>Shreveport, Louisiana 71115<br>Attention: Bob Gaston and Terry Gaston | Claim for cash call advances, unpaid working interest revenues and breach of joint operating agreements | Undetermined as of the date of filing |

| | | |
|---|---|---|
| GJR Investments, Inc.<br>100 S Eola Dr PH 115<br>Orlando, FL 32801-6603<br>Attention: Grady Cooksey, Jr. | Claim for cash call advances, unpaid working interest revenues and breach of joint operating agreements | Undetermined as of the date of filing |
| Darlene K. Hall<br>6121 Fern Avenue, #117<br>Shreveport, LA 71105 | Claim for cash call advances, unpaid working interest revenues and breach of joint operating agreements | Undetermined as of the date of filing |
| Four D LLC<br>P. O. Box 2173<br>Durango, Colorado 81302<br>Attention: Chris Douglass | Claim for cash call advances, unpaid working interest revenues and breach of joint operating agreements | Undetermined as of the date of filing |
| Hall and Hall LLC<br>116 Timbercrest Lane<br>Brandon, MS 39047 | Claim for cash call advances, unpaid working interest revenues and breach of joint operating agreements | Undetermined as of the date of filing |
| Hanson Operating Co., Inc.<br>P. O. Box 1515<br>Roswell, NM 88202-1515<br>Attention: Ray Willis | Claim for cash call advances, unpaid working interest revenues and breach of joint operating agreements | Undetermined as of the date of filing |
| Hughes 2000 CT LLC<br>304 Thorngate Drive<br>Brandon, Mississippi 39042<br>Attention: Cindy Meehl and Pam Kynerd | Claim for cash call advances, unpaid working interest revenues and breach of joint operating agreements | Undetermined as of the date of filing |
| JCE Galbraith Oil & Gas, LLC<br>2032 Alameda Avenue<br>Orlando, Florida 32804<br>Attention: Jim Galbraith and Joan McDonough<br>407-748-1118 | Claim for cash call advances, unpaid working interest revenues and breach of joint operating agreements | Undetermined as of the date of filing |
| JMS Oil & Gas Holdings, LLC<br>P. O. Box 4920<br>Orlando, FL 32802-4920 | Claim for cash call advances, unpaid working interest revenues and breach of joint operating agreements | Undetermined as of the date of filing |
| Pam-Lin Corporation<br>PO Box 50635<br>Midland, Texas 79710-0635<br>Attention: Craig Clark | Claim for cash call advances, unpaid working interest revenues and breach of joint operating agreements | Undetermined as of the date of filing |
| | | |

| | | |
|---|---|---|
| RAB Oil & Gas Holdings, LLC<br>P. O. Box 4920<br>Orlando, Florida 32802-4920 | Claim for cash call advances, unpaid working interest revenues and breach of joint operating agreements | Undetermined as of the date of filing |
| Don B. Saunders Trust<br>1721 Springlake Drive<br>Orlando, Florida 32804 | Claim for cash call advances, unpaid working interest revenues and breach of joint operating agreements | Undetermined as of the date of filing |
| Sawyer Drilling & Service, Inc.<br>509 Market St., Suite 1010<br>Shreveport, Louisiana 71101-3240<br>Attention: Ronnie Sawyer | Claim for cash call advances, unpaid working interest revenues and breach of joint operating agreements | Undetermined as of the date of filing |
| Sugar Oil Properties, LP<br>625 Market St., Suite 100<br>Shreveport, Louisiana 71101<br>Attention: Mickey Quinlan | Claim for cash call advances, unpaid working interest revenues and breach of joint operating agreements | Undetermined as of the date of filing |
| Summit LLC<br>229 Dogwood Lane<br>Madison, MS 39110<br>Attn: Alvin Byrd | Claim for cash call advances, unpaid working interest revenues and breach of joint operating agreements | Undetermined as of the date of filing |
| Wallace & Wallace LLC<br>6163 Kay Brook Drive<br>Byram, MS 39272<br>601-372-1752 | Claim for cash call advances, unpaid working interest revenues and breach of joint operating agreements | Undetermined as of the date of filing |
| Leonard E. Williams<br>2518 Norfolk Road<br>Orlando, Florida 32803 | Claim for cash call advances, unpaid working interest revenues and breach of joint operating agreements | Undetermined as of the date of filing |