IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CASE NO.: 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930 | CHAPTER 11 |
| Debtor. | |
| _____ | |
| SKLARCO, LLC<br>EIN: 72-1425432 | CASE NO.: 20-12380-EEB |
| | CHAPTER 11 |
| Debtor. | |

_____

**SUGAR OIL PROPERTIES, L.P.'S JOINDER IN LIMITED OBJECTIONS TO: (A) MOTION FOR AUTHORITY TO USE CASH COLLATERAL [Docket #34]; and (B) MOTION TO (1) HONOR AND PAY OVERRIDING ROYALTY, ROYALTY, AND WORKING INTEREST OBLIGATIONS, AND (2) OFFSET JOINT INTEREST BILLING OBLIGATIONS [Docket #37]**
_____

Sugar Oil Properties, L.P. ("Sugar Oil") files this Joinder in Limited Objections to two motions filed by Debtors Sklar Exploration Company, LLC and Sklarco, LLC (jointly "Debtors"):

- Motion for Authority to Use Cash Collateral [Doc. 34]; and

- Motion to (1) Honor And Pay Overriding Royalty, Royalty, And Working Interest Obligations, and (2) Offset Joint Interest Billing Obligations [Doc. 37] ( collectively, the "Motions").

Sugar Oil is a working interest owner in several oil and gas properties operated by Debtor Sklar Exploration Company, LLC ("Sklar") and co-owned by Debtor Sklarco, LLC ("Sklarco"). Sugar Oil's claims against Sklar arise from (1) advance payment of expenses to be incurred for particular expenses on particular properties ("Cash Call

21305919_1

Advances"), and (2) Sklar's obligation to pay to Sugar Oil the production revenue that Sugar Oil owns pursuant to Joint Operating Agreements and recorded conveyances to Sugar Oil.

In the interest of efficiency, Sugar Oil joins in most of the statements and arguments made in the "Limited Objections" to the Motions filed by other working interest owners, particularly including (without limitation) those filed at the following Docket Numbers:

- 57, 158 – Pruet Production Co. and Pruet Oil Company, LLC;

- 67 - Anderson Exploration Energy Company, L.C., TCP Cottonwood, L.P., and AEEC II, LLC;

- 71 – Lucas Petroleum Group, Inc.;

- 118 - Franks Exploration Company, LLC, AEH Investment LLC, and J & A Harris, LP;

- 119 - Landmark Oil and Gas, LLC, Landmark Exploration, LLC, Lexington Investments, LLC, and Stone Development, LLC;

- 147 – FPCC USA, Inc.; and

- 150, 151, 152 – Apple Oil Company, Apple River Investments, LLC, and Kudzu Oil Properties, LLC

## RESERVATION OF RIGHTS

Sugar Oil makes no admission of fact or law and reserves any and all rights, claims, objections, and defenses that may be available to it before this Court and any other court with competent jurisdiction over the parties and the matters at issue, including in connection with the motions listed above or any other related motions, pleadings, or orders, asserted liens and interests, and any other matters involving the

administration of this case, the estate, and Sugar Oil's interests, any and all rights available to it under the Bankruptcy Code and applicable non-bankruptcy law. Sugar Oil reserves any and all rights to supplement or amend this Limited Objection and at any hearing.

Dated: April 23, 2020

Respectfully submitted:

KEAN MILLER LLP
/s/ J. Eric Lockridge
J. Eric Lockridge
(TX# 24013053, LA #30159)
eric.lockridge@keanmiller.com
KEAN MILLER LLP
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, LA 70802
Telephone: (225) 387-0999
Telecopier: (225) 388-9133

*Counsel for Sugar Oil Properties, L.P., TCP Cottonwood, L.P., AEEC II, LLC, and Anderson Exploration Energy Company, L.C.*