| Fill in this information to identify the case: |
| --- |

Debtor name  **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  **20-12377-EEB**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br><br>■ Other  **Revenue from Oil and Gas Sales; Includes Revenue Attributed to Interest Holders** | **$14,558,673.60** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ☐ Operating a business<br><br>■ Other  **Revenue from Oil and Gas Sales; Includes Revenue Attributed to Interest Holders** | **$78,596,095.07** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ☐ Operating a business<br><br>■ Other  **Revenue from Oil and Gas Sales; Includes Revenue Attributed to Interest Holders** | **$85,054,640.52** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | **Payments from Hedging Agreements** | **$173,000.00** |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* **20-12377-EEB** |
|---|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See attached** | **1/1/20-3/31/20** | **$10,097,684.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **See attached** | **1/1/20-3/31/20** | **$2,727,804.46** | |

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Debtor | **Sklar Exploration Company, LLC** | | Case number *(if known)* | **20-12377-EEB** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **GULF COAST MINERAL, LLC ET AL V. EMERALD OIL & MINING CO. ET AL**<br>**21-CV-2019-900011** | **Breach of contract action between working interest owners concerning back-in working interest and override royalty interest. SEC involved only as operator/stakeholder and was paying revenues into Court prior to Ch. 11 filing.** | **Circuit Court of Conecuh County, Alabama**<br>**111 Court St.**<br>**Evergreen, AL 36401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **WILLIE FRANK JONES ET AL V. FRED W. HARTIN ET AL**<br>**21-CV-2015-900083** | **Quiet title action between competing mineral owners concerning mineral tract. SEC involved only as operator/stakeholder, holding royalties for benefit of prevailing party.** | **Circuit Court of Conecuh County, Alabama**<br>**111 Court St.**<br>**Evergreen, AL 36401** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **NOTICE OF VIOLATION CONCERNING CASTLEBERRY FIELD AREA 1, FACILTIY NO. 103-0021 AND CASTLEBERRY FIELD AREA 2, FACILITY NO. 103-0026** | **Alleged violation of air permits issued by the Alabama Dept. of Environmental Management due to leaking pressure relief safety valves on well production equipment.** | **Alabama Department of Environmental Management**<br>**1400 Coliseum Blvd.**<br>**Montgomery, AL 36130** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **PETITION FOR REFUND OF SEVERANCE TAXES** | **Petition by Sklar Exploration Company and Sklarco for the refund of $493,777.91 in excess oil and gas severance taxes paid to the Alabama Department of Revenue concerning the Fishpond Oil Unit in Escambia County, Alabama.** | **Alabama Department of Revenue**<br>**Business and License Tax Division**<br>**Severance and License Section**<br>**P.O. Box 327550**<br>**Montgomery, AL 36132** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | Sklar Exploration Company, LLC | | Case number *(if known)* | 20-12377-EEB |
|---|---|---|---|---|

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:   Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **University of Colorado Foundation**<br>**4740 Walnut Street**<br>**Boulder, CO 80301** | **Atudent-Athlete Excellence Fund for general scholarship** | **5/1/19** | **$10,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.2. | **Ability Connection Colorado Inc**<br>**801 Yosemite Street**<br>**Denver, CO 8020** | **Benefiting the programs and services "Ability Connection Colorado** | **7/19/19** | **$1,250.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.3. | **University of Colorado Athletic Office**<br>**372 UCB**<br>**Boulder, CO 80307** | **Football Season Tickets, Tailgate Experience, Franklin Field Donation** | **3/1/19** | **$13,250.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.4. | **University of Colorado Foundation**<br>**2700 Vista Parkway**<br>**Erie, CO 80516** | **CU on the Links Golf Tournament 2019** | **8/1/19** | **$1,700.00** |
| | Recipients relationship to debtor<br>**None** | | | |

### Part 5:   Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Sklar Exploration Company, LLC | | Case number *(if known)* | 20-12377-EEB |
|---|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| Lightning strike caused damage to certain electrical equioment for CCL&T 35-15 #1 well | $24,258.13 | June 29,2019 | $29,258.13 |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Kutner Brinen, P.C.<br>1660 Lincoln Street, Suite 1850<br>Denver, CO 80264 | Retainer and Filing Fees | March 19, 2020 - $20,000<br>March 30, 2020 - $100,000 | $120,000.00 |
| | Email or website address<br>lmk@kutnerlaw.com | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Debtor   **Sklar Exploration Company, LLC** | Case number *(if known)*  **20-12377-EEB** |

| Address | Dates of occupancy From-To |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Social Security Numbers and Tax ID Information**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Boulder Self Storage**<br>**6439 Arapahoe Rd Unit 4012**<br>**Boulder, CO 80303** | **Kate Eggleston 8852 Flattop St. Arvada CO 80007**<br>**Geoff Nenninger  2933 Golden Eagle Circle Lafayette CO 80026** | **(1) Box Labelled "Howard's Airplanes"**<br>**(4) Howard's Painting**<br>**(1) Black Sqaure Foldable Table**<br>**(1) Striped Chair**<br>**(1) Map Table**<br>**(1) Glass**<br>**(7) Clear Bins**<br>**(5) Blue Seated chairs**<br>**(2) Filing Cabinets** | ☐ No<br>■ Yes |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various Interest Holders** | **Debtor's East West Bank Accounts** | **Retention of funds belonging to royalty interest holders and ORRI holders only (not including working interest holders).  Approximate balance attributable to January Revenue is $599,877.05.** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Sklarco, LLC**<br>**5395 Pearl Parkway**<br>**Suite 200**<br>**Boulder, CO 80301** | **Debtor's East West Bank Accounts** | **Currently holding funds and A/R arrtibutable to Sklarco, LLC.  Amounts attributable to Sklarco are approximately 20% of cash balance, and A/R from production of $643,351.34** | **$1,163,947.73** |

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Debtor    **Sklar Exploration Company, LLC**                              Case number *(if known)* **20-12377-EEB**

☐ No.
■ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **IN RE: SKLAR EXPLORATION COMPANY L.L.C. Docket No. CWA-04-2011-5129(b)** | **U.S. Environmental Protection Agency Region 4 Atlanta Federal Center 61 Forsyth Street Atlanta, GA 30303-8960** | **CWA Section 311 Class II Consent Agreement and Final Order concerning spill near Vicksburg, Mississippi** | ☐ Pending ☐ On appeal ■ Concluded |
| **NOTICE OF VIOLATION CONCERNING CASTLEBERRY FIELD AREA 1, FACILTIY NO. 103-0021 AND CASTLEBERRY FIELD AREA 2, FACILITY NO. 103-0026** | **Alabama Department of Environmental Management 1400 Coliseum Blvd. Montgomery, AL 36130** | **Alleged violation of air permits issued by the Alabama Dept. of Environmental Management due to leaking pressure relief safety valves on well production equipment.** | ☐ Pending ☐ On appeal ■ Concluded |
| **NOTICE OF VIOLATION CONCERNING CASTLEBERRY FIELD AREA 4, FACILITY NO. 502-0100 15-054-CAP** | **Alabama Department of Environmental Management 1400 Coliseum Blvd. Montgomery, AL 36130** | **Alleged violation of air permits issued by Alabama Dept. of Environmental Management due to non-approved production equipment.** | ☐ Pending ☐ On appeal ■ Concluded |
| **NOTICE OF VIOLATION CONCERNING CASTLEBERRY FIELD AREA 3, FACILITY NO. 502-0090 12-038-CAP** | **Alabama Department of Environmental Management 1400 Coliseum Blvd. Montgomery, AL 36130** | **Alleged violation of air permits issued by Alabama Dept. of Environmental Management due to operations conducted without a Temporary Authorization to Operate.** | ☐ Pending ☐ On appeal ■ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Debtor | Sklar Exploration Company, LLC | Case number *(if known)* 20-12377-EEB |
|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. **TPH Partners II, L.P.**<br>**1111 Bagby St. Suite 4950**<br>**Houston, TX 77002-2551** | **Investment; Debtor is agent nominee, and hold only legal title. Equitable and beneficial interest held solely by Howard Sklar Trust and/or Sons' Trusts** | **Dates business existed**<br>EIN: 80-0812716<br>From-To |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Exigent Information Solutions, LLC**<br>**8310 South Valley Highway, Suite 300**<br>**Englewood, CO 80112** | **March 2020-current** |
| 26a.2. **Plant Moran**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | **2018-Current** |
| 26a.3. **EKS&H**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | **2018; Acquired by Plant Moran** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Exigent Information Solutions, LLC**<br>**8310 South Valley Highway, Suite 300**<br>**Englewood, CO 80112** | |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2. **EKS&H**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.3. **Plant Moran**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **EKS&H**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | |
| 26c.2. **Exigent Information Solutions, LLC**<br>**8310 South Valley Highway, Suite 300**<br>**Englewood, CO 80112** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Sklar Exploration Company, LLC**                    Case number *(if known)*  **20-12377-EEB**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.3.   **Plant Moran**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | |
| 26c.4.   **Howard Sklar**<br>**5395 Pearl Parkway**<br>**Suite 200**<br>**Boulder, CO 80301** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **East West Bank Treasury Department**<br>**135 North Los Robles Avenue**<br>**Suite 600**<br>**ATTN: Linda Cox**<br>**Pasadena, CA 91101** |
| 26d.2.   **Ford Motor Company**<br>**P.O. Box 650575**<br>**Dallas, TX 75265** |
| 26d.3.   **C&J Energy Services**<br>**3990 Rogerdale**<br>**Houston, TX 77042** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Howard Sklar | 5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301 | Manager | 0% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Howard F. Sklar Trust | 5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301 | Equity Holder | 100% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Corey Ezelle | | VP - Exploration Manager | 0% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| J. Marshall Jones, III | | VP & COO | 0% |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Sklar Exploration Company, LLC**                    Case number *(if known)*    **20-12377-EEB**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Steven Hatcher** | | **VP - Land and Legal** | **0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|-----------------------------------------------------|-------|-------------------------------|
| 30.1. | **Flexjet**<br>**26180 Curtiss Wright Pkwy**<br>**Cleveland, OH 44143** | **$503,173.35** | **2019-2020** | **Amounts paid attributed to personal travel expenses of Howard Sklar** |
| | **Relationship to debtor**<br>**None** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __April 17, 2020__

**/s/ Howard Sklar**                                          **Howard Sklar**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    __Manager__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Payments in 90 Days Prior to Filing

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/23/2020 | 11,287.03 | A & B PUMP & SUPPLY, INC. | 01/28/2020 | Goods & Services |
| 02/14/2020 | 3,075.23 | A & B PUMP & SUPPLY, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 4,656.33 | A & B PUMP & SUPPLY, INC. | 02/25/2020 | Goods & Services |
| 02/20/2020 | 3,065.00 | A. F. WHATLEY CONSTRUCTION | 02/26/2020 | Goods & Services |
| 01/23/2020 | 14,210.00 | A1 CONDUCTOR & RATHOLE, LLC | 02/06/2020 | Goods & Services |
| 02/14/2020 | 4,290.00 | A1 CONDUCTOR & RATHOLE, LLC | 03/02/2020 | Goods & Services |
| 02/20/2020 | 3,708.04 | A1 CONDUCTOR & RATHOLE, LLC | 03/20/2020 | Goods & Services |
| 01/16/2020 | 2,171.17 | ACME TRUCK LINE, INC. | 01/22/2020 | Goods & Services |
| 03/23/2020 | 100,285.00 | Acstar Insurance Company | 03/23/2020 | Plug and Abandonment Bond |
| 01/30/2020 | 35,228.19 | AFCO | 02/07/2020 | Insurance |
| 02/27/2020 | 35,228.19 | AFCO | 03/06/2020 | Insurance |
| 03/17/2020 | 25,000.00 | AL Dept of Environmental Mgmt | 03/17/2020 | Government Fine |
| 02/20/2020 | 420.00 | ALABAMA 811 | 02/26/2020 | Goods & Services |
| 01/17/2020 | 194.68 | Alabama Department of Revenue | 01/17/2020 | Taxes |
| 02/20/2020 | 149.78 | Alabama Department of Revenue | 02/20/2020 | Taxes |
| 03/16/2020 | 100.00 | Alabama Department of Revenue | 03/16/2020 | Taxes |
| 03/20/2020 | 149.14 | Alabama Department of Revenue | 03/20/2020 | Taxes |
| 01/16/2020 | 230.74 | ALABAMA POWER PAYMENTS | 01/23/2020 | Utilities |
| 02/14/2020 | 202.95 | ALABAMA POWER PAYMENTS | 02/18/2020 | Utilities |
| 03/23/2020 | 198.30 | ALABAMA POWER PAYMENTS | 03/26/2020 | Utilities |
| 02/20/2020 | 1,639.00 | ALEXANDRIA GRAVEL PRODUCTS | 02/26/2020 | Goods & Services |
| 02/07/2020 | 500.00 | ALEXIS NAN HAYNES | 02/11/2020 | Goods & Services |
| 01/30/2020 | 219.14 | ALL COPY PRODUCTS, INC. | 02/03/2020 | Goods & Services |
| 02/20/2020 | 243.00 | ALL COPY PRODUCTS, INC. | 02/24/2020 | Goods & Services |
| 02/27/2020 | 219.14 | ALL COPY PRODUCTS, INC. | 03/03/2020 | Goods & Services |
| 02/20/2020 | 1,378.30 | ALLEGRA PRINT-MAIL-SIGNS | 02/26/2020 | Goods & Services |
| 01/10/2020 | 558.72 | ALLY | 01/17/2020 | Secured Debt Payments |
| 02/07/2020 | 558.72 | ALLY | 02/12/2020 | Secured Debt Payments |
| 02/27/2020 | 558.72 | ALLY | 03/09/2020 | Secured Debt Payments |
| 01/10/2020 | 1,087.82 | AMERICAN EAGLE LOGISTICS | 01/15/2020 | Goods & Services |
| 01/30/2020 | 224.67 | AMERICAN EXPRESS | 02/03/2020 | Goods & Services |
| 02/27/2020 | 204.72 | AMERICAN EXPRESS | 03/02/2020 | Goods & Services |
| 03/06/2020 | 19.95 | AMERICAN EXPRESS | 03/09/2020 | Goods & Services |
| 01/30/2020 | 475.00 | AMERICAN REMEDIATION & ENVIRONMENTAL INC | 02/06/2020 | Goods & Services |
| 01/23/2020 | 7,560.66 | ANDERSON EXPLORATION ENERGY CO, LC | 01/28/2020 | Royalty Payments |
| 01/10/2020 | 93.98 | ANITA BELOUSOV | 01/21/2020 | Expense Reimbursement |
| 02/14/2020 | 34,910.19 | ARMBRECHT JACKSON LLP | 02/19/2020 | Legal Fees |
| 02/20/2020 | 61,285.47 | ARMBRECHT JACKSON LLP | 02/25/2020 | Legal Fees |
| 03/30/2020 | 25,000.00 | Armbrecht Jackson LLP | 03/30/2020 | Legal Fees |
| 03/30/2020 | 45,431.35 | Armbrecht Jackson LLP | 03/30/2020 | Legal Fees |
| 01/23/2020 | 233.87 | AT&T | 01/31/2020 | Utilities |
| 01/23/2020 | 419.33 | AT&T | 01/31/2020 | Utilities |
| 01/23/2020 | 251.93 | AT&T | 01/30/2020 | Utilities |
| 01/23/2020 | 129.25 | AT&T | 01/29/2020 | Utilities |
| 01/30/2020 | 206.26 | AT&T | 02/06/2020 | Utilities |
| 02/14/2020 | 216.15 | AT&T | 02/26/2020 | Utilities |
| 02/20/2020 | 215.53 | AT&T | 02/27/2020 | Utilities |
| 02/20/2020 | 415.24 | AT&T | 02/27/2020 | Utilities |
| 02/20/2020 | 204.54 | AT&T | 02/27/2020 | Utilities |
| 02/20/2020 | 120.00 | AT&T | 02/26/2020 | Utilities |
| 03/23/2020 | 215.32 | AT&T | 03/30/2020 | Utilities |
| 03/23/2020 | 444.04 | AT&T | 03/30/2020 | Utilities |
| 03/23/2020 | 204.84 | AT&T | 03/30/2020 | Utilities |
| 03/23/2020 | 120.00 | AT&T | 03/31/2020 | Utilities |
| 02/14/2020 | 1,740.85 | ATROPOS EXPLORATION CO. | 02/21/2020 | Royalty Payments |
| 02/20/2020 | 617.30 | ATROPOS EXPLORATION CO. | 02/27/2020 | Royalty Payments |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/10/2020 | 55.39 | B & L PIPECO SERVICES, L.L.C. | 01/14/2020 | Goods & Services |
| 01/30/2020 | 43,815.24 | B & L PIPECO SERVICES, L.L.C. | 02/03/2020 | Goods & Services |
| 02/14/2020 | 59,714.35 | B & L PIPECO SERVICES, L.L.C. | 02/18/2020 | Goods & Services |
| 01/10/2020 | 2,186.85 | BAKER HUGHES, A GE COMPANY, LLC | 01/14/2020 | Goods & Services |
| 01/16/2020 | 14,935.54 | BAKER HUGHES, A GE COMPANY, LLC | 01/21/2020 | Goods & Services |
| 01/23/2020 | 93,616.80 | BAKER HUGHES, A GE COMPANY, LLC | 01/27/2020 | Goods & Services |
| 02/14/2020 | 94,058.67 | BAKER HUGHES, A GE COMPANY, LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 124,589.38 | BAKER HUGHES, A GE COMPANY, LLC | 02/24/2020 | Goods & Services |
| 02/27/2020 | 57,350.44 | BAKER HUGHES, A GE COMPANY, LLC | 03/04/2020 | Goods & Services |
| 02/14/2020 | 3,500.00 | BARNETTE & BENEFIELD, INC. | 02/21/2020 | Goods & Services |
| 02/20/2020 | 643.75 | BASIC ENERGY SERVICES, LP | 02/24/2020 | Utilities |
| 03/04/2020 | 1,606.25 | BASIC ENERGY SERVICES, LP | 03/09/2020 | Utilities |
| 01/30/2020 | 6,940.00 | BENOIT PREMIUM THREADING, LLC | 02/06/2020 | Goods & Services |
| 01/10/2020 | 769.50 | BERG HILL GREENLEAF RUSCITTI LLP | 01/15/2020 | Legal Fees |
| 03/30/2020 | 50,000.00 | Berg Hill Greenleaf Ruscitti LLP | 03/30/2020 | Legal Fees |
| 04/01/2020 | 12,946.00 | Berg Hill Greenleaf Ruscitti LLP | 04/01/2020 | Legal Fees |
| 02/27/2020 | 500.00 | BETTY JOYCE SCOTT BURKHEAD | 03/13/2020 | Goods & Services |
| 01/30/2020 | 3,750.00 | BETTYE LACOUR | 02/10/2020 | Goods & Services |
| 03/03/2020 | 3,750.00 | BETTYE LACOUR | 03/09/2020 | Goods & Services |
| 01/30/2020 | 105.00 | BIENVILLE PARISH CLERK OF COURT | 02/14/2020 | Taxes |
| | | BIENVILLE PARISH SALES & USE TAX | | Taxes |
| 01/21/2020 | 162.99 | COMMISS | 01/24/2020 | |
| 01/30/2020 | 42.08 | BOBBIE GORE | 02/03/2020 | Expense Reimbursement |
| 02/20/2020 | 3,093.00 | BONAVENTURE SAFETY, LLC | 02/25/2020 | Goods & Services |
| | | BOOTS SMITH COMPLETION SERVICES, LLC | | Goods & Services |
| 01/10/2020 | 56,188.33 | | 01/13/2020 | |
| | | BOOTS SMITH COMPLETION SERVICES, LLC | | Goods & Services |
| 01/23/2020 | 30,139.67 | | 01/27/2020 | |
| | | BOOTS SMITH COMPLETION SERVICES, LLC | | Goods & Services |
| 02/14/2020 | 4,500.00 | | 02/18/2020 | |
| | | BOOTS SMITH COMPLETION SERVICES, LLC | | Goods & Services |
| 02/20/2020 | 4,500.00 | | 02/24/2020 | |
| | | BOOTS SMITH COMPLETION SERVICES, LLC | | Goods & Services |
| 02/27/2020 | 4,247.90 | | 03/02/2020 | |
| 02/20/2020 | 4,102.30 | BOULDER COUNTY TREASURER | 02/26/2020 | Taxes |
| 02/07/2020 | 276.00 | BOULDER SELF STORAGE | 02/19/2020 | Storage Fees |
| 02/27/2020 | 276.00 | BOULDER SELF STORAGE | 03/04/2020 | Storage Fees |
| 01/16/2020 | 4,349.00 | BRAMMER ENGINEERING, INC. | 01/22/2020 | Goods & Services |
| 02/07/2020 | 910.42 | BRAMMER ENGINEERING, INC. | 02/13/2020 | Goods & Services |
| 02/14/2020 | 2,950.00 | BRAMMER ENGINEERING, INC. | 02/21/2020 | Goods & Services |
| 01/30/2020 | 1,800.00 | BREWTON AREA PROPERTIES, LLC | 02/04/2020 | Rent |
| 02/27/2020 | 1,800.00 | BREWTON AREA PROPERTIES, LLC | 03/04/2020 | Rent |
| 03/23/2020 | 1,800.00 | BREWTON AREA PROPERTIES, LLC | 03/27/2020 | Rent |
| 01/10/2020 | 99.00 | BRISTOL, INC. | 01/21/2020 | Goods & Services |
| 02/07/2020 | 3,564.00 | BRISTOL, INC. | 02/20/2020 | Goods & Services |
| 02/14/2020 | 3,465.00 | BRISTOL, INC. | 02/25/2020 | Goods & Services |
| 02/20/2020 | 22,326.60 | BRISTOL, INC. | 03/03/2020 | Goods & Services |
| 01/10/2020 | 7,609.34 | BTECH SERVICE & SUPPLY INC. | 01/17/2020 | Goods & Services |
| 01/23/2020 | 1,276.98 | BTECH SERVICE & SUPPLY INC. | 01/30/2020 | Goods & Services |
| 02/14/2020 | 39,677.58 | BTECH SERVICE & SUPPLY INC. | 02/20/2020 | Goods & Services |
| 02/20/2020 | 4,053.05 | BTECH SERVICE & SUPPLY INC. | 02/27/2020 | Goods & Services |
| 01/10/2020 | 5,116.88 | BUCK CREEK FREIGHT, INC. | 01/22/2020 | Goods & Services |
| 01/23/2020 | 1,962.40 | BUCK CREEK FREIGHT, INC. | 02/03/2020 | Goods & Services |
| 02/14/2020 | 723.45 | BUCK CREEK FREIGHT, INC. | 03/06/2020 | Goods & Services |
| 02/14/2020 | 66,571.79 | C&J SPEC-RENT SERVICES, INC. | 02/20/2020 | Goods & Services |
| 02/20/2020 | 123,591.99 | C&J SPEC-RENT SERVICES, INC. | 02/24/2020 | Goods & Services |
| 01/16/2020 | 7,310.00 | CAMP SERVICE AND REPAIR, LLC | 01/31/2020 | Goods & Services |
| 01/23/2020 | 7,190.00 | CAMP SERVICE AND REPAIR, LLC | 02/20/2020 | Goods & Services |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/30/2020 | 4,665.00 | CAMP SERVICE AND REPAIR, LLC | 02/20/2020 | Goods & Services |
| 02/14/2020 | 8,300.00 | CAMP SERVICE AND REPAIR, LLC | 02/20/2020 | Goods & Services |
| 02/14/2020 | 220,000.00 | CAPSTAR DRILLING, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 310,125.33 | CAPSTAR DRILLING, INC. | 02/24/2020 | Goods & Services |
| 01/16/2020 | 11,314.50 | CARNLEY ELECTRIC INC | 01/24/2020 | Goods & Services |
| 01/23/2020 | 6,300.00 | CARNLEY ELECTRIC INC | 01/31/2020 | Goods & Services |
| 01/30/2020 | 7,020.00 | CARNLEY ELECTRIC INC | 02/07/2020 | Goods & Services |
| 02/07/2020 | 3,240.00 | CARNLEY ELECTRIC INC | 02/21/2020 | Goods & Services |
| 02/14/2020 | 1,800.00 | CARNLEY ELECTRIC INC | 02/21/2020 | Goods & Services |
| 02/20/2020 | 21,793.31 | CARNLEY ELECTRIC INC | 02/28/2020 | Goods & Services |
| 03/06/2020 | 2,391.35 | CARNLEY ELECTRIC INC | 03/13/2020 | Goods & Services |
| 01/30/2020 | 17,700.84 | CASS COUNTY TAX ASSESSOR | 02/19/2020 | Taxes |
| 01/16/2020 | 13,431.41 | CAWLEY, GILLESPIE & ASSOCIATES, INC | 01/23/2020 | Consulting Services |
| 01/10/2020 | 227.16 | CENTURYLINK | 01/15/2020 | Utilities |
| 02/14/2020 | 224.33 | CENTURYLINK | 02/18/2020 | Utilities |
| 03/13/2020 | 224.33 | CENTURYLINK | 03/18/2020 | Utilities |
| 01/23/2020 | 44.77 | CENTURYTEL/CENTURYLINK | 01/28/2020 | Utilities |
| 02/14/2020 | 44.03 | CENTURYTEL/CENTURYLINK | 02/20/2020 | Utilities |
| 01/23/2020 | 420.12 | CGG SERVICES (US) INC. | 01/28/2020 | Goods & Services |
| 02/20/2020 | 420.12 | CGG SERVICES (US) INC. | 02/25/2020 | Goods & Services |
| 03/13/2020 | 420.12 | CGG SERVICES (US) INC. | 03/18/2020 | Goods & Services |
| 01/10/2020 | 188.33 | CHEROKEE COUNTY ELECTRIC CO-OP ASSN. | 01/16/2020 | Utilities |
| 02/07/2020 | 227.58 | CHEROKEE COUNTY ELECTRIC CO-OP ASSN. | 02/12/2020 | Utilities |
| 03/13/2020 | 234.38 | CHEROKEE COUNTY ELECTRIC CO-OP ASSN. | 03/17/2020 | Utilities |
| 02/14/2020 | 946.46 | CHOICE COPY SERVICE, LLC | 02/24/2020 | Goods & Services |
| 03/06/2020 | 5,625.00 | CHRISTENSEN CONSULTING, LLC | 03/16/2020 | Goods & Services |
| 03/06/2020 | 7,960.00 | CICON & ASSOCIATES, L.L.P. | 03/12/2020 | Goods & Services |
| 01/30/2020 | 161.08 | CITY OF BREWTON | 02/05/2020 | Taxes |
| 03/13/2020 | 243.88 | CITY OF BREWTON | 03/18/2020 | Taxes |
| 03/23/2020 | 419.89 | CITY OF BREWTON | 03/30/2020 | Taxes |
| 01/10/2020 | 6,465.20 | CLARKCO OILFIELD SERVICES, INC. | 01/15/2020 | Goods & Services |
| 01/23/2020 | 4,997.97 | CLARKCO OILFIELD SERVICES, INC. | 01/29/2020 | Goods & Services |
| 02/14/2020 | 214.00 | CLARKCO OILFIELD SERVICES, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 2,564.79 | CLARKCO OILFIELD SERVICES, INC. | 02/27/2020 | Goods & Services |
| 02/27/2020 | 747.93 | CLARKCO OILFIELD SERVICES, INC. | 03/04/2020 | Goods & Services |
| 01/16/2020 | 345.65 | CLARKE COUNTY TAX ASSESSOR COLLECTOR | 01/27/2020 | Taxes |
| 01/30/2020 | 1,792.29 | CLARKE COUNTY TAX ASSESSOR COLLECTOR | 02/06/2020 | Taxes |
| 01/10/2020 | 5,420.30 | COASTAL CHEMICAL CO., LLC | 01/16/2020 | Goods & Services |
| 01/16/2020 | 2,446.34 | COASTAL CHEMICAL CO., LLC | 01/24/2020 | Goods & Services |
| 01/21/2020 | 13,500.43 | COASTAL CHEMICAL CO., LLC | 01/28/2020 | Goods & Services |
| 01/30/2020 | 1,484.85 | COASTAL CHEMICAL CO., LLC | 02/07/2020 | Goods & Services |
| 02/07/2020 | 6,059.92 | COASTAL CHEMICAL CO., LLC | 02/13/2020 | Goods & Services |
| 02/27/2020 | 525.94 | COCHRAN CHEMICAL CO., INC. | 03/05/2020 | Goods & Services |
| 01/30/2020 | 155.02 | COMCAST | 02/10/2020 | Utilities |
| 02/20/2020 | 155.02 | COMCAST | 02/27/2020 | Utilities |
| 03/23/2020 | 155.02 | COMCAST | 03/30/2020 | Utilities |
| 01/30/2020 | 4,702.00 | COMPLETE ENVIRONMENTAL & REMEDIATION CO | 02/05/2020 | Goods & Services |
| 02/20/2020 | 24,503.56 | COMPLETE ENVIRONMENTAL & REMEDIATION CO | 02/25/2020 | Goods & Services |
| 02/14/2020 | 5,395.23 | COMPRESSION CONTROLS & RENTALS, LLC | 02/21/2020 | Goods & Services |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| | | COMPRESSION CONTROLS & RENTALS, LLC | | Goods & Services |
| 02/20/2020 | 5,395.23 | | 02/28/2020 | |
| | | CONSOLIDATED ELECTRICAL DISTRIBUTORS | | Goods & Services |
| 01/30/2020 | 2,317.68 | INC | 02/04/2020 | |
| | | CONSOLIDATED ELECTRICAL DISTRIBUTORS | | Goods & Services |
| 02/20/2020 | 5,881.86 | INC | 02/26/2020 | |
| 01/30/2020 | 24,275.71 | CORPORATE PAYMENT SYSTEMS | 02/06/2020 | Goods & Services |
| 02/20/2020 | 37,365.44 | CORPORATE PAYMENT SYSTEMS | 02/27/2020 | Goods & Services |
| 03/23/2020 | 24,520.45 | CORPORATE PAYMENT SYSTEMS | 03/30/2020 | Goods & Services |
| 01/30/2020 | 199.02 | CORY EZELLE | 02/06/2020 | |
| 02/20/2020 | 199.02 | CORY EZELLE | 02/26/2020 | |
| 02/27/2020 | 7,500.00 | COUNTERPOINT CONSULTING, LLC | 03/03/2020 | Consulting Services |
| 01/10/2020 | 17,998.00 | CROWLEY FLECK PLLP | 01/14/2020 | Goods & Services |
| 01/30/2020 | 348.00 | CROWLEY FLECK PLLP | 02/05/2020 | Goods & Services |
| 01/30/2020 | 8,560.00 | CSI COMPRESSCO OPERATING, LLC | 02/03/2020 | Goods & Services |
| 02/14/2020 | 6,250.00 | CSI COMPRESSCO OPERATING, LLC | 02/18/2020 | Goods & Services |
| 03/13/2020 | 14,810.00 | CSI COMPRESSCO OPERATING, LLC | 03/18/2020 | Goods & Services |
| 02/20/2020 | 16,048.20 | CSI TECHNOLOGIES, LLC | 03/02/2020 | Goods & Services |
| 01/10/2020 | 35.00 | CT CORPORATION SYSTEM | 01/21/2020 | Goods & Services |
| 02/20/2020 | 417.00 | CT CORPORATION SYSTEM | 02/26/2020 | Goods & Services |
| 03/06/2020 | 658.00 | CT CORPORATION SYSTEM | 03/13/2020 | Goods & Services |
| 01/10/2020 | 59.92 | CULKIN WATER DISTRICT | 01/16/2020 | Utilities |
| 02/07/2020 | 59.92 | CULKIN WATER DISTRICT | 02/13/2020 | Utilities |
| 03/13/2020 | 59.92 | CULKIN WATER DISTRICT | 03/18/2020 | Utilities |
| 01/10/2020 | 3,591.00 | D & M DRILLING FLUIDS, INC. | 01/29/2020 | Goods & Services |
| 01/23/2020 | 3,591.00 | D & M DRILLING FLUIDS, INC. | 01/29/2020 | Goods & Services |
| 01/30/2020 | 7,110.00 | D & M DRILLING FLUIDS, INC. | 02/04/2020 | Goods & Services |
| 02/20/2020 | 10,567.60 | D & M DRILLING FLUIDS, INC. | 02/28/2020 | Goods & Services |
| 01/10/2020 | 1,100.00 | DAVIS HOT SHOT SERVICE, LLC | 01/22/2020 | Goods & Services |
| 01/23/2020 | 2,200.00 | DAVIS HOT SHOT SERVICE, LLC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 2,520.00 | DAVIS HOT SHOT SERVICE, LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 6,000.00 | DAVIS HOT SHOT SERVICE, LLC | 02/25/2020 | Goods & Services |
| 01/10/2020 | 5,093.20 | DEEPWELL ENERGY SERVICES, LLC | 01/14/2020 | Utilities |
| 02/14/2020 | 5,831.50 | DEEPWELL ENERGY SERVICES, LLC | 02/19/2020 | Utilities |
| 02/20/2020 | 4,750.00 | DEEPWELL ENERGY SERVICES, LLC | 02/25/2020 | Utilities |
| 02/27/2020 | 1,100.00 | DEEPWELL ENERGY SERVICES, LLC | 03/03/2020 | Utilities |
| 01/30/2020 | 131.98 | DIRECTV | 02/10/2020 | Utilities |
| 02/20/2020 | 5,768.84 | DON EUSTES | 02/25/2020 | Goods & Services |
| 03/13/2020 | 469.12 | DON EUSTES | 03/18/2020 | Goods & Services |
| 02/20/2020 | 526.44 | DOUBLE D DYNAMICS | 02/25/2020 | Goods & Services |
| 01/30/2020 | 1,000.00 | DOUGLAS PARKING, LLC | 02/19/2020 | Goods & Services |
| 01/10/2020 | 875.00 | EAGLE EXPRESS HOTSHOT SER. LLC | 01/22/2020 | Goods & Services |
| 02/14/2020 | 4,067.70 | EAGLE EXPRESS HOTSHOT SER. LLC | 02/20/2020 | Goods & Services |
| 02/20/2020 | 3,134.84 | EAGLE EXPRESS HOTSHOT SER. LLC | 02/27/2020 | Goods & Services |
| 02/27/2020 | 1,698.00 | EAGLE EXPRESS HOTSHOT SER. LLC | 03/05/2020 | Goods & Services |
| 01/30/2020 | 11,602.72 | EAST RIDGE COUNTRY CLUB | 02/05/2020 | Goods & Services |
| 01/10/2020 | 2,204.32 | East West Bank Treasury Department | 01/10/2020 | Payments on Secured Debt |
| 01/30/2020 | 102,689.38 | East West Bank Treasury Department | 01/30/2020 | Payments on Secured Debt |
| 02/11/2020 | 150.00 | East West Bank Treasury Department | 02/11/2020 | Payments on Secured Debt |
| 03/02/2020 | 103,569.21 | East West Bank Treasury Department | 03/02/2020 | Payments on Secured Debt |
| 02/24/2020 | 3,450.00 | East West Bank Treasury Department | 02/24/2020 | Payments on Secured Debt |
| 03/18/2020 | 125.00 | East West Bank Treasury Department | 03/18/2020 | Payments on Secured Debt |
| 03/16/2020 | 250,000.00 | East West Bank Treasury Department | 03/16/2020 | Payments on Secured Debt |
| 03/30/2020 | 87,691.85 | East West Bank Treasury Department | 03/30/2020 | Payments on Secured Debt |
| 03/06/2020 | 125.00 | East West Bank Treasury Department | 03/06/2020 | Payments on Secured Debt |
| 03/20/2020 | 985.55 | East West Bank Treasury Department | 03/20/2020 | Payments on Secured Debt |
| 01/10/2020 | 21,410.19 | EASTERN FISHING & RENTAL TOOLS INC | 01/17/2020 | Goods & Services |
| 01/16/2020 | 33,703.23 | EASTERN FISHING & RENTAL TOOLS INC | 01/22/2020 | Goods & Services |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/23/2020 | 19,663.89 | EASTERN FISHING & RENTAL TOOLS INC | 01/28/2020 | Goods & Services |
| 01/30/2020 | 85,967.86 | EASTERN FISHING & RENTAL TOOLS INC | 02/05/2020 | Goods & Services |
| 02/07/2020 | 10,103.67 | EASTERN FISHING & RENTAL TOOLS INC | 02/19/2020 | Goods & Services |
| 02/14/2020 | 21,299.36 | EASTERN FISHING & RENTAL TOOLS INC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 1,767.50 | EASTERN FISHING & RENTAL TOOLS INC | 02/25/2020 | Goods & Services |
| 02/27/2020 | 66,106.41 | EASTERN FISHING & RENTAL TOOLS INC | 03/03/2020 | Goods & Services |
| 03/06/2020 | 6,022.01 | EASTERN FISHING & RENTAL TOOLS INC | 03/10/2020 | Goods & Services |
| 03/13/2020 | 2,100.00 | EASTERN FISHING & RENTAL TOOLS INC | 03/17/2020 | Goods & Services |
| 01/10/2020 | 2,098.42 | ECS | 01/15/2020 | Goods & Services |
| 01/30/2020 | 5,819.06 | ECS | 02/05/2020 | Goods & Services |
| 02/07/2020 | 2,126.27 | ECS | 02/12/2020 | Goods & Services |
| 02/20/2020 | 8,533.26 | ECS | 02/26/2020 | Goods & Services |
| 03/06/2020 | 2,349.99 | ECS | 03/11/2020 | Goods & Services |
| 02/20/2020 | 2,573.50 | EICHE, MAPES, AND COMPANY, INC | 02/28/2020 | Goods & Services |
| 01/30/2020 | 289.50 | ELDORADO ARTESIAN SPRINGS | 02/06/2020 | Goods & Services |
| 03/13/2020 | 176.65 | ELDORADO ARTESIAN SPRINGS | 03/23/2020 | Goods & Services |
| 01/23/2020 | 4,814.00 | ENGINEERING SERVICE | 01/29/2020 | Goods & Services |
| 01/30/2020 | 184.00 | ENGINEERING SERVICE | 02/05/2020 | Goods & Services |
| 01/16/2020 | 169.02 | ENTERGY | 01/21/2020 | Goods & Services |
| 02/14/2020 | 182.24 | ENTERGY | 02/18/2020 | Goods & Services |
| 03/13/2020 | 183.82 | ENTERGY | 03/17/2020 | Goods & Services |
| 01/10/2020 | 3,000.00 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 01/22/2020 | Utilities |
| 01/30/2020 | 5,500.00 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 02/06/2020 | Utilities |
| 01/30/2020 | 6,113.14 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 02/06/2020 | Utilities |
| 02/07/2020 | 155.20 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 02/12/2020 | Utilities |
| 03/09/2020 | 5,985.92 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 03/12/2020 | Utilities |
| 03/09/2020 | 155.20 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 03/12/2020 | Utilities |
| 03/09/2020 | 37.05 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 03/12/2020 | Utilities |
| 03/23/2020 | 6,249.11 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 03/30/2020 | Utilities |
| 01/30/2020 | 9,041.76 | EXCEL CONSULTING, LLC | 02/05/2020 | Consulting Services |
| 01/10/2020 | 23,102.94 | EZZIE'S WHOLESALE, INC. | 01/14/2020 | Goods & Services |
| 01/16/2020 | 12,603.89 | EZZIE'S WHOLESALE, INC. | 01/22/2020 | Goods & Services |
| 01/23/2020 | 15,965.49 | EZZIE'S WHOLESALE, INC. | 01/28/2020 | Goods & Services |
| 01/30/2020 | 12,626.28 | EZZIE'S WHOLESALE, INC. | 02/04/2020 | Goods & Services |
| 02/07/2020 | 12,091.68 | EZZIE'S WHOLESALE, INC. | 02/12/2020 | Goods & Services |
| 02/14/2020 | 12,609.50 | EZZIE'S WHOLESALE, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 9,283.49 | EZZIE'S WHOLESALE, INC. | 02/25/2020 | Goods & Services |
| 03/06/2020 | 1,223.16 | EZZIE'S WHOLESALE, INC. | 03/11/2020 | Goods & Services |
| 03/10/2020 | 10,515.84 | EZZIE'S WHOLESALE, INC. | 03/12/2020 | Goods & Services |
| 03/23/2020 | 2,978.70 | EZZIE'S WHOLESALE, INC. | 03/30/2020 | Goods & Services |
| 01/10/2020 | 3,735.00 | FDEP OIL & GAS PROGRAM | 01/28/2020 | Goods & Services |
| 01/10/2020 | 3,735.00 | FDEP OIL & GAS PROGRAM | 01/28/2020 | Goods & Services |
| 01/30/2020 | 162.52 | FEDEX | 02/06/2020 | Goods & Services |
| 03/13/2020 | 43.33 | FEDEX | 03/18/2020 | Goods & Services |
| 01/16/2020 | 167.79 | FERRELLGAS | 01/27/2020 | Goods & Services |
| 01/30/2020 | 35,829.59 | FLETCHER PETROLEUM CO., LLC | 02/04/2020 | Goods & Services |
| 03/06/2020 | 2,762.54 | FLETCHER PETROLEUM CO., LLC | 03/11/2020 | Goods & Services |
| 01/10/2020 | 23,111.22 | FLEXJET, LLC | 01/14/2020 | Goods & Services |
| 02/14/2020 | 22,946.12 | FLEXJET, LLC | 02/19/2020 | Goods & Services |
| 01/15/2020 | 1,392.20 | FLORIDA DEPARTMENT OF REVENUE | 01/21/2020 | Taxes |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 02/20/2020 | 6,774.02 | FOOTE OIL & GAS PROPERTIES, LLC | 03/17/2020 | Goods & Services |
| 01/16/2020 | 770.44 | FORD MOTOR COMPANY | 01/21/2020 | Secured Debt Payments |
| 01/16/2020 | 1,021.22 | FORD MOTOR COMPANY | 01/21/2020 | Secured Debt Payments |
| 01/16/2020 | 829.56 | FORD MOTOR COMPANY | 01/21/2020 | Secured Debt Payments |
| 01/23/2020 | 1,022.82 | FORD MOTOR COMPANY | 01/27/2020 | Secured Debt Payments |
| 01/23/2020 | 680.52 | FORD MOTOR COMPANY | 01/27/2020 | Secured Debt Payments |
| 01/23/2020 | 818.90 | FORD MOTOR COMPANY | 01/27/2020 | Secured Debt Payments |
| 01/30/2020 | 714.80 | FORD MOTOR COMPANY | 02/03/2020 | Secured Debt Payments |
| 01/30/2020 | 921.17 | FORD MOTOR COMPANY | 02/03/2020 | Secured Debt Payments |
| 01/30/2020 | 814.02 | FORD MOTOR COMPANY | 02/03/2020 | Secured Debt Payments |
| 02/14/2020 | 770.44 | FORD MOTOR COMPANY | 02/19/2020 | Secured Debt Payments |
| 02/14/2020 | 1,021.22 | FORD MOTOR COMPANY | 02/19/2020 | Secured Debt Payments |
| 02/14/2020 | 829.56 | FORD MOTOR COMPANY | 02/19/2020 | Secured Debt Payments |
| 02/14/2020 | 1,022.82 | FORD MOTOR COMPANY | 02/19/2020 | Secured Debt Payments |
| 02/20/2020 | 680.52 | FORD MOTOR COMPANY | 02/24/2020 | Secured Debt Payments |
| 02/20/2020 | 818.90 | FORD MOTOR COMPANY | 02/24/2020 | Secured Debt Payments |
| 02/20/2020 | 840.32 | FORD MOTOR COMPANY | 02/24/2020 | Secured Debt Payments |
| 02/27/2020 | 714.80 | FORD MOTOR COMPANY | 03/02/2020 | Secured Debt Payments |
| 02/27/2020 | 921.17 | FORD MOTOR COMPANY | 03/02/2020 | Secured Debt Payments |
| 02/27/2020 | 814.02 | FORD MOTOR COMPANY | 03/02/2020 | Secured Debt Payments |
| 03/13/2020 | 770.44 | FORD MOTOR COMPANY | 03/18/2020 | Secured Debt Payments |
| 03/13/2020 | 1,021.22 | FORD MOTOR COMPANY | 03/18/2020 | Secured Debt Payments |
| 03/23/2020 | 829.56 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 03/23/2020 | 1,022.82 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 03/23/2020 | 680.52 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 03/23/2020 | 818.90 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 03/23/2020 | 840.32 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 02/14/2020 | 840.32 | Ford Motor Company | 02/14/2020 | Secured Debt Payments |
| 01/10/2020 | 4,421.88 | FRANDSON SAFETY, INC. | 01/17/2020 | Goods & Services |
| 02/07/2020 | 766.54 | FRANK MONTALVO | 02/11/2020 | Expense Reimbursement |
| 03/13/2020 | 205.69 | FRANK MONTALVO | 03/24/2020 | Expense Reimbursement |
| 01/30/2020 | 11,580.20 | FREESTONE COUNTY TAX OFFICE | 02/07/2020 | Taxes |
| 01/16/2020 | 4,724.87 | FUELMAN | 01/24/2020 | Fuel Cards |
| 01/30/2020 | 5,715.14 | FUELMAN | 02/07/2020 | Fuel Cards |
| 02/14/2020 | 5,352.46 | FUELMAN | 02/20/2020 | Fuel Cards |
| 02/27/2020 | 5,748.33 | FUELMAN | 03/05/2020 | Fuel Cards |
| 03/13/2020 | 5,468.43 | FUELMAN | 03/20/2020 | Fuel Cards |
| 02/14/2020 | 5,467.70 | FULL THROTTLE ENERGY SERVICE, LLC | 02/20/2020 | Goods & Services |
| 02/20/2020 | 2,123.95 | FULL THROTTLE ENERGY SERVICE, LLC | 02/25/2020 | Goods & Services |
| 02/27/2020 | 2,123.95 | FULL THROTTLE ENERGY SERVICE, LLC | 03/04/2020 | Goods & Services |
| 01/10/2020 | 17,525.22 | GE OIL & GAS | 01/14/2020 | Goods & Services |
| 02/07/2020 | 12,544.64 | GE OIL & GAS | 02/12/2020 | Goods & Services |
| 02/14/2020 | 911.84 | GE OIL & GAS | 02/18/2020 | Goods & Services |
| 02/20/2020 | 86,320.07 | GE OIL & GAS | 02/24/2020 | Goods & Services |
| 02/27/2020 | 1,583.34 | GE OIL & GAS | 03/02/2020 | Goods & Services |
| 02/27/2020 | 220.50 | GENCO TRANSPORT, LLC | 03/04/2020 | Goods & Services |
| 01/30/2020 | 15,221.78 | GHD SERVICES, INC. | 02/05/2020 | Goods & Services |
| 01/30/2020 | 900.00 | GLEN WHITE & | 02/10/2020 | Goods & Services |
| 02/27/2020 | 900.00 | GLEN WHITE & | 03/03/2020 | Goods & Services |
| 02/14/2020 | 437.52 | GLOBAL VESSEL & TANK LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 2,307.15 | GLOBAL VESSEL & TANK LLC | 02/25/2020 | Goods & Services |
| 01/10/2020 | 488.70 | GLOBALSTAR USA | 01/15/2020 | Goods & Services |
| 02/07/2020 | 482.44 | GLOBALSTAR USA | 02/13/2020 | Goods & Services |
| 03/13/2020 | 482.44 | GLOBALSTAR USA | 03/18/2020 | Goods & Services |
| 02/27/2020 | 37,051.36 | GRAVITY OILFIELD SERVICES, LLC | 03/03/2020 | Goods & Services |
| 02/20/2020 | 4,000.00 | GRS SERVICES, LLC | 03/04/2020 | Goods & Services |
| 01/23/2020 | 4,012.61 | GTT COMMUNICATIONS, INC. | 01/27/2020 | Goods & Services |
| 02/20/2020 | 4,001.61 | GTT COMMUNICATIONS, INC. | 02/24/2020 | Goods & Services |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|-----------|----------|-----------|-----------|--------------------|
| 03/23/2020 | 3,973.41 | GTT COMMUNICATIONS, INC. | 03/30/2020 | Goods & Services |
| 02/20/2020 | 4,670.87 | GULF COAST LAND SERVICES, INC. | 02/25/2020 | Goods & Services |
| 03/13/2020 | 5,057.81 | GULF COAST LAND SERVICES, INC. | 03/17/2020 | Goods & Services |
| 01/23/2020 | 22,000.00 | GUSTAVSON ASSOCIATES, LLC | 01/29/2020 | Goods & Services |
| 01/10/2020 | 62,796.00 | H&H CONSTRUCTION, LLC | 01/15/2020 | Goods & Services |
| 01/23/2020 | 900.00 | H&H CONSTRUCTION, LLC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 1,968.00 | H&H CONSTRUCTION, LLC | 02/26/2020 | Goods & Services |
| 02/20/2020 | 123,750.00 | H&H CONSTRUCTION, LLC | 02/26/2020 | Goods & Services |
| 02/27/2020 | 2,424.00 | H&H CONSTRUCTION, LLC | 03/04/2020 | Goods & Services |
| 03/13/2020 | 16,329.00 | H&H CONSTRUCTION, LLC | 03/18/2020 | Goods & Services |
| 01/16/2020 | 18,807.25 | H2SZERO, LLC | 01/24/2020 | Goods & Services |
| 01/10/2020 | 187.31 | HAROLD J. DE LEON | 01/24/2020 | Expense Reimbursement |
| 03/13/2020 | 517.50 | HAROLD J. DE LEON | 03/23/2020 | Expense Reimbursement |
| 02/20/2020 | 4,365.60 | HEAP SERVICES LLC | 02/25/2020 | Goods & Services |
| 01/23/2020 | 534.54 | HERRING GAS COMPANY, INC. | 01/30/2020 | Utilities |
| 02/20/2020 | 648.41 | HERRING GAS COMPANY, INC. | 02/26/2020 | Utilities |
| 01/30/2020 | 260.12 | HIGH TECH FORMS LLC | 02/06/2020 | Goods & Services |
| 03/06/2020 | 13,023.00 | HIIG SSERVICE COMPANY | 03/10/2020 | Goods & Services |
| 02/14/2020 | 8,292.50 | HI-VAC, LLC | 02/20/2020 | Goods & Services |
| 02/20/2020 | 1,219.80 | HI-VAC, LLC | 03/03/2020 | Goods & Services |
| 03/06/2020 | 2,614.50 | HLP ENGINEERING, INC. | 03/10/2020 | Goods & Services |
| 01/30/2020 | 7,496.31 | HOPPING GREEN & SAMS, P.A. | 02/05/2020 | Goods & Services |
| 01/30/2020 | 170.41 | HUGHES NETWORK SYSTEMS, LLC | 02/05/2020 | Goods & Services |
| 03/13/2020 | 170.41 | HUGHES NETWORK SYSTEMS, LLC | 03/20/2020 | Goods & Services |
| 03/06/2020 | 28,932.04 | HURLEY ENTERPRISES, INC. | 03/11/2020 | Goods & Services |
| 01/10/2020 | 1,000.00 | HURST PUMPING, INC. | 01/14/2020 | Goods & Services |
| 02/14/2020 | 1,000.00 | HURST PUMPING, INC. | 02/20/2020 | Goods & Services |
| 03/06/2020 | 1,000.00 | HURST PUMPING, INC. | 03/10/2020 | Goods & Services |
| 01/30/2020 | 1,846.67 | IHS GLOBAL, INC. | 02/03/2020 | Goods & Services |
| 03/23/2020 | 1,663.74 | IHS GLOBAL, INC. | 03/30/2020 | Goods & Services |
| 02/27/2020 | 630.00 | INFINISOURCE BENEFIT SERVICES | 03/10/2020 | Employee Benefits |
| 03/23/2020 | 157.25 | INFINISOURCE BENEFIT SERVICES | 03/30/2020 | Employee Benefits |
| 01/10/2020 | 200.00 | INTER-MOUNTAIN PIPE & THREADING COMPANY | 01/16/2020 | Goods & Services |
| 02/27/2020 | 1,641.15 | INTER-MOUNTAIN PIPE & THREADING COMPANY | 03/06/2020 | Goods & Services |
| 02/14/2020 | 143.26 | IRON MOUNTAIN RECORDS MANAGEMENT | 02/18/2020 | Goods & Services |
| 02/20/2020 | 214.89 | IRON MOUNTAIN RECORDS MANAGEMENT | 02/24/2020 | Goods & Services |
| 01/16/2020 | 6,208.22 | J & H INSURANCE SERVICES, INC. | 01/27/2020 | Insurance |
| 02/14/2020 | 2,500.00 | J & H INSURANCE SERVICES, INC. | 02/21/2020 | Insurance |
| 03/03/2020 | 12,622.89 | J & H INSURANCE SERVICES, INC. | 03/09/2020 | Insurance |
| 03/06/2020 | 40,988.96 | J & H INSURANCE SERVICES, INC. | 03/11/2020 | Insurance |
| 01/10/2020 | 1,100.00 | J NICHOLS LLC | 01/31/2020 | Goods & Services |
| 01/23/2020 | 1,100.00 | J NICHOLS LLC | 01/31/2020 | Goods & Services |
| 02/20/2020 | 4,900.00 | J NICHOLS LLC | 02/26/2020 | Goods & Services |
| 02/27/2020 | 2,000.00 | J NICHOLS LLC | 03/04/2020 | Goods & Services |
| 02/07/2020 | 4,508.67 | JAMES MUSLOW, JR. | 02/12/2020 | Goods & Services |
| 02/07/2020 | 1,500.00 | JAMES W. MURDOCK | 02/21/2020 | Goods & Services |
| 01/10/2020 | 9,502.00 | JIMCO PUMPS | 01/14/2020 | Goods & Services |
| 01/23/2020 | 5,212.51 | JIMCO PUMPS | 01/28/2020 | Goods & Services |
| 02/07/2020 | 16,871.76 | JIMCO PUMPS | 02/19/2020 | Goods & Services |
| 02/14/2020 | 13,582.53 | JIMCO PUMPS | 02/25/2020 | Goods & Services |
| 02/20/2020 | 60,676.11 | JIMCO PUMPS | 02/25/2020 | Goods & Services |
| 03/13/2020 | 5,484.52 | JIMCO PUMPS | 03/17/2020 | Goods & Services |
| 02/20/2020 | 50,022.50 | JOHN PIKE CONSTRUCTION, INC. | 03/02/2020 | Goods & Services |
| 01/23/2020 | 4,617.51 | JOHN STRAUSSER | 02/03/2020 | Goods & Services |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 02/07/2020 | 1,701.21 | JOHN STRAUSSER | 02/18/2020 | Goods & Services |
| 02/20/2020 | 2,811.64 | JOHN STRAUSSER | 02/25/2020 | Goods & Services |
| 03/23/2020 | 2,720.93 | JOHN STRAUSSER | 03/27/2020 | Goods & Services |
| 01/10/2020 | 350.00 | JTC OPERATING, INC. | 01/14/2020 | Goods & Services |
| 01/10/2020 | 1,350.00 | K&T WELDING SERVICES, LLC | 01/16/2020 | Goods & Services |
| 01/30/2020 | 46.99 | KATE EGGLESTON | 01/31/2020 | Expense Reimbursement |
| 02/20/2020 | 289.99 | KATE EGGLESTON | 02/24/2020 | Expense Reimbursement |
| 01/23/2020 | 22,011.60 | KCS AUTOMATION, LLC | 01/30/2020 | Goods & Services |
| 02/12/2020 | 69,666.84 | KCS Automation, LLC | 02/12/2020 | Goods & Services |
| 01/10/2020 | 60,788.57 | KELLEY BROTHERS CONTRACTORS, INC. | 01/14/2020 | Goods & Services |
| 01/16/2020 | 87,166.53 | KELLEY BROTHERS CONTRACTORS, INC. | 01/22/2020 | Goods & Services |
| 01/23/2020 | 55,730.61 | KELLEY BROTHERS CONTRACTORS, INC. | 01/28/2020 | Goods & Services |
| 01/30/2020 | 21,022.90 | KELLEY BROTHERS CONTRACTORS, INC. | 02/04/2020 | Goods & Services |
| 02/07/2020 | 15,847.38 | KELLEY BROTHERS CONTRACTORS, INC. | 02/11/2020 | Goods & Services |
| 02/20/2020 | 88,685.45 | KELLEY BROTHERS CONTRACTORS, INC. | 02/25/2020 | Goods & Services |
| 03/06/2020 | 27,501.20 | KELLEY BROTHERS CONTRACTORS, INC. | 03/10/2020 | Goods & Services |
| 03/13/2020 | 24,160.05 | KELLEY BROTHERS CONTRACTORS, INC. | 03/17/2020 | Goods & Services |
| 01/10/2020 | 2,128.05 | KELLEY OIL COMPANY | 01/14/2020 | Goods & Services |
| 01/23/2020 | 8,140.43 | KELLEY OIL COMPANY | 01/28/2020 | Goods & Services |
| 02/14/2020 | 11,759.15 | KELLEY OIL COMPANY | 02/19/2020 | Goods & Services |
| 02/20/2020 | 22,372.65 | KELLEY OIL COMPANY | 02/25/2020 | Goods & Services |
| 02/07/2020 | 5,175.24 | Kelly L. Baker | 02/07/2020 | Goods & Services |
| 01/30/2020 | 35,757.84 | KENNY COPELAND | 02/06/2020 | Goods & Services |
| 02/14/2020 | 13,208.16 | KENNY COPELAND | 02/19/2020 | Goods & Services |
| 02/27/2020 | 1,047.00 | KENNY COPELAND | 03/04/2020 | Goods & Services |
| 03/13/2020 | 16,018.10 | KENNY COPELAND | 03/18/2020 | Goods & Services |
| 01/10/2020 | 70.76 | KEY-RITE SECURITY | 01/17/2020 | Goods & Services |
| 02/20/2020 | 70.76 | KEY-RITE SECURITY | 02/26/2020 | Goods & Services |
| 03/13/2020 | 70.76 | KEY-RITE SECURITY | 03/24/2020 | Goods & Services |
| 01/10/2020 | 2,862.10 | KEYSTONE ENGINEERING, INC. | 01/16/2020 | Goods & Services |
| 01/23/2020 | 5,684.60 | KEYSTONE ENGINEERING, INC. | 01/30/2020 | Goods & Services |
| 01/30/2020 | 2,643.00 | KEYSTONE ENGINEERING, INC. | 02/05/2020 | Goods & Services |
| 02/20/2020 | 1,046.00 | KEYSTONE ENGINEERING, INC. | 02/27/2020 | Goods & Services |
| 01/10/2020 | 50.00 | KIM ANDERSON | 01/22/2020 | Expense Reimbursement |
| 03/06/2020 | 66,180.90 | KING CANYON BUFFALO, INC. | 03/12/2020 | Goods & Services |
| 01/10/2020 | 1,090.00 | KIRK WEAVER CONTRACT PUMPING, INC. | 01/17/2020 | Goods & Services |
| 03/06/2020 | 750.00 | KIRK WEAVER CONTRACT PUMPING, INC. | 03/11/2020 | Goods & Services |
| 03/23/2020 | 750.00 | KIRK WEAVER CONTRACT PUMPING, INC. | 03/30/2020 | Goods & Services |
| 01/30/2020 | 640.00 | KLATT MOVING & STORAGE | 02/24/2020 | Goods & Services |
| 01/10/2020 | 17,439.00 | KLEINFELDER, INC. | 01/15/2020 | Goods & Services |
| 01/30/2020 | 2,541.00 | KLEINFELDER, INC. | 02/06/2020 | Goods & Services |
| 02/20/2020 | 3,000.00 | KLEINFELDER, INC. | 02/26/2020 | Goods & Services |
| 01/10/2020 | 26,967.62 | KODIAK GAS SERVICES, LLC | 01/14/2020 | Goods & Services |
| 01/21/2020 | 55,013.65 | KODIAK GAS SERVICES, LLC | 01/28/2020 | Goods & Services |
| 02/20/2020 | 27,595.31 | KODIAK GAS SERVICES, LLC | 02/26/2020 | Goods & Services |
| 03/19/2020 | 20,000.00 | Kutner Brinen, P.C. Coltaf Account | 03/19/2020 | Legal Fees - Retainer for Bankruptcy Counsel |
| 03/30/2020 | 100,000.00 | Kutner Brinen, P.C. Coltaf Account | 03/30/2020 | Legal Fees - Retainer for Bankruptcy Counsel |
| 02/27/2020 | 3,000.00 | LARSON ENVIRONMENTAL, LLC | 03/05/2020 | Goods & Services |
| 01/16/2020 | 1,396.00 | LEON E. WERNTZ & ASSOCIATES, INC. | 01/22/2020 | Employee Benefits - Insurance |
| 01/30/2020 | 305.50 | LEON E. WERNTZ & ASSOCIATES, INC. | 02/05/2020 | Employee Benefits - Insurance |
| 02/20/2020 | 211.50 | LEON E. WERNTZ & ASSOCIATES, INC. | 02/25/2020 | Employee Benefits - Insurance |
| 03/13/2020 | 216.00 | LEON E. WERNTZ & ASSOCIATES, INC. | 03/17/2020 | Employee Benefits - Insurance |
| 03/23/2020 | 500.00 | LEON E. WERNTZ & ASSOCIATES, INC. | 03/26/2020 | Employee Benefits - Insurance |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 02/27/2020 | 914.07 | LIBERTY SUPPLY, INC. | 03/04/2020 | Goods & Services |
| 01/30/2020 | 958.39 | LIMESTONE COUNTY TAX COLLECTOR | 02/06/2020 | Taxes |
| 02/20/2020 | 2,357.25 | LONEWOLF ENERGY, INC. | 02/26/2020 | Goods & Services |
| 01/23/2020 | 80.00 | LOUISIANA - EDWARDS TOWER | 01/30/2020 | Rent |
| 01/30/2020 | 7,000.13 | LOUISIANA - EDWARDS TOWER | 02/05/2020 | Rent |
| 02/27/2020 | 7,238.75 | LOUISIANA - EDWARDS TOWER | 03/06/2020 | Rent |
| 03/23/2020 | 7,238.75 | LOUISIANA - EDWARDS TOWER | 03/27/2020 | Rent |
| 01/13/2020 | 63.00 | Louisiana Dept. of Revenue | 01/13/2020 | Taxes |
| 02/11/2020 | 1,521.00 | Louisiana Dept. of Revenue | 02/11/2020 | Taxes |
| 02/27/2020 | 104.50 | LOUISIANA ONE CALL SYSTEM | 03/09/2020 | Goods & Services |
| 03/23/2020 | 4.50 | LOUISIANA ONE CALL SYSTEM | 03/27/2020 | Goods & Services |
| 01/06/2020 | 210,000.00 | Maevlo Smackover, LLC | 01/06/2020 | Payment of Royalty Interests |
| 02/07/2020 | 100.00 | MARIE GARDNER | 02/10/2020 | Expense Reimbursement |
| 01/30/2020 | 4,310.18 | MARION COUNTY TAX OFFICE | 02/06/2020 | Taxes |
| 01/10/2020 | 1,475.00 | MARTY CHERRY ENTERPRISE LLC | 01/22/2020 | Goods & Services |
| 02/27/2020 | 1,475.00 | MARTY CHERRY ENTERPRISE LLC | 03/12/2020 | Goods & Services |
| 03/23/2020 | 1,475.00 | MARTY CHERRY ENTERPRISE LLC | 03/31/2020 | Goods & Services |
| 01/23/2020 | 2,633.81 | MASCO WIRELINE, INC. | 02/03/2020 | Goods & Services |
| 01/30/2020 | 2,648.25 | MASCO WIRELINE, INC. | 02/10/2020 | Goods & Services |
| 03/04/2020 | 4,993.03 | MAVERICK WELL SERVICE, LLC | 03/10/2020 | Goods & Services |
| 01/30/2020 | 75.78 | MCADAMS PROPANE COMPANY | 02/05/2020 | Goods & Services |
| 02/20/2020 | 9,896.78 | MCDAVID, NOBLIN & WEST PLLC | 02/25/2020 | Goods & Services |
| 02/27/2020 | 545.00 | MCDAVID, NOBLIN & WEST PLLC | 03/09/2020 | Goods & Services |
| 01/10/2020 | 264.79 | MEDIACOM | 01/21/2020 | Goods & Services |
| 02/07/2020 | 256.90 | MEDIACOM | 02/18/2020 | Goods & Services |
| 03/13/2020 | 256.90 | MEDIACOM | 03/20/2020 | Goods & Services |
| 02/20/2020 | 25,825.00 | MENDOZA'S BARRIRER FENCE CO. | 02/28/2020 | Goods & Services |
| 01/10/2020 | 7.50 | MERCHANTS CREDIT BUREAU OF SAVANNAH | 01/14/2020 | Goods & Services |
| 02/27/2020 | 7.50 | MERCHANTS CREDIT BUREAU OF SAVANNAH | 03/10/2020 | Goods & Services |
| 03/06/2020 | 50,000.00 | MESA FLUIDS, LLC | 03/11/2020 | Goods & Services |
| 01/30/2020 | 10,156.07 | Metropolitan Life Insurance Company | 01/30/2020 | Employee Benefits - Life Insurance |
| 03/27/2020 | 10,128.72 | Metropolitan Life Insurance Company | 03/27/2020 | Employee Benefits - Life Insurance |
| 04/01/2020 | 13,337.51 | Metropolitan Life Insurance Company | 04/01/2020 | Employee Benefits - Life Insurance |
| 01/10/2020 | 1,922.79 | MID SOUTH ANCHOR SERVICE, LLC | 01/16/2020 | Goods & Services |
| 02/20/2020 | 3,043.08 | MID SOUTH ANCHOR SERVICE, LLC | 03/02/2020 | Goods & Services |
| 01/10/2020 | 500.00 | MIKE PHILLIPS | 01/27/2020 | Goods & Services |
| 02/07/2020 | 500.00 | MIKE PHILLIPS | 03/02/2020 | Goods & Services |
| 03/06/2020 | 500.00 | MIKE PHILLIPS | 03/16/2020 | Goods & Services |
| 03/06/2020 | 2.85 | MILDRED LEIGH STINSON | 03/30/2020 | Goods & Services |
| 01/16/2020 | 1,633.75 | MISSISSIPPI GAUGE & SUPPLY CO. | 01/27/2020 | Goods & Services |
| 01/23/2020 | 1,719.94 | MISSISSIPPI GAUGE & SUPPLY CO. | 02/03/2020 | Goods & Services |
| 02/07/2020 | 1,322.30 | MISSISSIPPI GAUGE & SUPPLY CO. | 02/25/2020 | Goods & Services |
| 01/10/2020 | 5,186.33 | MISSISSIPPI POWER | 01/15/2020 | Utilities |
| 02/07/2020 | 8,819.70 | MISSISSIPPI POWER | 02/11/2020 | Goods & Services |
| 03/13/2020 | 6,447.28 | MISSISSIPPI POWER | 03/17/2020 | Goods & Services |
| 01/30/2020 | 232.37 | MISSISSIPPI STATE OIL & GAS BOARD | 02/07/2020 | Permitting Fees |
| 02/27/2020 | 164.85 | MISSISSIPPI STATE OIL & GAS BOARD | 03/06/2020 | Permitting Fees |
| 03/23/2020 | 172.97 | MISSISSIPPI STATE OIL & GAS BOARD | 03/31/2020 | Permitting Fees |
| 02/27/2020 | 9,172.00 | MONCLA SLICKLINE, LLC | 03/04/2020 | Goods & Services |
| 01/10/2020 | 86,545.77 | MONCLA WORKOVER & DRILLING | 01/15/2020 | Goods & Services |
| 02/14/2020 | 66,575.00 | MONCLA WORKOVER & DRILLING | 02/19/2020 | Goods & Services |
| 02/20/2020 | 94,816.99 | MONCLA WORKOVER & DRILLING | 02/25/2020 | Goods & Services |
| 01/30/2020 | 63.54 | MUSIC MOUNTAIN WATER, LLC | 02/05/2020 | Goods & Services |
| 02/14/2020 | 13,577.23 | NATIONAL OILWELL DHT, LP | 02/18/2020 | Goods & Services |
| 02/20/2020 | 12,647.40 | NATIONAL OILWELL DHT, LP | 02/24/2020 | Goods & Services |
| 01/10/2020 | 1,548.51 | NATIONAL OILWELL VARCO | 01/13/2020 | Goods & Services |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/23/2020 | 7,710.75 | NATIONAL OILWELL VARCO | 01/27/2020 | Goods & Services |
| 01/23/2020 | 66,089.80 | NATIONAL OILWELL VARCO | 01/27/2020 | Goods & Services |
| 02/07/2020 | 19.49 | NATIONAL OILWELL VARCO | 02/11/2020 | Goods & Services |
| 02/07/2020 | 10,775.03 | NATIONAL OILWELL VARCO, LP | 02/11/2020 | Goods & Services |
| 01/10/2020 | 22.50 | NAVASOTA VALLEY ELECTRIC COOPERATIVE INC | 01/16/2020 | Utilities |
| 02/07/2020 | 23.74 | NAVASOTA VALLEY ELECTRIC COOPERATIVE INC | 02/12/2020 | Utilities |
| 03/19/2020 | 22.50 | NAVASOTA VALLEY ELECTRIC COOPERATIVE INC | 03/26/2020 | Utilities |
| 01/10/2020 | 16,338.70 | NAVIGATOR SRT, LLC | 01/21/2020 | Goods & Services |
| 01/23/2020 | 50.88 | NELSON'S OIL & GAS INC | 01/30/2020 | Goods & Services |
| 01/30/2020 | 451.28 | NELSON'S OIL & GAS INC | 02/05/2020 | Goods & Services |
| 02/27/2020 | 3,190.00 | NEURALOG | 03/05/2020 | Goods & Services |
| 03/13/2020 | 208.50 | NEW BENEFITS, LTD. | 03/17/2020 | Goods & Services |
| 01/10/2020 | 10,572.20 | OILFIELD PARTNERS ENERGY SERVICES, LLC | 01/15/2020 | Goods & Services |
| 02/14/2020 | 27,888.41 | OILFIELD PARTNERS ENERGY SERVICES, LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 33,113.98 | OILFIELD PARTNERS ENERGY SERVICES, LLC | 02/25/2020 | Goods & Services |
| 02/24/2020 | 28,151.00 | OMNI INTERLOCKEN GOLF CLUB | 03/04/2020 | Benefits |
| 01/16/2020 | 44.45 | O'NEAL GAS, INC. | 01/22/2020 | Goods & Services |
| 02/07/2020 | 150.00 | ONLINE PRESENCE  BUILDERS | 02/12/2020 | Goods & Services |
| 02/07/2020 | 65.00 | OWASSA BROWNVILLE WATER ATH | 02/11/2020 | Goods & Services |
| 03/13/2020 | 65.00 | OWASSA BROWNVILLE WATER ATH | 03/19/2020 | Goods & Services |
| 02/27/2020 | 8,610.00 | PANTHER PRESSURE TESTERS, INC. | 03/03/2020 | Goods & Services |
| 01/23/2020 | 1,581.59 | PCS FERGUSON INC. | 01/28/2020 | Goods & Services |
| 02/14/2020 | 866.55 | PCS FERGUSON INC. | 02/18/2020 | Goods & Services |
| 02/20/2020 | 817.50 | PCS FERGUSON INC. | 02/26/2020 | Goods & Services |
| 01/30/2020 | 43,136.94 | PEARL PARKWAY, LLC | 02/06/2020 | Rent |
| 02/27/2020 | 43,136.94 | PEARL PARKWAY, LLC | 03/04/2020 | Rent |
| 01/16/2020 | 7,886.01 | PERFORMANCE WELLHEAD & FRAC | 01/22/2020 | Goods & Services |
| 02/14/2020 | 4,578.98 | PERFORMANCE WELLHEAD & FRAC | 02/19/2020 | Goods & Services |
| 01/23/2020 | 4,950.72 | PINE ISLAND CHEMICAL SOLUTIONS LLC | 01/28/2020 | Goods & Services |
| 02/07/2020 | 1,013.30 | PINE ISLAND CHEMICAL SOLUTIONS LLC | 02/11/2020 | Goods & Services |
| 01/10/2020 | 13,675.00 | PIPE PROS, LLC | 01/14/2020 | Goods & Services |
| 01/30/2020 | 1,554.27 | PITNEY BOWES | 02/10/2020 | Goods & Services |
| 02/14/2020 | 278.90 | PITNEY BOWES | 02/25/2020 | Goods & Services |
| 02/14/2020 | 1,079.74 | PITNEY BOWES | 02/24/2020 | Goods & Services |
| 03/06/2020 | 190.00 | PITNEY BOWES | 03/17/2020 | Goods & Services |
| 03/13/2020 | 95.94 | PITNEY BOWES | 03/24/2020 | Goods & Services |
| 03/13/2020 | 639.09 | PITNEY BOWES GLOBAL FINANCIAL SVCS., LLC | 03/24/2020 | Goods & Services |
| 02/27/2020 | 1,000.00 | PITNIC LIMITED | 03/11/2020 | Goods & Services |
| 01/23/2020 | 3,335.00 | PITTS SWABBING SERVICE, INC. | 01/28/2020 | Goods & Services |
| 02/14/2020 | 5,110.00 | PITTS SWABBING SERVICE, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 27,839.70 | PITTS SWABBING SERVICE, INC. | 02/25/2020 | Goods & Services |
| 03/13/2020 | 11,581.15 | PITTS SWABBING SERVICE, INC. | 03/17/2020 | Goods & Services |
| 01/10/2020 | 24,960.97 | PLANNING THRU COMPLETION, LLC | 01/15/2020 | Goods & Services |
| 01/23/2020 | 25,290.00 | PLANNING THRU COMPLETION, LLC | 01/29/2020 | Goods & Services |
| 01/30/2020 | 24,720.00 | PLANNING THRU COMPLETION, LLC | 02/06/2020 | Goods & Services |
| 02/07/2020 | 24,830.06 | PLANNING THRU COMPLETION, LLC | 02/13/2020 | Goods & Services |
| 01/30/2020 | 1,500.00 | PLANTE & MORAN, PLLC | 02/07/2020 | Goods & Services |
| 02/20/2020 | 7,606.00 | POWERLIGHTS & EQUIPMENT CO., LLC | 02/26/2020 | Goods & Services |
| 02/27/2020 | 22,577.23 | PREMIUM OILFIELD SERVICES, LLC | 03/09/2020 | Goods & Services |
| 01/30/2020 | 1,276.88 | PROCESS PIPING MATERIALS, INC. | 02/05/2020 | Goods & Services |
| 02/14/2020 | 194.80 | PROCESS PIPING MATERIALS, INC. | 02/20/2020 | Goods & Services |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/10/2020 | 38,271.40 | PRYOR PACKERS INC. | 01/22/2020 | Goods & Services |
| 01/16/2020 | 5,452.80 | PRYOR PACKERS INC. | 01/23/2020 | Goods & Services |
| 01/23/2020 | 32,537.89 | PRYOR PACKERS INC. | 01/30/2020 | Goods & Services |
| 02/20/2020 | 24,218.88 | PRYOR PACKERS INC. | 02/27/2020 | Goods & Services |
| 02/27/2020 | 3,085.88 | PRYOR PACKERS INC. | 03/04/2020 | Goods & Services |
| 03/13/2020 | 25,864.21 | PRYOR PACKERS INC. | 03/17/2020 | Goods & Services |
| 01/10/2020 | 25,999.62 | QUALITY DRILLING FLUIDS, INC. | 01/22/2020 | Goods & Services |
| 02/14/2020 | 22,114.67 | QUITMAN TANK SOLUTIONS LLC | 03/02/2020 | Goods & Services |
| 01/10/2020 | 13,305.09 | R & R RENTALS & HOT SHOT, INC. | 01/17/2020 | Goods & Services |
| 01/23/2020 | 30,221.06 | R & R RENTALS & HOT SHOT, INC. | 01/30/2020 | Goods & Services |
| 01/30/2020 | 10,081.00 | R & R RENTALS & HOT SHOT, INC. | 02/12/2020 | Goods & Services |
| 02/07/2020 | 12,704.20 | R & R RENTALS & HOT SHOT, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 2,204.00 | R & R RENTALS & HOT SHOT, INC. | 02/27/2020 | Goods & Services |
| 03/06/2020 | 1,526.00 | R & R RENTALS & HOT SHOT, INC. | 03/17/2020 | Goods & Services |
| 01/16/2020 | 48,508.00 | RAPAD WELL SERVICE CO INC | 01/22/2020 | Goods & Services |
| 01/23/2020 | 74,564.80 | RAPAD WELL SERVICE CO INC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 15,690.00 | RAPAD WELL SERVICE CO INC | 02/21/2020 | Goods & Services |
| 02/20/2020 | 14,010.00 | RAPAD WELL SERVICE CO INC | 02/25/2020 | Goods & Services |
| 03/06/2020 | 69,746.44 | RAPAD WELL SERVICE CO INC | 03/10/2020 | Goods & Services |
| 02/14/2020 | 2,354.00 | REAGAN EQUIPMENT CO., INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 5,633.09 | REAGAN EQUIPMENT CO., INC. | 02/25/2020 | Goods & Services |
| 02/14/2020 | 7,981.00 | REBEL TESTERS, INC. | 02/20/2020 | Goods & Services |
| 02/20/2020 | 2,224.50 | REBEL TESTERS, INC. | 02/25/2020 | Goods & Services |
| 01/30/2020 | 811.66 | RED RIVER PARISH SHERIFF - TAX COLLECTOR | 02/05/2020 | Taxes |
| 02/14/2020 | 2,181.00 | REGARD RESOURCES COMPANY, INC. | 02/24/2020 | Goods & Services |
| 01/23/2020 | 1,050.00 | REGISTER OILFIELD SERVICES, INC. | 01/29/2020 | Goods & Services |
| 02/14/2020 | 1,050.00 | REGISTER OILFIELD SERVICES, INC. | 02/21/2020 | Goods & Services |
| 01/10/2020 | 168.06 | REPUBLIC SERVICES #808 | 01/16/2020 | Utilities |
| 01/23/2020 | 11.93 | REPUBLIC SERVICES #808 | 01/29/2020 | Utilities |
| 02/07/2020 | 134.19 | REPUBLIC SERVICES #808 | 02/14/2020 | Utilities |
| 02/14/2020 | 163.15 | REPUBLIC SERVICES #808 | 02/20/2020 | Utilities |
| 02/14/2020 | 207.44 | REPUBLIC SERVICES #808 | 02/20/2020 | Utilities |
| 03/13/2020 | 162.77 | REPUBLIC SERVICES #808 | 03/25/2020 | Utilities |
| 03/13/2020 | 61.98 | REPUBLIC SERVICES #808 | 03/25/2020 | Utilities |
| 03/23/2020 | 206.96 | REPUBLIC SERVICES #808 | 03/30/2020 | Utilities |
| 01/10/2020 | 6,504.91 | RHONDA B. CARTER | 01/14/2020 | Goods & Services |
| 02/20/2020 | 6,102.27 | RHONDA B. CARTER | 02/25/2020 | Goods & Services |
| 03/06/2020 | 6,007.98 | RHONDA B. CARTER | 03/10/2020 | Goods & Services |
| 02/07/2020 | 185.73 | RICOH USA, INC. | 02/10/2020 | Goods & Services |
| 03/13/2020 | 181.09 | RICOH USA, INC. | 03/20/2020 | Goods & Services |
| 01/23/2020 | 1,740.00 | ROBERSON TRUCKING CO., INC. | 01/28/2020 | Goods & Services |
| 02/20/2020 | 885.00 | ROBERSON TRUCKING CO., INC. | 02/25/2020 | Goods & Services |
| 01/16/2020 | 7,647.50 | ROBERT CAVES | 03/03/2020 | Goods & Services |
| 02/20/2020 | 4,341.11 | ROBIN USA, INC | 02/26/2020 | Goods & Services |
| 03/13/2020 | 3,588.63 | ROBIN USA, INC | 03/17/2020 | Goods & Services |
| 01/10/2020 | 639.86 | ROBINE & WELCH | 01/30/2020 | Goods & Services |
| 01/30/2020 | 5,530.83 | ROBINE & WELCH | 02/06/2020 | Goods & Services |
| 02/14/2020 | 27,411.26 | ROBINE & WELCH | 03/02/2020 | Goods & Services |
| 02/27/2020 | 250,235.59 | Rodan Transport (U.S.A.), Ltd. | 02/27/2020 | Goods & Services |
| 01/23/2020 | 17,114.46 | RWLS, LLC DBA RENEGADE SERVICES | 01/28/2020 | Goods & Services |
| 02/20/2020 | 116,543.40 | RWLS, LLC DBA RENEGADE SERVICES | 02/25/2020 | Goods & Services |
| 03/09/2020 | 1,672.37 | Santa Rosa County, Tax Collector | 03/09/2020 | Taxes |
| 01/23/2020 | 4,317.66 | SCIENTIFIC DRILLING INTERNATIONAL, INC. | 01/27/2020 | Goods & Services |
| 01/17/2020 | 230,601.12 | Scientific Drilling International, Inc. | 01/17/2020 | Goods & Services |
| 01/23/2020 | 8,391.74 | SECORP INDUSTRIES | 01/28/2020 | Goods & Services |
| 01/30/2020 | 15,488.21 | SECORP INDUSTRIES | 02/04/2020 | Goods & Services |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 02/07/2020 | 5,159.00 | SECORP INDUSTRIES | 02/13/2020 | Goods & Services |
| 02/14/2020 | 680.00 | SECORP INDUSTRIES | 02/19/2020 | Goods & Services |
| 02/20/2020 | 37,760.39 | SECORP INDUSTRIES | 02/25/2020 | Goods & Services |
| 03/06/2020 | 21,532.36 | SECORP INDUSTRIES | 03/10/2020 | Goods & Services |
| 02/20/2020 | 362.00 | SGS NORTH AMERICA, INC. | 03/02/2020 | Goods & Services |
| 02/20/2020 | 253.56 | SHRED-IT USA - SHREVEPORT | 02/28/2020 | Goods & Services |
| 01/23/2020 | 483.63 | SHREVEPORT CLUB | 01/28/2020 | Goods & Services |
| 02/20/2020 | 199.02 | SHREVEPORT CLUB | 02/24/2020 | Goods & Services |
| 01/23/2020 | 300.00 | SHREVEPORT PETROLEUM DATA ASSO | 01/29/2020 | Goods & Services |
| 02/20/2020 | 300.00 | SHREVEPORT PETROLEUM DATA ASSO | 02/24/2020 | Goods & Services |
| 01/10/2020 | 5,019.20 | SLICKLINE SOUTH, LLC | 01/29/2020 | Goods & Services |
| 01/23/2020 | 18,606.80 | SLICKLINE SOUTH, LLC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 7,456.00 | SLICKLINE SOUTH, LLC | 02/24/2020 | Goods & Services |
| 02/20/2020 | 32,114.20 | SLICKLINE SOUTH, LLC | 02/26/2020 | Goods & Services |
| 01/30/2020 | 15,208.54 | SMITH COUNTY | 02/10/2020 | Taxes |
| 01/30/2020 | 6,208.69 | SMITH COUNTY | 02/06/2020 | Taxes |
| 01/10/2020 | 6,127.80 | SOUND AND CELLULAR, INC. | 01/21/2020 | Goods & Services |
| 01/10/2020 | 5,288.00 | SOUTHERN EROSION CONTROL | 01/21/2020 | Goods & Services |
| 02/20/2020 | 1,324.00 | SOUTHERN EROSION CONTROL | 02/26/2020 | Goods & Services |
| 02/14/2020 | 16,928.00 | SOUTHERN OILFIELD INSPECTION, LLC | 03/04/2020 | Goods & Services |
| 01/10/2020 | 60.39 | SOUTHERN PINE ELECTRIC COOPERATIVE | 01/15/2020 | Utilities |
| 01/16/2020 | 156,817.81 | SOUTHERN PINE ELECTRIC COOPERATIVE | 01/23/2020 | Utilities |
| 02/07/2020 | 62.67 | SOUTHERN PINE ELECTRIC COOPERATIVE | 02/12/2020 | Utilities |
| 02/20/2020 | 168,449.59 | SOUTHERN PINE ELECTRIC COOPERATIVE | 02/26/2020 | Utilities |
| 03/19/2020 | 152,839.50 | SOUTHERN PINE ELECTRIC COOPERATIVE | 03/24/2020 | Utilities |
| 01/10/2020 | 8,868.43 | SOUTHERN PROPANE, INC. | 01/15/2020 | Utilities |
| 01/23/2020 | 2,101.32 | SOUTHERN PROPANE, INC. | 01/28/2020 | Utilities |
| 02/07/2020 | 6,471.59 | SOUTHERN PROPANE, INC. | 02/12/2020 | Utilities |
| 02/20/2020 | 8,541.58 | SOUTHERN PROPANE, INC. | 02/25/2020 | Utilities |
| 03/23/2020 | 10,088.60 | SOUTHERN PROPANE, INC. | 03/26/2020 | Utilities |
| 01/30/2020 | 108.32 | SOUTHWESTERN ELECTRIC POWER COMPANY | 02/07/2020 | Utilities |
| 02/20/2020 | 279.34 | SOUTHWESTERN ELECTRIC POWER COMPANY | 02/26/2020 | Utilities |
| 03/13/2020 | 108.32 | SOUTHWESTERN ELECTRIC POWER COMPANY | 03/24/2020 | Utilities |
| 02/14/2020 | 2,816.00 | SPL, INC. | 02/18/2020 | Goods & Services |
| 02/20/2020 | 16,016.75 | SPL, INC. | 02/24/2020 | Goods & Services |
| 02/10/2020 | 30,073.44 | SPOC Automation, Inc. | 02/10/2020 | Goods & Services |
| 01/23/2020 | 16,363.00 | SRT OIL FIELD SERVICE, LLC | 01/28/2020 | Goods & Services |
| 01/30/2020 | 6,100.00 | SRT OIL FIELD SERVICE, LLC | 02/05/2020 | Goods & Services |
| 02/14/2020 | 3,764.00 | SRT OIL FIELD SERVICE, LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 2,400.00 | SRT OIL FIELD SERVICE, LLC | 02/25/2020 | Goods & Services |
| 03/06/2020 | 3,300.00 | SRT OIL FIELD SERVICE, LLC | 03/10/2020 | Goods & Services |
| 01/10/2020 | 2,489.15 | STABIL DRILL | 01/16/2020 | Goods & Services |
| 01/23/2020 | 1,068.70 | STABIL DRILL | 01/30/2020 | Goods & Services |
| 02/20/2020 | 15,165.70 | STABIL DRILL | 02/26/2020 | Goods & Services |
| 01/23/2020 | 1,320.55 | STAPLES BUSINESS CREDIT | 01/28/2020 | Goods & Services |
| 02/27/2020 | 1,473.79 | STAPLES BUSINESS CREDIT | 03/03/2020 | Goods & Services |
| 01/17/2020 | 29,248.71 | State of Florida | 01/17/2020 | Severance Taxes |
| 02/19/2020 | 4,641.77 | State of Florida | 02/19/2020 | Severance Taxes |
| 03/18/2020 | 436.03 | State of Florida | 03/18/2020 | Severance Taxes |
| 01/21/2020 | 650.00 | STATE POLICE RIGHT TO KNOW | 01/31/2020 | Goods & Services |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/13/2020 | 300.00 | STATE TREASURER, STATE OF ALABAMA | 01/21/2020 | Taxes |
| 01/30/2020 | 224,211.58 | Steel Service Oilfield Tubular, Inc. | 01/30/2020 | Goods & Services |
| 02/27/2020 | 1,600.00 | STEWART TRANSPORT, LLC | 03/16/2020 | Goods & Services |
| 01/30/2020 | 66,909.57 | STONEHAM DRILLING CORPORATION | 02/06/2020 | Goods & Services |
| 02/20/2020 | 50,000.00 | STONEHAM DRILLING CORPORATION | 02/27/2020 | Goods & Services |
| 03/06/2020 | 278,883.85 | STONEHAM DRILLING CORPORATION | 03/11/2020 | Goods & Services |
| 02/07/2020 | 423.10 | STUART'S INC. OF SHREVEPORT | 02/13/2020 | Goods & Services |
| 01/23/2020 | 2,349.00 | SUPPORT.COM | 01/31/2020 | Goods & Services |
| 02/27/2020 | 11,071.67 | SUPPORT.COM | 03/06/2020 | Goods & Services |
| 01/23/2020 | 83.98 | SUTTON LLOYD | 01/30/2020 | Goods & Services |
| 01/30/2020 | 6,422.00 | T & T COMMUNICATIONS | 02/06/2020 | Goods & Services |
| 02/20/2020 | 1,310.00 | T & T COMMUNICATIONS | 03/20/2020 | Goods & Services |
| 01/10/2020 | 2,510.00 | T & T WELDING SERVICE | 02/19/2020 | Goods & Services |
| 01/16/2020 | 11,954.00 | T & T WELDING SERVICE | 03/04/2020 | Goods & Services |
| 01/23/2020 | 7,135.00 | T & T WELDING SERVICE | 03/04/2020 | Goods & Services |
| 01/30/2020 | 4,599.00 | T & T WELDING SERVICE | 03/11/2020 | Goods & Services |
| 02/07/2020 | 7,430.00 | T & T WELDING SERVICE | 03/18/2020 | Goods & Services |
| 01/10/2020 | 48,983.76 | T.W. MCGUIRE & ASSOCIATES, INC. | 01/15/2020 | Goods & Services |
| 01/23/2020 | 1,215.00 | T.W. MCGUIRE & ASSOCIATES, INC. | 02/19/2020 | Goods & Services |
| 01/23/2020 | 29,831.75 | TCP SPECIALISTS, LLC | 01/28/2020 | Goods & Services |
| 03/13/2020 | 5,000.00 | TCP SPECIALISTS, LLC | 03/18/2020 | Goods & Services |
| 01/07/2020 | 2,850.11 | THE MCPHERSON COMPANIES, INC. | 01/13/2020 | Goods & Services |
| 02/20/2020 | 1,150.00 | THOMAS HOOPER | 02/28/2020 | Goods & Services |
| 01/15/2020 | 1,790.20 | THOMPSON GAS | 01/30/2020 | Goods & Services |
| 01/23/2020 | 300.26 | THOMPSON GAS | 02/14/2020 | Goods & Services |
| 02/07/2020 | 10.40 | THOMPSON GAS | 02/20/2020 | Goods & Services |
| 02/20/2020 | 755.03 | THOMPSON GAS | 03/04/2020 | Goods & Services |
| 01/10/2020 | 400.00 | TIM MCCURRY | 01/17/2020 | Goods & Services |
| 02/20/2020 | 400.00 | TIM MCCURRY | 02/25/2020 | Goods & Services |
| 03/13/2020 | 400.00 | TIM MCCURRY | 03/17/2020 | Goods & Services |
| 01/16/2020 | 1,350.00 | TIM ROSS | 01/28/2020 | Goods & Services |
| 02/07/2020 | 1,200.00 | TIM ROSS | 02/12/2020 | Goods & Services |
| 03/04/2020 | 1,200.00 | TIM ROSS | 03/16/2020 | Goods & Services |
| 01/23/2020 | 5,701.80 | TOM JOINER & ASSOCIATES INC. | 02/03/2020 | Goods & Services |
| 02/14/2020 | 22,223.74 | TOM JOINER & ASSOCIATES INC. | 02/24/2020 | Goods & Services |
| 01/10/2020 | 2,023.84 | TOOL PUSHERS SUPPLY CO. | 01/15/2020 | Goods & Services |
| 01/23/2020 | 31,295.45 | TOOL PUSHERS SUPPLY CO. | 01/28/2020 | Goods & Services |
| 02/07/2020 | 27,270.74 | TOOL PUSHERS SUPPLY CO. | 02/12/2020 | Goods & Services |
| 02/20/2020 | 15,392.76 | TOOL PUSHERS SUPPLY CO. | 02/25/2020 | Goods & Services |
| 02/10/2020 | 63,090.92 | Tool Pushers Supply Co. | 02/10/2020 | Goods & Services |
| 02/14/2020 | 1,680.10 | TOTAL PUMP & SUPPLY LLC | 02/20/2020 | Goods & Services |
| 02/20/2020 | 11,325.38 | TOTAL PUMP & SUPPLY LLC | 02/25/2020 | Goods & Services |
| 01/30/2020 | 1,051.30 | TOTAL SAFETY U.S., INC. | 02/06/2020 | Goods & Services |
| 02/20/2020 | 2,780.80 | TOTAL SAFETY U.S., INC. | 02/27/2020 | Goods & Services |
| 01/10/2020 | 19.00 | TOWN OF ARCADIA | 01/15/2020 | Taxes |
| 01/10/2020 | 134.67 | TOWN OF ARCADIA | 01/15/2020 | Taxes |
| 01/30/2020 | 25.76 | TOWN OF ARCADIA | 02/07/2020 | Taxes |
| 02/07/2020 | 19.00 | TOWN OF ARCADIA | 02/12/2020 | Taxes |
| 03/13/2020 | 19.00 | TOWN OF ARCADIA | 03/18/2020 | Taxes |
| 01/23/2020 | 430.20 | TRACKNET | 01/28/2020 | Goods & Services |
| 02/20/2020 | 430.20 | TRACKNET | 02/25/2020 | Goods & Services |
| 02/24/2020 | 17,280.07 | Transamerica (401k) | 02/29/2020 | 401(k) Contributions |
| 01/08/2020 | 15,179.14 | Transamerica (401k) | 01/08/2020 | 401(k) Contributions |
| 01/09/2020 | 15,692.59 | Transamerica (401k) | 01/09/2020 | 401(k) Contributions |
| 01/21/2020 | 16,289.48 | Transamerica (401k) | 01/21/2020 | 401(k) Contributions |
| 03/17/2020 | 20,300.24 | Transamerica (401k) | 03/17/2020 | 401(k) Contributions |
| 02/06/2020 | 16,761.40 | Transamerica (401k) | 02/06/2020 | 401(k) Contributions |
| 03/09/2020 | 17,899.21 | Transamerica (401k) | 03/09/2020 | 401(k) Contributions |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/23/2020 | 638.52 | TRANSZAP, INC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 301.56 | TRANSZAP, INC | 02/21/2020 | Goods & Services |
| 03/13/2020 | 404.52 | TRANSZAP, INC | 03/20/2020 | Goods & Services |
| 01/30/2020 | 3,000.00 | TREY BURTON | 02/10/2020 | Goods & Services |
| 01/30/2020 | 35,255.78 | UHS PREMIUM BILLING | 02/11/2020 | Goods & Services |
| 02/14/2020 | 10,898.92 | ULTERRA DRILLING TECHNOLOGIES, LP | 02/19/2020 | Goods & Services |
| 01/10/2020 | 10,423.70 | UNION OILFIELD SUPPLY, INC. | 01/22/2020 | Goods & Services |
| 01/16/2020 | 4,143.08 | UNION OILFIELD SUPPLY, INC. | 01/22/2020 | Goods & Services |
| 01/23/2020 | 5,048.59 | UNION OILFIELD SUPPLY, INC. | 01/28/2020 | Goods & Services |
| 02/14/2020 | 2,444.37 | UNION OILFIELD SUPPLY, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 48,713.76 | UNION OILFIELD SUPPLY, INC. | 02/25/2020 | Goods & Services |
| 03/06/2020 | 30,641.95 | UNION OILFIELD SUPPLY, INC. | 03/10/2020 | Goods & Services |
| 01/10/2020 | 88.59 | UNISHIPPERS DEN | 01/14/2020 | Goods & Services |
| 01/23/2020 | 148.56 | UNISHIPPERS DEN | 01/28/2020 | Goods & Services |
| 01/30/2020 | 74.04 | UNISHIPPERS DEN | 02/05/2020 | Goods & Services |
| 02/07/2020 | 85.63 | UNISHIPPERS DEN | 02/11/2020 | Goods & Services |
| 02/14/2020 | 155.24 | UNISHIPPERS DEN | 02/20/2020 | Goods & Services |
| 02/20/2020 | 159.09 | UNISHIPPERS DEN | 02/26/2020 | Goods & Services |
| 02/27/2020 | 92.10 | UNISHIPPERS DEN | 03/03/2020 | Goods & Services |
| 03/06/2020 | 140.98 | UNISHIPPERS DEN | 03/10/2020 | Goods & Services |
| 03/13/2020 | 315.79 | UNISHIPPERS DEN | 03/17/2020 | Goods & Services |
| 01/10/2020 | 279.34 | UNISHIPPERS FRT | 01/14/2020 | Goods & Services |
| 01/23/2020 | 471.18 | UNISHIPPERS FRT | 01/28/2020 | Goods & Services |
| 01/30/2020 | 133.92 | UNISHIPPERS FRT | 02/05/2020 | Goods & Services |
| 02/07/2020 | 201.82 | UNISHIPPERS FRT | 02/11/2020 | Goods & Services |
| 02/14/2020 | 198.53 | UNISHIPPERS FRT | 02/20/2020 | Goods & Services |
| 02/20/2020 | 21.40 | UNISHIPPERS FRT | 02/26/2020 | Goods & Services |
| 02/27/2020 | 54.81 | UNISHIPPERS FRT | 03/03/2020 | Goods & Services |
| 03/06/2020 | 67.66 | UNISHIPPERS FRT | 03/10/2020 | Goods & Services |
| 03/13/2020 | 1,596.87 | UNISHIPPERS FRT | 03/17/2020 | Goods & Services |
| | | UNITED RENTALS (NORTH AMERICA) INC. | | Goods & Services |
| 02/14/2020 | 94.52 | | 02/18/2020 | |
| 01/30/2020 | 4,313.76 | UNITED VISION LOGISTICS | 02/05/2020 | Goods & Services |
| 03/06/2020 | 8,581.00 | UNIVERSITY OF DENVER | 03/10/2020 | Employee Benefits |
| 01/16/2020 | 258.97 | UPSHUR RURAL ELECTRIC COOPERATIVE | 01/24/2020 | Utilities |
| 02/07/2020 | 464.21 | UPSHUR RURAL ELECTRIC COOPERATIVE | 02/14/2020 | Utilities |
| 02/14/2020 | 263.64 | UPSHUR RURAL ELECTRIC COOPERATIVE | 02/21/2020 | Utilities |
| 03/13/2020 | 631.19 | UPSHUR RURAL ELECTRIC COOPERATIVE | 03/19/2020 | Utilities |
| 01/30/2020 | 4,050.25 | VERIZON WIRELESS | 02/04/2020 | Utilities |
| 02/27/2020 | 2,763.31 | VERIZON WIRELESS | 03/03/2020 | Utilities |
| 03/23/2020 | 3,006.69 | VERIZON WIRELESS | 03/27/2020 | Utilities |
| 02/20/2020 | 4,532.12 | VINCENT A. ZITO | 02/26/2020 | Goods & Services |
| 01/10/2020 | 1,262.60 | W.S. RED HANCOCK, INC. | 01/15/2020 | Goods & Services |
| 02/20/2020 | 2,097.20 | W.S. RED HANCOCK, INC. | 03/03/2020 | Goods & Services |
| 02/20/2020 | 1,625.00 | W4 CONSULTING LLC | 02/27/2020 | Goods & Services |
| 02/07/2020 | 2,428.90 | WADE SERVICES, INC. | 02/20/2020 | Goods & Services |
| 01/10/2020 | 1,900.00 | WALKER INSPECTION LLC | 01/23/2020 | Goods & Services |
| 01/30/2020 | 29,906.20 | WARREN COUNTY CLERK | 02/07/2020 | Taxes |
| 01/30/2020 | 1,124.46 | WARREN COUNTY CLERK | 02/07/2020 | Taxes |
| | | WASTEWATER DISPOSAL SERVICES, INC. | | Goods & Services |
| 01/16/2020 | 26,462.00 | | 02/05/2020 | |
| | | WASTEWATER DISPOSAL SERVICES, INC. | | Goods & Services |
| 03/06/2020 | 6,972.00 | | 03/17/2020 | |
| 02/07/2020 | 5,225.44 | WEATHERFORD LABORATORIES, INC. | 02/12/2020 | Goods & Services |
| 02/14/2020 | 3,434.00 | WEATHERFORD LABORATORIES, INC. | 02/25/2020 | Goods & Services |
| 02/20/2020 | 83,861.25 | WEATHERFORD LABORATORIES, INC. | 03/02/2020 | Goods & Services |
| | | WELLEZ INFORMATION MANAGEMENT, LLC | | Goods & Services |
| 01/30/2020 | 750.00 | | 02/05/2020 | |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| | | WELLEZ INFORMATION MANAGEMENT, LLC | | Goods & Services |
| 02/07/2020 | 750.00 | | 02/12/2020 | |
| 01/30/2020 | 727.00 | WESTERN WATER CONSULTANTS, INC. | 02/05/2020 | Goods & Services |
| 02/07/2020 | 890.50 | WESTERN WATER CONSULTANTS, INC. | 02/13/2020 | Goods & Services |
| | | WHIRLWIND METHANE RECOVERY | | Goods & Services |
| 01/10/2020 | 11,070.00 | SYSTEMS, LLC | 01/16/2020 | |
| | | WHIRLWIND METHANE RECOVERY | | Goods & Services |
| 02/14/2020 | 7,106.96 | SYSTEMS, LLC | 02/25/2020 | |
| | | WHIRLWIND METHANE RECOVERY | | Goods & Services |
| 02/20/2020 | 16,454.02 | SYSTEMS, LLC | 02/25/2020 | |
| | | WHIRLWIND METHANE RECOVERY | | Goods & Services |
| 02/27/2020 | 3,671.82 | SYSTEMS, LLC | 03/06/2020 | |
| 02/14/2020 | 16,369.08 | WHITE RESOURCES LLC | 02/24/2020 | Goods & Services |
| 02/20/2020 | 14,537.93 | WHITE RESOURCES LLC | 02/25/2020 | Goods & Services |
| 02/07/2020 | 707.80 | WOLFEPAK SOFTWARE, LLC | 02/12/2020 | Software Licensing |
| 01/23/2020 | 3,319.85 | WP SOFTWARE CONSULTANTS, LLC | 01/28/2020 | Software Licensing |
| 02/27/2020 | 3,319.85 | WP SOFTWARE CONSULTANTS, LLC | 03/03/2020 | Software Licensing |
| 03/19/2020 | 3,319.85 | WP SOFTWARE CONSULTANTS, LLC | 03/24/2020 | Software Licensing |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 01/23/2020 | 5,294.62 | ASSOCIATION | 01/29/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 01/23/2020 | 4,903.64 | ASSOCIATION | 01/29/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 02/07/2020 | 145.07 | ASSOCIATION | 02/12/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/12/2020 | 6,159.17 | ASSOCIATION | 03/17/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/12/2020 | 6,844.97 | ASSOCIATION | 03/17/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/12/2020 | 145.07 | ASSOCIATION | 03/17/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/23/2020 | 4,265.15 | ASSOCIATION | 03/27/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/23/2020 | 6,534.73 | ASSOCIATION | 03/27/2020 | |
| 01/10/2020 | 129.90 | YOUR MESSAGE CENTER, INC. | 01/15/2020 | Goods & Services |
| 02/14/2020 | 102.85 | YOUR MESSAGE CENTER, INC. | 02/20/2020 | Goods & Services |
| 03/13/2020 | 103.92 | YOUR MESSAGE CENTER, INC. | 03/24/2020 | Goods & Services |
| 01/10/2020 | 53.50 | ZEDI USA | 01/30/2020 | Goods & Services |
| 01/30/2020 | 53.50 | ZEDI USA | 02/07/2020 | Goods & Services |
| | **10,097,684.81** | | | |

Sklar Exploration Company
Payments to Insiders in Year Prior to Filing

| CheckDate | CheckAmt | PayeeName | Notes |
|---|---|---|---|
| 12/31/2019 | 2,277.78 | CORY EZELLE | Expense Reimbursement |
| 01/30/2020 | 199.02 | CORY EZELLE | Expense Reimbursement |
| 02/20/2020 | 199.02 | CORY EZELLE | Expense Reimbursement |
| 10/08/2019 | 169.36 | DON EUSTES | Expense Reimbursement |
| 02/20/2020 | 5,768.84 | DON EUSTES | Expense Reimbursement |
| 03/13/2020 | 469.12 | DON EUSTES | Expense Reimbursement |
| 06/17/2019 | 36,251.05 | Howard Sklar | Expense Reimbursement for purchased FlexJet hours |
| 09/25/2019 | 2,860.82 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 11/27/2019 | 2,240.50 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 12/20/2019 | 2,766.88 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 12/20/2019 | 1,352.92 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 01/23/2020 | 4,617.51 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 02/07/2020 | 1,701.21 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 02/20/2020 | 2,811.64 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 03/23/2020 | 2,720.93 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 05/01/2019 | 225,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 07/11/2019 | 50,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 07/24/2019 | 50,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 07/24/2019 | 200,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 08/22/2019 | 90,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 09/03/2019 | 110,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 10/02/2019 | 160,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 10/16/2019 | 20,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 10/21/2019 | 684,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 10/21/2019 | 2,700.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 10/22/2019 | 11,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 10/28/2019 | 42,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 10/29/2019 | 15,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |

Sklar Exploration Company
Payments to Insiders in Year Prior to Filing

| CheckDate | CheckAmt | PayeeName | Notes |
|---|---|---|---|
| 11/01/2019 | 60,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 11/08/2019 | 9,560.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 11/18/2019 | 75,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 11/25/2019 | 360,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 11/27/2019 | 180,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 12/23/2019 | 100,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 01/06/2020 | 210,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 04/04/2019 | 735.00 | STEVEN HATCHER | Expense Reimbursement |
| 08/29/2019 | 1,267.41 | STEVEN HATCHER | Expense Reimbursement |
| 09/12/2019 | 1,818.64 | STEVEN HATCHER | Expense Reimbursement |
| 03/13/2020 | 1,920.60 | STEVEN HATCHER | Expense Reimbursement |
| 05/22/2019 | 1,396.21 | TRISTAN FAREL | Expense Reimbursement |
| | 2,727,804.46 | | |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    **20-12377-EEB**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................    $    **441,708.17**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................    $    **9,877,581.06**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................    $    **10,319,289.23**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................    $    **22,859,665.81**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................    $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$    **17,754,634.61**

4.  **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b    $    **40,614,300.42**

**Fill in this information to identify the case:**

Debtor name    **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **20-12377-EEB**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **East West Bank** | **Checking - Operating** | **8657** | **$769,715.88** |
| 3.2. | **East West Bank** | **Checking - Revenue** | **8665** | **$1,827,903.90** |
| 3.3. | **East West Bank** | **Checking - Payroll** | **8681** | **$810.26** |
| 3.4. | **East West Bank** | **Checking - Benefits** | **8673** | **$4,551.90** |

**4.** **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Note Receivable - Marshall Jones** | **$54,087.50** |
| 4.2. | **Accounts Receivables from Sale of Oil and Gas Production; subject to claims of interest holders, including royalty interests, and 20% attributable to Sklarco's interest** | **$3,216,756.69** |

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* **20-12377-EEB** |
|---|---|---|
| | Name | |

| 4.3. | **Hedging Settlements due as of Petition Date** | $173,495.00 |
|---|---|---|

| 5. | **Total of Part 1.** | | **$6,047,321.13** |
|---|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

**Part 2:  Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Deposit for Plug & Abandonment Obligations in Alabama; held by Acstar Insurance** | $100,000.00 |
|---|---|---|

| 7.2. | **Electricity Deposit - Alabama Power** | $500.00 |
|---|---|---|

| 7.3. | **Electricity Deposit - Mississippi Power** | $8,400.00 |
|---|---|---|

| 7.4. | **Electricity Deposit - Upshur Rural Electric Cooperative** | $765.00 |
|---|---|---|

| 7.5. | **Electricity Deposit - Cherokee County Electric Cooperative Association** | $578.00 |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Deposited Funds for Benny Card for Employee HRAs; heald by Werntz** | $18,631.12 |
|---|---|---|

| 8.2. | **Prepayment for Subscription - S&P Global Platts** | $13,694.05 |
|---|---|---|

| 8.3. | **Prepayment for Subscription - S&P Global Platts** | $4,237.92 |
|---|---|---|

| 8.4. | **Prepaid Deposit held by Omni Hotel & Resort** | $25,805.00 |
|---|---|---|

| 8.5. | **Workers' Comp Insurance Prepayment - J&H Insurance Service, Inc.** | $4,662.33 |
|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* **20-12377-EEB** |
|---|---|---|
| | Name | |

---

|  | 8.6. | **Prepayments for Multiple Policies, Including Crime and Travel - J&H Insurance Services, Inc.** | **$19,411.75** |
|---|---|---|---|

|  | 8.7. | **Auto Insurance Prepayment** | **$18,278.84** |
|---|---|---|---|

|  | 8.8. | **OEE Well Prepayment - J&H Insurance Services, Inc.** | **$10,158.59** |
|---|---|---|---|

| 9. | **Total of Part 2.** | **$225,122.60** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | 1,742,859.27 | - | 141,534.51 | = .... | **$1,601,324.76** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 761,893.04 | - | 652,737.18 | =.... | **$109,155.86** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$1,710,480.62** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | | |
| | Name of fund or stock: | | | |
| 14.1. | **THP Partners II, LP; Debtor is agent nominee and does not hold equitable or beneficial interest; equitable and beneficial held by Howard Sklar Trust** | | | **$0.00** |

| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** |
|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor | **Sklar Exploration Company, LLC** | Case number *(If known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| Name of entity: | | % of ownership | |
|---|---|---|---|
| 15.1. | **Hedging Agreements** | % | **Unknown** |

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.** **$0.00**
Add lines 14 through 16. Copy the total to line 83.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Office Furniture - See Attached** | **$88,663.30** | **Tax records/Cost** | **$461,206.37** |
| 40. | **Office fixtures** **Office Fixtures - See Attached, Building Category** | **$46,185.00** | **Tax records/Cost** | **$173,329.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Misc. Office Supplies and Computer Hardware - See Attached** | **$24,189.27** | **Tax records/Cost** | **$328,857.12** |
| | **Software Licenses - See attached** | **$92,643.23** | | **Unknown** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$963,392.49**
Add lines 39 through 42. Copy the total to line 86.

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 4

| Debtor | **Sklar Exploration Company, LLC** | Case number *(If known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   Vehicles - See attached | $571,417.29 | Tax records/Cost | $931,264.22 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51.   **Total of Part 8.**                                                                                                    | $931,264.22 |
Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                         Best Case Bankruptcy

| Debtor | **Sklar Exploration Company, LLC** | | | Case number *(If known)* | **20-12377-EEB** |
|---|---|---|---|---|---|
| | Name | | | | |

| 55.1. | Leasehold Improvements - See Attached | | $99,952.16 | Tax records/Cost | $441,708.17 |
|---|---|---|---|---|---|

**56.**  **Total of Part 9.**

$441,708.17

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.**  **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

**58.**  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**  **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**  **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**  **Internet domain names and websites** Sklarexploration.com | Unknown | | Unknown |
| **62.**  **Licenses, franchises, and royalties** | | | |
| **63.**  **Customer lists, mailing lists, or other compilations** | | | |
| **64.**  **Other intangibles, or intellectual property** | | | |
| **65.**  **Goodwill** | | | |

**66.**  **Total of Part 10.**

$0.00

Add lines 60 through 65. Copy the total to line 89.

**67.**  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

**68.**  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.**  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**  **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                   Best Case Bankruptcy

Debtor   **Sklar Exploration Company, LLC**   Case number *(If known)*   **20-12377-EEB**
        Name

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Sklar Exploration Company, LLC** | | Case number *(If known)* | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

<div style="background:black;color:white;">**Part 12:**</div> **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,047,321.13 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $225,122.60 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,710,480.62 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $963,392.49 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $931,264.22 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $441,708.17 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,877,581.06 | + 91b. $441,708.17 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $10,319,289.23 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Asset Depreciation Report for Sklar Exploration Company**
**All fixed assets use SLD unless otherwise noted**

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| **ORGANIZATIONAL COSTS** | | | | | |
| | | | | | |
| **1301 - BUILDINGS** | | | | | |
| **ASSET Acquired** | | | | | |
| 6/20/2000 | 6/30/2000 | 1301 | Office Improvements | 13,621.00 | 6,432.31 |
| 9/9/2008 | 9/30/2008 | 1301 | SLPpet FMSh 7.00OmitOfActive New | 55,299.00 | - |
| 6/24/2009 | 6/30/2009 | 1301 | SLPice FM 39.00Omit Active New Not | 53,276.00 | 37,464.57 |
| 6/30/2009 | 6/30/2009 | 1301 | SLPrcadFM | 2,318.00 | 536.97 |
| 8/5/2009 | 8/31/2009 | 1301 | W Arcadia Field Office - Office Fur | 7,236.00 | - |
| 9/4/2009 | 9/30/2009 | 1301 | W Arcadia Field Office - Water & Se | 7,164.00 | 1,751.20 |
| 10/1/2009 | 10/31/2009 | 1301 | W Arcadia Field Office - Pipe Racks | 4,500.00 | - |
| 5/2/2010 | 5/31/2010 | 1301 | Alabama Field Office Remodel | 3,407.00 | - |
| 5/2/2010 | 5/31/2010 | 1301 | Alabama Field Office Remodel | 4,461.00 | - |
| 5/2/2010 | 5/31/2010 | 1301 | Alabama Field Office Remodel | 5,577.00 | - |
| 5/18/2010 | 5/31/2010 | 1301 | West Arcadia Yard Shed | 1,335.00 | - |
| 5/25/2010 | 5/31/2010 | 1301 | West Arcadia Yard Shed | 11,037.00 | - |
| 10/15/2010 | 10/31/2010 | 1301 | West Arcadia Yard Shed | 4,098.00 | - |
| **Totals for 1301** | | | | **173,329.00** | **46,185.05** |
| | | | | √ | |
| | | | | | |
| **1302- LEASEHOLD IMPROVEMENTS** | | | | | |
| **ASSET Acquired** | | | | | |
| 5/11/1999 | 5/31/1999 | 1302 | Leasehold Improvements | 36,226.00 | 16,100.28 |
| 2/4/2002 | 2/28/2002 | 1302 | Leasehold Improvements | 11,567.00 | 5,956.31 |
| 9/9/2008 | 9/30/2008 | 1302 | Leasehold Improvements | 72,662.00 | 49,683.44 |
| 4/30/2009 | 4/30/2009 | 1302 | W Arcadio Field Office - Propane Ta | 1,350.00 | - |
| 5/31/2009 | 5/31/2009 | 1302 | W Arcadia Field Office - Parking Ar | 29,053.00 | 6,455.99 |
| 7/16/2009 | 7/31/2009 | 1302 | W Arcadia Field Office - Fence | 43,875.00 | 10,237.50 |
| 7/30/2009 | 7/31/2009 | 1302 | W Arcadia Field Office - Fence | 34,174.00 | 7,973.70 |
| 8/31/2009 | 8/31/2009 | 1302 | SLPrcadFM F15.00OmitceActivekNew | 13,366.00 | 3,194.89 |
| 9/13/2011 | 9/30/2011 | 1302 | SLPodelFM  5.00Omit Active New Not | 94,457.00 | - |

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 12/28/2011 | 12/31/2011 | 1302 | SLPrmosFMt 10.00Omit Active New Not | 3,737.00 | 350.04 |
| 7/24/2013 | 7/31/2013 | 1302 | Gene Nims Builders, Inc. | 14,661.00 | - |
| 5/21/2013 | 5/31/2013 | 1302 | Key-Rite Security | 3,955.24 | - |
| 7/8/2013 | 7/31/2013 | 1302 | Key-Rite Security | 1,977.62 | - |
| 10/7/2013 | 10/31/2013 | 1302 | Sand Construction of Colorado- Metal in | 2,400.00 | - |
| 9/19/2014 | 9/30/2014 | 1302 | Modular Enclosure Walls- First floor | 51,271.19 | - |
| 9/19/2014 | 9/30/2014 | 1302 | Modular Enclosure Walls- Second floor | 8,323.42 | - |
| 9/19/2014 | 9/30/2014 | 1302 | Installation of modular offices | 18,652.70 | - |
| **Totals for 1302** | | | | **441,708.17** | **99,952.16** |

√

## 1306- FURNITURE & FIXTURES

**ASSET Acquired**

| | | | | | |
|---|---|---|---|---|---|
| 5/11/1999 | 5/31/1999 | 1306 | Desks | 15,247.00 | - |
| 5/11/1999 | 5/31/1999 | 1306 | File Cabinets | 3,390.00 | - |
| 6/15/1999 | 6/30/1999 | 1306 | Conference Room Chairs | 2,786.00 | - |
| 6/15/1999 | 6/30/1999 | 1306 | Desks | 3,082.00 | - |
| 6/15/1999 | 6/30/1999 | 1306 | Chairs | 1,467.00 | - |
| 6/21/1999 | 6/30/1999 | 1306 | Desks | 5,448.00 | - |
| 7/9/1999 | 7/31/1999 | 1306 | Chairs | 1,039.00 | - |
| 7/9/1999 | 7/31/1999 | 1306 | Table | 589.00 | - |
| 4/24/2000 | 4/30/2000 | 1306 | SLPirs FM  7.00Omit Active New Not | 1,772.00 | - |
| 5/26/2000 | 5/31/2000 | 1306 | SLPk  FM  7.00Omit Active New Not | 3,000.00 | - |
| 5/30/2000 | 5/31/2000 | 1306 | SLPing FMbi 7.00Omit Active New Not | 724.00 | - |
| 5/30/2000 | 5/31/2000 | 1306 | Desk | 6,610.00 | - |
| 5/30/2000 | 5/31/2000 | 1306 | Filing Cabinet | 1,856.00 | - |
| 6/20/2000 | 6/30/2000 | 1306 | Furniture | 1,315.00 | - |
| 6/29/2000 | 6/30/2000 | 1306 | Filing Cabinet | 1,262.00 | - |
| 7/16/2000 | 7/31/2000 | 1306 | Desk | 1,028.00 | - |
| 11/9/2001 | 11/30/2001 | 1306 | 2 Desk - Desk, Corner, Lat. File | 2,254.00 | - |
| 11/15/2001 | 11/30/2001 | 1306 | 9 Desks & Returns | 5,992.00 | - |
| 12/11/2001 | 12/31/2001 | 1306 | Granite Conference Room Tabletop | 1,363.00 | - |
| 12/27/2001 | 12/31/2001 | 1306 | 2 Paintings for office | 1,498.00 | - |
| 1/15/2002 | 1/31/2002 | 1306 | Conference Room Table | 1,363.00 | - |
| 1/15/2002 | 1/31/2002 | 1306 | Chairs | 4,194.00 | - |
| 2/1/2002 | 2/28/2002 | 1306 | Table Base | 1,263.00 | - |

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 2/5/2002 | 2/28/2002 | 1306 | Side Table | 1,053.00 | - |
| 2/10/2002 | 2/28/2002 | 1306 | Filing Cabinets | 3,455.00 | - |
| 3/10/2002 | 3/31/2002 | 1306 | Filing Cabinets | 1,115.00 | - |
| 7/13/2004 | 7/31/2004 | 1306 | Vertical Filing Cabinets (8) | 1,276.00 | - |
| 7/15/2004 | 7/31/2004 | 1306 | 2 - Drawer Lateral Filing Cabinet | 736.00 | - |
| 2/17/2006 | 2/28/2006 | 1306 | Lateral Filing Cabinets | 1,922.00 | - |
| 5/8/2006 | 5/31/2006 | 1306 | File | 2,112.00 | - |
| 11/16/2006 | 11/30/2006 | 1306 | Mountain Goat Picture | 1,465.00 | - |
| 8/27/2007 | 8/31/2007 | 1306 | 5 Filing Cabinets | 1,634.00 | - |
| 3/28/2008 | 3/31/2008 | 1306 | SLPk w/FMtu 7.00OmitLaActivetNew Not | 1,451.00 | - |
| 7/7/2008 | 7/31/2008 | 1306 | SLPirs FM  7.00Omit  Active New Not | 1,607.00 | - |
| 7/15/2008 | 7/31/2008 | 1306 | SLP   FM  7.00Omit  Active New Not | 2,630.00 | - |
| 9/3/2008 | 9/30/2008 | 1306 | Conference Room Chairs - Geology | 2,553.00 | - |
| 9/3/2008 | 9/30/2008 | 1306 | Table - GE | 1,171.00 | - |
| 9/10/2008 | 9/30/2008 | 1306 | Lateral File | 2,049.00 | - |
| 10/3/2008 | 10/31/2008 | 1306 | Office Furniture-C Ezelle | 2,986.00 | - |
| 10/6/2008 | 10/31/2008 | 1306 | Credenza-C Ezelle | 1,226.00 | - |
| 11/3/2008 | 11/30/2008 | 1306 | Office Chairs-C Ezelle | 1,089.00 | - |
| 11/17/2008 | 11/30/2008 | 1306 | Chairs - HFS | 2,342.00 | - |
| 9/2/2009 | 9/30/2009 | 1306 | Engineer Deak and Lateral File | 3,929.00 | - |
| 3/5/2011 | 3/31/2011 | 1306 | Couch and Table for Geology Confere | 1,736.50 | 28.99 |
| 7/12/2011 | 7/31/2011 | 1306 | Office Furniture - My Office Produc | 5,122.73 | 256.11 |
| 7/26/2011 | 7/31/2011 | 1306 | Laterals & Bookcases | 2,623.78 | 131.47 |
| 8/22/2011 | 8/31/2011 | 1306 | Office Furniture | 4,039.56 | 235.80 |
| 9/5/2011 | 9/30/2011 | 1306 | Table for Corey's office | 434.39 | 28.95 |
| 12/5/2011 | 12/31/2011 | 1306 | Reception Decor & Rug | 2,413.66 | 221.47 |
| 9/18/2012 | 9/30/2012 | 1306 | SLPnituFM - 7.00Omit  Active New Not | 7,496.79 | |
| 6/11/2013 | 6/30/2013 | 1306 | Pear Workplace Solutions- Deposit | 9,235.00 | 0.00 |
| 6/29/2013 | 6/30/2013 | 1306 | Pear Workplace Solutions | 10,982.21 | (0.00) |
| 7/23/2013 | 7/31/2013 | 1306 | Sand Construction of Colorado LLC- | 9,500.00 | - |
| 8/5/2013 | 8/31/2013 | 1306 | Capital One credit card 8/2013 Nathan | 1,792.08 | (0.00) |
| 9/5/2013 | 9/30/2013 | 1306 | Capital One credit card 9/2013 Chris | 4,424.61 | 0.00 |
| 9/9/2013 | 9/30/2013 | 1306 | BSC Signs- Interior Sklar wall sign | 1,053.32 | 0.00 |
| 9/27/2013 | 9/30/2013 | 1306 | Pear Workplace Solutions- Bookcases, | 4,494.49 | 0.00 |
| 9/29/2013 | 9/30/2013 | 1306 | BSC Signs- Interior sign | 1,053.32 | 0.00 |
| 9/29/2013 | 9/30/2013 | 1306 | BSC Signs- Exterior Sklar sign | 1,767.29 | 0.00 |
| 10/7/2013 | 10/31/2013 | 1306 | Sand Construction of Colorado LLC- | 9,650.00 | - |

| | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|
| 10/21/2013 | 10/31/2013 | 1306 Pear Workplace Solutions | 15,010.33 | 0.00 |
| 12/17/2013 | 12/31/2013 | 1306 Pear Workplace Solutions | 8,239.37 | (0.00) |
| 7/5/2013 | 7/31/2013 | 1306 Capital One credit card 7/2013 Chris | 8,591.81 | (0.00) |
| 3/5/2014 | 3/31/2014 | 1306 Pear Workplace Solutions- Big Horn | 2,581.44 | 61.53 |
| 1/4/2014 | 1/31/2014 | 1306 Jewelry & Fossil Shop of Steamboat- | 149,730.00 | 58,644.25 |
| 1/10/2014 | 1/31/2014 | 1306 Pear Workplace Solutions- Shelving and | 45,268.20 | 5,949.27 |
| 1/25/2014 | 1/31/2014 | 1306 Pear Workplace Solutions- Hutches, | 2,962.01 | 35.36 |
| 9/19/2014 | 9/30/2014 | 1306 Desk, installation and accessories | 1,311.40 | 757.48 |
| 9/19/2014 | 9/30/2014 | 1306 Desk, installation and accessories | 2,529.63 | 1,461.73 |
| 9/19/2014 | 9/30/2014 | 1306 Lateral file | 1,385.09 | 837.02 |
| 10/23/2014 | 10/31/2014 | 1306 Jewelry & Fossil Shop of Steamboat- | 18,764.94 | 7,193.45 |
| 5/21/2015 | 5/31/2015 | 1306 Pear workplace solutions - Cubicle | 4,927.49 | - |
| 3/18/2019 | 3/31/2019 | 1306 Desk -LA | 2,835.30 | 2,457.26 |
| 3/31/2019 | 3/31/2019 | 1306 Office Furniture - LA | 5,530.47 | 4,793.07 |
| 3/31/2019 | 3/31/2019 | 1306 Office Desk - LA | 483.65 | 419.17 |
| 5/14/2019 | 5/31/2019 | 1306 Ferris Officemart - LA | 5,255.67 | 4,671.71 |
| 5/28/2019 | 5/31/2019 | 1306 Ferris Officemart - LA | 1,243.17 | 1,105.01 |
| | | | | - |
| **Totals for 1306** | | | **461,206.37** | **88,663.30** |
| | | | √ | |

### 1307 - MISC OFFICE EQUIPMENT AND

**ASSET Acquired**

| | | | | |
|---|---|---|---|---|
| 5/11/1999 | 5/31/1999 | 1307 SLPrigeFMto 7.00Omit  Active New Not | 1,261.00 | - |
| 12/12/2005 | 12/31/2005 | 1307 Ricoh Scanner | 4,694.00 | - |
| 4/23/2008 | 4/30/2008 | 1307 Network | 1,081.00 | - |
| 9/5/2009 | 9/30/2009 | 1307 AL | 3,501.00 | - |
| 1/5/2010 | 1/31/2010 | 1307 Handhelds | 2,031.00 | - |
| 3/5/2010 | 3/31/2010 | 1307 Handhelds | 1,401.00 | - |
| 6/11/2010 | 6/30/2010 | 1307 ECS Server rack and hardware | 5,215.00 | - |
| 6/11/2010 | 6/30/2010 | 1307 SLP SerFMr  5.00OmitHaActive New Not | 10,755.00 | - |
| 8/5/2010 | 8/31/2010 | 1307 SLPn MoFMr  5.00Omit  Active New Not | 3,723.00 | - |
| 8/5/2010 | 8/31/2010 | 1307 SLPd  FM  3.00Omit  Active New Not | 2,199.00 | - |
| 9/23/2010 | 9/30/2010 | 1307 Shreveport Plotter | 6,619.00 | - |
| 6/28/2013 | 6/30/2013 | 1307 Stuart's Inc. of Shreveport- Postage | 14,975.94 | 0.00 |
| 9/29/2010 | 9/30/2010 | 1307 Archmail Technology Defender | 1,075.00 | - |
| 3/5/2015 | 3/31/2015 | 1307 Copier Machine | 2,479.61 | 657.82 |

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 3/10/2015 | 3/31/2015 | 1307 | Sharp Clor Copier | 8,316.11 | 2,206.37 |
| 3/26/2019 | 3/31/2019 | 1307 | Ricoh Copier | 11,209.76 | 8,235.75 |
| **Totals for 1307** | | | | **80,536.42** | **11,099.94** |

√

### 1311 - COMPUTER HARDWARE &

**ASSET Acquired**

| | | | | | |
|---|---|---|---|---|---|
| 4/8/2008 | 4/30/2008 | 1311 | Log Scanner | 7,600.00 | - |
| 10/5/2010 | 10/31/2010 | 1311 | Computer | 1,891.00 | - |
| 10/19/2010 | 10/31/2010 | 1311 | ECS - ENGR Laptop & software | 1,073.00 | - |
| 11/5/2010 | 11/30/2010 | 1311 | Computer - Kim Ramsey | 1,074.00 | - |
| 12/19/2010 | 12/31/2010 | 1311 | Computer - Marshall | 1,135.00 | - |
| 1/5/2011 | 1/31/2011 | 1311 | Computer - Miles | 2,804.07 | 0.02 |
| 2/5/2011 | 2/28/2011 | 1311 | Computer - Corey | 2,812.68 | (0.03) |
| 2/10/2011 | 2/28/2011 | 1311 | Generator - Miss-Lou Oil Well Suppl | 1,919.93 | 15.98 |
| 3/31/2011 | 3/31/2011 | 1311 | 30" monitors - Cory & Don | 6,519.65 | - |
| 3/31/2011 | 3/31/2011 | 1311 | Computer - David | 975.63 | - |
| 4/18/2011 | 4/30/2011 | 1311 | Ikon Copier/Printer | 8,858.82 | - |
| 4/18/2011 | 4/30/2011 | 1311 | Apple Computer - Howard | 3,801.75 | - |
| 5/31/2011 | 5/31/2011 | 1311 | 2 Monitors | 1,152.38 | - |
| 6/30/2011 | 6/30/2011 | 1311 | 2 computers | 4,157.69 | - |
| 6/30/2011 | 6/30/2011 | 1311 | 2 computers Todd & Nathan | 5,091.66 | - |
| 6/30/2011 | 6/30/2011 | 1311 | Computer - Beth | 1,395.89 | - |
| 8/22/2011 | 8/31/2011 | 1311 | Glass top Scanner | 6,987.00 | - |
| 10/31/2011 | 10/31/2011 | 1311 | Server & Server switch | 13,034.00 | - |
| 2/27/2012 | 2/29/2012 | 1311 | ECS - Server | 14,320.99 | - |
| 2/27/2012 | 2/29/2012 | 1311 | Cisco Ethernet Switch | 10,068.23 | - |
| 12/19/2012 | 12/31/2012 | 1311 | SLPputeFM- 5.00OmitisActive New Not | 2,021.56 | - |
| 1/16/2013 | 1/31/2013 | 1311 | WolfePak, Inc.- Scanners | 3,112.50 | - |
| 1/30/2013 | 1/31/2013 | 1311 | ECS- Terminal server | 8,934.04 | (0.00) |
| 4/30/2013 | 4/30/2013 | 1311 | iSupportU | 8,810.55 | 0.00 |
| 6/30/2013 | 6/30/2013 | 1311 | ECS- Computers | 12,456.46 | 0.00 |
| 8/31/2013 | 8/31/2013 | 1311 | ECS- Laptop, docking station, monitors, | 3,020.85 | 0.00 |
| 9/11/2013 | 9/30/2013 | 1311 | CVI Digital Solutions- Large format color | 26,464.29 | (0.00) |
| 10/8/2013 | 10/31/2013 | 1311 | ECS | 6,359.04 | 0.00 |
| 7/31/2013 | 7/31/2013 | 1311 | ECS- Laptop for Travis | 1,219.89 | (0.00) |
| 8/22/2013 | 8/31/2013 | 1311 | ECS- Laptop for Terry | 1,128.79 | (0.00) |

| | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|
| 12/5/2013 | 12/31/2013 | 1311 ECS- Laptop for Leisa | 961.77 | 0.00 |
| 7/31/2013 | 7/31/2013 | 1311 ECS- Computer for video conferencing, | 1,088.92 | - |
| 8/22/2013 | 8/31/2013 | 1311 ECS- Computer for Don | 7,004.17 | 0.00 |
| 11/30/2013 | 11/30/2013 | 1311 support.com | 11,965.73 | 0.00 |
| 1/25/2014 | 1/31/2014 | 1311 support.com- Dell Precision T360 | 4,208.73 | 0.00 |
| 1/31/2015 | 1/31/2015 | 1311 Dell Power Edge T620 | 11,472.97 | - |
| 1/1/2015 | 1/31/2015 | 1311 ECS - Server Support | 6,788.75 | (0.00) |
| 1/29/2005 | 1/31/2005 | 1311 ECS - Server for G Drive | 6,062.84 | - |
| 2/1/2015 | 2/28/2015 | 1311 ECS IT | 9,875.00 | - |
| 7/1/2017 | 7/31/2017 | 1311 ECS IT | 1,201.87 | - |
| 12/5/2017 | 12/31/2017 | 1311 Neurolog | 5,195.00 | 2,078.08 |
| 3/31/2019 | 3/31/2019 | 1311 Computer - LA | 1,620.47 | 972.29 |
| 5/15/2019 | 5/31/2019 | 1311 Computer - LA | 1,950.47 | 1,300.32 |
| 2/1/2020 | 2/29/2020 | 1311 Support.com | 8,722.67 | 8,722.67 |
| **Totals for 1311** | | | **248,320.70** | **13,089.33** |

√

**1312 - SOFTWARE**

**ASSET Acquired**

| | | | | |
|---|---|---|---|---|
| 7/17/1998 | 7/31/1998 | 1312 Geophysical Software | 38,230.00 | - |
| 12/12/2001 | 12/31/2001 | 1312 Wolfepak Accounting Software--70% | 10,000.00 | - |
| 12/12/2001 | 12/31/2001 | 1312 Wolfepak Accounting Software--30% | 4,285.00 | - |
| 1/7/2002 | 1/31/2002 | 1312 Wolfepak | 6,239.00 | - |
| 2/28/2002 | 2/28/2002 | 1312 Wolfepak | 5,523.00 | - |
| 8/28/2002 | 8/31/2002 | 1312 SLPsmicFMof 3.00Omit  Active New Not | 2,294.00 | - |
| 9/3/2002 | 9/30/2002 | 1312 SLP SofHYar 3.00Omit  Active New Not | 1,250.00 | - |
| 3/3/2003 | 3/31/2003 | 1312 SLPpfakFMan 3.00Omit  Active New Not | 2,475.00 | - |
| 8/14/2003 | 8/31/2003 | 1312 Geophysical Software | 14,922.00 | - |
| 6/15/2004 | 6/30/2004 | 1312 Phdwin Software | 7,050.00 | - |
| 7/14/2004 | 7/31/2004 | 1312 Geol Software | 15,555.00 | - |
| 9/30/2004 | 9/30/2004 | 1312 Wolfepak Software | 1,210.00 | - |
| 8/14/2007 | 8/31/2007 | 1312 Software for new server | 4,072.00 | - |
| 11/3/2007 | 11/30/2007 | 1312 Software Fixed Assets Desktop Pro | 1,352.00 | - |
| 4/1/2008 | 4/30/2008 | 1312 Wolfepak Upgrade for 20 Licenses | 19,130.00 | - |
| 12/7/2009 | 12/31/2009 | 1312 Gohfer System Software | 38,250.00 | - |
| 1/31/2010 | 1/31/2010 | 1312 GCS database & drilling wire | 6,074.00 | - |
| 8/2/2010 | 8/31/2010 | 1312 Wolfepak, Inc Software License Rene | 2,400.00 | - |

|  |  |  |  | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 11/6/2010 | 11/30/2010 | 1312 | BNA Software Renewal | 1,488.00 | - |
| 12/31/2010 | 12/31/2010 | 1312 | Computer Modeling License for IMEX | 30,000.00 | - |
| 11/30/2012 | 11/30/2012 | 1312 | WolfePak Scanning Module | 15,000.00 | - |
| 12/6/2012 | 12/31/2012 | 1312 | Landpro | 25,550.00 | - |
| 11/1/2013 | 11/30/2013 | 1312 | BNA- Fixed assests, renewal | 1,637.69 | - |
| 8/30/2013 | 8/31/2013 | 1312 | IHS Global, Inc.- Seismic software | 16,921.47 | - |
| 12/11/2013 | 12/31/2013 | 1312 | IHS Global, Inc.- Petra license, Val | 16,670.05 | - |
| 1/21/2013 | 1/31/2013 | 1312 | dba P2 Energy Solutions- 3 yrs access to | 72,294.56 | - |
| 10/4/2013 | 10/31/2013 | 1312 | Landpro Corporation- 2014 | 13,800.00 | - |
| 11/21/2013 | 11/30/2013 | 1312 | Drilling Info, Inc.- Software License | 80,000.00 | - |
| 12/6/2013 | 12/31/2013 | 1312 | Landpro Corporation- License for Lloyd | 11,600.00 | - |
| 1/30/2014 | 1/31/2014 | 1312 | Energy Navigator LLC- 2 Licenses, | 11,400.00 | - |
| 2/10/2014 | 2/28/2014 | 1312 | GeoEdges Inc.- Northern | 6,500.00 | - |
| 2/18/2014 | 2/28/2014 | 1312 | GeoEdges Inc.- N American Shale set | 5,530.00 | - |
| 5/5/2014 | 5/31/2014 | 1312 | IHS Global, Inc.- Nathan's Bitlock | 18,869.83 | - |
| 5/1/2014 | 5/31/2014 | 1312 | IHS Global, Inc.- Petra maint | 21,346.42 | - |
| 5/1/2014 | 5/31/2014 | 1312 | IHS Global, Inc.- IHS/Petra | 170,700.00 | - |
| 5/2/2014 | 5/31/2014 | 1312 | IHS Global, Inc.- Petra maint | 4,696.95 | - |
| 1/14/2014 | 1/31/2014 | 1312 | dba P2 Energy Solutions- Database, | 73,192.08 | - |
| 2/19/2014 | 2/28/2014 | 1312 | dba P2 Energy Solutions- Database | 12,616.24 | - |
| 10/3/2014 | 10/31/2014 | 1312 | Landpro Corporation subscription 1/1/15- | 17,000.00 | - |
| 11/1/2014 | 11/30/2014 | 1312 | IHS Global PAK Maintenance, AVOPAK | 17,299.98 | - |
| 11/6/2014 | 11/30/2014 | 1312 | Energy Navigator LLC- 2 Licenses, | 11,812.68 | - |
| 11/7/2014 | 11/30/2014 | 1312 | Bloomberg BNA License renewal 2/7/15- | 1,686.56 | - |
| 11/25/2014 | 11/30/2014 | 1312 | DrillingInfo Plus subscription | 84,000.00 | - |
| 6/1/2015 | 6/30/2015 | 1312 | ECS - Meraki MX80 Cloud Managed | 5,045.68 | (0.00) |
| 7/1/2017 | 7/31/2017 | 1312 | P2 Energy Solutions | 68,932.50 | - |
| 10/4/2017 | 10/31/2017 | 1312 | LandPro Corporation Subscription | 17,000.00 | (0.00) |
| 4/16/2018 | 4/30/2018 | 1312 | P2 Energy Solutions | 64,862.72 | 23,422.70 |
| 8/24/2018 | 8/31/2018 | 1312 | Wolfepak Sofware | 5,561.55 | 2,626.24 |
| 10/4/2018 | 10/31/2018 | 1312 | LandPro Corporation Subscription | 17,000.00 | 9,444.48 |
| 3/20/2019 | 3/31/2019 | 1312 | P2 Energy Solutions | 69,495.39 | 44,399.81 |
| 7/1/2019 | 7/31/2019 | 1312 | Wesmin Software | 17,000.00 | 12,750.01 |
| **Totals for 1312** | | | | **1,186,821.35** | **92,643.23** |

**1316 VEHICLES**

**ASSET Acquired**

| | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|
| 10/3/2005 | 10/31/2005 | 1316 Trailer | 1,064.65 | - |
| 8/16/2011 | 8/31/2011 | 1316 2011 Ford F-150 -  F-26 xxx3529 | 25,757.71 | (0.00) |
| 5/20/2013 | 5/31/2013 | 1316 2013 Ford F35 | 37,730.20 | - |
| 10/28/2014 | 10/31/2014 | 1316 2014 F-42 | 40,814.21 | - |
| 2/18/2015 | 2/28/2015 | 1316 2014 - F45 | 41,571.17 | - |
| 3/4/2017 | 3/31/2017 | 1316 2016 - F47 | 40,831.46 | 15,652.22 |
| 3/21/2017 | 3/31/2017 | 1316 2017 - F49 | 51,465.24 | 19,728.48 |
| 7/1/2017 | 7/31/2017 | 1316 2016 - F50 | 44,539.76 | 20,042.87 |
| 7/1/2017 | 7/31/2017 | 1316 2017 - F51 | 57,404.69 | 25,832.26 |
| 6/30/2018 | 6/30/2018 | 1316 2017 - F52 | 49,057.57 | 31,069.72 |
| 10/1/2018 | 10/31/2018 | 1316 2018 -F53 | 50,163.87 | 35,114.78 |
| 1/1/2019 | 1/31/2019 | 1316 2018 F-54 | 48,634.60 | 36,475.91 |
| 1/1/2019 | 1/31/2019 | 1316 2019 F-55 | 61,349.85 | 46,012.36 |
| 7/18/2019 | 7/31/2019 | 1316 2019-F56 | 60,532.90 | 51,452.98 |
| 7/23/2019 | 7/31/2019 | 1316 2019-F-58 | 51,585.99 | 43,848.07 |
| 7/1/2019 | 7/31/2019 | 1316 2019-F57 | 55,552.85 | 47,219.93 |
| 9/1/2019 | 9/30/2019 | 1316 2018-F59 | 32,041.34 | 28,303.18 |
| 3/11/2020 | 3/31/2020 | 1316 2020 F-60NB | 52,004.71 | 51,137.96 |
| 3/11/2020 | 3/31/2020 | 1316 2019 F-61NB | 30,315.99 | 29,810.72 |
| 3/11/2020 | 3/31/2020 | 1316 2020 F-62NB | 45,227.99 | 44,474.19 |
| 3/11/2020 | 3/31/2020 | 1316 2020 F-63NB | 46,008.47 | 45,241.66 |
| | | | | - |
| **Totals for 1316** | | | **923,655.22** | **571,417.29** |

### 1321 OTHER TRANS EQUIPMENT

**ASSET Acquired**

| | | | | |
|---|---|---|---|---|
| 10/30/2009 | 10/31/2009 | 1321 Kawasaki 4-Wheeler | 4,000.00 | - |
| 10/28/2010 | 10/31/2010 | 1321 Bushhog | 1,445.00 | - |
| 11/24/2010 | 11/30/2010 | 1321 16' trailor | 2,164.00 | - |
| **Totals for 1321** | | | **7,609.00** | **-** |

**Fill in this information to identify the case:**

Debtor name **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **20-12377-EEB**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **East West Bank Treasury Department**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Substantially all of the Debtor's assets, including but not limited to Hedging Agreements, Cash, Accounts, and Receivables** | **$22,350,000.00** | **Unknown** |

**135 North Los Robles Avenue**
**Suite 600**
**ATTN: Linda Cox**
**Pasadena, CA 91101**
Creditor's mailing address

**Describe the lien**

**linda.cox@eastwestbank.com**
Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** **Ford Motor Company**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Vehicles - See attached** | **$509,665.81** | **$931,264.22** |
|---|---|---|---|

**P.O. Box 650575**
**Dallas, TX 75265**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security Interests in Vehicles**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Official Form 206D                Schedule D: Creditors Who Have Claims Secured by Property                page 1 of 2

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|--------|-----------------------------------|------------------------|------------------|
|        | Name                              |                        |                  |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**
   $22,859,665.81

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **20-12377-EEB**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $0.00 | $0.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Priority creditor's name and mailing address
**Alabama Department of Revenue**
**50 North Ripley Street**
**Montgomery, AL 36104**

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | $0.00 | $0.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Priority creditor's name and mailing address
**Colorado Department of Revenue**
**1375 Sherman Street, Room 511**
**Denver, CO 80261**

Date or dates debt was incurred

Basis for the claim:
**Notice  Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Florida Department of Revenue**
**P. O. Box 6668**
**Tallahassee, FL 32314-6668**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Louisiana Department of Revenue**
**P.O. Box 201**
**Baton Rouge, LA 70821-3440**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

**2.7** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Mississippi Department of Revenue**
**P.O. Box 1033**
**Jackson, MS 39215-1033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Montana Department of Revenue**
**PO Box 6577**
**Helena, MT 59604-6577**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Texas Comptroller**
**111 East 17th Street**
**Austin, TX 78701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Wyoming Department of Revenue**
**122 West 25th Street, Suite E301**
**Herschler Building East**
**Cheyenne, WY 82002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

**3.**    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,493.34**

**3 Lloyds Exploration Company LLC**
**1847 Broken Bend Drive**
**Westlake, TX 76262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41,961.03**

**A & B Pump & Supply, Inc.**
**P.O. Drawer T**
**Heidelberg, MS 39439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,105.00**

**A.F. Whatley Construction**
**11950 Highway 43**
**Bivins, TX 75555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00**

**A2D Teechnologies, Inc.**
**P.O. Box 733255**
**Dallas, TX 75373-3255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$807.04**

**Acme Oil Service & Repair, ,Inc.**
**d/b/a Acme Oilfield Services**
**4865 American Legion Road**
**Tyler, TX 75708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$107.14**

**AEH Investments LLC**
**Attn: Angela Harris**
**333 Texas Street, Ste. 1414**
**Shreveport, LA 71101-3678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$97,111.28**

**AFCO**
**P.O. Box 4795**
**Carol Stream, IL 60197-4795**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145,159.89 |
|---|---|---|---|

**Alabama Oil Company**
**Attn: Walker Sturdivant, Partner**
P.O. Box 230
Glendora, MS 38928

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00 |
|---|---|---|---|

**ALFAVOR Corp.**
**ATTN: John Yilin Wang**
1234 Northampton Street
State College, PA 16803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243.00 |
|---|---|---|---|

**All Copy Products, Inc.**
P.O. Box 660831
Dallas, TX 75266-0831

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $558.72 |
|---|---|---|---|

**Ally Payment Processing Center**
P.O. Box 9001948
Louisville, KY 40290-1948

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111,701.83 |
|---|---|---|---|

**Ambrchet Jackson LLP**
P.O. Box 290
Mobile, AL 36601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.67 |
|---|---|---|---|

**American Express**
P.O. Box 650448
Dallas, TX 75265-0448

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Credit Card Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,710.00 |
|---|---|---|---|

**American Remediation & Environmental Inc**
P.O. Box 570
Saraland, AL 36571

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.15** | Nonpriority creditor's name and mailing address
**Anderson Investment Holdings, LP**
**AEEC II, LLC**
**333 Texas Street, Suite 2020**
**Shreveport, LA 71101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance $264,355.38**
**Working Interest Revenue $64,799.27**

Is the claim subject to offset? ■ No ☐ Yes

**$329,154.65**

---

**3.16** | Nonpriority creditor's name and mailing address
**Anderson, Kim**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ☐ No ☐ Yes

**$50.00**

---

**3.17** | Nonpriority creditor's name and mailing address
**Ansaben Trust**
**David A. Barlow, Trustee**
**321 Paseo Encinal St**
**San Antonio, TX 78212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$690.92**

---

**3.18** | Nonpriority creditor's name and mailing address
**Apple River Investments, L.L.C.**
**Attn: Robert M. Boeve, President**
**1503 Garfield Road North**
**Traverse City, MI 49696**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance $249,164.12**
**Working Interest Revenue - $21,283.97**

Is the claim subject to offset? ■ No ☐ Yes

**$270,448.09**

---

**3.19** | Nonpriority creditor's name and mailing address
**Arcadia Oilfield Supply, Inc.**
**Sterling Commercial Credit**
**P.O. Box 204755**
**Dallas, TX 75320-4755**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,461.55**

---

**3.20** | Nonpriority creditor's name and mailing address
**Armbrecht Jackson LLP**
**P.O. Box 290**
**Mobile, AL 36601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$157,133.18**

---

**3.21** | Nonpriority creditor's name and mailing address
**Aspen Energy Inc.**
**161 St. Matthews Avenue, Suite 16**
**Louisville, KY 40207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$2,185.71**

---

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$327.51**

**AT&T**
P.O. Box 105262
Atlanta, GA 30348-5252

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,061.46**

**Atropos Exploration Co.**
8235 Douglas
Suite 1200
Lockbox 12
Dallas, TX 75225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,381.29**

**B & L Pipeco Services, LLC**
P.O. Box 840280
Dallas, TX 75284-0280

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,606.48**

**Babe Development, LLC**
P. O. Box 758
Roswell, NM 88202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$178,263.65**

**Baker Hughes, a GE Company, LLC**
**Baker Hughes Oilfield Operations, LLC**
P.O Box 301057
Dallas, TX 75303-1057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,210.84**

**Baker, Kelly L.**
254 State Street
Mobile, AL 36603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Liability**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,058.04**

**Banded Iron US, Inc.**
P.O. Box 51475
Lafayette, LA 70505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.25 |
|---|---|---|---|

**Bantam Creek LLC**
**4712 Lakeside Drive**
**Colleyville, TX 76034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124.87 |
|---|---|---|---|

**Barbara M. Sugar Estate**
**Thomas P. Youngblood, Exec.**
**PO Box 52149**
**Shreveport, LA 71135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,410.00 |
|---|---|---|---|

**Barker Concrete and Construction, Inc.**
**P.O. Box G**
**Edgemont, SD 57735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174,814.50 |
|---|---|---|---|

**Barnette & Benefield, Inc.**
**P.O. Box 550**
**Haynesville, LA 71038-0550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**Basic Energy Service, LP**
**P.O. Box 841903**
**Dallas, TX 75284-1903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.14 |
|---|---|---|---|

**Baxterville, LLC**
**4323 Snowberry Lane**
**Naples, FL 34119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,887.60 |
|---|---|---|---|

**Beavers Specialty, Inc.**
**893 I-49 Service Road**
**Sunset, LA 70584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.99 |
|---|---|---|---|

**Bellis Investments LP**
**100 Bush Street, Suite #550**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Cash Call Advance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,894.62 |
|---|---|---|---|

**Belousov, Anita**
**4355 East 135th Way**
**Thornton, CO 80241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,774.59 |
|---|---|---|---|

**Berg Hill Greenleaf Ruscitti, LLP**
**1712 Pearl Street**
**Boulder, CO 80302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,986.68 |
|---|---|---|---|

**Black Banks, LLC**
**1310 S. Pennsylvania Street**
**Denver, CO 80210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,228.00 |
|---|---|---|---|

**Bonaventure Safety, LLC**
**162 Industrial Drive**
**P.O. Box 43**
**Rayne, LA 70578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $790.00 |
|---|---|---|---|

**Bonner Analytical**
**2703 Oak Grove Road**
**Hattiesburg, MS 39402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,590.00 |
|---|---|---|---|

**Boots Smith Completion Services, LLC**
**c/o Gulf Coast Business Credit**
**P.O. Bxo 731152**
**Dallas, TX 75373-1152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$276.00** |
|---|---|---|---|

**Boulder Self Storage**
**6439 Arrapahoe Road**
**Boulder, CO 80303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,316.26** |
|---|---|---|---|

**Bradley Murchison Kelly & Shea, LLC**
**401 Edwards Street**
**Suite 1000**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,977.50** |
|---|---|---|---|

**Bradshaw Logistics, LLC**
**P.O. Box 429**
**Windsor, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,699.20** |
|---|---|---|---|

**Brammer Engineering, Inc. HSE Services**
**P.O. Box 301670**
**Dallas, TX 75303-1670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00** |
|---|---|---|---|

**Brewton Area Properties, LLC**
**P.O. Box 809**
**Brewton, AL 36427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125,686.59** |
|---|---|---|---|

**Bristol, Inc.**
**Accounts Receivable**
**P.O. Box 2056**
**Victoria, TX 77902-9912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,460.55** |
|---|---|---|---|

**BTech Service & Supply, Inc.**
**1980 Highway 184 East**
**Laurel, MS 39443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$89,251.19**

**Bundero Investment Company, L.L.C.**
**Robert P. Bowman, Manager**
**401 Edwards Street, Suite 820**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00**

**Burton, Trey**
**P.O. Box 314**
**Bentonia, MS 39040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Cash Call Liability__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,502.49**

**BVS, LLC**
**Attn: Brian Biffle**
**2010 Balsam Drive**
**Boulder, CO 80304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$192,613.98**

**C&J Spec-Rent Services, Inc.**
**P.O. Box 733404**
**Dallas, TX 75373-3404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,527.12**

**C&M Oilfield Rentals, LLC**
**d/b/a C-MOR Energy Services**
**P.O. Box 536**
**Cody, WY 82414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,397.17**

**C.R. Pate Logging, Inc.**
**Brooklyn Limestone Quarry Division**
**32440 County Road 6**
**Evergreen, AL 36401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11.17**

**Carl Herrin Oil and Gas, L.L.C.**
**493 Canyon Point Circle**
**Golden, CO 80403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.57**

**Nonpriority creditor's name and mailing address**
**Carnley Electric, Inc.**
**P.O. Box 769**
**Jay, FL 32565**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$125,769.27**

---

**3.58**

**Nonpriority creditor's name and mailing address**
**Carter, Rhonda B.**
**P.O. Box 453**
**Brewton, AL 36426**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,557.63**

---

**3.59**

**Nonpriority creditor's name and mailing address**
**Casey Septic Tank Co., Inc.**
**122 Casey Street**
**Brewton, AL 36426**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$695.00**

---

**3.60**

**Nonpriority creditor's name and mailing address**
**Cass County Tax Assessor**
**Becky Watson, RTA**
**P.O. Box 870**
**Linden, TX 75563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,225.58**

---

**3.61**

**Nonpriority creditor's name and mailing address**
**CCH Incorporated**
**P.O. Box 4307**
**Carol Stream, IL 60197-4307**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,518.97**

---

**3.62**

**Nonpriority creditor's name and mailing address**
**Central Exploration Co, Inc.**
**c/o William E. Hathorn**
**733 Highway 583 SE**
**Brookhaven, MS 39601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$15.32**

---

**3.63**

**Nonpriority creditor's name and mailing address**
**Central Petroleum, Inc.**
**P.O. Box 2547**
**Madison, MS 39130-2547**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$24.35**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.33 |

**Century Link**
P.O. Box 91155
Seattle, WA 98111-9255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.03 |

**Century Tel/Century Link**
P.O. Box 4300
Carol Stream, IL 60197-4300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,194.59 |

**Chanse Resources, L.L.C.**
Attn: Wes Shepherd, COO
P.O. Box 1572
Shreveport, LA 71165

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,436.07 |

**Charter Energy Partners LLC**
c/o Shaw Resources Management LLC
1999 Broadway, Suite 4320
Denver, CO 80202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.78 |

**Cherokee County Electric Co-op Assn**
P.O. Box 257
Rusk, TX 75785

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.47 |

**Choice Copy Service USE CHOCO2!!**
P.O. Box 919254
Dallas, TX 75391-9254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.47 |

**Choice Copy Service, LLC**
401 Edwards Street
Suite B120
Shreveport, LA 71101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.71** | Nonpriority creditor's name and mailing address | | **$8,970.00**

**Cicon & Associates LLP**
**P.O. Box 541**
**Chester, MT 59522-0541**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | | **$28,178.71**

**Clarkco Oilfield Services, Inc.**
**P.O. Box 341**
**Heidelberg, MS 39439**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | | **$15,825.00**

**Clarke & Company d/b/a Heard & Sanders**
**13201 Northwest Freeway**
**Suite 503**
**Houston, TX 77040-6023**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | | **$20,489.58**

**Coastal Chemical Co., LLC**
**Department 2214**
**P.O. Box 122214**
**Dallas, TX 75312-2214**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | | **$578.53**

**Cochran Chemical Co., Inc.**
**1800 Ray Davis Boulevard**
**Seminole, OK 74868**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | | **$2,986.68**

**Cold Spring Energy LLC**
**Terry L. Pecora Sole Member**
**6 Spring Street**
**Cold Spring Harbor, NY 11724**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | | **$34,473.11**

**Complete Environmental & Remediation Co.**
**P.O. Box 1079**
**Waynesboro, MS 39367**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,000.00** |
|---|---|---|---|

**Compliance Assurance Associates**
**682 Orvil Smith Road**
**Harvest, AL 35749**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,778.14** |
|---|---|---|---|

**Compression Controls & Rentals, LLC**
**5797 FM 2011**
**Longview, TX 75603**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$71,407.27** |
|---|---|---|---|

**Consolidated Electrical Distributors, In**
**CED Credit Office**
**P.O. Box 207088**
**Dallas, TX 75320-7088**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,847.10** |
|---|---|---|---|

**Copeland, Kenny**
**1821 Bayou Bend Drive**
**Bossier City, LA 71111**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,500.00** |
|---|---|---|---|

**Counterpoint Consulting, LLC**
**17020 Preston Bend Drive**
**Dallas, TX 75248**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,433.01** |
|---|---|---|---|

**Craft Exploration Company L.L.C.**
**P.O. Box 2430**
**Madison, MS 39130**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,045.94** |
|---|---|---|---|

**Craft Operating XXXV, LLC**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,336.50** |
|---|---|---|---|
| | **Crowley Fleck PLLP**<br>**P.O. Box 30441**<br>**Billings, MT 59107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73,950.00** |
|---|---|---|---|
| | **CSI Compressco Operating, LLC**<br>**CSI Compressco Sub, Inc.**<br>**P.O. Box 840082**<br>**Dallas, TX 75284-0082** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66,076.36** |
|---|---|---|---|
| | **CTM 2005, Ltd.**<br>**Attn: Charles T. McCord, III**<br>**55 Waugh Drive #515**<br>**Houston, TX 77007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Cash Call Advance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59.92** |
|---|---|---|---|
| | **Culkin Water District**<br>**2681 Sherman Avenue**<br>**Vicksburg, MS 39180** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,397.80** |
|---|---|---|---|
| | **D & M Drilling Fluids, Inc.**<br>**P.O. Box 579**<br>**Jay, FL 32565** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.04** |
|---|---|---|---|
| | **D. Leigh McMillan III** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$842.93** |
|---|---|---|---|
| | **Daboil Resources, LC**<br>**David A Barlow, Member**<br>**321 Paseo Encinal Street**<br>**San Antonio, TX 78212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Cash Call Advance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.92**

Nonpriority creditor's name and mailing address
**Daniel W. McMillan**
**P.O. Box 867**
**Brewton, AL 36427**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$2.05**

---

**3.93**

Nonpriority creditor's name and mailing address
**Darby's Welding & Machine, LLC**
**Tailwinds Loenbro Holdings, Inc.**
**78 48th Avenue SW**
**Dickinson, ND 58601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,073.93**

---

**3.94**

Nonpriority creditor's name and mailing address
**Davis Hot Shot Service, LLC**
**4967 Highway 84**
**Waynesboro, MS 39367**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$23,707.00**

---

**3.95**

Nonpriority creditor's name and mailing address
**DBC Resources II LP**
**PO Box 670725**
**Dallas, TX 75367**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☐ No ☐ Yes

**$1,529.23**

---

**3.96**

Nonpriority creditor's name and mailing address
**DBC Resources LP**
**PO Box 670725**
**Dallas, TX 75367**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☐ No ☐ Yes

**$3,302.14**

---

**3.97**

Nonpriority creditor's name and mailing address
**DCOD LLC**
**C/o Warren Clark Development**
**16390 Addison Road**
**Addison, TX 75001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$3,312.39**

---

**3.98**

Nonpriority creditor's name and mailing address
**Deepwell Energy Services, LLC**
**Department #0944**
**P.O. Box 1000**
**Memphis, TN 38148-0944**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,123.90**

---

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|

Name

---

**3.99**

Nonpriority creditor's name and mailing address
**Delta S Ventures LP**
**615 Longview Drive**
**Sugar Land, TX 77478**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$31.13**

---

**3.100**

Nonpriority creditor's name and mailing address
**Derrick Corporation**
**590 Duke Road**
**Buffalo, NY 14225**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$20,922.30**

---

**3.101**

Nonpriority creditor's name and mailing address
**Dickson Oil & Gas, LLC**
**c/o C. Bickham Dickson, III, Manager**
**P.O. Box 52479**
**Shreveport, LA 71135**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$1,290.14**

---

**3.102**

Nonpriority creditor's name and mailing address
**Dolkas Investments LP**
**100 Bush Street, Ste #550**
**San Francisco, CA 94104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$4.54**

---

**3.103**

Nonpriority creditor's name and mailing address
**Double D Dynamics**
**David Denkeler**
**P.O. Box 568**
**Judson, TX 75660**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$293.97**

---

**3.104**

Nonpriority creditor's name and mailing address
**DoublePine Investments, Ltd.**
**4851 LBJ Freeway, Suite 210**
**Dallas, TX 75244**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$154.58**

---

**3.105**

Nonpriority creditor's name and mailing address
**Douglas Parking, LLC**
**1330 Broadway**
**Suite 630**
**Oakland, CA 94612**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,800.00**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,378.75**

**Drilling Tools International, Inc.**
P.O. Box 677901
Dallas, TX 75267-7901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,098.03**

**Durrett Production Services**
P.O. Box 463
Arp, TX 75750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,785.37**

**Eagle Express Hotshot Service LLC**
**(Jefcoat Inspection Service)**
P.O. Box 2082
Laurel, MS 39442-2082

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$259,060.88**

**Eastern Fishing & Rental Tools, Inc.**
P.O. Box 292
Laurel, MS 39441

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.14**

**Eaton Finance Corp.**
7302 Rustling Oaks Drive
Richmond, TX 77469

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,203.57**

**ECS Enterprise Computing Services, LLC**
347 Bert Kouns Industrial Loop
Shreveport, LA 71106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51.55**

**Ed L. Dunn**
P.O. Box 94
Milton, FL 32572

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.113**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.04 |
|---|---|---|
| **Ed Leigh McMillan, III**<br>**PO Box 867**<br>**Brewton, AL 36427** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Cash Call Advance** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.114**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.09 |
|---|---|---|
| **Edward L. Yarbrough, Jr.**<br>**PO Box 11**<br>**Belcher, LA 71004-0011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Cash Call Advance** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.115**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,584.05 |
|---|---|---|
| **Eiche, Mapes and Company, Inc.**<br>**P.O. Box 7992**<br>**Tyler, TX 75711** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.116**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.25 |
|---|---|---|
| **ELBA Exploration LLC**<br>**PO Box 807**<br>**Milton, FL 32572** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Cash Call Advance** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.117**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.24 |
|---|---|---|
| **Eldorado Artesian Springs**<br>**1783 Dogwood Street**<br>**Louisville, CO 80027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.118**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,621.45 |
|---|---|---|
| **Engineering Service**<br>**M&G Enterprises, Inc.**<br>**P.O. Box 180429**<br>**Richland, MS 39218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.119**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $234.32 |
|---|---|---|
| **Escambia River Electric Cooperative**<br>**P.O. Box 428**<br>**Jay, FL 32565** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,618.65 |
|---|---|---|---|

**Evergreen Concrete Company, Inc.**
150 Owassa Road
Evergreen, AL 36401

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,843.50 |
|---|---|---|---|

**Exigent Information Solutions**
8310 South Valley
Englewood, CO 80112

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,530.85 |
|---|---|---|---|

**Ezzie's Wholesale, Inc.**
P.O. Box 1770
Malta, MT 59538

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $333,380.46 |
|---|---|---|---|

**Fant Energy Limited**
P.O. Box 55205
Houston, TX 77255

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance $405,053.86__
__Working Interest Revenue - $226,857.76__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79.90 |
|---|---|---|---|

**FedEx**
P.O. Box 660481
Dallas, TX 75266-0481

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $209.87 |
|---|---|---|---|

**Fiddler Investments**
PO Box 708
Addison, TX 75001

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.14 |
|---|---|---|---|

**Fletcher Exploration, LLC**
PO Box 2147
Fairhope, AL 36533-2147

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,752.45** |
|---|---|---|---|

**Fletcher Petroleum Co., LLC**
**P.O. Box 2147**
**Fairhope, AL 36533**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44.44** |
|---|---|---|---|

**Fletcher Petroleum Company, LLC**
**PO Box 2147**
**Fairhope, AL 36533-2147**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$118,588.39** |
|---|---|---|---|

**Flexjet, LLC**
**Epic Aero, Inc.**
**P.O. Box 677207**
**Dallas, TX 75267-7207**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$163.00** |
|---|---|---|---|

**Flow Specialties, Inc.**
**1262 Grimmett Drive**
**Shreveport, LA 71107**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,255.66** |
|---|---|---|---|

**Foote Oil & Gas Properties, LLC**
**P.O. Box 6418**
**Gulf Shores, AL 36547**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,029.16** |
|---|---|---|---|

**Ford Motor Company**
**Ford Motor Credit Company, LLC**
**P.O. Box 650575**
**Dallas, TX 75265-0575**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,973.67** |
|---|---|---|---|

**FOS Engineering & Consulting, LLC**
**103 Machine Loop**
**Scott, LA 70583**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.54 |
|---|---|---|---|

**Four D LLC**
c/o R.E. Douglass
PO Box 2173
Durango, CO 81302-2173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $353,331.44 |
|---|---|---|---|

**FPCC USA, Inc.**
245 Commerce Green Blvd, Ste 250
Sugar Land, TX 77478

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,532.43 |
|---|---|---|---|

**Francis Bruce Hock**
**& Bettie Jean M. Hock**
PO Box 670
Minden, LA 71055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,064.67 |
|---|---|---|---|

**Francis Lane Mitchell**
PO Box 376
Shreveport, LA 71162

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,620.45 |
|---|---|---|---|

**Franks Exploration Co. LLC**
PO Box 7665
Shreveport, LA 71137-7665

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,053.17 |
|---|---|---|---|

**Fuelman**
P.O. Box 70887
Charlotte, NC 28272-0887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,123.10 |
|---|---|---|---|

**Full Throttle Energy Service, LLC**
P.O. Box 536
Sandersville, MS 39477

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,191.82 |
|---|---|---|---|

**Gardner Energy Corporation**
**Attn: Nick Sacco**
**952 Echo Lane, Suite 315**
**Houston, TX 77019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Cash Call Advance__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Gardner, Marie**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Employee__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $284.00 |
|---|---|---|---|

**Gaston Oil Company**
**Attn: Robert S. Gaston**
**9306 Milbank**
**Shreveport, LA 71115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Cash Call Advance__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,641.82 |
|---|---|---|---|

**Gates Acquisition Synd. LLC**
**Attn: Ross P. Barrett**
**820 Garrett Drive**
**Bossier City, LA 71111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Cash Call Advance__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,249.23 |
|---|---|---|---|

**Gateway Exploration, LLC**
**Attn: Jay Moffitt**
**3555 Timmons Lane, Suite 730**
**Houston, TX 77027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Cash Call Advance__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,301.44 |
|---|---|---|---|

**GCREW Properties, LLC**
**Mr. George E. Jochetz, III**
**12323 Rip Van Winkle**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Cash Call Advance__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104,045.82 |
|---|---|---|---|

**GE Oil & Gas**
**P.O. Box 911776**
**Dallas, TX 75391-1776**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $882.00 |
|---|---|---|---|

**Genco Transport, LLC**
**P.O. Box 481**
**Greenwood, LA 71033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,489.52 |
|---|---|---|---|

**Genesis Resources, LLC**
**4450 Old Canton Road, Ste 207**
**Jackson, MS 39211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $970.00 |
|---|---|---|---|

**GHD Services, Inc.**
**P.O. Box 392237**
**Pittsburgh, PA 15251-9237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,090.80 |
|---|---|---|---|

**Goolsby Interests, LLC**
**Attn: James W. Goolsby**
**110 Sibelius Lane**
**Houston, TX 77079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $625.00 |
|---|---|---|---|

**Grady Rails & Sons, Inc.**
**12364 Brooklyn Road**
**Evergreen, AL 36401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,955.66 |
|---|---|---|---|

**Granite Creek Partners, LLC**
**Attn: L. Patrick Lupo**
**PO Box 639**
**Teton Village, WY 83025-0639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,368.58 |
|---|---|---|---|

**Gravity Oilfield Services, LLC**
**P.O. Box 734128**
**Dallas, TX 75373-4128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.155**

**Nonpriority creditor's name and mailing address**

**GRS Services, LLC**
**George R. Stephenson**
**1214 County Road 14**
**Heidelberg, MS 39439**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$2,300.00**

---

**3.156**

**Nonpriority creditor's name and mailing address**

**GTT Communications, Inc.**
**P.O. Box 842630**
**Dallas, TX 75284-2630**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$3,967.66**

---

**3.157**

**Nonpriority creditor's name and mailing address**

**Gulf Coast Land Services, Inc.**
**6033 Paige Point Drive**
**Milton, FL 32570**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$16,684.50**

---

**3.158**

**Nonpriority creditor's name and mailing address**

**H&H Construction, LLC**
**Ladon E. Hall, Sole Manager**
**P.O. Box 850**
**Flomaton, AL 36441**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$535,941.00**

---

**3.159**

**Nonpriority creditor's name and mailing address**

**Hall Management LLC**
**Attn: Donald L. Hall**
**4913 Oak Point Drive**
**Shreveport, LA 71107-7408**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ☐ No ☐ Yes

**$85.63**

---

**3.160**

**Nonpriority creditor's name and mailing address**

**Hall Trucking, Inc.**
**2515 Foothill Blvd.**
**Rock Springs, WY 82901**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$127,505.62**

---

**3.161**

**Nonpriority creditor's name and mailing address**

**Halliburton Energy Services**
**P.O. Box 301341**
**Dallas, TX 75303-1341**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$182,381.90**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.162**

**Nonpriority creditor's name and mailing address**
**Hanson Operating Co. Inc.**
**Attn: B. Ray Willis**
**P.O. Box 1515**
**Roswell, NM 88202-1515**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

**$10,615.19**

---

**3.163**

**Nonpriority creditor's name and mailing address**
**Harvest Gas Management, LLC**
**10050 Bayou Glen Road**
**Houston, TX 77042**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

**$31,681.69**

---

**3.164**

**Nonpriority creditor's name and mailing address**
**Hatcher, Steven**
**1269 Yellow Pine Avenue**
**Boulder, CO 80304**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,920.60**

---

**3.165**

**Nonpriority creditor's name and mailing address**
**HBRada, LLC**
**Hansen Rada, Manager**
**2010 Alpine Drive**
**Boulder, CO 80304**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

**$15,749.81**

---

**3.166**

**Nonpriority creditor's name and mailing address**
**Heap Services, LLC**
**Don Heap**
**984 Beat Four Shubuta Road**
**Shubuta, MS 39360**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$21,913.60**

---

**3.167**

**Nonpriority creditor's name and mailing address**
**Herring Gas Company, Inc.**
**P.O. Box 206**
**Laurel, MS 39441**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$2,084.01**

---

**3.168**

**Nonpriority creditor's name and mailing address**
**Hi-Vac, LLC**
**P.O. Box 2067**
**Laurel, MS 39442**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$8,731.21**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,052.00** |
|---|---|---|---|

**HLP Engineering, Inc.**
P.O. Box 52805
Lafayette, LA 70505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,382.22** |
|---|---|---|---|

**Hopping Green & Sams, P.A.**
ATTN: Timothy M. Riley
119 South Monroe Street
Suite 300
Tallahassee, FL 32301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.91** |
|---|---|---|---|

**Horace, LLC**
493 Canyon Point Circle
Golden, CO 80403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Cash Call Advance_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,045.06** |
|---|---|---|---|

**Hughes 2000 CT LLC**
PO Box 1868
Brandon, MS 39043-1868

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Cash Call Advance_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.41** |
|---|---|---|---|

**Hughes Network Systems, LLC**
P.O. Box 96874
Chicago, IL 60693-6874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,366.72** |
|---|---|---|---|

**Hughes Oil South LLC**
Attn: Dee-Dee Bell
PO Box 608
Oxford, MS 38655

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Cash Call Advance_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92,408.45** |
|---|---|---|---|

**Hurley Enterprises, Inc.**
P.O. Box 385
Fairview, MT 59221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|
| | **Hurst Plumbing**<br>P.O. Box 548<br>Teague, TX 75860 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Trade Debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,550.00** |
|---|---|---|---|
| | **Hurst Pumping, Inc.**<br>P.O. Box 548<br>Teague, TX 75860 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Trade Debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,602.86** |
|---|---|---|---|
| | **I&L Miss I, LP** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,093.88** |
|---|---|---|---|
| | **IHS Global, Inc.**<br>P.O. Box 847193<br>Dallas, TX 75284-7193 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Trade Debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$153.00** |
|---|---|---|---|
| | **Infinisource Benefit Services**<br>ATTN: Finance Dept.<br>P.O. Box 889<br>Coldwater, MI 49036-0889 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Trade Debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
|---|---|---|---|
| | **Inter-Mountain Pipe & Threading Company**<br>P.O. Box 1840<br>Mills, WY 82644-1840 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Trade Debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$285.98** |
|---|---|---|---|
| | **Iron Mountain Records Management**<br>P.O. Box 915004<br>Dallas, TX 75391-5004 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Trade Debtq__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.183** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,934.06

**J & A Harris LP**
**Attn: Angela Harris**
**333 Texas Street, Ste. 1414**
**Shreveport, LA 71101-3679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.184** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,532.29

**J & H Insurance Services, Inc.**
**510 North Valley Mills Drive**
**Waco, TX 76710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.185** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00

**J. Nichols LLC**
**2384 Mill Creek Road**
**Laurel, MS 39443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.18

**J.B. Compression Service**
**P.O. Box 527**
**Harleton, TX 75651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,124.00

**Jackson, Louise Seamans**
**P.O. Box 272**
**Kosse, TX 76653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.91

**James B. Dunn**
**5826 Dunridge Dr**
**Pace, FL 32571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,034.31

**James Muslow, Jr.**
**6025 Arden Street**
**Shreveport, LA 71106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.190**

**Nonpriority creditor's name and mailing address**
Janus Enterprises, LLC
Raymond Joseph Lasseigne
PO Box 5625
Bossier City, LA 71171

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Cash Call Advance__

Is the claim subject to offset? ☐ No ☐ Yes

**$20.72**

---

**3.191**

**Nonpriority creditor's name and mailing address**
JCE Galbraith Oil & Gas LLC
2032 ALameda Avenue
Orlando, FL 32804-6904

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Cash Call Advance__

Is the claim subject to offset? ☐ No ☐ Yes

**$85.64**

---

**3.192**

**Nonpriority creditor's name and mailing address**
JD Fields & Company, Inc.
P.O. Box 134401
Houston, TX 77219-4401

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$474,029.54**

---

**3.193**

**Nonpriority creditor's name and mailing address**
JDGP, LLC
4323 Snowberry Lane
Naples, FL 34119

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Cash Call Advance__

Is the claim subject to offset? ☐ No ☐ Yes

**$31.13**

---

**3.194**

**Nonpriority creditor's name and mailing address**
Jeffreys Drilling, LLC
3839 McKinney Ave, Ste 155-269
Dallas, TX 75204

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Cash Call Advance__

Is the claim subject to offset? ☐ No ☐ Yes

**$31,681.71**

---

**3.195**

**Nonpriority creditor's name and mailing address**
JF Howell Interests, LP
Attn: James David Morgan, Manager
416 Travis Street, Suite 700
Shreveport, LA 71101

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

**$19,867.99**

---

**3.196**

**Nonpriority creditor's name and mailing address**
Jimco Pumps
P.O. Box 6255
Laurel, MS 39441

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$215,899.69**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,040.62** |
|---|---|---|---|

**JJS Interests Escambia, LLC**
**2001 Kirby Dr**
**Suite 1110**
**Houston, TX 77019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,216.77** |
|---|---|---|---|

**JJS Interests Steele Kings LLC**
**2001 Kirby Dr**
**Suite 1110**
**Houston, TX 77019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$502,724.80** |
|---|---|---|---|

**JJS Working Interest LLC**
**2001 Kirby Dr, Suite 1110**
**Houston, TX 77019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$83.06** |
|---|---|---|---|

**John C. Nix, Jr., - Life Estate**
**P.O. Box 807**
**Milton, FL 32572-0807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,288.00** |
|---|---|---|---|

**John Pike Construction, Inc.**
**P.O. Box 1024**
**Chinook, MT 59523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,480.02** |
|---|---|---|---|

**Jones Energy Company, LLC**
**2124 Fairfield Avenue**
**Shreveport, LA 71104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,520.27** |
|---|---|---|---|

**JOYCO Investments, LLC**
**P. O. Box 2104**
**Roswell, NM 88202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.204**

**Nonpriority creditor's name and mailing address**

**JTC Operating, Inc.**
**191 Reno Road**
**Jamestown, LA 71045**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,400.00**

---

**3.205**

**Nonpriority creditor's name and mailing address**

**Judy Dunn**
**5843 Dunridge Dr.**
**Pace, FL 32571**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

**$10.90**

---

**3.206**

**Nonpriority creditor's name and mailing address**

**K&T Welding Services, LLC**
**Timothy J. Beech**
**177 Masonite Lake Road**
**Laurel, MS 39443**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,198.40**

---

**3.207**

**Nonpriority creditor's name and mailing address**

**K.C. Whittemore**
**C/O CA Whittemore**
**10 Mason Pond Place**
**Spring, TX 77381**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

**$27,497.61**

---

**3.208**

**Nonpriority creditor's name and mailing address**

**Kat Eggleston**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No  ☐ Yes

**$164.71**

---

**3.209**

**Nonpriority creditor's name and mailing address**

**KCS Automation, LLC**
**4 Portofino Drive**
**Unit 1103**
**Pensacola Beach, FL 32561**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$58,866.49**

---

**3.210**

**Nonpriority creditor's name and mailing address**

**Kelley Brothers Contractors, Inc.**
**P.O. Drawer 1079**
**Waynesboro, MS 39367**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$607,699.30**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$760.12** |
|---|---|---|---|

**Kelton Company, L.L.C.**
**Attn: Thomas W. Sylte, Manager**
**P.O. Box 230**
**Pensacola, FL 32591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$559.00** |
|---|---|---|---|

**Key Energy Services, Inc.**
**d/b/a Key Energy Services, LLC**
**P.O. Box 4649**
**Houston, TX 77210-4649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$390.76** |
|---|---|---|---|

**Key Rite Security**
**5570 East Yale Avenue**
**Denver, CO 80222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,901.90** |
|---|---|---|---|

**Keystone Engineering, Inc.**
**1100 West Causeway Approach**
**Mandeville, LA 70471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Kim Anderson**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,184.84** |
|---|---|---|---|

**Kingston, LLC**
**2790 South Thompson Street Suite 102**
**Springdale, AR 72764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Kirk Weaver Contract Pumping, Inc.**
**P.O. Box 385**
**Beckville, TX 75631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Sklar Exploration Company, LLC** | | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|---|
| | Name | | | | |

---

**3.218** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,493.34**

**Kirkiez LLC**
**3073 Red Deer Trail**
**Lafayette, CO 80026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,770.00**

**Kleinfelder, Inc.**
**P.O. Box 51958**
**Los Angeles, CA 90051-6258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$371.16**

**KMR Investments LLC**
**Attn: Tim Brown**
**PO Box 417**
**Homer, LA 71040-0417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$226,862.22**

**Kodiak Gas Services, LLC**
**P.O. Box 732235**
**Dallas, TX 75373-2235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.222** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$370,807.97**

**Kudzu Oil Properties, LLC**
**300 Concourse Blvd, Suite 101**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,615.31**

**L & L Process Solutions, Inc.**
**3748 Industrial Park**
**Mobile, AL 36693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$178,461.04**

**Landmark Exploration, LLC**
**P.O. Box 12004**
**Jackson, MS 39236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Landmark Oil and Gas, LLC**
**P.O. Box 12004**
**Jackson, MS 39236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,461.21

**Lane Oil & Gas Corporation**
**Attn: Nick Sacco**
**952 Echo Lane, Suite 315**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.99

**LaserCycle USA**
**528 South Taylor Avenue**
**Louisville, CO 80027-3030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,576.90

**Lawrence M. Cushman Trust**
**Lawrence M. Cushman, Trustee**
**591 Camino de la Reina, Suite 900**
**San Diego, CA 92108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,466.71

**LCJ Resources, LLC**
**Attn: Chris Wilde**
**1250 N.E. Loop 410 STE 333**
**San Antonio, TX 78209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112,603.71

**Lechwe LLC**
**P.O. Box 270415**
**Houston, TX 77277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,096.00

**Liberty Supply, Inc.**
**P.O. Box 489**
**Magnolia, AR 71754-0489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.232**

Nonpriority creditor's name and mailing address
**Liquid Gold Well Service, Inc.**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$90,775.02**

---

**3.233**

Nonpriority creditor's name and mailing address
**Lonewolf Energy, Inc.**
P.O. Box 81026
Billings, MT 59108

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,221.80**

---

**3.234**

Nonpriority creditor's name and mailing address
**Louisiana - Edwards Tower Louisiana**
**Tower Operating LLC**
**7020 Solutions Center**
**Chicago, IL 60677-7000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$6,920.13**

---

**3.235**

Nonpriority creditor's name and mailing address
**Louisiana One Call System**
P.O. Box 40715
Baton Rouge, LA 70835-0715

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$1.50**

---

**3.236**

Nonpriority creditor's name and mailing address
**Lucas Petroleum Group, Inc.**
327 Congress Avenue, Suite 500
Austin, TX 78701-3656

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☐ No ☐ Yes

**$325,766.71**

---

**3.237**

Nonpriority creditor's name and mailing address
**Lufkin Industries, Inc.**
P.O. Box 301199
Dallas, TX 75303-1199

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,727.86**

---

**3.238**

Nonpriority creditor's name and mailing address
**Marco Land & Petroleum, Inc.**
Attn: Mr. Cosby H. Martin, Jr.
2811 Keego Road
Brewton, AL 36426

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$11.27**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.239** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$106,275.33**

**Marksco, L.L.C.**
Attn: Mark Sealy
333 Texas Street, Suite 1050
Shreveport, LA 71101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Cash Call Advance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,475.00**

**Marty Cherry Enteprise LLC**
P.O. Box 370
Fouke, AR 71837

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,584.02**

**Masco Wireline, Inc.**
P.O. Box 2726
Laurel, MS 39442-2726

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$227.34**

**McAdams Propane Company**
P.O. Box 1715
Center, TX 75935

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,336.84**

**McCombs Energy Ltd., LLC**
755 East Mulberry Ave, Suite 600
San Antonio, TX 78212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Cash Call Advance

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**McCurry, Tim**
219 Millerton Road
Haynesville, LA 71038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Cash Call Liability

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,699.12**

**McDavid, Noblin & West PLLC**
248 East Capital Street
Suite 840
Jackson, MS 39201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**McDowell, Miles**
**418 Lowell Court**
**Shreveport, LA 71107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$256.90** |
|---|---|---|---|

**Mediacom**
**P.O. Box 71219**
**Charlotte, NC 28272-0121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,220.00** |
|---|---|---|---|

**Mendoza's Barrier Fence Co.**
**P.O. Box 388**
**Brewton, AL 36427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,888.70** |
|---|---|---|---|

**MER Energy, Ltd.**
**6500 Greenville Ave, Ste 110**
**Dallas, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Merchants Credit Bureau of Savannah**
**Merchants Credit Bureau, Inc.**
**P.O. Bxo 458**
**Augusta, GA 30903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,420.41** |
|---|---|---|---|

**Mercury Oil Company, LLC**
**1221 W Campbell Rd**
**Ste 233**
**Richardson, TX 75080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$338,432.41** |
|---|---|---|---|

**Meritage Energy, Ltd.**
**C/O BKD, LLP**
**2700 Post Oak Blvd, Ste 1500**
**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$992,275.80** |
|---|---|---|---|

**Mesa Fluids, LLC**
**c/o Juno Financial**
**P.O. Box 173928**
**Denver, CO 80217-3928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,466.23** |
|---|---|---|---|

**Metropolitan Life Insurance Company**
**P.O. Box 804466**
**Kansas City, MO 64180-4466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,085.26** |
|---|---|---|---|

**Mid South Anchor Service, LLC**
**P.O. Box 2434**
**Laurel, MS 39442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,049.59** |
|---|---|---|---|

**Mississippi Gauge & Supply Co.**
**P.O. Box 2366**
**Laurel, MS 39440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,781.41** |
|---|---|---|---|

**Mississippi Power**
**P.O. Box 245**
**Birmingham, AL 35201-0245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,169.34** |
|---|---|---|---|

**MJS Interests, LLC**
**9266 Hathaway Street**
**Dallas, TX 75220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,756.00** |
|---|---|---|---|

**Moncla Slickline, LLC**
**P.O. Box 53688**
**Lafayette, LA 70505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.260**

**Nonpriority creditor's name and mailing address**

**Mountain Air Enterprises, LLC**
**820 Garrett Drive**
**Bossier City, LA 71111**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

**$20.72**

---

**3.261**

**Nonpriority creditor's name and mailing address**

**Murkco Exploration Co., L.L.C.**
**Attn:  Malcolm Murchison**
**401 Edwards Street, Suite 1000**
**Shreveport, LA 71101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

**$837.16**

---

**3.262**

**Nonpriority creditor's name and mailing address**

**Music Mountain Water, LLC**
**P.O. Box 2252**
**Birmingham, AL 35246**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$140.90**

---

**3.263**

**Nonpriority creditor's name and mailing address**

**National Oilwell DHT, LP**
**Wells Fargo Bank, N.A.**
**P.O. Bxo 201153**
**Dallas, TX 75320-1153**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$3,531.00**

---

**3.264**

**Nonpriority creditor's name and mailing address**

**National Oilwell Varco Wells Fargo Bank**
**P.O. Box 201224**
**Dallas, TX 75320-1224**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$10,850.00**

---

**3.265**

**Nonpriority creditor's name and mailing address**

**Navasota Valley Electric Cooperative**
**P.O. Box  848**
**Franklin, TX 77856-0848**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$23.63**

---

**3.266**

**Nonpriority creditor's name and mailing address**

**New Benefits Ltd.**
**P.O. Box 803475**
**Dallas, TX 75380**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$208.50**

---

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,139.00 |
|---|---|---|---|
| | **New London Contractors, Inc.**<br>**P.O. Box 228**<br>**New London, TX 75682** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $260,431.49 |
|---|---|---|---|
| | **Nex Tier Completion Solutions, Inc.**<br>**P.O. Bxo 733404**<br>**Dallas, TX 75373-3404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,532.33 |
|---|---|---|---|
| | **Nine Forks LLC**<br>**Attn: Larry L. Hock**<br>**PO Box 670**<br>**Minden, LA 71055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Cash Call Advance**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $57,731.39 |
|---|---|---|---|
| | **Noble Casing, Inc.**<br>**125 South Howes Street**<br>**Suite 800**<br>**Fort Collins, CO 80521** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $71,970.00 |
|---|---|---|---|
| | **Noble Drilling, LLC**<br>**125 South Howes Street**<br>**Suite 800**<br>**Fort Collins, CO 80521** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23,253.58 |
|---|---|---|---|
| | **Northedge Corporation** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|
| | **Northstar Drillstem Testers, Inc.**<br>**2410A - 2 Avenue SE**<br>**Calgary, WV 26000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,461.21** |
|---|---|---|---|

**Northstar Producing I, Ltd.**
**Terry Stanislav**
**1681 River Road Apt. 3108**
**Boerne, TX 78006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Cash Call Advance__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27,028.94** |
|---|---|---|---|

**Oil States Energy Services, LLC**
**P.O. Box 203567**
**Dallas, TX 75320-3567**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21,449.07** |
|---|---|---|---|

**Oilfield Partners Energy Services, LLC**
**P.O. Box 40**
**Henrietta, TX 76365**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,815.00** |
|---|---|---|---|

**Olson Energy Services, LLC**
**5289 139th Avenue NW**
**Williston, ND 58801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,976.67** |
|---|---|---|---|

**Omega Oilfield Service Co. MEGA**
**P.O. Box 1793**
**Kilgore, TX 75663**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$71.25** |
|---|---|---|---|

**Owassa Brownsville Water Authority**
**P.O. Box 544**
**Evergreen, AL 36401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$70,919.57** |
|---|---|---|---|

**P2 Energy Solutuions**
**P2ES Holdings, LLC 2692**
**P.O. Bxo 912692**
**Denver, CO 80291-2692**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $128.43 |
|---|---|---|---|

**Pam Lin Corporation**
PO Box 50635
Midland, TX 79710-0635

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,829.00 |
|---|---|---|---|

**Panther Pressure Testers, Inc.**
P.O. Box 1109
Watford City, ND 58854

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**Parkman's Painting & Bush Hogging**
2294 Highway 563
Simsboro, LA 71275

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,660.00 |
|---|---|---|---|

**Pason Systems USA Corp.**
7701 West Little York
Houston, TX 77040

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,924.00 |
|---|---|---|---|

**Pathfinder Inspections & Field Services**
P.O. Box 3889
Gillette, WY 82717

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,591.54 |
|---|---|---|---|

**Patrick J. McBride**
501 Seville Circle
El Dorado Hills, CA 95762

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.62 |
|---|---|---|---|

**Paula W. Denley LLC**
PO Box 720548
Byram, MS 39272-0548

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84,418.81** |
|---|---|---|---|

**Pearl Parkway, LLC**
**LJD Enterprises, Inc.**
**2595 Canyon Boulevard**
**Suite 230**
**Boulder, CO 80302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.62** |
|---|---|---|---|

**Petroleum Investments Inc.**
**416 Travis Street, Ste. 612**
**Shreveport, LA 71101-5502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,520.00** |
|---|---|---|---|

**Petroleum Services, Inc.**
**d/b/a Mike Palmer Petroleum Services Inc**
**P.O. Box 1486**
**Williston, ND 58802-1486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Phillips, Mike**
**P.O. Box 1450**
**Mexia, TX 76667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Cash Call Liability__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105,110.78** |
|---|---|---|---|

**Pickens Financial Group, LLC**
**10100 N. Central Expressway**
**Ste 200**
**Dallas, TX 75231-4159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,291.17** |
|---|---|---|---|

**Pine lisland Chemical Solutions, LLC**
**P.O. Box 53393**
**Lafayette, LA 70505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,950.15** |
|---|---|---|---|

**Pioneer Wireline Services, LLC**
**P.O. Box 202567**
**Dallas, TX 75320-2567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33.25 |
|---|---|---|---|

**Pitney Bowes Global Financial Services**
P.O. Box 371887
Pittsburgh, PA 15250-7887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,137.35 |
|---|---|---|---|

**Pitney Bowes Purchase Power**
P.O. Box 371874
Pittsburgh, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66,842.50 |
|---|---|---|---|

**Pitts Swabbing Service, Inc.**
P.O. Box 554
Laurel, MS 39441

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $127,824.75 |
|---|---|---|---|

**Plains Gas Solutions**
**(Plains All American Pipeline, LP)**
333 Clay Street
Suite 1600
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,685.00 |
|---|---|---|---|

**Plante & Morgan, PLLC**
16060 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,188.77 |
|---|---|---|---|

**Precise Propellant Stimulation, LLC**
5354 Highway 171
Gloster, LA 71030-3108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $207.00 |
|---|---|---|---|

**Precision Signs**
P.O. Box 285
Shreveport, LA 71162-0285

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$149,450.80** |
|---|---|---|---|

**Premium Oilfield Services, LLC**
P.O. Box 203763
Dallas, TX 75320-3763

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,269.92** |
|---|---|---|---|

**Presley, Deloris**
309 North Pine Street
Brewton, AL 36426

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,758.45** |
|---|---|---|---|

**Pressure Control Innovations, LLC**
P.O. Box 2115
Laurel, MS 39442-2115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$297,930.25** |
|---|---|---|---|

**Pro-Tek Field Services, LLC**
P.O. Box 919269
Dallas, TX 75391-9269

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,524.46** |
|---|---|---|---|

**Process Piping Materials, Inc.**
P.O. Box 1167
Youngsville, LA 70592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$247,120.11** |
|---|---|---|---|

**Pruet Oil Company, LLC**
217 West Capitol St. Ste 201
Jackson, MS 39201-2004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Cash Call Liability**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,095.08** |
|---|---|---|---|

**Pruet Production Co.**
P.O. Box 11407
Birmingham, AL 35246-1129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$163,302.53** |
|---|---|---|---|

**Pryor Packers, Inc.**
**P.O. Box 2754**
**Laurel, MS 39442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$129,880.00** |
|---|---|---|---|

**Quitman Tank Solutions, LLC**
**P.O. Box 90**
**502 South Archusa Avenue**
**Quitman, MS 39355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,867.44** |
|---|---|---|---|

**R & E Electric Services Electric**
**A&R Enterprises**
**P.O. Box 2000**
**Kilgore, TX 75663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,526.00** |
|---|---|---|---|

**R & R Rentals & Hot Shot, Inc.**
**P.O. Box 1161**
**Laurel, MS 39441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Railroad Commission of Texas**
**P-5 Financial Assurance Unit**
**P.O. Box 12967**
**Austin, TX 78711-2967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,032.50** |
|---|---|---|---|

**Rapad Drilling & Well Service, Inc.**
**217 West Capitol Street**
**Suite 201**
**Jackson, MS 39201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$330,036.75** |
|---|---|---|---|

**Rapad Well Service Co., Inc.**
**217 West Capitol Street**
**Jackson, MS 39201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,653.03 |
|---|---|---|---|

**Rawls Resources, Inc.**
**Attn: Mr. Jim Rawls**
**P.O. Box 2238**
**Ridgeland, MS 39158-2238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,037.92 |
|---|---|---|---|

**Reagan Equipment Co., Inc.**
**Department AT 952461**
**Atlanta, GA 31192-2461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,876.88 |
|---|---|---|---|

**Red Diamond Services, LLC**
**RDOS Holdings, LLC**
**P.O. Box 1029**
**Waskom, TX 75692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,848.80 |
|---|---|---|---|

**Regard Resources Company, Inc.**
**555 Aero Drive**
**Shreveport, LA 71107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|

**Register Oilfield Services, Inc.**
**P.O. Box 960**
**Logansport, LA 71049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $427.94 |
|---|---|---|---|

**Republic Services #808**
**P.O. Box 9001099**
**Louisville, KY 40290-1099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,699.77 |
|---|---|---|---|

**Resource Ventures, LLC**
**Attn: Mark A. Arnold**
**7112 W Jefferson Ave**
**Suite 106**
**Lakewood, CO 80235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,189.11** |
|---|---|---|---|

**Richard E. Johnson, Inc.**
P.O. Box 111
Waynesboro, MS 39367

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,222.50** |
|---|---|---|---|

**Richard S. Logan Trucking, Inc.**
P.O. Box 2900
Mills, WY 82644

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$177.37** |
|---|---|---|---|

**Ricoh USA, Inc.**
P.O. Box 660342
Dallas, TX 75266-0341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,064.67** |
|---|---|---|---|

**Robco Fossil Fuels, LLC**
Attn; Steve White
4830 Line Ave #135
Shreveport, LA 71106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,927.50** |
|---|---|---|---|

**Roberson Trucking Co., Inc.**
672 Three Creeks Road
Junction City, AR 71749

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3.54** |
|---|---|---|---|

**Robert C. McMillan 2011 Rev Trust**
Trustmark Nat'l Bank, Trustee
PO Box 291 STE 1030
Attn: Chip Walker, Personal Trust Dept.
Jackson, MS 39205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,519.46** |
|---|---|---|---|

**Robert Israel**
2920 6th Street
Boulder, CO 80304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Working Interest Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,519.46 |
|---|---|---|---|

**Robert Israel Trust UW Joan Israel**
**R. Israel,L. Israel &D. Israel, Trustees**
**2920 6th Street**
**Boulder, CO 80304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Working Interest Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,255.87 |
|---|---|---|---|

**Robin USA, Inc.**
**5751 English Turn Drive**
**Milton, FL 32571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $433.35 |
|---|---|---|---|

**Robine & Welch Machine & Tool Company**
**P.O .Box 252**
**Laurel, MS 39441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,480.02 |
|---|---|---|---|

**Rosebud Energy Development, LLC**
**William E. Nicas**
**375 Deer Meadow Lane**
**Littleton, CO 80124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,730.75 |
|---|---|---|---|

**Rowe Engineering & Surveying, Inc.**
**3502 Laughlin Drive**
**Suite B**
**Mobile, AL 36693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,768.00 |
|---|---|---|---|

**RSM US LLP**
**5155 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,716.21 |
|---|---|---|---|

**Rudman Family Trust**
**Tara Rudman, Co-Trustee**
**5910 North Central Expressway**
**Ste 1662**
**Dallas, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Sklar Exploration Company, LLC**
Name

Case number (if known)    **20-12377-EEB**

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138,894.72 |
|---|---|---|---|

**RWLS, LLC**
**d/b/a Renengade Services**
**P.O. Box 862**
**Levelland, TX 79336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216.43 |
|---|---|---|---|

**Ryco Exploration, LLC**
**401 Edwards Street, Ste 915**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,880.00 |
|---|---|---|---|

**S&S Construction, LLC**
**P.O. Box 859**
**Flomaton, AL 36441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171.37 |
|---|---|---|---|

**Sawyer Drilling & Service Inc.**
**PO Box 5275**
**Bossier City, LA 71171-5275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,226.70 |
|---|---|---|---|

**SDMF Holdings, LLC**
**Attn: Andrew Dossett**
**5222 Stonegate Road**
**Dallas, TX 75209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115,357.69 |
|---|---|---|---|

**Secorp Industries**
**P.O. Box 687**
**Ridgeland, MS 39158-0687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $519.87 |
|---|---|---|---|

**Sequel Electrical Supply, LLC**
**P.O. Box 3579**
**Meridian, MS 39303-3579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.344** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,203.18**

**Service Electric d/b/a A&R Enterprises**
**P.O. Box 2000**
**Kilgore, TX 75663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.345** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2.99**

**Sesnon Oil Company**
**100 Bush Street, Ste #550**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.346** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.73**

**Shadow Hill, LLC**
**P.O. Box 6212**
**Bossier City, LA 71171-6212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$73,327.06**

**Shore Energy, L.P.**
**W. Tim Sexton, President**
**26 Crestwood Drive**
**Houston, TX 77007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.348** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$126.78**

**Shred-it USA - Shreveport**
**28883 Network Place**
**Chicago, IL 60673-1288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.349** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$199.02**

**Shreveport Club**
**410 Travis Street**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$450.25**

**Shreveport Petroleum Data Assoc.**
**333 Texas Street**
**Suite 900**
**Shreveport, LA 71101-3674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,864.26** |
|---|---|---|---|

**Simba Investors, LLC**
**Attn: Gary Glesby**
**P.O. Box 270415**
**Houston, TX 77277-0415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,135.98** |
|---|---|---|---|

**Sleeping Buffalo**
**P.O. Box 131**
**Saco, MT 59261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$124,059.57** |
|---|---|---|---|

**Slickline South, LLC**
**1652 Dykestown Road**
**Jay, FL 32565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,836.00** |
|---|---|---|---|

**Smith International, Inc.**
**P.O. Box 732136**
**Dallas, TX 75373-2136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,029.38** |
|---|---|---|---|

**Southern Erosion Control Ownership**
**Tracey Fillmore**
**P.O. Box 969**
**Flomaton, AL 36441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$161,443.98** |
|---|---|---|---|

**Southern Pine Electric Cooperative**
**P.O. Box 528**
**Brewton, AL 36427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,273.00** |
|---|---|---|---|

**Southern Propane, Inc.**
**P.O. Box 530**
**Taylorsville, MS 39168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$369.63** |
|---|---|---|---|

**Southwestern Electric Power Company**
P.O. Box 371496
Pittsburgh, PA 15250-7496

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.92** |
|---|---|---|---|

**Spanish Fort Royalty, LLC**
P.O. Box 7429
Spanish Fort, AL 36577

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79,558.14** |
|---|---|---|---|

**SPL, Inc.**
d/b/a Banded Iron Group
P.O. Box 842013
Dallas, TX 75284-2013

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,210.16** |
|---|---|---|---|

**SPOC Automation, Inc.**
P.O. Bxo 1024
Trussville, AL 35173

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,878.00** |
|---|---|---|---|

**SRT Oil Field Service, LLC**
P.O. Box 2909
Laurel, MS 39442

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,448.13** |
|---|---|---|---|

**Staples Business Credit**
P.O. Box 105638
Atlanta, GA 30348-5638

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$345.00** |
|---|---|---|---|

**State Line Vacuum Service, LLC**
10656 Highway 79
Haynesville, LA 71038

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,191.82 |
|---|---|---|---|

**Stateside Oil, Inc.**
**Attn: Nick Sacco**
**952 Echo Lane, Suite 315**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,866.50 |
|---|---|---|---|

**Stewart's Testing, Inc.**
**Alpha Leak Detection Services, Inc.**
**304 Meadow Lane**
**Kemah, TX 77565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $71,339.26 |
|---|---|---|---|

**Stone Development, LLC**
**Attn: L. C. Cheramie, Manager**
**PO Box 12004**
**Jackson, MS 39236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $747,857.68 |
|---|---|---|---|

**Stoneham Drilling Corporation**
**707 17th Street**
**Suite 3250**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $329,439.46 |
|---|---|---|---|

**Strago Petroleum Corporation**
**3209 Hamm Road**
**Pearland, TX 77581-5503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.370 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,551.00 |
|---|---|---|---|

**Stratum Reservoir Intermediate, LLC**
**P.O. Box 734607**
**Dallas, TX 75373-4607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**Stric-Lan Companies, LLC**
**P.O. Box 62288**
**Lafayette, LA 70596-2288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.372 | Nonpriority creditor's name and mailing address | | $2,839.96 |
|---|---|---|---|

**Stroud Family LLC**
**333 Texas Street Suite 860**
**Shreveport, LA 71101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Working Interest Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | | $184,934.22 |
|---|---|---|---|

**Sugar Oil Properties, L.P.**
**Attn: Mr. Mickey Quinlan, President**
**625 Market Street, Suite 100**
**Shreveport, LA 71101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | | $4,698.00 |
|---|---|---|---|

**Support.com Accounts Receivable**
**Dept. CH-10967**
**Palatine, IL 60055-0967**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | | $83.98 |
|---|---|---|---|

**Sutton Lloyd**
**1425 West 23rd Avenue**
**Denver, CO 80205**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | | $2,750.00 |
|---|---|---|---|

**T & T Communications**
**P.O. Box 279**
**Ellisville, MS 39437**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | | $20,102.50 |
|---|---|---|---|

**T & T Welding Service**
**P.O. Box 279**
**Ellisville, MS 39437**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | | $10.92 |
|---|---|---|---|

**T.A. Leonard**
**7817 Petersen Point Road**
**Milton, FL 32583**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83,877.20** |
|---|---|---|---|

**T.M. McCoy & Co., Inc.**
**P.O. Box 608**
**Wilson, WY 83014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,530.00** |
|---|---|---|---|

**T.W. McGuire & Associates, Inc.**
**Petroleum Engineers**
**P.O. Box 1763**
**Shreveport, LA 71166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77.26** |
|---|---|---|---|

**Tara Rudman Revocable Trust**
**Tara Rudman, Trustee**
**5910 North Central Expressway, Ste 1662**
**Dallas, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$141,713.41** |
|---|---|---|---|

**Tauber Exploration & Production Co**
**55 Waugh Drive, Suite 600**
**Houston, TX 77007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$332,395.72** |
|---|---|---|---|

**TCP Cottonwood, L.P.**
**333 Texas Street, Suite 2020**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance - $465,917.81**
**Working Interest Revenue - $193,803.34**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,270.37** |
|---|---|---|---|

**TCP Specialists, LLC**
**P.O. Box 19574**
**Shreveport, LA 71149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,757.31** |
|---|---|---|---|

**TCP Specialists, LLC**
**P.O. Box 157**
**Gloster, LA 71030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.386**

Nonpriority creditor's name and mailing address
**The Coleman Revocable Living Trust**
**4600 Greenville Avenue, Suite 300**
**Dallas, TX 75206**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☒ No ☐ Yes

**$85.63**

---

**3.387**

Nonpriority creditor's name and mailing address
**The Financials.com LLC**
**1868 Wildcat Cove**
**Fort Pierce, FL 34949**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$300.00**

---

**3.388**

Nonpriority creditor's name and mailing address
**The Hiller Companies, Inc.**
**P.O. Box 935434**
**Atlanta, GA 31193-5434**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$8,498.00**

---

**3.389**

Nonpriority creditor's name and mailing address
**The McPherson Companies, Inc.**
**P.O. Box 890145**
**Charlotte, NC 28289-0145**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$9,170.86**

---

**3.390**

Nonpriority creditor's name and mailing address
**The MR Trust**
**Attn: Wes Herndon**
**6500 Greenville Ave**
**Ste 110**
**Dallas, TX 75206**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☒ No ☐ Yes

**$3,580.42**

---

**3.391**

Nonpriority creditor's name and mailing address
**The Rudman Partnership**
**W.R. "Trey" Sibley, III**
**4851 LBJ Freeway, Ste 210**
**Dallas, TX 75244**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☒ No ☐ Yes

**$16,962.50**

---

**3.392**

Nonpriority creditor's name and mailing address
**Thompson Gas**
**P.O. Box 9896511**
**Boston, MA 02298-6511**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$5,801.95**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.393** | Nonpriority creditor's name and mailing address
Tiembo Ltd
Attn: Mark Rauch
PO Box 270415
Houston, TX 77277-0415

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Royalty Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$35,268.12**

---

**3.394** | Nonpriority creditor's name and mailing address
Tim Ross/William Timothy Ross
10044 State Highway
Troup, TX 75789

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.395** | Nonpriority creditor's name and mailing address
Tom Joiner & Associates, Inc.
P.O. Box 1490
Tuscaloosa, AL 35403

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$106,123.08**

---

**3.396** | Nonpriority creditor's name and mailing address
Tom Youngblood
PO Box 5926
Shreveport, LA 71135-5926

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

**$171.36**

---

**3.397** | Nonpriority creditor's name and mailing address
Tool Pushers Supply Co.
P.O. Box 1714
Casper, WY 82602

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$164,035.39**

---

**3.398** | Nonpriority creditor's name and mailing address
Total Pump & Supply, LLC
P.O. Box 548
Carencro, LA 70520

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$11,870.00**

---

**3.399** | Nonpriority creditor's name and mailing address
Total Safety US, Inc.
P.O. Bxo 654171
Dallas, TX 75265-4171

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$6,402.42**

---

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.90** |
|---|---|---|---|
| | **Town of Arcadia** | ☐ Contingent | |
| | **P.O. Box 767** | ☐ Unliquidated | |
| | **Arcadia, LA 71001** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$860.40** |
|---|---|---|---|
| | **TrackNet** | ☐ Contingent | |
| | **1215 Prytania Street** | ☐ Unliquidated | |
| | **New Orleans, LA 70130-4357** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$390.96** |
|---|---|---|---|
| | **TransZap, Inc.** | ☐ Contingent | |
| | **Enverus Business Automation** | ☐ Unliquidated | |
| | **Department 3597** | ☐ Disputed | |
| | **P.O. Box 123597** | | |
| | **Dallas, TX 75312-3597** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$154.59** |
|---|---|---|---|
| | **Trimble Energy, LLC** | | |
| | **Attn: James C. Trimble** | ☐ Contingent | |
| | **11816 Inwood Road #11** | ☐ Unliquidated | |
| | **5855 Milton Street Apt. 405** | ☐ Disputed | |
| | **Dallas, TX 75244** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Cash Call Advance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,493.34** |
|---|---|---|---|
| | **Trinity Exploration LLC** | ☐ Contingent | |
| | **776 Old Wagon Trail Circle** | ☐ Unliquidated | |
| | **Lafayette, CO 80026** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Cash Call Advance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24.93** |
|---|---|---|---|
| | **Triumphant  Management, LLC** | | |
| | **Attn: Stefano Feo** | ☐ Contingent | |
| | **3757 Gulf Shores Pkwy** | ☐ Unliquidated | |
| | **Suite BA-1** | ☐ Disputed | |
| | **Gulf Shores, AL 36542** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Cash Call Advance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,078.13** |
|---|---|---|---|
| | **TST Energy, LLC** | ☐ Contingent | |
| | **Tracy S. Toups, Manager** | ☐ Unliquidated | |
| | **3238 Barksdale Blvd** | ☐ Disputed | |
| | **Bossier City, LA 71112** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Cash Call Advance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,808.00 |
|---|---|---|---|

**Turner Specialty Services,  LLC**
P.O. Box 2750
Baton Rouge, LA 70821

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,436.07 |
|---|---|---|---|

**Twin Bridges Resources LLC**
475 17th Street, Suite 900
Denver, CO 80202

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86,242.70 |
|---|---|---|---|

**UHS Premium Billing**
P.O. Box 94017
Palatine, IL 60094-4017

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,905.00 |
|---|---|---|---|

**Ulterra Drilling Technologies. LP**
P.O. Box 733586
Dallas, TX 75373-3586

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $283,262.50 |
|---|---|---|---|

**Union Oilfield Supply, Inc.**
12 John Dykes Road
Waynesboro, MS 39367

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.56 |
|---|---|---|---|

**Unishippers FRT Performance
Logistics Group, Inc.**
P.O. Box 4011
Greenwood Village, CO 80155

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $454.38 |
|---|---|---|---|

**Unishppers DEN Performance
Logistics Group, Inc.**
P.O. Box 4011
Greenwood Village, CO 80155

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|

Name

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$885.36** |
|---|---|---|---|

**United Rentals (North America),  Inc.**
P.O. Box 840514
Dallas, TX 75284-0514

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$359.12** |
|---|---|---|---|

**Upshur Rural Electric Cooperative**
P.O. Box 6500
Big Sandy, TX 75755-6500

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,145.50** |
|---|---|---|---|

**Valley Plains, LLC**
P.O. Box 249
Woodlawn, TX 75694

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,541.30** |
|---|---|---|---|

**Vincent A. Zito Petroleum Landman**
505 Bear Drive
Gulf Breeze, FL 32561

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,872.98** |
|---|---|---|---|

**W.S. Red Hancock, Inc.**
P.O. Box 207
Bentonia, MS 39040

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,649.69** |
|---|---|---|---|

**Warthawg Construction**
d/b/a Warthawg Properties, LP
520 Honeysuckle Lane
Longview, TX 75605

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Liability**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,859.00** |
|---|---|---|---|

**Wastewater Disposal Services, Inc.**
P.O. Drawer 649
Brewton, AL 36427

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.421** | Nonpriority creditor's name and mailing address
**Weatherford Laboratories, Inc.**
ATTN: Kelly Emanual
2000 St. James Place
Houston, TX 77056

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$112,264.63**

---

**3.422** | Nonpriority creditor's name and mailing address
**WellPro Fishing & Rental Tools, Inc.**
WellPro, Inc.
P.O. Box 2436
Williston, ND 58802-2436

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$20,827.00**

---

**3.423** | Nonpriority creditor's name and mailing address
**Western Water Consultants, Inc.**
611 Skyline Road
Laramie, WY 82070

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$119.00**

---

**3.424** | Nonpriority creditor's name and mailing address
**Whirlwind Methane Recovery Systems LLC**
3600 Bent Cedar Trail
Edmond, OK 73034-2049

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11,520.46**

---

**3.425** | Nonpriority creditor's name and mailing address
**White Resources LLC Oilfield Chemicals**
P.O. Box 17875
Natchez, MS 39122

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$43,383.82**

---

**3.426** | Nonpriority creditor's name and mailing address
**White's T&J Oilfield Supply, Inc.**
P.O. Box 659
Highway 84 West
Jonesville, LA 71343

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,230.00**

---

**3.427** | Nonpriority creditor's name and mailing address
**White, Glen and Glenda**
130 Commanche Trail
Delhi, LA 71232

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.428** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70.24**

**William R. & Gloria R. Rollo Rev Trust**
**W.R. Rollo & G.R. Rollo, Co-Trustees**
**P.O. Box 894**
**Milton, FL 32572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.429** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,181.59**

**Wimberley Park Ltd.**
**Attn: Peter M. Way**
**PO Box 36530**
**Houston, TX 77236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.430** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$144.67**

**Yazoo Valley Electric Power Association**
**P.O. Box 8**
**Yazoo City, MS 39194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.431** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$102.85**

**Your Message Center, Inc.**
**3181 Old Redlick Road**
**Texarkana, TX 75503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.432** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,993.50**

**ZAP Engineering and Construction**
**333 South Allison Parkway**
**Lakewood, CO 80226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.433** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53.50**

**Zedi USA**
**P.O. Box 51475**
**Lafayette, LA 70505-1475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Anderson Investment Holdings LP**<br>**dba GMA Energy LC**<br>**333 Texas Street, Suite 2020**<br>**Shreveport, LA 71101** | Line __3.15__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Internal Revenue Service**<br>**Insolvency Unit**<br>**1999 Broadway**<br>**MS 5012 DEN**<br>**Denver, CO 80202-3025** | Line **2.4**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Internal Revenue Service**<br>**1999 Broadway**<br>**MS 5012 DEN**<br>**Denver, CO 80202-3025** | Line **2.5**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Louisiana Department of Revenue**<br>**617 North Third Street**<br>**Baton Rouge, LA 70802** | Line **2.6**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Office of the Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, DC 20530-0001** | Line **2.4**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Office of the Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, DC 20530-0001** | Line **2.5**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Office of the Attorney General**<br>**State of Colorado**<br>**1300 Broadway**<br>**Denver, CO 80203** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Office of the US Attorney**<br>**District of Colorado**<br>**1801 California Street, Suite 1600**<br>**Denver, CO 80202-2628** | Line **2.4**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Office of the US Attorney**<br>**District of Colorado**<br>**1801 California Street, Suite 1600**<br>**Denver, CO 80202-2628** | Line **2.5**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **State of Colorado**<br>**Division of Securities**<br>**1560 Broadway, Suite 900**<br>**Denver, CO 80202-5150** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 17,754,634.61 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 17,754,634.61 |

**Fill in this information to identify the case:**

Debtor name   **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **20-12377-EEB**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Lease of Boulder Offices**<br><br>**Office Lease dated April 3, 2013, between 5395 Pearl Parkway, LLC, as Landlord, and Sklar Exploration Company L.L.C., as Tenant, as amended by that certain First Amendment to Lease Agreement dated February 10, 2014, and that certain Second Amendment to Lease Agreement dated November 20, 2014, pursuant to which Landlord leased to Tenant certain premises in the building located at 5395 Pearl Parkway, Boulder, Colorado 80301.** |
| State the term remaining | |
| List the contract number of any government contract | **5395 Pearl Parkway, LLC**<br>**1919 14th Street, Suite 800**<br>**Boulder, CO 80302** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | **Paper Management Agreement dated October 22, 2014, by and between All Copy Products, Inc. and Sklar Exploration Company L.L.C., as amended on December 12, 2014 and February 27, 2015.** |
| State the term remaining | **All Copy Products, Inc.**<br>**4141 Colorado Blvd.**<br>**Denver, CO 80216** |

| Debtor 1 | **Sklar Exploration Company, LLC** | | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

---

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Alabama Offices**<br><br>**Office Lease Agreement dated April 26, 2018, by and between Brewton Area Properties, LLC, as Lessor, and Sklar Exploration Company L.L.C., as Lessee, pursuant to which Lessor leased to Lessee the office building located at 319 Belleville Avenue, Brewton, Alabama.** | |
|---|---|---|---|
| | State the term remaining | | **Brewton Area Properties Attn: Thomas McMillan P.O. Box 809 Brewton, AL 36427** |
| | List the contract number of any government contract | | |

---

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Confidential Employment Separation Agreement dated November 20, 2018, by and between David Barlow, an individual, Daboil Resources, L.C., Ansaben Trust, Sklar Exploration Company L.L.C., Sklarco L.L.C. and Howard F. Sklar, individually.** | |
|---|---|---|---|
| | State the term remaining | | **David A. Barlow 321 Paseo Encinal Street San Antonio, TE 78212** |
| | List the contract number of any government contract | | |

---

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement dated April 1, 2020, by and between Enterprise Computing Services, LLC and Sklar Exploration Company L.L.C.** | |
|---|---|---|---|
| | State the term remaining | | **Enterprise Computing Services, LLC 347 Bert Kouns Industrial Loop Shreveport, LA 71106** |
| | List the contract number of any | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Sklar Exploration Company, LLC** | | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **General Terms and Conditions Agreement, Lease Agreement, Management Agreement, Dry Lease Exchange Agreement and Side Letter Agreement dated May 1, 2019, by and between Sklar Transport L.L.C. and Flexjet, LLC.** | |
|---|---|---|---|
| | State the term remaining | | **Flexjet, LLC** |
| | List the contract number of any government contract | | **26180 Curtiss Wright Parkway Cleveland, OH 44143** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Premium Finance Agreement - Promissory Note dated March 2, 2020, by and between J&H Insurance Services, Inc., as Agent, and Sklar Exploration Company L.L.C., as Insured** | |
|---|---|---|---|
| | State the term remaining | | **J and H Insurance Services, Inc.** |
| | List the contract number of any government contract | | **510 N. Valley Mills Road, Suite 701 Waco, TX 76710** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Premium Finance Agreement - Promissory Note dated August 2, 2019 by and between J&H Insurance Services, Inc., as Agent, and Sklar Exploration Company L.L.C., as Insured** | |
|---|---|---|---|
| | State the term remaining | | **J and H Insurance Services, Inc.** |
| | List the contract number of any government contract | | **510 N. Valley Mills Road, Suite 701 Waco, TX 76710** |

| Debtor 1 | **Sklar Exploration Company, LLC** | | Case number (*if known*) | **20-12377-EEB** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Shreveport Offices** | |
|---|---|---|---|
| | | **Office Lease dated February 8, 1999, between SM Brell, LP, as Landlord, and Sklar Exploration Company L.L.C., as Tenant, as amended by that certain Lease Amendment No. 1 dated April 3, 2000, and that certain Lease Amendment No. 2 dated October 17, 2000, and that certain Third Amendment to Lease Agreement dated March 30, 200l, and that certain Fourth Amendment to Lease dated July 19, 2004, and that certain Fifth Amendment to Lease dated March 12, 2006, and that certain Sixth Amendment to Lease dated November 21, 2007, and that certain Seventh Amendment to Lease dated April 18, 2008, and that certain Eighth Amendment to Lease dated May 26, 2011, and that certain Ninth Amendment to Lease dated September 16, 2016, pursuant to which Landlord leased to Tenant certain premises in the building, Suite 1601, 1605, 1615 and 1620, known as the Louisiana Tower Office Building located at 401 Edwards Street, Shreveport, Louisiana 71101.** | |
| | State the term remaining | | **Louisiana Tower Operating c/o Kean Miller Attn: Mark Mese Il City Plaza, 400 Convention Street Baton Rouge, LA 70802** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Sklar Exploration Company, LLC** | | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease Agreement dated December 14, 2018, by and between Sklar Exploration Company L.L.C., as Tenant, and Redwave Energy, Inc., as Subtenant, concerning a sublease of certain office space at 5395 Pearl Parkway, Suite 200, Boulder, CO 80301.** | |
|---|---|---|---|
| | State the term remaining | | **RedWave Energy, Inc.** |
| | List the contract number of any government contract | | **Attn: Jim Nelson 1041 Mackenzie Place Wheaton, IL 60187** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Various Printer Leases** | |
|---|---|---|---|
| | State the term remaining | | **Ricoh Americas Corporation** |
| | List the contract number of any government contract | | **300 Eagleview Blvd Exton, PA 19341** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Each Material Contract is more particularly describred in the attached list of material agreements** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **See attached** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Support.com Small Business Support Services Agreement dated October 22, 2013, by and between Support.com, Inc. and Sklar Exploration Company L.L.C.** | |
|---|---|---|---|
| | State the term remaining | | **Support.com, Inc.** |
| | List the contract number of any government contract | | **Attn: Chief Financial Officer 900 Chesapeake Drive, 2nd Floor Redwood City, CA 94063** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

## MATERIAL AGREEMENTS

### (Sklar Exploration Company, LLC)

1.  Participation Agreement dated effective as of January 23, 2015 covering the Brewton Prospect, Escambia County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration LLC, et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated January 23, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

2.  Letter Agreement dated March 6, 2015 amending the Brewton Prospect Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration, LLC, et al., as Participants

3.  Second Amendment to Brewton Prospect Participation Agreement and JOA dated effective as of January 23, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration, LLC, et al., as Participants

4.  Amended And Restated Participation Agreement dated effective as of April 8, 2015 covering the Mt. Carmel Prospect, Escambia County, AL and Santa Rosa County, FL, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated April 8, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

5.  JOA (AAPL 610-1982) dated July 1, 2008, covering NW/4 Section 17, T4N, R13E, Conecuh County, AL (Craft Mack 17-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators

6.  Unit Agreement dated March 20, 2014 concerning operation of the Little Cedar Creek Oil Unit II, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

7.  Unit Operating Agreement dated March 20, 2014 concerning operation of the Little Cedar Creek Oil Unit II, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

8.  Gas Purchase Contract dated September 23, 2014, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Little Cedar Creek Oil Unit II, as Buyer, and the North Beach Prospect Working Interest Owners, as Sellers

9.  Gas Purchase Contract dated September 23, 2014, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Little Cedar Creek Oil Unit II, as Buyer, and the Escambia Prospect Working Interest Owners, as Sellers

10. Gas Purchase Contract dated April 6, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Shipps Creek Prospect Working Interest Owners, as Sellers

11.     Unit Agreement dated October 1, 2016 concerning operation of the Little Cedar Creek Oil Unit IV, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

12.     Unit Operating Agreement dated October 1, 2016 concerning operation of the Little Cedar Creek Oil Unit IV, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

13.     Participation Agreement covering the Escambia Prospect (Escambia and Conecuh Counties, AL), by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 1, 2006 covering the Escambia Prospect (Escambia and Conecuh Counties, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

14.     Amendment to Operating Agreement dated effective as of November 1, 2011 covering the Escambia Prospect (Escambia and Conecuh Counties, Alabama), by and between Sklar Exploration Company L.L.C., et al., which Amendment extended the term of the AMI and added additional lands to the Contract Area and AMI

15.     JOA (AAPL 610-1982) dated March 1, 2011, covering NE/4 Section 31, T4N, R13E, Conecuh County, AL (Mary-Mack 31-2 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators

16.     Farmout Agreement dated February 15, 2011, covering the SE/4 Section 29, T4N, R13E, Conecuh County, AL (Thomasson 29-10 #1), by and between Anderson Exploration Energy Company, L.C., et al., as Farmor, and Sklar Exploration Company L.L.C., as Farmee

17.     JOA (AAPL 610-1982) dated February 15, 2011, covering the SE/4 Section 29, T4N, R13E, Conecuh County, AL (Thomasson 29-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators

18.     JOA (AAPL 610-1982) dated May 1, 2011, covering the SE/4 Section 35, T4N, R12E, Conecuh County, AL (CCL&T 35-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

19.     JOA (AAPL 610-1982) dated July 1, 2011, covering the NE/4 Section 30, T4N, R13E, Conecuh County, AL (Ralls 30-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

20.     JOA (AAPL 610-1982) dated September 15, 2011, covering the NE/4 Section 30, T4N, R13E, Conecuh County, AL (Ralls 30-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and BSAP I, Inc., et al., as Non-Operators

21.     JOA (AAPL 610-1982) dated December 7, 2011, covering NW/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-6 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C. and BSAP I, Inc., as Non-Operators

22.    JOA (AAPL 610-1982) dated December 7, 2011, covering NW/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-6 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., Pruet Production Co., and Midroc Operating Company and others, as Non-Operators

23.    JOA (AAPL 610-1982) dated February 1, 2012, covering NE/4 Section 33, T4N, R12E, Conecuh County, AL (CCL&T 33-2 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

24.    JOA (AAPL 610-1982) dated March 15, 2012, covering NE/4 Section 34, T4N, R12E, Conecuh County, AL (Grady 34-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

25.    JOA (AAPL 610-1982) dated June 1, 2012, covering NW/4 Section 34, T4N, R12E, Conecuh County, AL (Jones 34-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Texar Exploration, LLC, et al., as Non-Operators

26.    JOA (AAPL 610-1982) dated March 15, 2012, covering NW/4 Section 35, T4N, R12E, Conecuh County, AL (CCL&T 35-5 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Avery Producing, LLC, et al., as Non-Operators

27.    JOA (AAPL 610-1982) dated May 1, 2012, covering SE/4 Section 34, T4N, R12E, Conecuh County, AL (Grady 34-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

28.    JOA (AAPL 610-1982) dated July 13, 2012, covering NW/4 Section 4, T3N, R12E, Escambia County, AL (CCL&T 4-3 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

29.    JOA (AAPL 610-1982) dated January 10, 2013, covering SE/4 Section 4, T4N, R13E, Conecuh County, AL (CCL&T 32-9 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

30.    JOA (AAPL 610-1982) dated April 1, 2013, covering SW/4 Section 36, T4N, R12E, Conecuh County, AL (Kennedy 36-12 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

31.    JOA (AAPL 610-1982) dated February 17, 2014, covering SW/4 Section 33, T4N, R13E, Conecuh County, AL (Thomasson 33-12 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

32.    JOA (AAPL 610-1982) dated August 1, 2014, covering SE/4 Section 2, T3N, R12E, Escambia County, AL (CCL&T 2-9 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Central Petroleum, Inc., et al., as Non-Operators

33.    JOA (AAPL 610-1982) dated September 1, 2014, covering NW/4 Section 3, T3N, R13E, Conecuh County, AL (CCL&T 3-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

34.  JOA (AAPL 610-1982) dated August 15, 2014, covering NE/4 Section 4, T3N, R13E, Conecuh County, AL (CCL&T 4-1 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

35.  Unit Agreement dated May 11, 2015 concerning operation of the Fishpond Oil Unit, Fishpond Field, Escambia County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

36.  Unit Operating Agreement dated May 11, 2015 concerning operation of the Fishpond Oil Unit, Fishpond Field, Escambia County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

37.  Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the North Beach Prospect Working Interest Owners, as Sellers

38.  Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Escambia Prospect Working Interest Owners, as Sellers

39.  Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Shipps Creek Prospect Working Interest Owners, as Sellers

40.  Participation Agreement covering the Shipps Creek Prospect (Conecuh & Escambia Counties, AL) dated effective as of June 1, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "F" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated June 1, 2012 covering the Shipps Creek Prospect (Conecuh & Escambia Counties, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

41.  Agreement to Participate in 3D Seismic Acquisition and To Share Information dated effective as of June 1, 2012, by and between Sklar Exploration Company L.L.C., the Shipps Creek Prospect Participants, the Escambia Prospect Participants and Windancer Operating of Alabama, LLC

42.  Letter Agreement dated August 14, 2015 regarding Extension of Shipps Creek Prospect AMI and Acquisition of Additional Seismic Data, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, as amended by that certain Correction Letter dated August 18, 2015, by and between the same parties

43.  Letter Agreement dated May 23, 2017 regarding Shipps Creek Prospect AMI Extension, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for a 1 year extension of the AMI.

44.  Letter Agreement dated May 16, 2018 regarding Shipps Creek Prospect AMI Extension (Second Extension), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for an additional 1 year extension of the AMI.

45.  Letter Agreement dated April 23, 2019 regarding Shipps Creek Prospect AMI Extension (Third Extension), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for an additional 1 year extension of the AMI.

46.   Participation Agreement covering the Castleberry Prospect (Conecuh County, AL) dated effective as of November 7, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 7, 2012 covering the Castleberry Prospect (Conecuh County, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

47.   Participation Agreement covering the L-Pond Prospect (Conecuh County, AL) dated effective as of November 7, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 7, 2012 covering the L-Pond Prospect (Conecuh County, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

48.   Gathering Agreement dated November 16, 2011, by and between Sklar Exploration Company L.L.C., as Gatherer, and CDM MAX, LLC, as Plant Operator, concerning gas gathering from the Fletcher Petroleum Corp. Godwin 36-1 #1 well

49.   First Amendment to Gas Gathering Agreement dated April 21, 2015 and Second Amendment to Gas Gathering Agreement dated September 1, 2016, by and between Sklar Exploration Company L.L.C., as Gatherer, and Plains Gas Solutions, LLC, formerly known as CDM MAX, LLC, as Plant Operator, concerning the gathering of gas from the Fletcher Petroleum Corp. Godwin 36-1 #1 well

50.   Gas Purchase Contract dated August 7, 2009, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller

a.   Counterparties:          Southeast Alabama Gas District
                                        715 Dr. MLK Jr. Expressway
                                        Andalusia, Alabama 36420
                                        Attn: Greg Henderson

51.   Pipeline Construction Agreement dated August 7, 2009, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller, concerning the construction of a pipleline from Seller's North Beach Plant to the Castleberry Extension

a.   Counterparties:          Southeast Alabama Gas District
                                        715 Dr. MLK Jr. Expressway
                                        Andalusia, Alabama 36420
                                        Attn: Greg Henderson

52.   First Amendment to Gas Purchase Contract dated April 28, 2010, by and between the Southeast Alabama Gas District, as Buyer and Sklar Exploration Company L.L.C., as Seller

a.   Counterparties:          Southeast Alabama Gas District
                                        715 Dr. MLK Jr. Expressway
                                        Andalusia, Alabama 36420
                                        Attn: Greg Henderson

53.   Gas Purchase Contract (South Field) dated June 1, 2011, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller

    a.   Counterparties:      Southeast Alabama Gas District
                                   715 Dr. MLK Jr. Expressway
                                   Andalusia, Alabama 36420
                                   Attn: Greg Henderson

54. JOA (AAPL 610-1982) dated August 1, 2015, covering Sections 1 & 2, T13N, R7W, Natchitoches Parish, LA (Rushing Et Al #2), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

55. JOA (AAPL 610-1982) dated January 1, 2016 (East Castor Prospect), covering certain property in, T14N, R7W, Bienville Parish, LA (Echo Papa 10-10 #1 and JB Evans 11-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

56. Letter Agreement dated April 29, 2016 regarding Amendment East Castor Prospect JOA, by and between Sklar Exploration Company L.L.C., as Operator, and AEEC II, LLC, et al., as Non-Operators

57. Partial Termination of Restated Participation Agreement (Bodcaw 3D Project) dated effective as of March 1, 2016, by and between AEEC II, LLC et al.

58. Termination of Restated Participation Agreement (Bodcaw 3D Project) dated effective as of December 1, 2018, by and between AEEC II, LLC et al.

59. Participation Agreement covering the Red River Prospect (Caddo & Bossier Parishes, LA) dated effective as of April 1, 2006, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (AAPL Form 610-1982) dated April 1, 2006, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

60. JOA (AAPL 610-1982) dated February 15, 1999, covering S/2 of Section 16 and N/2 of Section 21, T18N, R7W, Bienville Parish, LA (Willamette 21 #1), by and between Brammer Engineering, Inc., as Operator, and Wheless TDL Exploration Company, L.L.C., et al., as Non-Operators

61. Participation Agreement dated effective as of December 1, 2012 covering the West Bryceland Saddle Prospect, by and between AEEC II, L.L.C., Sklar Exploration Company L.L.C., Sklarco L.L.C., and Marshall-Wuellner, Inc., which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated December 1, 2012, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

62. JOA (AAPL 610-1982) dated May 26, 2004, covering Section 28, T18N, R6W, Bienville Parish, LA (Cindy Lou Cloyd 28 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

63. JOA (AAPL 610-1982) dated February 1, 2008, covering Section 34, T19N, R6W, Bienville & Claiborne Parishes, LA (CS Shaffer 34 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

64.  JOA (AAPL 610-1982) dated August 15, 2007, covering Section 33, T18N, R6W, Bienville Parish, LA (JC Merritt #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

65.  JOA (AAPL 610-1982) dated May 1, 2009, covering Section 33, T19N, R6W, Claiborne Parish, LA (Kimberly Lay 33 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

66.  JOA (AAPL 610-1982) dated March 5, 2003, covering Section 3, T18N, R6W, Bienville Parish, LA (LA Minerals #1 Alt), by and between Cypress Operating, Inc., as Operator, and Sklarco L.L.C., et al., as Non-Operators

67.  Operating Agreement of West Arcadia Pipeline L.L.C. dated effective as of July 20, 2009, by and between Sklarco L.L.C., McCombs Energy, LTD., and Tensas Delta Exploration Company, LLC, as Members of the Company

    a.  Counterparties:    Tensas Delta Exploration Company, LLC
    333 Texas Street, Suite 2121
    Shreveport, Louisiana 71101

    McCombs Energy LTD
    Attn: Gary Woods
    750 E. Mulberry Ave. Suite 403
    San Antonio, Texas 78212

68.

69.  Assignment And Bill of Sale dated effective as of September 1, 2009, by and between Tensas Delta Exploration Company, LLC and Sklar Exploration Company L.L.C., as Assignors, and West Arcadia Pipeline L.L.C., as Assignee

    a.  Counterparties:    West Arcadia Pipeline L.L.C.
    401 Edwards Street, Suite 1601
    Shreveport, Louisiana 71101

    Tensas Delta Exploration Company, LLC
    333 Texas Street, Suite 2121
    Shreveport, Louisiana 71101

70.  Assignment And Bill of Sale dated effective as of September 1, 2009, by and between McCombs Energy, LTD. And Sklarco L.L.C., as Assignors, and West Arcadia Pipeline L.L.C., as Assignee

    a.  Counterparties:    West Arcadia Pipeline L.L.C.
    401 Edwards Street, Suite 1601
    Shreveport, Louisiana 71101

    McCombs Energy LTD
    Attn: Gary Woods
    750 E. Mulberry Ave. Suite 403
    San Antonio, Texas 78212

71.  Natural Gas Purchase and Sale Agreement dated September 1, 2009, by and between Texla Energy Management, Inc., as Buyer, and Sklar Exploration Company L.L.C., as Seller

    a.   Counterparties:    Texla Energy Management, Inc.
                                      1100 Louisiana, Suite 4700
                                      Houston, TX 77002

72.    Gas Gathering Agreement dated effective as of October 1, 2009, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

    a.   Counterparties:    West Arcadia Pipeline L.L.C.
                                        401 Edwards Street, Suite 1601
                                      Shreveport, Louisiana 71101
                                      Texla Energy Management, Inc.
                                      1100 Louisiana, Suite 4700
                                      Houston, TX 77002

73.    First Amendment to Gas Gathering Agreement dated December 16, 2009, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

    a.   Counterparties:    West Arcadia Pipeline L.L.C.
                                        401 Edwards Street, Suite 1601
                                      Shreveport, Louisiana 71101

                                      Texla Energy Management, Inc.
                                      1100 Louisiana, Suite 4700
                                      Houston, TX 77002

74.    Agreement to Distribute Proceeds dated December 16, 2009, by and between West Arcadia Pipeline L.L.C., as Gatherer, Texla Energy Management, Inc., as Buyer, and Sklar Exploration Company L.L.C. and Tensas Delta Exploration Company, LLC, as Sellers

    a.   Counterparties:    West Arcadia Pipeline L.L.C.
                                        401 Edwards Street, Suite 1601
                                      Shreveport, Louisiana 71101

                                      Texla Energy Management, Inc.
                                      1100 Louisiana, Suite 4700
                                      Houston, TX 77002

75.    Second Amendment to Gas Gathering Agreement dated November 1, 2010, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

    a.   Counterparties:    West Arcadia Pipeline L.L.C.
                                        401 Edwards Street, Suite 1601
                                      Shreveport, Louisiana 71101

                                      Texla Energy Management, Inc.
                                      1100 Louisiana, Suite 4700
                                      Houston, TX 77002

76.    Third Amendment to Gas Gathering Agreement dated June 11, 2014, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

     a.   Counterparties:     West Arcadia Pipeline L.L.C.
                                      401 Edwards Street, Suite 1601
                                      Shreveport, Louisiana 71101

                                      Texla Energy Management, Inc.
                                      1100 Louisiana, Suite 4700
                                      Houston, TX 77002

77.     Participation Agreement dated effective as of March 1, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Resource Ventures, LLC, et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

78.     Participation Agreement dated effective as of June 30, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Petro-Chem Operating Co., Inc., et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

79.     Participation Agreement dated effective as of June 30, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Tiembo, LTD., et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

80.     JOA dated April 17, 1997, covering Sections 19-22, 25-29 and 36-41, T17N, R4E, and Sections 2-7, T16N, R4E, Warren County, Mississippi (Feld Heirs #1 and Feld Heirs #3), by and between Stroud & Luke Production Company, as Operator, and Robert A. Stroud LLC, et al., as Non-Operators

81.     Participation and Exploration Agreement dated effective as of October 1, 2013 covering the West Tyler 3D Seismic Prospect, Smith County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1989) dated October 1, 2013 covering the Swan Prospect, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

82.     Letter Agreement dated January 7, 2014 regarding amendments to West Tyler 3D Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators

83.     Letter Agreement dated October 30, 2014 regarding amendments to West Tyler 3D Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators

84.     Participation Agreement dated effective as of March 1, 2013 covering the South Woodlawn Prospect, Marion County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating

Agreement (AAPL Form 610-1989) dated March 1, 2013, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

85.   Letter Agreement dated May 23, 2013 regarding amendments to Participation Agreement and JOA (South Woodlawn Prospect), Marion County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators

86.   Farmout Agreement dated January 7, 2014, by and between Penn Virginia Oil & Gas, L.P., as Farmor, and Sklar Exploration Company L.L.C., as Farmee covering certain oil, gas and mineral leases located in Marion County, TX

     a.   Counterparties:      Penn Virginia Oil & Gas, L.P.
                                    840 Gessner, Suite 800
                                    Houston, Texas 77024

87.   Letter Agreement dated March 14, 2014, by and between Sklar Exploration Company L.L.C., as Farmee and Penn Virginia Oil & Gas, L.P., as Farmor, amended certain terms in the Farmout Agreement

     a.   Counterparties:      Penn Virginia Oil & Gas, L.P.
                                    840 Gessner, Suite 800
                                    Houston, Texas 77024

88.   JOA (AAPL 610-1982) dated October 20, 1999, covering the Steeles Creek Prospect, Limestone County, TX, by and between Sklar-Tex L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

89.   JOA (AAPL 610-1982) dated November 1, 2009, covering the Claude Hayes Unit, Willow Springs Field, Gregg County, TX, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

90.   Participation Agreement dated effective as of July 1, 2014 covering the Mule Creek and Bridge Creek Prospects, Niobrara County, Wyoming, by and between Sklar Exploration Company L.L.C., as Operator, and G&H Production Company, LLC, et al., as Participants, which includes as Exhibit "D-1" an Operating Agreement (AAPL Form 610-1989) dated July 1, 2014 covering the Mule Creek Prospect and as Exhibit "D-2" an Operating Agreement (AAPL Form 610-1989) covering the Bridge Creek Prospect

91.   First Amendment to Participation Agreement (Mule Creek & Bridge Creek Prospects) dated effective January 1, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and G&H Production Company, LLC, et al., as Participants

92.   Participation Agreement dated July 1, 2017 covering the South Harmony Prospect, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., as Participant, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1989) dated July 1, 2017, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

93.   Crude Oil Purchase Contract (PMLP Contract No. 3796-1005) dated September 20, 2011, but effective as of July 1, 2011, by and between Sklar Exploration Company L.L.C., as Seller, and Plains Marketing, L.P., as Buyer

    a.   Counterparties:      Plains Marketing, LP
                                   12700 Hillcrest Road, Suite 158
                                   Dallas, Texas 75230

94.    Crude Oil Exchange Contract (PMLP Contract No. 3796-1007) dated September 20, 2011, but effective as of July 1, 2011, by and between Sklar Exploration Company L.L.C., as Seller, and Plains Marketing, L.P., as Buyer

    a.   Counterparties:      Plains Marketing, LP
                                   12700 Hillcrest Road, Suite 158
                                   Dallas, Texas 75230

95.    Base Contract for Sale and Purchase of Natural Gas dated October 1, 2016, by and between GEP Haynesville, LLC, as Buyer, and Sklar Exploration Company L.L.C., as Seller.

    a.   Counterparties:      GEP Haynesville, LLC
                                   Attn: Larry Gregory
                                   1425 Lake Front Circle
                                   The Woodlands, TX 77380

96.    Interconnect Agreement dated October 5, 2016, by and between Gulf South Pipeline Company, LP and Sklar Exploration Company L.L.C. concerning the construction, operation and maintenance of certain interconnecting facilities in Bienville Parish, Louisiana.

    a.   Counterparties:      Gulf South Pipeline Company, LP
                                     Attn: Legal Dept
                                   9 Greenway Plaza, Suite 2800
                                   Houston, TX 77046

97.    Participation Agreement dated effective as of February 20, 2019 covering the North Pachuta Prospect, Clarke County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (AAPL Form 610-1989) dated February 20, 2019, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

98.    Participation Agreement dated effective as of July 1, 2019 covering the Bowdoin Dome Prospect, Phillips and Valley Counties, Montana, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "A" a Restated Farmout Agreement dated effective as of May 21, 2019, by and between Twin Bridges Resources, LLC and Charter Energy Partners, LLC, as Farmees, and Scout Energy Partners II, LP, as Farmor

99.    JOA (AAPL 610-1982) dated December 15, 2019, covering the E ½ of Section 35 and W ½ of Section 36 (Castleberry Prospect), Township 4 North, Range 10 East, Conecuh County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

100.    Unit Agreement dated November 1, 2018 concerning operation of the Southwest Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

101.    Unit Operating Agreement dated November 1, 2018 concerning operation of the Southwest Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

102.    Unit Agreement dated November 1, 2018 concerning operation of the Southeast Brooklyn Oil Unit II, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

103.    Unit Operating Agreement dated November 1, 2018 concerning operation of the Southeast Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

104.    Y-Grade Purchase Agreement dated January 21, 2020, by and between Concord Energy, LLC, as Purchaser, and Sklar Exploration Company L.L.C., as Seller, concerning the purchase and sale of certain Y-Grade products in Conecuh County, Alabama

   a.    Counterparties:       Concord Energy LLC
                               Attn: Kyle McKinnell
                               1401 17th Street, Suite 500
                               Denver, CO 80202

105.    Condensate Purchase Agreement dated January 21, 2020, by and between Concord Energy, LLC, as Purchaser, and Sklar Exploration Company L.L.C., as Seller, concerning the purchase and sale of certain condensate products in Conecuh County, Alabama

   a.    Counterparties:       Concord Energy LLC
                               Attn: Kyle McKinnell
                               1401 17th Street, Suite 500
                               Denver, CO 80202

106.    Asset Transfer Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the transfer of ownership of the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

   a.    Counterparties:       Plains Gas Solutions, LLC
                               Attn: General Counsel
                               333 Clay Street, Suite 1600
                               Houston, TX 77002

107.    Assignment and Assumption Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the assignment of certain rights and obligations relating to the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

   a.    Counterparties:       Plains Gas Solutions, LLC
                               Attn: General Counsel
                               333 Clay Street, Suite 1600
                               Houston, TX 77002

108.  Bill of Sale dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the transfer of ownership of the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

    a.   Counterparties:      Plains Gas Solutions, LLC
                                            Attn: General Counsel
                                            333 Clay Street, Suite 1600
                                            Houston, TX 77002

109.  Termination Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the termination of certain Service Agreements for the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

    a.   Counterparties:      Plains Gas Solutions, LLC
                                            Attn: General Counsel
                                            333 Clay Street, Suite 1600
                                            Houston, TX 77002

110.  Custody Transfer Certificate dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the transfer of custody of certain NGL and condensate products at the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

    a.   Counterparties:      Plains Gas Solutions, LLC
                                            Attn: General Counsel
                                            333 Clay Street, Suite 1600
                                            Houston, TX 77002

111.  Termination Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning termination of a lease covering certain real property in Conecuh County, Alabama

    a.   Counterparties:      Plains Gas Solutions, LLC
                                            Attn: General Counsel
                                            333 Clay Street, Suite 1600
                                            Houston, TX 77002

112.  Termination Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the termination of a Condensate Processing Agreement dated August 18, 2014

    a.   Counterparties:      Plains Gas Solutions, LLC
                                            Attn: General Counsel
                                            333 Clay Street, Suite 1600
                                            Houston, TX 77002

113.  Amended and Restated Interruptible Gas Gathering and Processing Service Agreement North Beach Plant Conecuh County, Alabama between Plains Gas Solutions, LLC and Fletcher Petroleum Corp., dated July 1, 2014

    a.   Counterparties:      Fletcher Petroleum Corp.
                                            Attn: Rick Fletcher, CEO

25 Spring Run Dr.
Fairhope, AL 36532

114.   Gas Contract Compression Agreement dated as of April 25, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 005)

   a.   Counterparties:   Kodiak Gas Services, LLC
Attn: Legal Dept.
15320 Hwy 105 W, Suite 210
Montgomery, TX 77356

115.   Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 009)

   a.   Counterparties:   Kodiak Gas Services, LLC
Attn: Legal Dept.
15320 Hwy 105 W, Suite 210
Montgomery, TX 77356

116.   Gas Contract Compression Agreement dated as of January 5, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0011)

   a.   Counterparties:   Kodiak Gas Services, LLC
Attn: Legal Dept.
15320 Hwy 105 W, Suite 210
Montgomery, TX 77356

117.   Gas Contract Compression Agreement dated as of January 30, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0012)

   a.   Counterparties:   Kodiak Gas Services, LLC
Attn: Legal Dept.
15320 Hwy 105 W, Suite 210
Montgomery, TX 77356

118.   Gas Contract Compression Agreement dated as of January 30, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0013)

   a.   Counterparties:   Kodiak Gas Services, LLC
Attn: Legal Dept.
15320 Hwy 105 W, Suite 210
Montgomery, TX 77356

119.   Compression Operations Agreement, dated March 2, 2018, between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC and/or affiliates (Unit #5011)

   a.   Counterparties:   Kodiak Gas Services, LLC
Attn: Legal Dept.
15320 Hwy 105 W, Suite 210
Montgomery, TX 77356

120. Gas Contract Compression Agreement dated as of January 5, 2012, between Kodiak Gas Services, LLC and CDM Max, LLC (Unit #11011)

    a. Counterparties:     Kodiak Gas Services, LLC
    Attn: Legal Dept.
    15320 Hwy 105 W, Suite 210
    Montgomery, TX 77356

121. Gas Contract Compression Agreement dated as of January 30, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12012)

    a. Counterparties:     Kodiak Gas Services, LLC
    Attn: Legal Dept.
    15320 Hwy 105 W, Suite 210
    Montgomery, TX 77356

122. Gas Contract Compression Agreement dated as of January 30, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12013)

    a. Counterparties:     Kodiak Gas Services, LLC
    Attn: Legal Dept.
    15320 Hwy 105 W, Suite 210
    Montgomery, TX 77356

123. Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0006)

    a. Counterparties:     Kodiak Gas Services, LLC
    Attn: Legal Dept.
    15320 Hwy 105 W, Suite 210
    Montgomery, TX 77356

124. Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0007)

    a. Counterparties:     Kodiak Gas Services, LLC
    Attn: Legal Dept.
    15320 Hwy 105 W, Suite 210
    Montgomery, TX 77356

125. Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0008)

    a. Counterparties:     Kodiak Gas Services, LLC
    Attn: Legal Dept.
    15320 Hwy 105 W, Suite 210
    Montgomery, TX 77356

126. Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12-0006)

    a.   Counterparties:    Kodiak Gas Services, LLC
                                              Attn: Legal Dept.
                                            15320 Hwy 105 W, Suite 210
                                            Montgomery, TX 77356

127. Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12-0007)

    a.   Counterparties:    Kodiak Gas Services, LLC
                                              Attn: Legal Dept.
                                          15320 Hwy 105 W, Suite 210
                                            Montgomery, TX 77356

128. Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12-0008)

    a.   Counterparties:    Kodiak Gas Services, LLC
                                              Attn: Legal Dept.
                                          15320 Hwy 105 W, Suite 210
                                            Montgomery, TX 77356

129. Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12-0009)

    a.   Counterparties:    Kodiak Gas Services, LLC
                                              Attn: Legal Dept.
                                          15320 Hwy 105 W, Suite 210
                                            Montgomery, TX 77356

130. Master Agreement dated April 17, 2012, by and between P2ES Holdings, LLC, and Sklar Exploration Company L.L.C, as amended by Tobin All-Access Order Form dated April 30, 2018.

    a.   Counterparties:    P2ES Holdings, LLC
                                              Attn: General Counsel
                                          1670 Broadway, Suite 2900
                                            Denver, CO 80202

131. PetroDE Order Form dated July 20, 2018, by and between Vesmir, Inc. and Sklar Exploration Company L.L.C.

    a.   Counterparties:    Vesmir, Inc.
                                              2150 W 6th Ave., Suite H
                                            Broomfield, CO 80020

132. IADC Drilling Bid Proposal and Daywork Drilling Contract dated September 19, 2019, by and between Sklar Exploration Company L.L.C., as Operator, and Stoneham Drilling Corporation, as Contractor.

    a.   Counterparties:    Stoneham Drilling Corporation
                                              707 17th Street, Suite 3250
                                            Denver, CO 80202

133. GPIS Software Subscription Agreement dated February 26, 2020, by and between Exigent Information Solutions, LLC and Sklar Exploration Company L.L.C.

    a. Counterparties:      Exigent Information Solutions, LLC
    8310 S. Valley Highway, Suite 300
    Englewood, CO 80112

134. Mineral & Royalty Acquisition Agreement dated June 24, 2019, by and between Sklar Exploration Company L.L.C. and Maevlo Company, LLC.

    a. Counterparties:      Maevlo Company, LLC
    Attn: Matthew Montgomery
    P.O. Box 287
    6140 S. Gun Club Rd K6
    Aurora, CO 80237

135. Gas Gathering Agreement dated September 16, 2016, by and between Sklar Exploration Company L.L.C., as Gatherer, Sklarco L.L.C., as Farmor, and McCombs Energy, LTD., as Farmee.

    a. Counterparties:      McCombs Energy LTD
    Attn: Gary Woods
    750 E. Mulberry Ave. Suite 403
    San Antonio, Texas 78212

136. Crude Oil Purchase Contract dated November 1, 2013, by and between Sklar Exploration Company L.L.C. and Goodway Refining LLC.

    a. Counterparties:      Goodway Refining, LLC
    Attn: Roger Chapman
    P.O. Box 649
    Brewton, AL 36427

137. Master Gas Purchase Contract dated September 20, 2018, by and between The Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C. and Pruet Production Co., as Sellers.

    a. Counterparties:      The Southeast Alabama Gas District
    Attn: J. Gregory Henderson
    715 Dr. MLK Jr. Expressway
    Andalusia, Alabama 36420

138. Amended and Restated JOA (AAPL 610-1982) dated December 15, 2019, covering the E/2 of Section 35 and W/2 of Section 36 (Myrtice Ellis Et Al 35-9 #1 well), Township 4 North, Range 10 East, Conecuh County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

139. JOA (AAPL 610-1989) dated July 15, 2019, covering the Bowdoin Dome Initial Block, Phillips County, Montana, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

**Fill in this information to identify the case:**

Debtor name    __Sklar Exploration Company, LLC__

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    __20-12377-EEB__

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

   **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

   **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Sklarco, LLC** | **5395 Pearl Parkway Suite 200 Boulder, CO 80301** | **East West Bank Treasury Department** | ■ D   __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2   **Sklarco, LLC** | **5395 Pearl Parkway Suite 200 Boulder, CO 80301** | **5395 Pearl Parkway, LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy