**SKLAR EXPLORATION COMPANY LLC and SKLARCO LLC**
**BUDGET**

|  | Original budget | | | Second Interim Budget | |
|---|---|---|---|---|---|
|  | Week ending | | | | |
|  | 10-Apr | 17-Apr | 24-Apr | 1-May | 8-May |

**CASH RECEIPTS**

*Sklar operated oil production volume estimate (8/8ths BBL)*
*Oil price estimate*

*Sklar operated gas production volume estimate (8/8ths MCF)*
*Gas price estimate*

| | | | | | |
|---|---|---|---|---|---|
| **Operated properties [1]** | | | | | |
|     Oil | | | 2,714,652 | | |
|     Gas | | | | 502,104 | |
| **Non-operated properties - Sklarco Revenue** | | | | 184,200 | |
| **Alabama gas plant management fees** | | | | | |
| **Hedge settlements** | 173,495 | | | | 267,500 |
|         **CASH RECEIPTS** | **173,495** | **-** | **2,714,652** | **686,304** | **267,500** |

**CASH DISBURSEMENTS**

*January and February RI and ...*

| | | | | | |
|---|---|---|---|---|---|
| **Revenue payable to others [2]** | | | | 1,853,229 | |
| **Severance tax** | | | | | |
| **Lease operating expenses (gross) for operated properties** | | | | | |
|     Contract pumpers | 3,640 | 3,640 | 3,640 | 3,640 | 3,640 |
|     Compression rentals and maintenance | 25,279 | 25,279 | 25,279 | 25,279 | 25,279 |
|     Saltwater disposal | 16,256 | 16,256 | 16,256 | 16,256 | 16,256 |
|     Electrical service and supply | 1,176 | 1,176 | 1,176 | 1,176 | 1,176 |
|     Oilfield supply | 747 | 747 | 747 | 747 | 747 |
|     Artificial lift | 404 | 404 | 404 | 404 | 404 |
|     RTU - remote monitoring | 1,054 | 1,054 | 1,054 | 1,054 | 1,054 |
|     Gas measurement - meter calibration and lab | 735 | 735 | 735 | 735 | 735 |
|     Safety systems - testing and repairs | 674 | 674 | 674 | 674 | 674 |
|     Fuel and power - | | | | | |
|         Southern Propane Supplies | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 |
|         Thompson Gas | 466 | 466 | 466 | 466 | 466 |
|         Mc Phereson Lubes | 502 | 502 | 502 | 502 | 502 |
|         Herring Gas Company, Inc | 172 | 172 | 172 | 172 | 172 |
|         Southern Pine Electric | | 185,850 | | | |
|         Escambia River Electric, Inc. | 8,085 | | | | 8,085 |
|         Yazoo Valley Electric | | | 3,518 | | |
|         Mississippi Power | | | | 11,188 | |
|     Chemicals | 2,916 | 2,916 | 2,916 | 2,916 | 2,916 |
|     Construction | 490 | 490 | 490 | 490 | 490 |
|     Environmental services | 200 | 200 | 200 | 200 | 200 |
|     Slickline services / jet pump support | 257 | 257 | 257 | 257 | 257 |
|     Engineering services | 368 | 368 | 368 | 368 | 368 |
|     Tubulars and inspections | 49 | 49 | 49 | 49 | 49 |
|     Insurance | | | | 47,851 | |
|     Gas plant payroll | | | | | |
|     Gas plant operating costs | 29,840 | 29,840 | 29,840 | 29,840 | 29,840 |
| **Reimbursement of operated property LOE from other WI owners** | (71,267) | (204,591) | (67,842) | (109,483) | (71,267) |
| **Lease operating expenses for non-operated properties - Sklarco Current JIBS** | 17,940 | 17,940 | 17,940 | 17,940 | 17,940 |
| **Transportation (truck pmts to Ford)** | 3,408 | | 5,143 | 2,450 | |
| **General and administrative** | | | | | |
|     Outsourced IT support and general computer exp (eg, Wolfepak) | | | 4,849 | 3,320 | |
|     Agency service fees | (15,000) | | | | (15,000) |
|     Employee salaries and payroll taxes, exclusive of gas plant employees (see above) | | 157,680 | | 157,680 | |
|     Employee portion of 401k | | | 9,000 | | 9,000 |
|     CEO salary | | | | 25,000 | |
|     Employee benefits - | | | | | |
|         UHC Health insurance | | | | 60,383 | |
|         Life insurance | | | | 13,338 | |
|         ST/LT Disability | | | | 1,550 | |
|     Payroll processing fees | | 800 | | | |
|     PTO payout for laid off employees | | | | 4,266 | |
|     Misc. insurance | | | | 3,974 | |
|     Sales and use tax | | | 700 | | |
|     Outsourced preparation of sales and use tax | | | | 6,173 | |
|     External reserve engineers | | 24,530 | | | |
|     SCADA systems license fees | | | 8,713 | | |

| | | | | | |
|---|---:|---:|---:|---:|---:|
| Geology and production system license fees | | | | 71,294 | |
| Web mapping license fees (Tobin) | | 70,920 | | | |
| Office rent - | | | | | |
|     Boulder | | | | 43,137 | |
|     Shreveport | | | | 6,920 | |
|     Bretwon, AL | | | | 1,800 | |
| Boulder office / Redwave sublease income | | | | | (8,372) |
| Parking expense (Shreveport) | | | | 900 | |
| Outsourced gas plant settlement accounting fees | | 18,844 | | | |
| Fuel and mileage | | | 6,000 | | |
| Copier and postage rental and usage | | 4,500 | | | |
| Cell phones | | | 2,900 | | |
| Office utilities and maintenance | | | | 2,765 | |
| Bank - letter of credit fees | | | | 3,500 | |
| Bank - misc charges | | | | 1,660 | |
| Bank interest | | | | | |
| Legal fees - Sklar's counsel | | | | | |
| Legal fees - creditors' counsel incl. bank | | | | | |
| Critical vendors (pre-petition debts) | | | | | |
| Trustee disbursement fees | | | | | |
| Cash collateralize letters of credit for P&A bonds | | | | | |
| Property tax | | | | | |
| Escheat to various states | | | | | |
| General and misc office expenses | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 |
| Controller - CO apt, travel and moving exp reimbursement | 2,875 | | | 4,109 | 2,513 |
| **COPAS reimbursement - Sklar Exploration** | (46,989) | (46,989) | (46,989) | (46,989) | (46,989) |
| | | | | | |
| **CASH DISBURSEMENTS** | **(5,510)** | **324,922** | **39,370** | **2,283,393** | **(8,652)** |
| | | | | | |
| **NET CASH FLOW** | **179,005** | **(324,922)** | **2,675,282** | **(1,597,089)** | **276,152** |
| | | | | | |
| **BEGINNING CASH BALANCE** | **3,439,756** | **3,618,761** | **3,293,839** | **5,969,121** | **4,372,033** |
| **ENDING CASH BALANCE** | **3,618,761** | **3,293,839** | **5,969,121** | **4,372,033** | **4,648,185** |