# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

## ORDER CONCERNING APRIL 27, 2020 HEARING

By Minute Order dated April 9, 2020, this Court set a telephonic hearing on April 27, 2020 at 1:30 p.m. on the following matters: (1) Debtor's motion to use cash collateral (Dkt. No.34); (2) Debtors' motion to pay critical vendors (Dkt No. 41); and (3) Debtors' motion pay royalty interests (Dkt. No. 37).  The Minute Order set deadlines for witness and exhibit lists as to the cash collateral motion and required counsel for Debtors to advise the Court if an evidentiary hearing was necessary on other matters. The Court has been advised that an evidentiary hearing will likely be unnecessary and that the parties are negotiating a consensual extension of the interim cash collateral order as well as potential agreements on other matters.  Nevertheless, numerous parties have filed witness and exhibit lists regarding cash collateral and other matters. In addition, parties have filed objections to other pending motions filed by Debtors, including the application to employ special corporate counsel (Dkt. No. 10), the motion to approve retainer to special corporate counsel (Dkt. No. 26), and the motion to approve interim payment procedures (Dkt. No. 30).  Accordingly, it is hereby

ORDERED that the Court will treat the April 27, 2020 hearing scheduled to begin at 1:30 p.m. as a status conference on all of the matters listed above and any consensual agreements reached by the parties.  If it is necessary to present live testimony, the Court will reschedule a Zoom evidentiary hearing later in the week.

Parties wishing to participate or observe must do so telephonically. To appear telephonically, call the Court prior to the hearing at 1-888-684-8852. The meeting access code is **345 4024** followed by the # sign. Please state your name clearly. Please stay on the line until the court operator takes the roll call and the hearing begins. **The**

**Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in court, it will be deemed a failure to appear, and be subject to imposition of sanctions as appropriate.**

DATED this 24th day of April, 2020.  BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge