# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| SKLAR EXPLORATION COMPANY, LLC, *et al.*,[1] | § § § | Case No. 20-12377-EEB |
| Debtors. | § § | (Jointly Administered) |

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF MUNSCH HARDT KOPF & HARR, P.C. AS COUNSEL FOR THE COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO APRIL 16, 2020

THIS MATTER, having come before the Court on the *Application for an Order Authorizing the Retention and Employment of Munsch Hardt Kopf & Harr, P.C. as Counsel for The Official Committee of Unsecured Creditors Nunc Pro Tunc to April 16, 2020* (the "Application") filed by the Official Committee of Unsecured Creditors (the "Committee"), seeking approval of the Court to allow Munsch Hardt Kopf & Harr, P.C. ("Munsch Hardt") to represent the Committee in the above-captioned cases, the Court being satisfied that Munsch Hardt represents no interest materially adverse to the estates of the Debtors, and the matter upon which it is to be engaged, that its employment is necessary and would be in the best interests of the estates, it is hereby

ORDERED that the Application is GRANTED; and it is further

ORDERED THAT the Committee is authorized to employ and retain Munsch Hardt to represent it in the above-captioned cases; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930), and Sklarco, LLC (5432).

4841-7726-0474v.1

ORDERED that the fees and costs charged by Munsch Hardt are subject to allowance or review by the Court pursuant to the interim and final fee applications filed in accordance with 11 U.S.C. §§ 328, 330, and 331.

Done and entered this 24th day of April, 2020, at Denver, Colorado, *nunc pro tunc* to April 16, 2020.

*/s/ Elizabeth E. Brown*

_____
Honorable Elizabeth E Brown
United States Bankruptcy Judge