# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| SKLAR EXPLORATION COMPANY, LLC, and SKLARCO, LLC | § § § | Case No. 20-12377-EEB |
| | § | (Jointly Administered) |
| *Debtors*. | § | |

## REQUEST FOR COPIES OF ALL NOTICES, PLEADINGS AND PAPERS PURSUANT TO BANKRUPTCY RULES 2002 AND 9007

Seitel Data, Ltd. ("**Seitel**"), a creditor and party in interest in this bankruptcy case, requests that all notices and pleadings given or required to be given to Seitel in this case be given to and served upon its attorneys of record at the following addresses:

| | |
|---|---|
| Duane J. Brescia | Andrew G. Edson |
| Clark Hill Strasburger | Clark Hill Strasburger |
| 720 Brazos, Suite 700 | 901 Main Street, Suite 6000 |
| Austin, TX 78701 | Dallas, TX 75202 |
| (512) 499-3647 (direct) | (214) 651-2047 (direct) |
| (512) 499-3660 (fax) | (214) 659-4084 (fax) |
| DBrescia@clarkhill.com | AEdson@clarkhill.com |

Seitel also requests service to its attorneys of record of all papers referred to in Bankruptcy Rules 2002, 3017, 4004, 4007, and 9007, including, without limitation, notices, orders, motions, demands, complaints, petitions, schedules, statement of affairs, operating reports, pleadings and requests, as well as all applications and any other document brought before this Court in this case, whether formal or informal, or transmitted or conveyed by mail, delivery, telephone, e-mail, telegraph, telecopy or telex.

Seitel intends that neither this request, nor later appearance, pleading, claim or suit, shall waive (a) the right of Seitel to have final orders in non-core maters entered only after de novo

review by a District Judge, (b) the right of Seitel to trial by jury in any proceeding so triable in any case, controversy or proceeding related to this case, (c) the right of Seitel to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs, or recoupments which Seitel may be entitled under agreements, in law, in equity, or otherwise, all of which right, claims, actions, defenses, setoffs, and recoupments, Seitel expressly reserves.

      Respectfully submitted,

      /s/ *Duane J. Brescia*
      Duane J. Brescia
      TX State Bar No. 24025265
      **CLARK HILL STRASBURGER**
      720 Brazos, Suite 700
      Austin, Texas 78701
      512.499.3647
      512.499.3660 (Facsimile)
      dbrescia@clarkhill.com

      **Attorneys for Seitel Data, Ltd.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this Request for Copies of All Notices, Pleadings and Papers was served via CM/ECF to all parties entitled to such notice on this the 24th day of April, 2020.

      */s/ Duane J. Brescia*
      Duane J. Brescia