# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: § | | Chapter 11 |
| § | | |
| SKLAR EXPLORATION COMPANY, LLC § | | Case No. 20-12377-EEB |
| _____ § | | |
| § | | |
| SKLARCO, LLC § | | Case No. 20-12380-EEB |
| § | | |
| *Debtors.* § | | (Jointly Administered) |

## VERIFIED RULE 2019 STATEMENT OF MULTIPLE REPRESENTATION

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Clark Hill Strasburger,[1] files this Verified Rule 2019 Statement of Multiple Representation to provide the following information:

1. Clark Hill represents Lucas Petroleum Group, Inc. and Seitel Data, Ltd. in the above-captioned matter.

2. The parties listed in paragraph 1 and on **Exhibit A** are creditors of the Debtors or are parties-in-interest, and the nature and principal amount of each of their claims is described on **Exhibit A** attached hereto.

3. Each of the parties listed on **Exhibit A** has consented to this multiple representation by Clark Hill in the above-captioned matter.

4. Clark Hill reserves the right to amend this Verified Statement as necessary.

Dated: April 24, 2020

---

[1] Clark Hill, PLC is known in Texas as Clark Hill Strasburger, and are collectively referred to herein as "**Clark Hill**".

VERIFIED STATEMENT OF CLARK HILL STRASBURGER

– page 1 of 4

Legal\D5021\405927\4840-8703-7626.v1-4/23/20

Respectfully submitted,

**CLARK HILL STRASBURGER**

/s/ *Duane J. Brescia*
Duane J. Brescia
TX State Bar No. 24025265
720 Brazos, Suite 700
Austin, Texas 78701
Tel. 512.499.3600 / Fax 512.499.3660
dbrescia@clarkhill.com

**Attorneys for Lucas Petroleum Group, Inc. and Seitel Data, Ltd.**

## VERIFICATION

THE STATE OF TEXAS

COUNTY OF TRAVIS

BEFORE ME, the undersigned authority, on this day personally appeared Duane J. Brescia, who, being duly sworn, affirm that the statements herein made are true and correct within his personal knowledge.

SUBSCRIBED AND SWORN TO BEFORE ME, this 24th day of April 2020.

/s/ *Kathryn H. Alexander*
Notary Public, State of Texas

Kathryn H. Alexander
Notary Public for the State of Texas
Commission Expires: 01-31-2023
Notary ID 664087-9

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2020, a true and correct copy of this document was filed in the above-referenced bankruptcy case and served upon the counsel and parties of record, by electronic transmission through the Bankruptcy Court's Electronic Case Filing System to those parties that have consented to such service.

*/s/ Duane J. Brescia*
Duane J. Brescia

## EXHIBIT A

| Name and Address | Nature of Claim against the Debtors | Principal Amount of Claim (Exclusive of Interest, Costs and Attorneys' Fees) |
|---|---|---|
| **Lucas Petroleum Group, Inc.** 327 Congress Ave., Suite 500 Austin, TX 78701 | Working Interest owner/cash advance creditor | Unknown/unliquidated |
| **Seitel Data, Ltd.** 10811 S. Westview Circle Dr. #1 Houston, TX 77043 | Counter-party to seismic data master license agreement | Unknown/unliquidated |