| **Fill in this information to identify your case** | | | |
|---|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | | |
| Debtor 1: | Sklar Exploration Company, LLC <br> *Name* | Case #: 20-12377-EEB | Chapter: 11 |
| Debtor 2: | Sklarco, LLC <br> *Name* | Case #: 20-12380-EEB | Chapter: 11 |

## Local Bankruptcy Form 9010-4.1
## Notice of Substitution

**Complete applicable sections.**

**Part 1  Notice**

Please be advised that Victoria Argeroplos and Elizabeth C. Freeman of Jackson Walker L.L.P. hereby withdraw as attorneys of record for Fant Energy Limited, and Jennifer J. Hardy of Willkie Farr & Gallagher LLP is hereby substituted as attorney of record for Fant Energy Limited.  Pursuant to L.B.R. 9010-4(b), the Clerk is authorized to terminate the involvement of the withdrawing attorney.

**Part 2  Signature of Withdrawing Attorney for Fant Energy Limited and Entering Attorney for Fant Energy Limited**

Dated: April 24, 2020

By: /s/ Victoria Argeroplos
    Signature of Withdrawing Attorney

Bar Number:  Texas Bar No. 24105799
Mailing Address:  1401 McKinney Street, Suite 1900, Houston, Texas 77010
Telephone number:  713 752 4200
Facsimile number:  713 752 4221
E-mail address:  vargeroplos@jw.com

Dated: April 24, 2020

By: /s/ Elizabeth C. Freeman
    Signature of Withdrawing Attorney

Bar Number:  Texas Bar No. 24009222
Mailing Address:  1401 McKinney Street, Suite 1900, Houston, Texas 77010
Telephone number:  713 752 4200
Facsimile number:  713 752 4221
E-mail address:  efreeman@jw.com

Dated: April 24, 2020

By: /s/ Jennifer J. Hardy
    Signature of Entering Attorney

Bar Number:  Texas Bar No. 24096068
Mailing Address:  600 Travis Street, Houston, Texas 77002
Telephone number:  713 510 1766
Facsimile number:  713 510 1799
E-mail address:  jhardy2@willkie.com

## Certificate of Service

I certify that on April 24, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of Colorado.

/s/ Jennifer J. Hardy
Jennifer J. Hardy