# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC, EIN: 72-1417930 | Chapter 11 |
| Debtor. | |
| In re: | Case No. 20-12380-EEB |
| SKLARCO, LLC, EIN: 72-1425432 | Chapter 11 |
| Debtor. | *Jointly Administered Under Case No. 20-12377-EEB* |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, in accordance with Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), Willkie Farr & Gallagher LLP, which has been retained as counsel to Fant Energy Limited, JJS Interests Escambia, LLC, JJS Interests Steele Kings, LLC and JJS Working Interests, LLC, as creditors and parties in interest, hereby requests that all notices given or required to be given in the above-captioned cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> Jennifer J. Hardy (Texas Bar No. 24096068)
> **WILLKIE FARR & GALLAGHER LLP**
> 600 Travis Street
> Houston, Texas 77002
> Telephone: 713-510-1700
> Facsimile: 713-510-1799
> Email: jhardy2@willkie.com

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

Dated:     Houston, Texas
             April 24, 2020

                          Respectfully Submitted,

                          **WILLKIE FARR & GALLAGHER LLP**

                          By:   /s/ Jennifer J. Hardy
                                Jennifer J. Hardy (Texas Bar No. 24096068)
                                600 Travis Street
                                Houston, Texas 77002
                                Telephone: 713-510-1700
                                Facsimile: 713-510-1799
                                Email: jhardy2@willkie.com

                          *Counsel to Fant Energy Limited, JJS Interests Escambia, LLC, JJS Interests Steele Kings, LLC and JJS Working Interests, LLC*

## Certificate of Service

I certify that on April 24, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of Colorado.

/s/ Jennifer J. Hardy
Jennifer J. Hardy