# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) Case No. 20-12377-EEB |
| | ) |
| SKLAR EXPLORATION COMPANY, LLC, | ) Chapter 11 |
| EIN: 72-1417930 | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Case No. 20-12380-EEB |
| | ) |
| SKLARCO, LLC, | ) Chapter 11 |
| EIN: 72-1425432 | ) |
| | ) *Jointly Administered Under Case No.* |
| Debtor. | ) *20-12377-EEB* |

## VERIFIED STATEMENT OF
## WILLKIE FARR & GALLAGHER LLP PURSUANT TO BANKRUPTCY RULE 2019

In connection with the chapter 11 cases of the above-captioned debtors in possession (the "**Debtors**"), Willkie Farr & Gallagher LLP ("**Willkie**") hereby submits this verified statement (the "**Verified Statement**") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") in connection with Willkie's representation of Fant Energy Limited, JJS Interests Escambia, LLC, JJS Interests Steele Kings, LLC and JJS Working Interests, LLC (collectively, the "**Creditor Group**"). Each member of the Creditor Group holds working interests in oil and gas properties operated by Sklar Exploration Company, LLC ("**Sklar Exploration**").

Attached hereto as **Exhibit A** is a list of the names and addresses of each member of the Creditor Group, as well as the nature and the principal amount of each of their claims against Sklar Exploration. The information contained in **Exhibit A** is based upon information provided by the Debtors and the Creditor Group to Willkie and is subject to change. The information set

- 2 -

forth in **Exhibit A** is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other purpose.

In April 2020, the Creditor Group retained Willkie to represent them in connection with the Debtors' bankruptcy filing. As of the date hereof, Willkie represents only the Creditor Group in connection with these chapter 11 cases. Each member of the Creditor Group is aware of, and has consented to, Willkie's "group representation" of the Creditor Group. No member of the Creditor Group represents or purports to represent any other entities in connection with these chapter 11 cases.

Upon information and informed belief after due inquiry, Willkie does not hold any claim against, or interest in, the Debtors or their estates.

Nothing contained in this Verified Statement (or **Exhibit A**) should be construed as a limitation upon, or waiver of, any rights of any member of the Creditor Group to assert, file and/or amend their claims in accordance with applicable law and any orders entered in these chapter 11 cases.

- 3 -

Willkie reserves the right to amend or supplement this Verified Statement as necessary in accordance with Bankruptcy Rule 2019.

Dated: Houston, Texas
April 24, 2020

Respectfully Submitted,

**WILLKIE FARR & GALLAGHER LLP**

By:  /s/ Jennifer J. Hardy
Jennifer J. Hardy (Texas Bar No. 24096068)
600 Travis Street
Houston, Texas 77002
Telephone: 713-510-1700
Facsimile: 713-510-1799
Email: jhardy2@willkie.com

*Counsel to Fant Energy Limited, JJS Interests Escambia, LLC, JJS Interests Steele Kings, LLC and JJS Working Interests, LLC*

**Exhibit A**

| Name & Address | Nature of Claim Against Sklar Exploration | Principal Amount of Prepetition Claim[1] |
|---|---|---|
| **JJS Interests Escambia, LLC**<br>2001 Kirby Dr.<br>Suite 1110<br>Houston, TX 77019 | Cash Call Advance | $20,040.62 |
| **JJS Interests Steele Kings, LLC**<br>2001 Kirby Dr.<br>Suite 1110<br>Houston, TX 77019 | Cash Call Advance | $29,216.77 |
| **JJS Working Interests, LLC**<br>2001 Kirby Dr.<br>Suite 1110<br>Houston, TX 77019 | Cash Call Advance | $502,724.80 |
| **Fant Energy Limited**<br>P.O. Box 55205<br>Houston, TX 77255 | Cash Call Advance, Working Interest Revenue | $333,380.46 |

---

[1] This represents amounts set forth in the Debtors' schedules of assets and liabilities. The Creditor Group may have additional prepetition claims against the Debtors, including for unpaid prepetition working interest revenue, which they are currently assessing.

## Certificate of Service

        I certify that on April 24, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of Colorado.

        /s/ Jennifer J. Hardy
        Jennifer J. Hardy