IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CASE NO.:  20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930 | CHAPTER 11 |
| Debtor. | |
| _____ | |
| SKLARCO, LLC<br>EIN: 72-1425432 | CASE NO.: 20-12380-EEB |
| | CHAPTER 11 |
| Debtor. | |

_____

**VERIFIED STATEMENT OF MULTIPLE REPRESENTATION**
_____

The law firm of Kean Miller LLP ("Kean Miller") of Baton Rouge, Louisiana, files this *Verified Statement of Multiple Representation* under Federal Rule of Bankruptcy Procedure 2019, as follows:

1.  Kean Miller has been asked to represent the following parties-in-interest in the above referenced jointly administered bankruptcy cases: (1) TCP Cottonwood, LLP ("TCP"); (2) AEEC II, LLC ("AEEC"); (3) Anderson Exploration Energey Company, L.C. ("Anderson"); and Sugar Oil Properties, L.P. ("Sugar Oil").

2.  TCP's address is 333 Texas Street, Suite 2020, Shreveport, Louisiana 71101-3680.  Kean Miller's representation of TCP in these cases began in April 2020.

3.  AEEC's address is 333 Texas Street, Suite 2020, Shreveport, Louisiana 71101-3680.  Kean Miller's representation of AEEC in these cases began in April 2020.

21256083_1

4. Anderson's address is 333 Texas Street, Suite 2020, Shreveport, Louisiana 71101-3680. Kean Miller's representation of Anderson in these cases began in April 2020.

5. Sugar Oil's address is 625 Market Street, Suite 100, Shreveport, Louisiana 71101-5392. Kean Miller's representation of Sugar Oil in these cases began in April 2020.

6. TCP, AEEC, Anderson and Sugar Oil were clients of Kean Miller before the above-captioned cases were filed.

7. Kean Miller is acting counsel for TCP, AEEC, Anderson and Sugar Oil. Each party was informed of the multiple representation by Kean Miller and has consented thereto.

Dated: April 24, 2020

Respectfully submitted:

KEAN MILLER LLP
/s/ J. Eric Lockridge
J. Eric Lockridge
(TX# 24013053, LA #30159)
eric.lockridge@keanmiller.com
KEAN MILLER LLP
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, LA 70802
Telephone: (225) 387-0999
Telecopier: (225) 388-9133

*Counsel for TCP Cottonwood, L.P., AEEC II, LLC, Anderson Exploration Energy Company, L.C., and Sugar Oil Properties, L.P.*

2

21256083_1

## VERIFICATION UNDER U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

**EXECUTED** on this the 24th day of April, 2020.

*/s/* J. Eric Lockridge

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2020, the foregoing ***VERIFIED STATEMENT OF MULTIPLE REPRESENTATION*** was filed and served through the Court's CM/ECF System. All attorneys and parties identified for service in the above-captioned case were served by electronic service through the CM/ECF System on that date.

*/s/* J. Eric Lockridge

21256083_1