```
                              United States Bankruptcy Court
                                   District of Colorado

In re:                                                                 Case No. 20-12377-EEB
Sklar Exploration Company, LLC                                         Chapter 11
Sklarco, LLC
        Debtors                       CERTIFICATE OF NOTICE
District/off: 1082-1          User: admin                  Page 1 of 4           Date Rcvd: Apr 24, 2020
                              Form ID: pdf904              Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2020.
db/db          +Sklar Exploration Company, LLC,    Sklarco, LLC,   5395 Pearl Parkway,   Suite 200,
                 Boulder, CO 80301-2541
aty            +Benjamin Y. Ford,    RSA Tower, 27th Floor,   11 North Water Street,    Mobile, AL 36602-3809
aty            +Cook, Yancey, King & Galloway, APLC,    333 Texas Street,   Suite 1700,   P.O. Box 22260,
                 Shreveport, LA 71120-2260
aty            +Hopping Green & Sams,    Hopping Green & Sams, P.A.,    119 S. Monroe Street,   Suite 300,
                 Tallahassee, FL 32301,    UNITED STATES 32301-1591
cr             +AEEC II, LLC,   333 Texas Street,    #2020,   Shreveport, LA 71101-3680
cr             +AEH Investments, LLC,    333 Texas Street,   Suite 1414,   Shreveport, LA 71101-3678
cr             +Anderson Exploration Energy Company, LC,    333 Texas Street,   #2020,
                 Shreveport, LA 71101-3680
cr             +Baker Hughes, a GE Company LLC,    C/O Christopher J. Ryan,   17021 Aldine Westfield Road,
                 Houston, TX 77073-5101
cr             +Barbara P Lawrence,    55 Hill Circle,   Evergreen, CO 80439-4618
cr             +Bundero Investment Company, LLC,    401 Edwards Street,   Suite 820,   Shreveport, LA 71101-5521
cr             +Estate of Pamela Page, Deceased,    P.O. Box 374,   Evergreen, CO 80437-0374
cr             +Fant Energy Limited,    c/o Jackson Walker,   1401 McKinney Street,   Suite 1900,
                 Houston, TX 77010-4037
cr             +Franks Exploration Company, LLC,    P.O. Box 7655,   Shreveport, LA 71137-7655
cr             +I & L Miss I, LP,    4761 Frank Luck Dr,   Addison, TX 75001-3202
cr             +J&A Harris, LP,    333 Texas Street,   Suite 1414,   Shreveport, LA 71101-3678
cr             +Kingston, LLC,    2790 South Thompson Street,   Suite 102,   Springdale, AR 72764-6303
cr             +Kodiak Gas Services, LLC,    15320 Hwy. 105, Suite 210,   Montgomery, TX 77356-2602
cr              Landmark Exploration, LLC,    C/O Jim F. Spencer, Jr., Esq.,    Watkins & Eager PLLC,
                 PO Box 650,   PO Box 650,    Jackson, MS 39205-0650
cr              Landmark Oil and Gas, LLC,    C/O Jim F. Spencer, Jr., Esq.,    Watkins & Eager PLLC,
                 PO Box 650,   PO Box 650,    Jackson, MS 39205-0650
cr              Lexington Investments, LLC,    C/O Jim F. Spencer, Jr., Esq.,    Watkins & Eager PLLC,
                 PO Box 650,   PO Box 650,    Jackson, MS 39205-0650
cr             +Lucas Petroleum Group, Inc.,    c/o Duane J. Brescia,   Clark Hill Strasburger,
                 720 Brazos, Suite 700,    Austin, TX 78701-2531
cr             +Pickens Financial Group, LLC,    10100 N. Central Expressway, Suite 200,   Dallas, TX 75231-4169
cr              Stone Development, LLC,    C/O Jim F. Spencer, Jr., Esq.,   Watkins & Eager PLLC,   PO Box 650,
                 PO Box 650,   Jackson, MS 39205-0650
cr             +Stoneham Drilling Corporation,    c/o Bradley,   Attn: James B. Bailey,
                 1819 Fifth Avenue North,    Birmingham, AL 35203-2120
cr             +Sugar Oil Properties, L.P.,    625 Market Street,   Suite 100,   Shreveport, LA 71101-5392
cr             +TCP Cottonwood, L.P.,    333 Texas Street,   #2020,   Shreveport, LA 71101-3680
cr             +Tauber Exploration & Production Company,    55 Waugh Drive, Suite 700,   Houston, TX 77007-5837
crcm           +The Official Committee of Unsecured Creditors,    Munsch Hardt Kopf & Harr PC,   700 Milam St.,
                 Suite 2700,   Houston, TX 77002-2730
18754408       +Anderson Investment Holdings, LP,    AEEC II, LLC,   333 Texas Street, Suite 2020,
                 Shreveport, LA 71101-3680
18754411       +Apple River Investments, L.L.C.,    Attn Robert M. Boeve, President,    1503 Garfield Road North,
                 Traverse City, MI 49696-1111
18754484       +East West Bank Treasury Department,    135 North Los Robles Avenue,    Suite 600,
                 ATTN Linda Cox,   Pasadena, CA 91101-4549
18754510       +FPCC USA, Inc.,   245 Commerce Green Blvd, Ste 250,    Sugar Land, TX 77478-3760
18754497       +Fant Energy Limited,    P.O. Box 55205,   Houston, TX 77255-5205
18754529       +H&H Construction, LLC,    Ladon E. Hall, Sole Manager,   P.O. Box 850,   Flomaton, AL 36441-0850
18754560        JD Fields & Company, Inc.,    P.O. Box 134401,   Houston, TX 77219-4401
18754567       +JJS Working Interest LLC,    2001 Kirby Dr, Suite 1110,   Houston, TX 77019-6081
18754578       +Kelley Brothers Contractors, Inc.,    P.O. Drawer 1079,   Waynesboro, MS 39367-1079
18754588       +Kudzu Oil Properties, LLC,    300 Concourse Blvd, Suite 101,   Ridgeland, MS 39157-2091
18754598        Lucas Petroleum Group, Inc.,    327 Congress Avenue, Suite 500,   Austin, TX 78701-3656
18754612       +Meritage Energy, Ltd.,    C/O BKD, LLP,   2700 Post Oak Blvd, Ste 1500,   Houston, TX 77056-5829
18754613        Mesa Fluids, LLC,    c/o Juno Financial,   P.O. Box 173928,   Denver, CO 80217-3928
18754664        Pro-Tek Field Services, LLC,    P.O. Box 919269,   Dallas, TX 75391-9269
18754666       +Pruet Oil Company, LLC,    217 West Capitol St. Ste 201,   Jackson, MS 39201-2099
18754673       +Rapad Well Service Co., Inc.,    217 West Capitol Street,   Jackson, MS 39201-2004
18754720       +Stoneham Drilling Corporation,    707 17th Street,   Suite 3250,   Denver, CO 80202-3433
18754721        Strago Petroleum Corporation,    3209 Hamm Road,   Pearland, TX 77581-5503
18754735       +TCP Cottonwood, L.P.,    333 Texas Street, Suite 2020,   Shreveport, LA 71101-3680
18754760       +Union Oilfield Supply, Inc.,    12 John Dykes Road,   Waynesboro, MS 39367-8371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: tim.swanson@moyewhite.com Apr 25 2020 01:49:32      Alabama Oil Company,
                 c/o Timothy M Swanson,   Moye White LLP,   1400 16th Street, 6th Floor,   Denver, CO  80202
cr             +E-mail/Text: cmccord@mccordprod.com Apr 25 2020 01:48:51      CTM 2005, Ltd.,
                 55 Waugh Drive, Suite 515,    Houston, TX 77007-5840
cr             +E-mail/PDF: dor_tac_bankruptcy@state.co.us Apr 25 2020 02:03:40
                 Colorado Department Of Revenue,    1375 Sherman St.,   Room 504,   Attention Bankruptcy Unit,
                 Denver, CO 80261-3000
```

```
District/off: 1082-1          User: admin              Page 2 of 4           Date Rcvd: Apr 24, 2020
                              Form ID: pdf904          Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
cr              +E-mail/Text: bankruptcy@coag.gov Apr 25 2020 01:51:11      Colorado Department of Law,
                   1300 Broadway, 8th Floor,    Denver, CO 80203-2104
cr               E-mail/Text: tim.swanson@moyewhite.com Apr 25 2020 01:49:32      Kudzu Oil Properties, LLC,
                   c/o Timothy M. Swanson,    Moye White LLP,    1400 16th Street, 6th Floor,    Denver, CO  80202
                                                                                             TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp              Armbrecht Jackson, LLP
sp              Berg Hill Greenleaf & Ruscitti, LLP
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2020 at the address(es) listed below:

```
              Amy Vazquez    on behalf of Creditor    FPCC USA, Inc. avazquez@joneswalker.com
              Barnet B Skelton, Jr    on behalf of Creditor    CTM 2005, Ltd. barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    Rudman Partnership barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    Feather River 75, LLC barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    MER Energy, LTD barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    MR Oil & Gas, LLC barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    I & L Miss I, LP barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    Tara Rudman Revocable Trust barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    The Rudman Partnership barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    Pickens Financial Group, LLC barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    Tauber Exploration & Production Company
               barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    Rudman Family Trust barnetbjr@msn.com
              Brian Rich    on behalf of Creditor    Fletcher Petroleum Company, LLC brich@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Bryce Suzuki    on behalf of Creditor    East-West Bank bryce.suzuki@bclplaw.com,
               tina.daniels@bclplaw.com
              Christopher Meredith    on behalf of Creditor    PAR Minerals Corporation cmeredith@cctb.com,
               bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Christopher Meredith    on behalf of Attorney    Copeland, Cook, Taylor & Bush, P.A.
               cmeredith@cctb.com,  bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Christopher Meredith    on behalf of Creditor    Eastern Fishing & Rental Tool Company, Inc.
               cmeredith@cctb.com,  bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Christopher D. Johnson    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors cjohnson@munsch.com,  scurry@munsch.com
              Craig K. Schuenemann    on behalf of Creditor    East-West Bank craig.schuenemann@bryancave.com,
               alicia.berry@bryancave.com,44Team_DEN@bryancave.com
              David M. Miller    on behalf of Creditor    Bri-Chem Supply Corp., LLC dmiller@spencerfane.com,
               nschacht@spencerfane.com
              David R Taggart    on behalf of Creditor    JH Howell Interests, LP dtaggart@bradleyfirm.com,
               kburnley@bradleyfirm.com
              David R Taggart    on behalf of Creditor    JF Howell Interests ,LP dtaggart@bradleyfirm.com,
               kburnley@bradleyfirm.com
              Deanna L. Westfall    on behalf of Creditor    Colorado Department Of Revenue
               deanna.westfall@coag.gov,  bncmail@w-legal.com
              Duane Brescia    on behalf of Creditor    Lucas Petroleum Group, Inc. dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Eric Lockridge    on behalf of Creditor    Anderson Exploration Energy Company, LC
               eric.lockridge@keanmiller.com,  Stephanie.gray@keanmiller.com
              Eric Lockridge    on behalf of Creditor    Sugar Oil Properties, L.P.
               eric.lockridge@keanmiller.com,  Stephanie.gray@keanmiller.com
              Eric Lockridge    on behalf of Creditor    Anderson Exploration Energy Company, L.C.
               eric.lockridge@keanmiller.com,  Stephanie.gray@keanmiller.com
```

```
District/off: 1082-1            User: admin               Page 3 of 4               Date Rcvd: Apr 24, 2020
                                Form ID: pdf904           Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Eric   Lockridge    on behalf of Creditor    TCP Cottonwood, L.P. eric.lockridge@keanmiller.com,
               Stephanie.gray@keanmiller.com
              Eric   Lockridge    on behalf of Creditor    AEEC II, LLC eric.lockridge@keanmiller.com,
               Stephanie.gray@keanmiller.com
              Grant Matthew Beiner    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors gbeiner@munsch.com
              James B. Bailey    on behalf of Creditor    Stoneham Drilling Corporation jbailey@bradley.com,
               ashaver@bradley.com
              Jeffrey S. Brinen    on behalf of Debtor    Sklar Exploration Company, LLC jsb@kutnerlaw.com,
               receptionist@kutnerlaw.com;vlm@kutnerlaw.com
              Jeffrey S. Brinen    on behalf of Debtor    Sklarco, LLC jsb@kutnerlaw.com,
               receptionist@kutnerlaw.com;vlm@kutnerlaw.com
              Jeremy L Retherford    on behalf of Interested Party    Pruet Production Co. jretherford@balch.com,
               kskelton@balch.com,skynerd@pruet.com
              Jeremy L Retherford    on behalf of Creditor    Pruet Production Co. jretherford@balch.com,
               kskelton@balch.com,skynerd@pruet.com
              Jim F Spencer, Jr    on behalf of Creditor    Landmark Oil and Gas, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr    on behalf of Creditor    Stone Development, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr    on behalf of Creditor    Landmark Exploration, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr    on behalf of Creditor    Lexington Investments, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              John   Cornwell    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
               jcornwell@munsch.com,    hvalentine@munsch.com
              John Thomas Oldham    on behalf of Creditor    Kodiak Gas Services, LLC joldham@okinadams.com,
               bmoore@okinadams.com
              Jordan B. Bird    on behalf of Creditor    Kingston, LLC jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Creditor    AEH Investments, LLC jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Creditor    Bundero Investment Company, LLC
               jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Attorney    Cook, Yancey, King & Galloway, APLC
               jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Creditor    Franks Exploration Company, LLC
               jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Creditor    J&A Harris, LP jordan.bird@cookyancey.com
              Joseph Eric Bain    on behalf of Creditor    FPCC USA, Inc. jbain@joneswalker.com
              Keri L. Riley    on behalf of Debtor    Sklarco, LLC klr@kutnerlaw.com,
               receptionist@kutnerlaw.com;vlm@kutnerlaw.com
              Keri L. Riley    on behalf of Debtor    Sklar Exploration Company, LLC klr@kutnerlaw.com,
               receptionist@kutnerlaw.com;vlm@kutnerlaw.com
              Kevin S. Neiman    on behalf of Creditor    Plains Gas Solutions, LLC kevin@ksnpc.com
              Kevin S. Neiman    on behalf of Creditor    Plains Marketing, L.P. kevin@ksnpc.com
              Lee M. Kutner    on behalf of Debtor    Sklar Exploration Company, LLC lmk@kutnerlaw.com,
               vlm@kutnerlaw.com,receptionist@kutnerlaw.com
              Lee M. Kutner    on behalf of Debtor    Sklarco, LLC lmk@kutnerlaw.com,    vlm@kutnerlaw.com,
               receptionist@kutnerlaw.com
              Madison M. Tucker    on behalf of Creditor    FPCC USA, Inc. mtucker@joneswalker.com
              Matthew J. Ochs    on behalf of Creditor    Rapaid Well Service Co., Inc. mjochs@hollandhart.com
              Matthew J. Ochs    on behalf of Creditor    Pruet Oil Company, LLC mjochs@hollandhart.com
              Matthew J. Ochs    on behalf of Creditor    Pruet Production Co. mjochs@hollandhart.com
              Michael   Niles    on behalf of Creditor    Fletcher Petroleum Company, LLC
               mniles@bergersingerman.com,    efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Michael D Rubenstein    on behalf of Interested Party    BP America Production Company
               mdrubenstein@liskow.com
              Michael D Rubenstein    on behalf of Interested Party    BPX Properties (NA) LP
               mdrubenstein@liskow.com
              Michael J. Guyerson    on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com,
               celina@kjblawoffice.com;teresa@kjblawoffice.com
              Michael J. Guyerson    on behalf of Creditor    Estate of Pamela Page, Deceased
               mike@kjblawoffice.com,   celina@kjblawoffice.com;teresa@kjblawoffice.com
              Paul   Moss    on behalf of U.S. Trustee    US Trustee Paul.Moss@usdoj.gov
              Robert   Padjen    on behalf of Creditor    Colorado Department of Law Robert.padjen@coag.gov
              Robert L Paddock    on behalf of Creditor    Strago Petroleum Corporation rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    Gateway Exploration, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    Harvest Gas Management, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    Meritage Energy Ltd rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    GCREW Properties, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Ryan   Seidemann    on behalf of Creditor    State of Louisiana, Depatment of Natural Resources,
               Office of Mineral Resources seidemannr@ag.louisiana.gov
              Shay L. Denning    on behalf of Creditor    Tauber Exploration & Production Company
               sdenning@mbssllp.com

```
District/off: 1082-1            User: admin              Page 4 of 4                  Date Rcvd: Apr 24, 2020
                                Form ID: pdf904          Total Noticed: 53


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Shay L. Denning    on behalf of Creditor   Pickens Financial Group, LLC sdenning@mbssllp.com
              Shay L. Denning    on behalf of Creditor   I & L Miss I, LP sdenning@mbssllp.com
              Shay L. Denning    on behalf of Creditor   CTM 2005, Ltd. sdenning@mbssllp.com
              Thomas H Shipps    on behalf of Creditor   CTM 2005, Ltd. tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor   Tara Rudman Revocable Trust tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor   MR Oil & Gas, LLC tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor   MER Energy, LTD tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor   Tauber Exploration & Production Company
               tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor   I & L Miss I, LP tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor   Feather River 75, LLC tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor   Rudman Family Trust tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor   The Rudman Partnership tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor   Pickens Financial Group, LLC tshipps@mbssllp.com
              Timothy C. Mohan    on behalf of Creditor    Baker Hughes, a GE Company LLC tmohan@foley.com,
               tim.mohan4@gmail.com
              Timothy M. Swanson    on behalf of Creditor    Kudzo Oil Properties, LLC tim.swanson@moyewhite.com,
               audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Apple River Investments, LLC
               tim.swanson@moyewhite.com,  audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Alabama Oil Company tim.swanson@moyewhite.com,
               audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Alabama Oil & Gas, LLC tim.swanson@moyewhite.com,
               audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Kudzu Oil Properties, LLC tim.swanson@moyewhite.com,
               audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              Timothy Michael Riley    on behalf of Attorney    Hopping Green & Sams timothyr@hgslaw.com
              US Trustee     USTPRegion19.DV.ECF@usdoj.gov
              Victoria N Argeroplos    on behalf of Creditor    Fant Energy Limited vargeroplos@jw.com
                                                                                                TOTAL: 94
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re:  § § **SKLAR EXPLORATION COMPANY, LLC**, *et al.*,[1]  § § § **Debtors.**  § | | **Chapter 11**  **Case No. 20-12377-EEB**  **(Jointly Administered)** |

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF MUNSCH HARDT KOPF & HARR, P.C. AS COUNSEL FOR THE COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO APRIL 16, 2020

THIS MATTER, having come before the Court on the *Application for an Order Authorizing the Retention and Employment of Munsch Hardt Kopf & Harr, P.C. as Counsel for The Official Committee of Unsecured Creditors Nunc Pro Tunc to April 16, 2020* (the "Application") filed by the Official Committee of Unsecured Creditors (the "Committee"), seeking approval of the Court to allow Munsch Hardt Kopf & Harr, P.C. ("Munsch Hardt") to represent the Committee in the above-captioned cases, the Court being satisfied that Munsch Hardt represents no interest materially adverse to the estates of the Debtors, and the matter upon which it is to be engaged, that its employment is necessary and would be in the best interests of the estates, it is hereby

ORDERED that the Application is GRANTED; and it is further

ORDERED THAT the Committee is authorized to employ and retain Munsch Hardt to represent it in the above-captioned cases; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930), and Sklarco, LLC (5432).

ORDERED that the fees and costs charged by Munsch Hardt are subject to allowance or review by the Court pursuant to the interim and final fee applications filed in accordance with 11 U.S.C. §§ 328, 330, and 331.

Done and entered this 24th day of April, 2020, at Denver, Colorado, *nunc pro tunc* to April 16, 2020.

*Elizabeth E. Brown*

———————————————
Honorable Elizabeth E Brown
United States Bankruptcy Judge