IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: SKLAR EXPLORATION COMPANY, LLC<br>Debtor. | CASE NO. 20-12377-EBB |
| SKLARCO, LLC<br>Debtor. | CASE NO.: 20-12380-EEB |

**VERIFIED STATEMENT OF MULTIPLE REPRESENTATION**

The law firm of Watkins & Eager PLLC ("W&E") of Jackson, Mississippi, files this Verified Statement of Multiple Representation under Federal Rule of Bankruptcy Procedure 2019, as follows:

1. W&E has been asked to represent the following parties-in-interest in the above referenced jointly administered bankruptcy cases: (1) Landmark Oil and Gas, LLC, a Mississippi limited liability company, (2) Landmark Exploration, LLC, a Mississippi limited liability company, (3) Lexington Investments, LLC, a Mississippi limited liability company, and (4) Stone Development, LLC, a Mississippi limited liability company.

2. Landmark Oil and Gas, LLC's address is 113 Park Circle Drive, Flowood, MS 39232. W&E's representation of Landmark Oil and Gas, LLC in these cases began in April 2020.

3. Landmark Exploration, LLC's address is 113 Park Circle Drive, Flowood, MS 39232. W&E's representation of Landmark Exploration, LLC in these cases began in April 2020.

4. Lexington Investments, LLC's address is 113 Park Circle Drive, Flowood, MS 39232. W&E's representation of Lexington Investments, LLC in these cases began in April 2020.

5. Stone Development, LLC's address is 126 Port Lane, Brandon, MS 39047. W&E's representation of Stone Development in these cases began in April 2020.

6. Landmark Oil and Gas, LLC, Landmark Exploration, LLC, and Lexington Investments, LLC, are affiliated parties and clients of W&E before the above-captioned cases were filed.

7. W&E has not represented Stone Development, LLC before this matter.

8. W&E is acting counsel for Landmark Oil and Gas, LLC, Landmark Exploration, LLC, Lexington Investments, LLC, and Stone Development, LLC. Each party was informed of the multiple representation by W&E and has consented thereto.

Respectfully submitted this 27th day of April, 2020.

WATKINS & EAGER PLLC

By: /s/ Jim F. Spencer, Jr.
Jim F. Spencer, Jr.,
Its attorneys

COUNSEL FOR

LANDMARK OIL AND GAS, LLC,
LANDMARK EXPLORATION, LLC,
LEXINGTON INVESTMENTS, LLC, and
STONE DEVELOPMENT, LLC

PAUL H. STEPHENSON, III (MSB#7864)
JIM F. SPENCER, JR. (MSB#7736)
WATKINS & EAGER PLLC
P.O. BOX 650
JACKSON, MISSISSIPPI 39205
(601) 965-1900 (p)
(601) 965-1901 (f)
pstephenson@watkinseager.com
jspencer@watkinseager.com

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

_____
Jim F. Spencer, Jr.

SWORN TO before me this 27th day of April, 2020.

_____
Notary Public

My Commission Expires:

August 27, 2022

## CERTIFICATE OF SERVICE

I, Jim F. Spencer, Jr., do hereby certify that I have caused to be served a true and correct copy of the VERIFIED STATEMENT OF MULTIPLE REPRESENTATION was served on all parties authorized to receive notice through the ECF notice system in this case.

This 27th day of April, 2020.

/s/ Jim F. Spencer, Jr.
Jim F. Spencer, Jr.

