UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| Debtor. | ) | |

**INTERIM ORDER AUTHORIZING PAYMENT OF OVERRIDING ROYALTY AND ROYALTY INTEREST OBLIGATIONS**

THIS MATTER comes before the Court on the Debtors' Motion to: 1) Honor and Pay Overriding Royalty, Royalty, and Working Interest Obligations; and 2) Offset Joint Interest Billing Obligation ("Motion"), notice having been provided, the Court having reviewed the Objections and the arguments of counsel, if any, the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby

**ORDER THAT:**

1. The Motion is GRANTED in part;

2. The Debtors are authorized, but not directed, to honor and pay, in their sole discretion, revenue payments owed to the non-insider holders of overriding royalty interests and royalty interests in the total amount of $1,853,228.56, comprised of royalty and overriding royalty amounts due and payable to the holders of such interests from revenue generated in January and February 2020, and may continue to pay overriding royalty interests and royalty interests on an ongoing basis in the ordinary course of business;

3. Any overriding royalty interests and/or working interests owed to Sklarco, LLC from Sklar Exploration Company, LLC, shall be maintained by Sklar Exploration Company for use in ongoing operations;

4. Notwithstanding the relief granted in this Interim Order, any payment made by the Debtors pursuant to the authority granted herein shall be subject to the applicable order authorizing use of cash collateral;

5. With respect to the accounts on which checks are drawn or electronic payment requests are made in payment of the obligations approved herein, East West Bank is authorized to receive, process, honor, and pay all such checks and electronic payment requests when presented for payment, and is authorized to rely on the Debtors' designation of any particular check or electronic payment request as approved by this Interim Order.

6. To the extent any party accepts payment under this Interim Order, and the Debtors' interests in such payment subsequently are recharacterized or otherwise determined by the Court, after due and proper notice and a hearing, to constitute property of the Debtors' estates, the Debtors are authorized, but not directed, to take any action necessary, including without limitation the commencement of an adversary proceeding, to avoid and recover such payment as a post-petition transfer under section 549 of the Bankruptcy Code; and

7. A final hearing on the Motion to consider the remaining relief requested, including the payment of pre-petition amounts owed to working interest holders and the Debtors' request for authorization to offset certain amounts, is set for **9:30 a.m. on Monday, May 11, 2020**. All previously submitted objections to the Debtors' Motion shall remain in effect unless withdrawn. Any additional objections shall be filed no later than seven (7) days prior to the hearing, on or before **May 4, 2020**. If there are disputed facts requiring an evidentiary hearing, parties shall file lists of witnesses and exhibits no later than five (5) days prior to the hearing, on or before **May 6, 2020**. The parties may use previously submitted lists of witnesses and exhibits or file new lists of witnesses and exhibits. By separate order, the Court will set the procedures for any evidentiary hearing. If there are remaining disputed fact issues, the parties should be prepared to present their evidence at the final hearing.

Done and entered this 27th day of April, 2020 at Denver, Colorado.

_____
Honorable Thomas B. McNamara
United States Bankruptcy Judge