UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## Minute Order

| Date: April 27, 2020 | **Honorable Thomas B. McNamara, Presiding** |
| --- | --- |
| | Kerstin Cass, Law Clerk |

| | | **Case. No. 20-12377 EEB** |
| --- | --- | --- |
| In re: | Sklar Exploration Company, LLC, | Chapter 11 |
| | Debtor. | |
| | Sklarco, LLC, | **Case. No. 20-12380 EEB** |
| | Debtor. | Chapter 11 |
| | | **Jointly Administered Under 20-12377 EEB** |

| | Appearances | | Representing |
| --- | --- | --- | --- |
| Counsel | | UST | |
| Counsel | Keri Riley*, Lee Kutner* | Debtor(s) | Howard Sklar, Manager |
| Counsel | Chris Johnson, John Cornwell | Committee | Creditors' Committee |
| Counsel | Craig Schuenemann*, Bryce Suzuki* | Creditor | East West Bank |
| Counsel | James Bailey* | Creditor | Stoneham Drilling |
| Counsel | Thomas Shipps*, Shay Denning*, Barnet Skelton Jr.* | Creditor | CTM 2005, Ltd., I & L Miss I, LP, Pickens Financial Group, LLC, Tauber Exploration & Production Co, MER Energy, Ltd., The MR Trust, Tara Rudman Revocable Trust, Rudman Family Trust, The Rudman Partnership, Feather River 75, LLC |
| Counsel | Eric Lockridge* | Creditor | AEEC II, LLC, Anderson Exploration Energy Company, LC, TCP Cottonwood, L.P., Sugar Oil |
| Counsel | Timothy Mohan* | Creditor | Baker Hughes |
| Counsel | Matt Ochs,* Jeremy Rutherford* | Creditor | Pruet Oil Company, LLC, Pruet Production Co. |
| Counsel | Robert Paddock* | Creditor | Meritage Energy Ltd, Strago Petroleum Corporation, Gateway Exploration, Harvest Gas Management, G Crew Properties |
| Counsel | Duane Brescia* | Creditor | Lucas Petroleum Oil |
| Counsel | Tim Swanson*, Craig Geno* | Creditor | Kudzu Oil Properties, Alabama Oil Co. & Apple River Investments, Alabama Oil & Gas, LLC |
| Counsel | Deanna Westfall* | Creditor | Colorado Department of Revenue |
| Counsel | Michael Niles* | Creditor | Fletcher Petroleum Co. |
| Counsel | Timothy Riley* | Creditor | Hopping Green & Sams |
| Counsel | Joseph Bain*, Amy Vazquez* | Creditor | FPCC USA |
| Counsel | Jordan Bird* | Creditor | Franks Exploration Co, AEH Investments, J & A Harris Bundero Investment Co., Kingston, Hughes Oil South, KMR Investments, Tommy Youngblood |

| | | | |
|---|---|---|---|
| Counsel | David Taggart* | Creditor | J.F. Howell Interests |
| Counsel | Jim Spencer, Jr.* | Creditor | Landmark Oil and Gas, Landmark Exploration, Lexington Investments, Stone Development, |
| Counsel | David Miller* | Creditor | Bri-Chem Supply Co. |
| Counsel | Michael Guyerson* | Creditor | Barbara Page Lawrence & the estate of Pamela Page |
| Counsel | Jennifer Hardy* | Creditor | Fant Energy Ltd., JJS Interests Escambia, LLC, JJS Interests Steele Kings, LLC, JJS Working Interests, LLC |
| Counsel | Christopher Meredith,* Glen Taylor* | Creditor | Eastern Fishing & Rental Tool Co., Paul Minerals |

*Parties appearing telephonically

<u>Proceedings</u>: Status Conference on: (1) Debtors' Motion for Authority to Use Cash Collateral (Dkt. No. 34); (2) Debtors' Motion for Authority to Pay Pre-Petition Joint Interest Billing Obligations as Critical Vendors (Sklarco, LLC) (Dkt. No. 41); and (3) Debtors' Motion to Honor and Pay Overriding Royalty, Royalty; and Working Interest Obligations; and Offset Joint Interest Billing Obligations (Dkt. No. 37); and all objections thereto

<u>Orders:</u>

☒ The Court conducted a hearing and heard legal arguments on the Debtors' Motions. Separate orders will enter.

Date: April 27, 2020                             BY THE COURT:

*Thomas B. McNamara*
_____
Thomas B. McNamara, U.S. Bankruptcy Judge