**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| **SKLAR EXPLORATION COMPANY, LLC** | **Case No. 20-12377-EEB** |
| **SKLARCO, LLC** | **Case No. 20-12380-EEB** |
| *Debtors* | **(Jointly Administered)** |

**AMENDED VERIFIED STATEMENT OF MULTIPLE REPRESENTATION**

The law firm of Copeland, Cook, Taylor & Bush, P.A. ("CCTB") of Ridgeland, Mississippi, files this *Amended Verified Statement of Multiple Representation* under Federal Rule of Bankruptcy Procedure 2019, as follows:

1. CCTB has been asked to represent the following parties-in-interest in the above-referenced jointly administered bankruptcy cases: (1) PAR Minerals Corporation ("PAR"); (2) Eastern Fishing & Rental Tool Company, Inc. ("Eastern"); and (3) Coastal Exploration, Inc. ("Coastal").

2. PAR's address is 701 Texas Street, Shreveport, Louisiana 71101. CCTB's representation of PAR in these cases began in April 2020.

3. Eastern's address is 2406 Moose Drive, Laurel, Mississippi 39440. CCTB's representation of Eastern in these cases began in April 2020.

4. Coastal's address is 701 Avignon Drive, Suite 101, Ridgeland, Mississippi 39157. CCTB's representation of Coastal in these cases began in April 2020.

5. PAR, Eastern, and Coastal are all longstanding clients of CCTB.

6. CCTB is acting as counsel for PAR, Eastern, and Coastal. Each party was informed of the multiple representation by CCTB and has consented thereto.

**THIS** the 28th day of April, 2020.

                                              Respectfully submitted,

                                              **COPELAND, COOK, TAYLOR & BUSH, P.A.**

                                              By: /s/ Christopher H. Meredith
                                                   Christopher H. Meredith, MSB No. 103656

OF COUNSEL
Copeland, Cook, Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway [Zip—39157]
P.O. Box 6020
Ridgeland, MS 39158-6020
Phone: 601-856-7200
Facsimile: 601-856-7626
cmeredith@cctb.com

## VERIFICATION UNDER 28 U.S.C. § 1746

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

**EXECUTED** on this the 28th day of April, 2020.

                                              /s/ Christopher H. Meredith

## CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing through the Court's Electronic Filing System upon all parties signed up to receive such notices.

**THIS** the 28th day of April, 2020.

                                              /s/ Christopher H. Meredith
                                              Of Counsel