**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| **SKLAR EXPLORATION COMPANY, LLC** | **Case No. 20-12377-EEB** |
| **SKLARCO, LLC** | **Case No. 20-12380-EEB** |
| *Debtors* | **(Jointly Administered)** |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR ALL COPIES AND PLEADINGS**

  **NOTICE IS HEREBY GIVEN** that Christopher H. Meredith of Copeland, Cook, Taylor & Bush, P.A., P.O. Box 6020, Ridgeland, Mississippi 39158-6020, has entered his appearance on behalf of Coastal Exploration, Inc., which requests that its undersigned attorney be given and served with a true and complete copy of all notices, papers, pleadings, or other filing served or required to be served in this case.

  **THIS** the 28th day of April, 2020.

              Respectfully submitted,

              **COASTAL EXPLORATION, INC.**

              By: /s/ Christopher H. Meredith
                Christopher H. Meredith, MSB No. 103656
                *One of Its Attorneys*

OF COUNSEL
Copeland, Cook, Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway [Zip—39157]
P.O. Box 6020
Ridgeland, MS  39158-6020
Phone: 601-856-7200
Facsimile: 601-856-7626
cmeredith@cctb.com

## CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing through the Court's Electronic Filing System upon all parties signed up to receive such notices.

**THIS** the 28th day of April, 2020.

/s/ Christopher H. Meredith
Of Counsel