## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: § <br> § <br> **Sklar Exploration Company, LLC** § <br> EIN: 72-1417930 § <br>     Debtor. § <br> § <br> § <br> **Sklarco, LLC** § <br> EIN: 72-1425432 § <br>     Debtor. § | § <br> § <br> **Case No. 20-12377-EEB** <br> § <br> **Chapter 11** <br> § <br> § <br> § <br> **Case No. 20-12380-EEB** <br> § <br> **Chapter 11** |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF ALL PLEADINGS AND DOCUMENTS

**PLEASE TAKE NOTICE** that Okin Adams LLP hereby enters its appearance as counsel for Kodiak Gas Services, LLC and requests that copies of all pleadings and other papers (however designated) filed in this case, as well as notices given or required to be given in this case, be given and served upon the undersigned at the address listed below:

Matthew S. Okin
John Thomas Oldham
Okin Adams LLP
1113 Vine Street, Suite 240
Houston, TX  77002
Telephone: (713) 228-4100
Facsimile: (888) 865-2118
mokin@okinadams.com
joldham@okinadams.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitations, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and

whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

**FURTHER,** if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

**DATED:** April 29, 2020

**OKIN ADAMS LLP**

By:    /s/ *Matthew S. Okin*
     Matthew S. Okin
     Texas Bar No. 00784695
     Email: mokin@okinadams.com
     John Thomas Oldham
     State Bar No. 24075429
     Email: joldham@okinadams.com
     1113 Vine St. Suite 240
     Houston, Texas 77002
     Tel: (713) 228-4100
     Fax: (888) 865-2118

**COUNSEL FOR KODIAK GAS SERVICES, LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 29, 2020, a true and correct copy of the foregoing document was served on all parties receiving notice via the Court's CM/ECF system.

   /s/ *Matthew S. Okin*
   Matthew S. Okin