# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

In Re:

SKLAR EXPLORATION COMPANY, LLC      CASE N0. 20-12377
ET AL.

DEBTOR      CHAPTER 11

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the law firm of Ayres, Shelton, Williams, Benson & Paine, LLC, will represent the interest of Barnette & Benefield, Inc. and files this notice of appearance and requests service of notices and pleadings and other papers (however designated) filed in this case, as well as notice given or required to be given in this case and served upon its attorneys of record as follows:

| | |
|---|---|
| Curtis R. Shelton | Jennifer Norris Soto |
| (LA Bar Roll 17137) | (LA Bar Roll 33301) |
| curtisshelton@arklatexlaw.com | jennifersoto@arklatexlaw.com |
| Ayres, Shelton, Williams, Benson & Paine, LLC | Ayres, Shelton, Williams, Benson & Paine, LLC |
| 333 Texas Street, Suite 1400 | 333 Texas Street, Suite 1400 |
| P.O. Box 1764 | P.O. Box 1764 |
| Shreveport, Louisiana 71166 | Shreveport, Louisiana 71166 |
| Telephone: (318) 227-3306 | Telephone: (318) 227-3310 |
| Facsimile: (318) 227-3806 | Facsimile: (318) 227-3810 |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes all notices and copies of all motions, notices, reports, briefs, applications, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether transmitted or conveyed by mail, email, facsimile or otherwise has been filed with the Court in which notice is required pursuant to 11 U.S.C. § 1109(b), 11 U.S.C. § 342, and Bankruptcy Rules 2002, 3017, 9007, 9010, and 9013.

**PLEASE TAKE FURTHER NOTICE** that the foregoing simply constitutes a demand and request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a trial by jury.

AYRES, SHELTON, WILLIAMS, BENSON & PAINE, LLC

By: /s/ Jennifer Norris Soto
 Jennifer Norris Soto
La. Bar Roll No. 33301
Suite 1400, Regions Tower
333 Texas Street (71101)
P. O. Box 1764
Shreveport, LA 71166-1764
Telephone: (318) 227-3500
Facsimile: (318) 227-3980

ATTORNEYS FOR BARNETTE & BENEFIELD, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing *Notice of Appearance and Request for Notice* with the Clerk of Court using the Court's electronic filing system. Notice of this filing was sent to all counsel of record by operation of the Court's electronic filing system at the email address registered with the Court.

Shreveport, Louisiana, this 29th day of April, 2020.

/s/ Jennifer Norris Soto
OF COUNSEL