# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

## ORDER AND NOTICE OF EVIDENTIARY HEARING BY VIDEO CONFERENCE

NOTICE IS HEREBY GIVEN that an evidentiary hearing is scheduled on the following: (1) Debtors' Motion to Use Cash Collateral (Dkt. No. 34) and all objections thereto; (2) Debtors' Motion to Honor and Pay Overriding Royalty, Royalty, and Working Interest Obligations; and Offset Joint Interest Billing Obligations (Dkt. No. 37) and all objections thereto; and (3) Debtors' Motion for Entry of Order Authorizing Payment of Pre-Petition Joint Interest Billing Obligations as Critical Vendors (Sklarco, LLC) (Dkt. No. 41) and all objections thereto.  The hearing will be held at **9:30 a.m. on Monday, May 11, 2020**, before Judge Elizabeth E. Brown.

Due to the unprecedented recent developments concerning the Coronavirus COVID-19, the evidentiary hearing will be conducted **by Zoom video conference only**. Counsel and/or parties should not appear in person.

1. **Zoom Video Conferences:**

    a. For security reasons, the Zoom video conference details will not be posted publicly.  The Court will send Zoom invitations via email to counsel, parties and/or witnesses within one day of the hearing. Counsel and/or parties shall not, under any circumstances, share, post, and/or transmit the Zoom video conference link, meeting ID, or password.

    b. It is counsel's and/or the parties' responsibility to ensure that they and their witnesses have the proper equipment to attend the Zoom video

      conference and that they and their witnesses possess complete copies of all marked exhibits prior to the Zoom video conference.

    c. The Court's general guidelines regarding Zoom hearings are available at: https://www.cob.uscourts.gov/zoom-video-conferences.

2. **Witness and Exhibit Lists: On or before May 6, 2020,** the parties shall:

    a. Exchange with one another FULL SETS of pre-marked exhibits (including rebuttal exhibits). Plaintiff/Movant shall use numbers. Defendant/Respondent shall use letters. For every exhibit exceeding ten (10) pages in length, the party shall sequentially number each page of that exhibit at the bottom of the page. *Do not file the exhibits with the Court.*

    b. File with the Court and serve on opposing party(parties) a List of Witnesses and Exhibits, substantially in the form of Local Bankr. Form 9070-1.1.

    c. The parties are encouraged to confer and, if possible, prepare a set of stipulated exhibits prior to the hearing for use by the Court and all parties.

3. **Court Copies: On or before 5:00 p.m. on May 7, 2020,** each party shall deliver to the Court two hard copy sets of their exhibits. One copy is for the Judge and one copy is for the Law Clerk. Each set shall be placed into a three-ring binder (do not use binders larger than 3 inches in width), with tabs that indicate the appropriate exhibit letter/number. Tabs must extend past the side of the paper so that the witness and the Court may easily locate each exhibit. The first page of each binder shall include an index in the form of Local Bankr. Form 9070-1.1.

    a. Exhibits may be delivered to the Court via a delivery service (USPS, FedEx, UPS, etc.) or by courier. Couriers should leave copies at the Bankruptcy Court Clerk's Office Intake Counter. There will be a designated drop box for exhibit notebooks.

    b. In the submitted hard copy exhibits, objecting parties should **highlight or otherwise flag** any provisions in the relevant agreements/contracts/documents that address the ownership of cash call advances and working interest revenues once collected by the Debtor, and whether a segregated account for those funds exists, was required, and if not, whether the objecting party can trace their funds.

4. **List of Participants: On or before May 6, 2020,** the parties shall email to chambers (CourtroomF@cob.uscourts.gov) a list of the name, phone number and email address of each individual (counsel, parties and witnesses) that will be participating in the Evidentiary Hearing. Only those individuals on the list will receive a Zoom invitation

2

to attend the hearing. Counsel and/or parties <u>shall not</u>, under any circumstances, share, post, or transmit the Zoom video conference link, meeting ID, or password.

      5.    **<u>Prehearing training</u>:** Chambers will conduct a test video conference via Zoom at **9:30 a.m. on Friday, May 8, 2020** to ensure equipment is functioning properly. The Court will send Zoom invitations to the video test to all participants. The Court strongly encourages all participants to read the Court's guidelines for Zoom video conferences on its website in advance of the video test.

      6.    **<u>Court Appearances</u>:** If a party does not join the Zoom video conference, it will be deemed a failure to appear. Failure to connect to the Zoom video conference in a timely manner will preclude participation in the Evidentiary Hearing.

      7.    **<u>No Recordings</u>:** Counsel and/or the parties are strictly prohibited from recording any court proceeding held by video or teleconference, including taking "screen shots" or other visual copies. Violation of this prohibition may result in sanctions as deemed necessary by the Court.

      8.    **<u>Retention of Exhibits</u>:** After the hearing, the parties shall retain custody of their own exhibits in accordance with Local Bankruptcy Rule 9070-1(a)(3)

DATED this 29th day of April, 2020.

BY THE COURT:

*[signature: Elizabeth E. Brown]*

Elizabeth E. Brown, Bankruptcy Judge