## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

IN RE:                                                     **Chapter 11**
**SKLAR EXPLORATION COMPANY, LLC**                 **Case No. 20-12377-EEB**

**SKLARCO, LLC**                                        **Case No. 20-12380-EEB**
*Debtors*                                           **(Jointly Administered)**

---

### NOTICE OF APPEARANCE BY GLENN GATES TAYLOR
### AND
### REQUEST FOR ALL COPIES AND PLEADINGS

---

**NOTICE IS HEREBY GIVEN** that Glenn Gates Taylor of Copeland, Cook, Taylor & Bush, P.A., P. O. Box 6020, Ridgeland, Mississippi 39158-6020, does hereby enter his appearance on behalf of **Coastal Exploration, Inc.**, which requests that its undersigned attorney be given and served with a true and complete copy of all notices, papers, pleadings, or other filing served or required to be served in this case.

**THIS** the 29th day of April, 2020.

Respectfully submitted,

**COASTAL EXPLORATION, INC.**

By: /s/ Glenn Gates Taylor
Glenn Gates Taylor, MSB No. 7453
Copeland, Cook, Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway [Zip—39157]
P.O. Box 6020
Ridgeland, MS  39158-6020
Phone: 601.427.1463
Facsimile: 601-856-7626
gtaylor@cctb.com

## **CERTIFICATE OF SERVICE**

Service provided via Notice of Electronic Filing through the Court's Electronic Filing System upon all parties signed up to receive such notices.

**THIS** the 29th day of April, 2020.

/s/ Glenn Gates Taylor
Glenn Gates Taylor