# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| **SKLAR EXPLORATION COMPANY, LLC** | **Case No. 20-12377-EEB** |
| **SKLARCO, LLC** | **Case No. 20-12380-EEB** |
| *Debtors* | **(Jointly Administered)** |

## NOTICE OF APPEARANCE BY GLENN GATES TAYLOR
## AND
## REQUEST FOR ALL COPIES AND PLEADINGS

**NOTICE IS HEREBY GIVEN** that Glenn Gates Taylor of Copeland, Cook, Taylor & Bush, P.A., P. O. Box 6020, Ridgeland, Mississippi 39158-6020, does hereby enter his appearance on behalf of **Eastern Fishing & Rental Tool Co., Inc.**, which requests that its undersigned attorney be given and served with a true and complete copy of all notices, papers, pleadings, or other filing served or required to be served in this case.

**THIS** the 29th day of April, 2020.

Respectfully submitted,

**EASTERN FISHING & RENTAL TOOL CO., INC.**

By: /s/ Glenn Gates Taylor
 Glenn Gates Taylor, MSB No. 7453
 Copeland, Cook, Taylor & Bush, P.A.
 600 Concourse, Suite 200
 1076 Highland Colony Parkway [Zip—39157]
 P.O. Box 6020
 Ridgeland, MS  39158-6020
 Phone: 601.427.1463
 Facsimile: 601-856-7626
 gtaylor@cctb.com

## CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing through the Court's Electronic Filing System upon all parties signed up to receive such notices.

**THIS** the 29th day of April, 2020.

/s/ Glenn Gates Taylor
Glenn Gates Taylor