IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | Chapter 11 |
| SKLAR EXPLORATION COMPANY, LLC | Case No. 20-12377-EEB |
| | |
| SKLARCO, LLC | Case No. 20-12380-EEB |
| *Debtors* | (Jointly Administered) |

NOTICE OF APPEARANCE BY GLENN GATES TAYLOR
AND
REQUEST FOR ALL COPIES AND PLEADINGS

**NOTICE IS HEREBY GIVEN** that Glenn Gates Taylor of Copeland, Cook, Taylor & Bush, P.A., P. O. Box 6020, Ridgeland, Mississippi 39158-6020, does hereby enter his appearance on behalf of **PAR MINERALS CORPORATION**, which requests that its undersigned attorney be given and served with a true and complete copy of all notices, papers, pleadings, or other filing served or required to be served in this case.

**THIS** the 29th day of April, 2020.

            Respectfully submitted,

            PAR MINERALS CORPORATION

            By: /s/ Glenn Gates Taylor
             Glenn Gates Taylor, MSB No. 7453
             Copeland, Cook, Taylor & Bush, P.A.
             600 Concourse, Suite 200
             1076 Highland Colony Parkway [Zip—39157]
             P.O. Box 6020
             Ridgeland, MS  39158-6020
             Phone: 601.427.1463
             Facsimile: 601-856-7626
             gtaylor@cctb.com

## CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing through the Court's Electronic Filing System upon all parties signed up to receive such notices.

**THIS** the 29th day of April, 2020.

/s/ Glenn Gates Taylor
Glenn Gates Taylor
