## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br><br>    Debtor. | Case no. 20-12377-EEB<br><br>Chapter 11 |
| IN RE:<br><br>SKLARCO, LLC<br>EIN: 72-1425432<br><br>    Debtor. | Case no. 20-12380-EEB<br><br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Ryan J. Lorenz and the firm of Clark Hill PLC hereby enter their appearance as counsel for JUNO FINANCIAL LLC, a Colorado limited liability company ("Creditor"), in the above-captioned bankruptcy cases pursuant to Fed. R. Bank. P. 9010(b) and such counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 3017, 9007 and 9010 and 11 U.S.C. §§ 102(1), 342 and 1109(b), that copies of all notices, pleadings, motions and other court filings be delivered and served upon counsel as follows:

>   Ryan J. Lorenz
>   CLARK HILL PLC
>   14850 N. Scottsdale Road, Ste. 500
>   Scottsdale, Arizona 85254
>   480-684-1107 (direct)
>   480-684-1167 (fax)
>   RLorenz@ClarkHill.com; SOrdonez@ClarkHill.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the bankruptcy code and the rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions,

pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plan or plans of reorganization or liquidation, and disclosure statements, whether formal or informal, and by whatever medium communicated, that affect the above-captioned debtors or the debtors' estates.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to waive and shall not constitute a waiver of (i) Creditor's right to have final orders in non-core matters entered only after de novo review by a District Court; (ii) creditor's right to a jury trial; (iii) creditor's right to request to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which creditor is or may be entitled to under agreements, documents or instruments, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 29, 2020.

Respectfully submitted,

**CLARK HILL PLC**

By: /s/ Ryan J. Lorenz
Ryan J. Lorenz, Arizona State Bar No. 019878
14850 N. Scottsdale Road, Ste. 500
Scottsdale, AZ 85254
480-684-1107 (direct)
480-684-1167 (fax)
RLorenz@ClarkHill.com

*Attorneys for June Financial, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served by electronic transmission to all registered ECF users appearing in the case.

Dated: April 29, 2020.

By: /s/ Ryan J. Lorenz
Ryan J. Lorenz

ClarkHill\J1648\405334\223800852.v1-4/29/20