**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br>EIN NO: 72-1417930<br><br>Debtor.<br><br>In re:<br><br>Sklarco, LLC,<br>EIN NO: 72-1425432<br><br>Debtor. | Bankruptcy Case No. 20-12377 EEB<br>Chapter 11<br><br>Bankruptcy Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under Case No. 20-12377 EEB** |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

**PLEASE TAKE NOTICE** that attorney Armistead M. Long and the law firm of Gordon, Arata, McCollam, Duplantis & Eagan, L.L.C. have been retained as attorneys for Pine Island Chemical Solutions, L.L.C., a creditor in the above captioned bankruptcy matter. Pursuant to the United States Bankruptcy Court and Federal Rules of Bankruptcy Procedure, the undersigned counsel request that all notices given or required to be served in this case be given to and served upon the following:

**GORDON, ARATA, MONTGOMERY, BARNETT,**
   **McCOLLAM, DUPLANTIS & EAGAN, LLC**
Armistead M. Long
(Tx. Bar # 24035576 / La. Bar Roll # 33949)
400 East Kaliste Saloom Road, Suite 4200
Lafayette, Louisiana 70508
Phone: (337) 237-0132
Fax: (337) 237-3451
Email: along@gamb.law

The undersigned counsel consents to service of notices by facsimile or electronic mail. This request encompasses all notices and pleadings in Section 1109(b) of Title 11 of the United States Code, or in Rules 2002, 3017, 9007, or 9010(b) of the Federal Rules of Bankruptcy Procedures, including, notices of any orders, motion, complaints, petitions, or requests, application, and any other document brought before this Court, whether formal or informal, written or oral, transmitted by conveyed mail, hand delivery, telephone, telegraph, telex, electronic transmission or otherwise, which affect the above-referenced case.

Respectfully submitted, this 30th day of April, 2020.

**GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC**

*/s/ Armistead M. Long*
Armistead M. Long
(Tx. Bar # 24035576 / La. Bar Roll # 33949)
400 East Kaliste Saloom Road, Suite 4200
Lafayette, Louisiana 70508
Email: along@gamb.law
Phone: (337) 237-0132
Fax: (337) 237-3451

*Counsel for Pine Island Chemical Solutions, L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a notice of electronic filing to counsel as indicated by the Court.

Lafayette, Louisiana, this 30th day of April, 2020.

*/s/ Armistead M. Long*
ARMISTEAD M. LONG

3230533v1