**RECORDING SUPPLEMENT TO**
**OPERATING AGREEMENT AND FINANCING STATEMENT**

**E 1/2 of Section 35 and W 1/2 of Section 36, Township 4 North, Range 10 East**
**Conecuh County, Alabama**

THIS AGREEMENT is entered into by and between SKLAR EXPLORATION COMPANY L.L.C., hereinafter referred to as "Operator," and the signatory party or parties other than Operator, hereinafter referred to individually as "Non-Operator," and collectively as "Non-Operators."

WHEREAS, the parties to this agreement are owners of Oil and Gas Leases and/or Oil and Gas Interests identified in Exhibit "A-1," attached hereto and made a part hereof, which cover and affect the lands located within the bold red line identified in Exhibit "A-2," attached hereto and made a part hereof (said lands, Leases and Interests being hereinafter called the "Contract Area"), and in any instance in which the Leases or Interests of a party are not of record, the party or parties hereto that own the interest or rights therein are reflected on Exhibit "A," attached hereto and made a part hereof;

WHEREAS, the parties hereto have executed an Amended Operating Agreement dated effective December 15, 2019 (the "Operating Agreement"), covering the Contract Area for the purpose of exploring and developing such lands, Leases and Interests for Oil and Gas; and

WHEREAS, the parties hereto have executed this agreement for the purpose of imparting notice to all persons of the rights and obligations of the parties under the Operating Agreement and for the further purpose of perfecting those rights capable of perfection.

NOW, THEREFORE, in consideration of the mutual rights and obligations of the parties hereto, it is agreed as follows:

1.  This agreement supplements the Operating Agreement, which Agreement in its entirety is incorporated herein by reference, and all terms used herein shall have the meaning ascribed to them in the Operating Agreement.

2.  The parties do hereby agree that:

    A.  The Oil and Gas Leases and/or Oil and Gas Interests of the parties comprising the Contract Area shall be subject to and burdened with the terms and provisions of this agreement and the Operating Agreement, and the parties do hereby commit such Leases and Interests to the performance thereof.

    B.  The exploration and development of the Contract Area for Oil and Gas shall be governed by the terms and provisions of the Operating Agreement, as supplemented by this agreement.

    C.  All costs and liabilities incurred in operations under this agreement and the Operating Agreement shall be borne and paid, and all equipment and materials acquired in operations on the Contract Area shall be owned, by the parties hereto, as provided in the Operating Agreement.

    D.  Regardless of the record title ownership of the Oil and Gas Leases and/or Oil and Gas Interests identified in Exhibit "A-1," all production of Oil and Gas from the Contract Area shall be owned by the parties as provided in the Operating Agreement; provided, further, that (i) nothing contained in this agreement shall be deemed an assignment or cross-assignment of interests covered hereby and (ii) the actual interests of parties in the Contract Area or in any well drilled therein pursuant to the Operating Agreement may differ from the interests of the parties reflected in Exhibit "A" due to assignments, elections, forfeitures or other transfers made pursuant to the terms of the Operating Agreement.

    E.  Each party shall pay or deliver, or cause to be paid or delivered, all burdens on its share of the production from the Contract Area as provided in the Operating Agreement.

    F.  An overriding royalty, production payment, net profits interest or other burden payable out of production hereafter created, assignments of production given as security for the payment of money and those overriding royalties, production payments and other burdens payable out of production heretofore created and defined as Subsequently Created Interests in the Operating Agreement shall be (i) borne solely by the party whose interest is burdened therewith, (ii) subject to suspension if a party is required to assign or relinquish to another party an interest which is subject to such burden, and (iii) subject to the lien and security interest hereinafter provided if the party subject to such burden fails to pay its share of expenses chargeable hereunder and under the Operating Agreement, all upon the terms and provisions and in the times and manner provided by the Operating Agreement.

Exhibit 2

G.  The Oil and Gas Leases and/or Oil and Gas Interests which are subject hereto may not be assigned or transferred except in accordance with those terms, provisions and restrictions in the Operating Agreement regulating such transfers.

This agreement and the Operating Agreement shall be binding upon and shall inure to the benefit of the parties hereto, and their respective heirs, devisees, legal representatives, successors and assigns, and the terms hereof shall be deemed to run with the leases or interests included within the Contract Area.

H.  The parties shall have the right to acquire an interest in renewal, extension and replacement leases, leases proposed to be surrendered, wells proposed to be abandoned, and interests to be relinquished as a result of non-participation in subsequent operations, all in accordance with the terms and provisions of the Operating Agreement.

I.  The rights and obligations of the parties and the adjustment of interests among them in the event of a failure or loss of title, each party's right to propose operations, obligations with respect to participation in operations on the Contract Area and the consequences of a failure to participate in operations, the rights and obligations of the parties regarding the marketing of production, and the rights and remedies of the parties for failure to comply with financial obligations shall be as provided in the Operating Agreement.

J.  Each party's interest under this agreement and under the Operating Agreement shall be subject to relinquishment for its failure to participate in subsequent operations and each party's share of production and costs shall be reallocated on the basis of such relinquishment, all upon the terms and provisions provided in the Operating Agreement.

K.  All other matters with respect to exploration and development of the Contract Area and the ownership and transfer of the Oil and Gas Leases and/or Oil and Gas Interest therein shall be governed by the terms and provisions of the Operating Agreement.

3.  The parties hereby grant reciprocal liens and security interests as follows:

A.  Each party grants to the other parties hereto a lien upon any interest it now owns or hereafter acquires in Oil and Gas Leases and Oil and Gas Interests in the Contract Area, and a security interest and/or purchase money security interest in any interest it now owns or hereafter acquires in the personal property and fixtures on or used or obtained for use in connection therewith, to secure performance of all of its obligations under this agreement and the Operating Agreement including but not limited to payment of expense, interest and fees, the proper disbursement of all monies paid under this agreement and the Operating Agreement, the assignment or relinquishment of interest in Oil and Gas Leases as required under this agreement and the Operating Agreement, and the proper performance of operations under this agreement and the Operating Agreement. Such lien and security interest granted by each party hereto shall include such party's leasehold interests, working interests, operating rights, and royalty and overriding royalty interests in the Contract Area now owned or hereafter acquired and in lands pooled or unitized therewith or otherwise becoming subject to this agreement and the Operating Agreement, the Oil and Gas when extracted therefrom and equipment situated thereon or used or obtained for use in connection therewith (including, without limitation, all wells, tools, and tubular goods), and accounts (including, without limitation, accounts arising from the sale of production at the wellhead), contract rights, inventory and general intangibles relating thereto or arising therefrom, and all proceeds and products of the foregoing.

B.  All parties acquiring an interest in Oil and Gas Leases and Oil and Gas Interests covered by this agreement and the Operating Agreement, whether by assignment, merger, mortgage, operation of law, or otherwise, shall be deemed to have taken subject to the lien and security interest granted by the Operating Agreement and this instrument as to all obligations attributable to such interest under this agreement and the Operating Agreement whether or not such obligations arise before or after such interest is acquired.

C.  To the extent that the parties have a security interest under Alabama's Uniform Commercial Code -- Secured Transactions, Ala. Code §§ 7-9A-101, *et seq.*, as hereafter amended, supplemented or replaced, they shall be entitled to exercise the rights and remedies of a secured party under the Code. The bringing of a suit and the obtaining of judgment by a party for the secured indebtedness shall not be deemed an election of remedies or otherwise affect the lien rights or security interest as security for the payment thereof. In addition, upon default by any party in the payment of its share of expenses, interest or fees, or upon the improper use of funds by the Operator, the other parties shall have the right, without prejudice to other rights or remedies, to collect from the purchaser the proceeds from the sale of such defaulting party's share of Oil and

Gas until the amount owed by such party, plus interest, has been received, and shall have the right to offset the amount owed against the proceeds from the sale of such defaulting party's share of Oil and Gas. All purchasers of production may rely on a notification of default from the non-defaulting party or parties stating the amount due as a result of the default, and all parties waive any recourse available against purchasers for releasing production proceeds as provided in this paragraph.

D.  Reserved.

E.  If any party does not perform all of its obligations under this agreement or the Operating Agreement, and the failure to perform subjects such party to foreclosure or execution proceedings pursuant to the provisions of this agreement or the Operating Agreement, to the extent allowed by governing law, the defaulting party waives any available right of redemption from and after the date of judgment, any required valuation or appraisement of the mortgaged or secured property prior to sale, any available right to stay execution or to require a marshalling of assets and any required bond in the event a receiver is appointed.

F.  The lien and security interest granted in this paragraph 3 supplements the rights granted under the Operating Agreement.

G.  Each party does hereby grant to the other parties a power of sale as to any property that is subject to the lien granted hereunder or under the Operating Agreement, such power of sale to be exercised against the interests of any party that does not timely perform all of its obligations under this agreement and the Operating Agreement and by and for the benefit of the party to whom such obligations are owed (hereafter sometimes referred to as the "Obligee"). Such power of sale shall be executed in accordance with the following procedure: Obligee shall be authorized, at its option, whether or not possession of the interest in question is taken, to sell the interest against which the lien has been granted (or such part or parts thereof as Obligee may from time to time elect to sell) under the power of sale which is hereby given, at public outcry, to the highest bidder for cash, at the front or main door of the courthouse of the county in which the interest to be sold, or a substantial and material part thereof, is located, after first giving notice by publication once a week for three successive weeks of the time, place and terms of such sale, together with a description of the interest to be sold, by publication in some newspaper published in the county or counties in which the interest to be sold is located. If there are interests to be sold in more than one county, publication shall be made in all counties where any of the interests to be sold are located. The sale shall be held sometime during the applicable legal hours of sale on the day designated for the exercise of the power of sale hereunder. Obligee may (but is not required to) bid at any sale held hereunder in the form of cash, cash equivalents and/or cancellation of all or any part of the obligations, or any combination thereof, and may purchase the interests, or any part thereof, if the highest bidder therefor. The purchaser at any such sale shall be under no obligation to see to the proper application of the purchase money. At any sale, all or any part of the interests, whether real, personal or mixed, may be offered for sale in parcels or en masse for one total price, and the proceeds of any such sale en masse shall be accounted for in one account without distinction between the items included therein and without assigning to them any proportion of such proceeds, the obligated party hereby waiving the application of any doctrine of marshalling or like proceeding. In case Obligee, in the exercise of the power of sale herein given, elects to sell any interests in parts or parcels, sales thereof may be held from time to time, and the power of sale granted herein shall not be fully exercised until all of the interests not previously sold shall have been sold or all the obligations shall have been paid or otherwise satisfied in full. The purchase money, proceeds and avails, or any other sums collected by Obligee pursuant to this power of sale shall be applied by the Obligee against the costs and expenses of such sale, including reasonable attorneys' fees, then shall be credited against the obligations for which the sale was made, then shall be applied against any obligations then outstanding from the defaulting party to the Obligee and, finally, to the extent any remains, shall be paid to the party who had owed the obligations.

H.  The above described security will be financed at the wellhead of the well or wells located on the Contract Area and this Recording Supplement may be filed in the land records in the County or Parish in which the Contract Area is located, and as a financing statement in all recording offices required under the Uniform Commercial Code or other applicable state statutes to perfect the above-described security interest, and any party hereto may file a continuation statement as necessary under the Uniform Commercial Code, or other state laws.

4.  This agreement shall be effective as of the date of the Operating Agreement as above recited. Upon termination of this agreement and the Operating Agreement and the satisfaction of all obligations thereunder, Operator is authorized to file of record in all necessary recording offices a notice of termination, and each party hereto agrees to execute such a notice of termination as to Operator's interest, upon the request of Operator, if Operator has complied with all of its financial obligations.

5.  This agreement and the Operating Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective heirs, devisees, legal representatives, successors and assigns. No sale, encumbrance, transfer or other disposition shall be made by any party of any interest in the Leases or Interests subject hereto except as expressly permitted under the Operating Agreement and, if permitted, shall be made expressly subject to this agreement and the Operating Agreement and without prejudice to the rights of the other parties. If the transfer is permitted, the assignee of an ownership interest in any Oil and Gas Lease shall be deemed a party to this agreement and the Operating Agreement as to the interest assigned from and after the effective date of the transfer of ownership; provided, however, that the other parties shall not be required to recognize any such sale, encumbrance, transfer or other disposition for any purpose hereunder until thirty (30) days after they have received a copy of the instrument of transfer or other satisfactory evidence thereof in writing from the transferor or transferee. No assignment or other disposition of interest by a party shall relieve such party of obligations previously incurred by such party under this agreement or the Operating Agreement with respect to the interest transferred, including without limitation the obligation of a party to pay all costs attributable to an operation conducted under this agreement and the Operating Agreement in which such party has agreed to participate prior to making such assignment, and the lien and security interest granted by Article VII.B. of the Operating Agreement and hereby shall continue to burden the interest transferred to secure payment of any such obligations.

6.  In the event of a conflict between the terms and provisions of this agreement and the terms and provisions of the Operating Agreement, then, as between the parties, the terms and provisions of the Operating Agreement shall control.

7.  This agreement shall be binding upon each Non-Operator when this agreement or a counterpart thereof has been executed by such Non-Operator and Operator notwithstanding that this agreement is not then or thereafter executed by all of the parties to which it is tendered or which are listed on Exhibit "A" as owning an interest in the Contract Area or which own, in fact, an interest in the Contract Area. In the event that any provision herein is illegal or unenforceable, the remaining provisions shall not be affected, and shall be enforced as if the illegal or unenforceable provision did not appear herein.

IN WITNESS WHEREOF, this agreement shall be effective as of November 1, 2017.

OPERATOR

SKLAR EXPLORATION COMPANY L.L.C.

J. MARSHALL JONES, III,
Vice President-Chief Operating Officer

NON-OPERATORS

SKLARCO L.L.C.

J. MARSHALL JONES, III,
Vice President-Chief Operating Officer

CRAFT OPERATING COMPANY XXXV, LLC

STEVEN H. CRAFT, Managing Member

Page 4 of 16
E 1/2 of Sec. 35 and W 1/2 of Sec. 36, T4N, R10E, Conecuh Co., AL RS

FANT ENERGY LIMITED
Richard E. Fant, LLC,
General Partner of Fant Energy Limited

RICHARD E. FANT, STEPHEN SWAN
Manager of Richard E. Fant, LLC, the
General Partner of Fant Energy Limited

GATEWAY EXPLORATION, LLC

By_____
As its_____

GCREW PROPERTIES, LLC

By_____
As its_____

HARVEST GAS MANAGEMENT, LLC

By_____
As its_____

I & L MISS I, LP

By_____
As its_____

FANT ENERGY LIMITED
Richard E. Fant, LLC,
General Partner of Fant Energy Limited

_____    _____
                                    RICHARD E. FANT,
                                    Manager of Richard E. Fant, LLC, the
_____    General Partner of Fant Energy Limited


GATEWAY EXPLORATION, LLC

_____    _____
                                    By  John P Moffat
                                    As its  President

_____


GCREW PROPERTIES, LLC

_____    _____
                                    By  George E. Jackson III
                                    As its  President

_____


HARVEST GAS MANAGEMENT, LLC

_____    _____
                                    By_____
                                    As its_____

_____


I & L MISS I, LP

_____    _____
                                    By_____
                                    As its_____

_____

FANT ENERGY LIMITED
Richard E. Fant, LLC,
General Partner of Fant Energy Limited

_____          _____
                                        RICHARD E. FANT,
_____          Manager of Richard E. Fant, LLC, the
                                        General Partner of Fant Energy Limited


GATEWAY EXPLORATION, LLC

_____
                                        By_____
_____          As its_____


GCREW PROPERTIES, LLC

_____
                                        By_____
_____          As its_____


                                        HARVEST GAS MANAGEMENT, LLC

✱ *Sarah Beam*
✱ *SARAH BEAVERS*                       By_____
*Clarence J Platt*                      As its_____
*Clarence J Platt*


                                        I & L MISS I, LP

_____
                                        By_____
_____          As its_____

FANT ENERGY LIMITED
Richard E. Fant, LLC,
General Partner of Fant Energy Limited

_____          _____
                                         RICHARD E. FANT,
                                         Manager of Richard E. Fant, LLC, the
_____          General Partner of Fant Energy Limited


GATEWAY EXPLORATION, LLC

_____
                                         By_____
                                         As its_____
_____


GCREW PROPERTIES, LLC

_____
                                         By_____
                                         As its_____
_____


HARVEST GAS MANAGEMENT, LLC

_____
                                         By_____
                                         As its_____
_____


I & L MISS I, LP

_____
                                         By_____
                                         As its_____
_____


Page 5 of 16
E 1/2 of Sec. 35 and W 1/2 of Sec. 36, T4N, R10E, Conecuh Co., AL RS

JEFFREYS DRILLING, LLC

By _J. Bradley Jeffreys_
As its_ Manager_

_____

JJS WORKING INTERESTS, LLC

JUSTIN SIMONS, PRESIDENT

_____

KUDZU OIL PROPERTIES, LLC

WIRT A. YERGER, III, Manager

_____

LANDMARK EXPLORATION, LLC

LARRY JOHNSON, Managing Member

_____

MARKSCO, L.L.C.

MARK P. SEALY, Member

_____

PATRICK J. McBRIDE

E 1/2 of Sec. 35 and W 1/2 of Sec. 36, T4N, R10E, Conecuh Co., AL RS

JEFFREYS DRILLING, LLC

By_____
As its_____

JJS WORKING INTERESTS, LLC

JUSTIN SIMONS, PRESIDENT

*Ben Smith*
Ben Smith
*Emily Rivera*
Emily Rivera

KUDZU OIL PROPERTIES, LLC

WIRT A. YERGER, III, Manager

LANDMARK EXPLORATION, LLC

LARRY JOHNSON, Managing Member

MARKSCO, L.L.C.

MARK P. SEALY, Member

PATRICK J. McBRIDE

JEFFREYS DRILLING, LLC

By _____
As its _____


JJS WORKING INTERESTS, LLC

JUSTIN SIMONS, PRESIDENT


KUDZU OIL PROPERTIES, LLC

WIRT A. YERGER, III, Manager


LANDMARK EXPLORATION, LLC

LARRY JOHNSON, Managing Member


MARKSCO, L.L.C.

MARK P. SEALY, Member


PATRICK J. McBRIDE

JEFFREYS DRILLING, LLC

By_____
As its_____

JJS WORKING INTERESTS, LLC

JUSTIN SIMONS, PRESIDENT

KUDZU OIL PROPERTIES, LLC

WIRT A. YERGER, III, Manager

LANDMARK EXPLORATION, LLC

Michael Johnson, Manager

MARKSCO, L.L.C.

MARK P. SEALY, Member

PATRICK J. McBRIDE

JEFFREYS DRILLING, LLC

_____

By_____
As its_____

_____


JJS WORKING INTERESTS, LLC

_____

JUSTIN SIMONS, PRESIDENT

_____


KUDZU OIL PROPERTIES, LLC

_____

WIRT A. YERGER, III, Manager

_____


LANDMARK EXPLORATION, LLC

_____

LARRY JOHNSON, Managing Member

_____


MARKSCO, L.L.C.

_____

MARK P. SEALY, Member


_____

PATRICK J. McBRIDE

_____

JEFFREYS DRILLING, LLC

By_____
As its_____


JJS WORKING INTERESTS, LLC


JUSTIN SIMONS, PRESIDENT


KUDZU OIL PROPERTIES, LLC


WIRT A. YERGER, III, Manager


LANDMARK EXPLORATION, LLC


LARRY JOHNSON, Managing Member


MARKSCO, L.L.C.


MARK P. SEALY, Member


PATRICK J. McBRIDE

*Anne M. Farland*

*Dana L. Eddy*

_____

_____

_____

_____

_____

_____

_____

MER ENERGY, LTD.

*Wesley C. Hernaon*

By _Wesley C. Hernaon V. P. of Rudco LLC_
As its _general partner_


MERITAGE ENERGY, LTD.

_____
By_____
As its_____


MJS INTERESTS, LLC

_____
By_____
As its_____


NORTHEDGE CORPORATION

_____
By_____
As its_____


PICKENS FINANCIAL GROUP, LLC

_____
MICHAEL K. PICKENS, Vice President


TAUBER EXPLORATION & PRODUCTION
COMPANY

_____
JOHN ROBINSON, Vice President-Land

E 1/2 of Sec. 35 and W 1/2 of Sec. 36, T4N, R10E, Conecuh Co., AL RS

MER ENERGY, LTD.

_____

By_____
As its_____


MERITAGE ENERGY, LTD.

_____

John C. Aubrey
By John C. Aubrey
As its President


MJS INTERESTS, LLC

_____

By_____
As its_____


NORTHEDGE CORPORATION

_____

By_____
As its_____


PICKENS FINANCIAL GROUP, LLC

_____

MICHAEL K. PICKENS, Vice President


TAUBER EXPLORATION & PRODUCTION
COMPANY

_____

JOHN ROBINSON, Vice President-Land

MER ENERGY, LTD.

_____        _____
                                   By_____
_____        As its_____


MERITAGE ENERGY, LTD.

_____        _____
                                   By_____
_____        As its_____


MJS INTERESTS, LLC

_____        *Martin J. Schotter*
                                   By_*Martin J Schotter*_____
_____        As its_*Manager*_____


NORTHEDGE CORPORATION

_____        _____
                                   By_____
_____        As its_____


PICKENS FINANCIAL GROUP, LLC

_____        _____
                                   MICHAEL K. PICKENS, Vice President
_____


TAUBER EXPLORATION & PRODUCTION
COMPANY

_____        _____
                                   JOHN ROBINSON, Vice President-Land
_____

MER ENERGY, LTD.

_____    _____
                                   By_____
_____    As its_____


MERITAGE ENERGY, LTD.

_____    _____
                                   By_____
_____    As its_____


MJS INTERESTS, LLC

_____    _____
                                   By_____
_____    As its_____


NORTHEDGE CORPORATION

_____    By_____ Joel Davis _____
                                   As its_____ President _____
_____


PICKENS FINANCIAL GROUP, LLC

_____    _____
                                   MICHAEL K. PICKENS, Vice President
_____


TAUBER EXPLORATION & PRODUCTION
COMPANY

_____    _____
                                   JOHN ROBINSON, Vice President-Land
_____

MER ENERGY, LTD.

_____

_____        By_____
As its_____

_____


MERITAGE ENERGY, LTD.

_____

_____        By_____
As its_____

_____


MJS INTERESTS, LLC

_____

_____        By_____
As its_____

_____


NORTHEDGE CORPORATION

_____

_____        By_____
As its_____

_____


PICKENS FINANCIAL GROUP, LLC

_____

_____        MICHAEL K. PICKENS, Vice President

_____


TAUBER EXPLORATION & PRODUCTION
COMPANY

_____

_____        JOHN ROBINSON, Vice President-Land

_____

MER ENERGY, LTD.

_____

By_____

As its_____

_____

MERITAGE ENERGY, LTD.

_____

By_____

As its_____

_____

MJS INTERESTS, LLC

_____

By_____

As its_____

_____

NORTHEDGE CORPORATION

_____

By_____

As its_____

_____

PICKENS FINANCIAL GROUP, LLC

_____

MICHAEL K. PICKENS, Vice President

_____

TAUBER EXPLORATION & PRODUCTION COMPANY

JOHN ROBINSON, Vice President-Land

Richard C. Tauber
President

TIEMBO, LTD.
Simba Investors, LLC, iis General Partner

_____
MARK RAUCH, Member of Simba Investors,
LLC, General Partner of Tiembo, Ltd.

STRAGO PETROLEUM CORP.

By_____
As its_____

PRUET OIL COMPANY, LLC

By_____
As its_____

TIEMBO, LTD.
Simba Investors, LLC, its General Partner

_____                    _____
                                                    MARK RAUCH, Member of Simba Investors,
_____                    LLC, General Partner of Tiembo, Ltd.


STRAGO PETROLEUM CORP.

By _____
_____                    As its _L. F. Goza_    _President_
_____


PRUET OIL COMPANY, LLC

_____                    By_____
                                                    As its_____
_____

TIEMBO, LTD.
Simba Investors, LLC, its General Partner

_____         _____
                                  MARK RAUCH, Member of Simba Investors,
_____         LLC, General Partner of Tiembo, Ltd.


STRAGO PETROLEUM CORP.

_____         By_____
                                  As its_____
_____


PRUET OIL COMPANY, LLC

_____         By_____
                                  As its____Rick J. Calhoon, Manager____
_____

**ACKNOWLEDGMENTS**

STATE OF _____
COUNTY/PARISH OF _____ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that J. Marshall Jones III, whose name as Vice President and Chief Operating Officer of SKLAR EXPLORATION COMPANY L.L.C., is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he as such Vice President and Chief Operating Officer and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _____ day of _____, 2020.

                              _____
                                Notary Public

[affix notarial seal]

My commission expires: _____

STATE OF _____
COUNTY/PARISH OF _____ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that J. Marshall Jones, III, whose name as Vice President and Chief Operating Officer of SKLARCO L.L.C., is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he as such Vice President and Chief Operating Officer and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _____ day of _____, 2020.

                                _____
                                Notary Public

[affix notarial seal]

My commission expires: _____

STATE OF MISSISSIPPI
COUNTY/PARISH OF MADISON )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that Steven H. Craft, whose name as Managing Member of CRAFT OPERATING COMPANY XXXV, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the 20th day of FEBRUARY, 2020.

                                _____
                                Notary Public

[affix notarial seal]

My commission expires: 10/15/20

STATE OF _Texas_____ )
COUNTY/PARISH OF _Harris_____ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that ~~Richard E. Fant,~~ whose name as Manager of Richard E. Fant, LLC, the General Partner of FANT ENERGY LIMITED, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he as such Manager and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _5th_ day of _March_____, 2020.

                _Kari Diane Cooksey_____
                Notary Public

[affix notarial seal]

My commission expires: _02/09/2024____

                Kari Diane Cooksey
                My Commission Expires
                02/09/2024
                ID No 130530488


STATE OF _____ )
COUNTY/PARISH OF _____ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that _____, whose name as _____ of GATEWAY EXPLORATION, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _____ day of _____, 2020.

                _____
                Notary Public

[affix notarial seal]

My commission expires:_____


STATE OF _____ )
COUNTY/PARISH OF _____ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that _____, whose name as _____ of GCREW PROPERTIES, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _____ day of _____, 2020.

                _____
                Notary Public

[affix notarial seal]

My commission expires:_____

STATE OF _____ )
COUNTY/PARISH OF _____ )

   I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that Richard E. Fant, whose name as Manager of Richard E. Fant, LLC, the General Partner of FANT ENERGY LIMITED, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he as such Manager and with full authority executed the same voluntarily for and as the act of said company.

   Given under my hand and official seal on this the _____ day of _____, 2020.

          _____
          Notary Public

[affix notarial seal]

My commission expires:_____

STATE OF   Texas )
COUNTY/PARISH OF   Harris )

   I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that John D Hoffa, whose name as President of GATEWAY EXPLORATION, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

   Given under my hand and official seal on this the   4th   day of   February , 2020.

CHRISTINA A MELANCON
My Notary ID # 124708012
Expires October 9, 2023

          Christina a melancon
          Notary Public

[affix notarial seal]

My commission expires: 10/09/2023

STATE OF   Texas )
COUNTY/PARISH OF   Harris )

   I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that George E Jones II, whose name as President of GCREW PROPERTIES, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

   Given under my hand and official seal on this the   4th   day of   February , 2020.

          Christina a melancon
          Notary Public

CHRISTINA A MELANCON
My Notary ID # 124708012
Expires October 9, 2023

My commission expires: 10/09/2023

E 1/2 of Sec. 35 and W 1/2 of Sec. 36, T4N, R10E, Conecuh Co., AL RS

STATE OF _Texas_ )
COUNTY/PARISH OF _Harris_ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that _Deane C Foss_, whose name as _Managing Member_ of HARVEST GAS MANAGEMENT, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _7th_ day of _February_, 2020.

                _____
                Notary Public

[affix notarial seal]

My commission expires: _2-4-2023_

KYLE ENGELING
Notary Public, State of Texas
My Comm. Exp. 02-04-2023
ID No. 13010196-8

STATE OF _____ )
COUNTY/PARISH OF _____ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that _____, whose name as _____ of I & L MISS I, LP, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _____ day of _____, 2020.

                _____
                Notary Public

[affix notarial seal]

My commission expires: _____

STATE OF _____ )
COUNTY/PARISH OF _____ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that _____, whose name as _____ of JEFFREYS DRILLING, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _____ day of _____, 2020.

                _____
                Notary Public

[affix notarial seal]

My commission expires: _____

STATE OF _____ )
COUNTY/PARISH OF _____ )

I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby
certify that _____, whose name as _____ of
HARVEST GAS MANAGEMENT, LLC, is hereby signed to the foregoing instrument and who is known
to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she
as such representative and with full authority executed the same voluntarily for and as the act of said
company.

Given under my hand and official seal on this the _____ day of _____, 2020.

_____
Notary Public

[affix notarial seal]

My commission expires:_____

STATE OF _TEXA_____ )
COUNTY/PARISH OF _DALLAS_____ )

I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby
certify that _THOMAS W. DEIT, JR._, whose name as _MANAGER_____ of I & L
MISS I, LP, is hereby signed to the foregoing instrument and who is known to me, acknowledged before
me on this day that, being informed of the contents of said instrument, he/she as such representative and
with full authority executed the same voluntarily for and as the act of said company.

Given under my hand and official seal on this the _5th_ day of _February_, 2020.

_____
Notary Public

[affix notarial seal]

My commission expires:_____

STATE OF _____ )
COUNTY/PARISH OF _____ )

I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby
certify that _____, whose name as _____ of
JEFFREYS DRILLING, LLC, is hereby signed to the foregoing instrument and who is known to me,
acknowledged before me on this day that, being informed of the contents of said instrument, he/she as
such representative and with full authority executed the same voluntarily for and as the act of said
company.

Given under my hand and official seal on this the _____ day of _____, 2020.

_____
Notary Public

[affix notarial seal]

My commission expires:_____

Page 11 of 16
E 1/2 of Sec. 35 and W 1/2 of Sec. 36, T4N, R10E, Conecuh Co., AL RS

STATE OF _____ )
COUNTY/PARISH OF _____ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that _____, whose name as _____ of HARVEST GAS MANAGEMENT, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _____ day of _____, 2020.

                      _____
                      Notary Public

[affix notarial seal]

My commission expires:_____

STATE OF _____ )
COUNTY/PARISH OF _____ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that _____, whose name as _____ of I & L MISS I, LP, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _____ day of _____, 2020.

                      _____
                      Notary Public

[affix notarial seal]

My commission expires:_____

STATE OF _Texas_____ )
COUNTY/PARISH OF _Dallas_____ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that _J. Bradley Jeffreys_, whose name as _Manager_ of JEFFREYS DRILLING, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _4th_ day of _February_, 2020.

                      _____
                      Notary Public

[affix notarial seal]

My commission expires: _08/13/2022_____

                                EDGAR MARTINEZ
                                Notary Public
                                STATE OF TEXAS
                                My Comm. Exp. 08-13-22
                                Notary ID # 13168117-0

STATE OF __TEXAS__ )
COUNTY/PARISH OF __HARRIS__ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that Justin Simons, whose name as President of JJS WORKING INTERESTS, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he as such Officer and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the __3RD__ day of __FEBRUARY__, 2020.

[notary seal: DAPHENE ROCHELE NORWOOD, Notary Public, State of Texas, Comm. Expires 05-13-2022, Notary ID 129817322]

_Daphene R. Norwood_
Notary Public

[affix notarial seal]

My commission expires: __MAY 13, 2022__


STATE OF _____ )
COUNTY/PARISH OF _____ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that Wirt A. Yerger, whose name as Manager of KUDZU OIL PROPERTIES, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _____ day of _____, 2020.

_____
Notary Public

[affix notarial seal]

My commission expires:_____


STATE OF _____ )
COUNTY/PARISH OF _____ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that Larry Johnson, whose name as Manager/Member of LANDMARK EXPLORATION, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he as such Manager/Member and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _____ day of _____, 2020.

_____
Notary Public

[affix notarial seal]

My commission expires:_____

STATE OF _____)
COUNTY/PARISH OF _____)

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that Justin Simons, whose name as President of JJS WORKING INTERESTS, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he as such Officer and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _____ day of _____, 2020.

_____
Notary Public

[affix notarial seal]

My commission expires:_____

STATE OF Mississippi )
COUNTY/PARISH OF Madison )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that Wirt A. Yerger, whose name as Manager of KUDZU OIL PROPERTIES, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the 3 day of February, 2020.

_____
Notary Public

[affix notarial seal]

My commission expires: _____

STATE OF _____)
COUNTY/PARISH OF _____)

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that Larry Johnson, whose name as Manager/Member of LANDMARK EXPLORATION, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he as such Manager/Member and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _____ day of _____, 2020.

_____
Notary Public

[affix notarial seal]

My commission expires:_____

Page 12 of 16
E 1/2 of Sec. 35 and W 1/2 of Sec. 36, T4N, R10E, Conecuh Co., AL RS

STATE OF _____)
COUNTY/PARISH OF _____)

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that Justin Simons, whose name as President of JIS WORKING INTERESTS, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he as such Officer and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _____ day of _____, 2020.

                            _____
                            Notary Public

[affix notarial seal]

My commission expires:_____


STATE OF _____)
COUNTY/PARISH OF _____)

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that Wirt A. Yerger, whose name as Manager of KUDZU OIL PROPERTIES, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _____ day of _____, 2020.

                            _____
                            Notary Public

[affix notarial seal]

My commission expires:_____


STATE OF _Mississippi_____)
COUNTY/PARISH OF _Rankin_____)

_Michael Johnson_

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that Larry Johnson, whose name as Manager/Member of LANDMARK EXPLORATION, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he as such Manager/Member and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _3_ day of _February_, 2020.

                        _Lena M. Gregory_____
                        Notary Public

[affix notarial seal]

My commission expires:_June 18, 2021_

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 92353
LENA M. GREGORY
Commission Expires
June 18, 2021
RANKIN COUNTY

Page **12** of **16**
E 1/2 of Sec. 35 and W 1/2 of Sec. 36, T4N, R10E, Conecuh Co., AL RS

STATE OF _Louisiana_ )
COUNTY/PARISH OF _Caddo_ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that Mark P. Sealy, whose name as Member of MARKSCO, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he as such Member and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _24_ day of _February_, 2020.

OFFICIAL SEAL
ELIZABETH M. O'CONNOR
NOTARY ID # 144842
STATE OF LOUISIANA
PARISH OF CADDO
My Commission is for Life.

_Elizabeth M O'Connor_
Notary Public

[affix notarial seal]

My commission expires: _at death_

STATE OF _____ )
COUNTY/PARISH OF _____ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that PATRICK J. McBRIDE, whose name is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he executed the same voluntarily.

    Given under my hand and official seal on this the _____ day of _____, 2020.

_____
Notary Public

[affix notarial seal]

My commission expires:_____

STATE OF _____ )
COUNTY/PARISH OF _____ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that _____, whose name as _____ of MER ENERGY, LTD., is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _____ day of _____, 2020.

_____
Notary Public

[affix notarial seal]

My commission expires:_____

STATE OF _____ )
COUNTY/PARISH OF _____ )

      I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that Mark P. Sealy, whose name as Member of MARKSCO, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he as such Member and with full authority executed the same voluntarily for and as the act of said company.

      Given under my hand and official seal on this the _____ day of _____, 2019.

_____
Notary Public

[affix notarial seal]

My commission expires:_____

STATE OF _____ )
COUNTY/PARISH OF _____ )

      I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that PATRICK J. McBRIDE, whose name is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he executed the same voluntarily.

      Given under my hand and official seal on this the _____ day of _____, 2019.

                      See Attached For Notary Public
_____
Notary Public

[affix notarial seal]

My commission expires:_____

STATE OF _____ )
COUNTY/PARISH OF _____ )

      I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that _____, whose name as _____ of MER ENERGY, LTD., is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

      Given under my hand and official seal on this the _____ day of _____, 2019.

_____
Notary Public

[affix notarial seal]

My commission expires:_____

## ALL-PURPOSE ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of El Dorado

On Dec 27, 2019 before me, M. Henderson, Notary Public
Date                          Here Insert Name and Title of the Officer

personally appeared Patrick J. McBride
Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: M Henderson
Signature of Notary Public

M. HENDERSON
Comm. # 2285568
Notary Public · California
El Dorado County
Comm Expires May 15, 2023

Place Notary Seal and/or Stamp Above

### OPTIONAL

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: Operating Agreement & Financing Statement

Document Date: Dec 27, 2019        Number of Pages: 16

STATE OF _____ )
COUNTY/PARISH OF _____ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that Mark P. Sealy, whose name as Member of MARKSCO, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he as such Member and with full authority executed the same voluntarily for and as the act of said company.

        Given under my hand and official seal on this the _____ day of _____, 2020.

_____
Notary Public

[affix notarial seal]

My commission expires:_____

STATE OF _____ )
COUNTY/PARISH OF _____ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that PATRICK J. McBRIDE, whose name is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he executed the same voluntarily.

        Given under my hand and official seal on this the _____ day of _____, 2020.

_____
Notary Public

[affix notarial seal]

My commission expires:_____

STATE OF _____TEXAS_____ )
COUNTY/PARISH OF ___DALLAS_____ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that _WESLEY C. HERNDON_____, whose name as _VP, Ruden, LLC, G. P._____ of MER ENERGY, LTD., is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

        Given under my hand and official seal on this the _3rd_ day of _February_____, 2020.

_Rebecca A. Martin_____
Notary Public

[affix notarial seal]

My commission expires:_____

Rebecca A Martin
My Commission Expires
09/28/2020
ID No. 6425102

A.A.P.L. FORM 610 - MODEL FORM OPERATING AGREEMENT - 1982

*Castleberg*
*Solar Operator*

STATE OF *Texas* )

COUNTY/PARISH OF *Harris* )

    I, the undersigned authority, a Notary Public, in and for said State and County/Parish, hereby certify that *John C Aubrey*, whose name as *President* of MERITAGE ENERGY, LTD., is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he as such representative and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the ____ day of *March*, 2020.

CONNIE SUE PELLETIER
Notary Public, State of Texas
Comm. Expires 07-28-2022
Notary ID 6084060

*Connie S Pelletier*
NOTARY PUBLIC

My commission expires: *7.28.2022*

STATE OF _____ )

COUNTY/PARISH OF _____ )

    I, the undersigned authority, a Notary Public, in and for said State and County/Parish, hereby certify that _____, whose name as _____ of MJS INTERESTS, L.L.C. is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he as such representative and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the ____ day of _____, 2020.

_____
NOTARY PUBLIC

[affix notarial seal]

My commission expires: _____

STATE OF _____ )

COUNTY/PARISH OF _____ )

    I, the undersigned authority, a Notary Public, in and for said State and County/Parish, hereby certify that _____, whose name as _____ of NORTHEDGE CORPORATION, L.L.C. is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he as such representative and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the ____ day of _____, 2020.

_____
NOTARY PUBLIC

[affix notarial seal]

My commission expires: _____

STATE OF _____ )

COUNTY/PARISH OF _____ )

    I, the undersigned authority, a Notary Public, in and for said State and County/Parish, hereby certify that MICHAEL K. PICKENS, whose name as Vice President of PICKENS FINANCIAL GROUP, LLC, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he as such Vice President and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the ____ day of _____, 2020.

_____
NOTARY PUBLIC

[affix notarial seal]

My commission expires: _____

Amended JOA – E ½ of Sec. 25 and W ½ of Sec. 36
14N, R10E, Conecuh County, AL

STATE OF _____ )
COUNTY/PARISH OF _____ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that _____, whose name as _____ of MERITAGE ENERGY, LTD., is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _____ day of _____, 2020.

_____
Notary Public

[affix notarial seal]

My commission expires:_____

STATE OF _Texas_ )
COUNTY/PARISH OF _Dallas_ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that _Martin J Schaffer_, whose name as _Manager_ of MJS INTERESTS, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _3rd_ day of _February_, 2020.

_Jay Leverenz_
Notary Public

[affix notarial seal]

My commission expires: _10/26/2022_

JAY LEVERENZ
Notary ID #131775480
My Commission Expires
October 26, 2022

STATE OF _____ )
COUNTY/PARISH OF _____ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that _____, whose name as _____ of NORTHEDGE CORPORATION, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _____ day of _____, 2020.

_____
Notary Public

[affix notarial seal]

My commission expires:_____

Page **14** of **16**
E 1/2 of Sec. 35 and W 1/2 of Sec. 36, T4N, R10E, Conecuh Co., AL RS

STATE OF _____ )
COUNTY/PARISH OF _____ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that _____, whose name as _____ of MERITAGE ENERGY, LTD., is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _____ day of _____, 2020.

_____
Notary Public

[affix notarial seal]

My commission expires:_____

STATE OF _____ )
COUNTY/PARISH OF _____ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that _____, whose name as _____ of MJS INTERESTS, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _____ day of _____, 2020.

_____
Notary Public

[affix notarial seal]

My commission expires:_____

STATE OF _Texas_____ )
COUNTY/PARISH OF _Fort Bend_____ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that _Joel Davis_____, whose name as _President_____ of NORTHEDGE CORPORATION, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _18th_ day of _February_, 2020.

_____
Notary Public

KRISTIAN HARRIS
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 12/13/22
NOTARY ID 12588513-4

[affix notarial seal]

My commission expires:_____

STATE OF _____Texas_____ )
COUNTY/PARISH OF _____Dallas_____ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that Michael K. Pikens, whose name as Vice President of PICKENS FINANCIAL GROUP, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he as such Officer and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the __3rd__ day of __Feb_____, 2020.

    MARYSOL PAUL
    My Notary ID # 131964310
    Expires April 9, 2023

[affix notarial seal]
    _____
    Notary Public

My commission expires:___04/09/23_____

STATE OF _____ )
COUNTY/PARISH OF _____ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that John Robinson, whose name as Vice President-Land of TAUBER EXPLORATION & PRODUCTION COMPANY, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he as such representative and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _____ day of _____, 2020.

    _____
    Notary Public

[affix notarial seal]

My commission expires:_____

STATE OF _____ )
COUNTY/PARISH OF _____ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that Mark Rauch, whose name as Member of Simba Investors, LLC, General Partner of TIEMBO, LTD., is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he as such Member and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _____ day of _____, 2020.

    _____
    Notary Public

[affix notarial seal]

My commission expires:_____

STATE OF _____ )
COUNTY/PARISH OF _____ )

I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that Michael K. Pikens, whose name as Vice President of PICKENS FINANCIAL GROUP, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he as such Officer and with full authority executed the same voluntarily for and as the act of said company.

Given under my hand and official seal on this the _____ day of _____, 2019.

_____
Notary Public

[affix notarial seal]

My commission expires: _____

STATE OF _Texas_ )
COUNTY/PARISH OF _HARRIS_ )

I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that John Robinson, whose name as Vice President-Land of TAUBER EXPLORATION & PRODUCTION COMPANY, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he as such representative and with full authority executed the same voluntarily for and as the act of said company.

Given under my hand and official seal on this the _9th_ day of _Jan_ _2020_, 2019.

_Myla Wunderlich_
Notary Public

MYLA WUNDERLICH
Notary Public, State of Texas
Commission Expires 02-11-2020
Notary ID 12482260-0

[affix notarial seal]

My commission expires: _2-11-2020_

STATE OF _____ )
COUNTY/PARISH OF _____ )

I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that Mark Rauch, whose name as Member of Simba Investors, LLC, General Partner of TIEMBO, LTD., is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he as such Member and with full authority executed the same voluntarily for and as the act of said company.

Given under my hand and official seal on this the _____ day of _____, 2019.

_____
Notary Public

[affix notarial seal]

My commission expires: _____

STATE OF _____ )
COUNTY/PARISH OF _____ )

I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that Michael K. Pikens, whose name as Vice President of PICKENS FINANCIAL GROUP, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he as such Officer and with full authority executed the same voluntarily for and as the act of said company.

Given under my hand and official seal on this the _____ day of _____, 2020.

_____
Notary Public

[affix notarial seal]

My commission expires:_____

STATE OF _____ )
COUNTY/PARISH OF _____ )

I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that John Robinson, whose name as Vice President-Land of TAUBER EXPLORATION & PRODUCTION COMPANY, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he as such representative and with full authority executed the same voluntarily for and as the act of said company.

Given under my hand and official seal on this the _____ day of _____, 2020.

_____
Notary Public

[affix notarial seal]

My commission expires:_____

STATE OF ___TX___ )
COUNTY/PARISH OF ___Harris___ )

I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that Mark Rauch, whose name as Member of Simba Investors, LLC, General Partner of TIEMBO, LTD., is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he as such Member and with full authority executed the same voluntarily for and as the act of said company.

Given under my hand and official seal on this the __3rd__ day of __Feb__, 2020.

___Kameron S Duif_____
Notary Public

[affix notarial seal]

My commission expires:___5-29-23___

KAMERON SUE DUIF
Notary ID #8567936
My Commission Expires
May 29, 2023

Page 15 of 16
E 1/2 of Sec. 35 and W 1/2 of Sec. 36, T4N, R10E, Conecuh Co., AL RS

STATE OF _TEXAS_ )
COUNTY/PARISH OF _BRAZORIA_ )

     I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that _L. F. GOZA_, whose name as _President_ of STRAGO PETROLEUM CORP., is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

     Given under my hand and official seal on this the _12th_ day of _March_, 2020.

                                 Notary Public

[affix notarial seal]

My commission expires: _September 1, 2022_

ROBBIE L. THOMPSON
My Notary ID # 1352333
Expires September 1, 2022

STATE OF _____ )
COUNTY/PARISH OF _____ )

     I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that _____, whose name as _____ of PRUET OIL COMPANY, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

     Given under my hand and official seal on this the _____ day of _____, 2020.

                                   Notary Public

[affix notarial seal]

My commission expires: _____

**This instrument prepared by:**
Ben Y. Ford
Armbrecht Jackson LLP
P.O. Box 290
Mobile, AL 36601

STATE OF _____ )
COUNTY/PARISH OF _____ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that _____, whose name as _____ of STRAGO PETROLEUM CORP., is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _____ day of _____, 2020.

                      _____
                      Notary Public

[affix notarial seal]

My commission expires:_____

STATE OF _____ MISSISSIPPI _____ )
COUNTY/PARISH OF ___ HINDS ___ )

    I, the undersigned authority, a Notary Public in and for said State and County/Parish, hereby certify that __ Rick J. Calhoon __, whose name as ____ Manager ____ of PRUET OIL COMPANY, LLC, is hereby signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he/she as such representative and with full authority executed the same voluntarily for and as the act of said company.

    Given under my hand and official seal on this the _17th_ day of _February_, 2020.

                      _Brenda L. Biard_
                      Notary Public

[affix notarial seal]

My commission expires:_____

*(Notary seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 15501, BRENDA L. BIARD, Commission Expires Jan. 30, 2022, RANKIN COUNTY)*

**This instrument prepared by:**
Ben Y. Ford
Armbrecht Jackson LLP
P.O. Box 290
Mobile, AL 36601