**Myrtice Ellis, etal 35-9 #1 Drilling Costs**

| Castleberr | | 0.16811471 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AFE# 317 | $ | 3,281,900.00 | | | | | | | | | | |
| Cash Call | $ | 1,953,700.00 | CC Date Sent | CC Deadline | Owner ID | WIO | Date Paid | Amount | Paid | Outstanding | Reminder | 5 days | Demand Letter |
| | | | 12/17/2019 | 1/31/2019 | CRAE01 | Craft Exploration Company LLC | 1/16/2020 | $ 7,171.62 | $ 7,171.62 | | | | |
| | | | | | FANE01 | Fant Energy Limited | 1/13/2020 | $ 64,331.57 | $ 64,331.57 | | | | |
| | | | | | GATE02 | Gateway Exploration, LLC | 1/27/2020 | $ 111,466.81 | $ 111,466.81 | | | | |
| | | | | | GCRP01 | GCREW Properties, LLC | 1/2/2020 | $ 11,033.25 | $ 11,033.25 | | | | |
| | | | | | HARG03 | Harvest Gas Management LLC | 1/7/2020 | $ 6,436.05 | $ 6,436.05 | | | | |
| | | | | | HARG03 | Harvest Gas Management LLC | 1/7/2020 | $ 1,838.89 | $ 1,838.89 | | | | |
| | | | | | ILMI01 | I&L MISS I LP | 2/14/2020 | $ 22,066.47 | $ 22,066.47 | | 2/6/2020 | | |
| | | | | | JEFD01 | Jeffreys Drilling, LLC | 12/23/2019 | $ 6,436.07 | $ 6,436.07 | | | | |
| | | | | | JEFD01 | Jeffreys Drilling, LLC | 12/23/2019 | $ 1,838.89 | $ 1,838.89 | | | | |
| | | | | | JJSW01 | JJS Working Interests LLC | 12/30/2019 | $ 71,716.06 | $ 71,716.06 | | | | |
| | | | | | KUDO01 | Kudzu Oil Properties, LLC | 12/23/2019 | $ 14,343.23 | $ 14,343.23 | | | | |
| | | | | | LANE02 | Landmark Exploration, LLC | 12/23/2019 | $ 12,866.32 | $ 12,866.32 | | | | |
| | | | | | MARK01 | Marksco, L.L.C. | 12/30/2019 | $ 12,866.33 | $ 12,866.33 | | | | |
| | | | | | MCBP01 | Patrick J. McBride | 1/27/2020 | $ 5,516.62 | $ 5,516.62 | | | | |
| | | | | | MERE01 | MER Energy, Ltd. | 12/23/2019 | $ 10,293.03 | $ 10,293.03 | | | | |
| | | | | | MERE02 | Meritage Energy, Ltd. | 12/18/2019 | $ 193,219.59 | $ 193,219.59 | | | | |
| | | | | | MISI01 | MJS Interests, LLC | 12/20/2019 | $ 2,573.25 | $ 2,573.25 | | | | |
| | | | | | NORT02 | Northedge Corporation | 1/7/2020 | $ 27,583.10 | $ 27,583.10 | | | | |
| | | | | | PICF01 | Pickens Financial Group, LLC | 1/29/2020 | $ 35,858.00 | $ 35,858.00 | | | | |
| | | | | | SKLA01 | Sklarco, LLC | | $ 328,445.70 | | | | | |
| | | | | | STRP02 | Strago Petroleum Corporation | | $ - | $ - | | | | |
| | | | | | TAUE01 | Tauber Exploration & Production C | 2/4/2020 | $ 16,082.86 | $ 16,082.86 | | 1/31/2020 | | |
| | | | | | TIEM01 | Tiembo Ltd. | 12/20/2019 | $ 12,866.29 | $ 12,866.29 | | | | |
| | | | | | | | | $ 976,850.00 | $ 648,404.30 | $ - | | | |

**Myrtice Ellis, etal 35-9 #1 Drilling Costs**

| Castleberr | | 0.16811471 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AFE# 317 | $ | 3,281,900.00 | | | | | | | | | | |
| Cash Call | $ | 1,953,700.00 | CC Date Sent | CC Deadline | Owner ID | WIO | Date Paid | Amount | Paid | Outstanding | Reminder | 5 days | Demand Letter |
| | | | 1/31/2020 | 2/14/2020 | HARG03 | Harvest Gas Management LLC | 2/12/2020 | $ 29,305.50 | $ 29,305.50 | | | | |
| | | | | | JEFD01 | Jeffreys Drilling, LLC | 2/10/2020 | $ 29,305.50 | $ 29,305.50 | | | | |
| | | | | | MCBP01 | Patrick J. McBride | 2/13/2020 | $ 39,074.00 | $ 39,074.00 | | | | |
| | | | | | MERE02 | Meritage Energy, Ltd. | 1/2/2020 | $ 195,370.00 | $ 195,370.00 | | | | |
| | | | | | PRUP01 | Pruet Production Co. | 2/14/2020 | $ 293,055.00 | $ 293,055.00 | | | | |
| | | | | | STRP02 | Strago Petroleum Corporation | 2/19/2020 | $ 390,740.00 | $ 390,740.00 | | | | |
| | | | | | | | | $ 976,850.00 | $ 976,850.00 | $ - | | | |

Exhibit 3