UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 721417930 ) | Chapter 11 |
|    Debtor. ) | |
| _____ ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
|    Debtor. ) | Chapter 11 |

**ORDER GRANTING THE STRAGO GROUP'S MOTION
TO ASSUME OR REJECT EXECUTORY CONTRACT**

UPON CONSIDERATION of the Strago Group's Motion for Order Directing Debtor Sklar Exploration Company, LLC to Assume or Reject Executory Contract and for good cause shown, the Motion is GRANTED. It is further ORDERED that Debtor Sklar Exploration Company LLC is to assume/reject the JOA within _____ days of the date of this Order.

The Motion is GRANTED.

Dated: April ____, 2020

                                                    _____
                                                  Honorable Elizabeth E. Brown
                                                  United States Bankruptcy Judge