UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 721417930 ) | Chapter 11 |
|    Debtor. ) | |
| _____ ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
|    Debtor. ) | Chapter 11 |

**COVERSHEET FOR MOTION SEEKING AN ORDER FOR DEBTOR TO ASSUME
OR REJECT EXECUTORY CONTRACT AND EXPEDITED ENTRY OF ORDER
AND NOTICE OF IMPENDING HEARINGS THEREON**
**[Relates to Dkt. No. 204]**

Strago Petroleum Corporation ("Strago"), Meritage Energy Limited ("Meritage"), Gateway Exploration LLC ("Gateway"), GCREW Properties, LLC ("GCREW") and Harvest Gas Management, LLC ("Harvest") (collectively referred to herein as the "Strago Group") have filed a Motion Seeking Expedited Entry of an Order Directing the Debtor, Sklar Exploration Company LLC, to Assume or Reject Executory Contract.  The Strago Group asks that the Court to enter an Order for expedited consideration of its Motion to Enter Order directing the Debtor to assume or reject executory contract pursuant to local Bankruptcy Rule 2018.1.

  DATED: April 30, 2020

1

Respectfully submitted,

BUCK KEENAN LLP

By: /s/ Robert L. Paddock
ROBERT L. PADDOCK
State Bar No.: 24002723
2229 San Felipe, Suite 1000
Houston, Texas 77019
Telephone: (713) 225-4500
Facsimile: (713) 225-3719
rpaddock@buckkeenan.com

ATTORNEY FOR STRAGO PETROLEUM CORPORATION, MERITAGE ENERGY, LTD., GATEWAY EXPLORATION, LLC, GCREW PROPERTIES, LLC AND HARVEST GAS MANAGEMENT, LLC

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record via CM/ECF filing and in compliance with the Federal Rules of Civil Procedure, on the 30th day of April, 2020.

/s/ Robert L. Paddock
ROBERT L. PADDOCK

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 721417930 ) | Chapter 11 |
|    Debtor. ) | |
| _____ ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
|    Debtor. ) | Chapter 11 |

**MOTION SEEKING EXPEDITED CONSIDERATION OF THE STRAGO GROUP'S MOTION FOR ENTRY OF ORDER DIRECTING THE DEBTOR TO ASSUME OR REJECT EXECUTORY CONTRACT**
**[Relates to Dkt. No. 204]**

Strago Petroleum Corporation ("Strago"), Meritage Energy Limited ("Meritage"), Gateway Exploration LLC ("Gateway"), GCREW Properties, LLC ("GCREW") and Harvest Gas Management, LLC ("Harvest") (collectively referred to herein as the "Strago Group") file their Motion Seeking Expedited Consideration and would show the Court as follows:

1. Debtors Sklar Exploration Company LLC ("SEC") and Sklarco LLC ("Sklarco") filed their Voluntary Petitions pursuant to chapter 11 of the Bankruptcy Code on April 1, 2020 ("Petition Date").

2. Pursuant to Bankruptcy Rule 9006(c) and Local Rule 2081-1, the Strago Group seeks expedited consideration of its Motion for Order Directing Debtor to Assume

3

or Reject Executory Contract (the "Motion").[1]

3. As set forth in the Motion, SEC is the operator under a joint operating agreement ("JOA"). The Strago Group, Sklarco, and others, are working interest owners under the JOA. The JOA obligated SEC to drill an Initial Well on or before April 1, 2020. SEC sought approximately $1,900,000 in Cash Call Advances from all of the working interest owners to drill the Initial Well. All working interest owners, other than Sklarco, paid their Cash Call Advance. After receiving the Cash Call Advance, SEC spent approximately $250,000 for work associated with the Initial Well. However, SEC has not commenced drilling operations as defined by the JOA by the April 1, 2020 deadline.

4. The lease underlying the Initial Well is set to expire on May 20, 2020. If drilling operations are not commenced by May 20, 2020, then the lease will expire by its own terms and the working interest owners will not have the benefit of exploring and developing the minerals under such lease. In light of this May 20, 2020 deadline, the Strago Group seeks expedited consideration of its Motion. Further, the Strago Group asks that the Motion be heard not more than 7 days from the date of filing this Motion.

WHEREFORE, the Strago Group Debtors respectfully request that the Court enter an Order, a proposed form is filed herewith, granting an expedited hearing on the Motion and for such further and additional relief as to the Court may appear proper.

DATED: April 30, 2020

---

[1] Any capitalized terms not defined herein are defined in the Motion.

Respectfully submitted,

BUCK KEENAN LLP

By: /s/ Robert L. Paddock
ROBERT L. PADDOCK
State Bar No.: 24002723
2229 San Felipe, Suite 1000
Houston, Texas 77019
Telephone: (713) 225-4500
Facsimile: (713) 225-3719
rpaddock@buckkeenan.com

ATTORNEY FOR
STRAGO PETROLEUM CORPORATION, MERITAGE ENERGY, LTD., GATEWAY EXPLORATION, LLC, GCREW PROPERTIES, LLC AND HARVEST GAS MANAGEMENT, LLC

## VERIFICATION

I, Robert L. Paddock, hereby verify that the facts stated in the Motion for Expedited Consideration are true and correct.

/s/ Robert L. Paddock
ROBERT L. PADDOCK

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record via CM/ECF filing and in compliance with the Federal Rules of Civil Procedure, on the 30thrd day of April, 2020.

/s/ Robert L. Paddock
ROBERT L. PADDOCK

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 721417930 | ) | Chapter 11 |
|     Debtor. | ) | |
| _____ | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | |
|     Debtor. | ) | Chapter 11 |

### NOTICE OF FILING OF CHAPTER 11 DEBTORS' MOTION SEEKING EXPEDITED ENTRY OF ORDER

**L.B.R. 2081-1 PROVIDES THAT A HEARING WILL BE HELD ON THE STRAGO GROUP'S MOTION FOR ENTRY OF ORDER DIRECTING DEBTOR TO ASSUME OR REJECT EXECUTORY CONTRACT**. The Strago Group will give you fax or e-mail notice of the time and place of the hearing only if you respond to this Notice by fax or email stating that you wish to be notified of the hearing. Your response may be in the form of L.B. Form 2081-1.3 and must specify the fax or e-mail address at which you wish to receive notice. If you specify more than one method of notice, Debtors will use the method most readily available to Debtors. You may also obtain information on the time and place of the hearing by checking the Court's calendar over the internet at www.cob.uscourts.gov.

**REQUESTS FOR NOTICE OF THE HEARING SHALL BE FAXED OR EMAILED TO COUNSEL FOR THE STRAGO GROUP AT** rpaddock@buckkeenan.com **or 713-546-2447**.

DATED: April 30th, 2020

Respectfully submitted,

BUCK KEENAN LLP


By: /s/ Robert L. Paddock
    ROBERT L. PADDOCK
    State Bar No.: 24002723
    2229 San Felipe, Suite 1000
    Houston, Texas 77019
    Telephone: (713) 225-4500
    Facsimile: (713) 225-3719
    rpaddock@buckkeenan.com

ATTORNEY FOR
STRAGO PETROLEUM CORPORATION,
MERITAGE ENERGY, LTD., GATEWAY
EXPLORATION, LLC, GCREW PROPERTIES,
LLC AND HARVEST GAS MANAGEMENT,
LLC

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record via CM/ECF filing and in compliance with the Federal Rules of Civil Procedure, on the 30th day of April, 2020.

                                            /s/ Robert L. Paddock
                                            ROBERT L. PADDOCK

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 721417930 ) | Chapter 11 |
|    Debtor. ) | |
| ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
|    Debtor. ) | Chapter 11 |

## RESPONSE AND REQUEST FOR NOTICE OF HEARING

**Attention: Robert Paddock, counsel to the Strago Group**

The undersigned requests that notice of the date, time and place of the hearing on Debtors' Motion Seeking Expedited Entry of Order be served as follows:

_____ By e-mail to _____

_____ By fax to _____

Dated: _____

*Counsel to* _____
Attorney registration number (if applicable)
Business address (or home address for *pro se*)
Telephone number
Facsimile number E-mail address