UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 721417930 ) | Chapter 11 |
|    Debtor. ) | |
| _____ ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN:  72-1425432 ) | |
|    Debtor. ) | Chapter 11 |

**ORDER GRANTING MOTION OF THE STRAGO GROUP
<u>FOR EXPEDITED ENTRY OF ORDER</u>
[Relates to Dkt. No. 204]**

UPON CONSIDERATION of the Motion Seeking Expedited Entry of Order (the "Motion") filed by Strago Petroleum Corporation, Meritage Energy Limited, Gateway Exploration LLC, GCREW Properties, LLC and Harvest Gas Management, LLC ("Strago Group"); and for good cause shown:

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is GRANTED.

2.  The Court shall conduct a hearing on _____ ___ 2020 at ____:___ __.m. to consider entering the expedited orders requested by the Strago Group. Counsel for the Strago Group shall provide appropriate notice of the hearing in accordance with L.B.R.2081-1.

Dated: April ____, 2020          BY THE COURT:

 

_____
United States Bankruptcy Judge