United States Bankruptcy Court
District of Colorado

In re:                                                          Case No. 20-12377-EEB
Sklar Exploration Company, LLC                                  Chapter 11
Sklarco, LLC
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1        User: admin          Page 1 of 4              Date Rcvd: Apr 28, 2020
                           Form ID: pdf904       Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2020.
```
db/db        +Sklar Exploration Company, LLC,   Sklarco, LLC,   5395 Pearl Parkway,   Suite 200,
              Boulder, CO 80301-2541
aty          +Benjamin Y. Ford,   RSA Tower, 27th Floor,   11 North Water Street,   Mobile, AL 36602-3809
aty          +Clark Hill Strasburger,   ATTN: Duane J. Brescia,   720 Brazos, Suite 700,
              Austin, TX 78701-2531
aty          +Cook, Yancey, King & Galloway, APLC,   333 Texas Street,   Suite 1700,   P.O. Box 22260,
              Shreveport, LA 71120-2260
aty          +Hopping Green & Sams,   Hopping Green & Sams, P.A.,   119 S. Monroe Street,   Suite 300,
              Tallahassee, FL 32301,   UNITED STATES 32301-1591
cr           +AEEC II, LLC,   333 Texas Street,   #2020,   Shreveport, LA 71101-3680
cr           +AEH Investments, LLC,   333 Texas Street,   Suite 1414,   Shreveport, LA 71101-3678
cr           +Anderson Exploration Energy Company, LC,   333 Texas Street,   #2020,
              Shreveport, LA 71101-3680
cr           +Baker Hughes, a GE Company LLC,   C/O Christopher J. Ryan,   17021 Aldine Westfield Road,
              Houston, TX 77073-5101
cr           +Barbara P Lawrence,   55 Hill Circle,   Evergreen, CO 80439-4618
cr           +Bundero Investment Company, LLC,   401 Edwards Street,   Suite 820,   Shreveport, LA 71101-5521
cr           +Estate of Pamela Page, Deceased,   P.O. Box 374,   Evergreen, CO 80437-0374
cr           +Fant Energy Limited,   c/o Jackson Walker,   1401 McKinney Street,   Suite 1900,
              Houston, TX 77010-4037
cr           +Franks Exploration Company, LLC,   P.O. Box 7655,   Shreveport, LA 71137-7655
cr           +I & L Miss I, LP,   4761 Frank Luck Dr,   Addison, TX 75001-3202
cr           +J&A Harris, LP,   333 Texas Street,   Suite 1414,   Shreveport, LA 71101-3678
cr           +Kingston, LLC,   2790 South Thompson Street,   Suite 102,   Springdale, AR 72764-6303
cr           +Kodiak Gas Services, LLC,   15320 Hwy. 105, Suite 210,   Montgomery, TX 77356-2602
cr            Landmark Exploration, LLC,   C/O Jim F. Spencer, Jr., Esq.,   Watkins & Eager PLLC,
              PO Box 650,   PO Box 650,   Jackson, MS 39205-0650
cr            Landmark Oil and Gas, LLC,   C/O Jim F. Spencer, Jr., Esq.,   Watkins & Eager PLLC,
              PO Box 650,   PO Box 650,   Jackson, MS 39205-0650
cr            Lexington Investments, LLC,   C/O Jim F. Spencer, Jr., Esq.,   Watkins & Eager PLLC,
              PO Box 650,   PO Box 650,   Jackson, MS 39205-0650
cr           +Lucas Petroleum Group, Inc.,   c/o Duane J. Brescia,   Clark Hill Strasburger,
              720 Brazos, Suite 700,   Austin, TX 78701-2531
cr           +Pickens Financial Group, LLC,   10100 N. Central Expressway, Suite 200,   Dallas, TX 75231-4169
cr           +Seitel Data, Ltd.,   c/o Duane J. Brescia,   Clark Hill Strasburger,   720 Brazos, Suite 700,
              Austin, TX 78701-2531
cr            Stone Development, LLC,   C/O Jim F. Spencer, Jr., Esq.,   Watkins & Eager PLLC,   PO Box 650,
              PO Box 650,   Jackson, MS 39205-0650
cr           +Stoneham Drilling Corporation,   c/o Bradley,   Attn: James B. Bailey,
              1819 Fifth Avenue North,   Birmingham, AL 35203-2120
cr           +Sugar Oil Properties, L.P.,   625 Market Street,   Suite 100,   Shreveport, LA 71101-5392
cr           +TCP Cottonwood, L.P.,   333 Texas Street,   #2020,   Shreveport, LA 71101-3680
cr           +Tauber Exploration & Production Company,   55 Waugh Drive, Suite 700,   Houston, TX 77007-5837
crcm         +The Official Committee of Unsecured Creditors,   Munsch Hardt Kopf & Harr PC,   700 Milam St.,
              Suite 2700,   Houston, TX 77002-2730
18754408     +Anderson Investment Holdings, LP,   AEEC II, LLC,   333 Texas Street, Suite 2020,
              Shreveport, LA 71101-3680
18754411     +Apple River Investments, L.L.C.,   Attn Robert M. Boeve, President,   1503 Garfield Road North,
              Traverse City, MI 49696-1111
18754484     +East West Bank Treasury Department,   135 North Los Robles Avenue,   Suite 600,
              ATTN Linda Cox,   Pasadena, CA 91101-4549
18754510     +FPCC USA, Inc.,   245 Commerce Green Blvd, Ste 250,   Sugar Land, TX 77478-3760
18754497     +Fant Energy Limited,   P.O. Box 55205,   Houston, TX 77255-5205
18754529     +H&H Construction, LLC,   Ladon E. Hall, Sole Manager,   P.O. Box 850,   Flomaton, AL 36441-0850
18754560      JD Fields & Company, Inc.,   P.O. Box 134401,   Houston, TX 77219-4401
18754567     +JJS Working Interest LLC,   2001 Kirby Dr, Suite 1110,   Houston, TX 77019-6081
18754578     +Kelley Brothers Contractors, Inc.,   P.O. Drawer 1079,   Waynesboro, MS 39367-1079
18754588     +Kudzu Oil Properties, LLC,   300 Concourse Blvd, Suite 101,   Ridgeland, MS 39157-2091
18754598     +Lucas Petroleum Group, Inc.,   327 Congress Avenue, Suite 500,   Austin, TX 78701-3656
18754612     +Meritage Energy, Ltd.,   C/O BKD, LLP,   2700 Post Oak Blvd, Ste 1500,   Houston, TX 77056-5829
18754613      Mesa Fluids, LLC,   c/o Juno Financial,   P.O. Box 173928,   Denver, CO 80217-3928
18754664      Pro-Tek Field Services, LLC,   P.O. Box 919269,   Dallas, TX 75391-9269
18754666     +Pruet Oil Company, LLC,   217 West Capitol St. Ste 201,   Jackson, MS 39201-2099
18754673     +Rapad Well Service Co., Inc.,   217 West Capitol Street,   Jackson, MS 39201-2004
18754720     +Stoneham Drilling Corporation,   707 17th Street,   Suite 3250,   Denver, CO 80202-3433
18754721      Strago Petroleum Corporation,   3209 Hamm Road,   Pearland, TX 77581-5503
18754735     +TCP Cottonwood, L.P.,   333 Texas Street, Suite 2020,   Shreveport, LA 71101-3680
18754760     +Union Oilfield Supply, Inc.,   12 John Dykes Road,   Waynesboro, MS 39367-8371
```

```
District/off: 1082-1          User: admin            Page 2 of 4              Date Rcvd: Apr 28, 2020
                              Form ID: pdf904         Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: tim.swanson@moyewhite.com Apr 29 2020 01:33:26     Alabama Oil Company,
                c/o Timothy M Swanson,   Moye White LLP,   1400 16th Street, 6th Floor,   Denver, CO  80202
cr             +E-mail/Text: cmccord@mccordprod.com Apr 29 2020 01:32:49     CTM 2005, Ltd.,
                55 Waugh Drive, Suite 515,   Houston, TX 77007-5840
cr             +E-mail/PDF: dor_tac_bankruptcy@state.co.us Apr 29 2020 01:40:30
                Colorado Department Of Revenue,   1375 Sherman St.,   Room 504,   Attention Bankruptcy Unit,
                Denver, CO 80261-3000
cr             +E-mail/Text: bankruptcy@coag.gov Apr 29 2020 01:33:28     Colorado Department of Law,
                1300 Broadway, 8th Floor,   Denver, CO 80203-2104
cr              E-mail/Text: tim.swanson@moyewhite.com Apr 29 2020 01:33:27     Kudzu Oil Properties, LLC,
                c/o Timothy M. Swanson,   Moye White LLP,   1400 16th Street, 6th Floor,   Denver, CO 80202
                                                                                        TOTAL: 5


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp            Armbrecht Jackson, LLP
sp            Berg Hill Greenleaf & Ruscitti, LLP
                                                                          TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2020 at the address(es) listed below:
              Amy  Vazquez   on behalf of Creditor   FPCC USA, Inc. avazquez@joneswalker.com
              Barnet B Skelton, Jr   on behalf of Creditor   Rudman Family Trust barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   CTM 2005, Ltd. barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   Rudman Partnership barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   Feather River 75, LLC barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   MER Energy, LTD barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   MR Oil & Gas, LLC barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   I & L Miss I, LP barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   Tara Rudman Revocable Trust barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   The Rudman Partnership barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   Pickens Financial Group, LLC barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   Tauber Exploration & Production Company
              barnetbjr@msn.com
              Brian  Rich   on behalf of Creditor   Fletcher Petroleum Company, LLC brich@bergersingerman.com,
              efile@bergersingerman.com;efile@ecf.inoruptcy.com
              Bryce  Suzuki   on behalf of Creditor   East-West Bank bryce.suzuki@bclplaw.com,
              tina.daniels@bclplaw.com
              Christopher  Meredith   on behalf of Creditor   PAR Minerals Corporation cmeredith@cctb.com,
              bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Christopher  Meredith   on behalf of Attorney   Copeland, Cook, Taylor & Bush, P.A.
              cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Christopher  Meredith   on behalf of Creditor   Eastern Fishing & Rental Tool Company, Inc.
              cmeredith@cctb.com,  bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Christopher D. Johnson   on behalf of Creditor Committee   The Official Committee of Unsecured
              Creditors cjohnson@munsch.com,  scurry@munsch.com
              Craig K. Schuenemann   on behalf of Creditor   East-West Bank craig.schuenemann@bryancave.com,
              alicia.berry@bryancave.com,44Team_DEN@bryancave.com
              Craig M. Geno   on behalf of Creditor   Alabama Oil Company cmgeno@cmgenolaw.com
              Craig M. Geno   on behalf of Creditor   Kudzo Oil Properties, LLC cmgeno@cmgenolaw.com
              Craig M. Geno   on behalf of Creditor   Apple River Investments, LLC cmgeno@cmgenolaw.com
              David M. Miller   on behalf of Creditor   Bri-Chem Supply Corp., LLC dmiller@spencerfane.com,
              nschacht@spencerfane.com
              David R Taggart   on behalf of Creditor   JH Howell Interests, LP dtaggart@bradleyfirm.com,
              kburnley@bradleyfirm.com
```

District/off: 1082-1        User: admin           Page 3 of 4            Date Rcvd: Apr 28, 2020
                           Form ID: pdf904        Total Noticed: 55

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          David R Taggart   on behalf of Creditor   JF Howell Interests ,LP dtaggart@bradleyfirm.com,
          kburnley@bradleyfirm.com
          Deanna L. Westfall   on behalf of Creditor   Colorado Department Of Revenue
          deanna.westfall@coag.gov, bncmail@w-legal.com
          Duane  Brescia   on behalf of Attorney   Clark Hill Strasburger dbrescia@clarkhill.com,
          kalexander@clarkhill.com;djaenike@clarkhill.com
          Duane  Brescia   on behalf of Creditor   Seitel Data, Ltd. dbrescia@clarkhill.com,
          kalexander@clarkhill.com;djaenike@clarkhill.com
          Duane  Brescia   on behalf of Creditor   Lucas Petroleum Group, Inc. dbrescia@clarkhill.com,
          kalexander@clarkhill.com;djaenike@clarkhill.com
          Eric  Lockridge   on behalf of Creditor   Anderson Exploration Energy Company, LC
          eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
          Eric  Lockridge   on behalf of Creditor   Sugar Oil Properties, L.P.
          eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
          Eric  Lockridge   on behalf of Creditor   Anderson Exploration Energy Company, L.C.
          eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
          Eric  Lockridge   on behalf of Creditor   TCP Cottonwood, L.P. eric.lockridge@keanmiller.com,
          Stephanie.gray@keanmiller.com
          Eric  Lockridge   on behalf of Creditor   AEEC II, LLC eric.lockridge@keanmiller.com,
          Stephanie.gray@keanmiller.com
          Grant Matthew Beiner   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors gbeiner@munsch.com
          James B. Bailey   on behalf of Creditor   Stoneham Drilling Corporation jbailey@bradley.com,
          ashaver@bradley.com
          Jeffrey S. Brinen   on behalf of Debtor   Sklar Exploration Company, LLC jsb@kutnerlaw.com,
          receptionist@kutnerlaw.com;vlm@kutnerlaw.com
          Jeffrey S. Brinen   on behalf of Debtor   Sklarco, LLC jsb@kutnerlaw.com,
          receptionist@kutnerlaw.com;vlm@kutnerlaw.com
          Jennifer  Hardy   on behalf of Creditor   JJS Interests Steele Kings, LLC jhardy2@willkie.com
          Jennifer  Hardy   on behalf of Creditor   JJS Working Interests, LLC jhardy2@willkie.com
          Jennifer  Hardy   on behalf of Creditor   Fant Energy Limited jhardy2@willkie.com
          Jennifer  Hardy   on behalf of Creditor   JJS Interests Escambia, LLC jhardy2@willkie.com
          Jeremy L Retherford   on behalf of Interested Party   Pruet Production Co. jretherford@balch.com,
          kskelton@balch.com,skynerd@pruet.com
          Jeremy L Retherford   on behalf of Creditor   Pruet Production Co. jretherford@balch.com,
          kskelton@balch.com,skynerd@pruet.com
          Jim F Spencer, Jr   on behalf of Creditor   Landmark Oil and Gas, LLC jspencer@watkinseager.com,
          mryan@watkinseager.com
          Jim F Spencer, Jr   on behalf of Creditor   Stone Development, LLC jspencer@watkinseager.com,
          mryan@watkinseager.com
          Jim F Spencer, Jr   on behalf of Creditor   Landmark Exploration, LLC jspencer@watkinseager.com,
          mryan@watkinseager.com
          Jim F Spencer, Jr   on behalf of Creditor   Lexington Investments, LLC jspencer@watkinseager.com,
          mryan@watkinseager.com
          John  Cornwell   on behalf of Creditor Committee   The Official Committee of Unsecured Creditors
          jcornwell@munsch.com, hvalentine@munsch.com
          John Thomas  Oldham   on behalf of Creditor   Kodiak Gas Services, LLC joldham@okinadams.com,
          bmoore@okinadams.com
          Jordan B. Bird   on behalf of Creditor   Kingston, LLC jordan.bird@cookyancey.com
          Jordan B. Bird   on behalf of Creditor   AEH Investments, LLC jordan.bird@cookyancey.com
          Jordan B. Bird   on behalf of Creditor   Bundero Investment Company, LLC
          jordan.bird@cookyancey.com
          Jordan B. Bird   on behalf of Attorney   Cook, Yancey, King & Galloway, APLC
          jordan.bird@cookyancey.com
          Jordan B. Bird   on behalf of Creditor   Franks Exploration Company, LLC
          jordan.bird@cookyancey.com
          Jordan B. Bird   on behalf of Creditor   J&A Harris, LP jordan.bird@cookyancey.com
          Joseph Eric Bain   on behalf of Creditor   FPCC USA, Inc. jbain@joneswalker.com
          Keri L. Riley   on behalf of Debtor   Sklarco, LLC klr@kutnerlaw.com,
          receptionist@kutnerlaw.com;vlm@kutnerlaw.com
          Keri L. Riley   on behalf of Debtor   Sklar Exploration Company, LLC klr@kutnerlaw.com,
          receptionist@kutnerlaw.com;vlm@kutnerlaw.com
          Kevin S. Neiman   on behalf of Creditor   Plains Gas Solutions, LLC kevin@ksnpc.com
          Kevin S. Neiman   on behalf of Creditor   Plains Marketing, L.P. kevin@ksnpc.com
          Lee M. Kutner   on behalf of Debtor   Sklar Exploration Company, LLC lmk@kutnerlaw.com,
          vlm@kutnerlaw.com,receptionist@kutnerlaw.com
          Lee M. Kutner   on behalf of Debtor   Sklarco, LLC lmk@kutnerlaw.com, vlm@kutnerlaw.com,
          receptionist@kutnerlaw.com
          Madison M. Tucker   on behalf of Creditor   FPCC USA, Inc. mtucker@joneswalker.com
          Matthew J. Ochs   on behalf of Creditor   Rapaid Well Service Co., Inc. mjochs@hollandhart.com
          Matthew J. Ochs   on behalf of Creditor   Pruet Oil Company, LLC mjochs@hollandhart.com
          Matthew J. Ochs   on behalf of Creditor   Pruet Production Co. mjochs@hollandhart.com
          Michael  Niles   on behalf of Creditor   Fletcher Petroleum Company, LLC
          mniles@bergersingerman.com, efile@bergersingerman.com,efile@ecf.inforuptcy.com
          Michael D Rubenstein   on behalf of Interested Party   BP America Production Company
          mdrubenstein@liskow.com
          Michael D Rubenstein   on behalf of Interested Party   BPX Properties (NA) LP
          mdrubenstein@liskow.com

District/off: 1082-1          User: admin              Page 4 of 4                    Date Rcvd: Apr 28, 2020
                             Form ID: pdf904            Total Noticed: 55

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Michael J. Guyerson   on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com,
               celina@kjblawoffice.com;teresa@kjblawoffice.com
              Michael J. Guyerson   on behalf of Creditor   Estate of Pamela Page, Deceased
               mike@kjblawoffice.com,  celina@kjblawoffice.com;teresa@kjblawoffice.com
              Paul  Moss   on behalf of U.S. Trustee   US Trustee Paul.Moss@usdoj.gov
              Robert  Padjen   on behalf of Creditor   Colorado Department of Law Robert.padjen@coag.gov
              Robert L Paddock   on behalf of Creditor   Meritage Energy Ltd rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock   on behalf of Creditor   GCREW Properties, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock   on behalf of Creditor   Strago Petroleum Corporation rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock   on behalf of Creditor   Gateway Exploration, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock   on behalf of Creditor   Harvest Gas Management, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Ryan  Seidemann   on behalf of Creditor   State of Louisiana, Depatment of Natural Resources,
               Office of Mineral Resources seidemannr@ag.louisiana.gov
              Shay L. Denning   on behalf of Creditor   Tauber Exploration & Production Company
               sdenning@mbssllp.com
              Shay L. Denning   on behalf of Creditor   Pickens Financial Group, LLC sdenning@mbssllp.com
              Shay L. Denning   on behalf of Creditor   I & L Miss I, LP sdenning@mbssllp.com
              Shay L. Denning   on behalf of Creditor   CTM 2005, Ltd. sdenning@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   CTM 2005, Ltd. tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   Tara Rudman Revocable Trust tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   MR Oil & Gas, LLC tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   MER Energy, LTD tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   Tauber Exploration & Production Company
               tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   I & L Miss I, LP tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   Feather River 75, LLC tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   Rudman Family Trust tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   The Rudman Partnership tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   Pickens Financial Group, LLC tshipps@mbssllp.com
              Timothy C. Mohan   on behalf of Creditor   Baker Hughes, a GE Company LLC tmohan@foley.com,
               tim.mohan4@gmail.com
              Timothy M. Swanson   on behalf of Creditor   Kudzo Oil Properties, LLC tim.swanson@moyewhite.com,
               audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              Timothy M. Swanson   on behalf of Creditor   Apple River Investments, LLC
               tim.swanson@moyewhite.com,  audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              Timothy M. Swanson   on behalf of Creditor   Alabama Oil Company tim.swanson@moyewhite.com,
               audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              Timothy M. Swanson   on behalf of Creditor   Alabama Oil & Gas, LLC tim.swanson@moyewhite.com,
               audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              Timothy M. Swanson   on behalf of Creditor   Kudzu Oil Properties, LLC tim.swanson@moyewhite.com,
               audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              Timothy Michael Riley   on behalf of Attorney   Hopping Green & Sams timothyr@hgslaw.com
              US Trustee   USTPRegion19.DV.ECF@usdoj.gov
              Victoria N Argeroplos   on behalf of Creditor   Fant Energy Limited vargeroplos@jw.com
                                                                                       TOTAL: 103

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
|    Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
|    Debtor. | ) | |

**INTERIM ORDER AUTHORIZING PAYMENT OF OVERRIDING ROYALTY
AND ROYALTY INTEREST OBLIGATIONS**

THIS MATTER comes before the Court on the Debtors' Motion to: 1) Honor and Pay Overriding Royalty, Royalty, and Working Interest Obligations; and 2) Offset Joint Interest Billing Obligation ("Motion"), notice having been provided, the Court having reviewed the Objections and the arguments of counsel, if any, the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby

**ORDER THAT:**

1.  The Motion is GRANTED in part;

2.  The Debtors are authorized, but not directed, to honor and pay, in their sole discretion, revenue payments owed to the non-insider holders of overriding royalty interests and royalty interests in the total amount of $1,853,228.56, comprised of royalty and overriding royalty amounts due and payable to the holders of such interests from revenue generated in January and February 2020, and may continue to pay overriding royalty interests and royalty interests on an ongoing basis in the ordinary course of business;

3.  Any overriding royalty interests and/or working interests owed to Sklarco, LLC from Sklar Exploration Company, LLC, shall be maintained by Sklar Exploration Company for use in ongoing operations;

4.   Notwithstanding the relief granted in this Interim Order, any payment made by the Debtors pursuant to the authority granted herein shall be subject to the applicable order authorizing use of cash collateral;

5.   With respect to the accounts on which checks are drawn or electronic payment requests are made in payment of the obligations approved herein, East West Bank is authorized to receive, process, honor, and pay all such checks and electronic payment requests when presented for payment, and is authorized to rely on the Debtors' designation of any particular check or electronic payment request as approved by this Interim Order.

6.   To the extent any party accepts payment under this Interim Order, and the Debtors' interests in such payment subsequently are recharacterized or otherwise determined by the Court, after due and proper notice and a hearing, to constitute property of the Debtors' estates, the Debtors are authorized, but not directed, to take any action necessary, including without limitation the commencement of an adversary proceeding, to avoid and recover such payment as a post-petition transfer under section 549 of the Bankruptcy Code; and

7.   A final hearing on the Motion to consider the remaining relief requested, including the payment of pre-petition amounts owed to working interest holders and the Debtors' request for authorization to offset certain amounts, is set for **9:30 a.m. on Monday, May 11, 2020**. All previously submitted objections to the Debtors' Motion shall remain in effect unless withdrawn. Any additional objections shall be filed no later than seven (7) days prior to the hearing, on or before **May 4, 2020**. If there are disputed facts requiring an evidentiary hearing, parties shall file lists of witnesses and exhibits no later than five (5) days prior to the hearing, on or before **May 6, 2020**. The parties may use previously submitted lists of witnesses and exhibits or file new lists of witnesses and exhibits.  By separate order, the Court will set the procedures for any evidentiary hearing.  If there are remaining disputed fact issues, the parties should be prepared to present their evidence at the final hearing.

Done and entered this 27th day of April, 2020 at Denver, Colorado.

Honorable Thomas B. McNamara
United States Bankruptcy Judge