```
                           United States Bankruptcy Court
                                 District of Colorado

In re:                                                           Case No. 20-12377-EEB
Sklar Exploration Company, LLC                                   Chapter 11
Sklarco, LLC
         Debtors                   CERTIFICATE OF NOTICE
District/off: 1082-1          User: admin               Page 1 of 4             Date Rcvd: Apr 29, 2020
                              Form ID: pdf904           Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2020.
db/db          +Sklar Exploration Company, LLC,   Sklarco, LLC,   5395 Pearl Parkway,   Suite 200,
                 Boulder, CO 80301-2541
aty            +Benjamin Y. Ford,   RSA Tower, 27th Floor,   11 North Water Street,   Mobile, AL 36602-3809
aty            +Cook, Yancey, King & Galloway, APLC,   333 Texas Street,   Suite 1700,   P.O. Box 22260,
                 Shreveport, LA 71120-2260
cr             +AEEC II, LLC,   333 Texas Street,   #2020,   Shreveport, LA 71101-3680
cr             +AEH Investments, LLC,   333 Texas Street,   Suite 1414,   Shreveport, LA 71101-3678
cr             +Anderson Exploration Energy Company, LC,   333 Texas Street,   #2020,
                 Shreveport, LA 71101-3680
cr             +Baker Hughes, a GE Company LLC,   C/O Christopher J. Ryan,   17021 Aldine Westfield Road,
                 Houston, TX 77073-5101
cr             +Barbara P Lawrence,   55 Hill Circle,   Evergreen, CO 80439-4618
cr             +Barnette & Benefield, Inc.,   PO Box 550,   Haynesville, LA 71038-0550
cr             +Bundero Investment Company, LLC,   401 Edwards Street,   Suite 820,   Shreveport, LA 71101-5521
cr             +Estate of Pamela Page, Deceased,   P.O. Box 374,   Evergreen, CO 80437-0374
cr             +Franks Exploration Company, LLC,   P.O. Box 7655,   Shreveport, LA 71137-7655
cr             +I & L Miss I, LP,   4761 Frank Luck Dr,   Addison, TX 75001-3202
cr             +J&A Harris, LP,   333 Texas Street,   Suite 1414,   Shreveport, LA 71101-3678
cr             +Kingston, LLC,   2790 South Thompson Street,   Suite 102,   Springdale, AR 72764-6303
cr             +Kodiak Gas Services, LLC,   15320 Hwy. 105, Suite 210,   Montgomery, TX 77356-2602
cr             +Pickens Financial Group, LLC,   10100 N. Central Expressway, Suite 200,   Dallas, TX 75231-4169
cr             +Stoneham Drilling Corporation,   c/o Bradley,   Attn: James B. Bailey,
                 1819 Fifth Avenue North,   Birmingham, AL 35203-2120
cr             +Sugar Oil Properties, L.P.,   625 Market Street,   Suite 100,   Shreveport, LA 71101-5392
cr             +TCP Cottonwood, L.P.,   333 Texas Street,   #2020,   Shreveport, LA 71101-3680
cr             +Tauber Exploration & Production Company,   55 Waugh Drive, Suite 700,   Houston, TX 77007-5837
18754408       +Anderson Investment Holdings, LP,   AEEC II, LLC,   333 Texas Street, Suite 2020,
                 Shreveport, LA 71101-3680
18754411       +Apple River Investments, L.L.C.,   Attn Robert M. Boeve, President,   1503 Garfield Road North,
                 Traverse City, MI 49696-1111
18754484       +East West Bank Treasury Department,   135 North Los Robles Avenue,   Suite 600,
                 ATTN Linda Cox,   Pasadena, CA 91101-4549
18754510       +FPCC USA, Inc.,   245 Commerce Green Blvd, Ste 250,   Sugar Land, TX 77478-3760
18754497       +Fant Energy Limited,   P.O. Box 55205,   Houston, TX 77255-5205
18754529       +H&H Construction, LLC,   Ladon E. Hall, Sole Manager,   P.O. Box 850,   Flomaton, AL 36441-0850
18754560        JD Fields & Company, Inc.,   P.O. Box 134401,   Houston, TX 77219-4401
18754567       +JJS Working Interest LLC,   2001 Kirby Dr, Suite 1110,   Houston, TX 77019-6081
18754578       +Kelley Brothers Contractors, Inc.,   P.O. Drawer 1079,   Waynesboro, MS 39367-1079
18754588       +Kudzu Oil Properties, LLC,   300 Concourse Blvd, Suite 101,   Ridgeland, MS 39157-2091
18754598        Lucas Petroleum Group, Inc.,   327 Congress Avenue, Suite 500,   Austin, TX 78701-3656
18754612       +Meritage Energy, Ltd.,   C/O BKD, LLP,   2700 Post Oak Blvd, Ste 1500,   Houston, TX 77056-5829
18754613        Mesa Fluids, LLC,   c/o Juno Financial,   P.O. Box 173928,   Denver, CO 80217-3928
18754664        Pro-Tek Field Services, LLC,   P.O. Box 919269,   Dallas, TX 75391-9269
18754666       +Pruet Oil Company, LLC,   217 West Capitol St. Ste 201,   Jackson, MS 39201-2099
18754673       +Rapad Well Service Co., Inc.,   217 West Capitol Street,   Jackson, MS 39201-2004
18754720       +Stoneham Drilling Corporation,   707 17th Street,   Suite 3250,   Denver, CO 80202-3433
18754721        Strago Petroleum Corporation,   3209 Hamm Road,   Pearland, TX 77581-5503
18754735       +TCP Cottonwood, L.P.,   333 Texas Street, Suite 2020,   Shreveport, LA 71101-3680
18754760       +Union Oilfield Supply, Inc.,   12 John Dykes Road,   Waynesboro, MS 39367-8371
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: cmccord@mccordprod.com Apr 30 2020 01:12:16    CTM 2005, Ltd.,
                 55 Waugh Drive, Suite 515,   Houston, TX 77007-5840
cr             +E-mail/PDF: dor_tac_bankruptcy@state.co.us Apr 30 2020 01:29:25
                 Colorado Department Of Revenue,   1375 Sherman St.,   Room 504,   Attention Bankruptcy Unit,
                 Denver, CO 80261-3000
cr             +E-mail/Text: bankruptcy@coag.gov Apr 30 2020 01:13:03    Colorado Department of Law,
                 1300 Broadway, 8th Floor,   Denver, CO 80203-2104
cr              E-mail/Text: tim.swanson@moyewhite.com Apr 30 2020 01:13:01    Kudzu Oil Properties, LLC,
                 c/o Timothy M. Swanson,   Moye White LLP,   1400 16th Street, 6th Floor,   Denver, CO 80202
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 1082-1            User: admin              Page 2 of 4           Date Rcvd: Apr 29, 2020
                                Form ID: pdf904          Total Noticed: 45
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2020 at the address(es) listed below:
              Amy Vazquez    on behalf of Creditor    FPCC USA, Inc. avazquez@joneswalker.com
              Barnet B Skelton, Jr    on behalf of Creditor    CTM 2005, Ltd. barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    Rudman Partnership barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    Feather River 75, LLC barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    MER Energy, LTD barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    MR Oil & Gas, LLC barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    I & L Miss I, LP barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    Tara Rudman Revocable Trust barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    The Rudman Partnership barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    Pickens Financial Group, LLC barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    Tauber Exploration & Production Company
               barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    Rudman Family Trust barnetbjr@msn.com
              Brian Rich    on behalf of Creditor    Fletcher Petroleum Company, LLC brich@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Bryce Suzuki    on behalf of Creditor    East-West Bank bryce.suzuki@bclplaw.com,
               tina.daniels@bclplaw.com
              Christopher Meredith    on behalf of Creditor    Coastal Exploration, Inc. cmeredith@cctb.com,
               bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Christopher Meredith    on behalf of Attorney    Copeland, Cook, Taylor & Bush, P.A.
               cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Christopher Meredith    on behalf of Creditor    Eastern Fishing & Rental Tool Company, Inc.
               cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Christopher Meredith    on behalf of Creditor    PAR Minerals Corporation cmeredith@cctb.com,
               bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Christopher D. Johnson    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors cjohnson@munsch.com, scurry@munsch.com
              Craig K. Schuenemann    on behalf of Creditor    East-West Bank craig.schuenemann@bryancave.com,
               alicia.berry@bryancave.com,44Team_DEN@bryancave.com
              Craig M. Geno    on behalf of Creditor    Alabama Oil Company cmgeno@cmgenolaw.com
              Craig M. Geno    on behalf of Creditor    Kudzo Oil Properties, LLC cmgeno@cmgenolaw.com
              Craig M. Geno    on behalf of Creditor    Apple River Investments, LLC cmgeno@cmgenolaw.com
              David M. Miller    on behalf of Creditor    Bri-Chem Supply Corp., LLC dmiller@spencerfane.com,
               nschacht@spencerfane.com
              David R Taggart    on behalf of Creditor    JH Howell Interests, LP dtaggart@bradleyfirm.com,
               kburnley@bradleyfirm.com
              David R Taggart    on behalf of Creditor    JF Howell Interests ,LP dtaggart@bradleyfirm.com,
               kburnley@bradleyfirm.com
              Deanna L. Westfall    on behalf of Creditor    Colorado Department Of Revenue
               deanna.westfall@coag.gov, bncmail@w-legal.com
              Duane Brescia    on behalf of Creditor    Seitel Data, Ltd. dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Duane Brescia    on behalf of Creditor    Lucas Petroleum Group, Inc. dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Duane Brescia    on behalf of Attorney    Clark Hill Strasburger dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Eric Lockridge    on behalf of Creditor    Anderson Exploration Energy Company, LC
               eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
              Eric Lockridge    on behalf of Creditor    Sugar Oil Properties, L.P.
               eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
              Eric Lockridge    on behalf of Creditor    Anderson Exploration Energy Company, L.C.
               eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
              Eric Lockridge    on behalf of Creditor    TCP Cottonwood, L.P. eric.lockridge@keanmiller.com,
               Stephanie.gray@keanmiller.com
              Eric Lockridge    on behalf of Creditor    AEEC II, LLC eric.lockridge@keanmiller.com,
               Stephanie.gray@keanmiller.com
              Glenn Taylor    on behalf of Creditor    Coastal Exploration, Inc. gtaylor@cctb.com
              Grant Matthew Beiner    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors gbeiner@munsch.com
```

```
District/off: 1082-1                 User: admin                     Page 3 of 4                    Date Rcvd: Apr 29, 2020
                                     Form ID: pdf904                 Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              James B. Bailey     on behalf of Creditor    Stoneham Drilling Corporation jbailey@bradley.com,
               ashaver@bradley.com
              Jeffrey S. Brinen    on behalf of Debtor    Sklar Exploration Company, LLC jsb@kutnerlaw.com,
               receptionist@kutnerlaw.com;vlm@kutnerlaw.com
              Jeffrey S. Brinen    on behalf of Debtor    Sklarco, LLC jsb@kutnerlaw.com,
               receptionist@kutnerlaw.com;vlm@kutnerlaw.com
              Jennifer  Hardy    on behalf of Creditor    JJS Interests Steele Kings, LLC jhardy2@willkie.com
              Jennifer  Hardy    on behalf of Creditor    JJS Working Interests, LLC jhardy2@willkie.com
              Jennifer  Hardy    on behalf of Creditor    Fant Energy Limited jhardy2@willkie.com
              Jennifer  Hardy    on behalf of Creditor    JJS Interests Escambia, LLC jhardy2@willkie.com
              Jennifer  Norris Soto    on behalf of Creditor    Barnette & Benefield, Inc.
               jennifersoto@arklatexlaw.com,   curtisshelton@arklatexlaw.com,stephanieparker@arklatexlaw.com
              Jeremy L Retherford    on behalf of Interested Party    Pruet Production Co. jretherford@balch.com,
               kskelton@balch.com,skynerd@pruet.com
              Jeremy L Retherford    on behalf of Creditor    Pruet Production Co. jretherford@balch.com,
               kskelton@balch.com,skynerd@pruet.com
              Jim F Spencer, Jr    on behalf of Creditor    Landmark Oil and Gas, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr    on behalf of Creditor    Stone Development, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr    on behalf of Creditor    Landmark Exploration, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr    on behalf of Creditor    Lexington Investments, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              John  Cornwell    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
               jcornwell@munsch.com,   hvalentine@munsch.com
              John Thomas Oldham    on behalf of Creditor    Kodiak Gas Services, LLC joldham@okinadams.com,
               bmoore@okinadams.com
              Jordan B. Bird    on behalf of Creditor    Bundero Investment Company, LLC
               jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Attorney    Cook, Yancey, King & Galloway, APLC
               jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Creditor    Franks Exploration Company, LLC
               jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Creditor    J&A Harris, LP jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Creditor    Kingston, LLC jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Creditor    AEH Investments, LLC jordan.bird@cookyancey.com
              Joseph Eric Bain    on behalf of Creditor    FPCC USA, Inc. jbain@joneswalker.com,
               kvrana@joneswalker.com
              Keri L. Riley    on behalf of Debtor    Sklarco, LLC klr@kutnerlaw.com,
               receptionist@kutnerlaw.com;vlm@kutnerlaw.com
              Keri L. Riley    on behalf of Debtor    Sklar Exploration Company, LLC klr@kutnerlaw.com,
               receptionist@kutnerlaw.com;vlm@kutnerlaw.com
              Kevin S. Neiman    on behalf of Creditor    Plains Gas Solutions, LLC kevin@ksnpc.com
              Kevin S. Neiman    on behalf of Creditor    Plains Marketing, L.P. kevin@ksnpc.com
              Lee M. Kutner    on behalf of Debtor    Sklar Exploration Company, LLC lmk@kutnerlaw.com,
               vlm@kutnerlaw.com,receptionist@kutnerlaw.com
              Lee M. Kutner    on behalf of Debtor    Sklarco, LLC lmk@kutnerlaw.com,   vlm@kutnerlaw.com,
               receptionist@kutnerlaw.com
              Madison M. Tucker    on behalf of Creditor    FPCC USA, Inc. mtucker@joneswalker.com
              Matthew  Okin    on behalf of Creditor    Kodiak Gas Services, LLC mokin@okinadams.com
              Matthew J. Ochs    on behalf of Creditor    Rapaid Well Service Co., Inc. mjochs@hollandhart.com
              Matthew J. Ochs    on behalf of Creditor    Pruet Oil Company, LLC mjochs@hollandhart.com
              Matthew J. Ochs    on behalf of Creditor    Pruet Production Co. mjochs@hollandhart.com
              Michael  Niles    on behalf of Creditor    Fletcher Petroleum Company, LLC
               mniles@bergersingerman.com,   efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Michael D Rubenstein    on behalf of Interested Party    BP America Production Company
               mdrubenstein@liskow.com
              Michael D Rubenstein    on behalf of Interested Party    BPX Properties (NA) LP
               mdrubenstein@liskow.com
              Michael J. Guyerson    on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com,
               celina@kjblawoffice.com;teresa@kjblawoffice.com
              Michael J. Guyerson    on behalf of Creditor    Estate of Pamela Page, Deceased
               mike@kjblawoffice.com,   celina@kjblawoffice.com;teresa@kjblawoffice.com
              Paul  Moss    on behalf of U.S. Trustee    US Trustee Paul.Moss@usdoj.gov
              Robert  Padjen    on behalf of Creditor    Colorado Department of Law Robert.padjen@coag.gov
              Robert L Paddock    on behalf of Creditor    Strago Petroleum Corporation rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    Gateway Exploration, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    Harvest Gas Management, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    Meritage Energy Ltd rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    GCREW Properties, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Ryan  Seidemann    on behalf of Creditor    State of Louisiana, Depatment of Natural Resources,
               Office of Mineral Resources seidemannr@ag.louisiana.gov

```
District/off: 1082-1            User: admin              Page 4 of 4               Date Rcvd: Apr 29, 2020
                                Form ID: pdf904          Total Noticed: 45

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Shay L. Denning    on behalf of Creditor   Tauber Exploration & Production Company
               sdenning@mbssllp.com
              Shay L. Denning    on behalf of Creditor   Pickens Financial Group, LLC sdenning@mbssllp.com
              Shay L. Denning    on behalf of Creditor   I & L Miss I, LP sdenning@mbssllp.com
              Shay L. Denning    on behalf of Creditor   CTM 2005, Ltd. sdenning@mbssllp.com
              Thomas H Shipps    on behalf of Creditor   CTM 2005, Ltd. tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor   Tara Rudman Revocable Trust tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor   MR Oil & Gas, LLC tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor   MER Energy, LTD tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor   Tauber Exploration & Production Company
               tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor   I & L Miss I, LP tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor   Feather River 75, LLC tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor   Rudman Family Trust tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor   The Rudman Partnership tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor   Pickens Financial Group, LLC tshipps@mbssllp.com
              Timothy C. Mohan   on behalf of Creditor   Baker Hughes, a GE Company LLC tmohan@foley.com,
               tim.mohan4@gmail.com
              Timothy M. Swanson    on behalf of Creditor   Apple River Investments, LLC
               tim.swanson@moyewhite.com, audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor   Alabama Oil Company tim.swanson@moyewhite.com,
               audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor   Alabama Oil & Gas, LLC tim.swanson@moyewhite.com,
               audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor   Kudzu Oil Properties, LLC tim.swanson@moyewhite.com,
               audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor   Kudzo Oil Properties, LLC tim.swanson@moyewhite.com,
               audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              Timothy Michael Riley    on behalf of Attorney   Hopping Green & Sams timothyr@hgslaw.com
              US Trustee     USTPRegion19.DV.ECF@usdoj.gov
              Victoria N Argeroplos    on behalf of Creditor   Fant Energy Limited vargeroplos@jw.com
                                                                                             TOTAL: 107
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**SECOND INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL**

UPON CONSIDERATION of the Motion of the Debtors and Debtors in Possession for entry of an order authorizing the use of cash collateral on an interim basis ("Motion") and setting a final hearing, and any additional papers filed in opposition thereto and in further support thereof; and having heard the arguments of counsel, if any; and having considered any evidence presented; and due and proper notice of the Motion having been provided; and for good cause shown, the Court finds and concludes as follows:

    A.    On April 1, 2020 (the "Petition Date"), Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco") (collectively "Debtors") filed respective voluntary petitions for relief under chapter 11, thereby commencing their chapter 11 cases, which are being jointly administered.

    B.    On April 16, 2020, the United States Trustee appointed the Official Committee of Unsecured Creditors of Sklar Exploration Company, LLC (the "Committee").

    C.    East West Bank, a California state banking corporation ("EWB"), as lender and the administrative agent under the applicable loan and security documents, asserts a secured claim in this case pursuant to a loan made to the Debtors (the "Loan") on or about June 15, 2018.

1

D.      EWB asserts a secured claim for the Debtors' outstanding indebtedness to EWB on the Loan, which as of the Petition Date exceeded $22,925,000 (the "Prepetition Indebtedness"), secured by first-priority liens in favor of EWB in substantially all of the Debtors' real and personal property assets. In addition, EWB asserts liens on all of the Debtors' cash on hand, revenue, cash proceeds and other cash equivalents, and all cash and cash equivalent proceeds of other collateral (collectively, the "Cash Collateral").

E.      Additional parties, including certain working interest holders, mechanics, materialmen, or mineral lien claimants who filed objections or responses to the Motion or appeared at the hearing held April 9, 2020 ("Objecting Parties"), also assert secured interests or other legal or equitable interests in the Debtor's funds and proceeds which may or may not constitute Cash Collateral. For the avoidance of doubt, the Objecting Parties include, but are not limited to, Strago Petroleum Corp, Meritage Energy, Ltd., FPCC USA, Inc., Tauber Exploration & Production Company, CTM 2005, Ltd., Pickens Financial Group, LLC, I & L Miss I, LP, Lucas Petroleum Group, Inc., Pruet Production Co. and Pruet Oil Company, LLC, Alabama Oil Company, LLC, Apple River Investments, LLC, Kudzu Oil Properties, LLC, Anderson Exploration Energy Company, L.C., TCP Cottonwood, L.P., AEEC II, LLC, Stoneham Drilling Corporation, and any other working interest holder who provides notice of their Objection or intent to object to counsel for the Debtors.

F.      On April 15, 2020, the Court entered an Interim Order Authorizing Use of Cash Collateral through and including April 27, 2020.

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is hereby granted on an interim basis as provided in this Order.

2.      The Debtors are hereby authorized to use the Cash Collateral only to pay the post-petition operating expenses of the Debtors as set forth on the Budget for the second interim period from April 27, 2020 through and including May 11, 2020 attached hereto (the "Budget") and for no other purpose without the prior written consent of EWB, the Committee and the Objecting

2

Parties.  With respect to all budgeted expenses, the Debtors shall not exceed 20% of each line-item expense; provided, however, the Debtor shall not exceed 5% of the cumulative amount of all line-item expenses for any budgeted period without an order of the Bankruptcy Court.

3. The funds in an account of either Debtor shall retain their ownership as to the individual Debtor who provided such funds into the account and/or any applicable third party that may claim ownership to such funds under applicable non-bankruptcy law. An accounting of such funds shall be available to creditors on a monthly basis and earlier upon reasonable request by a creditor. SEC shall be responsible for maintaining a current and contemporaneous record of all funds collected and disbursed for the Debtors or non-debtor third parties.

4. Any overriding royalty interests and/or working interests owed to Sklarco, LLC from Sklar Exploration Company, LLC, shall be maintained by Sklar Exploration Company for use in ongoing operations.

5. The Debtors' authorization to use the Cash Collateral in accordance with the terms of this Order will remain in effect through the date of the final hearing on the Motion.

6. Notwithstanding Bankruptcy Code § 552, as additional adequate protection of the interests of EWB and any other party claiming an interest in the Cash Collateral (collectively "Secured Creditors"), EWB, the Objecting Parties, and any other Secured Creditors shall have, and are hereby granted, replacement liens on all existing and hereafter acquired property and assets of the Debtors of every kind and character, to the extent (if any) and in the same validity, priority, and enforceability that they held a lien (including valid and non-avoidable liens in existence at the time of the Petition Date that are perfected subsequent thereto as permitted by section 546(b) of the Bankruptcy Code) in such kind and character of property and assets of the Debtors as of the Petition Date (the "Replacement Liens").  The Replacement Liens shall secure EWB, the Objecting Parties, and any other Secured Creditors to the extent necessary to adequately protect them from any diminution in value of their interests in property of the Debtors' estates as a result of the entry of this Order and the use of Cash Collateral authorized hereby, and shall have the same validity,

priority, and enforceability as their liens on the Debtors' assets as of the Petition Date.

7. The Debtors shall keep EWB's, the Objecting Parties', and any other Secured Creditor's collateral insured to the same extent it was insured on a pre-petition basis, and shall maintain and preserve the operation of all such collateral.

8. The Debtors shall make available to EWB, any other Secured Creditors, and the Committee, their counsel, and consultants, upon reasonable request, the Debtors' books and records and other financial information. The Debtors shall also provide to EWB, any other Secured Creditors, and the Committee a budgeted-versus-actual rolling cash flow report on a weekly basis during the budget periods covered by this Order.

9. Nothing in this Order shall constitute a finding that EWB's, the Objecting Parties', or any other Secured Creditor's interests are adequately protected, nor a determination of the validity, priority, or extent of any lien asserted by EWB, the Objection Parties, or any other Secured Creditor. The parties' rights are fully preserved with respect to such issues.

10. Nothing in this Order shall impair, limit, or modify the application of Section 507(b) of the Bankruptcy Code in the event that the adequate protection provided hereunder to EWB or other Secured Creditors is insufficient to compensate for any adequate protection obligations arising during these chapter 11 cases or any other subsequent cases or proceedings under the Bankruptcy Code, including, without limitation, any Chapter 7 case or proceeding.

11. To the extent the Debtors are holding any funds provided by working interest holders for cash call advances, the Debtors shall retain and account for such funds to such working interest holders. The Debtors assert that they do not believe they are holding any funds attributable to cash call advances at this time and will investigate this point further prior to the final hearing.

12. Nothing in the Motion or this Order shall in any way limit any party's right to object to the use of cash collateral, the funds or proceeds asserted to constitute cash collateral, or the ownership of such funds for purposes of this interim order, on a final basis.

13. A final hearing on the Debtors' Motion is set for **9:30 a.m. on Monday, May 11,**

**2020**. All previously submitted objections to the Debtors' Motion shall remain in effect unless withdrawn. Any additional objections shall be filed no later than seven (7) days prior to the hearing, on or before **May 4, 2020**. If there are disputed facts requiring an evidentiary hearing, parties shall file lists of witnesses and exhibits no later than five (5) days prior to the hearing, on or before **May 6, 2020**. The parties may use previously submitted lists of witnesses and exhibits or file new lists of witnesses and exhibits. By separate order, the Court will set the procedures for any evidentiary hearing. If there are remaining disputed fact issues, the parties should be prepared to present their evidence at the final hearing.

Dated: April 27, 2020

_Thomas B. McNamara_
Honorable Thomas B. McNamara
United States Bankruptcy Judge

**SKLAR EXPLORATION COMPANY LLC and SKLARCO LLC**
**BUDGET**

| | Original budget | | | Second Interim Budget | |
|---|---|---|---|---|---|
| | Week ending | | | | |
| | 10-Apr | 17-Apr | 24-Apr | 1-May | 8-May |

**CASH RECEIPTS**

*Sklar operated oil production volume estimate (8/8ths BBL)*
*Oil price estimate*

*Sklar operated gas production volume estimate (8/8ths MCF)*
*Gas price estimate*

**Operated properties [1]**
| | | | | | |
|---|---|---|---|---|---|
| Oil | | | 2,714,652 | | |
| Gas | | | | 502,104 | |
| **Non-operated properties - Sklarco Revenue** | | | | 184,200 | |
| Alabama gas plant management fees | | | | | |
| **Hedge settlements** | 173,495 | | | | 267,500 |
| **CASH RECEIPTS** | 173,495 | - | 2,714,652 | 686,304 | 267,500 |

**CASH DISBURSEMENTS**

*January and February RI and (*

| | | | | | |
|---|---|---|---|---|---|
| **Revenue payable to others [2]** | | | | 1,853,229 | |
| Severance tax | | | | | |
| **Lease operating expenses (gross) for operated properties** | | | | | |
|     Contract pumpers | 3,640 | 3,640 | 3,640 | 3,640 | 3,640 |
|     Compression rentals and maintenance | 25,279 | 25,279 | 25,279 | 25,279 | 25,279 |
|     Saltwater disposal | 16,256 | 16,256 | 16,256 | 16,256 | 16,256 |
|     Electrical service and supply | 1,176 | 1,176 | 1,176 | 1,176 | 1,176 |
|     Oilfield supply | 747 | 747 | 747 | 747 | 747 |
|     Artificial lift | 404 | 404 | 404 | 404 | 404 |
|     RTU - remote monitoring | 1,054 | 1,054 | 1,054 | 1,054 | 1,054 |
|     Gas measurement - meter calibration and lab | 735 | 735 | 735 | 735 | 735 |
|     Safety systems - testing and repairs | 674 | 674 | 674 | 674 | 674 |
|     Fuel and power - | | | | | |
|         Southern Propane Supplies | 1,715 | 1,715 | 1,715 | 1,715 | 1,715 |
|         Thompson Gas | 466 | 466 | 466 | 466 | 466 |
|         Mc Phereson Lubes | 502 | 502 | 502 | 502 | 502 |
|         Herring Gas Company, Inc | 172 | 172 | 172 | 172 | 172 |
|         Southern Pine Electric | | 185,850 | | | |
|         Escambia River Electric, Inc. | 8,085 | | | | 8,085 |
|         Yazoo Valley Electric | | | 3,518 | | |
|         Mississippi Power | | | | 11,188 | |
|     Chemicals | 2,916 | 2,916 | 2,916 | 2,916 | 2,916 |
|     Construction | 490 | 490 | 490 | 490 | 490 |
|     Environmental services | 200 | 200 | 200 | 200 | 200 |
|     Slickline services / jet pump support | 257 | 257 | 257 | 257 | 257 |
|     Engineering services | 368 | 368 | 368 | 368 | 368 |
|     Tubulars and inspections | 49 | 49 | 49 | 49 | 49 |
|     Insurance | | | | 47,851 | |
|     Gas plant payroll | | | | | |
|     Gas plant operating costs | 29,840 | 29,840 | 29,840 | 29,840 | 29,840 |
| **Reimbursement of operated property LOE from other WI owners** | (71,267) | (204,591) | (67,842) | (109,483) | (71,267) |
| **Lease operating expenses for non-operated properties - Sklarco Current JIBS** | 17,940 | 17,940 | 17,940 | 17,940 | 17,940 |
| **Transportation (truck pmts to Ford)** | 3,408 | | 5,143 | 2,450 | |
| **General and administrative** | | | | | |
|     Outsourced IT support and general computer exp (eg, Wolfepak) | | | 4,849 | 3,320 | |
|     Agency service fees | (15,000) | | | | (15,000) |
|     Employee salaries and payroll taxes, exclusive of gas plant employees (see above) | | 157,680 | | 157,680 | |
|     Employee portion of 401k | | | 9,000 | | 9,000 |
|     CEO salary | | | | 25,000 | |
|     Employee benefits - | | | | | |
|         UHC Health insurance | | | | 60,383 | |
|         Life insurance | | | | 13,338 | |
|         ST/LT Disability | | | | 1,550 | |
|     Payroll processing fees | | 800 | | | |
|     PTO payout for laid off employees | | | | 4,266 | |
|     Misc. insurance | | | | 3,974 | |
|     Sales and use tax | | | 700 | | |
|     Outsourced preparation of sales and use tax | | | | 6,173 | |
|     External reserve engineers | | | 24,530 | | |
|     SCADA systems license fees | | | 8,713 | | |

| | | | | | |
|---|---:|---:|---:|---:|---:|
| Geology and production system license fees | | | | 71,294 | |
| Web mapping license fees (Tobin) | | 70,920 | | | |
| Office rent - | | | | | |
|     Boulder | | | | 43,137 | |
|     Shreveport | | | | 6,920 | |
|     Bretwon, AL | | | | 1,800 | |
| Boulder office / Redwave sublease income | | | | | (8,372) |
| Parking expense (Shreveport) | | | | 900 | |
| Outsourced gas plant settlement accounting fees | | 18,844 | | | |
| Fuel and mileage | | | 6,000 | | |
| Copier and postage rental and usage | | 4,500 | | | |
| Cell phones | | | 2,900 | | |
| Office utilities and maintenance | | | | 2,765 | |
| Bank - letter of credit fees | | | | 3,500 | |
| Bank - misc charges | | | | 1,660 | |
| Bank interest | | | | | |
| Legal fees - Sklar's counsel | | | | | |
| Legal fees - creditors' counsel incl. bank | | | | | |
| Critical vendors (pre-petition debts) | | | | | |
| Trustee disbursement fees | | | | | |
| Cash collateralize letters of credit for P&A bonds | | | | | |
| Property tax | | | | | |
| Escheat to various states | | | | | |
| General and misc office expenses | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 |
| Controller - CO apt, travel and moving exp reimbursement | 2,875 | | | 4,109 | 2,513 |
| **COPAS reimbursement - Sklar Exploration** | (46,989) | (46,989) | (46,989) | (46,989) | (46,989) |
| | | | | | |
| **CASH DISBURSEMENTS** | **(5,510)** | **324,922** | **39,370** | **2,283,393** | **(8,652)** |
| | | | | | |
| **NET CASH FLOW** | **179,005** | **(324,922)** | **2,675,282** | **(1,597,089)** | **276,152** |
| | | | | | |
| **BEGINNING CASH BALANCE** | **3,439,756** | **3,618,761** | **3,293,839** | **5,969,121** | **4,372,033** |
| **ENDING CASH BALANCE** | **3,618,761** | **3,293,839** | **5,969,121** | **4,372,033** | **4,648,185** |