UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | Case No. 20-12377-EEB |
| ) | |
| SKLAR EXPLORATION COMPANY, LLC, ) | Chapter 11 |
| EIN:  72-1417930 ) | |
| ) | |
| Debtor. ) | |
| _____) | |
| IN RE: ) | Case No. 20-12380-EEB |
| ) | Chapter 11 |
| SKLARCO, LLC ) | |
| EIN:  72-1425432, ) | |
| ) | Jointly Administered Under |
| Debtor. ) | Case No. 20-12377-EEB |
| _____) | |

## **VERIFIED STATEMENT OF MULTIPLE REPRESENTATION**

Berger Singerman LLP ("BSLLP") filed this Verified Statement of Multiple Representation under Federal Rule of Bankruptcy Procedure 2019, as follows:

1. BSLLP has been asked to represent the following parties-in-interest in the above-referenced jointly administered bankruptcy cases: (1) Fletcher Petroleum Company, LLC, an Alabama Limited Liability Company, (2) Fletcher Exploration, LLC, an Alabama Limited Liability Company, and (3) Fletcher Petroleum Corp., an Alabama corporation.

2. Fletcher Petroleum Company, LLC's principal mailing address is P.O. Box 2147, Fairhope, Alabama 37533. BSLLP's representation of Fletcher Petroleum Company, LLC began in April 2020.

3. Fletcher Exploration, LLC's principal mailing address is P.O. Box 2147, Fairhope, Alabama  37533. BSLLP's representation of Fletcher Exploration, LLC began in April 2020.

4. Fletcher Petroleum Corp.'s principal mailing address is P.O. Box 2147, Fairhope, Alabama  37533. BSLLP's representation of Fletcher Petroleum Corp began in April 2020.

9739607-2

5. Fletcher Petroleum Company, LLC, Fletcher Exploration, LLC and Fletcher Petroleum Corp. are affiliated parties and were not clients of BSLLP before the above-captioned cases were filed.

6. BSLLP is acting counsel for Fletcher Petroleum Company, LLC, Fletcher Exploration, LLC and Fletcher Petroleum Corp.

7. BSLLP has fully advised each of the parties with respect to its concurrent representation. Each of the parties has consented to sch representation and has requested that BSLLP represent them in the above-captioned cases.

8. BSLLP owns no claims against or equity interests in the Debtors.

9. BSLLP reserves the right to revise, to supplement, and to amend this Verified Statement of Multiple Representation as need be.

DATED: May 4, 2020

BERGER SINGERMAN LLP
*Counsel for Fletcher Exploration, LLC and Fletcher Petroleum Corp.*
313 N. Monroe Street, Suite 301
Tallahassee, FL 32301
Telephone: (850) 561-3010
Facsimile: (850) 561-3013

By:   */s/ Brian G. Rich*
Brian G. Rich
Florida Bar No. 038229
brich@bergersingerman.com
Michael J. Niles
Florida Bar No. 107203
mniles@bergersingerman.com

2

9739607-2

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on this 4th day of May, 2020.

/s/ Brian G. Rich
Brian G. Rich

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 4th day of May, 2020, by electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List.

By: /s/ Brian G. Rich
Brian G. Rich

9739607-2

**CM/ECF SERVICE LIST**

- James B. Bailey    jbailey@bradley.com, ashaver@bradley.com
- Joseph Eric Bain    jbain@joneswalker.com
- Duane Brescia    dbrescia@clarkhill.com, kalexander@clarkhill.com;djaenike@clarkhill.com
- Jeffrey S. Brinen    jsb@kutnerlaw.com, receptionist@kutnerlaw.com;vlm@kutnerlaw.com
- Shay L. Denning    sdenning@mbssllp.com
- Lee M. Kutner    lmk@kutnerlaw.com, vlm@kutnerlaw.com,receptionist@kutnerlaw.com
- Eric Lockridge    eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
- Timothy C. Mohan    tmohan@foley.com, tim.mohan4@gmail.com
- Paul Moss    Paul.Moss@usdoj.gov
- Kevin S. Neiman    kevin@ksnpc.com
- Matthew J. Ochs    mjochs@hollandhart.com
- Robert L Paddock    rpaddock@buckkeenan.com
- Jeremy L Retherford    jretherford@balch.com
- Keri L. Riley    klr@kutnerlaw.com, receptionist@kutnerlaw.com;vlm@kutnerlaw.com
- Timothy Michael Riley    timothyr@hgslaw.com
- Michael D Rubenstein    mdrubenstein@liskow.com
- Craig K. Schuenemann    craig.schuenemann@bryancave.com, alicia.berry@bryancave.com,44Team_DEN@bryancave.com
- Thomas H Shipps    tshipps@mbssllp.com
- Barnet B Skelton    barnetbjr@msn.com
- Bryce Suzuki    bryce.suzuki@bclplaw.com, tina.daniels@bclplaw.com
- Timothy M. Swanson    tim.swanson@moyewhite.com, audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
- Madison M. Tucker    mtucker@joneswalker.com
- US Trustee    USTPRegion19.DV.ECF@usdoj.gov
- Deanna L. Westfall    deanna.westfall@coag.gov, bncmail@w-legal.com

4

9739607-2