# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br><br>　Debtor.<br><br>_____<br><br>SKLARCO, LLC<br>EIN:  72-1425432<br>　Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11<br><br><br><br><br>Case No. 20-12380-EEB<br><br>Chapter 11 |

## ORDER GRANTING MOTION TO ASSUME CRUDE OIL SUPPLY CONTRACTS WITH PLAINS MARKETING, L.P., AND ASSET TRANSFER AGREEMENT WITH PLAINS GAS SOLUTION, LLC

THIS MATTER having come before the Court on the Motion to Assume Crude Oil Supply Contracts with Plains Marketing, L.P. and Asset Transfer Agreement with Plains Gas Solution, LLC (the "Motion"), notice having been provided, no objection having been received, and for good cause shown, the Court does

**HEREBY ORDER THAT:**

1. The Motion is GRANTED;

2. The Debtors are authorized to assume the Crude Oil Supply Contracts with Plaints Marketing, L.P. and Asset Transfer Agreement with Plains Gas Solution, LLC pursuant to 11 U.S.C. § 365(a); and

3. The Debtors are authorized to promptly cure any default under the assumed Agreements as set forth in the Motion and pursuant to 11 U.S.C. § 365(b)(1).

DONE and entered this _____ day of _____, 2020 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge