UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930 | Chapter 11 |
| Debtor. | |
| | Case No. 20-12380-EEB |
| SKLARCO, LLC<br>EIN: 72-1425432<br>Debtor. | Chapter 11 |

**ORDER GRANTING MOTION TO BIFURCATE CASH COLLATERAL ISSUES**

THIS MATTER, having come before the Court on the Debtors' Motion to Bifurcate Cash Collateral Issues ("Motion"), the Court having reviewed the Motion, finding good cause for granting the requested relief, does hereby

ORDER

1. That the Motion is GRANTED;
2. All issues related to the ownership of funds, liens, and constructive trusts asserted by the working interest holders shall be tried separately from the Debtors' Motion for Authority to Use Cash Collateral through a duly filed Adversary Proceeding.

DONE and entered this _____ day of _____, 2020 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge