| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: SKLAR EXPLORATION COMPANY, LLC <br> First Name   Middle Name   Last Name | Case #: | 20-12377-EEB |
| Debtor 2: SKLARCO, LLC   CASE #: 20-12380-EEB <br> First Name   Middle Name   Last Name | Chapter: | 11 |

## Local Bankruptcy Form 9070-1.1
## List of Witnesses and Exhibits

**Complete applicable sections.**

__Barbara Lawrence- Respondent__ **[name of party and party type]** hereby designates the following witnesses and exhibits for the hearing or trial set for __May 11, 2020__ **[month/day/year]**, at 9:30am **[time]** at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom __n/a__ **[letter]**, Fifth Floor, Denver, Colorado 80202.

### Part 1   Witnesses

Party **will call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| None | |
| | |
| | |

Party **may call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| None | |
| | |
| | |

### Part 2   Exhibits

| Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| A | Sklar-Lawrence e-mail chain 4/20/2020 to 4/22/2020 | | | |
| B | Suspense ledger for Pamela Page | | | |
| C | Page 3 of Docket #37-1 for Barbara Lawrence | | | |
| | | | | |

| Part 3: | Signature |
|---|---|

Dated: __May 5, 2020_____

By: __/s/ Michael J. Guyerson_____
      Signature

Bar Number (if applicable): __#11279_____
Mailing Address: __999 18th Street, Suite 1230-S__
Telephone number: __720-381-0045_____
Facsimile number: __720-381-0382_____
E-mail address: __Mike@kjblawoffice.com__

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 5, 2020, I served by prepaid first class mail [or (other acceptable means, i.e. via hand delivery] a copy of Barbara Lawrence's **List of Witnesses and Exhibits**, on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

**Via U.S. Mail:**
Barbara Lawrence
P.O. Box 374
Evergreen, CO 80437

**Via CM/ECF:**

See Attached List.

By: /s/ Teresa White
For Buechler Law Office, L.L.C.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 20-12377-EEB<br>District of Colorado<br>Denver<br>Tue May  5 16:33:40 MDT 2020 | James B. Bailey<br>1819 5th Ave. North<br>Birmingham, AL 35203-2120 | Joseph Eric Bain<br>Jones Walker LLP<br>811 Main Street<br>Suite 2900<br>Houston, TX 77002-6116 |
| Grant Matthew Beiner<br>Munsch Hardt Kopf & Harr, PC<br>700 Milam Street<br>Suite 2700<br>Houston, TX 77002-2730 | Jordan B. Bird<br>Cook, Yancey, King & Galloway<br>333 Texas Street, Suite 1700<br>Shreveport, LA 71101-3621 | Duane Brescia<br>Clark Hill Strasburger<br>720 Brazos<br>Suite 700<br>Austin, TX 78701-2531 |
| Jeffrey S. Brinen<br>1660 Lincoln St.<br>Ste. 1850<br>Denver, CO 80264-9911 | John Cornwell<br>Munsch Hardt Kopf & Harr PC<br>700 Milam St.<br>Ste 2700<br>Houston, TX 77002-2730 | Shay L. Denning<br>835 E. Second Ave.<br>Ste., 123<br>PO Box 2717<br>Durango, CO 81302-2717 |
| Benjamin Y. Ford<br>RSA Tower, 27th Floor<br>11 North Water Street<br>Mobile, AL 36602-3809 | Craig M. Geno<br>Law Offices of Craig M. Geno, PLLC<br>587 Highland Colony Parkway<br>Ridgeland, MS 39157-8784 | Michael J. Guyerson<br>999 18th St.<br>Ste., 1230 South<br>Denver, CO 80202-2414 |
| Jennifer Hardy<br>Willkie Farr & Gallagher LLP<br>600 Travis Street<br>Houston, TX 77002-3009 | Christopher D. Johnson<br>Munsch Hardt Kopf & Harr PC<br>700 Milam St.<br>Ste 2700<br>Houston, TX 77002-2730 | Lee M. Kutner<br>1660 Lincoln St.<br>Ste. 1850<br>Denver, CO 80264-9911 |
| Eric Lockridge<br>400 Convention St., Ste. 700<br>Baton Rouge, LA 70802-5628 | Armistead Mason Long<br>Gordon, Arata, Montgomery, Barnett, McCo<br>400 East Kaliste Saloom Road<br>Suite 4200<br>Lafayette, LA 70508-8522 | Ryan Lorenz<br>14850 N. Scottsdale Rd.<br>Ste. 500<br>Scottsdale, AZ 85254-3464 |
| Christopher Meredith<br>Copeland, Cook, Taylor & Bush P.A.<br>P.O. Box 6020-39158<br>Ridgeland, MS 39158 | David M. Miller<br>Spencer Fane LLP<br>1700 Lincoln St.<br>Suite 2000<br>Denver, CO 80203-4554 | Timothy C. Mohan<br>600 17th Street, Ste. 2020S<br>Denver, CO 80202-5415 |
| Paul Moss<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Kevin S. Neiman<br>999 18th St.<br>Ste., 1230 S<br>Denver, CO 80202-2414 | Michael Niles<br>Berger Singerman LLP<br>313 N. Monroe Street<br>Ste 301<br>Tallahassee, FL 32301-7643 |
| Jennifer Norris Soto<br>Ayres, Shelton, Williams, Benson & Paine<br>P.O. Box 1764<br>Shreveport, LA 71166-1764 | Matthew J. Ochs<br>555 17th St.<br>Ste., 3200<br>Denver, CO 80202-3921 | Matthew Okin<br>Okin Adams LLP<br>1113 Vine Street, Suite 240<br>Houston, TX 77002-1044 |
| John Thomas Oldham<br>1113 Vine St., Ste. 240<br>Houston, TX 77002-1044 | Robert L Paddock<br>Buck Keenan<br>2229 San Felipe<br>Ste 1000<br>Houston, TX 77019-5674 | Robert Padjen<br>1300 Broadway<br>8th Floor<br>Denver, CO 80203-2104 |

| | | |
|---|---|---|
| Jeremy L Retherford<br>Balch & Bingham<br>1901 Sixth Ave N Suite 1500<br>Birmingham, AL 35203-4642 | Brian Rich<br>Berger Singerman LLP<br>313 North Monroe Street<br>Suite 301<br>Tallahassee, FL 32301-7643 | Keri L. Riley<br>1660 Lincoln St., Ste.1850<br>Denver, CO 80264-9911 |
| Timothy Michael Riley<br>Hopping Green & Sams<br>119 S. Monroe St.<br>Suite 300<br>Tallahassee, FL 32301-1591 | Michael D Rubenstein<br>Liskow and Lewis<br>1001 Fannin Street, Suite 1800<br>Houston, TX 77002-6756 | Craig K. Schuenemann<br>1700 Lincoln St., Ste. 4100<br>Denver, CO 80203-4541 |
| Ryan Seidemann<br>Louisiana Department of Justice<br>1885 North Third Street<br>Baton Rouge, LA 70802-5146 | Thomas H Shipps<br>Maynes, Bradford, Shipps & Sheftel, LLP<br>835 E. Second Avenue<br>P.O. Box 2717<br>Durango, Suite 123<br>Durango, CO 81302-2717 | Barnet B Skelton Jr<br>Barnet B. Skelton, Jr.,<br>815 Walker, Suite 1502<br>Houston, TX 77002-5832 |
| Jim F Spencer Jr<br>Watkins & Eager PLLC<br>P. O. Box 650<br>Jackson, MS 39205-0650 | Bryce Suzuki<br>Bryce Suzuki<br>Suite 2200<br>Two North Central Avenue<br>Phoenix, AZ 85004-4406 | (c)TIMOTHY M. SWANSON<br>1400 16TH ST STE 600<br>DENVER CO  80202-1486 |
| David R Taggart<br>Bradley Murchison Kelly & Shea<br>401 Edwards Street<br>Suite 1000<br>Shreveport, LA 71101-5529 | Glenn Taylor<br>Copeland, Cook, Taylor & Bush P.A.<br>1076 Highland Colony Parkway<br>Concourse 600<br>Suite 200<br>Ridgeland, MS 39157-8804 | Madison M. Tucker<br>Jones Walker LLP<br>201 St. Charles Avenue<br>New Orleans, LA 70170-5100 |
| US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Amy Vazquez<br>Jones Walker LLP<br>811 Main Street<br>Ste 2900<br>Houston, TX 77002-6116 | Deanna L. Westfall<br>Office of the Colorado Attorney General<br>1300 Broadway,  8th Floor<br>Denver, CO 80026 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| Timothy M. Swanson<br>1400 16th St.<br>6th Floor<br>Denver, CO 80202 | End of Label Matrix<br>Mailable recipients    47<br>Bypassed recipients     0<br>Total                  47 |