UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
| Debtor. | ) | |

**NOTICE OF MOTION TO ASSUME CRUDE OIL SUPPLY CONTRACTS AND
ASSET TRANSFER AGREEMENTS**

**OBJECTION DEADLINE: MAY 19, 2020**

    **YOU ARE HEREBY NOTIFIED** that Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Debtors") have filed a *Motion to Assume Crude Oil Supply Contracts with Plains Marketing, L.P., and Asset Transfer Agreement with Plains Gas Solution, LLC* (Docket No. 218) ("Motion") and request the following relief: The Debtors request authority to assume the Crude Oil Supply Contracts with Plains Marketing, L.P. and Asset Transfer Agreements with Plains Gas Solution, LLC, allowing the Debtors to maintain critical supply contracts and completing the pre-petition acquisition of certain assets by SEC.  The total amount due to cure and assume the Agreements is $268,229.58, which will be over several months.  A copy of the pleading is available for inspection in the Bankruptcy Court Clerk's Office, 721 -19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney.


    If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.   The Court will not consider general objections.


    In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.


Dated:  May 5, 2020                    Respectfully submitted,

                    By:     */s/ Keri L. Riley*
                          Lee M. Kutner, #10966
                          Keri L. Riley, #47605
                          **KUTNER BRINEN, P.C.**
                          1660 Lincoln St., Suite 1850
                          Denver, CO 80264
                          Telephone: (303) 832-2400
                          E-mail:klr@kutnerlaw.com