## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377 EEB |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | Case No. 20-12380 EEB |
| SKLARCO, LLC | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | (Jointly Administered) |

## BRI-CHEM SUPPLY CORP., LLC'S AMENDED LIST OF WITNESSES AND EXHIBITS

Bri-Chem Supply Corp., LLC ("**Bri-Chem**"), by and through its undersigned counsel, hereby designates the following witnesses and exhibits for the hearing to be held via Zoom on May 11, 2020, at 9:30 A.M., in Courtroom F before the Honorable Elizabeth E. Brown.

### WITNESSES

Bri-Chem may call the following witnesses:

1. Howard F. Sklar, Manager of the Debtor.

2. Jason Theiss, representative of Bri-Chem.

3. Any witness listed by the Debtor, or any other party.

3. Any witness necessary for rebuttal or impeachment purposes.

### EXHIBITS

Bri-Chem intends to introduce as exhibits at trial those exhibits enumerated in Attachment 1, attached hereto and incorporated herein.

DATED this 6th day of May, 2020.

        Respectfully submitted,

        **SPENCER FANE LLP**

By:   */s/ David M. Miller*
        David M. Miller, #17915
        1700 Lincoln Street, Suite 2000
        Denver, CO  80203
        Ph. (303) 839-3800
        Fax (303) 839-3838
        e-mail: dmiller@spencerfane.com

*ATTORNEYS FOR BRI-CHEM SUPPLY CORP., LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 6, 2020, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

        */s/ Nancy Schacht*
        Nancy Schacht

# ATTACHMENT 1

**EXHIBITS FOR HEARING ON MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

Submitted by: **Bri-Chem Supply Corp., LLC**

In connection with: May 11, 2020 evidentiary hearing on Debtor's Motion for Authority To Use Cash Collateral

| Exh. | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| A | Bri-Chem Supply Corp. Statement of Lien | | | |
| B | Bri-Chem Invoices | | | |
| C | Any exhibit listed by the Debtor or any other party | | | |
| D | Any exhibit necessary for rebuttal or impeachment | | | |
| | | | | |

DN 3269726.1