| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: **Sklar Exploration Company, LLC** <br> First Name   Middle Name   Last Name | Case #: | 20-12377 |
| Debtor 2: **Sklarco, LLC** <br> First Name   Middle Name   Last Name | Chapter: | 20-12380 |

## Local Bankruptcy Form 9070-1.1
## List of Witnesses and Exhibits

**Complete applicable sections.**

__FPCC USA, INC._____ **[name of party and party type]** hereby designates the following witnesses and exhibits for the hearing or trial set for ____May 11, 2020_____ **[month/day/year]**, at 9:30am **[time]** at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom _____ **[letter]**, Fifth Floor, Denver, Colorado 80202.

### Part 1   Witnesses

Party **will call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
|  |  |
|  |  |
|  |  |

Party **may call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| See attached schedule of witnesses |  |
|  |  |
|  |  |

### Part 2   Exhibits

| Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
|  | See attached schedule of exhibits |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| Part 3 | Signature |
|---|---|

Dated: 05/06/2020

By: /s/ Joseph E. Bain
Signature

Bar Number (if applicable): Admitted PHV
Mailing Address: 811 Main Ste. 2900, Houston, TX 77002
Telephone number: 713-437-1800
Facsimile number: 713-437-1801
E-mail address: jbain@joneswalker.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: <br><br> SKLAR EXPLORATION COMPANY, LLC <br> EIN: 72-1417930 <br><br> Debtor. | Case No. 20-12377-EEB <br><br> Chapter 11 |
| SKLARCO, LLC <br> EIN: 72-1425432 <br><br> Debtor. | Case No. 20-12380-EEB <br><br> Chapter 11 |

**FPCC USA, INC.'S SCHEDULE OF WITNESSES AND EXHIBITS**

FPCC USA, LLC ("**FPCC USA**"), by and through its undersigned counsel, hereby designates the following witnesses and exhibits for the hearing to be held on May 11, 2020 at 9:30 A.M., in Courtroom F before the Honorable Elizabeth E. Brown (the "**Hearing**").

**WITNESSES**

FPCC USA may call the following witnesses:

1. Howard F. Sklar, Manager of the Debtor;

2. William Hu, Representative of FPCC USA, Inc.

3. Any witness listed by the Debtor, or any other party; and

4. Any witness necessary for rebuttal or impeachment purposes.

1

## EXHIBITS

FPCC USA intends to introduce as exhibits at the Hearing those exhibits enumerated below:

| NO. | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | Additional Comments (electronic, video, paper etc.) |
|---|---|---|---|---|---|---|---|
|  | Any document or pleading filed in the Bankruptcy Case |  |  |  |  |  |  |
|  | Any exhibit necessary for impeachment and/or rebuttal purposes |  |  |  |  |  |  |
|  | Any exhibit identified or offered by any other party |  |  |  |  |  |  |
| A | Excerpts from Operating Agreement dated November 1, 2006, for Escambia Prospect. |  |  |  |  |  | Paper |
| B | Excerpts from Operating Agreement dated April 8, 2015, for Mt. Carmel Prospect. |  |  |  |  |  | Paper |
| C | Settlement Statement dated March 31, 2020. |  |  |  |  |  | Paper |
| D | Alabama Unit Order and Excerpts from Unit Operating Agreement for Southeast |  |  |  |  |  | Paper |
| E | Transcript of Hearing on April 9, 2020, in Captioned Matter. |  |  |  |  |  | Paper |
| F | Email Correspondence from Keri Riley dated April 21, 2020. |  |  |  |  |  | Paper |

Notwithstanding the foregoing, FPCC USA reserves the right to (i) supplement or amend this Witness and Exhibit List at any time before or at the Hearings, (ii) introduce exhibits not listed above on rebuttal and during cross examination and/or for purposes of impeachment; (iii) not introduce exhibits listed above; (iv) use documents not listed herein to refresh witnesses' recollections; (v) introduce demonstrative exhibits, which could include the exhibits listed above as well as demonstrative exhibits that incorporate material from the exhibits described above and from other sources; and (vi) take any other such actions as permissible under the Federal Rules of

3

Evidence, the Federal Rules of Bankruptcy Procedures, and the Bankruptcy Local Rules for the United States Bankruptcy Court for the District of Colorado.

*[Continues on Next Page]*

DATED this 6th day of May, 2020.

Respectfully submitted,

                                      **JONES WALKER LLP**

                                      By: */s/ Joseph E. Bain*
                                      Joseph E. Bain *(Admitted Pro Hac Vice)*
                                      Amy L. Vazquez *(Admitted Pro Hac Vice)*
                                      811 Main Street, Ste. 2900
                                      Houston, Texas 77002
                                      Tel: 713-437-1800
                                      Fax: 713-437-1801
                                      Email: jbain@joneswalker.com;
                                                  avazquez@joneswalker.com

                                      -and-

                                      Madison M. Tucker *(Admitted Pro Hac Vice)*
                                      201 St. Charles Avenue
                                      New Orleans, Louisiana 70170-5100
                                      Tel: 504-582-8000
                                      Fax: 504-589-8261
                                      Email: mtucker@joneswalker.com

                                      *Counsel for FPCC USA, Inc.*

## CERTIFICATE OF SERVICE

     I certify that on May 6, 2020, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in this case.

                                      */s/ Joseph E. Bain*
                                      Joseph E. Bain