UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br><br>**Joint Administered Under**<br>**Case No. 20-12377 EEB** |

## SUPPLEMENTAL LIST OF WITNESSES AND EXHIBITS

JF Howell Interests, LP ("Howell Interests") hereby supplements its List of Witnesses and Exhibits [Doc. No. 140] to follow the guidelines set in the Order and Notice of Evidentiary Hearing by Video Conference [Doc. No. 197] and designates the following witnesses and exhibits for the final hearing on the Motion to Use Cash Collateral [Doc. No. 34] and Motion for Payment of Overriding Royalty, Royalty, and Working Interest Obligations and JIB Offsets [Doc. No. 37] set for May 11, 2020 at 9:30 a.m. to be conducted by Zoom Video:

**I.   WITNESSES**

Howell Interests will call the following witnesses:

None.

Howell Interests may call the following witnesses:

- 2 -

| Witness Name | Nature of Testimony |
|---|---|
| David Morgan, Manager, Howell Investments, LLC, General Partner of JF Howell Interests, LP | Mr. Morgan will testify, to the extent necessary, regarding the agreements entered into between the parties, the JIBs and Cash Call Advances arising from those agreements and Howell Interests amounts paid pre-petition to Sklar Exploration for Cash Call Advances. |
| Any witness for rebuttal or impeachment | |

## II. EXHIBITS

| Exhibit No. | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| JFHI-A | Unit Agreement dated May 11, 2015 (Sch. G 35)[1] | | | Electronic and Paper<br><br>Bates Nos.: JFHI00001-41 |
| JFHI-B | Ratification of Unit Agreement dated May 11, 2015 (Sch. G 35)[2] | | | Electronic and Paper<br><br>Bates Nos.: JFHI00042-48 |
| JFHI-C | Unit Agreement dated November 1, 2018 (Sch. G 100) | | | Electronic and Paper<br><br>Bates Nos.: JFHI00049-134 |
| JFHI-D | Unit Agreement dated November 1, 2018 (Sch. G 102) | | | Electronic and Paper<br><br>Bates Nos.: JFHI00135-218 |
| JFHI-E | Brooklyn Field Unitization Letter (Sch. G 102)[3] | | | Electronic and Paper<br><br>Bates Nos.: JFHI00219-222 |

---

[1] For avoidance of doubt, Howell Interests is setting forth in parentheses the identity of the agreement as located on Debtors' Schedule G [Doc. 106]. Thus Exhibit JFHI-1 is referring to the same agreement set forth on Schedule G as contract 1 on the list of "Material Agreements."

[2] Howell Interests believes, but has not yet been able to confirm, that JFHI-2 is a part of the contract listed on Debtors Schedule G as Material Agreement No. 35.

[3] Howell Interests believes, but has not yet been able to confirm, that JFHI-2 is a part of the contract listed on Debtors Schedule G as Material Agreement No. 102.

- 3 -

In addition, Howell Interests may utilize any exhibit offered by any other party and any document necessary for impeachment or rebuttal or to refresh the recollection of a witness.

Dated: May 6, 2020

                              Respectfully submitted,

                              BRADLEY MURCHISON KELLY & SHEA LLC

                              By:   /s/ David R. Taggart
                                     David R. Taggart (Texas Bar # 00793102)
                              401 Edwards Street, Suite 1000
                              Shreveport, Louisiana 71101
                              Telephone: (318) 227-1131
                              Facsimile: (318) 227-1141

                              Email: dtaggart@bradleyfirm.com

- - **Attorneys for JF Howell Interests, LP**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed on May 6, 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                /s/ David R. Taggart
                                                               OF COUNSEL