# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

### ORDER AND NOTICE CONVERTING THE MAY 8, 2020 ZOOM TEST SESSION TO A VIDEO CONFERENCE HEARING ON DEBTORS' MOTION TO BIFURCATE CASH COLLATERAL ISSUES

THIS MATTER comes before the Court on the Debtors' Motion to Bifurcate Cash Collateral Issues (Dkt. No. 223) filed on May 5, 2020 (the "Motion to Bifurcate"). Because that Motion to Bifurcate could impact the matters to be heard at the May 11 evidentiary hearing, the Court would like to hear from the parties on the issues raised in the Motion to Bifurcate. In preparation for the May 11 hearing, this Court already scheduled a test video conference via Zoom to occur at 9:30 a.m. on Friday, May 8, 2020 for all participants in the May 11 hearing. Accordingly, it is hereby

ORDERED that the previously scheduled Zoom test session scheduled for **9:30 a.m. on Friday, May 8, 2020** will now be a videoconference hearing via Zoom on the Motion to Bifurcate. The hearing will be conducted by Zoom video conference only. Counsel and/or parties should not appear in person. The Court's regular phone conference line will NOT be available for the May 8 or May 11 hearings.

As previously ordered, **on or before the close of business on May 6, 2020,** the parties shall email to chambers (CourtroomF@cob.uscourts.gov) a list of the name, phone number and email address of each individual (counsel, parties and witnesses) that will be participating in the May 8 and the May 11 hearings. Only those individuals on the list will receive a Zoom invitation to attend the hearings. Counsel and/or parties shall not, under any circumstances, share, post, or transmit the Zoom video conference link, meeting ID, or password.

It is counsel's and/or the parties' responsibility to ensure that they have the proper equipment to attend the Zoom video conference. The Court strongly encourages all participants to read the Court's guidelines for Zoom video conferences on its website in advance of the hearing.

If a party does not join the Zoom video conference, it will be deemed a failure to appear. Failure to connect to the Zoom video conference in a timely manner will preclude participation in the hearing.

Counsel and/or the parties are strictly prohibited from recording any court proceeding held by video or teleconference, including taking "screen shots" or other visual copies. Violation of this prohibition may result in sanctions as deemed necessary by the Court.

DATED this 6th day of May, 2020.

BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown, Bankruptcy Judge