| Fill in this information to identify your case | | | | |
|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | |
| Debtor 1: | Sklar Exploration Company, LLC | | Case #: | 20-12377 EEB |
| | First Name  Middle Name | Last Name | | |
| Debtor 2: | Sklarco, LLC | | Chapter: | 11 |
| | First Name  Middle Name | Last Name | | |

## Local Bankruptcy Form 9070-1.1
## List of Witnesses and Exhibits

**Complete applicable sections.**

Franks Exploration Company, LLC, Creditor **[name of party and party type]** hereby designates the following witnesses and exhibits for the hearing or trial set for Monday, May 11, 2020 **[month/day/year]**, at 9:30 am **[time]** at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom _____ **[letter]**, Fifth Floor, Denver, Colorado 80202.
**\*\*This hearing will be conducted by Zoom video conference only.\*\***

### Part 1  Witnesses

Party **will call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| | |
| | |
| | |

Party **may call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| | |
| | |
| | |

### Part 2  Exhibits

| Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| 1 | SW Brooklyn Oil Unit Agreement | Yes | | paper |
| 2 | SE Brooklyn Oil Unit Agreement | Yes | | paper |
| | | | | |
| | | | | |

## Part 3: Signature

Dated: May 5, 2020

By: /s/ Jordan B. Bird
Signature

Bar Number (if applicable): LA Bar No. 32344
Mailing Address: P.O. Box 22260, Shreveport, LA 71120-2260
Telephone number: (318) 227-7751
Facsimile number: (318) 227-7850
E-mail address: jordan.bird@cookyancey.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed on May 6, 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                        /s/ Jordan B. Bird
                              OF COUNSEL