| Fill in this information to identify your case |
|---|

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

| Debtor 1: | Sklar Exploration Company, LLC | Case #: | 20-12377 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |
| Debtor 2: | Sklarco, LLC | Chapter: | 20-12380 |
| | First Name   Middle Name   Last Name | | |

## Local Bankruptcy Form 9070-1.1
## List of Witnesses and Exhibits

**Complete applicable sections.**

_Stoneham Drilling Corp._ **[name of party and party type]** hereby designates the following witnesses and exhibits for the hearing or trial set for __May 11, 2020__ **[month/day/year]**, at _9:30 am_ **[time]** at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom _____ **[letter]**, Fifth Floor, Denver, Colorado 80202.

### Part 1   Witnesses

Party **will call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| | |
| | |
| | |

Party **may call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| See attached schedule of witnesses | |
| | |
| | |

### Part 2   Exhibits

| Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| | See attached schedule of exhibits | | | |
| | | | | |
| | | | | |
| | | | | |

**Part 3  Signature**

Dated: 05/06/2020

By: /s/ James B. Bailey
   Signature

Bar Number (if applicable): _____
Mailing Address: 1819 Fifth Ave. N., Birmingham, AL 35203
Telephone number: 205-521-8913
Facsimile number: 205-488-6913
E-mail address: jbailey@bradley.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## STONEHAM DRILLING CORPORATION'S LIST OF WITNESSES AND EXHIBITS

Stoneham Drilling Corporation ("Stoneham") hereby designates the following witnesses and exhibits for the hearing to be held on May 11, 2020 in the above-captioned cases.

### WITNESSES

Stoneham reserves the right to call the following witnesses:

1.  Howard F. Sklar

2.  Heather Stickel

3.  Any witness listed by one or more of the Debtors, or any other party.

4.  Any witnesses necessary for rebuttal or impeachment purposes.

4820-4854-0859.1

# EXHIBITS

Stoneham reserves the right to introduce as exhibits at trial the following:

| Exh. | Description | Offered (Y/N) | Admitted (Y/N) | Additional Comments |
|---|---|---|---|---|
| A | Letter to Phillips County Clerk and Recorder and attached Mineral Lien Affidavit | | | |
| B | Excerpt from Sklar "cash call tracker" tab in excel spreadsheet titled "cash call accounting" from data room | | | |
| * | Any pleading, order, or document filed or entered in this case | | | |
| * | Any exhibit listed by the Debtor or any other party | | | |
| * | Any exhibit necessary for rebuttal or impeachment | | | |

4820-4854-0859.1

Respectfully submitted,

/s/ James B. Bailey
James B. Bailey
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL  35203
Telephone:  (205) 521-8913
Email:  jbailey@bradley.com

***Counsel for Stoneham Drilling Corporation***

**CERTIFICATE OF SERVICE**

I certify that on May 6, 2020, a true and correct copy of the foregoing was served on all parties authorized to receive notice through the ECF notice system in this case.

/s/ James B. Bailey
OF COUNSEL

4820-4854-0859.1