# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

IN RE: SKLAR EXPLORATION COMPANY, LLC     CHAPTER 11
           Debtor     CASE NO. 20-12377-EEB

IN RE: SKLARCO, LLC     CHAPTER 11
           Debtor     CASE NO. 20-12380-EEB

**Jointly Administered Under
Case No. 20-12377-EEB**

## VERIFIED STATEMENT OF MULTIPLE REPRESENTATION

Pursuant to Fed. R. Bankr. Proc. 2019, the Law Offices of Craig M. Geno, PLLC ("LOCMG") files this its Verified Statement of Multiple Representation to provide the following information:

1. LOCMG represents the following creditors or parties-in-interest in the above-referenced jointly administered Chapter 11 bankruptcy proceeding: (1) Kudzu Oil Properties, LLC, (2) Alabama Oil Company, and (3) Apple River Investments, LLC (collectively, the "Kudzu Parties").

2. Kudzu Oil Properties, LLC's ("Kudzu") principal mailing address is 300 Concourse Boulevard, Suite 101, Ridgeland, MS 39157. LOCMG's representation of Kudzu in this case began in April, 2020. The nature of the interest of Kudzu will be reflected in pleadings filed on its behalf.

3. Alabama Oil Company's ("Alabama Oil") principal mailing address is P.O. Box 230, Glendora, MS 38928. LOCMG's representation of Alabama Oil in this case began in April, 2020. The nature of the interest of Alabama Oil will be reflected in pleadings filed on its behalf.

4. Apple River Investments, LLC's ("Apple River") principal mailing address is 1503 Garfield Road North, Traverse City, MI 49696. LOCMG's representation of Apple River in this case began in April, 2020. The nature of the interest of Alabama Oil will be reflected in pleadings filed on its behalf.

5. LOCMG is acting as counsel for the Kudzu Parties. LOCMG has advised each of the parties with respect to its multiple client representation in this matter. All have agreed that there is no conflict of interest arising from the multiple representation and each of the parties has consented thereto.

THIS the 6th day of May, 2020.

Respectfully submitted,

LAW OFFICES OF CRAIG M. GENO, PLLC

By: _____
Craig M. Geno

*Counsel for Kudzu Oil Properties, LLC, Alabama Oil Company, and Apple River Investments, LLC*

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Kudzu Oil, Apple RIver, Alabama Oil (Sklar Bkcy)\Pleadings\Verified Statement of Multiple Representation 5-5-20.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, a true and correct copy of the above and foregoing to be sent for service via the Court's CM/ECF system

THIS, the 6th day of May, 2020.

_____
Craig M. Geno

-2-