# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

**ORDER FOR COMPLIANCE AND DENYING MOTION FOR EXPEDITED HEARING**

THIS MATTER comes before the Court on the Motion Seeking Expedited Consideration of the Strago Group's Motion for Entry of Order Directing the Debtor to Assume or Reject Executory Contract ("Motion").  In the Motion, the Strago Group seeks an expedited hearing under L.B.R. 2081-1 on its Motion for Entry of Order Directing the Debtor to Assume or Reject Executory Contract.  Local Rule 2081-1 only applies to motions filed by a chapter 11 debtor in the first twenty-one days of a case.  Further, the Court finds that Strago Group has not provided sufficient notice of its Motion for Entry of Order Directing the Debtor to Assume or Reject Executory Contract under Fed. R. Bankr. P. 6006(c) and L.B.R. 9013-1.  Accordingly, it is hereby

ORDERED that the Motion Seeking Expedited Consideration is DENIED.  It is

FURTHER ORDERED that Strago Group shall file 9013 notice that is substantially in the form of L.B.F. 9013-1.1, and serve that notice along with a copy of the Motion for Entry of Order Directing the Debtor to Assume or Reject Executory Contract upon the following: (1) the 20 largest unsecured creditors for each Debtor; (2) the United States Trustee; (3) the Official Committee of Unsecured Creditors; (4) secured creditors; (5) priority creditors; and (6) parties who have filed an entry of appearance and requested notice.  The notice shall provide parties fourteen days to object to the Motion for Entry of Order Directing the Debtor to Assume or Reject Executory Contract.  Failure to comply with this order may result in denial of the Motion for Entry of Order Directing the Debtor to Assume or Reject Executory Contract without further notice or hearing.

DATED this 6th day of April, 2020.     BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown, Bankruptcy Judge