# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC, | |
| Debtor. | Chapter 11 |
| In re: | Case No. 20-12380-EEB |
| SKLARCO, LLC | |
| Debtor. | Chapter 11 |
| | **Jointly Administered Under Case No. 20-12377-EEB** |

## WITNESS AND EXHIBIT LIST OF
## PRUET PRODUCTION CO. AND PRUET OIL COMPANY LLC

Come now, Pruet Production Co., in its individual capacity and as agent on behalf of certain working interest holders ("PPC"), and Pruet Oil Company LLC ("POC" and together with PPC, "Pruet"), file their Witness and Exhibit List ("Witness & Exhibit List") for the hearing on the Debtors' Motion to Use Cash Collateral (Docket No. 34) and Motion for Payment of Overriding Royalty, Royalty, and Working Interest Obligations and JIB Offsets (Docket No. 37) set on May 11, 2020 at 9:30 a.m. (the "Hearing") before the Honorable Elizabeth E. Brown, U.S. Bankruptcy Court, 721 19th Street, Courtroom F, Fifth Floor, Denver, Colorado 80202, to be conducted by videoconference.

## WITNESSES

Pruet *may* call the following witnesses at the Hearing:

1. Rick Calhoon: Mr. Calhoon is the Manager of POC and would testify regarding the business relationship between POC and the Debtors including, but not limited to the operating agreement, dated December 15, 2019, between Sklar Exploration Company, LLC

("SEC"), as operator, and POC (among others), as a working interest owner, as well as the obligations thereunder.

2. David Hilton: Mr. Hilton is Vice President-Production of PPC and would testify regarding the business relationship between PPC (as agent of working interest owners) and SEC (as operator) including, but not limited to the Unit Agreement, dated November 1, 2018, for the Southwest Brooklyn Oil Unit and the Unit Agreement, dated November 1, 2018, for the Southeast Brooklyn Oil Unit.

3. Howard F. Sklar: Mr. Sklar is Manager of the Debtors and his testimony would relate the matters at issue in the Hearing, including, but not limited to, the Debtors' use of cash collateral and related pre- and postpetition use of cash and associated obligations.

4. J. Marshall Jones, III: Mr. Jones is VP & Chief Operating Officer of the Debtors and his testimony would relate the matters at issue in the Hearing, including, but not limited to, the Debtors' use of cash collateral and related pre- and postpetition use of cash and associated obligations.

5. Steven Hatcher: Mr. Hatcher is VP Land & Legal of the Debtors and his testimony would relate the matters at issue in the Hearing, including, but not limited to, the Debtors' use of cash collateral and related pre- and postpetition use of cash and associated obligations.

6. Any witness listed or used by any other party.

7. Any witness necessary to rebut the testimony of a witness called or designated by another party.

8. Any witness for the purpose of foundation, rebuttal, or impeachment.

9. Any other witnesses present at the Hearing that Pruet deems necessary.

**EXHIBITS**

Pruet may introduce the following exhibits at the Hearing:

1. Any exhibit enumerated on <u>Attachment 1</u> to this Witness & Exhibit List.

2. Any exhibit or demonstrative designated or used by any other party, and to which Pruet does not object to its admissibility.

3. Any exhibits necessary to rebut the testimony of witnesses called or designated by another party or the evidence or arguments presented by another party.

## **RESERVATION OF RIGHTS**

Pruet reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing.

Dated: May 6, 2020.

Respectfully,

*/s/ Matthew J. Ochs*
Matthew J. Ochs
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
P.O. Box 8749
Denver, CO 80201-8749
Tel. 303.295.8299
Email: mjochs@hollandhart.com

-and-

Jeremy L. Retherford
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203-4642
Tel. 205.226.3479
Email. jretherford@balch.com

*Attorneys for Pruet Production Co.*
*and Pruet Oil Company LLC*

**Attachment 1**
**(Exhibits)**

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| A | Unit Agreement of Southeast Brooklyn Oil Unit dated November 1, 2018 | | | |
| B | Unit Agreement of Southwest Brooklyn Oil Unit dated November 1, 2018 | | | |
| C | Operating Agreement of Myrtice Ellis dated December 15, 2019 | | | |
| * | Any pleading, order, or document filed or entered in this case. | | | |
| * | Any exhibit offered or listed by another party | | | |
| * | Any exhibit for purposes of rebuttal or impeachment | | | |

-4-

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 6, 2020, I served a complete copy of the foregoing by the CM/ECF system, in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules.

              */s/ Resa Haskell*
              Resa Haskell
              Holland & Hart LLP