UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

**ORDER GRANTING *EX PARTE* MOTION FOR ENTRY OF ORDER LIMITING NOTICE FOR MOTION TO ASSUME CRUDE OIL SUPPLY CONTRACTS AND ASSET TRANSFER AGREEMENTS**

THIS MATTER having come before the Court on the Debtors' *Ex Parte* Motion for Entry of Order Limiting Notice for Motion to Assume Crude Oil Supply Contracts and Asset Transfer Agreement ("Motion"), the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby

ORDER

1. That the Motion is GRANTED;

2. Notice for the *Motion to Assume Crude Oil Supply Contracts with Plains Marketing, L.P., and Asset Transfer Agreement with Plains Gas Solution, LLC* (Docket No. 218) shall be limited to those parties identified in Paragraph 7 of the Motion and required by L.B.R. 2081-2(d).

Dated: May 6, 2020

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge