UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| _____) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR ALL PARTIES TO DELIVER HARD COPIES OF EXHIBITS**

THIS MATTER comes before the Court on the Debtors' Motion for Extension of Time for All Parties to Deliver Hard Copies of Exhibits ("Motion"), the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby

**ORDER THAT:**

1. The Motion is GRANTED;

2. The deadline by which all parties are required to deliver copies of exhibits to the Court is extended by one day, through and including 5:00 p.m on May 8, 2020.

Done and entered this _____ day of _____, 2020 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge