**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

Debtor
1:   Sklar Exploration Company, LLC          Case No.: 20-12377-EEB
First Name

Debtor
2:   Sklarco, LLC                                        Chapter: 11
First Name

## Local Bankruptcy Form 9070-1.1
## List of Witnesses and Exhibits

**Complete applicable sections.**

TCP Cottonwood, LLP, AEEC, LLC, Anderson Exploration Energy Company and Sugar Oil Properties (the "Anderson Group") hereby designates the following witnesses and exhibits for the hearing or trial set for May 11, 2020, at 9:30 a.m. at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202, to be conducted via ZOOM Video.

**Part 1   Witnesses**

Party **will call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| | |

Party **may call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| East West Bank, Corporate Representative | Representative may be called to confirm that the agreements between East West Bank and Debtors provide that the Bank's collateral does not extend to interests and revenue that Debtors hold for others, including joint owners and royalty owners in wells operated by Debtor SEC. |
| Kyle McInnis or other representative, Anderson Feazel Management, Inc. | Mr. McInnis or another representative may be called to testify about statements from and payments to Debtor SEC, agreements with Debtor SEC, and related matters for the Anderson Group. |
| Any witnesses identified by any other party | |
| Any witnesses necessary to rebut the testimony of a witness called or designated by another party. | |

**Part 2   Exhibits**

| Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| Ex. 1 | Credit Agreement among Debtors and East West Bank, as Agent and Lead Arranger, | | | |

21357303_1

| | dated as of June 15, 2018. | | | |
|---|---|---|---|---|
| | The JOAs and other exhibits identified or introduced by any other party | | | |
| | Any document filed and docketed in this case. | | | |
| | Any Exhibit necessary for rebuttal or impeachment | | | |
| | | | | |
| | | | | |

The Anderson Group reserves the right to supplement, amend or delete any witness and exhibts prior to the hearing.  The Anderson Group also reserve the rigt to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document filed in the Debtors' case.  The Anderson Group reserves the right to introduce exhibits previously admitted.

**Part 3   Signature**

Dated: 5/6/2020_____

By: /s/ J. Eric Lockridge_____
        Signature

Bar Number (if applicable):  TX# 24013053, LA #30159
Mailing Address:  P.O. Box 3513, Baton Rouge, LA 70821
Telephone number:  (225) 387-0999
Facsimile number: (225) 388-9133
E-mail address:  eric.lockridge@keanmiller.com