#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

### WITNESS AND EXHIBIT LIST

Secured creditor, East West Bank, a California state banking corporation ("EWB"), through counsel, hereby designates the following witnesses and exhibits for the evidentiary hearing currently scheduled for May 11, 2020, at 9:30 AM in Courtroom F.

EWB's discussion with the Debtors is ongoing, and EWB is optimistic it will be able to resolve its remaining concerns with the Debtors, but files this list of witnesses and exhibits out of an abundance of caution.

### WITNESSES

EWB **may call** the following witnesses for a final evidentiary hearing in this matter:

1. Mary Lou Allen, Portfolio Manager at EWB, to testify regarding: (1) the secured claim of EWB; and (2) any other matters relating to Debtors' Motions being heard by the Court at the April 27, 2020 hearing.

2. Howard F. Sklar, or person most knowledgeable on behalf of the Debtors, to testify regarding (1) Debtors' intended use of cash collateral; (2) Debtors' obligations to EWB; and (3) any other matters relating to Debtors' Motions being heard by the Court at the April 27, 2020 hearing.

3. Any witness identified by the Debtor or another party for the April 27, 2020 hearing.

1

4. Any witness necessary for rebuttal or impeachment.

5. Any witness necessary to authenticate exhibits.

## EXHIBITS

EWB intends to introduce as exhibits at trial those exhibits enumerated in **Attachment 1**, attached hereto and incorporated herein.

Dated: May 6, 2020
By: *s/Craig K. Schueneman*
Craig K. Schuenemann, Esq.
Attorney Reg. No. 41068
Bryan Cave Leighton Paisner LLP
1700 Lincoln St., Suite 4100
Denver, CO 80203
Telephone: 303-861-7000
Facsimile: 303-866-0200
E-mail: craig.schuenemann@bclplaw.com

# ATTACHMENT 1

# EXHIBITS FOR HEARING

Submitted by: EWB
In connection with: May 11, 2020 Hearing on Debtors' Motions

| Exhibit Number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| A. | East West Bank's Proof of Claim | | | |
| B. | Mortgage Documents relating to the East West Bank Loan Documents | | | |
| C. | Debtors' proposed third interim cash collateral budget | | | |
| D. | Proposed third interim cash collateral order | | | |
| | Debtors' Schedules filed in this action | | | |
| | Any other document filed and docketed in this action | | | |
| | Any exhibit necessary for impeachment or rebuttal | | | |
| | Any exhibit offered by Debtors or listed by Debtors in their Exhibit List | | | |

601951014.3

## CERTIFICATE OF MAILING

       The undersigned hereby certifies that on this 6th day of May, 2020, a true and correct copy of the foregoing **WITNESS AND EXHIBIT LIST** was filed and served via ECF on all attorneys of record:

Jeffrey S. Brinen
Lee M. Kutner
1660 Lincoln Street
Suite 1850
Denver, CO 80264
*Attorney for Debtos*

Paul Moss
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294
*Attorney for U.S. Trustee*

                                    */s/ Martha A. Hammond*
                                    Martha A. Hammond Legal Secretary
                                    Bryan Cave Leighton Paisner LLP

601951014.3