UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

## LIST OF WITNESSES AND EXHIBITS

**The Debtors, Sklar Exploration Company, LLC and Sklarco, LLC** hereby designates the following witnesses and exhibits for the hearing on the Debtors' Motions to set for **May 11, 2020 at 9:30 a.m.** at the U.S. Bankruptcy Court, 721 19th Street, Denver, CO.

### Part 1 Witnesses

Party **may call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| John Strausser, Controller | Mr. Strausser may be called to testify regarding all matters relevant to the Motion for Authority to Use Cash Collateral and the Motion to: (1) Honor and Pay Overriding Royalty, Royalty, and Working Interests and (2) Offset Joint Interest Billing Obligations, including the proposed revenue payments and the revised budget |
| J. Marshall Jones, III, VP & Chief Operating Officer | Mr. Jones may be called to testify regarding all matters relevant to the Motion for Authority to Use Cash Collateral and the Motion to: (1) Honor and Pay Overriding Royalty, Royalty, and Working Interests and (2) Offset Joint Interest Billing Obligations, including the payments of royalty interests |
| Any witness listed and/or called to testify by any other party | |
| Any witness necessary for rebuttal or impeachment | |
| Any witness necessary to authenticate any document introduced at the hearing. | |

### Part 2 Exhibits

| Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| Debtors' Ex. 1 | Sklar Exploration Company, LLC's Statement of Financial Affairs and Schedules | | | |
| Debtors' Ex. 2 | Sklarco, LLC's Statement of Financial Affairs and Schedules | | | |
| Debtors' Ex. 3 | Motion for Authority to Use Cash Collateral | | | |
| Debtors' Ex. 4 | Revised Budget through May 31, 2020 | | | |
| Debtors' Ex. 5 | Declaration of Howard Sklar | | | |
| Debtors' Ex. 6 | Motion for Entry of Order Authorizing Payment of Pre-Petition Joint Interest Billing Obligations (Sklarco, LLC) | | | |
| Debtors' Ex. 7 | Certificate of Liability Insurance | | | |
| Debtors' Ex. 8 | East West Bank Statement for Month Ending April 30, 2020 for Account Ending 8665 | | | |
| Debtors' Ex. 9 | East West Bank Statement for Month Ending April 30, 2020 for Account Ending 8667 | | | |
| | Any Exhibits introduced by any other party | | | |
| | Any Exhibit necessary for rebuttal or impeachment | | | |

Debtors reserve the right to supplement, amend or delete any witness and exhibits prior to the hearing. Debtors also reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document filed in the Debtors' case. Debtors finally reserve the right to introduce exhibits previously admitted.

# Part 3 — Signature

Dated: May 6, 2020

Respectfully submitted,

By:*/s/ Keri L. Riley*
Lee M. Kutner, #10966
Keri L. Riley, #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
E-Mail: klr@kutnerlaw.com