UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 721417930 ) | Chapter 11 |
|    Debtor. ) | |
| _____ ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
|    Debtor. ) | Chapter 11 |

**MOTION TO SHORTEN NOTICE OF THE STRAGO GROUP'S MOTION FOR
ENTRY OF ORDER DIRECTING DEBTOR SKLAR EXPLORATION COMPANY,
<u>LLC TO ASSUME OR REJECT EXECUTORY CONTRACT</u>
[Relates to Dkt. No. 204]**

Strago Petroleum Corporation ("Strago"), Meritage Energy Limited ("Meritage"), Gateway Exploration LLC ("Gateway"), GCREW Properties, LLC ("GCREW") and Harvest Gas Management, LLC ("Harvest") (collectively referred to herein as the "Strago Group") through the undersigned counsel, file its Motion to Shorten Notice of its Motion for Order Directing Debtor Sklar Exploration Company, LLC to Assume or Reject Executory Contract (the "Motion") and would show the Court as follows:

1. Debtors Sklar Exploration Company LLC ("SEC") and Sklarco LLC ("Sklarco") filed their Voluntary Petitions pursuant to chapter 11 of the Bankruptcy Code on April 1, 2020 ("Petition Date").

2. Pursuant to Fed. R. Bankr. P. 9006(c)(1), the Court for cause may shorten the period for notice required by Fed. R. Bankr. P. 2002 and L.B.R. 9013.

3. On April 30, 2020, the Strago Group filed a Motion for Order Directing

Debtor Sklar Exploration Company, LLC to Assume or Reject Executory Contract (the "Motion for Order").[1]

4. As set forth in the Motion for Order, SEC is the operator under a JOA. The Strago Group, Sklarco, LLC ("Sklarco"), and others, are working interest owners under the JOA. The JOA obligated Sklar Exploration Company, LLC ("SEC") to commence drilling operation on an Initial Well on or before April 1, 2020. SEC sought approximately $1,900,000 in Cash Call Advances from all of the working interest owners to drill the Initial Well. All working interest owners, other than Sklarco, paid their Cash Call Advance. After receiving the Cash Call Advance, SEC spent approximately $250,000 for work associated with the Initial Well. However, SEC has not commenced drilling operations as defined by the JOA by the April 1, 2020 deadline.

5. The Ellis Lease underlying the Initial Well is set to expire by its own terms on May 20, 2020. If drilling operations are not commenced by May 20, 2020, then the Ellis Lease will expire by its own terms and the working interest owners will not have the benefit of exploring and developing the minerals under such lease and it may have other ramifications for the JOA itself. In light of this May 20, 2020 deadline, the Strago Group asks the Court to shorten the time for objections to the Motion for Order to seven days from the date of this Motion.

6. Prior to filing this Motion, counsel for the Strago Group contacted Debtors' counsel to ask whether Debtors opposed this request to shorten notice period.

---

[1] Any capitalized terms not defined herein are defined in the Motion.

Debtors' counsel said that they did not oppose the relief sought in this motion. Counsel for the Strago Group also contacted counsel for the Official Committee of Unsecured Creditors to ask whether they opposed this request to shorten time but as of the time of filing of this motion Committee counsel has not stated whether they oppose or agree to the relief sought herein.

WHEREFORE, the Strago Group respectfully requests entry of an Order (i) granting this Motion; (ii) shortening the notice period for the Strago Group's Motion for Order to 7 days, such that the deadline to object is May 14, 2020; and (iii) for such other relief as this Court may deem proper.

Dated May 7, 2020.

    Respectfully submitted,

    BUCK KEENAN LLP

    By: _/s/ Robert L. Paddock_
        ROBERT L. PADDOCK
        State Bar No.: 24002723
        2229 San Felipe, Suite 1000
        Houston, Texas 77019
        Telephone: (713) 225-4500
        Facsimile: (713) 225-3719
        rpaddock@buckkeenan.com

    ATTORNEY FOR STRAGO PETROLEUM CORPORATION, MERITAGE ENERGY, LTD., GATEWAY EXPLORATION, LLC, GCREW PROPERTIES, LLC AND HARVEST GAS MANAGEMENT, LLC