UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 721417930 ) | Chapter 11 |
|    Debtor. ) | |
| _____ ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
|    Debtor. ) | Chapter 11 |

**ORDER GRANTING MOTION TO SHORTEN NOTICE OF THE STRAGO GROUP'S MOTION FOR ORDER DIRECTING DEBTOR SKLAR EXPLORATION COMPANY, LLC TO ASSUME OR REJECT EXECUTORY CONTRACT**

THIS MATTER having come before the Court on the Motion to Shorten Notice of the Strago Group's Motion for Order Directing Debtor Sklar Exploration Company, LLC to Assume or Reject Executory Contract (the "Motion"), and the Court, having reviewed the Motion and being otherwise advised in the premises, hereby

ORDERS that the Motion is GRANTED; and

FURTHER ORDERS that the deadline to object or otherwise respond to the Strago Group's Motion for Order Directing Debtor Sklar Exploration Company, LLC to Assume or Reject Executory Contract is May 14, 2020.

Dated: _____, 2020

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge