UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 721417930 ) | Chapter 11 |
|    Debtor. ) | |
| _____ ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
|    Debtor. ) | Chapter 11 |

**NOTICE TO LOCAL BANKRUPTCY RULE 9013-1 OF STRAGO GROUP'S MOTION FOR ORDER DIRECTING DEBTOR SKLAR EXPLORATION COMPANY, LLC TO ASSUME OR REJECT EXECUTORY CONTRACT**

**AND**

**NOTICE OF STRAGO GROUP'S MOTION TO SHORTEN NOTICE TO FILE OBJECTION TO STRAGO GROUP'S MOTION FOR ORDER DIRECTING DEBTOR SKLAR EXPLORATION COMPANY, LLC TO ASSUME OR REJECT EXECUTORY CONTRACT**

**OBJECTION DEADLINE: MAY 14, 2020 (if motion to shorten notice is granted)**

**OBJECTION DEADLINE: MAY 21, 2020 (if motion to shorten notice is denied)**

YOU ARE HEREBY NOTIFIED that Strago Petroleum Corporation, Meritage Energy Limited, Gateway Exploration LLC, GCREW Properties, LLC and Harvest Gas Management, LLC (collectively referred to herein as (the "Strago Group") filed a MOTION FOR ORDER DIRECTING DEBTOR SKLAR EXPLORATION COMPANY, LLC TO ASSUME OR REJECT EXECUTORY CONTRACT (the "Motion") and a MOTION TO SHORTEN TIME TO FILE OBJECTION TO STRAGO GROUP'S MOTION

FOR ORDER DIRECTING DEBTOR SKLAR EXPLORATION COMPANY, LLC TO ASSUME OR REJECT EXECUTORY CONTRACT (the "Motion to Shorten").

In the Motion, the Strago Group seeks an order from the Court directing the Debtor Sklar Exploration LLC ("SEC") to assume or reject a joint operating agreement. SEC, Debtor Sklarco, LLC, the Strago Group and others are parties to the joint operating agreement. Because of a pending May 20, 2020 lease expiration date (as described in the Motion which is attached hereto), the Strago Group has also filed a motion asking the court to shorten the deadline for parties to file an objection to the Motion (which is attached hereto). The Motion to Shorten asks the Court to shorten the deadline to file an objection to the Motion from May 21, 2020 to May 14, 2020.

If you oppose the Motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated May 7, 2020.

Respectfully submitted,

BUCK KEENAN LLP

By: /s/ Robert L. Paddock
    ROBERT L. PADDOCK
    State Bar No.: 24002723
    2229 San Felipe, Suite 1000
    Houston, Texas 77019
    Telephone: (713) 225-4500
    Facsimile: (713) 225-3719
    rpaddock@buckkeenan.com

ATTORNEY FOR STRAGO PETROLEUM CORPORATION, MERITAGE ENERGY, LTD., GATEWAY EXPLORATION, LLC, GCREW PROPERTIES, LLC AND HARVEST GAS MANAGEMENT, LLC