UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 721417930 ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
| Debtor. ) | Chapter 11 |

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2020, I served a complete copy **STRAGO GROUP'S MOTION FOR ORDER DIRECTING DEBTOR SKLAR EXPLORATION COMPANY, LLC TO ASSUME OR REJECT EXECUTORY CONTRACT,** including the exhibits thereto and a copy and proposed order on the following parties: the 20 largest unsecured creditors for each Debtor; the United States Trustee, the Official Committee of Unsecured Creditors, secured creditors, priority creditors and any and all parties who have requested electronic notice through the court's CM/ECF system) in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

East West Bank
Treasury Department
135 North Los Robles Avenue
Suite 600
ATTN: Linda Cox
Pasadena, CA 91101

Mesa Fluids, LLC
c/o Juno Financial
P.O. Box 173928
Denver, CO 80217-3928

Stoneham Drilling Corporation
707 17th Street
Suite 3250
Denver, CO 80202

TCP Cottonwood, L.P.
333 Texas Street
Suite 2020
Shreveport, LA 71101

Fant Energy Limited
P.O. Box 55205
Houston, TX 77255

JJS Working Interest, LLC
2001 Kirby Drive
Suite 1110
Houston, TX 77019

| | |
|---|---|
| H&H Construction, LLC<br>Ladon E. Hall, Sole Manager<br>P.O. Box 850<br>Flomation, AL 36441 | JD Fields & Company, Inc.<br>P.O. Box 134401<br>Houston, TX 77219-4401 |
| Kudzu Oil Properties, LLC<br>300 Concourse Blvd.<br>Suite 101<br>Ridgeland, MS 39157 | FPCC USA, Inc.<br>245 Commerce Green Blvd.<br>Suite 250<br>Sugar Lane, TX 77478 |
| Lucas Petroleum Group, Inc.<br>327 Congress Avenue<br>Suite 500<br>Austin, TX 78701-3656 | Meritage Energy, Ltd.<br>c/o BKD, LLP<br>2700 Post Oak Blvd.<br>Suite 1500<br>Houston, TX 77056 |
| Strago Petroleum Corporation<br>3209 Hamm Road<br>Pearland, TX 77581-5503 | Anderson Investment Holdings, LP<br>AAEC II, LLC<br>333 Texas Street<br>Suite 2020<br>Shreveport, LA 71101 |
| Kelley Brothers Contractors, Inc.<br>P.O. Drawer 1079<br>Waynesboro, MS 39367 | Rapad Well Service Co., Inc.<br>217 West Capitol Street<br>Jackson, MS 39201 |
| Apple River Investments, LLC<br>ATTN: Robert M. Boeve, President<br>1503 Garfield Road North<br>Traverse City, MI 49696 | Pruet Oil Company, LLC<br>217 West Capitol Street<br>Suite 201<br>Jackson, MS 39201-2004 |
| Pro-Tek Field Services, LLC<br>P.O. Box 919269<br>Dallas, TX 75391-9269 | Union Oilfield Supply, Inc.<br>12 John Dykes Road<br>Waynesboro, MS 39367 |

East West Bank
Treasury Department
135 North Los Robles Avenue
Suite 600
Pasadena, CA 91101

Pruet Production Co.
P.O. Box 11407
Birmingham, AL 35246-1129

Devon Energy Production Co., LP
P.O. Box 842485
Dallas, TX 75284-2485

CCI East Texas Upstream, LLC
Castleton Commodities Upstream, LLC
811 Main Street
Suite 1500'
Houston, TX 77002

Grizzly Operating, LLC
Grizzly Energy, LLC
P.O. Box 46094
Houston, TX 77210-6094

Basa Resources, Inc.
14875 Landmark Blvd.
4th Floor
Dallas, TX 75254

BPX Operating Company
501 Westlake Park Blvd.
Houston, TX 77079

Palmer Petroleum, Inc.
330 Marshall Street
Suite 1200
Shreveport, LA 71101

Davis Southern Operating Company, LLC
1500 McGowen Street
Suite 200
Houston, TX 77004

Par Minerals Corporation
701 Texas Street
Shreveport, LA 71101

Hilcorp Energy Company
Department 412
P.O. Box 4346
Houston, TX 77210-4346

Amplify Energy Operating, LLC
500 Dallas Street, Suite 1700
Houston, TX 77002

Mission Creek Resources, LLC
25511 Budde Road
Suite 601
Spring, TX 77380

Stroud Petroleum, Inc.
P.O. Box 565
Shreveport, LA 71162-0565

Urban Oil & Gas Group, LLC
Department #41380
P.O. Box 650823
Dallas, TX 75265

Dorfman Production Company
4925 Greenville Avenue
Suite 900
Dallas, TX 75206

3

Grigsby Petroleum, Inc.  
333 Texas Street  
Suite 2285  
Shreveport, LA 71101

Cimarex Energy Co.  
#774023  
4923 Solutions Center  
Chicago, IL 60677-4000

Highmark Energy Operating, LLC  
c/o Oil & Gas Business Solutions, Inc.  
4849 Greenville Avenue  
Suite 1250  
Dallas, TX 75206

Kirkpatrick Oil Company, Inc.  
P.O. Box 248885  
Oklahoma City, OK 73124-8885

East West Bank Treasury Department  
135 North Los Robles Avenue  
Suite 600  
Pasadena, CA 91101

Ford Motor Company  
P.O. Box 650575  
Dallas, TX 75265

Alabama Department of Revenue  
50 North Ripley Street  
Montgomery, AL 36104

Colorado Department of Revenue  
1375 Sherman Street  
Room 511  
Denver, CO 80261

Florida Department of Revenue  
P.O. Box 6668  
Tallahassee, FL 32314-6668

Internal Revenue Service  
P.O. Box 7346  
Philadelphia, PA 19101-7346

Louisiana Department of Revenue  
P.O. Box 201  
Baton Rouge, LA 70821-3440

Mississippi Department of Revenue  
P.O. Box 1033  
Jackson, MS 39215-1033

Montana Department of Revenue  
P.O. Box 6577  
Helena, MT 59604-6577

Texas Comptroller  
111 East 17th Street  
Austin, TX 78701

Wyoming Department of Revenue  
122 West 25th Street  
Suite #301  
Herschler Building Eastee  
Cheyenne, WY 82002

Dated May 7, 2020.

Respectfully submitted,

BUCK KEENAN LLP

By: /s/ Robert L. Paddock
ROBERT L. PADDOCK
State Bar No.: 24002723
2229 San Felipe, Suite 1000
Houston, Texas 77019
Telephone: (713) 225-4500
Facsimile: (713) 225-3719
rpaddock@buckkeenan.com

ATTORNEY FOR STRAGO PETROLEUM CORPORATION, MERITAGE ENERGY, LTD., GATEWAY EXPLORATION, LLC, GCREW PROPERTIES, LLC AND HARVEST GAS MANAGEMENT, LLC

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record via CM/ECF filing and in compliance with the Federal Rules of Civil Procedure, on the 7th day of May, 2020.

/s/ Robert L. Paddock
ROBERT L. PADDOCK