UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 721417930 ) | Chapter 11 |
|    Debtor. ) | |
| ──────────────────────────────── ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
|    Debtor. ) | Chapter 11 |

## CERTIFICATE OF SERVICE

     I hereby certify that on May 7, 2020, I served a complete copy of the Notice of Motion for the **STRAGO GROUP'S MOTION FOR ORDER DIRECTING DEBTOR SKLAR EXPLORATION COMPANY, LLC TO ASSUME OR REJECT EXECUTORY CONTRACT** and **MOTION TO SHORTEN NOTICE OF STRAGO GROUP'S MOTION FOR ORDER DIRECTING DEBTOR SKLAR EXPLORATION COMPANY, LLC TO ASSUME OR REJECT EXECUTORY CONTRACT** on the following parties: the 20 largest unsecured creditors for each Debtor; the United States Trustee, the Official Committee of Unsecured Creditors, secured creditors, priority creditors and any and all parties who have requested electronic notice through the court's CM/ECF system) in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

East West Bank
Treasury Department
135 North Los Robles Avenue
Suite 600
ATTN: Linda Cox
Pasadena, CA 91101

Mesa Fluids, LLC
c/o Juno Financial
P.O. Box 173928
Denver, CO 80217-3928

Stoneham Drilling Corporation
707 17th Street
Suite 3250
Denver, CO 80202

TCP Cottonwood, L.P.
333 Texas Street
Suite 2020
Shreveport, LA 71101

| | |
|---|---|
| Fant Energy Limited<br>P.O. Box 55205<br>Houston, TX 77255 | JJS Working Interest, LLC<br>2001 Kirby Drive<br>Suite 1110<br>Houston, TX 77019 |
| H&H Construction, LLC<br>Ladon E. Hall, Sole Manager<br>P.O. Box 850<br>Flomation, AL 36441 | JD Fields & Company, Inc.<br>P.O. Box 134401<br>Houston, TX 77219-4401 |
| Kudzu Oil Properties, LLC<br>300 Concourse Blvd.<br>Suite 101<br>Ridgeland, MS 39157 | FPCC USA, Inc.<br>245 Commerce Green Blvd.<br>Suite 250<br>Sugar Lane, TX 77478 |
| Lucas Petroleum Group, Inc.<br>327 Congress Avenue<br>Suite 500<br>Austin, TX 78701-3656 | Meritage Energy, Ltd.<br>c/o BKD, LLP<br>2700 Post Oak Blvd.<br>Suite 1500<br>Houston, TX 77056 |
| Strago Petroleum Corporation<br>3209 Hamm Road<br>Pearland, TX 77581-5503 | Anderson Investment Holdings, LP<br>AAEC II, LLC<br>333 Texas Street<br>Suite 2020<br>Shreveport, LA 71101 |
| Kelley Brothers Contractors, Inc.<br>P.O. Drawer 1079<br>Waynesboro, MS 39367 | Rapad Well Service Co., Inc.<br>217 West Capitol Street<br>Jackson, MS 39201 |
| Apple River Investments, LLC<br>ATTN: Robert M. Boeve, President<br>1503 Garfield Road North<br>Traverse City, MI 49696 | Pruet Oil Company, LLC<br>217 West Capitol Street<br>Suite 201<br>Jackson, MS 39201-2004 |
| Pro-Tek Field Services, LLC<br>P.O. Box 919269<br>Dallas, TX 75391-9269 | Union Oilfield Supply, Inc.<br>12 John Dykes Road<br>Waynesboro, MS 39367 |

| | |
|---|---|
| East West Bank<br>Treasury Department<br>135 North Los Robles Avenue<br>Suite 600<br>Pasadena, CA 91101 | Davis Southern Operating Company, LLC<br>1500 McGowen Street<br>Suite 200<br>Houston, TX 77004 |
| Pruet Production Co.<br>P.O. Box 11407<br>Birmingham, AL 35246-1129 | Par Minerals Corporation<br>701 Texas Street<br>Shreveport, LA 71101 |
| Devon Energy Production Co., LP<br>P.O. Box 842485<br>Dallas, TX 75284-2485 | Hilcorp Energy Company<br>Department 412<br>P.O. Box 4346<br>Houston, TX 77210-4346 |
| CCI East Texas Upstream, LLC<br>Castleton Commodities Upstream, LLC<br>811 Main Street<br>Suite 1500'<br>Houston, TX 77002 | Amplify Energy Operating, LLC<br>500 Dallas Street, Suite 1700<br>Houston, TX 77002 |
| Grizzly Operating, LLC<br>Grizzly Energy, LLC<br>P.O. Box 46094<br>Houston, TX 77210-6094 | Mission Creek Resources, LLC<br>25511 Budde Road<br>Suite 601<br>Spring, TX 77380 |
| Basa Resources, Inc.<br>14875 Landmark Blvd.<br>4th Floor<br>Dallas, TX 75254 | Stroud Petroleum, Inc.<br>P.O. Box 565<br>Shreveport, LA 71162-0565 |
| BPX Operating Company<br>501 Westlake Park Blvd.<br>Houston, TX 77079 | Urban Oil & Gas Group, LLC<br>Department #41380<br>P.O. Box 650823<br>Dallas, TX 75265 |
| Palmer Petroleum, Inc.<br>330 Marshall Street<br>Suite 1200<br>Shreveport, LA 71101 | Dorfman Production Company<br>4925 Greenville Avenue<br>Suite 900<br>Dallas, TX 75206 |

Grigsby Petroleum, Inc.
333 Texas Street
Suite 2285
Shreveport, LA 71101

Cimarex Energy Co.
#774023
4923 Solutions Center
Chicago, IL 60677-4000

Highmark Energy Operating, LLC
c/o Oil & Gas Business Solutions, Inc.
4849 Greenville Avenue
Suite 1250
Dallas, TX 75206

Kirkpatrick Oil Company, Inc.
P.O. Box 248885
Oklahoma City, OK 73124-8885

East West Bank Treasury Department
135 North Los Robles Avenue
Suite 600
Pasadena, CA 91101

Ford Motor Company
P.O. Box 650575
Dallas, TX 75265

Alabama Department of Revenue
50 North Ripley Street
Montgomery, AL 36104

Colorado Department of Revenue
1375 Sherman Street
Room 511
Denver, CO 80261

Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Louisiana Department of Revenue
P.O. Box 201
Baton Rouge, LA 70821-3440

Mississippi Department of Revenue
P.O. Box 1033
Jackson, MS 39215-1033

Montana Department of Revenue
P.O. Box 6577
Helena, MT 59604-6577

Texas Comptroller
111 East 17th Street
Austin, TX 78701

Wyoming Department of Revenue
122 West 25th Street
Suite #301
Herschler Building Eastee
Cheyenne, WY 82002

Dated May 7, 2020.

          Respectfully submitted,

          BUCK KEENAN LLP

          By: */s/ Robert L. Paddock*
            ROBERT L. PADDOCK
            State Bar No.: 24002723
            2229 San Felipe, Suite 1000
            Houston, Texas 77019
            Telephone: (713) 225-4500
            Facsimile: (713) 225-3719
            rpaddock@buckkeenan.com

          ATTORNEY FOR STRAGO PETROLEUM CORPORATION, MERITAGE ENERGY, LTD., GATEWAY EXPLORATION, LLC, GCREW PROPERTIES, LLC AND HARVEST GAS MANAGEMENT, LLC