# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN: 72-1417930, | ) | Chapter 11 |
| | ) | |
|    Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
|    Debtor. | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

     PLEASE TAKE NOTICE that Katherine Ross, Assistant United States Attorney, hereby enters her appearance on behalf of the United States of America and the Department of Interior, for the Bureau of Land Management & Office of Natural Resources Revenue, and requests pursuant to Bankruptcy Rules 2002, 9007, and 9010, and §§102(1), 342, and 1109(b) of the Bankruptcy Code that all pleadings, orders, notices, applications, motions, or any other document or papers filed or served, or required to be filed or served, in this case be served upon the following:

Katherine A. Ross
U.S. Attorney's Office for the District of Colorado
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Email: Katherine.Ross@usdoj.gov

     This request for notice encompasses not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders on and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and regardless of how transmitted, that affects, or seeks to affect, these consolidated bankruptcy proceedings, the Debtors, or property of the Debtors or their estates.

Respectfully submitted this 7th day of May, 2020.

                JASON R. DUNN
                United States Attorney

                *s/ Katherine A. Ross*
                KATHERINE A. ROSS
                Assistant U.S. Attorney
                United States Attorney's Office
                District of Colorado
                1801 California Street, Suite 1600
                Denver, Colorado 80202
                Telephone: 303-454-0100

## CERTIFICATE OF SERVICE

    A true and correct copy of the foregoing document was served on May 7, 2020, on the persons/entities identified as having received service via ECF notification.

                *s/Megan Ingebrigtsen*
                United States Attorney's Office