UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 721417930 ) | Chapter 11 |
|    Debtor. ) | |
| _____ ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
|    Debtor. ) | Chapter 11 |

### CERTIFICATE OF SERVICE

    I hereby certify that on May 7, 2020, I served a complete copy of the **MOTION TO SHORTEN NOTICE OF STRAGO GROUP'S MOTION FOR ORDER DIRECTING DEBTOR SKLAR EXPLORATION COMPANY, LLC TO ASSUME OR REJECT EXECUTORY CONTRACT** and proposed order on the following parties: the 20 largest unsecured creditors for each Debtor; the United States Trustee, the Official Committee of Unsecured Creditors, secured creditors, priority creditors and any and all parties who have requested electronic notice through the court's CM/ECF system) in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

East West Bank
Treasury Department
135 North Los Robles Avenue
Suite 600
ATTN: Linda Cox
Pasadena, CA 91101

Mesa Fluids, LLC
c/o Juno Financial
P.O. Box 173928
Denver, CO 80217-3928

Stoneham Drilling Corporation
707 17th Street
Suite 3250
Denver, CO 80202

TCP Cottonwood, L.P.
333 Texas Street
Suite 2020
Shreveport, LA 71101

Fant Energy Limited
P.O. Box 55205
Houston, TX 77255

JJS Working Interest, LLC
2001 Kirby Drive
Suite 1110
Houston, TX 77019

1

H&H Construction, LLC
Ladon E. Hall, Sole Manager
P.O. Box 850
Flomation, AL 36441

Kudzu Oil Properties, LLC
300 Concourse Blvd.
Suite 101
Ridgeland, MS 39157

Lucas Petroleum Group, Inc.
327 Congress Avenue
Suite 500
Austin, TX 78701-3656

Strago Petroleum Corporation
3209 Hamm Road
Pearland, TX 77581-5503

Kelley Brothers Contractors, Inc.
P.O. Drawer 1079
Waynesboro, MS 39367

Apple River Investments, LLC
ATTN: Robert M. Boeve, President
1503 Garfield Road North
Traverse City, MI 49696

Pro-Tek Field Services, LLC
P.O. Box 919269
Dallas, TX 75391-9269

JD Fields & Company, Inc.
P.O. Box 134401
Houston, TX 77219-4401

FPCC USA, Inc.
245 Commerce Green Blvd.
Suite 250
Sugar Lane, TX 77478

Meritage Energy, Ltd.
c/o BKD, LLP
2700 Post Oak Blvd.
Suite 1500
Houston, TX 77056

Anderson Investment Holdings, LP
AAEC II, LLC
333 Texas Street
Suite 2020
Shreveport, LA 71101

Rapad Well Service Co., Inc.
217 West Capitol Street
Jackson, MS 39201

Pruet Oil Company, LLC
217 West Capitol Street
Suite 201
Jackson, MS 39201-2004

Union Oilfield Supply, Inc.
12 John Dykes Road
Waynesboro, MS 39367

| | |
|---|---|
| East West Bank<br>Treasury Department<br>135 North Los Robles Avenue<br>Suite 600<br>Pasadena, CA 91101 | Davis Southern Operating Company, LLC<br>1500 McGowen Street<br>Suite 200<br>Houston, TX 77004 |
| Pruet Production Co.<br>P.O. Box 11407<br>Birmingham, AL 35246-1129 | Par Minerals Corporation<br>701 Texas Street<br>Shreveport, LA 71101 |
| Devon Energy Production Co., LP<br>P.O. Box 842485<br>Dallas, TX 75284-2485 | Hilcorp Energy Company<br>Department 412<br>P.O. Box 4346<br>Houston, TX 77210-4346 |
| CCI East Texas Upstream, LLC<br>Castleton Commodities Upstream, LLC<br>811 Main Street<br>Suite 1500'<br>Houston, TX 77002 | Amplify Energy Operating, LLC<br>500 Dallas Street, Suite 1700<br>Houston, TX 77002 |
| Grizzly Operating, LLC<br>Grizzly Energy, LLC<br>P.O. Box 46094<br>Houston, TX 77210-6094 | Mission Creek Resources, LLC<br>25511 Budde Road<br>Suite 601<br>Spring, TX 77380 |
| Basa Resources, Inc.<br>14875 Landmark Blvd.<br>4th Floor<br>Dallas, TX 75254 | Stroud Petroleum, Inc.<br>P.O. Box 565<br>Shreveport, LA 71162-0565 |
| BPX Operating Company<br>501 Westlake Park Blvd.<br>Houston, TX 77079 | Urban Oil & Gas Group, LLC<br>Department #41380<br>P.O. Box 650823<br>Dallas, TX 75265 |
| Palmer Petroleum, Inc.<br>330 Marshall Street<br>Suite 1200<br>Shreveport, LA 71101 | Dorfman Production Company<br>4925 Greenville Avenue<br>Suite 900<br>Dallas, TX 75206 |

Grigsby Petroleum, Inc.
333 Texas Street
Suite 2285
Shreveport, LA 71101

Cimarex Energy Co.
#774023
4923 Solutions Center
Chicago, IL 60677-4000

Highmark Energy Operating, LLC
c/o Oil & Gas Business Solutions, Inc.
4849 Greenville Avenue
Suite 1250
Dallas, TX 75206

Kirkpatrick Oil Company, Inc.
P.O. Box 248885
Oklahoma City, OK 73124-8885

East West Bank Treasury Department
135 North Los Robles Avenue
Suite 600
Pasadena, CA 91101

Ford Motor Company
P.O. Box 650575
Dallas, TX 75265

Alabama Department of Revenue
50 North Ripley Street
Montgomery, AL 36104

Colorado Department of Revenue
1375 Sherman Street
Room 511
Denver, CO 80261

Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Louisiana Department of Revenue
P.O. Box 201
Baton Rouge, LA 70821-3440

Mississippi Department of Revenue
P.O. Box 1033
Jackson, MS 39215-1033

Montana Department of Revenue
P.O. Box 6577
Helena, MT 59604-6577

Texas Comptroller
111 East 17th Street
Austin, TX 78701

Wyoming Department of Revenue
122 West 25th Street
Suite #301
Herschler Building Eastee
Cheyenne, WY 82002

Dated May 7, 2020.

4

Respectfully submitted,

BUCK KEENAN LLP

By: */s/ Robert L. Paddock*
    ROBERT L. PADDOCK
    State Bar No.: 24002723
    2229 San Felipe, Suite 1000
    Houston, Texas 77019
    Telephone: (713) 225-4500
    Facsimile: (713) 225-3719
    rpaddock@buckkeenan.com

ATTORNEY FOR STRAGO PETROLEUM CORPORATION, MERITAGE ENERGY, LTD., GATEWAY EXPLORATION, LLC, GCREW PROPERTIES, LLC AND HARVEST GAS MANAGEMENT, LLC