| Fill in this information to identify your case | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1: SKLAR EXPLORATION COMPANY,LLC<br>First Name Middle Name Last Name | Case #: | 20-12377 |
| Debtor 2: SKLARCO,LLC<br>First Name Middle Name Last Name | Chapter: | 11 |

## Local Bankruptcy Form 9070-1.1
## First Amended List of Witnesses and Exhibits

**Complete applicable sections.**

**Lucas Petroleum Group, Inc., working interest owner,** hereby designates the following witnesses and exhibits for the hearing or trial set for May 11, 2020, at 9:30 AM (Mountain) at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom *, Fifth Floor, Denver, Colorado 80202.  *__This hearing will be conducted by Zoom video conference.__

### Part 1  Witnesses

Party **will call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| Fain Brock, President of Lucas Petroleum Group, Inc., or other officer of the corporation | Document authentication; operations and course of dealing with Debtor |
| | |
| | |

Party **may call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| Any witness listed or used by any other party | |
| Any witness necessary to rebut the testimony of a witness called or designated by any other party | |
| | |

### Part 2  Exhibits

| Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| LPG – A | **Bowdoin Dome Prospect** – 07/01/2019 Participation Agreement | | | Paper and electronic LPG-A 0001-0150 |
| LPG - B | **Bowdoin Dome Prospect** – 07/01/2019 Joint Operating Agreement | | | Paper and electronic LPG-B 0001-0079 |
| LPG – C | **Bowdoin Dome Prospect** – 10/28/2019 Partial Assignment Sklar to LPG | | | Paper and electronic LPG-C 0001-0009 |
| | | | | |

| Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| LPG – D | **Mt. Carmel Prospect** – 04/08/2015 Assignment of Contract Rights | | | Paper and electronic LPG-D 0001-0217 |
| LPG – E | **Mt. Carmel Prospect** – 08/10/2015 Amended Participation Agreement | | | Paper and electronic LPG-E 0001-0005 |
| | | | | |
| LPG – F | **N. Pachuta Prospect** – 02/20/2019 Participation Agreement (with JOA) | | | Paper and electronic LPG-F 0001-0155 |
| | | | | |
| LPG – G | **North Beach Prospect** – 11/15/2004 Operating Agreement | | | Paper and electronic LPG-G 0001-0069 |
| LPG – H | **North Beach Prospect** – 11/15/2004 Participation Sales Agreement | | | Paper and electronic LPG-H 0001-0020 |
| LPG - I | **North Beach Prospect** – 01/19/2005 Assignment (Coastal Exp. To LPG) | | | Paper and electronic LPG-I 0001-0008 |
| LPG-J | **North Beach Prospect** – 05/01/2008 Purchase and Sale Agreement | | | Paper and electronic LPG-J 0001-0067 |
| LPG - K | **North Beach Prospect** - 06/16/2008 Assignment of Oil, Gas and Mineral Leases and Bill of Sale (Rawls Resources to LPG) | | | Paper and electronic LPG-K 0001-0049 |
| LPG - L | **North Beach Prospect** – 08/01/2008 Exhibit D to Assignment | | | Paper and electronic LPG-L 0001-0051 |
| LPG - M | **North Beach Prospect** – 05/11/2009 CRAFT Leases | | | Paper and electronic LPG-M 0001-0071 |
| LPG - N | **North Beach Prosepct** – 02/13/2020 Amendment to Operating Agreement | | | Paper and electronic LPG-N 0001-0025 |
| LPG - O | **North Beach Prosepct** Little Cedar Creek #2 – 03/12/2014 Unit Agreement | | | Paper and electronic LPG-O 0001-0039 |
| | | | | |
| LPG - P | 03/31/2020 JIB Settlement | | | Paper and electronic LPG-P 0001 |
| | | | | |
| LPG – Q | **Pitnic Ltd.** 01/20/2020 Authorization for Expense | | | Paper and electronic LPG-Q 0001 |
| LPG – R | **Pitnic Ltd.** 01/20/2020 Pipeline Proposal | | | Paper and electronic LPG-R 0001 |
| | | | | |
| | All documents identified on the Debtors' List of Witness and Exhibits | | | |
| | Any exhibit offered by any other party | | | |

| Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| | Any exhibit necessary for rebuttal or impeachment purposes | | | |

**Part 3 Signature**

Dated: May 7, 2020                                Respectfully submitted,

                                                             /s/ *Duane J. Brescia*
                                                             Duane J. Brescia
                                                             TX State Bar No. 24025265
                                                             **CLARK HILL STRASBURGER**
                                                             720 Brazos, Suite 700
                                                             Austin, Texas 78701
                                                             512.499.3647 / 512.499.3660 (Facsimile)
                                                             dbrescia@clarkhill.com

                                                            **Attorneys for Lucas Petroleum Group, Inc.**