IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CASE NO.: 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930 | CHAPTER 11 |
| Debtor. | |

_____

| | |
|---|---|
| SKLARCO, LLC<br>EIN: 72-1425432 | CASE NO.: 20-12380-EEB |
| | CHAPTER 11 |
| Debtor. | |

_____

**TCP COTTONWOOD, L.P., AEEC II, LLC, AND ANDERSON EXPLORATION ENERGY COMPANY, L.C., AND SUGAR OIL PROPERTIES, L.P.'S OBJECTION TO MOTION TO BIFURCATE CASH COLLATERAL ISSUES**
_____

TCP Cottonwood, L.P., AEEC II, LLC, and Anderson Exploration Energy Company, L.C., and Sugar Oil Properties, L.P. (jointly, "Objectors") file this Objection the Motion to Bifurcate Cash Collateral Issues filed by Debtors Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC (jointly "Debtors").

In the interest of brevity, Objectors join in the objection filed by Pruett Production Co. at Docket No. 248. Objectors believe that it is important for all cash collateral issues to be discussed together and, hopefully, to be part of a consensual resolution rather than sidelining the concerns of working interest owners. Working interest owners are being called upon to financially support the Debtor's ongoing operations. They should continue to have a seat at the table as a final cash collateral order is negotiated.

21349733_1

Dated: May 7, 2020	Respectfully submitted:

>KEAN MILLER LLP
>*/s/* J. Eric Lockridge
>J. Eric Lockridge
>(TX# 24013053, LA #30159)
>eric.lockridge@keanmiller.com
>KEAN MILLER LLP
>400 Convention Street, Suite 700
>P. O. Box 3513 (70821-3513)
>Baton Rouge, LA  70802
>Telephone:  (225) 387-0999
>Telecopier: (225) 388-9133
>
>***Counsel for TCP Cottonwood, L.P., AEEC II, LLC, and Anderson Exploration Energy Company, L.C., and Sugar Oil Properties, L.P.***

### CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2020, the foregoing ***TCP COTTONWOOD, L.P., AEEC II, LLC, AND ANDERSON EXPLORATION ENERGY COMPANY, L.C., AND SUGAR OIL PROPERTIES, L.P.'S OBJECTION TO MOTION TO BIFURCATE CASH COLLATERAL ISSUES*** was filed and served through the Court's CM/ECF System. All attorneys and parties identified for service in the above-captioned case were served by electronic service through the CM/ECF System on that date.

>*/s/* J. Eric Lockridge

21349733_1