# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br><br>    Debtor-in-Possession. | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 20-12377-EEB<br><br>Chapter 11 |
| IN RE:<br><br>SKLARCO, LLC<br>EIN: 72-1425432<br><br><br>    Debtor-in-Possession. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 20-12380-EEB<br><br>Chapter 11 |

**KUDZU PARTIES' JOINDER IN PRUETT PRODUCTION COMPANY'S OBJECTION TO DEBTORS' MOTION TO BIFURCATE CASH COLLATERAL ISSUES**

**COMES NOW**, Kudzu Oil Properties, LLC, Alabama Oil Company, and Apple River Investments, LLC (collectively, the "**Kudzu Parties**"), by and through their undersigned counsel, for their Joinder (the "**Joinder**") in Pruett Production Company's Objection (Docket No. 248) (the "**Pruett Objection**") to the Debtors' Motion to Bifurcate Cash Collateral Issues (Docket No. 223) (the "**Motion to Bifurcate**"). In support of the Joinder, the Kudzu Parties state as follows:

The Kudzu Parties join in support of the Pruett Objection and incorporate all arguments and legal authority contained therein in connection with this Joinder. The legal issues identified in the Motion to Bifurcate are so inextricably intertwined that they cannot be bifurcated without harming the interests of the Kudzu Parties and other working interest holders. The Kudzu Parties join in any other similar objections that are filed in response to the Motion to Bifurcate. The Kudzu

Parties further reserve all rights to make any additional or different arguments at a hearing on the Motion to Bifurcate.

Dated: May 7 2020. Respectfully submitted,

**ALABAMA OIL COMPANY, APPLE RIVER INVESTMENTS, LLC, AND KUDZU OIL PROPERTIES, LLC**

By: /s/Timothy M. Swanson
Timothy M. Swanson (Colorado No. 47267)
MOYE WHITE LLP
1400 16th Street
6th Floor
Denver, Colorado 80202-1486
Tel: (303) 292-2900
Fax: (303) 292 4510
Tim.Swanson@moyewhite.com
*Counsel to Alabama Oil Company, Apple River Investments, LLC, and Kudzu Oil Properties, LLC*

--and--

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, Mississippi 39157
Tel: (601) 427-0048
Fax: (601) 427-0050
cmgeno@cmgenolaw.com
*Counsel to Alabama Oil Company, Apple River Investments, LLC, and Kudzu Oil Properties, LLC*

## Certificate of Service

I hereby certify that on this 7th day of May 2020, I caused the foregoing ***Kudzu Parties' Joinder in Support of Pruett Production Company's Objection to Debtors' Motion to Bifurcate Cash Collateral Issues*** to be served *via* CM/ECF to all parties that have filed electronic appearances and requested service in this case.

*/s/ Timothy M. Swanson*
Timothy M. Swanson