**EAST WEST BANK** — Your financial bridge®

555 Montgomery St 9TH FL
San Francisco CA 94111

Direct inquiries to:
415 315-2784

# EXHIBIT 2

ACCOUNT STATEMENT
Page  1  of  24
STARTING DATE: April 01, 2020
ENDING DATE: April 30, 2020
Total days in statement period: 30

( 12)

SKLAR EXPLORATION COMPANY LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #20-12377
REVENUE ACCOUNT
5395 PEARL PKWY SUITE 200
BOULDER CO 80301-2541

We're here to continue to provide you with uninterrupted banking services as we navigate the COVID-19 pandemic together. Learn more about the additional support available to our impacted customers and any updates on adjusted branch hours at eastwestbank.com.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $2,674,825.34 |
| Enclosures | 12 | Total additions ( 112) | 3,387,952.56 |
| Low balance | $1,768,091.44 | Total subtractions ( 115) | 2,368,554.30 |
| Average balance | $2,806,977.21 | Ending balance | $3,694,223.60 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 04-02 | Deposit Bridge | | 2,379.01 |
| 16938 | 04-15 | Return Item | refermaker CHECK 16938 | 3.44 |
| 17178 | 04-15 | Return Item | refermaker CHECK 17178 | 10.47 |
| 16976 | 04-15 | Return Item | refermaker CHECK 16976 | 12.37 |
| 17193 | 04-15 | Return Item | refermaker CHECK 17193 | 41.35 |
| 17153 | 04-15 | Return Item | refermaker CHECK 17153 | 46.03 |
| 16858 | 04-15 | Return Item | refermaker CHECK 16858 | 50.12 |
| 16457 | 04-15 | Return Item | refermaker CHECK 16457 | 50.41 |
| 16920 | 04-15 | Return Item | refermaker CHECK 16920 | 50.75 |
| 16608 | 04-15 | Return Item | refermaker CHECK 16608 | 52.42 |
| 16748 | 04-15 | Return Item | refermaker CHECK 16748 | 54.09 |
| 16914 | 04-15 | Return Item | refermaker CHECK 16914 | 57.24 |
| 16208 | 04-15 | Return Item | refermaker CHECK 16208 | 70.80 |
| 16470 | 04-15 | Return Item | refermaker CHECK 16470 | 99.50 |
| 16726 | 04-15 | Return Item | refermaker CHECK 16726 | 101.12 |
| 16825 | 04-15 | Return Item | refermaker CHECK 16825 | 116.16 |
| 16112 | 04-15 | Return Item | refermaker CHECK 16112 | 125.10 |
| 16268 | 04-15 | Return Item | refermaker CHECK 16268 | 135.11 |
| 16806 | 04-15 | Return Item | refermaker CHECK 16806 | 153.24 |
| 17176 | 04-15 | Return Item | refermaker CHECK 17176 | 223.89 |
| 17116 | 04-15 | Return Item | refermaker CHECK 17116 | 312.72 |
| 17111 | 04-15 | Return Item | refermaker CHECK 17111 | 543.26 |
| 16760 | 04-15 | Return Item | refermaker CHECK 16760 | 794.59 |
| 16264 | 04-15 | Return Item | refermaker CHECK 16264 | 930.00 |
| 16992 | 04-15 | Return Item | refermaker CHECK 16992 | 1,919.04 |
| 17058 | 04-15 | Return Item | refermaker CHECK 17058 | 2,728.44 |
| 16630 | 04-15 | Return Item | refermaker CHECK 16630 | 3,450.51 |
| 17190 | 04-15 | Return Item | refermaker CHECK 17190 | 6,133.81 |

**EAST WEST BANK** Your financial bridge®

ACCOUNT STATEMENT
Page 2 of 24
STARTING DATE: April 01, 2020
ENDING DATE: April 30, 2020

555 Montgomery St 9TH FL
San Francisco CA 94111

SKLAR EXPLORATION COMPANY LLC

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| 16065 | 04-16 | Return Item | refermaker CHECK 16065 | 1.70 |
| 17158 | 04-16 | Return Item | refermaker CHECK 17158 | 2.31 |
| 17142 | 04-16 | Return Item | refermaker CHECK 17142 | 40.84 |
| 16407 | 04-16 | Return Item | refermaker CHECK 16407 | 50.27 |
| 16538 | 04-16 | Return Item | refermaker CHECK 16538 | 55.36 |
| 16695 | 04-16 | Return Item | refermaker CHECK 16695 | 63.51 |
| 15307 | 04-16 | Return Item | refermaker CHECK 15307 | 67.36 |
| 16662 | 04-16 | Return Item | refermaker CHECK 16662 | 67.45 |
| 16743 | 04-16 | Return Item | refermaker CHECK 16743 | 72.61 |
| 16016 | 04-16 | Return Item | refermaker CHECK 16016 | 78.19 |
| 16602 | 04-16 | Return Item | refermaker CHECK 16602 | 94.47 |
| 16803 | 04-16 | Return Item | refermaker CHECK 16803 | 104.72 |
| 16830 | 04-16 | Return Item | refermaker CHECK 16830 | 116.16 |
| 16644 | 04-16 | Return Item | refermaker CHECK 16644 | 210.99 |
| 16467 | 04-16 | Return Item | refermaker CHECK 16467 | 281.82 |
| 16584 | 04-16 | Return Item | refermaker CHECK 16584 | 296.41 |
| 16503 | 04-16 | Return Item | refermaker CHECK 16503 | 634.11 |
| 17121 | 04-16 | Return Item | refermaker CHECK 17121 | 3,965.75 |
| 16850 | 04-16 | Return Item | refermaker CHECK 16850 | 4,873.25 |
| 17122 | 04-16 | Return Item | refermaker CHECK 17122 | 12,499.38 |
| 17098 | 04-16 | Return Item | refermaker CHECK 17098 | 16,287.03 |
| 16835 | 04-16 | Credit Memo | RETURN CHECK AS RTM FOR WRONG CHECK # 16832 SEQ # 9149447830 | 22,327.78 |
| 16929 | 04-17 | Return Item | refermaker CHECK 16929 | 44.67 |
| 16453 | 04-17 | Return Item | refermaker CHECK 16453 | 63.51 |
| 16631 | 04-17 | Return Item | refermaker CHECK 16631 | 67.45 |
| 16529 | 04-17 | Return Item | refermaker CHECK 16529 | 69.75 |
| 17051 | 04-17 | Return Item | refermaker CHECK 17051 | 86.59 |
| 16828 | 04-17 | Return Item | refermaker CHECK 16828 | 116.16 |
| 16810 | 04-17 | Return Item | refermaker CHECK 16810 | 116.90 |
| 16578 | 04-17 | Return Item | refermaker CHECK 16578 | 129.50 |
| 16579 | 04-17 | Return Item | refermaker CHECK 16579 | 129.50 |
| 16606 | 04-17 | Return Item | refermaker CHECK 16606 | 129.50 |
| 16767 | 04-17 | Return Item | refermaker CHECK 16767 | 240.42 |
| 16893 | 04-17 | Return Item | refermaker CHECK 16893 | 256.61 |
| 16462 | 04-17 | Return Item | refermaker CHECK 16462 | 575.96 |
| 16838 | 04-17 | Return Item | refermaker CHECK 16838 | 2,596.39 |
| | 04-20 | Wire Trans-IN | | 137,221.36 |
| | 04-20 | Wire Trans-IN | | 2,526,295.24 |
| 16965 | 04-20 | Return Item | refermaker CHECK 16965 | 5.30 |
| 17152 | 04-20 | Return Item | refermaker CHECK 17152 | 44.29 |
| 16793 | 04-20 | Return Item | refermaker CHECK 16793 | 52.36 |
| 16176 | 04-20 | Return Item | refermaker CHECK 16176 | 61.58 |
| 16656 | 04-20 | Return Item | refermaker CHECK 16656 | 74.28 |
| 16510 | 04-20 | Return Item | refermaker CHECK 16510 | 76.33 |
| 16694 | 04-20 | Return Item | refermaker CHECK 16694 | 152.16 |
| 17099 | 04-20 | Return Item | refermaker CHECK 17099 | 1,964.47 |
| 17106 | 04-20 | Return Item | refermaker CHECK 17106 | 2,740.84 |
| 16957 | 04-21 | Return Item | refermaker CHECK 16957 | 18.53 |

**EAST WEST BANK** Your financial bridge®

555 Montgomery St 9TH FL
San Francisco CA 94111

ACCOUNT STATEMENT
Page 3 of 24
STARTING DATE: April 01, 2020
ENDING DATE: April 30, 2020

SKLAR EXPLORATION COMPANY LLC

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| 16829 | 04-21 | Return Item | refermaker CHECK 16829 | 32.66 |
| 16839 | 04-21 | Return Item | refermaker CHECK 16839 | 55.36 |
| 16567 | 04-21 | Return Item | refermaker CHECK 16567 | 285.17 |
| 16586 | 04-21 | Return Item | refermaker CHECK 16586 | 556.90 |
| | 04-22 | Deposit Bridge | | 2,576.85 |
| 16807 | 04-22 | Return Item | refermaker CHECK 16807 | 52.08 |
| 16594 | 04-22 | Return Item | refermaker CHECK 16594 | 52.36 |
| 16901 | 04-22 | Return Item | refermaker CHECK 16901 | 57.24 |
| 16191 | 04-22 | Return Item | refermaker CHECK 16191 | 70.80 |
| 17183 | 04-22 | Return Item | refermaker CHECK 17183 | 938.95 |
| 16406 | 04-23 | Return Item | refermaker CHECK 16406 | 50.33 |
| 16849 | 04-23 | Return Item | refermaker CHECK 16849 | 142.17 |
| 17126 | 04-23 | Return Item | refermaker CHECK 17126 | 1,833.87 |
| 15619 | 04-23 | Return Item | refermaker CHECK 15619 | 7,729.82 |
| | 04-24 | Wire Trans-IN | | 84,410.51 |
| | 04-24 | Pre-Auth Credit | | 673.25 |
| 16847 | 04-24 | Return Item | refermaker CHECK 16847 | 55.82 |
| 16789 | 04-24 | Return Item | refermaker CHECK 16789 | 78.50 |
| 16555 | 04-24 | Return Item | refermaker CHECK 16555 | 426.51 |
| 14805 | 04-24 | Return Item | refermaker CHECK 14805 | 7,071.96 |
| 16342 | 04-24 | Return Item | refermaker CHECK 16342 | 8,726.43 |
| 13972 | 04-24 | Return Item | refermaker CHECK 13972 | 9,386.18 |
| | 04-27 | Wire Trans-IN | | 3,791.22 |
| 16703 | 04-27 | Return Item | refermaker CHECK 16703 | 58.91 |
| 16918 | 04-27 | Return Item | refermaker CHECK 16918 | 104.63 |
| 16697 | 04-27 | Return Item | refermaker CHECK 16697 | 3,234.85 |
| 17156 | 04-28 | Return Item | refermaker CHECK 17156 | 44.29 |
| 16750 | 04-28 | Return Item | refermaker CHECK 16750 | 54.09 |
| 16667 | 04-28 | Return Item | refermaker CHECK 16667 | 63.06 |
| 16844 | 04-28 | Return Item | refermaker CHECK 16844 | 136.47 |
| 16711 | 04-28 | Return Item | refermaker CHECK 16711 | 1,112.07 |
| | 04-29 | Wire Trans-IN | | 280,037.68 |
| 16727 | 04-29 | Return Item | refermaker CHECK 16727 | 30.42 |
| | 04-30 | Wire Trans-IN | | 204,697.65 |
| | 04-30 | Pre-Auth Credit | AchBatch | 1,021.78 |
| | 04-30 | Pre-Auth Credit | | 12,135.61 |

## CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 13972 | 04-24 | 9,386.18 | 16016 * | 04-16 | 78.19 |
| 14805 * | 04-24 | 7,071.96 | 16039 * | 04-01 | 297.38 |
| 15307 * | 04-16 | 67.36 | 16051 * | 04-01 | 167.43 |
| 15332 * | 04-01 | 299.61 | 16065 * | 04-16 | 1.70 |
| 15619 * | 04-23 | 7,729.82 | 16112 * | 04-15 | 125.10 |
| 15807 * | 04-01 | 10,395.87 | 16176 * | 04-20 | 61.58 |
| 15923 * | 04-01 | 15.81 | 16191 * | 04-22 | 70.80 |

Case:20-12377-EEB Doc#:259-3 Filed:05/07/20 Entered:05/07/20 19:30:08 Page3 of 3
**EAST WEST BANK** Your financial bridge®