UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**ORDER GRANTING MOTION TO SEAL EXHIBIT**

UPON CONSIDERATION of the Motion of the Emergency Motion to Seal Exhibit 2 attached to their Objection to Debtors' Motion to Bifurcate [Docket No. 259-2] ("Motion to Seal") filed by Tauber Exploration & Production Company, CTM 2005, Ltd., Pickens Financial Group, LLC, I & L Miss I, LP, MER Energy, Ltd, MR Oil & Gas, LLC, Tara Rudman Revocable Trust, Feather River 75, LLC, Rudman Family Trust, and The Rudman Partnership, the Court hereby grants the relief requested. It is, therefore,

ORDERED that Exhibit 2 attached to their Objection to Debtors' Motion to Bifurcate [Docket No. 259-2] shall be sealed and replaced with the redacted version thereof attached to the Motion to Seal.

Dated: May 8, 2020

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge