# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br>           Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| SKLARCO, LLC<br>EIN: 72-1425432<br>           Debtor. | Case No. 20-12380-EEB<br><br>Chapter 11 |

### NOTICE OF FPCC USA, INC.'S RESIGNATION
### FROM THE UNSECURED CREDITORS COMMITTEE

**PLEASE TAKE NOTICE** that, on April 16, 2020, Patrick S. Layng, the United States Trustee for Region 19 (in such capacity, **"U.S. Trustee"**), filed the *United States Trustee's Appointment of Official Committee of Unsecured Creditors* [Dkt. No. 99] (the "**Notice of Appointment**") thereby appointing an Unsecured Creditors Committee for the above-captioned debtor, Sklar Exploration Company (the "**SEC Committee**"). To date, no Unsecured Creditors Committee has been appointed for debtor SklarCo, LLC.

**PLEASE TAKE FURTHER NOTICE** that FPCC USA, Inc. ("**FPCC USA**") was initially appointed to the SEC Committee as evidenced by the Notice of Appointment.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the letter attached hereto as Exhibit A, FPCC USA has resigned from the SEC Committee as of April 29, 2020.[1]

---

[1] The letter attached hereto as Exhibit A was sent to Mr. Paul Moss, counsel for the U.S. Trustee, on April 30, 2020. Prior to filing this notice, undersigned counsel conferred with Mr. Moss (by email) regarding FPCC USA's intent to file this notice.

{HD110107.1}                                       1

Dated: May 8, 2020 Respectfully submitted,

**JONES WALKER LLP**

By: */s/ Joseph E. Bain*

Joseph E. Bain
Amy L. Vazquez
811 Main Street, Ste. 2900
Houston, Texas 77002
Tel: 713-437-1800
Fax: 713-437-1801
Email: jbain@joneswalker.com; and
avazquez@joneswalker.com

-and-

Madison M. Tucker
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Tel: 504-582-8000
Fax: 504-589-8261
Email: mtucker@joneswalker.com

*Counsel for FPCC USA, Inc.*

## CERTIFICATE OF SERVICE

I certify that on May 8, 2020, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in this case.

*/s/ Joseph E. Bain*
Joseph E. Bain

{HD110107.1} 2