Exhibit A

April 29, 2020

U.S. Department of Justice
Office of the United States Trustee
Byron G. Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, Colorado 809294

Via Email: Paul.Moss@usdoj.gov

    RE:    In re Sklar Exploration Company, LLC, Case No. 20-12377-EEB, United States Bankruptcy Court for the District of Colorado

Dear Mr. Moss:

    Please accept this letter as notice of the resignation of FPCC USA, Inc. from the Official Committee of Unsecured Creditors of Sklar Exploration Company, LLC in the Chapter 11 bankruptcy case captioned as In re Sklar Exploration Company, LLC, Case No. 20-12377-EEB in the United States Bankruptcy Court for the District of Colorado.

    If you have any questions regarding this matter, please contact our counsel Joseph E. Bain [email: jbain@joneswalker.com], Jones Walker LLP, 811 Main Street, Suite 2900, Houston, Texas 77002.

    Sincerely,

    *[signature]*
    Weei-Jian Chen
    Assistant Vice President