UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minute Order*

| Date: May 8, 2020 | **Honorable Elizabeth E. Brown, Presiding** |
| --- | --- |
| | Kerstin Cass, Law Clerk |

| In re: Sklar Exploration Company, LLC, Debtor. | **Case. No. 20-12377 EEB** Chapter 11 |
| --- | --- |
| Sklarco, LLC, Debtor. | **Case. No. 20-12380 EEB** Chapter 11 |
| | **Jointly Administered Under 20-12377 EEB** |

| | Appearances | | Representing |
| --- | --- | --- | --- |
| Counsel | | UST | |
| Counsel | Keri Riley, John Strausser, Marshall Jones | Debtor(s) | |
| Counsel | Christopher Johnson, John Cornwell, Grant Beiner | Committee | Creditors' Committee |
| Counsel | Bryce Suzuki, Craig Schuenemann, Lynn Hendrix | Creditor | East West Bank |
| Counsel | James Bailey | Creditor | Stoneham Drilling |
| Counsel | Thomas Shipps, Barnet Skelton Jr., Jim Goolsby, Trey Sibley, Mike Pickens, Will Lett | Creditor | CTM 2005, Ltd., I & L Miss I, LP, Pickens Financial Group, LLC, Tauber Exploration & Production Co, MER Energy, Ltd., The MR Trust, Tara Rudman Revocable Trust, Rudman Family Trust, The Rudman Partnership, Feather River 75, LLC |
| Counsel | Eric Lockridge | Creditor | Anderson Exploration Energy Co., TCP Cottonwood, L.P., AEEC II, LLC and Sugar Oil Properties |
| Counsel | Timothy Mohan | Creditor | Baker Hughes |
| Counsel | Jeremy Retherford, Matt Ochs, Stan Kynerd, Rick Calhoon, David Hilton | Creditor | Pruet Oil Company, LLC, Pruet Production Co. |
| Counsel | Robert Paddock, L.F. Bud Goza, John Aubrey | Creditor | Meritage Energy Ltd, Strago Petroleum Corporation, Gateway Exploration, Harvest Gas Management, G Crew Properties |
| Counsel | Duane Brescia, Fain Brock | Creditor | Lucas Petroleum Oil |
| Counsel | Timothy Swanson, Craig Geno | Creditor | Kudzu Oil Properties, Alabama Oil Co. & Apple River Investments, Alabama Oil & Gas, LLC |
| Counsel | Michael Niles | Creditor | Fletcher Petroleum Co. |
| Counsel | Timothy Riley | Creditor | Hopping Green & Sams |
| Counsel | Joseph Bain, Amy Vazquez | Creditor | FPCC USA |
| Counsel | Jordan Bird | Creditor | Franks Exploration Co, AEH Investments, J & A Harris Bundero Investment Co., Kingston, Hughes |

| | | | |
|---|---|---|---|
| | | | Oil South, KMR Investments, Tommy Youngblood |
| Counsel | David R. Taggart, David Morgan | Creditor | J.F. Howell Interests |
| Counsel | Jim Spencer | Creditor | Landmark Oil and Gas, Landmark Exploration, Lexington Investments, Stone Development, |
| Counsel | David Miller, Jason Theiss | Creditor | Bri-Chem Supply Co. |
| Counsel | Michael Guyerson | Creditor | Barbara Page Lawrence & the estate of Pamela Page |
| Counsel | Jennifer Hardy | Creditor | Fant Energy Ltd., JJS Interests Escambia, LLC, JJS Interests Steele Kings, LLC, JJS Working Interests, LLC |
| Counsel | Christopher Meredith, Glen Taylor | Creditor | PAR Minerals, Eastern Fishing & Tool Rental Company, and Coastal Exploration |

Proceedings: Non-evidentiary Hearing on Debtors' Motion to Bifurcate Cash Collateral Issues and all objections thereto

Orders:

☒ For the reasons stated on the record, the Court DENIED the Motion to Bifurcate (Dkt. No. 223).

Date: May 8, 2020          BY THE COURT:

_____
Elizabeth E. Brown, U.S. Bankruptcy Judge

2