# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## STONEHAM DRILLING CORPORATION AND BRI-CHEM SUPPLY CORP., LLC'S JOINT SUPPLEMENTAL STATEMENT REGARDING MONTANA LIEN LAW

At the request of the Court during the hearing on May 8, 2020, Stoneham Drilling Corporation ("Stoneham") and Bri-Chem Supply Corp., LLC ("Bri-Chem"), hereby jointly provide this supplemental statement regarding relevant Montana lien law.

### Background

1. Stoneham and Bri-Chem are oilfield service companies and suppliers that provided services to debtor Sklar Exploration Company, LLC with respect to the helium well in Phillips County, Montana commonly known as Corwin #5-1.

2. Stoneham and Bri-Chem have each objected to the Debtors' use of cash collateral [Dkt. Nos. 62 & 149].

3. Stoneham and Bri-Chem file this supplemental statement at the Court's request without limitation or waiver of any rights, claims, or defenses with respect to the scope and extent of any liens on the Corwin #5-1 well, or any other assets of the Debtors.

4846-1723-6668.2

**Relevant Montana Lien Law**

4. The Montana Code affords lien rights for parties providing labor and materials on oil and gas wells and pipelines. *See* Mont. Code §§ 71-3-1001 to 71-3-1012.

5. The liens against oil and gas wells "arise[ ] on the date of the furnishing of the first item of material or services or the date of performance of the first labor." *Id.* § 71-3-1006.

6. Such liens extend to:

> (a) the whole of the leasehold or oil or gas pipeline;
>
> (b) the appurtenances on the leasehold or oil or gas pipeline;
>
> (c) all material owned by the owner of the leasehold or oil or gas pipeline and used in the digging, drilling, torpedoing, completing, operating, or repairing of the oil or gas well or oil or gas pipeline;
>
> (d) all oil or gas wells located on the leasehold; and
>
> (e) all oil or gas produced from the leasehold, subject to the provisions of Title 71, chapter 3, part 16.[1]

*Id.* § 71-3-1002.

7. Claimants asserting any lien that extends to oil or gas or the proceeds of the sale of oil or gas must provide written notice to the purchaser. *See id.* § 71-3-1011.

8. Mont. Code § 71-3-1002, § 71-3-1006, and § 71-3-1011 are attached hereto as **Exhibit A**.

---

[1] Title 71, chapter 3, part 16 of the Montana Code is the Montana Oil and Gas Owners' Lien Act and provides certain remedies and lien rights for interest owners that may have an interest in severed oil and gas lien proceeds.

4846-1723-6668.2

Dated: May 8, 2020

Respectfully submitted,

/s/ James B. Bailey
James B. Bailey
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8913
Email: jbailey@bradley.com

*Counsel for Stoneham Drilling Corporation*

- and -

Dated: May 8, 2020

**SPENCER FANE LLP**

By: /s/ David M. Miller
David M. Miller, #17915
1700 Lincoln Street, Suite 2000
Denver, CO 80203
Ph. (303) 839-3800
Fax (303) 839-3838
e-mail: dmiller@spencerfane.com

*Counsel for Bri-Chem Supply Corp., LLC*

### CERTIFICATE OF SERVICE

I certify that on May 8, 2020, a true and correct copy of the foregoing was served on all parties authorized to receive notice through the ECF notice system in this case.

*/s/ James B. Bailey*
OF COUNSEL

4846-1723-6668.2

# EXHIBIT A

West's Montana Code Annotated
  Title 71. Mortgages, Pledges, and Liens
    Chapter 3. Liens
      Part 10. Labor and Material Liens on Oil and Gas Wells and Pipelines

MCA 71-3-1002

71-3-1002. Lien for labor and materials furnished for use on leasehold for oil and gas purposes or pipelines--exceptions

Currentness

(1) Any person, corporation, or partnership that under expressed or implied contract with the owner of any leasehold for oil and gas purposes or the owner of any gas pipe or oil pipeline or with the trustee or agent of the owner performs labor or furnishes material or services used in the digging, drilling, torpedoing, completing, operating, or repairing of any oil or gas well or oil or gas pipeline or who furnishes any material or services or performs any labor in constructing or putting together any of the machinery used in digging, drilling, torpedoing, operating, completing, or repairing any oil or gas well or oil or gas pipeline, whether or not the material is incorporated into or becomes a part of the oil or gas well or oil or gas pipeline, may have a lien for the amount due, including associated transportation and mileage charges and interest from the date the amount was due, upon:

  (a) the whole of the leasehold or oil or gas pipeline;

  (b) the appurtenances on the leasehold or oil or gas pipeline;

  (c) all material owned by the owner of the leasehold or oil or gas pipeline and used in the digging, drilling, torpedoing, completing, operating, or repairing of the oil or gas well or oil or gas pipeline;

  (d) all oil or gas wells located on the leasehold; and

(e) all oil or gas produced from the leasehold, subject to the provisions of Title 71, chapter 3, part 16.

(2) If labor is performed for, or materials or services are furnished to, the owner of the working interest in only a portion of the acreage covered by a lease, the lien granted under subsection (1) must be restricted to the portion of the acreage that is covered by the lease.

(3) A lien granted under subsection (1) does not extend to any royalty interests, overriding royalty interests, or oil payments created prior to the date the first item of material or services are furnished or the date the first labor is performed.

**Credits**

Enacted by Laws 1917, ch. 45, § 1; reenacted Revised Code of Montana 1921, § 8375. Amended by Laws 1923, ch. 152, § 1; reenacted Revised Code of Montana 1935, § 8375; amended by Laws 1957, ch. 143, § 1; Revised Code of Montana 1947, 45-1001; amended by Laws 2009, ch. 367, § 9, eff. Oct. 1, 2009.

MCA 71-3-1002, MT ST 71-3-1002
Current through the 2019 Session. Statutory changes are subject to classification and revision by the Code Commissioner.

**End of Document**  © 2020 Thomson Reuters. No claim to original U.S. Government Works.

> West's Montana Code Annotated
>   Title 71. Mortgages, Pledges, and Liens
>     Chapter 3. Liens
>       Part 10. Labor and Material Liens on Oil and Gas Wells and Pipelines

MCA 71-3-1006

71-3-1006. Date lien arises

Currentness

The lien provided for in this part arises on the date of the furnishing of the first item of material or services or the date of performance of the first labor.

**Credits**
Enacted 45-1004.2 by Laws 1973, ch. 170, § 3; Revised Code of Montana 1947, 45-1004.2(part).

MCA 71-3-1006, MT ST 71-3-1006
Current through the 2019 Session. Statutory changes are subject to classification and revision by the Code Commissioner.

**End of Document**  © 2020 Thomson Reuters. No claim to original U.S. Government Works.

West's Montana Code Annotated
  Title 71. Mortgages, Pledges, and Liens
    Chapter 3. Liens
      Part 10. Labor and Material Liens on Oil and Gas Wells and Pipelines

MCA 71-3-1011

71-3-1011. Notice to purchaser of oil and gas

Currentness

(1) Any lien claimed under this part that extends to oil or gas or the proceeds of the sale of oil or gas is subject to the provisions of Title 71, chapter 3, part 16, and must meet the requirements of subsection (2) before taking effect.

(2)(a) Written notice of a claim must be delivered to a purchaser at the purchaser's residence or principal place of business. A notice must state the name of the claimant, the claimant's address, the amount for which the lien is claimed, and a description of the interest upon which the lien is claimed. The notice must be delivered personally to the purchaser or by certified letter deposited in the United States mail.

(b) Until the notice is delivered as provided in subsection (2)(a), a purchaser is not liable to the claimant for any oil or gas produced upon which the lien is claimed or money from the sale of proceeds of the oil or gas upon which the lien is claimed. A purchaser shall withhold payments for oil or gas to the extent of the lien amount being claimed until delivery of notice in writing that the claim has been paid.

**Credits**
Enacted 45-1010 by Laws 1957, ch. 143, § 10; Revised Code of Montana 1947, 45-1010. Amended by Laws 2009, ch. 56, § 2295, eff. Oct. 1, 2009; amended by Laws 2009, ch. 367, § 10, eff. Oct. 1, 2009.

MCA 71-3-1011, MT ST 71-3-1011
Current through the 2019 Session. Statutory changes are subject to classification and revision by the Code Commissioner.

**End of Document**

© 2020 Thomson Reuters. No claim to original U.S. Government Works.