UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 721417930 | ) | Chapter 11 |
|    Debtor. | ) | |
| _____ | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN:  72-1425432 | ) | |
|    Debtor. | ) | Chapter 11 |

**ORDER GRANTING MOTION TO SHORTEN NOTICE OF THE STRAGO
GROUP'S MOTION FOR ORDER DIRECTING DEBTOR SKLAR EXPLORATION
COMPANY, LLC TO ASSUME OR REJECT EXECUTORY CONTRACT**

THIS MATTER having come before the Court on the Motion to Shorten Notice of

the Strago Group's Motion for Order Directing Debtor Sklar Exploration Company, LLC

to Assume or Reject Executory Contract (the "Motion"), and the Court, having reviewed

the Motion and being otherwise advised in the premises, hereby

ORDERS that the Motion is GRANTED; and

FURTHER ORDERS that the deadline to object or otherwise respond to the Strago

Group's Motion for Order Directing Debtor Sklar Exploration Company, LLC to Assume

or Reject Executory Contract is May 14, 2020.

Dated:_____May 8, 2020_____

BY THE COURT:

Elizabeth E. Brown,
**United States Bankruptcy Judge**