**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

### ORDER VACATING CHAPTER 11 STATUS AND SCHEDULING CONFERENCE

THIS MATTER comes before the Court *sua sponte*. Early in these cases, the Court scheduled the initial chapter 11 status and scheduling conference for May 11, 2020 at 3:00 p.m. Subsequently, the Court has held numerous other hearings in these cases and has scheduled a video conference evidentiary hearing for May 11 starting at 9:30 a.m. that could require the full day. Accordingly, it is hereby

ORDERED that the chapter 11 status and scheduling conference scheduled for Monday, May 11, 2020 at 3:00 p.m., is hereby VACATED. The Court will reschedule the status and scheduling conference at a later date, if necessary.

DATED this 8th day of May, 2020.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge