**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

**ORDER AND NOTICE OF EVIDENTIARY HEARING BY VIDEO CONFERENCE**

**IT IS HEREBY ORDERED** that Strago Group's Motion for Order Directing Debtor Sklar Exploration Company, LLC to Assume or Reject Executory Contract (Docket No. 204) and all objections thereto are set for a non-evidentiary hearing at **10:00 a.m. on Monday, May 18, 2020** before Judge Elizabeth E. Brown in the United States Bankruptcy Court for the District of Colorado.

Due to the unprecedented recent developments concerning the Coronavirus COVID-19, the evidentiary hearing will be conducted **by Zoom video conference only**. Counsel and/or parties should not appear in person.

1. **Zoom Video Conferences:**

    a. For security reasons, the Zoom video conference details will not be posted publicly. The Court will send Zoom invitations via email to counsel, parties and/or witnesses within one day of the hearing. Counsel and/or parties shall not, under any circumstances, share, post, and/or transmit the Zoom video conference link, meeting ID, or password.

    b. It is counsel's and/or the parties' responsibility to ensure that they and their witnesses have the proper equipment to attend the Zoom video conference and that they and their witnesses possess complete copies of all marked exhibits prior to the Zoom video conference.

    c. Parties should check into the Zoom video conference at least 15 minutes prior to the scheduled start time of the hearing to ensure that

   their equipment is functioning properly. Parties are encouraged to use headsets or earphones with a microphone.

 d. Zoom displays a screen name for each participant in a video conference. Typically, Zoom will default to the name you gave at the time you initially set up your Zoom account (e.g. smithj or XYZCorp) or the phone number or device name from which you are calling. To enable the Judge to identify participants, each participant should ensure that their screen name is their full first name and last name (e.g. John Smith). You can change your screen name after being admitted to the video conference by using the rename function in Zoom. To rename, hover over your picture and either right click or click the blue button in the upper right corner of your picture and select "Rename" and then type your first name and last name into the box that appears. If you fail to identify yourself in this manner by the start of the hearing, you will be removed from the video conference.

 e. The Court's general guidelines regarding Zoom hearings are available at: https://www.cob.uscourts.gov/zoom-video-conferences.

2. **List of Participants: On or before May 14, 2020,** the parties shall email to chambers (CourtroomF@cob.uscourts.gov) a list of the name, phone number and email address of each individual (counsel, parties and witnesses) that will be participating in the Evidentiary Hearing. **Only those individuals on the list will receive a Zoom invitation to attend the hearing**. Counsel and/or parties shall not, under any circumstances, share, post, or transmit the Zoom video conference link, meeting ID, or password. The Court's telephone conference line will <u>not</u> be available during the Zoom video conference hearing. The only way to attend the hearing is to obtain a Zoom invitation as described above.

3. **Witness and Exhibit Lists: On or before May 14, 2020,** the parties shall:

 a. Exchange with one another FULL SETS of pre-marked exhibits (including rebuttal exhibits). Plaintiff/Movant shall use numbers. Defendant/Respondent shall use letters. For every exhibit exceeding ten (10) pages in length, the party shall sequentially number each page of that exhibit at the bottom of the page. *Do not file the exhibits with the Court.*

 b. File with the Court and serve on opposing party(parties) a List of Witnesses and Exhibits, substantially in the form of Local Bankr. Form 9070-1.1.

 c. The parties are encouraged to confer and, if possible, prepare a set of stipulated exhibits prior to the hearing for use by the Court and all parties.

4. **Court Copies: On or before 5:00 p.m. on May 14, 2020,** each party shall deliver to the Court one hard copy set of their exhibits.  Each set shall be placed into a three-ring binder (do not use binders larger than 3 inches in width), with tabs that indicate the appropriate exhibit letter/number.  Tabs must extend past the side of the paper so that the witness and the Court may easily locate each exhibit.  The first page of each binder shall include an index in the form of Local Bankr. Form 9070-1.1.

   a. Exhibits may be delivered to the Court via a delivery service (USPS, FedEx, UPS, etc.) or by courier.  Couriers should leave copies at the Bankruptcy Court Clerk's Office Intake Counter.  There will be a designated drop box for exhibit notebooks.

5. **Court Appearances:**  If a party does not join the Zoom video conference, it will be deemed a failure to appear.  Failure to connect to the Zoom video conference in a timely manner will preclude participation in the Evidentiary Hearing.

6. **No Recordings:**  Counsel and/or the parties are strictly prohibited from recording any court proceeding held by video or teleconference, including taking "screen shots" or other visual copies.  Violation of this prohibition may result in sanctions as deemed necessary by the Court.

7. **Retention of Exhibits:**  After the hearing, the parties shall retain custody of their own exhibits in accordance with Local Bankruptcy Rule 9070-1(a)(3).

DATED this 8th day of May, 2020.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge