United States Bankruptcy Court
District of Colorado

In re:                                                          Case No. 20-12377-EEB
Sklar Exploration Company, LLC                                  Chapter 11
Sklarco, LLC
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1        User: admin           Page 1 of 4              Date Rcvd: May 06, 2020
                           Form ID: pdf904        Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2020.
```
db/db      +Sklar Exploration Company, LLC,   Sklarco, LLC,   5395 Pearl Parkway,   Suite 200,
            Boulder, CO 80301-2541
aty        +Benjamin Y. Ford,   RSA Tower, 27th Floor,   11 North Water Street,   Mobile, AL 36602-3809
aty        +Cook, Yancey, King & Galloway, APLC,   333 Texas Street,   Suite 1700,   P.O. Box 22260,
            Shreveport, LA 71120-2260
cr         +AEEC II, LLC,   333 Texas Street,   #2020,   Shreveport, LA 71101-3680
cr         +AEH Investments, LLC,   333 Texas Street,   Suite 1414,   Shreveport, LA 71101-3678
cr         +Anderson Exploration Energy Company, LC,   333 Texas Street,   #2020,
            Shreveport, LA 71101-3680
cr         +Baker Hughes, a GE Company, LLC,   C/O Christopher J. Ryan,   17021 Aldine Westfield Road,
            Houston, TX 77073-5101
cr         +Barbara P Lawrence,   55 Hill Circle,   Evergreen, CO 80439-4618
cr         +Barnette & Benefield, Inc.,   PO Box 550,   Haynesville, LA 71038-0550
cr         +Bundero Investment Company, LLC,   401 Edwards Street,   Suite 820,   Shreveport, LA 71101-5521
cr         +Estate of Pamela Page, Deceased,   P.O. Box 374,   Evergreen, CO 80437-0374
cr         +Franks Exploration Company, LLC,   P.O. Box 7655,   Shreveport, LA 71137-7655
cr         +I & L Miss I, LP,   4761 Frank Luck Dr,   Addison, TX 75001-3202
cr         +J&A Harris, LP,   333 Texas Street,   Suite 1414,   Shreveport, LA 71101-3678
cr         +Kingston, LLC,   2790 South Thompson Street,   Suite 102,   Springdale, AR 72764-6303
cr         +Kodiak Gas Services, LLC,   15320 Hwy. 105, Suite 210,   Montgomery, TX 77356-2602
cr         +Pickens Financial Group, LLC,   10100 N. Central Expressway, Suite 200,   Dallas, TX 75231-4169
cr         +Stoneham Drilling Corporation,   c/o Bradley,   Attn: James B. Bailey,
            1819 Fifth Avenue North,   Birmingham, AL 35203-2120
cr         +Sugar Oil Properties, L.P.,   625 Market Street,   Suite 100,   Shreveport, LA 71101-5392
cr         +TCP Cottonwood, L.P.,   333 Texas Street,   #2020,   Shreveport, LA 71101-3680
cr         +Tauber Exploration & Production Company,   55 Waugh Drive, Suite 700,   Houston, TX 77007-5837
18754408   +Anderson Investment Holdings, LP,   AEEC II, LLC,   333 Texas Street, Suite 2020,
            Shreveport, LA 71101-3680
18754411   +Apple River Investments, L.L.C.,   Attn Robert M. Boeve, President,   1503 Garfield Road North,
            Traverse City, MI 49696-1111
18754484   +East West Bank Treasury Department,   135 North Los Robles Avenue,   Suite 600,
            ATTN Linda Cox,   Pasadena, CA 91101-4549
18754510   +FPCC USA, Inc.,   245 Commerce Green Blvd, Ste 250,   Sugar Land, TX 77478-3760
18754497   +Fant Energy Limited,   P.O. Box 55205,   Houston, TX 77255-5205
18754529   +H&H Construction, LLC,   Ladon E. Hall, Sole Manager,   P.O. Box 850,   Flomaton, AL 36441-0850
18754560   +JD Fields & Company, Inc.,   P.O. Box 134401,   Houston, TX 77219-4401
18754567   +JJS Working Interest LLC,   2001 Kirby Dr, Suite 1110,   Houston, TX 77019-6081
18754578   +Kelley Brothers Contractors, Inc.,   P.O. Drawer 1079,   Waynesboro, MS 39367-1079
18754588   +Kudzu Oil Properties, LLC,   300 Concourse Blvd, Suite 101,   Ridgeland, MS 39157-2091
18754598    Lucas Petroleum Group, Inc.,   327 Congress Avenue, Suite 500,   Austin, TX 78701-3656
18754612   +Meritage Energy, Ltd.,   C/O BKD, LLP,   2700 Post Oak Blvd, Ste 1500,   Houston, TX 77056-5829
18754613    Mesa Fluids, LLC,   c/o Juno Financial,   P.O. Box 173928,   Denver, CO 80217-3928
18754664    Pro-Tek Field Services, LLC,   P.O. Box 919269,   Dallas, TX 75391-9269
18754666   +Pruet Oil Company, LLC,   217 West Capitol St. Ste 201,   Jackson, MS 39201-2099
18754673   +Rapad Well Service Co., Inc.,   217 West Capitol Street,   Jackson, MS 39201-2004
18754720   +Stoneham Drilling Corporation,   707 17th Street,   Suite 3250,   Denver, CO 80202-3433
18754721    Strago Petroleum Corporation,   3209 Hamm Road,   Pearland, TX 77581-5503
18754735   +TCP Cottonwood, L.P.,   333 Texas Street, Suite 2020,   Shreveport, LA 71101-3680
18754760   +Union Oilfield Supply, Inc.,   12 John Dykes Road,   Waynesboro, MS 39367-8371
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr         +E-mail/Text: cmccord@mccordprod.com May 07 2020 01:21:31    CTM 2005, Ltd.,
            55 Waugh Drive, Suite 515,   Houston, TX 77007-5840
cr         +E-mail/PDF: dor_tac_bankruptcy@state.co.us May 07 2020 01:44:27
            Colorado Department Of Revenue,   1375 Sherman St.,   Room 504,   Attention Bankruptcy Unit,
            Denver, CO 80261-3000
cr         +E-mail/Text: bankruptcy@coag.gov May 07 2020 01:22:00    Colorado Department of Law,
            1300 Broadway, 8th Floor,   Denver, CO 80203-2104
cr          E-mail/Text: tim.swanson@moyewhite.com May 07 2020 01:21:59    Kudzu Oil Properties, LLC,
            c/o Timothy M. Swanson,   Moye White LLP,   1400 16th Street, 6th Floor,   Denver, CO 80202
                                                                                       TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

District/off: 1082-1        User: admin           Page 2 of 4            Date Rcvd: May 06, 2020
                           Form ID: pdf904         Total Noticed: 45

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2020 at the address(es) listed below:
          Amy  Vazquez   on behalf of Creditor   FPCC USA, Inc. avazquez@joneswalker.com
          Armistead Mason Long   on behalf of Creditor   Pine Island Chemical Solutions, L.L.C.
          along@gamb.law
          Barnet B Skelton, Jr   on behalf of Creditor   CTM 2005, Ltd. barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   Rudman Partnership barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   Feather River 75, LLC barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   MER Energy, LTD barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   MR Oil & Gas, LLC barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   I & L Miss I, LP barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   Tara Rudman Revocable Trust barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   The Rudman Partnership barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   Pickens Financial Group, LLC barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   Tauber Exploration & Production Company
          barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   Rudman Family Trust barnetbjr@msn.com
          Brian Rich   on behalf of Creditor   Fletcher Petroleum Company, LLC brich@bergersingerman.com,
          efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Brian Rich   on behalf of Creditor   Fletcher Exploration, LLC brich@bergersingerman.com,
          efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Brian Rich   on behalf of Creditor   Fletcher Petroleum Corp. brich@bergersingerman.com,
          efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Bryce Suzuki   on behalf of Creditor   East-West Bank bryce.suzuki@bclplaw.com,
          tina.daniels@bclplaw.com
          Christopher Meredith   on behalf of Creditor   Coastal Exploration, Inc. cmeredith@cctb.com,
          bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher Meredith   on behalf of Attorney   Copeland, Cook, Taylor & Bush, P.A.
          cmeredith@cctb.com,  bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher Meredith   on behalf of Creditor   Eastern Fishing & Rental Tool Company, Inc.
          cmeredith@cctb.com,  bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher Meredith   on behalf of Creditor   PAR Minerals Corporation cmeredith@cctb.com,
          bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher D. Johnson   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors cjohnson@munsch.com, scurry@munsch.com
          Craig K. Schuenemann   on behalf of Creditor   East-West Bank craig.schuenemann@bryancave.com,
          alicia.berry@bryancave.com,44Team_DEN@bryancave.com
          Craig M. Geno   on behalf of Creditor   Alabama Oil Company cmgeno@cmgenolaw.com,
          kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          Craig M. Geno   on behalf of Creditor   Kudzo Oil Properties, LLC cmgeno@cmgenolaw.com,
          kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          Craig M. Geno   on behalf of Creditor   Apple River Investments, LLC cmgeno@cmgenolaw.com,
          kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          David M. Miller   on behalf of Creditor   Bri-Chem Supply Corp., LLC dmiller@spencerfane.com,
          nschacht@spencerfane.com
          David R Taggart   on behalf of Creditor   JH Howell Interests, LP dtaggart@bradleyfirm.com,
          kburnley@bradleyfirm.com
          David R Taggart   on behalf of Creditor   JF Howell Interests ,LP dtaggart@bradleyfirm.com,
          kburnley@bradleyfirm.com
          Deanna L. Westfall   on behalf of Creditor   Colorado Department Of Revenue
          deanna.westfall@coag.gov, bncmail@w-legal.com
          Duane Brescia   on behalf of Creditor   Seitel Data, Ltd. dbrescia@clarkhill.com,
          kalexander@clarkhill.com;djaenike@clarkhill.com
          Duane Brescia   on behalf of Creditor   Lucas Petroleum Group, Inc. dbrescia@clarkhill.com,
          kalexander@clarkhill.com;djaenike@clarkhill.com
          Duane Brescia   on behalf of Attorney   Clark Hill Strasburger dbrescia@clarkhill.com,
          kalexander@clarkhill.com;djaenike@clarkhill.com
          Eric Lockridge   on behalf of Creditor   Anderson Exploration Energy Company, LC
          eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
          Eric Lockridge   on behalf of Creditor   Sugar Oil Properties, L.P.
          eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Eric  Lockridge   on behalf of Creditor    Anderson Exploration Energy Company, L.C.
                 eric.lockridge@keanmiller.com,  Stephanie.gray@keanmiller.com
              Eric  Lockridge   on behalf of Creditor    TCP Cottonwood, L.P. eric.lockridge@keanmiller.com,
                 Stephanie.gray@keanmiller.com
              Eric  Lockridge   on behalf of Creditor    AEEC II, LLC eric.lockridge@keanmiller.com,
                 Stephanie.gray@keanmiller.com
              Glenn  Taylor   on behalf of Creditor    Eastern Fishing & Rental Tool Company, Inc.
                 gtaylor@cctb.com
              Glenn  Taylor   on behalf of Creditor    Coastal Exploration, Inc. gtaylor@cctb.com
              Glenn  Taylor   on behalf of Creditor    PAR Minerals Corporation gtaylor@cctb.com
              Grant Matthew Beiner   on behalf of Creditor Committee    The Official Committee of Unsecured
                 Creditors gbeiner@munsch.com
              James B. Bailey   on behalf of Creditor    Stoneham Drilling Corporation jbailey@bradley.com,
                 ashaver@bradley.com
              Jeffrey S. Brinen   on behalf of Debtor    Sklar Exploration Company, LLC jsb@kutnerlaw.com,
                 receptionist@kutnerlaw.com;vlm@kutnerlaw.com
              Jeffrey S. Brinen   on behalf of Debtor    Sklarco, LLC jsb@kutnerlaw.com,
                 receptionist@kutnerlaw.com;vlm@kutnerlaw.com
              Jennifer  Hardy   on behalf of Creditor    JJS Interests Steele Kings, LLC jhardy2@willkie.com
              Jennifer  Hardy   on behalf of Creditor    JJS Working Interests, LLC jhardy2@willkie.com
              Jennifer  Hardy   on behalf of Creditor    Fant Energy Limited jhardy2@willkie.com
              Jennifer  Hardy   on behalf of Creditor    JJS Interests Escambia, LLC jhardy2@willkie.com
              Jennifer  Norris Soto   on behalf of Creditor    Barnette & Benefield, Inc.
                 jennifersoto@arklatexlaw.com,  curtisshelton@arklatexlaw.com,stephanieparker@arklatexlaw.com
              Jeremy L Retherford   on behalf of Interested Party    Pruet Production Co. jretherford@balch.com,
                 kskelton@balch.com,skynerd@pruet.com
              Jeremy L Retherford   on behalf of Creditor    Pruet Production Co. jretherford@balch.com,
                 kskelton@balch.com,skynerd@pruet.com
              Jim F Spencer, Jr   on behalf of Creditor    Landmark Oil and Gas, LLC jspencer@watkinseager.com,
                 mryan@watkinseager.com
              Jim F Spencer, Jr   on behalf of Creditor    Stone Development, LLC jspencer@watkinseager.com,
                 mryan@watkinseager.com
              Jim F Spencer, Jr   on behalf of Creditor    Landmark Exploration, LLC jspencer@watkinseager.com,
                 mryan@watkinseager.com
              Jim F Spencer, Jr   on behalf of Creditor    Lexington Investments, LLC jspencer@watkinseager.com,
                 mryan@watkinseager.com
              John  Cornwell   on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
                 jcornwell@munsch.com,  hvalentine@munsch.com
              John Thomas  Oldham   on behalf of Creditor    Kodiak Gas Services, LLC joldham@okinadams.com,
                 bmoore@okinadams.com
              Jordan B. Bird   on behalf of Creditor    AEH Investments, LLC jordan.bird@cookyancey.com
              Jordan B. Bird   on behalf of Creditor    Bundero Investment Company, LLC
                 jordan.bird@cookyancey.com
              Jordan B. Bird   on behalf of Attorney    Cook, Yancey, King & Galloway, APLC
                 jordan.bird@cookyancey.com
              Jordan B. Bird   on behalf of Creditor    Franks Exploration Company, LLC
                 jordan.bird@cookyancey.com
              Jordan B. Bird   on behalf of Creditor    J&A Harris, LP jordan.bird@cookyancey.com
              Jordan B. Bird   on behalf of Creditor    Kingston, LLC jordan.bird@cookyancey.com
              Joseph Eric Bain   on behalf of Creditor    FPCC USA, Inc. jbain@joneswalker.com,
                 kvrana@joneswalker.com
              Keri L. Riley   on behalf of Debtor    Sklarco, LLC klr@kutnerlaw.com,
                 receptionist@kutnerlaw.com;vlm@kutnerlaw.com
              Keri L. Riley   on behalf of Debtor    Sklar Exploration Company, LLC klr@kutnerlaw.com,
                 receptionist@kutnerlaw.com;vlm@kutnerlaw.com
              Kevin S. Neiman   on behalf of Creditor    Plains Gas Solutions, LLC kevin@ksnpc.com
              Kevin S. Neiman   on behalf of Creditor    Plains Marketing, L.P. kevin@ksnpc.com
              Lee M. Kutner   on behalf of Debtor    Sklar Exploration Company, LLC lmk@kutnerlaw.com,
                 vlm@kutnerlaw.com,receptionist@kutnerlaw.com
              Lee M. Kutner   on behalf of Debtor    Sklarco, LLC lmk@kutnerlaw.com,  vlm@kutnerlaw.com,
                 receptionist@kutnerlaw.com
              Madison M. Tucker   on behalf of Creditor    FPCC USA, Inc. mtucker@joneswalker.com
              Matthew  Okin   on behalf of Creditor    Kodiak Gas Services, LLC mokin@okinadams.com
              Matthew J. Ochs   on behalf of Creditor    Rapaid Well Service Co., Inc. mjochs@hollandhart.com
              Matthew J. Ochs   on behalf of Creditor    Pruet Oil Company, LLC mjochs@hollandhart.com
              Matthew J. Ochs   on behalf of Creditor    Pruet Production Co. mjochs@hollandhart.com
              Michael  Niles   on behalf of Creditor    Fletcher Exploration, LLC mniles@bergersingerman.com,
                 efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Michael  Niles   on behalf of Creditor    Fletcher Petroleum Company, LLC
                 mniles@bergersingerman.com,  efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Michael  Niles   on behalf of Creditor    Fletcher Petroleum Corp. mniles@bergersingerman.com,
                 efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Michael D Rubenstein   on behalf of Interested Party    BP America Production Company
                 mdrubenstein@liskow.com
              Michael D Rubenstein   on behalf of Interested Party    BPX Properties (NA) LP
                 mdrubenstein@liskow.com
              Michael J. Guyerson   on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com,
                 celina@kjblawoffice.com;teresa@kjblawoffice.com

District/off: 1082-1          User: admin              Page 4 of 4              Date Rcvd: May 06, 2020
                              Form ID: pdf904           Total Noticed: 45

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael J. Guyerson   on behalf of Creditor    Estate of Pamela Page, Deceased
          mike@kjblawoffice.com,  celina@kjblawoffice.com;teresa@kjblawoffice.com
          Paul  Moss   on behalf of U.S. Trustee   US Trustee Paul.Moss@usdoj.gov
          Robert  Padjen   on behalf of Creditor    Colorado Department of Law Robert.padjen@coag.gov
          Robert L Paddock   on behalf of Creditor    Strago Petroleum Corporation rpaddock@buckkeenan.com,
          myers@buckkeenan.com
          Robert L Paddock   on behalf of Creditor    Gateway Exploration, LLC rpaddock@buckkeenan.com,
          myers@buckkeenan.com
          Robert L Paddock   on behalf of Creditor    Harvest Gas Management, LLC rpaddock@buckkeenan.com,
          myers@buckkeenan.com
          Robert L Paddock   on behalf of Creditor    Meritage Energy Ltd rpaddock@buckkeenan.com,
          myers@buckkeenan.com
          Robert L Paddock   on behalf of Creditor    GCREW Properties, LLC rpaddock@buckkeenan.com,
          myers@buckkeenan.com
          Ryan  Lorenz   on behalf of Creditor    Juno Financial LLC RLorenz@ClarkHill.com
          Ryan  Seidemann   on behalf of Creditor    State of Louisiana, Depatment of Natural Resources,
          Office of Mineral Resources seidemannr@ag.louisiana.gov
          Shay L. Denning   on behalf of Creditor    Tauber Exploration & Production Company
          sdenning@mbssllp.com
          Shay L. Denning   on behalf of Creditor    Pickens Financial Group, LLC sdenning@mbssllp.com
          Shay L. Denning   on behalf of Creditor    I & L Miss I, LP sdenning@mbssllp.com
          Shay L. Denning   on behalf of Creditor    CTM 2005, Ltd. sdenning@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    CTM 2005, Ltd. tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    Tara Rudman Revocable Trust tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    MR Oil & Gas, LLC tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    MER Energy, LTD tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    Tauber Exploration & Production Company
          tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    I & L Miss I, LP tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    Feather River 75, LLC tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    Rudman Family Trust tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    The Rudman Partnership tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    Pickens Financial Group, LLC tshipps@mbssllp.com
          Timothy C. Mohan   on behalf of Creditor    Baker Hughes, a GE Company LLC tmohan@foley.com,
          tim.mohan4@gmail.com
          Timothy M. Swanson   on behalf of Creditor    Kudzo Oil Properties, LLC tim.swanson@moyewhite.com,
          audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
          Timothy M. Swanson   on behalf of Creditor    Apple River Investments, LLC
          tim.swanson@moyewhite.com,  audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
          Timothy M. Swanson   on behalf of Creditor    Alabama Oil Company tim.swanson@moyewhite.com,
          audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
          Timothy M. Swanson   on behalf of Creditor    Alabama Oil & Gas, LLC tim.swanson@moyewhite.com,
          audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
          Timothy M. Swanson   on behalf of Creditor    Kudzu Oil Properties, LLC tim.swanson@moyewhite.com,
          audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
          Timothy Michael Riley   on behalf of Attorney    Hopping Green & Sams timothyr@hgslaw.com
          US Trustee   USTPRegion19.DV.ECF@usdoj.gov
                                                                              TOTAL: 114

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re: | Case No. 20-12377 EEB |
| Sklar Exploration Company, LLC, | Chapter 11 |
| Debtor. | |
| | |
| In re: | Case No. 20-12380 EEB |
| Sklarco, LLC, | Chapter 11 |
| Debtor. | |
| | **Jointly Administered Under** |
| | **Case No. 20-12377 EEB** |

---

**ORDER AND NOTICE CONVERTING THE MAY 8, 2020 ZOOM TEST SESSION TO A VIDEO CONFERENCE HEARING ON DEBTORS' MOTION TO BIFURCATE CASH COLLATERAL ISSUES**

---

THIS MATTER comes before the Court on the Debtors' Motion to Bifurcate Cash Collateral Issues (Dkt. No. 223) filed on May 5, 2020 (the "Motion to Bifurcate"). Because that Motion to Bifurcate could impact the matters to be heard at the May 11 evidentiary hearing, the Court would like to hear from the parties on the issues raised in the Motion to Bifurcate. In preparation for the May 11 hearing, this Court already scheduled a test video conference via Zoom to occur at 9:30 a.m. on Friday, May 8**,** 2020 for all participants in the May 11 hearing. Accordingly, it is hereby

ORDERED that the previously scheduled Zoom test session scheduled for **9:30 a.m. on Friday, May 8, 2020** will now be a videoconference hearing via Zoom on the Motion to Bifurcate. The hearing will be conducted by Zoom video conference only. Counsel and/or parties should not appear in person. The Court's regular phone conference line will NOT be available for the May 8 or May 11 hearings.

As previously ordered, **on or before the close of business on May 6, 2020,** the parties shall email to chambers (CourtroomF@cob.uscourts.gov) a list of the name, phone number and email address of each individual (counsel, parties and witnesses) that will be participating in the May 8 and the May 11 hearings. Only those individuals on the list will receive a Zoom invitation to attend the hearings. Counsel and/or parties shall not, under any circumstances, share, post, or transmit the Zoom video conference link, meeting ID, or password.

It is counsel's and/or the parties' responsibility to ensure that they have the proper equipment to attend the Zoom video conference.  The Court strongly encourages all participants to read the Court's guidelines for Zoom video conferences on its website in advance of the hearing.

If a party does not join the Zoom video conference, it will be deemed a failure to appear.  Failure to connect to the Zoom video conference in a timely manner will preclude participation in the hearing.

Counsel and/or the parties are strictly prohibited from recording any court proceeding held by video or teleconference, including taking "screen shots" or other visual copies.  Violation of this prohibition may result in sanctions as deemed necessary by the Court.

DATED this 6th day of May, 2020.

BY THE COURT:

Elizabeth E. Brown, Bankruptcy Judge

2