United States Bankruptcy Court
District of Colorado

```
In re:                                                   Case No. 20-12377-EEB
Sklar Exploration Company, LLC                           Chapter 11
Sklarco, LLC
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1       User: admin        Page 1 of 4          Date Rcvd: May 06, 2020
                           Form ID: pdf904    Total Noticed: 45
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2020.
```
db/db          +Sklar Exploration Company, LLC,   Sklarco, LLC,   5395 Pearl Parkway,   Suite 200,
                Boulder, CO 80301-2541
aty            +Benjamin Y. Ford,   RSA Tower, 27th Floor,   11 North Water Street,   Mobile, AL 36602-3809
aty            +Cook, Yancey, King & Galloway, APLC,   333 Texas Street,   Suite 1700,   P.O. Box 22260,
                Shreveport, LA 71120-2260
cr             +AEEC II, LLC,   333 Texas Street,   #2020,   Shreveport, LA 71101-3680
cr             +AEH Investments, LLC,   333 Texas Street,   Suite 1414,   Shreveport, LA 71101-3678
cr             +Anderson Exploration Energy Company, LC,   333 Texas Street,   #2020,
                Shreveport, LA 71101-3680
cr             +Baker Hughes, a GE Company LLC,   C/O Christopher J. Ryan,   17021 Aldine Westfield Road,
                Houston, TX 77073-5101
cr             +Barbara P Lawrence,   55 Hill Circle,   Evergreen, CO 80439-4618
cr             +Barnette & Benefield, Inc.,   PO Box 550,   Haynesville, LA 71038-0550
cr             +Bundero Investment Company, LLC,   401 Edwards Street,   Suite 820,   Shreveport, LA 71101-5521
cr             +Estate of Pamela Page, Deceased,   P.O. Box 374,   Evergreen, CO 80437-0374
cr             +Franks Exploration Company, LLC,   P.O. Box 7655,   Shreveport, LA 71137-7655
cr             +I & L Miss I, LP,   4761 Frank Luck Dr,   Addison, TX 75001-3202
cr             +J&A Harris, LP,   333 Texas Street,   Suite 1414,   Shreveport, LA 71101-3678
cr             +Kingston, LLC,   2790 South Thompson Street,   Suite 102,   Springdale, AR 72764-6303
cr             +Kodiak Gas Services, LLC,   15320 Hwy. 105, Suite 210,   Montgomery, TX 77356-2602
cr             +Pickens Financial Group, LLC,   10100 N. Central Expressway, Suite 200,   Dallas, TX 75231-4169
cr             +Stoneham Drilling Corporation,   c/o Bradley,   Attn: James B. Bailey,
                1819 Fifth Avenue North,   Birmingham, AL 35203-2120
cr             +Sugar Oil Properties, L.P.,   625 Market Street,   Suite 100,   Shreveport, LA 71101-5392
cr             +TCP Cottonwood, L.P.,   333 Texas Street,   #2020,   Shreveport, LA 71101-3680
cr             +Tauber Exploration & Production Company,   55 Waugh Drive, Suite 700,   Houston, TX 77007-5837
18754408       +Anderson Investment Holdings, LP,   AEEC II, LLC,   333 Texas Street, Suite 2020,
                Shreveport, LA 71101-3680
18754411       +Apple River Investments, L.L.C.,   Attn Robert M. Boeve, President,   1503 Garfield Road North,
                Traverse City, MI 49696-1111
18754484       +East West Bank Treasury Department,   135 North Los Robles Avenue,   Suite 600,
                ATTN Linda Cox,   Pasadena, CA 91101-4549
18754510       +FPCC USA, Inc.,   245 Commerce Green Blvd, Ste 250,   Sugar Land, TX 77478-3760
18754497       +Fant Energy Limited,   P.O. Box 55205,   Houston, TX 77255-5205
18754529       +H&H Construction, LLC,   Ladon E. Hall, Sole Manager,   P.O. Box 850,   Flomaton, AL 36441-0850
18754560        JD Fields & Company, Inc.,   P.O. Box 134401,   Houston, TX 77219-4401
18754567       +JJS Working Interest LLC,   2001 Kirby Dr, Suite 1110,   Houston, TX 77019-6081
18754578       +Kelley Brothers Contractors, Inc.,   P.O. Drawer 1079,   Waynesboro, MS 39367-1079
18754588       +Kudzu Oil Properties, LLC,   300 Concourse Blvd, Suite 101,   Ridgeland, MS 39157-2091
18754598        Lucas Petroleum Group, Inc.,   327 Congress Avenue, Suite 500,   Austin, TX 78701-3656
18754612       +Meritage Energy, Ltd.,   C/O BKD, LLP,   2700 Post Oak Blvd, Ste 1500,   Houston, TX 77056-5829
18754613        Mesa Fluids, LLC,   c/o Juno Financial,   P.O. Box 173928,   Denver, CO 80217-3928
18754664        Pro-Tek Field Services, LLC,   P.O. Box 919269,   Dallas, TX 75391-9269
18754666       +Pruet Oil Company, LLC,   217 West Capitol St. Ste 201,   Jackson, MS 39201-2099
18754673       +Rapad Well Service Co., Inc.,   217 West Capitol Street,   Jackson, MS 39201-2004
18754720       +Stoneham Drilling Corporation,   707 17th Street,   Suite 3250,   Denver, CO 80202-3433
18754721        Strago Petroleum Corporation,   3209 Hamm Road,   Pearland, TX 77581-5503
18754735       +TCP Cottonwood, L.P.,   333 Texas Street, Suite 2020,   Shreveport, LA 71101-3680
18754760       +Union Oilfield Supply, Inc.,   12 John Dykes Road,   Waynesboro, MS 39367-8371
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: cmccord@mccordprod.com May 07 2020 01:21:31      CTM 2005, Ltd.,
                55 Waugh Drive, Suite 515,   Houston, TX 77007-5840
cr             +E-mail/PDF: dor_tac_bankruptcy@state.co.us May 07 2020 01:44:27
                Colorado Department Of Revenue,   1375 Sherman St.,   Room 504,   Attention Bankruptcy Unit,
                Denver, CO 80261-3000
cr             +E-mail/Text: bankruptcy@coag.gov May 07 2020 01:22:00      Colorado Department of Law,
                1300 Broadway, 8th Floor,   Denver, CO 80203-2104
cr              E-mail/Text: tim.swanson@moyewhite.com May 07 2020 01:21:58      Kudzu Oil Properties, LLC,
                c/o Timothy M. Swanson,   Moye White LLP,   1400 16th Street, 6th Floor,   Denver, CO 80202
                                                                                            TOTAL: 4
```

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

District/off: 1082-1          User: admin            Page 2 of 4              Date Rcvd: May 06, 2020
                             Form ID: pdf904          Total Noticed: 45

            ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2020 at the address(es) listed below:
              Amy  Vazquez   on behalf of Creditor   FPCC USA, Inc. avazquez@joneswalker.com
              Armistead Mason Long   on behalf of Creditor   Pine Island Chemical Solutions, L.L.C.
               along@gamb.law
              Barnet B Skelton, Jr   on behalf of Creditor   CTM 2005, Ltd. barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   Rudman Partnership barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   Feather River 75, LLC barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   MER Energy, LTD barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   MR Oil & Gas, LLC barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   I & L Miss I, LP barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   Tara Rudman Revocable Trust barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   The Rudman Partnership barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   Pickens Financial Group, LLC barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   Tauber Exploration & Production Company
               barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   Rudman Family Trust barnetbjr@msn.com
              Brian Rich   on behalf of Creditor   Fletcher Petroleum Company, LLC brich@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Brian Rich   on behalf of Creditor   Fletcher Exploration, LLC brich@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Brian Rich   on behalf of Creditor   Fletcher Petroleum Corp. brich@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Bryce Suzuki   on behalf of Creditor   East-West Bank bryce.suzuki@bclplaw.com,
               tina.daniels@bclplaw.com
              Christopher Meredith   on behalf of Creditor   Coastal Exploration, Inc. cmeredith@cctb.com,
               bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Christopher Meredith   on behalf of Attorney   Copeland, Cook, Taylor & Bush, P.A.
               cmeredith@cctb.com,  bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Christopher Meredith   on behalf of Creditor   Eastern Fishing & Rental Tool Company, Inc.
               cmeredith@cctb.com,  bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Christopher Meredith   on behalf of Creditor   PAR Minerals Corporation cmeredith@cctb.com,
               bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Christopher D. Johnson   on behalf of Creditor Committee   The Official Committee of Unsecured
               Creditors cjohnson@munsch.com, scurry@munsch.com
              Craig K. Schuenemann   on behalf of Creditor   East-West Bank craig.schuenemann@bryancave.com,
               alicia.berry@bryancave.com,44Team_DEN@bryancave.com
              Craig M. Geno   on behalf of Creditor   Alabama Oil Company cmgeno@cmgenolaw.com,
               kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
              Craig M. Geno   on behalf of Creditor   Kudzo Oil Properties, LLC cmgeno@cmgenolaw.com,
               kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
              Craig M. Geno   on behalf of Creditor   Apple River Investments, LLC cmgeno@cmgenolaw.com,
               kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
              David M. Miller   on behalf of Creditor   Bri-Chem Supply Corp., LLC dmiller@spencerfane.com,
               nschacht@spencerfane.com
              David R Taggart   on behalf of Creditor   JH Howell Interests, LP dtaggart@bradleyfirm.com,
               kburnley@bradleyfirm.com
              David R Taggart   on behalf of Creditor   JF Howell Interests ,LP dtaggart@bradleyfirm.com,
               kburnley@bradleyfirm.com
              Deanna L. Westfall   on behalf of Creditor   Colorado Department Of Revenue
               deanna.westfall@coag.gov, bncmail@w-legal.com
              Duane Brescia   on behalf of Creditor   Seitel Data, Ltd. dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Duane Brescia   on behalf of Creditor   Lucas Petroleum Group, Inc. dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Duane Brescia   on behalf of Attorney   Clark Hill Strasburger dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Eric Lockridge   on behalf of Creditor   Anderson Exploration Energy Company, LC
               eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
              Eric Lockridge   on behalf of Creditor   Sugar Oil Properties, L.P.
               eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

District/off: 1082-1          User: admin            Page 3 of 4           Date Rcvd: May 06, 2020
                             Form ID: pdf904          Total Noticed: 45

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Eric  Lockridge   on behalf of Creditor    Anderson Exploration Energy Company, L.C.
            eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
          Eric  Lockridge   on behalf of Creditor    TCP Cottonwood, L.P. eric.lockridge@keanmiller.com,
            Stephanie.gray@keanmiller.com
          Eric  Lockridge   on behalf of Creditor    AEEC II, LLC eric.lockridge@keanmiller.com,
            Stephanie.gray@keanmiller.com
          Glenn  Taylor   on behalf of Creditor    Eastern Fishing & Rental Tool Company, Inc.
            gtaylor@cctb.com
          Glenn  Taylor   on behalf of Creditor    Coastal Exploration, Inc. gtaylor@cctb.com
          Glenn  Taylor   on behalf of Creditor    PAR Minerals Corporation gtaylor@cctb.com
          Grant Matthew Beiner   on behalf of Creditor Committee    The Official Committee of Unsecured
            Creditors gbeiner@munsch.com
          James B. Bailey   on behalf of Creditor    Stoneham Drilling Corporation jbailey@bradley.com,
            ashaver@bradley.com
          Jeffrey S. Brinen   on  behalf of Debtor    Sklar Exploration Company, LLC jsb@kutnerlaw.com,
            receptionist@kutnerlaw.com;vlm@kutnerlaw.com
          Jeffrey S. Brinen   on behalf of Debtor    Sklarco, LLC jsb@kutnerlaw.com,
            receptionist@kutnerlaw.com;vlm@kutnerlaw.com
          Jennifer  Hardy   on behalf of Creditor    JJS Interests Steele Kings, LLC jhardy2@willkie.com
          Jennifer  Hardy   on behalf of Creditor    JJS Working Interests, LLC jhardy2@willkie.com
          Jennifer  Hardy   on behalf of Creditor    Fant Energy Limited jhardy2@willkie.com
          Jennifer  Hardy   on behalf of Creditor    JJS Interests Escambia, LLC jhardy2@willkie.com
          Jennifer  Norris Soto   on behalf of Creditor    Barnette & Benefield, Inc.
            jennifersoto@arklatexlaw.com, curtisshelton@arklatexlaw.com,stephanieparker@arklatexlaw.com
          Jeremy L Retherford   on behalf of Interested Party    Pruet Production Co. jretherford@balch.com,
            kskelton@balch.com,skynerd@pruet.com
          Jeremy L Retherford   on behalf of Creditor    Pruet Production Co. jretherford@balch.com,
            kskelton@balch.com,skynerd@pruet.com
          Jim F Spencer, Jr   on behalf of Creditor    Landmark Oil and Gas, LLC jspencer@watkinseager.com,
            mryan@watkinseager.com
          Jim F Spencer, Jr   on behalf of Creditor    Stone Development, LLC jspencer@watkinseager.com,
            mryan@watkinseager.com
          Jim F Spencer, Jr   on behalf of Creditor    Landmark Exploration, LLC jspencer@watkinseager.com,
            mryan@watkinseager.com
          Jim F Spencer, Jr   on behalf of Creditor    Lexington Investments, LLC jspencer@watkinseager.com,
            mryan@watkinseager.com
          John  Cornwell   on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
            jcornwell@munsch.com, hvalentine@munsch.com
          John Thomas  Oldham   on behalf of Creditor    Kodiak Gas Services, LLC joldham@okinadams.com,
            bmoore@okinadams.com
          Jordan B. Bird   on behalf of Creditor    AEH Investments, LLC jordan.bird@cookyancey.com
          Jordan B. Bird   on behalf of Creditor    Bundero Investment Company, LLC
            jordan.bird@cookyancey.com
          Jordan B. Bird   on behalf of Attorney    Cook, Yancey, King & Galloway, APLC
            jordan.bird@cookyancey.com
          Jordan B. Bird   on behalf of Creditor    Franks Exploration Company, LLC
            jordan.bird@cookyancey.com
          Jordan B. Bird   on behalf of Creditor    J&A Harris, LP jordan.bird@cookyancey.com
          Jordan B. Bird   on behalf of Creditor    Kingston, LLC jordan.bird@cookyancey.com
          Joseph Eric Bain   on behalf of Creditor    FPCC USA, Inc. jbain@joneswalker.com,
            kvrana@joneswalker.com
          Keri L. Riley   on behalf of Debtor    Sklarco, LLC klr@kutnerlaw.com,
            receptionist@kutnerlaw.com;vlm@kutnerlaw.com
          Keri L. Riley   on behalf of Debtor    Sklar Exploration Company, LLC klr@kutnerlaw.com,
            receptionist@kutnerlaw.com;vlm@kutnerlaw.com
          Kevin S. Neiman   on behalf of Creditor    Plains Gas Solutions, LLC kevin@ksnpc.com
          Kevin S. Neiman   on behalf of Creditor    Plains Marketing, L.P. kevin@ksnpc.com
          Lee M. Kutner   on behalf of Debtor    Sklar Exploration Company, LLC lmk@kutnerlaw.com,
            vlm@kutnerlaw.com,receptionist@kutnerlaw.com
          Lee M. Kutner   on behalf of Debtor    Sklarco, LLC lmk@kutnerlaw.com,  vlm@kutnerlaw.com,
            receptionist@kutnerlaw.com
          Madison M. Tucker   on behalf of Creditor    FPCC USA, Inc. mtucker@joneswalker.com
          Matthew  Okin   on behalf of Creditor    Kodiak Gas Services, LLC mokin@okinadams.com
          Matthew J. Ochs   on behalf of Creditor    Rapaid Well Service Co., Inc. mjochs@hollandhart.com
          Matthew J. Ochs   on behalf of Creditor    Pruet Oil Company, LLC mjochs@hollandhart.com
          Matthew J. Ochs   on behalf of Creditor    Pruet Production Co. mjochs@hollandhart.com
          Michael  Niles   on behalf of Creditor    Fletcher Exploration, LLC mniles@bergersingerman.com,
            efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Michael  Niles   on behalf of Creditor    Fletcher Petroleum Company, LLC
            mniles@bergersingerman.com,  efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Michael  Niles   on behalf of Creditor    Fletcher Petroleum Corp. mniles@bergersingerman.com,
            efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Michael D Rubenstein   on behalf of Interested Party    BP America Production Company
            mdrubenstein@liskow.com
          Michael D Rubenstein   on behalf of Interested Party    BPX Properties (NA) LP
            mdrubenstein@liskow.com
          Michael J. Guyerson   on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com,
            celina@kjblawoffice.com;teresa@kjblawoffice.com

District/off: 1082-1            User: admin              Page 4 of 4            Date Rcvd: May 06, 2020
                               Form ID: pdf904          Total Noticed: 45

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael J. Guyerson   on behalf of Creditor    Estate of Pamela Page, Deceased
          mike@kjblawoffice.com,  celina@kjblawoffice.com;teresa@kjblawoffice.com
          Paul  Moss   on behalf of U.S. Trustee   US Trustee Paul.Moss@usdoj.gov
          Robert Padjen   on behalf of Creditor   Colorado Department of Law Robert.padjen@coag.gov
          Robert L Paddock   on behalf of Creditor    Strago Petroleum Corporation rpaddock@buckkeenan.com,
          myers@buckkeenan.com
          Robert L Paddock   on behalf of Creditor    Gateway Exploration, LLC rpaddock@buckkeenan.com,
          myers@buckkeenan.com
          Robert L Paddock   on behalf of Creditor    Harvest Gas Management, LLC rpaddock@buckkeenan.com,
          myers@buckkeenan.com
          Robert L Paddock   on behalf of Creditor    Meritage Energy Ltd rpaddock@buckkeenan.com,
          myers@buckkeenan.com
          Robert L Paddock   on behalf of Creditor    GCREW Properties, LLC rpaddock@buckkeenan.com,
          myers@buckkeenan.com
          Ryan Lorenz   on behalf of Creditor   Juno Financial LLC RLorenz@ClarkHill.com
          Ryan Seidemann   on behalf of Creditor   State of Louisiana, Depatment of Natural Resources,
          Office of Mineral Resources seidemannr@ag.louisiana.gov
          Shay L. Denning   on behalf of Creditor    Tauber Exploration & Production Company
          sdenning@mbssllp.com
          Shay L. Denning   on behalf of Creditor    Pickens Financial Group, LLC sdenning@mbssllp.com
          Shay L. Denning   on behalf of Creditor    I & L Miss I, LP sdenning@mbssllp.com
          Shay L. Denning   on behalf of Creditor    CTM 2005, Ltd. sdenning@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    CTM 2005, Ltd. tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    Tara Rudman Revocable Trust tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    MR Oil & Gas, LLC tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    MER Energy, LTD tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    Tauber Exploration & Production Company
          tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    I & L Miss I, LP tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    Feather River 75, LLC tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    Rudman Family Trust tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    The Rudman Partnership tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    Pickens Financial Group, LLC tshipps@mbssllp.com
          Timothy C. Mohan   on behalf of Creditor    Baker Hughes, a GE Company LLC tmohan@foley.com,
          tim.mohan4@gmail.com
          Timothy M. Swanson   on behalf of Creditor    Kudzo Oil Properties, LLC tim.swanson@moyewhite.com,
          audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
          Timothy M. Swanson   on behalf of Creditor    Apple River Investments, LLC
          tim.swanson@moyewhite.com,  audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
          Timothy M. Swanson   on behalf of Creditor    Alabama Oil Company tim.swanson@moyewhite.com,
          audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
          Timothy M. Swanson   on behalf of Creditor    Alabama Oil & Gas, LLC tim.swanson@moyewhite.com,
          audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
          Timothy M. Swanson   on behalf of Creditor    Kudzu Oil Properties, LLC tim.swanson@moyewhite.com,
          audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
          Timothy Michael Riley   on behalf of Attorney    Hopping Green & Sams timothyr@hgslaw.com
          US Trustee   USTPRegion19.DV.ECF@usdoj.gov
                                                                     TOTAL: 114

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
| Debtor. | ) | |

**ORDER GRANTING *EX PARTE* MOTION FOR ENTRY OF ORDER LIMITING NOTICE FOR MOTION TO ASSUME CRUDE OIL SUPPLY CONTRACTS AND ASSET TRANSFER AGREEMENTS**

THIS MATTER having come before the Court on the Debtors' *Ex Parte* Motion for Entry of Order Limiting Notice for Motion to Assume Crude Oil Supply Contracts and Asset Transfer Agreement ("Motion"), the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby

ORDER

1.      That the Motion is GRANTED;

2.      Notice for the *Motion to Assume Crude Oil Supply Contracts with Plains Marketing, L.P., and Asset Transfer Agreement with Plains Gas Solution, LLC* (Docket No. 218) shall be limited to those parties identified in Paragraph 7 of the Motion and required by L.B.R. 2081-2(d).

**Dated:** May 6, 2020
_____

BY THE COURT:

_____
Elizabeth E. Brown,
**United States Bankruptcy Judge**