IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **SKLAR EXPLORATION COMPANY, LLC** | ) | Case No. 20-12377-EEB |
| **and SKLARCO, LLC** | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **SKLARCO, LLC** | ) | Case No. 20-12380-EEB |
| | ) | |
| | ) | Chapter 11 |
| | ) | |

**AMENDED LIST OF WITNESSES AND EXHIBITS**
**(THE TAUBER GROUP NON-OPERATORS)**
**(WITH SUPPLEMENTAL EXHIBITS M, N, O, AND P)**

Tauber Exploration & Production Company, CTM 2005, Ltd., Pickens Financial Group, LLC, I & L Miss I, LP, MER Energy, Ltd., MR Oil & Gas, LLC, Tara Rudman Revocable Trust, Feather River 75, LLC, Rudman Family Trust, and The Rudman Partnership (collectively the "Tauber Group Non-operators") hereby designate the following witnesses and exhibits for the final hearing on the Motion to Use Cash Collateral [Doc. No. 34] and Motion for Payment of Overriding Royalty, Royalty, and Working Interest Obligations and JIB Offsets [Doc. No. 37] set for May 11, 2020 at 9:30 a.m. to be held by Zoom video conference:

*LIST OF WITNESSES AND EXHIBITS*
*(THE TAUBER GROUP NON-OPERATORS)*

**I.  WITNESSES**

The Tauber Group Non-operators will call the following witnesses:

| Witness Name | Nature of Testimony |
| --- | --- |
| Mike Pickens, President, Pickens Financial Group, LLC | Mr. Pickens will testify, to the extent necessary, regarding the agreements entered into between the parties and the joint operating billings, and payments received arising from those agreements. In addition, Mr. Pickens may testify to the nature of the agreements surrounding the Alabama Gas Plant Management Fee. |
| W.R. Trey Sibley, III, General Counsel, The Rudman Partnership | Mr. Sibley will testify, to the extent necessary, regarding the agreements entered into between the parties, the joint operating billings, and payments received arising from those agreements. In addition, Mr. Sibley may testify to the nature of the agreements surrounding the Alabama Gas Plant Management Fee. |

The Tauber Group Non-operators may call the following witnesses:

| Witness Name | Nature of Testimony |
| --- | --- |
| Howard Sklar, or any witness designated by Debtors | Mr. Sklar, or any other witness designated by the Debtors, would be called on to testify regarding the agreements entered into between the parties and the method for issuing joint operating billings and accounting or interests, cash call advances, and other matters related thereto. |
| Any witness for rebuttal or impeachment | |

2

*LIST OF WITNESSES AND EXHIBITS*
*(THE TAUBER GROUP NON-OPERATORS)*

## II. EXHIBITS

| Exhibit No. | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| TAU-A | Participation Agreement and JOA – Escambia Prospect | | | Electronic and Paper |
| TAU-B | Settlement Statement (JIB) – dated 3/31/20 to Pickens | | | Electronic and Paper |
| TAU-C | Demonstrative Exhibit – Excerpt from JOA | | | Electronic and Paper |
| TAU-D | February Revenue Payable Estimates to the Working Interest Owners | | | Electronic and Paper |
| TAU-E | Sklar Exploration Company, LLC ("SEC") March 2020 Revenue Account Statement | | | Electronic and Paper |
| TAU-F | SEC April 2020 Revenue Account Statement | | | Electronic and Paper |
| TAU-G | SEC April 2020 Operating Account Statement | | | Electronic and Paper |
| TAU-H | 2/28/14 Letter to Working Interest Owners re: Abbyville Plant | | | Electronic and Paper |
| TAU-I | 3/25/20 Payment Statement for The Rudman Partnership | | | Electronic and Paper |
| TAU-J | 2/13/20 Letter to Working Interest Owners re: Abbyville Gas Plan Transfer | | | Electronic and Paper |
| TAU-K | 1/30/12 Letter re: Security Agreement and Assignment | | | Electronic and Paper |
| TAU-L | Abyville Gas Plant Service Agreement | | | Electronic and Paper |

*LIST OF WITNESSES AND EXHIBITS*
*(THE TAUBER GROUP NON-OPERATORS)*

| | | | | |
|---|---|---|---|---|
| TAU-M | Sklar Exploration Company, LLC ("SEC") March 2020 Revenue Account Statement (**REDACTED**) | | | Electronic and Paper Supplemental |
| TAU-N | Summary of March 2020 Revenue Account Credits, Debits and Balances | | | Electronic and Paper Supplemental |
| TAU-O | SEC April 2020 Revenue Account Statement (**REDACTED**) | | | Electronic and Paper Supplemental |
| TAU-P | SEC April 2020 Operating Account Statement (**REDACTED**) | | | Electronic and Paper Supplemental |

In addition, the Tauber Group Non-operators may utilize any exhibit offered by any other party and any document necessary for impeachment or rebuttal or to refresh the recollection of a witness.

Dated this 10th day of May, 2020

Respectfully submitted,

**Maynes, Bradford, Shipps & Sheftel, LLP**
*/s/ Thomas H. Shipps*
Thomas H. Shipps
*/s/ Shay L. Denning*
Shay L. Denning
Maynes, Bradford, Shipps & Sheftel, LLP
835 E. Second Ave., Suite 123
Durango, CO 81301
Telephone: (970) 247-1755
Facsimile: (970) 247-8827
Email: tshipps@mbssllp.com;
　　　　sdenning@mbssllp.com

*/s/ Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.
815 Walker, Suite 1502
Houston, TX 77002
Telephone: (713) 659-8761
Cell: (713) 516-7450
Facsimile: (713)659-8764
Email: barnetbjr@msn.com

*LIST OF WITNESSES AND EXHIBITS*
*(THE TAUBER GROUP NON-OPERATORS)*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on May 10, 2020, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing

/s/ *Kate Potemkin*
Kate Potemkin