United States Bankruptcy Court
District of Colorado

In re:                                                              Case No. 20-12377-EEB
Sklar Exploration Company, LLC                                      Chapter 11
Sklarco, LLC
         Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: admin          Page 1 of 5              Date Rcvd: May 08, 2020
                             Form ID: pdf904       Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2020.
| | | |
|---|---|---|
| db/db | +Sklar Exploration Company, LLC, Sklarco, LLC, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301-2541 | |
| aty | +Benjamin Y. Ford, RSA Tower, 27th Floor, 11 North Water Street, Mobile, AL 36602-3809 | |
| aty | +Clark Hill Strasburger, ATTN: Duane J. Brescia, 720 Brazos, Suite 700, Austin, TX 78701-2531 | |
| aty | +Cook, Yancey, King & Galloway, APLC, 333 Texas Street, Suite 1700, P.O. Box 22260, Shreveport, LA 71120-2260 | |
| aty | +Hopping Green & Sams, Hopping Green & Sams, P.A., 119 S. Monroe Street, Suite 300, Tallahassee, FL 32301, UNITED STATES 32301-1591 | |
| cr | +AEEC II, LLC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 | |
| cr | +AEH Investments, LLC, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 | |
| cr | +Anderson Exploration Energy Company, LC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 | |
| cr | +Baker Hughes, a GE Company LLC, C/O Christopher J. Ryan, 17021 Aldine Westfield Road, Houston, TX 77073-5101 | |
| cr | +Barbara P Lawrence, 55 Hill Circle, Evergreen, CO 80439-4618 | |
| cr | +Barnette & Benefield, Inc., PO Box 550, Haynesville, LA 71038-0550 | |
| cr | +Bundero Investment Company, LLC, 401 Edwards Street, Suite 820, Shreveport, LA 71101-5521 | |
| cr | +Estate of Pamela Page, Deceased, P.O. Box 374, Evergreen, CO 80437-0374 | |
| cr | +Fant Energy Limited, c/o Jackson Walker, 1401 McKinney Street, Suite 1900, Houston, TX 77010-4037 | |
| cr | +Franks Exploration Company, LLC, P.O. Box 7655, Shreveport, LA 71137-7655 | |
| cr | +I & L Miss I, LP, 4761 Frank Luck Dr, Addison, TX 75001-3202 | |
| cr | +J&A Harris, LP, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 | |
| cr | +Kingston, LLC, 2790 South Thompson Street, Suite 102, Springdale, AR 72764-6303 | |
| cr | +Kodiak Gas Services, LLC, 15320 Hwy. 105, Suite 210, Montgomery, TX 77356-2602 | |
| cr | Landmark Exploration, LLC, C/O Jim F. Spencer, Jr., Esq., Watkins & Eager PLLC, PO Box 650, PO Box 650, Jackson, MS 39205-0650 | |
| cr | Landmark Oil and Gas, LLC, C/O Jim F. Spencer, Jr., Esq., Watkins & Eager PLLC, PO Box 650, PO Box 650, Jackson, MS 39205-0650 | |
| cr | Lexington Investments, LLC, C/O Jim F. Spencer, Jr., Esq., Watkins & Eager PLLC, PO Box 650, PO Box 650, Jackson, MS 39205-0650 | |
| cr | +Lucas Petroleum Group, Inc., c/o Duane J. Brescia, Clark Hill Strasburger, 720 Brazos, Suite 700, Austin, TX 78701-2531 | |
| cr | +Pickens Financial Group, LLC, 10100 N. Central Expressway, Suite 200, Dallas, TX 75231-4169 | |
| cr | +Pine Island Chemical Solutions, L.L.C., c/o Armistead M. Long, Gordon, Arata, Montgomery, Barnett, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508-8522 | |
| cr | +Seitel Data, Ltd., c/o Duane J. Brescia, Clark Hill Strasburger, 720 Brazos, Suite 700, Austin, TX 78701-2531 | |
| cr | Stone Development, LLC, C/O Jim F. Spencer, Jr., Esq., Watkins & Eager PLLC, PO Box 650, PO Box 650, Jackson, MS 39205-0650 | |
| cr | +Stoneham Drilling Corporation, c/o Bradley, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 | |
| cr | +Sugar Oil Properties, L.P., 625 Market Street, Suite 100, Shreveport, LA 71101-5392 | |
| cr | +TCP Cottonwood, L.P., 333 Texas Street, #2020, Shreveport, LA 71101-3680 | |
| cr | +Tauber Exploration & Production Company, 55 Waugh Drive, Suite 700, Houston, TX 77007-5837 | |
| crcm | +The Official Committee of Unsecured Creditors, Munsch Hardt Kopf & Harr PC, 700 Milam St., Suite 2700, Houston, TX 77002-2730 | |
| 18754408 | +Anderson Investment Holdings, LP, AEEC II, LLC, 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 | |
| 18754411 | +Apple River Investments, L.L.C., Attn Robert M. Boeve, President, 1503 Garfield Road North, Traverse City, MI 49696-1111 | |
| 18754484 | +East West Bank Treasury Department, 135 North Los Robles Avenue, Suite 600, ATTN Linda Cox, Pasadena, CA 91101-4549 | |
| 18754510 | +FPCC USA, Inc., 245 Commerce Green Blvd, Ste 250, Sugar Land, TX 77478-3760 | |
| 18754497 | +Fant Energy Limited, P.O. Box 55205, Houston, TX 77255-5205 | |
| 18754529 | +H&H Construction, LLC, Ladon B. Hall, Sole Manager, P.O. Box 850, Flomaton, AL 36441-0850 | |
| 18754560 | JD Fields & Company, Inc., P.O. Box 134401, Houston, TX 77219-4401 | |
| 18754567 | +JJS Working Interest LLC, 2001 Kirby Dr, Suite 1110, Houston, TX 77019-6081 | |
| 18754578 | +Kelley Brothers Contractors, Inc., P.O. Drawer 1079, Waynesboro, MS 39367-1079 | |
| 18754588 | +Kudzu Oil Properties, LLC, 300 Concourse Blvd, Suite 101, Ridgeland, MS 39157-2091 | |
| 18754598 | Lucas Petroleum Group, Inc., 327 Congress Avenue, Suite 500, Austin, TX 78701-3656 | |
| 18754612 | +Meritage Energy, Ltd., C/O BKD, LLP, 2700 Post Oak Blvd, Ste 1500, Houston, TX 77056-5829 | |
| 18754613 | Mesa Fluids, LLC, c/o Juno Financial, P.O. Box 173928, Denver, CO 80217-3928 | |
| 18754664 | Pro-Tek Field Services, LLC, P.O. Box 919269, Dallas, TX 75391-9269 | |
| 18754666 | +Pruet Oil Company, LLC, 217 West Capitol St. Ste 201, Jackson, MS 39201-2099 | |
| 18754673 | +Rapad Well Service Co., Inc., 217 West Capitol Street, Jackson, MS 39201-2004 | |
| 18754720 | +Stoneham Drilling Corporation, 707 17th Street, Suite 3250, Denver, CO 80202-3433 | |
| 18754721 | Strago Petroleum Corporation, 3209 Hamm Road, Pearland, TX 77581-5503 | |
| 18754735 | +TCP Cottonwood, L.P., 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 | |
| 18754760 | +Union Oilfield Supply, Inc., 12 John Dykes Road, Waynesboro, MS 39367-8371 | |

```
District/off: 1082-1          User: admin              Page 2 of 5              Date Rcvd: May 08, 2020
                             Form ID: pdf904           Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr               E-mail/Text: tim.swanson@moyewhite.com May 09 2020 00:55:42      Alabama Oil Company,
                 c/o Timothy M Swanson,   Moye White LLP,   1400 16th Street, 6th Floor,   Denver, CO  80202
cr              +E-mail/Text: cmccord@mccordprod.com May 09 2020 00:55:11       CTM 2005, Ltd.,
                 55 Waugh Drive, Suite 515,   Houston, TX 77007-5840
cr              +E-mail/PDF: dor_tac_bankruptcy@state.co.us May 09 2020 01:10:38
                 Colorado Department Of Revenue,   1375 Sherman St.,   Room 504,   Attention Bankruptcy Unit,
                 Denver, CO 80261-3000
cr              +E-mail/Text: bankruptcy@coag.gov May 09 2020 00:55:44      Colorado Department of Law,
                 1300 Broadway, 8th Floor,   Denver, CO 80203-2104
cr               E-mail/Text: tim.swanson@moyewhite.com May 09 2020 00:55:42      Kudzu Oil Properties, LLC,
                 c/o Timothy M. Swanson,   Moye White LLP,   1400 16th Street, 6th Floor,   Denver, CO 80202
                                                                                                TOTAL: 5

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp               Armbrecht Jackson, LLP
sp               Berg Hill Greenleaf & Ruscitti, LLP
                                                                                     TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2020 at the address(es) listed below:
```
         Amy  Vazquez   on behalf of Creditor   FPCC USA, Inc. avazquez@joneswalker.com
         Armistead Mason Long   on behalf of Creditor   Pine Island Chemical Solutions, L.L.C.
          along@gamb.law
         Barnet B Skelton, Jr   on behalf of Creditor   Rudman Family Trust barnetbjr@msn.com
         Barnet B Skelton, Jr   on behalf of Creditor   CTM 2005, Ltd. barnetbjr@msn.com
         Barnet B Skelton, Jr   on behalf of Creditor   Rudman Partnership barnetbjr@msn.com
         Barnet B Skelton, Jr   on behalf of Creditor   Feather River 75, LLC barnetbjr@msn.com
         Barnet B Skelton, Jr   on behalf of Creditor   MER Energy, LTD barnetbjr@msn.com
         Barnet B Skelton, Jr   on behalf of Creditor   MR Oil & Gas, LLC barnetbjr@msn.com
         Barnet B Skelton, Jr   on behalf of Creditor   I & L Miss I, LP barnetbjr@msn.com
         Barnet B Skelton, Jr   on behalf of Creditor   Tara Rudman Revocable Trust barnetbjr@msn.com
         Barnet B Skelton, Jr   on behalf of Creditor   The Rudman Partnership barnetbjr@msn.com
         Barnet B Skelton, Jr   on behalf of Creditor   Pickens Financial Group, LLC barnetbjr@msn.com
         Barnet B Skelton, Jr   on behalf of Creditor   Tauber Exploration & Production Company
          barnetbjr@msn.com
         Brian  Rich  on behalf of Creditor   Fletcher Petroleum Company, LLC brich@bergersingerman.com,
          efile@bergersingerman.com;efile@ecf.inforuptcy.com
         Brian  Rich  on behalf of Creditor   Fletcher Exploration, LLC brich@bergersingerman.com,
          efile@bergersingerman.com;efile@ecf.inforuptcy.com
         Brian  Rich  on behalf of Creditor   Fletcher Petroleum Corp. brich@bergersingerman.com,
          efile@bergersingerman.com;efile@ecf.inforuptcy.com
         Bryce  Suzuki  on behalf of Creditor   East-West Bank bryce.suzuki@bclplaw.com,
          tina.daniels@bclplaw.com
         Christopher  Meredith   on behalf of Creditor   Eastern Fishing & Rental Tool Company, Inc.
          cmeredith@cctb.com,  bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
         Christopher  Meredith   on behalf of Creditor   PAR Minerals Corporation cmeredith@cctb.com,
          bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
         Christopher  Meredith   on behalf of Creditor   Coastal Exploration, Inc. cmeredith@cctb.com,
          bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
         Christopher  Meredith   on behalf of Attorney   Copeland, Cook, Taylor & Bush, P.A.
          cmeredith@cctb.com,  bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
         Christopher D. Johnson  on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors cjohnson@munsch.com,  scurry@munsch.com
```

District/off: 1082-1          User: admin          Page 3 of 5          Date Rcvd: May 08, 2020
                              Form ID: pdf904       Total Noticed: 57

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Craig K. Schuenemann   on behalf of Creditor    East-West Bank craig.schuenemann@bryancave.com,
               alicia.berry@bryancave.com,44Team_DEN@bryancave.com.
              Craig M. Geno   on behalf of Creditor    Apple River Investments, LLC cmgeno@cmgenolaw.com,
               kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
              Craig M. Geno   on behalf of Creditor    Alabama Oil Company cmgeno@cmgenolaw.com,
               kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
              Craig M. Geno   on behalf of Creditor    Kudzo Oil Properties, LLC cmgeno@cmgenolaw.com,
               kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
              David M. Miller   on behalf of Creditor    Bri-Chem Supply Corp., LLC dmiller@spencerfane.com,
               nschacht@spencerfane.com
              David R Taggart   on behalf of Creditor    JH Howell Interests, LP dtaggart@bradleyfirm.com,
               kburnley@bradleyfirm.com
              David R Taggart   on behalf of Creditor    JF Howell Interests ,LP dtaggart@bradleyfirm.com,
               kburnley@bradleyfirm.com
              Deanna L. Westfall   on behalf of Creditor    Colorado Department Of Revenue
               deanna.westfall@coag.gov, bncmail@w-legal.com
              Duane  Brescia   on behalf of Attorney    Clark Hill Strasburger dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Duane  Brescia   on behalf of Creditor    Seitel Data, Ltd. dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Duane  Brescia   on behalf of Creditor    Lucas Petroleum Group, Inc. dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Eric  Lockridge   on behalf of Creditor    Anderson Exploration Energy Company, LC
               eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
              Eric  Lockridge   on behalf of Creditor    Sugar Oil Properties, L.P.
               eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
              Eric  Lockridge   on behalf of Creditor    Anderson Exploration Energy Company, L.C.
               eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
              Eric  Lockridge   on behalf of Creditor    TCP Cottonwood, L.P. eric.lockridge@keanmiller.com,
               Stephanie.gray@keanmiller.com
              Eric  Lockridge   on behalf of Creditor    AEEC II, LLC eric.lockridge@keanmiller.com,
               Stephanie.gray@keanmiller.com
              Glenn  Taylor   on behalf of Creditor    Eastern Fishing & Rental Tool Company, Inc.
               gtaylor@cctb.com
              Glenn  Taylor   on behalf of Creditor    Coastal Exploration, Inc. gtaylor@cctb.com
              Glenn  Taylor   on behalf of Creditor    PAR Minerals Corporation gtaylor@cctb.com
              Grant Matthew Beiner   on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors gbeiner@munsch.com
              James B. Bailey   on behalf of Creditor    Stoneham Drilling Corporation jbailey@bradley.com,
               ashaver@bradley.com
              Jeffrey S. Brinen   on behalf of Debtor    Sklar Exploration Company, LLC jsb@kutnerlaw.com,
               receptionist@kutnerlaw.com;vlm@kutnerlaw.com
              Jeffrey S. Brinen   on behalf of Debtor    Sklarco, LLC jsb@kutnerlaw.com,
               receptionist@kutnerlaw.com;vlm@kutnerlaw.com
              Jennifer  Hardy   on behalf of Creditor    JJS Interests Steele Kings, LLC jhardy2@willkie.com
              Jennifer  Hardy   on behalf of Creditor    JJS Working Interests, LLC jhardy2@willkie.com
              Jennifer  Hardy   on behalf of Creditor    Fant Energy Limited jhardy2@willkie.com
              Jennifer  Hardy   on behalf of Creditor    JJS Interests Escambia, LLC jhardy2@willkie.com
              Jennifer  Norris Soto   on behalf of Creditor    Barnette & Benefield, Inc.
               jennifersoto@arklatexlaw.com, curtisshelton@arklatexlaw.com,stephanieparker@arklatexlaw.com
              Jeremy L Retherford   on behalf of Interested Party    Pruet Production Co. jretherford@balch.com,
               kskelton@balch.com,skynerd@pruet.com
              Jeremy L Retherford   on behalf of Creditor    Pruet Production Co. jretherford@balch.com,
               kskelton@balch.com,skynerd@pruet.com
              Jim F Spencer, Jr   on behalf of Creditor    Landmark Oil and Gas, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr   on behalf of Creditor    Stone Development, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr   on behalf of Creditor    Landmark Exploration, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr   on behalf of Creditor    Lexington Investments, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              John  Cornwell   on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
               jcornwell@munsch.com, hvalentine@munsch.com
              John Thomas  Oldham   on behalf of Creditor    Kodiak Gas Services, LLC joldham@okinadams.com,
               bmoore@okinadams.com
              Jordan B. Bird   on behalf of Creditor    Kingston, LLC jordan.bird@cookyancey.com
              Jordan B. Bird   on behalf of Creditor    AEH Investments, LLC jordan.bird@cookyancey.com
              Jordan B. Bird   on behalf of Creditor    Bundero Investment Company, LLC
               jordan.bird@cookyancey.com
              Jordan B. Bird   on behalf of Attorney    Cook, Yancey, King & Galloway, APLC
               jordan.bird@cookyancey.com
              Jordan B. Bird   on behalf of Creditor    Franks Exploration Company, LLC
               jordan.bird@cookyancey.com
              Jordan B. Bird   on behalf of Creditor    J&A Harris, LP jordan.bird@cookyancey.com
              Joseph Eric Bain   on behalf of Creditor    FPCC USA, Inc. jbain@joneswalker.com,
               kvrana@joneswalker.com

```
District/off: 1082-1          User: admin            Page 4 of 5            Date Rcvd: May 08, 2020
                              Form ID: pdf904         Total Noticed: 57
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Katherine A Ross    on behalf of Creditor    Bureau of Land Management katherine.ross@usdoj.gov,
    USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
Katherine A Ross    on behalf of Creditor    Office of Natural Resources Revenue
    katherine.ross@usdoj.gov,
    USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
Keri L. Riley    on behalf of Debtor    Sklar Exploration Company, LLC klr@kutnerlaw.com,
    receptionist@kutnerlaw.com;vlm@kutnerlaw.com
Keri L. Riley    on behalf of Debtor    Sklarco, LLC klr@kutnerlaw.com,
    receptionist@kutnerlaw.com;vlm@kutnerlaw.com
Kevin S. Neiman    on behalf of Creditor    Plains Marketing, L.P. kevin@ksnpc.com
Kevin S. Neiman    on behalf of Creditor    Plains Gas Solutions, LLC kevin@ksnpc.com
Lee M. Kutner    on behalf of Debtor    Sklar Exploration Company, LLC lmk@kutnerlaw.com,
    vlm@kutnerlaw.com,receptionist@kutnerlaw.com
Lee M. Kutner    on behalf of Debtor    Sklarco, LLC lmk@kutnerlaw.com,  vlm@kutnerlaw.com,
    receptionist@kutnerlaw.com
Madison M. Tucker    on behalf of Creditor    FPCC USA, Inc. mtucker@joneswalker.com
Matthew  Okin    on behalf of Creditor    Kodiak Gas Services, LLC mokin@okinadams.com
Matthew J. Ochs    on behalf of Creditor    Rapaid Well Service Co., Inc. mjochs@hollandhart.com
Matthew J. Ochs    on behalf of Creditor    Pruet Oil Company, LLC mjochs@hollandhart.com
Matthew J. Ochs    on behalf of Creditor    Pruet Production Co. mjochs@hollandhart.com
Michael  Niles    on behalf of Creditor    Fletcher Exploration, LLC mniles@bergersingerman.com,
    efile@bergersingerman.com;efile@ecf.inforuptcy.com
Michael  Niles    on behalf of Creditor    Fletcher Petroleum Company, LLC
    mniles@bergersingerman.com,  efile@bergersingerman.com;efile@ecf.inforuptcy.com
Michael  Niles    on behalf of Creditor    Fletcher Petroleum Corp. mniles@bergersingerman.com,
    efile@bergersingerman.com;efile@ecf.inforuptcy.com
Michael D Rubenstein    on behalf of Interested Party    BPX Properties (NA) LP
    mdrubenstein@liskow.com
Michael D Rubenstein    on behalf of Interested Party    BP America Production Company
    mdrubenstein@liskow.com
Michael J. Guyerson    on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com,
    celina@kjblawoffice.com;teresa@kjblawoffice.com
Michael J. Guyerson    on behalf of Creditor    Estate of Pamela Page, Deceased
    mike@kjblawoffice.com,  celina@kjblawoffice.com;teresa@kjblawoffice.com
Paul  Moss    on behalf of U.S. Trustee    US Trustee Paul.Moss@usdoj.gov
Robert  Padjen    on behalf of Creditor    Colorado Department of Law Robert.padjen@coag.gov
Robert L Paddock    on behalf of Creditor    Meritage Energy Ltd rpaddock@buckkeenan.com,
    myers@buckkeenan.com
Robert L Paddock    on behalf of Creditor    GCREW Properties, LLC rpaddock@buckkeenan.com,
    myers@buckkeenan.com
Robert L Paddock    on behalf of Creditor    Strago Petroleum Corporation rpaddock@buckkeenan.com,
    myers@buckkeenan.com
Robert L Paddock    on behalf of Creditor    Gateway Exploration, LLC rpaddock@buckkeenan.com,
    myers@buckkeenan.com
Robert L Paddock    on behalf of Creditor    Harvest Gas Management, LLC rpaddock@buckkeenan.com,
    myers@buckkeenan.com
Ryan  Lorenz    on behalf of Creditor    Juno Financial LLC RLorenz@ClarkHill.com
Ryan  Seidemann    on behalf of Creditor    State of Louisiana, Depatment of Natural Resources,
    Office of Mineral Resources seidemannr@ag.louisiana.gov
Shay L. Denning    on behalf of Creditor    Tauber Exploration & Production Company
    sdenning@mbssllp.com
Shay L. Denning    on behalf of Creditor    Pickens Financial Group, LLC sdenning@mbssllp.com
Shay L. Denning    on behalf of Creditor    I & L Miss I, LP sdenning@mbssllp.com
Shay L. Denning    on behalf of Creditor    CTM 2005, Ltd. sdenning@mbssllp.com
Thomas H Shipps    on behalf of Creditor    Pickens Financial Group, LLC tshipps@mbssllp.com
Thomas H Shipps    on behalf of Creditor    CTM 2005, Ltd. tshipps@mbssllp.com
Thomas H Shipps    on behalf of Creditor    Tara Rudman Revocable Trust tshipps@mbssllp.com
Thomas H Shipps    on behalf of Creditor    MR Oil & Gas, LLC tshipps@mbssllp.com
Thomas H Shipps    on behalf of Creditor    MER Energy, LTD tshipps@mbssllp.com
Thomas H Shipps    on behalf of Creditor    Tauber Exploration & Production Company
    tshipps@mbssllp.com
Thomas H Shipps    on behalf of Creditor    I & L Miss I, LP tshipps@mbssllp.com
Thomas H Shipps    on behalf of Creditor    Feather River 75, LLC tshipps@mbssllp.com
Thomas H Shipps    on behalf of Creditor    Rudman Family Trust tshipps@mbssllp.com
Thomas H Shipps    on behalf of Creditor    The Rudman Partnership tshipps@mbssllp.com
Timothy C. Mohan    on behalf of Creditor    Baker Hughes, a GE Company LLC tmohan@foley.com,
    tim.mohan4@gmail.com
Timothy M. Swanson    on behalf of Creditor    Kudzo Oil Properties, LLC tim.swanson@moyewhite.com,
    audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
Timothy M. Swanson    on behalf of Creditor    Apple River Investments, LLC
    tim.swanson@moyewhite.com,  audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
Timothy M. Swanson    on behalf of Creditor    Alabama Oil Company inn tim.swanson@moyewhite.com,
    audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
Timothy M. Swanson    on behalf of Creditor    Alabama Oil & Gas, LLC tim.swanson@moyewhite.com,
    audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
Timothy M. Swanson    on behalf of Creditor    Kudzu Oil Properties, LLC tim.swanson@moyewhite.com,
    audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
Timothy Michael Riley    on behalf of Attorney    Hopping Green & Sams timothyr@hgslaw.com
```

```
District/off: 1082-1        User: admin              Page 5 of 5              Date Rcvd: May 08, 2020
                           Form ID: pdf904           Total Noticed: 57
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          US Trustee     USTPRegion19.DV.ECF@usdoj.gov

                                                                              TOTAL: 116

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re: | Case No. 20-12377 EEB |
| Sklar Exploration Company, LLC, | Chapter 11 |
| Debtor. | |
| In re: | Case No. 20-12380 EEB |
| Sklarco, LLC, | Chapter 11 |
| Debtor. | |
| | **Jointly Administered Under** |
| | **Case No. 20-12377 EEB** |

## ORDER AND NOTICE OF EVIDENTIARY HEARING BY VIDEO CONFERENCE

     **IT IS HEREBY ORDERED** that Strago Group's Motion for Order Directing Debtor Sklar Exploration Company, LLC to Assume or Reject Executory Contract (Docket No. 204) and all objections thereto are set for a non-evidentiary hearing at **10:00 a.m. on Monday, May 18, 2020** before Judge Elizabeth E. Brown in the United States Bankruptcy Court for the District of Colorado.

     Due to the unprecedented recent developments concerning the Coronavirus COVID-19, the evidentiary hearing will be conducted **by Zoom video conference only**. Counsel and/or parties should not appear in person.

     **1.**    **Zoom Video Conferences:**

        a.  For security reasons, the Zoom video conference details will not be posted publicly.  The Court will send Zoom invitations via email to counsel, parties and/or witnesses within one day of the hearing. Counsel and/or parties shall not, under any circumstances, share, post, and/or transmit the Zoom video conference link, meeting ID, or password.

        b.  It is counsel's and/or the parties' responsibility to ensure that they and their witnesses have the proper equipment to attend the Zoom video conference and that they and their witnesses possess complete copies of all marked exhibits prior to the Zoom video conference.

        c.  Parties should check into the Zoom video conference at least 15 minutes prior to the scheduled start time of the hearing to ensure that

their equipment is functioning properly.  Parties are encouraged to use headsets or earphones with a microphone.

d. Zoom displays a screen name for each participant in a video conference. Typically, Zoom will default to the name you gave at the time you initially set up your Zoom account (e.g. smithj or XYZCorp) or the phone number or device name from which you are calling.  To enable the Judge to identify participants, each participant should ensure that their screen name is their full first name and last name (e.g. John Smith).  You can change your screen name after being admitted to the video conference by using the rename function in Zoom.  To rename, hover over your picture and either right click or click the blue button in the upper right corner of your picture and select "Rename" and then type your first name and last name into the box that appears.  If you fail to identify yourself in this manner by the start of the hearing, you will be removed from the video conference.

e. The Court's general guidelines regarding Zoom hearings are available at: https://www.cob.uscourts.gov/zoom-video-conferences.

2. **List of Participants: On or before May 14, 2020,** the parties shall email to chambers (CourtroomF@cob.uscourts.gov) a list of the name, phone number and email address of each individual (counsel, parties and witnesses) that will be participating in the Evidentiary Hearing. **Only those individuals on the list will receive a Zoom invitation to attend the hearing**.  Counsel and/or parties shall not, under any circumstances, share, post, or transmit the Zoom video conference link, meeting ID, or password.  The Court's telephone conference line will <u>not</u> be available during the Zoom video conference hearing.  The only way to attend the hearing is to obtain a Zoom invitation as described above.

3. **Witness and Exhibit Lists: On or before May 14, 2020,** the parties shall:

a. Exchange with one another FULL SETS of pre-marked exhibits (including rebuttal exhibits).  Plaintiff/Movant shall use numbers.  Defendant/Respondent shall use letters.  For every exhibit exceeding ten (10) pages in length, the party shall sequentially number each page of that exhibit at the bottom of the page.  *Do not file the exhibits with the Court*.

b. File with the Court and serve on opposing party(parties) a List of Witnesses and Exhibits, substantially in the form of Local Bankr. Form 9070-1.1.

c. The parties are encouraged to confer and, if possible, prepare a set of stipulated exhibits prior to the hearing for use by the Court and all parties.

2

4. **Court Copies: On or before 5:00 p.m. on May 14, 2020,** each party shall deliver to the Court one hard copy set of their exhibits. Each set shall be placed into a three-ring binder (do not use binders larger than 3 inches in width), with tabs that indicate the appropriate exhibit letter/number. Tabs must extend past the side of the paper so that the witness and the Court may easily locate each exhibit. The first page of each binder shall include an index in the form of Local Bankr. Form 9070-1.1.

     a. Exhibits may be delivered to the Court via a delivery service (USPS, FedEx, UPS, etc.) or by courier. Couriers should leave copies at the Bankruptcy Court Clerk's Office Intake Counter. There will be a designated drop box for exhibit notebooks.

5. **Court Appearances:** If a party does not join the Zoom video conference, it will be deemed a failure to appear. Failure to connect to the Zoom video conference in a timely manner will preclude participation in the Evidentiary Hearing.

6. **No Recordings:** Counsel and/or the parties are strictly prohibited from recording any court proceeding held by video or teleconference, including taking "screen shots" or other visual copies. Violation of this prohibition may result in sanctions as deemed necessary by the Court.

7. **Retention of Exhibits:** After the hearing, the parties shall retain custody of their own exhibits in accordance with Local Bankruptcy Rule 9070-1(a)(3).

    DATED this 8th day of May, 2020.

                        BY THE COURT:

                        _Elizabeth E. Brown_

                        Elizabeth E. Brown, Bankruptcy Judge

3