(COB #237 NtcFilTrans)(09/08)

# UNITED STATES BANKRUPTCY COURT
## District of Colorado

In re: Sklar Exploration Company, LLC and Sklarco, LLC

Debtor(s)

Case No.
**20–12377–EEB**

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION[1]

A transcript of the proceeding held on 5/8/2020 was filed on 5/11/2020 . The following deadlines apply:

The parties have until 5/18/2020 to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *Request for Redaction* is 6/1/2020 .

If a request for redaction is filed, the *Redacted Transcript* is due 6/11/2020 . If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 8/10/2020 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber:

Transcripts Plus, Inc.
435 Riverview Circle
New Hope, Pennsylvania 18938
215–862–1115

or you may view the document at the clerk's office public terminal.

---

[1] The Judciary's privacy policy provides for limiting Social Security and Financial Account numbers to the last four digits, using only initials for the names of minor children, and limiting dates of birth to the year. If such personal identifier information is elicited within court proceedings, this information will appear on the transcript and will become available to the public unless action is take to redact this information.