**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

## *Minute Order*

| Date: May 11, 2020 | **Honorable Elizabeth E. Brown, Presiding** <br> Kerstin Cass, Law Clerk |
|---|---|
| In re:   Sklar Exploration Company, LLC, <br> Debtor. | **Case. No. 20-12377 EEB** <br> Chapter 11 |
|        Sklarco, LLC, <br> Debtor. | **Case. No. 20-12380 EEB** <br> Chapter 11 |
| | **Jointly Administered Under 20-12377 EEB** |

| | Video Conference Appearances | | Representing |
|---|---|---|---|
| Counsel | | UST | |
| Counsel | Keri Riley, Lee Kutner, John Strausser, Marshall Jones | Debtor(s) | |
| Counsel | Christopher Johnson, John Cornwell, Grant Beiner | Committee | Creditors' Committee |
| Counsel | Bryce Suzuki, Craig Schuenemann, Lynn Hendrix, Mary Lou Allen | Creditor | East West Bank |
| Counsel | Eric Lockridge | Creditor | Anderson Exploration Energy Co., TCP Cottonwood, L.P., AEEC II, LLC and Sugar Oil Properties |
| Counsel | Timothy Mohan | Creditor | Baker Hughes |
| Counsel | David Miller | Creditor | Bri-Chem Supply Co. |
| Counsel | Jennifer Hardy | | Fant Energy Ltd., JJS Interests Escambia, LLC, JJS Interests Steele Kings, LLC, JJS Working Interests, LLC |
| Counsel | Michael Niles | Creditor | Fletcher Petroleum Co. |
| Counsel | Joseph Bain, Amy Vazquez, William Hu | Creditor | FPCC USA |
| Counsel | Jordan Bird | Creditor | Franks Exploration Co, AEH Investments, J & A Harris Bundero Investment Co., Kingston, Hughes Oil South, KMR Investments, Tommy Youngblood |
| Counsel | David R. Taggart, David Morgan | Creditor | J.F. Howell Interests |
| Counsel | Timothy Swanson, Craig Geno | Creditor | Kudzu Oil Properties, Alabama Oil Co. & Apple River Investments, Alabama Oil & Gas, LLC |
| Counsel | Jim Spencer | Creditor | Landmark Oil and Gas, Landmark Exploration, Lexington Investments, Stone Development, |
| Counsel | Michael Guyerson | Creditor | Barbara Page Lawrence & the estate of Pamela Page |
| Counsel | Duane Brescia, Fain Brock | Creditor | Lucas Petroleum Oil |

| | | | |
|---|---|---|---|
| Counsel | Christopher Meredith, Glen Taylor | Creditor | PAR Minerals, Eastern Fishing & Tool Rental Company, and Coastal Exploration |
| Counsel | Jeremy Retherford, Matt Ochs, Stan Kynerd, Rick Calhoon, David Hilton | Creditor | Pruet Oil Company, LLC, Pruet Production Co. |
| Counsel | James Bailey | Creditor | Stoneham Drilling |
| Counsel | Robert Paddock, L.F. Bud Goza, John Aubrey | Creditor | Strago Petroleum Corporation, Meritage Energy Ltd, Gateway Exploration, Harvest Gas Management, G Crew Properties |
| Counsel | Thomas Shipps, Shay Denning, Barnet Skelton Jr., Jim Goolsby, Trey Sibley, Mike Pickens, Will Lett | Creditor | Tauber Exploration & Production Co, CTM 2005, Ltd., I & L Miss I, LP, Pickens Financial Group, LLC, MER Energy, Ltd., The MR Trust, Tara Rudman Revocable Trust, Rudman Family Trust, The Rudman Partnership, Feather River 75, LLC |

<u>Proceedings</u>: Evidentiary Hearing on: (1) Debtors' Motion for Authority to Use Cash Collateral (Dkt. No. 34); (2) Debtors' Motion for Authority to Pay Pre-Petition Joint Interest Billing Obligations as Critical Vendors (Dkt. No. 41) and (3) Motion to Honor and Pay Overriding Royalty, Royalty, and Working Interest Obligations; and Offset Joint Interest Billing Obligations (Dkt. No. 37); (4) Debtors' Application to Employ Berg Hill Greenleaf & Ruscitti, LLP as Special Counsel; (5) Motion to Approve Payment Procedure for Professional Fees and Costs; and all objections thereto

☒ Witnesses Sworn    ☒ Exhibits Entered    ☒ Evidentiary Hearing[1]
☒ The following individuals were sworn as witnesses and testified: Marshall Jones, John Strausser.
☒ The Court received into evidence the following of the Debtors' Exhibits: D1, D2, D4, D8

<u>Orders:</u>

☒ On or before **May 26, 2020**, the Debtors shall add copies of recorded assignments and recorded Joint Operating Agreements and similar documents into the electronic data room.
☒ On or before **May 18, 2020**, Debtor Sklar Exploration shall file an amended Statement of Financial Affairs.
☒ On or before **May 11, 2020**, Debtors shall put a copy of their calculation of revenues owed to each working interest holder into the electronic data room.
☒ The evidentiary hearing is continued to 9:30 a.m. on Tuesday, May 12, 2020.

Date: May 11, 2020                                     BY THE COURT:

                                                        *Elizabeth E. Brown*

                                                        Elizabeth E. Brown, U.S. Bankruptcy Judge

---

[1] This hearing is considered evidentiary for statistical purposes.