# RYCO EXPLORATION, LLC

## MEMORANDUM

TO: US Bankruptcy Court, Denver, CO

Honorable Judge Elizabeth E. Brown

FROM: M Robin Smith, *M. Robin Smith*

SUBJECT: Request for Entry of Appearance

DATE: May 12, 2020

REFERENCE: CASE: 20-12377-EEB

CASE: 20-12380-EEB

Ryco Exploration, LLC is listed as a creditor in the two referenced cases. Ryco does not currently have legal representation. Ryco would like to receive all notices the Court deems appropriate for Creditors in the referenced cases. Ryco would like to participate in or listen to the Court proceedings by telephonic conference or by Zoom. The physical addresses for Ryco are listed below.

The primary address for Ryco follows:

Ryco Exploration, LLC

401 Edwards Street, Suite 915

Shreveport, LA 71101

Attention: M. Robin Smith

Email: rsmith.ryco@att.net

Due to Covid 19 restrictions and inability to check mail at the above location, a secondary address for Ryco follows:

Ryco Exploration, LLC

40 Golf Club Drive

Haughton, LA 71037

Attention: M. Robin Smith

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Submitted: 5/12/2020 3:14:36 PM

User Information

M Robin Smith
401 Edwards Street, Suite 915
Shreveport
LA
71110

rsmith.ryco@att.net
318-216-5760