| **Fill in this information to identify your case** | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1: _____ _____ Sklar Expl<br>First Name            Middle Name            Last Name | Case #: | 20-12377-EEB |
| Debtor 2: _____ _____ Sklarco<br>First Name            Middle Name            Last Name | Chapter 11: | 20-12380-EEB |

## Local Bankruptcy Form 9036-1.1
## Consent for Electronic Notice and Service in a Bankruptcy Case

**Complete applicable sections.**

| Part 1 | **Consent for: Ryco Exploration, LLC, (Creditor)      attention.: M. Robin Smith** |

I _____ **[name and party type, e.g. John Smith, Debtor]** hereby consent to receive notices electronically (i.e., by e-mail at: **rsmith.ryco@att.net** _____ **[email address]**) and waive my right to receive them by United States mail.  I also consent to electronic service of any motions and other documents that may be filed in this case, and waive personal service or service by United States mail.  Finally, I consent to electronic service and notice of any orders or judgments entered in this case, and waive service and notice by United States mail.

I understand that by signing this form I waive my right to receive documents filed or served in my bankruptcy case by United States mail, and that the ONLY copies I receive will be electronic copies attached to e-mail messages, not paper copies.

I understand I have only one free look at any orders, notices, motions, and other documents sent to my e-mail.  It is my responsibility to print or download documents immediately.  I understand any additional document view(s) or download(s) after the first free look will require a PACER account (www.pacer.gov) and I may be charged a fee.

| Part 2 | **Signature** |

Dated: ____May 12, 2020_____

By: ___*M. Robin Smith*_____
       Signature

Mailing Address:
Ryco Exploration, LLC
401 Edwards Street, Suite 915
Shreveport, LA 71101

Telephone number:  318 216-5760
Facsimile number:  NA
E-mail address:  rsmith.ryco@att.net

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Submitted: 5/12/2020 3:14:36 PM


User Information

M Robin Smith
401 Edwards Street, Suite 915
Shreveport
LA
71110

rsmith.ryco@att.net
318-216-5760