**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

## *Minute Order*

| Date: May 12, 2020 | **Honorable Elizabeth E. Brown, Presiding** |
| --- | --- |
| | Kerstin Cass, Law Clerk |

| | | |
| --- | --- | --- |
| In re:  Sklar Exploration Company, LLC, | | **Case. No. 20-12377 EEB** |
| Debtor. | | Chapter 11 |
| | | |
| Sklarco, LLC, | | **Case. No. 20-12380 EEB** |
| Debtor. | | Chapter 11 |
| | | |
| | | **Jointly Administered Under 20-12377 EEB** |

| | Video Conference Appearances | | Representing |
| --- | --- | --- | --- |
| Counsel | | UST | |
| Counsel | Keri Riley, Lee Kutner, Howard Sklar, John Strausser, Marshall Jones | Debtor(s) | |
| Counsel | Christopher Johnson, John Cornwell, Grant Beiner | Committee | Creditors' Committee |
| Counsel | Bryce Suzuki, Craig Schuenemann, Mary Lou Allen | Creditor | East West Bank |
| Counsel | Eric Lockridge | Creditor | Anderson Exploration Energy Co., TCP Cottonwood, L.P., AEEC II, LLC and Sugar Oil Properties |
| Counsel | Timothy Mohan | Creditor | Baker Hughes |
| Counsel | David Miller | Creditor | Bri-Chem Supply Co. |
| Counsel | Jennifer Hardy, Christian Truman | | Fant Energy Ltd., JJS Interests Escambia, LLC, JJS Interests Steele Kings, LLC, JJS Working Interests, LLC |
| Counsel | Michael Niles | Creditor | Fletcher Petroleum Co. |
| Counsel | Joseph Bain, Amy Vazquez, William Hu | Creditor | FPCC USA |
| Counsel | Jordan Bird | Creditor | Franks Exploration Co, AEH Investments, J & A Harris Bundero Investment Co., Kingston, Hughes Oil South, KMR Investments, Tommy Youngblood |
| Counsel | David R. Taggart, David Morgan | Creditor | J.F. Howell Interests |
| Counsel | Timothy Swanson, Craig Geno, Walker Sturdivant | Creditor | Kudzu Oil Properties, Alabama Oil Co. & Apple River Investments, Alabama Oil & Gas, LLC |
| Counsel | Jim Spencer | Creditor | Landmark Oil and Gas, Landmark Exploration, Lexington Investments, Stone Development, |
| Counsel | Duane Brescia, Fain Brock | Creditor | Lucas Petroleum Oil |
| Counsel | Christopher Meredith, Glen Taylor | Creditor | PAR Minerals, Eastern Fishing & Tool Rental Company, and Coastal Exploration |

| | | | |
|---|---|---|---|
| Counsel | Jeremy Retherford, Matt Ochs, Stan Kynerd, Rick Calhoon, David Hilton | Creditor | Pruet Oil Company, LLC, Pruet Production Co. (individually and as agent) |
| Counsel | James Bailey | Creditor | Stoneham Drilling |
| Counsel | Robert Paddock, Louis Goza, John Aubrey | Creditor | Strago Petroleum Corporation, Meritage Energy Ltd, Gateway Exploration, Harvest Gas Management, G Crew Properties |
| Counsel | Thomas Shipps, Shay Denning, Barnet Skelton Jr., Jim Goolsby, Trey Sibley, Mike Pickens, Will Lett, Hiram Lucius | Creditor | Tauber Exploration & Production Co, CTM 2005, Ltd., I & L Miss I, LP, Pickens Financial Group, LLC, MER Energy, Ltd., The MR Trust, Tara Rudman Revocable Trust, Rudman Family Trust, The Rudman Partnership, Feather River 75, LLC |

Proceedings: Evidentiary Hearing on: (1) Debtors' Motion for Authority to Use Cash Collateral (Dkt. No. 34); (2) Debtors' Motion for Authority to Pay Pre-Petition Joint Interest Billing Obligations as Critical Vendors (Dkt. No. 41) and (3) Motion to Honor and Pay Overriding Royalty, Royalty, and Working Interest Obligations; and Offset Joint Interest Billing Obligations (Dkt. No. 37); (4) Debtors' Application to Employ Berg Hill Greenleaf & Ruscitti, LLP as Special Counsel; (5) Motion to Approve Payment Procedure for Professional Fees and Costs; and all objections thereto

☒ Witnesses Sworn   ☒ Exhibits Entered   ☒ Evidentiary Hearing[1]
☒ The following individuals were sworn as witnesses and testified: Howard Sklar, Trey Sibley, Mike Pickens, Walker Sturdivant
☒ The Court received into evidence the following of the Debtors' Exhibits: D9
☒ The Court received into evidence the following of Tauber Group's Exhibits: TAU-A, TAU-B, TAU-D through TAU-J, TAU-L; TAU-L-1
☒ The Court took judicial notice of Ex. FPCC-E (copy also at Docket No. 85)
☒ The Court took judicial notice of Ex. Bank-A
☒ The Court received into evidence the following of Kudzu Parties' Exhibits: KUD-A through KUD-C

Orders:

☒ At the conclusion of the hearing, the Court took the matter under advisement and will issue a ruling in due course.

Date: May 12, 2020

BY THE COURT:

_Elizabeth E. Brown_ (signature)

Elizabeth E. Brown, U.S. Bankruptcy Judge

---

[1] This hearing is considered evidentiary for statistical purposes.

2