UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 721417930 ) | Chapter 11 |
|     Debtor. ) | |
| ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN:  72-1425432 ) | |
|     Debtor. ) | Chapter 11 |

**STRAGO GROUP'S LIST OF WITNESSES AND EXHIBITS**
[*Relates to Dkt. Nos. 204 & 270*]

Strago Petroleum Corporation, Meritage Energy Limited, Gateway Exploration LLC, GCREW Properties, LLC and Harvest Gas Management, LLC (collectively referred to herein as the "Strago Group") through the undersigned counsel, designates the following witnesses and exhibits for the hearing set for **May 18, 2020** at **10:00 a.m.** via Zoom video conference pursuant to this Court's Order dated May 8, 2020 (Dkt. No. 270).

**Part 1: Witnesses**

**Strago Group will call the following witnesses**

| Witness Name | Nature of Testimony |
|---|---|
| Louis Goza | Mr. Goza is a principal of Strago Petroleum Corporation and will provide testimony regarding the Joint Operating Agreement and obligations thereunder, the costs associated with the Myrtice Ellis lease and obligations thereunder, the cash call advance payments made to the Debtor for the Myrtice Ellis Well, previous expenses paid by the Debtor of the Myrtice Ellis Well, the implications and damages of non-performance under the Joint Operating |

| | |
|---|---|
| | Agreement, costs of drilling the Initial Well, and the probability of success of the proposed well. |
| John Aubrey | Mr. Aubrey is a principal of Meritage Energy, Ltd. Mr. Aubrey will provide testimony regarding the Joint Operating Agreement and obligations thereunder, the Myrtice Ellis lease and obligations thereunder, the cash call advance payments made to the Debtor for the Myrtice Ellis Well, previous expenses paid by the Debtor of the Myrtice Ellis Well, the implications and damages of non-performance under the Joint Operating Agreement, costs for drilling the Initial Well and the probability of success of the Initial Well. |
| Any witness listed and/or called to testify by any other party | |
| Any witness necessary for rebuttal or impeachment | |
| Any witness necessary to authenticate any document introduced at the hearing. | |

**Part 2: Exhibits**

| Ex. No. | Description | Offered | Admitted | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| Strago Ex. 1 | Cover letter and Model Form Joint Operating Agreement dated December 15, 2020 and Recording Supplement | | | |
| Strago Ex. 2 | Model Form Joint Operating Agreement (Amended and Restated) dated December 15, 2019 | | | |
| Strago Ex. 3 | Recording Supplement to Operating Agreement | | | |

2

| | | | | |
|---|---|---|---|---|
| Strago Ex. 4 | Oil, Gas and Mineral Lease effective November 20, 2018 between Myrtice W. Ellis and Strago Petroleum Corporation, including amendments. | | | |
| Strago Ex. 5 | Cash call notice to Strago Petroleum | | | |
| Strago Ex. 6 | Letter dated December 17, 2019 from Sklar Exploration Company LLC, re: Sklar Exploration Company L.L.C. – Myrtice Ellis 35-9, Drilling Cash Call Castleberry Prospect, Connecuh, Alabama | | | |
| Strago Ex. 7 | Sklar's cash call accounting | | | |
| Strago Ex. 8 | Sklar's lease operating expenses | | | |
| Strago Ex. 9 | April 2, 2020 letter from Sklar to Working Interest Owners | | | |
| Strago Ex. 10 | Schedule G filed by Sklar Exploration Company LLC [Dkt. No. 106] | | | |
| Strago Ex. 11 | February 13, 2020 letter from Strago to Sklar re: cash call advance | | | |
| Strago Ex. 12 | Supplemental Status Report – [Dkt. No. 271] | | | |
| | Any Exhibits introduced by any other party | | | |
| | Any Exhibit necessary for rebuttal or impeachment | | | |

Strago Group reserves the right to supplement, amend or delete any witness and exhibits prior to the hearing. Strago Group also reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document

filed in the Debtors' case. Strago Group finally reserves the right to introduce exhibits previously admitted.

Date: May 13, 2020

                                        Respectfully submitted,

                                        BUCK KEENAN LLP

                                        By: */s/ Robert L. Paddock*
                                              ROBERT L. PADDOCK
                                              State Bar No.: 24002723
                                              2229 San Felipe, Suite 1000
                                              Houston, Texas 77019
                                              Telephone: (713) 225-4500
                                              Facsimile: (713) 225-3719
                                              rpaddock@buckkeenan.com

                                      ATTORNEY FOR STRAGO PETROLEUM CORPORATION, MERITAGE ENERGY, LTD., GATEWAY EXPLORATION, LLC, GCREW PROPERTIES, LLC AND HARVEST GAS MANAGEMENT, LLC

## **CERTIFICATE OF SERVICE**

     I certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record via CM/ECF filing and in compliance with the Federal Rules of Civil Procedure, on the 13th day of May, 2020. In addition, a hard copy of these exhibits has been delivered to the Court via the Bankruptcy Court Clerk's Office Intake Coordinator

                                          */s/ Robert L. Paddock*
                                          ROBERT L. PADDOCK