UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Amended Minute Order*

| | |
|---|---|
| Date: May 12, 2020 | **Honorable Elizabeth E. Brown, Presiding**<br>Kerstin Cass, Law Clerk |

| | |
|---|---|
| In re:  Sklar Exploration Company, LLC,<br>             Debtor. | **Case. No. 20-12377 EEB**<br>Chapter 11 |
|         Sklarco, LLC,<br>             Debtor. | **Case. No. 20-12380 EEB**<br>Chapter 11 |
| | **Jointly Administered Under 20-12377 EEB** |

| | Video Conference Appearances | | Representing |
|---|---|---|---|
| Counsel | | UST | |
| Counsel | Keri Riley, Lee Kutner, Howard Sklar, John Strausser, Marshall Jones | Debtor(s) | |
| Counsel | Christopher Johnson, John Cornwell, Grant Beiner | Committee | Creditors' Committee |
| Counsel | Bryce Suzuki, Craig Schuenemann, Mary Lou Allen | Creditor | East West Bank |
| Counsel | Eric Lockridge | Creditor | Anderson Exploration Energy Co., TCP Cottonwood, L.P., AEEC II, LLC and Sugar Oil Properties |
| Counsel | Timothy Mohan | Creditor | Baker Hughes |
| Counsel | David Miller | Creditor | Bri-Chem Supply Co. |
| Counsel | Jennifer Hardy, Christian Truman | | Fant Energy Ltd., JJS Interests Escambia, LLC, JJS Interests Steele Kings, LLC, JJS Working Interests, LLC |
| Counsel | Michael Niles | Creditor | Fletcher Petroleum Co. |
| Counsel | Joseph Bain, Amy Vazquez, William Hu | Creditor | FPCC USA |
| Counsel | Jordan Bird | Creditor | Franks Exploration Co, AEH Investments, J & A Harris Bundero Investment Co., Kingston, Hughes Oil South, KMR Investments, Tommy Youngblood |
| Counsel | David R. Taggart, David Morgan | Creditor | J.F. Howell Interests |
| Counsel | Timothy Swanson, Craig Geno, Walker Sturdivant | Creditor | Kudzu Oil Properties, Alabama Oil Co. & Apple River Investments, Alabama Oil & Gas, LLC |
| Counsel | Jim Spencer | Creditor | Landmark Oil and Gas, Landmark Exploration, Lexington Investments, Stone Development, |
| Counsel | Duane Brescia, Fain Brock | Creditor | Lucas Petroleum Oil |
| Counsel | Christopher Meredith, Glen Taylor | Creditor | PAR Minerals, Eastern Fishing & Tool Rental Company, and Coastal Exploration |

| | | | |
|---|---|---|---|
| Counsel | Jeremy Retherford, Matt Ochs, Stan Kynerd, Rick Calhoon, David Hilton | Creditor | Pruet Oil Company, LLC, Pruet Production Co. (individually and as agent) |
| Counsel | James Bailey | Creditor | Stoneham Drilling |
| Counsel | Robert Paddock, Louis Goza, John Aubrey | Creditor | Strago Petroleum Corporation, Meritage Energy Ltd, Gateway Exploration, Harvest Gas Management, G Crew Properties |
| Counsel | Thomas Shipps, Shay Denning, Barnet Skelton Jr., Jim Goolsby, Trey Sibley, Mike Pickens, Will Lett, Hiram Lucius | Creditor | Tauber Exploration & Production Co, CTM 2005, Ltd., I & L Miss I, LP, Pickens Financial Group, LLC, MER Energy, Ltd., The MR Trust, Tara Rudman Revocable Trust, Rudman Family Trust, The Rudman Partnership, Feather River 75, LLC |

Proceedings: Evidentiary Hearing on: (1) Debtors' Motion for Authority to Use Cash Collateral (Dkt. No. 34); (2) Debtors' Motion for Authority to Pay Pre-Petition Joint Interest Billing Obligations as Critical Vendors (Dkt. No. 41) and (3) Motion to Honor and Pay Overriding Royalty, Royalty, and Working Interest Obligations; and Offset Joint Interest Billing Obligations (Dkt. No. 37); (4) Debtors' Application to Employ Berg Hill Greenleaf & Ruscitti, LLP as Special Counsel; (5) Motion to Approve Payment Procedure for Professional Fees and Costs; and all objections thereto

☒ Witnesses Sworn   ☒ Exhibits Entered   ☒ Evidentiary Hearing[1]
☒ The following individuals were sworn as witnesses and testified: Howard Sklar, Trey Sibley, Mike Pickens, Walker Sturdivant
☒ The Court received into evidence the following of the Debtors' Exhibits: D9
☒ The Court received into evidence the following of Tauber Group's Exhibits: TAU-A, TAU-B, TAU-D through TAU-J, TAU-L; TAU-L-1
☒ The Court took judicial notice of Ex. FPCC-E (copy also at Docket No. 85)
☒ The Court took judicial notice of Ex. Bank-A
☒ The Court received into evidence the following of Kudzu Parties' Exhibits: KUD-A through KUD-C

Orders:

☒ At the conclusion of the hearing, the Court took the Debtors' Motion for Authority to Use Cash Collateral (Dkt. No. 34) and Motion to Honor and Pay Overriding Royalty, Royalty, and Working Interest Obligations; and Offset Joint Interest Billing Obligations (Dkt. No. 37) under advisement and will issue a ruling in due course.

☒ Debtors and the objectors to Debtors' Application to Employ Berg Hill Greenleaf & Ruscitti, LLP as Special Counsel (Dkt. No. 10) and to Debtors' Motion for Authority to Pay Pre-Petition Joint Interest Billing Obligations as Critical Vendors (Dkt. No. 41) agreed to defer a hearing on those matters. Counsel should notify the Court when they are ready to have those matters heard by the Court.

☒ Counsel indicated that Debtors and the objectors to Debtors' Motion to Approve Payment Procedure for Professional Fees and Costs have reached a stipulation. The Court will take no further action until counsel submits a revised proposed order.

---

[1] This hearing is considered evidentiary for statistical purposes.

Date: May 12, 2020 BY THE COURT:

*Elizabeth E. Brown*

Elizabeth E. Brown, U.S. Bankruptcy Judge