UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

## NOTICE OF FILING AGREED ORDER APPROVING INTERIM ADVANCE PAYMENT PROCEDURES

The Debtors, Sklar Exploration Company, LLC and Sklarco, LLC, by and through their attorneys, Kutner Brinen, P.C., hereby file their agreed proposed Order Approving Interim Advance Payment Procedures, attached hereto as Exhibit A. A redline comparison from the originally proposed order is attached hereto as Exhibit B.

Dated: May 14, 2020              Respectfully submitted,

By: _/s/ Keri L. Riley_____
 Lee M. Kutner, #10966
 Keri L. Riley, #47605
 **KUTNER BRINEN, P.C.**
 1660 Lincoln St., Suite 1850
 Denver, CO 80264
 Telephone: (303) 832-2400
 E-Mail: lmk@kutnerlaw.com