**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | Chapter 11 |
| EIN: 72-1417930 | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | Chapter 11 |
| EIN: 72-1425432 | ) | |
| | ) | ***Jointly Administered Under*** |
| Debtor. | ) | ***Case No. 20-12377-EEB*** |

**UNITED STATES TRUSTEE'S AMENDED[1] APPOINTMENT OF
OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Patrick S. Layng, the United States Trustee for Region 19, hereby amends the appointment of the Official Committee of Unsecured Creditors in the case of Sklar Exploration Company, LLC, Case No. 20-12377-EEB. The Official Committee of Unsecured Creditors is now comprised of the following:

Stoneham Drilling Corporation (Representative: Heather Stickel)
c/o James B. Bailey
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203
(205) 521-8913 - phone
(205) 488-6913 - fax
jbailey@bradley.com

Mesa Fluids, LLC (Representative: Aaron W. Merrell)
1669 S. 580 East
American Fork, UT, 84057
(801) 372-2219 - phone
aaron.merrell@mesafluids.com

TCP Cottonwood, L.P. (Representative: Kyle C. McInnis)
c/o Eric Lockridge
400 Convention St., Suite 700
Baton Rouge, LA 70802
(225) 389-3756 - phone
eric.lockridge@keanmiller.com

---

[1] The creditor FPCC USA, Inc. resigned from the committee on April 29, 2020. No creditors were added to the Unsecured Creditors' Committee. The remaining members of the original appointment to the Official Unsecured Creditors Committee in the Sklar Exploration Company, LLC, case are reflected herein.

RAPAD Well Service Company, Inc. (Representative: Chesley James)
c/o Jeremy Retherford
Balch & Bingham, LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203-4642
(205) 226-3479 - phone
jretherford@balch.com

Kelley Brothers Contractors, Inc. (Representative: Jerry Kelley)
401 County Farm Rd.
Waynesboro, MS 39367
(601) 323-4175 - phone
(601) 735-2809 - fax
kelleybros@kelleycompanies.com

Baker Hughes Company (Representative: Christopher J. Ryan)
2001 Rankin Road
Houston, TX 77073
(713) 879-1063 - phone
chris.ryan@bakerhughes.com

    Wherefore the UST files this Amended Notice of Appointment of Creditors' Committee in the chapter 11 case of Sklar Exploration Company, Inc. (Case No. 20-12377-EEB).

Dated: May 14, 2020                    Respectfully submitted,

                                              PATRICK S. LAYNG
                                              UNITED STATES TRUSTEE

                                              /s/ Paul Moss
                                              By: Paul Moss, #26903
                                              Trial Attorney for the U.S. Trustee
                                              1961 Stout Street, Suite 12-200
                                              Denver, CO 80294
                                              (303) 312-7995
                                              (303) 312-7259 fax
                                              Paul.Moss@usdoj.gov

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on May 14, 2020, a copy of the UNITED STATES TRUSTEE'S AMENDED APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS was served electronically through the CM/ECF system on the following parties (and any other parties requesting electronic notice through the court):

***VIA CM/ECF:***
Lee M. Kutner
Keri L. Riley
Jeffrey S. Brinen
Christopher D. Johnson
James B. Bailey
Victoria N. Argeroplos
Joseph Eric Bain
Duane Brescia
John Cornwell
Shay L. Denning
Benjamin Y. Ford
Craig M. Geno
Michael J. Guyerson
Jennifer Hardy
Eric Lockridge
Ryan Lorenz
Christopher Meredith
David M. Miller
Timothy C. Mohan
Kevin S. Neiman
Matthew J. Ochs
Matthew Okin
Jennifer Norris Soto
John Thomas Oldham
Robert L. Paddock
Robert Padjen
Jeremy L. Retherford
Timothy Michael Riley
Katherine A. Ross
Michael D. Rubenstein
Craig K. Schuenemann
Ryan Sidemann
Thomas H. Shipps
Barnet B. Skeleton, Jr.
Jim F. Spencer, Jr.
Bryce Suzuki
Timothy M. Swanson
David R. Taggart
Glenn Taylor
Madison M. Tucker
Amy Vazquez
Deanna L. Westfall
Michael Niles
Brian Rich
Jordan B. Bird
Grant Matthew Beiner

                  s/ Paul Moss
                  Office of the United States Trustee