# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| SKLAR EXPLORATION COMPANY, LLC, *et al.*,[1] | § § § | Case No. 20-12377-EEB |
| Debtors. | § § | (Jointly Administered) |

**COMMITTEE'S LIMITED JOINDER TO DEBTORS' OBJECTION AND RESPONSE TO STRAGO GROUP'S MOTION FOR ORDER DIRECTING DEBTOR SKLAR EXPLORATION COMPANY, LLC TO ASSUME OR REJECT EXECUTORY CONTRACT**
**[Related Docket No. 217]**

The Official Committee of Unsecured Creditors (the "Committee") in the above-captioned bankruptcy case of Sklar Exploration Company, LLC, ("SEC") and Sklarco, LLC ("Sklarco", and collectively with SEC, the "Debtors"), by and through its counsel Munsch Hardt Kopf & Harr, P.C. ("Munsch Hardt"), files this limited joinder ("Limited Joinder") to Debtors' *Objection and Response to Strago Group's Motion for Order Directing Debtor Sklar Exploration Company, LLC to Assume or Reject Executory Contract* [Dkt. No. 217] ("Debtors' Objection"), and states as follows:

1. On April 1, 2020, the Debtors each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition Date"). The Debtors remain in possession of their property and continue to operate their businesses as debtors-in-possession in accordance with sections 1107 and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

2. On April 16, 2020, the Office of the United States Trustee for Region 19 organized and appointed the Committee. On that same day, the Committee selected, subject to the Court's approval, Munsch Hardt to serve as its counsel.

3. On April 30, 2020, Strago Petroleum, Meritage Energy Limited, Gateway Exploration LLC, GCREW Properties, LLC, and Harvest Gas Management, LLC (collectively the "Strago Group") filed its *Motion for Order Directing Debtor Sklar Exploration Company, LLC to Assume or Reject Executory Contract* [Dkt. No. 204] (the "Strago Group's Motion"), asking this Court to order SEC to assume or reject the joint operating agreement ("JOA") of the Strago Group.

4. On May 5, 2020, the Debtors filed their Objection to the Strago Motion, stating that less expensive ways to extend Strago Group's rights under the JOA exist and that an extension on the drilling of the well should be sought out rather than assumption or rejection of the JOA. The Debtors state that the costs associated with the assumption of Strago Group's JOA would cause an undue financial burden on the estate through a drilling obligation of approximately $2 million, and the curing of all amounts owed under the JOA.

5. On May 7, 2020, the Strago Group filed their *Motion to Shorten Notice to File Objection to Strago Group's Motion for Order Directing Debtor Sklar Exploration Company, LLC to Assume or Reject Executory Contract* [Dkt. No. 250] ("Strago Group's Notice"), shortening the time frame for objections from fourteen (14) days down to seven (7) days, due to the pending May 20, 2020 lease expiration.

6. On May 8, 2020, this Court granted Strago Group's Notice, setting the deadline to object or otherwise respond as May 14, 2020, and setting the evidentiary hearing of Strago Group's Motion by video conference as May 18, 2020.

7. Accordingly, the Committee joins in the Debtors' Objection, to the extent that there is a less expensive way to extend the rights under the underlying JOA, and seeking an extension on the drilling of the well. An extension would be in the best interest of all creditors and working interest owners involved, and would prevent unnecessary funds from being drained from the estate in both a drilling capacity and through the curing of all amounts associated with assumption of the JOA.

WHEREFORE, the Committee files this limited joinder to the Debtors' Objection, and respectfully requests that the Court enter an Order denying the Strago Group's Motion, and for such further and additional relief as the Court may appear proper.

Respectfully submitted this 14th day of May, 2020

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ *Christopher D. Johnson*
 Christopher D. Johnson
 Tex. Bar No. 24012913
 John D. Cornwell
 Tex. Bar No. 24050450
 Grant M. Beiner
 Tex. Bar No. 24116090
 700 Milam Street, Suite 2700
 Houston, Texas 77002
 713-222-1470 (tel.)
 713-222-1475 (fax)
 cjohnson@munsch.com
 jcornwell@munsch.com
 gbeiner@munsch.com

**COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

4840-8432-2748v.2

## **CERTIFICATE OF SERVICE**

    This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on May 14, 2020.

                                                          */s/ Christopher D. Johnson*
                                                          Christopher D. Johnson