**From:** Andrew Long <Andrew.Long@EastWestBank.com>
**Sent:** Friday, December 6, 2019 10:13 AM
**To:** John Strausser <JStrausser@sklarexploration.com>
**Cc:** Laura Nelson <Laura.Nelson@eastwestbank.com>; Devin Eaton <Devin.Eaton@eastwestbank.com>
**Subject:** Sklar Follow-Up - Current Ratio Waiver

Hey John,

Hope you had a good week.  It was good chatting earlier in the week.

I wanted to circle back, and confirm somethings we chatted about it…As we discussed, EWB will do the Current Ratio waiver, and the fee will be the **5 bps** ($12,500.00).

Our credit group will be requiring updated FY 2020 cash flow projections with credit metrics (leverage ratio, interest coverage...etc.). They will want these before the Fall 2019 review is complete. This is now needed with the significant increase in the leverage profile, at 9/30/2019, to near covenant maximum. Do you think that could be delivered by next Friday?

It will also help determine what level of MCRs we may have to put in place to bring leverage down, as we briefly discussed on the phone. Reducing the leverage profile will be a top priority.

With the delivery of the LOS statement, yesterday, our Engineering group has formally kicked off their review for the Fall 2019 Redetermination.

Thanks,
Andy

 

Andrew ("Andy") Long
Vice President
Relationship Manager
National Energy Finance
Main:   469.801.7383 | Cell: 972.322.5306
Andrew.Long@EastWestBank.com

5001 Spring Valley Rd.
Ste 825W, Dallas TX 75244

Read our Digital Magazine Reach Further

1660 Lincoln St., Suite 1850\
Denver, CO  80264\
Office: 303-832-2400\
Direct: 303-832-2711\
lmk@kutnerlaw.com

