```
               Dan Carter Advisors CPA PLC
                 396 Pettis Ave SE  #200
                    Ada, MI   49301
                     616-818-1976
                     616-818-1976
```

April 12, 2019


Sklarco LLC
401 Edwards St  Suite 1601
Shreveport, LA  71101


Re:  Michigan Angel Investment Fund Lp
     Trout Creek Ventures, Lp


Dear Partner:

Attached is your copy of the 2018 Partnership Form 1065 Schedule K-1. This schedule summarizes your information from the partnership. This information has been provided to the Internal Revenue Service with the U.S. Partnership Return of Income, Form 1065.

The information provided on this schedule should be entered on your tax return, in accordance with the instructions in Schedule K-1, page 2. If your return will be prepared by your accountant or attorney, you should provide a copy of this schedule to the preparer with your other tax information.

We thank you for the opportunity to serve you.

Sincerely,



Dan Carter Advisors CPA PLC

651118

| Schedule K-1 (Form 1065) | 2018 | ☐ Final K-1 ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2018, or tax year beginning _____ ending _____ | **Part III** Partner's Share of Current Year Income, Deductions, Credits, and Other Items | |

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

| Part III | | |
|---|---|---|
| 1 Ordinary business income (loss) | -3,471. | 15 Credits |
| 2 Net rental real estate income (loss) | | |
| 3 Other net rental income (loss) | | 16 Foreign transactions |
| 4 Guaranteed payments | | |
| 5 Interest income | | |
| 6a Ordinary dividends | | |
| 6b Qualified dividends | | 17 Alternative min tax (AMT) items |
| | | A   -23. |
| 6c Dividend equivalents | | |
| 7 Royalties | | 18 Tax-exempt income and nondeductible expenses |
| | | C*   40. |
| 8 Net short-term capital gain (loss) | | |
| 9a Net long-term capital gain (loss) | 101. | 19 Distributions |
| 9b Collectibles (28%) gain (loss) | | |
| 9c Unrecaptured sec 1250 gain | | 20 Other information |
| | | Z *   -4,602. |
| | | AA *   8,904. |
| 10 Net section 1231 gain (loss) | -18. | AB *   2,151. |
| | | AC *   0. |
| 11 Other income (loss) | | AD *   0. |
| I *   -528. | | |
| 12 Section 179 deduction | | |
| 13 Other deductions | | |
| K   1,529. | | |
| W*   228. | | |
| 14 Self-employment earnings (loss) | | |
| A   0. | | |

### Part I — Information About the Partnership

**A** Partnership's employer identification number
45-5055442

**B** Partnership's name, address, city, state, and ZIP code
MICHIGAN ANGEL INVESTMENT FUND LP
TROUT CREEK VENTURES, LP
6864 MAPLECREST DR SE
GRAND RAPIDS, MI 49546

**C** IRS Center where partnership filed return
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's identifying number
**-***5432

**F** Partner's name, address, city, state, and ZIP code
SKLARCO LLC
401 EDWARDS ST SUITE 1601
SHREVEPORT, LA 71101

**G** ☐ General partner or LLC member-manager ☒ Limited partner or other LLC member

**H** ☒ Domestic partner ☐ Foreign partner

**I1** What type of entity is this partner? PARTNERSHIP
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 22.2220000% | 22.2220000% |
| Loss | 22.2220000% | 22.2220000% |
| Capital | 22.2222200% | 22.2222200% |

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ 9,421. |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 0. | $ 0. |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ 366,861. |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ -8,519. |
| Withdrawals & distributions | $ ( ) |
| Ending capital account | $ 358,342. |

☒ Tax basis ☐ GAAP ☐ Section 704(b) book ☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes ☒ No
If "Yes," attach statement (see instructions)

*See attached statement for additional information.

For IRS Use Only

811261 12-11-18 LHA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.    www.irs.gov/Form1065    Schedule K-1 (Form 1065) 2018

MICHIGAN ANGEL INVESTMENT FUND LP TROUT                             45-5055442

---

### SCHEDULE K-1            OTHER INCOME, BOX 11, CODE I

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| ADJUSTMENT TO OTHER INCOME | ENTER ON APPLICABLE LINE OF YOUR RETURN | -528. |
| TOTAL TO SCHEDULE K-1, BOX 11, CODE I | | -528. |

---

### SCHEDULE K-1            OTHER DEDUCTIONS, BOX 13, CODE W

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| OTHER DEDUCTIONS FROM PASSTHROUGH ENTITIES | SEE IRS SCH. K-1 INSTRUCTIONS | 228. |
| TOTAL TO SCHEDULE K-1, BOX 13, CODE W | | 228. |

---

### SCHEDULE K-1            NONDEDUCTIBLE EXPENSES, BOX 18, CODE C

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| NONDEDUCTIBLE EXPENSES - PASSTHROUGH | SEE IRS SCH. K-1 INSTRUCTIONS | 40. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 40. |

---

### SCHEDULE K-1            SECTION 199A ITEMS, BOX 20
### CODES Z THROUGH AD

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
|  | BFC-BFX, LLC   BURGAFLEX (PT) | |
| Z  | SECTION 199A QUALIFIED BUSINESS INCOME | -4,602. |
| AA | SECTION 199A W-2 WAGES | 8,904. |
| AB | SECTION 199A UNADJUSTED BASIS | 2,151. |
| AC | SECTION 199A REIT DIVIDENDS | 0. |
| AD | SECTION 199A PTP INCOME | 0. |

PARTNER NUMBER 2

19570412 146025 TROUTCREEK        2018.03030 MICHIGAN ANGEL INVESTMENT F TROUTCR1

MICHIGAN ANGEL INVESTMENT FUND LP TROUT        45-5055442

---

SCHEDULE K-1        SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODES Z, AA, AB, AC AND AD. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

---

SCHEDULE K-1        CURRENT YEAR INCREASES (DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---:|---:|
| ORDINARY INCOME (LOSS) | -3,471. | |
| LONG-TERM CAPITAL GAIN (LOSS) | 101. | |
| SECTION 1231 GAIN (LOSS) | -18. | |
| OTHER INCOME (LOSS) | -528. | |
|     SCHEDULE K-1 INCOME SUBTOTAL | | -3,916. |
| OTHER DEDUCTIONS | -1,757. | |
|     SCHEDULE K-1 DEDUCTIONS SUBTOTAL | | -1,757. |
|     NET INCOME (LOSS) PER SCHEDULE K-1 | | -5,673. |
| MISCELLANEOUS DEDUCTIONS ON BOOKS AND NOT ON RETURN | -2,846. | |
|     OTHER INCREASES OR DECREASES SUBTOTAL | | -2,846. |
| TOTAL TO SCHEDULE K-1, ITEM L | | -8,519. |

Schedule K-1 (Form 1065) 2018                                                                                                                   Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040.
For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

| | | | | Code | | Report on |
|---|---|---|---|---|---|---|
| 1. | Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows. | | | J | Work opportunity credit | |
| | | | | K | Disabled access credit | |
| | | Report on | | L | Empowerment zone employment credit | |
| | Passive loss | See the Partner's Instructions | | M | Credit for increasing research activities | See the Partner's Instructions |
| | Passive income | Schedule E, line 28, column (h) | | N | Credit for employer social security and Medicare taxes | |
| | Nonpassive loss | See the Partner's Instructions | | O | Backup withholding | |
| | Nonpassive income | Schedule E, line 28, column (k) | | P | Other credits | |
| 2. | Net rental real estate income (loss) | See the Partner's Instructions | 16. | Foreign transactions | | |
| 3. | Other net rental income (loss) | | | A | Name of country or U.S. possession | |
| | Net income | Schedule E, line 28, column (h) | | B | Gross income from all sources | Form 1116, Part I |
| | Net loss | See the Partner's Instructions | | C | Gross income sourced at partner level | |
| 4. | Guaranteed payments | Schedule E, line 28, column (k) | | Foreign gross income sourced at partnership level | | |
| 5. | Interest income | Form 1040, line 2b | | D | Section 951A category | |
| 6a. | Ordinary dividends | Form 1040, line 3b | | E | Foreign branch category | |
| 6b. | Qualified dividends | Form 1040, line 3a | | F | Passive category | Form 1116, Part I |
| 6c. | Dividend equivalents | See the Partner's Instructions | | G | General category | |
| 7. | Royalties | Schedule E, line 4 | | H | Other | |
| 8. | Net short-term capital gain (loss) | Schedule D, line 5 | | Deductions allocated and apportioned at partner level | | |
| 9a. | Net long-term capital gain (loss) | Schedule D, line 12 | | I | Interest expense | Form 1116, Part I |
| 9b. | Collectibles (28%) gain (loss) | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) | | J | Other | Form 1116, Part I |
| 9c. | Unrecaptured section 1250 gain | See the Partner's Instructions | | Deductions allocated and apportioned at partnership level to foreign source income | | |
| 10. | Net section 1231 gain (loss) | See the Partner's Instructions | | K | Section 951A category | |
| 11. | Other income (loss) | | | L | Foreign branch category | |
| | Code | | | M | Passive category | Form 1116, Part I |
| | A  Other portfolio income (loss) | See the Partner's Instructions | | N | General category | |
| | B  Involuntary conversions | See the Partner's Instructions | | O | Other | |
| | C  Sec. 1256 contracts & straddles | Form 6781, line 1 | | Other information | | |
| | D  Mining exploration costs recapture | See Pub. 535 | | P | Total foreign taxes paid | Form 1116, Part II |
| | E  Cancellation of debt | Schedule 1 (Form 1040), line 21 or Form 982 | | Q | Total foreign taxes accrued | Form 1116, Part II |
| | F  Section 951A income | | | R | Reduction in taxes available for credit | Form 1116, line 12 |
| | G  Section 965(a) inclusion | | | S | Foreign trading gross receipts | Form 8873 |
| | H  Subpart F income other than sections 951A and 965 inclusion | See the Partner's Instructions | | T | Extraterritorial income exclusion | Form 8873 |
| | I  Other income (loss) | | | U | Section 951A(c)(1)(A) tested income | |
| 12. | Section 179 deduction | See the Partner's Instructions | | V | Tested foreign income tax | |
| 13. | Other deductions | | | W | Section 965 information | See the Partner's Instructions |
| | A  Cash contributions (60%) | | | X | Other foreign transactions | |
| | B  Cash contributions (30%) | | 17. | Alternative minimum tax (AMT) items | | |
| | C  Noncash contributions (50%) | | | A | Post-1986 depreciation adjustment | |
| | D  Noncash contributions (30%) | See the Partner's Instructions | | B | Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| | E  Capital gain property to a 50% organization (30%) | | | C | Depletion (other than oil & gas) | |
| | F  Capital gain property (20%) | | | D | Oil, gas, & geothermal - gross income | |
| | G  Contributions (100%) | | | E | Oil, gas, & geothermal - deductions | |
| | H  Investment interest expense | Form 4952, line 1 | | F | Other AMT items | |
| | I  Deductions - royalty income | Schedule E, line 19 | 18. | Tax-exempt income and nondeductible expenses | | |
| | J  Section 59(e)(2) expenditures | See the Partner's Instructions | | A | Tax-exempt interest income | Form 1040, line 2a |
| | K  Excess business interest expense | See the Partner's Instructions | | B | Other tax-exempt income | See the Partner's Instructions |
| | L  Deductions - portfolio (other) | Schedule A, line 16 | | C | Nondeductible expenses | See the Partner's Instructions |
| | M  Amounts paid for medical insurance | Schedule A, line 1 or Schedule 1 (Form 1040), line 29 | 19. | Distributions | | |
| | N  Educational assistance benefits | See the Partner's Instructions | | A | Cash and marketable securities | |
| | O  Dependent care benefits | Form 2441, line 12 | | B | Distribution subject to section 737 | See the Partner's Instructions |
| | P  Preproductive period expenses | See the Partner's Instructions | | C | Other property | |
| | Q  Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions | 20. | Other information | | |
| | R  Pensions and IRAs | See the Partner's Instructions | | A | Investment income | Form 4952, line 4a |
| | S  Reforestation expense deduction | See the Partner's Instructions | | B | Investment expenses | Form 4952, line 5 |
| | T  through V | Reserved for future use | | C | Fuel tax credit information | Form 4136 |
| | W  Other deductions | See the Partner's Instructions | | D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| | X  Section 965(c) deduction | See the Partner's Instructions | | E | Basis of energy property | See the Partner's Instructions |
| 14. | Self-employment earnings (loss) | | | F | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| Note: If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE. | | | | G | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | A  Net earnings (loss) from self-employment | Schedule SE, Section A or B | | H | Recapture of investment credit | See Form 4255 |
| | B  Gross farming or fishing income | See the Partner's Instructions | | I | Recapture of other credits | See the Partner's Instructions |
| | C  Gross non-farm income | See the Partner's Instructions | | J | Look-back interest - completed long-term contracts | See Form 8697 |
| 15. | Credits | | | K | Look-back interest - income forecast method | See Form 8866 |
| | A  Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | | | L | Dispositions of property with section 179 deductions | |
| | B  Low-income housing credit (other) from pre-2008 buildings | | | M | Recapture of section 179 deduction | |
| | C  Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Partner's Instructions | | N | Interest expense for corporate partners | |
| | D  Low-income housing credit (other) from post-2007 buildings | | | O through Y | | |
| | E  Qualified rehabilitation expenditures (rental real estate) | | | Z | Section 199A income | |
| | F  Other rental real estate credits | | | AA | Section 199A W-2 wages | See the Partner's Instructions |
| | G  Other rental credits | | | AB | Section 199A unadjusted basis | |
| | H  Undistributed capital gains credit | Schedule 5 (Form 1040), line 74, box a | | AC | Section 199A REIT dividends | |
| | I  Biofuel producer credit | See the Partner's Instructions | | AD | Section 199A PTP income | |
| | | | | AE | Excess taxable income | |
| | | | | AF | Excess business interest income | |
| | | | | AG | Gross receipts for section 59A(e) | |
| | | | | AH | Other information | |

811262 02-13-19