```
                          United States Bankruptcy Court
                              District of Colorado

In re:                                                          Case No. 20-12377-EEB
Sklar Exploration Company, LLC                                  Chapter 11
Sklarco, LLC
        Debtors                       CERTIFICATE OF NOTICE
District/off: 1082-1          User: admin              Page 1 of 4              Date Rcvd: May 14, 2020
                              Form ID: pdf904          Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2020.
db/db          +Sklar Exploration Company, LLC,    Sklarco, LLC,    5395 Pearl Parkway,    Suite 200,
                 Boulder, CO 80301-2541
aty            +Cook, Yancey, King & Galloway, APLC,    333 Texas Street,    Suite 1700,    P.O. Box 22260,
                 Shreveport, LA 71120-2260
cr             +AEEC II, LLC,    333 Texas Street,    #2020,    Shreveport, LA 71101-3680
cr             +AEH Investments, LLC,    333 Texas Street,    Suite 1414,    Shreveport, LA 71101-3678
cr             +Anderson Exploration Energy Company, LC,    333 Texas Street,    #2020,
                 Shreveport, LA 71101-3680
cr             +Baker Hughes, a GE Company LLC,    C/O Christopher J. Ryan,    17021 Aldine Westfield Road,
                 Houston, TX 77073-5101
cr             +Barbara P Lawrence,    55 Hill Circle,    Evergreen, CO 80439-4618
cr             +Barnette & Benefield, Inc.,    PO Box 550,    Haynesville, LA 71038-0550
cr             +Bundero Investment Company, LLC,    401 Edwards Street,    Suite 820,    Shreveport, LA 71101-5521
cr             +Estate of Pamela Page, Deceased,    P.O. Box 374,    Evergreen, CO 80437-0374
cr             +Franks Exploration Company, LLC,    P.O. Box 7655,    Shreveport, LA 71137-7655
cr             +I & L Miss I, LP,    4761 Frank Luck Dr,    Addison, TX 75001-3202
cr             +J&A Harris, LP,    333 Texas Street,    Suite 1414,    Shreveport, LA 71101-3678
cr             +Kingston, LLC,    2790 South Thompson Street,    Suite 102,    Springdale, AR 72764-6303
cr             +Kodiak Gas Services, LLC,    15320 Hwy. 105, Suite 210,    Montgomery, TX 77356-2602
cr              Landmark Exploration, LLC,    C/O Jim F. Spencer, Jr., Esq.,    Watkins & Eager PLLC,
                 PO Box 650,    PO Box 650,    Jackson, MS 39205-0650
cr              Landmark Oil and Gas, LLC,    C/O Jim F. Spencer, Jr., Esq.,    Watkins & Eager PLLC,
                 PO Box 650,    PO Box 650,    Jackson, MS 39205-0650
cr              Lexington Investments, LLC,    C/O Jim F. Spencer, Jr., Esq.,    Watkins & Eager PLLC,
                 PO Box 650,    PO Box 650,    Jackson, MS 39205-0650
cr             +Lucas Petroleum Group, Inc.,    c/o Duane J. Brescia,    Clark Hill Strasburger,
                 720 Brazos, Suite 700,    Austin, TX 78701-2531
cr             +Pickens Financial Group, LLC,    10100 N. Central Expressway, Suite 200,    Dallas, TX 75231-4169
cr             +Pine Island Chemical Solutions, L.L.C.,    c/o Armistead M. Long,
                 Gordon, Arata, Montgomery, Barnett,    400 East Kaliste Saloom Road,    Suite 4200,
                 Lafayette, LA 70508-8522
cr             +Seitel Data, Ltd.,    c/o Duane J. Brescia,    Clark Hill Strasburger,    720 Brazos, Suite 700,
                 Austin, TX 78701-2531
cr              Stone Development, LLC,    C/O Jim F. Spencer, Jr., Esq.,    Watkins & Eager PLLC,    PO Box 650,
                 PO Box 650,    Jackson, MS 39205-0650
cr             +Stoneham Drilling Corporation,    c/o Bradley,    Attn: James B. Bailey,
                 1819 Fifth Avenue North,    Birmingham, AL 35203-2120
cr             +Sugar Oil Properties, L.P.,    625 Market Street,    Suite 100,    Shreveport, LA 71101-5392
cr             +TCP Cottonwood, L.P.,    333 Texas Street,    #2020,    Shreveport, LA 71101-3680
cr             +Tauber Exploration & Production Company,    55 Waugh Drive, Suite 700,    Houston, TX 77007-5837
18754408       +Anderson Investment Holdings, LP,    AEEC II, LLC,    333 Texas Street, Suite 2020,
                 Shreveport, LA 71101-3680
18754411       +Apple River Investments, L.L.C.,    Attn Robert M. Boeve, President,    1503 Garfield Road North,
                 Traverse City, MI 49696-1111
18754484       +East West Bank Treasury Department,    135 North Los Robles Avenue,    Suite 600,
                 ATTN Linda Cox,    Pasadena, CA 91101-4549
18754510       +FPCC USA, Inc.,    245 Commerce Green Blvd, Ste 250,    Sugar Land, TX 77478-3760
18754497       +Fant Energy Limited,    P.O. Box 55205,    Houston, TX 77255-5205
18754529       +H&H Construction, LLC,    Ladon E. Hall, Sole Manager,    P.O. Box 850,    Flomaton, AL 36441-0850
18754560        JD Fields & Company, Inc.,    P.O. Box 134401,    Houston, TX 77219-4401
18754567       +JJS Working Interest LLC,    2001 Kirby Dr, Suite 1110,    Houston, TX 77019-6081
18754578       +Kelley Brothers Contractors, Inc.,    P.O. Drawer 1079,    Waynesboro, MS 39367-1079
18754588       +Kudzu Oil Properties, LLC,    300 Concourse Blvd, Suite 101,    Ridgeland, MS 39157-2091
18754598        Lucas Petroleum Group, Inc.,    327 Congress Avenue, Suite 500,    Austin, TX 78701-3656
18754612       +Meritage Energy, Ltd.,    C/O BKD, LLP,    2700 Post Oak Blvd, Ste 1500,    Houston, TX 77056-5829
18754613        Mesa Fluids, LLC,    c/o Juno Financial,    P.O. Box 173928,    Denver, CO 80217-3928
18754664        Pro-Tek Field Services, LLC,    P.O. Box 919205,    Dallas, TX 75391-9269
18754666       +Pruet Oil Company, LLC,    217 West Capitol St. Ste 201,    Jackson, MS 39201-2099
18754673       +Rapad Well Service Co., Inc.,    217 West Capitol Street,    Jackson, MS 39201-2004
18754720       +Stoneham Drilling Corporation,    707 17th Street,    Suite 3250,    Denver, CO 80202-3433
18754721        Strago Petroleum Corporation,    3209 Hamm Road,    Pearland, TX 77581-5503
18754735       +TCP Cottonwood, L.P.,    333 Texas Street, Suite 2020,    Shreveport, LA 71101-3680
18754760       +Union Oilfield Supply, Inc.,    12 John Dykes Road,    Waynesboro, MS 39367-8371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: tim.swanson@moyewhite.com May 15 2020 01:15:26     Alabama Oil Company,
                 c/o Timothy M Swanson,    Moye White LLP,    1400 16th Street, 6th Floor,    Denver, CO  80202
cr             +E-mail/Text: cmccord@mccordprod.com May 15 2020 01:15:01      CTM 2005, Ltd.,
                 55 Waugh Drive, Suite 515,    Houston, TX 77007-5840
cr             +E-mail/PDF: dor_tac_bankruptcy@state.co.us May 15 2020 01:35:27
                 Colorado Department Of Revenue,    1375 Sherman St.,    Room 504,    Attention Bankruptcy Unit,
                 Denver, CO 80261-3000
```

```
District/off: 1082-1                User: admin                Page 2 of 4                Date Rcvd: May 14, 2020
                                    Form ID: pdf904            Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
cr              +E-mail/Text: bankruptcy@coag.gov May 15 2020 01:15:27     Colorado Department of Law,
                  1300 Broadway, 8th Floor,   Denver, CO 80203-2104
cr               E-mail/Text: tim.swanson@moyewhite.com May 15 2020 01:15:27    Kudzu Oil Properties, LLC,
                  c/o Timothy M. Swanson,   Moye White LLP,   1400 16th Street, 6th Floor,   Denver, CO  80202
                                                                                             TOTAL: 5
```

***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2020 at the address(es) listed below:

```
              Amy Vazquez    on behalf of Creditor    FPCC USA, Inc. avazquez@joneswalker.com
              Armistead Mason Long    on behalf of Creditor    Pine Island Chemical Solutions, L.L.C.
               along@gamb.law
              Barnet B Skelton, Jr    on behalf of Creditor    Rudman Family Trust barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    CTM 2005, Ltd. barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    Rudman Partnership barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    Feather River 75, LLC barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    MER Energy, LTD barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    MR Oil & Gas, LLC barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    I & L Miss I, LP barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    Tara Rudman Revocable Trust barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    The Rudman Partnership barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    Pickens Financial Group, LLC barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor    Tauber Exploration & Production Company
               barnetbjr@msn.com
              Brian Rich    on behalf of Creditor    Fletcher Petroleum Company, LLC brich@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Brian Rich    on behalf of Creditor    Fletcher Exploration, LLC brich@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Brian Rich    on behalf of Creditor    Fletcher Petroleum Corp. brich@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Bryce Suzuki    on behalf of Creditor    East-West Bank bryce.suzuki@bclplaw.com,
               tina.daniels@bclplaw.com
              Christopher Meredith    on behalf of Creditor    PAR Minerals Corporation cmeredith@cctb.com,
               bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Christopher Meredith    on behalf of Creditor    Coastal Exploration, Inc. cmeredith@cctb.com,
               bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Christopher Meredith    on behalf of Attorney    Copeland, Cook, Taylor & Bush, P.A.
               cmeredith@cctb.com,   bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Christopher Meredith    on behalf of Creditor    Eastern Fishing & Rental Tool Company, Inc.
               cmeredith@cctb.com,   bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Christopher D. Johnson    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors cjohnson@munsch.com,   scurry@munsch.com
              Craig K. Schuenemann    on behalf of Creditor    East-West Bank craig.schuenemann@bryancave.com,
               alicia.berry@bryancave.com,44Team_DEN@bryancave.com
              Craig M. Geno    on behalf of Creditor    Alabama Oil Company cmgeno@cmgenolaw.com,
               kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
              Craig M. Geno    on behalf of Creditor    Kudzo Oil Properties, LLC cmgeno@cmgenolaw.com,
               kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
              Craig M. Geno    on behalf of Creditor    Apple River Investments, LLC cmgeno@cmgenolaw.com,
               kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
              David M. Miller    on behalf of Creditor    Bri-Chem Supply Corp., LLC dmiller@spencerfane.com,
               nschacht@spencerfane.com
              David R Taggart    on behalf of Creditor    JH Howell Interests, LP dtaggart@bradleyfirm.com,
               kburnley@bradleyfirm.com
```

```
District/off: 1082-1                  User: admin                    Page 3 of 4                   Date Rcvd: May 14, 2020
                                      Form ID: pdf904                Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              David R Taggart    on behalf of Creditor    JF Howell Interests ,LP dtaggart@bradleyfirm.com,
               kburnley@bradleyfirm.com
              Deanna L. Westfall    on behalf of Creditor    Colorado Department Of Revenue
               deanna.westfall@coag.gov,    bncmail@w-legal.com
              Duane Brescia    on behalf of Attorney    Clark Hill Strasburger dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Duane Brescia    on behalf of Creditor    Seitel Data, Ltd. dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Duane Brescia    on behalf of Creditor    Lucas Petroleum Group, Inc. dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Eric Lockridge    on behalf of Creditor    Anderson Exploration Energy Company, LC
               eric.lockridge@keanmiller.com,    Stephanie.gray@keanmiller.com
              Eric Lockridge    on behalf of Creditor    Sugar Oil Properties, L.P.
               eric.lockridge@keanmiller.com,    Stephanie.gray@keanmiller.com
              Eric Lockridge    on behalf of Creditor    Anderson Exploration Energy Company, L.C.
               eric.lockridge@keanmiller.com,    Stephanie.gray@keanmiller.com
              Eric Lockridge    on behalf of Creditor    TCP Cottonwood, L.P. eric.lockridge@keanmiller.com,
               Stephanie.gray@keanmiller.com
              Eric Lockridge    on behalf of Creditor    AEEC II, LLC eric.lockridge@keanmiller.com,
               Stephanie.gray@keanmiller.com
              Glenn Taylor    on behalf of Creditor    Eastern Fishing & Rental Tool Company, Inc.
               gtaylor@cctb.com
              Glenn Taylor    on behalf of Creditor    Coastal Exploration, Inc. gtaylor@cctb.com
              Glenn Taylor    on behalf of Creditor    PAR Minerals Corporation gtaylor@cctb.com
              Grant Matthew Beiner    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors gbeiner@munsch.com
              James B. Bailey    on behalf of Creditor    Stoneham Drilling Corporation jbailey@bradley.com,
               ashaver@bradley.com
              Jeffrey S. Brinen    on behalf of Debtor    Sklar Exploration Company, LLC jsb@kutnerlaw.com,
               receptionist@kutnerlaw.com;vlm@kutnerlaw.com
              Jeffrey S. Brinen    on behalf of Debtor    Sklarco, LLC jsb@kutnerlaw.com,
               receptionist@kutnerlaw.com;vlm@kutnerlaw.com
              Jennifer Hardy    on behalf of Creditor    JJS Interests Steele Kings, LLC jhardy2@willkie.com
              Jennifer Hardy    on behalf of Creditor    JJS Working Interests, LLC jhardy2@willkie.com
              Jennifer Hardy    on behalf of Creditor    Fant Energy Limited jhardy2@willkie.com
              Jennifer Hardy    on behalf of Creditor    JJS Interests Escambia, LLC jhardy2@willkie.com
              Jennifer Norris Soto    on behalf of Creditor    Barnette & Benefield, Inc.
               jennifersoto@arklatexlaw.com,    curtisshelton@arklatexlaw.com,stephanieparker@arklatexlaw.com
              Jeremy L Retherford    on behalf of Interested Party    Pruet Production Co. jretherford@balch.com,
               kskelton@balch.com,skynerd@pruet.com
              Jeremy L Retherford    on behalf of Creditor    Pruet Production Co. jretherford@balch.com,
               kskelton@balch.com,skynerd@pruet.com
              Jim F Spencer, Jr    on behalf of Creditor    Landmark Oil and Gas, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr    on behalf of Creditor    Stone Development, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr    on behalf of Creditor    Landmark Exploration, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr    on behalf of Creditor    Lexington Investments, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              John Cornwell    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
               jcornwell@munsch.com,    hvalentine@munsch.com
              John Thomas Oldham    on behalf of Creditor    Kodiak Gas Services, LLC joldham@okinadams.com,
               bmoore@okinadams.com
              Jordan B. Bird    on behalf of Creditor    Kingston, LLC jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Creditor    AEH Investments, LLC jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Creditor    Bundero Investment Company, LLC
               jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Attorney    Cook, Yancey, King & Galloway, APLC
               jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Creditor    Franks Exploration Company, LLC
               jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Creditor    J&A Harris, LP jordan.bird@cookyancey.com
              Joseph Eric Bain    on behalf of Creditor    FPCC USA, Inc. jbain@joneswalker.com,
               kvrana@joneswalker.com
              Katherine A Ross    on behalf of Creditor    Bureau of Land Management katherine.ross@usdoj.gov,
               USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
              Katherine A Ross    on behalf of Creditor    Office of Natural Resources Revenue
               katherine.ross@usdoj.gov,
               USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
              Keri L. Riley    on behalf of Debtor    Sklarco, LLC klr@kutnerlaw.com,
               receptionist@kutnerlaw.com;vlm@kutnerlaw.com
              Keri L. Riley    on behalf of Debtor    Sklar Exploration Company, LLC klr@kutnerlaw.com,
               receptionist@kutnerlaw.com;vlm@kutnerlaw.com
              Kevin S. Neiman    on behalf of Creditor    Plains Gas Solutions, LLC kevin@ksnpc.com
              Kevin S. Neiman    on behalf of Creditor    Plains Marketing, L.P. kevin@ksnpc.com
              Lee M. Kutner    on behalf of Debtor    Sklar Exploration Company, LLC lmk@kutnerlaw.com,
               vlm@kutnerlaw.com,receptionist@kutnerlaw.com
```

```
District/off: 1082-1                      User: admin                     Page 4 of 4                      Date Rcvd: May 14, 2020
                                          Form ID: pdf904                 Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Lee M. Kutner    on behalf of Debtor   Sklarco, LLC lmk@kutnerlaw.com,    vlm@kutnerlaw.com,
               receptionist@kutnerlaw.com
              Madison M. Tucker    on behalf of Creditor    FPCC USA, Inc. mtucker@joneswalker.com
              Matthew  Okin    on behalf of Creditor    Kodiak Gas Services, LLC mokin@okinadams.com
              Matthew J. Ochs    on behalf of Creditor    Rapaid Well Service Co., Inc. mjochs@hollandhart.com
              Matthew J. Ochs    on behalf of Creditor    Pruet Oil Company, LLC mjochs@hollandhart.com
              Matthew J. Ochs    on behalf of Creditor    Pruet Production Co. mjochs@hollandhart.com
              Michael  Niles    on behalf of Creditor    Fletcher Exploration, LLC mniles@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Michael  Niles    on behalf of Creditor    Fletcher Petroleum Company, LLC
               mniles@bergersingerman.com,    efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Michael  Niles    on behalf of Creditor    Fletcher Petroleum Corp. mniles@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Michael D Rubenstein    on behalf of Interested Party    BP America Production Company
               mdrubenstein@liskow.com
              Michael D Rubenstein    on behalf of Interested Party    BPX Properties (NA) LP
               mdrubenstein@liskow.com
              Michael J. Guyerson    on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com,
               celina@kjblawoffice.com;teresa@kjblawoffice.com
              Michael J. Guyerson    on behalf of Creditor    Estate of Pamela Page, Deceased
               mike@kjblawoffice.com,    celina@kjblawoffice.com;teresa@kjblawoffice.com
              Paul  Moss    on behalf of U.S. Trustee    US Trustee Paul.Moss@usdoj.gov
              Robert  Padjen    on behalf of Creditor    Colorado Department of Law Robert.padjen@coag.gov
              Robert L Paddock    on behalf of Creditor    Meritage Energy Ltd rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    GCREW Properties, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    Strago Petroleum Corporation rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    Gateway Exploration, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    Harvest Gas Management, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Ryan  Lorenz    on behalf of Creditor    Juno Financial LLC RLorenz@ClarkHill.com
              Ryan  Seidemann    on behalf of Creditor    State of Louisiana, Depatment of Natural Resources,
               Office of Mineral Resources seidemannr@ag.louisiana.gov
              Ryco Exploration, LLC.    rsmith.ryco@att.net
              Shay L. Denning    on behalf of Creditor    Tauber Exploration & Production Company
               sdenning@mbssllp.com
              Shay L. Denning    on behalf of Creditor    Pickens Financial Group, LLC sdenning@mbssllp.com
              Shay L. Denning    on behalf of Creditor    I & L Miss I, LP sdenning@mbssllp.com
              Shay L. Denning    on behalf of Creditor    CTM 2005, Ltd. sdenning@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    CTM 2005, Ltd. tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    Tara Rudman Revocable Trust tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    MR Oil & Gas, LLC tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    MER Energy, LTD tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    Tauber Exploration & Production Company
               tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    I & L Miss I, LP tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    Feather River 75, LLC tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    Rudman Family Trust tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    The Rudman Partnership tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    Pickens Financial Group, LLC tshipps@mbssllp.com
              Timothy C. Mohan    on behalf of Creditor    Baker Hughes, a GE Company LLC tmohan@foley.com,
               tim.mohan4@gmail.com
              Timothy M. Swanson    on behalf of Creditor    Kudzo Oil Properties, LLC tim.swanson@moyewhite.com,
               audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Apple River Investments, LLC
               tim.swanson@moyewhite.com,    audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Alabama Oil Company tim.swanson@moyewhite.com,
               audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Alabama Oil & Gas, LLC tim.swanson@moyewhite.com,
               audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Kudzu Oil Properties, LLC tim.swanson@moyewhite.com,
               audra.duzenack@moyewhite.com;Melissa.dymerski@moyewhite.com
              Timothy Michael Riley    on behalf of Attorney    Hopping Green & Sams timothyr@hgslaw.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 117

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

### *Amended Minute Order*

| | |
|---|---|
| Date: May 12, 2020 | **Honorable Elizabeth E. Brown, Presiding**<br>Kerstin Cass, Law Clerk |
| In re:   Sklar Exploration Company, LLC,<br>              Debtor. | **Case. No. 20-12377 EEB**<br>Chapter 11 |
| Sklarco, LLC,<br>              Debtor. | **Case. No. 20-12380 EEB**<br>Chapter 11 |
| | **Jointly Administered Under 20-12377 EEB** |

| | Video Conference Appearances | | Representing |
|---|---|---|---|
| Counsel | | UST | |
| Counsel | Keri Riley, Lee Kutner, Howard Sklar, John Strausser, Marshall Jones | Debtor(s) | |
| Counsel | Christopher Johnson, John Cornwell, Grant Beiner | Committee | Creditors' Committee |
| Counsel | Bryce Suzuki, Craig Schuenemann, Mary Lou Allen | Creditor | East West Bank |
| Counsel | Eric Lockridge | Creditor | Anderson Exploration Energy Co., TCP Cottonwood, L.P., AEEC II, LLC and Sugar Oil Properties |
| Counsel | Timothy Mohan | Creditor | Baker Hughes |
| Counsel | David Miller | Creditor | Bri-Chem Supply Co. |
| Counsel | Jennifer Hardy, Christian Truman | | Fant Energy Ltd., JJS Interests Escambia, LLC, JJS Interests Steele Kings, LLC, JJS Working Interests, LLC |
| Counsel | Michael Niles | Creditor | Fletcher Petroleum Co. |
| Counsel | Joseph Bain, Amy Vazquez, William Hu | Creditor | FPCC USA |
| Counsel | Jordan Bird | Creditor | Franks Exploration Co, AEH Investments, J & A Harris Bundero Investment Co., Kingston, Hughes Oil South, KMR Investments, Tommy Youngblood |
| Counsel | David R. Taggart, David Morgan | Creditor | J.F. Howell Interests |
| Counsel | Timothy Swanson, Craig Geno, Walker Sturdivant | Creditor | Kudzu Oil Properties, Alabama Oil Co. & Apple River Investments, Alabama Oil & Gas, LLC |
| Counsel | Jim Spencer | Creditor | Landmark Oil and Gas, Landmark Exploration, Lexington Investments, Stone Development, |
| Counsel | Duane Brescia, Fain Brock | Creditor | Lucas Petroleum Oil |
| Counsel | Christopher Meredith, Glen Taylor | Creditor | PAR Minerals, Eastern Fishing & Tool Rental Company, and Coastal Exploration |

| Counsel | Jeremy Retherford, Matt Ochs, Stan Kynerd, Rick Calhoon, David Hilton | Creditor | Pruet Oil Company, LLC, Pruet Production Co. (individually and as agent) |
|---|---|---|---|
| Counsel | James Bailey | Creditor | Stoneham Drilling |
| Counsel | Robert Paddock, Louis Goza, John Aubrey | Creditor | Strago Petroleum Corporation, Meritage Energy Ltd, Gateway Exploration, Harvest Gas Management, G Crew Properties |
| Counsel | Thomas Shipps, Shay Denning, Barnet Skelton Jr., Jim Goolsby, Trey Sibley, Mike Pickens, Will Lett, Hiram Lucius | Creditor | Tauber Exploration & Production Co, CTM 2005, Ltd., I & L Miss I, LP, Pickens Financial Group, LLC, MER Energy, Ltd., The MR Trust, Tara Rudman Revocable Trust, Rudman Family Trust, The Rudman Partnership, Feather River 75, LLC |

Proceedings: Evidentiary Hearing on: (1) Debtors' Motion for Authority to Use Cash Collateral (Dkt. No. 34); (2) Debtors' Motion for Authority to Pay Pre-Petition Joint Interest Billing Obligations as Critical Vendors (Dkt. No. 41) and (3) Motion to Honor and Pay Overriding Royalty, Royalty, and Working Interest Obligations; and Offset Joint Interest Billing Obligations (Dkt. No. 37); (4) Debtors' Application to Employ Berg Hill Greenleaf & Ruscitti, LLP as Special Counsel; (5) Motion to Approve Payment Procedure for Professional Fees and Costs; and all objections thereto

☒ Witnesses Sworn    ☒ Exhibits Entered    ☒ Evidentiary Hearing[1]
☒  The following individuals were sworn as witnesses and testified: Howard Sklar, Trey Sibley, Mike Pickens, Walker Sturdivant
☒  The Court received into evidence the following of the Debtors' Exhibits:  D9
☒  The Court received into evidence the following of Tauber Group's Exhibits: TAU-A, TAU-B, TAU-D through TAU-J, TAU-L; TAU-L-1
☒  The Court took judicial notice of Ex. FPCC-E (copy also at Docket No. 85)
☒  The Court took judicial notice of Ex. Bank-A
☒  The Court received into evidence the following of Kudzu Parties' Exhibits: KUD-A through KUD-C

Orders:

☒  At the conclusion of the hearing, the Court took the Debtors' Motion for Authority to Use Cash Collateral (Dkt. No. 34) and Motion to Honor and Pay Overriding Royalty, Royalty, and Working Interest Obligations; and Offset Joint Interest Billing Obligations (Dkt. No. 37) under advisement and will issue a ruling in due course.

☒  Debtors and the objectors to Debtors' Application to Employ Berg Hill Greenleaf & Ruscitti, LLP as Special Counsel (Dkt. No. 10) and to Debtors' Motion for Authority to Pay Pre-Petition Joint Interest Billing Obligations as Critical Vendors (Dkt. No. 41) agreed to defer a hearing on those matters.  Counsel should notify the Court when they are ready to have those matters heard by the Court.

☒  Counsel indicated that Debtors and the objectors to Debtors' Motion to Approve Payment Procedure for Professional Fees and Costs have reached a stipulation.  The Court will take no further action until counsel submits a revised proposed order.

---

[1] This hearing is considered evidentiary for statistical purposes.

Date: May 12, 2020　　　　　　　　　　　　BY THE COURT:

_____
Elizabeth E. Brown, U.S. Bankruptcy Judge

3