Sklarco, LLC
Payments to Insiders in Year Prior to Filing

| Date | Amount | Payee | Notest |
|---|---|---|---|
| 08/22/2019 | 24,311.19 | Alan Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 08/31/2019 | 15,832.62 | ALAN Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 09/30/2019 | 11,290.42 | ALAN Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 11/30/2019 | 13,635.99 | ALAN Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 12/31/2019 | 8,446.28 | ALAN Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 01/31/2020 | 5,585.06 | ALAN Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 02/29/2020 | 17,366.00 | ALAN Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 04/25/2019 | 66,741.97 | Alan Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 05/22/2019 | 37,546.69 | Alan Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 07/11/2019 | 38,310.19 | Alan Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 08/20/2019 | 50,375.09 | Alan Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 10/21/2019 | 1,620.75 | Alan Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 11/13/2019 | 26,967.00 | Alan Trust | Payment of Investment Income; Debtor is agent nominee for investments |

EXHIBIT TAU-1

Sklarco, LLC
Payments to Insiders in Year Prior to Filing

| Date | Amount | Payee | Notest |
|---|---|---|---|
| 01/23/2020 | 21,249.50 | Alan Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| **Total** | **339,278.75** | | |
| 07/24/2019 | 130,000.00 | Howard F. Sklar Personal | Salary/Distributions |
| 07/24/2019 | 67,654.00 | Howard F. Sklar Personal | Salary/Distributions |
| 07/05/2019 | 30,000.00 | Howard F. Sklar Personal | Salary/Distributions |
| 06/20/2019 | 130,000.00 | Howard Sklar | Salary/Distributions |
| **Total** | **357,654.00** | | |
| 04/01/2019 | 130,000.00 | Howard Trust | Salary/Distributions |
| 04/26/2019 | 40,000.00 | Howard Trust | Salary/Distributions |
| 05/01/2019 | 225,000.00 | Howard Trust | Salary/Distributions |
| 05/24/2019 | 130,000.00 | Howard Trust | Salary/Distributions |
| 07/09/2019 | 50,000.00 | Howard Trust | Salary/Distributions |
| 07/03/2019 | 30,000.00 | Howard Trust | Salary/Distributions |
| 08/22/2019 | 130,000.00 | Howard Trust | Salary/Distributions |
| 08/29/2019 | 10,000.00 | Howard Trust | Salary/Distributions |
| 09/03/2019 | 200,000.00 | Howard Trust | Salary/Distributions |
| 09/10/2019 | 30,000.00 | Howard Trust | Salary/Distributions |
| 10/02/2019 | 190,000.00 | Howard Trust | Salary/Distributions |
| 10/29/2019 | 11,200.00 | Howard Trust | Salary/Distributions |
| 11/01/2019 | 100,000.00 | Howard Trust | Salary/Distributions |
| 11/27/2019 | 20,000.00 | Howard Trust | Salary/Distributions |
| 12/04/2019 | 180,000.00 | Howard Trust | Salary/Distributions |
| 12/31/2019 | 25,000.00 | Howard Trust | Salary/Distributions |
| 01/03/2020 | 125,000.00 | Howard Trust | Salary/Distributions |
| **Total** | **1,626,200.00** | | |

Sklarco, LLC
Payments to Insiders in Year Prior to Filing

| Date | Amount | Payee | Notest |
|---|---|---|---|
| 08/31/2019 | 13,727.97 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 09/30/2019 | 11,943.48 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 11/30/2019 | 10,091.25 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 12/31/2019 | 6,078.50 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 01/31/2020 | 3,393.38 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 02/29/2020 | 14,089.60 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 04/25/2019 | 48,585.14 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 05/22/2019 | 32,966.51 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 07/11/2019 | 28,466.38 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 08/20/2019 | 46,181.84 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 08/22/2019 | 24,311.18 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 10/21/2019 | 1,620.74 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 11/13/2019 | 26,967.00 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 11/27/2019 | 8,240.00 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |

Sklarco, LLC
Payments to Insiders in Year Prior to Filing

| Date | Amount | Payee | Notest |
|---|---|---|---|
| 12/30/2019 | 4,400.00 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 01/23/2020 | 21,249.50 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 02/27/2020 | 10,000.00 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 03/05/2020 | 8,000.00 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| Total | 320,312.47 | | |