Sklar Exploration Company
Payments to Insiders in Year Prior to Filing

| CheckDate | CheckAmt | PayeeName | Notes |
|---|---|---|---|
| 12/31/2019 | 2,277.78 | CORY EZELLE | Expense Reimbursement |
| 01/30/2020 | 199.02 | CORY EZELLE | Expense Reimbursement |
| 02/20/2020 | 199.02 | CORY EZELLE | Expense Reimbursement |
| 10/08/2019 | 169.36 | DON EUSTES | Expense Reimbursement |
| 02/20/2020 | 5,768.84 | DON EUSTES | Expense Reimbursement |
| 03/13/2020 | 469.12 | DON EUSTES | Expense Reimbursement |
| 06/17/2019 | 36,251.05 | Howard Sklar | Expense Reimbursement for purchased FlexJet hours |
| 09/25/2019 | 2,860.82 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 11/27/2019 | 2,240.50 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 12/20/2019 | 2,766.88 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 12/20/2019 | 1,352.92 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 01/23/2020 | 4,617.51 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 02/07/2020 | 1,701.21 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 02/20/2020 | 2,811.64 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 03/23/2020 | 2,720.93 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 05/01/2019 | 225,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 07/11/2019 | 50,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 07/24/2019 | 50,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 07/24/2019 | 200,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 08/22/2019 | 90,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 09/03/2019 | 110,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 10/02/2019 | 160,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 10/16/2019 | 20,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 10/21/2019 | 684,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 10/21/2019 | 2,700.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 10/22/2019 | 11,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 10/28/2019 | 42,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 10/29/2019 | 15,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |

**EXHIBIT TAU-2**

Sklar Exploration Company
Payments to Insiders in Year Prior to Filing

| CheckDate | CheckAmt | PayeeName | Notes |
|---|---|---|---|
| 11/01/2019 | 60,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 11/08/2019 | 9,560.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 11/18/2019 | 75,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 11/25/2019 | 360,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 11/27/2019 | 180,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 12/23/2019 | 100,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 01/06/2020 | 210,000.00 | Sklarco LLC | Transfers to pay Sklar JIBs |
| 04/04/2019 | 735.00 | STEVEN HATCHER | Expense Reimbursement |
| 08/29/2019 | 1,267.41 | STEVEN HATCHER | Expense Reimbursement |
| 09/12/2019 | 1,818.64 | STEVEN HATCHER | Expense Reimbursement |
| 03/13/2020 | 1,920.60 | STEVEN HATCHER | Expense Reimbursement |
| 05/22/2019 | 1,396.21 | TRISTAN FAREL | Expense Reimbursement |
| | 2,727,804.46 | | |