### Pitnic Limited 16-3 #1 Pipeline

| Mt. Carmel | 0.12921718 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AFE# 311-PL | | | | | | | | | | | |
| Cash Call | $ 3,649,000.00 | CC Date Sent | CC Deadline | Owner ID | WIO | Date Paid | Amount | Paid | Outstanding | Reminder | 5 days | Demand Letter |
| | | 2/5/2020 | 2/20/2020 | SKLA01 | Sklarco, LLC | | $ 471,513.49 | $ - | $ 471,513.49 | | | |

### Jeanette S. Cole 21-11 #1 Workover

| Oakhay Creek | 0.28835992 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AFE # 226-W | | | | | | | | | | | |
| Cash Call | $ 309,200.00 | CC Date Sent | CC Deadline | Owner ID | WIO | Date Paid | Amount | Paid | Outstanding | Reminder | 5 days | Demand Letter |
| | | | | SKLA01 | Sklarco, LLC | | $ 89,160.88 | $ - | $ 89,160.88 | | | |

### Edwards Family Trust 26-6 #1

| Shipps Creek | 0.42183357 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AFE # 289-W | | | | | | | | | | | |
| Workover/Re-frac Re-proposal | | | | | | | | | | | |
| Cash Call | $ 523,100.00 | CC Date Sent | CC Deadline | Owner ID | WIO | Date Paid | Amount | Paid | Outstanding | Reminder | 5 days | Demand Letter |
| | | | | TSTE01 | Sklarco | | $ 220,661.14 | $ - | $ 220,661.14 | | | |

### Craft Mack 17-4 #1 Workover

| North Beach | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AFE # 75-W | $ 141,100.00 | CC Date Sent | CC Deadline | Owner ID | WIO | Date Paid | Amount | Paid | Outstanding | Reminder | 5 days | Demand Letter |
| Cash Call | $ 141,100.00 | 11/19/2019 | 12/4/2019 | SKLA01 | Sklarco, LLC | | $ 29,033.17 | $ - | $ 29,033.17 | | | |

### CCL&T 35-5 #1 Workover

| SWBOU | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AFE# 308-14 | $ 100,600.00 | CC Date Sent | CC Deadline | Owner ID | WIO | Date Paid | Amount | Paid | Outstanding | Reminder | 5 days | Demand Letter |
| Cash Call | $ 93,093.71 | 11/21/2019 | 12/6/2019 | SKLA01 | Sklarco, LLC | | $ 19,767.36 | $ - | $ 19,767.36 | | | |

**EXHIBIT TAU-3**

### CCL&T 13-11 #1 Workover
**Shipps Creek**

| AFE# 257-W2 | $ 129,100.00 | CC Date Sent | CC Deadline | Owner ID | WIO | Date Paid | Amount | Paid | Outstanding | Reminder | 5 days | Demand Letter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | SKLA01 | Sklarco, LLC | | $ 25,981.37 | $ - | $ 25,981.37 | | | |

### Howard etal 12-15 #1 Drilling Costs
**North Pachuta**

| AFE# 316 | $ 3,304,500.00 | CC Date Sent | CC Deadline | Owner ID | WIO | Date Paid | Amount | Paid | Outstanding | Reminder | 5 days | Demand Letter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | SKLA01 | Sklarco, LLC | | $ 511,762.50 | $ - | $ 511,762.50 | | | |

### Corwin #5-1 Supplemental Drilling
**Bowdoin Dome**

| AFE# 315 | $ 1,293,500.00 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Call | $ 1,293,500.00 | CC Date Sent | CC Deadline | Owner ID | WIO | ate Pa | Amount | Paid | Outstanding | Reminder | 5 days | Demand Letter |
| | | 12/4/2019 | 12/19/2019 | SKLA01 | Sklarco, LLC | | $362,180.00 | $0.00 | $362,180.00 | | | |

### Feld Heirs #3 Workover
**South Kings Dome**

| AFE# 310-W | $ 142,300.00 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Call | $ 142,300.00 | CC Date Sent | CC Deadline | Owner ID | WIO | Date Paid | Amount | Paid | Outstanding | Reminder | 5 days | Demand Letter |
| | | 12/20/2019 | 1/7/2020 | SKLA01 | Sklarco, LLC | | $ 82,597.18 | $ - | $ 82,597.18 | | | |

### Corwin #5-1 Supplemental II Drilling
**Bowdoin Dome**

| AFE# 315-S2 | $ 4,768,200.00 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Call | $ 1,280,100.00 | CC Date Sent | CC Deadline | Owner ID | WIO | Date Paid | Amount | Paid | Outstanding | Reminder | 5 days | Demand Letter |
| | | 12/23/2019 | 1/11/2020 | SKLA01 | Sklarco, LLC | | $ 358,428.00 | $ - | $ 358,428.00 | | | |

### Corwin #5-1 Completion

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bowdoin Dome | | | | | | | | | | | |
| AFE# 315 | $ 4,768,200.00 | | | | | | | | | | |
| Cash Call | $ 548,900.00 | CC Date Sent | CC Deadline | Owner ID | WIO | Date Paid | Amount | Paid | Outstanding | Reminder | 5 days | Demand Letter |
| | | 12/23/2019 | 1/11/2020 | SKLA01 | Sklarco, LLC | | $ 115,269.00 | $ - | $ 115,269.00 | | | |

### Myrtice Ellis, etal 35-9 #1 Drilling Costs

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Castleberry P | 0.16811471 | | | | | | | | | | |
| AFE# 317 | $ 3,281,900.00 | | | | | | | | | | |
| Cash Call | $ 1,953,700.00 | CC Date Sent | CC Deadline | Owner ID | WIO | Date Paid | Amount | Paid | Outstanding | Reminder | 5 days | Demand Letter |
| | | | | SKLA01 | Sklarco, LLC | | $ 328,445.70 | $ - | $ 328,445.70 | | | |

### Myrtice Ellis, etal 35-9 #1 Drilling Costs

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Castleberry P | 0.16811471 | | | | | | | | | | |
| AFE# 317 | $ 3,281,900.00 | | | | | | | | | | |
| Cash Call | $ 1,953,700.00 | CC Date Sent | CC Deadline | Owner ID | WIO | Date Paid | Amount | Paid | Outstanding | Reminder | 5 days | Demand Letter |

Sklarco not listed

### Fleming et al 30-15 #1 Workover

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| South Harmo | 0.2815625 | | | | | | | | | | |
| AFE# 306-W | $ 109,300.00 | | | | | | | | | | |
| Cash Call | $ 109,300.00 | CC Date Sent | CC Deadline | Owner ID | WIO | Date Paid | Amount | Paid | Outstanding | Reminder | 5 days | Demand Letter |
| | | | | SKLA01 | Sklarco, LLC | | $ 30,774.78 | $ - | $ 30,774.78 | | | |

### CCL&T 2-4 #1 WI

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SWBOU | 0.19649466 | | | | | | | | | | |
| AFE 308-17 | | | | | | | | | | | |
| Cash Call | $ 77,600.00 | CC Date Sent | CC Deadline | Owner ID | WIO | Date Paid | Amount | Paid | Outstanding | Reminder | 5 days | Demand Letter |
| | | | | SKLA01 | Sklarco, LLC | | $ 15,247.98 | $ - | $ 15,247.98 | | | |

| CCL&T 32-9 #1 WI | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SWBOU | 0.19649466 | | | | | | | | | | | |
| AFE 308-15 | | | | | | | | | | | | |
| Cash Call | $ 73,100.00 | CC Date Sent | CC Deadline | Owner ID | WIO | Date Paid | Amount | Paid | Outstanding | Reminder | 5 days | Demand Letter |
| | | | | SKLA01 | Sklarco, LLC | | $ 14,363.76 | $ - | $ 14,363.76 | | | |

| CCL&T 34-14 #1 WI | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SWBOU | 0.19649466 | | | | | | | | | | | |
| AFE 308-16 | | | | | | | | | | | | |
| Cash Call | $ 77,600.00 | CC Date Sent | CC Deadline | Owner ID | WIO | Date Paid | Amount | Paid | Outstanding | Reminder | 5 days | Demand Letter |
| | | | | SKLA01 | Sklarco, LLC | | $ 15,247.98 | $ - | $ 15,247.98 | | | |

| CCL&T 4-1 #1 WI (R13E) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEBOU | 0.12114665 | | | | | | | | | | | |
| AFE 309-W5 | | | | | | | | | | | | |
| Cash Call | $ 73,100.00 | CC Date Sent | CC Deadline | Owner ID | WIO | ate Pa | Amount | Paid | Outstanding | Reminder | 5 days | Demand Letter |
| | | | | SKLA01 | Sklarco, LLC | | $ 8,855.82 | $ - | $ 8,855.82 | | | |

| CCL&T 3-2 #1 WI Workover | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SWBOU | 0.19649466 | | | | | | | | | | | |
| AFE # 308-19 | | | | | | | | | | | | |
| Cash Call | $ 73,100.00 | CC Date Sent | CC Deadline | Owner ID | WIO | Date Paid | Amount | Paid | Outstanding | Reminder | 5 days | Demand Letter |
| | | | | SKLA01 | Sklarco, LLC | | $ 14,363.76 | $ - | $ 14,363.76 | | | |

| Thomasson 33-12 #1 Workover | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEBOU | 0.12114665 | | | | | | | | | | | |
| AFE # 309-W6 | | | | | | | | | | | | |
| Cash Call | $ 100,600.00 | CC Date Sent | CC Deadline | Owner ID | WIO | Date Paid | Amount | Paid | Outstanding | Reminder | 5 days | Demand Letter |
| | | | | SKLA01 | Sklarco, LLC | | $ 12,187.35 | $ - | $ 12,187.35 | | | |

| CCL&T 35-13 #1 Workover | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SEBOU | 0.12114665 | | | | | | | | | | |
| AFE # 309-W7 | | | | | | | | | | | |
| Cash Call | $ 105,000.00 | CC Date Sent | CC Deadline | Owner ID | WIO | Date Paid | Amount | Paid | Outstanding | Reminder | 5 days | Demand Letter |
| | | | | SKLA01 | Sklarco, LLC | | $ 12,720.39 | $ - | $ 12,720.39 | | |

| McLeod etal 30-11 Supplemental WO | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S. Harmony | 0.26500000 | | | | | | | | | | |
| AFE# 300-S | $ 185,600.00 | | | | | | | | | | |
| Cash Call | $ 185,600.00 | CC Date Sent | CC Deadline | Owner ID | WIO | Date Paid | Amount | Paid | Outstanding | Reminder | 5 days | Demand Letter |
| | | | | SKLA01 | Sklarco, LLC | | $ 49,184.00 | $ - | $ 49,184.00 | | |

| CCL&T 2-2 #1 Workover | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SWBOU | 0.19649466 | | | | | | | | | | |
| AFE # 308-18 | | | | | | | | | | | |
| Cash Call | $ 148,100.00 | CC Date Sent | CC Deadline | Owner ID | WIO | Date Paid | Amount | Paid | Outstanding | Reminder | 5 days | Demand Letter |
| | | 2/4/2020 | 2/19/2020 | SKLA01 | Sklarco, LLC | | $ 29,100.85 | $ - | $ 29,100.85 | | |

**Total Amount Outstanding** $ 2,816,846.47