IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **SKLAR EXPLORATION COMPANY, LLC** and **SKLARCO, LLC** | ) ) ) | Case No. 20-12377-EEB |
| | ) | Chapter 11 |
| Debtors. | ) ) ) ) ) ) | |
| **SKLARCO, LLC** | ) ) | Case No. 20-12380-EEB |
| | ) ) | Chapter 11 |
| | ) | |

**NOTICE OF MOTION FOR MOTION TO APPOINT CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 1104, OR IN THE ALTERNATIVE, CONVERT TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b) AND OPPORTUNITY FOR HEARING**

**OBJECTION DEADLINE: June 1, 2020**

     **YOU ARE HEREBY NOTIFIED THAT** Tauber Exploration & Production Company, CTM 2005, Ltd., Pickens Financial Group, LLC, I & L Miss I, LP, MER Energy, Ltd, MR Oil & Gas, LLC, Tara Rudman Revocable Trust, Feather River 75, LLC, Rudman Family Trust, and The Rudman Partnership, (collectively the "Tauber Group Non-Operators"), filed a MOTION TO APPOINT CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 1104, OR IN THE ALTERNATIVE, CONVERT TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b) with the bankruptcy court. A copy of the Motion is attached hereto.

     A hearing on the motion has been set for **June 11, 2020** at **1:30 p.m.** at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom F, Fifth Floor, Denver Colorado 80202. The hearing will be conducted in accordance with the provisions of L.B.R. 4001-1. All parties are directed to call the following number:

**Telephone number: 1-888-684-8852**

**Meeting Access Code: 3454024 followed by the # sign**

1

IF YOU DESIRE TO OPPOSE THIS MOTION, you must file with this court a WRITTEN OBJECTION to the motion on or before the objection deadline state above and serve a copy upon movant's attorney, whose address is listed below.

If you file an objection, you are REQUIRED to comply with L.B.R. 4001-1 regarding hearing procedures, including (1) the timely submission and exchange of witness lists and exhibits and (2) attendance at the above-scheduled hearing in person or through counsel, if represented. **Parties shall file their witness and exhibit lists 24 hours prior to the scheduled hearing.**

**IF YOU FAIL TO FILE AN OBJECTION**, the scheduled hearing will be **vacated**, and an order granting the relief requested may by granted without further notice to you, upon filing of a Certificate of Non-contested Matter.

Dated this 17th day of May, 2020

Respectfully submitted,

**Maynes, Bradford, Shipps & Sheftel, LLP**

*/s/ Thomas H. Shipps*
*/s/ Shay L. Denning*
Thomas H. Shipps
Shay L. Denning
Maynes, Bradford, Shipps & Sheftel, LLP
835 E. Second Ave., Suite 123
Durango, CO 81301
Telephone: (970) 247-1755
Cell: (970) 749-1479; (970) 946-0846
Facsimile: (970) 247-8827
Email:tshipps@mbssllp.com;
sdenning@mbssllp.com

and

*/s/ Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.
815 Walker, Suite 1502
Houston, TX 77002
Telephone: (713) 659-8761
Cell: (713) 516-7450
Facsimile: (713)659-8764
Email: barnetbjr@msn.com

**CERTIFICATE OF MAILING**

I hereby certify that on May 17, 2020 a copy of the foregoing NOTICE was served via the notice transmission facilities of the case management and electronic filing system of the Bankruptcy Court as follows, and via U.S. first class mail on all creditors and parties in interest:

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Jeffrey S. Brinen
Kutner Brinen, P.C.
1600 Lincoln Street, Suite 1850
Denver, CO 80264

Benjamin Y. Ford
RSA Tower, 27th Floor
11 North Water Street
Mobile, AL 36602-3809

Lee M. Kutner
Kutner Brinen, P.C
1660 Lincoln Street, Suite 1850
Denver, CO 80264

Keri L. Riley
Kutner Brinen, P.C.
1600 Lincoln Street, Suite 1850
Denver, CO 80264

Sklar Exploration Company, LLC
5395 Pearl Parkway
Suite 200
Boulder, CO 80301-2541

Sklarco, LLC
5395 Pearl Parkway
Suite 200
Boulder CO 80301-2541

Grant Matthew Beiner
Munsch Hardt Kopf & Harr, PC
700 Milam Street
Suite 2700
Houston, TX 77002

John Cornwell
Munsch Hardt Kopf & Harr, PC
700 Milam Street
Suite 2700
Houston, TX 77002

Christopher D. Johnson
Munsch Hardt Kopf & Harr, PC
700 Milam Street
Suite 2700
Houston, TX 77002

James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Joseph E. Bain, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
P.O Box 22260
Shreveport, Louisiana 71120-2260

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos
Suite 700
Austin, TX 78701

Andrew G. Edson, Esq
Clark Hill Strasburger
901 Main Street
Suite 6000
Dallas, TX 75202

Craig M. Geno, Esq.
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157

Michael J. Guyerson, Esq.
Buechler Law Office, LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Jennifer J. Hardy, Esq.
Willkie Farr & Gallagher, LLP
600 Travis Street
Houston, TX 77002

J. Eric Lockridge, Esq.
Kean Miller LLP
400 Convention Street
Suite 700
P.O. Box 3513
Baton Rouge, LA 70802

Armistead M. Long, Esq.
Gordon Arata Montgomery Barnett
McCollam Duplantis & Eagan, LLC
400 East Kaliste Saloon Road
Suite 4200
Lafayette, Louisiana 70508

Ryan J. Lorenz, Esq.
Clark Hill PLC
14850 North Scottsdale Road
Suite 500
Scottsdale, Arizona 85254

Christopher H. Meredith, Esq.
Copeland Cook Taylor & Bush, P.A.
1076 Highland Colony Parkway
600 Concourse, Suite 200
P.O. Box 6020
Ridgeland, Mississippi 39158-6020

David M. Miller
Spence Fane, LLP
1700 Lincoln St.
Suite 2000
Denver. Colorado 80203

Timothy C. Mohan
600 17th Street, Ste 2020S
Denver, CO 80202

Baker Hughes Company
(Representative: Christopher J. Ryan)
2001 Rankin Road
Houston, TX 77073

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
999 18th Street
Suite 1230
South Denver, CO 80202

Michael L. Niles, Esq.
Brian G. Rich, Esq. Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Curtis R. Shelton, Esq
Ayers, Shelton, Williams, Benson & Paine, LLC
333 Texas Street, Suite 1400
P.O. Box 1764
Shreveport LA 71166

4

Jennifer Norris Soto
Ayers, Shelton, Williams, Benson & Paine, LLC
333 Texas Street, Suite 1400
P.O. Box 1764
Shreveport LA 71166

Matthew J. Ochs, Esq.
Holland & Hart, LLP
555 Seventeenth Street
Suite 3200
P.O. Box 8749
Denver, CO 80201-8749

Matthew S. Okin, Esq.
Okin Adams, LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Robert L. Paddock, Esq.
Buck Keenan, LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Robert Padjen, Esq.
Assistant Attorney General Colorado
Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Jeremy Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203-4642

Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Timothy M. Riley, Esq.
Hopping Green & Sams, P.A.
P.O. Box 6526
Tallahassee, FL 32314

Katherine A. Ross
U.S. Attorney's Office for the
  District of Colorado
Assistant United States Attorney
1801 California Street
Suite 1600
Denver, CO 80202

Michel D. Rubenstein, Esq.
Liskow & Lewis
1001 Fannin Street
Suite 1800
Houston, TX 77002

Craig K. Schuenemann, Esq.
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Ryan M. Seidemann, Esq. Assistant
Attorney General
Civil Division/Lands and Natural Resources
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005

Paul H. Stephenson III, Esq.
Jim F. Spencer, Jr
Watkins & Eager PLLC
P.O. Box 650
Jackson, MS 39205

Bryce A. Suzuki, Esq.
Bryan Cave Leighton Paisner, LLP Two
North Central Avenue
Suite 2100
Phoenix, AZ 85004-4406

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202-1486

David R. Taggart, Esq.
Bradley Murchison Kelly & Shea, LLC
401 Edwards Street
Suite 1000
Shreveport, Louisiana 71101

Glenn Taylor
Copeland, Cook, Taylor & Bush P.A.
1076 Highland Colony Parkway
Concourse 600
Suite 200
Ridgeland, MS 39157

Madison Tucker, Esq. Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, Louisiana 70170

Amy L. Vazquez, Esq. Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Deanna Lee Westfall, Esq
Office of the Colorado Attorney General
1300 Broadway, 8th Floor
Denver, CO 80026

Mesa Fluids, LLC
(Representative: Aaron W. Merrell)
1669 South 580 East
American Fork, UT 84057

Kelley Brothers Contractors, Inc.
(Representative: Jerry Kelley)
401 County Farm Road
Waynesboro, MS 39367

Victoria Argeroplos, Esq.
Jackson Walker LLP
1401 McKinney Street
Suite 1900
Houston, TX 77010

Fant Energy Limited
1401 McKinney Street
Suite 1900
Houston, TX 77010

Ryco Exploration, LLC
401 Edwards Street
Suite 915
Shreveport, LA 71101
ATTN: M. Robin Smith

Ryco Exploration, LLC
40 Golf Club Drive
Haughton, LA 71037
ATTN: M. Robin Smith

Giovanni M. Ruscitti, Esq.
Berg Hill Greenleaf Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

*/s/Kate Potemkin*
Kate Potemkin

/s/ Kate Potemkin