IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Sklar Exploration Company, LLC, and | § | Bankruptcy Case No. 20-12377-EEB |
| Sklarco, LLC | § | Chapter 11 |
| | § | |
| Debtors. | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned counsel appears on behalf of McCombs Energy, Ltd. and McCombs Exploration, LLC (together, "McCombs") pursuant to section 1109(b) of the United States Bankruptcy Code, 11 U,.S.C. § 101, *et seq*. (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and hereby submits this Notice of Appearance and Request for Service and requests service of all papers filed herein, including but not limited to all papers and notices pursuant to Fed. R. Bankr. P. 2002, 3017, and 9007.  Accordingly, the undersigned hereby requests service take place electronically through the CM/ECF system and at the following address:

> Stephen K. Lecholop II
> Texas Bar No. 24070119
> slecholop@rpsalaw.com
> ROSENTHAL PAUERSTEIN
> SANDOLOSKI AGATHER LLP
> 755 East Mulberry, Suite 200
> San Antonio, Texas 78212
> Telephone: (210) 225-5000
> Facsimile: (210) 354-4034

**PLEASE TAKE FURTHER NOTICE** that this request includes, but is not limited to, the notices and papers referred to in the rules specified above and also all notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether

675396
80572.00125

formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopy, telex, or otherwise.

Further, this Notice of Appearance is not intended to be, and shall not constitute, a consent to the Bankruptcy Court's subject matter jurisdiction, personal jurisdiction, venue, or core jurisdiction, shall not constitute a waiver of strict service in connection with any adversary proceeding related to this bankruptcy case, and shall not constitute a waiver of any: (i) right to have final orders in non-core matters entered only after de novo review by a District Court judge; (ii) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case; (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which McCombs is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments McCombs expressly reserves.

DATED: May 18, 2020  Respectfully submitted,

*/s/ Stephen K. Lecholop II*
Stephen K. Lecholop II
State Bar No. 24070119
slecholop@rpsalaw.com
ROSENTHAL PAUERSTEIN
SANDOLOSKI AGATHER LLP
755 East Mulberry, Suite 200
San Antonio, Texas 78212
Telephone: (210) 225-5000
Facsimile: (210) 354-4034

**ATTORNEY FOR MCCOMBS ENERGY, LTD. AND MCCOMBS EXPLORATION, LLC**

675396
80572.00125

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 18th day of May, 2020, a true and correct copy of the foregoing was served, in accordance with the Local Rules of this Court, by electronic transmission upon to all registered ECF users appearing in this case.

                                            */s/ Stephen K. Lecholop II*
                                            Stephen K. Lecholop II