**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

## *Minutes of Proceeding*

| | |
|---|---|
| Date: May 18, 2020 | **Honorable Elizabeth E. Brown, Presiding**<br>Kerstin Cass, Law Clerk |
| In re:  Sklar Exploration Company, LLC,<br>             Debtor. | **Case. No. 20-12377 EEB**<br>Chapter 11 |
| Sklarco, LLC,<br>             Debtor. | **Case. No. 20-12380 EEB**<br>Chapter 11 |
| | **Jointly Administered Under 20-12377 EEB** |

| | Telephonic Appearances | | Representing |
|---|---|---|---|
| Counsel | Paul Moss | UST | |
| Counsel | Keri Riley, Lee Kutner, Howard Sklar, Conrad Armbrecht, Marshall Jones, Howard Sklar | Debtor(s) | |
| Counsel | John Cornwell, Grant Beiner | Committee | Creditors' Committee |
| Counsel | Bryce Suzuki, Craig Schuenemann | Creditor | East West Bank |
| Counsel | Eric Lockridge | Creditor | Anderson Exploration Energy Co., TCP Cottonwood, L.P., AEEC II, LLC and Sugar Oil Properties |
| Counsel | Timothy Mohan | Creditor | Baker Hughes |
| Counsel | David Miller | Creditor | Bri-Chem Supply Co. |
| Counsel | Jennifer Hardy | | Fant Energy Ltd., JJS Interests Escambia, LLC, JJS Interests Steele Kings, LLC, JJS Working Interests, LLC |
| Counsel | Michael Niles | Creditor | Fletcher Petroleum Co., Fletcher Exploration, LLC, Fletcher Petroleum Group |
| Counsel | Joseph Bain, Amy Vazquez | Creditor | FPCC USA |
| Counsel | Jordan Bird | Creditor | Franks Exploration Co, AEH Investments, J & A Harris Bundero Investment Co., Kingston, Hughes Oil South, KMR Investments, Tommy Youngblood |
| Counsel | David R. Taggart, David Morgan | Creditor | J.F. Howell Interests |
| Counsel | Timothy Swanson, Craig Geno | Creditor | Kudzu Oil Properties, Alabama Oil Co. & Apple River Investments, Alabama Oil & Gas, LLC |
| Counsel | Jim Spencer | Creditor | Landmark Oil and Gas, Landmark Exploration, Lexington Investments, Stone Development, |
| Counsel | Duane Brescia | Creditor | Lucas Petroleum Oil |
| Counsel | Michael Guyerson | Creditor | Barbara Page Lawrence, Estate of Pamela Page |
| Counsel | Christopher Meredith, Glen Taylor | Creditor | PAR Minerals, Eastern Fishing & Tool Rental Company, and Coastal Exploration |

| | | | |
|---|---|---|---|
| Counsel | Jeremy Retherford, Matt Ochs, Stan Kynerd | Creditor | Pruet Oil Company, LLC, Pruet Production Co. (individually and as agent) |
| Counsel | James Bailey, Heather Stickle | Creditor | Stoneham Drilling |
| Counsel | Robert Paddock, Louis Goza, John Aubrey, George Jochetz | Creditor | Strago Petroleum Corporation, Meritage Energy Ltd, Gateway Exploration, Harvest Gas Management, G Crew Properties |
| Counsel | Thomas Shipps, Barnet Skelton Jr. | Creditor | Tauber Exploration & Production Co, CTM 2005, Ltd., I & L Miss I, LP, Pickens Financial Group, LLC, MER Energy, Ltd., The MR Trust, Tara Rudman Revocable Trust, Rudman Family Trust, The Rudman Partnership, Feather River 75, LLC |

Proceedings: Oral Ruling on (1) Debtors' Motion for Authority to Use Cash Collateral on an interim basis (Dkt. No. 34); (2) Motion to Honor and Pay Overriding Royalty, Royalty, and Working Interest Obligations; and Offset Joint Interest Billing Obligations (Dkt. No. 37)

Orders:

☒ For the reasons stated on the record, the Court granted the Debtors' Motion for Authority to Use Cash Collateral on an interim basis and the Debtors' Motion to Honor and Pay Overriding Royalty, Royalty, and Working Interest Obligations; and Offset Joint Interest Billing Obligations.  Separate orders will enter.

Date: May 18, 2020

FOR THE COURT:
*Kenneth S. Gardner, Clerk*

By: _____