UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ———————————————————) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**ORDER AUTHORIZING PAYMENT OF WORKING INTEREST OBLIGATIONS AND LIMITED OFFSET OF JOINT INTEREST BILLING OBLIGATIONS**

THIS MATTER comes before the Court on the Debtors' Motion to: 1) Honor and Pay Overriding Royalty, Royalty, and Working Interest Obligations; and 2) Offset Joint Interest Billing Obligation ("Motion"), notice having been provided, the Court having reviewed the Objections and the arguments of counsel, if any, the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby

**ORDER THAT:**

1. The Motion is GRANTED to the extent set forth herein;

2. Debtor Sklar Exploration Company is authorized and directed to pay all amounts owed to non-insider holders of royalty interests, overriding royalty interests and working interests for revenues generated from the sale of produced oil and gas in the month of March 2020, which funds were received on a post-petition basis in April 2020, and to continue to honor and pay, in consultation with East West Bank and the Committee and in accordance with any applicable order authorizing the use of cash collateral, all future revenue payments owned by or owed to non-insider holders of overriding royalty interests, royalty interests, and working interests, for all oil and gas revenues received on a post-petition basis, and may continue to honor and pay all non-insider holders of royalty, overriding royalty, and working interests, on a post-petition basis in the ordinary course of business, absent further order of this Court;

3. Any overriding royalty interests and/or working interests owed to Sklarco, LLC from Sklar Exploration Company, LLC, shall be maintained by Sklar Exploration Company for use in ongoing operations; <u>provided, however, that the maintenance and use of such funds by Sklar Exploration Company shall not be deemed to diminish, alter, or otherwise affect the liens or interests of East West Bank or any other party in such funds</u>;

4. Sklar Exploration Company, LLC is authorized to offset joint interest billing obligations owed to it against revenue owed to a working interest holder when expressly authorized to do so in writing by that working interest holder; provided, however, no such offset shall exceed the amount of revenues received post-petition that is specifically payable from Sklar Exploration Company, LLC, as operator, to the joint interest billing obligor;

5. Any and all rights and defenses relating to pre-petition revenue payments owned by or owed to working interest holders that were not paid to working interest holders pre-petition shall be reserved in all respects pending determination as to the nature and extent of each parties' rights in the funds possessed by the Debtor(s) on the Petition Date pending further order of the Court;

6. Nothing contained herein shall constitute a finding as to the nature, extent, or priority of any parties' interest in the funds held by the Debtors; and

7. The Debtors are authorized to take all actions necessary to effectuate this Order.

Dated: May 18, 2020

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown,
United States Bankruptcy Judge