**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br><br>**Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

---

## JUDGMENT

Pursuant to and in accordance with the Order entered by the Honorable Elizabeth E. Brown, Bankruptcy Judge, and entered on the record in the above-entitled matter on even date herewith, it is hereby

ORDERED that the Debtors' Motion to: 1) Honor and Pay Overriding Royalty, Royalty, and Working Interest Obligations; and 2) Offset Joint Interest Billing Obligation is GRANTED as set forth in the Order.

DATED: May 18, 2020.

APPROVED BY THE COURT:                    FOR THE COURT:

Elizabeth E. Brown
United States Bankruptcy Judge

Deputy Clerk