**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

## *Minute Order*

| | |
|---|---|
| Date: May 18, 2020 | **Honorable Elizabeth E. Brown, Presiding** <br> Kerstin Cass, Law Clerk |
| In re: Sklar Exploration Company, LLC, <br> Debtor. | **Case. No. 20-12377 EEB** <br> Chapter 11 |
| Sklarco, LLC, <br> Debtor. | **Case. No. 20-12380 EEB** <br> Chapter 11 |
| | **Jointly Administered Under 20-12377 EEB** |

| | Video Conference Appearances | | Representing |
|---|---|---|---|
| Counsel | | UST | |
| Counsel | Lee Kutner, Keri Riley, Marshall Jones | Debtor(s) | |
| Counsel | John Cornwell, Grant Beiner | Committee | Creditors' Committee |
| Counsel | Bryce Suzuki | Creditor | East West Bank |
| Counsel | Timothy Mohan | Creditor | Baker Hughes |
| Counsel | Joseph Bain | Creditor | FPCC USA |
| Counsel | Jordan Bird | Creditor | Franks Exploration Co, AEH Investments, J & A Harris Bundero Investment Co., Kingston, Hughes Oil South, KMR Investments, Tommy Youngblood |
| Counsel | Timothy Swanson | Creditor | Kudzu Oil Properties, Alabama Oil Co. & Apple River Investments, Alabama Oil & Gas, LLC |
| Counsel | Jim Spencer | Creditor | Landmark Oil and Gas, Landmark Exploration, Lexington Investments, Stone Development, |
| Counsel | Duane Brescia | Creditor | Lucas Petroleum Oil |
| Counsel | Christopher Meredith, Glen Taylor | Creditor | PAR Minerals, Eastern Fishing & Tool Rental Company, and Coastal Exploration |
| Counsel | Jeremy Retherford, Stan Kynerd | Creditor | Pruet Oil Company, LLC, Pruet Production Co. |
| Counsel | Robert Paddock, Louis Goza, John Aubrey, George Jochetz | Creditor | Strago Petroleum Corporation, Meritage Energy Ltd, Gateway Exploration, Harvest Gas Management, G Crew Properties |
| Counsel | Thomas Shipps, | Creditor | Tauber Exploration & Production Co, CTM 2005, Ltd., I & L Miss I, LP, Pickens Financial Group, LLC, MER Energy, Ltd., The MR Trust, Tara Rudman Revocable Trust, Rudman Family Trust, The Rudman Partnership, Feather River 75, LLC |

Proceedings: Evidentiary Video Conference Hearing on Strago Group's Motion for Order Directing Debtor Sklar Exploration Company, LLC to Assume or Reject Executory Contract (Docket No. 204) and all objections thereto

☒ Witnesses Sworn    ☒ Exhibits Entered    ☒ Evidentiary Hearing[1]
☒ The following individuals were sworn as witnesses and testified: Louis Goza, Marshall Jones
☒ The Court received into evidence the following of the Strago Group 1-12

Orders:

☒ For the reasons stated on the record, the Court DENIED Strago Group's Motion for Order Directing Debtor Sklar Exploration Company, LLC to Assume or Reject Executory Contract (Docket No. 204). A separate judgment will enter.

Date: May 18, 2020                                       BY THE COURT:

*Elizabeth E. Brown* (signature)

Elizabeth E. Brown, U.S. Bankruptcy Judge

---

[1] This hearing is considered evidentiary for statistical purposes.