# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re: <br><br> Sklar Exploration Company, LLC, <br> EIN NO: 72-1417930 <br><br> <u>Debtor.</u> | Bankruptcy Case No. 20-12377 EEB <br> Chapter 11 |
| In re: <br><br> Sklarco, LLC, <br> EIN NO: 72-1425432 <br><br> Debtor. | Bankruptcy Case No. 20-12380 EEB <br> Chapter 11 <br><br> **Jointly Administered Under Case No. 20-12377 EEB** |

## ORDER FOR COMPLIANCE WITH LOCAL BANKRUPTCY RULE 9013-1 OR OTHER APPLICABLE RULES OF PROCEDURE REGARDING SERVICE AND NOTICE

THIS MATTER comes before the Court on the Motion to Appoint Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104, or in the Alternative, Convert to Chapter 7 Pursuant to 11 U.S.C. § 1112(B) filed by Tauber Exploration & Production Company; CTM 2005, Ltd; Pickens Financial Group, LLC; I & L Miss I, LP; Mer Energy, Ltd; MR Oil & Gas, LLC; Tara Rudman Revocable Trust; Feather River 75, LLC; Rudman Family Trust; and The Rudman Partnership and accompanying 9013 Notice.  The Court finds that Movants have failed to comply with applicable rules of procedure, noted more specifically below:

☒ <u>Fed.R.B.P. 2002(g) and L.B.R. 2081-3(b)(4)</u>:  failure to serve a copy of the Notice upon all creditors and other parties in interest at their addresses of record, as of the date of filing the Motion.

Accordingly, IT IS HEREBY ORDERED that Movants must cure the above-noted deficiency by the cure date listed below, failing which the Motion will be denied without further notice.

**Deficiency Cure Date:<u> May 21, 2020.</u>**

DATED this 18th day of May, 2020.

BY THE COURT:

*Elizabeth E. Brown*

Elizabeth E. Brown, Bankruptcy Judge