## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | Case No. 20-12377-EEB |
| | Chapter 11 |
| SKLAR EXPLORATION COMPANY, LLC | |
| EIN: 72-1417930 | |
| | |
| Debtor | |
| _____ | |
| | |
| SKLARCO, LLC | Case No. 20-12380-EEB |
| EIN: 72-1425432 | Chapter 11 |
| | |
| Debtor | *Jointly Administered Under Case No. 20-12377-EEB* |

## SECOND SUPPLEMENTAL NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

**NOW INTO COURT**, through undersigned counsel, comes Hall Management, LLC, who files this "Second Supplemental Notice of Appearance and Request for Service of Notices and Pleadings" ("Second Supplemental Notice"). On April 20, 2020 [Rec. Doc. 115] undersigned counsel filed its original Notice of Appearance and Request for Service of Notices and Pleadings ("Original Notice"). On April 22, 2020 [Rec. Doc. 141], undersigned counsel filed its First Supplemental Notice of Appearance and Request for Service of Notices and Pleadings ("Supplemental Notice"). After undersigned counsel filed its Supplemental Notice, Hall Management, LLC ("Hall") retained the services of the law firm of Cook, Yancey, King & Galloway, APLC, to represent its interests in the above captioned bankruptcy case. Cook, Yancey, King & Galloway, APLC, will represent the interests of Hall, as well as the clients identified in Rec. Doc. 141, and files this Second Supplemental Notice and requests service of notices and pleadings and other papers (however designated) filed in this case, as well as notices given or

required to be given in this case, be given and served upon the undersigned counsel at the address and/or email address listed below:

>Jordan B. Bird
>(LA Bar #32344)
>jordan.bird@cookyancey.com
>COOK, YANCEY, KING & GALLOWAY, APLC
>333 Texas Street, Suite 1700
>P.O. Box 22260
>Shreveport, Louisiana 71120-2260
>Telephone: (318) 221-6277
>Facsimile:  (318) 227-7850

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes all notices and copies of all motions, notices, reports, briefs, applications, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether transmitted or conveyed by mail, email, facsimile or otherwise has been filed with the Court in which notice is required pursuant to 11 U.S.C. § 1109(b), 11 U.S.C. § 342, and Bankruptcy Rules 2002, 3017, 9007, 9010, and 9013.

- 3 -

        COOK, YANCEY, KING & GALLOWAY
        A Professional Law Corporation

        By:  s/ Jordan B. Bird
            Jordan B. Bird
            La. Bar Roll No. 32344

        333 Texas Street, Suite 1700
        P.O. Box 22260
        Shreveport, La 71120-2260
        Telephone: (318) 221-6277
        Direct Dial: (318) 227-7751
        Facsimile: (318) 227-7850
        Email: jordan.bird@cookyancey.com

        ATTORNEYS FOR FRANKS EXPLORATION COMPANY, LLC, BUNDERO INVESTMENT COMPANY, LLC, KINGSTON, LLC, AEH INVESTMENTS, LLC, AND J & A HARRIS, LP, HUGHES OIL SOUTH, LLC, KMR INVESTMENTS, LLC, TOMMY YOUNGBLOOD, and HALL MANAGEMENT, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing *Second Supplemental Notice of Appearance and Request for Service of Notices and Pleadings* with the Clerk of Court using the Court's electronic filing system. Notice of this filing was sent to all counsel of record by operation of the Court's electronic filing system at the email address registered with the Court.

Shreveport, Louisiana, this 20th day of May, 2020.

                                              /s/ Jordan B. Bird
                                                OF COUNSEL