United States Bankruptcy Court
District of Colorado

In re:                                                    Case No. 20-12377-EEB
Sklar Exploration Company, LLC                            Chapter 11
Sklarco, LLC
      Debtors

# CERTIFICATE OF NOTICE

District/off: 1082-1        User: admin            Page 1 of 4               Date Rcvd: May 18, 2020
                          Form ID: 237          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2020.

| | | |
|---|---|---|
| db/db | +Sklar Exploration Company, LLC,   Sklarco, LLC,   5395 Pearl Parkway,   Suite 200, Boulder, CO 80301-2541 | |
| aty | +Benjamin Y. Ford,   RSA Tower, 27th Floor,   11 North Water Street,   Mobile, AL 36602-3809 | |
| aty | +Clark Hill Strasburger,   ATTN: Duane J. Brescia,   720 Brazos, Suite 700, Austin, TX 78701-2531 | |
| aty | +Cook, Yancey, King & Galloway, APLC,   333 Texas Street,   Suite 1700,   P.O. Box 22260, Shreveport, LA 71120-2260 | |
| aty | +Hopping Green & Sams,   Hopping Green & Sams, P.A.,   119 S. Monroe Street,   Suite 300, Tallahassee, FL 32301,   UNITED STATES 32301-1591 | |
| cr | +AEEC II, LLC,   333 Texas Street,   #2020,   Shreveport, LA 71101-3680 | |
| cr | +AEH Investments, LLC,   333 Texas Street,   Suite 1414,   Shreveport, LA 71101-3678 | |
| cr | +Anderson Exploration Energy Company, LC,   333 Texas Street,   #2020, Shreveport, LA 71101-3680 | |
| cr | +Baker Hughes, a GE Company LLC,   C/O Christopher J. Ryan,   17021 Aldine Westfield Road, Houston, TX 77073-5101 | |
| cr | +Barbara P Lawrence,   55 Hill Circle,   Evergreen, CO 80439-4618 | |
| cr | +Barnette & Benefield, Inc.,   PO Box 550,   Haynesville, LA 71038-0550 | |
| cr | +Bundero Investment Company, LLC,   401 Edwards Street,   Suite 820,   Shreveport, LA 71101-5521 | |
| cr | +Estate of Pamela Page, Deceased,   P.O. Box 374,   Evergreen, CO 80437-0374 | |
| cr | +Fant Energy Limited,   c/o Jackson Walker,   1401 McKinney Street,   Suite 1900, Houston, TX 77010-4037 | |
| cr | +Franks Exploration Company, LLC,   P.O. Box 7655,   Shreveport, LA 71137-7655 | |
| cr | +I & L Miss I, LP,   4761 Frank Luck Dr,   Addison, TX 75001-3202 | |
| cr | +J&A Harris, LP,   333 Texas Street,   Suite 1414,   Shreveport, LA 71101-3678 | |
| cr | +Kingston, LLC,   2790 South Thompson Street,   Suite 102,   Springdale, AR 72764-6303 | |
| cr | +Kodiak Gas Services, LLC,   15320 Hwy. 105, Suite 210,   Montgomery, TX 77356-2602 | |
| cr | Landmark Exploration, LLC,   C/O Jim F. Spencer, Jr., Esq.,   Watkins & Eager PLLC, PO Box 650,   PO Box 650,   Jackson, MS 39205-0650 | |
| cr | Landmark Oil and Gas, LLC,   C/O Jim F. Spencer, Jr., Esq.,   Watkins & Eager PLLC, PO Box 650,   PO Box 650,   Jackson, MS 39205-0650 | |
| cr | Lexington Investments, LLC,   C/O Jim F. Spencer, Jr., Esq.,   Watkins & Eager PLLC, PO Box 650,   PO Box 650,   Jackson, MS 39205-0650 | |
| cr | +Lucas Petroleum Group, Inc.,   c/o Duane J. Brescia,   Clark Hill Strasburger, 720 Brazos, Suite 700,   Austin, TX 78701-2531 | |
| cr | +McCombs Energy, Ltd.,   755 E Mulberry Ave, Ste 200,   San Antonio, TX 78212-4285 | |
| cr | +McCombs Exploration, LLC,   755 E Mulberry Ave, Ste 200,   San Antonio, TX 78212-4285 | |
| cr | +Pickens Financial Group, LLC,   10100 N. Central Expressway, Suite 200,   Dallas, TX 75231-4169 | |
| cr | +Pine Island Chemical Solutions, L.L.C.,   c/o Armistead M. Long, Gordon, Arata, Montgomery, Barnett,   400 East Kaliste Saloom Road,   Suite 4200, Lafayette, LA 70508-8522 | |
| cr | +Seitel Data, Ltd.,   c/o Duane J. Brescia,   Clark Hill Strasburger,   720 Brazos, Suite 700, Austin, TX 78701-2531 | |
| cr | Stone Development, LLC,   C/O Jim F. Spencer, Jr., Esq.,   Watkins & Eager PLLC,   PO Box 650, PO Box 650,   Jackson, MS 39205-0650 | |
| cr | +Stoneham Drilling Corporation,   c/o Bradley,   Attn: James B. Bailey, 1819 Fifth Avenue North,   Birmingham, AL 35203-2120 | |
| cr | +Sugar Oil Properties, L.P.,   625 Market Street,   Suite 100,   Shreveport, LA 71101-5392 | |
| cr | +TCP Cottonwood, L.P.,   333 Texas Street,   #2020,   Shreveport, LA 71101-3680 | |
| cr | +Tauber Exploration & Production Company,   55 Waugh Drive, Suite 700,   Houston, TX 77007-5837 | |
| crcm | +The Official Committee of Unsecured Creditors,   Munsch Hardt Kopf & Harr PC,   700 Milam St., Suite 2700,   Houston, TX 77002-2730 | |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

| | | |
|---|---|---|
| cr | E-mail/Text: tim.swanson@moyewhite.com May 19 2020 01:39:01   Alabama Oil Company, c/o Timothy M Swanson,   Moye White LLP,   1400 16th Street, 6th Floor,   Denver, CO 80202 | |
| cr | +E-mail/Text: cmccord@mccordprod.com May 19 2020 01:37:49   CTM 2005, Ltd., 55 Waugh Drive, Suite 515,   Houston, TX 77007-5840 | |
| cr | +E-mail/PDF: dor_tac_bankruptcy@state.co.us May 19 2020 01:51:47 Colorado Department Of Revenue,   1375 Sherman St.,   Room 504,   Attention Bankruptcy Unit, Denver, CO 80261-3000 | |
| cr | +E-mail/Text: bankruptcy@coag.gov May 19 2020 01:39:03   Colorado Department of Law, 1300 Broadway, 8th Floor,   Denver, CO 80203-2104 | |
| cr | E-mail/Text: tim.swanson@moyewhite.com May 19 2020 01:39:01   Kudzu Oil Properties, LLC, c/o Timothy M. Swanson,   Moye White LLP,   1400 16th Street, 6th Floor,   Denver, CO 80202 | |
| | | TOTAL: 5 |

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp            Armbrecht Jackson, LLP
sp            Berg Hill Greenleaf & Ruscitti, LLP

                                                                  TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

District/off: 1082-1          User: admin              Page 2 of 4              Date Rcvd: May 18, 2020
                              Form ID: 237             Total Noticed: 39

               ***** BYPASSED RECIPIENTS (continued) *****
Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2020 at the address(es) listed below:
          Amy Vazquez   on behalf of Creditor   FPCC USA, Inc. avazquez@joneswalker.com
          Armistead Mason Long   on behalf of Creditor   Pine Island Chemical Solutions, L.L.C.
          along@gamb.law
          Barnet B Skelton, Jr   on behalf of Creditor   CTM 2005, Ltd. barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   Rudman Partnership barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   Feather River 75, LLC barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   MER Energy, LTD barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   MR Oil & Gas, LLC barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   I & L Miss I, LP barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   Tara Rudman Revocable Trust barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   The Rudman Partnership barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   Pickens Financial Group, LLC barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   Tauber Exploration & Production Company
          barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   Rudman Family Trust barnetbjr@msn.com
          Brian Rich   on behalf of Creditor   Fletcher Petroleum Company, LLC brich@bergersingerman.com,
          efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Brian Rich   on behalf of Creditor   Fletcher Exploration, LLC brich@bergersingerman.com,
          efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Brian Rich   on behalf of Creditor   Fletcher Petroleum Corp. brich@bergersingerman.com,
          efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Bryce Suzuki   on behalf of Creditor   East-West Bank bryce.suzuki@bclplaw.com,
          tina.daniels@bclplaw.com
          Christopher Meredith   on behalf of Creditor   Coastal Exploration, Inc. cmeredith@cctb.com,
          bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher Meredith   on behalf of Attorney   Copeland, Cook, Taylor & Bush, P.A.
          cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher Meredith   on behalf of Creditor   Eastern Fishing & Rental Tool Company, Inc.
          cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher Meredith   on behalf of Creditor   PAR Minerals Corporation cmeredith@cctb.com,
          bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher D. Johnson   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors cjohnson@munsch.com, scurry@munsch.com
          Craig K. Schuenemann   on behalf of Creditor   East-West Bank craig.schuenemann@bryancave.com,
          alicia.berry@bryancave.com,44Team_DEN@bryancave.com
          Craig M. Geno   on behalf of Creditor   Alabama Oil Company cmgeno@cmgenolaw.com,
          kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          Craig M. Geno   on behalf of Creditor   Kudzo Oil Properties, LLC cmgeno@cmgenolaw.com,
          kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          Craig M. Geno   on behalf of Creditor   Apple River Investments, LLC cmgeno@cmgenolaw.com,
          kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          David M. Miller   on behalf of Creditor   Bri-Chem Supply Corp., LLC dmiller@spencerfane.com,
          nschacht@spencerfane.com
          David R Taggart   on behalf of Creditor   JH Howell Interests, LP dtaggart@bradleyfirm.com,
          kburnley@bradleyfirm.com
          David R Taggart   on behalf of Creditor   JF Howell Interests ,LP dtaggart@bradleyfirm.com,
          kburnley@bradleyfirm.com
          Deanna L. Westfall   on behalf of Creditor   Colorado Department Of Revenue
          deanna.westfall@coag.gov, bncmail@w-legal.com
          Duane Brescia   on behalf of Creditor   Seitel Data, Ltd. dbrescia@clarkhill.com,
          kalexander@clarkhill.com;djaenike@clarkhill.com
          Duane Brescia   on behalf of Creditor   Lucas Petroleum Group, Inc. dbrescia@clarkhill.com,
          kalexander@clarkhill.com;djaenike@clarkhill.com
          Duane Brescia   on behalf of Attorney   Clark Hill Strasburger dbrescia@clarkhill.com,
          kalexander@clarkhill.com;djaenike@clarkhill.com
          Eric Lockridge   on behalf of Creditor   Anderson Exploration Energy Company, LC
          eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Eric  Lockridge   on behalf of Creditor    Sugar Oil Properties, L.P.
          eric.lockridge@keanmiller.com,  Stephanie.gray@keanmiller.com
          Eric  Lockridge   on behalf of Creditor    Anderson Exploration Energy Company, L.C.
          eric.lockridge@keanmiller.com,  Stephanie.gray@keanmiller.com
          Eric  Lockridge   on behalf of Creditor    TCP Cottonwood, L.P. eric.lockridge@keanmiller.com,
          Stephanie.gray@keanmiller.com
          Eric  Lockridge   on behalf of Creditor    AEEC II, LLC eric.lockridge@keanmiller.com,
          Stephanie.gray@keanmiller.com
          Glenn  Taylor   on behalf of Creditor    Eastern Fishing & Rental Tool Company, Inc.
          gtaylor@cctb.com
          Glenn  Taylor   on behalf of Creditor    Coastal Exploration, Inc. gtaylor@cctb.com
          Glenn  Taylor   on behalf of Creditor    PAR Minerals Corporation gtaylor@cctb.com
          Grant Matthew Beiner   on behalf of Creditor Committee    The Official Committee of Unsecured
          Creditors gbeiner@munsch.com
          James B. Bailey   on behalf of Creditor    Stoneham Drilling Corporation jbailey@bradley.com,
          ashaver@bradley.com
          Jeffrey S. Brinen   on behalf of Debtor    Sklar Exploration Company, LLC jsb@kutnerlaw.com,
          receptionist@kutnerlaw.com;vlm@kutnerlaw.com
          Jeffrey S. Brinen   on behalf of Debtor    Sklarco, LLC jsb@kutnerlaw.com,
          receptionist@kutnerlaw.com;vlm@kutnerlaw.com
          Jennifer  Hardy   on behalf of Creditor    JJS Interests Steele Kings, LLC jhardy2@willkie.com
          Jennifer  Hardy   on behalf of Creditor    JJS Working Interests, LLC jhardy2@willkie.com
          Jennifer  Hardy   on behalf of Creditor    Fant Energy Limited jhardy2@willkie.com
          Jennifer  Hardy   on behalf of Creditor    JJS Interests Escambia, LLC jhardy2@willkie.com
          Jennifer  Norris Soto   on behalf of Creditor    Barnette & Benefield, Inc.
          jennifersoto@arklatexlaw.com,  curtisshelton@arklatexlaw.com,stephanieparker@arklatexlaw.com
          Jeremy L Retherford   on behalf of Interested Party    Pruet Production Co. jretherford@balch.com,
          kskelton@balch.com,skynerd@pruet.com
          Jeremy L Retherford   on behalf of Creditor    Pruet Production Co. jretherford@balch.com,
          kskelton@balch.com,skynerd@pruet.com
          Jim F Spencer, Jr   on behalf of Creditor    Landmark Oil and Gas, LLC jspencer@watkinseager.com,
          mryan@watkinseager.com
          Jim F Spencer, Jr   on behalf of Creditor    Stone Development, LLC jspencer@watkinseager.com,
          mryan@watkinseager.com
          Jim F Spencer, Jr   on behalf of Creditor    Landmark Exploration, LLC jspencer@watkinseager.com,
          mryan@watkinseager.com
          Jim F Spencer, Jr   on behalf of Creditor    Lexington Investments, LLC jspencer@watkinseager.com,
          mryan@watkinseager.com
          John  Cornwell   on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
          jcornwell@munsch.com,  hvalentine@munsch.com
          John Thomas Oldham   on behalf of Creditor    Kodiak Gas Services, LLC joldham@okinadams.com,
          bmoore@okinadams.com
          Jordan B. Bird   on behalf of Creditor    Bundero Investment Company, LLC
          jordan.bird@cookyancey.com
          Jordan B. Bird   on behalf of Attorney    Cook, Yancey, King & Galloway, APLC
          jordan.bird@cookyancey.com
          Jordan B. Bird   on behalf of Creditor    Franks Exploration Company, LLC
          jordan.bird@cookyancey.com
          Jordan B. Bird   on behalf of Creditor    J&A Harris, LP jordan.bird@cookyancey.com
          Jordan B. Bird   on behalf of Creditor    Kingston, LLC jordan.bird@cookyancey.com
          Jordan B. Bird   on behalf of Creditor    AEH Investments, LLC jordan.bird@cookyancey.com
          Joseph Eric Bain   on behalf of Creditor    FPCC USA, Inc. jbain@joneswalker.com,
          kvrana@joneswalker.com
          Katherine A Ross   on behalf of Creditor    Bureau of Land Management katherine.ross@usdoj.gov,
          USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
          Katherine A Ross   on behalf of Creditor    Office of Natural Resources Revenue
          katherine.ross@usdoj.gov,
          USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
          Keri L. Riley   on behalf of Debtor    Sklarco, LLC klr@kutnerlaw.com,
          receptionist@kutnerlaw.com;vlm@kutnerlaw.com
          Keri L. Riley   on behalf of Debtor    Sklar Exploration Company, LLC klr@kutnerlaw.com,
          receptionist@kutnerlaw.com;vlm@kutnerlaw.com
          Kevin S. Neiman   on behalf of Creditor    Plains Gas Solutions, LLC kevin@ksnpc.com
          Kevin S. Neiman   on behalf of Creditor    Plains Marketing, L.P. kevin@ksnpc.com
          Lee M. Kutner   on behalf of Debtor    Sklar Exploration Company, LLC lmk@kutnerlaw.com,
          vlm@kutnerlaw.com,receptionist@kutnerlaw.com
          Lee M. Kutner   on behalf of Debtor    Sklarco, LLC lmk@kutnerlaw.com,  vlm@kutnerlaw.com,
          receptionist@kutnerlaw.com
          Madison M. Tucker   on behalf of Creditor    FPCC USA, Inc. mtucker@joneswalker.com
          Matthew  Okin   on behalf of Creditor    Kodiak Gas Services, LLC mokin@okinadams.com
          Matthew J. Ochs   on behalf of Creditor    Rapaid Well Service Co., Inc. mjochs@hollandhart.com
          Matthew J. Ochs   on behalf of Creditor    Pruet Oil Company, LLC mjochs@hollandhart.com
          Matthew J. Ochs   on behalf of Creditor    Pruet Production Co. mjochs@hollandhart.com
          Michael  Niles   on behalf of Creditor    Fletcher Exploration, LLC mniles@bergersingerman.com,
          efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Michael  Niles   on behalf of Creditor    Fletcher Petroleum Company, LLC
          mniles@bergersingerman.com,  efile@bergersingerman.com;efile@ecf.inforuptcy.com
```

District/off: 1082-1        User: admin          Page 4 of 4          Date Rcvd: May 18, 2020
                           Form ID: 237          Total Noticed: 39

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael  Niles    on behalf of Creditor    Fletcher Petroleum Corp. mniles@bergersingerman.com,
             efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Michael D Rubenstein   on behalf of Interested Party   BP America Production Company
             mdrubenstein@liskow.com
          Michael D Rubenstein   on behalf of Interested Party   BPX Properties (NA) LP
             mdrubenstein@liskow.com
          Michael J. Guyerson    on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com,
             celina@kjblawoffice.com;teresa@kjblawoffice.com
          Michael J. Guyerson    on behalf of Creditor    Estate of Pamela Page, Deceased
             mike@kjblawoffice.com, celina@kjblawoffice.com;teresa@kjblawoffice.com
          Paul  Moss   on behalf of U.S. Trustee    US Trustee Paul.Moss@usdoj.gov
          Robert  Padjen   on behalf of Creditor    Colorado Department of Law Robert.padjen@coag.gov
          Robert L Paddock   on behalf of Creditor    Strago Petroleum Corporation rpaddock@buckkeenan.com,
             myers@buckkeenan.com
          Robert L Paddock   on behalf of Creditor    Gateway Exploration, LLC rpaddock@buckkeenan.com,
             myers@buckkeenan.com
          Robert L Paddock   on behalf of Creditor    Harvest Gas Management, LLC rpaddock@buckkeenan.com,
             myers@buckkeenan.com
          Robert L Paddock   on behalf of Creditor    Meritage Energy Ltd rpaddock@buckkeenan.com,
             myers@buckkeenan.com
          Robert L Paddock   on behalf of Creditor    GCREW Properties, LLC rpaddock@buckkeenan.com,
             myers@buckkeenan.com
          Ryan  Lorenz   on behalf of Creditor    Juno Financial LLC RLorenz@ClarkHill.com
          Ryan  Seidemann   on behalf of Creditor    State of Louisiana, Depatment of Natural Resources,
             Office of Mineral Resources seidemannr@ag.louisiana.gov
          Ryco Exploration, LLC.    rsmith.ryco@att.net
          Shay L. Denning   on behalf of Creditor    Tauber Exploration & Production Company
             sdenning@mbssllp.com
          Shay L. Denning   on behalf of Creditor    Pickens Financial Group, LLC sdenning@mbssllp.com
          Shay L. Denning   on behalf of Creditor    I & L Miss I, LP sdenning@mbssllp.com
          Shay L. Denning   on behalf of Creditor    CTM 2005, Ltd. sdenning@mbssllp.com
          Stephen K. Lecholop, II   on behalf of Creditor    McCombs Energy, Ltd. slecholop@rpsalaw.com,
             amartinez@rpsalaw.com
          Stephen K. Lecholop, II   on behalf of Creditor    McCombs Exploration, LLC slecholop@rpsalaw.com,
             amartinez@rpsalaw.com
          Thomas H Shipps   on behalf of Creditor    CTM 2005, Ltd. tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    Tara Rudman Revocable Trust tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    MR Oil & Gas, LLC tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    MER Energy, LTD tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    Tauber Exploration & Production Company
             tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    I & L Miss I, LP tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    Feather River 75, LLC tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    Rudman Family Trust tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    The Rudman Partnership tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor    Pickens Financial Group, LLC tshipps@mbssllp.com
          Timothy C. Mohan   on behalf of Creditor    Baker Hughes, a GE Company LLC tmohan@foley.com,
             tim.mohan4@gmail.com
          Timothy M. Swanson   on behalf of Creditor    Apple River Investments, LLC
             tim.swanson@moyewhite.com, audra.albright@moyewhite.com
          Timothy M. Swanson   on behalf of Creditor    Alabama Oil Company tim.swanson@moyewhite.com,
             audra.albright@moyewhite.com
          Timothy M. Swanson   on behalf of Creditor    Alabama Oil & Gas, LLC tim.swanson@moyewhite.com,
             audra.albright@moyewhite.com
          Timothy M. Swanson   on behalf of Creditor    Kudzu Oil Properties, LLC tim.swanson@moyewhite.com,
             audra.albright@moyewhite.com
          Timothy M. Swanson   on behalf of Creditor    Kudzo Oil Properties, LLC tim.swanson@moyewhite.com,
             audra.albright@moyewhite.com
          Timothy Michael Riley   on behalf of Attorney    Hopping Green & Sams timothyr@hgslaw.com
          US Trustee     USTPRegion19.DV.ECF@usdoj.gov
                                                                                    TOTAL: 119

(COB #237 NtcFilTrans)(09/08)

# UNITED STATES BANKRUPTCY COURT
## District of Colorado

In re:  Sklar Exploration Company, LLC and Sklarco, LLC

Debtor(s)

Case No.
**20–12377–EEB**

### NOTICE OF FILING OF TRANSCRIPT
### AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION[1]

A transcript of the proceeding held on 5/12/2020 was filed on 5/18/2020 . The following deadlines apply:

The parties have until 5/26/2020 to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *Request for Redaction* is 6/8/2020 .

If a request for redaction is filed, the *Redacted Transcript* is due 6/18/2020 . If no such notice is filed, the transcipt may be made available for remote electronic access upon expiration of the restriction period, which is 8/17/2020 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber:

Transcripts Plus, Inc.
435 Riverview Circle
New Hope, Pennsylvania 18938
215–862–1115

or you may view the document at the clerk's office public terminal.

---

[1] The Judiciary's privacy policy provides for limiting Social Security and Financial Account numbers to the last four digits, using only initials for the names of minor children, and limiting dates of birth to the year. If such personal identifier information is elicited within court proceedings, this information will appear on the transcript and will become available to the public unless action is take to redact this information.