United States Bankruptcy Court
District of Colorado

In re:                                                          Case No. 20-12377-EEB
Sklar Exploration Company, LLC                                  Chapter 11
Sklarco, LLC
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: admin          Page 1 of 4          Date Rcvd: May 18, 2020
                             Form ID: pdf904       Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2020.
db/db         +Sklar Exploration Company, LLC,   Sklarco, LLC,   5395 Pearl Parkway,   Suite 200,
               Boulder, CO 80301-2541
aty           +Benjamin Y. Ford,   RSA Tower, 27th Floor,   11 North Water Street,   Mobile, AL 36602-3809
aty           +Cook, Yancey, King & Galloway, APLC,   333 Texas Street,   Suite 1700,   P.O. Box 22260,
               Shreveport, LA 71120-2260
cr            +AEEC II, LLC,   333 Texas Street,   #2020,   Shreveport, LA 71101-3680
cr            +AEH Investments, LLC,   333 Texas Street,   Suite 1414,   Shreveport, LA 71101-3678
cr            +Anderson Exploration Energy Company, LC,   333 Texas Street,   #2020,
               Shreveport, LA 71101-3680
cr            +Baker Hughes, a GE Company LLC,   C/O Christopher J. Ryan,   17021 Aldine Westfield Road,
               Houston, TX 77073-5101
cr            +Barbara P Lawrence,   55 Hill Circle,   Evergreen, CO 80439-4618
cr            +Barnette & Benefield, Inc.,   PO Box 550,   Haynesville, LA 71038-0550
cr            +Bundero Investment Company, LLC,   401 Edwards Street,   Suite 820,   Shreveport, LA 71101-5521
cr            +Estate of Pamela Page, Deceased,   P.O. Box 374,   Evergreen, CO 80437-0374
cr            +Franks Exploration Company, LLC,   P.O. Box 7655,   Shreveport, LA 71137-7655
cr            +I & L Miss I, LP,   4761 Frank Luck Dr,   Addison, TX 75001-3202
cr            +J&A Harris, LP,   333 Texas Street,   Suite 1414,   Shreveport, LA 71101-3678
cr            +Kingston, LLC,   2790 South Thompson Street,   Suite 102,   Springdale, AR 72764-6303
cr            +Kodiak Gas Services, LLC,   15320 Hwy. 105, Suite 210,   Montgomery, TX 77356-2602
cr            +Pickens Financial Group, LLC,   10100 N. Central Expressway, Suite 200,   Dallas, TX 75231-4169
cr            +Stoneham Drilling Corporation,   c/o Bradley,   Attn: James B. Bailey,
               1819 Fifth Avenue North,   Birmingham, AL 35203-2120
cr            +Sugar Oil Properties, L.P.,   625 Market Street,   Suite 100,   Shreveport, LA 71101-5392
cr            +TCP Cottonwood, L.P.,   333 Texas Street,   #2020,   Shreveport, LA 71101-3680
cr            +Tauber Exploration & Production Company,   55 Waugh Drive, Suite 700,   Houston, TX 77007-5837
18754408      +Anderson Investment Holdings, LLC,   AEEC II, LLC,   333 Texas Street, Suite 2020,
               Shreveport, LA 71101-3680
18754411      +Apple River Investments, L.L.C.,   Attn  Robert M. Boeve, President,   1503 Garfield Road North,
               Traverse City, MI 49696-1111
18754484      +East West Bank Treasury Department,   135 North Los Robles Avenue,   Suite 600,
               ATTN  Linda Cox,   Pasadena, CA 91101-4549
18754510      +FPCC USA, Inc.,   245 Commerce Green Blvd, Ste 250,   Sugar Land, TX 77478-3760
18754497      +Fant Energy Limited,   P.O. Box 55205,   Houston, TX 77255-5205
18754529      +H&H Construction, LLC,   Ladon E. Hall, Sole Manager,   P.O. Box 850,   Flomaton, AL 36441-0850
18754560       JD Fields & Company, Inc.,   P.O. Box 134401,   Houston, TX 77219-4401
18754567      +JJS Working Interest LLC,   2001 Kirby Dr, Suite 1110,   Houston, TX 77019-6081
18754578      +Kelley Brothers Contractors, Inc.,   P.O. Drawer 1079,   Waynesboro, MS 39367-1079
18754588      +Kudzu Oil Properties, LLC,   300 Concourse Blvd, Suite 101,   Ridgeland, MS 39157-2091
18754598       Lucas Petroleum Group, Inc.,   327 Congress Avenue, Suite 500,   Austin, TX 78701-3656
18754612      +Meritage Energy, Ltd.,   C/O BKD, LLP,   2700 Post Oak Blvd, Ste 1500,   Houston, TX 77056-5829
18754613       Mesa Fluids, LLC,   c/o Juno Financial,   P.O. Box 173928,   Denver, CO 80217-3928
18754664       Pro-Tek Field Services, LLC,   P.O. Box 919269,   Dallas, TX 75391-9269
18754666      +Pruet Oil Company, LLC,   217 West Capitol St. Ste 201,   Jackson, MS 39201-2099
18754673      +Rapad Well Service Co., Inc.,   217 West Capitol Street,   Jackson, MS 39201-2004
18754720      +Stoneham Drilling Corporation,   707 17th Street,   Suite 3250,   Denver, CO 80202-3433
18754721       Strago Petroleum Corporation,   3209 Hamm Road,   Pearland, TX 77581-5503
18754735      +TCP Cottonwood, L.P.,   333 Texas Street, Suite 2020,   Shreveport, LA 71101-3680
18754760      +Union Oilfield Supply, Inc.,   12 John Dykes Road,   Waynesboro, MS 39367-8371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: cmccord@mccordprod.com May 19 2020 01:37:49      CTM 2005, Ltd.,
               55 Waugh Drive, Suite 515,   Houston, TX 77007-5840
cr            +E-mail/PDF: dor_tac_bankruptcy@state.co.us May 19 2020 01:51:47
               Colorado Department Of Revenue,   1375 Sherman St.,   Room 504,   Attention Bankruptcy Unit,
               Denver, CO 80261-3000
cr            +E-mail/Text: bankruptcy@coag.gov May 19 2020 01:39:03      Colorado Department of Law,
               1300 Broadway, 8th Floor,   Denver, CO 80203-2104
cr             E-mail/Text: tim.swanson@moyewhite.com May 19 2020 01:39:01      Kudzu Oil Properties, LLC,
               c/o Timothy M. Swanson,   Moye White LLP,   1400 16th Street, 6th Floor,   Denver, CO 80202
                                                                                              TOTAL: 4

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2020 at the address(es) listed below:
```
          Amy  Vazquez    on behalf of Creditor   FPCC USA, Inc. avazquez@joneswalker.com
          Armistead Mason Long    on behalf of Creditor   Pine Island Chemical Solutions, L.L.C.
            along@gamb.law
          Barnet B Skelton, Jr    on behalf of Creditor   CTM 2005, Ltd. barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor   Rudman Partnership barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor   Feather River 75, LLC barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor   MER Energy, LTD barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor   MR Oil & Gas, LLC barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor   I & L Miss I, LP barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor   Tara Rudman Revocable Trust barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor   The Rudman Partnership barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor   Pickens Financial Group, LLC barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor   Tauber Exploration & Production Company
            barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor   Rudman Family Trust barnetbjr@msn.com
          Brian  Rich   on behalf of Creditor   Fletcher Petroleum Company, LLC brich@bergersingerman.com,
            efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Brian  Rich   on behalf of Creditor   Fletcher Exploration, LLC brich@bergersingerman.com,
            efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Brian  Rich   on behalf of Creditor   Fletcher Petroleum Corp. brich@bergersingerman.com,
            efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Bryce  Suzuki   on behalf of Creditor   East-West Bank bryce.suzuki@bclplaw.com,
            tina.daniels@bclplaw.com
          Christopher  Meredith    on behalf of Creditor   Coastal Exploration, Inc. cmeredith@cctb.com,
            bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher  Meredith    on behalf of Attorney   Copeland, Cook, Taylor & Bush, P.A.
            cmeredith@cctb.com,  bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher  Meredith    on behalf of Creditor   Eastern Fishing & Rental Tool Company, Inc.
            cmeredith@cctb.com,  bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher  Meredith    on behalf of Creditor   PAR Minerals Corporation cmeredith@cctb.com,
            bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher D. Johnson    on behalf of Creditor Committee   The Official Committee of Unsecured
            Creditors cjohnson@munsch.com, scurry@munsch.com
          Craig K. Schuenemann    on behalf of Creditor   East-West Bank craig.schuenemann@bryancave.com,
            alicia.berry@bryancave.com,44Team_DEN@bryancave.com
          Craig M. Geno   on behalf of Creditor   Alabama Oil Company cmgeno@cmgenolaw.com,
            kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          Craig M. Geno   on behalf of Creditor   Kudzo Oil Properties, LLC cmgeno@cmgenolaw.com,
            kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          Craig M. Geno   on behalf of Creditor   Apple River Investments, LLC cmgeno@cmgenolaw.com,
            kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          David M. Miller   on behalf of Creditor   Bri-Chem Supply Corp., LLC dmiller@spencerfane.com,
            nschacht@spencerfane.com
          David R Taggart   on behalf of Creditor   JH Howell Interests, LP dtaggart@bradleyfirm.com,
            kburnley@bradleyfirm.com
          David R Taggart   on behalf of Creditor   JF Howell Interests ,LP dtaggart@bradleyfirm.com,
            kburnley@bradleyfirm.com
          Deanna L. Westfall   on behalf of Creditor   Colorado Department Of Revenue
            deanna.westfall@coag.gov, bncmail@w-legal.com
          Duane  Brescia   on behalf of Creditor   Seitel Data, Ltd. dbrescia@clarkhill.com,
            kalexander@clarkhill.com;djaenike@clarkhill.com
          Duane  Brescia   on behalf of Creditor   Lucas Petroleum Group, Inc. dbrescia@clarkhill.com,
            kalexander@clarkhill.com;djaenike@clarkhill.com
          Duane  Brescia   on behalf of Attorney   Clark Hill Strasburger dbrescia@clarkhill.com,
            kalexander@clarkhill.com;djaenike@clarkhill.com
          Eric  Lockridge   on behalf of Creditor   Anderson Exploration Energy Company, LC
            eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
          Eric  Lockridge   on behalf of Creditor   Sugar Oil Properties, L.P.
            eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
```

District/off: 1082-1          User: admin              Page 3 of 4              Date Rcvd: May 18, 2020
                              Form ID: pdf904           Total Noticed: 45

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                Eric  Lockridge  on behalf of Creditor    Anderson Exploration Energy Company, L.C.
                  eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
                Eric  Lockridge  on behalf of Creditor    TCP Cottonwood, L.P. eric.lockridge@keanmiller.com,
                  Stephanie.gray@keanmiller.com
                Eric  Lockridge  on behalf of Creditor    AEEC II, LLC eric.lockridge@keanmiller.com,
                  Stephanie.gray@keanmiller.com
                Glenn  Taylor  on behalf of Creditor    Eastern Fishing & Rental Tool Company, Inc.
                  gtaylor@cctb.com
                Glenn  Taylor  on behalf of Creditor    Coastal Exploration, Inc. gtaylor@cctb.com
                Glenn  Taylor  on behalf of Creditor    PAR Minerals Corporation gtaylor@cctb.com
                Grant Matthew Beiner  on behalf of Creditor Committee    The Official Committee of Unsecured
                  Creditors gbeiner@munsch.com
                James B. Bailey  on behalf of Creditor    Stoneham Drilling Corporation jbailey@bradley.com,
                  ashaver@bradley.com
                Jeffrey S. Brinen  on behalf of Debtor    Sklar Exploration Company, LLC jsb@kutnerlaw.com,
                  receptionist@kutnerlaw.com;vlm@kutnerlaw.com
                Jeffrey S. Brinen  on behalf of Debtor    Sklarco, LLC jsb@kutnerlaw.com,
                  receptionist@kutnerlaw.com;vlm@kutnerlaw.com
                Jennifer  Hardy  on behalf of Creditor    JJS Interests Steele Kings, LLC jhardy2@willkie.com
                Jennifer  Hardy  on behalf of Creditor    JJS Working Interests, LLC jhardy2@willkie.com
                Jennifer  Hardy  on behalf of Creditor    Fant Energy Limited jhardy2@willkie.com
                Jennifer  Hardy  on behalf of Creditor    JJS Interests Escambia, LLC jhardy2@willkie.com
                Jennifer  Norris Soto  on behalf of Creditor    Barnette & Benefield, Inc.
                  jennifersoto@arklatexlaw.com,  curtisshelton@arklatexlaw.com,stephanieparker@arklatexlaw.com
                Jeremy L Retherford  on behalf of Interested Party    Pruet Production Co. jretherford@balch.com,
                  kskelton@balch.com,skynerd@pruet.com
                Jeremy L Retherford  on behalf of Creditor    Pruet Production Co. jretherford@balch.com,
                  kskelton@balch.com,skynerd@pruet.com
                Jim F Spencer, Jr  on behalf of Creditor    Landmark Oil and Gas, LLC jspencer@watkinseager.com,
                  mryan@watkinseager.com
                Jim F Spencer, Jr  on behalf of Creditor    Stone Development, LLC jspencer@watkinseager.com,
                  mryan@watkinseager.com
                Jim F Spencer, Jr  on behalf of Creditor    Landmark Exploration, LLC jspencer@watkinseager.com,
                  mryan@watkinseager.com
                Jim F Spencer, Jr  on behalf of Creditor    Lexington Investments, LLC jspencer@watkinseager.com,
                  mryan@watkinseager.com
                John  Cornwell  on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
                  jcornwell@munsch.com,  hvalentine@munsch.com
                John Thomas  Oldham  on behalf of Creditor    Kodiak Gas Services, LLC joldham@okinadams.com,
                  bmoore@okinadams.com
                Jordan B. Bird  on behalf of Creditor    Kingston, LLC jordan.bird@cookyancey.com
                Jordan B. Bird  on behalf of Creditor    AEH Investments, LLC jordan.bird@cookyancey.com
                Jordan B. Bird  on behalf of Creditor    Bundero Investment Company, LLC
                  jordan.bird@cookyancey.com
                Jordan B. Bird  on behalf of Attorney    Cook, Yancey, King & Galloway, APLC
                  jordan.bird@cookyancey.com
                Jordan B. Bird  on behalf of Creditor    Franks Exploration Company, LLC
                  jordan.bird@cookyancey.com
                Jordan B. Bird  on behalf of Creditor    J&A Harris, LP jordan.bird@cookyancey.com
                Joseph Eric Bain  on behalf of Creditor    FPCC USA, Inc. jbain@joneswalker.com,
                  kvrana@joneswalker.com
                Katherine A Ross  on behalf of Creditor    Bureau of Land Management katherine.ross@usdoj.gov,
                  USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
                Katherine A Ross  on behalf of Creditor    Office of Natural Resources Revenue
                  katherine.ross@usdoj.gov,
                  USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
                Keri L. Riley  on behalf of Debtor    Sklarco, LLC klr@kutnerlaw.com,
                  receptionist@kutnerlaw.com;vlm@kutnerlaw.com
                Keri L. Riley  on behalf of Debtor    Sklar Exploration Company, LLC klr@kutnerlaw.com,
                  receptionist@kutnerlaw.com;vlm@kutnerlaw.com
                Kevin S. Neiman  on behalf of Creditor    Plains Gas Solutions, LLC kevin@ksnpc.com
                Kevin S. Neiman  on behalf of Creditor    Plains Marketing, L.P. kevin@ksnpc.com
                Lee M. Kutner  on behalf of Debtor    Sklar Exploration Company, LLC lmk@kutnerlaw.com,
                  vlm@kutnerlaw.com,receptionist@kutnerlaw.com
                Lee M. Kutner  on behalf of Debtor    Sklarco, LLC lmk@kutnerlaw.com,  vlm@kutnerlaw.com,
                  receptionist@kutnerlaw.com
                Madison M. Tucker  on behalf of Creditor    FPCC USA, Inc. mtucker@joneswalker.com
                Matthew  Okin  on behalf of Creditor    Kodiak Gas Services, LLC mokin@okinadams.com
                Matthew J. Ochs  on behalf of Creditor    Rapaid Well Service Co., Inc. mjochs@hollandhart.com
                Matthew J. Ochs  on behalf of Creditor    Pruet Oil Company, LLC mjochs@hollandhart.com
                Matthew J. Ochs  on behalf of Creditor    Pruet Production Co. mjochs@hollandhart.com
                Michael  Niles  on behalf of Creditor    Fletcher Exploration, LLC mniles@bergersingerman.com,
                  efile@bergersingerman.com;efile@ecf.inforuptcy.com
                Michael  Niles  on behalf of Creditor    Fletcher Petroleum Company, LLC
                  mniles@bergersingerman.com,  efile@bergersingerman.com;efile@ecf.inforuptcy.com
                Michael  Niles  on behalf of Creditor    Fletcher Petroleum Corp. mniles@bergersingerman.com,
                  efile@bergersingerman.com;efile@ecf.inforuptcy.com

District/off: 1082-1          User: admin              Page 4 of 4              Date Rcvd: May 18, 2020
                             Form ID: pdf904           Total Noticed: 45

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael D Rubenstein   on behalf of Interested Party   BP America Production Company
            mdrubenstein@liskow.com
          Michael D Rubenstein   on behalf of Interested Party   BPX Properties (NA) LP
            mdrubenstein@liskow.com
          Michael J. Guyerson   on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com,
            celina@kjblawoffice.com;teresa@kjblawoffice.com
          Michael J. Guyerson   on behalf of Creditor   Estate of Pamela Page, Deceased
            mike@kjblawoffice.com, celina@kjblawoffice.com;teresa@kjblawoffice.com
          Paul Moss   on behalf of U.S. Trustee   US Trustee Paul.Moss@usdoj.gov
          Robert Padjen   on behalf of Creditor   Colorado Department of Law Robert.padjen@coag.gov
          Robert L Paddock   on behalf of Creditor   Strago Petroleum Corporation rpaddock@buckkeenan.com,
            myers@buckkeenan.com
          Robert L Paddock   on behalf of Creditor   Gateway Exploration, LLC rpaddock@buckkeenan.com,
            myers@buckkeenan.com
          Robert L Paddock   on behalf of Creditor   Harvest Gas Management, LLC rpaddock@buckkeenan.com,
            myers@buckkeenan.com
          Robert L Paddock   on behalf of Creditor   Meritage Energy Ltd rpaddock@buckkeenan.com,
            myers@buckkeenan.com
          Robert L Paddock   on behalf of Creditor   GCREW Properties, LLC rpaddock@buckkeenan.com,
            myers@buckkeenan.com
          Ryan  Lorenz   on behalf of Creditor   Juno Financial LLC RLorenz@ClarkHill.com
          Ryan  Seidemann   on behalf of Creditor   State of Louisiana, Depatment of Natural Resources,
            Office of Mineral Resources seidemannr@ag.louisiana.gov
          Ryco Exploration, LLC.    rsmith.ryco@att.net
          Shay L. Denning   on behalf of Creditor   Tauber Exploration & Production Company
            sdenning@mbssllp.com
          Shay L. Denning   on behalf of Creditor   Pickens Financial Group, LLC sdenning@mbssllp.com
          Shay L. Denning   on behalf of Creditor   I & L Miss I, LP sdenning@mbssllp.com
          Shay L. Denning   on behalf of Creditor   CTM 2005, Ltd. sdenning@mbssllp.com
          Stephen K. Lecholop, II   on behalf of Creditor   McCombs Energy, Ltd. slecholop@rpsalaw.com,
            amartinez@rpsalaw.com
          Stephen K. Lecholop, II   on behalf of Creditor   McCombs Exploration, LLC slecholop@rpsalaw.com,
            amartinez@rpsalaw.com
          Thomas H Shipps   on behalf of Creditor   CTM 2005, Ltd. tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor   Tara Rudman Revocable Trust tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor   MR Oil & Gas, LLC tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor   MER Energy, LTD tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor   Tauber Exploration & Production Company
            tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor   I & L Miss I, LP tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor   Feather River 75, LLC tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor   Rudman Family Trust tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor   The Rudman Partnership tshipps@mbssllp.com
          Thomas H Shipps   on behalf of Creditor   Pickens Financial Group, LLC tshipps@mbssllp.com
          Timothy C. Mohan   on behalf of Creditor   Baker Hughes, a GE Company LLC tmohan@foley.com,
            tim.mohan4@gmail.com
          Timothy M. Swanson   on behalf of Creditor   Kudzo Oil Properties, LLC tim.swanson@moyewhite.com,
            audra.albright@moyewhite.com
          Timothy M. Swanson   on behalf of Creditor   Apple River Investments, LLC
            tim.swanson@moyewhite.com, audra.albright@moyewhite.com
          Timothy M. Swanson   on behalf of Creditor   Alabama Oil Company tim.swanson@moyewhite.com,
            audra.albright@moyewhite.com
          Timothy M. Swanson   on behalf of Creditor   Alabama Oil & Gas, LLC tim.swanson@moyewhite.com,
            audra.albright@moyewhite.com
          Timothy M. Swanson   on behalf of Creditor   Kudzu Oil Properties, LLC tim.swanson@moyewhite.com,
            audra.albright@moyewhite.com
          Timothy Michael Riley   on behalf of Attorney   Hopping Green & Sams timothyr@hgslaw.com
          US Trustee   USTPRegion19.DV.ECF@usdoj.gov
                                                                              TOTAL: 119

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br><br>**Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

---

### JUDGMENT

---

Pursuant to and in accordance with the Order entered by the Honorable Elizabeth E. Brown, Bankruptcy Judge, and entered on the record in the above-entitled matter on even date herewith, it is hereby

ORDERED that the Debtors' Motion to: 1) Honor and Pay Overriding Royalty, Royalty, and Working Interest Obligations; and 2) Offset Joint Interest Billing Obligation is GRANTED as set forth in the Order.

DATED: May 18, 2020.

APPROVED BY THE COURT:                    FOR THE COURT:

Elizabeth E. Brown                        Deputy Clerk
United States Bankruptcy Judge