United States Bankruptcy Court
District of Colorado

In re:  
Sklar Exploration Company, LLC  
Sklarco, LLC  
    Debtors

Case No. 20-12377-EEB  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1082-1      User: admin      Page 1 of 4      Date Rcvd: May 18, 2020  
                Form ID: pdf904     Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2020.

```
db/db        +Sklar Exploration Company, LLC,    Sklarco, LLC,    5395 Pearl Parkway,    Suite 200,
               Boulder, CO 80301-2541
aty          +Benjamin Y. Ford,    RSA Tower, 27th Floor,    11 North Water Street,    Mobile, AL 36602-3809
aty          +Cook, Yancey, King & Galloway, APLC,    333 Texas Street,    Suite 1700,    P.O. Box 22260,
               Shreveport, LA 71120-2260
cr           +AEEC II, LLC,    333 Texas Street,    #2020,    Shreveport, LA 71101-3680
cr           +AEH Investments, LLC,    333 Texas Street,    Suite 1414,    Shreveport, LA 71101-3678
cr           +Anderson Exploration Energy Company, LC,    333 Texas Street,    #2020,
               Shreveport, LA 71101-3680
cr           +Baker Hughes, a GE Company LLC,    C/O Christopher J. Ryan,    17021 Aldine Westfield Road,
               Houston, TX 77073-5101
cr           +Barbara P Lawrence,    55 Hill Circle,    Evergreen, CO 80439-4618
cr           +Barnette & Benefield, Inc.,    PO Box 550,    Haynesville, LA 71038-0550
cr           +Bundero Investment Company, LLC,    401 Edwards Street,    Suite 820,    Shreveport, LA 71101-5521
cr           +Estate of Pamela Page, Deceased,    P.O. Box 374,    Evergreen, CO 80437-0374
cr           +Franks Exploration Company, LLC,    P.O. Box 7655,    Shreveport, LA 71137-7655
cr           +I & L Miss I, LP,    4761 Frank Luck Dr,    Addison, TX 75001-3202
cr           +J&A Harris, LP,    333 Texas Street,    Suite 1414,    Shreveport, LA 71101-3678
cr           +Kingston, LLC,    2790 South Thompson Street,    Suite 102,    Springdale, AR 72764-6303
cr           +Kodiak Gas Services, LLC,    15320 Hwy. 105, Suite 210,    Montgomery, TX 77356-2602
cr           +Pickens Financial Group, LLC,    10100 N. Central Expressway, Suite 200,    Dallas, TX 75231-4169
cr           +Stoneham Drilling Corporation,    c/o Bradley,    Attn: James B. Bailey,
               1819 Fifth Avenue North,    Birmingham, AL 35203-2120
cr           +Sugar Oil Properties, L.P.,    625 Market Street,    Suite 100,    Shreveport, LA 71101-5392
cr           +TCP Cottonwood, L.P.,    333 Texas Street,    #2020,    Shreveport, LA 71101-3680
cr           +Tauber Exploration & Production Company,    55 Waugh Drive, Suite 700,    Houston, TX 77007-5837
18754408     +Anderson Investment Holdings, LP,    AEEC II, LLC,    333 Texas Street, Suite 2020,
               Shreveport, LA 71101-3680
18754411     +Apple River Investments, L.L.C.,    Attn Robert M. Boeve, President,    1503 Garfield Road North,
               Traverse City, MI 49696-1111
18754484     +East West Bank Treasury Department,    135 North Los Robles Avenue,    Suite 600,
               ATTN Linda Cox,    Pasadena, CA 91101-4549
18754510     +FPCC USA, Inc.,    245 Commerce Green Blvd, Ste 250,    Sugar Land, TX 77478-3760
18754497     +Fant Energy Limited,    P.O. Box 55205,    Houston, TX 77255-5205
18754529     +H&H Construction, LLC,    Ladon E. Hall, Sole Manager,    P.O. Box 850,    Flomaton, AL 36441-0850
18754560      JD Fields & Company, Inc.,    P.O. Box 134401,    Houston, TX 77219-4401
18754567     +JJS Working Interest LLC,    2001 Kirby Dr, Suite 1110,    Houston, TX 77019-6081
18754578     +Kelley Brothers Contractors, Inc.,    P.O. Drawer 1079,    Waynesboro, MS 39367-1079
18754588     +Kudzu Oil Properties, LLC,    300 Concourse Blvd, Suite 101,    Ridgeland, MS 39157-2091
18754598      Lucas Petroleum Group, Inc.,    327 Congress Avenue, Suite 500,    Austin, TX 78701-3656
18754612     +Meritage Energy, Ltd.,    C/O BKD, LLP,    2700 Post Oak Blvd, Ste 1500,    Houston, TX 77056-5829
18754613      Mesa Fluids, LLC,    c/o Juno Financial,    P.O. Box 173928,    Denver, CO 80217-3928
18754664      Pro-Tek Field Services, LLC,    P.O. Box 919269,    Dallas, TX 75391-9269
18754666     +Pruet Oil Company, LLC,    217 West Capitol St. Ste 201,    Jackson, MS 39201-2099
18754673     +Rapad Well Service Co., Inc.,    217 West Capitol Street,    Jackson, MS 39201-2004
18754720     +Stoneham Drilling Corporation,    707 17th Street,    Suite 3250,    Denver, CO 80202-3433
18754721      Strago Petroleum Corporation,    3209 Hamm Road,    Pearland, TX 77581-5503
18754735     +TCP Cottonwood, L.P.,    333 Texas Street, Suite 2020,    Shreveport, LA 71101-3680
18754760     +Union Oilfield Supply, Inc.,    12 John Dykes Road,    Waynesboro, MS 39367-8371
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: cmccord@mccordprod.com May 19 2020 01:37:49     CTM 2005, Ltd.,
               55 Waugh Drive, Suite 515,    Houston, TX 77007-5840
cr            +E-mail/PDF: dor_tac_bankruptcy@state.co.us May 19 2020 01:51:47
               Colorado Department Of Revenue,    1375 Sherman St.,    Room 504,    Attention Bankruptcy Unit,
               Denver, CO 80261-3000
cr            +E-mail/Text: bankruptcy@coag.gov May 19 2020 01:39:03     Colorado Department of Law,
               1300 Broadway, 8th Floor,    Denver, CO 80203-2104
cr             E-mail/Text: tim.swanson@moyewhite.com May 19 2020 01:39:01     Kudzu Oil Properties, LLC,
               c/o Timothy M. Swanson,    Moye White LLP,    1400 16th Street, 6th Floor,    Denver, CO 80202
                                                                                              TOTAL: 4
```

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 1082-1          User: admin              Page 2 of 4           Date Rcvd: May 18, 2020
                              Form ID: pdf904          Total Noticed: 45
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2020 at the address(es) listed below:
              Amy Vazquez    on behalf of Creditor   FPCC USA, Inc. avazquez@joneswalker.com
              Armistead Mason Long    on behalf of Creditor   Pine Island Chemical Solutions, L.L.C.
               along@gamb.law
              Barnet B Skelton, Jr    on behalf of Creditor   CTM 2005, Ltd. barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor   Rudman Partnership barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor   Feather River 75, LLC barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor   MER Energy, LTD barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor   MR Oil & Gas, LLC barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor   I & L Miss I, LP barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor   Tara Rudman Revocable Trust barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor   The Rudman Partnership barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor   Pickens Financial Group, LLC barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor   Tauber Exploration & Production Company
               barnetbjr@msn.com
              Barnet B Skelton, Jr    on behalf of Creditor   Rudman Family Trust barnetbjr@msn.com
              Brian   Rich    on behalf of Creditor    Fletcher Petroleum Company, LLC brich@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Brian   Rich    on behalf of Creditor    Fletcher Exploration, LLC brich@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Brian   Rich    on behalf of Creditor    Fletcher Petroleum Corp. brich@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Bryce  Suzuki    on behalf of Creditor    East-West Bank bryce.suzuki@bclplaw.com,
               tina.daniels@bclplaw.com
              Christopher Meredith    on behalf of Creditor    Coastal Exploration, Inc. cmeredith@cctb.com,
               bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Christopher Meredith    on behalf of Attorney    Copeland, Cook, Taylor & Bush, P.A.
               cmeredith@cctb.com,   bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Christopher Meredith    on behalf of Creditor    Eastern Fishing & Rental Tool Company, Inc.
               cmeredith@cctb.com,   bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Christopher Meredith    on behalf of Creditor    PAR Minerals Corporation cmeredith@cctb.com,
               bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Christopher D. Johnson    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors cjohnson@munsch.com,   scurry@munsch.com
              Craig K. Schuenemann    on behalf of Creditor    East-West Bank craig.schuenemann@bryancave.com,
               alicia.berry@bryancave.com,44Team_DEN@bryancave.com
              Craig M. Geno    on behalf of Creditor    Alabama Oil Company cmgeno@cmgenolaw.com,
               kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
              Craig M. Geno    on behalf of Creditor    Kudzo Oil Properties, LLC cmgeno@cmgenolaw.com,
               kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
              Craig M. Geno    on behalf of Creditor    Apple River Investments, LLC cmgeno@cmgenolaw.com,
               kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
              David M. Miller    on behalf of Creditor    Bri-Chem Supply Corp., LLC dmiller@spencerfane.com,
               nschacht@spencerfane.com
              David R Taggart    on behalf of Creditor    JH Howell Interests, LP dtaggart@bradleyfirm.com,
               kburnley@bradleyfirm.com
              David R Taggart    on behalf of Creditor    JF Howell Interests ,LP dtaggart@bradleyfirm.com,
               kburnley@bradleyfirm.com
              Deanna L. Westfall    on behalf of Creditor    Colorado Department Of Revenue
               deanna.westfall@coag.gov,   bncmail@w-legal.com
              Duane  Brescia    on behalf of Creditor    Seitel Data, Ltd. dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Duane  Brescia    on behalf of Creditor    Lucas Petroleum Group, Inc. dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Duane  Brescia    on behalf of Attorney    Clark Hill Strasburger dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Eric  Lockridge    on behalf of Creditor    Anderson Exploration Energy Company, LC
               eric.lockridge@keanmiller.com,   Stephanie.gray@keanmiller.com
              Eric   Lockridge    on behalf of Creditor    Sugar Oil Properties, L.P.
               eric.lockridge@keanmiller.com,   Stephanie.gray@keanmiller.com
```

```
District/off: 1082-1                  User: admin                       Page 3 of 4                  Date Rcvd: May 18, 2020
                                      Form ID: pdf904                   Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Eric     Lockridge    on behalf of Creditor    Anderson Exploration Energy Company, L.C.
               eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
              Eric     Lockridge    on behalf of Creditor    TCP Cottonwood, L.P. eric.lockridge@keanmiller.com,
               Stephanie.gray@keanmiller.com
              Eric     Lockridge    on behalf of Creditor    AEEC II, LLC eric.lockridge@keanmiller.com,
               Stephanie.gray@keanmiller.com
              Glenn   Taylor    on behalf of Creditor    Eastern Fishing & Rental Tool Company, Inc.
               gtaylor@cctb.com
              Glenn   Taylor    on behalf of Creditor    Coastal Exploration, Inc. gtaylor@cctb.com
              Glenn   Taylor    on behalf of Creditor    PAR Minerals Corporation gtaylor@cctb.com
              Grant Matthew Beiner    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors gbeiner@munsch.com
              James B. Bailey    on behalf of Creditor    Stoneham Drilling Corporation jbailey@bradley.com,
               ashaver@bradley.com
              Jeffrey S. Brinen    on behalf of Debtor    Sklar Exploration Company, LLC jsb@kutnerlaw.com,
               receptionist@kutnerlaw.com;vlm@kutnerlaw.com
              Jeffrey S. Brinen    on behalf of Debtor    Sklarco, LLC jsb@kutnerlaw.com,
               receptionist@kutnerlaw.com;vlm@kutnerlaw.com
              Jennifer   Hardy    on behalf of Creditor    JJS Interests Steele Kings, LLC jhardy2@willkie.com
              Jennifer   Hardy    on behalf of Creditor    JJS Working Interests, LLC jhardy2@willkie.com
              Jennifer   Hardy    on behalf of Creditor    Fant Energy Limited jhardy2@willkie.com
              Jennifer   Hardy    on behalf of Creditor    JJS Interests Escambia, LLC jhardy2@willkie.com
              Jennifer   Norris Soto    on behalf of Creditor    Barnette & Benefield, Inc.
               jennifersoto@arklatexlaw.com, curtisshelton@arklatexlaw.com,stephanieparker@arklatexlaw.com
              Jeremy L Retherford    on behalf of Interested Party    Pruet Production Co. jretherford@balch.com,
               kskelton@balch.com,skynerd@pruet.com
              Jeremy L Retherford    on behalf of Creditor    Pruet Production Co. jretherford@balch.com,
               kskelton@balch.com,skynerd@pruet.com
              Jim F Spencer, Jr    on behalf of Creditor    Landmark Oil and Gas, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr    on behalf of Creditor    Stone Development, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr    on behalf of Creditor    Landmark Exploration, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr    on behalf of Creditor    Lexington Investments, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              John   Cornwell    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
                jcornwell@munsch.com, hvalentine@munsch.com
              John Thomas   Oldham    on behalf of Creditor    Kodiak Gas Services, LLC joldham@okinadams.com,
               bmoore@okinadams.com
              Jordan B. Bird    on behalf of Creditor    Kingston, LLC jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Creditor    AEH Investments, LLC jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Creditor    Bundero Investment Company, LLC
               jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Attorney    Cook, Yancey, King & Galloway, APLC
               jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Creditor    Franks Exploration Company, LLC
               jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Creditor    J&A Harris, LP jordan.bird@cookyancey.com
              Joseph Eric Bain    on behalf of Creditor    FPCC USA, Inc. jbain@joneswalker.com,
               kvrana@joneswalker.com
              Katherine A Ross    on behalf of Creditor    Bureau of Land Management katherine.ross@usdoj.gov,
               USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
              Katherine A Ross    on behalf of Creditor    Office of Natural Resources Revenue
               katherine.ross@usdoj.gov,
               USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
              Keri L. Riley    on behalf of Debtor    Sklarco, LLC klr@kutnerlaw.com,
               receptionist@kutnerlaw.com;vlm@kutnerlaw.com
              Keri L. Riley    on behalf of Debtor    Sklar Exploration Company, LLC klr@kutnerlaw.com,
               receptionist@kutnerlaw.com;vlm@kutnerlaw.com
              Kevin S. Neiman    on behalf of Creditor    Plains Gas Solutions, LLC kevin@ksnpc.com
              Kevin S. Neiman    on behalf of Creditor    Plains Marketing, L.P. kevin@ksnpc.com
              Lee M. Kutner    on behalf of Debtor    Sklar Exploration Company, LLC lmk@kutnerlaw.com,
               vlm@kutnerlaw.com,receptionist@kutnerlaw.com
              Lee M. Kutner    on behalf of Debtor    Sklarco, LLC lmk@kutnerlaw.com, vlm@kutnerlaw.com,
               receptionist@kutnerlaw.com
              Madison M. Tucker    on behalf of Creditor    FPCC USA, Inc. mtucker@joneswalker.com
              Matthew   Okin    on behalf of Creditor    Kodiak Gas Services, LLC mokin@okinadams.com
              Matthew J. Ochs    on behalf of Creditor    Rapaid Well Service Co., Inc. mjochs@hollandhart.com
              Matthew J. Ochs    on behalf of Creditor    Pruet Oil Company, LLC mjochs@hollandhart.com
              Matthew J. Ochs    on behalf of Creditor    Pruet Production Co. mjochs@hollandhart.com
              Michael   Niles    on behalf of Creditor    Fletcher Exploration, LLC mniles@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Michael   Niles    on behalf of Creditor    Fletcher Petroleum Company, LLC
                mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Michael   Niles    on behalf of Creditor    Fletcher Petroleum Corp. mniles@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com

```
District/off: 1082-1        User: admin              Page 4 of 4              Date Rcvd: May 18, 2020
                            Form ID: pdf904          Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Michael D Rubenstein    on behalf of Interested Party   BP America Production Company mdrubenstein@liskow.com
        Michael D Rubenstein    on behalf of Interested Party   BPX Properties (NA) LP mdrubenstein@liskow.com
        Michael J. Guyerson    on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com, celina@kjblawoffice.com;teresa@kjblawoffice.com
        Michael J. Guyerson    on behalf of Creditor   Estate of Pamela Page, Deceased mike@kjblawoffice.com, celina@kjblawoffice.com;teresa@kjblawoffice.com
        Paul Moss   on behalf of U.S. Trustee   US Trustee Paul.Moss@usdoj.gov
        Robert Padjen   on behalf of Creditor   Colorado Department of Law Robert.padjen@coag.gov
        Robert L Paddock   on behalf of Creditor    Strago Petroleum Corporation rpaddock@buckkeenan.com, myers@buckkeenan.com
        Robert L Paddock   on behalf of Creditor    Gateway Exploration, LLC rpaddock@buckkeenan.com, myers@buckkeenan.com
        Robert L Paddock   on behalf of Creditor    Harvest Gas Management, LLC rpaddock@buckkeenan.com, myers@buckkeenan.com
        Robert L Paddock   on behalf of Creditor    Meritage Energy Ltd rpaddock@buckkeenan.com, myers@buckkeenan.com
        Robert L Paddock   on behalf of Creditor    GCREW Properties, LLC rpaddock@buckkeenan.com, myers@buckkeenan.com
        Ryan Lorenz    on behalf of Creditor    Juno Financial LLC RLorenz@ClarkHill.com
        Ryan Seidemann    on behalf of Creditor    State of Louisiana, Depatment of Natural Resources, Office of Mineral Resources seidemannr@ag.louisiana.gov
        Ryco Exploration, LLC.    rsmith.ryco@att.net
        Shay L. Denning    on behalf of Creditor    Tauber Exploration & Production Company sdenning@mbssllp.com
        Shay L. Denning    on behalf of Creditor    Pickens Financial Group, LLC sdenning@mbssllp.com
        Shay L. Denning    on behalf of Creditor    I & L Miss I, LP sdenning@mbssllp.com
        Shay L. Denning    on behalf of Creditor    CTM 2005, Ltd. sdenning@mbssllp.com
        Stephen K. Lecholop, II    on behalf of Creditor    McCombs Energy, Ltd. slecholop@rpsalaw.com, amartinez@rpsalaw.com
        Stephen K. Lecholop, II    on behalf of Creditor    McCombs Exploration, LLC slecholop@rpsalaw.com, amartinez@rpsalaw.com
        Thomas H Shipps    on behalf of Creditor    CTM 2005, Ltd. tshipps@mbssllp.com
        Thomas H Shipps    on behalf of Creditor    Tara Rudman Revocable Trust tshipps@mbssllp.com
        Thomas H Shipps    on behalf of Creditor    MR Oil & Gas, LLC tshipps@mbssllp.com
        Thomas H Shipps    on behalf of Creditor    MER Energy, LTD tshipps@mbssllp.com
        Thomas H Shipps    on behalf of Creditor    Tauber Exploration & Production Company tshipps@mbssllp.com
        Thomas H Shipps    on behalf of Creditor    I & L Miss I, LP tshipps@mbssllp.com
        Thomas H Shipps    on behalf of Creditor    Feather River 75, LLC tshipps@mbssllp.com
        Thomas H Shipps    on behalf of Creditor    Rudman Family Trust tshipps@mbssllp.com
        Thomas H Shipps    on behalf of Creditor    The Rudman Partnership tshipps@mbssllp.com
        Thomas H Shipps    on behalf of Creditor    Pickens Financial Group, LLC tshipps@mbssllp.com
        Timothy C. Mohan    on behalf of Creditor    Baker Hughes, a GE Company LLC tmohan@foley.com, tim.mohan4@gmail.com
        Timothy M. Swanson    on behalf of Creditor    Kudzo Oil Properties, LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com
        Timothy M. Swanson    on behalf of Creditor    Apple River Investments, LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com
        Timothy M. Swanson    on behalf of Creditor    Alabama Oil Company tim.swanson@moyewhite.com, audra.albright@moyewhite.com
        Timothy M. Swanson    on behalf of Creditor    Alabama Oil & Gas, LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com
        Timothy M. Swanson    on behalf of Creditor    Kudzu Oil Properties, LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com
        Timothy Michael Riley    on behalf of Attorney    Hopping Green & Sams timothyr@hgslaw.com
        US Trustee    USTPRegion19.DV.ECF@usdoj.gov

                                                                                              TOTAL: 119

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

**THIRD INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL**

UPON CONSIDERATION of the Motion of the Debtors and Debtors in Possession for entry of an order authorizing the use of cash collateral on an interim basis ("Motion") and any additional papers filed in opposition thereto and in further support thereof; and having heard the arguments of counsel; and having considered the evidence presented; and based on the reasons stated on the record on May 18, 2020, the Court FINDS and CONCLUDES:

A. On April 1, 2020 (the "Petition Date"), Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco") (collectively "Debtors") filed respective voluntary petitions for relief under chapter 11, thereby commencing their chapter 11 cases, which are being jointly administered.

B. On April 16, 2020, the United States Trustee appointed the Official Committee of Unsecured Creditors of Sklar Exploration Company, LLC (the "Committee").

C. East West Bank, a California state banking corporation ("EWB"), as lender and the administrative agent under the applicable loan and security documents, asserts a secured claim in this case pursuant to a loan made to the Debtors (the "Loan") on or about June 15, 2018.

D. EWB asserts a secured claim for the Debtors' outstanding indebtedness to EWB on the Loan, which as of the Petition Date exceeded $22,925,000 (the "Prepetition Indebtedness"), which it asserts is secured by first-priority liens in favor of EWB in substantially all of the Debtors' real and

personal property assets. In addition, EWB asserts liens on all of the Debtors' cash on hand, revenue, cash proceeds and other cash equivalents, and all cash and cash equivalent proceeds of other collateral (collectively, the "Cash Collateral").

E. Additional parties, including certain working interest holders, mechanics, materialmen, or mineral lien claimants filed objections or responses to the Motion or appeared at the hearing held from May 9-12, 2020. Many of those parties who filed objections later withdrew them based on additional language included in the proposed form of this Order. By the time of the evidentiary portion of the hearing on the Motion, the only remaining objectors were: Tauber Exploration & Production Company, CTM 2005, Ltd., Pickens Financial Group, LLC, I & L Miss I, LP, MER Energy, Ltd., MR Oil & Gas, LLC, Tara Rudman Revocable Trust, Feather River 75, LLC, Rudman Family Trust, and The Rudman Partnership, FPCC USA, Inc., Kudzu Oil Properties, LLC, Alabama Oil Company, and Apple River Investments, LLC. (collectively, the "Objecting Parties.")

F. On April 15, 2020, the Court entered the Interim Order Authorizing Use of Cash Collateral through and including April 27, 2020; and on April 27, 2020, the Court entered the Second Interim Order Authorizing Use of Cash Collateral through and including May 8, 2020.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby GRANTED on an interim basis as provided in this Order.

2. The Debtors are hereby authorized to use the Cash Collateral only to pay the post-petition operating expenses of the Debtors as set forth in the Budget for the third interim period from May 9, 2020 through and including May 31, 2020 attached to the Debtors' Supplemental Status Report filed at Docket Number 271 (the "Budget"), which was also submitted as Debtors' Exhibit D-4 at the hearing, and for no other purpose without the prior written consent of EWB, the Committee, and all other parties who in filing a response to the Debtors' request to use cash collateral have asserted an interest in the Cash Collateral (collectively, the "Interest Holders"). With respect to all budgeted expenses, EWB consents to a variance not to exceed 15% of each line-item expense; provided, however, the Debtor shall not exceed 3% of the cumulative amount of all line-item expenses for any budgeted period without the prior consent of EWB or an order of the Court; and further provided that, the Debtors shall provide notice to

the Committee and the Interest Holders (within one business day) in the event that such consent is provided by EWB. For the avoidance of a doubt, notwithstanding any line item in the budget, the Debtors may only use Cash Collateral for the payment of post-petition expenses unless otherwise authorized by the Bankruptcy Court, and shall not use the post-petition revenues of the Interest Holders as Cash Collateral, with the exception of paying revenues to such Interest Holders, and offsetting Joint Interest Billings against post-petition revenues where expressly requested in writing by the revenue interest holder.

3. For the avoidance of a doubt, SEC shall pay all amounts owed to the holders of royalty interests, overriding royalty interests, and working interests for revenues generated from the sale of produced oil and gas in the month of March 2020, which funds were received on a post-petition basis in April 2020, in accordance with the Budget, and consistent with the Court's Order Authorizing Payment of Working Interest Obligations and Limited Offset of Joint Interest Billing Obligations, of even date herewith, and shall not use the post-petition revenues of the Interest Holders as Cash Collateral, with the exception of paying revenues to such Interest Holders, and offsetting Joint Interest Billings against post-petition revenues where expressly requested in writing by the revenue interest holder.

4. The funds in an account of either Debtor shall retain their ownership as to the individual Debtor who provided such funds into the account and/or any applicable third party that may claim ownership to such funds under applicable non-bankruptcy law in existence on the Petition Date. An accounting of such funds shall be available to Interest Holders and creditors on a monthly basis and earlier upon reasonable request by a creditor. SEC shall be responsible for maintaining a current and contemporaneous record of all funds collected and disbursed for the benefit of Sklarco and non-debtor third parties.

5. Any overriding royalty interests and/or working interests owed to Sklarco from SEC, shall be maintained by SEC for use in ongoing operations.

6. The Debtors' authorization to use the Cash Collateral in accordance with the terms of this Order will remain in effect through the last date of the Budget.

7. Notwithstanding Bankruptcy Code § 552, as additional adequate protection, the

interests of EWB and the Interest Holders shall have, and are hereby granted, replacement liens on all existing and hereafter acquired property and assets of the Debtors of every kind and character, to the extent (if any) and with the same validity and priority that they held a lien or interest (including valid and non-avoidable liens in existence at the time of the Petition Date that are subsequently perfected as permitted by section 546(b) of the Bankruptcy Code) in such kind and character of property and assets of the Debtors as of the Petition Date (the "Replacement Liens"). The Replacement Liens shall secure EWB and the Interest Holders to the extent necessary to adequately protect them from any diminution in value of their interests in property of the Debtors' estates as a result of the entry of this Order and the use of Cash Collateral authorized hereby. For the avoidance of doubt, to the extent it is determined that funds held by the Debtors as of the Petition Date were owned by or subject to an interest of the Interest Holders and that said funds have been subsequently expended by the Debtors, the Interest Holders shall be entitled to a Replacement Lien.

8. The Debtors shall keep EWB's collateral and that of any other secured creditor insured to the same extent it was insured on a pre-petition basis and shall maintain and preserve the operation of all such collateral.

9. The Debtors shall make available to all creditors, the Committee, their counsel and consultants, upon reasonable request, the Debtors' books and records and other financial information. The Debtors shall also provide to EWB, any other secured creditors, the Committee, and any other creditor who so requests, a budgeted-versus-actual rolling cash flow report on a weekly basis during the budget periods covered by this Order, provided however that per-line item and overall variances will be evaluated on a monthly basis.

10. As additional adequate protection, the Debtors hereby consent to the appointment of a chief restructuring officer ("CRO") to manage and/or oversee the day-to-day operations and business of the Debtors during the pendency of these chapter 11 cases. The identity of the CRO and the terms of the CRO's appointment shall be agreeable to the Committee and EWB, with reasonable consultation by the Debtors and the Interest Holders, and shall be submitted for the Court's approval on motion filed by the Debtors prior to the final hearing or the next interim hearing on Cash Collateral.

11. Nothing in this Order shall constitute a final ruling that any party's interests are adequately protected, nor a determination of the validity, priority, or extent of any lien or interest asserted by EWB, the Interest Holders, or any other Secured Creditor. The parties' rights are fully preserved with respect to such issues.

12. Nothing in this Order shall impair, limit, or modify the application of Section 507(b) of the Bankruptcy Code.

13. To the extent the Debtors hold funds provided by working interest holders for cash call advances, the Debtors shall retain and account for such funds to such working interest holders. The Debtors have asserted that they do not believe they are holding any such funds at this point, but they will continue to investigate this matter further prior to any final hearing. The Debtors shall also provide an accounting of revenue held in suspense in which any working interest holder or other party may claim an interest.

14. Nothing in the Motion or this Order shall in any way limit any party's right to object to the use of cash collateral, the funds or proceeds asserted to constitute cash collateral, or the ownership of such funds for purposes of this interim order, on a final basis.

Dated: May 18, 2020.               BY THE COURT:

                                   *Elizabeth E. Brown*

                                   Honorable Elizabeth E. Brown
                                   United States Bankruptcy Judge