```
                              United States Bankruptcy Court
                                   District of Colorado

In re:                                                          Case No. 20-12377-EEB
Sklar Exploration Company, LLC                                  Chapter 11
Sklarco, LLC
         Debtors                     CERTIFICATE OF NOTICE
District/off: 1082-1           User: admin                 Page 1 of 4         Date Rcvd: May 18, 2020
                               Form ID: pdf904             Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2020.
db/db        +Sklar Exploration Company, LLC,    Sklarco, LLC,    5395 Pearl Parkway,   Suite 200,
               Boulder, CO 80301-2541
aty          +Benjamin Y. Ford,    RSA Tower, 27th Floor,    11 North Water Street,    Mobile, AL 36602-3809
aty          +Cook, Yancey, King & Galloway, APLC,    333 Texas Street,    Suite 1700,   P.O. Box 22260,
               Shreveport, LA 71120-2260
cr           +AEEC II, LLC,    333 Texas Street,   #2020,   Shreveport, LA 71101-3680
cr           +AEH Investments, LLC,    333 Texas Street,   Suite 1414,   Shreveport, LA 71101-3678
cr           +Anderson Exploration Energy Company, LC,    333 Texas Street,    #2020,
               Shreveport, LA 71101-3680
cr           +Baker Hughes, a GE Company LLC,    C/O Christopher J. Ryan,    17021 Aldine Westfield Road,
               Houston, TX 77073-5101
cr           +Barbara P Lawrence,    55 Hill Circle,   Evergreen, CO 80439-4618
cr           +Barnette & Benefield, Inc.,    PO Box 550,   Haynesville, LA 71038-0550
cr           +Bundero Investment Company, LLC,    401 Edwards Street,   Suite 820,    Shreveport, LA 71101-5521
cr           +Estate of Pamela Page, Deceased,    P.O. Box 374,   Evergreen, CO 80437-0374
cr           +Franks Exploration Company, LLC,    P.O. Box 7655,   Shreveport, LA 71137-7655
cr           +I & L Miss I, LP,    4761 Frank Luck Dr,   Addison, TX 75001-3202
cr           +J&A Harris, LP,    333 Texas Street,   Suite 1414,   Shreveport, LA 71101-3678
cr           +Kingston, LLC,    2790 South Thompson Street,    Suite 102,   Springdale, AR 72764-6303
cr           +Kodiak Gas Services, LLC,    15320 Hwy. 105, Suite 210,   Montgomery, TX 77356-2602
cr           +Pickens Financial Group, LLC,    10100 N. Central Expressway, Suite 200,    Dallas, TX 75231-4169
cr           +Stoneham Drilling Corporation,    c/o Bradley,   Attn: James B. Bailey,
               1819 Fifth Avenue North,    Birmingham, AL 35203-2120
cr           +Sugar Oil Properties, L.P.,    625 Market Street,   Suite 100,   Shreveport, LA 71101-5392
cr           +TCP Cottonwood, L.P.,    333 Texas Street,   #2020,   Shreveport, LA 71101-3680
cr           +Tauber Exploration & Production Company,    55 Waugh Drive, Suite 700,    Houston, TX 77007-5837
18754408     +Anderson Investment Holdings, LP,    AEEC II, LLC,    333 Texas Street, Suite 2020,
               Shreveport, LA 71101-3680
18754411     +Apple River Investments, L.L.C.,    Attn Robert M. Boeve, President,    1503 Garfield Road North,
               Traverse City, MI 49696-1111
18754484     +East West Bank Treasury Department,    135 North Los Robles Avenue,    Suite 600,
               ATTN Linda Cox,    Pasadena, CA 91101-4549
18754510     +FPCC USA, Inc.,    245 Commerce Green Blvd, Ste 250,   Sugar Land, TX 77478-3760
18754497     +Fant Energy Limited,    P.O. Box 55205,   Houston, TX 77255-5205
18754529     +H&H Construction, LLC,    Ladon E. Hall, Sole Manager,    P.O. Box 850,   Flomaton, AL 36441-0850
18754560      JD Fields & Company, Inc.,    P.O. Box 134401,   Houston, TX 77219-4401
18754567     +JJS Working Interest LLC,    2001 Kirby Dr, Suite 1110,   Houston, TX 77019-6081
18754578     +Kelley Brothers Contractors, Inc.,    P.O. Drawer 1079,   Waynesboro, MS 39367-1079
18754588     +Kudzu Oil Properties, LLC,    300 Concourse Blvd, Suite 101,    Ridgeland, MS 39157-2091
18754598      Lucas Petroleum Group, Inc.,    327 Congress Avenue, Suite 500,    Austin, TX 78701-3656
18754612     +Meritage Energy, Ltd.,    C/O BKD, LLP,   2700 Post Oak Blvd, Ste 1500,    Houston, TX 77056-5829
18754613      Mesa Fluids, LLC,    c/o Juno Financial,   P.O. Box 173928,    Denver, CO 80217-3928
18754664      Pro-Tek Field Services, LLC,    P.O. Box 919269,   Dallas, TX 75391-9269
18754666     +Pruet Oil Company, LLC,    217 West Capitol St. Ste 201,   Jackson, MS 39201-2099
18754673     +Rapad Well Service Co., Inc.,    217 West Capitol Street,   Jackson, MS 39201-2004
18754720     +Stoneham Drilling Corporation,    707 17th Street,   Suite 3250,   Denver, CO 80202-3433
18754721      Strago Petroleum Corporation,    3209 Hamm Road,   Pearland, TX 77581-5503
18754735     +TCP Cottonwood, L.P.,    333 Texas Street, Suite 2020,   Shreveport, LA 71101-3680
18754760     +Union Oilfield Supply, Inc.,    12 John Dykes Road,   Waynesboro, MS 39367-8371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: cmccord@mccordprod.com May 19 2020 01:37:49      CTM 2005, Ltd.,
               55 Waugh Drive, Suite 515,    Houston, TX 77007-5840
cr           +E-mail/PDF: dor_tac_bankruptcy@state.co.us May 19 2020 01:51:47
               Colorado Department Of Revenue,    1375 Sherman St.,    Room 504,   Attention Bankruptcy Unit,
               Denver, CO 80261-3000
cr           +E-mail/Text: bankruptcy@coag.gov May 19 2020 01:39:03      Colorado Department of Law,
               1300 Broadway, 8th Floor,    Denver, CO 80203-2104
cr            E-mail/Text: tim.swanson@moyewhite.com May 19 2020 01:39:02       Kudzu Oil Properties, LLC,
               c/o Timothy M. Swanson,    Moye White LLP,   1400 16th Street, 6th Floor,    Denver, CO 80202
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 1082-1               User: admin               Page 2 of 4               Date Rcvd: May 18, 2020
                                   Form ID: pdf904           Total Noticed: 45
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2020 at the address(es) listed below:

```
          Amy Vazquez    on behalf of Creditor    FPCC USA, Inc. avazquez@joneswalker.com
          Armistead Mason Long    on behalf of Creditor    Pine Island Chemical Solutions, L.L.C.
           along@gamb.law
          Barnet B Skelton, Jr    on behalf of Creditor    CTM 2005, Ltd. barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    Rudman Partnership barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    Feather River 75, LLC barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    MER Energy, LTD barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    MR Oil & Gas, LLC barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    I & L Miss I, LP barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    Tara Rudman Revocable Trust barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    The Rudman Partnership barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    Pickens Financial Group, LLC barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    Tauber Exploration & Production Company
           barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    Rudman Family Trust barnetbjr@msn.com
          Brian Rich    on behalf of Creditor    Fletcher Petroleum Company, LLC brich@bergersingerman.com,
           efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Brian Rich    on behalf of Creditor    Fletcher Exploration, LLC brich@bergersingerman.com,
           efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Brian Rich    on behalf of Creditor    Fletcher Petroleum Corp. brich@bergersingerman.com,
           efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Bryce Suzuki    on behalf of Creditor    East-West Bank bryce.suzuki@bclplaw.com,
           tina.daniels@bclplaw.com
          Christopher Meredith    on behalf of Creditor    Coastal Exploration, Inc. cmeredith@cctb.com,
           bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher Meredith    on behalf of Attorney    Copeland, Cook, Taylor & Bush, P.A.
           cmeredith@cctb.com,    bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher Meredith    on behalf of Creditor    Eastern Fishing & Rental Tool Company, Inc.
           cmeredith@cctb.com,    bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher Meredith    on behalf of Creditor    PAR Minerals Corporation cmeredith@cctb.com,
           bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher D. Johnson    on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors cjohnson@munsch.com,    scurry@munsch.com
          Craig K. Schuenemann    on behalf of Creditor    East-West Bank craig.schuenemann@bryancave.com,
           alicia.berry@bryancave.com,44Team_DEN@bryancave.com
          Craig M. Geno    on behalf of Creditor    Alabama Oil Company cmgeno@cmgenolaw.com,
           kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          Craig M. Geno    on behalf of Creditor    Kudzo Oil Properties, LLC cmgeno@cmgenolaw.com,
           kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          Craig M. Geno    on behalf of Creditor    Apple River Investments, LLC cmgeno@cmgenolaw.com,
           kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          David M. Miller    on behalf of Creditor    Bri-Chem Supply Corp., LLC dmiller@spencerfane.com,
           nschacht@spencerfane.com
          David R Taggart    on behalf of Creditor    JH Howell Interests, LP dtaggart@bradleyfirm.com,
           kburnley@bradleyfirm.com
          David R Taggart    on behalf of Creditor    JF Howell Interests ,LP dtaggart@bradleyfirm.com,
           kburnley@bradleyfirm.com
          Deanna L. Westfall    on behalf of Creditor    Colorado Department Of Revenue
           deanna.westfall@coag.gov,    bncmail@w-legal.com
          Duane Brescia    on behalf of Creditor    Seitel Data, Ltd. dbrescia@clarkhill.com,
           kalexander@clarkhill.com;djaenike@clarkhill.com
          Duane Brescia    on behalf of Creditor    Lucas Petroleum Group, Inc. dbrescia@clarkhill.com,
           kalexander@clarkhill.com;djaenike@clarkhill.com
          Duane Brescia    on behalf of Attorney    Clark Hill Strasburger dbrescia@clarkhill.com,
           kalexander@clarkhill.com;djaenike@clarkhill.com
          Eric Lockridge    on behalf of Creditor    Anderson Exploration Energy Company, LC
           eric.lockridge@keanmiller.com,    Stephanie.gray@keanmiller.com
          Eric Lockridge    on behalf of Creditor    Sugar Oil Properties, L.P.
           eric.lockridge@keanmiller.com,    Stephanie.gray@keanmiller.com
```

```
District/off: 1082-1                User: admin                 Page 3 of 4                  Date Rcvd: May 18, 2020
                                    Form ID: pdf904             Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Eric Lockridge    on behalf of Creditor    Anderson Exploration Energy Company, L.C. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
        Eric Lockridge    on behalf of Creditor    TCP Cottonwood, L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
        Eric Lockridge    on behalf of Creditor    AEEC II, LLC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
        Glenn Taylor    on behalf of Creditor    Eastern Fishing & Rental Tool Company, Inc. gtaylor@cctb.com
        Glenn Taylor    on behalf of Creditor    Coastal Exploration, Inc. gtaylor@cctb.com
        Glenn Taylor    on behalf of Creditor    PAR Minerals Corporation gtaylor@cctb.com
        Grant Matthew Beiner    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors gbeiner@munsch.com
        James B. Bailey    on behalf of Creditor    Stoneham Drilling Corporation jbailey@bradley.com, ashaver@bradley.com
        Jeffrey S. Brinen    on behalf of Debtor    Sklar Exploration Company, LLC jsb@kutnerlaw.com, receptionist@kutnerlaw.com;vlm@kutnerlaw.com
        Jeffrey S. Brinen    on behalf of Debtor    Sklarco, LLC jsb@kutnerlaw.com, receptionist@kutnerlaw.com;vlm@kutnerlaw.com
        Jennifer Hardy    on behalf of Creditor    JJS Interests Steele Kings, LLC jhardy2@willkie.com
        Jennifer Hardy    on behalf of Creditor    JJS Working Interests, LLC jhardy2@willkie.com
        Jennifer Hardy    on behalf of Creditor    Fant Energy Limited jhardy2@willkie.com
        Jennifer Hardy    on behalf of Creditor    JJS Interests Escambia, LLC jhardy2@willkie.com
        Jennifer Norris Soto    on behalf of Creditor    Barnette & Benefield, Inc. jennifersoto@arklatexlaw.com, curtisshelton@arklatexlaw.com,stephanieparker@arklatexlaw.com
        Jeremy L Retherford    on behalf of Interested Party    Pruet Production Co. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com
        Jeremy L Retherford    on behalf of Creditor    Pruet Production Co. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com
        Jim F Spencer, Jr    on behalf of Creditor    Landmark Oil and Gas, LLC jspencer@watkinseager.com, mryan@watkinseager.com
        Jim F Spencer, Jr    on behalf of Creditor    Stone Development, LLC jspencer@watkinseager.com, mryan@watkinseager.com
        Jim F Spencer, Jr    on behalf of Creditor    Landmark Exploration, LLC jspencer@watkinseager.com, mryan@watkinseager.com
        Jim F Spencer, Jr    on behalf of Creditor    Lexington Investments, LLC jspencer@watkinseager.com, mryan@watkinseager.com
        John Cornwell    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors jcornwell@munsch.com, hvalentine@munsch.com
        John Thomas Oldham    on behalf of Creditor    Kodiak Gas Services, LLC joldham@okinadams.com, bmoore@okinadams.com
        Jordan B. Bird    on behalf of Creditor    Kingston, LLC jordan.bird@cookyancey.com
        Jordan B. Bird    on behalf of Creditor    AEH Investments, LLC jordan.bird@cookyancey.com
        Jordan B. Bird    on behalf of Creditor    Bundero Investment Company, LLC jordan.bird@cookyancey.com
        Jordan B. Bird    on behalf of Attorney    Cook, Yancey, King & Galloway, APLC jordan.bird@cookyancey.com
        Jordan B. Bird    on behalf of Creditor    Franks Exploration Company, LLC jordan.bird@cookyancey.com
        Jordan B. Bird    on behalf of Creditor    J&A Harris, LP jordan.bird@cookyancey.com
        Joseph Eric Bain    on behalf of Creditor    FPCC USA, Inc. jbain@joneswalker.com, kvrana@joneswalker.com
        Katherine A Ross    on behalf of Creditor    Bureau of Land Management katherine.ross@usdoj.gov, USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
        Katherine A Ross    on behalf of Creditor    Office of Natural Resources Revenue katherine.ross@usdoj.gov, USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
        Keri L. Riley    on behalf of Debtor    Sklarco, LLC klr@kutnerlaw.com, receptionist@kutnerlaw.com;vlm@kutnerlaw.com
        Keri L. Riley    on behalf of Debtor    Sklar Exploration Company, LLC klr@kutnerlaw.com, receptionist@kutnerlaw.com;vlm@kutnerlaw.com
        Kevin S. Neiman    on behalf of Creditor    Plains Gas Solutions, LLC kevin@ksnpc.com
        Kevin S. Neiman    on behalf of Creditor    Plains Marketing, L.P. kevin@ksnpc.com
        Lee M. Kutner    on behalf of Debtor    Sklar Exploration Company, LLC lmk@kutnerlaw.com, vlm@kutnerlaw.com,receptionist@kutnerlaw.com
        Lee M. Kutner    on behalf of Debtor    Sklarco, LLC lmk@kutnerlaw.com, vlm@kutnerlaw.com, receptionist@kutnerlaw.com
        Madison M. Tucker    on behalf of Creditor    FPCC USA, Inc. mtucker@joneswalker.com
        Matthew Okin    on behalf of Creditor    Kodiak Gas Services, LLC mokin@okinadams.com
        Matthew J. Ochs    on behalf of Creditor    Rapaid Well Service Co., Inc. mjochs@hollandhart.com
        Matthew J. Ochs    on behalf of Creditor    Pruet Oil Company, LLC mjochs@hollandhart.com
        Matthew J. Ochs    on behalf of Creditor    Pruet Production Co. mjochs@hollandhart.com
        Michael Niles    on behalf of Creditor    Fletcher Exploration, LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
        Michael Niles    on behalf of Creditor    Fletcher Petroleum Company, LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
        Michael Niles    on behalf of Creditor    Fletcher Petroleum Corp. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

```
District/off: 1082-1                  User: admin                     Page 4 of 4                   Date Rcvd: May 18, 2020
                                      Form ID: pdf904                 Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Michael D Rubenstein    on behalf of Interested Party    BP America Production Company
               mdrubenstein@liskow.com
              Michael D Rubenstein    on behalf of Interested Party    BPX Properties (NA) LP
               mdrubenstein@liskow.com
              Michael J. Guyerson    on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com,
               celina@kjblawoffice.com;teresa@kjblawoffice.com
              Michael J. Guyerson    on behalf of Creditor    Estate of Pamela Page, Deceased
               mike@kjblawoffice.com, celina@kjblawoffice.com;teresa@kjblawoffice.com
              Paul  Moss    on behalf of U.S. Trustee    US Trustee Paul.Moss@usdoj.gov
              Robert  Padjen    on behalf of Creditor    Colorado Department of Law Robert.padjen@coag.gov
              Robert L Paddock    on behalf of Creditor    Strago Petroleum Corporation rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    Gateway Exploration, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    Harvest Gas Management, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    Meritage Energy Ltd rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    GCREW Properties, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Ryan  Lorenz    on behalf of Creditor    Juno Financial LLC RLorenz@ClarkHill.com
              Ryan  Seidemann    on behalf of Creditor    State of Louisiana, Depatment of Natural Resources,
               Office of Mineral Resources seidemannr@ag.louisiana.gov
              Ryco Exploration, LLC.    rsmith.ryco@att.net
              Shay L. Denning    on behalf of Creditor    Tauber Exploration & Production Company
               sdenning@mbssllp.com
              Shay L. Denning    on behalf of Creditor    Pickens Financial Group, LLC sdenning@mbssllp.com
              Shay L. Denning    on behalf of Creditor    I & L Miss I, LP sdenning@mbssllp.com
              Shay L. Denning    on behalf of Creditor    CTM 2005, Ltd. sdenning@mbssllp.com
              Stephen K. Lecholop, II    on behalf of Creditor    McCombs Energy, Ltd. slecholop@rpsalaw.com,
               amartinez@rpsalaw.com
              Stephen K. Lecholop, II    on behalf of Creditor    McCombs Exploration, LLC slecholop@rpsalaw.com,
               amartinez@rpsalaw.com
              Thomas H Shipps    on behalf of Creditor    CTM 2005, Ltd. tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    Tara Rudman Revocable Trust tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    MR Oil & Gas, LLC tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    MER Energy, LTD tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    Tauber Exploration & Production Company
               tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    I & L Miss I, LP tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    Feather River 75, LLC tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    Rudman Family Trust tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    The Rudman Partnership tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    Pickens Financial Group, LLC tshipps@mbssllp.com
              Timothy C. Mohan    on behalf of Creditor    Baker Hughes, a GE Company LLC tmohan@foley.com,
               tim.mohan4@gmail.com
              Timothy M. Swanson    on behalf of Creditor    Kudzo Oil Properties, LLC tim.swanson@moyewhite.com,
               audra.albright@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Apple River Investments, LLC
               tim.swanson@moyewhite.com, audra.albright@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Alabama Oil Company tim.swanson@moyewhite.com,
               audra.albright@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Alabama Oil & Gas, LLC tim.swanson@moyewhite.com,
               audra.albright@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Kudzu Oil Properties, LLC tim.swanson@moyewhite.com,
               audra.albright@moyewhite.com
              Timothy Michael Riley    on behalf of Attorney    Hopping Green & Sams timothyr@hgslaw.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                                     TOTAL: 119
```

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

<u>*Minute Order*</u>

| | | | |
|---|---|---|---|
| Date: May 18, 2020 | | **Honorable Elizabeth E. Brown, Presiding** Kerstin Cass, Law Clerk | |
| In re: | Sklar Exploration Company, LLC, Debtor. | | **Case. No. 20-12377 EEB** Chapter 11 |
| | Sklarco, LLC, Debtor. | | **Case. No. 20-12380 EEB** Chapter 11 |
| | | | **Jointly Administered Under 20-12377 EEB** |

| | Video Conference Appearances | | Representing |
|---|---|---|---|
| Counsel | | UST | |
| Counsel | Lee Kutner, Keri Riley, Marshall Jones | Debtor(s) | |
| Counsel | John Cornwell, Grant Beiner | Committee | Creditors' Committee |
| Counsel | Bryce Suzuki | Creditor | East West Bank |
| Counsel | Timothy Mohan | Creditor | Baker Hughes |
| Counsel | Joseph Bain | Creditor | FPCC USA |
| Counsel | Jordan Bird | Creditor | Franks Exploration Co, AEH Investments, J & A Harris Bundero Investment Co., Kingston, Hughes Oil South, KMR Investments, Tommy Youngblood |
| Counsel | Timothy Swanson | Creditor | Kudzu Oil Properties, Alabama Oil Co. & Apple River Investments, Alabama Oil & Gas, LLC |
| Counsel | Jim Spencer | Creditor | Landmark Oil and Gas, Landmark Exploration, Lexington Investments, Stone Development, |
| Counsel | Duane Brescia | Creditor | Lucas Petroleum Oil |
| Counsel | Christopher Meredith, Glen Taylor | Creditor | PAR Minerals, Eastern Fishing & Tool Rental Company, and Coastal Exploration |
| Counsel | Jeremy Retherford, Stan Kynerd | Creditor | Pruet Oil Company, LLC, Pruet Production Co. |
| Counsel | Robert Paddock, Louis Goza, John Aubrey, George Jochetz | Creditor | Strago Petroleum Corporation, Meritage Energy Ltd, Gateway Exploration, Harvest Gas Management, G Crew Properties |
| Counsel | Thomas Shipps, | Creditor | Tauber Exploration & Production Co, CTM 2005, Ltd., I & L Miss I, LP, Pickens Financial Group, LLC, MER Energy, Ltd., The MR Trust, Tara Rudman Revocable Trust, Rudman Family Trust, The Rudman Partnership, Feather River 75, LLC |

Proceedings: Evidentiary Video Conference Hearing on Strago Group's Motion for Order Directing Debtor Sklar Exploration Company, LLC to Assume or Reject Executory Contract (Docket No. 204) and all objections thereto

☒ Witnesses Sworn   ☒ Exhibits Entered   ☒ Evidentiary Hearing[1]
☒ The following individuals were sworn as witnesses and testified: Louis Goza, Marshall Jones
☒ The Court received into evidence the following of the Strago Group 1-12

Orders:

☒ For the reasons stated on the record, the Court DENIED Strago Group's Motion for Order Directing Debtor Sklar Exploration Company, LLC to Assume or Reject Executory Contract (Docket No. 204). A separate judgment will enter.

Date: May 18, 2020

BY THE COURT:

Elizabeth E. Brown, U.S. Bankruptcy Judge

---

[1] This hearing is considered evidentiary for statistical purposes.