# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **In re:** § § **SKLAR EXPLORATION COMPANY, LLC,** *et al.*,[1] § § § **Debtors.** § | | **Chapter 11** **Case No. 20-12377-EEB** **(Jointly Administered)** |

## NOTICE OF WITHDRAWAL OF OBJECTION TO DEBTORS' MOTION TO EMPLOY BERG HILL GREENLEAF & RUSCITTI, LLP AS SPECIAL COUNSEL
[Related Document Nos. 10 and 26]

The Official Committee of Unsecured Creditors in the above-captioned bankruptcy case of Sklar Exploration Company, LLC, hereby withdraws its *Objection to Debtors' Motion to Employ Berg Hill Greenleaf & Ruscitti, LLP as Special Counsel*, filed on April 23, 2020, at Docket No. 154.

Respectfully submitted this 21st day of May, 2020

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ *Christopher D. Johnson*___
Christopher D. Johnson
Tex. Bar No. 24012913
John D. Cornwell
Tex. Bar No. 24050450
Grant M. Beiner
Tex. Bar No. 24116090
700 Milam Street, Suite 2700
Houston, Texas 77002
713-222-1470 (tel.)
713-222-1475 (fax)
cjohnson@munsch.com
jcornwell@munsch.com
gbeiner@munsch.com

**COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

4817-2813-2028v.2

**CERTIFICATE OF SERVICE**

      This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on May 21, 2020.

                                                   */s/ Christopher D. Johnson*
                                                   Christopher D. Johnson