IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br><br>Debtor-in-Possession. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| IN RE:<br><br>SKLARCO, LLC<br>EIN: 72-1425432<br><br>Debtor-in-Possession. | Case No. 20-12380-EEB<br><br>Chapter 11 |

**KUDZU PARTIES' JOINDER IN SUPPORT OF MOTION TO APPOINT CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 1104, OR IN THE ALTERNATIVE, CONVERT TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b) BY TAUBER EXPLORATION & PRODUCTION COMPANY; CTM 2005, LTD; PICKENS FINANCIAL GROUP, LLC; I & L MISS I, LP; MER ENERGY, LTD; MR OIL & GAS, LLC; TARA RUDMAN REVOCABLE TRUST; FEATHER RIVER 75, LLC; RUDMAN FAMILY TRUST; AND THE RUDMAN PARTNERSHIP (DOCKET NO. 308)**

**COMES NOW**, Kudzu Oil Properties, LLC, Alabama Oil Company, and Apple River Investments, LLC (collectively, the "**Kudzu Parties**"), by and through their undersigned counsel Moye White LLP, for their Joinder in Support of Motion to Appoint Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104, or in the Alternative, Convert to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) by Tauber Exploration & Production Company; CTM 2005, LTD; Pickens Financial Group, LLC,; I & L Miss I, LP; MER Energy, LTD; MR Oil & Gas, LLC; Tara Rudman Revocable Trust; Feather River 75, LLC; Rudman Family Trust; and the Rudman Partnership (Docket No. 308) (the

"**Motion to Appoint a Chapter 11 Trustee**"). In support of the Motion to Appoint a Chapter 11 Trustee, the Kudzu Parties state as follows:

The Kudzu Parties, each creditors and working interest owners in these Chapter 11 cases, hereby join in, and support, the Tauber Group's Motion to Appoint a Chapter 11 Trustee. As a result of the admissions made on the record at the two (2) day cash collateral hearing, the Kudzu Parties assert the only viable path forward is for the appointment of a Chapter 11 Trustee. Alternatively, to the extent the Court does not appoint a Chapter 11 Trustee, the Kudzu Parties submit that conversion of the Debtors' cases to Chapter 7 is in the best interests of the Debtors' creditors.

**[INTENTIONAL PAGE BREAK – SIGNATURE PAGE FOLLOWS]**

Dated: May 21, 2020.　　　　　　　　Respectfully submitted,

**ALABAMA OIL COMPANY, APPLE RIVER INVESTMENTS, LLC, AND KUDZU OIL PROPERTIES, LLC**

By: */s/Timothy M. Swanson*
Timothy M. Swanson (Colorado No. 47267)
MOYE WHITE LLP
1400 16th Street
6th Floor
Denver, Colorado 80202-1486
Tel: (303) 292-2900
Fax: (303) 292 4510
Tim.Swanson@moyewhite.com
*Counsel to Alabama Oil Company, Apple River Investments, LLC, and Kudzu Oil Properties, LLC*

--and--

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, Mississippi 39157
Tel: (601) 427-0048
Fax: (601) 427-0050
cmgeno@cmgenolaw.com
*Counsel to Alabama Oil Company, Apple River Investments, LLC, and Kudzu Oil Properties, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of May, 2020, a true and accurate copy of the foregoing ***Kudzu Parties' Joinder in Support of Motion to Appoint Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104, or in the Alternative, Convert to Chapter 7 Pursuant to 11 U.S.C. § 1112(B) by Tauber Exploration & Production Company; CTM 2005, Ltd; Pickens Financial Group, LLC; I & L MISS I, LP; MER Energy, Ltd; MR Oil & Gas, LLC; Tara Rudman Revocable Trust; Feather River 75, LLC; Rudman Family Trust; And The Rudman Partnership (Docket No. 308)*** was served via this Court's CM/ECF noticing system upon all parties receiving notice in this case.

                                                             */s/Timothy M. Swanson*
                                                             Timothy M. Swanson