UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| _____) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**ORDER GRANTING MOTION TO SHORTEN NOTICE PERIOD FOR MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTORS' EMPLOYMENT OF CR3 PARTNERS AS CHIEF RESTRUCTURING OFFICER EFFECTIVE AS OF MAY 21, 2020**

THIS MATTER, having come before the Court on the Debtors' Motion to Shorten Notice Period for Motion for Entry of Order Authorizing Debtors' Employment of CR3 as Chief Restructuring Officer Effective May 21, 2020 ("Motion"), the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby

**ORDER**

That the Motion is GRANTED. The notice period for the Debtors' Motion for Entry of Order Authorizing Debtors' Employment of CR3 as Chief Restructuring Officer Effective May 21, 2020 is hereby shortened to seven (7) days. Parties in interest shall have through and including May 29, 2020 to filed Objections to the Motion for Entry of Order Authorizing Debtors' Employment of CR3 as Chief Restructuring Officer Effective May 21, 2020.

Dated: _____, 2020     _____

                                                                                 Honorable Elizabeth E. Brown
                                                                                  United States Bankruptcy Judge