UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

## MOTION FOR APPROVAL OF LENDING AGREEMENT AND FOR AUTHORITY TO INCUR DEBT ON AN ADMINISTRATIVE, UNSECURED BASIS

The Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and collectively "Debtors"), by and through their attorneys, Kutner Brinen, P.C., move the Court pursuant to 11 U.S.C. § 364(b)(1), and Bankruptcy Rules 4001 and 9014, for entry of an Order authorizing the Debtors to borrow $1,233,000 from Howard Sklar ("Sklar"), the Howard Sklar Trust ("Howard Trust"), the Jacob Sklar Trust ("Jacob Trust"), and the Alan Sklar Trust ("Alan Trust" and together with Sklar, Howard Trust, and Jacob Trust, the "Sklar Parties"), and as grounds therefor state as follows:

### BACKGROUND

1. The Debtors filed for relief under chapter 11 of the Bankruptcy Code on April 1, 2020. The Debtors remain Debtors-in-Possession.

2. The Office of the United States Trustee appointed an Official Committee of Unsecured Creditors ("Committee") on April 16, 2020.

**Background of Operations**

3. SEC is engaged in business as an independent exploration and production company in the oil and gas industry. SEC is an operating company and does not own oil or gas properties. SEC has its principal business office in Boulder, Colorado and has additional offices in Shreveport, Louisiana and Brewton, Alabama. SEC's exploration and production activities

are primarily located in East Texas, North Louisiana, South Mississippi, South Alabama and the Florida Panhandle. SEC is also developing properties and opportunities in the western United States, though no oil or gas production has been produced from the wells in the western United States.

4. Sklarco is a Louisiana limited liability company engaged in business as the owner of certain oil and gas leases and property interests in East Texas, North Louisiana, South Mississippi, South Alabama, the Florida Panhandle, and the western United States.

5. While Sklarco is the owner of the oil and gas properties and SEC owns no properties, it is important to note that SEC is the operator of many of the wells and properties owned by Sklarco. The Sklarco wells and properties are either operated by SEC in large part or by third party unrelated operators. In each case, Sklarco must pay the operator for ongoing management and production.

6. As of the Petition Date, SEC was the operator of approximately 60 wells and was in the process of developing several new prospects, including an oil well and helium well in Montana, a well and pipeline in Florida, and several new wells in Alabama.

7. Each of the wells operated by SEC is subject to a number of different property interests, including royalty interests ("RIs"), overriding royalty interests ("ORRIs"), and working interests ("WIs"). RIs and ORRIs are not required to contribute to the ongoing expenses and development of the operation of the wells, while each WI holder is required to pay their proportionate share for ongoing operation of the property in which they hold a WI. The WIs are generally created through a Joint Operating Agreements ("JOA") and bound by the JOA because the holders of WIs agree to share the cost of drilling a new well. The WI interests and the rights afforded to the WI interest holders are grounded in the JOAs between the parties.

8. As the operator of the wells, in the ordinary course of business, SEC collects revenue from the sales of hydrocarbons, and distributes revenue, first to its RIs to ensure maintenance of applicable mineral leases, and then to ORRIs and WIs. The holders of WIs are also issued invoices for their proportionate share of expenses through joint interest billings ("JIBs").

9. Sklarco, as an owner of WIs and ORRIs in properties operated by SEC, would also be entitled to payments of revenue derived from the sale of hydrocarbons. Sklarco's funds

are generally pooled at SEC and used in the ordinary course of SEC's operations, including paying employees of SEC.

10. The Debtors' prime lender is East West Bank as Agent and Lead Arranger ("Bank") who currently holds a claim secured by assets of SEC and Sklarco for approximately $22,350,000 holds a secured interest.

11. A number of other parties also assert an interest in SEC's pre-petition funds, including several working interest holders, and two mechanics' lien claimants.

12. SEC is currently relying on funds from hedging agreements, funds from working interest holders for Joint Interest Billings, and funds for Sklarco's portion of each months' revenue to support the payment of its current and ongoing operations.

13. SEC currently has no available line of credit on which to operate. The Debtors will benefit from additional funding to support the ability to pay operating expenses, fund payroll, pay administrative expenses, and cure any defaults under executory contracts to be assumed.

14. The Debtors' principal assets consist of interests in the oil and gas wells, the mineral leases held by Sklarco, and the JOAs under which SEC is operating numerous oil wells. The Debtors need to maintain their businesses and continue operating and managing the wells and the preservation of their oil and gas interests in order to preserve the value of the assets in the two estates and avoid the risk of having to pay the plug and abandon obligations, and maintain the flow of revenue to the Debtors and other parties who receive revenue from SEC on a monthly basis.

## POST-PETITION LOAN

15. The Debtors seek authorization to enter into an agreement with the Sklar Parties, pursuant to which the Sklar Parties will provide the Debtors with debtor-in-possession financing in the form of a loan of $1,233,000 ("Loan"). The proposed Loan will allow the Debtors to meet post-petition obligations and provide financial strength that will assure the Debtors the ability to operate and pay post-petition obligations on a timely basis. The post-petition obligations include wages, operating expenses for the wells, and ongoing administrative expenses, including the expenses associated with a Chief Restructuring Officer ("CRO"), whom the Debtors are in the

process of engaging after consultation with the Bank and the Committee. A more detailed Budget for the Debtors is incorporated into each of the cash collateral orders filed in this case.

16. The proposed Loan will be made to SEC and Sklarco as joint-obligors, however the funds will be maintained in SEC's operating account and used in SEC's ongoing operations.

17. The funds for the Loan are the proceeds of the sale of common stock held in commercial brokerage accounts by the Sklar Parties in the amount of approximately $1 million. The remaining $223,000 consist of the Howard Trust's interest in funds from Trout Creek Ventures that are currently held in Sklarco's bank account. Sklarco has traditionally been the agent nominee for the Howard Trust with respect to the interest in Trout Creek Ventures. While parties may contest the portion of the loan consisting of the $233,000, this amount is always subject to determination in Court if necessary. However, the loan of such funds does seem to obviate the need for such litigation in the immediate future.

18. The Debtors have prepared a budget of expected post-petition operations through August 14, 2020 which is attached hereto and incorporated herein as Exhibit A ("Budget"). The Budget may be extended by the Debtors, but is subject to agreement by the Bank in conjunction with an extension of the use of cash collateral, with notice to creditors.

19. The proposed Loan will be used by the Debtors to provide additional liquidity and to meet the expenses set forth in the Budget.

20. The Loan is to be evidenced and governed by the Lending Agreement, a copy of which is attached hereto as Exhibit B. The loan will be further evidenced by a Promissory Note which is attached to the Lending Agreement (collectively, the "Loan Documents").

21. The terms of the Loan are set forth in more particularity in the Lending Agreement however the major provisions are summarized as follows:

   a. The Loan will accrue interest at the rate of 5% per annum prior to Plan confirmation;
   b. The Loan will mature in one year or earlier in the event of Plan confirmation, an event of default, or conversion of the case to Chapter 7;
   c. The Loan will hold administrative expense claim status pursuant to 11 U.S.C. § 364(b) however the Loan shall not be senior to or grounds for disgorgement of

       those administrative expenses and professional fees paid by the Debtors with the Loan proceeds prior to the maturity date of the Loan;

d. The Loan repayment will be waived by the Sklar Parties and subordinated to the claims held by unsecured creditors, subject to paragraph (e) below;

e. If any judgment is entered against the Sklar Parties for any action arising under Section 544, 547, 548, 559, or 550, the amount of such judgment shall be offset first against the balance of the Loan;

f. The advance of the Loan will be subject to the appointment of a Chief Restructuring Officer ("CRO") for the Debtors and Howard Sklar has agreed to the appointment of the CRO; and

g. The advance of the Loan will be subject to the entry of a final cash collateral order in this case extending cash collateral use beyond June 2020.

## BENEFIT TO ESTATE

22. Pursuant to 11 U.S.C. § 364(b), the court, after notice and an opportunity for a hearing, may authorize the debtor to "obtain unsecured credit or to incur unsecured debt . . . allowable under section 503(b)(1) of this title as an administrative expense."

23. Granting the Motion and authorizing the Debtors to enter into the Loan with the Sklar Parties is in the best interest of Debtors, the estate and creditors. The Loan will ensure that the Debtors have sufficient liquidity to maintain operations, and will provide additional assurances to the holders of RIs, ORRIs, and WIs that no funds attributable to their respective revenue interests will be used in SEC's ongoing operations. The Loan will enable SEC to fund operating expenses, including payment of administrative expenses, and will allow Sklarco to pay certain pre-petition Joint Interest Billing obligations to non-SEC parties, thereby enabling Sklarco to maintain its revenue in non-SEC properties and remain in compliance with the respective Joint Operating Agreements.

24. The Loan is in the best interest of the Debtors and their respective estates, as it will allow the Debtors to preserve their going concern value and provide further assurances to the holders of revenue interests that no funds attributable to their respective interests will be used in SEC's ongoing operations.

25. The terms of the proposed Loan are fair and reasonable, and the Debtors are unable to obtain post-petition financing on better terms. No other post-petition lending that could be available to the Debtors would be on an unsecured basis, capable of funding immediately upon court approval, or subordinated to the claims of unsecured creditors.

26. Based on the foregoing, and pursuant to 11 U.S.C. §364(b), the Debtors request authority to borrow $1,233,000 from the Sklar Parties as more particularly set forth herein.

WHEREFORE, the Debtors pray that the Court make and enter an Order as follows:

1. For approval of the Lending Agreement and Promissory Note attached hereto as Exhibit B;
2. Authorizing the Debtors to incur up to $1,233,000 in unsecured debt with administrative expense status subject to the waivers and conditions in paragraph 21 from the Sklar Parties; and
3. For such further and additional relief as to the Court may appear proper.

DATED: May 17, 2020

Respectfully submitted,

By: */s/ Keri L. Riley*
Lee M. Kutner #10966
Keri L. Riley, #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln St., Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
E-Mail: lmk@kutnerlaw.com
E-Mail: klr@kutnerlaw.com

## CERTIFICATE OF SERVICE

I certify that on May 22, 2020, I served a complete copy of the foregoing **MOTION FOR APPROVAL OF LENDING AGREEMENT AND FOR AUTHORITY TO INCUR DEBT ON AN ADMINISTRATIVE UNSECURED BASIS AND NOTICE OF MOTION FOR APPROVAL OF LENDING AGREEMENT AND FOR AUTHORITY TO INCUR DEBT ON AN ADMINISTRATIVE BASIS** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Stoneham Drilling Corporation
(Representative: Heather Stickel)
c/o James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Mesa Fluids, LLC
(Representative: Aaron W. Merrell)
1669 South 580 East
American Fork, UT 84057

TCP Cottonwood, L.P.
(Representative: Kyle C. McInnis)
c/o Eric Lockridge
400 Convention Street
Suite 700
Baton Rouge, LA 70801

Rapad Well Service Company, Inc.
(Representative: Chesley James)
c/o Jeremy Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203-4642

Kelley Brothers Contractors, Inc.
(Representative: Jerry Kelley)
401 County Farm Road
Waynesboro, MS 39367

Baker Hughes Company
(Representative: Christopher J. Ryan)
2001 Rankin Road
Houston, TX 77073

Timothy C. Mohan, Esq.
Foley & Lardner, LLP
600 17th Street
Suite 2020 South
Denver, CO 80202

J. Eric Lockridge, Esq.
Kean Miller LLP
400 Convention Street
Suite 700
P.O. Box 3513
Baton Rouge, LA 70802

Craig K. Schuenemann, Esq.
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Giovanni M. Ruscitti, Esq.
Berg Hill Greenleaf Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

Bryce A. Suzuki, Esq.
Bryan Cave Leighton Paisner, LLP
Two North Central Avenue
Suite 2100
Phoenix, AZ 85004-4406

James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Timothy M. Riley, Esq.
Hopping Green & Sams, P.A.
P.O. Box 6526
Tallahassee, FL 32314

Michel D. Rubenstein, Esq.
Liskow & Lewis
1001 Fannin Street
Suite 1800
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos
Suite 700
Austin, TX 78701

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
999 18th Street
Suite 1230 South
Denver, CO 80202

Robert L. Paddock, Esq.
Buck Keenan LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Jeremy L. Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203

Matthew J. Ochs, Esq.
Holland & Hart, LLP
555 Seventeenth Street
Suite 3200
P.O. Box 8749
Denver, CO 80201-8749

Shay L. Denning, Esq.
Thomas H. Shipps, Esq.
Maynes, Bradford, Shipps & Sheftel, LLP
835 East Second Avenue
Suite 123
Durango, CO 81301

Robert Padjen, Esq.
Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202-1486

Joseph E. Bain, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Madison Tucker, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, Louisiana 70170

Barnet B. Skelton, Jr., Esq.
815 Walker
Suite 1502
Houston, TX 77002

Amy L. Vazquez, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams, LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Christopher H. Meredith, Esq.
Copeland Cook Taylor & Bush, P.A.
1076 Highland Colony Parkway
600 Concourse, Suite 200
P.O. Box 6020
Ridgeland, Mississippi 39158-6020

Michael L. Niles, Esq.
Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Victoria Argeroplos, Esq.
Jackson Walker LLP
1401 McKinney Street
Suite 1900
Houston, TX 77010

David R. Taggart, Esq.
Bradley Murchison Kelly & Shea, LLC
401 Edwards Street
Suite 1000
Shreveport, Louisiana 71101

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
P.O Box 22260
Shreveport, Louisiana 71120-2260

Paul H. Stephenson III, Esq.
Jim F. Spencer, Jr., Esq.
Watkins & Eager, PLLC
P.O. Box 650
Jackson, Mississippi 39205

John D. Cornwell, Esq.
Grant M. Beiner, Esq.
Christopher D. Johnson, Esq.
Munsch Hardt Kopf & Harr, P.C.
700 Milam Street
Suite 2700
Houston, TX 77002

Michael J. Guyerson, Esq.
Buechler Law Office, LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
Shreveport, Louisiana 71120-2260

Robert L. Paddock, Esq.
Buck Keenan, LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Ryan M. Seidemann, Esq.
Assistant Attorney General
Civil Division/Lands and Natural Resources
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005

David M. Miller, Esq.
Spencer Fane LLP
1700 Lincoln Street
Suite 2000
Denver, CO 80203

Jennifer J. Hardy, Esq.
Willkie Farr & Gallagher, LLP
600 Travis Street
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos Street
Suite 700
Austin, TX 78701

Andrew G. Edson, Esq.
Clark Hill Strasburger
901 Main Street
Suite 6000
Dallas, TX 75202

Craig M. Geno, Esq.
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157

Christopher H. Meredith, Esq.
Glenn Gates Taylor, Esq.
Copeland Cook Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Curtis R. Shelton, Esq.
Jennifer Norris Soto, Esq.
Ayres Shelton Williams Benson & Paine, LLC
333 Texas Street, Suite 1400
P.O. Box 1764
Shreveport, Louisiana 71166


**/s/Vicky Martina**
**Vicky Martina**
**Kutner Brinen PC**

Armistead M. Long, Esq.
Gordon Arata Montgomery Barnett
McCollam Duplantis & Eagan, LLC
400 East Kaliste Saloon Road
Suite 4200
Lafayette, Louisiana 70508

Ryan J. Lorenz, Esq.
Clark Hill PLC
14850 North Scottsdale Road
Suite 500
Scottsdale, Arizona 85254

Brian G. Rich, Esq.
Michael J. Niles, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Katherine A. Ross, Esq.
U.S. Attorney's Office for the
  District of Colorado
Assistant United States Attorney
1801 California Street
Suite 1600
Denver, CO 80202

Ryco Exploration, LLC
401 Edwards Street
Suite 915
Shreveport, LA 71101
ATTN: M. Robin Smith

Ryco Exploration, LLC
40 Golf Club Drive
Haughton, LA 71037
ATTN: M. Robin Smith

Stephen K. Lecholop II, Esq.
Rosenthal Pauerstein, Esq.
Sandoloski Agather LLP
755 East Mulberry
Suite 200
San Antonio, TX 78212