UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
|   Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
|   Debtor. | ) | |

**ORDER APPROVING LENDING AGREEMENT
AND AUTHORIZING DEBT AS AN ADMINISTRATIVE EXPENSE**

THIS MATTER having come before the Court on the Debtors' Motion for Approval of Lending Agreement and for Authority to Incur Debt on an Administrative, Unsecured Basis (the "Motion"), notice having been provided to creditors, no objections having been received, cause being shown to the Court in the Motion for the granting of the requested relief, it is hereby,

ORDERED

1. That the Debtors are authorized to borrow $1,233,000 from Howard Sklar, the Howard Sklar Trust, the Jacob Sklar Trust and the Alan Sklar Trust on an administrative basis pursuant to 11 U.S.C. § 546(b); and

2. That the Lending Agreement and Promissory Note attached to the Motion as Exhibit B, are hereby approved, and the Debtors are authorized to execute such documents and such further documentation as may be deemed reasonably necessary to evidence and secure the subject loan.

DONE and entered this _____ day of June, 2020 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge