UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| Debtor. | ) | |

## NOTICE OF MOTION FOR APPROVAL OF LENDING AGREEMENT AND FOR AUTHORITY TO INCUR DEBT ON AN ADMINISTRATIVE, UNSECURED BASIS

**OBJECTION DEADLINE: JUNE 5, 2020**

**YOU ARE HEREBY NOTIFIED** that Sklar Exploration Company, LLC and Sklarco, LLC ("Debtors") have filed a Motion for Approval of Lending Agreement and for Authority to Incur Debtor on an Administrative, Unsecured Basis. The Debtors request authority to borrow up to $1,233,000 from Howard Sklar, the Howard Sklar Trust, the Jacob Sklar Trust and the Alan Sklar Trust to assist in paying expenses during the chapter 11 cases. The terms and conditions of the loan should be reviewed by any interested creditor.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: May 22, 2020              Respectfully submitted,

By: _/s/ Keri L. Riley_
Lee M. Kutner, #10966
Keri L. Riley, #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
Email: klr@kutnerlaw.com

CERTIFICATE OF SERVICE

I certify that on May 22, 2020, I served a complete copy of the foregoing **NOTICE OF MOTION FOR APPROVAL OF LENDING AGREEMENT AND FOR AUTHORITY TO INCUR DEBT ON AN ADMINISTRATIVE SECURED BASIS** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

East West Bank
Treasury Department
135 North Los Robles Avenue
Suite 600
ATTN: Linda Cox
Pasadena, CA 91101

Mesa Fluids, LLC
c/o Juno Financial
P.O. Box 173928
Denver, CO 80217-3928

Stoneham Drilling Corporation
707 17th Street
Suite 3250
Denver, CO 80202

TCP Cottonwood, L.P.
333 Texas Street
Suite 2020
Shreveport, LA 71101

Fant Energy Limited
P.O. Box 55205
Houston, TX 77255

JJS Working Interest, LLC
2001 Kirby Drive
Suite 1110
Houston, TX 77019

H&H Construction, LLC
Ladon E. Hall, Sole Manager
P.O. Box 850
Flomation, AL 36441

JD Fields & Company, Inc.
P.O. Box 134401
Houston, TX 77219-4401

Kudzu Oil Properties, LLC
300 Concourse Blvd.
Suite 101
Ridgeland, MS 39157

FPCC USA, Inc.
245 Commerce Green Blvd.
Suite 250
Sugar Lane, TX 77478

Lucas Petroleum Group, Inc.
327 Congress Avenue
Suite 500
Austin, TX 78701-3656

Meritage Energy, Ltd.
c/o BKD, LLP
2700 Post Oak Blvd.
Suite 1500
Houston, TX 77056

Strago Petroleum Corporation
3209 Hamm Road
Pearland, TX 77581-5503

Anderson Investment Holdings, LP
AAEC II, LLC
333 Texas Street
Suite 2020
Shreveport, LA 71101

Kelley Brothers Contractors, Inc.
P.O. Drawer 1079
Waynesboro, MS 39367

Rapad Well Service Co., Inc.
217 West Capitol Street
Jackson, MS 39201

Apple River Investments, LLC
ATTN: Robert M. Boeve, President
1503 Garfield Road North
Traverse City, MI 49696

Pruet Oil Company, LLC
217 West Capitol Street
Suite 201
Jackson, MS 39201-2004

Pro-Tek Field Services, LLC
P.O. Box 919269
Dallas, TX 75391-9269

Union Oilfield Supply, Inc.
12 John Dykes Road
Waynesboro, MS 39367


East West Bank
Treasury Department
135 North Los Robles Avenue
Suite 600
Pasadena, CA 91101

Davis Southern Operating Company, LLC
1500 McGowen Street
Suite 200
Houston, TX 77004

Pruet Production Co.
P.O. Box 11407
Birmingham, AL 35246-1129

Par Minerals Corporation
701 Texas Street
Shreveport, LA 71101

Devon Energy Production Co., LP
P.O. Box 842485
Dallas, TX 75284-2485

Hilcorp Energy Company
Department 412
P.O. Box 4346
Houston, TX 77210-4346

CCI East Texas Upstream, LLC
Castleton Commodities Upstream, LLC
811 Main Street
Suite 1500'
Houston, TX 77002

Amplify Energy Operating, LLC
500 Dallas Street, Suite 1700
Houston, TX 77002

Grizzly Operating, LLC
Grizzly Energy, LLC
P.O. Box 46094
Houston, TX 77210-6094

Mission Creek Resources, LLC
25511 Budde Road
Suite 601
Spring, TX 77380

Basa Resources, Inc.
14875 Landmark Blvd.
4th Floor
Dallas, TX 75254

Stroud Petroleum, Inc.
P.O. Box 565
Shreveport, LA 71162-0565

BPX Operating Company
501 Westlake Park Blvd.
Houston, TX 77079

Urban Oil & Gas Group, LLC
Department #41380
P.O. Box 650823
Dallas, TX 75265

Palmer Petroleum, Inc.
330 Marshall Street
Suite 1200
Shreveport, LA 71101

Dorfman Production Company
4925 Greenville Avenue
Suite 900
Dallas, TX 75206

Grigsby Petroleum, Inc.
333 Texas Street
Suite 2285
Shrevesport, LA 71101

Cimarex Energy Co.
#774023
4923 Solutions Center
Chicago, IL 60677-4000

Highmark Energy Operating, LLC
c/o Oil & Gas Business Solutions, Inc.
4849 Greenville Avenue
Suite 1250
Dallas, TX 75206

Kirkpatrick Oil Company, Inc.
P.O. Box 248885
Oklahoma City, OK 73124-8885

East West Bank Treasury Department
135 North Los Robles Avenue
Suite 600
Pasadena, CA 91101

Ford Motor Company
P.O. Box 650575
Dallas, TX 75265

Alabama Department of Revenue
50 North Ripley Street
Montgomery, AL 36104

Colorado Department of Revenue
1375 Sherman Street
Room 511
Denver, CO 80261

Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Louisiana Department of Revenue
P.O. Box 201
Baton Rouge, LA 70821-3440

Mississippi Department of Revenue
P.O. Box 1033
Jackson, MS 39215-1033

Montana Department of Revenue
P.O. Box 6577
Helena, MT 59604-6577

Texas Comptroller
111 East 17th Street
Austin, TX 78701

Wyoming Department of Revenue
122 West 25th Street
Suite #301
Herschler Building Eastee
Cheyenne, WY 82002


**/s/Vicky Martina**
**Vicky Martina**
**Kutner Brinen PC**