UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN:  72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**CERTIFICATE OF SERVICE**

    I certify that on May 22, 2020, I served a complete copy of the **MOTION FOR APPROVAL OF LENDING AGREEMENT AND FOR AUTHORITY TO INCUR DEBT ON AN ADMINISTRATIVE UNSECURED BASIS AND NOTICE OF MOTION FOR APPROVAL OF LENDING AGREEMENT AND FOR AUTHORITY TO INCUR DEBT ON AN ADMINISTRATIVE UNSECURED BASIS** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

East West Bank
Treasury Department
135 North Los Robles Avenue
Suite 600
ATTN: Linda Cox
Pasadena, CA 91101

Mesa Fluids, LLC
c/o Juno Financial
P.O. Box 173928
Denver, CO 80217-3928

Stoneham Drilling Corporation
707 17th Street
Suite 3250
Denver, CO 80202

TCP Cottonwood, L.P.
333 Texas Street
Suite 2020
Shreveport, LA 71101

Fant Energy Limited
P.O. Box 55205
Houston, TX 77255

JJS Working Interest, LLC
2001 Kirby Drive
Suite 1110
Houston, TX 77019

H&H Construction, LLC
Ladon E. Hall, Sole Manager
P.O. Box 850
Flomation, AL 36441

JD Fields & Company, Inc.
P.O. Box 134401
Houston, TX 77219-4401

Kudzu Oil Properties, LLC
300 Concourse Blvd.
Suite 101
Ridgeland, MS 39157

FPCC USA, Inc.
245 Commerce Green Blvd.
Suite 250
Sugar Lane, TX 77478

Lucas Petroleum Group, Inc.
327 Congress Avenue
Suite 500
Austin, TX 78701-3656

Meritage Energy, Ltd.
c/o BKD, LLP
2700 Post Oak Blvd.
Suite 1500
Houston, TX 77056

Strago Petroleum Corporation
3209 Hamm Road
Pearland, TX 77581-5503

Anderson Investment Holdings, LP
AAEC II, LLC
333 Texas Street
Suite 2020
Shreveport, LA 71101

Kelley Brothers Contractors, Inc.
P.O. Drawer 1079
Waynesboro, MS 39367

Rapad Well Service Co., Inc.
217 West Capitol Street
Jackson, MS 39201

Apple River Investments, LLC
ATTN: Robert M. Boeve, President
1503 Garfield Road North
Traverse City, MI 49696

Pruet Oil Company, LLC
217 West Capitol Street
Suite 201
Jackson, MS 39201-2004

Pro-Tek Field Services, LLC
P.O. Box 919269
Dallas, TX 75391-9269

Union Oilfield Supply, Inc.
12 John Dykes Road
Waynesboro, MS 39367

East West Bank
Treasury Department
135 North Los Robles Avenue
Suite 600
Pasadena, CA 91101

Davis Southern Operating Company, LLC
1500 McGowen Street
Suite 200
Houston, TX 77004

Pruet Production Co.
P.O. Box 11407
Birmingham, AL 35246-1129

Par Minerals Corporation
701 Texas Street
Shreveport, LA 71101

Devon Energy Production Co., LP
P.O. Box 842485
Dallas, TX 75284-2485

Hilcorp Energy Company
Department 412
P.O. Box 4346
Houston, TX 77210-4346

CCI East Texas Upstream, LLC
Castleton Commodities Upstream, LLC
811 Main Street
Suite 1500'
Houston, TX 77002

Amplify Energy Operating, LLC
500 Dallas Street, Suite 1700
Houston, TX 77002

Grizzly Operating, LLC
Grizzly Energy, LLC
P.O. Box 46094
Houston, TX 77210-6094

Mission Creek Resources, LLC
25511 Budde Road
Suite 601
Spring, TX 77380

Basa Resources, Inc.
14875 Landmark Blvd.
4th Floor
Dallas, TX 75254

Stroud Petroleum, Inc.
P.O. Box 565
Shreveport, LA 71162-0565

BPX Operating Company
501 Westlake Park Blvd.
Houston, TX 77079

Urban Oil & Gas Group, LLC
Department #41380
P.O. Box 650823
Dallas, TX 75265

Palmer Petroleum, Inc.
330 Marshall Street
Suite 1200
Shreveport, LA 71101

Dorfman Production Company
4925 Greenville Avenue
Suite 900
Dallas, TX 75206

Grigsby Petroleum, Inc.
333 Texas Street
Suite 2285
Shrevesport, LA 71101

Cimarex Energy Co.
#774023
4923 Solutions Center
Chicago, IL 60677-4000

Highmark Energy Operating, LLC
c/o Oil & Gas Business Solutions, Inc.
4849 Greenville Avenue
Suite 1250
Dallas, TX 75206

Kirkpatrick Oil Company, Inc.
P.O. Box 248885
Oklahoma City, OK 73124-8885


/s/Vicky Martina
**Vicky Martina**
**Kutner Brinen PC**