UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

**MOTION FOR APPROVAL OF FINAL CASH COLLATERAL ORDER**

The Debtors and Debtors in Possession, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together "Debtors"), by and through their attorneys, Kutner Brinen, P.C., move the Court pursuant to 11 U.S.C. § 363(c)(2) and Bankruptcy Rules 4001(d) and 9014 for entry of a *Final Order Authorizing Use of Cash Collateral, Granting Adequate Protection, and Providing Related Relief*, as agreed to by and between the Debtors and East West Bank authorizing the Debtors' use of cash collateral and providing adequate protection and as grounds therefor states as follows:

**BACKGROUND**

1. The Debtors filed for relief under chapter 11 of the Bankruptcy Code on April 1, 2020. The Debtors remain Debtors-in-Possession.

2. The Office of the United States Trustee appointed an Official Committee of Unsecured Creditors ("Committee") on April 16, 2020.

3. SEC is engaged in business as an independent exploration and production company in the oil and gas industry. SEC is an operating company and does not own oil or gas properties. SEC has its principal business office in Boulder, Colorado and has additional offices in Shreveport, Louisiana and Brewton, Alabama. SEC's exploration and production activities are primarily located in East Texas, North Louisiana, South Mississippi, South Alabama and the Florida Panhandle. SEC is also developing properties and opportunities in the western United States, though no oil or gas production has been produced from the wells in the western United States.

4. Sklarco is a Louisiana limited liability company engaged in business as the owner of certain oil and gas leases and property interests in East Texas, North Louisiana, South Mississippi, South Alabama, the Florida Panhandle, and the western United States.

5. While Sklarco is the owner of the oil and gas properties and SEC owns no properties, it is important to note that SEC is the operator of many of the wells and properties owned by Sklarco. The Sklarco wells and properties are either operated by SEC in large part or by third party unrelated operators. In each case, Sklarco must pay the operator for ongoing management and production.

6. As of the Petition Date, SEC was the operator of approximately 60 wells and was in the process of developing several new prospects, including an oil well and helium well in Montana, a well and pipeline in Florida, and several new wells in Alabama.

7. Each of the wells operated by SEC is subject to a number of different property interests, including royalty interests ("RIs"), overriding royalty interests ("ORRIs"), and working interests ("Wis"). Ris and ORRIs are not required to contribute to the ongoing expenses and development of the operation of the wells, while each WI holder is required to pay their proportionate share for ongoing operation of the property in which they hold a WI. The Wis are generally created through a Joint Operating Agreements ("JOA") and bound by the JOA because the holders of Wis agree to share the cost of drilling a new well. The WI interests and the rights afforded to the WI interest holders are grounded in the JOAs between the parties.

8. As the operator of the wells, in the ordinary course of business, SEC collects revenue from the sales of hydrocarbons, and distributes revenue, first to its Ris to ensure maintenance of applicable mineral leases, and then to ORRIs and Wis. The holders of Wis are also issued invoices for their proportionate share of expenses through joint interest billings ("JIBs").

9. Sklarco, as an owner of Wis and ORRIs in properties operated by SEC, would also be entitled to payments of revenue derived from the sale of hydrocarbons. Sklarco's funds are generally pooled at SEC and used in the ordinary course of SEC's operations, including paying employees of SEC.

10. The Debtors' prime lender is East West Bank as Agent and Lead Arranger ("Bank") who currently holds a claim secured by assets of SEC and Sklarco for approximately $22,350,000.

11. A number of other parties also assert an interest in SEC's pre-petition funds, including several working interest holders, and two mechanics' lien claimants.

12. The Debtors must use cash collateral in which the Bank or other secured creditors hold an interest to continue their business operations post-petition. If the Debtors are not able to use cash collateral to continue to operate in the ordinary course of business, the Debtors will be forced to cease operations, resulting a forced shut-in of the wells, and a loss of revenue to the Debtors, as well as the RI, ORRI, and WI holders.

13. The Debtors are replacing its cash and funds in accounts in the ordinary course of its operations on a daily basis. Unless the Debtors are authorized to use cash collateral, the Debtors will suffer irreparable harm and injury from the inability to maintain operations.

14. The Debtors plan to continue operation of its business throughout the Chapter 11 case and propose a Plan of Reorganization. It is only through a Plan that unsecured creditors will see a recovery on account of their claims.

15. A majority of the Debtors' revenues come from the sale of oil and gas products. SEC's revenues comes from payments made to SEC pursuant to certain hedging agreements, and payments of JIBs by WI holders. Sklarco receives revenue from its RIs, ORRIs, and Wis in the SEC operated properties, as well as its interests in non-SEC operated properties.

16. SEC also receives revenue from the sale of oil and gas products attributable to the non-Sklarco holders of Ris, ORRIs, and Wis. Consistent with prior Orders entered by the Court, all such funds will remain in SEC's Revenue Account, separate and apart from SEC's Operating Account, and will not be used in SEC or Sklarco's operations.

## USE OF CASH COLLATERAL

17. In order to pay necessary operating expenses, the Debtors seek authorization to use cash collateral in which the Bank or other secured creditors have an interest. **The Debtors are not seeking authorization to use revenues received on a post-petition basis that are attributable to non-Sklarco holders of RIs, ORRIs, and WIs.**

18. The Debtors filed their Motion for Authority to Use Cash Collateral on April 6, 2020, to which a number of objections were filed. The Court entered an Interim Order Authorizing Use of Cash Collateral on April 15, 2020 (Docket No. 94), a Second Interim Order Authorizing Use of Cash Collateral on April 27, 2020 (Docket No. 199), and a Third Interim Order Authorizing Use of Cash Collateral ("Third Interim Order") on May 18, 2020 (Docket No.

319). Subject to an extension of the Third Interim Order, the Debtors' use of cash collateral expires on May 31, 2020.

19. The Debtors and the Bank, in consultation with the Committee, have agreed to a form of *Final Order Authorizing Use of Cash Collateral, Granting Adequate Protection, and Providing Related Relief* which is attached hereto as Exhibit A ("Order").[1] The Order will allow the Debtors to continue to use cash collateral in which the Bank holds a secured interest during this case, subject to an event of termination. The Order also contains a number or protections for the Bank which include the following:

    a. The Debtors shall release any claims, demands, liabilities, and suits against the Bank, and waive and release any defense, right of counterclaim, or right of offset for any events arising prior to the entry of the Order (Order Paragraph G.3, Page 6)

    b. The Debtor will be authorized to use cash collateral in accordance with a Budget which is attached to the Order subject to certain limited authorized budget deviations (Order Paragraph 2, Page 10);

    c. Sklarco shall deposit its revenue received from its interests in SEC operated properties into SEC's operating account, and SEC will continue to pay the revenues owing to the non-insider working interest holders in accordance with the *Order Authorizing Payment of Working Interest Obligations and Limited Offset of Joint Interest Billing Obligations* (Docket No. 317);

    d. The Debtors shall segregate the lesser of $500,000 or 50% of the total amount of post-petition financing provided by Howard Sklar, the Howard Sklar Trust, the Alan Sklar Trust, and the Jacob Sklar Trust;

    e. The Debtors shall timely provide the Bank and Committee with a detailed accounts receivable report, and a weekly report to actual report detailing collections and expenditures (Order Paragraph 4, Page 12);

    f. The Debtors shall be required to timely pay all reasonable fees and expenses for all professionals engaged by the Bank (Order Paragraph 8);

    g. The Bank shall be provided with a replacement lien on assets acquired by the Debtors post-petition to the extent of any diminution in value to the pre-petition collateral

---

[1] The Bank has agreed to the form of Budget attached to the Order as Exhibit 1, with the exception of the payment of salary to Howard Sklar. Discussions regarding Mr. Sklar's salary are ongoing. The Budget may be amended prior to entry of the Order based on continued discussions with the Bank, Committee, and other interest holders.

securing the Bank's lien(s), except that the replacement liens shall not attach to: i) any cash, including revenue owed to WI holders, determined not to be property of the estate; ii) any avoidance actions; iii) any wells not subject to a perfected lien held by the Bank on the Petition Date (Order Paragraph 9);

h. The Bank shall be granted a super-priority administrative expense claim on certain property pursuant to Section 507(b) to the extent the replacement liens are insufficient to provide adequate protection of the Bank's interest (Order Paragraph 11);

i. The Stipulations contained in the Order shall be binding on all parties in interest unless an adversary proceeding is commenced by a part in interest on or before July 17, 2020 to challenge the validity, extent, or priority of the Bank's secured interest (Order Paragraph 12); and

j. The Debtors' use of cash collateral on the earlier occurrence of certain termination events, including but not limited to: i) 5 days after the expiration of an approved Budget, unless a supplemental Budget is agreed to by the Debtors, Bank, and Committee or otherwise approved by the Court; ii) failure to file a plan and disclosure statement by October 1, 2020; iii) failure to have a plan become effective by February 21, 2020; or iv) the date on which either of the Debtors' cases are dismissed, converted to a case under Chapter 7, or a trustee is appointed to which the Bank does not consent.

(Order Paragraph 6)

20. Approval of the Order is in the best interest of the Debtors and their estates, as it will allow the Debtors to continue operations using cash collateral in which the Bank holds an interest.

**[remainder of page intentionally left blank]**

WHEREFORE, the Debtors pray that the Court enter the Order attached as Exhibit A, authorizing the Debtors' use of cash collateral in accordance with the Order, and for such further and additional relief as to the Court may appear proper.

DATED: May 22, 2020 Respectfully submitted,

By: /s/ Keri L. Riley
Lee M. Kutner, # 10966
Keri L. Riley, #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
E-mail: klr@kutnerlaw.com

**CERTIFICATE OF SERVICE**

I certify that on May 22, 2020, I served a complete copy of the foregoing **MOTION FOR APPROVAL OF FINAL CASH COLLATERAL ORDER AND NOTICE OF MOTION FOR APPROVAL OF FINAL CASH COLLATERAL ORDER** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Stoneham Drilling Corporation
(Representative: Heather Stickel)
c/o James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Mesa Fluids, LLC
(Representative: Aaron W. Merrell)
1669 South 580 East
American Fork, UT 84057

TCP Cottonwood, L.P.
(Representative: Kyle C. McInnis)
c/o Eric Lockridge
400 Convention Street
Suite 700
Baton Rouge, LA 70801

Rapad Well Service Company, Inc.
(Representative: Chesley James)
c/o Jeremy Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203-4642

Kelley Brothers Contractors, Inc.
(Representative: Jerry Kelley)
401 County Farm Road
Waynesboro, MS 39367

Baker Hughes Company
(Representative: Christopher J. Ryan)
2001 Rankin Road
Houston, TX 77073

Timothy C. Mohan, Esq.
Foley & Lardner, LLP
600 17th Street
Suite 2020 South
Denver, CO 80202

J. Eric Lockridge, Esq.
Kean Miller LLP
400 Convention Street
Suite 700
P.O. Box 3513
Baton Rouge, LA 70802

Craig K. Schuenemann, Esq.
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Giovanni M. Ruscitti, Esq.
Berg Hill Greenleaf Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

Bryce A. Suzuki, Esq.
Bryan Cave Leighton Paisner, LLP
Two North Central Avenue
Suite 2100
Phoenix, AZ 85004-4406

James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Timothy M. Riley, Esq.
Hopping Green & Sams, P.A.
P.O. Box 6526
Tallahassee, FL 32314

Michel D. Rubenstein, Esq.
Liskow & Lewis
1001 Fannin Street
Suite 1800
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos
Suite 700
Austin, TX 78701

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
999 18th Street
Suite 1230 South
Denver, CO 80202

Robert L. Paddock, Esq.
Buck Keenan LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Jeremy L. Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203

Matthew J. Ochs, Esq.
Holland & Hart, LLP
555 Seventeenth Street
Suite 3200
P.O. Box 8749
Denver, CO 80201-8749

Shay L. Denning, Esq.
Thomas H. Shipps, Esq.
Maynes, Bradford, Shipps & Sheftel, LLP
835 East Second Avenue
Suite 123
Durango, CO 81301

Robert Padjen, Esq.
Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202-1486

Joseph E. Bain, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Madison Tucker, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, Louisiana 70170

Barnet B. Skelton, Jr., Esq.
815 Walker
Suite 1502
Houston, TX 77002

Amy L. Vazquez, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams, LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Christopher H. Meredith, Esq.
Copeland Cook Taylor & Bush, P.A.
1076 Highland Colony Parkway
600 Concourse, Suite 200
P.O. Box 6020
Ridgeland, Mississippi 39158-6020

Michael L. Niles, Esq.
Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Victoria Argeroplos, Esq.
Jackson Walker LLP
1401 McKinney Street
Suite 1900
Houston, TX 77010

David R. Taggart, Esq.
Bradley Murchison Kelly & Shea, LLC
401 Edwards Street
Suite 1000
Shreveport, Louisiana 71101

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
P.O Box 22260
Shreveport, Louisiana 71120-2260

Paul H. Stephenson III, Esq.
Jim F. Spencer, Jr., Esq.
Watkins & Eager, PLLC
P.O. Box 650
Jackson, Mississippi 39205

John D. Cornwell, Esq.
Grant M. Beiner, Esq.
Christopher D. Johnson, Esq.
Munsch Hardt Kopf & Harr, P.C.
700 Milam Street
Suite 2700
Houston, TX 77002

Michael J. Guyerson, Esq.
Buechler Law Office, LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
Shreveport, Louisiana 71120-2260

Robert L. Paddock, Esq.
Buck Keenan, LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Ryan M. Seidemann, Esq.
Assistant Attorney General
Civil Division/Lands and Natural Resources
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005

David M. Miller, Esq.
Spencer Fane LLP
1700 Lincoln Street
Suite 2000
Denver, CO 80203

Jennifer J. Hardy, Esq.
Willkie Farr & Gallagher, LLP
600 Travis Street
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos Street
Suite 700
Austin, TX 78701

Andrew G. Edson, Esq.
Clark Hill Strasburger
901 Main Street
Suite 6000
Dallas, TX 75202

Craig M. Geno, Esq.
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157

Christopher H. Meredith, Esq.
Glenn Gates Taylor, Esq.
Copeland Cook Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Curtis R. Shelton, Esq.
Jennifer Norris Soto, Esq.
Ayres Shelton Williams Benson & Paine, LLC
333 Texas Street, Suite 1400
P.O. Box 1764
Shreveport, Louisiana 71166

Armistead M. Long, Esq.
Gordon Arata Montgomery Barnett
McCollam Duplantis & Eagan, LLC
400 East Kaliste Saloon Road
Suite 4200
Lafayette, Louisiana 70508

Ryan J. Lorenz, Esq.
Clark Hill PLC
14850 North Scottsdale Road
Suite 500
Scottsdale, Arizona 85254

Brian G. Rich, Esq.
Michael J. Niles, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Katherine A. Ross, Esq.
U.S. Attorney's Office for the
 District of Colorado
Assistant United States Attorney
1801 California Street
Suite 1600
Denver, CO 80202

Ryco Exploration, LLC
401 Edwards Street
Suite 915
Shreveport, LA 71101
ATTN: M. Robin Smith

Ryco Exploration, LLC
40 Golf Club Drive
Haughton, LA 71037
ATTN: M. Robin Smith

Stephen K. Lecholop II, Esq.
Rosenthal Pauerstein, Esq.
Sandoloski Agather LLP
755 East Mulberry
Suite 200
San Antonio, TX 78212

East West Bank
Treasury Department
135 North Los Robles Avenue
Suite 600
ATTN: Linda Cox
Pasadena, CA 91101

Mesa Fluids, LLC
c/o Juno Financial
P.O. Box 173928
Denver, CO 80217-3928

Stoneham Drilling Corporation
707 17th Street
Suite 3250
Denver, CO 80202

TCP Cottonwood, L.P.
333 Texas Street
Suite 2020
Shreveport, LA 71101

Fant Energy Limited
P.O. Box 55205
Houston, TX 77255

JJS Working Interest, LLC
2001 Kirby Drive
Suite 1110
Houston, TX 77019

H&H Construction, LLC
Ladon E. Hall, Sole Manager
P.O. Box 850
Flomation, AL 36441

JD Fields & Company, Inc.
P.O. Box 134401
Houston, TX 77219-4401

Kudzu Oil Properties, LLC
300 Concourse Blvd.
Suite 101
Ridgeland, MS 39157

FPCC USA, Inc.
245 Commerce Green Blvd.
Suite 250
Sugar Lane, TX 77478

Lucas Petroleum Group, Inc.
327 Congress Avenue
Suite 500
Austin, TX 78701-3656

Meritage Energy, Ltd.
c/o BKD, LLP
2700 Post Oak Blvd.
Suite 1500
Houston, TX 77056

Strago Petroleum Corporation
3209 Hamm Road
Pearland, TX 77581-5503

Anderson Investment Holdings, LP
AAEC II, LLC
333 Texas Street
Suite 2020
Shreveport, LA 71101

Kelley Brothers Contractors, Inc.
P.O. Drawer 1079
Waynesboro, MS 39367

Rapad Well Service Co., Inc.
217 West Capitol Street
Jackson, MS 39201

Apple River Investments, LLC
ATTN: Robert M. Boeve, President
1503 Garfield Road North
Traverse City, MI 49696

Pruet Oil Company, LLC
217 West Capitol Street
Suite 201
Jackson, MS 39201-2004

Pro-Tek Field Services, LLC
P.O. Box 919269
Dallas, TX 75391-9269

Union Oilfield Supply, Inc.
12 John Dykes Road
Waynesboro, MS 39367

East West Bank
Treasury Department
135 North Los Robles Avenue
Suite 600
Pasadena, CA 91101

Davis Southern Operating Company, LLC
1500 McGowen Street
Suite 200
Houston, TX 77004

Pruet Production Co.
P.O. Box 11407
Birmingham, AL 35246-1129

Par Minerals Corporation
701 Texas Street
Shreveport, LA 71101

Devon Energy Production Co., LP
P.O. Box 842485
Dallas, TX 75284-2485

Hilcorp Energy Company
Department 412
P.O. Box 4346
Houston, TX 77210-4346

CCI East Texas Upstream, LLC
Castleton Commodities Upstream, LLC
811 Main Street
Suite 1500'
Houston, TX 77002

Amplify Energy Operating, LLC
500 Dallas Street, Suite 1700
Houston, TX 77002

Grizzly Operating, LLC
Grizzly Energy, LLC
P.O. Box 46094
Houston, TX 77210-6094

Mission Creek Resources, LLC
25511 Budde Road
Suite 601
Spring, TX 77380

Basa Resources, Inc.
14875 Landmark Blvd.
4th Floor
Dallas, TX 75254

Stroud Petroleum, Inc.
P.O. Box 565
Shreveport, LA 71162-0565

BPX Operating Company
501 Westlake Park Blvd.
Houston, TX 77079

Urban Oil & Gas Group, LLC
Department #41380
P.O. Box 650823
Dallas, TX 75265

Palmer Petroleum, Inc.
330 Marshall Street
Suite 1200
Shreveport, LA 71101

Dorfman Production Company
4925 Greenville Avenue
Suite 900
Dallas, TX 75206

Grigsby Petroleum, Inc.
333 Texas Street
Suite 2285
Shrevesport, LA 71101

Cimarex Energy Co.
#774023
4923 Solutions Center
Chicago, IL 60677-4000

Highmark Energy Operating, LLC
c/o Oil & Gas Business Solutions, Inc.
4849 Greenville Avenue
Suite 1250
Dallas, TX 75206

Kirkpatrick Oil Company, Inc.
P.O. Box 248885
Oklahoma City, OK 73124-8885


**/s/Vicky Martina**
**Vicky Martina**
**Kutner Brinen PC**