**SKLAR EXPLORATION COMPANY LLC and SKLARCO LLC**
**13 WEEK CASH FLOWS**

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| | | 22-May | 29-May | 5-Jun | 12-Jun | 19-Jun | 26-Jun | 3-Jul | 10-Jul |
| **CASH RECEIPTS** | | | | | | | | | |
| | | *April production* | | | | | *May production* | | |
| *Sklar operated oil production volume estimate (8/8ths BBL)* | | *85,500* | | | | | *80,010* | | |
| *Oil price estimate (realized)* | $ | *13.40* | | | | | $ *18.00* | | |
| *Oil price estimate (NYMEX WTI)* | | | | | | | $ *26.00* | | |
| | | | | | | | | | |
| *Sklar operated gas production volume estimate (8/8ths MCF)* | | *315,120* | | | | | *315,120* | | |
| *Gas price estimate (realized)* | $ | *1.42* | | | | | $ *1.55* | | |
| *Gas price estimate (NYMEX HH)* | | | | | | | $ *1.68* | | |
| | | | | | | | | | |
| **Operated properties [1]** | | | | | | | | | |
| Oil | | 1,145,700 | | | | | 1,440,180 | | |
| Gas | | 447,470 | | | | | 488,436 | | |
| Non-operated properties - Sklarco Revenue | | 45,000 | 45,000 | 30,000 | 32,000 | 30,000 | 22,000 | 27,000 | 32,000 |
| Alabama gas plant management fees | | | 59,300 | 59,300 | | | | 59,300 | 59,300 |
| Oil hedge settlements | | | | | 213,500 | | | | 168,500 |
| Gas hedge settlements | | | | | 20,300 | | | | 20,300 |
| Howard Sklar DIP loan [2] | | | | 1,000,000 | | | | | |
| **CASH RECEIPTS** | | **1,638,170** | **104,300** | **1,089,300** | **265,800** | **30,000** | **1,950,616** | **86,300** | **280,100** |
| | | | | | | | | | |
| **CASH DISBURSEMENTS** | | | | | | | | | |
| | | | *March Production* | | | | *April Production* | | |
| **Revenue payable to others [3]** | | | 2,763,502 | | | | 1,338,263 | | |
| **Severance tax** | | 193,005 | | | | | 95,590 | | |
| **Lease operating expenses (gross) for operated properties** | | | | | | | | | |
| Contract pumpers | | 10,350 | 5,250 | 3,450 | 3,000 | 7,350 | 5,250 | 3,450 | 3,000 |
| Compression rentals and maintenance | | 26,906 | 9,050 | | 12,096 | 14,810 | 9,050 | | 12,096 |
| Saltwater disposal | | 33,175 | 18,550 | 14,625 | 18,550 | 14,625 | 18,550 | 14,625 | 18,550 |
| Electrical service and supply | | 2,600 | 1,900 | 700 | 1,900 | 700 | 1,900 | 700 | 1,900 |
| Oilfield supply | | 1,205 | 605 | 600 | 175 | 1,030 | 605 | 600 | 175 |
| Artificial lift | | 950 | 400 | 14,800 | 475 | 475 | 400 | 400 | 475 |
| RTU - remote monitoring | | 3,060 | 1,400 | 8,500 | 130 | 2,930 | 1,400 | 8,500 | 130 |
| Gas measurement - meter calibration and lab | | 1,500 | 750 | 750 | 750 | 750 | 750 | 750 | 750 |
| Safety systems - testing and repairs | | 2,850 | 525 | | 1,150 | 1,700 | 525 | | 1,150 |
| Fuel and power - | | | | | | | | | |
|     Southern Propane Supplies | | 3,676 | 1,838 | 1,838 | 1,838 | 1,838 | 1,838 | 1,470 | 1,470 |
|     McAdams Propane | | 76 | | | 76 | | | | 76 |
|     Cherokee Co Electric Co-op | | | | 250 | | | | 250 | |
|     Thompson Gas | | | 1,900 | 76 | | | 1,900 | | 76 |

**SKLAR EXPLORATION COMPANY LLC and SKLARCO LLC**
**13 WEEK CASH FLOWS**

| | 1<br>22-May | 2<br>29-May | 3<br>5-Jun | 4<br>12-Jun | 5<br>19-Jun | 6<br>26-Jun | 7<br>3-Jul | 8<br>10-Jul |
|---|---|---|---|---|---|---|---|---|
| Mc Phereson Lubes | 2,050 | | | | 2,050 | | | |
| Herring Gas Company, Inc | 700 | | | | 700 | | | |
| Southern Pine Electric | 147,050 | | | 147,050 | | | | 147,050 |
| Escambia River Electric, Inc. | | 7,700 | | | | | 7,700 | |
| Yazoo Valley Electric | 10,729 | | 160 | | 10,729 | | 160 | |
| Upshur Rural Electric Co-op | 270 | | 385 | 270 | | | 385 | 270 |
| Navasota Valley Electric Co-op | | | 23 | | | | 23 | |
| Swepco | | 150 | 225 | | | 150 | 225 | |
| Mississippi Power | 10,655 | | | 10,655 | | | | 10,655 |
| Chemicals | 6,400 | | 4,500 | 1,900 | 4,500 | | 4,500 | 1,900 |
| Construction | 1,000 | 1,000 | 500 | 500 | 500 | 500 | 400 | 400 |
| Environmental services | 1,249 | 30,400 | | 14,737 | | | | 1,249 |
| Slickline services / jet pump support | 525 | | 525 | | 525 | | | 525 |
| Engineering services | | 1,500 | | | | 1,500 | | |
| Tubulars and inspections | 473 | | | 473 | | | | 473 |
| Insurance | | 47,851 | | | | 47,851 | | |
| Regulatory/Maintenance fees | | 44,642 | 2,600 | | | 142 | 22,000 | |
| Gas plant payroll | 29,561 | 29,561 | | | 29,561 | | 29,561 | |
| Gas plant operating costs | 71,950 | 3,800 | 7,000 | 69,450 | 40,000 | 28,800 | 7,000 | 69,450 |
| Reimbursement of operated property LOE from other WI owners [4] | (342,157) | (214,006) | (96,194) | (275,129) | (154,807) | (150,037) | (123,049) | (264,384) |
| Lease operating expenses for non-operated properties - Sklarco Current JIBS | 35,880 | 17,940 | 17,940 | 17,940 | 17,940 | 17,940 | 17,940 | 17,940 |
| Transportation (truck pmts to Ford) | 5,985 | 5,259 | 560 | 3,644 | 2,341 | 5,259 | 560 | 3,644 |
| **General and administrative** | | | | | | | | |
| Outsourced IT support and general computer exp (eg, Wolfepak) | 9,869 | | | 2,349 | 7,520 | | | 2,349 |
| Employee salaries and payroll taxes, excl. gas plant (see above) | 123,012 | 110,742 | | | 110,742 | | 110,742 | |
| Employee portion of 401k | 9,000 | | 9,000 | | 9,000 | | | 9,000 |
| CEO salary [5] | | 25,000 | | | | | 25,000 | |
| Employee benefits (health, dental, vision, life ins, ST/LT disability) | | 74,367 | | | | 74,367 | | |
| Payroll processing fees | | | 800 | | | | 800 | |
| Misc. insurance | | 3,974 | | | | 3,974 | | |
| Sales and use tax | 700 | | | 700 | | | | 700 |
| Outsourced preparation of sales and use tax | | 8,200 | | | | 3,200 | | |
| Geology and production system license fees | | 5,432 | | | | | | |
| Web mapping license fees (Tobin) | | | 70,920 | | | | | |
| Office rent - | | | | | | | | |
| Boulder [6] | 34,765 | 34,765 | | | | 34,765 | | |
| Shreveport | | 7,240 | | | | 7,240 | | |
| Bretwon, AL | | 1,800 | | | | 1,800 | | |
| Parking expense (Shreveport) | | 800 | | | | 800 | | |

**SKLAR EXPLORATION COMPANY LLC and SKLARCO LLC**
**13 WEEK CASH FLOWS**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | 22-May | 29-May | 5-Jun | 12-Jun | 19-Jun | 26-Jun | 3-Jul | 10-Jul |
| Deposit for electricity for Alabama gas plant | | 70,536 | | | | | | |
| Corwin well - BOP rental @ $200/day (Weatherford) | | 23,117 | 6,510 | | | | 6,300 | |
| Outsourced gas plant settlement accounting fees | 18,844 | | 17,200 | | | | 2,200 | |
| Fuel and mileage | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 |
| Copier and postage rental and usage | 2,250 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 |
| Cell phones | 3,475 | | | | 3,475 | | | |
| Office utilities and maintenance | 6,000 | | | | | | 3,000 | |
| Bank - letter of credit fees | 500 | | | 500 | | | | 500 |
| Bank - misc charges | 985 | | | | 985 | | | |
| Bank interest | | | 92,000 | | | | 92,000 | |
| CRO / financial advisor fees | | 175,000 | | | | | 75,000 | |
| Legal fees - Sklar's counsel | | 63,469 | 50,000 | | | | 50,000 | |
| Legal fees - EWB | | | 100,000 | | | | 75,000 | |
| Legal fees - creditor committee | | 75,000 | | | | | 75,000 | |
| Critical vendors (pre-petition debts) [7] | | | 335,273 | | | | | |
| Trustee disbursement fees | | | | | | | | |
| Cash collateralize letters of credit for P&A bonds | 100,000 | | | | | | | 85,000 |
| Property tax | | | | | | | | |
| Escheat to various states | 100 | | | 110 | | | 26,927 | |
| General and misc office expenses | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 |
| Controller - CO apt, travel and moving exp reimbursement | 4,701 | 4,660 | 470 | | | | 470 | |
| **CASH DISBURSEMENTS** | 580,774 | 3,471,593 | 672,010 | 41,314 | 233,584 | 1,475,406 | 535,990 | 132,518 |
| **NET CASH FLOW** | 1,057,396 | (3,367,293) | 417,290 | 224,486 | (203,584) | 475,210 | (449,690) | 147,582 |
| **ALL ACCOUNTS BEGINNING CASH BALANCE *** | 5,505,045 | 6,562,441 | 3,195,148 | 3,612,438 | 3,836,924 | 3,633,340 | 4,108,550 | 3,658,860 |
| **ALL ACCOUNTS ENDING CASH BALANCE** | 6,562,441 | 3,195,148 | 3,612,438 | 3,836,924 | 3,633,340 | 4,108,550 | 3,658,860 | 3,806,442 |
| **REVENUE ACCOUNT BEGINNING CASH BALANCE** | 2,746,813 | 4,146,978 | 868,795 | 868,795 | 868,795 | 773,205 | 1,108,651 | 1,108,651 |
| inflows | 1,593,170 | - | - | - | - | 1,928,616 | - | - |
| severance taxes | (193,005) | - | - | - | (95,590) | - | - | - |
| reveine payable to WI, RI and ORRI | - | (2,763,502) | - | - | - | (1,338,263) | - | - |
| outflows to Sklar | | (514,681) | | | | (254,907) | | |
| **REVENUE ACCOUNT ENDING CASH BALANCE** | 4,146,978 | 868,795 | 868,795 | 868,795 | 773,205 | 1,108,651 | 1,108,651 | 1,108,651 |
| **ALL OTHER ACCOUNTS BEGINNING CASH BALANCE** | 2,758,232 | 2,415,463 | 2,326,353 | 2,743,642 | 2,968,128 | 2,860,135 | 2,999,899 | 2,550,209 |
| inflows for Sklar revenue | - | 514,681 | - | - | - | 254,907 | - | - |

**SKLAR EXPLORATION COMPANY LLC and SKLARCO LLC**
**13 WEEK CASH FLOWS**

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
|  | 22-May | 29-May | 5-Jun | 12-Jun | 19-Jun | 26-Jun | 3-Jul | 10-Jul |
| *Howard Sklar DIP loan (stock liquidation)* | - | - | 1,000,000 | - | - | - | - | - |
| *all other inflows & outflows, net* | (342,769) | (603,791) | (582,710) | 224,486 | (107,994) | (115,143) | (449,690) | 147,582 |
| ALL OTHER ACCOUNTS ENDING CASH BALANCE | 2,415,463 | 2,326,353 | 2,743,642 | 2,968,128 | 2,860,135 | 2,999,899 | 2,550,209 | 2,697,791 |
|  | - | - | - | - | - | - | - | - |

*\* Includes Kutner Brinen trust balance of 89,819 as of May 21, 2020*

[1] Includes revenue attributed to Sklarco for the operated properties, which accounts for approximately 16% of the revenue from the operated properties, and 100% of the revenue from non-operated properties
[2] $500,000 will be maintained in a segregated account in accordance with the Final Cash Collateral Order
[3] Revenue Payable to Others includes distributions to WI, RI and ORRI
[4] Includes reimbursement of LOE related to third party costs and COPAS reimbursements, which is an overhead cost recovery mechanism for well operators
[5] Subject to ongoing discussions by EWB
[6] Includes sublease income of $8,372
[7] Payment of Plains bills (in week 3)

**SKLAR STAND-ALONE / NET CASH FLOWS**

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Sklarco's share of operated property revenue (incl. severance tax) | - | 514,681 | - | - | - | 254,907 | - | - |
| Sklarco non-op property revenue | 45,000 | 45,000 | 30,000 | 32,000 | 30,000 | 22,000 | 27,000 | 32,000 |
| AL gas plant management fee | - | 59,300 | 59,300 | - | - | - | 59,300 | 59,300 |
| Hedge settlements | - | - | - | 233,800 | - | - | - | 188,800 |
| Sklarco's share of LOE from operated properties | (26,803) | 5,235 | 34,688 | (10,046) | 20,035 | 21,227 | 27,974 | (7,360) |
| Sklarco's LOE for non-operated properties | (35,880) | (17,940) | (17,940) | (17,940) | (17,940) | (17,940) | (17,940) | (17,940) |
| Truck pmts | (5,985) | (5,259) | (560) | (3,644) | (2,341) | (5,259) | (560) | (3,644) |
| G&A, net of COPAS reimbursement | (217,616) | (376,658) | (110,925) | (9,184) | (136,762) | (135,171) | (178,464) | (18,074) |
| Interest and other bank charges | (1,485) | - | (92,000) | (500) | (985) | - | (92,000) | (500) |
| Cash collateralize letters of credit | (100,000) | - | - | - | - | - | - | (85,000) |
| Legal fees - bankruptcy specific | - | (138,469) | (150,000) | - | - | - | (200,000) | - |
| CRO / financial advisor | - | (175,000) | - | - | - | - | (75,000) | - |
| Howard Sklar DIP loan | - | - | 1,000,000 | - | - | - | - | - |
| Critical vendor pre-petition debts | - | - | (335,273) | - | - | - | - | - |
| Trustee disbursement fees | - | - | - | - | - | - | - | - |
| **PERIOD CASH FLOWS** | (342,769) | (89,110) | 417,290 | 224,486 | (107,994) | 139,764 | (449,690) | 147,582 |
| **CUMULATIVE CASH FLOWS** | (342,769) | (431,879) | (14,590) | 209,896 | 101,903 | 241,667 | (208,023) | (60,441) |

**SKLAR EXPLORATION COMPANY LLC and SKLARCO LLC**
**13 WEEK CASH FLOWS**

| | 9<br>17-Jul | 10<br>24-Jul | 11<br>31-Jul | 12<br>7-Aug | 13<br>14-Aug |
|---|---:|---:|---:|---:|---:|
| **CASH RECEIPTS** | | | | | |
| | | *June production* | | | |
| *Sklar operated oil production volume estimate (8/8ths BBL)* | | 80,010 | | | |
| *Oil price estimate (realized)* | | $ 32.50 | | | |
| *Oil price estimate (NYMEX WTI)* | | $ 31.00 | | | |
| | | | | | |
| *Sklar operated gas production volume estimate (8/8ths MCF)* | | 315,120 | | | |
| *Gas price estimate (realized)* | | $ 1.75 | | | |
| *Gas price estimate (NYMEX HH)* | | $ 1.68 | | | |
| | | | | | |
| **Operated properties [1]** | | | | | |
| Oil | | 2,600,325 | | | |
| Gas | | 551,460 | | | |
| **Non-operated properties - Sklarco Revenue** | 33,500 | 35,000 | 34,500 | 43,500 | 45,000 |
| **Alabama gas plant management fees** | | | 59,300 | 59,300 | |
| **Oil hedge settlements** | | | | 186,500 | |
| **Gas hedge settlements** | | | | 13,500 | |
| **Howard Sklar DIP loan [2]** | | | | | |
| **CASH RECEIPTS** | 33,500 | 3,186,785 | 93,800 | 302,800 | 45,000 |
| | | | | | |
| **CASH DISBURSEMENTS** | | | | | |
| | | | *May Production* | | |
| **Revenue payable to others [3]** | | | 1,620,037 | | |
| **Severance tax** | 115,717 | | | | 189,107 |
| **Lease operating expenses (gross) for operated properties** | | | | | |
| Contract pumpers | 7,350 | 3,000 | 2,250 | 3,450 | 3,000 |
| Compression rentals and maintenance | 14,810 | 6,000 | 3,050 | | 12,096 |
| Saltwater disposal | 14,625 | 12,000 | 6,550 | 14,625 | 18,550 |
| Electrical service and supply | 700 | 1,200 | 700 | 700 | 1,900 |
| Oilfield supply | 1,030 | 430 | 175 | 600 | 175 |
| Artificial lift | 475 | 200 | 200 | 400 | 475 |
| RTU - remote monitoring | 2,930 | 900 | 500 | 8,500 | 130 |
| Gas measurement - meter calibration and lab | 750 | 750 | | 750 | 750 |
| Safety systems - testing and repairs | 1,700 | 525 | | | 1,150 |
| Fuel and power - | | | | | |
| Southern Propane Supplies | 1,470 | 1,470 | 1,470 | 1,838 | 1,838 |
| McAdams Propane | | | | | 76 |
| Cherokee Co Electric Co-op | | | 250 | | |
| Thompson Gas | | 1,900 | | 76 | |

**SKLAR EXPLORATION COMPANY LLC and SKLARCO LLC**
**13 WEEK CASH FLOWS**

| | 9<br>17-Jul | 10<br>24-Jul | 11<br>31-Jul | 12<br>7-Aug | 13<br>14-Aug |
|---|---|---|---|---|---|
| Mc Phereson Lubes | 2,050 | | | | |
| Herring Gas Company, Inc | 700 | | | | |
| Southern Pine Electric | | | | | 147,050 |
| Escambia River Electric, Inc. | | 7,700 | | | |
| Yazoo Valley Electric | 10,729 | | | 160 | |
| Upshur Rural Electric Co-op | | | | 385 | 270 |
| Navasota Valley Electric Co-op | | | | 23 | |
| Swepco | | 150 | | 225 | |
| Mississippi Power | | | | | 10,655 |
| Chemicals | 3,000 | | 1,500 | 4,500 | 1,900 |
| Construction | 400 | 400 | 400 | 500 | 500 |
| Environmental services | | | | | 5,600 |
| Slickline services / jet pump support | | | 525 | 525 | |
| Engineering services | | 1,500 | | | |
| Tubulars and inspections | | | | 473 | |
| Insurance | | 47,851 | 65,168 | | |
| Regulatory/Maintenance fees | | 142 | 22,000 | | |
| Gas plant payroll | 29,561 | | 29,561 | | 29,561 |
| Gas plant operating costs | 40,000 | 3,800 | 2,000 | 7,000 | 69,450 |
| **Reimbursement of operated property LOE from other WI owners [4]** | (152,813) | (118,923) | (156,028) | (82,773) | (291,089) |
| **Lease operating expenses for non-operated properties - Sklarco Current JIBS** | 17,940 | 8,970 | 8,970 | 17,940 | 17,940 |
| **Transportation (truck pmts to Ford)** | 2,341 | 5,259 | | 560 | 3,644 |
| **General and administrative** | | | | | |
| Outsourced IT support and general computer exp (eg, Wolfepak) | 7,520 | | | | 2,349 |
| Employee salaries and payroll taxes, excl. gas plant (see above) | 110,742 | | 110,742 | | 106,732 |
| Employee portion of 401k | 9,000 | | | 9,000 | |
| CEO salary [5] | | | 25,000 | | |
| Employee benefits (health, dental, vision, life ins, ST/LT disability) | | 74,367 | | | |
| Payroll processing fees | | | | 800 | |
| Misc. insurance | | 3,974 | | | |
| Sales and use tax | | | | | 700 |
| Outsourced preparation of sales and use tax | | 3,200 | | | |
| Geology and production system license fees | | 5,432 | | | |
| Web mapping license fees (Tobin) | | | | | |
| Office rent - | | | | | |
| Boulder [6] | | | 34,765 | | |
| Shreveport | | 7,240 | | | |
| Bretwon, AL | | 1,800 | | | |
| Parking expense (Shreveport) | | 800 | | | |

SKLAR EXPLORATION COMPANY LLC and SKLARCO LLC
13 WEEK CASH FLOWS

| | | 9<br>17-Jul | 10<br>24-Jul | 11<br>31-Jul | 12<br>7-Aug | 13<br>14-Aug |
|---|---|---|---|---|---|---|
| Deposit for electricity for Alabama gas plant | | | | | | |
| Corwin well - BOP rental @ $200/day (Weatherford) | | | | | 6,510 | |
| Outsourced gas plant settlement accounting fees | | | | | 2,200 | |
| Fuel and mileage | | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 |
| Copier and postage rental and usage | | 1,125 | 564 | 564 | 1,125 | 1,125 |
| Cell phones | | 3,475 | | | | |
| Office utilities and maintenance | | | | 3000 | | |
| Bank - letter of credit fees | | | | | | 500 |
| Bank - misc charges | | 985 | | | | |
| Bank interest | | | | 92,000 | | |
| CRO / financial advisor fees | | | | 75,000 | | |
| Legal fees - Sklar's counsel | | | | 50,000 | | |
| Legal fees - EWB | | | | 75,000 | | |
| Legal fees - creditor committee | | | | 50,000 | | |
| Critical vendors (pre-petition debts) [7] | | | | | | |
| Trustee disbursement fees | | | | 110,000 | | |
| Cash collateralize letters of credit for P&A bonds | | | | | | |
| Property tax | | | | 570 | | |
| Escheat to various states | | | | | | |
| General and misc office expenses | | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 |
| Controller - CO apt, travel and moving exp reimbursement | | | | | 470 | |
| | CASH DISBURSEMENTS | 253,212 | 87,501 | 2,240,819 | 5,462 | 341,033 |
| | NET CASH FLOW | (219,712) | 3,099,284 | (2,147,019) | 297,338 | (296,033) |
| | ALL ACCOUNTS BEGINNING CASH BALANCE * | 3,806,442 | 3,586,730 | 6,686,015 | 4,538,995 | 4,836,333 |
| | ALL ACCOUNTS ENDING CASH BALANCE | 3,586,730 | 6,686,015 | 4,538,995 | 4,836,333 | 4,540,300 |
| | REVENUE ACCOUNT BEGINNING CASH BALANCE | 1,108,651 | 992,934 | 4,144,719 | 2,216,103 | 2,216,103 |
| | inflows | - | 3,151,785 | - | - | - |
| | severance taxes | (115,717) | - | - | - | (189,107) |
| | reveine payable to WI, RI and ORRI | - | - | (1,620,037) | - | - |
| | outflows to Sklar | | | (308,579) | | |
| | REVENUE ACCOUNT ENDING CASH BALANCE | 992,934 | 4,144,719 | 2,216,103 | 2,216,103 | 2,026,996 |
| | ALL OTHER ACCOUNTS BEGINNING CASH BALANCE | 2,697,791 | 2,593,796 | 2,541,296 | 2,322,892 | 2,620,231 |
| | inflows for Sklar revenue | - | - | 308,579 | - | - |

**SKLAR EXPLORATION COMPANY LLC and SKLARCO LLC**
**13 WEEK CASH FLOWS**

|  | 9<br>17-Jul | 10<br>24-Jul | 11<br>31-Jul | 12<br>7-Aug | 13<br>14-Aug |
|---|---|---|---|---|---|
| *Howard Sklar DIP loan (stock liquidation)* | - | - | - | - | - |
| *all other inflows & outflows, net* | (103,995) | (52,501) | (526,982) | 297,338 | (106,926) |
| **ALL OTHER ACCOUNTS ENDING CASH BALANCE** | **2,593,796** | **2,541,296** | **2,322,892** | **2,620,231** | **2,513,304** |
|  | - | - | - | - | - |

*\* Includes Kutner Brinen trust balance of 89,819 as of M*

[1] Includes revenue attributed to Sklarco for the operated properties, which accou
[2] $500,000 will be maintained in a segregated account in accordance with the Fin
[3] Revenue Payable to Others includes distributions to WI, RI and ORRI
[4] Includes reimbursement of LOE related to third party costs and COPAS reimburs
[5] Subject to ongoing discussions by EWB
[6] Includes sublease income of $8,372
[7] Payment of Plains bills (in week 3)

**SKLAR STAND-ALONE / NET CASH FLOWS**

| | | | | | |
|---|---|---|---|---|---|
| Sklarco's share of operated property revenue (incl. severance tax) | - | - | 308,579 | - | - |
| Sklarco non-op property revenue | 33,500 | 35,000 | 34,500 | 43,500 | 45,000 |
| AL gas plant management fee | - | - | 59,300 | 59,300 | - |
| Hedge settlements | - | - | - | 200,000 | - |
| Sklarco's share of LOE from operated properties | 20,533 | 29,005 | 19,729 | 38,043 | (14,036) |
| Sklarco's LOE for non-operated properties | (17,940) | (8,970) | (8,970) | (17,940) | (17,940) |
| Truck pmts | (2,341) | (5,259) | - | (560) | (3,644) |
| G&A, net of COPAS reimbursement | (136,762) | (102,277) | (179,541) | (25,005) | (115,806) |
| Interest and other bank charges | (985) | - | (92,000) | - | (500) |
| Cash collateralize letters of credit | - | - | - | - | - |
| Legal fees - bankruptcy specific | - | - | (175,000) | - | - |
| CRO / financial advisor | - | - | (75,000) | - | - |
| Howard Sklar DIP loan | - | - | - | - | - |
| Critical vendor pre-petition debts | - | - | - | - | - |
| Trustee disbursement fees | - | - | (110,000) | - | - |
| **PERIOD CASH FLOWS** | **(103,995)** | **(52,501)** | **(218,403)** | **297,338** | **(106,926)** |
| **CUMULATIVE CASH FLOWS** | **(164,436)** | **(216,936)** | **(435,340)** | **(138,001)** | **(244,928)** |
| | - | - | - | - | - |