UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| Debtor. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR FANT ENERGY

Please be advised that Jennifer Hardy of Willkie Farr & Gallagher LLP hereby withdraws as counsel of record for Creditor Fant Energy Limited and Brent R. Cohen of Lewis Roca Rothgerber Christie LLP is hereby substituted as attorney of record for Fant Energy Limited. Ms. Hardy will continue as counsel of record for JJS Interests Excambia, LLC, JJS Interest Steele Kings, LLC and JJS Working Interests, LLC.

Pursuant to L.B.R. 9010-4(b) the clerk is authorized to terminate the involvement of Jennifer Hardy as to Fant Energy Limited.

DATED: May 27, 2020                                  Respectfully submitted,

**WILLKIE FARR & GALLAGHER LLP**

By: /s/ Jennifer Hardy
Jennifer Hardy
600 Travis Street
Houston, TX 77002
Tel: 713-510-1766
Email: jhardy2@willkie.com

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

/s/ Brent R. Cohen
Brent R. Cohen, WY Bar No. 5-2008
1200 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 623-9000
Email: bcohen@lrrc.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on May 27, 2020, a true and correct copy of the foregoing NOTICE OF SUBSTITUTION OF COUNSEL was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1 and 2082-1(a) and (b) and was served upon the following listed below by depositing same in the United States mail, first-class postage prepaid, addressed to the following:

**James B. Bailey**
jbailey@bradley.com

**Joseph Eric Bain**
jbain@joneswalker.com

**Grant Matthew Beiner**
Munsch Hardt Kopf & Harr, PC
gbeiner@munsch.com

**Jordan B. Bird**
Cook, Yancey, King & Galloway
jordan.bird@cookyancey.com

**Duane Brescia**
Clark Hill Strasburger
dbrescia@clarkhill.com

**Jeffrey S. Brinen**
jsb@kutnerlaw.com

**John Cornwell**
Munsch Hardt Kopf & Harr PC
jcornwell@munsch.com

**Shay L. Denning**
sdenning@mbssllp.com

**Benjamin Y. Ford**
RSA Tower, 27th Floor
11 North Water Street
Mobile, AL 36602

**Craig M. Geno**
Law Offices of Craig M. Geno, PLLC
cmgeno@cmgenolaw.com

**Michael J. Guyerson**
mike@kjblawoffice.com

**Christopher D. Johnson**
Munsch Hardt Kopf & Harr PC
cjohnson@munsch.com

**Lee M. Kutner**
lmk@kutnerlaw.com

**Stephen K. Lecholop, II**
Rosenthal Pauerstein Sandoloski Agather LLP
slecholop@rpsalaw.com

**Eric Lockridge**
eric.lockridge@keanmiller.com

**Armistead Mason Long**
Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC
along@gamb.law

**Ryan Lorenz**
RLorenz@ClarkHill.com

**Christopher Meredith**
Copeland, Cook, Taylor & Bush P.A.
cmeredith@cctb.com

**David M. Miller**
Spencer Fane LLP
dmiller@spencerfane.com

**Timothy C. Mohan**
tmohan@foley.com

**Paul Moss**
Byron G. Rogers Federal Building
Paul.Moss@usdoj.gov

**Kevin S. Neiman**
kevin@ksnpc.com

**Jennifer Norris Soto**
Ayres, Shelton, Williams, Benson & Paine, LLC
jennifersoto@arklatexlaw.com

**Matthew J. Ochs**
mjochs@hollandhart.com

**Matthew Okin**
Okin Adams LLP
mokin@okinadams.com

**John Thomas Oldham**
joldham@okinadams.com

**Robert L Paddock**
Buck Keenan
rpaddock@buckkeenan.com

**Robert Padjen**
Robert.padjen@coag.gov

**Jeremy L Retherford**
Balch & Bingham
jretherford@balch.com

**Brian Rich**
Berger Singerman LLP
brich@bergersingerman.com

**Keri L. Riley**
klr@kutnerlaw.com

**Timothy Michael Riley**
Hopping Green & Sams
timothyr@hgslaw.com

**Katherine A Ross**
katherine.ross@usdoj.gov

**Michael D Rubenstein**
Liskow and Lewis
mdrubenstein@liskow.com

**Craig K. Schuenemann**
craig.schuenemann@bryancave.com

**Ryan Seidemann**
Louisiana Department of Justice
seidemannr@ag.louisiana.gov

**Thomas H Shipps**
Maynes, Bradford, Shipps & Sheftel, LLP
tshipps@mbssllp.com

**Barnet B Skelton, Jr**
Barnet B. Skelton, Jr.,
barnetbjr@msn.com

**Jim F Spencer, Jr**
Watkins & Eager PLLC
jspencer@watkinseager.com

**Bryce Suzuki**
Bryce Suzuki
bryce.suzuki@bclplaw.com

**Timothy M. Swanson**
tim.swanson@moyewhite.com

**David R Taggart**
Bradley Murchison Kelly & Shea
dtaggart@bradleyfirm.com

**Glenn Taylor**
Copeland, Cook, Taylor & Bush P.A.
gtaylor@cctb.com

**Madison M. Tucker**
Jones Walker LLP
mtucker@joneswalker.com

**Amy Vazquez**
Jones Walker LLP
avazquez@joneswalker.com

**Deanna L. Westfall**
Office of the Colorado Attorney General
deanna.westfall@coag.gov

*s/Christina Marquez*
LEWIS ROCA ROTHGERBER CHRISTIE LLP