## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **IN RE: SKLAR EXPLORATION COMPANY, LLC** | **CASE NO. 20-12377-EBB** |
| Debtor. | |
| | |
| **SKLARCO, LLC** | **CASE NO.: 20-12380-EEB** |
| Debtor. | |

___

**THE LANDMARK ENTITIES JOINDER AND SUPPORT OF
MOTION TO APPOINT CHAPTER 11 TRUSTEE
PURSUANT TO 11 U.S.C. §1104, OR IN THE ALTERNATIVE,
CONVERT TO CHAPTER 7 PURSUANT TO 11 U.S.C. §1112(b) (DKT. NO. 308)**

___

Landmark Oil and Gas, LLC, a Mississippi limited liability company, Landmark Exploration, LLC, a Mississippi limited liability company, Lexington Investments, LLC, a Mississippi limited liability company, and Stone Development, LLC, a Mississippi limited liability company (collectively the "Landmark Entities") owners of working interests and/or overriding royalty interests file their joinder and support of Motion to Appoint Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104, or in the Alternative, Convert to Chapter 7 Pursuant to 11 U.S.C. §3112(b) (Dkt. No. 308). In support thereof, the Landmark Entities would state as follows:

1. The Landmark Entities are creditors and owners of working interest or overriding royalty interests in these Chapter 11 cases.

2. The Landmark Entities join in the motion to appoint a trustee. The Landmark Entities submit that it is in the best interest of all creditors for an independent Chapter 11 Trustee to take over management of SEC for the reasons set forth in the motion. Further, and in the alternative, if a Chapter 11 trustee is not appointed, the Landmark Entities support the conversion of this case to Chapter 7 for the reasons stated in the motion.

Respectfully submitted this 29th day of May, 2020.

WATKINS & EAGER PLLC

By: /s/ Jim F. Spencer, Jr.
Jim F. Spencer, Jr.,
Its attorneys

COUNSEL FOR

LANDMARK OIL AND GAS, LLC,
LANDMARK EXPLORATION, LLC,
LEXINGTON INVESTMENTS, LLC, and
STONE DEVELOPMENT, LLC

PAUL H. STEPHENSON, III (MSB#7864)
JIM F. SPENCER, JR. (MSB#7736)
WATKINS & EAGER PLLC
P.O. BOX 650
JACKSON, MISSISSIPPI 39205
(601) 965-1900 (p)
(601) 965-1901 (f)
pstephenson@watkinseager.com
jspencer@watkinseager.com

## CERTIFICATE OF SERVICE

I, Jim F. Spencer, Jr., do hereby certify that I have caused to be served a true and correct copy of the LANDMARK ENTITIES JOINDER IN SUPPORT OF MOTION was served on all parties authorized to receive notice through the ECF notice system in this case.

This 29th day of May, 2020.

/s/ Jim F. Spencer, Jr.
Jim F. Spencer, Jr.