# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC, | |
| Debtor. | Chapter 11 |
| In re: | Case No. 20-12380-EEB |
| SKLARCO, LLC | |
| Debtor. | Chapter 11 |
| | **Jointly Administered Under Case No. 20-12377-EEB** |

## OBJECTION TO MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTORS' EMPLOYMENT OF CR3 PARTNERS AS CHIEF RESTRUCTURING OFFICER EFFECTIVE AS OF MAY 21, 2020

Come now, Pruet Production Co. ("PPC") both in its individual capacity and as agent for certain owners of working interests (the "Owners")[1] and Pruet Oil Company, LLC ("POC" and together with PPC, "Pruet"), creditors and parties in interest, and file this objection (the "Objection") to the Motion for Entry of Order Authorizing Debtors' Employment of CR3 Partners as Chief Restructuring Officer Effective as of May 21, 2020 [Doc. 341] (the "CRO Motion") filed by Debtors Sklar Exploration Company, LLC and Sklarco, LLC (together, the "Debtors").

While Pruet does not dispute the qualifications of the proposed chief restructuring officer, Pruet contends that a chapter 11 trustee should be appointed instead. In support of this Objection, Pruet incorporates the arguments made in its Joinder filed by Pruet at Docket Entry

---

[1] A list of the Owners is included in the Verified Rule 2019 Statement of Multiple Representation filed at Docket No. 162 as amended by Docket No. 211.

357 to the Motion to Appoint Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104 [Doc. 308] (the "Motion to Appoint Chapter 11 Trustee") filed by Tauber Exploration & Production Company; CTM 2005, LTD; Pickens Financial Group, LLC; I & L Miss I, LP; MER Energy, LTD; MR Oil & Gas, LLC; Tara Rudman Revocable Trust; Feather River 75, LLC; Rudman Family Trust and the Rudman Partnership.

## RESERVATION OF RIGHTS

Pruet makes no admission of fact or law and reserves any and all rights, claims, objections, and defenses that may be available to them before this Court and any other court with competent jurisdiction over the parties and the matters at issue, including in connection with the CRO Motion or any other related motions, pleadings, or orders, asserted liens and interests, and any other matters involving the administration of this case, the estate, and Pruet's interests, any and all rights available to them under the Bankruptcy Code and applicable non-bankruptcy law. Pruet reserves any and all rights to supplement or amend this Objection and at any hearing.

## JOINDER

Pruet joins the objections of all other parties to the CRO Motion to the extent such objections are not inconsistent with this Objection.

## CONCLUSION

Pruet requests that the Court deny the CRO Motion and instead grant the Motion to Appoint Chapter 11 Trustee. In the event the CRO Motion is granted, Pruet requests the Court grant it only on the condition that the Unsecured Creditors Committee is authorized

immediately to pursue recovery claims on behalf of the Debtors' estates. Pruet seeks such other and different relief as the Court deems proper and just.

Dated: May 29 2020

/s/ Matthew J. Ochs
Matthew J. Ochs
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
P.O. Box 8749
Denver, CO 80201-8749
Telephone: (303) 295-8299
Facsimile: (303) 416-8951
Email: mjochs@hollandhart.com

-and-

/s/ *Jeremy L. Retherford*
Jeremy L. Retherford
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203-4642
Telephone: (205) 226-3479
Facsimile: (205) 488-5693
Email: jretherford@balch.com

*Attorneys for Pruet Oil Company, LLC and Pruet Production Co. in its individual capacity and as agent of the Owners.*

4

## **CERTIFICATE OF SERVICE**

I certify that on May 29, 2020, the foregoing was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

*/s/ Matthew J. Ochs*
Matthew J. Ochs