**Fill in this information to identify the case:**

Debtor name: **Sklarco, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known): _____

■ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

|  | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Sklar Exploration | 5395 Pearl Parkway Suite 200 Boulder, CO 80301 | East West Bank Treasury Department | ■ D  2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Alan Sklar Grantor Trust | 5395 Pearl Parkway, Suite 200 Boulder, CO 80301 | Howard F. Sklar Trust | ☐ D ____<br>☐ E/F ____<br>■ G  2.1 |
| 2.3 | Jacob Sklar Grantor Trust | 5395 Pearl Parkway Suite 200 Boulder, CO 80301 | Howard F. Sklar Trust | ☐ D ____<br>☐ E/F ____<br>■ G  2.1 |
| 2.4 | Miriam Sklar, LLC |  | Howard F. Sklar Trust | ☐ D ____<br>☐ E/F ____<br>■ G  2.1 |

| Debtor | **Sklarco, LLC** | Case number *(if known)* | |
|---|---|---|---|

### Additional Page to List More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.5 | **Sklar Exploration Company, LLC** | **5395 Pearl Parkway Suite 200 Boulder, CO 80301** | **Howard F. Sklar Trust** | ☐ D <br> ☐ E/F <br> ■ G  **2.1** |
| 2.6 | **Succession of Miriam Mandel Sklar** | | **Howard F. Sklar Trust** | ☐ D <br> ☐ E/F <br> ■ G  **2.1** |