**Fill in this information to identify the case:**

Debtor name   **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **20-12377-EEB**

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Lease of Boulder Offices**<br><br>**Office Lease dated April 3, 2013, between 5395 Pearl Parkway, LLC, as Landlord, and Sklar Exploration Company L.L.C., as Tenant, as amended by that certain First Amendment to Lease Agreement dated February 10, 2014, and that certain Second Amendment to Lease Agreement dated November 20, 2014, pursuant to which Landlord leased to Tenant certain premises in the building located at 5395 Pearl Parkway, Boulder, Colorado 80301.** |
| State the term remaining | |
| List the contract number of any government contract | **5395 Pearl Parkway, LLC**<br>**1919 14th Street, Suite 800**<br>**Boulder, CO 80302** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | **Paper Management Agreement dated October 22, 2014, by and between All Copy Products, Inc. and Sklar Exploration Company L.L.C, as amended on December 12, 2014 and February 27, 2015.** |
| | **All Copy Products, Inc.**<br>**4141 Colorado Blvd.**<br>**Denver, CO 80216** |

| Debtor 1 | **Sklar Exploration Company, LLC** | | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|---|
| | First Name       Middle Name       Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Alabama Offices**<br><br>**Office Lease Agreement dated April 26, 2018, by and between Brewton Area Properties, LLC, as Lessor, and Sklar Exploration Company L.L.C., as Lessee, pursuant to which Lessor leased to Lessee the office building located at 319 Belleville Avenue, Brewton, Alabama.** | |
|---|---|---|---|
| | State the term remaining | | **Brewton Area Properties** |
| | List the contract number of any government contract | | **Attn: Thomas McMillan**<br>**P.O. Box 809**<br>**Brewton, AL 36427** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Confidential Employment Separation Agreement dated November 20, 2018, by and between David Barlow, an individual, Daboil Resources, L.C., Ansaben Trust, Sklar Exploration Company L.L.C., Sklarco L.L.C. and Howard F. Sklar, individually.** | |
|---|---|---|---|
| | State the term remaining | | **David A. Barlow** |
| | List the contract number of any government contract | | **321 Paseo Encinal Street**<br>**San Antonio, TE 78212** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement dated April 1, 2020, by and between Enterprise Computing Services, LLC and Sklar Exploration Company L.L.C.** | |
|---|---|---|---|
| | State the term remaining | | **Enterprise Computing Services, LLC**<br>**347 Bert Kouns Industrial Loop**<br>**Shreveport, LA 71106** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Sklar Exploration Company, LLC**

First Name        Middle Name        Last Name

Case number (*if known*)    **20-12377-EEB**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

**General Terms and Conditions Agreement, Lease Agreement, Management Agreement, Dry Lease Exchange Agreement and Side Letter Agreement dated May 1, 2019, by and between Sklar Transport L.L.C. and Flexjet, LLC.**

State the term remaining

List the contract number of any government contract

**Flexjet, LLC**
**26180 Curtiss Wright Parkway**
**Cleveland, OH 44143**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

**Agency Services Agreement**

State the term remaining

List the contract number of any government contract

**Howard F. Sklar Trust**
**5395 Pearl Parkway**
**Suite 200**
**Boulder, CO 80301**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

**Commercial Premium Finance Agreement - Promissory Note dated March 2, 2020, by and between J&H Insurance Services, Inc., as Agent, and Sklar Exploration Company L.L.C., as Insured**

State the term remaining

List the contract number of any government contract

**J and H Insurance Services, Inc.**
**510 N. Valley Mills Road, Suite 701**
**Waco, TX 76710**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

**Commercial Premium Finance Agreement - Promissory Note dated August 2, 2019 by and between J&H Insurance Services, Inc., as Agent, and Sklar Exploration Company L.L.C., as Insured**

State the term remaining

**J and H Insurance Services, Inc.**
**510 N. Valley Mills Road, Suite 701**
**Waco, TX 76710**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **Sklar Exploration Company, LLC**
First Name        Middle Name        Last Name

Case number (*if known*)   **20-12377-EEB**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract  _____

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Shreveport Offices** | |
|---|---|---|---|
| | | **Office Lease dated February 8, 1999, between SM Brell, LP, as Landlord, and Sklar Exploration Company L.L.C., as Tenant, as amended by that certain Lease Amendment No. 1 dated April 3, 2000, and that certain Lease Amendment No. 2 dated October 17, 2000, and that certain Third Amendment to Lease Agreement dated March 30, 200I, and that certain Fourth Amendment to Lease dated July 19, 2004, and that certain Fifth Amendment to Lease dated March 12, 2006, and that certain Sixth Amendment to Lease dated November 21, 2007, and that certain Seventh Amendment to Lease dated April 18, 2008, and that certain Eighth Amendment to Lease dated May 26, 2011, and that certain Ninth Amendment to Lease dated September 16, 2016, pursuant to which Landlord leased to Tenant certain premises in the building, Suite 1601, 1605, 1615 and 1620, known as the Louisiana Tower Office Building located at 401 Edwards Street, Shreveport, Louisiana 71101.** | |
| | State the term remaining | | **Louisiana Tower Operating c/o Kean Miller Attn: Mark Mese II City Plaza, 400 Convention Street Baton Rouge, LA 70802** |
| | List the contract number of any | _____ | |

Debtor 1   **Sklar Exploration Company, LLC**
First Name        Middle Name        Last Name

Case number (*if known*)   **20-12377-EEB**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease Agreement dated December 14, 2018, by and between Sklar Exploration Company L.L.C., as Tenant, and Redwave Energy, Inc., as Subtenant, concerning a sublease of certain office space at 5395 Pearl Parkway, Suite 200, Boulder, CO 80301.** | |
| | State the term remaining | | **RedWave Energy, Inc. Attn: Jim Nelson 1041 Mackenzie Place Wheaton, IL 60187** |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Various Printer Leases** | |
| | State the term remaining | | **Ricoh Americas Corporation 300 Eagleview Blvd Exton, PA 19341** |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Each Material Contract is more particularly descirbed in the attached list of material agreements** | |
| | State the term remaining | | **See attached** |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Support.com Small Business Support Services Agreement dated October 22, 2013, by and between Support.com, Inc. and Sklar Exploration Company L.L.C.** | |
| | State the term remaining | | **Support.com, Inc. Attn: Chief Financial Officer 900 Chesapeake Drive, 2nd Floor Redwood City, CA 94063** |
| | List the contract number of any government contract | | |

Debtor 1   **Sklar Exploration Company, LLC**                                    Case number *(if known)*   **20-12377-EEB**
_____
First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

## MATERIAL AGREEMENTS

### (Sklar Exploration Company, LLC)

1.  Participation Agreement dated effective as of January 23, 2015 covering the Brewton Prospect, Escambia County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration LLC, et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated January 23, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

2.  Letter Agreement dated March 6, 2015 amending the Brewton Prospect Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration, LLC, et al., as Participants

3.  Second Amendment to Brewton Prospect Participation Agreement and JOA dated effective as of January 23, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration, LLC, et al., as Participants

4.  Amended And Restated Participation Agreement dated effective as of April 8, 2015 covering the Mt. Carmel Prospect, Escambia County, AL and Santa Rosa County, FL, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated April 8, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

5.  JOA (AAPL 610-1982) dated July 1, 2008, covering NW/4 Section 17, T4N, R13E, Conecuh County, AL (Craft Mack 17-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators

6.  Unit Agreement dated March 20, 2014 concerning operation of the Little Cedar Creek Oil Unit II, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

7.  Unit Operating Agreement dated March 20, 2014 concerning operation of the Little Cedar Creek Oil Unit II, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

8.  Gas Purchase Contract dated September 23, 2014, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Little Cedar Creek Oil Unit II, as Buyer, and the North Beach Prospect Working Interest Owners, as Sellers

9.  Gas Purchase Contract dated September 23, 2014, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Little Cedar Creek Oil Unit II, as Buyer, and the Escambia Prospect Working Interest Owners, as Sellers

10. Gas Purchase Contract dated April 6, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Shipps Creek Prospect Working Interest Owners, as Sellers

11.   Unit Agreement dated October 1, 2016 concerning operation of the Little Cedar Creek Oil Unit IV, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

12.   Unit Operating Agreement dated October 1, 2016 concerning operation of the Little Cedar Creek Oil Unit IV, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

13.   Participation Agreement covering the Escambia Prospect (Escambia and Conecuh Counties, AL), by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 1, 2006 covering the Escambia Prospect (Escambia and Conecuh Counties, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

14.   Amendment to Operating Agreement dated effective as of November 1, 2011 covering the Escambia Prospect (Escambia and Conecuh Counties, Alabama), by and between Sklar Exploration Company L.L.C., et al., which Amendment extended the term of the AMI and added additional lands to the Contract Area and AMI

15.   JOA (AAPL 610-1982) dated March 1, 2011, covering NE/4 Section 31, T4N, R13E, Conecuh County, AL (Mary-Mack 31-2 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators

16.   Farmout Agreement dated February 15, 2011, covering the SE/4 Section 29, T4N, R13E, Conecuh County, AL (Thomasson 29-10 #1), by and between Anderson Exploration Energy Company, L.C., et al., as Farmor, and Sklar Exploration Company L.L.C., as Farmee

17.   JOA (AAPL 610-1982) dated February 15, 2011, covering the SE/4 Section 29, T4N, R13E, Conecuh County, AL (Thomasson 29-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators

18.   JOA (AAPL 610-1982) dated May 1, 2011, covering the SE/4 Section 35, T4N, R12E, Conecuh County, AL (CCL&T 35-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

19.   JOA (AAPL 610-1982) dated July 1, 2011, covering the NE/4 Section 30, T4N, R13E, Conecuh County, AL (Ralls 30-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

20.   JOA (AAPL 610-1982) dated September 15, 2011, covering the NE/4 Section 30, T4N, R13E, Conecuh County, AL (Ralls 30-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and BSAP I, Inc., et al., as Non-Operators

21.   JOA (AAPL 610-1982) dated December 7, 2011, covering NW/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-6 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C. and BSAP I, Inc., as Non-Operators

22.     JOA (AAPL 610-1982) dated December 7, 2011, covering NW/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-6 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., Pruet Production Co., and Midroc Operating Company and others, as Non-Operators

23.     JOA (AAPL 610-1982) dated February 1, 2012, covering NE/4 Section 33, T4N, R12E, Conecuh County, AL (CCL&T 33-2 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

24.     JOA (AAPL 610-1982) dated March 15, 2012, covering NE/4 Section 34, T4N, R12E, Conecuh County, AL (Grady 34-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

25.     JOA (AAPL 610-1982) dated June 1, 2012, covering NW/4 Section 34, T4N, R12E, Conecuh County, AL (Jones 34-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Texar Exploration, LLC, et al., as Non-Operators

26.     JOA (AAPL 610-1982) dated March 15, 2012, covering NW/4 Section 35, T4N, R12E, Conecuh County, AL (CCL&T 35-5 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Avery Producing, LLC, et al., as Non-Operators

27.     JOA (AAPL 610-1982) dated May 1, 2012, covering SE/4 Section 34, T4N, R12E, Conecuh County, AL (Grady 34-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

28.     JOA (AAPL 610-1982) dated July 13, 2012, covering NW/4 Section 4, T3N, R12E, Escambia County, AL (CCL&T 4-3 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

29.     JOA (AAPL 610-1982) dated January 10, 2013, covering SE/4 Section 4, T4N, R13E, Conecuh County, AL (CCL&T 32-9 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

30.     JOA (AAPL 610-1982) dated April 1, 2013, covering SW/4 Section 36, T4N, R12E, Conecuh County, AL (Kennedy 36-12 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

31.     JOA (AAPL 610-1982) dated February 17, 2014, covering SW/4 Section 33, T4N, R13E, Conecuh County, AL (Thomasson 33-12 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

32.     JOA (AAPL 610-1982) dated August 1, 2014, covering SE/4 Section 2, T3N, R12E, Escambia County, AL (CCL&T 2-9 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Central Petroleum, Inc., et al., as Non-Operators

33.     JOA (AAPL 610-1982) dated September 1, 2014, covering NW/4 Section 3, T3N, R13E, Conecuh County, AL (CCL&T 3-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

34. JOA (AAPL 610-1982) dated August 15, 2014, covering NE/4 Section 4, T3N, R13E, Conecuh County, AL (CCL&T 4-1 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

35. Unit Agreement dated May 11, 2015 concerning operation of the Fishpond Oil Unit, Fishpond Field, Escambia County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

36. Unit Operating Agreement dated May 11, 2015 concerning operation of the Fishpond Oil Unit, Fishpond Field, Escambia County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

37. Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the North Beach Prospect Working Interest Owners, as Sellers

38. Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Escambia Prospect Working Interest Owners, as Sellers

39. Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Shipps Creek Prospect Working Interest Owners, as Sellers

40. Participation Agreement covering the Shipps Creek Prospect (Conecuh & Escambia Counties, AL) dated effective as of June 1, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "F" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated June 1, 2012 covering the Shipps Creek Prospect (Conecuh & Escambia Counties, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

41. Agreement to Participate in 3D Seismic Acquisition and To Share Information dated effective as of June 1, 2012, by and between Sklar Exploration Company L.L.C., the Shipps Creek Prospect Participants, the Escambia Prospect Participants and Windancer Operating of Alabama, LLC

42. Letter Agreement dated August 14, 2015 regarding Extension of Shipps Creek Prospect AMI and Acquisition of Additional Seismic Data, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, as amended by that certain Correction Letter dated August 18, 2015, by and between the same parties

43. Letter Agreement dated May 23, 2017 regarding Shipps Creek Prospect AMI Extension, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for a 1 year extension of the AMI.

44. Letter Agreement dated May 16, 2018 regarding Shipps Creek Prospect AMI Extension (Second Extension), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for an additional 1 year extension of the AMI.

45. Letter Agreement dated April 23, 2019 regarding Shipps Creek Prospect AMI Extension (Third Extension), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for an additional 1 year extension of the AMI.

46. Participation Agreement covering the Castleberry Prospect (Conecuh County, AL) dated effective as of November 7, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 7, 2012 covering the Castleberry Prospect (Conecuh County, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

47. Participation Agreement covering the L-Pond Prospect (Conecuh County, AL) dated effective as of November 7, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 7, 2012 covering the L-Pond Prospect (Conecuh County, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

48. Gathering Agreement dated November 16, 2011, by and between Sklar Exploration Company L.L.C., as Gatherer, and CDM MAX, LLC, as Plant Operator, concerning gas gathering from the Fletcher Petroleum Corp. Godwin 36-1 #1 well

49. First Amendment to Gas Gathering Agreement dated April 21, 2015 and Second Amendment to Gas Gathering Agreement dated September 1, 2016, by and between Sklar Exploration Company L.L.C., as Gatherer, and Plains Gas Solutions, LLC, formerly known as CDM MAX, LLC, as Plant Operator, concerning the gathering of gas from the Fletcher Petroleum Corp. Godwin 36-1 #1 well

50. Gas Purchase Contract dated August 7, 2009, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller

    a. Counterparties:     Southeast Alabama Gas District
    715 Dr. MLK Jr. Expressway
    Andalusia, Alabama 36420
    Attn: Greg Henderson

51. Pipeline Construction Agreement dated August 7, 2009, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller, concerning the construction of a pipleine from Seller's North Beach Plant to the Castleberry Extension

    a. Counterparties:     Southeast Alabama Gas District
    715 Dr. MLK Jr. Expressway
    Andalusia, Alabama 36420
    Attn: Greg Henderson

52. First Amendment to Gas Purchase Contract dated April 28, 2010, by and between the Southeast Alabama Gas District, as Buyer and Sklar Exploration Company L.L.C., as Seller

    a. Counterparties:     Southeast Alabama Gas District
    715 Dr. MLK Jr. Expressway
    Andalusia, Alabama 36420
    Attn: Greg Henderson

53. Gas Purchase Contract (South Field) dated June 1, 2011, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller

a. Counterparties: Southeast Alabama Gas District
715 Dr. MLK Jr. Expressway
Andalusia, Alabama 36420
Attn: Greg Henderson

54.  JOA (AAPL 610-1982) dated August 1, 2015, covering Sections 1 & 2, T13N, R7W, Natchitoches Parish, LA (Rushing Et Al #2), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

55.  JOA (AAPL 610-1982) dated January 1, 2016 (East Castor Prospect), covering certain property in, T14N, R7W, Bienville Parish, LA (Echo Papa 10-10 #1 and JB Evans 11-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

56.  Letter Agreement dated April 29, 2016 regarding Amendment East Castor Prospect JOA, by and between Sklar Exploration Company L.L.C., as Operator, and AEEC II, LLC, et al., as Non-Operators

57.  Partial Termination of Restated Participation Agreement (Bodcaw 3D Project) dated effective as of March 1, 2016, by and between AEEC II, LLC et al.

58.  Termination of Restated Participation Agreement (Bodcaw 3D Project) dated effective as of December 1, 2018, by and between AEEC II, LLC et al.

59.  Participation Agreement covering the Red River Prospect (Caddo & Bossier Parishes, LA) dated effective as of April 1, 2006, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (AAPL Form 610-1982) dated April 1, 2006, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

60.  JOA (AAPL 610-1982) dated February 15, 1999, covering S/2 of Section 16 and N/2 of Section 21, T18N, R7W, Bienville Parish, LA (Willamette 21 #1), by and between Brammer Engineering, Inc., as Operator, and Wheless TDL Exploration Company, L.L.C., et al., as Non-Operators

61.  Participation Agreement dated effective as of December 1, 2012 covering the West Bryceland Saddle Prospect, by and between AEEC II, L.L.C., Sklar Exploration Company L.L.C., Sklarco L.L.C., and Marshall-Wuellner, Inc., which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated December 1, 2012, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

62.  JOA (AAPL 610-1982) dated May 26, 2004, covering Section 28, T18N, R6W, Bienville Parish, LA (Cindy Lou Cloyd 28 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

63.  JOA (AAPL 610-1982) dated February 1, 2008, covering Section 34, T19N, R6W, Bienville & Claiborne Parishes, LA (CS Shaffer 34 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

64.    JOA (AAPL 610-1982) dated August 15, 2007, covering Section 33, T18N, R6W, Bienville Parish, LA (JC Merritt #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

65.    JOA (AAPL 610-1982) dated May 1, 2009, covering Section 33, T19N, R6W, Claiborne Parish, LA (Kimberly Lay 33 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

66.    JOA (AAPL 610-1982) dated March 5, 2003, covering Section 3, T18N, R6W, Bienville Parish, LA (LA Minerals #1 Alt), by and between Cypress Operating, Inc., as Operator, and Sklarco L.L.C., et al., as Non-Operators

67.    Operating Agreement of West Arcadia Pipeline L.L.C. dated effective as of July 20, 2009, by and between Sklarco L.L.C., McCombs Energy, LTD., and Tensas Delta Exploration Company, LLC, as Members of the Company

        a.    Counterparties:    Tensas Delta Exploration Company, LLC
                                              333 Texas Street, Suite 2121
                                              Shreveport, Louisiana 71101

                                              McCombs Energy LTD
                                              Attn: Gary Woods
                                            750 E. Mulberry Ave. Suite 403
                                            San Antonio, Texas 78212

68.

69.    Assignment And Bill of Sale dated effective as of September 1, 2009, by and between Tensas Delta Exploration Company, LLC and Sklar Exploration Company L.L.C., as Assignors, and West Arcadia Pipeline L.L.C., as Assignee

        a.    Counterparties:    West Arcadia Pipeline L.L.C.
                                              401 Edwards Street, Suite 1601
                                              Shreveport, Louisiana 71101

                                              Tensas Delta Exploration Company, LLC
                                              333 Texas Street, Suite 2121
                                              Shreveport, Louisiana 71101

70.    Assignment And Bill of Sale dated effective as of September 1, 2009, by and between McCombs Energy, LTD. And Sklarco L.L.C., as Assignors, and West Arcadia Pipeline L.L.C., as Assignee

        a.    Counterparties:    West Arcadia Pipeline L.L.C.
                                              401 Edwards Street, Suite 1601
                                              Shreveport, Louisiana 71101

                                              McCombs Energy LTD
                                              Attn: Gary Woods
                                              750 E. Mulberry Ave. Suite 403
                                              San Antonio, Texas 78212

71.    Natural Gas Purchase and Sale Agreement dated September 1, 2009, by and between Texla Energy Management, Inc., as Buyer, and Sklar Exploration Company L.L.C., as Seller

    a.   Counterparties:      Texla Energy Management, Inc.
                                          1100 Louisiana, Suite 4700
                                          Houston, TX 77002

72.     Gas Gathering Agreement dated effective as of October 1, 2009, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

    a.   Counterparties:      West Arcadia Pipeline L.L.C.
                                            401 Edwards Street, Suite 1601
                                          Shreveport, Louisiana 71101
                                          Texla Energy Management, Inc.
                                          1100 Louisiana, Suite 4700
                                          Houston, TX 77002

73.     First Amendment to Gas Gathering Agreement dated December 16, 2009, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

    a.   Counterparties:      West Arcadia Pipeline L.L.C.
                                            401 Edwards Street, Suite 1601
                                          Shreveport, Louisiana 71101

                                          Texla Energy Management, Inc.
                                          1100 Louisiana, Suite 4700
                                          Houston, TX 77002

74.     Agreement to Distribute Proceeds dated December 16, 2009, by and between West Arcadia Pipeline L.L.C., as Gatherer, Texla Energy Management, Inc., as Buyer, and Sklar Exploration Company L.L.C. and Tensas Delta Exploration Company, LLC, as Sellers

    a.   Counterparties:      West Arcadia Pipeline L.L.C.
                                            401 Edwards Street, Suite 1601
                                          Shreveport, Louisiana 71101

                                          Texla Energy Management, Inc.
                                          1100 Louisiana, Suite 4700
                                          Houston, TX 77002

75.     Second Amendment to Gas Gathering Agreement dated November 1, 2010, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

    a.   Counterparties:      West Arcadia Pipeline L.L.C.
                                            401 Edwards Street, Suite 1601
                                          Shreveport, Louisiana 71101

                                          Texla Energy Management, Inc.
                                          1100 Louisiana, Suite 4700
                                          Houston, TX 77002

76.     Third Amendment to Gas Gathering Agreement dated June 11, 2014, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

    a.   Counterparties:      West Arcadia Pipeline L.L.C.
                                     401 Edwards Street, Suite 1601
                                     Shreveport, Louisiana 71101

                                   Texla Energy Management, Inc.
                                   1100 Louisiana, Suite 4700
                                   Houston, TX 77002

77. Participation Agreement dated effective as of March 1, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Resource Ventures, LLC, et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

78. Participation Agreement dated effective as of June 30, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Petro-Chem Operating Co., Inc., et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

79. Participation Agreement dated effective as of June 30, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Tiembo, LTD., et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

80. JOA dated April 17, 1997, covering Sections 19-22, 25-29 and 36-41, T17N, R4E, and Sections 2-7, T16N, R4E, Warren County, Mississippi (Feld Heirs #1 and Feld Heirs #3), by and between Stroud & Luke Production Company, as Operator, and Robert A. Stroud LLC, et al., as Non-Operators

81. Participation and Exploration Agreement dated effective as of October 1, 2013 covering the West Tyler 3D Seismic Prospect, Smith County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1989) dated October 1, 2013 covering the Swan Prospect, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

82. Letter Agreement dated January 7, 2014 regarding amendments to West Tyler 3D Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators

83. Letter Agreement dated October 30, 2014 regarding amendments to West Tyler 3D Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators

84. Participation Agreement dated effective as of March 1, 2013 covering the South Woodlawn Prospect, Marion County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating

Agreement (AAPL Form 610-1989) dated March 1, 2013, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

85.  Letter Agreement dated May 23, 2013 regarding amendments to Participation Agreement and JOA (South Woodlawn Prospect), Marion County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators

86.  Farmout Agreement dated January 7, 2014, by and between Penn Virginia Oil & Gas, L.P., as Farmor, and Sklar Exploration Company L.L.C., as Farmee covering certain oil, gas and mineral leases located in Marion County, TX

    a.  Counterparties:      Penn Virginia Oil & Gas, L.P.
                                840 Gessner, Suite 800
                                Houston, Texas 77024

87.  Letter Agreement dated March 14, 2014, by and between Sklar Exploration Company L.L.C., as Farmee and Penn Virginia Oil & Gas, L.P., as Farmor, amended certain terms in the Farmout Agreement

    a.  Counterparties:      Penn Virginia Oil & Gas, L.P.
                                840 Gessner, Suite 800
                                Houston, Texas 77024

88.  JOA (AAPL 610-1982) dated October 20, 1999, covering the Steeles Creek Prospect, Limestone County, TX, by and between Sklar-Tex L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

89.  JOA (AAPL 610-1982) dated November 1, 2009, covering the Claude Hayes Unit, Willow Springs Field, Gregg County, TX, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

90.  Participation Agreement dated effective as of July 1, 2014 covering the Mule Creek and Bridge Creek Prospects, Niobrara County, Wyoming, by and between Sklar Exploration Company L.L.C., as Operator, and G&H Production Company, LLC, et al., as Participants, which includes as Exhibit "D-1" an Operating Agreement (AAPL Form 610-1989) dated July 1, 2014 covering the Mule Creek Prospect and as Exhibit "D-2" an Operating Agreement (AAPL Form 610-1989) covering the Bridge Creek Prospect

91.  First Amendment to Participation Agreement (Mule Creek & Bridge Creek Prospects) dated effective January 1, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and G&H Production Company, LLC, et al., as Participants

92.  Participation Agreement dated July 1, 2017 covering the South Harmony Prospect, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., as Participant, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1989) dated July 1, 2017, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

93.  Crude Oil Purchase Contract (PMLP Contract No. 3796-1005) dated September 20, 2011, but effective as of July 1, 2011, by and between Sklar Exploration Company L.L.C., as Seller, and Plains Marketing, L.P., as Buyer

    a.   Counterparties:     Plains Marketing, LP
                                     12700 Hillcrest Road, Suite 158
                                     Dallas, Texas 75230

94.    Crude Oil Exchange Contract (PMLP Contract No. 3796-1007) dated September 20, 2011, but effective as of July 1, 2011, by and between Sklar Exploration Company L.L.C., as Seller, and Plains Marketing, L.P., as Buyer

    a.   Counterparties:     Plains Marketing, LP
                                     12700 Hillcrest Road, Suite 158
                                     Dallas, Texas 75230

95.    Base Contract for Sale and Purchase of Natural Gas dated October 1, 2016, by and between GEP Haynesville, LLC, as Buyer, and Sklar Exploration Company L.L.C., as Seller.

    a.   Counterparties:     GEP Haynesville, LLC
                                       Attn: Larry Gregory
                                     1425 Lake Front Circle
                                     The Woodlands, TX 77380

96.    Interconnect Agreement dated October 5, 2016, by and between Gulf South Pipeline Company, LP and Sklar Exploration Company L.L.C. concerning the construction, operation and maintenance of certain interconnecting facilities in Bienville Parish, Louisiana.

    a.   Counterparties:     Gulf South Pipeline Company, LP
                                       Attn: Legal Dept
                                     9 Greenway Plaza, Suite 2800
                                     Houston, TX 77046

97.    Participation Agreement dated effective as of February 20, 2019 covering the North Pachuta Prospect, Clarke County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (AAPL Form 610-1989) dated February 20, 2019, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

98.    Participation Agreement dated effective as of July 1, 2019 covering the Bowdoin Dome Prospect, Phillips and Valley Counties, Montana, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "A" a Restated Farmout Agreement dated effective as of May 21, 2019, by and between Twin Bridges Resources, LLC and Charter Energy Partners, LLC, as Farmees, and Scout Energy Partners II, LP, as Farmor

99.    JOA (AAPL 610-1982) dated December 15, 2019, covering the E ½ of Section 35 and W ½ of Section 36 (Castleberry Prospect), Township 4 North, Range 10 East, Conecuh County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

100.    Unit Agreement dated November 1, 2018 concerning operation of the Southwest Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

101.    Unit Operating Agreement dated November 1, 2018 concerning operation of the Southwest Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

102.    Unit Agreement dated November 1, 2018 concerning operation of the Southeast Brooklyn Oil Unit II, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

103.    Unit Operating Agreement dated November 1, 2018 concerning operation of the Southeast Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

104.    Y-Grade Purchase Agreement dated January 21, 2020, by and between Concord Energy, LLC, as Purchaser, and Sklar Exploration Company L.L.C., as Seller, concerning the purchase and sale of certain Y-Grade products in Conecuh County, Alabama

    a.   Counterparties:    Concord Energy LLC
    Attn: Kyle McKinnell
    1401 17th Street, Suite 500
    Denver, CO 80202

105.    Condensate Purchase Agreement dated January 21, 2020, by and between Concord Energy, LLC, as Purchaser, and Sklar Exploration Company L.L.C., as Seller, concerning the purchase and sale of certain condensate products in Conecuh County, Alabama

    a.   Counterparties:    Concord Energy LLC
    Attn: Kyle McKinnell
    1401 17th Street, Suite 500
    Denver, CO 80202

106.    Asset Transfer Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the transfer of ownership of the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

    a.   Counterparties:    Plains Gas Solutions, LLC
    Attn: General Counsel
    333 Clay Street, Suite 1600
    Houston, TX 77002

107.    Assignment and Assumption Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the assignment of certain rights and obligations relating to the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

    a.   Counterparties:    Plains Gas Solutions, LLC
    Attn: General Counsel
    333 Clay Street, Suite 1600
    Houston, TX 77002

108.    Bill of Sale dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the transfer of ownership of the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

    a.    Counterparties:    Plains Gas Solutions, LLC
Attn: General Counsel
333 Clay Street, Suite 1600
Houston, TX 77002

109.    Termination Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the termination of certain Service Agreements for the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

    a.    Counterparties:    Plains Gas Solutions, LLC
Attn: General Counsel
333 Clay Street, Suite 1600
Houston, TX 77002

110.    Custody Transfer Certificate dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the transfer of custody of certain NGL and condensate products at the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

    a.    Counterparties:    Plains Gas Solutions, LLC
Attn: General Counsel
333 Clay Street, Suite 1600
Houston, TX 77002

111.    Termination Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning termination of a lease covering certain real property in Conecuh County, Alabama

    a.    Counterparties:    Plains Gas Solutions, LLC
Attn: General Counsel
333 Clay Street, Suite 1600
Houston, TX 77002

112.    Termination Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the termination of a Condensate Processing Agreement dated August 18, 2014

    a.    Counterparties:    Plains Gas Solutions, LLC
Attn: General Counsel
333 Clay Street, Suite 1600
Houston, TX 77002

113.    Amended and Restated Interruptible Gas Gathering and Processing Service Agreement North Beach Plant Conecuh County, Alabama between Plains Gas Solutions, LLC and Fletcher Petroleum Corp., dated July 1, 2014

    a.    Counterparties:    Fletcher Petroleum Corp.
Attn: Rick Fletcher, CEO

25 Spring Run Dr.
Fairhope, AL 36532

114.   Gas Contract Compression Agreement dated as of April 25, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 005)

     a.   Counterparties:     Kodiak Gas Services, LLC
                                        Attn: Legal Dept.
                                        15320 Hwy 105 W, Suite 210
                                        Montgomery, TX 77356

115.   Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 009)

     a.   Counterparties:     Kodiak Gas Services, LLC
                                          Attn: Legal Dept.
                                        15320 Hwy 105 W, Suite 210
                                        Montgomery, TX 77356

116.   Gas Contract Compression Agreement dated as of January 5, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0011)

     a.   Counterparties:     Kodiak Gas Services, LLC
                                          Attn: Legal Dept.
                                        15320 Hwy 105 W, Suite 210
                                        Montgomery, TX 77356

117.   Gas Contract Compression Agreement dated as of January 30, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0012)

     a.   Counterparties:     Kodiak Gas Services, LLC
                                          Attn: Legal Dept.
                                        15320 Hwy 105 W, Suite 210
                                        Montgomery, TX 77356

118.   Gas Contract Compression Agreement dated as of January 30, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0013)

     a.   Counterparties:     Kodiak Gas Services, LLC
                                          Attn: Legal Dept.
                                        15320 Hwy 105 W, Suite 210
                                        Montgomery, TX 77356

119.   Compression Operations Agreement, dated March 2, 2018, between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC and/or affiliates (Unit #5011)

     a.   Counterparties:     Kodiak Gas Services, LLC
                                          Attn: Legal Dept.
                                        15320 Hwy 105 W, Suite 210
                                        Montgomery, TX 77356

120. Gas Contract Compression Agreement dated as of January 5, 2012, between Kodiak Gas Services, LLC and CDM Max, LLC (Unit #11011)

    a.   Counterparties:    Kodiak Gas Services, LLC
                                       Attn: Legal Dept.
                                       15320 Hwy 105 W, Suite 210
                                       Montgomery, TX 77356

121. Gas Contract Compression Agreement dated as of January 30, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12012)

    a.   Counterparties:    Kodiak Gas Services, LLC
                                         Attn: Legal Dept.
                                       15320 Hwy 105 W, Suite 210
                                       Montgomery, TX 77356

122. Gas Contract Compression Agreement dated as of January 30, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12013)

    a.   Counterparties:    Kodiak Gas Services, LLC
                                         Attn: Legal Dept.
                                       15320 Hwy 105 W, Suite 210
                                       Montgomery, TX 77356

123. Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0006)

    a.   Counterparties:    Kodiak Gas Services, LLC
                                         Attn: Legal Dept.
                                       15320 Hwy 105 W, Suite 210
                                       Montgomery, TX 77356

124. Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0007)

    a.   Counterparties:    Kodiak Gas Services, LLC
                                         Attn: Legal Dept.
                                       15320 Hwy 105 W, Suite 210
                                       Montgomery, TX 77356

125. Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0008)

    a.   Counterparties:    Kodiak Gas Services, LLC
                                         Attn: Legal Dept.
                                       15320 Hwy 105 W, Suite 210
                                       Montgomery, TX 77356

126. Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12-0006)

      a.   Counterparties:      Kodiak Gas Services, LLC
                                     Attn: Legal Dept.
                                     15320 Hwy 105 W, Suite 210
                                   Montgomery, TX 77356

127.    Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12-0007)

      a.   Counterparties:      Kodiak Gas Services, LLC
                                     Attn: Legal Dept.
                                     15320 Hwy 105 W, Suite 210
                                     Montgomery, TX 77356

128.    Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12-0008)

      a.   Counterparties:      Kodiak Gas Services, LLC
                                     Attn: Legal Dept.
                                     15320 Hwy 105 W, Suite 210
                                     Montgomery, TX 77356

129.    Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12-0009)

      a.   Counterparties:      Kodiak Gas Services, LLC
                                     Attn: Legal Dept.
                                     15320 Hwy 105 W, Suite 210
                                     Montgomery, TX 77356

130.    Master Agreement dated April 17, 2012, by and between P2ES Holdings, LLC, and Sklar Exploration Company L.L.C, as amended by Tobin All-Access Order Form dated April 30, 2018.

      a.   Counterparties:      P2ES Holdings, LLC
                                     Attn: General Counsel
                                     1670 Broadway, Suite 2900
                                     Denver, CO 80202

131.    PetroDE Order Form dated July 20, 2018, by and between Vesmir, Inc. and Sklar Exploration Company L.L.C.

      a.   Counterparties:      Vesmir, Inc.
                                       2150 W 6th Ave., Suite H
                                     Broomfield, CO 80020

132.    IADC Drilling Bid Proposal and Daywork Drilling Contract dated September 19, 2019, by and between Sklar Exploration Company L.L.C, as Operator, and Stoneham Drilling Corporation, as Contractor.

      a.   Counterparties:      Stoneham Drilling Corporation
                                     707 17th Street, Suite 3250
                                     Denver, CO 80202

133. GPIS Software Subscription Agreement dated February 26, 2020, by and between Exigent Information Solutions, LLC and Sklar Exploration Company L.L.C.

    a. Counterparties:    Exigent Information Solutions, LLC
    8310 S. Valley Highway, Suite 300
    Englewood, CO 80112

134. Mineral & Royalty Acquisition Agreement dated June 24, 2019, by and between Sklar Exploration Company L.L.C. and Maevlo Company, LLC.

    a. Counterparties:    Maevlo Company, LLC
    Attn: Matthew Montgomery
    P.O. Box 287
    6140 S. Gun Club Rd K6
    Aurora, CO 80237

135. Gas Gathering Agreement dated September 16, 2016, by and between Sklar Exploration Company L.L.C., as Gatherer, Sklarco L.L.C., as Farmor, and McCombs Energy, LTD., as Farmee.

    a. Counterparties:    McCombs Energy LTD
    Attn: Gary Woods
    750 E. Mulberry Ave. Suite 403
    San Antonio, Texas 78212

136. Crude Oil Purchase Contract dated November 1, 2013, by and between Sklar Exploration Company L.L.C. and Goodway Refining LLC.

    a. Counterparties:    Goodway Refining, LLC
    Attn: Roger Chapman
    P.O. Box 649
    Brewton, AL 36427

137. Master Gas Purchase Contract dated September 20, 2018, by and between The Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C. and Pruet Production Co., as Sellers.

    a. Counterparties:    The Southeast Alabama Gas District
    Attn: J. Gregory Henderson
    715 Dr. MLK Jr. Expressway
    Andalusia, Alabama 36420

138. Amended and Restated JOA (AAPL 610-1982) dated December 15, 2019, covering the E/2 of Section 35 and W/2 of Section 36 (Myrtice Ellis Et Al 35-9 #1 well), Township 4 North, Range 10 East, Conecuh County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

139. JOA (AAPL 610-1989) dated July 15, 2019, covering the Bowdoin Dome Initial Block, Phillips County, Montana, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators