| Fill in this information to identify your case |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO |
| Debtor 1:  SKLAR EXPLORATION COMPANY, LLC    Case #:  20-12377-EEB |
|             First Name      Middle Name      Last Name |
| Debtor 2:                                    Chapter:  11 |
|             First Name      Middle Name      Last Name |

## Local Bankruptcy Form 1009-1.1
## Notice of Amendment of Petition, Lists, Schedules, Statements, and/or Addition of Creditors

**Please check applicable boxes, complete applicable sections identifying each amendment, and attach additional pages as necessary.**

### Part 1  Notice

You are hereby notified that the debtor has filed amended documents: **[petition/list(s)/schedule(s)/statement(s), and/or addition of creditor(s)]**.

### Part 2  Amendments

**2.1. Petition**

☒ Not applicable (no amendments to Petition)

☐ The following section(s) of the Petition are amended as follows:

| Section of Petition | Information before amendment | New information |
|---|---|---|
|  |  |  |
|  |  |  |

**2.2. List(s)**

☒ Not applicable (no amendments to List(s))

☐ The following List(s) are amended as follows:

| List | Information before amendment | New information |
|---|---|---|
|  |  |  |
|  |  |  |

Change in creditor's name or address on List(s):

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
|  |  |
|  |  |

**2.3. Schedule(s) of Debts**

☒ Not applicable (no amendments to Schedules of Debt(s))

☐ Schedule(s) of Debts are amended as follows:

Schedules A/B:

| Description of property | Interest in property | Current value of entire property | Current value of portion owned |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Schedule C:

| Amount of the exemption you claim | Current value of debtor's interest |
|---|---|
| | |
| | |

If you object to this amended claim of exemption, you must file and serve your objection within 30 days after the date this notice is served. Objections must be filed with the Court and a complete copy must be served on debtor's attorney or debtor, if unrepresented.

Schedule D:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Claim amount | Collateral | Collateral value | Any other changes |
|---|---|---|---|---|---|
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | | |
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | | |

Schedules E/F:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Total claim amount | Priority amount (if any) | Any other changes |
|---|---|---|---|---|
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | |
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | |
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | |
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | |
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | |

Schedule G:

| Contracting/Leasing party and address | What the contract of lease is for |
|---|---|
| Howard F. Sklar Trust<br>5395 Pearl Parkway, Suite 200<br>Boulder, CO 80302 | Agency Services Agreement |
|  |  |

Schedule H:

| Co-debtor/spouse, former spouse, or legal equivalent; name and address | Creditor to whom you owe the debt/community state or territory |
|---|---|
| Alan Sklar Grantor Trust<br>5395 Pearl Parkway, Suite 200<br>Boulder, CO 80301 | Agency Services Agreement |
| Jacob Sklar Grantor Trust<br>5395 Pearl Parkway, Suite 200<br>Boulder, CO 80301 | Agency Services Agreement |
| Miriam Sklar, LLC | Agency Services Agreement |
| Sklar Exploration Company, LLC<br>5395 Pearl Parkway, Suite 200<br>Boulder, CO 80301 | Agency Services Agreement |
| Succession of Miriam Mandel Sklar | Agency Services Agreement |

Schedules I/J:

| Amended/New information |
|---|
|  |
|  |

**2.4. Statement(s)**

☒ Not applicable (no amendments to Statement(s))

☐ The following Statement(s) are amended as follows:

| Statement | Information before amendment | New information |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**2.5. Addition of Creditor(s)**

☒ Not applicable (no additions)

☐ Creditors have been added as follows (and Schedules D, E, or F have been amended accordingly):

☐ Creditors have been amended as follows:

Change in creditor's name or address:

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
|  |  |

### Part 3 — Signature of Debtor's Attorney or Debtor (if unrepresented)

Dated: May 29, 2020

By: /s/Keri L. Riley
    Signature

Bar Number (if applicable): 47605
Mailing Address: 1660 Lincoln Street, Suite 1850
    Denver, CO 80264
Telephone number: (303) 832-2400
Facsimile number: (303) 832-1510
E-mail address: klf@kutnerlaw.com