UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I certify that on May 29, 2020, I served a complete copy of the **AMENDED SCHEDULE G; AMENDED SCHEDULE H; AND NOTICE OF AMENDMENT TO SCHEDULES** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Alan Sklar Trust
5395 Pearl Parkway
Suite 200
Boulder, CO 80301

Jacob Sklar Trust
5395 Pearl Parkway
Suite 200
Boulder, CO 80301

Sklarco, LLC
5395 Pearl Parkway
Suite 200
Boulder, CO 80301

/s/Vicky Martina
**Vicky Martina**
**Kutner Brinen PC**