**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**STONEHAM DRILLING CORPORATION'S NOTICE OF PERFECTION OF LIEN AGAINST MINERAL PROPERTY PURSUANT TO 11 U.S.C. § 546(b)(2)**

Stoneham Drilling Corporation ("Stoneham") hereby gives Notice of Perfection of Lien Against Mineral Property Pursuant to 11 U.S.C. § 546(b)(2) (the "Notice"), as follows:

1. Stoneham is an oilfield service company that provides contract drilling services.

2. Between November 4, 2019 and April 11, 2020, at the special insistence and request of Sklar Exploration Company, LLC ("Sklar"), Stoneham provided certain services to Sklar, Sklarco LLC (together with Sklar, the "Debtors"), and the other owners of the Property described herein.

3. The Debtors and the other owners of the Property described herein have failed and refused to pay Stoneham for the balance owing for goods and services provided.

4. On May 15, 2020, Stoneham filed a valid Mineral Lien Affidavit, under Instrument No. 356066, Bk 88-Doc Pg 162-196, with the County Clerk of Phillips County, Montana, such that Stoneham is a secured creditor to the entire extent of said lien (the "Lien"). A true and correct copy of the Lien is attached hereto as **Exhibit 1** and incorporated herein by reference.

1

5. Stoneham claims a lien in the amount of ONE MILLION, FOUR-HUNDRED NINETEEN THOUSAND, ONE HUNDRED AND NINETY-EIGHT AND 94/100 DOLLARS ($1,419,198.94), against the following property (the "Property"):

- Corwin #5-1 Well (API No. 25071233390000), Phillips County, Montana;

- All right, title and interest of the Owners (as defined in the Lien) in the Property pursuant to that certain Participation Agreement dated effective as of July 1, 2019 by and between the Owners described above;

- All right, title and interest of the Owners in the Property pursuant to that Restated Farmout Agreement, Bowdoin Dome Project, Phillips and Valley Counties, Montana, dated effective as of May 21, 2019, by and between Scout Energy Partners II, LP, as farmor, and Twin Bridges Resources, LLC, Charter Energy Partners, LLC and Liberty International, LLC, as farmees, as amended by that certain First Amendment to Restated Farmout Agreement dated effective as of May 21, 2019; and

- All right, title and interest of the Owners in the following leases and/or leaseholds:

| Lease Name | Lease Date | Township | Range | Section | Description | Book | Page | County | State |
|---|---|---|---|---|---|---|---|---|---|
| GT Johnson ET UX | 4/21/1944 | INSOFAR & ONLY INSOFAR AS: | | | | 4 | 382 | Phillips | MT |
| | | 33N | 32E | 35 | E/2NE, NESE | | | | |
| | | 32N | 33E | 5 | NWSW | | | | |
| | | 32N | 33E | 6 | LOTS 1(NENE-45.80), 2(NWNE-45.95), E/2SW, SWSE, E/2SE, S/2NE | | | | |
| | | 32N | 33E | 7 | NWNE | | | | |
| | | 32N | 33E | 8 | SWNE, E/2SE | | | | |
| USA MTGF-084395 | 7/1/1942 | INSOFAR & ONLY INSOFAR AS: | | | | | | Phillips | MT |
| | | 32N | 33E | 5 | SE/4, SWNE, LOTS 2(NWNE-45.19), 3(NENW-45.41), 4(NWNW-45.61) | | | | |
| USA-MTGF-056765 | 1/1/1940 | INSOFAR & ONLY INSOFAR AS: | | | | | | Phillips | MT |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 32N | 33E | 5 | E/2SW, S/2NW | | | | |
| | | 32N | 33E | 8 | N/2NE | | | | |
| RALPH J HYDE ET AL | 4/13/1945 | 32N | 33E | 5 | SWSW | 5 | 546 | Phillips | MT |
| | | 32N | 33E | 8 | N/2NW | | | | |
| O M CORWIN COMPANY | 9/4/1931 | INSOFAR & ONLY INSOFAR AS: | | | | 4 | 44 | Phillips | MT |
| | | 32N | 33E | 5 | LOT 1(NENE-44.99), SENE | | | | |

6. The Lien is properly perfected pursuant to Title 71 of the Montana Code and all other applicable law.

7. Stoneham hereby provides notice of its perfected Lien in accordance with 11 U.S.C. § 546(b) to the Debtors, their counsel, the Office of the United States Trustee, and other parties in interest.

8. Stoneham reserves all rights with respect to the scope of its perfected Lien and its interests in (i) the whole of the leaseholds on the Property as identified in the Lien, (ii) the appurtenances on the Property, (iii) all materials owned by the owners of the leaseholds and used in the digging, drilling, torpedoing, completing, operating, or repairing of the oil or gas wells or oil or gas pipelines on the Property, (iv) all oil or gas wells located on the leaseholds on the Property, (v) all oil or gas produced from the leaseholds on the Property, (vi) all other property or property interests identified in the Lien, and (vii) any other property or property interests subject to the Lien as provided in Title 71 of the Montana Code or other applicable law.

9. Stoneham further provides notice that it objects and does not consent to (i) any effort to prime its perfected Lien against the Property and all other property or property interests identified in the Lien, or (ii) the use of any cash collateral subject to the Lien.

10. Stoneham reserves the right to request relief from the automatic stay of 11 U.S.C. § 362, or any other appropriate relief, to enforce and defend its perfected Lien against the Property or any other property or property interests of the Debtors.

11. This Notice shall not be deemed an admission that any filing is necessary to perfect or maintain perfection of the Lien under the Bankruptcy Code, the Montana Code, or any other applicable law.

12. Stoneham reserves the right to supplement or amend this Notice, including the amounts owed and to itemize any further attorneys' fees, costs, interest, or other amounts recoverable under applicable law.

13. Stoneham reserves the right to request allowance and payment of administrative expense claims under 11 U.S.C. § 503.

14. Stoneham files this Notice without limitation or waiver of all rights, claims, and defenses against the Debtors, their bankruptcy estates, and any third parties.

Dated: May 29, 2020

By:    /s/ *James B. Bailey*
BRADLEY ARANT BOULT CUMMINGS LLP
James B. Bailey
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Email: jbailey@bradley.com

**Counsel for Stoneham Drilling Corporation**

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 29, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lee M. Kutner
1660 Lincoln St.
Ste. 1850
Denver, CO 80264
Email: lmk@kutnerlaw.com

Keri L. Riley
1660 Lincoln St., Ste.1850
Denver, CO 80202
303-832-2400
Email: klr@kutnerlaw.com

Paul Moss
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294
Email: Paul.Moss@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Sklar Exploration Company LLC
5395 Pearl Parkway, Suite 200
Boulder, CO 80301

Sklarco LLC
5395 Pearl Parkway, Suite 200
Boulder, CO 80301

                */s/ James B. Bailey*
                   OF COUNSEL