# EXHIBIT 1

356066

| | | |
|---|---|---|
| THE STATE OF MONTANA | § | 356066 Fee: $255.00  35 Pgs Bk 88-DOC Pg 162-196 |
| | § | **PHILLIPS COUNTY, MT** Recorded 5/15/2020 At 3:15 PM |
| COUNTY OF PHILLIPS | § | Lynnel LaBrie, Clk & Rcdr By |

Return to: PETER SCAFF
BRADLEY ARANT BOULT CUMMINGS LLP
600 TRAVIS STREET, SUITE 4800
HOUSTON TX  77002

## MINERAL LIEN AFFIDAVIT

BEFORE ME, the undersigned authority, on this day appeared Heather Stickel, Director of Credit and Collections of Stoneham Drilling Corporation, and stated on oath as follows:

1. My name is Heather Stickel. I am the Director of Credit and Collections for Stoneham Drilling Corporation ("Claimant"). I am over twenty-one years of age, am of sound mind and competent to make this affidavit. The matters contained in this affidavit are within my personal knowledge and are true and correct.

2. The mailing address of Claimant is as follows:

   **Stoneham Drilling Corporation**
   **1700, 215 - 9th Avenue SW**
   **Calgary, Alberta T2P 1K3**

3. The owners of the mineral Property described herein (the "Owners"), and upon whose right, title and interest this mineral lien is claimed, are believed to be the following:

| | |
|---|---|
| **Sklar Exploration Company L.L.C.**<br>**Pearl Parkway, Suite 200**<br>**Boulder, CO 80301** | **Fant Energy Limited**<br>**P.O. Box 55205**<br>**Houston, TX 77255** |
| **Sklarco L.L.C.**<br>**Pearl Parkway, Suite 200**<br>**Boulder, CO 80301** | **Genesis Resources, L.L.C.**<br>**4450 Old Canton Road, Suite 207**<br>**Jackson, MS 39211** |
| **Twin Bridges Resources L.L.C.**<br>**17th Street, Suite 900**<br>**Denver, CO 80202** | **JJS Working Interests L.L.C.**<br>**2001 Kirby Drive, Suite 1110**<br>**Houston, TX 77019** |
| **Charter Energy Partners L.L.C.**<br>**633 17th Street, Suite 2170**<br>**Denver, CO 80202** | **Jones Energy Company L.L.C.**<br>**2124 Fairfield Avenue**<br>**Shreveport, LA 77104** |
| **Scout Energy Partners II, LP**<br>**4901 LBJ Freeway, Suite 300**<br>**Dallas, TX 75244** | **Kudzu Oil Properties, L.L.C.**<br>**300 Concourse Boulevard, Suite 101**<br>**Ridgeland, MS 39157** |

88.763

LCJ Resources, L.L.C.
1250 N.E. Loop 410
San Antonio, TX 78209

HBRada L.L.C.
2010 Alpine Drive
Boulder, CO 80304

Lechwe, L.L.C.
P.O. Box 270415
Houston, TX 77277

Cold Spring Energy L.L.C.
6 Spring Street
Cold Spring Harbor, NY 11724

Black Banks, L.L.C.
1310 S. Pennsylvania Street
Denver, CO 80210

Kirkiez L.L.C.
3073 Red Deer Trail
Lafayette, CO 80026

Rosebud Energy Development, L.L.C.
375 Deer Meadow Lane
Littleton, CO 80124

3 Lloyds Exploration Company, L.L.C.
1847 Broken Bend Drive
Westlake, TX 76262

TST Energy L.L.C.
3238 Barksdale Boulevard
Bossier City, LA 71112

Trinity Exploration L.L.C.
776 Old Wagon Trail Circle
Lafayette, CO 80026

SDMF Holdings, L.L.C.
5222 Stonegate Road
Dallas, TX 75209

Source Oil and Gas, L.L.C.
1230 Oak View Court
Oak Point, TX 75068

4.     Claimant performed labor or furnished material or services used in the digging, drilling, torpedoing, completing, operating, or repairing an oil or gas well or oil or gas pipeline or furnished material or services or performed labor in constructing or putting together any of the machinery used in digging, drilling, torpedoing, operating, completing, or repairing an oil or gas well or oil or gas pipeline, including associated transportation and mileage charges, or some combination of the foregoing under a contract with:

> **Sklar Exploration Company L.L.C.**
> **5395 Pearl Parkway, Suite 200**
> **Boulder, CO 80301**

5.     The labor, services and materials that Claimant provided and invoiced began on or about **November 4, 2019** and continued through **April 11, 2020**.

6.     The labor, services and materials that Claimant provided, and to which Claimant asserts a lien, to the greatest extent allowed by law, involved the land set forth and described below, which is collectively referred to herein as the "Property":

o   Corwin #5-1 Well (API No. 25071233390000), Phillips County, Montana;

o   All right, title and interest of the Owners in the Property pursuant to that certain Participation Agreement dated effective as of July 1, 2019 by and between the Owners described above;

o   All right, title and interest of the Owners in the Property pursuant to that Restated Farmout Agreement, Bowdoin Dome Project, Phillips and Valley Counties, Montana, dated effective as of May 21, 2019, by and between Scout Energy Partners II, LP, as farmor, and Twin Bridges Resources, LLC, Charter Energy Partners, LLC and Liberty International, LLC, as farmees, as amended by that certain First Amendment to Restated Farmout Agreement dated effective as of May 21, 2019; and

o   All right, title and interest of the Owners in the following leases and/or leaseholds:

| Lease Name | Lease Date | Township | Range | Section | Description | Book | Page | County | State |
|---|---|---|---|---|---|---|---|---|---|
| GT Johnson ET UX | 4/21/1944 | INSOFAR & ONLY INSOFAR AS: | | | | 4 | 382 | Phillips | MT |
| | | 33N | 32E | 35 | E/2NE, NESE | | | | |
| | | 32N | 33E | 5 | NWSW | | | | |
| | | 32N | 33E | 6 | LOTS 1(NENE-45.80), 2(NWNE-45.95), E/2SW, SWSE, E/2SE, S/2NE | | | | |
| | | 32N | 33E | 7 | NWNE | | | | |
| | | 32N | 33E | 8 | SWNE, E/2SE | | | | |
| USA MTGF-084395 | 7/1/1942 | INSOFAR & ONLY INSOFAR AS: | | | | | | Phillips | MT |
| | | 32N | 33E | 5 | SE/4, SWNE, LOTS 2(NWNE-45.19), 3(NENW-45.41), 4(NWNW-45.61) | | | | |
| USA-MTGF-056765 | 1/1/1940 | INSOFAR & ONLY INSOFAR AS: | | | | | | Phillips | MT |
| | | 32N | 33E | 5 | E/2SW, S/2NW | | | | |
| | | 32N | 33E | 8 | N/2NE | | | | |
| RALPH J HYDE ET AL | 4/13/1945 | 32N | 33E | 5 | SWSW | 5 | 546 | Phillips | MT |

Page **3** of **5**

| | | 32N | 33E | 8 | N/2NW | | | | |
|---|---|---|---|---|---|---|---|---|---|
| O M CORWIN COMPANY | 9/4/1931 | INSOFAR & ONLY INSOFAR AS: | | | | 4 | 44 | Phillips | MT |
| | | 32N | 33E | 5 | LOT 1(NENE-44.99), SENE | | | | |

The Property against which a lien is claimed includes the whole of the leasehold; the appurtenances on the leasehold; all material owned by the Owners of the leasehold and used in the digging, drilling, torpedoing, completing, operating, or repairing of the oil or gas well; all oil and gas wells located on the leasehold; and all oil or gas produced from the leasehold, subject to the provisions of Montana Code Title 71, chapter 3, part 10, et. seq.

7.    The particular items or services provided and/or material, machinery and supplies furnished, the dates of performance and/or furnishing, and the amounts claimed by Claimant for the mineral activities provided are as follows and as further described in the invoices attached here to as **Exhibit A** and incorporated by referenced as if set forth fully herein:

| Invoice No. | Work Description | Date of Invoice | Invoice Amount (including tax) |
|---|---|---|---|
| 1604 | Demobilization, Daywork, Standby, Equipment, Per Diem, Lodging | Jan. 9, 2020 | $709,888.93 |
| 1631 | Rig Watch | Feb. 29, 2020 | $17,400.00 |
| 1640 | Third Party Charges | Mar. 11, 2020 | $1,993.75 |
| 1655 | Rig Watch | Mar. 31, 2020 | $18,575.00 |
| 1659 | Standby, Rig Cleaning, Rig Down, Termination Fee, Demobilization | Apr. 8, 2020 | $648,700.16 |
| 1660 | Rig Watch | Apr. 1, 2020 | $600.00 |
| 1661 | Repair of equipment | Apr. 6, 2020 | $4,020.50 |
| 1671 | Taxes | Mar. 31, 2020 | $12,020.60 |
| 1672 | Rig Watch | April 11, 2020 | $6,000 |
| **TOTAL** | | | **$1,419,198.94** |

8.    As of the date of this affidavit, the account is overdue, and unpaid in the aggregate amount of **$1,419,198.94**, plus contractual interest and attorney's fees, which continue to accrue, and Claimant seeks a lien on the Property in this amount. Further and without waiver, Claimant reserves the right to increase the amount of its asserted lien in the event that any previously received payments are challenged, avoided, or recovered under Title 11 of the United States Code or other applicable law.

9.    Claimant has provided a copy of this lien via certified mail, return receipt requested and regular mail, to the Owners referenced above.

88.166

10.  Claimant claims to the full extent of the applicable statutes of the State of Montana, a lien against the Property, all oil, gas, or water wells, oil or gas pipelines, oil or gas pipeline rights-of-way, buildings, and appurtenances located on the Property, all leasehold interests, all material, machinery, and supplies used for mineral activities on the Property and owned and/or operated by the Owners.

**Stoneham Drilling Corporation**

_____
Heather Stickel, Director of Credit and Collections

CANADA                              §
                                    §
PROVINCE OF ALBERTA                 §

SUBSCRIBED AND SWORN TO before me on this 12 day of May, 2020.

_____
Notary Public, the Province of Alberta
Thomas Brookes, a commissioner for oaths and
notary public in an for the Province of
Alberta

**After recording, return to:**
Peter Scaff
Bradley Arant Boult Cummings LLP
600 Travis Street, Suite 4800
Houston, Texas 77002



88.167

# Exhibit A

88.168



# Stoneham Drilling Corporation

## INVOICE

*A Western Co.*

**Date:**   January 09, 2020

**Number:**   INV0001604

**Bill to:**   SKLAR EXPLORATION COMPANY,LLC
5395 PEARL PARKWAY, SUITE 200
BOULDER, CO 80301

| | | |
|---|---|---|
| **Rig:** | 11 | Job 48 |
| **Location:** | Corwin #5 1 | |
| **AFE Number:** | | |
| **Move-In Hours:** | | |
| **Rig Spud Date:** | 18:00 | 11/15/2019 |
| **Rig Release Date:** | 06:00 | 12/29/2019 |
| **Move-Out/Tear-Out Hours:** | 24.00 | |

| Contract Item | Quantity | Rate | Description | Amount ($) |
|---|---|---|---|---|
| | | | Progress Billing: Nov 27, 2019 to Jan 7, 2020 | |
| 4.2 | 24.00 Hour(s) | 500.00 | Demobilization | 12,000.00 |
| 4.3 | 768.00 Hour(s) | 666.67 | Daywork | 512,002.56 |
| 32.24 | 198.00 Hour(s) | 666.67 | Waiting on Operator /Trucks | 132,000.66 |
| 32.11 | 42.00 Day(s) | 150.00 | Forklift | 6,300.00 |
| 32.12 | 792.00 Hour(s) | 26.67 | Boiler | 21,122.64 |
| 32.14 | 447.00 Man/Day(s) | 35.00 | Crew Per Diem | 15,645.00 |
| 32.15 | 42.00 Day(s) | 100.00 | Texas Camp | 4,200.00 |
| 32.7 | 1.00 Each | 8,780.38 | Crew Overage | 8,780.38 |
| 32.7 | -1.00 Each | 8,695.00 | Crew Shortage | -8,695.00 |
| 32.8 | 1.00 Day(s) | 6,532.69 | Fed Holiday (Thanksgiving, Christmas & New Year's) | 6,532.69 |

| | |
|---|---|
| **Subtotal** | 709,888.93 |
| | |
| **TOTAL (USD)** | 709,888.93 |

**Remittance Address:**
**Stoneham Drilling Corporation**
**707 - 17th Street, Suite 3250**
**Denver, CO 80202**
**Phone: (720) 354-3650   Fax: (720) 354-3679**
**AccountsReceivable@stonehamdrilling.com**
**Payment Terms: Net 30**

1/9 emailed f Marten Stoneham, USA
- to ship to Sklar, LA

33.769

| | |
|---|---|
| Rig # | 11 |
| Job # | 48 |
| Operator | Sklar Exploration Company LLC |
| Operator's Rep | Ken Smith |
| Well Name | CORWIN 45-1 |

| | |
|---|---|
| Spud | 11/15/2019 |
| Release | 12/29/2019 |
| TD | 7,132 |
| Rig Manager | Will Victorine |



| Date MM/DD/YYYY | Demobilization 4.2 | Daywork 4.3 | Rig Repair 4.4 | Waiting on Operator 32.24 | Forklift 32.11 | Boiler 32.12 | Crew Per Diem 32.14 | Texas Camp 32.15 | Crew Overage 32.7 | Crew Shortage 32.7 | Federal Holiday 32.8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/27/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 11/28/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 11/29/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 11/30/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/1/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/2/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/3/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/4/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/5/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/6/2019 | | 24.00 | | | 1.00 | 24.00 | 12.00 | 1.00 | | | |
| 12/7/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/8/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/9/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/10/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/11/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/12/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/13/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/14/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/15/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/16/2019 | | 24.00 | | | 1.00 | 24.00 | 14.00 | 1.00 | | | |
| 12/17/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/18/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/19/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/20/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/21/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/22/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/23/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/24/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/25/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/26/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/27/2019 | | 24.00 | | | 1.00 | 24.00 | 14.00 | 1.00 | | | |
| 12/28/2019 | | 24.00 | | | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/29/2019 | | | | 24.00 | 1.00 | 24.00 | 11.00 | 1.00 | | | |
| 12/30/2019 | | | | 24.00 | 1.00 | . | 11.00 | 1.00 | | | |
| 12/31/2019 | | | | 24.00 | 1.00 | . | 11.00 | 1.00 | | | |
| 1/1/2020 | | | | 24.00 | 1.00 | . | 11.00 | 1.00 | | | |
| 1/2/2020 | | | | 24.00 | 1.00 | . | 11.00 | 1.00 | | | |
| 1/3/2020 | | | | 24.00 | 1.00 | . | 9.00 | 1.00 | | | |
| 1/4/2020 | | | | 24.00 | 1.00 | . | 6.00 | 1.00 | | | |
| 1/5/2020 | | | | 24.00 | 1.00 | . | 6.00 | 1.00 | | | |
| 1/6/2020 | 24.00 | | | | 1.00 | . | 6.00 | 1.00 | | | |
| 1/7/2020 | | | | 6.00 | 1.00 | . | 6.00 | 1.00 | | | |
| **Total** | 24.00 | 768.00 | | 198.00 | 42.00 | 792.00 | 447.00 | 42.00 | | | |
| **Units** | Hour | Hour | Hour | Hour | Day | Hour | Man/Day | Day | Each | Each | Each |
| **Rate** | 500.00 | 666.67 | 666.67 | 666.67 | 150.00 | 26.67 | 35.00 | 100.00 | 8,780.38 | (8,695.00) | 6,552.69 |
| **Total** | 12,000.00 | 512,002.56 | | 132,000.66 | 6,300.00 | 21,122.64 | 15,645.00 | 4,200.00 | 8,780.38 | (8,695.00) | 6,552.69 |

**Total 709,888.93**

**Rig Repair:** Maximum of 4 hours for any one rig repair job, but not to exceed 24 hours of such compensation in any one calendar month.

| Date | Actual | Allowable | Credit |
|---|---|---|---|
| 12/12/2019 | (0.50) | (0.50) | - |
| 12/12/2019 | (3.50) | (3.50) | - |
| 12/13/2019 | (0.50) | (0.50) | - |
| 12/17/2019 | (0.50) | (0.50) | - |
| 12/18/2019 | (0.50) | (0.50) | - |
| Total rig repairs for month | (5.50) | (5.50) | - |

88.770



| | |
|---|---|
| Rig # | 11 |
| Job # | 48 |
| Operator | Sklar Exploration Company LLC |
| Operator's Rep | Ken Smith |
| Well Name | CORWIN #5-1 |

| | |
|---|---|
| Spud | 11/15/2019 |
| Release | 12/29/2019 |
| TD | 7,132 |
| Rig Manager | Will Victorine |

Spud 18:00
Release 6:00

## CREW OVERAGE

| Date MM/DD/YYYY | Rig Manager Per Diem | Driller Regular | Driller OT | Derrickhand Regular | Derrickhand OT | Motorhand Regular | Motorhand OT | Floorhand Regular | Floorhand OT | Leasehand Regular | Leasehand OT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/27/2019 | | 0.50 | 0.50 | 0.50 | 0.50 | | | | | | |
| 11/28/2019 | | | 1.00 | 0.50 | 0.50 | | | 1.00 | 1.00 | | |
| 11/29/2019 | | | 1.00 | 1.00 | 1.00 | | 1.00 | 0.50 | 1.00 | | |
| 11/30/2019 | | | 1.00 | 1.00 | 1.00 | | 1.00 | 0.50 | 1.50 | | |
| 12/1/2019 | | | | | | 1.00 | 1.00 | 2.00 | 1.50 | | |
| 12/2/2019 | | 1.00 | | 1.00 | | 1.00 | | 2.00 | | | |
| 12/3/2019 | | 1.00 | | 1.00 | | 1.00 | | 2.00 | | | |
| 12/4/2019 | | 1.00 | | 1.00 | | 1.00 | | 2.00 | | | |
| 12/5/2019 | | | 1.00 | | 1.00 | | 1.00 | 0.50 | 1.50 | | |
| 12/6/2019 | | | 1.50 | 0.50 | 1.00 | 0.50 | 1.00 | | 3.00 | | |
| 12/7/2019 | | | 1.00 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 1.50 | | |
| 12/8/2019 | | | 1.00 | 0.50 | 0.50 | | | 0.50 | 1.50 | | |
| 12/9/2019 | | 1.00 | | 1.00 | | 1.00 | | 2.00 | | | |
| 12/10/2019 | | 1.00 | | 1.00 | | 1.00 | | 2.00 | | | |
| 12/11/2019 | | 1.00 | | 1.00 | 1.00 | | 1.00 | | 2.00 | | |
| 12/12/2019 | | 1.00 | | 1.00 | 1.00 | | 1.00 | | 2.00 | | |
| 12/13/2019 | | 1.00 | | 1.00 | 1.00 | | 1.00 | | 2.00 | | |
| 12/14/2019 | | 1.00 | | 1.00 | 1.00 | | 1.00 | | 2.00 | | |
| 12/15/2019 | | 1.50 | | 1.50 | | 1.50 | | 3.00 | | | |
| 12/16/2019 | | 1.00 | | 1.00 | | 1.00 | | 2.00 | | | |
| 12/17/2019 | | 1.00 | | 1.00 | | 0.50 | | 2.00 | | | |
| 12/18/2019 | | | 1.00 | | 1.00 | 0.50 | 0.50 | 0.50 | 1.50 | | |
| 12/19/2019 | | | 1.00 | | 1.00 | | 1.00 | | 2.00 | | |
| 12/20/2019 | | | 1.00 | | 1.00 | | 1.00 | | 2.00 | | |
| 12/21/2019 | | | 1.00 | | 1.00 | | 1.00 | | 2.00 | | |
| 12/22/2019 | | | 1.00 | | | | | | | | |
| 12/23/2019 | | | 1.00 | | | | | 2.00 | | | |
| 12/24/2019 | | | 1.00 | | | | | 2.00 | | | |
| 12/25/2019 | | 0.50 | 1.00 | 1.00 | 1.00 | | 0.50 | 2.00 | 2.50 | | |
| 12/26/2019 | | 0.50 | 0.50 | 0.50 | 0.50 | 1.00 | 0.50 | 0.50 | 1.50 | | |
| 12/27/2019 | | 0.50 | 1.00 | 0.50 | 0.50 | 1.00 | 1.00 | 0.50 | 1.50 | | |
| 12/28/2019 | | | | | 1.00 | | 1.00 | | 2.00 | | |
| 12/29/2019 | | 1.00 | | 1.00 | | 1.00 | | 2.00 | | | |
| 12/30/2019 | | 1.00 | | 1.00 | | 1.00 | | 2.00 | | | |
| 12/31/2019 | | 1.00 | | 0.50 | 0.50 | 1.00 | | 2.00 | | | |
| 1/1/2020 | | | 1.00 | 0.50 | 0.50 | | 1.00 | | 2.00 | | |
| 1/2/2020 | | | 1.00 | 0.50 | 0.50 | | 1.00 | | 1.50 | | |
| 1/3/2020 | | | 1.00 | | 1.00 | | 1.00 | | 1.50 | | |
| 1/4/2020 | | 0.50 | 0.50 | | | 0.50 | 0.50 | | 1.00 | | |
| 1/5/2020 | | | | 0.50 | | 0.50 | | 1.00 | | | |
| 1/6/2020 | | 0.50 | | 0.50 | | 0.50 | | 1.00 | | | |
| 1/7/2020 | | 0.50 | | 0.50 | | 0.50 | | 1.00 | | | |
| **Total** | 1 | 19.00 | 22.50 | 22.50 | 19.00 | 19.50 | 22.00 | 40.50 | 41.00 | 27.00 | 40.88 |
| **Units:** | day | hour | hour | hour | hour | hour | hour | hour | hour | hour | hour |
| **Rate:** | 1,045.00 | 42.50 | 63.75 | 36.25 | 54.38 | 32.50 | 48.75 | 29.25 | 43.88 | 27.25 | |
| **Total:** | 1,045.00 | 807.50 | 1,434.38 | 815.63 | 1,033.13 | 633.75 | 1,072.50 | 1,184.63 | 1,798.88 | | |

| Total |
|---|
| 8,760.38 |

88.171

| Rig # | 11 |
|---|---|
| Job # | 48 |
| Operator | Sklar Exploration Company LLC |
| Operator's Rep | Ken Smith |
| Well Name | CORWIN #5-1 |

| Spud | 11/15/2019 |
|---|---|
| Release | 12/29/2019 |
| TD | 7,132 |
| Rig Manager | Will Victorine |

## CREW SHORTAGE

| Date MM/DD/YYYY | Driller Regular | Driller OT | Derrickhand Regular | Derrickhand OT | Motorhand Regular | Motorhand OT | Floorhand Regular | Floorhand OT | Leasehand Regular | Leasehand OT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/2/2020 | (8.00) | | (8.00) | | (8.00) | | (16.00) | | | |
| 1/3/2020 | (12.00) | | (8.00) | | (12.00) | | (32.00) | | | |
| 1/4/2020 | (12.00) | | (12.00) | | (12.00) | | (24.00) | | | |
| 1/5/2020 | (12.00) | | (12.00) | | (12.00) | | (24.00) | | | |
| 1/6/2020 | (12.00) | | (12.00) | | (12.00) | | (24.00) | | | |
| **Total:** | (44.00) | - | (52.00) | - | (44.00) | - | (120.00) | - | - | - |
| Units: | hour | hour | hour | hour | hour | hour | hour | hour | hour | hour |
| Rate: | 42.50 | 63.75 | 36.25 | 54.38 | 32.50 | 48.75 | 29.25 | 43.88 | 27.25 | 40.88 |
| **Total:** | (1,870.00) | - | (1,885.00) | - | (1,430.00) | - | (3,510.00) | - | - | - |

| Total | (8,695.00) |
|---|---|





| Rig # | 11 |
| --- | --- |
| Job # | 48 |
| Operator | Sklar Exploration Company LLC |
| Operator's Rep | Ken Smith |
| Well Name | CORWIN #5-1 |

| Spud | 11/15/2019 | 18:00 |
| --- | --- | --- |
| Release | 12/29/2019 | 6:00 |
| TD | 7,132 | |
| Rig Manager | Will Victorine | |

**Federal Holiday**

*Thanksgiving Day*                    28-Nov-2019

| Position | Number of Employees | Incremental Rate per person | Total Incremental Holiday Pay |
| --- | --- | --- | --- |
| Rig Manager | 1 | 522.50 | 522.50 |
| Night Supervisor | 0 | | - |
| Driller | 2 | 201.88 | 403.75 |
| Derrickhand | 2 | 172.19 | 344.38 |
| Motorhand | 2 | 154.38 | 308.75 |
| Floorhand | 4 | 138.94 | 555.75 |
| Leasehand | 0 | | - |
| | | $ | 2,135.13 |



| | |
|---|---|
| Rig # | 11 |
| Job # | 48 |
| Operator | Sklar Exploration Company LLC |
| Operator's Rep | Ken Smith |
| Well Name | CORWIN #5-1 |

| | | |
|---|---|---|
| Spud | 11/15/2019 | 18:00 |
| Release | 12/29/2019 | 6:00 |
| TD | 7,132 | |
| Rig Manager | Will Victorine | |

## Federal Holiday

### Christmas Day                          25-Dec-2019

| Position | Number of Employees | Incremental Rate per person | Total Incremental Holiday Pay |
|---|---|---|---|
| Rig Manager | 1 | 522.50 | 522.50 |
| Night Supervisor | 0 | | - |
| Driller | 2 | 217.81 | 435.63 |
| Derrickhand | 2 | 185.78 | 371.56 |
| Motorhand | 2 | 166.56 | 333.13 |
| Floorhand | 4 | 149.91 | 599.63 |
| Leasehand | 0 | | - |
| | | $ | 2,262.44 |



| | | |
|---|---|---|
| Rig # | 11 | |
| Job # | 48 | |
| Operator | Sklar Exploration Company LLC | |
| Operator's Rep | Ken Smith | |
| Well Name | CORWIN #5-1 | |

| | | |
|---|---|---|
| Spud | 11/15/2019 | 18:00 |
| Release | 12/29/2019 | 6:00 |
| TD | 7,132 | |
| Rig Manager | Will Victorine | |

**Federal Holiday**

*New Year's Day*                                      1-Jan-2020

| Position | Number of Employees | Incremental Rate per person | Total Incremental Holiday Pay |
|---|---|---|---|
| Rig Manager | 1 | 522.50 | 522.50 |
| Night Supervisor | 0 | | - |
| Driller | 2 | 201.88 | 403.75 |
| Derrickhand | 2 | 172.19 | 344.38 |
| Motorhand | 2 | 154.38 | 308.75 |
| Floorhand | 4 | 138.94 | 555.75 |
| Leasehand | 0 | | - |
| | | $ | 2,135.13 |

88.175



# Stoneham Drilling Corporation

## INVOICE

**Date:** February 29, 2020

**Number:** INV0001631

**Bill to:** SKLAR EXPLORATION COMPANY,LLC
5395 PEARL PARKWAY, SUITE 200
BOULDER, CO 80301

**Rig:** 11    Job 48

**Location:** Corwin #5-1

**AFE Number:**

**Move-In Hours:**

**Rig Spud Date:**

**Rig Release Date:**

**Move-Out/Tear-Out Hours:**

| Contract Item | Quantity | Rate | Description | Amount ($) |
|---|---|---|---|---|
| | | | Progress Billing: February 1 - 29, 2020 | |
| | | | - 02/01 - 02/29 = 29 days x 24h = 696 hours | |
| | | | - $600 per day / 24h = $25/h | |
| 32.35 | 696.00 Each | 25.00 | Rig Watch | 17,400.00 |

| | | |
|---|---|---|
| **Subtotal** | | 17,400.00 |
| | | |
| | | |
| **TOTAL (USD)** | | 17,400.00 |

**Remittance Address:**
**Stoneham Drilling Corporation**
**707 - 17th Street, Suite 3250**
**Denver, CO 80202**
**Phone: (720) 354-3650  Fax: (720) 354-3679**
**AccountsReceivable@stonehamdrilling.com**
**Payment Terms: Net 30**



January 8ᵗʰ, 2020

Sklar Exploration Company, LLC
5395 Pearl Parkway, Suite 200
Boulder, CO 80301

**Attention: Mr. Steven Hatcher**

Subject:    **Drilling Agreement Amendment for Contract Agreement Dated November 1, 2019 (the "Contract")
between Sklar Exploration Company, LLC ("Operator") and Stoneham Drilling Corporation
("Contractor") for Stoneham Rig 11**

Pursuant to the conversation and mutual agreement by Ian Killough of Stoneham Drilling Corporation and Steven Hatcher
of Sklar Exploration Company, LLC, Contractor and Operator hereby agree to modify the Contract under the following
Terms and Conditions:

### Special Provisions Section 32:

- Section 32 will be amended to include the following:
  - 32.35 After completion of operations on the initial well, Contractor will provide living
    quarters for one person to serve as a watchman for the rig prior to spudding the second well
    for Operator. Operator agrees to pay a watchman rate of $600 per day to Contractor, and to
    continue to provide potable water, power generation, etc. as specified in 32.15. This rate will
    cease to be billed once mobilization begins to the second well or any other rate applies.

Except as expressly provided above, all terms and conditions set forth in the original contract remaining
unchanged and in effect.

**If the above is in order and you are agreeable to the terms outlined please sign and return one copy of this letter
agreement for our files.**

Best Regards,

Jack Pepper
VP, Operations and Business Development
Stoneham Drilling Corporation

Steven Hatcher
Vice President, Land & Legal
Sklar Exploration Company, LLC

Stoneham Drilling Corporation - Corporate
707 – 17ᵗʰ Street, Suite 3250
Denver, CO 80202
Tel (720) 354-3650

Stoneham Drilling Corporation – Operations
14067 Jackson Street
Williston, ND 58801
Tel (701) 774-8011



| Rig # | 11 |
|---|---|
| Job # | 48 |
| Operator | Sklar Exploration Company LLC |
| Operator's Rep | Ken Smith |
| Well Name | CORWIN #5-1 |

| Date | Rig Watcher | | |
|---|---|---|---|
| MM/DD/YYYY | 32.35 | | |
| 2/1/2020 | 24.00 | | |
| 2/2/2020 | 24.00 | | |
| 2/3/2020 | 24.00 | | |
| 2/4/2020 | 24.00 | | |
| 2/5/2020 | 24.00 | | |
| 2/6/2020 | 24.00 | | |
| 2/7/2020 | 24.00 | | |
| 2/8/2020 | 24.00 | | |
| 2/9/2020 | 24.00 | | |
| 2/10/2020 | 24.00 | | |
| 2/11/2020 | 24.00 | | |
| 2/12/2020 | 24.00 | | |
| 2/13/2020 | 24.00 | | |
| 2/14/2020 | 24.00 | | |
| 2/15/2020 | 24.00 | | |
| 2/16/2020 | 24.00 | | |
| 2/17/2020 | 24.00 | | |
| 2/18/2020 | 24.00 | | |
| 2/19/2020 | 24.00 | | |
| 2/20/2020 | 24.00 | | |
| 2/21/2020 | 24.00 | | |
| 2/22/2020 | 24.00 | | |
| 2/23/2020 | 24.00 | | |
| 2/24/2020 | 24.00 | | |
| 2/25/2020 | 24.00 | | |
| 2/26/2020 | 24.00 | | |
| 2/27/2020 | 24.00 | | |
| 2/28/2020 | 24.00 | | |
| 2/29/2020 | 24.00 | | |
| Total | 696.00 | | |
| Units | Hour | | |
| Rate | 25.00 | **Total** | |
| Total | 17,400.00 | **17,400.00** | |



# Stoneham Drilling Corporation

## INVOICE

**A Western Co.**

| | |
|---|---|
| **Date:** | March 11, 2020 |
| **Number:** | **INV0001640** |
| **Bill to:** | SKLAR EXPLORATION COMPANY,LLC<br>5395 PEARL PARKWAY, SUITE 200<br>BOULDER, CO 80301 |

| | | |
|---|---|---|
| **Rig:** | 11 | Job 48 |
| **Location:** | Corwin #5-1 | |
| **AFE Number:** | | |
| **Move-In Hours:** | | |
| **Rig Spud Date:** | | |
| **Rig Release Date:** | | |
| **Move-Out/Tear-Out Hours:** | | |

| Contract Item | Quantity | Rate | Description | Amount ($) |
|---|---|---|---|---|
| | 14.50 Each | 125.00 | WOLVERINE TRUCKING, INC., #20-256 | 1,812.50 |
| | 0.10 Each | 1,812.50 | - 10% handling fee | 181.25 |
| | | | - hauling of DCs, DP & subs for repairs | |

| | |
|---|---|
| **Subtotal** | 1,993.75 |
| | |
| | |
| **TOTAL (USD)** | 1,993.75 |

**Remittance Address:**
**Stoneham Drilling Corporation**
**707 - 17th Street, Suite 3250**
**Denver, CO 80202**
**Phone: (720) 354-3650  Fax: (720) 354-3679**
**AccountsReceivable@stonehamdrilling.com**
**Payment Terms: Net 30**

88.179

Wolverine Trucking, Inc.

# Invoice

1623 15th Ave. W.
Dickinson, ND 58601

kwiktag®    267 463 777

| Date | Invoice # |
|------|-----------|
| 2/26/2020 | 20-256 |

**Bill To**

Stoneham Drilling Corporation
1700, 215-9th Avenue SW
Calgary, AB, Canada T2P 1K3



RECEIVED
FEB 2 8 2020
IN ACCOUNTING

| P.O. No. | Terms | Project |
|----------|-------|---------|
| SDC2609 | Net 30 | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 14.5 | (1/30/20) - BOL #29786 - Semi - traveled from Wolverine Yard to Glasgow, MT to stay the night in a motel, departed for Rig 11 Corwin 5-1 near Saco, MT and loaded (2) heaters delivered to Stoneham Yard and (6) 6-1/2" drill collars, (9) joints 5" drill pipe, (1) bit sub and (1) crossover sub delivered to CP Machine in Williston. (Travel was difficult with the fog and freezing rain-see attached BOL for more detail.) | 125.00 | 1,812.50 |

Thank you for your business.

| | **Total** | $1,812.50 |

88.180

# WOLVERINE TRUCKING, INC.

**29786**

BILL OF LADING ORIGINAL - NOT NEGOTIABLE

Date ___1 3c .20___

Dispatch Ticket # ___

**US DOT # 2120166**

Wolverine Trucking, Inc.
(Name of Carrier)

**MC # 738960**

RECEIVED, subject to the classifications and tariffs in effect on the date of this issue of this Bill of Lading.

Billed To **Stoneham**
(Company)        Job Ordered By ___

Picked Up **Rig 11       Corwin # 5-1**
(location)

Pick Up Address **Saco**          **MT**
(City)        (State)    (County)

Deliver To **CP Machine**
(Location/Lease #)

Delivery Address **Williston**      **ND**    **Williams**
(City)        (State)    (County)

Driver Name **Eric Haanpaa**

Received by Stoneham

Date: *2-6-20*

Sign: ___

Print Name: *Dwnd Uass*

Truck # **8**   Trailer # **W-20**   Miles ___

| SPECIFIC JOB DESCRIPTION | HOURS | RATE | TOTAL |
|---|---|---|---|
| Departed Wolverine Yd 5 am 1-31-20. Foy Trail Freezing can windshield Stopped in Rheijander Truck Stop Till Foy lifted. Departed at 9 am | 14 | 125 / hr | 2375 00 |
| Refueled in Glasgow MT - got model Rain. Did not charge for Time At Truck Stop. Got up 4 Low Express-ills 31 - Freezing rain | 14.5 | | 1812.50 |
| Biped ice All the way to Saco MT. Arrived at site - Loaded Trl with heaters, pipe, Colling etc. Had to take Alt Route to pace In Icy Bridge. Tail Pusher toal us in his PU Truck to chell out Route, didn't want me stuck on Icy Icy straddle out there Tail. About 1/2 extra hr to drive, He was thinking safety, which is good! | | | |
| Lagadout | | | |
| 1 Steam Heater ) Delivered to Stoneham Yd | | | |
| 1 Elec. Heater ) | | | |
| 6 - 6/4 Drill Collars      1- Bit Sub | | | |
| 9 - Joints 5" Drill Pipe   1- Crossover Sub | | SUB TOTAL | |
| Delivered to CP machine | AFE # | | |
| | PO # | TOTAL | 2375 00 |
| | JOB # | | 1812.50 |

RECEIVED BY ___
SIGNATURE

PRINTED NAME **JOHN G. WITTITOE**
PLEASE PRINT                CONTACT PHONE NUMBER

NOTICE: IF LEGAL ACTION IS REQUIRED TO EFFECT PAYMENT ON THIS INVOICE, CUSTOMER AGREES TO PAY ALL COURT COSTS AND REASONABLE ATTORNEY FEES.
TERMS: NET 30 DAYS. A SERVICE CHARGE OF 1.5% PER MONTH WILL BE CHARGED ON ALL PAST DUE ACCOUNTS WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

1911 125th Ave NW • Watford City, ND 58854 • Main 906-201-2288
Email: wolverinetruckinginc@gmail.com

Quality Quick Print, Dickinson, ND

88·181



**Bill To:**
Stoneham Drilling Corporation
#1700, 215 - 9th Avenue SW
Calgary, AB T2P 1K3
Ph.:  855-273-6445
Fax:  403-984-5917

**Stoneham Drilling Corporation**
# PURCHASE
# ORDER

RCTcc38214

**Supplier:**

**WOLVERINE TRUCKING INC**
1623 15TH AVE W
DICKINSON, ND 58601

## SDC0002609

QUOTE ABOVE NUMBER ON ALL INVOICES

Ph. 906-201-2288      Fax: --
Contact:

P.O. Date:   06-Feb-2020

| AFE #: | | | |
|---|---|---|---|
| Rebill: | yes | Requested By: | Ryan Hass |
| To: | Sklar Exploration | Buyer: | Ryan Hass |
| | | Shipping Method: | DELIVERY |

**SHIP TO:**
#1700, 215 - 9th Avenue SW
Calgary, AB T2P 1K3
Ph. 855-273-6445
Fax: 403-984-5917

Comments:

| L/N | Quantity | Description / Reference Number | Rig # | Rate | Amount |
|---|---|---|---|---|---|
| 1 | 14.50 | THIRDPARTY<br>Haul drill pipe to Williston for Repairs | 11 | 125.00 EACH | 1,812.50 |

Jol S Vttetow
2/6/2020

kwiktag ®      198 187 832

Authorized Signature

February 06, 2020   9:15:51 am          Page 1 of 1

| Subtotal | | $1,812.50 |
|---|---|---|
| Tax | | $0.00 |
| Order Total | USD | $1,812.50 |

88.182



# Stoneham Drilling Corporation

## INVOICE

**Date:** March 31, 2020

**Number:** INV0001655

**Bill to:** SKLAR EXPLORATION COMPANY,LLC
5395 PEARL PARKWAY, SUITE 200
BOULDER, CO 80301

**Rig:** 11    Job 48

**Location:** Corwin #5-1

**AFE Number:**

**Move-In Hours:**

**Rig Spud Date:**

**Rig Release Date:**

**Move-Out/Tear-Out Hours:**

| Contract Item | Quantity | Rate | Description | Amount ($) |
|---|---|---|---|---|
| | | | Progress Billing: March 1 - 31, 2020 | |
| | | | - 03/01 - 03/31 = 31 days x 24h = 744 hours | |
| | | | - 03/08: DST ' spring ahead 1 hour' | |
| | | | - $600 per day / 24h = $25/h | |
| 32.35 | 743.00  Each | 25.00 | Rig Watch | 18,575.00 |

| | |
|---|---|
| **Subtotal** | 18,575.00 |
| | |
| | |
| **TOTAL (USD)** | 18,575.00 |

**Remittance Address:**
**Stoneham Drilling Corporation**
**707 - 17th Street, Suite 3250**
**Denver, CO 80202**
**Phone: (720) 354-3650  Fax: (720) 354-3679**
**AccountsReceivable@stonehamdrilling.com**
**Payment Terms: Net 30**



January 8th, 2020

Sklar Exploration Company, LLC
5395 Pearl Parkway, Suite 200
Boulder, CO 80301

**Attention: Mr. Steven Hatcher**

**Subject:**   **Drilling Agreement Amendment for Contract Agreement Dated November 1, 2019 (the "Contract")
between Sklar Exploration Company, LLC ("Operator") and Stoneham Drilling Corporation
("Contractor") for Stoneham Rig 11**

Pursuant to the conversation and mutual agreement by Ian Killough of Stoneham Drilling Corporation and Steven Hatcher
of Sklar Exploration Company, LLC, Contractor and Operator hereby agree to modify the Contract under the following
Terms and Conditions:

> **Special Provisions Section 32:**

> - Section 32 will be amended to include the following:
>   - 32.35 After completion of operations on the initial well, Contractor will provide living
>     quarters for one person to serve as a watchman for the rig prior to spudding the second well
>     for Operator. Operator agrees to pay a watchman rate of $600 per day to Contractor, and to
>     continue to provide potable water, power generation, etc. as specified in 32.15. This rate will
>     cease to be billed once mobilization begins to the second well or any other rate applies.

Except as expressly provided above, all terms and conditions set forth in the original contract remaining
unchanged and in effect.

**If the above is in order and you are agreeable to the terms outlined please sign and return one copy of this letter
agreement for our files.**

Best Regards,

Jack Pepper
VP, Operations and Business Development
Stoneham Drilling Corporation

Steven Hatcher
Vice President, Land & Legal
Sklar Exploration Company, LLC

Stoneham Drilling Corporation - Corporate
707 – 17th Street, Suite 3250
Denver, CO 80202
Tel (720) 354-3650

Stoneham Drilling Corporation – Operations
14067 Jackson Street
Williston, ND 58801
Tel (701) 774-8011



| Rig # | 11 |
|---|---|
| Job # | 48 |
| Operator | Sklar Exploration Company LLC |
| Operator's Rep | Ken Smith |
| Well Name | CORWIN #5-1 |

| Date | Rig Watcher | |
|---|---|---|
| MM/DD/YYYY | 32.35 | |
| 3/1/2020 | 24.00 | |
| 3/2/2020 | 24.00 | |
| 3/3/2020 | 24.00 | |
| 3/4/2020 | 24.00 | |
| 3/5/2020 | 24.00 | |
| 3/6/2020 | 24.00 | |
| 3/7/2020 | 24.00 | |
| 3/8/2020 | 23.00 | |
| 3/9/2020 | 24.00 | |
| 3/10/2020 | 24.00 | |
| 3/11/2020 | 24.00 | |
| 3/12/2020 | 24.00 | |
| 3/13/2020 | 24.00 | |
| 3/14/2020 | 24.00 | |
| 3/15/2020 | 24.00 | |
| 3/16/2020 | 24.00 | |
| 3/17/2020 | 24.00 | |
| 3/18/2020 | 24.00 | |
| 3/19/2020 | 24.00 | |
| 3/20/2020 | 24.00 | |
| 3/21/2020 | 24.00 | |
| 3/22/2020 | 24.00 | |
| 3/23/2020 | 24.00 | |
| 3/24/2020 | 24.00 | |
| 3/25/2020 | 24.00 | |
| 3/26/2020 | 24.00 | |
| 3/27/2020 | 24.00 | |
| 3/28/2020 | 24.00 | |
| 3/29/2020 | 24.00 | |
| 3/30/2020 | 24.00 | |
| 3/31/2020 | 24.00 | |
| | | |
| Total | 743.00 | |
| Units | Hour | |
| Rate | 25.00 | **Total** |
| Total | 18,575.00 | **18,575.00** |