88.185



# Stoneham Drilling Corporation

## INVOICE

| | |
|---|---|
| Date: | April 08, 2020 |
| Number: | INV0001659 |
| Bill to: | SKLAR EXPLORATION COMPANY,LLC<br>5395 PEARL PARKWAY, SUITE 200<br>BOULDER, CO 80301 |

| | |
|---|---|
| Rig: | 11   Job 48 |
| Location: | Corwin #5-1 |
| AFE Number: | |
| Move-In Hours: | |
| Rig Spud Date: | |
| Rig Release Date: | |
| Move-Out/Tear-Out Hours: | |

| Contract Item | Quantity | | Rate | Description | Amount ($) |
|---|---|---|---|---|---|
| | | | | Progress Billing: April 8, 2020 | |
| 4.2 | 48.00 | Hour(s) | 566.67 | Standby Steam-Cleaning | 27,200.16 |
| 4.5 | 168.00 | Manhour(s) | 500.00 | Rig Down & Move | 84,000.00 |
| 6.4 | 1.00 | Each | 250,000.00 | Termination Fee | 250,000.00 |
| 4.2 | 1.00 | Each | 250,000.00 | Mobilization Trucking | 250,000.00 |
| 6.4 | 0.15 | Each | 250,000.00 | 15% Markup | 37,500.00 |
| | | | | **Subtotal** | 648,700.16 |
| | | | | | |
| | | | | **TOTAL (USD)** | 648,700.16 |

**Remittance Address:**
Stoneham Drilling Corporation
707 - 17th Street, Suite 3250
Denver, CO 80202
Phone: (720) 354-3650  Fax: (720) 354-3679
AccountsReceivable@stonehamdrilling.com
Payment Terms: Net 30



# Stoneham Drilling Corporation

## INVOICE

| | | |
|---|---|---|
| Date: | April 01, 2020 | |
| Number: | INV0001660 | |
| Bill to: | SKLAR EXPLORATION COMPANY, LLC<br>5395 PEARL PARKWAY, SUITE 200<br>BOULDER, CO 80301 | |

| | | |
|---|---|---|
| Rig: | 11 | Job 48 |
| Location: | Corwin #5-1 | |
| AFE Number: | | |
| Move-In Hours: | | |
| Rig Spud Date: | | |
| Rig Release Date: | | |
| Move-Out/Tear-Out Hours: | | |

| Contract Item | Quantity | Rate | Description | Amount ($) |
|---|---|---|---|---|
| | | | Progress Billing: April 1, 2020 | |
| 32.35 | 24.00 Each | 25.00 | Rig Watch | 600.00 |
| | | | Subtotal | 600.00 |
| | | | | |
| | | | TOTAL (USD) | 600.00 |

**Remittance Address:**
Stoneham Drilling Corporation
707 - 17th Street, Suite 3250
Denver, CO 80202
Phone: (720) 354-3650  Fax: (720) 354-3679
AccountsReceivable@stonehamdrilling.com
**Payment Terms: Net 30**



| Rig # | 11 |
|---|---|
| Job # | 48 |
| Operator | Sklar Exploration Company LLC |
| Operator's Rep | Ken Smith |
| Well Name | CORWIN #5-1 |

| Date | Rig Watcher | |
|---|---|---|
| MM/DD/YYYY | 32.35 | |
| 4/1/2020 | 24.00 | |
| Total | 24.00 | |
| Units | Hour | |
| Rate | 25.00 | **Total** |
| Total | 600.00 | **600.00** |

88.188



# Stoneham Drilling Corporation

## INVOICE

| | |
|---|---|
| Date: | April 06, 2020 |
| Number: | INV0001661 |
| Bill to: | SKLAR EXPLORATION COMPANY,LLC<br>5395 PEARL PARKWAY, SUITE 200<br>BOULDER, CO 80301 |

| | |
|---|---|
| Rig: | 11   Job 48 |
| Location: | Corwin #5 - 1 |
| AFE Number: | |
| Move-In Hours: | |
| Rig Spud Date: | |
| Rig Release Date: | |
| Move-Out/Tear-Out Hours: | |

| Contract Item | Quantity | Rate | Description | Amount ($) |
|---|---|---|---|---|
| | 1.00 Each | 3,655.00 | CP MACHINE INC., #10055 | 3,655.00 |
| | 0.10 Each | 3,655.00 | - 10% handling fee | 365.50 |
| | | | - repair of DP, DCs and subs | |
| | | | **Subtotal** | 4,020.50 |
| | | | **TOTAL (USD)** | 4,020.50 |

**Remittance Address:**
Stoneham Drilling Corporation
707 - 17th Street, Suite 3250
Denver, CO 80202
Phone: (720) 354-3650  Fax: (720) 354-3679
AccountsReceivable@stonehamdrilling.com
Payment Terms: Net 30

88.189



# Invoice

**CP MACHINE INC.**
3534 20th Ave West
Williston, ND 58801
(701) 875-8826

| Date | Invoice # |
|---|---|
| 3/19/2020 | 10055 |

**Bill To**
Stoneham Drilling Corporation
14067 Jackson St
Williston, ND 58801

**P.O.#**

**Terms**
Net 15

| Contact Name | Phone # | Location | RIG | Well | JOB # | W.O # |
|---|---|---|---|---|---|---|
| Ryan Hass | (701) 570-0825 | Williston ND | Stoneham 11 | | N/A | 8655 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 3 | 4 1/2 XH Box Reworks on Range 3 DCs | 180.00 | 540.00 |
| 4 | 4 1/2 XH Pin Reworks on Range 3 DCs | 180.00 | 720.00 |
| 2 | 4 1/2 IF Box Refaces on Range 3 DCs | 60.00 | 120.00 |
| 8 | Straighten 8" Range 3 DP | 200.00 | 1,600.00 |
| 2 | 4 1/2 XH Box Reworks on Subs | 180.00 | 360.00 |
| 1 | Trucking from CP Machine to Stoneham Yard | 375.00 | 375.00 |
| | Thank You! | | |
| | ND State Sales Tax | 5.00% | 0.00 |

Received by Stoneham
Date: 4-1-20
Sign: [signature]
Williston Office
Print Name: Ryan Hass

Customer Signature: [signature]
Date: 3/30/20

**Total** $3,655.00

Billing Address- 3534 20th Ave W Williston, ND 58801  Physical Address- 5221 142nd Drive NW, Williston, ND 58801
For any AP/AR questions contact Karen Moore Email- karenm@cp-machine.com Phone (701) 580-9165 Thank you

88:190

## James Kozan

**From:** Eric Tymensen
**Sent:** April 06, 2020 3:12 PM
**To:** James Kozan
**Subject:** RE: S11-48/3P INV0001661 $4020.50
**Attachments:** INV0001661-signed.pdf

Posted.

Eric

**From:** James Kozan
**Sent:** April 06, 2020 2:11 PM
**To:** Eric Tymensen
**Subject:** FW: S11-48/3P INV0001661 $4020.50

Another invoice to post

040620 JK JP 3P

**From:** Chris Rodway
**Sent:** April 06, 2020 2:09 PM
**To:** James Kozan
**Subject:** RE: S11-48/3P INV0001661 $4020.50

Heather said to submit as you typically would to Sklar.

**From:** James Kozan
**Sent:** April 6, 2020 2:02 PM
**To:** Chris Rodway <crodway@horizondrilling.ca>
**Subject:** FW: S11-48/3P INV0001661 $4020.50

So good to post?
Just not submit, obviously

**From:** Jack Pepper
**Sent:** April 06, 2020 1:29 PM
**To:** James Kozan
**Cc:** Chris Rodway
**Subject:** RE: S11-48/3P

Approved

**From:** James Kozan
**Sent:** Monday, April 06, 2020 1:25 PM
**To:** Jack Pepper <JPepper@stonehamdrilling.com>
**Cc:** Chris Rodway <crodway@horizondrilling.ca>
**Subject:** S11-48/3P

1

Afternoon

Here is a 3p for S11/Sklar for repair of DP, DCs and subs

James Kozan
Senior Billings Coordinator



Direct: 403.984.5689
Email: jkozan@horizondrilling.ca
*Our Key to Success is: Planning – Teaching – Learning – Caring*

Horizon Drilling| 1700, 215 - 9th Avenue SW | Calgary, Alberta| T2P 1K3 |403.984.5916 | www.horizondrilling.ca

The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking of any action in reliance upon this information by person(s) or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.



# Stoneham Drilling Corporation

## INVOICE

| | |
|---|---|
| Date: | March 31, 2020 |
| Number: | INV0001671 |
| Bill to: | SKLAR EXPLORATION COMPANY,LLC<br>5395 PEARL PARKWAY, SUITE 200<br>BOULDER, CO 80301 |

| | | |
|---|---|---|
| Rig: | 11 | Job 48 |
| Location: | Corwin #5-1 | |
| AFE Number: | | |
| Move-In Hours: | | |
| Rig Spud Date: | | |
| Rig Release Date: | | |
| Move-Out/Tear-Out Hours: | | |

88:19 2

| Contract Item | Quantity | Rate | Description | Amount ($) |
|---|---|---|---|---|
| Attached Invoice | 1.00 Each | 1,454.26 | 2019 Property Tax | 1,454.26 |
| 6.4 | 1.00 Each | 218.14 | - 15% Markup | 218.14 |
| Attached Invoice | 1.00 Each | 8,998.44 | 2020 Property Tax | 8,998.44 |
| 6.4 | 1.00 Each | 1,349.76 | - 15% markup | 1,349.76 |
| | | | - various taxes | |

| | |
|---|---|
| Subtotal | 12,020.60 |
| TOTAL (USD) | 12,020.60 |

**Remittance Address:**
Stoneham Drilling Corporation
707 - 17th Street, Suite 3250
Denver, CO 80202
Phone: (720) 354-3650  Fax: (720) 354-3679
AccountsReceivable@stonehamdrilling.com
Payment Terms: Net 30

88.193

# COUNTY OF PHILLIPS – STATE OF MONTANA
P.O. BOX 49  MALTA, MONTANA 59538

PHONE
(406) 654-1742

STONEHAM DRILLING CORP
Statement#: 216

Levy Dist: 12R  PERSONAL PROPERTY for Tax Year 2019

MARKET 227,496   MILL LEVY: 426.220   TAXABLE VALUE: 3,412

TAXPAYER NO
0000868270

| LAND DESCRIPTION | FUND DESCRIPTION | 1ST HALF | 2ND HALF | TOTAL DUE |
|---|---|---|---|---|
| 1) 11- - - - - - PERSONAL PROPERTY | ROAD | 123.34 | 0.00 | 123.34 |
| | AGING | 7.71 | 0.00 | 7.71 |
| | AIRPORT | 14.57 | 0.00 | 14.57 |
| | BRIDGE | 36.65 | 0.00 | 36.65 |
| | CNTY EDUC | 196.73 | 0.00 | 196.73 |
| | DIST COURT | 13.48 | 0.00 | 13.48 |
| | STATE EDUC | 344.61 | 0.00 | 344.61 |
| | FAIR | 5.80 | 0.00 | 5.80 |
| | GENERAL | 164.56 | 0.00 | 164.56 |
| | GRANDVIEW | 7.03 | 0.00 | 7.03 |
| | MUSEUM | 15.39 | 0.00 | 15.39 |
| | VOTED LEVY | 30.47 | 0.00 | 30.47 |
| | PUB SAFETY | 104.00 | 0.00 | 104.00 |
| | DIST SCH | 378.32 | 0.00 | 378.32 |
| | WEED | 11.60 | 0.00 | 11.60 |

**DELINQUENT TAXES**

| YEAR | AMOUNT |
|---|---|

Penalty and interest on these delinquent taxes figured through

P&I figured to: 01/06/2020

NO SECOND HALF NOTICE WILL BE SENT. YOUR CHECK IS YOUR RECEIPT. STUBS (BELOW) MUST ACCOMPANY PAYMENT. FOR A COPY OF YOUR TAX RECEIPT, INCLUDE A SELF ADDRESSED STAMPED ENVELOPE.

PAY →

$1,454.26
DUE 01/06/2020

$0.00
DUE 01/06/2020

$1,454.26
OR PAY TOTAL

## SEE REVERSE SIDE FOR IMPORTANT INFORMATION

$344.61   $678.48   $378.32   $0.00   $52.85

---

RETURN THIS STUB WITH 1ST PAYMENT TO COUNTY TREASURER

PHILLIPS COUNTY TREASURER
JEAN MAVENCAMP
PO BOX 49
314 S 2ND AVE WEST
MALTA, MT 59538

Name: STONEHAM DRILLING CORP
MAIL TO LB WALKER & ASSOC
13111 NORTHWEST FWY STE 125
HOUSTON, TX 77040-6321

**DUE: 01/06/2020**   $1,454.26


*0000868270*

RETURN THIS STUB WITH 2ND PAYMENT TO COUNTY TREASURER

PHILLIPS COUNTY TREASURER
JEAN MAVENCAMP
PO BOX 49
314 S 2ND AVE WEST
MALTA, MT 59538

Name: STONEHAM DRILLING CORP
MAIL TO LB WALKER & ASSOC
13111 NORTHWEST FWY STE 125
HOUSTON, TX 77040-6321

**DUE: 01/06/2020**   $0.00


*0000868270*

## 2020 Classification and Appraisal Notice
## Phillips County

Please review the information below carefully. The current assessed value column shows the depreciated value of personal property (i.e., business equipment) minus any exempt amount as of January 1, 2020. For itemized reports of your personal property valuation, go to *property.mt.gov*.

Owner(s): STONEHAM DRILLING CORP

Assessment Code: 0000868270

Levy District: 1C03-12R

| Property Classification | Quantity | Previous Assessed Value | Current Assessed Value | Previous Taxable Value | Current Taxable Value | Prior Year Millage Rate | Estimated 2020 General Taxes** |
|---|---|---|---|---|---|---|---|
| **PERSONAL PROPERTY** | | | | | | | 11-0000868270-001* |
| 6520 - Oil Drill Rigs | 1.00 | 227,496 | 1,326,733 | 3,412 | 19,901 | | |
| Totals: | | 227,496 | 1,326,733 | 3,412 | 19,901 | 452.160 | $8,998.44** |

* The property ID is the unique identifier for this property.

**The tax amount(s) shown is only an estimate** of your general property taxes for 2020 based upon the 2019 millage rate where your property is located. Your property may be subject to your local government's special assessments and fees in addition to your general taxes. Review your previous tax bill or contact your county treasurer's office for more information about special assessments and fees.

Montana Department of Revenue
Malta Field Office
PO Box 1734
Malta, MT 59538-1734
(406) 654-2123



0000868270

STONEHAM DRILLING CORP
MAIL TO LB WALKER & ASSOC
13111 NORTHWEST FWY STE 125
HOUSTON, TX 77040-6321

Assessment Code: 0000868270

Date: 05/08/2020

## THIS IS YOUR PROPERTY CLASSIFICATION AND APPRAISAL NOTICE

This notice is to inform you how your personal property is classified and valued for property assessment and tax billing.

**THIS IS NOT A TAX BILL.** Your county treasurer will bill your 2020 general property taxes based upon the values shown on this notice.

### Informal Classification and Appraisal Review and Appeal Process

If you disagree with the property classification or values on this notice, you have 30 days from the date shown above to request the department to conduct an informal review. You need to submit a Request for Informal Classification and Appraisal Review (Form AB-26).

You may appeal the classification or values shown on this notice directly to your local county tax appeal board (CTAB) rather than submitting a Form AB-26. If you choose to appeal directly to the CTAB, you must submit your appeal to your county clerk and recorder within 30 days from the date shown above.

For forms and more information on the informal review and appeal processes, call our office at (406) 654-2123 or go to *MTRevenue.gov*.

### Paying Taxes Under Protest

If you want to be eligible for a tax refund from a classification or appraisal appeal, you need to pay the property taxes under protest before they become delinquent (15-1-402, MCA).

Your county treasurer can give you more information about protesting your taxes.

## Stoneham Drilling Corporation

### INVOICE

| | |
|---|---|
| Date: | April 11, 2020 |
| Number: | INV0001672 |
| Bill to: | SKLAR EXPLORATION COMPANY, LLC<br>5395 PEARL PARKWAY, SUITE 200<br>BOULDER, CO 80301 |

| | |
|---|---|
| Rig: | 11    Job 48 |
| Location: | Corwin #5-1 |
| AFE Number: | |
| Move-In Hours: | |
| Rig Spud Date: | |
| Rig Release Date: | |
| Move-Out/Tear-Out Hours: | |

| Contract Item | Quantity | Rate | Description | Amount ($) |
|---|---|---|---|---|
| | | | Progress Billing: April 2 - 11, 2020 | |
| 32.35 | 10.00  Each | 600.00 | Rig Watch | 6,000.00 |

| | |
|---|---|
| Subtotal | 6,000.00 |
| TOTAL (USD) | 6,000.00 |

**Remittance Address:**
Stoneham Drilling Corporation
707 - 17th Street, Suite 3250
Denver, CO 80202
Phone: (720) 354-3650  Fax: (720) 354-3679
AccountsReceivable@stonehamdrilling.com
Payment Terms: Net 30