UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF
COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377 EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | Case No. 20-12380 EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

**FANT ENERGY'S LIMITED OBJECTION TO MOTION TO
APPOINT CHIEF RESTRUCTURING OFFICER**

Fant Energy Limited ("Fant Energy"), by and through its undersigned attorneys, hereby submits its limited objection to Motion for Entry of Order Authorizing Debtors' Employment of CR3 Partners as Chief Restructuring Officer Effective as of May 21, 2020 [Docket No. 341] (the "CRO Motion") filed on behalf of Sklar Exploration Company, LLC ("Sklar Exploration") and Sklarco, LLC ("Sklarco" collectively, the ("Debtors").

**PRELIMINARY STATEMENT**

Fant Energy does not object to the appointment of a Chief Restructuring Officer as such. However, Fant Energy is concerned about the absence of any indication that the Chief Restructuring Officer intends to examine and report to the creditors regarding a number of questionable transactions involving the Debtors that have only recently been disclosed. Fant Energy proposes that the Chief Restructuring Officer be retained on the condition that, within 60 days of appointment, it conducts a full investigation and submits to the Court and the creditors a complete report with respect to the disposition of funds advanced by Fant Energy and other working interest holders prior to the filing of the bankruptcy petition.

## BACKGROUND

1. Fant Energy is a party to various operating agreements and participation agreements (collectively, the "Oil & Gas Agreements"), pursuant to which Sklar Exploration serves as the operator of oil and gas properties in which Sklarco and Fant, among others, are working interest holders. The working interest holders are obligated to fund their proportionate share of drilling and operating expenses of specific wells in which they are invested through cash call advances and payment of their proportionate share of joint interest billings.

2. Fant Energy, like many other working interest holders, had funded cash call advances to Sklar Exploration in accordance with the Oil & Gas Agreements. Each such advance was to be used solely for expenses related to a particular well. Fant Energy holds claims against Sklar Exploration for prepetition cash call advances in excess of $330,000.

3. In the context of filings made by the Debtors and evidence adduced in the context of the cash collateral proceedings, a number of disclosures were made with respect to improprieties associated with funds received from working interest holders. In particular:

- Over $7 million in cash call advances were collected and a substantial portion of these funds were not used for their intended purposes. It appears that these cash call advances were used to fund operations, instead of for the particular wells.
- Funds from cash call advances have apparently been applied to extravagant personal expenses, such as over $500,000.00 for private jet travel. Additional funds were purportedly diverted from Sklarco to family trusts.
- Cash call advances were comingled with other monies received by Debtors.
- Pre-bankruptcy revenues totaling approximately $4,499,300 which would have been earmarked for working interest holders were diverted for other purposes.
- Sklarco failed to pay almost $325,000 in unpaid joint interest billings for which it was obligated.

4. Since the filing of the Debtors' bankruptcy proceedings, Fant Energy has been receiving statutory lien notices from subcontractors, further evidence that working interest holder funds were improperly diverted.

5. The Debtors are the source of the problems arising from the misuse of the cash

call advances and owe the working interest holders an explanation. Fant Energy and the other working interest holders are entitled to a complete accounting from the Debtors, at their expense, as to the use and disposition of these funds. At a minimum, such accounting should include:

- A well-by-well accounting for funds received from working interest holders and the disposition of those funds.
- An examination of invoices and proof of payment for costs associated with each well.
- An analysis of whether well expenditures were reasonable and appropriate.
- A detailed review of the disposition of funds that should have been paid to working interest holders.

6. Retention of the Chief Restructuring Officer should be conditioned upon a commitment to complete its investigation and provide a report to the Court and creditors within 60 days of its appointment.

WHEREFORE, Fant Energy respectfully requests that the Court enter its order denying the Debtors Motion to Appoint a Chief Restructuring Officer to the extent inconsistent with this objection and grant such other relief as is appropriate.

DATED: May 29, 2020                                             Respectfully submitted,

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

*/s/ Brent R. Cohen*
Brent R. Cohen, No. 11297
1200 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 623-9000
Email: bcohen@lrrc.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on May 29, 2020, a true and correct copy of the foregoing FANT ENERGY'S LIMITED OBJECTION TO MOTION TO APPOINT CHIEF RESTRUCTURING OFFICER was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1 and 2082-1(a) and (b) and was served upon the following listed below by depositing same in the United States mail, first-class postage prepaid, addressed to the following:

**James B. Bailey**
jbailey@bradley.com

**Joseph Eric Bain**
jbain@joneswalker.com

**Grant Matthew Beiner**
Munsch Hardt Kopf & Harr, PC
gbeiner@munsch.com

**Jordan B. Bird**
Cook, Yancey, King & Galloway
jordan.bird@cookyancey.com

**Duane Brescia**
Clark Hill Strasburger
dbrescia@clarkhill.com

**Jeffrey S. Brinen**
jsb@kutnerlaw.com

**John Cornwell**
Munsch Hardt Kopf & Harr PC
jcornwell@munsch.com

**Shay L. Denning**
sdenning@mbssllp.com

**Benjamin Y. Ford**
RSA Tower, 27th Floor
11 North Water Street
Mobile, AL 36602

**Craig M. Geno**
Law Offices of Craig M. Geno, PLLC
cmgeno@cmgenolaw.com

**Michael J. Guyerson**
mike@kjblawoffice.com

**Christopher D. Johnson**
Munsch Hardt Kopf & Harr PC
cjohnson@munsch.com

**Lee M. Kutner**
lmk@kutnerlaw.com

**Stephen K. Lecholop, II**
Rosenthal Pauerstein Sandoloski Agather LLP
slecholop@rpsalaw.com

**Eric Lockridge**
eric.lockridge@keanmiller.com

**Armistead Mason Long**
Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC
along@gamb.law

**Ryan Lorenz**
RLorenz@ClarkHill.com

**Christopher Meredith**
Copeland, Cook, Taylor & Bush P.A.
cmeredith@cctb.com

**David M. Miller**
Spencer Fane LLP
dmiller@spencerfane.com

**Timothy C. Mohan**
tmohan@foley.com

**Paul Moss**
Byron G. Rogers Federal Building
Paul.Moss@usdoj.gov

**Kevin S. Neiman**
kevin@ksnpc.com

**Jennifer Norris Soto**
Ayres, Shelton, Williams, Benson & Paine, LLC
jennifersoto@arklatexlaw.com

**Matthew J. Ochs**
mjochs@hollandhart.com

**Matthew Okin**
Okin Adams LLP
mokin@okinadams.com

**John Thomas Oldham**
joldham@okinadams.com

**Robert L Paddock**
Buck Keenan
rpaddock@buckkeenan.com

**Robert Padjen**
Robert.padjen@coag.gov

**Jeremy L Retherford**
Balch & Bingham
jretherford@balch.com

**Brian Rich**
Berger Singerman LLP
brich@bergersingerman.com

**Keri L. Riley**
klr@kutnerlaw.com

**Timothy Michael Riley**
Hopping Green & Sams
timothyr@hgslaw.com

**Katherine A Ross**
katherine.ross@usdoj.gov

**Michael D Rubenstein**
Liskow and Lewis
mdrubenstein@liskow.com

**Craig K. Schuenemann**
craig.schuenemann@bryancave.com

**Ryan Seidemann**
Louisiana Department of Justice
seidemannr@ag.louisiana.gov

**Thomas H Shipps**
Maynes, Bradford, Shipps & Sheftel, LLP
tshipps@mbssllp.com

**Barnet B Skelton, Jr**
Barnet B. Skelton, Jr.,
barnetbjr@msn.com

**Jim F Spencer, Jr**
Watkins & Eager PLLC
jspencer@watkinseager.com

**Bryce Suzuki**
Bryce Suzuki
bryce.suzuki@bclplaw.com

**Timothy M. Swanson**
tim.swanson@moyewhite.com

**David R Taggart**
Bradley Murchison Kelly & Shea
dtaggart@bradleyfirm.com

**Glenn Taylor**
Copeland, Cook, Taylor & Bush P.A.
gtaylor@cctb.com

**Madison M. Tucker**
Jones Walker LLP
mtucker@joneswalker.com

**Amy Vazquez**
Jones Walker LLP
avazquez@joneswalker.com

**Deanna L. Westfall**
Office of the Colorado Attorney General
deanna.westfall@coag.gov

*s/Christina Marquez*
LEWIS ROCA ROTHGERBER CHRISTIE LLP