**Exhibit A**

# MATERIAL CONTRACTS BY STATE

**I. ALABAMA**

1. Participation Agreement dated effective as of January 23, 2015 covering the Brewton Prospect, Escambia County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration LLC, et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated January 23, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

2. Letter Agreement dated March 6, 2015 amending the Brewton Prospect Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration, LLC, et al., as Participants

3. Second Amendment to Brewton Prospect Participation Agreement and JOA dated effective as of January 23 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration, LLC, et al., as Participants

6. Unit Agreement dated March 20, 2014 concerning operation of the Little Cedar Creek Oil Unit II, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

7. Unit Operating Agreement dated March 20, 2014 concerning operation of the Little Cedar Creek Oil Unit II, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

8. Gas Purchase Contract dated September 23, 2014, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Little Cedar Creek Oil Unit II, as Buyer, and the North Beach Prospect Working Interest Owners, as Sellers

9. Gas Purchase Contract dated September 23, 2014, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Little Cedar Creek Oil Unit II, as Buyer, and the Escambia Prospect Working Interest Owners, as Sellers

10. Gas Purchase Contract dated April 6, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Shipps Creek Prospect Working Interest Owners, as Sellers

11. Unit Agreement dated October 1, 2016 concerning operation of the Little Cedar Creek Oil Unit IV, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

12. Unit Operating Agreement dated October 1, 2016 concerning operation of the Little Cedar Creek Oil Unit IV, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and Mccombs Energy, Ltd., et al., as Non-Operators

13. Participation Agreement covering the Escambia Prospect (Escambia and Conecuh Counties, AL), by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 1, 2006 covering the Escambia Prospect (Escambia and Conecuh Counties, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

14. Amendment to Operating Agreement dated effective as of November 1, 2011 covering the Escambia Prospect (Escambia and Conecuh Counties, Alabama), by and between Sklar Exploration Company L.L.C., et al., which Amendment extended the term of the AMI and added additional lands to the Contract Area and AMI

15. JOA (AAPL 610-1982) dated March 1, 2011, covering NE/4 Section 31, T4N, Rl3E, Conecuh County, AL (Mary-Mack 31-2 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators

17. JOA (AAPL 610-1982) dated February 15, 2011, covering the SE/4 Section 29, T4N, Rl3E, Conecuh County, AL (Thomasson 29-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators

18. JOA (AAPL 610-1982) dated May 1, 2011, covering the SE/4 Section 35, T4N, R12E, Conecuh County, AL (CCL&T 35-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

19. JOA (AAPL 610-1982) dated July 1, 2011, covering the NE/4 Section 30, T4N, R13E, Conecuh County, AL (Ralls 30-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

20. JOA (AAPL 610-1982) dated September 15, 2011, covering the NE/4 Section 30, T4N, Rl3E, Conecuh County, AL (Ralls 30-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and BSAP I, Inc., et al., as Non-Operators

21. JOA (AAPL 610-1982) dated December 7, 2011, covering NW/4 Section 29, T4N, Rl3E, Conecuh County, AL (Boothe & Casey 29-6 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C. and BSAP I, Inc., as Non-Operators

22. JOA (AAPL 610-1982) dated December 7, 2011, covering NW/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-6 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., Pruet Production Co., and Midroc Operating Company and others, as Non-Operators

23. JOA (AAPL 610-1982) dated February 1, 2012, covering NE/4 Section 33 T4N, R12E, Conecuh County, AL (CCL&T 33-2 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

24. JOA (AAPL 610-1982) dated March 15, 2012, covering NE/4 Section 34, T4N, Rl2E, Conecuh County, AL (Grady 34-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

25. JOA (AAPL 610-1982) dated June 1, 2012, covering NW/4 Section 34, T4N, Rl2E, Conecuh County, AL (Jones 34-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Texar Exploration, LLC, et al., as Non-Operators

26. JOA (AAPL 610-1982) dated March 15, 2012, covering NW/4 Section 35, T4N, R12E. Conecuh County, AL (CCL&T 35-5 #1), by and between Sklar Exploration Company L.L.C., as Operator, and A very Producing, LLC, et al., as Non-Operators

27. JOA (AAPL 610-1982) dated May 1, 2012, covering SE/4 Section 34, T4N, Rl2E, Conecuh County, AL (Grady 34-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

28. JOA (AAPL 610-1982) dated July 13, 2012, covering NW/4 Section 4, T3N, R12E, Escambia County, AL (CCL&T 4-3 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

29. JOA (AAPL 610-1982) dated January 10, 2013, covering SE/4 Section 4, T4N, R13E, Conecuh County, AL (CCL&T 32-9 #1), by and between Sklar

      Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

30. JOA (AAPL 610-1982) dated April 1, 2013, covering SW/4 Section 36, T4N, R12E, Conecuh County, AL (Kennedy 36-12 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

31. JOA (AAPL 610-1·982) dated February 17, 2014, covering SW/4 Section 33, T4N, R13E, Conecuh County, AL (Thomasson 33-12 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

32. JOA (AAPL 610-1982) dated August 1, 2014, covering SE/4 Section 2, T3N, Rl2E Escambia County, AL (CCL&T 2-9 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Central Petroleum, Inc., et al., as Non-Operators

33. JOA (AAPL 610-1982) dated September 1, 2014, covering NW/4 Section 3, T3N, Rl3E, Conecuh County, AL (CCL&T 3-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

34. JOA (AAPL 610-1982) dated August 15, 2014, covering NE/4 Section 4 T3N, R13E, Conecuh County, AL (CCL&T 4-1 #1), by and between Sklar Exploration Company L.L.C. as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

35. Unit Agreement dated May 11, 2015 concerning operation of the Fishpond Oil Unit, Fishpond Field, Escambia County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

36. Unit Operating Agreement dated May 11, 2015 concerning operation of the Fishpond Oil Unit, Fishpond Field, Escambia County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and Mccombs Energy, Ltd., et al., as Non-Operators

37. Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the North Beach Prospect Working Interest Owners, as Sellers

38. Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C. in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Escambia Prospect Working Interest Owners, as Sellers

39. Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Shipps Creek Prospect Working Interest Owners, as Sellers

40. Participation Agreement covering the Shipps Creek Prospect (Conecuh & Escambia Counties, AL) dated effective as of June 1, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "F" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated June 1, 2012 covering the Shipps Creek Prospect (Conecuh & Escambia Counties, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

41. Agreement to Participate in 3D Seismic Acquisition and To Share Information dated effective as of June 1, 2012, by and between Sklar Exploration Company L.L.C., the Shipps Creek Prospect Participants, the Escambia Prospect Participants and Windancer Operating of Alabama, LLC

42. Letter Agreement dated August 14, 2015 regarding Extension of Shipps Creek Prospect AMI and Acquisition of Additional Seismic Data, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, as amended by that certain Correction Letter dated August 18, 2015, by and between the same parties

43. Letter Agreement dated May 23, 2017 regarding Shipps Creek Prospect AMI Extension, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for a 1 year extension of the AMI.

44. Letter Agreement dated May 16, 2018 regarding Shipps Creek Prospect AMI Extension (Second Extension) by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for an additional 1 year extension of the AMI.

45. Letter Agreement dated April 23, 2019 regarding Shipps Creek Prospect AMI Extension (Third Extension), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for an additional 1 year extension of the AMI.

46. Participation Agreement covering the Castleberry Prospect (Conecuh County, AL) dated effective as of November 7, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 7, 2012 covering the Castleberry Prospect (Conecuh County, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

47. Participation Agreement covering the L-Pond Prospect (Conecuh County, AL) dated effective as of November 7, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 7, 2012 covering the L-Pond Prospect (Conecuh County, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

48. Gathering Agreement dated November 16, 2011, by and between Sklar Exploration Company L.L.C., as Gatherer, and COM MAX, LLC, as Plant Operator, concerning gas gathering from the Fletcher Petroleum Corp. Godwin 36-1 #1 well

49. First Amendment to Gas Gathering Agreement dated April 21, 2015 and Second Amendment to Gas Gathering Agreement dated September 1, 2016, by and between Sklar Exploration Company L.L.C., as Gatherer, and Plains Gas Solutions, LLC, formerly known as COM MAX, LLC, as Plant Operator, concerning the gathering of gas from the Fletcher Petroleum Corp. Godwin 36-1 #1 well

50. Gas Purchase Contract dated August 7, 2009, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller

    a. Counterparties: Southeast Alabama Gas District
    715 Dr. MLK Jr. Expressway
    Andalusia, Alabama 36420
    Attn: Greg Henderson

51. Pipeline Construction Agreement dated August 7, 2009, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller, concerning the construction of a pipeline from Seller's North Beach Plant to the Castleberry Extension

    a. Counterparties: Southeast Alabama Gas District
    715 Dr. MLK Jr. Expressway

                                Andalusia, Alabama 36420
                                Attn: Greg Henderson

52. First Amendment to Gas Purchase Contract dated April 28, 2010, by and between the Southeast Alabama Gas District, as Buyer and Sklar Exploration Company L.L.C., as Seller

      a. Counterparties: Southeast Alabama Gas District
                                        715 Dr. MLK Jr. Expressway
                                        Andalusia, Alabama 36420
                                        Attn: Greg Henderson

53. Gas Purchase Contract (South Field) dated June 1, 2011, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller

      a. Counterparties: Southeast Alabama Gas District
                                        715 Dr. MLK Jr. Expressway
                                        Andalusia, Alabama 36420
                                        Attn: Greg Henderson

100. Unit Agreement dated November 1, 2018 concerning operation of the Southwest Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

101. Unit Operating Agreement dated November 1, 2018 concerning operation of the Southwest Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and Mccombs Energy, Ltd., et al., as Non-Operators

102. Unit Agreement dated November 1, 2018 concerning operation of the Southeast Brooklyn Oil Unit II, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

103. Unit Operating Agreement dated November 1, 2018 concerning operation of the Southeast Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and Mccombs Energy, Ltd., et al., as Non-Operators

106. Asset Transfer Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the transfer of ownership of the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

    a.    Counterparties:    Plains Gas Solutions, LLC
    Attn. General Counsel
    333 Clay Street, Suite 1600
    Houston, TX 77002

107. Assignment and Assumption Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the assignment of certain rights and obligations relating to the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

    a.    Counterparties:    Plains Gas Solutions, LLC
    Attn: General Counsel
    333 Clay Street, Suite 1600
    Houston, TX 77002

108. Bill of Sale dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the transfer of ownership of the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

    a.    Counterparties:    Plains Gas Solutions, LLC
    Attn: General Counsel
    333 Clay Street, Suite 1600
    Houston, TX 77002

109. Termination Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the termination of certain Service Agreements for the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

    a.    Counterparties:    Plains Gas Solutions, LLC
    Attn: General Counsel
    333 Clay Street, Suite 1600
    Houston, TX 77002

110. Custody Transfer Certificate dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the transfer

of custody of certain NGL and condensate products at the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

    a.    Counterparties:    Plains Gas Solutions, LLC
                                                     Attn: General Counsel
                                                     333 Clay Street, Suite 1600
                                                     Houston, TX 77002

111. Tennination Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning termination of a lease covering certain real property in Conecuh County, Alabama

    a.    Counterparties:    Plains Gas Solutions, LLC
                                                     Attn: General Counsel
                                                   333 Clay Street, Suite 1600
                                                   Houston, TX 77002

112. Termination Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the termination of a Condensate Processing Agreement dated August 18, 2014

    a.    Counterparties:    Plains Gas Solutions, LLC
                                                     Attn: General Counsel
                                                   333 Clay Street, Suite 1600
                                                   Houston, TX 77002

134. Mineral & Royalty Acquisition Agreement dated June 24, 2019, by and between Sklar Exploration Company L.L.C. and Maevlo Company, LLC.

    a.    Counterparties:    Maevlo Company, LLC
                                                   Attn: Matthew Montgomery
                                                   P.O. Box 287
                                                   6140 S. Gun Club Rd K6
                                                   Aurora, CO 80237

## II. LOUISIANA

59. Participation Agreement covering the Red River Prospect (Caddo & Bossier Parishes, LA) dated effective as of April 1, 2006, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (AAPL Form 610-1982) dated April 1, 2006, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

### III. MISSISSIPPI

77. Participation Agreement dated effective as of March 1, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Resource Ventures, LLC, et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

78. Participation Agreement dated effective as of June 30, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Petro-Chem Operating Co., Inc., et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

79. Participation Agreement dated effective as of June 30, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Tiembo, LTD., et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

### IV. TEXAS

81. Participation and Exploration Agreement dated effective as of October 1, 2013 covering the West Tyler 3D Seismic Prospect, Smith County Texas, by and between Sklar Exploration Company L.L.C., as Operator, and Mccombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1989) dated October 1, 2013 covering the Swan Prospect, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

82. Letter Agreement dated January 7, 2014 regarding amendments to West Tyler 3D Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and Mccombs Energy, LTD., et al., as Non-Operators

83. Letter Agreement dated October 30 2014 regarding amendments to West Tyler 3D Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators

88. JOA (AAPL 610-1982) dated October 20, 1999, covering the Steeles Creek Prospect, Limestone County, TX, by and between Sklar-Tex L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

### V. WYOMING

90. Participation Agreement dated effective as of July 1, 2014 covering the Mule Creek and Bridge Creek Prospects, Niobrara County, Wyoming, by and between Sklar Exploration Company L.L.C., as Operator, and G&H Production Company, LLC, et al., as Participants, which includes as Exhibit "D-1" an Operating Agreement (AAPL Form 610-1989) dated July 1, 2014 covering the Mule Creek Prospect and as Exhibit "D-2" an Operating Agreement (AAPL Form 610-1989) covering the Bridge Creek Prospect

91. First Amendment to Participation Agreement (Mule Creek & Bridge Creek Prospects) dated effective January 1, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and G&H Production Company, LLC, et al., as Participants