

2386A Rice BLVD #232|Houston, Texas 77005| Phone: 337.288.9562| Email: jakejuneau@live.com

To: Honorable Elizabeth E Brown                                                                 Date:  June 1st 2020
Colorado Bankruptcy Court
U.S. Custom House
721 19th St. Denver, CO 80202
Courtroom F

To: Judge Elizabeth E Brown:

I am filing a motion with regard to Case No. 1:20-bk-12377, the bankruptcy of Sklar Exploration Company, LLC and Sklarco, LLC. Evaluating the case from a higher level, it appears that the capital stack is divided into countless small creditors. In addition, management *grossly misallocated the resources of the company and abused shareholders (and creditors) – to put it lightly, a classic case of hubris was exhibited.* For these reasons, it appears to be common sense that it will be very difficult to resolve this case with current management in place and absent a 363 sale.

With your digression, I would like to work-out a solution for all parties involved (excluding management in place). I see a binary option. After evaluation of the assets, my company will inject growth capital into the company. All existing creditors will equitize their portion of debt in a new company, which is supplied with growth capital and management they can trust. Any hesitation of trust of my team can be discussed in future conversations. The other option (as hinted by recent motions filed) is to transfer the case to liquidation. In this event, I am happy to serve as the stalking horse bidder. In order to place a value for the assets and serve as a stalking horse bidder or management for a new company I need access to the books of the firm and data of the assets. Let this motion serve as a request for that information.


Regards,

*[signature]*

Jacob Juneau
President

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Submitted: 6/1/2020 8:23:23 AM

User Information

Jacob Juneau
2386a Rice Blvd. #232
Houston
TX
77005

jakejuneau@live.com
337-288-9562