## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br>EIN: 72-1417930<br><br>Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| In re:<br><br>SKLARCO, LLC,<br>EIN: 72-1425432<br><br>Debtor. | Case No. 20-12380-EEB<br><br>Chapter 11<br><br>*Jointly Administered Under Case No. 20-12377-EEB* |

**STATEMENT OF JJS INTERESTS ESCAMBIA, LLC, JJS INTERESTS STEELE KINGS, LLC AND JJS WORKING INTERESTS, LLC (I) IN SUPPORT OF THE DEBTORS' APPLICATION TO EMPLOY CR3 PARTNERS AS CHIEF RESTRUCTURING OFFICER; AND (II) IN OPPOSITION TO THE TAUBER GROUP MOTION TO APPOINT CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 1104, OR IN THE ALTERNATIVE, <u>CONVERT TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b)</u>**

JJS Interests Escambia, LLC, JJS Interests Steele Kings, LLC and JJS Working Interests, LLC (collectively, "**JJS**"), by and through its undersigned counsel, submits this statement (the "**Statement**") (i) in support of the Debtors' *Motion for Entry of Order Authorizing Debtors' Employment of CR3 Partners as Chief Restructuring Officer Effective as of May 21, 2020* [Docket No. 341] (the "**CRO Application**"); and (ii) in opposition to the *Motion to Appoint Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104, or in the Alternative, Convert to Chapter 7 Pursuant to 11 U.S.C. § 1112(b)* [Docket No. 308] (the "**Trustee Appointment Motion**") filed by Tauber Exploration & Production Company; CTM 2005, Ltd; Pickens Financial Group, LLC; I & L Miss I, LP; MER Energy, Ltd; MR Oil & Gas, LLC; Tara Rudman

Revocable Trust; Feather River 75, LLC; Rudman Family Trust; and The Rudman Partnership (the "**Tauber Group**").

### Statement

1. JJS, like other constituents in these cases, agrees that a third party professional should oversee the operations and restructuring of the Debtors as soon as possible -- the only disagreement amongst the parties is the appropriate mechanism for that relief. Because the CRO Application can be effectuated quickly upon approval of the Court, and would not require further delay, including with respect to selection of a trustee, or further cash collateral negotiations, JJS submits that the CRO Application is the most cost-effective and efficient means of transferring decision-making authority to a neutral third party.

2. Providing CR3 Partners with control over the finances and operations of the Debtors, the ability to pursue fraudulent transfer litigation, and the ultimate authority for corporate decisions, addresses fundamental concerns of JJS with respect to the prepetition management and operation of Debtors.

3. Notwithstanding this Court's decision regarding the appointment of a CRO or trustee, JJS submits that conversion of these cases to chapter 7 is wholly inappropriate at this time and would not be in the best interest of the estates. JJS therefore respectfully submits that the Court should (a) approve the Debtors' CRO Application and authorize the Debtors to employ CR3 Partners as the Chief Restructuring Officer of Debtors and (b) deny, without prejudice, the Tauber Group's Trustee Appointment Motion, which seeks appointment of a Chapter 11 trustee or, in the alternative, conversion of the Debtors' cases into Chapter 7 proceedings.

- 3 -

Dated:    Houston, Texas
             June 1, 2020

                              Respectfully Submitted,

                              **WILLKIE FARR & GALLAGHER LLP**

                              By:   /s/ Jennifer J. Hardy
                                   Jennifer J. Hardy (Texas Bar No. 24096068)
                                   600 Travis Street
                                   Houston, Texas 77002
                                   Telephone: 713-510-1700
                                   Facsimile: 713-510-1799
                                   Email: jhardy2@willkie.com

                                   *Counsel to JJS Interests Escambia, LLC, JJS*
                                   *Interests Steele Kings, LLC and JJS Working*
                                   *Interests, LLC*

**Certificate of Service**

        I certify that on June 1, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of Colorado.

        /s/ Jennifer J. Hardy
        Jennifer J. Hardy