**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re: <br><br> Sklar Exploration Company, LLC, <br> Debtor. | Case No. 20-12377 EEB <br> Chapter 11 |
| In re: <br><br> Sklarco, LLC, <br> Debtor. | Case No. 20-12380 EEB <br> Chapter 11 <br><br><br> **Joint Administered Under** <br> **Case No. 20-12377 EEB** |

**JOINDER AND RESERVATION OF RIGHTS OF**
**JF HOWELL INTERESTS, LP TO THE MOTION TO APPOINT CHAPTER 11**
**TRUSTEE OR IN THE ALTERNATIVE TO CONVERT TO CHAPTER 7**

**NOW INTO COURT**, through undersigned counsel, comes JF Howell Interests, LP ("Howell Interests"), a creditor and party in interest, which joins in the "Motion To Appoint Chapter 11 Trustee Pursuant To 11 U.S.C. 1104, Or in the Alternative, Convert To Chapter 7 Pursuant to 11 U.S.C. 1112 (b)" [Doc. 308] ("Motion to Appoint or Convert") filed herein on May 17, 2020 by the various entities set forth therein (collectively the "Tauber Group").

**SUMMARY OF POSITION**

Howell Interests filed an Objection [Doc. 371] on Friday May 29, 2020, to the Motion For Entry Of Order Authorizing Debtors' Employment Of CR3 Partners As Chief Restructuring Officer Effective As Of May 21, 2020 [Doc. 341] ("CRO Motion") filed by Sklar Exploration Company, LLC ("SEC"), and Sklarco, LLC ("Sklarco") (jointly SEC and Sklarco are referred to

- 1 -

as the "Debtors"). Other non-operating working interest owners also timely filed objections to the CRO Motion including the Tauber Group [Doc. 375], the Kudzu Group [Doc. 373], the Strago Group [Doc. 374], Lucas Petroleum Group [Doc. 370], Fant Energy [Doc. 369], the Pruett Group [Doc. 358], and even the U. S. Trustee filed a limited Objection [Doc. 355]. All of the various objections raise similar concerns about the Debtors' proposed post-petition operations and, as noted in Howell Interests' Objection, it is the working interest owners who have the most invested and the most to lose if the Debtors post-petition management is subject to strict scrutiny and fiduciary responsibilities to the creditors, including the working interest owners whose interests in the properties are under-represented on the Unsecured Creditors Committee (which pertains to SEC only).

## JOINDER AND RESERVATION

For the reasons and concerns expressed in its Objection [Doc. 371], Howell Interests does not believe that a CRO appointment as sought by Debtors will adequately protect the interests of the working interest owners, including Howell Interests. Accordingly, Howell Interests joins in the Motion to Appoint or Convert.

Howell Interests reserves the right to join with other working interest owners in supporting the Motion to Appoint or Convert to the extent that the arguments are consistent with those set forth by Howell Interests herein.

## CONCLUSION

Howell Interests requests that in the Motion To Appoint of Convert before the Court be granted.

Dated: June 1, 2020

- 3 -

Respectfully submitted,

BRADLEY MURCHISON KELLY & SHEA LLC

By:   /s/ David R. Taggart
      David R. Taggart (Texas Bar # 00793102)
401 Edwards Street, Suite 1000
Shreveport, Louisiana 71101
Telephone: (318) 227-1131
Facsimile: (318) 227-1141

Email: dtaggart@bradleyfirm.com

- - **Attorneys for JF Howell Interests, LP**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed on June 1, 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

            /s/ David R. Taggart
            OF COUNSEL