| Fill in this information to identify your case | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1: SKLAR EXPLORATION COMPANY, LLC<br>First Name    Middle Name    Last Name | Case #: | 20-12377-EEB |
| Debtor 2: Sklarco, LLC<br>First Name    Middle Name    Last Name | Chapter: | 11 |

**Local Bankruptcy Form 9013-1.4**
**Movant's Certificate of Contested Matter and Request for Hearing**

**Complete applicable sections.**

| Part 1 | Certificate and Request for Hearing |
|---|---|

On April 2, 2020, Sklar Exploration Company, LLC and Sklarco, LLC (the "Movant"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled Motion for Entry of Order Authorizing Debtors' Employment of CR3 Partners as Chief Restructuring Officer Effective As of May 21, 2020 (the "Motion") at docket no. 341.  Movant hereby certifies that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Loal Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed on May 22, 2020.

2. Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice (Docket No. 349)

3. Objections and requests for hearing on the motion/application have been filed by the following party/parties:
    a. United States Trustee (Docket No. 355)
    b. Pruet Oil Company, LLC and Pruet Production Co. (Docket No. 358)
    c. Fant Energy Limited (Docket No. 369)
    d. Lucas Petroleum Group, Inc. (Docket No. 370)
    e. JF Howell Interests, LP (Docket No. 371)
    f. The Kudzu Parties (Docket No. 373)
    g. The Strago Group (Docket No. 374)
    h. The Tauber Group (Docket No. 375)

4. The docket numbers for each of the following relevant documents are:
    a. the Motion and all documents attached thereto and served therewith, docket no. 341;
    b. the Notice, docket no. 349;
    c. the Certificate of Service of the Motion, docket no. 349;

    d. the Proposed Order, docket no. 341; and
    e. the Objections to the Motion, docket nos. 355, 358, 369, 370, 371, 373, 374, and 375

5. Resolution of this contested matter will require a determination of legal and factual issues. Movant estimates the hearing will proceed as follows:
   a. The hearing is anticipated to take 2 hours;
   b. The Movant anticipates 1-2 witnesses;
   c. the Movant does not anticipate the use of expert testimony; and
   d. the Movant does not anticipate that any discovery will be required[1].

Accordingly, Movant requests that the Court set this matter for hearing pursuant to L.B.R. 9013-1.

| Part 2 | **Signature of Movant's Attorney or Movant (if unpresented)** |
|---|---|

DATED: June 1, 2020      Respectfully submitted,

By:    */s/ Keri L. Riley*
       Lee M. Kutner #10966
       Keri L. Riley #47605
       **KUTNER BRINEN, P.C.**
       1660 Lincoln Street, Suite 1850
       Denver, CO 80264
       Telephone: (303) 832-2400
       Facsimile: (303) 832-1510
       Email: klr@kutnerlaw.com

---

[1] The Movants reserve the right to request discovery to the extent the Motion is combined with other matters currently pending before the Court.