## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

### ORDER AND NOTICE OF VIDEO CONFERENCE HEARING
### ON MULTIPLE MATTERS

**IT IS HEREBY ORDERED** that the following matters are set for a Zoom video conference hearing before Judge Elizabeth E. Brown on **Thursday, June 11, 2020, at 1:30 p.m.** in the United States Bankruptcy Court for the District of Colorado: (1) Motion to Appoint Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104, or in the Alternative, Convert to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) filed by the Tauber Group (Dkt. No. 308) and all objections there to; (2) the Debtors' Motion for Entry of Order Authorizing Debtors' Employment of CR3 Partners as Chief Restructuring Officer (Dkt. No. 341) and all objections thereto; (3) Debtors' Motion for Approval of Lending Agreement and for Authority to Incur Debt on an Administrative, Unsecured Basis (Dkt. No. 346) and all objections thereto; and (4) Debtors' Motion for Approval of Final Cash Collateral Order (Dkt. No. 350) and all objections thereto.

    **1.** The hearing will be conducted by Zoom video conference only. Except for the offers of proof made in accordance with L.B.R. 2081-3(c) on the Tauber Group's Motion to Appoint Chapter 11 Trustee, the hearing will be non-evidentiary. Counsel and/or parties should not appear in person. <u>The Court's regular phone conference line will NOT be available for the June 11 hearing</u>. As such, this Order modifies the 9013-1.1 Notice of Hearing issued by the Tauber Group at Docket No. 310 to eliminate the option to call in on the conference line. All participants and observers must use Zoom to participate in the hearing, as provided herein.

2. **Zoom Video Conferences:**

   a. For security reasons, the Zoom video conference details will not be posted publicly. The Court will send Zoom invitations via email to counsel, parties and/or witnesses within one day of the hearing. Counsel and/or parties shall not, under any circumstances, share, post, and/or transmit the Zoom video conference link, meeting ID, or password.

   b. It is counsel's and/or the parties' responsibility to ensure that they have the proper equipment to attend the Zoom video conference.

   c. Parties should check into the Zoom video conference at least 15 minutes prior to the scheduled start time of the hearing to ensure that their equipment is functioning properly. Parties are encouraged to use headsets or earphones with a microphone.

   d. Zoom displays a screen name for each participant in a video conference. Typically, Zoom will default to the name you gave at the time you initially set up your Zoom account (e.g. smithj or XYZCorp) or the phone number or device name from which you are calling. To enable the Judge to identify participants, each participant should ensure that their screen name is their full first name and last name (e.g. John Smith). You can change your screen name after being admitted to the video conference by using the rename function in Zoom. To rename, hover over your picture and either right click or click the blue button in the upper right corner of your picture and select "Rename" and then type your first name and last name into the box that appears. If you fail to identify yourself in this manner by the start of the hearing, you will be removed from the video conference.

   e. The Court's general guidelines regarding Zoom hearings are available at: https://www.cob.uscourts.gov/zoom-video-conferences.

3. **List of Participants: On or before June 9, 2020,** the parties shall email to chambers (CourtroomF@cob.uscourts.gov) a list of the name, phone number and email address of each individual (counsel, parties and witnesses) that will be participating in the Evidentiary Hearing. **Only those individuals on the list will receive a Zoom invitation to attend the hearing**. Counsel and/or parties shall not, under any circumstances, share, post, or transmit the Zoom video conference link, meeting ID, or password. The Court's telephone conference line will not be available during the Zoom video conference hearing. The only way to attend the hearing is to obtain a Zoom invitation as described above.

4. **Court Appearances:** If a party does not join the Zoom video conference, it will be deemed a failure to appear. Failure to connect to the Zoom video conference in a timely manner will preclude participation in the Evidentiary Hearing.

2

5. **No Recordings:**  Counsel and/or the parties are strictly prohibited from recording any court proceeding held by video or teleconference, including taking "screen shots" or other visual copies.  Violation of this prohibition may result in sanctions as deemed necessary by the Court.

DATED this 1st day of June, 2020.

BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown, Bankruptcy Judge