## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) Case No. 20-12377-EEB |
| | ) |
| SKLAR EXPLORATION COMPANY, LLC, | ) Chapter 11 |
| EIN: 72-1417930 | ) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Case No. 20-12380-EEB |
| | ) |
| SKLARCO, LLC, | ) Chapter 11 |
| EIN: 72-1425432 | ) |
| | ) |
| | ) ***Jointly Administered Under Case No.*** |
| Debtor. | ) ***20-12377-EEB*** |

## AMENDED NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

   **PLEASE TAKE NOTICE** that, in accordance with Rules 2002 and 9010(b) of

the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title

11 of the United States Code (the "Bankruptcy Code"), Willkie Farr & Gallagher LLP

("**Willkie**"),[1] which has been retained as counsel to JJS Interests Escambia, LLC, JJS Interests

Steele Kings, LLC and JJS Working Interests, LLC, as creditors and parties in interest, hereby

requests that all notices given or required to be given in the above-captioned cases, and all papers

served or required to be served in these cases, be given to and served upon the following:

   Jennifer J. Hardy (Texas Bar No. 24096068)
   **WILLKIE FARR & GALLAGHER LLP**
   600 Travis Street

---

[1]   Willkie files this *Amended Notice of Appearance and Request for Service of Documents* (the "**Amended Notice**") to reflect that Willkie no longer represents Fant Energy Limited, which has substituted its counsel with Brent R. Cohen of Lewis Roca Rothgerber Christie LLP, as noticed in the *Notice of Substitution of Counsel for Fant Energy* filed on May 27, 2020 [Docket No. 353].  This Amended Notice supersedes the prior *Notice of Appearance and Request for Service of Documents* filed by Willkie Farr & Gallagher LLP in these cases on April 24, 2020 [Docket No. 177].

Houston, Texas 77002
Telephone:  713-510-1700
Facsimile:  713-510-1799
Email:  jhardy2@willkie.com

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request

for service of the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code,

but also includes, without limitation, a request for service of all orders and notices of any

application, motion, petition, pleading, request, complaint, or demand, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, courier service,

hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

Dated:      Houston, Texas
            June 2, 2020

                              Respectfully Submitted,

                              **WILLKIE FARR & GALLAGHER LLP**

                              By:   /s/ Jennifer J. Hardy
                                    Jennifer J. Hardy (Texas Bar No. 24096068)
                                    600 Travis Street
                                    Houston, Texas 77002
                                    Telephone:  713-510-1700
                                    Facsimile:  713-510-1799
                                    Email:  jhardy2@willkie.com


                              *Counsel to JJS Interests Escambia, LLC, JJS Interests*
                              *Steele Kings, LLC and JJS Working Interests, LLC*

- 2 -

**<u>Certificate of Service</u>**

I certify that on June 2, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of Colorado.

/s/ Jennifer J. Hardy
Jennifer J. Hardy