**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

### ORDER REGARDING LETTER

THIS MATTER comes before the Court on the letter dated June 1, 2020 from the Juneau Group, Docket No. 377 ("Letter"). The Juneau Group characterizes its Letter as a "Motion" relating to a possible offer of financing and a request to review the Debtors' records but does not otherwise reference an applicable provision of the Bankruptcy Code. Such inquiries should be directed to counsel for the Debtors-in-Possession and/or counsel for the Creditors' Committee. Contact information for those individuals is available on the Court's docket.

In addition, the Motion is signed by the president of Juneau Group and it does not appear that Juneau Group is represented by counsel. Pursuant to L.B.R. 9010-1(e), no corporation, partnership, other unincorporated organization, or entity may appear in cases or proceedings before this Court unless it is represented by an attorney authorized to practice in this Court. Accordingly, it is hereby

ORDERED that the Court will take no further action on the Letter. It is

FURTHER ORDERED that if Juneau Group wishes to file a formal motion or other pleading before this Court, it must do so through counsel, in compliance with L.B.R. 9010-1(e).

DATED this 2nd day of June, 2020.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge