# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

## SUPPLEMENT TO ORDER AND NOTICE OF VIDEO CONFERENCE HEARING ON MULTIPLE MATTERS

THIS MATTER comes before the Court *sua sponte*. Previously, this Court issued an order setting a video conference hearing for June 11, 2020 on several matters, including the Motion to Appoint Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104, or in the Alternative, Convert to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) filed by the Tauber Group (Dkt. No. 308) and all objections thereto. The preliminary hearing on that Motion shall proceed in accordance with L.B.R. 2081-3. Under that Local Rule, parties making an offer of proof are required to tender exhibits to the Court at the hearing, together with a statement identifying the witness or witnesses who would be called to identify and lay the foundation for the introduction of such exhibits. *See* L.B.R. 2081-3(c)(2). Given that the hearing will proceed via video conference, an alternate procedure must be used. Accordingly, it is hereby

ORDERED that any party making an offer of proof at the June 11 hearing in support of or in opposition to the Motion to Appoint Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104, or in the Alternative, Convert to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) filed by the Tauber Group (Dkt. No. 308), shall email a copy of their exhibits together with a statement identifying the witness or witnesses who would be called to identify and lay the foundation for the introduction of such exhibits to CourtroomF@cob.uscourts.gov at least 48 hours prior to the June 11 hearing. It is

FURTHER ORDERED that his requirement applies only to the Motion to Appoint Chapter 11 Trustee filed by the Tauber Group and objections thereto. All other matters

set for June 11 are set for a non-evidentiary hearing and do not require offers of proof or presentation of exhibits.

DATED this 2nd day of June, 2020.

BY THE COURT:

_____
Elizabeth E. Brown, Bankruptcy Judge