## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 20-12377-EEB** |
| **Sklar Exploration Company, LLC,** | ) | **Chapter 11 Proceeding** |
| | ) | |
| **Debtor** | ) | |
| _____ | ) | |
| | ) | |
| **In Re:** | ) | **Case No. 20-12380-EEB** |
| **Sklarco, LLC,** | ) | **Chapter 11 Proceeding** |
| | ) | |
| **Debtor** | ) | |
| _____ | ) | |
| | ) | *Jointly Administered Under* |
| | ) | *Case No. 20-12377-EEB* |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE

TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST TAKE NOTICE THAT:

DICKSON OIL & GAS, L.L.C. and C. BICKHAM DICKSON III, by and through their

attorneys, BLANCHARD, WALKER, O'QUIN & ROBERTS, a Professional Law Corporation,

of Shreveport, Louisiana, files this Notice of Appearance and Request for Service in this case, and

pursuant to 11 U.S.C. §1109(b) and Bankruptcy Rules 2002, 3017, 9007, and 9010 requests that

all notices given or required to be given in this case and all documents served or required to be

served in this case be given or served upon same take place electronically through the CM/ECF

system and at the address and/or telephone number listed as follows:

Katherine Guidry Douthitt
Blanchard, Walker, O'Quin & Roberts
kdouthitt@bwor.com
P.O. Box 1126
Shreveport, Louisiana  71163
Direct:  318/934-0204
Fax: 318/227-2967

FURTHER NOTICE is hereby given that the foregoing request includes all notices and documents referred to in the United States Bankruptcy Code, and Bankruptcy Rules and additionally includes, without limitation, any notice, plan of reorganization, disclosure statement, application, complaint, demand, hearing motion, pleading or request, formal or informal, whether transmitting or conveyed by mail, electronic mail, telephone, or otherwise.

BLANCHARD, WALKER, O'QUIN & ROBERTS
(*A Professional Law Corporation*)

By:     /s/ *Katherine Guidry Douthitt*_____
Katherine Guidry Douthitt, LA Bar #31755
kdouthitt@bwor.com

333 Texas Street, Regions Tower
Suite 700 (71101)
P.O. Drawer 1126 (71163)
Shreveport, Louisiana
318/934-0204
Fax: 318/227-2967

ATTORNEYS FOR
DICKSON OIL & GAS, L.L.C. AND
C. BICKHAM DICKSON III

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of June, 2020, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record in this case by operation of the Court's CM/ECF system at the email address registered with the Court.

/s/ *Katherine Guidry Douthitt*_____
Katherine Guidry Douthitt