| SKLAR EXPLORATION COMPANY LLC and SKLARCO LLC | | | | |
|---|---|---|---|---|
| **WEEKLY CASH FLOWS** | | | | |
| | | 1 | 2 | 3 |
| | | 5-Jun | 12-Jun | 19-Jun |
| **CASH RECEIPTS** | | | | |
| | | | | |
| *Sklar operated oil production volume estimate (8/8ths BBL)* | | | | |
| *Oil price estimate (realized)* | | | | |
| *Oil price estimate (NYMEX WTI)* | | | | |
| | | | | |
| *Sklar operated gas production volume estimate (8/8ths MCF)* | | | | |
| *Gas price estimate (realized)* | | | | |
| *Gas price estimate (NYMEX HH)* | | | | |
| | | | | |
| **Operated properties [1]** | | | | |
| Oil | | | | |
| Gas | | | | |
| Non-operated properties - Sklarco Revenue | | 30,000 | 32,000 | 30,000 |
| Alabama gas plant management fees | | | | |
| Oil hedge settlements | | | 189,290 | |
| Gas hedge settlements | | | 20,300 | |
| Howard Sklar DIP loan | | | 1,000,000 | |
| CASH RECEIPTS | | 30,000 | 1,241,590 | 30,000 |
| | | | | |
| **CASH DISBURSEMENTS** | | | | |
| | | | | |
| **Revenue payable to others [2]** | | | | |
| Severance tax | | | | 95,590 |
| Lease operating expenses (gross) for operated properties | | | | |
| Contract pumpers | | 3,450 | 3,000 | 7,350 |
| Compression rentals and maintenance | | | 12,096 | 14,810 |
| Saltwater disposal | | 14,625 | 18,550 | 14,625 |
| Electrical service and supply | | 700 | 1,900 | 700 |
| Oilfield supply | | 600 | 175 | 1,030 |
| Artificial lift | | 14,800 | 475 | 475 |
| RTU - remote monitoring | | 8,500 | 130 | 2,930 |

| SKLAR EXPLORATION COMPANY LLC and SKLARCO LLC | | | | |
|---|---|---|---|---|
| WEEKLY CASH FLOWS | | | | |
| | | 1 | 2 | 3 |
| | | 5-Jun | 12-Jun | 19-Jun |
| Gas measurement - meter calibration and lab | | 750 | 750 | 750 |
| Safety systems - testing and repairs | | | 1,150 | 1,700 |
| Fuel and power - | | | | |
| Southern Propane Supplies | | 1,838 | 1,838 | 1,838 |
| McAdams Propane | | | 76 | |
| Cherokee Co Electric Co-op | | 250 | | |
| Thompson Gas | | 76 | | |
| Mc Phereson Lubes | | | | 2,050 |
| Herring Gas Company, Inc | | | | 700 |
| Southern Pine Electric | | | 157,050 | |
| Escambia River Electric, Inc. | | | | |
| Yazoo Valley Electric | | 160 | | 10,729 |
| Upshur Rural Electric Co-op | | 385 | 270 | |
| Navasota Valley Electric Co-op | | 23 | | |
| Swepco | | 225 | | |
| Mississippi Power | | | 10,655 | |
| Chemicals | | 4,500 | 1,900 | 4,500 |
| Construction | | 500 | 500 | 500 |
| Environmental services | | | 14,737 | |
| Slickline services / jet pump support | | 525 | | 525 |
| Engineering services | | | | |
| Tubulars and inspections | | | 473 | |
| Insurance | | | | |
| Bates well - conversion to jet pump | | 4,735 | | |
| Regulatory/Maintenance fees | | 2,600 | 12,600 | |
| Gas plant payroll | | | | 29,561 |
| Gas plant operating costs | | 7,000 | 69,450 | 40,000 |
| Reimbursement of operated property LOE from other WI owners [3] | | (99,982) | (293,209) | (154,807) |
| Lease operating expenses for non-operated properties - Sklarco Current JIBS | | 17,940 | 17,940 | 17,940 |
| Transportation (truck pmts to Ford) | | 560 | 3,644 | 2,341 |
| General and administrative | | | | |
| Outsourced IT support and general computer exp (eg, Wolfepak) | | | 2,349 | 7,520 |

| SKLAR EXPLORATION COMPANY LLC and SKLARCO LLC | | | |
|---|---|---|---|
| WEEKLY CASH FLOWS | | | |
| | 1 | 2 | 3 |
| | 5-Jun | 12-Jun | 19-Jun |
| Employee salaries and payroll taxes, excl. gas plant (see above) | | | 111,575 |
| Employee portion of 401k | 9,000 | | 9,000 |
| CEO salary (paid at end of month) | 15,000 | | |
| Employee benefits (health, dental, vision, life ins, ST/LT disability) | | | |
| Payroll processing fees | 800 | | |
| Misc. insurance | | | |
| Sales and use tax | | 700 | |
| Geology and production system license fees | | | |
| Office rent - | | | |
|     Boulder [4] | | | |
|     Shreveport | | | |
|     Bretwon, AL | | | |
| Parking expense (Shreveport) | | | |
| Deposit for electricity for Alabama gas plant | | | |
| Corwin well - BOP rental @ $200/day (Weatherford) | 6,510 | | |
| Outsourced gas plant settlement accounting fees | 2,200 | | |
| Fuel and mileage | 1,400 | 1,400 | 1,400 |
| Copier and postage rental and usage | 1,125 | 1,125 | 1,125 |
| Cell phones | | | 3,475 |
| Office utilities and maintenance | | | |
| Bank - letter of credit fees | | 500 | |
| Bank - misc charges | | | 985 |
| Bank interest | 92,000 | | |
| CRO / financial advisor fees | | 175,000 | |
| Legal fees - Sklar's counsel | 113,469 | | |
| Legal fees - EWB | 100,000 | | |
| Legal fees - creditor committee | 75,000 | | |
| Critical vendors (pre-petition debts) [5] | 111,758 | | |
| Trustee disbursement fees | | | |
| Cash collateralize letters of credit for P&A bonds | | 100,000 | |
| Property tax | | | |
| Escheat to various states | | 110 | |

| SKLAR EXPLORATION COMPANY LLC and SKLARCO LLC | | | |
|---|---|---|---|
| WEEKLY CASH FLOWS | | | |
| | 1 | 2 | 3 |
| | 5-Jun | 12-Jun | 19-Jun |
| General and misc office expenses | 3,500 | 3,500 | 3,500 |
| Controller - CO apt, travel and moving exp reimbursement | | 470 | |
| | | | |
| CASH DISBURSEMENTS | 516,521 | 321,304 | 234,417 |
| | | | |
| NET CASH FLOW | (486,521) | 920,286 | (204,417) |
| | | | |
| ALL ACCOUNTS BEGINNING CASH BALANCE * | 3,826,867 | 3,340,346 | 4,260,632 |
| ALL ACCOUNTS ENDING CASH BALANCE | 3,340,346 | 4,260,632 | 4,056,216 |
| | | | |
| REVENUE ACCOUNT BEGINNING CASH BALANCE | 2,069,826 | 1,692,385 | 1,692,385 |
| inflows | - | - | - |
| severance taxes | - | - | (95,590) |
| reveine payable to WI, RI and ORRI | - | - | - |
| outflows to Sklar | (377,441) | | |
| REVENUE ACCOUNT ENDING CASH BALANCE | 1,692,385 | 1,692,385 | 1,596,795 |
| | | | |
| ALL OTHER ACCOUNTS BEGINNING CASH BALANCE | 1,757,041 | 1,647,961 | 2,568,247 |
| inflows for Sklar revenue | 377,441 | - | - |
| Howard Sklar DIP loan (stock liquidation) | - | 1,000,000 | - |
| all other inflows & outflows, net | (486,521) | (79,714) | (108,827) |
| ALL OTHER ACCOUNTS ENDING CASH BALANCE | 1,647,961 | 2,568,247 | 2,459,421 |
| | - | - | - |

*Includes acctg system cash balances at 5/31/20 (to account for outstanding checks) plus Kutner Brinen trust balance of 89,819

[1] Includes revenue attributed to Sklarco for the operated properties, which accounts for approximately 16% of the revenue from the operated properties, and 100% of
[2] Revenue Payable to Others includes distributions to WI, RI and ORRI
[3] Includes reimbursement of LOE related to third party costs and COPAS reimbursements, which is an overhead cost recovery mechanism for well operators
[4] Includes sublease income of $8,372

| SKLAR EXPLORATION COMPANY LLC and SKLARCO LLC | | | |
|---|---|---|---|
| WEEKLY CASH FLOWS | | | |
| | 1 | 2 | 3 |
| | 5-Jun | 12-Jun | 19-Jun |
| [5] Payment to Plains Gas Solutions (spread out in 3 monthly installments of ~$112k) | | | |
| | | | |
| **SKLAR STAND-ALONE / NET CASH FLOWS** | | | |
| | | | |
| Sklarco's share of operated property revenue (incl. severance tax) | 377,441 | - | - |
| Sklarco non-op property revenue | 30,000 | 32,000 | 30,000 |
| AL gas plant management fee | - | - | - |
| Hedge settlements | - | 209,590 | - |
| Sklarco's share of LOE from operated properties | 33,741 | (14,566) | 20,035 |
| Sklarco's LOE for non-operated properties | (17,940) | (17,940) | (17,940) |
| Truck pmts | (560) | (3,644) | (2,341) |
| G&A, net of COPAS reimbursement | (39,535) | (9,654) | (137,595) |
| Interest and other bank charges | (92,000) | (500) | (985) |
| Cash collateralize letters of credit | - | (100,000) | - |
| Legal fees - bankruptcy specific | (288,469) | - | - |
| CRO / financial advisor | - | (175,000) | - |
| Howard Sklar DIP loan | - | 1,000,000 | - |
| Critical vendor pre-petition debts | (111,758) | - | - |
| Trustee disbursement fees | - | - | - |
| | | | |
| **PERIOD CASH FLOWS** | (109,080) | 920,286 | (108,827) |
| | | | |
| **CUMULATIVE CASH FLOWS** | (109,080) | 811,206 | 702,380 |
| | - | - | - |