UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930 | Chapter 11 |
| Debtor. | |
| | Case No. 20-12380-EEB |
| SKLARCO, LLC<br>EIN: 72-1425432<br>Debtor. | Chapter 11 |

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND THIRD INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL

THIS MATTER comes before the Court on the Debtors' Unopposed Motion to Extend Third Interim Order Authorizing Use of Cash Collateral ("Motion"), the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby

**ORDER THAT:**

The Motion is GRANTED; The Debtors are authorized to use cash collateral in accordance with the Third Interim Order Authorizing Use of Cash Collateral (Docket No. 319) and the Budget attached to the Motion as Exhibit A through June 12, 2020.

Done and entered this _____ day of _____, 2020 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge