# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC<br><br>Debtor.<br><br>_____ | Case No. 20-12377-EEB<br><br>Chapter 11 |
| In re:<br><br>SKLARCO, LLC<br><br>Debtor.<br><br>_____ | Case No. 20-12380-EEB<br><br>Chapter 11 |

## NOTICE OF LEGAL NAME CHANGE

PLEASE TAKE NOTICE that, on April 15, 2020, Baker Hughes, a GE Company LLC changed its name with the Secretary of State for the State of Delaware to **Baker Hughes Holdings LLC.**

PLEASE TAKE FURTHER NOTICE that, going forward all filings made on behalf of Baker Hughes, a GE Company LLC shall be made on behalf of **Baker Hughes Holdings LLC**.

Dated: June 5, 2020

Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ Timothy C. Mohan*
Timothy C. Mohan, Atty No. 50559
600 17th Street, Suite 2020S
Denver, CO 80202
Tel:   (720) 437-2000
Fax:  (720) 437-2200
tmohan@foley.com

*Counsel for Baker Hughes Holdings LLC*

4836-8944-4799

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on June 5, 2020, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

                                                       */s/ Timothy C. Mohan*
                                                      Timothy C. Mohan