**From:** Kate Eggleston <███████████████>
**Sent:** Wednesday, April 22, 2020 11:07 AM
**To:** Barbara Lawrence <███████████>
**Subject:** RE: CASH FLOW for Pamela Page, and Barbara Page Lawrence ASAP

Barbara,

Here are the historical statements for you (LAWB01) and your sister (PAGP01) from 2017 to current, as well as Pamela's suspense report. They should have all the info you need. Thank you for being so patient, as you can imagine I have been extremely busy with calls, emails, projects etc.

**From:** Barbara Lawrence <███████████>
**Sent:** Wednesday, April 22, 2020 8:56 AM
**To:** Kate Eggleston ███████████
**Subject:** Re: CASH FLOW for Pamela Page, and Barbara Page Lawrence ASAP

Good morning Kate,

Please send these two CASH FLOW charts from 2017 to current for me and Pamela.  Also Pamela's account statement with suspended current balance

Thankyou!
Barbara

1

LAWRENCE-
EXHIBIT A

**From:** Kate Eggleston <​█████████████████>
**Sent:** Tuesday, April 21, 2020 1:37 PM
**To:** Barbara Lawrence <███████████████.
**Subject:** RE: LEASE COPY for Pamela Page, and Barbara Page Lawrence ASAP

You're welcome 😊 I would direct those questions to Steven per his request at the number provided in my previous email. I apologize but that is information that I just don't have and it will be easier and quicker if you just go directly through him.

**From:** Barbara Lawrence <​█████████████>
**Sent:** Tuesday, April 21, 2020 12:16 PM
**To:** Kate Eggleston <████████████████
**Subject:** Re: LEASE COPY for Pamela Page, and Barbara Page Lawrence ASAP

Thank you Kate!

Did he have answers for Where Pamela Page is listed in the Bankruptcy Case??
What is the category and legal name for" Forced Pool Unleased Mineral Owner" with Suspended Payments ??
 And possible Docket # in the Bankruptcy??

**From:** Kate Eggleston <​██████████████████>
**Sent:** Tuesday, April 21, 2020 12:24 PM
**To:** Barbara Lawrence <​██████████>
**Subject:** FW: LEASE COPY for Pamela Page, and Barbara Page Lawrence ASAP

Barbara here is the response from my boss (his direct line is listed below in his signature, he said to reach out there if you have any further questions):

**From:** Steven Hatcher <​██████████████>
**Sent:** Tuesday, April 21, 2020 11:04 AM
**To:** Kate Eggleston <████████████████; Marshall Jones <████████████████████; Sutton Lloyd <​██████████>
**Subject:** RE: LEASE COPY for Pamela Page, and Barbara Page Lawrence ASAP

Kate,

The short answer is that she is an unleased mineral owner in the Echo Papa 10-10 #1 well. We do not have a lease from her, but force pooled her and her sister's interest pursuant to Louisiana Revised Statute 30:10. Her claim to ownership is through the following described Judgment of Possession.

LAWRENCE-
EXHIBIT A

(c) Succession of Mack Stanley Page, Suit No. 6-516, Probate Docket, 2nd Judicial District Court, Bienville Parish, Louisiana, Judgment of Possession, dated November 13, 1998 (Report Item 24), recognizing Pamela Page and Barbara Page Lawrence as the children and sole heirs of the decedent, and placing them in sole possession of Tract 9 of the property examined, in equal 1/2 interests.

**Recorded on November 16, 1998, in Book 830, page 133, Reg. No. 98-3708**

Tell her she can pull a copy of the recorded document from the Clerk of Court in Bienville Parish, Louisiana. You can also send her a copy of her executed division order (if she executed one), which shows the interest that we are crediting her with in the well. _I do not have a division order for either you or Pamela on file, do you remember receiving one? It would have been years back-Kate._
Thanks,

Steven R. Hatcher, Jr.
_Vice President – Land & Legal_



**Exploration   Company LLC**
5395 Pearl Parkway, Suite 200 • Boulder, CO 80301
direct 720.306.8310 • mobile 318.771.1427 • fax 303.443.1551
shatcher@sklarexploration.com • www.sklarexploration.com

The information in this E-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message. If you have received this E-mail in error, please notify the sender as soon as possible. In addition, please delete the erroneously received message from any device/media where the message is stored.

**From:** Barbara Lawrence <█████████████>
**Sent:** Tuesday, April 21, 2020 10:04 AM
**To:** Kate Eggleston <██████████████>
**Subject:** Re: LEASE COPY for Pamela Page, and Barbara Page Lawrence ASAP

so what document exist about our relationship with Sklar?? What proves we have a right to receive

Hi Kate
So WHAT DOCUMENT IS THERE to show we have a relationship with Sklar and what it is. EVEN A LETTER that states what we are and what that means, and why we don't have a lease. On the "Settlement Statements" in the lower left corner it says "LEASE#" so what is the term for what we've got with Sklar if not a lease???

What are the legal things that make our relationship with Sklar, & ACCOUNT #'S that go with it. What makes our account Real with Sklar???

LAWRENCE-
EXHIBIT A

Whatever it's called can I get copies for Pamela and me ASAP.  If none, a LETTER   THIS IS REAL IMPORTANT ASAP!!!!

And then:
What Docket, or title, or category, or place in the Bankruptcy document can I find Pamela Page's name?

And what is her situation legally called, and places her claim is in the bankruptcy?

Sorry for these hassles, but I'm trying to get advice to secure our funds (if lost my whole future & retirement plan is dust).  I can't get real advice until I have the pieces that prove a relationship and the correct terms that Sklar uses, & the Bankruptcy document use.

Thank you Kate!

Sincerely,
Barbara Lawrence

---

**From:** Kate Eggleston ‹                                ›
**Sent:** Tuesday, April 21, 2020 10:14 AM
**To:** Barbara Lawrence ‹                            ›
**Subject:** RE: LEASE COPY for Pamela Page, and Barbara Page Lawrence ASAP

Barbara there won't be leases since both you and your sister are force-pooled (unleased mineral) owners. The reason you didn't see your sister on the docket you found is because she didn't receive a check since her funds are suspended.

**From:** Barbara Lawrence ‹                              ›
**Sent:** Tuesday, April 21, 2020 8:13 AM
**To:** Kate Eggleston ‹                                ›
**Subject:** Re: LEASE COPY for Pamela Page, and Barbara Page Lawrence ASAP

Hi Kate,

It is real important I get a copy of both our leases ASAP.  Thank you very much

Best Regards,
Barbara Lawrence

---

**From:** Kate Eggleston ‹                              ›
**Sent:** Monday, April 20, 2020 6:31 PM
**To:** Barbara Lawrence ‹                          ›
**Subject:** RE: Transfer of Pamela Page's Interest

I honestly have no idea what you are referring to when you say bankruptcy papers and the docket? Did you find that online? By legal agreement do you mean lease?

4

LAWRENCE-
EXHIBIT A

**From:** Barbara Lawrence ▌                    >
**Sent:** Monday, April 20, 2020 4:51 PM
**To:** Kate Eggleston ▌                    >
**Subject:** Re: Transfer of Pamela Page's Interest

Dear Kate,

Thank you!!! Do you know where in the Bankruptcy papers my sister Pamela Page is listed? It's not in Docket #37-1 her name isn't listed , but mine is.

Also can you please get me a copy of our Legal Agreement with Sklar Exploration. I have never receive anything and need this for my records.

Thank you very much for your attention to everything.

Sincerely,
Barbara Lawrence

---

**From:** Kate Eggleston ▌                    >
**Sent:** Monday, April 20, 2020 5:21 PM
**To:** Barbara Lawrence ▌                  .
**Subject:** RE: Transfer of Pamela Page's Interest

Barbara,

I apologize about us not connecting, the call and email volume has been nearly impossible. I have attached an affidavit of heirship, once it is executed by a third party, notarized, recorded and returned to me along with the death certificate I will be able to process the transfer to you (provided the form is executed correctly with the right information). We filed the motion to honor the royalty payments made to owners so once that is approved we will re-issue the checks (March ones). I am uncertain at this time when this will be as we have to wait on the court approval. We will not pay out April checks until the motion is approved. We mailed out a bankruptcy notice on April 16th, I will attach it here in case you did not receive it. We filed for ch 11 so we do plan to continue operating our established properties but will not pursue any new ventures at this time. Hope this answers your questions.

**From:** Barbara Lawrence ▌
**Sent:** Saturday, April 18, 2020 6:04 PM
**To:** Kate Eggleston ▌
**Subject:** Re: Transfer of Pamela Page's Interest

Hi Kate,
Are my sister's, Pamela Page, suspended  funds still available with with an "Affidavit of Heirship"?    Will March checks be paid, and if so when. April checks?  Will there be formal notification of the Bankruptcy? What does the future look like for receiving revenue?
Is there anything I need to file or do to protect my revenue past due, and future from Sklar Exploration?

Thank you for your attention to this matter.

Sincerely,
Barbara Lawrence

LAWRENCE-
EXHIBIT A

**From:** Kate Eggleston ◄ ██████████████████████
**Sent:** Tuesday, March 24, 2020 3:40 PM
**To:** ████████████████████ ┆ ████████████████
**Subject:** Transfer of Pamela Page's Interest

Barbara,

Per our conversation please contact the Bienville Parish Clerk's Office in Louisiana to get more information on getting your affidavit of heirship recorded. Here is the website in case you want it: http://clerk.bienvilleparish.org/
You will send in the affidavit with the recording fee and they will send it back to you once recorded. Please provide us with a copy of the recorded AOH after and we can process the transfer. A division order packet will be provided to you once the transfer is completed. Also, I forgot to mention on the phone to please provide us a copy of Pamela's death certificate as we do not have it on file. Do not hesitate to reach out if you have any more questions.

**Thank you,**
**Kate Eggleston**
**Division Order Analyst**
5395 Pearl Parkway, Suite 200 • Boulder, CO 80301
Main 303.541.1559 Direct 720.907.1511 Fax 303.443.1551
KEggleston@sklarexploration.com
www.sklarexploration.com



 Virus-free. www.avast.com

LAWRENCE-
EXHIBIT A