No. 98-3708
Filed for records in *Conv.*
Book No. 830 Page 133
Nov. 16, 19 98
at 9:30 o'Clock A.M.
*Kathleen M. Newell*
Dy. Clerk of Court
Bienville Parish, LA

**SUCCESSION**

**OF**

**MACK STANLEY PAGE**

6-516
NUMBER , PROBATE DOCKET

SECOND JUDICIAL DISTRICT COURT

BIENVILLE PARISH, LOUISIANA

### JUDGMENT OF POSSESSION

Considering the petition for possession, and the record of this proceeding, satisfactory proof having been submitted to the court all inheritance taxes have been paid, the law and evidence entitling petitioners to the relief prayed for, and for the reasons this day orally assigned:

IT IS ORDERED, ADJUDGED AND DECREED that:

1. Petitioners, PAMELA PAGE and BARBARA PAGE LAWRENCE, be recognized as the children and sole heirs of the deceased and as such entitled to the ownership and sent into possession of all of the property belonging to the deceased, Mack Stanley Page, in the proportions of an undivided one-half each, to-wit:

> NE ¼ of SW ¼ of NW ¼, Section 10, Township 14 North, Range 7 West; and S ½ of S ½ of SE ¼ of NE ¼ and N ½ of N ½ of NE ¼ of SE ¼, Section 17, Township 14 North, Range 7 West, Bienville Parish, Louisiana
>
> Undivided 3/15th interest in and to the North one-fourth of SE ¼ of NE ¼, Section 17, Township 14 North, Range 7 West, Bienville Parish, Louisiana

2. All banks, trust companies, insurance companies and all other persons, partnerships, unincorporated associations, or corporations having on deposit or in their possession or under their control any money, credits, stocks, dividends, bonds, or other property belonging to the estate of the deceased, Mack Stanley Page are hereby required to deliver or pay them to Pamela Page and Barbara Lawrence Page in the proportions of an undivided one-half each.

JUDGEMENT RENDERED AND SIGNED in Chambers in Arcadia, Louisiana, on this 13 day of *November*, 1998.

*Robert G. Butler*
JUDGE

STATE OF LOUISIANA
PARISH OF BIENVILLE
I hereby certify that this is a
true and correct copy of the
original instrument as same
appears on file in this office.
Given under my hand and seal
of office on this NOV 16 1998
*Kathleen M. Newell*
DY. CLERK OF COURT

FILE DATE: 11/16/1998   FILE TIME: 09:30      VOLUME: 830   PAGE: 133
BIENVILLE PAR. FRANCES N. JOYNER - CLERK OF COURT   DOC #: 1998   3708

EXHIBIT B

4/24/2020, 6:13 P