**From:** Kate Eggleston <​████████████████████████>
**Sent:** Monday, May 18, 2020 4:53 PM
**To:** Barbara Lawrence <​████████████████████████>
**Subject:** RE: Bankruptcy: any news when payments can be made? Pamela Page Suspended funds

Pamela's revenues are in her own separate account, held in suspense. To my knowledge we have not yet received approval from the bankruptcy court to pay out working interest & unleased owner interest revenues. I have relayed everything we have discussed to one of our lawyers who has told me she will pass it along to your attorney so that he/she is up to speed. As mentioned previously I will need the affidavit and death certificate before we can make the transfer from Pamela to you happen, the obituary will also be very helpful in providing further evidence of you being the sole heir.

**From:** Barbara Lawrence <​████████████████████████>
**Sent:** Monday, May 18, 2020 2:40 PM
**To:** Kate Eggleston <​████████████████████████>
**Subject:** Re: Bankruptcy: any news when payments can be made? Pamela Page Suspended funds

Hi Kate,
Please tell me exactly the current status of my sister, Pamela Page's Suspended funds. Is her $ in a separate account? If so when is it available to retrieve?

Sincerely,
Barbara Lawrence

**From:** Kate Eggleston <​████████████████████████>
**Sent:** Tuesday, May 5, 2020 10:54 AM
**To:** Barbara Lawrence <​████████████████████████>

EXHIBIT C

A copy of the death certificate if fine, no need for an original. You can mail all forms to our Boulder office location listed below in my signature. And before you send it, has the affidavit been notarized & recorded? Pamela's funds are suspended as force-pooled owners payments have not yet been approved by the bankruptcy court, hopefully they will come to an agreement at the next hearing. If you have your attorney execute a proper deed that will add your husband to your mineral interest, record it and send it along with the AOH & death certificate there shouldn't be any issues. You can also send it to me prior to recording so I can have our title attorney review it prior to recording to see if it properly conveys interest to your husband. However, if the verbiage in the deed is unclear or poorly drafted this could cause some delay. You are welcome to transfer to yourself first to get paid out in a lump sum and then we can make the change to add your husband on later to receive future royalties, the choice is entirely up to you.

**From:** Barbara Lawrence <
**Sent:** Tuesday, May 5, 2020 9:07 AM
**To:** Kate Eggleston <
**Subject:** Re: Bankruptcy: any news when payments can be made? Pamela Page Suspended funds

Good morning Kate,
Is there paperwork to fill out to add my husband to my account?
Also checking on answers to questions from email to you 5/1.   Working on getting ready!
Thank you!
Barbara Lawrence

**From:** Barbara Lawrence <
**Sent:** Friday, May 1, 2020 2:51 PM
**To:** Kate Eggleston <
**Subject:** Re: Bankruptcy: any news when payments can be made? Pamela Page Suspended funds

Hi Kate,

I'm working on getting everything in order to transfer my sister's suspended funds.

Does a "Verification Of A Colorado Death Record" certified vital record of Colorado with Death Certificate file #, marital status, DOD, work, or is the whole Death Certificate required?  Copy or original?

Where do I send, or can I hand deliver the Certificate of Heirship and proof of death, to?  Any other forms to fill out? Also Matt and Melanie are my children.  Pamela never had any children which is detailed and sworn to in the Affidavit of Heirship by someone who knew her, other than myself.

And to verify, are Pamela's suspended funds account available today or frozen in the bankruptcy? And would adding my husband's name to the land, and my Sklar account before transferring the suspended funds  jeopardize the transfer in any way?  Anything else I should know or do?

Thank you Kate!  Hope you have a good, well deserved weekend!!!

Sincerely,
Barbara Lawrence

EXHIBIT C