**From:** Sutton Lloyd <███████████>
**Sent:** Monday, May 18, 2020 5:15 PM
**To:** Barbara Lawrence <███████████>
**Subject:** RE: Status of account

Barbara,

Steven is no longer at Sklar, but I will be happy to help you out. Pamela's funds are being held in suspense in a separate account. You and your sister were both force pooled in our Echo Papa unit after we were unable to obtain leases from either of you before the well was drilled.

Have you filed an affidavit of heirship with the Bienville Parish Clerk? If that is provided, along with Pamela's death certificate, we can complete the transfer, and then send you a division order.

Sutton Lloyd
Senior Landman



5395 Pearl Parkway, Suite 200 • Boulder, CO 80301
Direct Line 720.961.5476
slloyd@sklarexploration.com
www.sklarexploration.com

EXHIBIT E

**From:** Barbara Lawrence <barb-lawrence@live.com>

Steven,

Please just tell me in layman's terms the status of my deceased sister, Pamela Page's Suspended Funds. Are they being held in a separate account?

Please don't give me the run around and pass me off. I should not have to go through legal channels to get an answer to a simple question, bankruptcy or not.

Thank you,
Barbara Lawrence

EXHIBIT E