| SUCCESSION OF | 2nd JUDICIAL DISTRICT COURT |
|---|---|
| PAMELA PAGE | PARISH OF BIENVILLE |
| DOCKET # 8-946 | STATE OF LOUISIANA |

### LETTERS OF INDEPENDENT ADMINISTRATION

THIS IS TO CERTIFY that BARBARA PAGE LAWRENCE has been confirmed as Independent Administrator of the Succession of Pamela Page by the Honorable District Judge, Judge of the Second Judicial District Court of the Parish of Bienville, State of Louisiana; and has qualified for the office by complying with all of the requirements of law relating thereto. As Independent Administrator of the Succession, the aforesaid BARBARA PAGE LAWRENCE has full and complete authority to transact any and all business of the succession, or pertaining to the property of the decedent, as allowed by law; further, that s he shall compile, manage and protect the property of the succession, and serve in a fiduciary capacity;

Any and all persons may rely upon a copy of these letters to represent the authority of the Independent Administrator, without further order or judgment of this Court.

IN WITNESS WHEREOF, these Letters Testamentary are issued in the name, and under the seal of the Honorable, the Second Judicial District Court for the Parish of Bienville, State of Louisiana, at Arcadia, Louisiana, on the 20th day of May, 2020.

*Sandra K. Settle*