04/22/2020 11:02 am
Company:00SEC

**Sklar Exploration Co., L.L.C.**
**Suspense Master Listing by Owner**
Print Detail by Owner-Property-Distribution Line
Owner Account 0301
Owner PAGP01
Deck
Run Dates 01/2017 Thru 04/2020

*Pamela Page's Suspended funds*

| Property | P/I | Property Name | Deck | Run Date | Return | Volume | Revenue % | L/Adj | Gross | Taxes | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAGP01 | | Pamela Page, Deceased | | Paycode 2 = $50.00 mini | | | | | | | |
| 1ECH01 | CND | Echo Papa 10-10 #1 | | 06/2019 | PLAM0719 | 174.21 | 0.00781250 N | | 70.60 | 8.84- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 07/2017 | RSU04927 | 119,162.00 | 0.00781250 N | | 2,674.48 | 103.33- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 08/2017 | RSU04927 | 114,311.00 | 0.00781250 N | | 2,581.86 | 99.13- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 09/2017 | RSU04927 | 118,762.00 | 0.00781250 N | | 2,656.74 | 102.99- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 10/2017 | RSU04926 | 115,774.00 | 0.00781250 N | | 2,583.23 | 101.27- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 11/2017 | TEXL1217 | 114,103.00 | 0.00781250 N | | 2,455.19 | 98.95- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 12/2017 | TEXL0118 | 103,766.00 | 0.00781250 N | | 2,285.37 | 90.00- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 01/2018 | TEXL0218 | 74,323.00 | 0.00781250 N | | 1,693.68 | 64.45- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 02/2018 | TEXL0318 | 93,316.00 | 0.00781250 N | | 2,252.72 | 80.93- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 03/2018 | TEXL0418 | 94,805.00 | 0.00781250 N | | 2,131.30 | 82.21- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 03/2018 | TEXL0518 | 94,805.00 | 0.00781250 N | | 1,977.46 | 82.21- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 03/2018 | TEXC0418 | 94,805.00- | 0.00781250 N | | 1,977.46- | 82.21 | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 04/2018 | TEXC0418 | 95,024.00 | 0.00781250 N | | 1,977.46 | 82.40- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 05/2018 | TEXL0618 | 99,298.00 | 0.00781250 N | | 2,071.73 | 86.11- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 06/2018 | TEXL0718 | 102,195.00 | 0.00781250 N | | 2,223.21 | 88.62- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 07/2018 | TEXL0818 | 105,864.00 | 0.00781250 N | | 2,328.70 | 101.95- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 08/2018 | TEXE0918 | 107,219.00 | 0.00781250 N | | 2,309.12 | 102.20- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 09/2018 | TEXL1018 | 103,446.00 | 0.00781250 N | | 2,287.41 | 98.60- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 10/2018 | TEXL1118 | 111,005.00 | 0.00781250 N | | 2,594.06 | 105.80- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 11/2018 | TEXL1218 | 113,379.00 | 0.00781250 N | | 3,118.85 | 108.08- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 12/2018 | TEXL0119 | 74,933.00 | 0.00781250 N | | 2,543.30 | 71.42- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 01/2019 | TEXE0219 | 81,185.00 | 0.00781250 N | | 2,053.25 | 77.36- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 01/2019 | TEX0119C | 82,980.00- | 0.00781250 N | | 2,053.25- | 79.09 | 57.70 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 01/2019 | TEX0119C | 81,185.00 | 0.00781250 N | | 2,053.25 | 77.36- | 57.70- |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 01/2019 | TEXC0419 | 82,980.00 | 0.00781250 N | | 2,053.25 | 79.09- | 57.70- |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 01/2019 | TEXC0419 | 81,185.00- | 0.00781250 N | | 2,053.25- | 77.36 | 57.70 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 02/2019 | TEXL0919 | 83,182.00 | 0.00781250 N | | 1,745.74 | 79.28- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 03/2019 | TEXL0419 | 90,000.00 | 0.00781250 N | | 1,932.90 | 85.78- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 04/2019 | TEXE0519 | 80,383.00 | 0.00781250 N | | 1,571.85 | 76.62- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 05/2019 | TEXL0619 | 87,408.00 | 0.00781250 N | | 1,623.17 | 83.31- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 06/2019 | TEXE0719 | 84,088.00 | 0.00781250 N | | 1,504.21 | 80.15- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 07/2019 | TEXL0819 | 85,052.00 | 0.00781250 N | | 1,383.28 | 83.06- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 08/2019 | TEX1019 | 82,421.00 | 0.00781250 N | | 1,263.48 | 80.49- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 09/2019 | TEXE1019 | 80,008.00 | 0.00781250 N | | 1,295.61 | 78.13- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 10/2019 | TEXE1119 | 84,668.00 | 0.00781250 N | | 1,362.66 | 82.89- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 11/2019 | TEXL1219 | 80,487.00 | 0.00781250 N | | 1,517.09 | 78.58- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 12/2019 | TEXE1219 | 77,401.00 | 0.00781250 N | | 1,301.15 | 75.58- | 0.00 |
| 1ECH01 | GAS | Echo Papa 10-10 #1 | | 01/2020 | TEXE0220 | 77,446.00 | 0.00781250 N | | 1,187.70 | 75.63- | 0.00 |
| 1ECH01 | OIL | Echo Papa 10-10 #1 | | 08/2017 | RSU04927 | 193.90 | 0.00781250 N | | 67.23 | 8.43- | 0.00 |
| 1ECH01 | OIL | Echo Papa 10-10 #1 | | 09/2017 | RSU04927 | 185.97 | 0.00781250 N | | 66.53 | 8.34- | 0.00 |
| 1ECH01 | OIL | Echo Papa 10-10 #1 | | 11/2017 | PLAN1217 | 193.34 | 0.00781250 N | | 79.83 | 10.01- | 0.00 |
| 1ECH01 | OIL | Echo Papa 10-10 #1 | | 01/2018 | PLAM0218 | 184.32 | 0.00781250 N | | 87.48 | 10.96- | 0.00 |
| 1ECH01 | OIL | Echo Papa 10-10 #1 | | 03/2018 | PLM0418 | 189.49 | 0.00781250 N | | 89.38 | 11.20- | 0.00 |
| 1ECH01 | OIL | Echo Papa 10-10 #1 | | 06/2018 | PLAM0718 | 178.94 | 0.00781250 N | | 90.25 | 11.30- | 0.00 |
| 1ECH01 | OIL | Echo Papa 10-10 #1 | | 08/2018 | PLAM0918 | 192.77 | 0.00781250 N | | 101.07 | 12.66- | 0.00 |
| 1ECH01 | OIL | Echo Papa 10-10 #1 | | 10/2018 | PLAN1118 | 176.04 | 0.00781250 N | | 95.02 | 11.90- | 0.00 |
| 1ECH01 | OIL | Echo Papa 10-10 #1 | | 02/2019 | PLAM0319 | 178.58 | 0.00781250 N | | 72.34 | 9.08- | 0.00 |
| PAGP01 | | OWNER TOTAL: | | | | | 47 | | 63,310.21 | 2,807.78- | 0.00 |

Grand Total                                   2,938,339.56   47            63,310.21   2,807.78-   0.00

Total by Owner Balance Being Negative/Positive:        1
    Total Owner Positive Balance                    0
    Total Owner Negative Balance

EXHIBIT D
5/7/2020, 7:38 AM