| | |
|---|---|
| SUCCESSION OF | 2nd JUDICIAL DISTRICT COURT |
| PAMELA PAGE | PARISH OF BIENVILLE |
| DOCKET # 8-946 | STATE OF LOUISIANA |

### ORDER OPENING THE SUCCESSION AND APPOINTING BARBARA PAGE LAWRENCE AS INDEPENDENT ADMINISTRATOR

**FILED**
James W. Martin
Clerk of Court
MAY 2 0 2020
Parish of Bienville
By /s/ [signature]
Deputy Clerk

Considering the foregoing verified petition:

IT IS HEREBY ORDERED that the herein succession be judicially opened;

IT IS FURTHER ORDERED that **BARBARA PAGE LAWRENCE** is appointed as Independent Administrator of the Succession, with full authority of the Office as provided by law;

IT IS FURTHER ORDERED that Letters of Administration issue to Barbara Page Lawrence, without the necessity of furnishing security in accordance with law.

Signed in Chambers in Arcadia, Louisiana, on the 20th day of May, 2020.

_____
DISTRICT JUDGE
2nd JUDICIAL DISTRICT COURT
STATE OF LOUISIANA

EXHIBIT G