# Bienville Parish Clerk of Court Parish Recording Page

BIENVILLE PARISH CLERK OF COURT
100 COURTHOUSE DRIVE
ARCADIA, LA 71001-3659



Act # 20200608



**Received From**

BARBARA LAWRENCE
55 HILL CIRCLE
EVERGREEN, CO

**Grantor**
PAGE, PAMELA

**Grantee**
LAWRENCE, BARBARA PAGE

**Kind**
AFFIDAVIT OF HEIRSHIP

Index Type:   CONVEYANCE

Recording Pages: 5

---

**Recorded Information**

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Parish.

| | | |
|---|---|---|
| On (Recorded Date): | 04/30/2020 | JAMES W. MARTIN
CLERK OF COURT |
| At (Recorded Time): | 2:48 PM | Parish of Bienville Parish Clerk of Court
I certify that this is a true copy of the attached document that was filed for registry and
Recorded 04/30/2020 at 2:48 PM |

Act Number 20200608

KJ

_Deputy Clerk_

Do not Detach this Recording Page from Original Document    EXHIBIT I

# AFFIDAVIT OF HEIRSHIP

(County) __Custer County__   (Decedent's Name) __Pamela Page__   (State) __Colorado__

I, __Barbara Page Lawrence__ residing at __55 Hill Circle, Evergreen, CO 80439__

being first duly sworn, on oath, deposes and says that the answers and other statements hereinafter set out are true and correct.

1. How long and how well were you acquainted with decedent? __lifetime, sister__
2. If related to decedent, state in what way? __sister__
3. When and where did decedent die? __Denver, Co   June 12, 2016__
4. How old was decedent at time of death? __64__
5. As far as you know, was decedent of sound mind at time of death and during his/her entire life? __yes__
6. Was decedent married or single at time of death? __Single, never married__
7. If married, give name of husband/wife: __N/A__   Is husband/wife living? __N/A__
   If living, give address: __N/A__
8. How many times was decedent married? __0__. If married more than once, give names of prior spouses, indicating
   If this marriage was terminated by death or divorce, date of termination of marriage and address of each former spouse:

| Name Of Former Spouse | Marriage Terminated By Death Or Divorce | Date Of Termination | Address If Living |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

9. Was this interest inherited or purchased? __inherited__
10. Did decedent leave a will? __No__   11. Was will probated or other administration had on decedent's estate? __No - N/A__
12. Are there any debts still owing by decedent's estate? __No__
13. Give the information with reference to ALL children, living or dead, born to decedent, and indicate if child is/was adopted

| Name of Child | Other Parent | Birth Date | Address | Living or Dec'd | If Deceased Give Date |
|---|---|---|---|---|---|
| N/A - No children ever | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(if more space is needed, use additional sheet of paper)

14. Give information concerning brothers and/or sisters. If none, state no brothers or sisters.

| Name Of Brother/Sister | Birth date | Address | If Deceased Give Date |
|---|---|---|---|
| Barbara Page Lawrence | 1954 | 55 Hill Circle, Evergreen 80439 | |
| | | | |
| | | | |

SIGNED BY: __Barbara Lawrence__

SUBSCRIBED AND SWORN TO BEFORE ME THIS __28th__ DAY OF __April__, __2020__

__[signature]__
(NOTARY PUBLIC)   (SEAL)

MY COMMISSION EXPIRES __02/25/2023__

```
GRAYSON RICHARD ZAHN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194007845
MY COMMISSION EXPIRES 02/25/2023
```

## AFFIDAVIT OF HEIRSHIP

(County) Custer County  (Decedent's Name) Pamela Page  (State) Colorado

I, Linda Lewis, residing at PO Box 801 Evergreen, Colorado being first duly sworn, on oath, deposes and says that the answers and other statements hereinafter set out are true and correct.

1. How long and how well were you acquainted with decedent? Since 1986, friend of family
2. If related to decedent, state in what way? N/A
3. When and where did decedent die? Denver, CO June 12, 2016
4. How old was decedent at time of death? 64
5. As far as you know, was decedent of sound mind at time of death and during his/her entire life? yes
6. Was decedent married or single at time of death? Single
7. If married, give name of husband/wife: N/A    Is husband/wife living? N/A
   If living, give address: N/A
8. How many times was decedent married? Never. If married more than once, give names of prior spouses, indicating If this marriage was terminated by death or divorce, date of termination of marriage and address of each former spouse:

| Name Of Former Spouse | Marriage Terminated By Death Or Divorce | Date Of Termination | Address If Living |
|---|---|---|---|
| N/A | | | |

9. Was this interest inherited or purchased? Inherited
10. Did decedent leave a will? NO   11. Was will probated or other administration had on decedent's estate? N/A
12. Are there any debts still owing by decedent's estate? Not to my knowledge
13. Give the information with reference to ALL children, living or dead, born to decedent, and indicate if child is/was adopted

| Name of Child | Other Parent | Birth Date | Address | Living or Dec'd | If Deceased Give Date |
|---|---|---|---|---|---|
| N/A | | | | | |

(if more space is needed, use additional sheet of paper)

14. Give information concerning brothers and/or sisters. If none, state no brothers or sisters.

| Name Of Brother/Sister | Birth date | Address | If Deceased Give Date |
|---|---|---|---|
| Barbara Page Lawrence | 7-18-54 | 55 Hill Circle, Evergreen Co 80439 | N/A |

SIGNED BY: Linda Lewis

SUBSCRIBED AND SWORN TO BEFORE ME THIS 5 DAY OF October, 2019

C Roerda
(NOTARY PUBLIC)                                   (SEAL)

MY COMMISSION EXPIRES 08/31/2022

COURTNEY ROORDA
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20184035004
MY COMMISSION EXPIRES AUG 31, 2022

EXHIBIT J