**Sklar Exploration Co., L.L.C.**
401 Edwards Street, Suite 1601
Shreveport, LA 71101
(318)227-8668

# Settlement Statemen

Barbara Page Lawrence
P.O. Box 374
Evergreen, CO 80437

Account: LAWB(

Date: 04/30/20;

**Summary by LEASE:**

| Property# | Description | Expenses | You Owe |
|---|---|---|---|
|  | Unpaid Previous Balance |  | 76.19 |
| 1ECH01 | Echo Papa 10-10 #1 | 19.30 | 19.30 |
|  | **Totals:** | 19.30 | 95.49 |

PLEASE PAY THIS AMOUNT ----------------------^

Please visit www.sklarexploration.com for Direct Deposit and Change of Address forms.

EXHIBIT J

From: Sklar Exploration Co., L.L.C.
To: Barbara Page Lawrence

For Billing Dated 04/30/20
Account: LAWB01  Page

**LEASE: (1ECH01) Echo Papa 10-10 #1   Parish: BIENVILLE, LA**

Expenses:

| Reference | Description | Deck/AFE | Invoice Amt | Total | Your Share |
|---|---|---|---|---|---|
| **Lease Operating Expense** | | | | | |
| *Location Clean Up/Pit Closure* | | | | | |
| TM0320KJ | 03/20 Field Hand Time, Mileage & Equipment Rental- Johnson | 4 | 437.18 | 437.18 | 3.42 |
| *Instru/Monitoring & Automation* | | | | | |
| 91067704 | IHS Global, Inc. | 4 | 13.43 | | |
| BARC018524 | Bristol, Inc.- Zedi Access Monthly Fee, 3/2020 | 4 | 99.00 | 112.43 | 0.87 |
| *Telephone & Communications* | | | | | |
| 200310051 | Your Message Center, Inc. | 4 | 1.09 | 1.09 | 0.01 |
| *Contract Pumping/Gauging* | | | | | |
| 202003-0150 | Brammer Engineering, Inc.- 3/2020 | 4 | 400.00 | 400.00 | 3.13 |
| *Salt Water Disposal* | | | | | |
| 56474 | Roberson Trucking Co., Inc. | 4 | 262.50 | 262.50 | 2.05 |
| *Regulatory Costs & Fees* | | | | | |
| 2020030026 | Brammer Engineering, Inc.- SPCC plans | 4 | 150.00 | 150.00 | 1.17 |
| *COPAS Overhead* | | | | | |
| RBO38971 | Adm Overhead - Producing | 4 | 1,107.46 | 1,107.46 | 8.65 |
| | **Total Lease Operating Expense** | | | 2,470.66 | 19.30 |

| LEASE Summary: | Wrk Int | Expenses | You Owe |
|---|---|---|---|
| 1ECH01 | 0.00781250 | 19.30 | 19.30 |

EXHIBIT J
5/8/2020, 9:01 AM