UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN:72-1417930 | ) | |
|   Debtor | ) | Chapter 11 |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | |
|   Debtor | ) | Chapter 11 |

**ORDER GRANTING MOTION FOR RELEASE OF SUSPENSE FUNDS HELD IN TRUST BY DEBTORS IN POSSESSION**

THIS MATTER, before the Court on the Motion For Release Of Suspense Funds Held In Trust By Debtors In Possession filed by Barbara Lawrence and the estate of Pamela Page,

THIS Court having reviewed the Motion and any objections thereto and being otherwise advised on the Matters does hereby grant the Motion and Order as follows:

**ORDERED:** The Motion is granted and the Debtors in Possession shall immediately surrender to the estate of Pamela Page all funds held by it in the amount of $63,310.21 plus all payments for March, April, and May production and all future payments to her estate C/O the Estate Administrator, Ms. Barbara Lawrence and pursuant to payment instructions to be provide to the Debtors.

**FURTHER ORDERED:** The Debtors shall release to Ms. Barbara Lawrence all funds held by the Debtors in Possession for her including all payments for March, April, and May production and all future payments.

**FURTHER ORDERED:** The Debtors shall not deduct from any production payments owed to the Lawrence or Page parties post-production costs and expenses, including any

administrative fees claimed by the Debtors.

DATED: X_____

United States Bankruptcy Court Judge