## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN:72-1417930 | ) | |
|     Debtor | ) | Chapter 11 |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | |
|     Debtor | ) | Chapter 11 |

## NOTICE OF MOTION FOR RELEASE OF SUSPENSE FUNDS HELD IN TRUST BY DEBTORS IN POSSESSION AND DEADLINE TO OBJECT

### OBJECTION DEADLINE: JUNE 26, 2020

NOTICE IS HEREBY GIVEN Barbara Page Lawrence and the estate of Pamela Page, deceased HAVE FILED their Motion For Release Of Suspense Funds Held In Trust By Debtors In Possession, (the "Motion"), with the Court and requests the following relief:

The Motion seeks to order the Debtors to release funds held in trust and suspense for the estate of Pamela Page in the sum of $63,310.21. The Debtors also owe payments for March, April, and May production for the Pamela Page estate. Payments are also owed to Ms. Lawrence for March, April, and May 2020 of approximately $1000.00 per month which should be released. The Motion also seeks an order that the Debtors cease post-production expense and offsets from the production payments.

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to

creditors or other interested parties.

DATED this 5th day of June 2020

Respectfully submitted,

BUECHLER LAW OFFICE, L.L.C.

/s/ Michael J. Guyerson

Michael J. Guyerson, #11279
999 18th Street, Suite 1230-S
Denver, Colorado 80202
720-381-0045 / 720-381-0382 FAX
Mike@kjblawoffice.com