## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN:72-1417930 | ) | |
|    Debtor | ) | Chapter 11 |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | |
|    Debtor | ) | Chapter 11 |

---

## CERTIFICATE OF SERVICE

---

I certify that on June 5, 2020, I served a complete copy of **MOTION FOR RELEASE OF SUSPENSE FUNDS HELD IN TRUST BY DEBTORS IN POSSESSION** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

**Via U.S. Mail:**

Sklar Exploration Company, LLC
Sklarco, LLC
5395 Pearl Parkway, Suite 200
Boulder, CO 80301

**Via CM/ECF:**

| | |
|---|---|
| Lee M. Kutner | Shay L. Denning |
| Jeremy L. Retherford | Paul Moss |
| Craig Schuenemann | Katherine A. Ross |
| James B. Bailey | Bryce Suzuki |
| Eric Lockridge | Keri L. Riley |
| Grant Matthew Beiner | Jeffrey S. Brinen |
| Armistead Mason Long | David M. Miller |
| Kevin S. Neiman | Matthew J. Ochs |
| Jordan B. Bird | Brent R. Cohen |

| | |
|---|---|
| Benjamin Y. Ford | Jennifer Hardy |
| Stephen K. Lecholop II | Ryan Lorenz |
| Timothy C. Mohan | Michael Niles |
| Matthew Okin | Joseph Eric Bain |
| Duane Brescia | John Cornwell |
| Craig M. Geno | Christopher D. Johnson |
| Christopher Meredith | Jennifer Norris Soto |
| John Thomas Oldham | Robert L. Paddock |
| Brian Rich | Ryan Seidemann |
| Glenn Taylor | Amy Vazquez |
| Robert Padjen | Michael D. Rubenstein |
| Thomas H. Shipps | Timothy M. Swanson |
| Madison M. Tucker | Deanna L. Westfall |
| Timothy Michael Riley | Barnet B. Skelton Jr. |
| Jim F. Spencer Jr | David R. Taggart |
| Katherine Guidry Douthitt | US Trustee |

## L.B.R. 2002-1 CERTIFICATE OF SERVICE OF NOTICE

I certify that on June 5, 2020, I served a complete copy of *Notice Pursuant to Local Bankruptcy Rule 9013-1 of Motion for Release of Suspense Funds Held in Trust by Debtors in Possession* ("Notice) on the following parties, in the attached Creditor Address Mailing Matrix, which was obtained from the Court's docket on June 5, 2020 in accordance with 11 U.S.C. § 342(c) and Fed. R. Bankr. P. 2002R. Bankr. P. 2002

Dated: June 5, 2020                           By: */s/Teresa White*  _____

                                               For Buechler Law Office, L.L.C.

Label Matrix for local noticing
1082-1
Case 20-12377-EEB
District of Colorado
Denver
Fri Jun  5 13:49:40 MDT 2020

3 Lloyds Exploration Company LLC
1847 Broken Bend Drive
Westlake, TX 76262-8205

5395 Pearl Parkway, LLC
1919 14th Street
Suite 800
Boulder, CO 80302-5327

5395 Pearl Parkway, LLC
c/o Adam Hirsch
Kutak Rock, LLP
1801 California Street
Suite 3000
Denver, CO 80202-2652

A & B Pump & Supply, Inc.
P.O. Drawer T
Heidelberg, MS 39439-1019

A.F. Whatley Construction
11950 Highway 43
Bivins, TX 75555

A2D Teechnologies, Inc.
P.O. Box 733255
Dallas, TX 75373-3255

AEEC II, LLC
333 Texas Street
#2020
Shreveport, LA 71101-3680

AEH Investments LLC
Attn  Angela Harris
333 Texas Street, Ste. 1414
Shreveport, LA 71101-3678

AEH Investments, LLC
333 Texas Street
Suite 1414
Shreveport, LA 71101-3678

AFCO
P.O. Box 4795
Carol Stream, IL 60197-4795

ALFAVOR Corp.
ATTN  John Yilin Wang
1234 Northampton Street
State College, PA 16803-2417

AT&T
P.O. Box 105262
Atlanta, GA 30348-5262

Acme Oil Service & Repair, ,Inc.
d/b/a Acme Oilfield Services
4865 American Legion Road
Tyler, TX 75708-6120

Alabama Department of Revenue
50 North Ripley Street
Montgomery, AL 36104

(c)ALABAMA OIL COMPANY
C/O TIMOTHY M SWANSON
MOYE WHITE LLP
1400 16TH ST STE 600
DENVER CO  80202-1486

Alabama Oil Company
Attn  Walker Sturdivant, Partner
P.O. Box 230
Glendora, MS 38928-0230

All Copy Products,  Inc.
P.O. Box 660831
Dallas, TX 75266-0831

All Copy Products, Inc.
4141 Colorado Blvd.
Denver, CO 80216-4307

Ally Bank
PO Box 130424
Roseville, MN 55113-0004

Ally Payment Processing Center
P.O. Box 9001948
Louisville, KY 40290-1948

American Express
P.O. Box 650448
Dallas, TX 75265-0448

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Remediation & Environmental Inc
P.O. Box 570
Saraland, AL 36571-0570

Anderson Exploration Energy Company, LC
333 Texas Street
#2020
Shreveport, LA 71101-3680

Anderson Investment Holdings LP
dba GMA Energy LC
333 Texas Street, Suite 2020
Shreveport, LA 71101-3680

Anderson Investment Holdings, LP
AEEC II, LLC
333 Texas Street, Suite 2020
Shreveport, LA 71101-3680

(p)DABOIL RESOURCES L C
ATTN DAVID A BARLOW MEMBER
321 PASEO ENCINAL STREET
SAN ANTONIO TX 78212-1736

Apple River Investments, L.L.C.
Attn  Robert M. Boeve, President
1503 Garfield Road North
Traverse City, MI 49696-1111

Arcadia Oilfield Supply, Inc.
Sterling Commercial Credit
P.O. Box 204755
Dallas, TX 75320-4755

Armbrecht Jackson LLP
P.O. Box 290
Mobile, AL 36601-0290

Aspen Energy Inc.
161 St. Matthews Avenue, Suite 16
Louisville, KY 40207-3145

Atropos Exploration Co.
8235 Douglas
Suite 1200
Lockbox 12
Dallas, TX 75225-6023

B & L Pipeco Services, LLC
P.O. Box 840280
Dallas, TX 75284-0280

BTech Service & Supply, Inc.
1980 Highway 184 East
Laurel, MS 39443-9691

BVS, LLC
Attn  Brian Biffle
2010 Balsam Drive
Boulder, CO 80304-3618

Babe Development, LLC
P. O. Box 758
Roswell, NM 88202-0758

James B. Bailey
1819 5th Ave. North
Birmingham, AL 35203-2120

Joseph Eric Bain
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002-6116

Baker Hughes, a GE Company LLC
C/O Christopher J. Ryan
17021 Aldine Westfield Road
Houston, TX 77073-5101

Baker Hughes, a GE Company, LLC
Baker Hughes Oilfield Operations, LLC
P.O Box 301057
Dallas, TX 75303-1057

Baker, Kelly L.
254 State Street
Mobile, AL 36603-6474

Banded Iron US, Inc.
P.O. Box 51475
Lafayette, LA 70505-1476

Bantam Creek LLC
4712 Lakeside Drive
Colleyville, TX 76034-4530

Barbara M. Sugar Estate
Thomas P. Youngblood, Exec.
PO Box 52149
Shreveport, LA 71135-2149

Barker Concrete and Construction, Inc.
P.O. Box G
Edgemont, SD 57735-0815

Barlow, David A.
321 Paseo Encinal Street
San Antonio, TX 78212-1736

Barnette & Benefield, Inc.
PO Box 550
Haynesville, LA 71038-0550

Basic Energy Service, LP
P.O. Box 841903
Dallas, TX 75284-1903

Baxterville, LLC
4323 Snowberry Lane
Naples, FL 34119-8590

Beavers Specialty, Inc.
893 I-49 Service Road
Sunset, LA 70584-5456

Grant Matthew Beiner
Munsch Hardt Kopf & Harr, PC
700 Milam Street
Suite 2700
Houston, TX 77002-2730

Bellis Investments LP
100 Bush Street, Suite #550
San Francisco, CA 94104-3903

Bellousov, Anita
4355 East 135th Way
Thornton, CO 80241-1583

Berg Hill Greenleaf Ruscitti LLP
1712 Pearl Street
Boulder, CO 80302-5517

Jordan B. Bird
Cook, Yancey, King & Galloway
333 Texas Street, Suite 1700
Shreveport, LA 71101-3621

Black Banks, LLC
1310 S. Pennsylvania Street
Denver, CO 80210-2229

Bodcaw 3-D, LLC
P. O.  Box 1689
Ruston, LA 71273-1689

Bonaventure Safety, LLC
162 Industrial Drive
P.O. Box 43
Rayne, LA 70578-0043

Bonner Analytical
2703 Oak Grove Road
Hattiesburg, MS 39402-8946

Boots Smith Completion Services, LLC
c/o Gulf Coast Business Credit
P.O. Bxo 731152
Dallas, TX 75373-1152

Boulder Self Storage
6439 Arapahoe Road
Boulder, CO 80303-1452

Bradley Murchison Kelly & Shea, LLC
401 Edwards Street
Suite 1000
Shreveport, LA 71101-5529

Bradshaw Logistics, LLC
P.O. Box 429
Windsor, CO 80550-0429

Brammer Engineering, Inc. HSE Services
P.O. Box 301670
Dallas, TX 75303-1670

Duane Brescia
Clark Hill Strasburger
720 Brazos
Suite 700
Austin, TX 78701-2531

Brewton Area Properties
ATTN: Thomas McMillen
P.O. Box 809
Brewton, AL 36427-0809

Jeffrey S. Brinen
1660 Lincoln St.
Ste. 1850
Denver, CO 80264-9911

Bristol, Inc.
Accounts Receivable
P.O. Box 2056
Victoria, TX 77902-2056

Bundero Investment Company, L.L.C.
Robert P. Bowman, Manager
401 Edwards Street, Suite 820
Shreveport, LA 71101-5521

Bundero Investment Company, LLC
401 Edwards Street
Suite 820
Shreveport, LA 71101-5521

Burton, Trey
P.O. Box 314
Bentonia, MS 39040-0314

C&J Spec-Rent Services, Inc.
P.O. Box 733404
Dallas, TX 75373-3404

C&M OIlfield Rentals, LLC
d/b/a C-MOR Energy Services
P.O. Box 536
Cody, WY 82414-0536

C.R. Pate Logging, Inc.
Brooklyn LImestone Quarry Division
32440 County Road 6
Evergreen, AL 36401-8855

CCH Incorporated
P.O. Box 4307
Carol Stream, IL 60197-4307

CSI Compressco Operating, LLC
CSI Compressco Sub, Inc.
P.O. Box 840082
Dallas, TX 75284-0082

CTM 2005, Ltd.
55 Waugh Drive, Suite 515
Houston, TX 77007-5840

CTM 2005, Ltd.
Attn  Charles T. McCord, III
55 Waugh Drive #515
Houston, TX 77007-5840

Carl Herrin Oil and Gas, L.L.C.
493 Canyon Point Circle
Golden, CO 80403-7774

Carnley Electric, Inc.
P.O. Box 769
Jay, FL 32565-0769

Carter, Rhonda B.
P.O. Box 453
Brewton, AL 36427-0453

Casey Septic Tank Co., Inc.
122 Casey Street
Brewton, AL 36426-3238

Cass County Tax Assessor
Becky Watson, RTA
P.O. Box 870
Linden, TX 75563-0870

Central Exploration Co, Inc.
c/o William E. Hathorn
733 Highway 583 SE
Brookhaven, MS 39601-8846

Central Petroleum, Inc.
P.O. Box 2547
Madison, MS 39130-2547

Century Link
P.O. Box 91155
Seattle, WA 98111-9255

Century Tel/Century Link
P.O. Box 4300
Carol Stream, IL 60197-4300

CenturyLink Communications, LLC f/k/a
Qwest Communications Company, LLC
1025 El Dorado Blvd (Attn: Legal-BKY)
Broomfield, CO 80021-8254

Chanse Resources, L.L.C.
Attn  Wes Shepherd, COO
P.O. Box 1572
Shreveport, LA 71165-1572

Charter Energy Partners LLC
c/o Shaw Resources Management LLC
1999 Broadway, Suite 4320
Denver, CO 80202-5749

Cherokee County Electric Co-op Association
P.O. Box 257
Rusk, TX 75785-0257

Choice Copy Service USE CHOCO2!!
P.O. Box 919254
Dallas, TX 75391-9254

Choice Copy Service, LLC
401 Edwards Street
Suite B120
Shreveport, LA 71101-5534

Cicon & Associates LLP
P.O. Box 541
Chester, MT 59522-0541

Clakre & Company d/b/a Heard & Sanders
13201 Northwest Freeway
Suite 503
Houston, TX 77040-6024

Clark Hill Strasburger
ATTN: Duane J. Brescia
720 Brazos, Suite 700
Austin, TX 78701-2531

Clarkco Oilfield Services, Inc.
P.O. Box 341
Heidelberg, MS 39439-0341

Coastal Chemical Co., LLC
Department 2214
P.O. Box 122214
Dallas, TX 75312-2214

Cochran Chemical Co., Inc.
1800 Ray Davis Boulevard
Seminole, OK 74868-3508

Brent R. Cohen
1200 17th St.
Ste. 3000
Denver, CO 80202-5855

Cold Spring Energy LLC
Terry L. Pecora Sole Member
6 Spring Street
Cold Spring Harbor, NY 11724-1410

Colorado Department Of Revenue
1375 Sherman St.
Room 504
Attention Bankruptcy Unit
Denver, CO 80261-3000

Colorado Department of Law
1300 Broadway, 8th Floor
Denver, CO 80203-2104

Colorado Department of Revenue
1375 Sherman Street, Room 511
Denver, CO 80261-2200

Complete Environmental & Remediation Co.
P.O. Box 1079
Waynesboro, MS 39367-1079

Compliance Assurance Associates
682 Orvil Smith Road
Harvest, AL 35749-8847

Compression Controls & Rentals, LLC
5797 FM 2011
Longview, TX 75603-4337

Consolidated Electrical Distributors, In
CED Credit Office
P.O. Box 207088
Dallas, TX 75320-7088

Cook, Yancey, King & Galloway, APLC
333 Texas Street
Suite 1700
P.O. Box 22260
Shreveport, LA 71120-2260

Copeland, Kenny
1821 Bayou Bend Drive
Bossier City, LA 71111-5148

John Cornwell
Munsch Hardt Kopf & Harr PC
700 Milam St.
Ste 2700
Houston, TX 77002-2730

Counterpoint Consulting, LLC
17020 Preston Bend Drive
Dallas, TX 75248-1349

Craft Exploration Company L.L.C.
P.O. Box 2430
Madison, MS 39130-2430

Crowley Fleck PLLP
P.O. Box 30441
Billings, MT 59107-0441

Culkin Water District
2681 Sherman Avenue
Vicksburg, MS 39183-8788

D & M Drilling Fluids, Inc.
P.O. Box 579
Jay, FL 32565-0579

DBC Resources II LP
PO Box 670725
Dallas, TX 75367-0725

DBC Resources LP
PO Box 670725
Dallas, TX 75367-0725

DCOD LLC
C/o Warren Clark Development
16390 Addison Road
Addison, TX 75001-3249

Daniel W. McMillan
P.O. Box 867
Brewton, AL 36427-0867

Darby's Welding & Machine, LLC
Tailwinds Loenbro Holdings, Inc.
78 48th Avenue SW
Dickinson, ND 58601-7244

Davis Hot Shot Service, LLC
4967 Highway 84
Waynesboro, MS 39367-8869

Deepwell Energy Services, LLC
Department #0944
P.O. Box 1000
Memphis, TN 38148-0944

(p)DELTA S VENTURES LP
615 LONGVIEW DRIVE
SUGAR LAND TX 77478-3728

Shay L. Denning
835 E. Second Ave.
Ste., 123
PO Box 2717
Durango, CO 81302-2717

Derrick Corporation
590 Duke Road
Buffalo, NY 14225-5171

C. Bickham Dickson III
307 Deborah Drive
Shreveport, LA 71106-6009

Dickson Oil & Gas, L.L.C.
307 Deborah Drive
Shreveport, LA 71106-6009

Dickson Oil & Gas, LLC
c/o C. Bickham Dickson, III, Manager
P.O. Box 52479
Shreveport, LA 71135-2479

Dolkas Investments LP
100 Bush Street, Ste #550
San Francisco, CA 94104-3903

Double D Dynamics
David Denkeler
P.O. Box 568
Judson, TX 75660-0568

DoublePine Investments, Ltd.
4851 LBJ Freeway, Suite 210
Dallas, TX 75244-6018

Douglas Parking, LLC
1330 Broadway
Suite 630
Oakland CA 94612-2527

Katherine Guidry Douthitt
Blanchard, Walker, O'Quin & Roberts
333 Texas Street, Regions Tower, Suite 7
Shreveport, LA 71101-3666

Drilling Tools International, Inc
PO Box 677901
Dallas, TX 75267-7901

Durrett Production Services
P.O. Box 463
Arp, TX 75750-0463

ECS Enterprise Computing Services, LLC
347 Bert Kouns Industrial Loop
Shreveport, LA 71106-8124

ELBA Exploration LLC
PO Box 807
Milton, FL 32572-0807

Eagle Express Hotshot Service LLC
Jefcoat Inspection Service
P.O. Box 2082
Laurel, MS 39442-2082

East West Bank Treasury Department
135 North Los Robles Avenue
Suite 600
ATTN  Linda Cox
Pasadena, CA 91101-4549

Eastern Fishing & Rental Tools, Inc.
P.O. Box 292
Laurel, MS 39441-0292

Eaton Finance Corp.
7302 Rustling Oaks Drive
Richmond, TX 77469-7340

Ed L. Dunn
P.O. Box 94
Milton, FL 32572-0094

Ed Leigh McMillan, III
PO Box 867
Brewton, AL 36427-0867

Edward L. Yarbrough, Jr.
PO Box 11
Belcher, LA 71004-0011

Eiche, Mapes and Company, Inc.
P.O. Box 7992
Tyler, TX 75711-7992

Eldorado Artesian Springs
1783 Dogwood Street
Louisville, CO 80027-3085

Engineering Service
M&G Enterprises, Inc.
P.O. Box 180429
Richland, MS 39218-0429

Enterprise Computer Services, LLC
347 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LA 71106-8124

Enterprise Computing Services, LLC
347 Bert Kouns Industrial Loop
Shreveport, LA 71106-8124

Escambia River Electric Cooperative
P.O. Box 428
Jay, FL 32565-0428

Estate of Pamela Page, Deceased
P.O. Box 374
Evergreen, CO 80437-0374

Euler Hermes Agent for Derrick Corporation
800 Red Brook Blvd
Owings Mills, MD 21117-5173

Evergreen Concrete Company, Inc.
150 Owassa Road
Evergreen, AL 36401-1606

Exigent  Information Solutions
8310 South Valley
Englewood, CO 80112-5812

Ezzie's Wholesale, Inc.
P.O. Box 1770
Malta, MT 59538-1770

FOS Engineering & Consulting, LLC
103 Machine Loop
Scott, LA 70583-5146

FPCC USA, Inc.
245 Commerce Green Blvd, Ste 250
Sugar Land, TX 77478-3760

Fant Energy Limited
c/o Jackson Walker
1401 McKinney Street
Suite 1900
Houston, TX 77010-4037

Fant Energy Limited
P.O. Box 55205
Houston, TX 77255-5205

FedEx
P.O. Box 660481
Dallas, TX 75266-0481

Fiddler Investments
PO Box 708
Addison, TX 75001-0708

Fletcher Exploration, LLC
PO Box 2147
Fairhope, AL 36533-2147

Fletcher Petroleum Co., LLC
P.O. Box 2147
Fairhope, AL 36533-2147

Flexjet, LLC
26180 Curtiss Wright Parkway
Cleveland, OH 44143-1453

Flexjet, LLC
Epic Aero, Inc.
P.O. Box 677207
Dallas, TX 75267-7207

Florida Department of Revenue
P. O. Box 6668
Tallahassee, FL 32314-6668

Flow Specialties, Inc.
1262 Grimmett Drive
Shreveport, LA 71107-6604

Foote Oil & Gas Properties, LLC
P.O. Box 6418
Gulf Shores, AL 36547-6418

Benjamin Y. Ford
RSA Tower, 27th Floor
11 North Water Street
Mobile, AL 36602-3809

Ford Motor Company
P.O. Box 650575
Dallas, TX 75265-0575

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Four D LLC
c/o R.E. Douglass
PO Box 2173
Durango, CO 81302-2173

Francis Bruce Hock
& Bettie Jean M. Hock
PO Box 670
Minden, LA 71058-0670

Francis Lane Mitchell
PO Box 376
Shreveport, LA 71162-0376

Franks Exploration Co. LLC
PO Box 7665
Shreveport, LA 71137-7665

Franks Exploration Company, LLC
P.O. Box 7655
Shreveport, LA 71137-7655

Fuelman
P.O. Box 70887
Charlotte, NC 28272-0887

Full Throttle Energy Service, LLC
P.O. Box 536
Sandersville, MS 39477-0536

GCREW Properties, LLC
Mr. George E. Jochetz, III
12323 Rip Van Winkle
Houston, TX 77024-4945

GE Oil & Gas
P.O. Box 911776
Dallas, TX 75391-1776

GHD Services, Inc.
P.O. Box 392237
Pittsburgh, PA 15251-9237

GRS Services, LLC
George R. Stephenson
1214 County Road 14
Heidelberg, MS 39439-3555

GTT Communications, Inc.
P.O. Box 842630
Dallas, TX 75284-2630

Gardner Energy Corporation
Attn  Nick Sacco
952 Echo Lane, Suite 315
Houston, TX 77024-2791

Gaston Oil Company
Attn  Robert S. Gaston
9306 Milbank
Shreveport, LA 71115-3860

Gates Acquisition Synd. LLC
Attn  Ross P. Barrett
820 Garrett Drive
Bossier City, LA 71111-2500

Gateway Exploration, LLC
Attn  Jay Moffitt
3555 Timmons Lane, Suite 730
Houston, TX 77027-6445

Genco Transport, LLC
P.O. Box 481
Greenwood, LA 71033-0481

Genesis Resources, LLC
4450 Old Canton Road, Ste 207
Jackson, MS 39211-5991

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157-8784

Goolsby Interests, LLC
Attn  James W. Goolsby
110 Sibelius Lane
Houston, TX 77079-7203

Grady Rails & Sons, Inc.
12364 Brooklyn Road
Evergreen, AL 36401-8500

(p)GRANITE CREEK PARTNERS LLC
P O BOX 639
TETON VILLAGE WY 83025-0639

Gravity Oilfield Services, LLC
P.O. Box 734128
Dallas, TX 75373-4128

(p)GULF COAST LAND SERVICES INC
ATTN J MIKEL CHEESEMAN
6033 PAIGE POINT DRIVE
MILTON FL 32570-7763

Michael J. Guyerson
999 18th St.
Ste., 1230 South
Denver, CO 80202-2414

H&H Construction, LLC
Ladon E. Hall, Sole Manager
P.O. Box 850
Flomaton, AL 36441-0850

HBRada, LLC
Hansen Rada, Manager
2010 Alpine Drive
Boulder, CO 80304-3608

HLP Engineering, Inc.
P.O. Box 52805
Lafayette, LA 70505-2805

Hall Management LLC
Attn  Donald L. Hall
4913 Oak Point Drive
Shreveport, LA 71107-7408

Hall Management, LLC
4913 Oak Point Drive
, LA 71107-7408

Hall Trucking, Inc.
2515 Foothill Blvd.
Rock Springs, WY 82901-4734

Halliburton Energy Services
P.O. Box 301341
Dallas, TX 75303-1341

Hanson Operating Co. Inc.
Attn   B. Ray Willis
P.O. Box 1515
Roswell, NM 88202-1515

Jennifer Hardy
Willkie Farr & Gallagher LLP
600 Travis Street
Houston, TX 77002-3009

Harvest Gas Management, LLC
10050 Bayou Glen Road
Houston, TX 77042-1205

Hatcher, Steven
1269 Yellow Pine Road
Boulder, CO 80304-2264

Heap Services, LLC
Don Heap
984 Beat Four Shubuta Road
Shubuta, MS 39360-9656

Herring Gas Company, Inc.
P.O. Box 206
Laurel, MS 39441-0206

Hi-Vac, LLC
P.O. Box 2067
Laurel, MS 39442-2067

Hopping Green & Sams
Hopping Green & Sams, P.A.
119 S. Monroe Street
Suite 300
Tallahassee, FL 32301-1591

Hopping Green & Sams, P.A.
ATTN  Timothy M. Riley
119 South Monroe Street
Suite 300
Tallahassee, FL 32301-1591

Horace, LLC
493 Canyon Point Circle
Golden, CO 80403-7774

Hughes 2000 CT LLC
PO Box 1868
Brandon, MS 39043-1868

Hughes Network Systems, LLC
P.O. Box 96874
Chicago, IL 60693-6874

Hughes Oil South LLC
Attn  Dee-Dee Bell
PO Box 608
Oxford, MS 38655-0608

Hughes Oil South, LLC
P.O. Box 608
Oxford, Mississippi 38655-0608

Hurley Enterprises, Inc.
P.O. Box 385
Fairview, MT 59221-0385

Hurst Plumbing
P.O. Box 548
Teague, TX 75860-0548

I & L Miss I, LP
4761 Frank Luck Dr
Addison, TX 75001-3202

IHS Global, Inc.
P.O. Box 847193
Dallas, TX 75284-7193

IRS
PO Box 7346
Philadelphia PA 19101-7346

Infinisource Benefit Services
ATTN: Finance Dept.
P.O. Box 889
Coldwater, MI 49036-0889

Inter-Mountain Pipe & Threading Company
P.O. Box 1840
Mills, WY 82644-1840

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Iron Mountain Records Management
P.O. Box 915004
Dallas, TX 75391-5004

J & A Harris LP
Attn  Angela Harris
333 Texas Street, Ste. 1414
Shreveport, LA 71101-3678

J & H Insurance Services, Inc.
510 North Valley Mills Drive
Waco, TX 76710-6075

J&A Harris, LP
333 Texas Street
Suite 1414
Shreveport, LA 71101-3678

J. Nichols LLC
2384 Mill Creek Road
Laurel, MS 39443-8339

J.B. Compression Service
P.O. Box 527
Harleton, TX 75651-0527

JCE Galbraith Oil & Gas LLC
2032 ALameda Avenue
Orlando, FL 32804-6904

JD Fields & Company, Inc.
P.O. Box 134401
Houston, TX 77219-4401

JDGP, LLC
4323 Snowberry Lane
Naples, FL 34119-8590

JF Howell Interests, LP
Attn  James David Morgan, Manager
416 Travis Street, Suite 700
Shreveport, LA 71101-5502

JJS Interests Escambia, LLC
2001 Kirby Dr
Suite 1110
Houston, TX 77019-6081

JJS Interests Steele Kings LLC
2001 Kirby Dr
Suite 1110
Houston, TX 77019-6081

JJS Working Interest LLC
2001 Kirby Dr, Suite 1110
Houston, TX 77019-6081

JOYCO Investments, LLC
P. O. Box 2104
Roswell, NM 88202-2104

JTC Operating, Inc.
191 Reno Road
Jamestown, LA 71045-4244

Jackson, Louise Seamans
P.O. Box 272
Kosse, TX 76653-0272

James B. Dunn
5826 Dunridge Dr
Pace, FL 32571-7673

James Muslow, Jr.
6025 Arden Street
Shreveport, LA 71106-2348

Janus Enterprises, LLC
Raymond Joseph Lasseigne
PO Box 5625
Bossier City, LA 71171-5625

Jeffreys Drilling, LLC
3839 McKinney Ave, Ste 155-269
Dallas, TX 75204-1413

Jennifer S. Holifield
Speegle, Hoffman, Holman & Holifield, LL
P.O. Box 11
Mobile, AL 36601-0011

Jimco Pumps
P.O. Box 6255
Laurel, MS 39441-6255

John A. Mouton, III
PO Box 82438
Lafayette, LA 70598-2438

John C. Nix, Jr., - Life Estate
P.O. Box 807
Milton, FL 32572-0807

John Pike Construction, Inc.
P.O. Box 1024
Chinook, MT 59523-1024

Christopher D. Johnson
Munsch Hardt Kopf & Harr PC
700 Milam St.
Ste 2700
Houston, TX 77002-2730

Jones Energy Company, LLC
2124 Fairfield Avenue
Shreveport, LA 71104-2003

Judy Dunn
5843 Dunridge Dr.
Pace, FL 32571-7627

K&T Welding Services, LLC
Timothy J. Beech
177 Masonite Lake Road
Laurel, MS 39443-9755

K.C. Whittemore
C/O CA Whittemore
10 Mason Pond Place
Spring, TX 77381-3191

KCS Automation, LLC
4 Portofino Drive
Unit 1103
Pensacola Beach, FL 32561-5408

KMR Investments LLC
Attn  Tim Brown
PO Box 417
Homer, LA 71040-0417

KMR Investments, LLC
P.O. Box 417
Homer, Louisiana 71040-0417

Kelley Brothers Contractors, Inc.
P.O. Drawer 1079
Waynesboro, MS 39367-1079

Kelton Company, L.L.C.
Attn  Thomas W. Sylte, Manager
P.O. Box 230
Pensacola, FL 32591-0230

Key Energy Services, Inc.
d/b/a Key Energy Services, LLC
P.O. Box 4649
Houston, TX 77210-4649

Key Rite Security
5570 East Yale Avenue
Denver, CO 80222-6907

Keystone Engineering, Inc.
1100 West Causeway Approach
Mandeville, LA 70471-3038

Kingston, LLC
2790 South Thompson Street
Suite 102
Springdale, AR 72764-6303

Kirk Weaver Contract Pumping, Inc.
P.O. Box 385
Beckville, TX 75631-0385

Kirkiez LLC
3073 Red Deer Trail
Lafayette, CO 80026-9326

Kleinfelder, Inc.
P.O. Box 51958
Los Angeles, CA 90051-6258

Kodiak Gas Services, LLC
15320 Hwy. 105, Suite 210
Montgomery, TX 77356-2602

Kodiak Gas Services, LLC
P.O. Box 732235
Dallas, TX 75373-2235

(c)KUDZU OIL PROPERTIES, LLC
C/O TIMOTHY M. SWANSON
MOYE WHITE LLP
1400 16TH ST STE 600
DENVER CO 80202-1486

Kudzu Oil Properties, LLC
300 Concourse Blvd, Suite 101
Ridgeland, MS 39157-2091

Lee M. Kutner
1660 Lincoln St.
Ste. 1850
Denver, CO 80264-9911

L & L Process Solutions, Inc.
3748 Industrial Park
Mobile, AL 36693-5636

L. Jackson Lazarus
P O Box 1286
106 S Wall Street
Natchez, MS 39120-3477

LCJ Resources, LLC
Attn  Chris Wilde
1250 N.E. Loop 410 STE 333
San Antonio, TX 78209-1544

LJD Enterprises, Inc.
ATTN: Louis J. Dellacava
2595 Canyon Boulevard
Suite 230
Boulder, CO 80302-6737

Landmark Exploration, LLC
C/O Jim F. Spencer, Jr., Esq.
Watkins & Eager PLLC
PO Box 650
PO Box 650
Jackson, MS 39205-0650

Landmark Exploration, LLC
P.O. Box 12004
Jackson, MS 39236-2004

Landmark Oil and Gas, LLC
C/O Jim F. Spencer, Jr., Esq.
Watkins & Eager PLLC
PO Box 650
PO Box 650
Jackson, MS 39205-0650

Landmark Oil and Gas, LLC
P.O. Box 12004
Jackson, MS 39236-2004

Lane Oil & Gas Corporation
Attn  Nick Sacco
952 Echo Lane, Suite 315
Houston, TX 77024-2791

LaserCycle USA
528 South Taylor Avenue
Louisville, CO 80027-3030

Barbara P Lawrence
55 Hill Circle
Evergreen, CO 80439-4618

Lawrence M. Cushman Trust
Lawrence M. Cushman, Trustee
591 Camino de la Reina, Suite 900
San Diego, CA 92108-3199

Stephen K. Lecholop II
Rosenthal Pauerstein Sandoloski Agather
755 E Mulberry Ave
Ste 200
San Antonio, TX 78212-4285

Lechwe LLC
P.O. Box 270415
Houston, TX 77277-0415

Lexington Investments, LLC
C/O Jim F. Spencer, Jr., Esq.
Watkins & Eager PLLC
PO Box 650
PO Box 650
Jackson, MS 39205-0650

Liberty Supply, Inc.
P.O. Box 489
Magnolia, AR 71754-0489

Eric Lockridge
400 Convention St., Ste. 700
Baton Rouge, LA 70802-5628

Lonewolf Energy, Inc.
P.O Box 81026
Billings, MT 59108-1026

Armistead Mason Long
Gordon, Arata, Montgomery, Barnett, McCo
400 East Kaliste Saloom Road
Suite 4200
Lafayette, LA 70508-8522

Ryan Lorenz
14850 N. Scottsdale Rd.
Ste. 500
Scottsdale, AZ 85254-3464

Louisiana  Edwards Tower Louisiana
Tower Operating LLC
7020 Solutions Center
Chicago, IL 60677-7000

Louisiana Department of Revenue
617 North Third Street
Baton Rouge, LA 70802-5432

Louisiana Department of Revenue
P.O. Box 201
Baton Rouge, LA 70821-0201

Louisiana Department of Revenue
PO Box 66658
Baton Rouge, LA 70896-6658

Louisiana One Call System
P.O. Box 40715
Baton Rouge, LA 70835-0715

Louisiana Tower Operating
c/o Kean Miller
ATTN: Mark Mese
II City Plaza
400 Convention Street
Baton Rouge, LA 70802-5614

Lucas Petroleum Group, Inc.
c/o Duane J. Brescia
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701-2531

Lucas Petroleum Group, Inc.
327 Congress Avenue, Suite 500
Austin, TX 78701-3656

Lufkin Industries, Inc.
P.O. Box 301199
Dallas, TX 75303-1199

M & G Enterprises, Inc.
dba Engineering Service
Attn:  Mary Parker
PO BOX 180429
Richland, MS 39218-0429

MER Energy, Ltd.
6500 Greenville Ave, Ste 110
Dallas, TX 75206-1008

MJS Interests, LLC
9266 Hathaway Street
Dallas, TX 75220-2228

Marco Land & Petroleum, Inc.
Attn  Mr. Cosby H. Martin, Jr.
2811 Keego Road
Brewton, AL 36426-8058

Marksco, L.L.C.
Attn  Mark Sealy
333 Texas Street, Suite 1050
Shreveport, LA 71101-3680

Marty Cherry Enteprise LLC
P.O. Box 370
Fouke, AR 71837-0370

Masco Wireline, Inc.
P.O. Box 2726
Laurel, MS 39442-2726

McAdams Propane Company
P.O. Box 1715
Center, TX 75935-1715

McCombs Energy Ltd., LLC
755 East Mulberry Ave, Suite 600
San Antonio, TX 78212-6013

McCombs Energy, Ltd.
755 E Mulberry Ave, Ste 200
San Antonio, TX 78212-4285

McCombs Exploration, LLC
755 E Mulberry Ave, Ste 200
San Antonio, TX 78212-4285

McCurry, Tim
219 Millerton Road
Haynesville, LA 71038-7452

McDavid, Noblin & West PLLC
248 East Capital Street
Suite 840
Jackson, MS 39201-2505

McDowell, Miles
418 Lowell Court
Shreveport, LA 71115-2915

(p)MEDIACOM COMMUNICATION CORP
ATTN JACKIE SMITH
3737 WESTOWN PARKWAY SUITE A
WEST DES MOINES IA 50266-6748

Mega Oil Corporation
PO Box 1793
Kilgore, TX 75663-1793

Mendozas Barrier Fence Co.
P.O. Box 388
Brewton, AL 36427-0388

Merchants Credit Bureau of Savannah
Merchants Credit Bureau, Inc.
P.O. Bxo 458
Augusta, GA 30903-0458

Mercury Oil Company, LLC
1221 W Campbell Rd
Ste 233
Richardson, TX 75080-2942

Christopher Meredith
Copeland, Cook, Taylor & Bush P.A.
P.O. Box 6020-39158
Ridgeland, MS 39158

Meritage Energy, Ltd.
C/O BKD, LLP
2700 Post Oak Blvd, Ste 1500
Houston, TX 77056-5829

Mesa Fluids, LLC
c/o Juno Financial
P.O. Box 173928
Denver, CO 80217-3928

Metropolitan Life Insurance Company
P.O. Box 804466
Kansas City, MO 64180-4466

(p)MID SOUTH ANCHOR SERVICE LLC
P O BOX 2434
LAUREL MS 39442-2434

David M. Miller
Spencer Fane LLP
1700 Lincoln St.
Suite 2000
Denver, CO 80203-4554

Mississippi Department of Revenue
Bankruptcy Section
P.O. Box 22808
Jackson, MS 39225-2808

Mississippi Department of Revenue
P.O. Box 1033
Jackson, MS 39215-1033

Mississippi Gauge & Supply Co.
P.O. Box 2366
Laurel, MS 39442-2366

Mississippi Power
P.O. Box 245
Birmingham, AL 35201-0245

Timothy C. Mohan
600 17th Street, Ste. 2020S
Denver, CO 80202-5415

Moncla Slickline, LLC
P.O. Box 53688
Lafayette, LA 70505-3688

Montana Department of Revenue
PO Box 6577
Helena, MT 59604-6577

Paul Moss
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Mountain Air Enterprises, LLC
820 Garrett Drive
Bossier City, LA 71111-2500

Murkco Exploration Co., L.L.C.
Attn   Malcolm Murchison
401 Edwards Street, Suite 1000
Shreveport, LA 71101-5529

Music Mountain Water, LLC
P.O. Box 2252
Birmingham, AL 35246-0031

National Oilwell DHT, LP
Wells Fargo Bank, N.A.
P.O. Bxo 201153
Dallas, TX 75320-1153

National Oilwell Varco Wells Fargo Bank
P.O. Box 201224
Dallas, TX 75320-1224

Navasota Valley Electric Cooperative
P.O. Box 848
Franklin, TX 77856-0848

Kevin S. Neiman
999 18th St.
Ste., 1230 S
Denver, CO 80202-2414

New Benefits Ltd.
P.O. Box 803475
Dallas, TX 75380-3475

New London Contractors, Inc.
P.O. Box 228
New London, TX 75682-0228

Nex Tier Completion Solutions, Inc.
P.O. Bxo 733404
Dallas, TX 75373-3404

Michael Niles
Berger Singerman LLP
313 N. Monroe Street
Ste 301
Tallahassee, FL 32301-7643

Nine Forks LLC
Attn  Larry L. Hock
PO Box 670
Minden, LA 71058-0670

Noble Casing, Inc.
125 South Howes Street
Suite 800
Fort Collins, CO 80521-2746

Noble Drilling, LLC
125 South Howes Street
Suite 800
Fort Collins, CO 80521-2746

Jennifer Norris Soto
Ayres, Shelton, Williams, Benson & Paine
P.O. Box 1764
Shreveport, LA 71166-1764

Northstar Drillstem Testers, Inc.
2410A - 2 Avenue SE
Calgary, WV 26000

Northstar Producing I, Ltd.
Terry Stanislav
1681 River Road Apt. 3108
Boerne, TX 78006-8317

Matthew J. Ochs
555 17th St.
Ste., 3200
Denver, CO 80202-3921

Office of the Attorney General
State of Colorado
1300 Broadway
Denver, CO 80203-2104

Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Suite 4400
Washington, DC 20530-0001

Office of the US Attorney
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202-2628

Oil States Energy Services, LLC
P.O. Box 203567
Dallas, TX 75320-3567

Oilfield Partners Energy Services, LLC
P.O. Box 40
Henrietta, TX 76365-0040

Matthew Okin
Okin Adams LLP
1113 Vine Street, Suite 240
Houston, TX 77002-1044

John Thomas Oldham
1113 Vine St., Ste. 240
Houston, TX 77002-1044

Olson Energy Services, LLC
5289 139th Avenue NW
Williston, ND 58801-9588

Omega Oilfield Service Co. MEGA
P.O. Box 1793
Kilgore, TX 75663-1793

Owassa Brownsville Water Authority
P.O. Box 544
Evergreen, AL 36401-0544

P2 Energy Solutuions
P2ES Holdings, LLC 2692
P.O. Bxo 912692
Denver, CO 80291-2692

Robert L Paddock
Buck Keenan
2229 San Felipe
Ste 1000
Houston, TX 77019-5674

Robert Padjen
1300 Broadway
8th Floor
Denver, CO 80203-2104

Pam Lin Corporation
PO Box 50635
Midland, TX 79710-0635

Panther Pressure Testers, Inc.
P.O. Box 1109
Watford City, ND 58854-1109

Parkman's Painting & Bush Hogging
2294 Highway 563
Simsboro, LA 71275-3606

Pason Systems USA Corp.
7701 West Little York
Houston, TX 77040-5493

Pathfinder Inspections & Field Services
P.O. Box 3889
Gillette, WY 82717-3889

Patrick J. McBride
501 Seville Circle
El Dorado Hills, CA 95762-7237

Paula W. Denley LLC
PO Box 720548
Byram, MS 39272-0548

Pearl Parkway, LLC
LJD Enterprises, Inc.
2595 Canyon Boulevard
Suite 230
Boulder, CO 80302-6737

Petroleum Investments Inc.
416 Travis Street, Ste. 612
Shreveport, LA 71101-5502

Petroleum Services, Inc.
d/b/a Mike Palmer Petroleum Services Inc
P.O. Box 1486
Williston, ND 58802-1486

Phillips, Mike
P.O. Box 1450
Mexia, TX 76667-1450

Pickens Financial Group, LLC
10100 N. Central Expressway, Suite 200
Dallas, TX 75231-4169

Pine Iisland Chemical Solutions, LLC
P.O. Box 53393
Lafayette, LA 70505-3393

Pine Island Chemical Solutions, L.L.C.
c/o Armistead M. Long
Gordon, Arata, Montgomery, Barnett
400 East Kaliste Saloom Road
Suite 4200
Lafayette, LA 70508-8522

Pine Island Chemical Solutions, L.L.C.
Post Office Box 53393
Lafayette, LA 70505-3393

Pioneer Wireline Services, LLC
P.O. Box 202567
Dallas, TX 75320-2567

Pitney Bowes
P.O. Box 371896
Pittsburgh, PA 15250-7896

Pitney Bowes Global Financial Services
P.O. Box 371887
Pittsburgh, PA 15250-7887

Pitney Bowes Inc
27 Waterview Dr, 3rd Fl
Shelton CT 06484-4361

Pitney Bowes Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874

Pitts Swabbing Service, Inc.
P.O. Box 554
Laurel, MS 39441-0554

Plains Gas Solutions
Plains All American Pipeline, LP
333 Clay Street
Suite 1600
Houston, TX 77002-4101

Plante & Morgan, PLLC
16060 Collections Center Drive
Chicago, IL 60693-0160

Precise Propellant Stimulation, LLC
5354 Highway 171
Gloster, LA 71030-3108

Precise Propellant Stimulation, LLC
PO Box 157
Gloster, LA 71030-0157

Precision Signs
P.O. Box 285
Shreveport, LA 71162-0285

Premium Oilfield Services, LLC
P.O. Box 203763
Dallas, TX 75320-3763

Presley, Deloris
309 North Pine Street
Brewton, AL 36426-1221

Pressure Control Innovations, LLC
P.O. Box 2115
Laurel, MS 39442-2115

Pro-Tek Field Services, LLC
P.O. Box 919269
Dallas, TX 75391-9269

Process Piping Materials, Inc.
P.O. Box 1167
Youngsville, LA 70592-1167

Pruet Oil Company, LLC
217 West Capitol St. Ste 201
Jackson, MS 39201-2099

Pruet Production Co.
P.O. Box 11407
Birmingham, AL 35246-1129

(p)PRYOR PACKERS  INC
ATTN ATTN KAREN T GATLIN
PO BOX 2754
LAUREL MS 39442-2754

Quitman Tank Solutions, LLC
P.O. Box 90
502 South Archusa Avenue
Quitman, MS 39355-2330

R & E Electric Services Electric
A&R Enterprises
P.O. Box 2000
Kilgore, TX 75663-2000

R & R Rentals & Hot Shot, Inc.
P.O. Box 1161
Laurel, MS 39441-1161

RSM US LLP
5155 Paysphere Circle
Chicago, IL 60674-0001

RWLS, LLC
d/b/a Renengade Services
P.O. Box 862
Levelland, TX 79336-0862

Railroad Commission of Texas
P-5 Financial Assurance Unit
P.O. Box 12967
Austin, TX 78711-2967

Rapad Drilling & Well Service, Inc.
217 West Capitol Street
Suite 201
Jackson, MS 39201-2004

Rapad Well Service Co., Inc.
217 West Capitol Street
Jackson, MS 39201-2004

Rawls Resources, Inc.
Attn  Mr. Jim Rawls
P.O. Box 2238
Ridgeland, MS 39158-2238

Reagan Equipment Co., Inc.
Department AT 952461
Atlanta, GA 31192-2461

Red Diamond Services, LLC
RDOS Holdings, LLC
P.O. Box 1029
Waskom, TX 75692-1029

RedWave Energy, Inc.
ATTN: Jim Nelson
1041 Mackenzie Place
Wheaton, IL 60187-3333

Regard Resources Company, Inc.
555 Aero Drive
Shreveport, LA 71107-6941

Register Oilfield Services, Inc.
P.O. Box 960
Logansport, LA 71049-0960

Republic Services #808
P.O. Box 9001099
Louisville, KY 40290-1099

Resource Ventures, LLC
Attn  Mark A. Arnold
7112 W Jefferson Ave
Suite 106
Lakewood, CO 80235-2300

Jeremy L Retherford
Balch & Bingham
1901 Sixth Ave N Suite 1500
Birmingham, AL 35203-4642

Brian Rich
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301-7643

Richard E. Johnson, Inc.
P.O. Box 111
Waynesboro, MS 39367-0111

Richard S. Logan Trucking, Inc.
P.O. Box 2900
Mills, WY 82644-2900

Ricoh Americas Corporation
300 Eagleview Blvd.
Exton, PA 19341-1155

Ricoh USA, Inc.
P.O. Box 660342
Dallas, TX 75266-0342

Keri L. Riley
1660 Lincoln St., Ste.1850
Denver, CO 80264-9911

Timothy Michael Riley
Hopping Green & Sams
119 S. Monroe St.
Suite 300
Tallahassee, FL 32301-1591

Robco Fossil Fuels, LLC
Attn  Steve White
4830 Line Ave #135
Shreveport, LA 71106-1530

Roberson Trucking Co., Inc.
672 Three Creeks Road
Junction City, AR 71749-8623

Robert C. McMillan 2011 Rev Trust
Trustmark Nat'l Bank, Trustee
PO Box 291 STE 1030
Attn  Chip Walker, Personal Trust Dept.
Jackson, MS 39205-0291

Robert Israel
2920 6th Street
Boulder, CO 80304-3012

Robert Israel Trust UW Joan Israel
R. Israel,L. Israel &D. Israel, Trustees
2920 6th Street
Boulder, CO 80304-3012

Robin USA, Inc.
5751 English Turn Drive
Milton, FL 32571-9545

Robine & Welch Machine & Tool Company
P.O .Box 252
Laurel, MS 39441-0252

Rosebud Energy Development, LLC
William E. Nicas
375 Deer Meadow Lane
Littleton, CO 80124-9712

Katherine A Ross
1801 California St.
Ste. 1600
Denver, CO 80202-2628

Rowe Engineering & Surveying
c/o Jennifer S. Holifield
Speegle, Hoffman, Holman & Holifield, LL
P.O. Box 11
Mobile, AL 36601-0011

Rowe Engineering & Surveying, Inc.
3502 Laughlin Drive
Suite B
Mobile, AL 36693-5660

Michael D Rubenstein
Liskow and Lewis
1001 Fannin Street, Suite 1800
Houston, TX 77002-6756

Rudman Family Trust
Tara Rudman, Co-Trustee
5910 North Central Expressway
Ste 1662
Dallas, TX 75206-0965

Ryco Exploration, LLC
401 Edwards Street, Ste 915
Shreveport, LA 71101-5553

S&S Construction, LLC
P.O. Box 859
Flomaton, AL 36441-0859

SDMF Holdings, LLC
Attn  Andrew Dossett
5222 Stonegate Road
Dallas, TX 75209-2212

SPL, Inc.
d/b/a Banded Iron Group
P.O. Box 842013
Dallas, TX 75284-2013

SPOC Automation, Inc.
P.O. Bxo 1024
Trussville, AL 35173-6024

SRT Oil Field Service, LLC
P.O. Box 2909
Laurel, MS 39442-2909

Sawyer Drilling & Service Inc.
PO Box 5275
Bossier City, LA 71171-5275

Craig K. Schuenemann
1700 Lincoln St., Ste. 4100
Denver, CO 80203-4541

Secorp Industries
P.O. Box 687
Ridgeland, MS 39158-0687

Securities and Exchange Commission
Central Regional Office
1961 Stout St.
Ste. 1700
Denver CO 80294-1700

Securities and Exchange Commission
Midwest Regional Office
175 W. Jackson Blvd.
Ste. 900
Chicago IL 60604-2815

Ryan Seidemann
Louisiana Department of Justice
1885 North Third Street
Baton Rouge, LA 70802-5146

Seitel Data, Ltd.
c/o Duane J. Brescia
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701-2531

Sequel Electrical Supply, LLC
P.O. Box 3579
Meridian, MS 39303-3579

Service Electric d/b/a A&R Enterprises
P.O. Box 2000
Kilgore, TX 75663-2000

Sesnon Oil Company
100 Bush Street, Ste #550
San Francisco, CA 94104-3903

(p)SHADOW HILL  LLC
ATTN WILLIAM M SALE III
P O BOX 6212
BOSSIER CITY LA 71171-6212

Thomas H Shipps
Maynes, Bradford, Shipps & Sheftel, LLP
835 E. Second Avenue
P.O. Box 2717
Durango, Suite 123
Durango, CO 81302-2717

Shore Energy, L.P.
W. Tim Sexton, President
26 Crestwood Drive
Houston, TX 77007-7007

Shred-it USA – Shreveport
28883 Network Place
Chicago, IL 60673-1288

Shreveport Club
410 Travis Street
Shreveport, LA 71101-3105

Shreveport Petroleum Data Assoc.
333 Texas Street
Suite 900
Shreveport, LA 71101-3678

Simba Investors, LLC
Attn  Gary Glesby
P.O. Box 270415
Houston, TX 77277-0415

Barnet B Skelton Jr
Barnet B. Skelton, Jr.,
815 Walker, Suite 1502
Houston, TX 77002-5832

Sklar Exploration Company, LLC
5395 Pearl Parkway
Suite 200
Boulder, CO 80301-2541

Sklarco, LLC
5395 Pearl Parkway
Suite 200
Boulder, CO 80301-2541

Sleeping Buffalo
P.O. Box 131
Saco, MT 59261-0131

Slickline South, LLC
1652 Dykestown Road
Jay, FL 32565-2031

Smith International, Inc.
P.O. Box 732136
Dallas, TX 75373-2136

Southern Erosion Control Ownership
Tracey Fillmore
P.O. Box 969
Flomaton, AL 36441-0969

Southern Petroleum Laboratories, Inc.
8850 Interchange Drive
Houston, TX 77054-2511

Southern Pine Electric Cooperative
P.O. Box 528
Brewton, AL 36427-0528

Southern Propane, Inc.
P.O. Box 530
Taylorsville, MS 39168-0530

Southwestern Electric Power Company
P.O. Box 371496
Pittsburgh, PA 15250-7496

Spanish Fort Royalty, LLC
P.O. Box 7429
Spanish Fort, AL 36577-7429

Jim F Spencer Jr
Watkins & Eager PLLC
P. O. Box 650
Jackson, MS 39205-0650

Staples Business Credit
P.O. Box 105638
Atlanta, GA 30348-5638

State Line Vacuum Service, Inc.
10656 Highway 79
Haynesville, LA 71038-5608

State of Alabama, Department of Revenue
Legal Division
P.O. Box 320001
Montgomery, AL 36132-0001

State of Colorado
Division of Securities
1560 Broadway, Suite 900
Denver, CO 80202-5150

Stateside Oil, Inc.
Attn  Nick Sacco
952 Echo Lane, Suite 315
Houston, TX 77024-2791

Stewarts Testing, Inc.
Alpha Leak Detection Services, Inc.
304 Meadow Lane
Kemah, TX 77565-3027

Stone Development, LLC
C/O Jim F. Spencer, Jr., Esq.
Watkins & Eager PLLC
PO Box 650
PO Box 650
Jackson, MS 39205-0650

Stone Development, LLC
Attn L. C. Cheramie, Manager
PO Box 12004
Jackson, MS 39236-2004

Stoneham Drilling Corporation
c/o Bradley
Attn: James B. Bailey
1819 Fifth Avenue North
Birmingham, AL 35203-2120

Stoneham Drilling Corporation
707 17th Street
Suite 3250
Denver, CO 80202-3433

Strago Petroleum Corporation
3209 Hamm Road
Pearland, TX 77581-5503

Stratum Reservoir Intermediate, LLC
P.O. Box 734607
Dallas, TX 75373-4607

Stric-Lan Companies, LLC
P.O. Box 62288
Lafayette, LA 70596-2288

Stroud Family LLC
333 Texas Street Suite 860
Shreveport, LA 71101-5302

Sugar Oil Properties, L.P.
625 Market Street
Suite 100
Shreveport, LA 71101-5392

Sugar Oil Properties, L.P.
Attn  Mr. Mickey Quinlan, President
625 Market Street, Suite 100
Shreveport, LA 71101-5392

Support.com Accounts Receivable
Dept. CH-10967
Palatine, IL 60055-0967

Support.com, Inc.
ATTN: Chief Financial Officer
900 Chesapeake Drive
2nd Floor
Redwood City, CA 94063-4727

Sutton Lloyd
1425 West 23rd Avenue
Denver, CO 80205

Bryce Suzuki
Bryce Suzuki
Suite 2200
Two North Central Avenue
Phoenix, AZ 85004-4406

(c)TIMOTHY M. SWANSON
1400 16TH ST STE 600
DENVER CO  80202-1486

T & T Communications
P.O. Box 279
Ellisville, MS 39437-0279

T & T Welding Service
P.O. Box 279
Ellisville, MS 39437-0279

T.A. Leonard
7817 Petersen Point Road
Milton, FL 32583-8599

T.M. McCoy & Co., Inc.
P.O. Box 608
Wilson, WY 83014-0608

T.W. McGuire & Associates, Inc.
Petroleum Engineers
P.O. Box 1763
Shreveport, LA 71166-1763

TCP Cottonwood, L.P.
333 Texas Street
#2020
Shreveport, LA 71101-3680

TCP Cottonwood, L.P.
333 Texas Street, Suite 2020
Shreveport, LA 71101-3680

TCP Specialists, LLC
P.O. Box 157
Gloster, LA 71030-0157

TCP Specialists, LLC
P.O. Box 19574
Shreveport, LA 71149-0574

TOOLPUSHERS SUPPLY CO
PO BOX 1714
CASPER, WY 82602-1714

TST Energy, LLC
Tracy S. Toups, Manager
3238 Barksdale Blvd
Bossier City, LA 71112-3534

David R Taggart
Bradley Murchison Kelly & Shea
401 Edwards Street
Suite 1000
Shreveport, LA 71101-5529

Tara Rudman Revocable Trust
Tara Rudman, Trustee
5910 North Central Expressway, Ste 1662
Dallas, TX 75206-0965

Tauber Exploration & Production Co
55 Waugh Drive, Suite 600
Houston, TX 77007-5837

Tauber Exploration & Production Company
55 Waugh Drive, Suite 700
Houston, TX 77007-5837

Glenn Taylor
Copeland, Cook, Taylor & Bush P.A.
1076 Highland Colony Parkway
Concourse 600
Suite 200
Ridgeland, MS 39157-8804

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

The Coleman Revocable Living Trust
4600 Greenville Avenue, Suite 300
Dallas, TX 75206-5038

The Financials.com LLC
1868 Wildcat Cove
Fort Pierce, FL 34949-8889

The Hiller Companies, Inc.
P.O. Box 935434
Atlanta, GA 31193-5434

The Juneau Group
2386A Rice Blvd. #232
Houston, TX 77005

The MR Trust
Attn  Wes Herndon
6500 Greenville Ave
Ste 110
Dallas, TX 75206-1008

The McPherson Companies, Inc.
P.O. Box 890145
Charlotte, NC 28289-0145

The Official Committee of Unsecured Creditor
Munsch Hardt Kopf & Harr PC
700 Milam St.
Suite 2700
Houston, TX 77002-2730

The Rudman Partnership
W.R.  Trey Sibley, III
4851 LBJ Freeway, Ste 210
Dallas, TX 75244-6018

Thompson Gas
P.O. Box 9896511
Boston, MA 02298-6511

Tiembo Ltd
Attn  Mark Rauch
PO Box 270415
Houston, TX 77277-0415

Tim Ross/William Timothy Ross
10044 State Highway
Troup, TX 75789

Tom Joiner & Associates, Inc.
P.O. Box 1490
Tuscaloosa, AL 35403-1490

Tom Youngblood
PO Box 5926
Shreveport, LA 71135-5926

Tommy Youngblood
P.O. Box 5926
Shreveport, Louisiana 71135-5926

Tool Pushers Supply Co.
P.O. Box 1714
Casper, WY 82602-1714

Total Pump & Supply, LLC
P.O. Box 548
Carencro, LA 70520-0548

Total Safety US, Inc.
P.O. Bxo 654171
Dallas, TX 75265-4171

Town of Arcadia
P.O. Box 767
Arcadia, LA 71001-0767

TrackNet
1215 Prytania Street
New Orleans, LA 70130-4382

TransZap, Inc.
Enverus Business Automation
Department 3597
P.O. Box 123597
Dallas, TX 75312-3597

Trimble Energy, LLC
Attn  James C. Trimble
11816 Inwood Road #11
5855 Milton Street Apt. 405
Dallas, TX 75206-0043

Trinity Exploration LLC
776 Old Wagon Trail Circle
Lafayette, CO 80026-8713

Triumphant  Management, LLC
Attn  Stefano Feo
3757 Gulf Shores Pkwy
Suite BA-1
Gulf Shores, AL 36542-2759

Madison M. Tucker
Jones Walker LLP
201 St. Charles Avenue
New Orleans, LA 70170-5100

Turner Specialty Services,  LLC
P.O. Box 2750
Baton Rouge, LA 70821-2750

Turner Specialty Services, LLC
8687 United Plaza Blvd.
Baton Rouge, LA 70809-7009

Twin Bridges Resources LLC
475 17th Street, Suite 900
Denver, CO 80202-4009

UHS Premium Billing
P.O. Box 94017
Palatine, IL 60094-4017

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Ulterra Drilling Technologies. LP
P.O. Box 733586
Dallas, TX 75373-3586

Union Oilfield Supply, Inc.
12 John Dykes Road
Waynesboro, MS 39367-8371

Unishippers FRT Performance
Logistics Group, Inc.
P.O. Box 4011
Greenwood Village, CO 80155-4011

Unishppers DEN Performance
Logistics Group, Inc.
P.O. Box 4011
Greenwood Village, CO 80155-4011

United Rentals  North America ,  Inc.
P.O. Box 840514
Dallas, TX 75284-0514

Upshur Rural Electric Cooperative
P.O. Box 6500
Big Sandy, TX 75755-6500

Valley Plains, LLC
P.O. Box 249
Woodlawn, TX 75694-0249

Amy Vazquez
Jones Walker LLP
811 Main Street
Ste 2900
Houston, TX 77002-6116

Vincent A. Zito Petroleum Landman
505 Bear Drive
Gulf Breeze, FL 32561-4221

W.S. Red Hancock, Inc.
P.O. Box 207
Bentonia, MS 39040-0207

Warthawg Construction
d/b/a Warthawg Properties, LP
520 Honeysuckle Lane
Longview, TX 75605-6759

Wastewater Disposal Services, Inc.
P.O. Drawer 649
Brewton, AL 36427-0649

Weatherford Laboratories, Inc.
ATTN  Kelly Emanual
2000 St. James Place
Houston, TX 77056-4123

(p)WELLPRO  INC
PO BOX 2436
WILLISTON ND 58802-2436

Western Water Consultants, Inc.
611 Skyline Road
Laramie, WY 82070-8909

Deanna L. Westfall
Office of the Colorado Attorney General
1300 Broadway,  8th Floor
Denver, CO 80026

Whirlwind Methane Recovery Systems LLC
3600 Bent Cedar Trail
Edmond, OK 73034-2049

White Resources LLC Oilfield Chemicals
P.O. Box 17875
Natchez, MS 39122-7875

White Resources, LLC
P O Box 1286
106 S Wall Street
Natchez, MS 39120-3477

White's T&J Oilfield Supply, Inc.
P.O. Box 659
Highway 84 West
Jonesville, LA 71343-0659

White, Glen and Glenda
130 Commanche Trail
Delhi, LA 71232-6773

William R. & Gloria R. Rollo Rev Trust
W.R. Rollo & G.R. Rollo, Co-Trustees
P.O. Box 894
Milton, FL 32572-0894

Wimberley Park Ltd.
Attn  Peter M. Way
PO Box 36530
Houston, TX 77236-6530

Wyoming Department of Revenue
122 West 25th Street, Suite E301
Herschler Building East
Cheyenne, WY 82002-0001

Yazoo Valley Electric Power Association
P.O. Box 8
Yazoo City, MS 39194-0008

Your Message Center, Inc.
3181 Old Redlick Road
Texarkana, TX 75503-5084

ZAP Engineering & Construction Services, Inc
333 S Allison Parkway, Suite 100
Lakewood, CO 80226-3115

ZAP Engineering and Construction
333 South Allison Parkway
Lakewood, CO 80226-3115

Zedi USA
P.O. Box 51475
Lafayette, LA 70505-1476

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ansaben Trust
David A. Barlow, Trustee
321 Paseo Encinal St
San Antonio, TX 78212

(d)Daboil Resources, LC
David A Barlow, Member
321 Paseo Encinal Street
San Antonio, TX 78212

Delta S Ventures LP
615 Longview Drive
Sugar Land, TX 77478

Ford Motor Credit Company, LLC
PO Box 6275
Dearborn, MI 48121

Granite Creek Partners, LLC
Attn  L. Patrick Lupo
PO Box 639
Teton Village, WY 83025-0639

Gulf Coast Land Services, Inc.
6033 Paige Point Drive
Milton, FL 32570

Internal Revenue Service
1999 Broadway
MS 5012 DEN
Denver, CO 80202-3025

(d)Internal Revenue Service
Insolvency Unit
1999 Broadway
MS 5012 DEN
Denver, CO 80202-3025

Mediacom
P.O. Box 71219
Charlotte, NC 28272-0121

Mid South Anchor Service, LLC
P.O. Box 2434
Laurel, MS 39442

Pryor Packers, Inc.
P.O. Box 2754
Laurel, MS 39442

Shadow Hill, LLC
P.O. Box 6212
Bossier City, LA 71171-6212

Texas Comptroller
111 East 17th Street
Austin, TX 78701

WellPro Fishing & Rental Tools, Inc.
WellPro, Inc.
P.O. Box 2436
Williston, ND 58802-2436

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Alabama Oil Company
c/o Timothy M Swanson
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202

Kudzu Oil Properties, LLC
c/o Timothy M. Swanson
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202

Timothy M. Swanson
1400 16th St.
6th Floor
Denver, CO 80202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Alabama Oil & Gas, LLC

(u)Anderson, Kim

(u)Apple River Investments, LLC

(u)Armbrecht Jackson, LLP

(u)BP America Production Company

(u)BPX Properties (NA) LP

(u)Baker Hughes Oilfield Operations LLC

(u)Baker Petrolite LLC

(d)Barnette & Benefield, Inc.
P.O. Box 550
Haynesville, LA 71038-0550

(u)Berg Hill Greenleaf & Ruscitti, LLP

(u)Bri-Chem Supply Corp., LLC

(u)Bureau of Land Management

(u)Coastal Exploration, Inc.

(d)Colorado Department Of Revenue
1375 Sherman St.
Room 504
Attention Bankruptcy Unit
Denver CO 80261-3000

(d)Complete Environmental & Remediation Compa
P.O. Box 1079
Waynesboro, MS 39367-1079

(u)Copeland, Cook, Taylor & Bush, P.A.

(d)Drilling Tools International, Inc.
P.O. Box 677901
Dallas, TX 75267-7901

(u)East-West Bank

(u)Eastern Fishing & Rental Tool Company, Inc

(du)Eastern Fishing & Rental Tool Company, In

(u)FPCC USA, Inc.

(u)Feather River 75, LLC

(u)Fletcher Exploration, LLC

(u)Fletcher Petroleum Company, LLC

(d)Fletcher Petroleum Company, LLC
PO Box 2147
Fairhope, AL 36533-2147

(du)Fletcher Petroleum Corp.

(u)GCREW Properties, LLC

(u)GE Oil & Gas Pressure Control US

(u)Gardner, Marie

(u)Gateway Exploration, LLC

(u)Harvest Gas Management, LLC

(u)JF Howell Interests ,LP

(u)JH Howell Interests, LP

(u)JJS Interests Escambia, LLC

(u)JJS Interests Steele Kings, LLC

(u)JJS Working Interests, LLC

(u)Juno Financial LLC

(u)Kat Eggleston

(d)Kingston, LLC
2790 South Thompson Street Suite 102
Springdale, AR 72764-6303

(u)Kudzo Oil Properties, LLC

(u)Lufkin Industries, LLC

(u)MER Energy, LTD

(u)MR Oil & Gas, LLC

(u)Meritage Energy Ltd

(u)Office of Natural Resources Revenue

(u)PAR Minerals Corporation

(d)Pickens Financial Group, LLC
10100 N. Central Expressway
Ste 200
Dallas, TX 75231-4169

(u)Plains Gas Solutions, LLC

(u)Plains Marketing, L.P.

(u)Pruet Oil Company, LLC

(u)Pruet Production Co.

(u)Rapaid Well Service Co., Inc.

(u)Rudman Family Trust

(u)Rudman Partnership

(d)Ryco Exploration, LLC.
401 Edwards Street, Suite 915
Shreveport, LA 71101-5553

(u)State of Louisiana, Depatment of Natural R

(u)Strago Petroleum Corporation

(u)Tara Rudman Revocable Trust

(du)The Rudman Partnership

End of Label Matrix
Mailable recipients    570
Bypassed recipients     59
Total                  629