**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Joint Administered Under**<br>**Case No. 20-12377 EEB** |

**JOINDER OF JF HOWELL INTERESTS, LP TO THE OBJECTION OF BAKER HUGHES OILFIELD OPERATIONS LLC TO THE DEBTORS' MOTION FOR APPROVAL OF LENDING AGREEMENT AND FOR AUTHORITY TO INCUR DEBT ON AN ADMINISTRATIVE, UNSECURED BASIS**

**NOW INTO COURT**, through undersigned counsel, comes JF Howell Interests, LP ("Howell Interests"), a creditor and party in interest, which joins in the "Objection of Baker Hughes Oilfield Operations LLC to the Debtors' Motion for Approval of Lending Agreement and for Authority to Incur Debt on an Administrative, Unsecured Basis" [Doc. 398] (the "Objection") filed herein on June 5, 2020 by Baker Hughes Oilfield Operations LLC ("Baker Hughes").

**JOINDER**

Howell Interests finds the reasons and concerns expressed in the Baker Hughes' Objection [Doc. 398], to be reasonable, detailed and the questions set forth therein compelling. Accordingly, Howell Interests joins in the Baker Hughes' Objection.

- 1 -

## **CONCLUSION**

Howell Interests requests that the Debtors' Motion for Approval of Lending Agreement and for Authority to Incur Debt on an Administrative, Unsecured Basis [Doc. 346] before the Court be denied for the reasons set forth in the Baker Hughes' Objection.

Dated: June 5, 2020

Respectfully submitted,

BRADLEY MURCHISON KELLY & SHEA LLC

By:  /s/ David R. Taggart
     David R. Taggart (Texas Bar # 00793102)
401 Edwards Street, Suite 1000
Shreveport, Louisiana 71101
Telephone: (318) 227-1131
Facsimile: (318) 227-1141

Email: dtaggart@bradleyfirm.com

- - **Attorneys for JF Howell Interests, LP**

- 3 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed on June 5, 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

       /s/ David R. Taggart
OF COUNSEL