# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: <br><br> SKLAR EXPLORATION COMPANY, LLC, <br><br> Debtor. | Case No. 20-12377-EEB <br><br><br> Chapter 11 |
| In re: <br><br> SKLARCO, LLC <br><br> Debtor. | Case No. 20-12380-EEB <br><br><br> Chapter 11 <br><br> **Jointly Administered Under Case No. 20-12377-EEB** |

**PRUET'S JOINDER IN SUPPORT OF THE LIMITED OBJECTION OF TAUBER EXPLORATION & PRODUCTION COMPANY; CTM 2005, LTD; PICKENS FINANCIAL GROUP, LLC; I & L MISS I, LP; MER ENERGY, LTD; MR OIL & GAS LLC; TARA RUDMAN REVOCABLE TRUST; FEATHER RIVER 75, LLC; RUDMAN FAMILY TRUST AND THE RUDMAN PARTNERSHIP TO DEBTORS' MOTION FOR APPROVAL OF LENDING AGREEMENT AND FOR AUTHORITY TO INCUR DEBT ON AN ADMINISTRATIVE, UNSECURED BASIS**

Come now, Pruet Production Co. ("PPC") both in its individual capacity and as agent for certain owners of working interests (the "Owners")[1] and Pruet Oil Company, LLC ("POC" and together with PPC, "Pruet"), creditors and parties in interest, and file this joinder ("Joinder") in support of the Objection [Docket No. 379] (the "Objection") filed by Tauber Exploration & Production Company; CTM 2005, LTD; Pickens Financial Group, LLC; I & L Miss I, LP; MER Energy, LTD; MR Oil & Gas, LLC; Tara Rudman Revocable Trust; Feather River 75, LLC; Rudman Family Trust and the Rudman Partnership (collectively, the "Tauber Group") to the Debtors' Motion for Approval of Lending Agreement and for Authority to Incur Debt on an

---

[1] A list of the Owners is included in the Verified Rule 2019 Statement of Multiple Representation filed at Docket No. 162, as amended by Docket No. 211.

9022637.1

Administrative, Unsecured Basis [Docket No. 346] (the "Lending Motion"). In support of this Joinder, Pruet states the following:

Pruet does not oppose the loan contemplated by the Lending Motion, but instead opposes one term of the proposed financing—that being that the Lending Motion seeks authority to allow the proposed lenders to setoff any judgment that may be entered against them in these cases against the balance of the proposed loan. The evidence known today strongly suggests that it is not a question of *if* a judgment will be entered against the proposed lenders, but is instead a question of *when*. Given that, the proposed loan is not a loan at all. Instead, it is prepayment of an inevitable judgment. For that reason, Pruet request the Lending Motion be granted, but without the provision allowing for offset against a judgment.

## RESERVATION OF RIGHTS

Pruet makes no admission of fact or law and reserves any and all rights, claims, objections, and defenses that may be available to them before this Court and any other court with competent jurisdiction over the parties and the matters at issue, including in connection with the Lending Motion, the Objection, this Joinder, or any other related motions, pleadings, or orders, asserted liens and interests, and any other matters involving the administration of this case, the estate, and Pruet's interests, any and all rights available to them under the Bankruptcy Code and applicable non-bankruptcy law. Pruet reserves any and all rights to supplement or amend this Joinder at any time, including at any hearing.

## JOINDER

Pruet joins the support of all other parties objecting to the Lending Motion to the extent such objections are not inconsistent with this Joinder.

9022637.1

## **CONCLUSION**

Pruet requests that the Court approve the loan sought in the Lending Motion only if the lenders are not allowed to setoff any judgment against the balance of the loan. Pruet seeks such other and different relief as the Court deems proper and just.

Dated: June 5, 2020

/s/ Matthew J. Ochs
Matthew J. Ochs
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
P.O. Box 8749
Denver, CO 80201-8749
Telephone: (303) 295-8299
Facsimile: (303) 416-8951
Email: mjochs@hollandhart.com

-and-

/s/ *Jeremy L. Retherford*
Jeremy L. Retherford
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203-4642
Telephone: (205) 226-3479
Facsimile: (205) 488-5693
Email: jretherford@balch.com

*Attorneys for Pruet Oil Company, LLC and Pruet Production Co. in its individual capacity and as agent of the Owners.*

9022637.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 5, 2020, I served a complete copy of the foregoing by the CM/ECF system, in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules.

                                              */s/ Tammy L. Devlin*
                                              Tammy L. Devlin
                                              Holland & Hart LLP

14782997_v1

9022637.1