## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC, | |
| Debtor. | Chapter 11 |
| | |
| In re: | Case No. 20-12380-EEB |
| SKLARCO, LLC | |
| Debtor. | Chapter 11 |
| | **Jointly Administered Under Case No. 20-12377-EEB** |

## WITNESS AND EXHIBIT LIST OF
## PRUET PRODUCTION CO. AND PRUET OIL COMPANY LLC

Come now, Pruet Production Co., in its individual capacity and as agent on behalf of certain working interest holders ("PPC"), and Pruet Oil Company LLC ("POC" and together with PPC, "Pruet"), file their Witness and Exhibit List ("Witness & Exhibit List") for the hearing on the following: (1) *Motion to Appoint Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104, or in the Alternative, Convert to Chapter 7 Pursuant to 11 U.S.C. § 1112(b)* filed by the Tauber Group (Docket No. 308) and all objections there to; (2) the Debtors' *Motion for Entry of Order Authorizing Debtors' Employment of CR3 Partners as Chief Restructuring Officer* (Docket No. 341) and all objections thereto; (3) *Debtors' Motion for Approval of Lending Agreement and for Authority to Incur Debt on an Administrative, Unsecured Basis* (Docket No. 346) and all objections thereto; and (4) *Debtors' Motion for Approval of Final Cash Collateral Order* (Docket No. 350), and all objections and joinders to such motions, set for June 11, 2020 at 1:30 p.m. (the "Hearing") before the Honorable Elizabeth E. Brown, U.S. Bankruptcy Court, 721 19th Street, Courtroom F, Fifth Floor, Denver, Colorado 80202, to be conducted by videoconference.

## WITNESSES

Pruet *may* call the following witnesses at the Hearing:

1.      David Hilton:  Mr. Hilton is Vice President-Production of PPC and would testify regarding the business relationship between PPC (as agent of working interest owners) and SEC (as operator) including, but not limited to the Unit Agreement, dated November 1, 2018, for the Southwest Brooklyn Oil Unit and the Unit Agreement, dated November 1, 2018, for the Southeast Brooklyn Oil Unit.

2.      Any witness listed or used by any other party.

3.      Any witness necessary to rebut the testimony of a witness called or designated by another party.

4.      Any witness for the purpose of foundation, rebuttal, or impeachment.

5.      Any other witnesses present at the Hearing that Pruet deems necessary.

## EXHIBITS

Pruet *may* introduce the following exhibits at the Hearing:

1.      Any exhibit enumerated on Attachment 1 to this Witness & Exhibit List.

2.      Any exhibit or demonstrative designated or used by any other party, and to which Pruet does not object to its admissibility.

3.      Any exhibits necessary to rebut the testimony of witnesses called or designated by another party or the evidence or arguments presented by another party.

## RESERVATION OF RIGHTS

Pruet reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing.

Dated:  June 5, 2020.

_/s/ Matthew J. Ochs_
Matthew J. Ochs
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
P.O. Box 8749
Denver, CO  80201-8749
Telephone: (303) 295-8299
Facsimile: (303) 416-8951
Email: mjochs@hollandhart.com

-and-

_/s/ Jeremy L. Retherford_
Jeremy L. Retherford
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama  35203-4642
Telephone: (205) 226-3479
Facsimile: (205) 488-5693
Email: jretherford@balch.com

*Attorneys for Pruet Oil Company, LLC and Pruet Production Co. in its individual capacity and as agent of the Owners.*

**Attachment 1**
**(Exhibits)**

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---------|-------------|------------------|-------------------|---------------------|
| A | Unit Agreement of Southeast Brooklyn Oil Unit dated November 1, 2018 | | | |
| B | Unit Operating Agreement of Southeast Brooklyn Oil Unit dated November 1, 2018 | | | |
| C | Unit Agreement of Southwest Brooklyn Oil Unit dated November 1, 2018 | | | |
| D | Unit Operating Agreement of Southwest Brooklyn Oil Unit dated November 1, 2018 | | | |
| E | Correspondence from State Oil & Gas Board of Alabama to Sklar Exploration Company LLC dated July 3, 2019 (Southeast and Southwest Brooklyn Oil Units) | | | |
| F | Correspondence from Sklar Exploration Company LLC to State Oil & Gas Board of Alabama to dated July 8, 2019 (Southeast and Southwest Brooklyn Oil Units) | | | |
| * | Any pleading, order, or document filed or entered in this case | | | |
| * | Any exhibit offered or listed by another party | | | |
| * | Any exhibit for purposes of rebuttal or impeachment | | | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 5, 2020, I served a complete copy of the foregoing by the CM/ECF system, in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules.

<u>*/s/ Tammy L. Devlin*</u>
Tammy L. Devlin
Holland & Hart LLP

14776081_v1

-5-