# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) |
| SKLAR EXPLORATION COMPANY, LLC | ) Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) |
| | ) Chapter 11 |
| Debtor-in-Possession. | ) |
| | ) |
| IN RE: | ) |
| | ) |
| SKLARCO, LLC | ) Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) |
| | ) Chapter 11 |
| | ) |
| Debtor-in-Possession. | ) |

**KUDZU PARTIES' JOINDER IN THE OBJECTION OF BAKER HUGHES OILFIELD OPERATIONS LLC TO THE DEBTORS' MOTION FOR APPROVAL OF LENDING AGREEMENT AND FOR AUTHORITY TO INCUR DEBT ON AN ADMINISTRATIVE, UNSECURED BASIS (DOCKET NO. 398)**

**COMES NOW**, Kudzu Oil Properties, LLC, Alabama Oil Company, and Apple River Investments, LLC (collectively, the "**Kudzu Parties**"), by and through their undersigned counsel Moye White LLP, for their Joinder in the Objection of Baker Hughes Oilfield Operations LLC ("**Baker Hughes**") to the Debtors' Motion for Approval of Lending Agreement and for Authority to Incur Debt on an Administrative Unsecured Basis (Docket No. 398) (the "**Objection**").

**Joinder**

The Kudzu Parties agree with, and join in, the thorough and well-reasoned Objection filed by Baker Hughes Oilfield Operations LLC. In addition to the arguments asserted in the Objection, if the intent of the Sklar Parties is to truly subordinate repayment of the loan to the full and

4815-3365-1135.1

2

complete repayment of the Debtors' general unsecured creditors then the proposed financing should contain a waiver of claims the Sklar Parties may hold under Section 502(h) of the Bankruptcy Code.  *See* 11 U.S.C. § 502(h); *Nazar v. Fairbanks Capital Corp. (In re McQueen)*, 2003 Bankr. LEXIS 2077, at *8 (Bankr. D. Kan. June 13, 2003) ("It is clear from reading § 550 and § 502(h) together that a creditor who is forced to disgorge funds based on the Trustee's avoidance powers has the authority to then make a claim against the estate to recover those funds.").  To the extent the Sklar Parties are ever forced to disgorge any funds to the Debtors' estates they would hold a general unsecured claim to the extent of such payment.  Accordingly, if the intent is to truly subordinate repayment of their loan to the full and complete repayment to the Debtors' general unsecured creditors, then the Sklar Parties must further waive any claims they hold under Section 502(h) of the Bankruptcy Code.

### Reservation of Rights

The Kudzu Parties make no admission of fact or law and reserve any and all rights, claims, objections and defenses that may be available to them in any hearing on the Debtors' Motion for Approval of Lending Agreement and for Authority to Incur Debt on an Administrative and Unsecured Basis (Docket No. 346) (the "**DIP Financing Motion**").

WHEREFORE, the Kudzu Parties respectfully request that this Court enter an order denying the DIP Financing Motion consistent with the Objection, and for all such other and further relief this Court finds fair and equitable under the circumstances.

4815-3365-1135.1

Dated: June 5, 2020.

Respectfully submitted,

**ALABAMA OIL COMPANY, APPLE RIVER INVESTMENTS, LLC, AND KUDZU OIL PROPERTIES, LLC**

By: */s/Timothy M. Swanson*
Timothy M. Swanson (Colorado No. 47267)
MOYE WHITE LLP
1400 16th Street
6th Floor
Denver, Colorado 80202-1486
Tel: (303) 292-2900
Fax: (303) 292 4510
Tim.Swanson@moyewhite.com
*Counsel to Alabama Oil Company, Apple River Investments, LLC, and Kudzu Oil Properties, LLC*

--and--

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, Mississippi 39157
Tel: (601) 427-0048
Fax: (601) 427-0050
cmgeno@cmgenolaw.com
*Counsel to Alabama Oil Company, Apple River Investments, LLC, and Kudzu Oil Properties, LLC*

## Certificate of Service

I hereby certify that on this 5th day of June 2020, I caused the foregoing ***Kudzu Parties' Joinder In The Objection Of Baker Hughes Oilfield Operations LLC To The Debtors' Motion For Approval Of Lending Agreement And For Authority To Incur Debt On An Administrative, Unsecured Basis (Docket No. 398)*** to be served *via* CM/ECF to all parties that have filed electronic appearances and requested service in this case.

<u>*s/Timothy M. Swanson*</u>
Timothy M. Swanson

4815-3365-1135.1