2016    1204
Recorded in the Above 00511
Deed Book & Page
04-27-2016 10:27:40 AM
David Barker, Probate Judge
Conecuh County, Alabama

**RECORDING SUPPLEMENT TO**
**OPERATING AGREEMENT AND FINANCING STATEMENT**
**(Escambia Prospect)**

THIS AGREEMENT is entered into by and between SKLAR EXPLORATION COMPANY L.L.C., hereinafter referred to as "Operator," and the signatory party or parties other than Operator, hereinafter referred to individually as "Non-Operator," and collectively as "Non-Operators."

WHEREAS, the parties to this agreement are owners of Oil and Gas Leases and/or Oil and Gas Interests identified in Exhibit "A-1," attached hereto and made a part hereof, which cover and affect the lands located within the bold black line identified in Exhibit "A-2," attached hereto and made a part hereof (said lands, Leases and Interests being hereinafter called the "Contract Area"), and in any instance in which the Leases or Interests of a party are not of record, the party or parties hereto that own the interest or rights therein are reflected on Exhibit "A," attached hereto and made a part hereof;

WHEREAS, the parties hereto have executed an Operating Agreement dated November 1, 2006 and an Amendment to Operating Agreement dated effective as of November 1, 2011 (collectively referred to herein as the "Operating Agreement"), covering the Contract Area for the purpose of exploring and developing such lands, Leases and Interests for Oil and Gas; and

WHEREAS, the parties hereto have executed this agreement for the purpose of imparting notice to all persons of the rights and obligations of the parties under the Operating Agreement and for the further purpose of perfecting those rights capable of perfection.

NOW, THEREFORE, in consideration of the mutual rights and obligations of the parties hereto, it is agreed as follows:

1.  This agreement supplements the Operating Agreement, which Agreement in its entirety is incorporated herein by reference, and all terms used herein shall have the meaning ascribed to them in the Operating Agreement.

2.  The parties do hereby agree that:

    A.  The Oil and Gas Leases and/or Oil and Gas Interests of the parties comprising the Contract Area shall be subject to and burdened with the terms and provisions of this agreement and the Operating Agreement, and the parties do hereby commit such Leases and Interests to the performance thereof.

    B.  The exploration and development of the Contract Area for Oil and Gas shall be governed by the terms and provisions of the Operating Agreement, as supplemented by this agreement.

    C.  All costs and liabilities incurred in operations under this agreement and the Operating Agreement shall be borne and paid, and all equipment and materials acquired in operations on the Contract Area shall be owned, by the parties hereto, as provided in the Operating Agreement.

    D.  Regardless of the record title ownership of the Oil and Gas Leases and/or Oil and Gas Interests identified in Exhibit "A-1," all production of Oil and Gas from the Contract Area shall be owned by the parties as provided in the Operating Agreement; provided, further, that (i) nothing contained in this agreement shall be deemed an assignment or cross-assignment of interests covered hereby and (ii) the actual interests of parties in the Contract Area or in any well drilled therein pursuant to the Operating Agreement may differ from the interests of the parties reflected in Exhibit "A" due to assignments, elections, forfeitures or other transfers made pursuant to the terms of the Operating Agreement.

    E.  Each party shall pay or deliver, or cause to be paid or delivered, all burdens on its share of the production from the Contract Area as provided in the Operating Agreement.

    F.  An overriding royalty, production payment, net profits interest or other burden payable out of production hereafter created, assignments of production given as security for the payment of money and those overriding royalties, production payments and other burdens payable out of production heretofore created and defined as Subsequently Created Interests in the Operating Agreement shall be (i) borne solely by the party whose interest is burdened therewith, (ii) subject to suspension if a party is required to assign or relinquish to another party an interest which is subject to such burden, and (iii) subject to the lien and security interest hereinafter provided if the party subject to such burden fails to pay its share of expenses chargeable hereunder and under the Operating Agreement, all upon the terms and provisions and in the times and manner provided by the Operating Agreement.

    G.  The Oil and Gas Leases and/or Oil and Gas Interests which are subject hereto may not be assigned or transferred except in accordance with the terms, provisions and restrictions of the Operating

Recorded in the Above
Deed Book & Page    00512
04-27-2016 10:27:40 AM

Agreement and that certain Participation Agreement (Escambia Prospect) dated November 1, 2006, by and between Sklar Exploration Company L.L.C. ("Operator") and McCombs Energy, LTD., et al., which includes as Exhibit "D" a form of the Operating Agreement.

This agreement and the Operating Agreement shall be binding upon and shall inure to the benefit of the parties hereto, and their respective heirs, devisees, legal representatives, and assigns, and the terms hereof shall be deemed to run with the leases or interests included within the Contract Area.

H. The parties shall have the right to acquire an interest in renewal, extension and replacement leases, leases proposed to be surrendered, wells proposed to be abandoned, and interests to be relinquished as a result of non-participation in subsequent operations, all in accordance with the terms and provisions of the Operating Agreement.

I. The rights and obligations of the parties and the adjustment of interests among them in the event of a failure or loss of title, each party's right to propose operations, obligations with respect to participation in operations on the Contract Area and the consequences of a failure to participate in operations, the rights and obligations of the parties regarding the marketing of production, and the rights and remedies of the parties for failure to comply with financial obligations shall be as provided in the Operating Agreement.

J. Each party's interest under this agreement and under the Operating Agreement shall be subject to relinquishment for its failure to participate in subsequent operations and each party's share of production and costs shall be reallocated on the basis of such relinquishment, all upon the terms and provisions provided in the Operating Agreement. Nothing in this Section 2(J) is intended to add to, modify, or amend the terms and provisions of the Operating Agreement.

K. All other matters with respect to exploration and development of the Contract Area and the ownership and transfer of the Oil and Gas Leases and/or Oil and Gas Interest therein shall be governed by the terms and provisions of the Operating Agreement.

3. The parties hereby grant reciprocal liens and security interests as follows:

A. Each party grants to the other parties hereto a lien upon any interest it now owns or hereafter acquires in Oil and Gas Leases and Oil and Gas Interests in the Contract Area, and a security interest and/or purchase money security interest in any interest it now owns or hereafter acquires in the personal property and fixtures on or used or obtained for use in connection therewith, to secure performance of all of its obligations under this agreement and the Operating Agreement including but not limited to payment of expense, interest and fees, the proper disbursement of all monies paid under this agreement and the Operating Agreement, the assignment or relinquishment of interest in Oil and Gas Leases as required under this agreement and the Operating Agreement, and the proper performance of operations under this agreement and the Operating Agreement. Such lien and security interest granted by each party hereto shall include such party's leasehold interests, working interests, operating rights, and royalty and overriding royalty interests in the Contract Area now owned or hereafter acquired and in lands pooled or unitized therewith or otherwise becoming subject to this agreement and the Operating Agreement, the Oil and Gas when extracted therefrom and equipment situated thereon or used or obtained for use in connection therewith (including, without limitation, all wells, tools, and tubular goods), and accounts (including, without limitation, accounts arising from the sale of production at the wellhead), contract rights, inventory and general intangibles relating thereto or arising therefrom, and all proceeds and products of the foregoing.

B. All parties acquiring an interest in Oil and Gas Leases and Oil and Gas Interests covered by this agreement and the Operating Agreement, whether by assignment, merger, mortgage, operation of law, or otherwise, shall be deemed to have taken subject to the lien and security interest granted by the Operating Agreement and this instrument as to all obligations attributable to such interest under this agreement and the Operating Agreement whether or not such obligations arise before or after such interest is acquired.

C. To the extent that the parties have a security interest under Alabama's Uniform Commercial Code -- Secured Transactions, Ala. Code §§ 7-9A-101, et seq., as hereafter amended, supplemented or replaced, they shall be entitled to exercise the rights and remedies of a secured party under the Code. The bringing of a suit and the obtaining of judgment by a party for the secured indebtedness shall not be deemed an election of remedies or otherwise affect the lien rights or security interest as security for the payment thereof. In addition, upon default by any party in the payment of its share of expenses, interest or fees, or upon the improper use of funds by the Operator, the other parties shall have the right, without prejudice to other rights or remedies, to collect from the purchaser the proceeds from the sale of such defaulting party's share of Oil and Gas until the amount owed by such party, plus interest, has been received, and shall have the right to offset the amount owed against the proceeds from the sale of such defaulting party's share of Oil and Gas.

2016   1206   00513
Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM

All purchasers of production may rely on a notification of default from the non-defaulting party or parties stating the amount due as a result of the default, and all parties waive any recourse available against purchasers for releasing production proceeds as provided in this paragraph.

D. If any party fails to pay its share of expenses within sixty (60) days after rendition of a statement therefor by Operator, the non-defaulting parties, including Operator, shall, upon request by Operator, pay the unpaid amount in the proportion that the interest of each such party bears to the interest of all such parties. Each party so paying its share of the unpaid amount shall be entitled to recover the amount it paid plus five hundred (500%) of that amount out of the proceeds from the sale of the defaulting party's share of oil and for gas, and, to secure payment thereof, be subrogated to the liens and security rights described in this paragraph 3 and in the Operating Agreement.

E. If any party does not perform all of its obligations under this agreement or the Operating Agreement, and the failure to perform subjects such party to foreclosure or execution proceedings pursuant to the provisions of this agreement or the Operating Agreement, to the extent allowed by governing law, the defaulting party waives any available right of redemption from and after the date of judgment, any required valuation or appraisement of the mortgaged or secured property prior to sale, any available right to stay execution or to require a marshalling of assets and any required bond in the event a receiver is appointed.

F. The lien and security interest granted in this paragraph 3 supplements identical rights granted under the Operating Agreement.

G. Each party does hereby grant to the other parties a power of sale as to any property that is subject to the lien granted hereunder or under the Operating Agreement, such power of sale to be exercised against the interests of any party that does not timely perform all of its obligations under this agreement and the Operating Agreement and by and for the benefit of the party to whom such obligations are owed (hereafter sometimes referred to as the "Obligee"). Such power of sale shall be executed in accordance with the following procedure: Obligee shall be authorized, at its option, whether or not possession of the interest in question is taken, to sell the interest against which the lien has been granted (or such part or parts thereof as Obligee may from time to time elect to sell) under the power of sale which is hereby given, at public outcry, to the highest bidder for cash, at the front or main door of the courthouse of the county in which the interest to be sold, or a substantial and material part thereof, is located, after first giving notice by publication once a week for three successive weeks of the time, place and terms of such sale, together with a description of the interest to be sold, by publication in some newspaper published in the county or counties in which the interest to be sold is located. If there are interests to be sold in more than one county, publication shall be made in all counties where any of the interests to be sold are located. The sale shall be held sometime during the applicable legal hours of sale on the day designated for the exercise of the power of sale hereunder. Obligee may (but is not required to) bid at any sale held hereunder in the form of cash, cash equivalents and/or cancellation of all or any part of the obligations, or any combination thereof, and may purchase the interests, or any part thereof, if the highest bidder therefor. The purchaser at any such sale shall be under no obligation to see to the proper application of the purchase money. At any sale, all or any part of the interests, whether real, personal or mixed, may be offered for sale in parcels or en masse for one total price, and the proceeds of any such sale en masse shall be accounted for in one account without distinction between the items included therein and without assigning to them any proportion of such proceeds, the obligated party hereby waiving the application of any doctrine of marshalling or like proceeding. In case Obligee, in the exercise of the power of sale herein given, elects to sell any interests in parts or parcels, sales thereof may be held from time to time, and the power of sale granted herein shall not be fully exercised until all of the interests not previously sold shall have been sold or all the obligations shall have been paid or otherwise satisfied in full. The purchase money, proceeds and avails, or any other sums collected by Obligee pursuant to this power of sale shall be applied by the Obligee against the costs and expenses of such sale, including reasonable attorneys' fees, then shall be credited against the obligations for which the sale was made, then shall be applied against any obligations then outstanding from the defaulting party to the Obligee and, finally, to the extent any remains, shall be paid to the party who had owed the obligations.

H. The above described security will be financed at the wellhead of the well or wells located on the Contract Area and this Recording Supplement may be filed in the land records in the County or Parish in which the Contract Area is located, and as a financing statement in all recording offices required under the Uniform Commercial Code or other applicable state statutes to perfect the above-described security interest, and any party hereto may file a continuation statement as necessary under the Uniform Commercial Code, or other state laws.

4. This agreement shall be effective as of the date of the Operating Agreement as above recited. Upon termination of this agreement and the Operating Agreement and the satisfaction of all obligations thereunder, Operator is authorized to file of record in all necessary recording offices a notice of

2016   1207   00514
Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM

termination, and each party hereto agrees to execute such a notice of termination as to Operator's interest, upon the request of Operator, if Operator has complied with all of its financial obligations.

5. This agreement and the Operating Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective heirs, devisees, legal representatives, successors and assigns. No sale, encumbrance, transfer or other disposition shall be made by any party of any interest in the Leases or Interests subject hereto except as expressly permitted under the Operating Agreement and, if permitted, shall be made expressly subject to this agreement and the Operating Agreement and without prejudice to the rights of the other parties. If the transfer is permitted, the assignee of an ownership interest in any Oil and Gas Lease shall be deemed a party to this agreement and the Operating Agreement as to the interest assigned from and after the effective date of the transfer of ownership; provided, however, that the other parties shall not be required to recognize any such sale, encumbrance, transfer or other disposition for any purpose hereunder until thirty (30) days after they have received a copy of the instrument of transfer or other satisfactory evidence thereof in writing from the transferor or transferee. No assignment or other disposition of interest by a party shall relieve such party of obligations previously incurred by such party under this agreement or the Operating Agreement with respect to the interest transferred, including without limitation the obligation of a party to pay all costs attributable to an operation conducted under this agreement and the Operating Agreement in which such party has agreed to participate prior to making such assignment, and the lien and security interest granted by Article VII.B. of the Operating Agreement and hereby shall continue to burden the interest transferred to secure payment of any such obligations.

6. In the event of a conflict between the terms and provisions of this agreement and the terms and provisions of the Operating Agreement, then, as between the parties, the terms and provisions of the Operating Agreement shall control.

7. This agreement shall be binding upon each Non-Operator when this agreement or a counterpart thereof has been executed by such Non-Operator and Operator notwithstanding that this agreement is not then or thereafter executed by all of the parties to which it is tendered or which are listed on Exhibit "A" as owning an interest in the Contract Area or which own, in fact, an interest in the Contract Area. In the event that any provision herein is illegal or unenforceable, the remaining provisions shall not be affected, and shall be enforced as if the illegal or unenforceable provision did not appear herein.

IN WITNESS WHEREOF, this agreement shall be effective as of November 1, 2006.

## OPERATOR

ATTEST OR WITNESS

Print Name: _J. Marshall Jones III_

Print Name: _Sutton Lloyd_

SKLAR EXPLORATION COMPANY L.L.C.

By: _____
　　　David A. Barlow
　　　President – Chief Operating Officer

## NON-OPERATORS

ATTEST OR WITNESS

Print Name: _J. Marshall Jones III_

Print Name: _Sutton Lloyd_

SKLARCO L.L.C.

By: _____
　　　David A. Barlow
　　　President – Chief Operating Officer

ATTEST OR WITNESS

Print Name: _____

Print Name: _____

MCCOMBS ENERGY, LTD.

By: _____
　　　Larry Wyont
　　　Vice President

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

2016    1208
Recorded in the Above
Deed Book & Page    00515
04-27-2016 10:27:40 AM

termination, and each party hereto agrees to execute such a notice of termination as to Operator's interest, upon the request of Operator, if Operator has complied with all of its financial obligations.

5.   This agreement and the Operating Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective heirs, devisees, legal representatives, successors and assigns. No sale, encumbrance, transfer or other disposition shall be made by any party of any interest in the Leases or Interests subject hereto except as expressly permitted under the Operating Agreement and, if permitted, shall be made expressly subject to this agreement and the Operating Agreement and without prejudice to the rights of the other parties. If the transfer is permitted, the assignee of an ownership interest in any Oil and Gas Lease shall be deemed a party to this agreement and the Operating Agreement as to the interest assigned from and after the effective date of the transfer of ownership; provided, however, that the other parties shall not be required to recognize any such sale, encumbrance, transfer or other disposition for any purpose hereunder until thirty (30) days after they have received a copy of the instrument of transfer or other satisfactory evidence thereof in writing from the transferor or transferee. No assignment or other disposition of interest by a party shall relieve such party of obligations previously incurred by such party under this agreement or the Operating Agreement with respect to the interest transferred, including without limitation the obligation of a party to pay all costs attributable to an operation conducted under this agreement and the Operating Agreement in which such party has agreed to participate prior to making such assignment, and the lien and security interest granted by Article VII.B. of the Operating Agreement and hereby shall continue to burden the interest transferred to secure payment of any such obligations.

6.   In the event of a conflict between the terms and provisions of this agreement and the terms and provisions of the Operating Agreement, then, as between the parties, the terms and provisions of the Operating Agreement shall control.

7.   This agreement shall be binding upon each Non-Operator when this agreement or a counterpart thereof has been executed by such Non-Operator and Operator notwithstanding that this agreement is not then or thereafter executed by all of the parties to which it is tendered or which are listed on Exhibit "A" as owning an interest in the Contract Area or which own, in fact, an interest in the Contract Area. In the event that any provision herein is illegal or unenforceable, the remaining provisions shall not be affected, and shall be enforced as if the illegal or unenforceable provision did not appear herein.

IN WITNESS WHEREOF, this agreement shall be effective as of November 1, 2006.

**OPERATOR**

ATTEST OR WITNESS                                    SKLAR EXPLORATION COMPANY L.L.C.

Print Name: _____          By: _____
                                                                         David A. Barlow
_____                President – Chief Operating Officer
Print Name: _____

**NON-OPERATORS**

ATTEST OR WITNESS                                    SKLARCO L.L.C.

Print Name: _____          By: _____
                                                                         David A. Barlow
_____                President – Chief Operating Officer
Print Name: _____

ATTEST OR WITNESS                                    MCCOMBS ENERGY, LTD.

Print Name: OLIVIA BAILEY                         By: _____
                                                                         Larry Wyont
Print Name: Samantha Martinez                  Vice President

2016    1209
Deed  Book & Page
04-27-2016 10:27:40 AM
00516

ATTEST OR WITNESS

JJS ~~INTERESTS~~ INTERESTS ESCAMBIA, LLC
By: Houston Bulldog Capital
Management, LLC, Manager

Print Name: Ashley Kinnard

Print Name: DANIEL W. DEVALCIN

By: _____
      Justin Simons
      Manager


ATTEST OR WITNESS

FANT ENERGY LIMITED
By: Richard E. Fant, L.L.C., General Partner

Print Name: _____

Print Name: _____

By: _____
      Stephen Swan
      Manager


ATTEST OR WITNESS

PICKENS FINANCIAL GROUP, L.L.C.

Print Name: _____

Print Name: _____

By: _____
      Michael K. Pickens
      Vice President


ATTEST OR WITNESS

JF HOWELL INTERESTS, L.P.
By: Howell Investments, L.L.C., General Partner

Print Name: _____

Print Name: _____

By: _____
      David Morgan
      Manager


ATTEST OR WITNESS

TAUBER EXPLORATION & PRODUCTION CO.

Print Name: _____

Print Name: _____

By: _____
      Richard E. Tauber
      President


ATTEST OR WITNESS

TIEMBO, LTD.
By: Simba Investors L.L.C., General Partner

Print Name: _____

Print Name: _____

By: _____
      Mark Rauch
      Member

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM
00517

ATTEST OR WITNESS

Print Name: _____

Print Name: _____

JJS WORKING INTERESTS ESCAMBIA, LLC
By: Houston Bulldog Capital
Management, LLC, Manager

By: _____
     Justin Simons
     Manager

ATTEST OR WITNESS

Print Name: _Jose Canul_

Print Name: _Joshua Gooch_

FANT ENERGY LIMITED
By: Richard B. Fant, L.L.C., General Partner

By: _____
     Stephen Swan
     Manager

ATTEST OR WITNESS

Print Name: _____

Print Name: _____

PICKENS FINANCIAL GROUP, L.L.C.

By: _____
     Michael K. Pickens
     Vice President

ATTEST OR WITNESS

Print Name: _____

Print Name: _____

JF HOWELL INTERESTS, L.P.
By: Howell Investments, L.L.C., General Partner

By: _____
     David Morgan
     Manager

ATTEST OR WITNESS

Print Name: _____

Print Name: _____

TAUBER EXPLORATION & PRODUCTION CO.

By: _____
     Richard E. Tauber
     President

ATTEST OR WITNESS

Print Name: _____

Print Name: _____

TIEMBO, LTD.
By: Simba Investors L.L.C., General Partner

By: _____
     Mark Rauch
     Member

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

2016   1211
Recorded in the Above
Deed  Book & Page     00518
04-27-2016 10:27:40 AM

ATTEST OR WITNESS

JJS WORKING INTERESTS ESCAMBIA, LLC
By: Houston Bulldog Capital
Management, LLC, Manager

Print Name: _____

By: _____

Print Name: _____

     Justin Simons
     Manager


ATTEST OR WITNESS

FANT ENERGY LIMITED
By: Richard E. Fant, L.L.C., General Partner

Print Name: _____

By: _____

Print Name: _____

     Stephen Swan
     Manager


ATTEST OR WITNESS

PICKENS FINANCIAL GROUP, L.L.C.

Print Name: _____Chen K_____

By: _____

Print Name: _____Paul R. Jackson_____

     Michael K. Pickens
     Vice President
     2/24/2016


ATTEST OR WITNESS

JF HOWELL INTERESTS, L.P.
By: Howell Investments, L.L.C., General Partner

Print Name: _____

By: _____

Print Name: _____

     David Morgan
     Manager


ATTEST OR WITNESS

TAUBER EXPLORATION & PRODUCTION CO.

Print Name: _____

By: _____

Print Name: _____

     Richard E. Tauber
     President


ATTEST OR WITNESS

TIEMBO, LTD.
By: Simba Investors L.L.C., General Partner

Print Name: _____

By: _____

Print Name: _____

     Mark Rauch
     Member

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

2016  1212
Deed  Book & Page
04-27-2016 10:27:40 AM

00519

ATTEST OR WITNESS

JJS WORKING INTERESTS ESCAMBIA, LLC
By: Houston Bulldog Capital
Management, LLC, Manager

Print Name: _____

By: _____
        Justin Simons
        Manager

Print Name: _____


ATTEST OR WITNESS

FANT ENERGY LIMITED
By: Richard E. Fant, L.L.C., General Partner

Print Name: _____

By: _____
        Stephen Swan
        Manager

Print Name: _____


ATTEST OR WITNESS

PICKENS FINANCIAL GROUP, L.L.C.

Print Name: _____

By: _____
        Michael K. Pickens
        Vice President

Print Name: _____


ATTEST OR WITNESS

JF HOWELL INTERESTS, L.P.
By: Howell Investments, L.L.C., General Partner

Print Name: _Grayson C. Clarke_

By: _____
        David Morgan
        Manager

Print Name: _Shana T. Jump_


ATTEST OR WITNESS

TAUBER EXPLORATION & PRODUCTION CO.

Print Name: _____

By: _____
        Richard E. Tauber
        President

Print Name: _____


ATTEST OR WITNESS

TIEMBO, LTD.
By: Simba Investors L.L.C., General Partner

Print Name: _____

By: _____
        Mark Rauch
        Member

Print Name: _____

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM

ATTEST OR WITNESS

JJS WORKING INTERESTS ESCAMBIA, LLC 00520
By: Houston Bulldog Capital
Management, LLC, Manager

Print Name: _____

By: _____
Justin Simons
Manager

Print Name: _____


ATTEST OR WITNESS

FANT ENERGY LIMITED
By: Richard E. Fant, L.L.C., General Partner

Print Name: _____

By: _____
Stephen Swan
Manager

Print Name: _____


ATTEST OR WITNESS

PICKENS FINANCIAL GROUP, L.L.C.

Print Name: _____

By: _____
Michael K. Pickens
Vice President

Print Name: _____


ATTEST OR WITNESS

JF HOWELL INTERESTS, L.P.
By: Howell Investments, L.L.C., General Partner

Print Name: _____

By: _____
David Morgan
Manager

Print Name: _____


ATTEST OR WITNESS

Print Name: Rachel Clary

Print Name: JOHN ROBINSON

TAUBER EXPLORATION & PRODUCTION CO.

By: _____
Richard E. Tauber
President


ATTEST OR WITNESS

TIEMBO, LTD.
By: Simba Investors L.L.C., General Partner

Print Name: _____

By: _____
Mark Rauch
Member

Print Name: _____


Page 5 of 38

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM

ATTEST OR WITNESS

JJS WORKING INTERESTS ESCAMBIA, LLC
By: Houston Bulldog Capital
Management, LLC, Manager

00521

Print Name: _____

By: _____
        Justin Simons
        Manager

Print Name: _____


ATTEST OR WITNESS

FANT ENERGY LIMITED
By: Richard E. Fant, L.L.C., General Partner

Print Name: _____

By: _____
        Stephen Swan
        Manager

Print Name: _____


ATTEST OR WITNESS

PICKENS FINANCIAL GROUP, L.L.C.

Print Name: _____

By: _____
        Michael K. Pickens
        Vice President

Print Name: _____


ATTEST OR WITNESS

JF HOWELL INTERESTS, L.P.
By: Howell Investments, L.L.C., General Partner

Print Name: _____

By: _____
        David Morgan
        Manager

Print Name: _____


ATTEST OR WITNESS

TAUBER EXPLORATION & PRODUCTION CO.

Print Name: _____

By: _____
        Richard E. Tauber
        President

Print Name: _____


ATTEST OR WITNESS

TIEMBO, LTD.
By: Simba Investors L.L.C., General Partner

Print Name: _Shannon Rhodes_

By: _____
        Mark Rauch
        Member

Print Name: _Sharon Hudek_

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM

ATTEST OR WITNESS

KUDZU OIL PROPERTIES, LLC

00522

Print Name: _Tammy Dyess_

By: _____

Print Name: _Kelly Weissinger_

Wirt A. Yerger, III
Manager

ATTEST OR WITNESS

MARKSCO, L.L.C.

Print Name: _____

By: _____

Mark P. Sealy
Manager

Print Name: _____

ATTEST OR WITNESS

LANDMARK EXPLORATION, LLC

Print Name: _____

By: _____

Michael Johnson
Manager

Print Name: _____

ATTEST OR WITNESS

CRAFT EXPLORATION COMPANY, LLC

Print Name: _____

By: _____

Steven H. Craft
Manager

Print Name: _____

ATTEST OR WITNESS

DICKSON OIL & GAS, LLC

Print Name: _____

By: _____

C. Bickham Dickson, III
Manager

Print Name: _____

ATTEST OR WITNESS

BUNDERO INVESTMENT COMPANY, L.L.C.

Print Name: _____

By: _____

Robert P. Bowman
Manager

Print Name: _____

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

```
            2016   1218
Recorded in the Above
Deed  Book & Page
04-27-2016 10:27:40 AM
```

ATTEST OR WITNESS                    KUDZU OIL PROPERTIES, LLC                    0 0 5 2 3

_____
Print Name: _____    By: _____
                                           Wirt A. Yerger, III
_____                    Manager
Print Name: _____


ATTEST OR WITNESS                    MARKSCO, L.L.C.

_Christat M Fortson_____
Print Name: _Christine M Fortson_      By: _____
_Dianne LaCroix_____                    Mark P. Sealy
Print Name: _Dianne LaCroix_               Manager


ATTEST OR WITNESS                    LANDMARK EXPLORATION, LLC

_____
Print Name: _____    By: _____
                                           Michael Johnson
_____                    Manager
Print Name: _____


ATTEST OR WITNESS                    CRAFT EXPLORATION COMPANY, LLC

_____
Print Name: _____    By: _____
                                           Steven H. Craft
_____                    Manager
Print Name: _____


ATTEST OR WITNESS                    DICKSON OIL & GAS, LLC

_____
Print Name: _____    By: _____
                                           C. Bickham Dickson, III
_____                    Manager
Print Name: _____


ATTEST OR WITNESS                    BUNDERO INVESTMENT COMPANY, L.L.C.

_____
Print Name: _____    By: _____
                                           Robert P. Bowman
_____                    Manager
Print Name: _____


Page 6 of 38                              ESCAMBIA PROSPECT
                                          RECORDING SUPPLEMENT

2016  1217
Recorded in the Above
Deed  Book & Page
04-27-2016 10:27:40 AM

00524

ATTEST OR WITNESS                           KUDZU OIL PROPERTIES, LLC

Print Name: _____              By: _____
                                                     Wirt A. Yerger, III
Print Name: _____                     Manager


ATTEST OR WITNESS                           MARKSCO, L.L.C.

Print Name: _____              By: _____
                                                     Mark P. Sealy
Print Name: _____                     Manager


ATTEST OR WITNESS                           LANDMARK EXPLORATION, LLC

Carmen N Crutwell
Print Name: _Carmen H. Crutwell_         By: _____
                                                     Michael Johnson
Dna Russell                                          Manager
Print Name: _Dna Russell_


ATTEST OR WITNESS                           CRAFT EXPLORATION COMPANY, LLC

Print Name: _____              By: _____
                                                     Steven H. Craft
Print Name: _____                     Manager


ATTEST OR WITNESS                           DICKSON OIL & GAS, LLC

Print Name: _____              By: _____
                                                     C. Bickham Dickson, III
Print Name: _____                     Manager


ATTEST OR WITNESS                           BUNDERO INVESTMENT COMPANY, L.L.C.

Print Name: _____              By: _____
                                                     Robert P. Bowman
Print Name: _____                     Manager

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM

**00525**

ATTEST OR WITNESS

KUDZU OIL PROPERTIES, LLC

Print Name: _____

By: _____
    Wirt A. Yerger, III
    Manager

Print Name: _____


ATTEST OR WITNESS

MARKSCO, L.L.C.

Print Name: _____

By: _____
    Mark P. Sealy
    Manager

Print Name: _____


ATTEST OR WITNESS

LANDMARK EXPLORATION, LLC

Print Name: _____

By: _____
    Michael Johnson
    Manager

Print Name: _____


ATTEST OR WITNESS

CRAFT EXPLORATION COMPANY, LLC

Print Name: _____

By: _____
    Steven H. Craft
    Manager

Print Name: _____


ATTEST OR WITNESS

DICKSON OIL & GAS, LLC

Print Name: _____

By: _____
    C. Bickham Dickson, III
    Manager

Print Name: _____


ATTEST OR WITNESS

BUNDERO INVESTMENT COMPANY, L.L.C.

Print Name: _____

By: _____
    Robert P. Bowman
    Manager

Print Name: _____

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

Recorded in the Above
Deed  Book & Page
04-27-2016 10:27:40 AM

00526

ATTEST OR WITNESS

Print Name: _____

Print Name: _____

KUDZU OIL PROPERTIES, LLC

By: _____
     Wirt A. Yerger, III
     Manager


ATTEST OR WITNESS

Print Name: _____

Print Name: _____

MARKSCO, L.L.C.

By: _____
     Mark P. Sealy
     Manager


ATTEST OR WITNESS

Print Name: _____

Print Name: _____

LANDMARK EXPLORATION, LLC

By: _____
     Michael Johnson
     Manager


ATTEST OR WITNESS

Print Name: _____

Print Name: _____

CRAFT EXPLORATION COMPANY, LLC

By: _____
     Steven H. Craft
     Manager


ATTEST OR WITNESS

Print Name: _____

Print Name: _____

DICKSON OIL & GAS, LLC

By: _____ III
     G. Bickham Dickson, III
     Manager


ATTEST OR WITNESS

Print Name: _____

Print Name: _____

BUNDERO INVESTMENT COMPANY, L.L.C.

By: _____
     Robert P. Bowman
     Manager

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM

00527

ATTEST OR WITNESS                          KUDZU OIL PROPERTIES, LLC

Print Name: _____

                                           By: _____
Print Name: _____                   Wirt A. Yerger, III
                                               Manager


ATTEST OR WITNESS                          MARKSCO, L.L.C.

Print Name: _____

                                           By: _____
Print Name: _____                   Mark P. Sealy
                                               Manager


ATTEST OR WITNESS                          LANDMARK EXPLORATION, LLC

Print Name: _____

                                           By: _____
Print Name: _____                   Michael Johnson
                                               Manager


ATTEST OR WITNESS                          CRAFT EXPLORATION COMPANY, LLC

Print Name: _____

                                           By: _____
Print Name: _____                   Steven H. Craft
                                               Manager


ATTEST OR WITNESS                          DICKSON OIL & GAS, LLC

Print Name: _____

                                           By: _____
Print Name: _____                   C. Bickham Dickson, III
                                               Manager


ATTEST OR WITNESS                          BUNDERO INVESTMENT COMPANY, L.L.C.

Print Name: _Philip Stephens_

                                           By: _____
Print Name: _Randy S. Bartlett_                Robert P. Bowman
                                               Manager

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

2016 · 1221
Recorded in the Above
Deed  Book & Page
04-27-2016 10:27:40 AM

ATTEST OR WITNESS

Print Name: _Grant J. Tonkin_

Print Name: _Julie Feagler_

RESOURCE VENTURES, LLC        00528

By: _____
      Mark A. Arnold
      Manager


ATTEST OR WITNESS

Print Name: _____

Print Name: _____

THE RUDMAN PARTNERSHIP

By: _____
      W.R. (Trey) Sibley, III
      Attorney-In-Fact

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

Recorded in the Above
Deed  Book & Page
04-27-2016  10:27:40 AM

ATTEST OR WITNESS

Print Name: _____

Print Name: _____

RESOURCE VENTURES, LLC

00529

By: _____
      Mark A. Arnold
      Manager


ATTEST OR WITNESS

Print Name: _Kerry Waddin_

Print Name: _KASHA HANCOCK_

THE RUDMAN PARTNERSHIP

By: _____
      W.R. (Trey) Sibley, III
      Attorney-In-Fact

Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM

## ACKNOWLEDGMENTS

00530

STATE OF COLORADO

COUNTY OF BOULDER

I, Camille Jenkins, a notary public in and for said County and State, hereby certify that David A. Barlow, whose name as President – Chief Operating Officer of SKLAR EXPLORATION COMPANY L.L.C., a Louisiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the 22 day of February, 2016.

> CAMILLE CULPEPPER JENKINS
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20154003785
> MY COMMISSION EXPIRES JANUARY 27, 2019

Camille Jenkins
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: 1/27/2019

STATE OF COLORADO

COUNTY OF BOULDER

I, Camille Jenkins, a notary public in and for said County and State, hereby certify that David A. Barlow, whose name as President – Chief Operating Officer of SKLARCO L.L.C., a Louisiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the 22 day of February, 2016.

> CAMILLE CULPEPPER JENKINS
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20154003785
> MY COMMISSION EXPIRES JANUARY 27, 2019

Camille Jenkins
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: 1/27/2019

STATE OF TEXAS

COUNTY OF HARRIS

I, _____, a notary public in and for said County and State, hereby certify that Larry Wyont, whose name as Vice President of MCCOMBS ENERGY, LTD., a Texas limited partnership, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

Recorded in the Above
Deed  Book & Page
04-27-2016 10:27:40 AM

## ACKNOWLEDGMENTS

00531

STATE OF COLORADO

COUNTY OF BOULDER

I, _____, a notary public in and for said County and State, hereby certify that David A. Barlow, whose name as President – Chief Operating Officer of SKLAR EXPLORATION COMPANY L.L.C., a Louisiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF COLORADO

COUNTY OF BOULDER

I, _____, a notary public in and for said County and State, hereby certify that David A. Barlow, whose name as President – Chief Operating Officer of SKLARCO L.L.C., a Louisiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF TEXAS

COUNTY OF HARRIS

I, _Sharon M. McDonald_, a notary public in and for said County and State, hereby certify that Larry Wyont, whose name as Vice President of MCCOMBS ENERGY, LTD., a Texas limited partnership, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _2d_ day of _February_, 2016.

SHARON M. McDONALD
Notary Public, State of Texas
Commission Expires 12-29-2017

_Sharon M. McDonald_
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _12-29-2017_

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

2016    1225
Recorded in the Above
Deed  Book & Page
04-27-2016 10:27:40 AM

STATE OF TEXAS

00532

COUNTY OF HARRIS

I, **DAPHENE R. NORWOOD**, a notary public in and for said County in said State, hereby certify that Justin Simons, whose name as Manager of Houston Bulldog Capital Management, LLC, the Manager of JJS ~~TECHNOLOGY~~ INTERESTS ESCAMBIA, LLC, a Texas limited liability company, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the **31ST** day of **MARCH**, 2016.

DAPHENE R. NORWOOD
Notary Public, State of Texas
Comm. Expires 05-13-2018
Notary ID 129817322

**Daphene R. Norwood**
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My commission expires: **MAY 13, 2018**

STATE OF TEXAS

COUNTY OF _____

I, _____, a notary public in and for said County and State, hereby certify that Stephen Swan, whose name as Manager of Richard E. Fant, LLC, the General Partner of FANT ENERGY LIMITED, a Texas limited partnership, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said limited partnership.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF TEXAS

COUNTY OF _____

I, _____, a notary public in and for said County and State, hereby certify that Michael K. Pickens, whose name as Vice President of PICKENS FINANCIAL GROUP, L.L.C., a Texas limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM

STATE OF TEXAS                                                    00533

COUNTY OF HARRIS

   I, _____, a notary public in and for said County in said State, hereby certify that Justin Simons, whose name as Manager of Houston Bulldog Capital Management, LLC, the Manager of JJS WORKING INTERESTS ESCAMBIA, LLC, a Texas limited liability company, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said company.

    Given under my hand and notarial seal this the _____ day of _____, 2016.


           _____
           NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My commission expires: _____


STATE OF TEXAS

COUNTY OF _Harris_

   I, _Kari Diane Cooksey_, a notary public in and for said County and State, hereby certify that Stephen Swan, whose name as Manager of Richard E. Fant, LLC, the General Partner of FANT ENERGY LIMITED, a Texas limited partnership, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said limited partnership.

    Given under my hand and notarial seal this the _14th_ day of _March_, 2016.

```
KARI DIANE COOKSEY
Notary Public, State of Texas
Comm Expires 02-09 2020
Notary ID 130530488
```

           _Kari Diane Cooksey_
           NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _02-09-2020_


STATE OF TEXAS

COUNTY OF _____

   I, _____, a notary public in and for said County and State, hereby certify that Michael K. Pickens, whose name as Vice President of PICKENS FINANCIAL GROUP, L.L.C., a Texas limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said company.

    Given under my hand and notarial seal this the _____ day of _____, 2016.


           _____
           NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM

STATE OF TEXAS

COUNTY OF HARRIS

00534

I, _____, a notary public in and for said County in said State, hereby certify that Justin Simons, whose name as Manager of Houston Bulldog Capital Management, LLC, the Manager of JJS WORKING INTERESTS ESCAMBIA, LLC, a Texas limited liability company, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My commission expires: _____

STATE OF TEXAS

COUNTY OF _____

I, _____, a notary public in and for said County and State, hereby certify that Stephen Swan, whose name as Manager of Richard E. Fant, LLC, the General Partner of FANT ENERGY LIMITED, a Texas limited partnership, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said limited partnership.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF TEXAS

COUNTY OF _Dallas_

I, _Kathy laux_____, a notary public in and for said County and State, hereby certify that Michael K. Pickens, whose name as Vice President of PICKENS FINANCIAL GROUP, L.L.C., a Texas limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _24_ day of _February_, 2016.

_Kathy Laux_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _10/29/18_

KATHY LAUX
My Commission Expires
October 29, 2018

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

2016   1228
Recorded in the Above
Deed  Book & Page
04-27-2016 10:27:40 AM

00535

STATE OF LOUISIANA

PARISH OF CADDO

I, _Melissa R. Eboarb_, a notary public in and for said Parish and State, hereby certify that David Morgan, whose name as Manager of Howell Investments, L.L.C., acting as the General Partner of JF HOWELL INTERESTS, L.P., a Texas limited partnership, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _2nd_ day of _March_, 2016.

NOTARY PUBLIC
# 68325

[AFFIX NOTARIAL SEAL]

My commission ~~expires~~: _is for Life_

STATE OF TEXAS

COUNTY OF HARRIS

I, _____, a notary public in and for said County and State, hereby certify that Richard E. Tauber, whose name as President of TAUBER EXPLORATION & PRODUCTION, CO., a Texas corporation, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF TEXAS

COUNTY OF HARRIS

I, _____, a notary public in and for said County and State, hereby certify that Mark Rauch, whose name as Member of Simba Investors, L.L.C., the General Partner of TIEMBO, LTD., a Texas limited partnership, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such Member and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

2016   1229
Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM

STATE OF LOUISIANA

00536

PARISH OF CADDO

I, _____, a notary public in and for said Parish and State, hereby certify that David Morgan, whose name as Manager of Howell Investments, L.L.C., acting as the General Partner of JF HOWELL INTERESTS, L.P., a Texas limited partnership, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My commission expires: _____

STATE OF TEXAS

COUNTY OF HARRIS

I, _MYLA WUNDERLICH_____, a notary public in and for said County and State, hereby certify that Richard E. Tauber, whose name as President of TAUBER EXPLORATION & PRODUCTION, CO., a Texas corporation, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _30th_ day of _MARCH_____, 2016.

Myla Wunderlich
NOTARY PUBLIC

MYLA WUNDERLICH
Notary Public, State of Texas
Commission Expires 02-11-2020
Notary ID 12482280-0

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF TEXAS

COUNTY OF HARRIS

I, _____, a notary public in and for said County and State, hereby certify that Mark Rauch, whose name as Member of Simba Investors, L.L.C., the General Partner of TIEMBO, LTD., a Texas limited partnership, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such Member and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of_____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM

STATE OF LOUISIANA

00537

PARISH OF CADDO

I, _____, a notary public in and for said Parish and State, hereby certify that David Morgan, whose name as Manager of Howell Investments, L.L.C., acting as the General Partner of JF HOWELL INTERESTS, L.P., a Texas limited partnership, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My commission expires: _____

STATE OF TEXAS

COUNTY OF HARRIS

I, _____, a notary public in and for said County and State, hereby certify that Richard E. Tauber, whose name as President of TAUBER EXPLORATION & PRODUCTION, CO., a Texas corporation, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF TEXAS

COUNTY OF HARRIS

I, _Patti L Hanson_, a notary public in and for said County and State, hereby certify that Mark Rauch, whose name as Member of Simba Investors, L.L.C., the General Partner of TIEMBO, LTD., a Texas limited partnership, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such Member and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _2_ day of _March_, 2016.

_Patti L Hanson_
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _1/18/2019_

PATTI L HANSON
NOTARY PUBLIC
STATE OF TEXAS
01-18-20__

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM

00538

2016    1231

STATE OF MISSISSIPPI

COUNTY OF Madison

I, Pamela F. Sebren, a notary public in and for said County and State, hereby certify that Wirt A. Yerger, III, whose name as Manager of KUDZU OIL PROPERTIES, LLC, a Mississippi limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the 23 day of February, 2016.

Pamela F. Sebren
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: July 18, 2017

STATE OF LOUISIANA

PARISH OF CADDO

I, _____, a notary public in and for said Parish and State, hereby certify that Mark P. Sealy, whose name as Manager of MARKSCO, L.L.C., a Louisiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF MISSISSIPPI

COUNTY OF _____

I, _____, a notary public in and for said County and State, hereby certify that Michael Johnson, whose name as Manager of LANDMARK EXPLORATION, LLC, a Mississippi limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM

00539

STATE OF MISSISSIPPI

COUNTY OF _____

I, _____, a notary public in and for said County and State, hereby certify that Wirt A. Yerger, III, whose name as Manager of KUDZU OIL PROPERTIES, LLC, a Mississippi limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF LOUISIANA

PARISH OF CADDO

I, _Melissa P. Riddick_, a notary public in and for said Parish and State, hereby certify that Mark P. Sealy, whose name as Manager of MARKSCO, L.L.C., a Louisiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _24th_ day of _February_, 2016.

_Melissa P. Riddick_
NOTARY PUBLIC
MELISSA P. RIDDICK, Notary Public
Caddo Parish, Louisiana
My Commission is for Life #6454

[AFFIX NOTARIAL SEAL]

My Commission Expires: _at death_

STATE OF MISSISSIPPI

COUNTY OF _____

I, _____, a notary public in and for said County and State, hereby certify that Michael Johnson, whose name as Manager of LANDMARK EXPLORATION, LLC, a Mississippi limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

Recorded in the above
Deed Book & Page
04-27-2016 10:27:40 AM

STATE OF MISSISSIPPI

COUNTY OF _____

00540

I, _____, a notary public in and for said County and State, hereby certify that Wirt A. Yerger, III, whose name as Manager of KUDZU OIL PROPERTIES, LLC, a Mississippi limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF LOUISIANA

PARISH OF CADDO

I, _____, a notary public in and for said Parish and State, hereby certify that Mark P. Sealy, whose name as Manager of MARKSCO, L.L.C., a Louisiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF MISSISSIPPI

COUNTY OF RANKIN

I, Lena M. Mayfield, a notary public in and for said County and State, hereby certify that Michael Johnson, whose name as Manager of LANDMARK EXPLORATION, LLC, a Mississippi limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the 29 day of February, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: 4-29-2017

NOTARY PUBLIC
ID # 92353
LENA M. MAYFIELD
Commission Expires
RANKIN COUNTY

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

2016  1234
Recorded in the Above
Deed  Book & Page
04-27-2016 10:27:40 AM

STATE OF MISSISSIPPI

COUNTY OF MADISON                                      00541

I, Julie Den Herder, a notary public in and for said County and State, hereby certify that Steven H. Craft, whose name as Manager of CRAFT EXPLORATION COMPANY, LLC, a Mississippi limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the 25th day of FEBRUARY, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: 10 15 16

STATE OF MISSISSIPPI
Julie Den Herder
ID No 103723
Comm Expires
October 15, 2016
NOTARY PUBLIC
MADISON COUNTY

STATE OF LOUISIANA

PARISH OF CADDO

I, _____, a notary public in and for said Parish and State, hereby certify that C. Bickham Dickson, III, whose name as Manager of DICKSON OIL & GAS, LLC, a Louisiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF LOUISIANA

PARISH OF CADDO

I, _____, a notary public in and for said Parish and State, hereby certify that Robert P. Bowman, whose name as Manager of BUNDERO INVESTMENT COMPANY, LLC, a Louisiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

2016  1235
Recorded in the Above
Deed  Book & Page
04-27-2016 10:27:40 AM

STATE OF MISSISSIPPI

COUNTY OF _____                                          00542

I, _____, a notary public in and for said County and State, hereby certify that Steven H. Craft, whose name as Manager of CRAFT EXPLORATION COMPANY, LLC, a Mississippi limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF LOUISIANA

PARISH OF CADDO

I, _GEORGE_ _PORTOCARRERO_ a notary public in and for said Parish and State, hereby certify that C. Bickham Dickson, III, whose name as Manager of DICKSON OIL & GAS, LLC, a Louisiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _15_ day of _March_, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _LIFETIME_

```
GEORGE PORTOCARRERO
NOTARY PUBLIC - LOUISIANA
CADDO - BOSSIER PARISH
NOTARY ID NUMBER 056297
My Commission Is For Life
```

STATE OF LOUISIANA

PARISH OF CADDO

I, _____, a notary public in and for said Parish and State, hereby certify that Robert P. Bowman, whose name as Manager of BUNDERO INVESTMENT COMPANY, LLC, a Louisiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

2016   1236
Recorded in the Above
Deed  Book & Page
04-27-2016 10:27:40 AM

STATE OF MISSISSIPPI

COUNTY OF _____                                          00543

I, _____, a notary public in and for said County and State, hereby certify that Steven H. Craft, whose name as Manager of CRAFT EXPLORATION COMPANY, LLC, a Mississippi limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF LOUISIANA

PARISH OF CADDO

I, _____, a notary public in and for said Parish and State, hereby certify that C. Bickham Dickson, III, whose name as Manager of DICKSON OIL & GAS, LLC, a Louisiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF LOUISIANA

PARISH OF CADDO

I, Deborah W. Cox, a notary public in and for said Parish and State, hereby certify that Robert P. Bowman, whose name as Manager of BUNDERO INVESTMENT COMPANY, LLC, a Louisiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the 24th day of February, 2016.

Deborah W. Cox
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: for life

DEBORAH W. COX 26693
Notary Public
Parish of Caddo
State of Louisiana

Page 12 of 38

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

2016   1237
Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM

STATE OF COLORADO

00544

COUNTY OF _Douglas_

I, _JoAnne Scherfel_, a notary public in and for said County and State, hereby certify that Mark A. Arnold, whose name as Manager of RESOURCE VENTURES, LLC, an Indiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _14Th_ day of _MARCh_, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

```
JOANNE SCHERFEL
Notary Public
State of Colorado
Notary ID 20014001784
My Commission Expires Mar 5, 2017
```

STATE OF TEXAS

COUNTY OF _____

I, _____, a notary public in and for said County in said State, hereby certify W.R. (Trey) Sibley, whose name as Attorney-In-Fact of THE RUDMAN PARTNERSHIP, a Texas general partnership, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said partnership.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

**This instrument prepared by:**
Duane A. Graham, Esq.
Armbrecht Jackson LLP
P.O. Box 290
Mobile, AL 36601

Page 13 of 38

ESCAMBIA PROSPECT
RECORDING SUPPLEMENT

2016   1238
Recorded in the Above
Deed  Book & Page
04-27-2016 10:27:40 AM

STATE OF COLORADO

COUNTY OF _____                                                00545

I, _____, a notary public in and for said County and State, hereby certify that Mark A. Arnold, whose name as Manager of RESOURCE VENTURES, LLC, an Indiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____


STATE OF TEXAS

COUNTY OF _Dallas_

I, _Frances Manske_ a notary public in and for said County in said State, hereby certify W.R. (Trey) Sibley, whose name as Attorney-In-Fact of THE RUDMAN PARTNERSHIP, a Texas general partnership, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said partnership.

Given under my hand and notarial seal this the _30th_ day of _March_, 2016.

_Frances Manske_
NOTARY PUBLIC

FRANCES MANSKE
ID # 00378888-7
Notary Public, State of Texas
My Commission Expires
03/07/2020

[AFFIX NOTARIAL SEAL]

My Commission Expires: _03/07/2020_


**This instrument prepared by:**
Duane A. Graham, Esq.
Armbrecht Jackson LLP
P.O. Box 290
Mobile, AL 36601

2016   1239
Recorded in the Above
Deed  Book & Page
04-27-2016 10:27:40 AM

### EXHIBIT "A"

## PARTIES WITH INTERESTS IN CONTRACT AREA

00546

| Party | Decimal Interest |
|---|---|
| Bundero Investment Company, L.L.C.<br>333 Texas Street, Suite 300<br>Shreveport, LA 71101 | 0.0100000 |
| Craft Exploration Company L.L.C.<br>P.O. Box 2430<br>Madison, MS 39130 | 0.0075000 |
| Dickson Oil & Gas, LLC<br>P.O. Box 52479<br>Shreveport, LA 71135 | 0.0087500 |
| Fant Energy Limited<br>P.O. Box 55205<br>Houston, TX 77255 | 0.0875000 |
| JF Howell Interests, L.P.<br>416 Travis St., Suite 700<br>Shreveport, LA 71101 | 0.0400000 |
| JJS Working Interests Escambia, LLC<br>4295 San Felipe, Suite 207<br>Houston, TX 77027 | 0.1819375 |
| Kudzu Oil Properties, LLC<br>300 Concourse Blvd, Suite 101<br>Ridgeland, MS 39157 | 0.0150000 |
| Landmark Exploration, LLC<br>P.O. Box 12004<br>Jackson, MS 39236 | 0.0150000 |
| Marksco, L.L.C.<br>333 Texas Street, Suite 1050<br>Shreveport, LA 71101 | 0.0175000 |
| McCombs Energy, Ltd.<br>5599 San Felipe, Suite 1200<br>Houston, TX 77056 | 0.2025000 |
| Pickens Financial Group, LLC<br>10100 N. Central Expressway, Suite 200<br>Dallas, TX 75231-4159 | 0.0375000 |
| Resource Ventures, LLC<br>8369 South Park Lane, Suite B<br>Littleton, CO 80120 | 0.0009375 |
| The Rudman Partnership<br>1700 Pacific Ave., Suite 4700<br>Dallas, TX 75201-4670 | 0.0937500 |
| Sklarco, LLC<br>401 Edwards Street, Suite 1601<br>Shreveport, LA 71101 | 0.2483750 |

2016   1240
Recorded in the Above
Deed  Book & Page
04-27-2016 10:27:40 AM

**Tauber Exploration & Production Company**          0.0187500
**55 Waugh Drive, Suite 600**                                                          00547
**Houston, TX 77007**

**Tiembo Ltd.**                                              0.0150000
**P.O. Box 270415**
**Houston, TX 77277-0415**
**TOTAL**                                                    1.0000000

Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM

**EXHIBIT "A-1"**

00548

## OIL, GAS AND MINERAL LEASES

1. Oil Gas and Mineral Lease dated 12/28/2010, by and between Cary Page, as Lessor, and John C. Albury, as Lessee, recorded on 2010/6351, of the official public records of Conecuh County, Alabama (1ESC01-L001)

2. Oil Gas and Mineral Lease dated 12/28/2010, by and between Mary Katherine Jones Brundage, hier of Dorothy Fay, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2010 Pg 6235 Rec.Dt. 12/16/2010, of the official public records of Conecuh County, Alabama (1ESC01-L002)

3. Oil Gas and Mineral Lease dated 12/28/2010, by and between MARY ANN TAYLOR, WIFE OF Dwight Taylor, as Lessor, and John C. Albury, as Lessee, recorded on Bk 2010 Pg 6364 Rec.Dt. 12/28/2010, of the official public records of Conecuh County, Alabama (1ESC01-L003)

4. Oil Gas and Mineral Lease dated 01/09/2006, by and between Tully Logan & Annie Lee Logan, et ux, as Lessor, and John C. Albury, as Lessee, recorded on Bk 405 Pg 779-7 Rec.Dt. 6/9/2006, of the official public records of Escambia County, Alabama (1ESC01-L004)

5. Oil Gas and Mineral Lease dated 01/09/2006, by and between Jack D. Logan & Margaret Logan, et ux, as Lessor, and John C. Albury, as Lessee, recorded on Bk 405 Pg 777-7 Rec.Dt. 6/9/2006, of the official public records of Escambia County, Alabama (1ESC01-L005)

6. Oil Gas and Mineral Lease dated 01/09/2006, by and between Kenneth Allen Baker & Randle Bruce Baker, as Lessor, and John C. Albury, as Lessee, recorded on Bk 2006 Pg 2028, of the official public records of Conecuh County, Alabama (1ESC01-L006)

7. Oil Gas and Mineral Lease dated 01/09/2006, by and between Raymond B. Logan & Billie Joyce Logan, et ux, as Lessor, and John C. Albury, as Lessee, recorded on Bk 405 Pg 775-7 Rec.Dt. 6/9/2006, of the official public records of Escambia County, Alabama (1ESC01-L008)

8. Oil Gas and Mineral Lease dated 01/09/2006, by and between James W. Logan & Nell Marie Logan, et ux, as Lessor, and John C. Albury, as Lessee, recorded on Bk 405 Pg 781-7, of the official public records of Escambia County, Alabama (1ESC01-L009)

9. Oil Gas and Mineral Lease dated 01/09/2006, by and between Bertie T. Hassell & Juanita T. Hassell, et ux, as Lessor, and John C. Albury, as Lessee, recorded on Bk 405 Pg 783-7 Rec.Dt. 6/9/2006, of the official public records of Escambia County, Alabama (1ESC01-L010)

10. Oil Gas and Mineral Lease dated 09/20/2012, by and between Ralls Properties, L.L.C., as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 541 Page 953, of the official public records of Escambia County, Alabama (1ESC01-L011)

11. Oil Gas and Mineral Lease dated 02/13/2006, by and between R. Wyatt Feagin, as Lessor, and John C. Albury, as Lessee, recorded on Bk 405 Pg 787-7, of the official public records of Escambia County, Alabama (1ESC01-L012)

12. Oil Gas and Mineral Lease dated 02/13/2006, by and between Nanette Feagin Beck, as Lessor, and John C. Albury, as Lessee, recorded on Bk 405 Pg 790-7 Rec.Dt. 6/9/2006, of the official public records of Escambia County, Alabama (1ESC01-L013)

13. Oil Gas and Mineral Lease dated 03/10/2006, by and between Noel E. Lindholm & Gloria H. Lindholm, et ux, as Lessor, and John C. Albury, as Lessee, recorded on Bk 2006 Pg 2032 Rec.Dt. 6/8/2006, of the official public records of Conecuh County, Alabama (1ESC01-L014)

14. Oil Gas and Mineral Lease dated 10/27/2015, by and between Barbara Register, married, Byron R. Kelley, married, Eugenia Kelley Hyde, married, Sandra Kelley Watts, married, Linda Kelley, single, Jeffrey S. Snowden, single, John M. Snowden, married, James R. Snowden, married, Tara N. Sellers, single, Mark Snowden, married, Sharon E. Dahike, married, J.C Snowden, individually, and by J.C. Snowden and/or Frankie J. Snowden, as their Attorney-in-fact, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 543 Pg 673, of the official public records of Escambia County, Alabama (1ESC01-L015)

15. Oil Gas and Mineral Lease dated 03/03/2006, by and between William E. Older, as Lessor, and John C. Albury, as Lessee, recorded on Bk 2006 Pg 2036 Rec.Dt. 6/8/2006, of the official public records of Conecuh County, Alabama (1ESC01-L019)

16. Oil Gas and Mineral Lease dated 01/03/2011, by and between Earline B. Older, as Lessor, and UNKNOWN / OTHERS, as Lessee, recorded on Bk 2011 Pg 600, of the official public records of Conecuh County, Alabama (1ESC01-L020)

17. Oil Gas and Mineral Lease dated 03/09/2011, by and between Juanita C. Waters, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 47, of the official public records of Conecuh County, Alabama (1ESC01-L021)

18. Oil Gas and Mineral Lease dated 03/09/2011, by and between Alva Nann Taylor & Robert Taylor, et vir, as Lessor, and John C. Albury, as Lessee, recorded on Bk 2011 Pg 554 Extention Recorded Book 2013 Page 6162, of the official public records of Conecuh County, Alabama (1ESC01-L022)

19. Oil Gas and Mineral Lease dated 03/09/2011, by and between Jo Ann Langham, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 53 Recorded Extention Book 2013 Page 6172, of the official public records of Conecuh County, Alabama (1ESC01-L025)

20. Oil Gas and Mineral Lease dated 03/09/2011, by and between Robert Cary & Judy Cary, et ux, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 50 Recorded Extention Book 2013 Page 6176, of the official public records of Conecuh County, Alabama (1ESC01-L029)

21. Oil Gas and Mineral Lease dated 03/20/2011, by and between Stephen Jeter, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 501, of the official public records of Escambia County, Alabama (1ESC01-L030)

22. Oil Gas and Mineral Lease dated 03/20/2011, by and between John R. Jeter, III, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 566, of the official public records of Escambia County, Alabama (1ESC01-L031)

23. Oil Gas and Mineral Lease dated 03/20/2011, by and between Sally Jeter Hammond, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 498, of the official public records of Conecuh County, Alabama (1ESC01-L032)

24. Oil Gas and Mineral Lease dated 03/28/2011, by and between Allene B. Ward & James Earl Beverly, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 56, of the official public records of Conecuh County, Alabama (1ESC01-L033)

Recorded in the Above
Deed Book & Page
04-27-2016  10:27:40 AM

00549

25. Oil Gas and Mineral Lease dated 03/28/2011, by and between Allene B. Ward, et al, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 58, of the official public records of Conecuh County, Alabama (1ESC01-L034)

26. Oil Gas and Mineral Lease dated 04/02/2006, by and between David Edwin Logan & Karen F. Logan, et ux, as Lessor, and John C. Albury, as Lessee, recorded on Bk 405 Pg 815, of the official public records of Conecuh County, Alabama (1ESC01-L039)

27. Oil Gas and Mineral Lease dated 03/20/2011, by and between Sarah M. Lanier, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 150 Rec.Dt. 1/7/2011, of the official public records of Conecuh County, Alabama (1ESC01-L040)

28. Oil Gas and Mineral Lease dated 02/28/2014, by and between Wayne M. Blair & Carolyn Blair, et ux, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 586 Pg 789, of the official public records of Escambia County, Alabama (1ESC01-L041)

29. Oil Gas and Mineral Lease dated 05/12/2006, by and between William E. Older, as Lessor, and John C. Albury, as Lessee, recorded on Bk 2006 Pg 2532 Rec.Dt. 7/17/2006, of the official public records of Conecuh County, Alabama (1ESC01-L042)

30. Oil Gas and Mineral Lease dated 06/06/2011, by and between Juanita Ralls, as Lessor, and John C. Albury, as Lessee, recorded on Bk 2011 Pg 3092, of the official public records of Conecuh County, Alabama (1ESC01-L043)

31. Oil Gas and Mineral Lease dated 05/10/2011, by and between MARY KATHERINE JONES BRUNDAGE, DUAGHTER OF DOROTHY, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 710 Rec.Dt. 2/24/2011, of the official public records of Conecuh County, Alabama (1ESC01-L044)

32. Oil Gas and Mineral Lease dated 02/28/2014, by and between Martha B. Robinson, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2014 Pg 394, of the official public records of Conecuh County, Alabama (1ESC01-L045)

33. Oil Gas and Mineral Lease dated 01/03/2011, by and between Earline B. Older, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 600 Rec.Dt. 2/14/2011, of the official public records of Conecuh County, Alabama (1ESC01-L046)

34. Oil Gas and Mineral Lease dated 06/17/2011, by and between Helen Pate, as Trustee for Josh Pate and Jill Pate, as Lessor, and John C. Albury, as Lessee, recorded on Bk 2011 Pg 5334 Rec.Dt. 11/3/2011, of the official public records of Conecuh County, Alabama (1ESC01-L047)

35. Oil Gas and Mineral Lease dated 05/11/2011, by and between Mary Ann Taylor, widow of Dwight Taylor, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 708 Rec.Dt. 2/24/2011, of the official public records of Conecuh County, Alabama (1ESC01-L048)

36. Oil Gas and Mineral Lease dated 02/28/2014, by and between Mary B. Andrews & William Patrick Andrews, et ux, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 567 Page 492, of the official public records of Escambia County, Alabama (1ESC01-L049)

37. Oil Gas and Mineral Lease dated 03/29/2011, by and between Oscar DePriest Tucker, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 493 Rec.Dt. 2/2/2011, of the official public records of Conecuh County, Alabama (1ESC01-L050)

38. Oil Gas and Mineral Lease dated 05/30/2014, by and between John N. Feagin & Germania W. Feagin, et ux, as Lessor, and John C. Albury, as Lessee, recorded on Bk 2014 Page 323, of the official public records of Conecuh County, Alabama (1ESC01-L051)

39. Oil Gas and Mineral Lease dated 06/05/2014, by and between Joel R. Pate, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2014 Pg 842, of the official public records of Conecuh County, Alabama (1ESC01-L052)

40. Oil Gas and Mineral Lease dated 05/24/2014, by and between William G. Dawkins & Juanita B. Dawkins, et ux, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 573 Pg 147, of the official public records of Escambia County, Alabama (1ESC01-L053)

41. Oil Gas and Mineral Lease dated 05/24/2014, by and between Carolyn C. Kennedy, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk573 Pg 144, of the official public records of Escambia County, Alabama (1ESC01-L054)

42. Oil Gas and Mineral Lease dated 06/05/2006, by and between Frank Steadman & Beverly Steadman, et ux, as Lessor, and John C. Albury, as Lessee, recorded on Bk 2006 Pg 2534, of the official public records of Conecuh County, Alabama (1ESC01-L055)

43. Oil Gas and Mineral Lease dated 05/18/2011, by and between Sarah Ann Leyden, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 514 Pg 102-1 Rec.Dt. 4/8/2011, of the official public records of Escambia County, Alabama (1ESC01-L056)

44. Oil Gas and Mineral Lease dated 05/18/2011, by and between Michael P. Leyden, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 514 Pg 99-10 Rec.Dt. 4/8/2011, of the official public records of Escambia County, Alabama (1ESC01-L057)

45. Oil Gas and Mineral Lease dated 03/24/2011, by and between Frank M. Stamps, as Lessor, and John C. Albury, as Lessee, recorded on Bk 514 Pg 96-98 Rec.Dt. 4/8/2011, of the official public records of Escambia County, Alabama (1ESC01-L058)

46. Oil Gas and Mineral Lease dated 11/20/2006, by and between Elizabeth R. Epstein, as Lessor, and John C. Albury, as Lessee, recorded on Bk 422 & 2007 Pg 720 & Entry 00720, of the official public records of Escambia County, Alabama (1ESC01-L065)

47. Oil Gas and Mineral Lease dated 11/10/2006, by and between Edgar McCreary, et ux, as Lessor, and John C. Albury, as Lessee, recorded on Bk 422 & 2007 Pg 722 & Entry 00722 Rec.Dt. 1/24/2007, of the official public records of Escambia County, Alabama (1ESC01-L066)

48. Oil Gas and Mineral Lease dated 01/03/2016, by and between Reo Kirkland, Jr., as Lessor, and John C. Albury, as Lessee, recorded on Bk 2012 Pg 8014, of the official public records of Conecuh County, Alabama (1ESC01-L069)

49. Oil Gas and Mineral Lease dated 06/28/2007, by and between Marjorie Rabun Woodell, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 438 Pg 840 Entry 00840 Rec.Dt. 8/13/2007, of the official public records of Escambia County, Alabama (1ESC01-L070)

50. Oil Gas and Mineral Lease dated 05/16/2007, by and between Alex W. Feagin, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 438 Pg 837 Entry 00837, of the official public records of Escambia County, Alabama (1ESC01-L072)

51. Oil Gas and Mineral Lease dated 05/14/2007, by and between George M. Findley Estate, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 438 Pg 835 Entry 00835 Rec.Dt. 8/13/2007, of the official public records of Escambia County, Alabama (1ESC01-L074)

2016   1243   0055(
Recorded in the Above
Deed  Book & Page
04-27-2016 10:27:40 AM

52. Oil Gas and Mineral Lease dated 03/26/2015, by and between Cynthia Goza Whitver, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 535 Pg 655 Rec.Dt. 5/30/2012, of the official public records of Escambia County, Alabama (1ESC01-L078)

53. Oil Gas and Mineral Lease dated 03/26/2015, by and between Amanda Goza Greco, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 535 Pg 653 Rec.Dt. 5/30/2012, of the official public records of Escambia County, Alabama (1ESC01-L079)

54. Oil Gas and Mineral Lease dated 07/16/2007, by and between Ronice Cook Thames, Ind. & Trustee for The Lanoy T, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 440 Pg 439 Entry 00439, of the official public records of Escambia County, Alabama (1ESC01-L081)

55. Oil Gas and Mineral Lease dated 11/02/2015, by and between Estate of Marie Mabe Bergman, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 545  Pg 517, of the official public records of Escambia County, Alabama (1ESC01-L082)

56. Oil Gas and Mineral Lease dated 07/17/2007, by and between State of Alabama, as Lessor, and SKLAR EXPLORATION CO., L.L.C., as Lessee, recorded on Bk 444 & 2007 Pg 4100 Entry 00034 Rec.Dt. 11/6/2007, of the official public records of Escambia County, Alabama (1ESC01-L083)

57. Oil Gas and Mineral Lease dated 07/17/2007, by and between State of Alabama, as Lessor, and SKLAR EXPLORATION CO., L.L.C., as Lessee, recorded on Bk 444 & 2007 Pg 4107 Entry 00041 Rec.Dt. 11/6/2007, of the official public records of Conecuh County, Alabama (1ESC01-L084)

58. Oil Gas and Mineral Lease dated 01/17/2013, by and between Syble LaJune White, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 548 Pg 941, of the official public records of Escambia County, Alabama (1ESC01-L087)

59. Oil Gas and Mineral Lease dated 02/15/2013, by and between Mary H. Strain Family Trust, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 552 Page 506, of the official public records of Escambia County, Alabama (1ESC01-L088)

60. Oil Gas and Mineral Lease dated 02/15/2013, by and between Gordon Kelley O'Neal, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 454 Pg 692, of the official public records of Escambia County, Alabama (1ESC01-L089)

61. Oil Gas and Mineral Lease dated 02/15/2013, by and between Caroline Frances O'Neal, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 551 Pg 954, of the official public records of Escambia County, Alabama (1ESC01-L090)

62. Oil Gas and Mineral Lease dated 02/15/2013, by and between Robert H. O'Neal, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 551 Pg 952, of the official public records of Escambia County, Alabama (1ESC01-L091)

63. Oil Gas and Mineral Lease dated 12/15/2014, by and between Candice Howard Shaughnessy, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 584 Page 953, of the official public records of Escambia County, Alabama (1ESC01-L093)

64. Oil Gas and Mineral Lease dated 12/15/2014, by and between Abbie Howard, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 547 pg  617, of the official public records of Escambia County, Alabama (1ESC01-L097)

65. Oil Gas and Mineral Lease dated 01/17/2013, by and between Carol Roberts, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 548 Pg 949, of the official public records of Escambia County, Alabama (1ESC01-L098)

66. Oil Gas and Mineral Lease dated 01/17/2013, by and between John Robert Roby, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 548 Pg 943, of the official public records of Escambia County, Alabama (1ESC01-L099)

67. Oil Gas and Mineral Lease dated 01/17/2013, by and between James C. Roby, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 548 Pg 947, of the official public records of Escambia County, Alabama (1ESC01-L100)

68. Oil Gas and Mineral Lease dated 01/17/2013, by and between Janice Smith, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 548 Pg 953, of the official public records of Escambia County, Alabama (1ESC01-L101)

69. Oil Gas and Mineral Lease dated 01/04/2013, by and between Michael R. Cary, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 546 pg 5, of the official public records of Escambia County, Alabama (1ESC01-L102)

70. Oil Gas and Mineral Lease dated 01/16/2013, by and between Sandra Ellis, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 548 Pg 951, of the official public records of Escambia County, Alabama (1ESC01-L109)

71. Oil Gas and Mineral Lease dated 01/17/2013, by and between Foster F. Fountain, III, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 547 Page 629, of the official public records of Escambia County, Alabama (1ESC01-L110)

72. Oil Gas and Mineral Lease dated 01/17/2013, by and between Karen A. Fulford, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 548 Pg 945, of the official public records of Escambia County, Alabama (1ESC01-L111)

73. Oil Gas and Mineral Lease dated 11/01/2015, by and between Gene R. Dixon, et ux, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 543 Pg 1000, of the official public records of Escambia County, Alabama (1ESC01-L115)

74. Oil Gas and Mineral Lease dated 10/29/2015, by and between Amanda O'Guinn, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 543Pg 675, of the official public records of Escambia County, Alabama (1ESC01-L117)

75. Oil Gas and Mineral Lease dated 10/29/2015, by and between Rebecca McClelland, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 543 Pg 819, of the official public records of Escambia County, Alabama (1ESC01-L118)

76. Oil Gas and Mineral Lease dated 10/29/2015, by and between Winona S. Maddox, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 543 Pg 679, of the official public records of Escambia County, Alabama (1ESC01-L119)

77. Oil Gas and Mineral Lease dated 10/15/2015, by and between Jacquelyn Jernigan, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 543 Page 7, of the official public records of Escambia County, Alabama (1ESC01-L120)

78. Oil Gas and Mineral Lease dated 10/29/2015, by and between Priscilla West, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 543 Pg 677, of the official public records of Escambia County, Alabama (1ESC01-L121)

79. Oil Gas and Mineral Lease dated 11/02/2007, by and between Lee W. Thompson, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 450 Pg 373 Entry 00373 Rec.Dt. 2/21/2008, of the official public records of Escambia County, Alabama (1ESC01-L123)

80. Oil Gas and Mineral Lease dated 11/07/2012, by and between Ray Uptagrafft, et ux, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 543 Pg 998, of the official public records of Escambia County, Alabama (1ESC01-L129)

81. Oil Gas and Mineral Lease dated 12/05/2015, by and between Frances B. Pierce, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 541 Pg 760, of the official public records of Escambia County, Alabama (1ESC01-L131)

2016   1244
Recorded in the Above
Deed  Book & Page
04-27-2016 10:27:40 AM

00551

82. Oil Gas and Mineral Lease dated 12/01/2012, by and between A. Jake Holmes, et ux, as Lessor, and Sklarco, LLC, as Lessee,
recorded on Bk 450 Pg 402 Entry 00402 Rec.Dt. 2/21/2008, of the official public records of Escambia County, Alabama
(1ESC01-L132)

83. Oil Gas and Mineral Lease dated 11/28/2015, by and between Linda Zeiler, as Lessor, and Sklarco, LLC, as Lessee, recorded
on Bk 541 Pg 758, of the official public records of Escambia County, Alabama (1ESC01-L133)

84. Oil Gas and Mineral Lease dated 11/28/2015, by and between Stephen H. Lambert, as Lessor, and Sklarco, LLC, as Lessee,
recorded on Bk 541 Pg 762, of the official public records of Escambia County, Alabama (1ESC01-L134)

85. Oil Gas and Mineral Lease dated 10/31/2015, by and between Charles Collins, as Lessor, and Sklarco, LLC, as Lessee,
recorded on Bk 544 Pg 386, of the official public records of Escambia County, Alabama (1ESC01-L138)

86. Oil Gas and Mineral Lease dated 11/07/2015, by and between Danny Berk Watson, et ux, as Lessor, and Sklarco, LLC, as
Lessee, recorded on Bk 541 Pg 257, of the official public records of Escambia County, Alabama (1ESC01-L144)

87. Oil Gas and Mineral Lease dated 02/22/2013, by and between Carse Casey Jackson, Jr., as Lessor, and Sklarco, LLC, as
Lessee, recorded on Book 550 Page 843, of the official public records of Escambia County, Alabama (1ESC01-L148)

88. Oil Gas and Mineral Lease dated 01/17/2013, by and between Sarah Russell Tate, as Lessor, and Sklarco, LLC, as Lessee,
recorded on Bk 548 Pg 955, of the official public records of Escambia County, Alabama (1ESC01-L149)

89. Oil Gas and Mineral Lease dated 02/15/2013, by and between Kelley Alford, as Lessor, and Sklarco, LLC, as Lessee, recorded
on Bk 455 Pg 920, of the official public records of Escambia County, Alabama (1ESC01-L151)

90. Oil Gas and Mineral Lease dated 02/15/2013, by and between Edwin Sanford, III, as Lessor, and Sklarco, LLC, as Lessee,
recorded on Book    Page, of the official public records of Escambia County, Alabama (1ESC01-L152)

91. Oil Gas and Mineral Lease dated 01/22/2013, by and between Alice Marie Durant, as Lessor, and Sklarco, LLC, as Lessee,
recorded on Bk 548 Pg 957, of the official public records of Escambia County, Alabama (1ESC01-L155)

92. Oil Gas and Mineral Lease dated 06/24/2010, by and between Alex W. Feagin, as Lessor, and Sklarco, LLC, as Lessee,
recorded on Bk 2011 Pg 3105, of the official public records of Conecuh County, Alabama (1ESC01-L156)

93. Oil Gas and Mineral Lease dated 06/11/2008, by and between Steven D. Graves, as Lessor, and Sklarco, LLC, as Lessee,
recorded on Bk 464 Pg 130 Rec.Dt. 9/15/2008, of the official public records of Conecuh County, Alabama (1ESC01-L157)

94. Oil Gas and Mineral Lease dated 06/12/2014, by and between Patricia Jones Farrish, et ux, as Lessor, and Sklarco, LLC, as
Lessee, recorded on Bk 573 Pg 488, of the official public records of Escambia County, Alabama (1ESC01-L158)

95. Oil Gas and Mineral Lease dated 03/20/2014, by and between Sarah M. Lanier, as Lessor, and Sklarco, LLC, as Lessee,
recorded on Bk 2014 Pg 1571, of the official public records of Conecuh County, Alabama (1ESC01-L159)

96. Oil Gas and Mineral Lease dated 06/19/2014, by and between Franklin Jackson, as Lessor, and Sklarco, LLC, as Lessee,
recorded on Bk 903 Pg 903, of the official public records of Escambia County, Alabama (1ESC01-L160)

97. Oil Gas and Mineral Lease dated 06/19/2014, by and between Frankie Culliver Samuel, as Lessor, and Sklarco, LLC, as
Lessee, recorded on Bk 876 Pg 876, of the official public records of Escambia County, Alabama (1ESC01-L161)

98. Oil Gas and Mineral Lease dated 06/19/2014, by and between Large Culliver, Jr., as Lessor, and Sklarco, LLC, as Lessee,
recorded on Bk 573 Pg 879, of the official public records of Escambia County, Alabama (1ESC01-L162)

99. Oil Gas and Mineral Lease dated 06/19/2014, by and between Helen Culliver Farrish, as Lessor, and Sklarco, LLC, as Lessee,
recorded on Bk 870 Pg 573, of the official public records of Escambia County, Alabama (1ESC01-L163)

100. Oil Gas and Mineral Lease dated 03/27/2014, by and between Linda Culliver, as Lessor, and Sklarco, LLC, as Lessee, recorded
on Bk 573 Pg 864, of the official public records of Escambia County, Alabama (1ESC01-L164)

101. Oil Gas and Mineral Lease dated 03/27/2014, by and between Mattie Payne, as Lessor, and Sklarco, LLC, as Lessee, recorded
on Bk 573 Pg 873, of the official public records of Escambia County, Alabama (1ESC01-L165)

102. Oil Gas and Mineral Lease dated 03/27/2014, by and between Genice Brazile, as Lessor, and Sklarco, LLC, as Lessee, recorded
on Bk 867 Pg 573, of the official public records of Escambia County, Alabama (1ESC01-L166)

103. Oil Gas and Mineral Lease dated 06/23/2014, by and between Nancy Richardson, as Lessor, and Sklarco, LLC, as Lessee,
recorded on Bk 575 Pg 6, of the official public records of Escambia County, Alabama (1ESC01-L167)

104. Oil Gas and Mineral Lease dated 06/06/2014, by and between Laura Jane Andrews, as Lessor, and Sklarco, LLC, as Lessee,
recorded on Bk 576 Pg 391, of the official public records of Escambia County, Alabama (1ESC01-L168)

105. Oil Gas and Mineral Lease dated 07/03/2014, by and between Patrick B. Collins, as Lessor, and Sklarco, LLC, as Lessee,
recorded on Bk 575 Pg 3, of the official public records of Escambia County, Alabama (1ESC01-L172)

106. Oil Gas and Mineral Lease dated 06/09/2014, by and between Cynthia A. Goza Whitver, as Lessor, and Sklarco, LLC, as
Lessee, recorded on Bk 573 Pg 960, of the official public records of Escambia County, Alabama (1ESC01-L173)

107. Oil Gas and Mineral Lease dated 07/03/2014, by and between Amanda S. Goza Greco, as Lessor, and Sklarco, LLC, as Lessee,
recorded on Bk 589 Pg 732, of the official public records of Escambia County, Alabama (1ESC01-L174)

108. Oil Gas and Mineral Lease dated 07/21/2014, by and between Wiley Salter, as Lessor, and Sklarco, LLC, as Lessee, recorded
on Bk 576 Page 388, of the official public records of Escambia County, Alabama (1ESC01-L175)

109. Oil Gas and Mineral Lease dated 07/15/2011, by and between Martha H. Williams, as Lessor, and Sklarco, LLC, as Lessee,
recorded on Bk 518 Pg 371-3 Rec.Dt. 7/13/2011, of the official public records of Escambia County, Alabama (1ESC01-L177)

110. Oil Gas and Mineral Lease dated 07/14/2014, by and between Edith G. Hamilton, as Lessor, and Sklarco, LLC, as Lessee,
recorded on Bk 578 Pg 478, of the official public records of Escambia County, Alabama (1ESC01-L178)

111. Oil Gas and Mineral Lease dated 08/25/2014, by and between Mae Adele Tait Sharp, as Lessor, and Sklarco, LLC, as Lessee,
recorded on Bk 2014 Pg 1465, of the official public records of Conecuh County, Alabama (1ESC01-L180)

112. Oil Gas and Mineral Lease dated 08/25/2011, by and between Charles R. Tait, III, as Lessor, and Sklarco, LLC, as Lessee,
recorded on Bk 2011 Pg 3555 Rec.Dt. 7/14/2011, of the official public records of Conecuh County, Alabama (1ESC01-L182)

113. Oil Gas and Mineral Lease dated 08/25/2014, by and between Charles R. Tait, Jr., as Lessor, and Sklarco, LLC, as Lessee,
recorded on Bk 2014 Pg 2127, of the official public records of Conecuh County, Alabama (1ESC01-L183)

2016  1245
Recorded in the Above
Deed  Book & Page
04-27-2016  10:27:40 AM  00552

114. Oil Gas and Mineral Lease dated 08/27/2014, by and between Family Trust (Merritt), as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 573 Pg 900, of the official public records of Escambia County, Alabama (1ESC01-L186)

115. Oil Gas and Mineral Lease dated 08/15/2011, by and between Robert T. Feagin, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4275, of the official public records of Escambia County, Alabama (1ESC01-L187)

116. Oil Gas and Mineral Lease dated 01/24/2006, by and between Loree R. Hamiter, James E. Hamiter, & Harold W. Ha, as Lessor, and John C. Albury, as Lessee, recorded on Bk 2006 Pg 2030 Rec.Dt. 6/8/2006, of the official public records of Conecuh County, Alabama (1ESC01-L188)

117. Oil Gas and Mineral Lease dated 08/18/2011, by and between John Greel Ralls, Sr., as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2008 Pg 4746, of the official public records of Conecuh County, Alabama (1ESC01-L191)

118. Oil Gas and Mineral Lease dated 08/25/2014, by and between Darrell Preston Brannon, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2014 Pg 1564, of the official public records of Conecuh County, Alabama (1ESC01-L193)

119. Oil Gas and Mineral Lease dated 08/25/2014, by and between Michael Brian Crookshank, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2014 Pg 1455, of the official public records of Conecuh County, Alabama (1ESC01-L194)

120. Oil Gas and Mineral Lease dated 08/25/2014, by and between Vera Frances Tait, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2014 Pg 2291, of the official public records of Conecuh County, Alabama (1ESC01-L195)

121. Oil Gas and Mineral Lease dated 09/27/2014, by and between L.P. Rush Oil & Gas Co., Inc., as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 581 Page 992, of the official public records of Escambia County, Alabama (1ESC01-L196)

122. Oil Gas and Mineral Lease dated 11/06/2011, by and between Fay B. Vernor, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 527 Pg 141 Rec.Dt. 1/12/2012, of the official public records of Escambia County, Alabama (1ESC01-L197)

123. Oil Gas and Mineral Lease dated 11/06/2014, by and between Carol H. Pugh, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 581 Page 4, of the official public records of Escambia County, Alabama (1ESC01-L200)

124. Oil Gas and Mineral Lease dated 11/06/2014, by and between Mildred Horton Swindle, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 584 Page 499, of the official public records of Escambia County, Alabama (1ESC01-L201)

125. Oil Gas and Mineral Lease dated 07/07/2014, by and between William K. Horton, III, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 581 Page 1, of the official public records of Escambia County, Alabama (1ESC01-L202)

126. Oil Gas and Mineral Lease dated 12/19/2008, by and between Angela D. Short, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 1318, of the official public records of Conecuh County, Alabama (1ESC01-L203)

127. Oil Gas and Mineral Lease dated 08/23/2008, by and between Janie M. Johnston, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 500 Rec.Dt. 1/13/2009, of the official public records of Conecuh County, Alabama (1ESC01-L204)

128. Oil Gas and Mineral Lease dated 07/16/2014, by and between Margaret Horton Moss, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 581 Page 814, of the official public records of Escambia County, Alabama (1ESC01-L206)

129. Oil Gas and Mineral Lease dated 11/06/2014, by and between Mary Ann Mack, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 581 Page 7, of the official public records of Escambia County, Alabama (1ESC01-L207)

130. Oil Gas and Mineral Lease dated 02/11/2009, by and between Barbara S. Johnston, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 1320 Rec.Dt. 3/3/2009, of the official public records of Conecuh County, Alabama (1ESC01-L209)

131. Oil Gas and Mineral Lease dated 02/09/2012, by and between Cedar Creek Land & Timber, Inc., as Lessor, and UNKNOWN / OTHERS, as Lessee, recorded on Book 2012 Page 562 ; Book 526 Page 949, of the official public records of Conecuh County, Alabama (1ESC01-L210)

132. Oil Gas and Mineral Lease dated 02/15/2009, by and between Charlie Johnson, Jr., et ux, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 1702 Rec.Dt. 4/2/2009, of the official public records of Conecuh County, Alabama (1ESC01-L211)

133. Oil Gas and Mineral Lease dated 02/15/2009, by and between Robert N. Johnston, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 1714 Rec.Dt. 4/2/2009, of the official public records of Conecuh County, Alabama (1ESC01-L212)

134. Oil Gas and Mineral Lease dated 03/02/2009, by and between Johnsonville Volunteer Fire Department, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 1704 Rec.Dt. 4/2/2009, of the official public records of Conecuh County, Alabama (1ESC01-L213)

135. Oil Gas and Mineral Lease dated 02/11/2009, by and between Robert Terrell McLendon, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 1725 Rec.Dt. 4/2/2009, of the official public records of Conecuh County, Alabama (1ESC01-L214)

136. Oil Gas and Mineral Lease dated 02/15/2009, by and between Ginger Richardson, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 1723 Rec.Dt. 4/2/2009, of the official public records of Conecuh County, Alabama (1ESC01-L215)

137. Oil Gas and Mineral Lease dated 02/15/2009, by and between Sallie Steele, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 1721 Rec.Dt. 4/2/2009, of the official public records of Conecuh County, Alabama (1ESC01-L216)

138. Oil Gas and Mineral Lease dated 03/13/2014, by and between Carolyn C. Kennedy, as Lessor, and Sklarco, LLC, as Lessee, of the official public records of Conecuh County, Alabama (1ESC01-L217)

139. Oil Gas and Mineral Lease dated 02/19/2009, by and between William Greg Graddy, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 1710 Rec.Dt. 4/2/2009, of the official public records of Conecuh County, Alabama (1ESC01-L218)

140. Oil Gas and Mineral Lease dated 02/15/2009, by and between Joanna Johnston Foster, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 1716 Rec.Dt. 4/2/2009, of the official public records of Conecuh County, Alabama (1ESC01-L219)

141. Oil Gas and Mineral Lease dated 02/15/2009, by and between Annie Jo Johnston, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 1708 Rec.Dt. 4/2/2009, of the official public records of Conecuh County, Alabama (1ESC01-L220)

142. Oil Gas and Mineral Lease dated 02/18/2009, by and between Willie Frank Jones, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 1706 Rec.Dt. 4/2/2006, of the official public records of Conecuh County, Alabama (1ESC01-L221)

143. Oil Gas and Mineral Lease dated 01/02/2013, by and between Robert Earl Warr, et ux, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2013 Pg 26, of the official public records of Conecuh County, Alabama (1ESC01-L223)

2016   1366
Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM

00553

144. Oil Gas and Mineral Lease dated 03/05/2009, by and between Willie L. Bradley, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 1899 Rec.Dt. 4/24/2009, of the official public records of Conecuh County, Alabama (1ESC01-L224)

145. Oil Gas and Mineral Lease dated 03/05/2009, by and between Hazel A. Nettles, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 1897 Rec.Dt. 4/24/2009, of the official public records of Conecuh County, Alabama (1ESC01-L225)

146. Oil Gas and Mineral Lease dated 03/05/2009, by and between Prunastean Milner, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 1894 Rec.Dt. 4/24/2009, of the official public records of Conecuh County, Alabama (1ESC01-L226)

147. Oil Gas and Mineral Lease dated 03/05/2009, by and between Vernon J. Bradley, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 1884 Rec.Dt. 4/24/2009, of the official public records of Conecuh County, Alabama (1ESC01-L227)

148. Oil Gas and Mineral Lease dated 02/15/2009, by and between Tranum Johnston, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 1892 Rec.Dt. 4/24/2009, of the official public records of Conecuh County, Alabama (1ESC01-L228)

149. Oil Gas and Mineral Lease dated 02/15/2009, by and between Kay Johnston Hall, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 1890 Rec.Dt. 4/24/2009, of the official public records of Conecuh County, Alabama (1ESC01-L229)

150. Oil Gas and Mineral Lease dated 03/05/2009, by and between Pete Wolff, III, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 1888 Rec.Dt. 4/24/2009, of the official public records of Conecuh County, Alabama (1ESC01-L230)

151. Oil Gas and Mineral Lease dated 03/04/2009, by and between Jeff D. Johnston Testamentary Trust, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 1886, of the official public records of Conecuh County, Alabama (1ESC01-L231)

152. Oil Gas and Mineral Lease dated 03/05/2009, by and between Marian E. Johnson, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 2002 Rec.Dt. 5/1/2009, of the official public records of Conecuh County, Alabama (1ESC01-L232)

153. Oil Gas and Mineral Lease dated 03/05/2009, by and between Henry J. Bradley, Jr., as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 2004 Rec.Dt. 5/1/2009, of the official public records of Conecuh County, Alabama (1ESC01-L233)

154. Oil Gas and Mineral Lease dated 02/18/2009, by and between Zella Mae Thornton, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 2006 Rec.Dt. 5/1/2009, of the official public records of Conecuh County, Alabama (1ESC01-L234)

155. Oil Gas and Mineral Lease dated 03/23/2009, by and between Debra E. Williamson, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 2008 Rec.Dt. 5/1/2009, of the official public records of Conecuh County, Alabama (1ESC01-L235)

156. Oil Gas and Mineral Lease dated 02/15/2009, by and between Gayle Fountain, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 2010 Rec.Dt. 5/1/2009, of the official public records of Conecuh County, Alabama (1ESC01-L236)

157. Oil Gas and Mineral Lease dated 03/05/2009, by and between Cleveland C. Kelly, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 2012 Rec.Dt. 5/1/2009, of the official public records of Conecuh County, Alabama (1ESC01-L237)

158. Oil Gas and Mineral Lease dated 03/05/2009, by and between Stephen Michael Warr, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 2014 Rec.Dt. 5/1/2009, of the official public records of Conecuh County, Alabama (1ESC01-L238)

159. Oil Gas and Mineral Lease dated 03/14/2009, by and between Rene Cary, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 2017 Rec.Dt. 5/1/2009, of the official public records of Conecuh County, Alabama (1ESC01-L239)

160. Oil Gas and Mineral Lease dated 03/14/2009, by and between Margaret Ann Skiles, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 2895 Rec.Dt. 6/22/2009, of the official public records of Conecuh County, Alabama (1ESC01-L240)

161. Oil Gas and Mineral Lease dated 04/02/2009, by and between Jo Ann Cary Langham, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 2893 Rec.Dt. 6/22/2009, of the official public records of Conecuh County, Alabama (1ESC01-L241)

162. Oil Gas and Mineral Lease dated 03/14/2009, by and between W. T. Cary, Jr., as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 2881 Rec.Dt. 6/22/2009, of the official public records of Conecuh County, Alabama (1ESC01-L242)

163. Oil Gas and Mineral Lease dated 03/14/2009, by and between Joyce Wingard, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 2883 Rec.Dt. 6/22/2009, of the official public records of Conecuh County, Alabama (1ESC01-L243)

164. Oil Gas and Mineral Lease dated 04/02/2009, by and between Robert E. Cary, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 2885 Rec.Dt. 6/22/2009, of the official public records of Conecuh County, Alabama (1ESC01-L244)

165. Oil Gas and Mineral Lease dated 04/02/2009, by and between Juanita Cary Waters, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 2887 Rec.Dt. 6/22/2009, of the official public records of Conecuh County, Alabama (1ESC01-L245)

166. Oil Gas and Mineral Lease dated 02/15/2009, by and between Judi C. Byrd, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 2891 Rec.Dt. 6/22/2009, of the official public records of Conecuh County, Alabama (1ESC01-L247)

167. Oil Gas and Mineral Lease dated 04/02/2009, by and between Alva Nann Cary Taylor, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 2951 Rec.Dt. 6/29/2009, of the official public records of Conecuh County, Alabama (1ESC01-L248)

168. Oil Gas and Mineral Lease dated 02/20/2009, by and between Nancy Backsman Lowell, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 4457 Rec.Dt. 9/28/2009, of the official public records of Conecuh County, Alabama (1ESC01-L249)

169. Oil Gas and Mineral Lease dated 08/11/2009, by and between Donna Sue Smith, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 4467 Rec.Dt. 9/28/2009, of the official public records of Conecuh County, Alabama (1ESC01-L250)

170. Oil Gas and Mineral Lease dated 09/21/2009, by and between Cedar Creek Land & Timber, Inc., as Lessor, and SKLAR EXPLORATION CO., L.L.C., as Lessee, recorded on Book 2009 Page 4872, of the official public records of Conecuh County, Alabama (1ESC01-L251)

171. Oil Gas and Mineral Lease dated 02/20/2009, by and between Mary Catherine Rauschert, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 4970 Rec.Dt. 10/26/2009, of the official public records of Conecuh County, Alabama (1ESC01-L252)

172. Oil Gas and Mineral Lease dated 02/20/2009, by and between Robert E. Backsman, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 4972 Rec.Dt. 10/26/2009, of the official public records of Conecuh County, Alabama (1ESC01-L253)

173. Oil Gas and Mineral Lease dated 02/20/2009, by and between Bernard Lee Backsman, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2009 Pg 5227 Rec.Dt. 11/23/2009, of the official public records of Conecuh County, Alabama (1ESC01-L254)

Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM

00554

174. Oil Gas and Mineral Lease dated 02/05/2010, by and between BARBARA HERBERT SIMMONS, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2010 Pg 1708 Rec.Dt. 3/22/2010, of the official public records of Conecuh County, Alabama (1ESC01-L255)

175. Oil Gas and Mineral Lease dated 02/05/2010, by and between RAY WEEKS JR., as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2010 Pg 3517, of the official public records of Conecuh County, Alabama (1ESC01-L256)

176. Oil Gas and Mineral Lease dated 05/12/2010, by and between BETTY WEEKS SPURLOCK, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2010 Pg 3514 Rec.Dt. 6/29/2010, of the official public records of Conecuh County, Alabama (1ESC01-L257)

177. Oil Gas and Mineral Lease dated 12/28/2010, by and between Dorothy Sharon Jones Gates, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2010 Pg 6232 Rec.Dt. 12/16/2010, of the official public records of Conecuh County, Alabama (1ESC01-L259)

178. Oil Gas and Mineral Lease dated 12/02/2013, by and between Cedar Creek Land & Timber Inc, as Lessor, and Sklarco, LLC, as Lessee, recorded on 12/17/2013, Book 568 Page 806, of the official public records of Escambia County, Alabama (1ESC01-L260)

179. Oil Gas and Mineral Lease dated 12/13/2013, by and between Cedar Creek Land & Timber, Inc., as Lessor, and Sklarco, LLC, as Lessee, recorded on 12/17/2013, Book, 568, Page, 809, of the official public records of Escambia County, Alabama (1ESC01-L261)

180. Oil Gas and Mineral Lease dated 01/04/2011, by and between Janie M. Johnston, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 152 Rec.Dt. 1/7/2011, of the official public records of Conecuh County, Alabama (1ESC01-L262)

181. Oil Gas and Mineral Lease dated 01/04/2011, by and between Sarah M. Lanier, Trustee of the MARIE A. Lanier Ir, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 144 Rec.Dt. 1/7/2011, of the official public records of Conecuh County, Alabama (1ESC01-L263)

182. Oil Gas and Mineral Lease dated 12/20/2010, by and between JERRY PARKER WATSON, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2010 Pg 6335, of the official public records of Conecuh County, Alabama (1ESC01-L264)

183. Oil Gas and Mineral Lease dated 12/22/2010, by and between EDD FUQUA, JR, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 60, of the official public records of Conecuh County, Alabama (1ESC01-L265)

184. Oil Gas and Mineral Lease dated 12/22/2010, by and between MARTIN FUQUA, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2010 Pg 6357, of the official public records of Conecuh County, Alabama (1ESC01-L266)

185. Oil Gas and Mineral Lease dated 12/22/2010, by and between DANIEL J. FUQUA, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2010 Pg 6359, of the official public records of Conecuh County, Alabama (1ESC01-L267)

186. Oil Gas and Mineral Lease dated 12/28/2010, by and between CATHY TOMLIN, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2010 Pg 6416, of the official public records of Conecuh County, Alabama (1ESC01-L268)

187. Oil Gas and Mineral Lease dated 12/28/2010, by and between ROBERT TERRELL MCCLENDON, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2010 Pg 6422, of the official public records of Conecuh County, Alabama (1ESC01-L269)

188. Oil Gas and Mineral Lease dated 12/28/2010, by and between LUCY CLAIR MCCLENDON, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2010 Pg 6418, of the official public records of Conecuh County, Alabama (1ESC01-L270)

189. Oil Gas and Mineral Lease dated 12/28/2010, by and between SARA M. MCCLENDON, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2010 Pg 6420, of the official public records of Conecuh County, Alabama (1ESC01-L271)

190. Oil Gas and Mineral Lease dated 01/04/2011, by and between SARA LANIER IRR FOR GLENN E. LANIER,II, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 148, of the official public records of Conecuh County, Alabama (1ESC01-L272)

191. Oil Gas and Mineral Lease dated 01/04/2011, by and between SARA LANIER FOR SARA L. LANIER IRR TRUST, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 146, of the official public records of Conecuh County, Alabama (1ESC01-L273)

192. Oil Gas and Mineral Lease dated 05/05/2011, by and between Dorothy Sharon Jones Gates, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 491 Rec.Dt. 2/2/2011, of the official public records of Conecuh County, Alabama (1ESC01-L274)

193. Oil Gas and Mineral Lease dated 05/30/2014, by and between OLEN PAUL PADGETT & KIMBERLY F. PADGETT, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2014 Page 436, of the official public records of Conecuh County, Alabama (1ESC01-L275)

194. Oil Gas and Mineral Lease dated 05/30/2014, by and between JOHN FEAGIN JR, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2014 Page 434, of the official public records of Conecuh County, Alabama (1ESC01-L276)

195. Oil Gas and Mineral Lease dated 05/30/2014, by and between BENJAMIN C FEAGIN, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2014 Page 438, of the official public records of Conecuh County, Alabama (1ESC01-L277)

196. Oil Gas and Mineral Lease dated 02/04/2011, by and between SARA M. MCLENDON, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 562 Rec.Dt. 2/11/2011, of the official public records of Conecuh County, Alabama (1ESC01-L278)

197. Oil Gas and Mineral Lease dated 02/04/2011, by and between Lucy Clair McLendon, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 564 Rec.Dt. 2/11/2011, of the official public records of Conecuh County, Alabama (1ESC01-L279)

198. Oil Gas and Mineral Lease dated 02/10/2011, by and between STEVE GRAVES, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 560 Rec.Dt. 2/11/2011, of the official public records of Conecuh County, Alabama (1ESC01-L280)

199. Oil Gas and Mineral Lease dated 02/24/2011, by and between FANNIE H ROBINS, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 822 Rec.Dt. 3/7/2011, of the official public records of Conecuh County, Alabama (1ESC01-L281)

200. Oil Gas and Mineral Lease dated 02/24/2011, by and between Alice Smith Cary, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2011 Page 820 ; Amended and Ratified in Book 2013 Page 3347; Amended and Ratified in Book 2013 Page 3351; Amended and Ratified in Book 2013 Page 3355; Amended and Ratified in Book 2013 Page 3359; Amended and Ratified in Book 2013 Page 3366; Amended and Ratified in Book 2013 Page 3347; Amended and Ratified in Book 2013 Page 6286, of the official public records of Conecuh County, Alabama (1ESC01-L282)

Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM

00555

201. Oil Gas and Mineral Lease dated 02/09/2011, by and between JANIE M JOHNSTON, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 679 Rec.Dt. 2/23/2011, of the official public records of Conecuh County, Alabama (1ESC01-L283)

202. Oil Gas and Mineral Lease dated 02/10/2011, by and between SARAH M LANIER, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 633 Rec.Dt. 2/17/2011, of the official public records of Conecuh County, Alabama (1ESC01-L284)

203. Oil Gas and Mineral Lease dated 02/10/2011, by and between SARAH M LANIER, TRUSTEE OF THE SARAH M LANIER IRRE, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 635 Rec.Dt. 2/17/2011, of the official public records of Conecuh County, Alabama (1ESC01-L285)

204. Oil Gas and Mineral Lease dated 02/10/2011, by and between SARAH M LANIER, TRUSTEE OF THE SARAH M LAIER IRREV, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 639 Rec.Dt. 2/17/2011, of the official public records of Conecuh County, Alabama (1ESC01-L286)

205. Oil Gas and Mineral Lease dated 02/10/2011, by and between SARAH M LANIER TRUSTEE OF THE SARAH M LANIER IRREV, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 637 Rec.Dt. 2/17/2011, of the official public records of Conecuh County, Alabama (1ESC01-L287)

206. Oil Gas and Mineral Lease dated 02/04/2011, by and between CATHY TOMLIN, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 681 Rec.Dt. 2/23/2011, of the official public records of Conecuh County, Alabama (1ESC01-L288)

207. Oil Gas and Mineral Lease dated 02/04/2011, by and between ROBERT TERRELL MCLENDON, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 683 Rec.Dt. 2/23/2011, of the official public records of Conecuh County, Alabama (1ESC01-L289)

208. Oil Gas and Mineral Lease dated 03/29/2011, by and between KAREN W. BARNES, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 1322 Rec.Dt. 3/31/2011, of the official public records of Conecuh County, Alabama (1ESC01-L290)

209. Oil Gas and Mineral Lease dated 03/22/2011, by and between BEAMON WILLIAMS BY AIF KAREN W. BARNES, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 1324 Rec.Dt. 3/31/2011, of the official public records of Conecuh County, Alabama (1ESC01-L291)

210. Oil Gas and Mineral Lease dated 03/23/2011, by and between MARY W. GILL, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 1305 Rec.Dt. 3/29/2011, of the official public records of Conecuh County, Alabama (1ESC01-L292)

211. Oil Gas and Mineral Lease dated 03/23/2011, by and between EURA BELL JOHNSON, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 1307 Rec.Dt. 3/29/2011, of the official public records of Conecuh County, Alabama (1ESC01-L293)

212. Oil Gas and Mineral Lease dated 03/19/2011, by and between KAY WILLIAMS WOLFE, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 1610 Rec.Dt. 4/7/2011, of the official public records of Conecuh County, Alabama (1ESC01-L294)

213. Oil Gas and Mineral Lease dated 03/19/2011, by and between TOMMIE B. BRAGWELL, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 1616 Rec.Dt. 4/7/2011, of the official public records of Conecuh County, Alabama (1ESC01-L295)

214. Oil Gas and Mineral Lease dated 03/19/2011, by and between CHRISTOPHER A. WILLIAMS, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 1612 Rec.Dt. 4/7/2011, of the official public records of Conecuh County, Alabama (1ESC01-L296)

215. Oil Gas and Mineral Lease dated 03/19/2011, by and between JAMES CARL WILLIAMS, JR., as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 1614 Rec.Dt. 4/7/2011, of the official public records of Conecuh County, Alabama (1ESC01-L297)

216. Oil Gas and Mineral Lease dated 03/19/2011, by and between DANIEL B WILLIAMS, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 1919 Rec.Dt. 4/26/2011, of the official public records of Conecuh County, Alabama (1ESC01-L298)

217. Oil Gas and Mineral Lease dated 03/19/2011, by and between KENNETH J WILLIAMS, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 1915 Rec.Dt. 4/26/2011, of the official public records of Conecuh County, Alabama (1ESC01-L299)

218. Oil Gas and Mineral Lease dated 04/08/2011, by and between MICHAEL WOLFE, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 1917 Rec.Dt. 4/26/2011, of the official public records of Conecuh County, Alabama (1ESC01-L300)

219. Oil Gas and Mineral Lease dated 03/19/2011, by and between THOMAS A. WILLIAMS, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 1631 Rec.Dt. 4/11/2011, of the official public records of Conecuh County, Alabama (1ESC01-L301)

220. Oil Gas and Mineral Lease dated 04/13/2011, by and between ETHEL BELL WILLIAMS, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 1690 Rec.Dt. 4/14/2011, of the official public records of Conecuh County, Alabama (1ESC01-L302)

221. Oil Gas and Mineral Lease dated 04/07/2011, by and between LAURETTA CULLIVER, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 1692 Rec.Dt. 4/14/2011, of the official public records of Conecuh County, Alabama (1ESC01-L303)

222. Oil Gas and Mineral Lease dated 04/08/2011, by and between STEPHEN WOLFE, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 2123 Rec.Dt. 5/10/2011, of the official public records of Conecuh County, Alabama (1ESC01-L304)

223. Oil Gas and Mineral Lease dated 03/19/2011, by and between SPIROS PROTOPSALTIS, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 2120 Rec.Dt. 5/10/2011, of the official public records of Conecuh County, Alabama (1ESC01-L305)

224. Oil Gas and Mineral Lease dated 04/11/2011, by and between CLIFFORD WILLIAMS, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 2106 Rec.Dt. 5/10/2011, of the official public records of Conecuh County, Alabama (1ESC01-L306)

225. Oil Gas and Mineral Lease dated 04/11/2011, by and between Annie B. Franklin, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 2108 Rec.Dt. 5/10/2011, of the official public records of Conecuh County, Alabama (1ESC01-L307)

2016   1249
Recorded in the Above
Deed Book & Page
04-27-2016  10:27:40 AM    00556

226. Oil Gas and Mineral Lease dated 05/03/2011, by and between TERRANCE CARTER, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3054 Rec.Dt. 6/13/2011, of the official public records of Conecuh County, Alabama (1ESC01-L308)

227. Oil Gas and Mineral Lease dated 04/19/2011, by and between GAIL WILLIAMS, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3069 Rec.Dt. 6/13/2011, of the official public records of Conecuh County, Alabama (1ESC01-L309)

228. Oil Gas and Mineral Lease dated 04/21/2011, by and between CONSTANCE MARSHALL WILLIAMS, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3071 Rec.Dt. 6/13/2011, of the official public records of Conecuh County, Alabama (1ESC01-L310)

229. Oil Gas and Mineral Lease dated 03/20/2011, by and between John R. Jeter, III, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 516 Pg 142-1 Rec.Dt. 5/23/2011, of the official public records of Escambia County, Alabama (1ESC01-L311)

230. Oil Gas and Mineral Lease dated 05/16/2011, by and between RAMON ROOSEVELT WILLIAMS, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3034 Rec.Dt. 6/10/2011, of the official public records of Conecuh County, Alabama (1ESC01-L312)

231. Oil Gas and Mineral Lease dated 05/16/2011, by and between STEPFON WILLIAMS, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3036 Rec.Dt. 6/10/2011, of the official public records of Conecuh County, Alabama (1ESC01-L313)

232. Oil Gas and Mineral Lease dated 05/16/2011, by and between CLANFORD WILLIAMS JR, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3038 Rec.Dt. 6/10/2011, of the official public records of Conecuh County, Alabama (1ESC01-L314)

233. Oil Gas and Mineral Lease dated 04/16/2011, by and between DONALD RAY WILLIAMS, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 2459 Rec.Dt. 5/19/2011, of the official public records of Conecuh County, Alabama (1ESC01-L315)

234. Oil Gas and Mineral Lease dated 04/16/2011, by and between WILLIE E WILLIAMS, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 2465 Rec.Dt. 5/19/2011, of the official public records of Conecuh County, Alabama (1ESC01-L316)

235. Oil Gas and Mineral Lease dated 04/25/2011, by and between Angela Jones, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3030 Rec.Dt. 6/10/2011, of the official public records of Conecuh County, Alabama (1ESC01-L317)

236. Oil Gas and Mineral Lease dated 05/16/2011, by and between GLORIA JEAN ADAMS, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3032 Rec.Dt. 6/10/2011, of the official public records of Conecuh County, Alabama (1ESC01-L318)

237. Oil Gas and Mineral Lease dated 05/30/2014, by and between CHRIST THE KING CATHOLIC CHURCH OF ANDALUSIA ALABA, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2014 Page 1457; Ratified in Book 2014 Page 6400, of the official public records of Conecuh County, Alabama (1ESC01-L321)

238. Oil Gas and Mineral Lease dated 01/26/2014, by and between OSCAR DE PRIEST TUCKER, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2013 Pg 5652, of the official public records of Conecuh County, Alabama (1ESC01-L322)

239. Oil Gas and Mineral Lease dated 03/02/2011, by and between Brooklyn Zion Church, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2011 Pg 2730 Recorded Extention Book 2013 Page 6166, of the official public records of Conecuh County, Alabama (1ESC01-L327)

240. Oil Gas and Mineral Lease dated 02/15/2014, by and between Mamie Bradley Estate, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2013 Page 6134, of the official public records of Conecuh County, Alabama (1ESC01-L328)

241. Oil Gas and Mineral Lease dated 02/14/2014, by and between Cleveland Stephens, Heir of Henry & Molly Stephens, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2014 Page 34, of the official public records of Conecuh County, Alabama (1ESC01-L329)

242. Oil Gas and Mineral Lease dated 02/14/2011, by and between Andrella Cook Rankins Nettles, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2011 Pg 2160 Extention Recorded Book 2013 Page 6164, of the official public records of Conecuh County, Alabama (1ESC01-L330)

243. Oil Gas and Mineral Lease dated 01/31/2014, by and between BETTY AND ROBERT H LYNN, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2013 Pg 4848, of the official public records of Conecuh County, Alabama (1ESC01-L331)

244. Oil Gas and Mineral Lease dated 09/30/2013, by and between CARLOS N. PADGETT, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2013 Pg 4686, of the official public records of Conecuh County, Alabama (1ESC01-L334)

245. Oil Gas and Mineral Lease dated 02/14/2011, by and between Davis Stephens, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2011 Pg 2198; Extended in Book 2013 Page 1566, of the official public records of Conecuh County, Alabama (1ESC01-L338)

246. Oil Gas and Mineral Lease dated 02/14/2011, by and between Regnald Marshall, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2011 Pg 2182 Extention Recorded Book 2013 Page 6174, of the official public records of Conecuh County, Alabama (1ESC01-L339)

247. Oil Gas and Mineral Lease dated 02/14/2011, by and between Roy Marshall, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2011 Pg 2180 Extention Recorded Book 2013 Page 6178, of the official public records of Conecuh County, Alabama (1ESC01-L340)

248. Oil Gas and Mineral Lease dated 02/14/2011, by and between Eric Marshall, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2011 Pg 2728 Extention Recorded Book 2013 Page 6170, of the official public records of Conecuh County, Alabama (1ESC01-L341)

249. Oil Gas and Mineral Lease dated 02/10/2015, by and between Micheal and Trudi Betts, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2015 Page 28, of the official public records of Conecuh County, Alabama (1ESC01-L342)

250. Oil Gas and Mineral Lease dated 03/02/2011, by and between FLETCHER DEWAYNE BRADLEY, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2011 Pg 2174 Extention Recorded Book 2013 Page 6188, of the official public records of Conecuh County, Alabama (1ESC01-L343)

251. Oil Gas and Mineral Lease dated 02/14/2014, by and between Melvin Richardson, Jr, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2013 Page 6033, of the official public records of Conecuh County, Alabama (1ESC01-L344)

2016   1246
Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 A00557

252. Oil Gas and Mineral Lease dated 02/25/2011, by and between Sheryl Hamilton, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2011 Pg 2166 Extention Recorded Book 2013 Page 6168, of the official public records of Conecuh County, Alabama (1ESC01-L345)

253. Oil Gas and Mineral Lease dated 02/10/2011, by and between Gwendoyn Dunn, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2011 Pg 2178 Extention Recorded Book 2013 Page 6180, of the official public records of Conecuh County, Alabama (1ESC01-L346)

254. Oil Gas and Mineral Lease dated 02/10/2011, by and between Mollie Cunningham, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2011 Pg 2172 Extention Recorded Book 2013 Page 6184, of the official public records of Conecuh County, Alabama (1ESC01-L347)

255. Oil Gas and Mineral Lease dated 03/02/2011, by and between Mollie Cunningham, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2011 Pg 2176 Extention Recorded Book 2013 Page 6182, of the official public records of Conecuh County, Alabama (1ESC01-L348)

256. Oil Gas and Mineral Lease dated 02/25/2011, by and between Fletcher D. Bradley, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2011 Pg 2170 Extention Recorded Book 2013 Page 6186, of the official public records of Conecuh County, Alabama (1ESC01-L349)

257. Oil Gas and Mineral Lease dated 02/14/2014, by and between Elmira Bradley, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2013 Page 6035, of the official public records of Conecuh County, Alabama (1ESC01-L350)

258. Oil Gas and Mineral Lease dated 03/19/2011, by and between SUE PROTOPSLATIS, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 2622 Rec.Dt. 5/24/2011, of the official public records of Conecuh County, Alabama (1ESC01-L351)

259. Oil Gas and Mineral Lease dated 03/19/2011, by and between PIJI CHRISTINA PROTOPSALTIS, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 2619 Rec.Dt. 5/24/2011, of the official public records of Conecuh County, Alabama (1ESC01-L352)

260. Oil Gas and Mineral Lease dated 02/15/2014, by and between Mamie Bradley Estate by, Joseph Bradley, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2013 Pg 6030, of the official public records of Conecuh County, Alabama (1ESC01-L353)

261. Oil Gas and Mineral Lease dated 04/15/2011, by and between LINDA W JOHNSON, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 2461 Rec.Dt. 5/19/2011, of the official public records of Conecuh County, Alabama (1ESC01-L354)

262. Oil Gas and Mineral Lease dated 04/16/2011, by and between Alberta W. Garrett, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 2463 Rec.Dt. 5/19/2011, of the official public records of Conecuh County, Alabama (1ESC01-L355)

263. Oil Gas and Mineral Lease dated 04/15/2011, by and between LILLIE CULLIVER, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 2551 Rec.Dt. 5/23/2011, of the official public records of Conecuh County, Alabama (1ESC01-L356)

264. Oil Gas and Mineral Lease dated 04/16/2011, by and between LEE JONES, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 2549 Rec.Dt. 5/23/2011, of the official public records of Conecuh County, Alabama (1ESC01-L357)

265. Oil Gas and Mineral Lease dated 04/16/2011, by and between CLARA JONES, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 2474 Rec.Dt. 5/19/2011, of the official public records of Conecuh County, Alabama (1ESC01-L358)

266. Oil Gas and Mineral Lease dated 04/21/2011, by and between SHARON JOHNSON, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 2472 Rec.Dt. 5/19/2011, of the official public records of Conecuh County, Alabama (1ESC01-L359)

267. Oil Gas and Mineral Lease dated 04/26/2011, by and between WILLIE M JONES, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 2467 Rec.Dt. 5/19/2011, of the official public records of Conecuh County, Alabama (1ESC01-L360)

268. Oil Gas and Mineral Lease dated 05/18/2011, by and between SARAH A LEYDEN, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 139-1 Rec.Dt. 5/23/2011, of the official public records of Escambia County, Alabama (1ESC01-L361)

269. Oil Gas and Mineral Lease dated 05/18/2011, by and between Michael P. Leyden, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 516 Pg 136-1 Rec.Dt. 5/23/2011, of the official public records of Escambia County, Alabama (1ESC01-L362)

270. Oil Gas and Mineral Lease dated 05/11/2011, by and between Sarah M. Lanier, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 2611 Rec.Dt. 5/24/2011, of the official public records of Conecuh County, Alabama (1ESC01-L363)

271. Oil Gas and Mineral Lease dated 05/11/2014, by and between Sarah Lanier, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2014 Pg 1569, of the official public records of Conecuh County, Alabama (1ESC01-L364)

272. Oil Gas and Mineral Lease dated 05/10/2011, by and between Sarah M Lanier for Marie A Lanier, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 2613 Rec.Dt. 5/24/2011, of the official public records of Conecuh County, Alabama (1ESC01-L365)

273. Oil Gas and Mineral Lease dated 05/11/2011, by and between Sarah Lanier for GLenn Lanier, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 2617 Rec.Dt. 5/24/2011, of the official public records of Conecuh County, Alabama (1ESC01-L366)

274. Oil Gas and Mineral Lease dated 05/10/2011, by and between Sarah Lanier for Sarah L Lanier, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 2615 Rec.Dt. 5/24/2011, of the official public records of Conecuh County, Alabama (1ESC01-L367)

275. Oil Gas and Mineral Lease dated 05/25/2011, by and between ROCHELLE WALKER JR, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3050 Rec.Dt. 6/13/2011, of the official public records of Conecuh County, Alabama (1ESC01-L368)

276. Oil Gas and Mineral Lease dated 04/11/2011, by and between MARGARET JACKSON, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 1694 Rec.Dt. 4/14/2011, of the official public records of Conecuh County, Alabama (1ESC01-L369)

277. Oil Gas and Mineral Lease dated 05/03/2011, by and between STEPHON ROBINSON, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3056 Rec.Dt. 6/13/2011, of the official public records of Conecuh County, Alabama (1ESC01-L370)

Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM

00558

278. Oil Gas and Mineral Lease dated 05/12/2011, by and between TISDALE NATURAL RESOURCES, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3061 Rec.Dt. 6/13/2011, of the official public records of Conecuh County, Alabama (1ESC01-L371)

279. Oil Gas and Mineral Lease dated 03/20/2011, by and between Stephen Jeter, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 517 Pg 102-1 Rec.Dt. 6/10/2011, of the official public records of Escambia County, Alabama (1ESC01-L372)

280. Oil Gas and Mineral Lease dated 03/20/2011, by and between Sally Jeter Hammond, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 517 Pg 105-1 Rec.Dt. 6/10/2011, of the official public records of Escambia County, Alabama (1ESC01-L373)

281. Oil Gas and Mineral Lease dated 04/26/2011, by and between MARY W POWELL, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3346 Rec.Dt. 6/29/2011, of the official public records of Conecuh County, Alabama (1ESC01-L374)

282. Oil Gas and Mineral Lease dated 05/15/2011, by and between Antonio Jones, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3348 Rec.Dt. 6/29/2011, of the official public records of Conecuh County, Alabama (1ESC01-L375)

283. Oil Gas and Mineral Lease dated 05/09/2015, by and between Cedar Creek Land and Timber Inc., as Lessor, and Sklarco, LLC, as Lessee, recorded on 06/29/2015 Book 2015 Page 3266, of the official public records of Conecuh County, Alabama (1ESC01-L377)

284. Oil Gas and Mineral Lease dated 05/15/2011, by and between CLAYTON JONES, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2001 Pg 3052 Rec.Dt. 6/13/2011, of the official public records of Conecuh County, Alabama (1ESC01-L378)

285. Oil Gas and Mineral Lease dated 03/20/2014, by and between SARAH M LANIER FBO SARAH L LANIER, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2014 Pg 1574, of the official public records of Conecuh County, Alabama (1ESC01-L379)

286. Oil Gas and Mineral Lease dated 03/20/2014, by and between SARAH M LANIER FBO MARIE ANN LANIER, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2014 Pg 1577, of the official public records of Conecuh County, Alabama (1ESC01-L380)

287. Oil Gas and Mineral Lease dated 01/04/2014, by and between SARAH M LANIER FBO GLENN E LANIER II, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2014 Pg 1580, of the official public records of Conecuh County, Alabama (1ESC01-L381)

288. Oil Gas and Mineral Lease dated 03/01/2011, by and between Black Stone Natrual Resources I, L.P., as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 2112 Rec.Dt. 5/10/2011, of the official public records of Conecuh County, Alabama (1ESC01-L382)

289. Oil Gas and Mineral Lease dated 05/25/2011, by and between ROCHELLE WALKER Sr., as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3342 Rec.Dt. 6/29/2011, of the official public records of Conecuh County, Alabama (1ESC01-L383)

290. Oil Gas and Mineral Lease dated 05/28/2011, by and between Qunita Baldwin, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3344 Rec.Dt. 6/29/2011, of the official public records of Conecuh County, Alabama (1ESC01-L384)

291. Oil Gas and Mineral Lease dated 05/16/2011, by and between Cleava Mae Jones, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3332 Rec.Dt. 6/29/2011, of the official public records of Conecuh County, Alabama (1ESC01-L385)

292. Oil Gas and Mineral Lease dated 05/17/2011, by and between Gwenda W. Hawthorne, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3334 Rec.Dt. 6/29/2011, of the official public records of Conecuh County, Alabama (1ESC01-L386)

293. Oil Gas and Mineral Lease dated 05/15/2011, by and between Trichelle Davis Jones, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3338 Rec.Dt. 6/29/2011, of the official public records of Conecuh County, Alabama (1ESC01-L387)

294. Oil Gas and Mineral Lease dated 05/30/2011, by and between Gregory Moye, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3336 Rec.Dt. 6/29/2011, of the official public records of Conecuh County, Alabama (1ESC01-L388)

295. Oil Gas and Mineral Lease dated 05/30/2011, by and between Edgar E. Moye, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3340 Rec.Dt. 6/29/2011, of the official public records of Conecuh County, Alabama (1ESC01-L389)

296. Oil Gas and Mineral Lease dated 06/17/2011, by and between Walter Leon Jones, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4022 Rec.Dt. 8/4/2011, of the official public records of Conecuh County, Alabama (1ESC01-L390)

297. Oil Gas and Mineral Lease dated 06/23/2011, by and between Frank Stamps, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 517 Pg 312-3 Rec.Dt. 6/15/2011, of the official public records of Escambia County, Alabama (1ESC01-L391)

298. Oil Gas and Mineral Lease dated 05/18/2011, by and between Betty Moye Buie, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3403 Rec.Dt. 7/7/2011, of the official public records of Conecuh County, Alabama (1ESC01-L393)

299. Oil Gas and Mineral Lease dated 05/25/2011, by and between LaWanda Cooper, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3407 Rec.Dt. 7/7/2011, of the official public records of Conecuh County, Alabama (1ESC01-L394)

300. Oil Gas and Mineral Lease dated 05/18/2011, by and between Calvin Moye, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3405 Rec.Dt. 7/7/2011, of the official public records of Conecuh County, Alabama (1ESC01-L395)

301. Oil Gas and Mineral Lease dated 05/18/2011, by and between WIlliam Moye, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3409 Rec.Dt. 7/7/2011, of the official public records of Conecuh County, Alabama (1ESC01-L397)

302. Oil Gas and Mineral Lease dated 05/18/2011, by and between Minnie Lee Moye Pierce, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3411 Rec.Dt. 7/7/2011, of the official public records of Conecuh County, Alabama (1ESC01-L398)

303. Oil Gas and Mineral Lease dated 05/18/2011, by and between Helen Sims, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3413, of the official public records of Conecuh County, Alabama (1ESC01-L399)

304. Oil Gas and Mineral Lease dated 05/17/2011, by and between Lumon Williams Jr., as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3401 Rec.Dt. 7/7/2011, of the official public records of Conecuh County, Alabama (1ESC01-L401)

305. Oil Gas and Mineral Lease dated 05/17/2011, by and between Calvin Williams, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3399 Rec.Dt. 7/7/2011, of the official public records of Conecuh County, Alabama (1ESC01-L402)

306. Oil Gas and Mineral Lease dated 05/17/2011, by and between L.W. Williams, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3397 Rec.Dt. 7/7/2011, of the official public records of Conecuh County, Alabama (1ESC01-L403)

2016   1252
Recorded in the Above
Deed  Book & Page
04-27-2016 10:27:40 AM

00559

307. Oil Gas and Mineral Lease dated 05/05/2014, by and between Tempie A. Stancil, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2014 Pg 1460, of the official public records of Conecuh County, Alabama (1ESC01-L405)

308. Oil Gas and Mineral Lease dated 05/23/2011, by and between Ulyssess McCreary, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2011 Pg 3267 Extended  Bk 2014 Pg 1562, of the official public records of Conecuh County, Alabama (1ESC01-L407)

309. Oil Gas and Mineral Lease dated 05/23/2011, by and between Charles McCreary, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2011 Pg 3153 Extended  Bk 2014 Pg 1557, of the official public records of Conecuh County, Alabama (1ESC01-L408)

310. Oil Gas and Mineral Lease dated 05/23/2011, by and between Mary Lee Bonham, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2011 Pg 3150 Extended  Bk 2014 Pg 1559, of the official public records of Conecuh County, Alabama (1ESC01-L409)

311. Oil Gas and Mineral Lease dated 05/23/2011, by and between James MCCreary, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2011 Pg 3269 Extended  Bk 2014 Pg 1560, of the official public records of Conecuh County, Alabama (1ESC01-L410)

312. Oil Gas and Mineral Lease dated 05/23/2011, by and between Gladys Trawick, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2011 Pg 3280 Extended  Bk 2014 Pg 1558, of the official public records of Conecuh County, Alabama (1ESC01-L411)

313. Oil Gas and Mineral Lease dated 05/23/2011, by and between Cather Lee Sturdivant, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on Bk 2011 Pg 3278 Extended  Bk 2014 Pg 1556, of the official public records of Conecuh County, Alabama (1ESC01-L412)

314. Oil Gas and Mineral Lease dated 05/18/2011, by and between Levon Moye, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3649 Rec.Dt. 7/25/2011, of the official public records of Conecuh County, Alabama (1ESC01-L416)

315. Oil Gas and Mineral Lease dated 05/28/2011, by and between Shirley Williams, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4028 Rec.Dt. 8/4/2011, of the official public records of Conecuh County, Alabama (1ESC01-L418)

316. Oil Gas and Mineral Lease dated 06/04/2011, by and between John Ray Burks, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4026 Rec.Dt. 8/4/2011, of the official public records of Conecuh County, Alabama (1ESC01-L419)

317. Oil Gas and Mineral Lease dated 05/17/2011, by and between L.B. Williams, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4024 Rec.Dt. 8/4/2011, of the official public records of Conecuh County, Alabama (1ESC01-L420)

318. Oil Gas and Mineral Lease dated 07/14/2011, by and between Beatrice Autrey, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3565 Rec.Dt. 7/15/2011, of the official public records of Conecuh County, Alabama (1ESC01-L424)

319. Oil Gas and Mineral Lease dated 07/14/2011, by and between Inez Harrod, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3563 Rec.Dt. 7/15/2011, of the official public records of Conecuh County, Alabama (1ESC01-L425)

320. Oil Gas and Mineral Lease dated 07/12/2011, by and between Curtis Samuel, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3567 Rec.Dt. 7/15/2011, of the official public records of Conecuh County, Alabama (1ESC01-L426)

321. Oil Gas and Mineral Lease dated 07/12/2011, by and between Percy L. & Gwendalyn Jones, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3557 Rec.Dt. 7/15/2011, of the official public records of Conecuh County, Alabama (1ESC01-L427)

322. Oil Gas and Mineral Lease dated 05/18/2011, by and between Henry James Moye, Jr., as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4018 Rec.Dt. 8/4/2011, of the official public records of Conecuh County, Alabama (1ESC01-L428)

323. Oil Gas and Mineral Lease dated 05/22/2011, by and between Vera Williams Mims, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4020 Rec.Dt. 8/4/2011, of the official public records of Conecuh County, Alabama (1ESC01-L429)

324. Oil Gas and Mineral Lease dated 06/04/2011, by and between Barbara Burks, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4103 Rec.Dt. 8/15/2011, of the official public records of Conecuh County, Alabama (1ESC01-L430)

325. Oil Gas and Mineral Lease dated 07/14/2011, by and between Charlie Mae Howard, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4067 Rec.Dt. 8/9/2011, of the official public records of Conecuh County, Alabama (1ESC01-L431)

326. Oil Gas and Mineral Lease dated 07/14/2011, by and between Verdell Ammons, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3966 Rec.Dt. 8/3/2011, of the official public records of Conecuh County, Alabama (1ESC01-L432)

327. Oil Gas and Mineral Lease dated 07/14/2011, by and between Louvenia Leaston, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4074 Rec.Dt. 8/10/2011, of the official public records of Conecuh County, Alabama (1ESC01-L433)

328. Oil Gas and Mineral Lease dated 07/14/2011, by and between Andrew Samuel, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3652 Rec.Dt. 7/26/2011, of the official public records of Conecuh County, Alabama (1ESC01-L434)

329. Oil Gas and Mineral Lease dated 08/10/2011, by and between Lesa E. Ralls Johnson, Remainderman, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4113, of the official public records of Conecuh County, Alabama (1ESC01-L435)

330. Oil Gas and Mineral Lease dated 08/09/2011, by and between Linda R Wiggins, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4273, of the official public records of Conecuh County, Alabama (1ESC01-L436)

331. Oil Gas and Mineral Lease dated 08/09/2011, by and between Jessie Ree Jackson, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4269 Rec.Dt. 8/26/2011, of the official public records of Conecuh County, Alabama (1ESC01-L437)

332. Oil Gas and Mineral Lease dated 08/09/2011, by and between Charlene R Lett, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4271 Rec.Dt. 8/26/2011, of the official public records of Conecuh County, Alabama (1ESC01-L438)

333. Oil Gas and Mineral Lease dated 08/04/2011, by and between Ronisha Chana Crosby, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4519 Rec.Dt. 9/12/2011, of the official public records of Conecuh County, Alabama (1ESC01-L439)

334. Oil Gas and Mineral Lease dated 08/04/2011, by and between Sheila Shannon for Jaron Crosby, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 5538 Rec.Dt. 11/28/2011, of the official public records of Conecuh County, Alabama (1ESC01-L440)

335. Oil Gas and Mineral Lease dated 08/22/2011, by and between Zola Bryant, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4578 Rec.Dt. 9/14/2011, of the official public records of Conecuh County, Alabama (1ESC01-L441)

2016 1253
Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM

00560

336. Oil Gas and Mineral Lease dated 08/22/2011, by and between Claudine Holmes, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4582 Rec.Dt. 9/14/2011, of the official public records of Conecuh County, Alabama (1ESC01-L442)

337. Oil Gas and Mineral Lease dated 08/22/2011, by and between Dorothy Bradley, as Lessor, and UNKNOWN / OTHERS, as Lessee, recorded on Bk 2011 Pg 4580 Rec.Dt. 9/14/2011, of the official public records of Conecuh County, Alabama (1ESC01-L443)

338. Oil Gas and Mineral Lease dated 08/22/2011, by and between Gary Ann Perryman, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4584 Rec.Dt. 9/14/2011, of the official public records of Conecuh County, Alabama (1ESC01-L444)

339. Oil Gas and Mineral Lease dated 08/22/2011, by and between Geraldine Riley, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4576 Rec.Dt. 9/14/2011, of the official public records of Conecuh County, Alabama (1ESC01-L446)

340. Oil Gas and Mineral Lease dated 08/09/2011, by and between Rebecca R. Snell, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4570 Rec.Dt. 9/14/2011, of the official public records of Conecuh County, Alabama (1ESC01-L447)

341. Oil Gas and Mineral Lease dated 08/09/2011, by and between James Walker Jr, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4572 Rec.Dt. 9/14/2011, of the official public records of Conecuh County, Alabama (1ESC01-L448)

342. Oil Gas and Mineral Lease dated 08/22/2011, by and between Tyrone Walker, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4574 Rec.Dt. 9/14/2011, of the official public records of Conecuh County, Alabama (1ESC01-L449)

343. Oil Gas and Mineral Lease dated 08/22/2011, by and between Bernice Lee, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4564 Rec.Dt. 9/14/2011, of the official public records of Conecuh County, Alabama (1ESC01-L450)

344. Oil Gas and Mineral Lease dated 08/22/2011, by and between Loletha W. Mc Cloud, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4566 Rec.Dt. 9/14/2011, of the official public records of Conecuh County, Alabama (1ESC01-L451)

345. Oil Gas and Mineral Lease dated 08/22/2011, by and between Clauzell Samuel, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4568 Rec.Dt. 9/14/2011, of the official public records of Conecuh County, Alabama (1ESC01-L452)

346. Oil Gas and Mineral Lease dated 08/22/2011, by and between Louise Ware, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4766 Rec.Dt. 10/4/2011, of the official public records of Conecuh County, Alabama (1ESC01-L453)

347. Oil Gas and Mineral Lease dated 07/14/2011, by and between Darrell Walker, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4562 Rec.Dt. 9/14/2011, of the official public records of Conecuh County, Alabama (1ESC01-L454)

348. Oil Gas and Mineral Lease dated 07/14/2011, by and between James L Walker SR, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4560 Rec.Dt. 9/14/2011, of the official public records of Conecuh County, Alabama (1ESC01-L455)

349. Oil Gas and Mineral Lease dated 07/14/2011, by and between Tracey S. Reynolds, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4558 Rec.Dt. 9/14/2011, of the official public records of Conecuh County, Alabama (1ESC01-L456)

350. Oil Gas and Mineral Lease dated 07/01/2011, by and between Andrew L Franklin, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4554 Rec.Dt. 9/14/2011, of the official public records of Conecuh County, Alabama (1ESC01-L457)

351. Oil Gas and Mineral Lease dated 08/22/2011, by and between Mattie Charley, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4556 Rec.Dt. 9/14/2011, of the official public records of Conecuh County, Alabama (1ESC01-L458)

352. Oil Gas and Mineral Lease dated 08/22/2011, by and between Gerald W. Samuel, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 5252, of the official public records of Conecuh County, Alabama (1ESC01-L461)

353. Oil Gas and Mineral Lease dated 10/01/2011, by and between John S. Cook, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4774 Rec.Dt. 10/4/2011, of the official public records of Conecuh County, Alabama (1ESC01-L462)

354. Oil Gas and Mineral Lease dated 08/22/2011, by and between Ola Taliaferro, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 5254 Rec.Dt. 10/29/2011, of the official public records of Conecuh County, Alabama (1ESC01-L463)

355. Oil Gas and Mineral Lease dated 09/06/2011, by and between Netta V Wiley, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4764 Rec.Dt. 10/4/2011, of the official public records of Conecuh County, Alabama (1ESC01-L464)

356. Oil Gas and Mineral Lease dated 08/22/2011, by and between Jeffrey R Samuel, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4752 Rec.Dt. 10/4/2011, of the official public records of Conecuh County, Alabama (1ESC01-L465)

357. Oil Gas and Mineral Lease dated 08/22/2011, by and between Jessie Samuel, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4760 Rec.Dt. 10/4/2011, of the official public records of Conecuh County, Alabama (1ESC01-L466)

358. Oil Gas and Mineral Lease dated 08/09/2011, by and between John Rudolph Jr, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4755 Rec.Dt. 10/4/2011, of the official public records of Conecuh County, Alabama (1ESC01-L467)

359. Oil Gas and Mineral Lease dated 09/23/2011, by and between Riley N. Kelly, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4758 Rec.Dt. 10/4/2011, of the official public records of Conecuh County, Alabama (1ESC01-L468)

360. Oil Gas and Mineral Lease dated 08/04/2011, by and between Danny Crosby, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4762 Rec.Dt. 10/4/2011, of the official public records of Conecuh County, Alabama (1ESC01-L469)

361. Oil Gas and Mineral Lease dated 09/19/2011, by and between Amaryllis E. Davis, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4756 Rec.Dt. 10/4/2011, of the official public records of Conecuh County, Alabama (1ESC01-L470)

362. Oil Gas and Mineral Lease dated 09/28/2011, by and between Gregory O. Carter, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 5196 Rec.Dt. 10/19/2011, of the official public records of Conecuh County, Alabama (1ESC01-L471)

363. Oil Gas and Mineral Lease dated 10/01/2011, by and between Anne T. Cook, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4772 Rec.Dt. 10/4/2011, of the official public records of Conecuh County, Alabama (1ESC01-L472)

364. Oil Gas and Mineral Lease dated 08/22/2011, by and between Gretchen W. Hyler, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4768 Rec.Dt. 10/4/2011, of the official public records of Conecuh County, Alabama (1ESC01-L473)

365. Oil Gas and Mineral Lease dated 09/06/2011, by and between Barbara Dukes, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4770 Rec.Dt. 10/4/2011, of the official public records of Conecuh County, Alabama (1ESC01-L474)

366. Oil Gas and Mineral Lease dated 09/28/2011, by and between Essie Mae Stinson, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 5200 Rec.Dt. 10/19/2011, of the official public records of Conecuh County, Alabama (1ESC01-L475)

Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM

00561

367. Oil Gas and Mineral Lease dated 09/27/2011, by and between Harold Hamiter, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 5198 Rec.Dt. 10/19/2011, of the official public records of Conecuh County, Alabama (1ESC01-L476)

368. Oil Gas and Mineral Lease dated 10/05/2011, by and between Susie Kirksey, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 5192 Rec.Dt. 10/19/2011, of the official public records of Conecuh County, Alabama (1ESC01-L477)

369. Oil Gas and Mineral Lease dated 09/28/2011, by and between Edward Smith, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 5194 Rec.Dt. 10/19/2011, of the official public records of Conecuh County, Alabama (1ESC01-L478)

370. Oil Gas and Mineral Lease dated 06/03/2014, by and between Dale Blair and Martha Blair, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 573 Page 888, of the official public records of Escambia County, Alabama (1ESC01-L479)

371. Oil Gas and Mineral Lease dated 06/03/2014, by and between Margaret Long, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 573 Page 498, of the official public records of Escambia County, Alabama (1ESC01-L480)

372. Oil Gas and Mineral Lease dated 06/03/2014, by and between Ann Edwards, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 573 Page 490, of the official public records of Escambia County, Alabama (1ESC01-L481)

373. Oil Gas and Mineral Lease dated 06/03/2014, by and between Howard Blair Jr, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 593 Page 493, of the official public records of Escambia County, Alabama (1ESC01-L482)

374. Oil Gas and Mineral Lease dated 02/25/2011, by and between Edward Carthright Jr, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4679 Rec.Dt. 9/22/2011, of the official public records of Conecuh County, Alabama (1ESC01-L484)

375. Oil Gas and Mineral Lease dated 08/15/2014, by and between Augusta McLendon, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2014 Pg 2293, of the official public records of Conecuh County, Alabama (1ESC01-L485)

376. Oil Gas and Mineral Lease dated 06/20/2014, by and between Emma Stancil, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2014 Pg 1871, of the official public records of Conecuh County, Alabama (1ESC01-L486)

377. Oil Gas and Mineral Lease dated 09/28/2011, by and between Tom Malloy, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 5206 Rec.Dt. 10/19/2011, of the official public records of Conecuh County, Alabama (1ESC01-L487)

378. Oil Gas and Mineral Lease dated 10/05/2011, by and between Ernestine Raines, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 5204 Rec.Dt. 10/19/2011, of the official public records of Conecuh County, Alabama (1ESC01-L488)

379. Oil Gas and Mineral Lease dated 09/28/2011, by and between Evelyn Lanier, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 5208 Rec.Dt. 10/19/2011, of the official public records of Conecuh County, Alabama (1ESC01-L489)

380. Oil Gas and Mineral Lease dated 09/28/2011, by and between Kathleen H Adams, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 5202 Rec.Dt. 10/19/2011, of the official public records of Conecuh County, Alabama (1ESC01-L490)

381. Oil Gas and Mineral Lease dated 06/03/2014, by and between Marita B Snyder, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 574 Pg 421, of the official public records of Escambia County, Alabama (1ESC01-L491)

382. Oil Gas and Mineral Lease dated 06/03/2014, by and between John Blair, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 573 Page 891, of the official public records of Escambia County, Alabama (1ESC01-L492)

383. Oil Gas and Mineral Lease dated 06/03/2014, by and between Julia Blair, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 573 Page 897, of the official public records of Escambia County, Alabama (1ESC01-L493)

384. Oil Gas and Mineral Lease dated 06/03/2014, by and between Susan Blair, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 573 Page 882, of the official public records of Escambia County, Alabama (1ESC01-L494)

385. Oil Gas and Mineral Lease dated 06/03/2014, by and between Elizabeth Blair Johansen, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 573 Page 894, of the official public records of Escambia County, Alabama (1ESC01-L495)

386. Oil Gas and Mineral Lease dated 09/28/2011, by and between Kathy O. Sanders, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 5260 Rec.Dt. 10/28/2011, of the official public records of Conecuh County, Alabama (1ESC01-L496)

387. Oil Gas and Mineral Lease dated 07/14/2011, by and between Sarah Samuel, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 5258 Rec.Dt. 10/29/2011, of the official public records of Conecuh County, Alabama (1ESC01-L497)

388. Oil Gas and Mineral Lease dated 09/23/2011, by and between Kelly  C. Johnson, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 5408 Rec.Dt. 11/10/2011, of the official public records of Conecuh County, Alabama (1ESC01-L498)

389. Oil Gas and Mineral Lease dated 08/10/2011, by and between Hannah H. Johnson, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 5732 Rec.Dt. 12/15/2011, of the official public records of Conecuh County, Alabama (1ESC01-L499)

390. Oil Gas and Mineral Lease dated 04/01/2011, by and between Nan E. Gafford, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 4079 Extended in Bk 2014 Pg 2583, of the official public records of Conecuh County, Alabama (1ESC01-L500)

391. Oil Gas and Mineral Lease dated 03/21/2011, by and between Sharon K Harper, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3667, of the official public records of Conecuh County, Alabama (1ESC01-L501)

392. Oil Gas and Mineral Lease dated 03/30/2011, by and between William F. Anderson, et al, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3811 Rec.Dt. 7/29/2011, of the official public records of Conecuh County, Alabama (1ESC01-L502)

393. Oil Gas and Mineral Lease dated 06/15/2011, by and between Stanley Schwenden, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3671 Rec.Dt. 7/27/2011, of the official public records of Conecuh County, Alabama (1ESC01-L503)

394. Oil Gas and Mineral Lease dated 06/15/2011, by and between Eleanor Perry, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3674 Rec.Dt. 7/27/2011, of the official public records of Conecuh County, Alabama (1ESC01-L504)

395. Oil Gas and Mineral Lease dated 07/15/2011, by and between Marion Harlan, et al, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 3821, of the official public records of Conecuh County, Alabama (1ESC01-L505)

2016     1255
Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM
00562

396. Oil Gas and Mineral Lease dated 09/28/2011, by and between Susan V. Owens Harris, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 5262 Rec.Dt. 10/28/2011, of the official public records of Conecuh County, Alabama (1ESC01-L506)

397. Oil Gas and Mineral Lease dated 08/09/2011, by and between Douglas Rudolph, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 5256 Rec.Dt. 10/28/2011, of the official public records of Conecuh County, Alabama (1ESC01-L508)

398. Oil Gas and Mineral Lease dated 09/28/2011, by and between Charlotte Malloy, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 5264 Rec.Dt. 10/28/2011, of the official public records of Conecuh County, Alabama (1ESC01-L509)

399. Oil Gas and Mineral Lease dated 08/04/2011, by and between Shelia Sahnnon for Ronika Crosby, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 5540 Rec.Dt. 11/28/2011, of the official public records of Conecuh County, Alabama (1ESC01-L511)

400. Oil Gas and Mineral Lease dated 09/06/2011, by and between Gloria Barnes, as Lessor, and UNKNOWN / OTHERS, as Lessee, recorded on Bk 2011 Pg 5736 Rec.Dt. 12/15/2011, of the official public records of Conecuh County, Alabama (1ESC01-L512)

401. Oil Gas and Mineral Lease dated 11/23/2014, by and between John and Rosemary Harper, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2014 Page 5841, of the official public records of Conecuh County, Alabama (1ESC01-L514)

402. Oil Gas and Mineral Lease dated 08/15/2011, by and between Rose Marie Alexander, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 392 Rec.Dt. 2/8/2012, of the official public records of Conecuh County, Alabama (1ESC01-L515)

403. Oil Gas and Mineral Lease dated 08/15/2011, by and between Carnell Faulk, as Lessor, and UNKNOWN / OTHERS, as Lessee, recorded on Bk 2011 Pg 5822, of the official public records of Conecuh County, Alabama (1ESC01-L516)

404. Oil Gas and Mineral Lease dated 02/01/2012, by and between Harriett Staryhorn, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 1570 Rec.Dt. 3/21/2012, of the official public records of Conecuh County, Alabama (1ESC01-L518)

405. Oil Gas and Mineral Lease dated 12/14/2011, by and between Thomas Johnston, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 330 Rec.Dt. 1/30/2012, of the official public records of Conecuh County, Alabama (1ESC01-L519)

406. Oil Gas and Mineral Lease dated 12/14/2011, by and between Donald Johnston, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 378 Rec.Dt. 2/6/2012, of the official public records of Conecuh County, Alabama (1ESC01-L520)

407. Oil Gas and Mineral Lease dated 02/28/2012, by and between Eris D. Baines, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 785 Rec.Dt. 3/8/2012, of the official public records of Conecuh County, Alabama (1ESC01-L521)

408. Oil Gas and Mineral Lease dated 03/08/2012, by and between Paul L. Jones, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 783 Rec.Dt. 3/8/2012, of the official public records of Conecuh County, Alabama (1ESC01-L522)

409. Oil Gas and Mineral Lease dated 02/28/2012, by and between Elmon Jones, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 781 Rec.Dt. 3/8/2012, of the official public records of Conecuh County, Alabama (1ESC01-L523)

410. Oil Gas and Mineral Lease dated 02/28/2012, by and between Hosea Jones, Jr, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 779 Rec.Dt. 3/8/2012, of the official public records of Conecuh County, Alabama (1ESC01-L524)

411. Oil Gas and Mineral Lease dated 02/29/2012, by and between Mizell Jones, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 777 Rec.Dt. 3/8/2012, of the official public records of Conecuh County, Alabama (1ESC01-L525)

412. Oil Gas and Mineral Lease dated 02/29/2012, by and between Ruben Smith, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 775 Rec.Dt. 3/8/2012, of the official public records of Conecuh County, Alabama (1ESC01-L526)

413. Oil Gas and Mineral Lease dated 02/29/2012, by and between Rhonda J. Gould, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 773 Rec.Dt. 3/8/2012, of the official public records of Conecuh County, Alabama (1ESC01-L527)

414. Oil Gas and Mineral Lease dated 02/29/2012, by and between Sylvester Jones, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 771 Rec.Dt. 3/8/2012, of the official public records of Conecuh County, Alabama (1ESC01-L528)

415. Oil Gas and Mineral Lease dated 02/01/2012, by and between Joyce Jarvis, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 650 Rec.Dt. 2/23/2012, of the official public records of Conecuh County, Alabama (1ESC01-L529)

416. Oil Gas and Mineral Lease dated 02/01/2012, by and between Lenomia Jordan, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 680 Rec.Dt. 2/28/2012, of the official public records of Conecuh County, Alabama (1ESC01-L530)

417. Oil Gas and Mineral Lease dated 02/04/2012, by and between Cynthia Brooks, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 656 Rec.Dt. 2/23/2012, of the official public records of Conecuh County, Alabama (1ESC01-L531)

418. Oil Gas and Mineral Lease dated 02/04/2012, by and between Melissa W. Hoerscher, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 654 Rec.Dt. 2/23/2012, of the official public records of Conecuh County, Alabama (1ESC01-L532)

419. Oil Gas and Mineral Lease dated 02/04/2012, by and between Betty B. Toole, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 652 Rec.Dt. 2/23/2012, of the official public records of Conecuh County, Alabama (1ESC01-L533)

420. Oil Gas and Mineral Lease dated 01/24/2012, by and between Joel Carter, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 658 Rec.Dt. 2/23/2012, of the official public records of Conecuh County, Alabama (1ESC01-L534)

421. Oil Gas and Mineral Lease dated 01/24/2012, by and between Linda Carter Hill, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 678 Rec.Dt. 2/28/2012, of the official public records of Conecuh County, Alabama (1ESC01-L535)

422. Oil Gas and Mineral Lease dated 02/21/2012, by and between Willene Whatley, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 648 Rec.Dt. 2/23/2012, of the official public records of Conecuh County, Alabama (1ESC01-L536)

423. Oil Gas and Mineral Lease dated 02/14/2012, by and between Lisa Lynn Frost, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 676 Rec.Dt. 2/28/2012, of the official public records of Conecuh County, Alabama (1ESC01-L537)

424. Oil Gas and Mineral Lease dated 02/17/2012, by and between Annie Duncan, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 1628 Rec.Dt. 3/26/2012, of the official public records of Conecuh County, Alabama (1ESC01-L539)

425. Oil Gas and Mineral Lease dated 02/20/2012, by and between Willis J. Williams, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 1814 Rec.Dt. 4/3/2012, of the official public records of Conecuh County, Alabama (1ESC01-L540)

2016 1256
Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM    00563

426. Oil Gas and Mineral Lease dated 02/28/2012, by and between Zella Mae Thornton, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 1630 Ammended and Ratified in Book 2012 Page 3087, of the official public records of Conecuh County, Alabama (1ESC01-L541)

427. Oil Gas and Mineral Lease dated 03/06/2012, by and between Arlene P. Hinote, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 1947 Rec.Dt. 4/9/2012, of the official public records of Conecuh County, Alabama (1ESC01-L542)

428. Oil Gas and Mineral Lease dated 08/22/2011, by and between Lethia Walden, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 1626 Rec.Dt. 3/26/2012, of the official public records of Conecuh County, Alabama (1ESC01-L543)

429. Oil Gas and Mineral Lease dated 03/03/2012, by and between Patricia Proserr, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 1632 Rec.Dt. 3/26/2012, of the official public records of Conecuh County, Alabama (1ESC01-L544)

430. Oil Gas and Mineral Lease dated 03/26/2012, by and between Ora L. Jackson, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 1637 Rec.Dt. 3/26/2012, of the official public records of Conecuh County, Alabama (1ESC01-L545)

431. Oil Gas and Mineral Lease dated 02/18/2012, by and between Lil Houston, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 1634 Rec.Dt. 3/26/2012, of the official public records of Conecuh County, Alabama (1ESC01-L546)

432. Oil Gas and Mineral Lease dated 08/22/2011, by and between Jacqueline Brown, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 1639 Rec.Dt. 3/26/2012, of the official public records of Conecuh County, Alabama (1ESC01-L547)

433. Oil Gas and Mineral Lease dated 12/01/2011, by and between Lesa and Robert Johnson, for Hannah Johnson, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2011 Pg 5755 Rec.Dt. 12/19/2011, of the official public records of Conecuh County, Alabama (1ESC01-L548)

434. Oil Gas and Mineral Lease dated 02/04/2012, by and between Susan W. Saab, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 1521 Rec.Dt. 3/15/2012, of the official public records of Conecuh County, Alabama (1ESC01-L549)

435. Oil Gas and Mineral Lease dated 02/04/2012, by and between John C. Woodson, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 795 Rec.Dt. 3/9/2012, of the official public records of Conecuh County, Alabama (1ESC01-L550)

436. Oil Gas and Mineral Lease dated 02/28/2012, by and between Barbara M. Lorraine, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 1535 Rec.Dt. 3/15/2012, of the official public records of Conecuh County, Alabama (1ESC01-L551)

437. Oil Gas and Mineral Lease dated 02/28/2012, by and between Robert P. Johnston, et al, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 1531 Rec.Dt. 3/15/2012, of the official public records of Conecuh County, Alabama (1ESC01-L552)

438. Oil Gas and Mineral Lease dated 02/28/2012, by and between David L. Johnston, et al, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 1533 Rec.Dt. 3/15/2012, of the official public records of Conecuh County, Alabama (1ESC01-L553)

439. Oil Gas and Mineral Lease dated 02/28/2012, by and between Ruby Zetterberg, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 793 Rec.Dt. 3/9/2012, of the official public records of Conecuh County, Alabama (1ESC01-L554)

440. Oil Gas and Mineral Lease dated 02/28/2012, by and between Rosa F. Young, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 1624 Rec.Dt. 3/26/2012, of the official public records of Conecuh County, Alabama (1ESC01-L555)

441. Oil Gas and Mineral Lease dated 08/22/2011, by and between Derrell Rushton, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 1622 Rec.Dt. 3/26/2012, of the official public records of Conecuh County, Alabama (1ESC01-L556)

442. Oil Gas and Mineral Lease dated 03/07/2012, by and between Jacqueline Jones, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 1649 Rec.Dt. 3/27/2012, of the official public records of Conecuh County, Alabama (1ESC01-L558)

443. Oil Gas and Mineral Lease dated 03/07/2012, by and between Brian Jones, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 1651 Rec.Dt. 3/27/2012, of the official public records of Conecuh County, Alabama (1ESC01-L559)

444. Oil Gas and Mineral Lease dated 03/07/2012, by and between Shandrell Jackson, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 1643 Rec.Dt. 3/27/2012, of the official public records of Conecuh County, Alabama (1ESC01-L560)

445. Oil Gas and Mineral Lease dated 03/07/2012, by and between Margie Jackson, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 1645 Rec.Dt. 3/27/2012, of the official public records of Conecuh County, Alabama (1ESC01-L561)

446. Oil Gas and Mineral Lease dated 03/07/2012, by and between Brenda Jackson, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 1647 Rec.Dt. 3/27/2012, of the official public records of Conecuh County, Alabama (1ESC01-L562)

447. Oil Gas and Mineral Lease dated 02/28/2012, by and between Allie Johnson, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 1816 Rec.Dt. 4/3/2012, of the official public records of Conecuh County, Alabama (1ESC01-L563)

448. Oil Gas and Mineral Lease dated 03/06/2012, by and between Priscilla Hayes, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 1818 Rec.Dt. 4/3/2012, of the official public records of Conecuh County, Alabama (1ESC01-L564)

449. Oil Gas and Mineral Lease dated 01/24/2012, by and between Patricia A. Williamson, as Lessor, and Sklarco, LLC, as Lessee, recorded on Recorded in Conecuh County, AL Book 2012 Page 5000, of the official public records of Conecuh County, Alabama (1ESC01-L565)

450. Oil Gas and Mineral Lease dated 01/24/2012, by and between Matthew F. Williamson, as Lessor, and Sklarco, LLC, as Lessee, recorded on Recorded in Conecuh County, AL Book 2012 Page 5002, of the official public records of Conecuh County, Alabama (1ESC01-L566)

451. Oil Gas and Mineral Lease dated 02/04/2012, by and between W.E. Woodson, III, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 1641 Rec.Dt. 3/26/2012, of the official public records of Conecuh County, Alabama (1ESC01-L567)

452. Oil Gas and Mineral Lease dated 03/06/2012, by and between Jeffrey Williams, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 2135 Rec.Dt. 4/18/2012, of the official public records of Conecuh County, Alabama (1ESC01-L568)

453. Oil Gas and Mineral Lease dated 02/19/2012, by and between Kimberly J. Williams, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 2137 Rec.Dt. 4/18/2012, of the official public records of Conecuh County, Alabama (1ESC01-L569)

454. Oil Gas and Mineral Lease dated 03/06/2012, by and between Vicky Williams, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 1953 Rec.Dt. 4/10/2012, of the official public records of Conecuh County, Alabama (1ESC01-L570)

455. Oil Gas and Mineral Lease dated 03/03/2012, by and between Cynthia Miller, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 1951 Rec.Dt. 4/10/2012, of the official public records of Conecuh County, Alabama (1ESC01-L571)

456. Oil Gas and Mineral Lease dated 04/02/2012, by and between Rocktenn CP, LLC, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 2139 Rec.Dt. 4/18/2012, of the official public records of Conecuh County, Alabama (1ESC01-L572)

457. Oil Gas and Mineral Lease dated 04/10/2012, by and between Willene Whatley, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 2014 Rec.Dt. 4/12/2012, of the official public records of Conecuh County, Alabama (1ESC01-L573)

458. Oil Gas and Mineral Lease dated 03/30/2012, by and between Andrew Putnam, Trustee, General Synod A. R. P. Chu, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 2418 Rec.Dt. 5/2/2012, of the official public records of Conecuh County, Alabama (1ESC01-L574)

459. Oil Gas and Mineral Lease dated 04/07/2012, by and between Roderick O'Neil Jones, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 2420 Rec.Dt. 5/2/2012, of the official public records of Conecuh County, Alabama (1ESC01-L575)

460. Oil Gas and Mineral Lease dated 04/18/2012, by and between Clinton Samuel, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 2162 Rec.Dt. 4/19/2012, of the official public records of Conecuh County, Alabama (1ESC01-L576)

461. Oil Gas and Mineral Lease dated 04/24/2012, by and between Katherine Samuel, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 2690 Rec.Dt. 5/15/2012, of the official public records of Conecuh County, Alabama (1ESC01-L577)

462. Oil Gas and Mineral Lease dated 04/24/2012, by and between Stacey Samuel, Jr., as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 2543 Rec.Dt. 5/9/2012, of the official public records of Conecuh County, Alabama (1ESC01-L578)

463. Oil Gas and Mineral Lease dated 04/24/2012, by and between Travod Samuel, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 2688 Rec.Dt. 5/15/2012, of the official public records of Conecuh County, Alabama (1ESC01-L579)

464. Oil Gas and Mineral Lease dated 04/24/2012, by and between Maurice Seals, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 2541 Rec.Dt. 5/9/2012, of the official public records of Conecuh County, Alabama (1ESC01-L580)

465. Oil Gas and Mineral Lease dated 04/24/2012, by and between Majinice Seals, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 2539 Rec.Dt. 5/9/2012, of the official public records of Conecuh County, Alabama (1ESC01-L581)

466. Oil Gas and Mineral Lease dated 04/24/2012, by and between Mattie Samuel, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Vol 2537 Rec.Dt. 5/9/2012, of the official public records of Conecuh County, Alabama (1ESC01-L582)

467. Oil Gas and Mineral Lease dated 03/24/2012, by and between Willie Samuel, Jr, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 3038 Rec.Dt. 6/1/2012, of the official public records of Conecuh County, Alabama (1ESC01-L583)

468. Oil Gas and Mineral Lease dated 04/24/2012, by and between Ventura Samuel, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Rec.Dt. 6/1/2012, of the official public records of Conecuh County, Alabama (1ESC01-L584)

469. Oil Gas and Mineral Lease dated 04/24/2012, by and between Alexis Samuel, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Pg 3040 Rec.Dt. 6/1/2012, of the official public records of Conecuh County, Alabama (1ESC01-L585)

470. Oil Gas and Mineral Lease dated 06/14/2012, by and between Cedar Creek Land & Timber, Inc., as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012, Page 3440, of the official public records of Escambia County, Alabama (1ESC01-L586)

471. Oil Gas and Mineral Lease dated 07/28/2012, by and between Hermine M. Downing, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 541 Page 955, of the official public records of Escambia County, Alabama (1ESC01-L589)

472. Oil Gas and Mineral Lease dated 07/28/2012, by and between Stella Livingston Hawkins, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 541, Page 957, of the official public records of Escambia County, Alabama (1ESC01-L590)

473. Oil Gas and Mineral Lease dated 07/28/2012, by and between Edgar E. Downing, Jr., as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 539, Page 954, of the official public records of Escambia County, Alabama (1ESC01-L591)

474. Oil Gas and Mineral Lease dated 07/28/2012, by and between John R. Downing, Jr., as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 540, Page 816, of the official public records of Escambia County, Alabama (1ESC01-L592)

475. Oil Gas and Mineral Lease dated 08/30/2012, by and between Adrian C. Allen, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 540, Page 820, of the official public records of Escambia County, Alabama (1ESC01-L593)

476. Oil Gas and Mineral Lease dated 08/30/2012, by and between Anna L. Downing, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 540, Page 814, of the official public records of Escambia County, Alabama (1ESC01-L594)

477. Oil Gas and Mineral Lease dated 08/17/2012, by and between Doris Atwood, as Lessor, and Sklarco, LLC, as Lessee, recorded on / / , Book 540, Page 828, of the official public records of Escambia County, Alabama (1ESC01-L595)

478. Oil Gas and Mineral Lease dated 08/30/2012, by and between John A. Downing, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 540, Page 818, of the official public records of Escambia County, Alabama (1ESC01-L596)

479. Oil Gas and Mineral Lease dated 08/30/2012, by and between Wiley W. Downing, III, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 540, Page 824, of the official public records of Escambia County, Alabama (1ESC01-L597)

480. Oil Gas and Mineral Lease dated 08/30/2012, by and between Adrienne P. Watkins, as Lessor, and Sklarco, LLC, as Lessee, recorded on 09/19/2012, Book 540, Page 822, of the official public records of Escambia County, Alabama (1ESC01-L598)

481. Oil Gas and Mineral Lease dated 08/30/2012, by and between The Estate of Frances C. Allen, by Jack M. Watkins, Jr., as Trustee of the Frances C. Allen Revocable Trust, and as Exexcutor U/W of Frances C. Allen, as Lessor, and Sklarco, LLC, as Lessee, recorded on 09/19/2012, Book 540, Page 826, of the official public records of Escambia County, Alabama (1ESC01-L599)

482. Oil Gas and Mineral Lease dated 07/28/2012, by and between John Downing, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 541, Page 261, of the official public records of Escambia County, Alabama (1ESC01-L601)

483. Oil Gas and Mineral Lease dated 09/10/2012, by and between Ralls Properties, LLC, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012, Page 5862, of the official public records of Escambia County, Alabama (1ESC01-L602)

484. Oil Gas and Mineral Lease dated 08/25/2012, by and between Charles R. Tait, III, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012, Page 5864, of the official public records of Escambia County, Alabama (1ESC01-L603)

485. Oil Gas and Mineral Lease dated 08/25/2012, by and between Charles R. Tait, Jr., as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012, Page 5866, of the official public records of Escambia County, Alabama (1ESC01-L604)

486. Oil Gas and Mineral Lease dated 08/24/2012, by and between Wanda Sue Wallace, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012, Page 5858, of the official public records of Escambia County, Alabama (1ESC01-L605)

2012 1258   00565
Recorded in the Above
Deed   Book & Page
04-27-2016 10:27:40 AM

487. Oil Gas and Mineral Lease dated 08/24/2012, by and between Brooklyn Volunteer Fire Department, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012 Page 5860, of the official public records of Escambia County, Alabama (1ESC01-L606)

488. Oil Gas and Mineral Lease dated 08/24/2012, by and between Janice Matthews, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012, Page 5856, of the official public records of Escambia County, Alabama (1ESC01-L607)

489. Oil Gas and Mineral Lease dated 09/14/2012, by and between Betty Weeks Spurlock, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012, Page 5999, of the official public records of Escambia County, Alabama (1ESC01-L608)

490. Oil Gas and Mineral Lease dated 09/14/2012, by and between Ray Weeks, Jr., as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012, Page 6001, of the official public records of Escambia County, Alabama (1ESC01-L609)

491. Oil Gas and Mineral Lease dated 09/06/2012, by and between Brooklyn Baptist Church, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012, Page 5988, of the official public records of Escambia County, Alabama (1ESC01-L610)

492. Oil Gas and Mineral Lease dated 07/28/2012, by and between The Estate of Mary M. Downing, rep, by JAne Downing Dunaway, individually and as personal representative, as Lessor, and Sklarco, LLC, as Lessee, recorded on 10/09/2012, Book 542, Page 33, of the official public records of Escambia County, Alabama (1ESC01-L611)

493. Oil Gas and Mineral Lease dated 07/28/2012, by and between Lisa Downing Heaton, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 543, Page 5, of the official public records of Escambia County, Alabama (1ESC01-L612)

494. Oil Gas and Mineral Lease dated 09/18/2012, by and between Michael Brian Crookshank, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012 Page 6003, of the official public records of Escambia County, Alabama (1ESC01-L614)

495. Oil Gas and Mineral Lease dated 08/25/2012, by and between Vera Frances Tait, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012 Page 6005, of the official public records of Escambia County, Alabama (1ESC01-L615)

496. Oil Gas and Mineral Lease dated 09/24/2012, by and between Mae Adele Tait Sharp, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012 Page 6297, of the official public records of Escambia County, Alabama (1ESC01-L616)

497. Oil Gas and Mineral Lease dated 09/24/2012, by and between Carolyn Feagin, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012 Page 5997, of the official public records of Escambia County, Alabama (1ESC01-L617)

498. Lease dated 09/19/2012, by and between Jillian B. Pate, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012 Page 5993, of the official public records of Conecuh County, Alabama (1ESC01-L618)

499. Oil Gas and Mineral Lease dated 09/19/2012, by and between Joshua R. Pate, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012 Page 5991, of the official public records of Escambia County, Alabama (1ESC01-L619)

500. Oil Gas and Mineral Lease dated 08/24/2012, by and between Alex B. Pate, as Worshipful Master, Gary W. Pate, as Sr. Warden and John Potts as Jr. Warden of Dean Lodge # 112 of Free and Accepted Masons, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012 Page 5995, of the official public records of Escambia County, Alabama (1ESC01-L620)

501. Oil Gas and Mineral Lease dated 09/18/2012, by and between Darrell Preston Brannon, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012 Page 6435, of the official public records of Escambia County, Alabama (1ESC01-L621)

502. Oil Gas and Mineral Lease dated 10/05/2012, by and between Steven Jack Blackman, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 542, Page 595, of the official public records of Escambia County, Alabama (1ESC01-L622)

503. Oil Gas and Mineral Lease dated 10/03/2012, by and between James Walls, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012 Page 6439, of the official public records of Escambia County, Alabama (1ESC01-L623)

504. Oil Gas and Mineral Lease dated 10/03/2012, by and between Sarah Allen Wilson, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012 Page 6343, of the official public records of Escambia County, Alabama (1ESC01-L624)

505. Oil Gas and Mineral Lease dated 10/03/2012, by and between Patrick Garrett, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012 Page 6339, of the official public records of Escambia County, Alabama (1ESC01-L625)

506. Oil Gas and Mineral Lease dated 10/03/2012, by and between Gerald Hill, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012 Page 6337, of the official public records of Escambia County, Alabama (1ESC01-L626)

507. Oil Gas and Mineral Lease dated 10/03/2101, by and between Brenda Gail Wise, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012 Page 6437, of the official public records of Escambia County, Alabama (1ESC01-L627)

508. Oil Gas and Mineral Lease dated 10/03/2012, by and between Terry Lefler Walls, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012 Page 6441, of the official public records of Escambia County, Alabama (1ESC01-L628)

509. Oil Gas and Mineral Lease dated 10/03/2012, by and between Ginger Mc Waters, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012 Page 6345, of the official public records of Escambia County, Alabama (1ESC01-L629)

510. Oil Gas and Mineral Lease dated 10/03/2012, by and between Alan Juel Lefler, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012 Page 6341, of the official public records of Escambia County, Alabama (1ESC01-L630)

511. Oil Gas and Mineral Lease dated 08/29/2012, by and between Jean F. Watson, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012, Page 6433, of the official public records of Escambia County, Alabama (1ESC01-L631)

512. Oil Gas and Mineral Lease dated 08/17/2012, by and between Suzanne Leander, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 541, Page 127, of the official public records of Escambia County, Alabama (1ESC01-L633)

513. Oil Gas and Mineral Lease dated 01/17/2013, by and between Richard Lombard, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 548 Page 939, of the official public records of Escambia County, Alabama (1ESC01-L634)

514. Oil Gas and Mineral Lease dated 01/15/2013, by and between Gary Plummer, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 550, Page 125, of the official public records of Escambia County, Alabama (1ESC01-L635)

515. Oil Gas and Mineral Lease dated 01/17/2013, by and between Susan Lombard Wilkinson, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 550 Page 839, of the official public records of Escambia County, Alabama (1ESC01-L636)

516. Oil Gas and Mineral Lease dated 01/03/2013, by and between Joshua R. Pate, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2013, Page 504, of the official public records of Escambia County, Alabama (1ESC01-L637)

517. Oil Gas and Mineral Lease dated 01/03/2013, by and between Helen Pate, as Trustee for Josh Pate and Jill Pate, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2013, Page 498, of the official public records of Escambia County, Alabama (1ESC01-L638)

2016 1259
Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM

00566

518. Oil Gas and Mineral Lease dated 01/03/2013, by and between Joel R. Pate, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2013, Page 501, of the official public records of Escambia County, Alabama (1ESC01-L639)

519. Oil Gas and Mineral Lease dated 01/17/2013, by and between Mary K. Jones, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2013, Page 1116, of the official public records of Escambia County, Alabama (1ESC01-L640)

520. Oil Gas and Mineral Lease dated 01/17/2013, by and between Katherine Dufrain, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 548, Page 937, of the official public records of Escambia County, Alabama (1ESC01-L641)

521. Oil Gas and Mineral Lease dated 01/16/2013, by and between John Greel Ralls, Sr. Manager, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2013, Page 1225, of the official public records of Escambia County, Alabama (1ESC01-L642)

522. Oil Gas and Mineral Lease dated 01/11/2013, by and between John Christopher Findley, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2013, Page 1009, of the official public records of Escambia County, Alabama (1ESC01-L643)

523. Oil Gas and Mineral Lease dated 01/11/2013, by and between Linda Michelle Beard, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2013, Page 902, of the official public records of Escambia County, Alabama (1ESC01-L644)

524. Oil Gas and Mineral Lease dated 01/11/2013, by and between Robert M. Findley, Jr., as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2013, Page 904, of the official public records of Escambia County, Alabama (1ESC01-L645)

525. Oil Gas and Mineral Lease dated 01/04/2013, by and between Michael R. Cary, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 546, Page 5, of the official public records of Escambia County, Alabama (1ESC01-L646)

526. Oil Gas and Mineral Lease dated 06/14/2015, by and between Cedar Creek Land and Timber, Inc., as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012, Page 7634, of the official public records of Covington County, Alabama (1ESC01-L648)

527. Oil Gas and Mineral Lease dated 06/14/2015, by and between Cedar Creek Land & Timber, Inc., as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 536, Page 163, of the official public records of Escambia County, Alabama (1ESC01-L649)

528. Oil Gas and Mineral Lease dated 02/05/2013, by and between Cedar Creek Land and Timber, Inc., as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 550 Page 912, of the official public records of Escambia County, Alabama (1ESC01-L650)

529. Oil Gas and Mineral Lease dated 12/12/2015, by and between Cedar Creek Land & Timber, Inc., as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/10/2013, Book 2013, Page 343, of the official public records of Conecuh County, Alabama (1ESC01-L651)

530. Lease dated 01/17/2013, by and between Cindy Hayes, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 550 Page 841, of the official public records of Escambia County, Alabama (1ESC01-L655)

531. Oil Gas and Mineral Lease dated 02/15/2013, by and between Ben Kelly Strain, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 551 Page 960, of the official public records of Escambia County, Alabama (1ESC01-L656)

532. Oil Gas and Mineral Lease dated 01/11/2013, by and between Paul J. Findley, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2013, Page 1452, of the official public records of Escambia County, Alabama (1ESC01-L657)

533. Oil Gas and Mineral Lease dated 03/19/2013, by and between John Robert Roby, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 552, Page 500, of the official public records of Escambia County, Alabama (1ESC01-L659)

534. Oil Gas and Mineral Lease dated 03/19/2013, by and between Susan Lombard Wilkinson, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 554 Page 83, of the official public records of Escambia County, Alabama (1ESC01-L660)

535. Lease dated 03/19/2013, by and between Sandra Ellis, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 552 Page 496, of the official public records of Escambia County, Alabama (1ESC01-L661)

536. Lease dated 02/15/2013, by and between Kelley Alford, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 551 Page 949, of the official public records of Escambia County, Alabama (1ESC01-L662)

537. Oil Gas and Mineral Lease dated 02/15/2013, by and between Edwin Sanford, III, as Lessor, and Sklarco, LLC, as Lessee, recorded on / /   , Book 551, Page 946, of the official public records of Escambia County, Alabama (1ESC01-L663)

538. Oil Gas and Mineral Lease dated 02/15/2013, by and between Gordon K. O'Neal, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 551, Page 957, of the official public records of Escambia County, Alabama (1ESC01-L664)

539. Oil Gas and Mineral Lease dated 04/24/2013, by and between Katherine Dufrain, as Lessor, and Sklarco, LLC, as Lessee, recorded on / /   , Book 563, Page 545, of the official public records of Escambia County, Alabama (1ESC01-L665)

540. Oil Gas and Mineral Lease dated 03/19/2013, by and between Carol Roberts, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 552, Page 498, of the official public records of Escambia County, Alabama (1ESC01-L666)

541. Lease dated 03/19/2013, by and between Sarah Russell Tate, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 554 page 81, of the official public records of Escambia County, Alabama (1ESC01-L667)

542. Lease dated 01/17/2013, by and between Samuel Alto Jackson, Jr, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 554 Page 79, of the official public records of Escambia County, Alabama (1ESC01-L668)

543. Oil Gas and Mineral Lease dated 02/15/2013, by and between Steve Francis O'Neal, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 557 Page 36, of the official public records of Escambia County, Alabama (1ESC01-L669)

544. Oil Gas and Mineral Lease dated 03/19/2013, by and between Syble LaJune White, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 554, Page 77, of the official public records of Escambia County, Alabama (1ESC01-L670)

545. Lease dated 03/19/2013, by and between Foster F. Fountain, III, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 552 Page 492, of the official public records of Escambia County, Alabama (1ESC01-L671)

546. Lease dated 03/19/2013, by and between Richard Lombard, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 557 Page 915, of the official public records of Escambia County, Alabama (1ESC01-L672)

547. Lease dated 03/19/2013, by and between Karen A. Fulford, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 557 Page 913, of the official public records of Escambia County, Alabama (1ESC01-L673)

548. Lease dated 03/19/2013, by and between Janice Smith, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 552 Page 494, of the official public records of Escambia County, Alabama (1ESC01-L675)

2016   1260   00567
Recorded in the Above
Deed Book & Page
04-27-2016 10:27:40 AM

549. Oil Gas and Mineral Lease dated 01/21/2013, by and between Ethan Tyler Monroe, as Lessor, and Sklarco, LLC, as Lessee, recorded on / /, of the official public records of Escambia County, Alabama (1ESC01-L676)

550. Oil Gas and Mineral Lease dated 04/22/2013, by and between Carol Ralls Pate, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 554, Page 755, of the official public records of Escambia County, Alabama (1ESC01-L677)

551. Oil Gas and Mineral Lease dated 04/30/2013, by and between Tisdale Natural Resources, LLC, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2013, Page 2977, of the official public records of Escambia County, Alabama (1ESC01-L679)

552. Lease dated 03/19/2013, by and between James C. Roby, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 555 Page 139, of the official public records of Escambia County, Alabama (1ESC01-L680)

553. Oil Gas and Mineral Lease dated 05/20/2013, by and between Venessa Ragland, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 573, Page 496, of the official public records of Escambia County, Alabama (1ESC01-L682)

554. Oil Gas and Mineral Lease dated 06/20/2013, by and between Margaret Valcourt, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2013, Page 4481, of the official public records of Escambia County, Alabama (1ESC01-L683)

555. Lease dated 06/20/2013, by and between Deborah Booth, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2013 Page 4053, of the official public records of Conecuh County, Alabama (1ESC01-L684)

556. Oil Gas and Mineral Lease dated 06/20/2013, by and between Mary Jo Booth, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2013, Page 3927, of the official public records of Escambia County, Alabama (1ESC01-L685)

557. Oil Gas and Mineral Lease dated 01/31/2014, by and between Carey Gribblle, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2013, Page 5485, of the official public records of Escambia County, Alabama (1ESC01-L686)

558. Oil Gas and Mineral Lease dated 01/31/2014, by and between Carla Janes, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2013, Page 5483, of the official public records of Escambia County, Alabama (1ESC01-L687)

559. Oil Gas and Mineral Lease dated 01/31/2014, by and between James L. Janes, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2013, Page 5373, of the official public records of Escambia County, Alabama (1ESC01-L688)

560. Oil Gas and Mineral Lease dated 01/31/2014, by and between Jamie Janes, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2014, Page 32, of the official public records of Conecuh County, Alabama (1ESC01-L689)

561. Oil Gas and Mineral Lease dated 10/19/2013, by and between Janie M. Johnston, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2013, Page 6294, of the official public records of Conecuh County, Alabama (1ESC01-L690)

562. Lease dated 04/18/2014, by and between The I's of Texas Family Partnership L.P., as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on 05/15/2014, Book 2014, Page 2328, of the official public records of Conecuh County, Alabama (1ESC01-L692)

563. Lease dated 04/18/2014, by and between The Second Artyce, L.P. Director Randal W. Colen, as Lessor, and Gulf Coast Mineral, LLC, as Lessee, recorded on 05/15/2014, Book 2014, Page 2323, of the official public records of Conecuh County, Alabama (1ESC01-L693)

564. Lease dated 05/05/2014, by and between John Greel Ralls, Sr., as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2014 Page 2406, of the official public records of Conecuh County, Alabama (1ESC01-L694)

565. Lease dated 05/21/2014, by and between Joshua R. Pate, as Lessor, and Sklarco, LLC, as Lessee, of the official public records of Conecuh County, Alabama (1ESC01-L695)

566. Oil Gas and Mineral Lease dated 05/27/2014, by and between WIlliam and Barbara Robinson, as Lessor, and Sklarco, LLC, as Lessee, recorded on / /   , Book 575, Page 801, of the official public records of Escambia County, Alabama (1ESC01-L696)

567. Oil Gas and Mineral Lease dated 05/20/2014, by and between John G. Ralls, Jr., as Lessor, and Sklarco, LLC, as Lessee, recorded on / /   , Book 577, Page 83, of the official public records of Escambia County, Alabama (1ESC01-L697)

568. Oil Gas and Mineral Lease dated 05/20/2014, by and between Gillis Edward Ralls, Jr., as Lessor, and Sklarco, LLC, as Lessee, recorded on / /   , Book 577, Page 81, of the official public records of Escambia County, Alabama (1ESC01-L698)

569. Oil Gas and Mineral Lease dated 05/20/2014, by and between Juanita Ralls, as Lessor, and Sklarco, LLC, as Lessee, recorded on / /   , Book 577, Page 77, of the official public records of Conecuh County, Alabama (1ESC01-L699)

570. Oil Gas and Mineral Lease dated 05/20/2014, by and between Grady Lynn Ralls & Willodean Ralls, et ux, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 577, Page 75, of the official public records of Conecuh County, Alabama (1ESC01-L700)

571. Oil Gas and Mineral Lease dated 05/20/2014, by and between William Edward Ralls, Jr., as Lessor, and Sklarco, LLC, as Lessee, recorded on / /   , Book 577, Page 322, of the official public records of Conecuh County, Alabama (1ESC01-L701)

572. Oil Gas and Mineral Lease dated 05/20/2014, by and between Loree Hamiter, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 577, Page 318, of the official public records of Conecuh County, Alabama (1ESC01-L702)

573. Oil Gas and Mineral Lease dated 05/20/2014, by and between Harold W. Hamiter, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 577, Page 320, of the official public records of Escambia County, Alabama (1ESC01-L703)

574. Oil Gas and Mineral Lease dated 05/20/2014, by and between Carol Ralls Pate, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 577, Page 79, of the official public records of Conecuh County, Alabama (1ESC01-L704)

575. Oil Gas and Mineral Lease dated 05/20/2014, by and between Voncile Ralls, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 577, Page 326, of the official public records of Conecuh County, Alabama (1ESC01-L705)

576. Oil Gas and Mineral Lease dated 05/20/2014, by and between Kenneth Ralls, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 577, Page 324, of the official public records of Conecuh County, Alabama (1ESC01-L706)

577. Oil Gas and Mineral Lease dated 06/12/2014, by and between Joshua R. Pate, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2014 Pg 2726, of the official public records of Escambia County, Alabama (1ESC01-L707)

578. Oil Gas and Mineral Lease dated 06/16/2014, by and between Carse Casey Jackson, Jr., as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 578 Page 736, of the official public records of Escambia County, Alabama (1ESC01-L708)

579. Lease dated 05/20/2014, by and between James E. Hamiter, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 576 Page 476, of the official public records of Escambia County, Alabama (1ESC01-L709)

2016   1261   00568
Recorded in the Above
Deed  Book & Page
04-27-2016 10:27:40 AM

580. Lease dated 05/20/2014, by and between Rosemary Ralls Harper, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 577 Page 952, of the official public records of Escambia County, Alabama (1ESC01-L710)

581. Oil Gas and Mineral Lease dated 05/20/2014, by and between Kristen Michelle Slayden, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 577, Page 950, of the official public records of Escambia County, Alabama (1ESC01-L711)

582. Oil Gas and Mineral Lease dated 05/20/2014, by and between Shane Leigh Carico, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 578, Page 474, of the official public records of Escambia County, Alabama (1ESC01-L712)

583. Oil Gas and Mineral Lease dated 06/23/2014, by and between James Timothy Calvert, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 578, Page 741, of the official public records of Escambia County, Alabama (1ESC01-L714)

584. Oil Gas and Mineral Lease dated 06/24/2014, by and between Samuel Alto Jackson, Jr, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 578, Page 731, of the official public records of Escambia County, Alabama (1ESC01-L715)

585. Lease dated 01/21/2014, by and between Cindy Hayes, as Lessor, and Sklarco, LLC, as Lessee, recorded on 08/06/2014, Book 580, Page 603, of the official public records of Escambia County, Alabama (1ESC01-L717)

586. Oil Gas and Mineral Lease dated 07/31/2014, by and between Cedar Creek Land & Timber, Inc., as Lessor, and Sklarco, LLC, as Lessee, recorded on 05/14/2015 Book 597, Page 893, of the official public records of Escambia County, Alabama (1ESC01-L718)

587. Oil Gas and Mineral Lease dated 07/03/2014, by and between Grady Lynn Ralls, Gillis Edward Ralls, Anita Carol Ralls Pate, Rosemary Ralls Harper, Trustees of the Declaration of Trust by Grady Ralls dated February 16, 1987, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2014, Page 3537, of the official public records of Conecuh County, Alabama (1ESC01-L719)

588. Oil Gas and Mineral Lease dated 06/24/2014, by and between Theodore B. Roby, Trust, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 578, Page 726, of the official public records of Escambia County, Alabama (1ESC01-L720)

589. Oil Gas and Mineral Lease dated 06/27/2014, by and between Lovelace Properties, LLC, as Lessor, and Sklarco, LLC, as Lessee, recorded on 06/27/2014, Book 582, Page 441, of the official public records of Escambia County, Alabama (1ESC01-L721)

590. Oil Gas and Mineral Lease dated 07/12/2014, by and between Otis and Hattie Phelps, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2014 Page 4793, of the official public records of Escambia County, Alabama (1ESC01-L722)

591. Lease dated 09/25/2014, by and between Patricia Ann Worrell, as Lessor, and Sklarco, LLC, as Lessee, recorded on 10/01/2014, Book 583, Page 684, of the official public records of Escambia County, Alabama (1ESC01-L723)

592. Lease dated 10/02/2014, by and between Fletcher Mayhew Lucas, as Lessor, and Sklarco, LLC, as Lessee, recorded on 10/06/2014, Book 583, Page 904, of the official public records of Escambia County, Alabama (1ESC01-L724)

593. Lease dated 09/15/2014, by and between Irma Dowe, as Lessor, and Sklarco, LLC, as Lessee, recorded on 10/13/2014, Book 2014, Page 5712, of the official public records of Conecuh County, Alabama (1ESC01-L725)

594. Lease dated 11/25/2014, by and between Sandra B. Rush, as Lessor, and Sklarco, LLC, as Lessee, recorded on 12/03/2014, Book 587, Page 883, of the official public records of Escambia County, Alabama (1ESC01-L728)

595. Lease dated 12/30/2014, by and between Neileen Rivers, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/08/2014, Book 591, Page 168, of the official public records of Escambia County, Alabama (1ESC01-L729)

596. Lease dated 01/05/2015, by and between Theodore B. Roby, Trust, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/08/2015, Book 591, Page 178, of the official public records of Escambia County, Alabama (1ESC01-L730)

597. Lease dated 12/09/2014, by and between James H. Balcom, as Lessor, and Sklarco, LLC, as Lessee, recorded on 12/18/2014, Book 2014, Page 6407, of the official public records of Conecuh County, Alabama (1ESC01-L731)

598. Lease dated 12/09/2014, by and between Frank J. Greskovich, as Lessor, and Sklarco, LLC, as Lessee, recorded on 12/18/2014, Book 2014, Page 6413, of the official public records of Conecuh County, Alabama (1ESC01-L732)

599. Lease dated 12/09/2014, by and between Craig Walter Gillespie, as Lessor, and Sklarco, LLC, as Lessee, recorded on 12/19/2014, Book 2014, Page 6451, of the official public records of Conecuh County, Alabama (1ESC01-L733)

600. Lease dated 12/09/2014, by and between Joseph T. Saiter, Jr., & Cheryl P. Saiter, as Lessor, and Sklarco, LLC, as Lessee, recorded on 12/18/2014, Book 2014, Page 6410, of the official public records of Conecuh County, Alabama (1ESC01-L734)

601. Lease dated 12/09/2014, by and between Florence Eckerlein, as Lessor, and Sklarco, LLC, as Lessee, recorded on 12/18/2014, Book 2014, Page 6427, of the official public records of Conecuh County, Alabama (1ESC01-L735)

602. Lease dated 12/09/2014, by and between Kathryn Eckerlein Errington, as Lessor, and Sklarco, LLC, as Lessee, recorded on 12/18/2014, Book 2014, Page 6419, of the official public records of Conecuh County, Alabama (1ESC01-L736)

603. Lease dated 12/09/2014, by and between Natalie S. Ciano, Trustee Under the Anthony J. Ciano Revoca, as Lessor, and Sklarco, LLC, as Lessee, recorded on 12/19/2014, Book 2014, Page 6448, of the official public records of Conecuh County, Alabama (1ESC01-L737)

604. Lease dated 12/09/2014, by and between Henry W. Coe, as Lessor, and Sklarco, LLC, as Lessee, recorded on 12/18/2014, Book 2014, Page 6404, of the official public records of Conecuh County, Alabama (1ESC01-L738)

605. Lease dated 12/09/2014, by and between Mary Elizabeth Lazzaro, as Lessor, and Sklarco, LLC, as Lessee, recorded on 12/18/2014, Book 2014, Page 6422, of the official public records of Conecuh County, Alabama (1ESC01-L739)

606. Lease dated 12/09/2014, by and between Benjamin L. Stalnaker, as Lessor, and Sklarco, LLC, as Lessee, recorded on 12/18/2014, Book 2014, Page 6416, of the official public records of Conecuh County, Alabama (1ESC01-L740)

607. Lease dated 01/09/2015, by and between Lovelace Properties, LLC, as Lessor, and Sklarco, LLC, as Lessee, recorded on 09/04/2014, Book 582, Page 441, of the official public records of Escambia County, Alabama (1ESC01-L741)

608. Oil Gas and Mineral Lease dated 01/15/2015, by and between Jamice Matthews Lee, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 592, Page 557, of the official public records of Escambia County, Alabama (1ESC01-L742)

609. Oil Gas and Mineral Lease dated 01/21/2015, by and between Harvey Boyette, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 592, Page 562, of the official public records of Escambia County, Alabama (1ESC01-L743)

2016   1262   00569
Recorded in the Above
Deed  Book & Page
04-27-2016 10:27:40 AM

610. Lease dated 01/27/2015, by and between Carol V. Harris, as Lessor, and Sklarco, LLC, as Lessee, recorded on 02/03/2015, Book 592, Page 565, of the official public records of Escambia County, Alabama (1ESC01-L744)

611. Lease dated 01/27/2015, by and between Ted Gibson, Jr., as Lessor, and Sklarco, LLC, as Lessee, recorded on 02/19/2015, Book 593, Page 556, of the official public records of Escambia County, Alabama (1ESC01-L745)

612. Oil Gas and Mineral Lease dated 01/30/2015, by and between Marjorie Warsing, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 593, Page 567, of the official public records of Escambia County, Alabama (1ESC01-L746)

613. Oil Gas and Mineral Lease dated 02/03/2015, by and between Johnny Terrell, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 593 Page 559, of the official public records of Escambia County, Alabama (1ESC01-L747)

614. Lease dated 01/21/2015, by and between Patricia G. Ware, as Lessor, and Sklarco, LLC, as Lessee, recorded on 02/19/2015, Book 593, Page 564, of the official public records of Escambia County, Alabama (1ESC01-L748)

615. Lease dated 12/15/2014, by and between James Timothy Calvert, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/08/2015, Book 591, Page 173, of the official public records of Escambia County, Alabama (1ESC01-L749)

616. Oil Gas and Mineral Lease dated 01/30/2015, by and between H.L. McClain, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 593, Page 553, of the official public records of Escambia County, Alabama (1ESC01-L750)

617. Oil Gas and Mineral Lease dated 01/21/2015, by and between Elaine Hastings, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 594 Page 652, of the official public records of Escambia County, Alabama (1ESC01-L751)

618. Lease dated 02/18/2015, by and between Jimmie K. Mullins, as Lessor, and Sklarco, LLC, as Lessee, recorded on 03/12/2015, Book 594, Page 658, of the official public records of Escambia County, Alabama (1ESC01-L752)

619. Lease dated 02/18/2015, by and between Linda K. Howland, as Lessor, and Sklarco, LLC, as Lessee, recorded on 03/12/2015, Book 594, Page 655, of the official public records of Escambia County, Alabama (1ESC01-L753)

620. Lease dated 01/28/2015, by and between U. L. Gibson, as Lessor, and Sklarco, LLC, as Lessee, recorded on 03/27/2015, Book 595, Page 587, of the official public records of Escambia County, Alabama (1ESC01-L754)

621. Lease dated 01/30/2015, by and between M. H. Gibson, Jr., as Lessor, and Sklarco, LLC, as Lessee, recorded on 03/27/2014, Book 595, Page 584, of the official public records of Escambia County, Alabama (1ESC01-L755)

622. Lease dated 11/12/2014, by and between Joshua Ray Pate, as Lessor, and Sklarco, LLC, as Lessee, recorded on 11/13/2014, Book 2014, Page 5964, of the official public records of Conecuh County, Alabama (1ESC01-L727)

623. Lease dated 07/25/2014, by and between The Estate of Thomas E. McMillan, by Thomas Edwards McMillan, Jr., Robert Cochrane McMillan, and Katherine Elizabeth McMillan Owens, as Co-Executors, as Lessor, and Sklarco, LLC, as Lessee, recorded on 09/04/2014, Book 582, Page 438, of the official public records of Escambia County, Alabama (1ESC01-L756)

624. Lease dated 02/01/2015, by and between The Rudman Partnership, Ltd., doing business as The Rudman Partnership, as nominee, and Rudman Oil & Gas Partnership I, Ltd., and Rudman Oil & Gas Partnership II, Ltd., as principals, as Lessor, and Sklar Exploration Company, LLC, and Lessee, recorded on 02/06/2014, Book 2015, Page 476, of the official public records of Conecuh County, Alabama (1ESC01-L757)

EXHIBIT "A-2"