United States Bankruptcy Court
District of Colorado

In re:
Sklar Exploration Company, LLC
Sklarco, LLC
Debtors

Case No. 20-12377-EEB
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1082-1 User: admin Page 1 of 4 Date Rcvd: Jun 04, 2020
Form ID: 237 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2020.
db/db +Sklar Exploration Company, LLC, Sklarco, LLC, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301-2541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:

Amy Vazquez on behalf of Creditor FPCC USA, Inc. avazquez@joneswalker.com
Armistead Mason Long on behalf of Creditor Pine Island Chemical Solutions, L.L.C. along@gamb.law
Barnet B Skelton, Jr on behalf of Creditor I & L Miss I, LP barnetbjr@msn.com
Barnet B Skelton, Jr on behalf of Creditor Tara Rudman Revocable Trust barnetbjr@msn.com
Barnet B Skelton, Jr on behalf of Creditor The Rudman Partnership barnetbjr@msn.com
Barnet B Skelton, Jr on behalf of Creditor Pickens Financial Group, LLC barnetbjr@msn.com
Barnet B Skelton, Jr on behalf of Creditor Tauber Exploration & Production Company barnetbjr@msn.com
Barnet B Skelton, Jr on behalf of Creditor Rudman Family Trust barnetbjr@msn.com
Barnet B Skelton, Jr on behalf of Creditor CTM 2005, Ltd. barnetbjr@msn.com
Barnet B Skelton, Jr on behalf of Creditor Rudman Partnership barnetbjr@msn.com
Barnet B Skelton, Jr on behalf of Creditor Feather River 75, LLC barnetbjr@msn.com
Barnet B Skelton, Jr on behalf of Creditor MER Energy, LTD barnetbjr@msn.com
Barnet B Skelton, Jr on behalf of Creditor MR Oil & Gas, LLC barnetbjr@msn.com
Brent R. Cohen on behalf of Creditor Fant Energy Limited bcohen@lrrc.com, brent-cohen-8759@ecf.pacerpro.com,cmarquez@lrrc.com
Brian Rich on behalf of Creditor Fletcher Petroleum Corp. brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
Brian Rich on behalf of Creditor Fletcher Petroleum Company, LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
Brian Rich on behalf of Creditor Fletcher Exploration, LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
Bryce Suzuki on behalf of Creditor East-West Bank bryce.suzuki@bclplaw.com, tina.daniels@bclplaw.com
Christopher Meredith on behalf of Attorney Copeland, Cook, Taylor & Bush, P.A. cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
Christopher Meredith on behalf of Creditor Eastern Fishing & Rental Tool Company, Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
Christopher Meredith on behalf of Creditor PAR Minerals Corporation cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
Christopher Meredith on behalf of Creditor Coastal Exploration, Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
Christopher D. Johnson on behalf of Creditor Committee The Official Committee of Unsecured Creditors cjohnson@munsch.com, scurry@munsch.com
Craig K. Schuenemann on behalf of Creditor East-West Bank craig.schuenemann@bryancave.com, alicia.berry@bryancave.com,44Team_DEN@bryancave.com
Craig M. Geno on behalf of Creditor Alabama Oil Company cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Craig M. Geno on behalf of Creditor Kudzo Oil Properties, LLC cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
Craig M. Geno on behalf of Creditor Apple River Investments, LLC cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
David M. Miller on behalf of Creditor Bri-Chem Supply Corp., LLC dmiller@spencerfane.com, nschacht@spencerfane.com
David R Taggart on behalf of Creditor JH Howell Interests, LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com
David R Taggart on behalf of Creditor JF Howell Interests ,LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com
Deanna L. Westfall on behalf of Creditor Colorado Department Of Revenue deanna.westfall@coag.gov, bncmail@w-legal.com
Duane Brescia on behalf of Creditor Lucas Petroleum Group, Inc. dbrescia@clarkhill.com, kalexander@clarkhill.com;djaenike@clarkhill.com
Duane Brescia on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com, kalexander@clarkhill.com;djaenike@clarkhill.com
Duane Brescia on behalf of Creditor Seitel Data, Ltd. dbrescia@clarkhill.com, kalexander@clarkhill.com;djaenike@clarkhill.com
Eric Lockridge on behalf of Creditor Anderson Exploration Energy Company, LC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
Eric Lockridge on behalf of Creditor Sugar Oil Properties, L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
Eric Lockridge on behalf of Creditor Anderson Exploration Energy Company, L.C. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
Eric Lockridge on behalf of Creditor TCP Cottonwood, L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
Eric Lockridge on behalf of Creditor AEEC II, LLC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
Glenn Taylor on behalf of Creditor PAR Minerals Corporation gtaylor@cctb.com
Glenn Taylor on behalf of Creditor Eastern Fishing & Rental Tool Company, Inc. gtaylor@cctb.com
Glenn Taylor on behalf of Creditor Coastal Exploration, Inc. gtaylor@cctb.com
Grant Matthew Beiner on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbeiner@munsch.com
James B. Bailey on behalf of Creditor Stoneham Drilling Corporation jbailey@bradley.com, ashaver@bradley.com
Jeffrey S. Brinen on behalf of Debtor Sklar Exploration Company, LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com
Jeffrey S. Brinen on behalf of Debtor Sklarco, LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com
Jennifer Hardy on behalf of Creditor JJS Working Interests, LLC jhardy2@willkie.com, mao@willkie.com
Jennifer Hardy on behalf of Creditor JJS Interests Escambia, LLC jhardy2@willkie.com, mao@willkie.com
Jennifer Hardy on behalf of Creditor JJS Interests Steele Kings, LLC jhardy2@willkie.com, mao@willkie.com
Jennifer Norris Soto on behalf of Creditor Barnette & Benefield, Inc. jennifersoto@arklatexlaw.com, curtisshelton@arklatexlaw.com,stephanieparker@arklatexlaw.com
Jeremy L Retherford on behalf of Creditor Pruet Production Co. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com
Jeremy L Retherford on behalf of Interested Party Pruet Production Co. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com
Jeremy L Retherford on behalf of Creditor Pruet Oil Company, LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com
Jim F Spencer, Jr on behalf of Creditor Landmark Exploration, LLC jspencer@watkinseager.com, mryan@watkinseager.com
Jim F Spencer, Jr on behalf of Creditor Lexington Investments, LLC jspencer@watkinseager.com, mryan@watkinseager.com
Jim F Spencer, Jr on behalf of Creditor Landmark Oil and Gas, LLC jspencer@watkinseager.com, mryan@watkinseager.com
Jim F Spencer, Jr on behalf of Creditor Stone Development, LLC jspencer@watkinseager.com, mryan@watkinseager.com
John Cornwell on behalf of Creditor Committee The Official Committee of Unsecured Creditors jcornwell@munsch.com, hvalentine@munsch.com
John Thomas Oldham on behalf of Creditor Kodiak Gas Services, LLC joldham@okinadams.com, bmoore@okinadams.com
Jordan B. Bird on behalf of Creditor Bundero Investment Company, LLC jordan.bird@cookyancey.com
Jordan B. Bird on behalf of Creditor Franks Exploration Company, LLC jordan.bird@cookyancey.com
Jordan B. Bird on behalf of Creditor J&A Harris, LP jordan.bird@cookyancey.com
Jordan B. Bird on behalf of Creditor Hall Management, LLC jordan.bird@cookyancey.com
Jordan B. Bird on behalf of Creditor Kingston, LLC jordan.bird@cookyancey.com
Jordan B. Bird on behalf of Creditor AEH Investments, LLC jordan.bird@cookyancey.com
Jordan B. Bird on behalf of Attorney Cook, Yancey, King & Galloway, APLC jordan.bird@cookyancey.com
Joseph Eric Bain on behalf of Creditor FPCC USA, Inc. jbain@joneswalker.com, kvrana@joneswalker.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Katherine A Ross on behalf of Creditor Bureau of Land Management katherine.ross@usdoj.gov, USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
Katherine A Ross on behalf of Creditor Office of Natural Resources Revenue katherine.ross@usdoj.gov, USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
Katherine Guidry Douthitt on behalf of Creditor C. Bickham Dickson, III kdouthitt@bwor.com
Katherine Guidry Douthitt on behalf of Creditor Dickson Oil & Gas, L.L.C. kdouthitt@bwor.com
Keri L. Riley on behalf of Debtor Sklar Exploration Company, LLC klr@kutnerlaw.com, vlm@kutnerlaw.com
Keri L. Riley on behalf of Debtor Sklarco, LLC klr@kutnerlaw.com, vlm@kutnerlaw.com
Kevin S. Neiman on behalf of Creditor Plains Marketing, L.P. kevin@ksnpc.com
Kevin S. Neiman on behalf of Creditor Plains Gas Solutions, LLC kevin@ksnpc.com
Lee M. Kutner on behalf of Debtor Sklarco, LLC lmk@kutnerlaw.com, vlm@kutnerlaw.com
Lee M. Kutner on behalf of Debtor Sklar Exploration Company, LLC lmk@kutnerlaw.com, vlm@kutnerlaw.com
Madison M. Tucker on behalf of Creditor FPCC USA, Inc. mtucker@joneswalker.com
Matthew Okin on behalf of Creditor Kodiak Gas Services, LLC mokin@okinadams.com
Matthew J. Ochs on behalf of Creditor Pruet Oil Company, LLC mjochs@hollandhart.com
Matthew J. Ochs on behalf of Creditor Pruet Production Co. mjochs@hollandhart.com
Matthew J. Ochs on behalf of Creditor Rapaid Well Service Co., Inc. mjochs@hollandhart.com
Michael Niles on behalf of Creditor Fletcher Petroleum Company, LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
Michael Niles on behalf of Creditor Fletcher Petroleum Corp. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
Michael Niles on behalf of Creditor Fletcher Exploration, LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
Michael D Rubenstein on behalf of Interested Party BP America Production Company mdrubenstein@liskow.com
Michael D Rubenstein on behalf of Interested Party BPX Properties (NA) LP mdrubenstein@liskow.com
Michael J. Guyerson on behalf of Creditor Estate of Pamela Page, Deceased mike@kjblawoffice.com, celina@kjblawoffice.com;teresa@kjblawoffice.com
Michael J. Guyerson on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com, celina@kjblawoffice.com;teresa@kjblawoffice.com
Paul Moss on behalf of U.S. Trustee US Trustee Paul.Moss@usdoj.gov
Robert Padjen on behalf of Creditor Colorado Department of Law Robert.padjen@coag.gov
Robert L Paddock on behalf of Creditor Strago Petroleum Corporation rpaddock@buckkeenan.com, myers@buckkeenan.com
Robert L Paddock on behalf of Creditor Gateway Exploration, LLC rpaddock@buckkeenan.com, myers@buckkeenan.com
Robert L Paddock on behalf of Creditor Harvest Gas Management, LLC rpaddock@buckkeenan.com, myers@buckkeenan.com
Robert L Paddock on behalf of Creditor Meritage Energy Ltd rpaddock@buckkeenan.com, myers@buckkeenan.com
Robert L Paddock on behalf of Creditor GCREW Properties, LLC rpaddock@buckkeenan.com, myers@buckkeenan.com
Ryan Lorenz on behalf of Creditor Juno Financial LLC RLorenz@ClarkHill.com
Ryan Seidemann on behalf of Creditor State of Louisiana, Depatment of Natural Resources, Office of Mineral Resources seidemannr@ag.louisiana.gov
Ryco Exploration, LLC. rsmith.ryco@att.net
Shay L. Denning on behalf of Creditor CTM 2005, Ltd. sdenning@mbssllp.com
Shay L. Denning on behalf of Creditor I & L Miss I, LP sdenning@mbssllp.com
Shay L. Denning on behalf of Creditor Tauber Exploration & Production Company sdenning@mbssllp.com
Shay L. Denning on behalf of Creditor Pickens Financial Group, LLC sdenning@mbssllp.com
Stephen K. Lecholop, II on behalf of Creditor McCombs Energy, Ltd. slecholop@rpsalaw.com, amartinez@rpsalaw.com
Stephen K. Lecholop, II on behalf of Creditor McCombs Exploration, LLC slecholop@rpsalaw.com, amartinez@rpsalaw.com
Thomas H Shipps on behalf of Creditor MR Oil & Gas, LLC tshipps@mbssllp.com
Thomas H Shipps on behalf of Creditor MER Energy, LTD tshipps@mbssllp.com
Thomas H Shipps on behalf of Creditor Tauber Exploration & Production Company tshipps@mbssllp.com
Thomas H Shipps on behalf of Creditor I & L Miss I, LP tshipps@mbssllp.com
Thomas H Shipps on behalf of Creditor The Rudman Partnership tshipps@mbssllp.com
Thomas H Shipps on behalf of Creditor Pickens Financial Group, LLC tshipps@mbssllp.com
Thomas H Shipps on behalf of Creditor CTM 2005, Ltd. tshipps@mbssllp.com
Thomas H Shipps on behalf of Creditor Feather River 75, LLC tshipps@mbssllp.com
Thomas H Shipps on behalf of Creditor Tara Rudman Revocable Trust tshipps@mbssllp.com
Thomas H Shipps on behalf of Creditor Rudman Family Trust tshipps@mbssllp.com
Timothy C. Mohan on behalf of Creditor Baker Hughes, a GE Company LLC tmohan@foley.com, tim.mohan4@gmail.com
Timothy M. Swanson on behalf of Creditor Kudzu Oil Properties, LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com
Timothy M. Swanson on behalf of Creditor Alabama Oil & Gas, LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com
Timothy M. Swanson on behalf of Creditor Kudzo Oil Properties, LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Timothy M. Swanson on behalf of Creditor Apple River Investments, LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com
Timothy M. Swanson on behalf of Creditor Alabama Oil Company tim.swanson@moyewhite.com, audra.albright@moyewhite.com
Timothy Michael Riley on behalf of Attorney Hopping Green & Sams timothyr@hgslaw.com
US Trustee USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 123

(COB #237 NtcFilTrans)(09/08)

# UNITED STATES BANKRUPTCY COURT
**District of Colorado**

In re: Sklar Exploration Company, LLC and Sklarco, LLC
Debtor(s)

Case No. **20−12377−EEB**

NOTICE OF FILING OF TRANSCRIPT
AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION[1]

A transcript of the proceeding held on 5/18/2020 was filed on 6/4/2020 . The following deadlines apply:

The parties have until 6/11/2020 to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *Request for Redaction* is 6/25/2020 .

If a request for redaction is filed, the *Redacted Transcript* is due 7/6/2020 . If no such notice is filed, the transcipt may be made available for remote electronic access upon expiration of the restriction period, which is 9/2/2020 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber:

AB Litigation Services
216 16th Street, Suite 600
Denver, CO 80202
(303) 296−0017

or you may view the document at the clerk's office public terminal.

[1] The Judciary's privacy policy provides for limiting Social Security and Financial Account numbers to the last four digits, using only initials for the names of minor children, and limiting dates of birth to the year. If such personal identifier information is elicited within court proceedings, this information will appear on the transcript and will become available to the public unless action is take to redact this information.