## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: SKLAR EXPLORATION COMPANY, LLC<br>    Debtor. | CASE NO. 20-12377-EBB |
| SKLARCO, LLC<br>    Debtor. | CASE NO.: 20-12380-EEB |

### WITNESS AND EXHIBIT LIST OF THE LANDMARK ENTITIES

Landmark Oil and Gas LLC, a Mississippi limited liability company, Landmark Exploration LLC, a Mississippi limited liability company, Lexington Investments LLC, a Mississippi limited liability company, and Stone Development, LLC, a Mississippi limited liability company (collectively the "Landmark Entities") owners of working interests and/or overriding royalty interests file their Witness and Exhibit List for the hearing on the Motion to Appoint Chapter 111 Trustee Pursuant to 11 U.S.C. §1104, or in the Alternative, Convert to Chapter 7 Pursuant to 11 U.S.C. §1112(b) filed by the Tauber Group (Dkt. No. 308) set for June 11, 2020 at 1:30 P.M., Mountain Time, before the Honorable Elizabeth E. Brown, United States Bankruptcy Court, 721 19th Street, Courtroom F, Fifth Floor, Denver, Colorado 80202, to be conducted by videoconference.

### **WITNESSES**

The Landmark Entities may call the following witnesses at the hearing:

1.  Michael E. Johnson, Manager of Landmark Oil and Gas LLC, Landmark Exploration LLC and Lexington Investments LLC.

2.  Any witnesses listed or used by any other party.

3.  Any witnesses necessary to rebut the testimony of a witness called or designated

by another party.

4. Any witnesses that may be present at the hearing.

## **EXHBITS**

The Landmark Entities may introduce any exhibits offered by the other parties to which the Landmark Entities do not object.

Respectfully submitted this 8th day of June, 2020.

                                       WATKINS & EAGER PLLC

                                       By: /s/ Jim F. Spencer, Jr.
                                               Jim F. Spencer, Jr.,
                                               Its attorneys

COUNSEL FOR

LANDMARK OIL AND GAS LLC,
LANDMARK EXPLORATION LLC,
LEXINGTON INVESTMENTS LLC, and
STONE DEVELOPMENT LLC

PAUL H. STEPHENSON, III (MSB#7864)
JIM F. SPENCER, JR. (MSB#7736)
WATKINS & EAGER PLLC
P.O. BOX 650
JACKSON, MISSISSIPPI 39205
(601) 965-1900 (p)
(601) 965-1901 (f)
pstephenson@watkinseager.com
jspencer@watkinseager.com

2

## CERTIFICATE OF SERVICE

I, Jim F. Spencer, Jr., do hereby certify that I have caused to be served a true and correct copy of the **WITNESS AND EXHIBIT LIST OF THE LANDMARK ENTITIES** was served on all parties authorized to receive notice through the ECF notice system in this case.

This 8th day of June, 2020.

/s/ Jim F. Spencer, Jr.
Jim F. Spencer, Jr.