IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) | |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | |

**KUDZU PARTIES' WITNESS AND EXHIBIT LISTS**

**COMES NOW**, Kudzu Oil Properties, LLC, Alabama Oil Company, and Apple River Investments, LLC (collectively, the "**Kudzu Parties**"), by and through their undersigned counsel Moye White LLP, file their Witness and Exhibit List ("**Witness & Exhibit List**") for the hearing on the following: (1) Motion to Appoint Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104, or in the Alternative, Convert to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) filed by the Tauber Group (Docket No. 308) and all objections there to; (2) the Debtors' Motion for Entry of Order Authorizing Debtors' Employment of CR3 Partners as Chief Restructuring Officer (Docket No. 341) and all objections thereto; (3) Debtors' Motion for Approval of Lending Agreement and for Authority to Incur Debt on an Administrative, Unsecured Basis (Docket No. 346) and all objections thereto; and (4) Debtors' Motion for Approval of Final Cash Collateral Order (Docket No. 350), and all objections and joinders to such motions, set for June 11, 2020 at 1:30 p.m. (the

"**Hearing**") before the Honorable Elizabeth E. Brown, U.S. Bankruptcy Court, 721 19th Street, Courtroom F, Fifth Floor, Denver, Colorado 80202, to be conducted by videoconference.

## WITNESSES

The Kudzu Parties **may** call the following witnesses at the Hearing:

1. Walker Sturdivant.

2. Any witness listed or used by any other party.

3. Any witness necessary to rebut the testimony of a witness called or designated by another party.

4. Any witness for the purpose of foundation, rebuttal, or impeachment.

5. Any other witnesses present at the Hearing the Kudzu Parties deem necessary.

## EXHIBITS

The Kudzu Parties may introduce the following exhibits at the Hearing:

1. Any exhibit enumerated on Attachment 1 to this Witness & Exhibit List.

2. Any exhibit or demonstrative designated or used by any other party, and to which the Kudzu Parties do not object to its admissibility.

3. Any exhibits necessary to rebut the testimony of witnesses called or designated by another party or the evidence or arguments presented by another party.

## RESERVATION OF RIGHTS

The Kudzu Parties reserve the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing.

Dated: June 8, 2020.                Respectfully submitted,

**ALABAMA OIL COMPANY, APPLE RIVER INVESTMENTS, LLC, AND KUDZU OIL PROPERTIES, LLC**

By: */s/Timothy M. Swanson*
Timothy M. Swanson (Colorado No. 47267)
MOYE WHITE LLP
1400 16th Street
6th Floor
Denver, Colorado 80202-1486
Tel: (303) 292-2900
Fax: (303) 292 4510
Tim.Swanson@moyewhite.com
*Counsel to Alabama Oil Company, Apple River Investments, LLC, and Kudzu Oil Properties, LLC*

--and--

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, Mississippi 39157
Tel: (601) 427-0048
Fax: (601) 427-0050
cmgeno@cmgenolaw.com
*Counsel to Alabama Oil Company, Apple River Investments, LLC, and Kudzu Oil Properties, LLC*

**Attachment 1**

**(Exhibits)**

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| **KUD - A** | Participation Agreement dated February 20, 2019. | | | |
| **KUD – B** | Participation Agreement Exhibits. | | | |
| **KUD - C** | Joint Operating Agreement dated February 20, 2019. | | | |
| **KUD - D** | Check History March 2020 | | | |
| * | Any pleading, order, or document filed or entered in this case | | | |
| * | Any exhibit offered or listed by another party | | | |
| * | Any exhibit for purposes of rebuttal or impeachment | | | |

4

## Certificate of Service

I hereby certify that on this 8th day of June 2020, I caused the foregoing ***Kudzu Parties' Witness and Exhibit List*** to be served *via* CM/ECF to all parties that have filed electronic appearances and requested service in this case.

*/s/ Timothy M. Swanson*
Timothy M. Swanson
