IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COLORADO

| | |
|---|---|
| In Re: ) | |
| ) | |
| **SKLAR EXPLORATION COMPANY, LLC** ) | Case No. 20-12377-EEB |
| **and SKLARCO, LLC** ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| **SKLARCO, LLC** ) | Case No. 20-12380-EEB |
| ) | |
| ) | Chapter 11 |
| ) | |

**LIST OF EXHIBITS AND IDENTIFICATION OF WITNESSES IN SUPPORT OF THE MOTION TO APPOINT CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 1104, OR IN THE ALTERNATIVE, CONVERT TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b) (Docket No. 308)
(THE TAUBER GROUP NON-OPERATORS)**

Tauber Exploration & Production Company, CTM 2005, Ltd., Pickens Financial Group, LLC, I & L Miss I, LP, MER Energy, Ltd., MR Oil & Gas, LLC, Tara Rudman Revocable Trust, Feather River 75, LLC, Rudman Family Trust, and The Rudman Partnership (collectively the "Tauber Group Non-operators") hereby list the exhibits and witnesses who will be called to identify and lay the foundation for the indtroduction of such exhibits at the preliminary hearing on the Motion to Appoint Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104, or in the Alternative, Convert to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) [Doc. No. 308] set for June 11, 2020 at 1:30 p.m. to be held by Zoom video conference:

*LIST OF WITNESSES AND EXHIBITS*
*(THE TAUBER GROUP NON-OPERATORS)*

**I.  EXHIBITS**

| Exhibit No. | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| TM-TAU-1 | Transcript of Evidentiary Hearing on Cash Collateral and other Motions of May 11, 2020 | | | Electronic Bates Nos. |
| TM-TAU-2 | Transcript of Continued Evidentiary Hearing on Cash Collateraland other Motions of May 12, 2020 | | | Electronic Bates Nos. |
| TM-TAU-3 | Escambia Prospect Participation Agreement and JOA | | | Electronic Bates Nos. |
| TM-TAU-4 | Letter from David Barlow To Escambia Working Interest Owners dated June 11, 2012 and Executed Amendment to Operating Agreement | | | Electronic Bates Nos. |
| TM-TAU-5 | Recorded Partial Assignment of Oil, Gas and other Mineral Leases—Escambia Prospect | | | Electronic Bates Nos. |
| TM-TAU-6 | Recording Supplement To Escambia Prospect Operating Agreement and Financing Statement | | | Electronic Bates Nos. |
| TM-TAU-7 | Castleberry Prospect Participation Agreement and JOA | | | Electronic Bates Nos. |
| TM-TAU-8 | Letter from Sutton Lloyd to Castleberry Working Interest Owners and AFE Ballot – Ellis 35-9#1 Well | | | Electronic Bates Nos. |
| TM-TAU-9 | Letter from Kate Eggleston to Castleberry Working Interest Owners dated December 17, 2019 and Cash Call-Myrtice Ellis 35-9#1 Well | | | Electronic Bates Nos |

*LIST OF WITNESSES AND EXHIBITS*
*(THE TAUBER GROUP NON-OPERATORS)*

| | | | | |
|---|---|---|---|---|
| TM-TAU-10 | Email Exchange between Mike Pickens and Sutton Lloyd Regarding Return of Myrtice Ellis 35-9#1 Cash Advance March 23 & 27, 2020 | | | Electronic Bates Nos. |
| TM-TAU-11 | SEC-Pickens Financial Group, LLC Settlement Statement dated March 31, 2020 | | | Electronic Bates Nos. |
| TM-TAU-12 | SEC-Pickens Financial Group, LLC Settlement Statement dated April 30, 2020 | | | Electronic Bates Nos. |
| TM-TAU-13 | Pickens-Cash Call and AFE CCL&T 35-11#1 Workover dated Oct. 8, 2019 | | | Electronic Bates Nos. |
| TM-TAU-14 | Pickens-Cash Call and AFE CCL&T 33-10#1 Workover dated Oct. 8, 2019 | | | Electronic Bates Nos. |
| TM-TAU-15 | Pickens-Cash Call and AFE CCL&T 34-15#1 Workover dated Oct. 8, 2019 | | | Electronic Bates Nos. |
| TM-TAU-16 | Pickens-Cash Call and AFE CCL&T 10-5#1 Conversion dated Oct. 22, 2019 | | | Electronic Bates Nos. |
| TM-TAU-17 | Pickens-Cash Call and AFE CCL&T 35-5#1 Workover dated Nov. 21, 2019 | | | Electronic Bates Nos. |
| TM-TAU-18 | Pickens-Cash Call and AFE CCL&T 13-11#1 Workover dated Dec. 2, 2019 | | | Electronic Bates Nos. |
| TM-TAU-19 | Pickens-Cash Call 308-14 and AFE CCL&T 32-9#1 Workover dated Jan. 24, 2020 | | | Electronic Bates Nos. |
| TM-TAU-20 | Pickens-Cash Call 308-15 and AFE CCL&T 32-9#1 Workover dated Jan. 24, 2020 | | | Electronic Bates Nos. |

*LIST OF WITNESSES AND EXHIBITS*
*(THE TAUBER GROUP NON-OPERATORS)*

| | | | | |
|---|---|---|---|---|
| TM-TAU-21 | Pickens-Cash Call and AFE CCL&T 4-1#1 Workover dated Jan. 24, 2020 | | | Electronic Bates Nos. |
| TM-TAU-22 | Pickens-Cash Call and AFE CCL&T 2-4#1 Workover dated Jan. 24, 2020 | | | Electronic Bates Nos. |
| TM-TAU-23 | Pickens-Cash Call and AFE CCL&T 34-14#1 Workover dated Jan. 24, 2020 | | | Electronic Bates Nos. |
| TM-TAU-24 | Pickens-Cash Call and AFE CCL&T 2-2#1 dated Feb. 4, 2020 | | | Electronic Bates Nos. |
| TM-TAU-25 | Pickens-Cash Call and AFE CCL&T 3-2#1 Workover dated Feb. 5, 2020 | | | Electronic Bates Nos. |
| TM-TAU-26 | The Rudman Partnership-Cash Call CCL&T 2-2#1 Workover dated Feb. 4, 2020 | | | Electronic Bates Nos. |
| TM-TAU-27 | The Rudman Partnership-Cash Call CCL&T 3-2#1 Workover dated Feb. 5, 2020 | | | Electronic Bates Nos. |
| TM-TAU-28 | The Rudman Partnership-Cash Call CCL&T Thomasson 33-12#1 Workover dated Feb. 11, 2020 | | | Electronic Bates Nos. |
| TM-TAU-29 | The Rudman Partnership-Cash Call CCL&T 35-13#1 Workover dated Feb. 18, 2020 | | | Electronic Bates Nos. |
| TM-TAU-30 | SEC-The Rudman Partnership Settlement Statement dated Jan.31, 2020 | | | Electronic Bates Nos. |
| TM-TAU-31 | Debtors' Data Room Spreadsheet-Cash Call Tracker | | | Electronic Bates Nos. |

*LIST OF WITNESSES AND EXHIBITS*
*(THE TAUBER GROUP NON-OPERATORS)*

| | | | | | |
|---|---|---|---|---|---|
| TM-TAU-32 | Sklarco Non-Payment of Cash Advance Summary [Docket No. 308-3] | | | | Electronic Bates Nos. |
| TM-TAU-33 | Debtors' Motion To 1) Honor and Pay ORRI, R, WIO; and 2) Offset JIB Obligations [Docket No. 37] | | | | Electronic Bates Nos. |
| TM-TAU-34 | Debtors' Motion For Entry of Order for Payment of Pre-Petition JIBs-Critical Vendors [Docket No. 41] | | | | Electronic Bates Nos. |
| TM-TAU-35 | SEC Schedule of Payments to Insiders [Docket No. 308-2] | | | | Electronic Bates Nos. |
| TM-TAU-36 | SEC Statement of Financial Affairs [Docket No. 102] | | | | Electronic Bates Nos. |
| TM-TAU-37 | Status Report on Motions Set for Hearing on April 27, 2020 [Docket No. 173] | | | | Electronic Bates Nos. |
| TM-TAU-38 | Sklarco, LLC Schedule of Payments to Insiders [Docket No. 308-1] | | | | Electronic Bates Nos. |
| TM-TAU-39 | Agency Services Agreement [Docket No. 308-4] | | | | Electronic Bates Nos. |
| TM-TAU-40 | First Amendment to Agency Services Agreement [Docket No. 308-5] | | | | Electronic Bates Nos. |
| TM-TAU-41 | Debtors' Report on Issues Raised by Court with email attachment [Docket No. 299] | | | | Electronic Bates Nos. |
| TM-TAU-42 | SEC Statement of Financial Affairs [Docket No. 324] | | | | Electronic Bates Nos. |
| TM-TAU-43 | Sklarco Schedule G: Executory Contracts and Unexpired Leases [Docket No. 360] | | | | Electronic Bates Nos. |

5

*LIST OF WITNESSES AND EXHIBITS*
*(THE TAUBER GROUP NON-OPERATORS)*

| | | | | |
|---|---|---|---|---|
| TM-TAU-44 | SEC Schedule G: Executory Contracts and Unexpired Leases [Docket No. 364] | | | Electronic Bates Nos. |
| TM-TAU-45 | Sklarco Schedule A/B: Assets – Real and Personal Property [Docket No. 29] | | | Elctronic Bates Nos. |
| TM-TAU-46 | Sklarco Schedule G: Executory Contracts and Unexpired Leases [Docket No. 31] | | | Electronic Bates Nos. |
| TM-TAU-47 | Sklarco Schedule H: Your Codebtors [Docket No. 32] | | | Electronic Bates Nos. |
| TM-TAU-48 | Sklarco Statement of Financial Affairs [Docket No. 27] | | | Electronic Bates Nos. |
| TM-TAU-49 | SEC Audited Financial Statements December 31, 2018 and 2017 | | | Electronic Bates Nos. |
| TM-TAU-50 | Sklarco Scheduel H: our Codebtors [Docket 361] | | | Electronic Bates Nos. |
| TM-TAU-51 | Amended and Restated Agreement of Limited Partnership of Maevlo Production, L.P | | | Electronic Bates Nos. |
| TM-TAU-52 | Articles of Organization Maevlo Smackover-ORRI, LLC (Colorado) | | | Electronic Bates Nos. |
| TM-TAU-53 | Articles of Organization Maevlo Smackover, LLC (Colorado) | | | Electronic Bates Nos. |
| TM-TAU-54 | Articles of Organization Maevlo PRB 1, LLC (Colorado) | | | Electronic Bates Nos. |
| TM-TAU-55 | Articles of Organization Maevlo Land Services, LLC (Colorado) | | | Electronic Bates Nos. |

6

*LIST OF WITNESSES AND EXHIBITS*
*(THE TAUBER GROUP NON-OPERATORS)*

| | | | | |
|---|---|---|---|---|
| TM-TAU-56 | Letter Agreement between SEC and Maevlo Company, LLC | | | Electronic Bates Nos. |
| TM-TAU-57 | Brooklyn Unit Boundary Map Unit Agreement Attachments A-E | | | Electronic Bates Nos. |
| TM-TAU-58 | Sklar Map of Alabama Prospects | | | Electronic Bates Nos. |
| TM-TAU-59 | Mineral Royalty Deed Patricia Shoemaker | | | Electronic Bates Nos. |

## II. WITNESSES

The Tauber Group Non-operators will call the following witnesses:

| Witness Name | |
|---|---|
| Mike Pickens, President, Pickens Financial Group, LLC | Mr. Pickens will testify, to the extent necessary, regarding the agreements entered into between the parties, the Area of Mutual Inteest clauses, AFE's and cash call notices received from SEC, joint operating billings, and payments received arising from those agreements. Mr. Pickens will also testify about the standards of conduct and prudent operations for oil and gas operators and non-operators. In addition, Mr. Pickens may testify to the nature of the agreements surrounding the Alabama Gas Plant Management Fee.<br>He will also testify about all Exhibits that relate to Participation Agreements, JOA's and any dealings or transactions between his company and the Debtors, including |
| W.R. Trey Sibley, III, General Counsel, The Rudman Partnership | Mr. Sibley will testify, to the extent necessary, regarding the agreements entered into between the parties, the Area of Mutual Interest clauses. AFE's and cash call notices received from SEC, the joint operating billings, and payments received arising from those agreements. Mr. Sibley may also testify about the standards of conduct and prudent |

7

*LIST OF WITNESSES AND EXHIBITS*
*(THE TAUBER GROUP NON-OPERATORS)*

|  |  |
|---|---|
|  | operations for oil and gas operators and non-operators. In addition, Mr. Sibley may testify to the nature of the agreements surrounding the Alabama Gas Plant Management Fee. He will also testify about all Exhibits that relate to Participation Agreements, JOA's and any dealings or transactions between his company and the Debtors, including AFE's and Cash Call Advances.<br><br>Mr. Sibley is an attorney licensed in the State of Texas and is the General Counsel for the Rudman Partnership for over 40 years. In the course and scope of his employment he has been involved with the drafting, interpretation and performance of the terms of all manner of oil and gas contracts and instruments including participation agreements, joint operating agreements, farmout agreements, oil and gas leases, assignments and bills of sale, AFE's, cash call requests, division orders and area of mutual interest agreements. His experience is not only as a lawyer but as manager of the operations of the Rudman Partnership, which has significant oil and gas holdings in many states, and in that capacity has years of experience in the acquisition and operation of working interests in oil, gas and other minerals and is familiar with the standards of conduct and operations of oil and gas operators and non-operators.<br>He also has personal knowledge of all contracts and dealings of the Rudman Partnership with Sklarco, LLC and Sklar Exploration Company, LLC. |
| Howar Sklar | Mr. Sklar's testimony from the Cash Collateral hearing will be introduced. There will further be a proffer of his testimony about the Agency Services Agreement, Maevlo Production, LP, its affiliates, Debtors' breach of AMI agreements via the Maevlo entities, and their operations and agreements, the |

8

*LIST OF WITNESSES AND EXHIBITS*
*(THE TAUBER GROUP NON-OPERATORS)*

| | |
|---|---|
| | failure of Debtors to adequately disclose these matters and the relationships between the Debtors and the various Sklar family trusts. Mr. Sklar, or any other witness designated by the Debtors, would be called on to testify regarding the agreements entered into between the parties and the method for issuing joint operating billings and accounting or interests, cash call advances, and other matters related thereto.<br><br>Mr. Sklar will testify about any Exhibits relating to the Debtors, Maevlo Production, LP, the Sklar Trusts, the Agency Services Agreement and any filings or documents produced in this case. |
| Marshall Jones | Mr. Jones' testimony from the Cash Collateral hearing will be introduced. There will further be a proffer of his testimony about the Agency Services Agreement, Maevlo Production, LP, its affiliates and their operations and agreements, Debtors' breach of AMI agreements via the Maevlo entities, the failure of Debtors to adequately disclose these matters and the relationships between the Debtors and the various Sklar family trusts. Mr. Sklar, or any other witness designated by the Debtors, would be called on to testify regarding the agreements entered into between the parties and the method for issuing joint operating billings and accounting or interests, cash call advances, and other matters related thereto.<br><br>Mr. Jones will testify about any Exhibits relating to the Debtors, Maevlo Production, LP, the Sklar Trusts, the Agency Services Agreement and any filings or documents produced in this case. |

*LIST OF WITNESSES AND EXHIBITS*
*(THE TAUBER GROUP NON-OPERATORS)*

|  | |
|---|---|
|  | Mr. Jones' testimony from the Cash Collateral hearing will be introduced. There will further be a proffer of his testimony about the Agency Services Agreement, Maevlo Production, LP, its affiliates and their operations and agreements, Debtors' breach of AMI agreements via the Maevlo entities, the failure of Debtors to adequately disclose these matters and the relationships between the Debtors and the various Sklar family trusts. Mr. Sklar, or any other witness designated by the Debtors, would be called on to testify regarding the agreements entered into between the parties and the method for issuing joint operating billings and accounting or interests, cash call advances, and other matters related thereto.<br><br>Mr. Jones will testify about any Exhibits relating to the Debtors, Maevlo Production, LP, the Sklar Trusts, the Agency Services Agreement and any filings or documents produced in this case. |
| Johne Strausser | Mr. Strausser's testimony from the Cash Collateral hearing will be introduced. There will further be a proffer of his testimony about the Agency Services Agreement, Maevlo Production, LP, its affiliates and their operations and agreements, Debtors' breach of AMI agreements via the Maevlo entities, the failure of Debtors to adequately disclose these matters and the relationships between the Debtors and the various Sklar family trusts. Mr. Sklar, or any other witness designated by the Debtors, would be called on to testify regarding the agreements entered into between the parties and the method for issuing joint operating billings and accounting or interests, cash call advances, and other matters related thereto. |

*LIST OF WITNESSES AND EXHIBITS*
*(THE TAUBER GROUP NON-OPERATORS)*

| | |
|---|---|
| | Mr. Strausser will testify about any Exhibits relating to the Debtors, Maevlo Production, LP, the Sklar Trusts, the Agency Services Agreement and any filings or documents produced in this case, and any documents relating to the financial affairs of Debtors. |
| Stan Kynerd, General Counsel for Pruet Production | Mr. Kynerd will testify about his knowledge of the acquisition of oil and gas interests in the same prospect areas in Alabama as the Debtors during 2019 and 2020 by Maevlo Production, LP and its affiliates. Mr. Kynerd will also testify about deeds to Maevlo Production, LP in the Debtors' prospect areas and the Exhibits relating to Maevlo's activities in Escambia and Conecuh Counties, Alabama. |

The Tauber Group Non-operators may call the following witnesses:

Any witness for rebuttal or impeachment,

In addition, the Tauber Group Non-operators may utilize any exhibit offered by any other party and any document necessary for impeachment or rebuttal or to refresh the recollection of a witness.

*LIST OF WITNESSES AND EXHIBITS*
*(THE TAUBER GROUP NON-OPERATORS)*

Dated this 9th day of June, 2020

        Respectfully submitted,

        **Maynes, Bradford, Shipps & Sheftel, LLP**
        */s/ Thomas H. Shipps*
        Thomas H. Shipps
        */s/ Shay L. Denning*
        Shay L. Denning
        Maynes, Bradford, Shipps & Sheftel, LLP
        835 E. Second Ave., Suite 123
        Durango, CO 81301
        Telephone: (970) 247-1755
        Cell: (970)749-1479; (970) 946-0846
        Facsimile: (970) 247-8827
        Email: tshipps@mbssllp.com;
                sdenning@mbssllp.com

        and

        */s/ Barnet B. Skelton, Jr.*
        Barnet B. Skelton, Jr.
        815 Walker, Suite 1502
        Houston, TX 77002
        Telephone: (713) 659-8761
        Cell: (713) 516-7450
        Facsimile: (713)659-8764
        Email: barnetbjr@msn.com

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that, on June 9, 2020, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing

        /s/ *Kate Potemkin*
        Kate Potemkin

Dated this 9th day of June, 2020

*LIST OF WITNESSES AND EXHIBITS*
*(THE TAUBER GROUP NON-OPERATORS)*

Respectfully submitted,

**Maynes, Bradford, Shipps & Sheftel, LLP**
*/s/ Thomas H. Shipps*
Thomas H. Shipps
*/s/ Shay L. Denning*
Shay L. Denning
Maynes, Bradford, Shipps & Sheftel, LLP
835 E. Second Ave., Suite 123
Durango, CO  81301
Telephone: (970) 247-1755
Cell: (970)749-1479; (970) 946-0846
Facsimile: (970) 247-8827
Email: tshipps@mbssllp.com;
       sdenning@mbssllp.com

and

*/s/ Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.
815 Walker, Suite 1502
Houston, TX  77002
Telephone: (713) 659-8761
Cell: (713) 516-7450
Facsimile: (713)659-8764
Email: barnetbjr@msn.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on June 9, 2020, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1.  All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing

/s/ *Kate Potemkin*
Kate Potemkin