# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: § § **SKLAR EXPLORATION COMPANY, LLC**, *et al.*,[1] § § § **Debtors.** § | **Chapter 11** **Case No. 20-12377-EEB** **(Jointly Administered)** |

## WITNESS AND EXHIBIT LIST OF
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The Official Committee of Unsecured Creditors (the "Committee") of Sklar Exploration Company, LLC, ("SEC") files its Witness and Exhibit List for the hearing set on June 11, 2020, at 1:30 p.m. (the "Hearing") to be held telephonically before the Honorable Bankruptcy Judge Elizabeth E. Brown from the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom F, Denver, Colorado 80202.

### WITNESSES

The Committee may call the following witnesses at the Hearing:

1. Any witness listed or used by any other party, and

2. Any witness necessary to rebut the testimony of a witness called or designated by another party.

### EXHIBITS

The Committee may introduce the exhibits listed on Attachment 1 at the Hearing.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

4810-9694-3295v.1

## RESERVATION OF RIGHTS

The Committee reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing.

DATED: June 9, 2020

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Christopher D. Johnson*
Christopher D. Johnson
Texas Bar No. 24012913
John D. Cornwell
Texas Bar No. 24050450
Grant M. Beiner
Texas Bar No. 24116090
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone: (713) 222-1470
Facsimile: (713) 222-1475
cjohnson@munsch.com
jcornwell@munsch.com
gbeiner@munsch.com

**COUNSEL FOR
THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on June 9, 2020.

*/s/ Christopher D. Johnson*
Christopher D. Johnson