# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| In re: | § | Chapter 11 |
|---|---|---|
| SKLAR EXPLORATION COMPANY, LLC, *et al.*,[2] | § § § § | Case No. 20-12377-EEB |
| Debtors. | § § | (Jointly Administered) |

## ATTACHMENT 1

## EXHIBITS FOR HEARING

| Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|
| All Documents Identified on the Debtors' List of Witness and Exhibits | | | |
| Any exhibit offered or listed by another party | | | |
| Any exhibit for purposes of rebuttal or impeachment | | | |

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

4810-9694-3295v.1