| Fill in this information to identify your case | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1: SKLAR         EXPLORATION    COMPANY,LLC<br>         First Name         Middle Name         Last Name | Case #: | 20-12377 |
| Debtor 2: SKLARCO,LLC<br>         First Name         Middle Name         Last Name | Chapter: | 11 |

## Local Bankruptcy Form 9070-1.1
## List of Witnesses and Exhibits

**Complete applicable sections.**

**Lucas Petroleum Group, Inc., working interest owner,** hereby designates the following witnesses and exhibits for the hearing or trial set for June 11, 2020, at 1:30 PM (Mountain) at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom *, Fifth Floor, Denver, Colorado 80202.  ***This hearing will be conducted by Zoom video conference.**

### Part 1  Witnesses

Party **will call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| None at this time | |
| | |
| | |

Party **may call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| Any witness listed or used by any other party | |
| Any witness necessary to rebut the testimony of a witness called or designated by any other party | |
| | |

### Part 2  Exhibits

| Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| LPG – S | 05/12/2020 -  Hearing Testimony | | | Paper and electronic LPG-S 0001-0238 |
| LPG – T | 08/31/2015 – Agency Services Agreement | | | Paper and electronic LPG-T 0001-0018 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | All documents identified on the Debtors' List of Witness and Exhibits | | | |
| | Any exhibit offered by any other party | | | |
| | Any exhibit necessary for rebuttal or impeachment purposes | | | |

**Part 3  Signature**

Dated: June 9, 2020

Respectfully submitted,

   /s/ *Duane J. Brescia*
Duane J. Brescia
TX State Bar No. 24025265
**CLARK HILL STRASBURGER**
720 Brazos, Suite 700
Austin, Texas 78701
512.499.3647 / 512.499.3660 (Facsimile)
dbrescia@clarkhill.com

**Attorneys for Lucas Petroleum Group, Inc.**