UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| Debtor. | ) | |

**LIST OF WITNESSES AND EXHIBITS**

**The Debtors, Sklar Exploration Company, LLC and Sklarco, LLC** hereby designates the following witnesses and exhibits for the hearing on the Motion to Appoint Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104 or in the Alternative Convert to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) (Docket No. 308) ("Trustee" Motion") set for **June 11, 2020 at 1:30 p.m.** at the U.S. Bankruptcy Court, 721 19th Street, Denver, CO.

### Part 1  Witnesses

Party **may call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| J. Marshall Jones, III, VP & Chief Operating Officer | Mr. Jones may be called to testify regarding all matters relevant to the Trustee Motion, including but not limited to the pre-and post-petition operations of SEC, the impact of appointing a Chpater 11 Trustee on operations, and the operational changes undertaken on a post-petition basis. |
| Howard Sklar, CEO, Manager of SEC and Sklarco | Mr. Sklar may be called to testify regarding all matters relevant to the Trustee Motion, including the assets and operations of the Debtors, the agreement to appoint a Chief Restructuring Officer ("CRO") and the CRO's role in SEC and Sklarco, and the proposed post-petition loan. |
| James Katchadurian, CR3 Partners | Mr. Katchadurian may be called to testitfy regarding the nature and scope of the engagement as the proposed CRO for the Debtors. |
| John Strausser, Chief Financial Officer | Mr. Strausser may be called to testify regarding all the issues relevant to the Trustee Motion, including post-petition revenue and expenses to SEC and Sklarco, and post-petition operational changes. |
| Mary Lou Allen, Representative of East West Bank | Ms. Allen may be called to testify regarding the secured claim asserted as to SEC and Sklarco by East West |

| | Bank, including authentication of the Proofs of Claim filed in the SEC and Sklarco bankruptcy cases. |
|---|---|
| Doug Reeb, Audit Manager for Plant Moran | Mr. Reeb may be called to testify regarding prior years financial statements. |
| Any witness listed and/or called to testify by any other party | |
| Any witness necessary for rebuttal or impeachment | |
| Any witness necessary to authenticate any document introduced at the hearing. | |

## Part 2  Exhibits

| Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| Debtors' Ex. A | SEC's Schedule A/B (Docket No. 104) | | | Duplicative of Strago Group's Exhibit 2 |
| Debtors' Ex. B | SEC's Schedule D and E/F (Docket No. 105) | | | |
| Debtors' Ex. C | SEC's Amended Schedule G (Docket No. 364) | | | |
| Debtors' Ex. D | SEC's Amended Schedule H (Docket No. 365) | | | |
| Debtors' Ex. E | SEC's Amended Statement of Financial Affairs (Docket No. 324) | | | |
| Debtors' Ex. F | Sklarco's Schedule A/B (Case No. 20-12380; Docket No. 29) | | | |
| Debtors' Ex. G | Sklarco's Schedule D and E/F (Case No. 20-12380; Docket No. 30) | | | |
| Debtors' Ex. H | Sklarco's Amended Schedule G and H (Case No. 20-12380; Docket No. 42) | | | |
| Debtors' Ex. I | Sklarco's Amended Statement of Financial Affairs (Case No. 20-12380; Docket No. 41) | | | |
| Debtors' Ex. J | Articles of Organization for SEC and All Amendments thereto | | | |
| Debtors' Ex. K | Articles of Organization for Sklarco and All Amendments thereto | | | |
| Debtors' Ex. L | Engagement Agreement between CR3 Partners, LLC, SEC, and Sklarco | | | |
| Debtors' | Weekly Budget Through August | | | |

| | | | | |
|---|---|---|---|---|
| Ex. M | 14, 2020 | | | |
| Debtors' Ex. N | May Bank Statement for Revenue Account Ending 8665 | | | |
| Debtors' Ex. O | May Bank Statement for Operating Account Ending 8657 | | | |
| Debtors' Ex. P | Proof of Claim No. 29-1 Filed in Case No. 20-12377-EEB by East West Bank | | | |
| Debtors' Ex. Q | Proof of Claim No. 1-1 Filed in Case No. 20-12380-EEB by East West Bank | | | |
| Debtors' Ex. R | Combined and Consolidated Financial Statements (Unaudited) for 2019 | | | |
| Debtors' Ex. S | Monthly Operating Report for April 2020 (Docket No. 388) | | | |
| Debtors' Ex. T | Letter from Paul D. Owens for Cedar Creek Land & Timber, Inc. | | | |
| Debtors' Ex. U | Letter from Paul D. Owens, Jr. for Goodway Refining, LLC | | | |
| Debtors' Ex. V | Letter from Matt Ochs Dated May 5, 2020 | | | |
| Debtors' Ex. W | Letter from Matt Ochs Dated June 8, 2020 | | | |
| Debtors' Ex. X | Claims Register in Case No. 20-12380-EEB | | | |
| Debtors' Ex. Y | Lending Agreement and Promissory Note | | | |
| Debtors' Ex. Z | Joint Operating Agreement Dated November 1, 2006 for the Escambia Prospect | | | |
| | Any Exhibits introduced by any other party | | | |
| | Any Exhibit necessary for rebuttal or impeachment | | | |

Debtors reserve the right to supplement, amend or delete any witness and exhibits prior to the hearing. Debtors also reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document filed in the Debtors' case. Debtors finally reserve the right to introduce exhibits previously admitted.

**Part 3** **Signature**

Dated: June 9, 2020

Respectfully submitted,

By: */s/ Keri L. Riley*
Lee M. Kutner, #10966
Keri L. Riley, #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400

**CERTIFICATE OF SERVICE**

    I certify that on June 9, 2020, I served a complete copy of the foregoing **LIST OF WITNESSES AND EXHIBITS** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Paul Moss, Esq.  
US Trustee's Office  
1961 Stout Street  
Suite 12-200  
Denver, CO 80294  

Stoneham Drilling Corporation  
(Representative: Heather Stickel)  
c/o James B. Bailey, Esq.  
Bradley Arant Boult Cummings, LLP  
1819 Fifth Avenue North  
Birmingham, AL 35203  

Mesa Fluids, LLC  
(Representative: Aaron W. Merrell)  
1669 South 580 East  
American Fork, UT 84057  

TCP Cottonwood, L.P.  
(Representative: Kyle C. McInnis)  
c/o Eric Lockridge  
400 Convention Street  
Suite 700  
Baton Rouge, LA 70801  

Rapad Well Service Company, Inc.  
(Representative: Chesley James)  
c/o Jeremy Retherford, Esq.  
Balch & Bingham, LLP  
1901 Sixth Avenue North  
Suite 1500  
Birmingham, Alabama 35203-4642  

Kelley Brothers Contractors, Inc.  
(Representative: Jerry Kelley)  
401 County Farm Road  
Waynesboro, MS 39367  

Baker Hughes Company  
(Representative: Christopher J. Ryan)  
2001 Rankin Road  
Houston, TX 77073  

Timothy C. Mohan, Esq.  
Foley & Lardner, LLP  
600 17th Street  
Suite 2020 South  
Denver, CO 80202  

J. Eric Lockridge, Esq.  
Kean Miller LLP  
400 Convention Street  
Suite 700  
P.O. Box 3513  
Baton Rouge, LA 70802  

Craig K. Schuenemann, Esq.  
Bryan Cave Leighton Paisner LLP  
1700 Lincoln Street  
Suite 4100  
Denver, CO 80203  

Giovanni M. Ruscitti, Esq.  
Berg Hill Greenleaf Ruscitti, LLP  
1712 Pearl Street  
Boulder, CO 80302  

Bryce A. Suzuki, Esq.  
Bryan Cave Leighton Paisner, LLP  
Two North Central Avenue  
Suite 2100  
Phoenix, AZ 85004-4406  

James B. Bailey, Esq.  
Bradley Arant Boult Cummings, LLP  
1819 Fifth Avenue North  
Birmingham, AL 35203  

Timothy M. Riley, Esq.  
Hopping Green & Sams, P.A.  
P.O. Box 6526  
Tallahassee, FL 32314

Michel D. Rubenstein, Esq.
Liskow & Lewis
1001 Fannin Street
Suite 1800
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos
Suite 700
Austin, TX 78701

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
999 18th Street
Suite 1230 South
Denver, CO 80202

Robert L. Paddock, Esq.
Buck Keenan LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Jeremy L. Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203

Matthew J. Ochs, Esq.
Holland & Hart, LLP
555 Seventeenth Street
Suite 3200
P.O. Box 8749
Denver, CO 80201-8749

Shay L. Denning, Esq.
Thomas H. Shipps, Esq.
Maynes, Bradford, Shipps & Sheftel, LLP
835 East Second Avenue
Suite 123
Durango, CO 81301

Robert Padjen, Esq.
Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202-1486

Joseph E. Bain, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Madison Tucker, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, Louisiana 70170

Barnet B. Skelton, Jr., Esq.
815 Walker
Suite 1502
Houston, TX 77002

Amy L. Vazquez, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams, LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Christopher H. Meredith, Esq.
Copeland Cook Taylor & Bush, P.A.
1076 Highland Colony Parkway
600 Concourse, Suite 200
P.O. Box 6020
Ridgeland, Mississippi 39158-6020

Michael L. Niles, Esq.
Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Victoria Argeroplos, Esq.
Jackson Walker LLP
1401 McKinney Street
Suite 1900
Houston, TX 77010

David R. Taggart, Esq.
Bradley Murchison Kelly & Shea, LLC
401 Edwards Street
Suite 1000
Shreveport, Louisiana 71101

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
P.O Box 22260
Shreveport, Louisiana 71120-2260

Paul H. Stephenson III, Esq.
Jim F. Spencer, Jr., Esq.
Watkins & Eager, PLLC
P.O. Box 650
Jackson, Mississippi 39205

John D. Cornwell, Esq.
Grant M. Beiner, Esq.
Christopher D. Johnson, Esq.
Munsch Hardt Kopf & Harr, P.C.
700 Milam Street
Suite 2700
Houston, TX 77002

Michael J. Guyerson, Esq.
Buechler Law Office, LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
Shreveport, Louisiana 71120-2260

Robert L. Paddock, Esq.
Buck Keenan, LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Ryan M. Seidemann, Esq.
Assistant Attorney General
Civil Division/Lands and Natural Resources
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005

David M. Miller, Esq.
Spencer Fane LLP
1700 Lincoln Street
Suite 2000
Denver, CO 80203

Jennifer J. Hardy, Esq.
Willkie Farr & Gallagher, LLP
600 Travis Street
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos Street
Suite 700
Austin, TX 78701

Andrew G. Edson, Esq.
Clark Hill Strasburger
901 Main Street
Suite 6000
Dallas, TX 75202

Craig M. Geno, Esq.
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157

Christopher H. Meredith, Esq.
Glenn Gates Taylor, Esq.
Copeland Cook Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Curtis R. Shelton, Esq.
Jennifer Norris Soto, Esq.
Ayres Shelton Williams Benson & Paine, LLC
333 Texas Street, Suite 1400
P.O. Box 1764
Shreveport, Louisiana 71166

Armistead M. Long, Esq.
Gordon Arata Montgomery Barnett
McCollam Duplantis & Eagan, LLC
400 East Kaliste Saloon Road
Suite 4200
Lafayette, Louisiana 70508

Ryan J. Lorenz, Esq.
Clark Hill PLC
14850 North Scottsdale Road
Suite 500
Scottsdale, Arizona 85254

Brian G. Rich, Esq.
Michael J. Niles, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Katherine A. Ross, Esq.
U.S. Attorney's Office for the
  District of Colorado
Assistant United States Attorney
1801 California Street
Suite 1600
Denver, CO 80202

Ryco Exploration, LLC
401 Edwards Street
Suite 915
Shreveport, LA 71101
ATTN: M. Robin Smith

Ryco Exploration, LLC
40 Golf Club Drive
Haughton, LA 71037
ATTN: M. Robin Smith

Stephen K. Lecholop II, Esq.
Rosenthal Pauerstein, Esq.
Sandoloski Agather LLP
755 East Mulberry
Suite 200
San Antonio, TX 78212

Katherine Guidry Douthitt, Esq.
Blanchard Walker O'Quin & Roberts
P.O. Box 1126
Shreveport, Louisiana 71163


/s/Vicky Martina
**Vicky Martina**
**Kutner Brinen PC**