#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

### WITNESS AND EXHIBIT LIST

Secured creditor, East West Bank, a California state banking corporation ("EWB"), through counsel, hereby designates the following witnesses and exhibits for the Zoom hearing currently scheduled for June 11, 2020, at 1:30 PM in Courtroom F.

### WITNESSES

EWB **may call** the following witnesses for a final evidentiary hearing in this matter:

1. Any witness identified by any other party for the June 11, 2020 hearing, and

2. Any witness necessary to rebut the testimony of a witness called or designated by another party.

### EXHIBITS

EWB may introduce the exhibits listed on **Attachment 1**, attached hereto and incorporated herein.

1

602108663.1

2

Dated this 9th day of June, 2020.

*s/ Craig K. Schuenemann*
Craig K. Schuenemann, CO #41068
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Phone: (303) 861-7000
Facsimile: (303) 866-0200
Email: craig.schuenemann@bclplaw.com

ATTORNEYS FOR EAST WEST BANK

602108663.1

# ATTACHMENT 1

# EXHIBITS FOR HEARING

Submitted by: East West Bank
In connection with: June 11, 2020 Hearing

| Exhibit Number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| | All Documents Identified on any other Parties' List of Witnesses and Exhibits | | | |
| | Any other document filed and docketed in this action | | | |
| | Any exhibit necessary for impeachment or rebuttal | | | |

3

## CERTIFICATE OF MAILING

      The undersigned hereby certifies that on this 9th day of June, 2020, a true and correct copy of the foregoing **WITNESS AND EXHIBIT LIST** was filed and served via ECF on all attorneys of record:

Jeffrey S. Brinen
Lee M. Kutner
1660 Lincoln Street
Suite 1850
Denver, CO 80264
*Attorney for Debtors*

Paul Moss
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294
*Attorney for U.S. Trustee*

Christopher D. Johnson
John D. Cornwell
Grant M. Beiner
700 Milam Street, Suite 2700
Houston, TX 77002
*Attorneys for Official Committee
of Unsecured Creditors*

Robert L. Paddock
Buck Keenan LLP
2229 San Felipe, Suite 1000
Houston, TX 77019
*Attorneys for The Strago Group*

                                               */s/ Martha A. Hammond*
                                               Martha A. Hammond Legal Secretary
                                               Bryan Cave Leighton Paisner LLP

602108663.1