# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC, | |
| Debtor. | Chapter 11 |
| In re: | Case No. 20-12380-EEB |
| SKLARCO, LLC | |
| Debtor. | Chapter 11 |
| | **Jointly Administered Under Case No. 20-12377-EEB** |

## PRUET'S NOTICE OF WITHDRAWAL OF PLEADINGS

Come now, Pruet Production Co. ("PPC") both in its individual capacity and as agent for certain owners of working interests (the "Owners")[1] and Pruet Oil Company, LLC ("POC" and together with PPC, "Pruet"), creditors and parties in interest, and provides notice of its withdrawal of the following pleadings filed by Pruet:

- Joinder in Support of the Motion to Appoint Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104 [Doc. 357].

- Objection to Motion for Entry of Order Authorizing Employment of Chief Restructuring Officer [Doc. 358].

Pruet withdraws these pleadings after reaching an agreement with the Debtors regarding the issues raised in the withdrawn pleadings. The agreement includes the Debtors' agreement to timely call (with the cooperation of the proposed chief restructuring officer) a meeting of the working interest owners in the Southeast and Southwest Brooklyn Oil Units, Conecuh and

---

[1] A list of the Owners is included in the Verified Rule 2019 Statement of Multiple Representation filed at Docket No. 162 as amended by Docket No. 211.

Escambia Counties, Alabama, as requested by Pruet to address the items included on the agenda provided by Pruet.

Dated: June 10, 2020

/s/ *Matthew J. Ochs*
Matthew J. Ochs
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
P.O. Box 8749
Denver, CO 80201-8749
Telephone: (303) 295-8299
Facsimile: (303) 416-8951
Email: mjochs@hollandhart.com

-and-

/s/ *Jeremy L. Retherford*
Jeremy L. Retherford
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203-4642
Telephone: (205) 226-3479
Facsimile: (205) 488-5693
Email: jretherford@balch.com

*Attorneys for Pruet Oil Company, LLC and Pruet Production Co. in its individual capacity and as agent of the Owners.*

## CERTIFICATE OF SERVICE

I certify that on June 10, 2020, the foregoing was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

/s/ Tammy L. Devlin
Tammy L. Devlin