UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**STIPULATION RESOLVING OBJECTION TO USE OF CASH COLLATERAL [Doc. No. 399] AND MOTION TO RELEASE OF FUNDS HELD IN SUSPENSE [Doc. No 400] BY AND BETWEEN SKLAR EXPLORATION COMPANY, LLC, BARBARA LAWRENCE, AND THE ESTATE OF PAMELA PAGE**

The Debtor, Sklar Exploration Company, LLC ("SEC"), Barbara Lawrence ("Lawrence"), and the Estate of Pamela Page ("Page Estate"), by and through their undersigned attorneys, enter into this Stipulation to the Release of Funds Held in Suspense as follows:

1. The Debtors filed for relief under chapter 11 of the Bankruptcy Code on April 1, 2020. The Debtors remain Debtors-in-Possession.

2. The Office of the United States Trustee appointed an Official Committee of Unsecured Creditors ("Committee") in SEC's case on April 16, 2020.

3. SEC is engaged in business as an independent exploration and production company in the oil and gas industry. SEC is an operating company and does not own oil or gas properties. SEC has its principal business office in Boulder, Colorado and has additional offices in Shreveport, Louisiana and Brewton, Alabama. SEC's exploration and production activities are primarily located in East Texas, North Louisiana, South Mississippi, South Alabama and the Florida Panhandle. SEC is also developing properties and opportunities in the western United States, though no oil or gas production has been produced from the wells in the western United States.

4. Barbara Page Lawrence and her now deceased sister, Pamela Page, are each one-half owners of certain real property located in Bienville Parish, Louisiana, previously owned by their deceased father as follows: Succession of Mack Stanley Page, Suit No. 6-516, Probate Docket, 2nd Judicial District Court, Bienville Parish, Louisiana, Judgment of Possession, dated

November 13, 1998 (Report. Item 24), recognizing Pamela Page and Barbara Page Lawrence as the children and sole heirs of the decedent, and placing them in sole possession of Tract 9 of the property examined in equal l/2 interests. Recorded on November 16, 1998, in Book 830, page 133, Reg. No. 98-3708 Clerk of Court in Bienville Parish, Louisiana.

5. The underlying mineral interests of Barbara Page Lawrence and her now deceased sister, Pamela Page in Louisiana were "force pooled" pursuant to Louisiana Revised Statute 30:10, and they are now unleased mineral owners ("UMOs") in the Echo Papa Well # 10-10 operated by SEC.

6. The relationship between an unleased mineral owner ("UMO") interest, and the operator, is governed in part by Title 30, Section 10 of the Louisiana Mineral Code. See La. Stat. Ann. § 30:10 et. seq.

7. Pre-petition, funds owed to the Page Estate on account of its interest were placed in suspense while the SEC awaited documentation on the transfer of ownership.

8. Post-petition, Lawrence has provided sufficient documentation to establish that she is the heir and beneficiary of the Page Estate.

9. East-West Bank has indicated it does not object to the release of the funds to the Page Estate and Lawrence as set forth herein.

10. The Committee has indicated it does not object to the release of the funds to the Page Estate and Lawrence as set forth herein.

11. To avoid the time and expense of further litigation, SEC, Lawrence, and the Page Estate stipulate and agree as follows:

 a. SEC is currently holding $62,336.35 in suspense for the Page Estate;

 b. The funds held in suspense for Lawrence and the Estate of Pamela Page as UMOs are not assets of SEC's estate;

 c. Lawrence and the Page Estate have provided SEC with sufficient documentation to demonstrate the ownership of and entitlement to the funds held in suspense, including but not limited to a duly executed Affidavit of Heirship;

 d. SEC agrees from July 1, 2020 forward they shall no longer deduct any post-production fees and expenses taken from the production payments owed to Lawrence and the Estate of Pamela Page. The parties reserve all rights with respect

to future joint interest billing obligations for which Lawrence and the Page Estate may be held responsible under applicable Louisiana Law;

e. Within five (5) business days of entry of an Order approving this Stipulation, SEC shall release all funds held, either pre-petition or post-petition, in suspense or otherwise for the Page Estate to Lawrence and any funds held for Lawrence attributed to post-petition revenue;

f. Upon approval of this Stipulation Lawrence and Page Estate agree to withdraw their Objection filed to SEC's use of cash collateral [Doc. No 399 ];

g. This Stipulation also resolves the Motion For Release Of Suspense Funds Held In Trust By Debtors In Possession [Doc. No. 400] filed by Lawrence and the Page Estate, the objection date has not yet expired. Upon approval of this Stipulation the Motion shall be deemed moot.

WHEREFORE, SEC, Lawrence, and the Page Estate pray the Court make and enter an Order approving this Stipulation, and for such further and additional relief as to the Court may appear just and proper.

DATED: June 11, 2020

Respectfully submitted,

**KUTNER BRINEN, P.C.**

By: /s/ Keri L. Riley
Lee M. Kutner, # 10966
Keri L. Riley, #47605
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
E-mail: klr@kutnerlaw.com
*Counsel to the Debtors*

BUECHLER LAW OFFICE, LLC

/s/ Michael J. Guyerson

Michael J. Guyerson, #11279
999 18th Street, Suite 1230-S
Denver, Colorado 80202
720-381-0045 / 720-381-0382 FAX
Mike@kjblawoffice.com
*Counsel to Lawrence and the Page Estate*