**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

## *Minute Order*

| | |
|---|---|
| Date: June 11, 2020 | **Honorable Elizabeth E. Brown, Presiding**<br>Kerstin Cass, Law Clerk |
| In re:  Sklar Exploration Company, LLC,<br>              Debtor. | **Case. No. 20-12377 EEB**<br>Chapter 11 |
| Sklarco, LLC,<br>              Debtor. | **Case. No. 20-12380 EEB**<br>Chapter 11 |
| | **Jointly Administered Under 20-12377 EEB** |

| | Video Conference Appearances | | Representing |
|---|---|---|---|
| Counsel | Paul Moss | UST | |
| Counsel | Keri Riley, Lee Kutner, Howard Sklar, Marshall Jones, Howard Sklar, John Stausser, James Katchadurian, Todd Bearup, Duane Graham, Conrad Ambrecht, Ben Ford | Debtor(s) | |
| Counsel | John Cornwell, Grant Beiner | Committee | Creditors' Committee |
| Counsel | Bryce Suzuki, Craig Schuenemann | Creditor | East West Bank |
| Counsel | Eric Lockridge | Creditor | Anderson Exploration Energy Co., TCP Cottonwood, L.P., AEEC II, LLC and Sugar Oil Properties |
| Counsel | Timothy Mohan | Creditor | Baker Hughes |
| Counsel | Brent Cohen | | Fant Energy Ltd. |
| Counsel | Michael Niles | Creditor | Fletcher Petroleum Co., Fletcher Exploration, LLC, Fletcher Petroleum Group |
| Counsel | Joseph Bain | Creditor | FPCC USA |
| Counsel | Jordan Bird | Creditor | Franks Exploration Co, AEH Investments, J & A Harris Bundero Investment Co., Kingston, Hughes Oil South, KMR Investments, Tommy Youngblood |
| Counsel | Timothy Riley | Creditor | Hopping Green & Sams |
| Counsel | David R. Taggart, David Morgan | Creditor | J.F. Howell Interests |
| Counsel | Jennifer Hardy | Creditor | JJS Interests Escambia, LLC, JJS Interests Steele Kings, LLC, JJS Working Interests, LLC |
| Counsel | Timothy Swanson | Creditor | Kudzu Oil Properties, Alabama Oil Co. & Apple River Investments, Alabama Oil & Gas, LLC |
| Counsel | Jim Spencer, Michael Johnson | Creditor | Landmark Oil and Gas, Landmark Exploration, Lexington Investments, Stone Development, |
| Counsel | Michael Guyerson | Creditor | Barbara Lawrence and the Estate of Pamela Page |
| Counsel | Duane Brescia | Creditor | Lucas Petroleum Oil |

| | | | |
|---|---|---|---|
| Counsel | Steve Lecholop | Creditor | McCombs Energy |
| Counsel | Christopher Meredith, Glen Taylor | Creditor | PAR Minerals, Eastern Fishing & Tool Rental Company, and Coastal Exploration |
| Counsel | Jeremy Retherford, Matt Ochs, Stan Kynerd, David Hilton | Creditor | Pruet Oil Company, LLC, Pruet Production Co. (individually and as agent) |
| Counsel | James Bailey | Creditor | Stoneham Drilling |
| Counsel | Robert Paddock, Louis Goza | Creditor | Strago Petroleum Corporation, Meritage Energy Ltd, Gateway Exploration, Harvest Gas Management, G Crew Properties |
| Counsel | Thane Huggs | Creditor | Stroud Petroleum, Inc., Scott D. Stroud |
| Counsel | Thomas Shipps, Barnet Skelton Jr., Shay Denning, Jim Goolsby, Will Lett, Trey Sibley | Creditor | Tauber Exploration & Production Co, CTM 2005, Ltd., I & L Miss I, LP, Pickens Financial Group, LLC, MER Energy, Ltd., The MR Trust, Tara Rudman Revocable Trust, Rudman Family Trust, The Rudman Partnership, Feather River 75, LLC |

Proceedings: Zoom Video Conference Hearing on: (1) Motion to Appoint Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104, or in the Alternative Convert to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) filed by Tauber Group and all objections thereto; (2) Debtors' Motion for Entry of Order Authorizing Debtors' Employment of CR3 Partners as Chief Restructuring Officer (Dkt. No. 341) and all objections thereto; (2) Debtors' Motion for Approval of Lending Agreement and for Authority to Incur Debt on an Administrative, Unsecured Basis (Dkt. No. 346) and all objections thereto; (3) Debtors' Motion for Approval of Final Cash Collateral Order (Dkt. No. 350) and all objections thereto

Orders:

☒ For the reasons stated on the record, the Court held in abeyance the Motion to Appoint Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104, or in the Alternative Convert to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) filed by Tauber parties (Dkt. No. 308). Any party to the Motion, including but not limited to the Tauber parties, may request that the Motion be taken out of abeyance by filing a request for the Court to set a status conference.

☒ For the reasons stated on the record, the Court GRANTED the Debtors' Motion for Entry of Order Authorizing Debtors' Employment of CR3 Partners as Chief Restructuring Officer (Dkt. No. 341), subject to further negotiation of a proposed order. The objecting parties shall submit their proposed edits to counsel for the Debtors no later than **12:00 p.m. MDT on Friday, June 12, 2020**. A form of final order shall be filed with Court no later than **5:00 p.m. MDT on Friday, June 12, 2020**.

☒ For the reasons stated on the record, the Court overruled the objections to Debtors' Motion for Approval of Lending Agreement and for Authority to Incur Debt on an Administrative, Unsecured Basis (Dkt. No. 346) and the Court will enter an order granting that Motion, subject to approval of the Debtors' Motion to Employ a CRO. The Debtors agreed to allow Baker Hughes and J.F. Howell to review trust document establishing the Sklar Parties' authority to enter into the Lending Agreement, subject to Baker Hughes and J.F. Howell signing a protective order.

2

☒ The pending objections to Debtors' Motion for Approval of Final Cash Collateral Order (Dkt. No. 350) have been resolved or were withdrawn at the hearing. The Court *sua sponte* raised several concerns about the language of the proposed order. The parties shall file a revised proposed order no later than **5:00 p.m. MDT on Friday, June 12, 2020** to address those concerns.

Date: June 11, 2020

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, U.S. Bankruptcy Judge