UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN:  72-1425432 ) | Chapter 11 |
| Debtor. ) | |

**NOTICE OF FILING REVISED ORDERS**

      The Debtors, Sklar Exploration Company, LLC and Sklarco, LLC, by and through their attorneys, Kutner Brinen, P.C., hereby file their revised: 1) *Order Granting Debtors' Motion for Entry of Order Authorizing Debtors' Employment of CR3 Partners as Chief Restructuring Officer*, attached hereto as Exhibit A; and 2) Final Order Authorizing Use of Cash Collateral, Granting Adequate Protection, and Providing Related Relief.

Dated: June 12, 2020　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　By:  */s/  Keri L. Riley*
　　　　　　　　　　　　　　　　　　　　Lee M. Kutner, #10966
　　　　　　　　　　　　　　　　　　　　Keri L. Riley, #47605
　　　　　　　　　　　　　　　　　　　　**KUTNER BRINEN, P.C.**
　　　　　　　　　　　　　　　　　　　　1660 Lincoln St., Suite 1850
　　　　　　　　　　　　　　　　　　　　Denver, CO 80264
　　　　　　　　　　　　　　　　　　　　Telephone: (303) 832-2400
　　　　　　　　　　　　　　　　　　　　E-Mail: lmk@kutnerlaw.com