United States Bankruptcy Court
District of Colorado

In re:
Sklar Exploration Company, LLC
Sklarco, LLC
Debtors

Case No. 20-12377-EEB
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1082-1    User: admin    Page 1 of 5    Date Rcvd: Jun 12, 2020
Form ID: pdf904    Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2020.

db/db +Sklar Exploration Company, LLC, Sklarco, LLC, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301-2541
aty +Benjamin Y. Ford, RSA Tower, 27th Floor, 11 North Water Street, Mobile, AL 36602-3809
aty +Clark Hill Strasburger, ATTN: Duane J. Brescia, 720 Brazos, Suite 700, Austin, TX 78701-2531
aty +Cook, Yancey, King & Galloway, APLC, 333 Texas Street, Suite 1700, P.O. Box 22260, Shreveport, LA 71120-2260
aty +Hopping Green & Sams, Hopping Green & Sams, P.A., 119 S. Monroe Street, Suite 300, Tallahassee, FL 32301, UNITED STATES 32301-1591
cr +AEEC II, LLC, 333 Texas Street, #2020, Shreveport, LA 71101-3680
cr +AEH Investments, LLC, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678
cr +Anderson Exploration Energy Company, LC, 333 Texas Street, #2020, Shreveport, LA 71101-3680
cr +Baker Hughes Holdings, LLC FKA Baker Hughes, a GE, C/O Christopher J. Ryan, 17021 Aldine Westfield Road, Houston, TX 77073-5101
cr +Barbara P Lawrence, 55 Hill Circle, Evergreen, CO 80439-4618
cr +Barnette & Benefield, Inc., PO Box 550, Haynesville, LA 71038-0550
cr +Bundero Investment Company, LLC, 401 Edwards Street, Suite 820, Shreveport, LA 71101-5521
cr +C. Bickham Dickson, III, 307 Deborah Drive, Shreveport, LA 71106-6009
cr +Dickson Oil & Gas, L.L.C., 307 Deborah Drive, Shreveport, LA 71106-6009
cr +Estate of Pamela Page, Deceased, P.O. Box 374, Evergreen, CO 80437-0374
cr +Fant Energy Limited, c/o Jackson Walker, 1401 McKinney Street, Suite 1900, Houston, TX 77010-4037
cr +Franks Exploration Company, LLC, P.O. Box 7655, Shreveport, LA 71137-7655
cr +I & L Miss I, LP, 4761 Frank Luck Dr, Addison, TX 75001-3202
cr +J&A Harris, LP, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678
cr +Kingston, LLC, 2790 South Thompson Street, Suite 102, Springdale, AR 72764-6303
cr +Kodiak Gas Services, LLC, 15320 Hwy. 105, Suite 210, Montgomery, TX 77356-2602
cr Landmark Exploration, LLC, C/O Jim F. Spencer, Jr., Esq., Watkins & Eager PLLC, PO Box 650, PO Box 650, Jackson, MS 39205-0650
cr Landmark Oil and Gas, LLC, C/O Jim F. Spencer, Jr., Esq., Watkins & Eager PLLC, PO Box 650, PO Box 650, Jackson, MS 39205-0650
cr Lexington Investments, LLC, C/O Jim F. Spencer, Jr., Esq., Watkins & Eager PLLC, PO Box 650, PO Box 650, Jackson, MS 39205-0650
cr +Lucas Petroleum Group, Inc., c/o Duane J. Brescia, Clark Hill Strasburger, 720 Brazos, Suite 700, Austin, TX 78701-2531
cr +McCombs Energy, Ltd., 755 E Mulberry Ave, Ste 200, San Antonio, TX 78212-4285
cr +McCombs Exploration, LLC, 755 E Mulberry Ave, Ste 200, San Antonio, TX 78212-4285
cr +Pickens Financial Group, LLC, 10100 N. Central Expressway, Suite 200, Dallas, TX 75231-4169
cr +Pine Island Chemical Solutions, L.L.C., c/o Armistead M. Long, Gordon, Arata, Montgomery, Barnett, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508-8522
cr +Seitel Data, Ltd., c/o Duane J. Brescia, Clark Hill Strasburger, 720 Brazos, Suite 700, Austin, TX 78701-2531
cr Stone Development, LLC, C/O Jim F. Spencer, Jr., Esq., Watkins & Eager PLLC, PO Box 650, PO Box 650, Jackson, MS 39205-0650
cr +Stoneham Drilling Corporation, c/o Bradley, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120
cr +Sugar Oil Properties, L.P., 625 Market Street, Suite 100, Shreveport, LA 71101-5392
cr +TCP Cottonwood, L.P., 333 Texas Street, #2020, Shreveport, LA 71101-3680
cr +Tauber Exploration & Production Company, 55 Waugh Drive, Suite 700, Houston, TX 77007-5837
intp The Juneau Group, 2386A Rice Blvd. #232, Houston, TX 77005
crcm +The Official Committee of Unsecured Creditors, Munsch Hardt Kopf & Harr PC, 700 Milam St., Suite 2700, Houston, TX 77002-2730
18754408 +Anderson Investment Holdings, LP, AEEC II, LLC, 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680
18754411 +Apple River Investments, L.L.C., Attn Robert M. Boeve, President, 1503 Garfield Road North, Traverse City, MI 49696-1111
18754484 +East West Bank Treasury Department, 135 North Los Robles Avenue, Suite 600, ATTN Linda Cox, Pasadena, CA 91101-4549
18754510 +FPCC USA, Inc., 245 Commerce Green Blvd, Ste 250, Sugar Land, TX 77478-3760
18754497 +Fant Energy Limited, P.O. Box 55205, Houston, TX 77255-5205
18754529 +H&H Construction, LLC, Ladon E. Hall, Sole Manager, P.O. Box 850, Flomaton, AL 36441-0850
18754560 JD Fields & Company, Inc., P.O. Box 134401, Houston, TX 77219-4401
18754567 +JJS Working Interest LLC, 2001 Kirby Dr, Suite 1110, Houston, TX 77019-6081
18754578 +Kelley Brothers Contractors, Inc., P.O. Drawer 1079, Waynesboro, MS 39367-1079
18754588 +Kudzu Oil Properties, LLC, 300 Concourse Blvd, Suite 101, Ridgeland, MS 39157-2091
18754598 Lucas Petroleum Group, Inc., 327 Congress Avenue, Suite 500, Austin, TX 78701-3656
18754612 +Meritage Energy, Ltd., C/O BKD, LLP, 2700 Post Oak Blvd, Ste 1500, Houston, TX 77056-5829
18754613 Mesa Fluids, LLC, c/o Juno Financial, P.O. Box 173928, Denver, CO 80217-3928
18754664 Pro-Tek Field Services, LLC, P.O. Box 919269, Dallas, TX 75391-9269
18754666 +Pruet Oil Company, LLC, 217 West Capitol St. Ste 201, Jackson, MS 39201-2099
18754673 +Rapad Well Service Co., Inc., 217 West Capitol Street, Jackson, MS 39201-2004

District/off: 1082-1 User: admin Page 2 of 5 Date Rcvd: Jun 12, 2020
Form ID: pdf904 Total Noticed: 62

18754720 +Stoneham Drilling Corporation, 707 17th Street, Suite 3250, Denver, CO 80202-3433
18754721 Strago Petroleum Corporation, 3209 Hamm Road, Pearland, TX 77581-5503
18754735 +TCP Cottonwood, L.P., 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680
18754760 +Union Oilfield Supply, Inc., 12 John Dykes Road, Waynesboro, MS 39367-8371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr E-mail/Text: tim.swanson@moyewhite.com Jun 13 2020 01:31:18 Alabama Oil Company, c/o Timothy M Swanson, Moye White LLP, 1400 16th Street, 6th Floor, Denver, CO 80202
cr +E-mail/Text: cmccord@mccordprod.com Jun 13 2020 01:30:51 CTM 2005, Ltd., 55 Waugh Drive, Suite 515, Houston, TX 77007-5840
cr +E-mail/PDF: dor_tac_bankruptcy@state.co.us Jun 13 2020 01:37:34 Colorado Department Of Revenue, 1375 Sherman St., Room 504, Attention Bankruptcy Unit, Denver, CO 80261-3000
cr +E-mail/Text: bankruptcy@coag.gov Jun 13 2020 01:31:19 Colorado Department of Law, 1300 Broadway, 8th Floor, Denver, CO 80203-2104
cr E-mail/Text: tim.swanson@moyewhite.com Jun 13 2020 01:31:18 Kudzu Oil Properties, LLC, c/o Timothy M. Swanson, Moye White LLP, 1400 16th Street, 6th Floor, Denver, CO 80202
TOTAL: 5

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp Armbrecht Jackson, LLP
sp Berg Hill Greenleaf & Ruscitti, LLP
cr Hall Management, LLC, 4913 Oak Point Drive
TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2020 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2020 at the address(es) listed below:
Amy Vazquez on behalf of Creditor FPCC USA, Inc. avazquez@joneswalker.com
Armistead Mason Long on behalf of Creditor Pine Island Chemical Solutions, L.L.C. along@gamb.law
Barnet B Skelton, Jr on behalf of Creditor Rudman Family Trust barnetbjr@msn.com
Barnet B Skelton, Jr on behalf of Creditor CTM 2005, Ltd. barnetbjr@msn.com
Barnet B Skelton, Jr on behalf of Creditor Rudman Partnership barnetbjr@msn.com
Barnet B Skelton, Jr on behalf of Creditor Feather River 75, LLC barnetbjr@msn.com
Barnet B Skelton, Jr on behalf of Creditor MER Energy, LTD barnetbjr@msn.com
Barnet B Skelton, Jr on behalf of Creditor MR Oil & Gas, LLC barnetbjr@msn.com
Barnet B Skelton, Jr on behalf of Creditor I & L Miss I, LP barnetbjr@msn.com
Barnet B Skelton, Jr on behalf of Creditor Tara Rudman Revocable Trust barnetbjr@msn.com
Barnet B Skelton, Jr on behalf of Creditor The Rudman Partnership barnetbjr@msn.com
Barnet B Skelton, Jr on behalf of Creditor Pickens Financial Group, LLC barnetbjr@msn.com
Barnet B Skelton, Jr on behalf of Creditor Tauber Exploration & Production Company barnetbjr@msn.com
Brent R. Cohen on behalf of Creditor Fant Energy Limited bcohen@lrrc.com, brent-cohen-8759@ecf.pacerpro.com,cmarquez@lrrc.com
Brian Rich on behalf of Creditor Fletcher Petroleum Company, LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
Brian Rich on behalf of Creditor Fletcher Exploration, LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
Brian Rich on behalf of Creditor Fletcher Petroleum Corp. brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
Bryce Suzuki on behalf of Creditor East-West Bank bryce.suzuki@bclplaw.com, tina.daniels@bclplaw.com
Christopher Meredith on behalf of Attorney Copeland, Cook, Taylor & Bush, P.A. cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
Christopher Meredith on behalf of Creditor Eastern Fishing & Rental Tool Company, Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
Christopher Meredith on behalf of Creditor PAR Minerals Corporation cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Christopher Meredith on behalf of Creditor Coastal Exploration, Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
Christopher D. Johnson on behalf of Creditor Committee The Official Committee of Unsecured Creditors cjohnson@munsch.com, scurry@munsch.com
Craig K. Schuenemann on behalf of Creditor East-West Bank craig.schuenemann@bryancave.com, alicia.berry@bryancave.com,44Team_DEN@bryancave.com
Craig M. Geno on behalf of Creditor Apple River Investments, LLC cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
Craig M. Geno on behalf of Creditor Alabama Oil Company cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
Craig M. Geno on behalf of Creditor Kudzo Oil Properties, LLC cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
David M. Miller on behalf of Creditor Bri-Chem Supply Corp., LLC dmiller@spencerfane.com, nschacht@spencerfane.com
David R Taggart on behalf of Creditor JH Howell Interests, LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com
David R Taggart on behalf of Creditor JF Howell Interests ,LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com
Deanna L. Westfall on behalf of Creditor Colorado Department Of Revenue deanna.westfall@coag.gov, bncmail@w-legal.com
Duane Brescia on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com, kalexander@clarkhill.com;djaenike@clarkhill.com
Duane Brescia on behalf of Creditor Seitel Data, Ltd. dbrescia@clarkhill.com, kalexander@clarkhill.com;djaenike@clarkhill.com
Duane Brescia on behalf of Creditor Lucas Petroleum Group, Inc. dbrescia@clarkhill.com, kalexander@clarkhill.com;djaenike@clarkhill.com
Eric Lockridge on behalf of Creditor AEEC II, LLC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
Eric Lockridge on behalf of Creditor Anderson Exploration Energy Company, LC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
Eric Lockridge on behalf of Creditor Sugar Oil Properties, L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
Eric Lockridge on behalf of Creditor Anderson Exploration Energy Company, L.C. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
Eric Lockridge on behalf of Creditor TCP Cottonwood, L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
Glenn Taylor on behalf of Creditor Eastern Fishing & Rental Tool Company, Inc. gtaylor@cctb.com
Glenn Taylor on behalf of Creditor Coastal Exploration, Inc. gtaylor@cctb.com
Glenn Taylor on behalf of Creditor PAR Minerals Corporation gtaylor@cctb.com
Grant Matthew Beiner on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbeiner@munsch.com
James B. Bailey on behalf of Creditor Stoneham Drilling Corporation jbailey@bradley.com, ashaver@bradley.com
Jeffrey S. Brinen on behalf of Debtor Sklarco, LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com
Jeffrey S. Brinen on behalf of Debtor Sklar Exploration Company, LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com
Jennifer Hardy on behalf of Creditor JJS Interests Steele Kings, LLC jhardy2@willkie.com, mao@willkie.com
Jennifer Hardy on behalf of Creditor JJS Working Interests, LLC jhardy2@willkie.com, mao@willkie.com
Jennifer Hardy on behalf of Creditor JJS Interests Escambia, LLC jhardy2@willkie.com, mao@willkie.com
Jennifer Norris Soto on behalf of Creditor Barnette & Benefield, Inc. jennifersoto@arklatexlaw.com, curtisshelton@arklatexlaw.com,stephanieparker@arklatexlaw.com
Jeremy L Retherford on behalf of Interested Party Pruet Production Co. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com
Jeremy L Retherford on behalf of Creditor Pruet Oil Company, LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com
Jeremy L Retherford on behalf of Creditor Pruet Production Co. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com
Jim F Spencer, Jr on behalf of Creditor Landmark Exploration, LLC jspencer@watkinseager.com, mryan@watkinseager.com
Jim F Spencer, Jr on behalf of Creditor Lexington Investments, LLC jspencer@watkinseager.com, mryan@watkinseager.com
Jim F Spencer, Jr on behalf of Creditor Landmark Oil and Gas, LLC jspencer@watkinseager.com, mryan@watkinseager.com
Jim F Spencer, Jr on behalf of Creditor Stone Development, LLC jspencer@watkinseager.com, mryan@watkinseager.com
John Cornwell on behalf of Creditor Committee The Official Committee of Unsecured Creditors jcornwell@munsch.com, hvalentine@munsch.com
John Thomas Oldham on behalf of Creditor Kodiak Gas Services, LLC joldham@okinadams.com, bmoore@okinadams.com
Jordan B. Bird on behalf of Creditor Hall Management, LLC jordan.bird@cookyancey.com
Jordan B. Bird on behalf of Creditor Kingston, LLC jordan.bird@cookyancey.com
Jordan B. Bird on behalf of Creditor AEH Investments, LLC jordan.bird@cookyancey.com
Jordan B. Bird on behalf of Creditor Bundero Investment Company, LLC jordan.bird@cookyancey.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jordan B. Bird on behalf of Attorney Cook, Yancey, King & Galloway, APLC jordan.bird@cookyancey.com
Jordan B. Bird on behalf of Creditor Franks Exploration Company, LLC jordan.bird@cookyancey.com
Jordan B. Bird on behalf of Creditor J&A Harris, LP jordan.bird@cookyancey.com
Joseph Eric Bain on behalf of Creditor FPCC USA, Inc. jbain@joneswalker.com, kvrana@joneswalker.com
Katherine A Ross on behalf of Creditor Bureau of Land Management katherine.ross@usdoj.gov, USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
Katherine A Ross on behalf of Creditor Office of Natural Resources Revenue katherine.ross@usdoj.gov, USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
Katherine Guidry Douthitt on behalf of Creditor Dickson Oil & Gas, L.L.C. kdouthitt@bwor.com
Katherine Guidry Douthitt on behalf of Creditor C. Bickham Dickson, III kdouthitt@bwor.com
Keri L. Riley on behalf of Debtor Sklar Exploration Company, LLC klr@kutnerlaw.com, vlm@kutnerlaw.com
Keri L. Riley on behalf of Debtor Sklarco, LLC klr@kutnerlaw.com, vlm@kutnerlaw.com
Kevin S. Neiman on behalf of Creditor Plains Marketing, L.P. kevin@ksnpc.com
Kevin S. Neiman on behalf of Creditor Plains Gas Solutions, LLC kevin@ksnpc.com
Lee M. Kutner on behalf of Debtor Sklar Exploration Company, LLC lmk@kutnerlaw.com, vlm@kutnerlaw.com
Lee M. Kutner on behalf of Debtor Sklarco, LLC lmk@kutnerlaw.com, vlm@kutnerlaw.com
Madison M. Tucker on behalf of Creditor FPCC USA, Inc. mtucker@joneswalker.com
Matthew Okin on behalf of Creditor Kodiak Gas Services, LLC mokin@okinadams.com
Matthew J. Ochs on behalf of Creditor RAPAD Well Service Co., Inc. mjochs@hollandhart.com
Matthew J. Ochs on behalf of Creditor Pruet Oil Company, LLC mjochs@hollandhart.com
Matthew J. Ochs on behalf of Creditor Pruet Production Co. mjochs@hollandhart.com
Michael Niles on behalf of Creditor Fletcher Exploration, LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
Michael Niles on behalf of Creditor Fletcher Petroleum Company, LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
Michael Niles on behalf of Creditor Fletcher Petroleum Corp. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
Michael D Rubenstein on behalf of Interested Party BPX Properties (NA) LP mdrubenstein@liskow.com
Michael D Rubenstein on behalf of Interested Party BP America Production Company mdrubenstein@liskow.com
Michael J. Guyerson on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com, celina@kjblawoffice.com;teresa@kjblawoffice.com
Michael J. Guyerson on behalf of Creditor Estate of Pamela Page, Deceased mike@kjblawoffice.com, celina@kjblawoffice.com;teresa@kjblawoffice.com
Paul Moss on behalf of U.S. Trustee US Trustee Paul.Moss@usdoj.gov
Robert Padjen on behalf of Creditor Colorado Department of Law Robert.padjen@coag.gov
Robert L Paddock on behalf of Creditor Meritage Energy Ltd rpaddock@buckkeenan.com, myers@buckkeenan.com
Robert L Paddock on behalf of Creditor GCREW Properties, LLC rpaddock@buckkeenan.com, myers@buckkeenan.com
Robert L Paddock on behalf of Creditor Strago Petroleum Corporation rpaddock@buckkeenan.com, myers@buckkeenan.com
Robert L Paddock on behalf of Creditor Gateway Exploration, LLC rpaddock@buckkeenan.com, myers@buckkeenan.com
Robert L Paddock on behalf of Creditor Harvest Gas Management, LLC rpaddock@buckkeenan.com, myers@buckkeenan.com
Ryan Lorenz on behalf of Creditor Juno Financial LLC RLorenz@ClarkHill.com
Ryan Seidemann on behalf of Creditor State of Louisiana, Depatment of Natural Resources, Office of Mineral Resources seidemannr@ag.louisiana.gov
Ryco Exploration, LLC. rsmith.ryco@att.net
Shay L. Denning on behalf of Creditor Tauber Exploration & Production Company sdenning@mbssllp.com
Shay L. Denning on behalf of Creditor Pickens Financial Group, LLC sdenning@mbssllp.com
Shay L. Denning on behalf of Creditor I & L Miss I, LP sdenning@mbssllp.com
Shay L. Denning on behalf of Creditor CTM 2005, Ltd. sdenning@mbssllp.com
Stephen K. Lecholop, II on behalf of Creditor McCombs Energy, Ltd. slecholop@rpsalaw.com, amartinez@rpsalaw.com
Stephen K. Lecholop, II on behalf of Creditor McCombs Exploration, LLC slecholop@rpsalaw.com, amartinez@rpsalaw.com
Thomas H Shipps on behalf of Creditor The Rudman Partnership tshipps@mbssllp.com
Thomas H Shipps on behalf of Creditor Pickens Financial Group, LLC tshipps@mbssllp.com
Thomas H Shipps on behalf of Creditor CTM 2005, Ltd. tshipps@mbssllp.com
Thomas H Shipps on behalf of Creditor Tara Rudman Revocable Trust tshipps@mbssllp.com
Thomas H Shipps on behalf of Creditor MR Oil & Gas, LLC tshipps@mbssllp.com
Thomas H Shipps on behalf of Creditor MER Energy, LTD tshipps@mbssllp.com
Thomas H Shipps on behalf of Creditor Tauber Exploration & Production Company tshipps@mbssllp.com
Thomas H Shipps on behalf of Creditor I & L Miss I, LP tshipps@mbssllp.com
Thomas H Shipps on behalf of Creditor Feather River 75, LLC tshipps@mbssllp.com
Thomas H Shipps on behalf of Creditor Rudman Family Trust tshipps@mbssllp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Timothy C. Mohan on behalf of Creditor Baker Hughes Holdings, LLC FKA Baker Hughes, a GE Company LLC tmohan@foley.com, tim.mohan4@gmail.com
Timothy C. Mohan on behalf of Creditor Baker Petrolite LLC tmohan@foley.com, tim.mohan4@gmail.com
Timothy C. Mohan on behalf of Creditor GE Oil & Gas Pressure Control US tmohan@foley.com, tim.mohan4@gmail.com
Timothy C. Mohan on behalf of Creditor Baker Hughes Oilfield Operations LLC tmohan@foley.com, tim.mohan4@gmail.com
Timothy C. Mohan on behalf of Creditor Lufkin Industries, LLC tmohan@foley.com, tim.mohan4@gmail.com
Timothy M. Swanson on behalf of Creditor Kudzo Oil Properties, LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com
Timothy M. Swanson on behalf of Creditor Apple River Investments, LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com
Timothy M. Swanson on behalf of Creditor Alabama Oil Company tim.swanson@moyewhite.com, audra.albright@moyewhite.com
Timothy M. Swanson on behalf of Creditor Alabama Oil & Gas, LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com
Timothy M. Swanson on behalf of Creditor Kudzu Oil Properties, LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com
Timothy Michael Riley on behalf of Attorney Hopping Green & Sams timothyr@hgslaw.com
US Trustee USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 127

***UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO***

***Minute Order***

Date: June 11, 2020

**Honorable Elizabeth E. Brown, Presiding**
Kerstin Cass, Law Clerk

In re: Sklar Exploration Company, LLC,
Debtor.

**Case. No. 20-12377 EEB**
Chapter 11

Sklarco, LLC,
Debtor.

**Case. No. 20-12380 EEB**
Chapter 11

**Jointly Administered Under 20-12377 EEB**

| | Video Conference Appearances | | Representing |
|---|---|---|---|
| Counsel | Paul Moss | UST | |
| Counsel | Keri Riley, Lee Kutner, Howard Sklar, Marshall Jones, Howard Sklar, John Stausser, James Katchadurian, Todd Bearup, Duane Graham, Conrad Ambrecht, Ben Ford | Debtor(s) | |
| Counsel | John Cornwell, Grant Beiner | Committee | Creditors' Committee |
| Counsel | Bryce Suzuki, Craig Schuenemann | Creditor | East West Bank |
| Counsel | Eric Lockridge | Creditor | Anderson Exploration Energy Co., TCP Cottonwood, L.P., AEEC II, LLC and Sugar Oil Properties |
| Counsel | Timothy Mohan | Creditor | Baker Hughes |
| Counsel | Brent Cohen | | Fant Energy Ltd. |
| Counsel | Michael Niles | Creditor | Fletcher Petroleum Co., Fletcher Exploration, LLC, Fletcher Petroleum Group |
| Counsel | Joseph Bain | Creditor | FPCC USA |
| Counsel | Jordan Bird | Creditor | Franks Exploration Co, AEH Investments, J & A Harris Bundero Investment Co., Kingston, Hughes Oil South, KMR Investments, Tommy Youngblood |
| Counsel | Timothy Riley | Creditor | Hopping Green & Sams |
| Counsel | David R. Taggart, David Morgan | Creditor | J.F. Howell Interests |
| Counsel | Jennifer Hardy | Creditor | JJS Interests Escambia, LLC, JJS Interests Steele Kings, LLC, JJS Working Interests, LLC |
| Counsel | Timothy Swanson | Creditor | Kudzu Oil Properties, Alabama Oil Co. & Apple River Investments, Alabama Oil & Gas, LLC |
| Counsel | Jim Spencer, Michael Johnson | Creditor | Landmark Oil and Gas, Landmark Exploration, Lexington Investments, Stone Development, |
| Counsel | Michael Guyerson | Creditor | Barbara Lawrence and the Estate of Pamela Page |
| Counsel | Duane Brescia | Creditor | Lucas Petroleum Oil |

| | | | |
|---|---|---|---|
| Counsel | Steve Lecholop | Creditor | McCombs Energy |
| Counsel | Christopher Meredith, Glen Taylor | Creditor | PAR Minerals, Eastern Fishing & Tool Rental Company, and Coastal Exploration |
| Counsel | Jeremy Retherford, Matt Ochs, Stan Kynerd, David Hilton | Creditor | Pruet Oil Company, LLC, Pruet Production Co. (individually and as agent) |
| Counsel | James Bailey | Creditor | Stoneham Drilling |
| Counsel | Robert Paddock, Louis Goza | Creditor | Strago Petroleum Corporation, Meritage Energy Ltd, Gateway Exploration, Harvest Gas Management, G Crew Properties |
| Counsel | Thane Huggs | Creditor | Stroud Petroleum, Inc., Scott D. Stroud |
| Counsel | Thomas Shipps, Barnet Skelton Jr., Shay Denning, Jim Goolsby, Will Lett, Trey Sibley | Creditor | Tauber Exploration & Production Co, CTM 2005, Ltd., I & L Miss I, LP, Pickens Financial Group, LLC, MER Energy, Ltd., The MR Trust, Tara Rudman Revocable Trust, Rudman Family Trust, The Rudman Partnership, Feather River 75, LLC |

Proceedings: Zoom Video Conference Hearing on: (1) Motion to Appoint Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104, or in the Alternative Convert to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) filed by Tauber Group and all objections thereto; (2) Debtors' Motion for Entry of Order Authorizing Debtors' Employment of CR3 Partners as Chief Restructuring Officer (Dkt. No. 341) and all objections thereto; (2) Debtors' Motion for Approval of Lending Agreement and for Authority to Incur Debt on an Administrative, Unsecured Basis (Dkt. No. 346) and all objections thereto; (3) Debtors' Motion for Approval of Final Cash Collateral Order (Dkt. No. 350) and all objections thereto

Orders:

☒ For the reasons stated on the record, the Court held in abeyance the Motion to Appoint Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104, or in the Alternative Convert to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) filed by Tauber parties (Dkt. No. 308). Any party to the Motion, including but not limited to the Tauber parties, may request that the Motion be taken out of abeyance by filing a request for the Court to set a status conference.

☒ For the reasons stated on the record, the Court GRANTED the Debtors' Motion for Entry of Order Authorizing Debtors' Employment of CR3 Partners as Chief Restructuring Officer (Dkt. No. 341), subject to further negotiation of a proposed order. The objecting parties shall submit their proposed edits to counsel for the Debtors no later than **12:00 p.m. MDT on Friday, June 12, 2020**. A form of final order shall be filed with Court no later than **5:00 p.m. MDT on Friday, June 12, 2020**.

☒ For the reasons stated on the record, the Court overruled the objections to Debtors' Motion for Approval of Lending Agreement and for Authority to Incur Debt on an Administrative, Unsecured Basis (Dkt. No. 346) and the Court will enter an order granting that Motion, subject to approval of the Debtors' Motion to Employ a CRO. The Debtors agreed to allow Baker Hughes and J.F. Howell to review trust document establishing the Sklar Parties' authority to enter into the Lending Agreement, subject to Baker Hughes and J.F. Howell signing a protective order.

☒ The pending objections to Debtors' Motion for Approval of Final Cash Collateral Order (Dkt. No. 350) have been resolved or were withdrawn at the hearing. The Court *sua sponte* raised several concerns about the language of the proposed order. The parties shall file a revised proposed order no later than **5:00 p.m. MDT on Friday, June 12, 2020** to address those concerns.

---

Date: June 11, 2020

BY THE COURT:

Elizabeth E. Brown, U.S. Bankruptcy Judge