UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

**ORDER APPROVING LENDING AGREEMENT
AND AUTHORIZING DEBT AS AN ADMINISTRATIVE EXPENSE SUBJECT TO
SUBORDINATION**

THIS MATTER having come before the Court on the Debtors' Motion for Approval of Lending Agreement and for Authority to Incur Debt on an Administrative, Unsecured Basis (the "Motion"), notice having been provided to creditors, cause being shown to the Court in the Motion for the granting of the requested relief, it is hereby,

ORDERED

1. That the Debtors are authorized to borrow $1,233,000 from Howard Sklar, the Howard Sklar Trust, the Jacob Sklar Trust and the Alan Sklar Trust (the "Sklar Parties") on an unsecured administrative basis pursuant to 11 U.S.C. § 546(b) pursuant to the terms described herein;

2. This Order is without prejudice to the rights of parties to contest the ownership of the portion of the loan consisting of $233,000, held in Sklarco's bank account, subject to further order of this Court;

3. Each of the Sklar Parties shall be granted an administrative claim in the amount of their respective loan subject to subordination as set forth herein;

4. Repayment of the administrative claims to the Sklar Parties shall be subordinated to all allowed unsecured claims for all purposes, with the exception of paragraph 4 below, and shall only be entitled to payment after all allowed unsecured claims are paid in full;

5. If any judgment is entered against the Sklar Parties for any action arising under Section 544, 547, 548, 559, or 550, the amount of such judgment shall be offset first against the balance of such parties' loan; and

4817-3656-9277v.1

6. That the Lending Agreement and Promissory Note attached to the Motion as Exhibit B, are hereby approved, and the Debtors are authorized to execute such documents and such further documentation as may be deemed reasonably necessary to evidence the subject loan; provided that, to the extent that a conflict exists between, on the one hand, this Order and, on the other, the loan documents described in this paragraph, this Order shall control; and

7. The Bankruptcy Court shall retain jurisdiction to resolve any issues pertaining to the interpretation of this order and the loan documents with the Sklar Parties.

Dated: June 15, 2020

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge

4817-3656-9277v.1