# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

## JUDGMENT

Pursuant to and in accordance with the Order entered by the Honorable Elizabeth E. Brown, Bankruptcy Judge, and entered on the record in the above-entitled matter on even date herewith, it is hereby

ORDERED that the Debtors' Motion for Approval of Lending Agreement and for Authority to Incur Debt on an Administrative, Unsecured Basis is GRANTED as set forth in the Order.

DATED: June 15, 2020.

APPROVED BY THE COURT:

*Elizabeth E. Brown*

Elizabeth E. Brown
United States Bankruptcy Judge

FOR THE COURT:

Deputy Clerk