# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

## JUDGMENT

Pursuant to and in accordance with the Order entered by the Honorable Elizabeth E. Brown, Bankruptcy Judge, and entered on the record in the above-entitled matter on even date herewith, it is hereby

ORDERED that the Debtors' Motion for Approval of Final Cash Collateral Order is GRANTED as set forth in the Order.

DATED: June 15, 2020.

APPROVED BY THE COURT:                 FOR THE COURT:

*[signature: Elizabeth E. Brown]*         *[signature]*

Elizabeth E. Brown                              Deputy Clerk
United States Bankruptcy Judge