UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

**ORDER APPROVING STIPULATION BY AND BETWEEN SKLAR EXPLORATION COMPANY, LLC, BARBARA LAWRENCE AND THE ESTATE OF PAMELA PAGE**

THIS MATTER, having come before the Court on the Stipulation by and between the Sklar Exploration Company, LLC, Barbara Lawrence, and the Estate of Pamela Page ("Stipulation"), the Court having reviewed the Stipulation and finding good cause for granting the requested relief, does hereby

ORDER

1. That the Stipulation is APPROVED;
2. The *Objection to Debtors' Motion for Approval of Final Cash Collateral Order* filed by Barbara Lawrence and the Estate of Pamela Page (Docket No. 399) is deemed withdrawn; and
3. The *Motion for Release of Suspense Funds Held in Trust by Debtors in Possession* (Docket No. 400) is deemed withdrawn as moot.

Dated: June 16, 2020

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge