United States Bankruptcy Court
District of Colorado

In re:                                                          Case No. 20-12377-EEB
Sklar Exploration Company, LLC                                  Chapter 11
Sklarco, LLC
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: admin           Page 1 of 13              Date Rcvd: Jun 15, 2020
                             Form ID: pdf904        Total Noticed: 518

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2020.
```
db/db         +Sklar Exploration Company, LLC,   Sklarco, LLC,   5395 Pearl Parkway,   Suite 200,
               Boulder, CO 80301-2541
aty           +Benjamin Y. Ford,   RSA Tower, 27th Floor,   11 North Water Street,   Mobile, AL 36602-3809
aty           +Clark Hill Strasburger,   ATTN: Duane J. Brescia,   720 Brazos, Suite 700,
               Austin, TX 78701-2531
aty           +Cook, Yancey, King & Galloway, APLC,   333 Texas Street,   Suite 1700,   P.O. Box 22260,
               Shreveport, LA 71120-2260
aty           +Hopping Green & Sams,   Hopping Green & Sams, P.A.,   119 S. Monroe Street,   Suite 300,
               Tallahassee, FL 32301,   UNITED STATES 32301-1591
cr            +AEEC II, LLC,   333 Texas Street,   #2020,   Shreveport, LA 71101-3680
cr            +AEH Investments, LLC,   333 Texas Street,   Suite 1414,   Shreveport, LA 71101-3678
cr            +Anderson Exploration Energy Company, LC,   333 Texas Street,   #2020,
               Shreveport, LA 71101-3680
cr            +Baker Hughes Holdings, LLC FKA Baker Hughes, a GE,   C/O Christopher J. Ryan,
               17021 Aldine Westfield Road,   Houston, TX 77073-5101
cr            +Barbara P Lawrence,   55 Hill Circle,   Evergreen, CO 80439-4618
cr            +Bundero Investment Company, LLC,   401 Edwards Street,   Suite 820,   Shreveport, LA 71101-5521
cr            +C. Bickham Dickson, III,   307 Deborah Drive,   Shreveport, LA 71106-6009
cr            +Dickson Oil & Gas, L.L.C.,   307 Deborah Drive,   Shreveport, LA 71106-6009
cr            +Estate of Pamela Page, Deceased,   P.O. Box 374,   Evergreen, CO 80437-0374
cr            +Fant Energy Limited,   c/o Jackson Walker,   1401 McKinney Street,   Suite 1900,
               Houston, TX 77010-4037
cr            +Franks Exploration Company, LLC,   P.O. Box 7655,   Shreveport, LA 71137-7655
cr            +I & L Miss I, LP,   4761 Frank Luck Dr,   Addison, TX 75001-3202
cr            +J&A Harris, LP,   333 Texas Street,   Suite 1414,   Shreveport, LA 71101-3678
cr            +Kodiak Gas Services, LLC,   15320 Hwy. 105,   Suite 210,   Montgomery, TX 77356-2602
cr             Landmark Exploration, LLC,   C/O Jim F. Spencer, Jr., Esq.,   Watkins & Eager PLLC,
               PO Box 650,   PO Box 650,   Jackson, MS 39205-0650
cr             Landmark Oil and Gas, LLC,   C/O Jim F. Spencer, Jr., Esq.,   Watkins & Eager PLLC,
               PO Box 650,   PO Box 650,   Jackson, MS 39205-0650
cr             Lexington Investments, LLC,   C/O Jim F. Spencer, Jr., Esq.,   Watkins & Eager PLLC,
               PO Box 650,   PO Box 650,   Jackson, MS 39205-0650
cr            +Lucas Petroleum Group, Inc.,   c/o Duane J. Brescia,   Clark Hill Strasburger,
               720 Brazos, Suite 700,   Austin, TX 78701-2531
cr            +McCombs Energy, Ltd.,   755 E Mulberry Ave, Ste 200,   San Antonio, TX 78212-4285
cr            +McCombs Exploration, LLC,   755 E Mulberry Ave, Ste 200,   San Antonio, TX 78212-4285
cr            +Pine Island Chemical Solutions, L.L.C.,   c/o Armistead M. Long,
               Gordon, Arata, Montgomery, Barnett,   400 East Kaliste Saloom Road,   Suite 4200,
               Lafayette, LA 70508-8522
cr            +Seitel Data, Ltd.,   c/o Duane J. Brescia,   Clark Hill Strasburger,   720 Brazos, Suite 700,
               Austin, TX 78701-2531
cr             Stone Development, LLC,   C/O Jim F. Spencer, Jr., Esq.,   Watkins & Eager PLLC,   PO Box 650,
               PO Box 650,   Jackson, MS 39205-0650
cr            +Stoneham Drilling Corporation,   c/o Bradley,   Attn: James B. Bailey,
               1819 Fifth Avenue North,   Birmingham, AL 35203-2120
cr            +Sugar Oil Properties, L.P.,   625 Market Street,   Suite 100,   Shreveport, LA 71101-5392
cr            +TCP Cottonwood, L.P.,   333 Texas Street,   #2020,   Shreveport, LA 71101-3680
cr            +Tauber Exploration & Production Company,   55 Waugh Drive, Suite 700,   Houston, TX 77007-5837
intp           The Juneau Group,   2386A Rice Blvd. #232,   Houston, TX  77005
crcm          +The Official Committee of Unsecured Creditors,   Munsch Hardt Kopf & Harr PC,   700 Milam St.,
               Suite 2700,   Houston, TX 77002-2730
18754395      +3 Lloyds Exploration Company LLC,   1847 Broken Bend Drive,   Westlake, TX 76262-8205
18765847       5395 Pearl Parkway, LLC,   c/o Adam Hirsch,   Kutak Rock, LLP,   1801 California Street,
               Suite 3000,   Denver, CO 80202-2652
18765848      +5395 Pearl Parkway, LLC,   1919 14th Street,   Suite 800,   Boulder, CO 80302-5327
18754396      +A & B Pump & Supply, Inc.,   P.O. Drawer T,   Heidelberg, MS 39439-1019
18754397       A.F. Whatley Construction,   11950 Highway 43,   Bivins, TX 75555
18754398       A2D Technologies, Inc.,   P.O. Box 733255,   Dallas, TX 75373-3255
18754400      +AEH Investments LLC,   Attn  Angela Harris,   333 Texas Street, Ste. 1414,
               Shreveport, LA 71101-3678
18754401       AFCO,   P.O. Box 4795,   Carol Stream, IL 60197-4795
18754404      +ALFAVOR Corp.,   ATTN  John Yilin Wang,   1234 Northampton Street,
               State College, PA 16803-2417
18754399      +Acme Oil Service & Repair, ,Inc.,   d/b/a Acme Oilfield Services,   4865 American Legion Road,
               Tyler, TX 75708-6120
18754402       Alabama Department of Revenue,   50 North Ripley Street,   Montgomery, AL 36104
18765849       All Copy Products, Inc.,   P.O. Box 660831,   Dallas, TX 75266-0831
18765850      #+All Copy Products, Inc.,   4141 Colorado Blvd.,   Denver, CO 80216-4307
18754405       American Express,   P.O. Box 650448,   Dallas, TX 75265-0448
18771352       American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern  PA 19355-0701
18754406      +American Remediation & Environmental Inc,   P.O. Box 570,   Saraland, AL 36571-0570
```

```
18754407     +Anderson Investment Holdings LP,    dba GMA Energy LC,   333 Texas Street, Suite 2020,
              Shreveport, LA 71101-3680
18754408     +Anderson Investment Holdings, LP,    AEEC II, LLC,   333 Texas Street, Suite 2020,
              Shreveport, LA 71101-3680
18754411     +Apple River Investments, L.L.C.,    Attn Robert M. Boeve, President,    1503 Garfield Road North,
              Traverse City, MI 49696-1111
18754412      Arcadia Oilfield Supply, Inc.,    Sterling Commercial Credit,    P.O. Box 204755,
              Dallas, TX 75320-4755
18754413     +Armbrecht Jackson LLP,   P.O. Box 290,   Mobile, AL 36601-0290
18754414     +Aspen Energy Inc.,   161 St. Matthews Avenue, Suite 16,   Louisville, KY 40207-3145
18754415     +Atropos Exploration Co.,   8235 Douglas,   Suite 1200,   Lockbox 12,   Dallas, TX 75225-6023
18754416      B & L Pipeco Services, LLC,    P.O. Box 840280,   Dallas, TX 75284-0280
18754436     +BTech Service & Supply, Inc.,   1980 Highway 184 East,   Laurel, MS 39443-9691
18754439     +BVS, LLC,   Attn Brian Biffle,   2010 Balsam Drive,   Boulder, CO 80304-3618
18754417     +Babe Development, LLC,   P. O. Box 758,   Roswell, NM 88202-0758
18754418      Baker Hughes Holdings LLC,    fka Baker Hughes, a GE Company, LLC,
              Baker Hughes Oilfield Operations, LLC,   P.O Box 301057,   Dallas, TX 75303-1057
18754419     +Baker, Kelly L.,   254 State Street,   Mobile, AL 36603-6474
18754420     +Banded Iron US, Inc.,    P.O. Box 51475,   Lafayette, LA 70505-1476
18754421     +Bantam Creek LLC,   4712 Lakeside Drive,   Colleyville, TX 76034-4530
18754422     +Barbara M. Sugar Estate,   Thomas P. Youngblood, Exec.,   PO Box 52149,
              Shreveport, LA 71135-2149
18754423     +Barker Concrete and Construction, Inc.,   P.O. Box G,   Edgemont, SD 57735-0815
18765868     +Barlow, David A.,   321 Paseo Encinal Street,   San Antonio, TX 78212-1736
18754424      Barnette & Benefield, Inc.,    P.O. Box 550,   Haynesville, LA 71038-0550
18765853      Basic Energy Service, LP,   P.O. Box 841903,   Dallas, TX 75284-1903
18754425     +Baxterville, LLC,   4323 Snowberry Lane,   Naples, FL 34119-8590
18754426     +Beavers Specialty, Inc.,   893 I-49 Service Road,   Sunset, LA 70584-5456
18754427     +Bellis Investments LP,   100 Bush Street, Suite #550,   San Francisco, CA 94104-3903
18765854     +Bellousov, Anita,   4355 East 135th Way,   Thornton, CO 80241-1583
18765855     +Berg Hill Greenleaf Ruscitti LLP,   1712 Pearl Street,   Boulder, CO 80302-5517
18754428     +Black Banks, LLC,   1310 S. Pennsylvania Street,   Denver, CO 80210-2229
18785303     +Bodcaw 3-D, LLC,   P. O. Box 1689,   Ruston, LA 71273-1689
18754429     +Bonaventure Safety, LLC,   162 Industrial Drive,   P.O. Box 43,   Rayne, LA 70578-0043
18754430     +Bonner Analytical,   2703 Oak Grove Road,   Hattiesburg, MS 39402-8946
18754431      Boots Smith Completion Services, LLC,   c/o Gulf Coast Business Credit,   P.O. Bxo 731152,
              Dallas, TX 75373-1152
18765856     +Boulder Self Storage,   6439 Arapahoe Road,   Boulder, CO 80303-1452
18754432     +Bradley Murchison Kelly & Shea, LLC,   401 Edwards Street,   Suite 1000,
              Shreveport, LA 71101-5529
18754433     +Bradshaw Logistics, LLC,   P.O. Box 429,   Windsor, CO 80550-0429
18754434      Brammer Engineering, Inc. HSE Services,   P.O. Box 301670,   Dallas, TX 75303-1670
18765857     +Brewton Area Properties,   ATTN: Thomas McMillen,   P.O. Box 809,   Brewton, AL 36427-0809
18754435     +Bristol, Inc.,   Accounts Receivable,   P.O. Box 2056,   Victoria, TX 77902-2056
18754437     +Bundero Investment Company, L.L.C.,   Robert P. Bowman, Manager,
              401 Edwards Street, Suite 820,   Shreveport, LA 71101-5521
18754438     +Burton, Trey,   P.O. Box 314,   Bentonia, MS 39040-0314
18754440      C&J Spec-Rent Services, Inc.,   P.O. Box 733404,   Dallas, TX 75373-3404
18754441     +C&M OIlfield Rentals, LLC,   d/b/a C-MOR Energy Services,   P.O. Box 536,   Cody, WY 82414-0536
18754442     +C.R. Pate Logging, Inc.,   Brooklyn LImestone Quarry Division,   32440 County Road 6,
              Evergreen, AL 36401-8855
18765859      CCH Incorporated,   P.O. Box 4307,   Carol Stream, IL 60197-4307
18754464      CSI Compressco Operating, LLC,   CSI Compressco Sub, Inc.,   P.O. Box 840082,
              Dallas, TX 75284-0082
18754443     +Carl Herrin Oil and Gas, L.L.C.,   493 Canyon Point Circle,   Golden, CO 80403-7774
18754444     +Carnley Electric, Inc.,   P.O. Box 769,   Jay, FL 32565-0769
18765858     +Carter, Rhonda B.,   P.O. Box 453,   Brewton, AL 36427-0453
18754445     +Casey Septic Tank Co., Inc.,   122 Casey Street,   Brewton, AL 36426-3238
18754446     +Cass County Tax Assessor,   Becky Watson, RTA,   P.O. Box 870,   Linden, TX 75563-0870
18754447     +Central Exploration Co, Inc.,   c/o William E. Hathorn,   733 Highway 583 SE,
              Brookhaven, MS 39601-8846
18754448      Central Petroleum, Inc.,   P.O. Box 2547,   Madison, MS 39130-2547
18801492     +CenturyLink Communications, LLC f/k/a,   Qwest Communications Company, LLC,
              1025 El Dorado Blvd (Attn: Legal-BKY),   Broomfield, CO 80021-8254
18754449     +Chanse Resources, L.L.C.,   Attn Wes Shepherd, COO,   P.O. Box 1572,
              Shreveport, LA 71165-1572
18754450     +Charter Energy Partners LLC,   c/o Shaw Resources Management LLC,   1999 Broadway, Suite 4320,
              Denver, CO 80202-5749
18765862     +Cherokee County Electric Co-op Association,   P.O. Box 257,   Rusk, TX 75785-0257
18765863      Choice Copy Service USE CHOCO2!!,   P.O. Box 919254,   Dallas, TX 75391-9254
18754451     +Choice Copy Service, LLC,   401 Edwards Street,   Suite B120,   Shreveport, LA 71101-5534
18765864     +Cicon & Associates LLP,   P.O. Box 541,   Chester, MT 59522-0541
18754452     +Clakre & Company d/b/a Heard & Sanders,   13201 Northwest Freeway,   Suite 503,
              Houston, TX 77040-6024
18754453     +Clarkco Oilfield Services, Inc.,   P.O. Box 341,   Heidelberg, MS 39439-0341
18754455     +Cochran Chemical Co., Inc.,   1800 Ray Davis Boulevard,   Seminole, OK 74868-3508
18754456     +Cold Spring Energy LLC,   Terry L. Pecora Sole Member,   6 Spring Street,
              Cold Spring Harbor, NY 11724-1410
18754458     +Complete Environmental & Remediation Co.,   P.O. Box 1079,   Waynesboro, MS 39367-1079
18765865     +Compliance Assurance Associates,   682 Orvil Smith Road,   Harvest, AL 35749-8847
```

```
18754459     +Compression Controls & Rentals, LLC,    5797 FM 2011,    Longview, TX 75603-4337
18754460      Consolidated Electrical Distributors, In,    CED Credit Office,    P.O. Box 207088,
               Dallas, TX 75320-7088
18765866     +Copeland, Kenny,    1821 Bayou Bend Drive,    Bossier City, LA 71111-5148
18754461     +Counterpoint Consulting, LLC,    17020 Preston Bend Drive,    Dallas, TX 75248-1349
18754462     +Craft Exploration Company L.L.C.,    P.O. Box 2430,    Madison, MS 39130-2430
18754463     +Crowley Fleck PLLP,    P.O. Box 30441,    Billings, MT 59107-0441
18765867     +Culkin Water District,    2681 Sherman Avenue,    Vicksburg, MS 39183-8788
18754466     +D & M Drilling Fluids, Inc.,    P.O. Box 579,    Jay, FL 32565-0579
18754471     +DBC Resources II LP,    PO Box 670725,    Dallas, TX 75367-0725
18754472      DBC Resources LP,    PO Box 670725,    Dallas, TX 75367-0725
18754473     +DCOD LLC,    C/o Warren Clark Development,    16390 Addison Road,    Addison, TX 75001-3249
18754468     +Daniel W. McMillan,    P.O. Box 867,    Brewton, AL 36427-0867
18754469     +Darby's Welding & Machine, LLC,    Tailwinds Loenbro Holdings, Inc.,    78 48th Avenue SW,
               Dickinson, ND 58601-7244
18754470     +Davis Hot Shot Service LLC,    4967 Highway 84,    Waynesboro, MS 39367-8869
18754474      Deepwell Energy Services, LLC,    Department #0944,    P.O. Box 1000,    Memphis, TN 38148-0944
18754476     +Derrick Corporation,    590 Duke Road,    Buffalo, NY 14225-5171
18754477     +Dickson Oil & Gas, LLC,    c/o C. Bickham Dickson, III, Manager,    P.O. Box 52479,
               Shreveport, LA 71135-2479
18754478     +Dolkas Investments LP,    100 Bush Street, Ste #550,    San Francisco, CA 94104-3903
18754479     +Double D Dynamics,    David Denkeler,    P.O. Box 568,    Judson, TX 75660-0568
18754480     +DoublePine Investments, Ltd.,    4851 LBJ Freeway, Suite 210,    Dallas, TX 75244-6018
18765869     +Douglas Parking, LLC,    1330 Broadway,    Suite 630,    Oakland CA 94612-2527
18754481      Drilling Tools International, Inc.,    P.O. Box 677901,    Dallas, TX 75267-7901
18754482     +Durrett Production Services,    P.O. Box 463,    Arp, TX 75750-0463
18754487     +ECS Enterprise Computing Services, LLC,    347 Bert Kouns Industrial Loop,
               Shreveport, LA 71106-8124
18754492     +ELBA Exploration LLC,    PO Box 807,    Milton, FL 32572-0807
18754483      Eagle Express Hotshot Service LLC,    Jefcoat Inspection Service,    P.O. Box 2082,
               Laurel, MS 39442-2082
18754484     +East West Bank Treasury Department,    135 North Los Robles Avenue,    Suite 600,
               ATTN  Linda Cox,    Pasadena, CA 91101-4549
18754485     +Eastern Fishing & Rental Tools, Inc.,    P.O. Box 292,    Laurel, MS 39441-0292
18754486     +Eaton Finance Corp.,    7302 Rustling Oaks Drive,    Richmond, TX 77469-7340
18754488     +Ed L. Dunn,    P.O. Box 94,    Milton, FL 32572-0094
18754489     +Ed Leigh McMillan, III,    PO Box 867,    Brewton, AL 36427-0867
18754490      Edward L. Yarbrough, Jr.,    PO Box 11,    Belcher, LA 71004-0011
18754491     +Eiche, Mapes and Company, Inc.,    P.O. Box 7992,    Tyler, TX 75711-7992
18754494     +Engineering Service,    M&G Enterprises, Inc.,    P.O. Box 180429,    Richland, MS 39218-0429
18772239     +Enterprise Computer Services, LLC,    347 BERT KOUNS INDUSTRIAL LOOP,
               SHREVEPORT, LA 71106-8124
18765870     +Enterprise Computing Services, LLC,    347 Bert Kouns Industral Loop,
               Shreveport, LA 71106-8124
18765871     +Escambia River Electric Cooperative,    P.O. Box 428,    Jay, FL 32565-0428
18779284     +Euler Hermes Agent for Derrick Corporation,    800 Red Brook Blvd,    Owings Mills, MD 21117-5173
18754495     +Evergreen Concrete Company, Inc.,    150 Owassa Road,    Evergreen, AL 36401-1606
18765872     +Exigent  Information Solutions,    8310 South Valley,    Englewood, CO 80112-5812
18754496     +Ezzie's Wholesale, Inc.,    P.O. Box 1770,    Malta, MT 59538-1770
18757995    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court:  Ford Motor Credit Company, LLC,    PO Box 6275,    Dearborn, MI 48121)
18754508     +FOS Engineering & Consulting, LLC,    103 Machine Loop,    Scott, LA 70583-5146
18754510     +FPCC USA, Inc.,    245 Commerce Green Blvd, Ste 250,    Sugar Land, TX 77478-3760
18754497     +Fant Energy Limited,    P.O. Box 55205,    Houston, TX 77255-5205
18754498      FedEx,    P.O. Box 660481,    Dallas, TX 75266-0481
18754499     +Fiddler Investments,    PO Box 708,    Addison, TX 75001-0708
18754500     +Fletcher Exploration, LLC,    PO Box 2147,    Fairhope, AL 36533-2147
18754501     +Fletcher Petroleum Co., LLC,    P.O. Box 2147,    Fairhope, AL 36533-2147
18765873     +Flexjet, LLC,    26180 Curtiss Wright Parkway,    Cleveland, OH 44143-1453
18754503      Flexjet, LLC,    Epic Aero, Inc.,    P.O. Box 677207,    Dallas, TX 75267-7207
18754505     +Flow Specialties, Inc.,    1262 Grimmett Drive,    Shreveport, LA 71107-6604
18754506     +Foote Oil & Gas Properties, LLC,    P.O. Box 6418,    Gulf Shores, AL 36547-6418
18754507     +Ford Motor Company,    P.O. Box 650575,    Dallas, TX 75265-0575
18754509      Four D LLC,    c/o R.E. Douglass,    PO Box 2173,    Durango, CO 81302-2173
18754511     +Francis Bruce Hock,    & Bettie Jean M. Hock,    PO Box 670,    Minden, LA 71058-0670
18754512     +Francis Lane Mitchell,    PO Box 376,    Shreveport, LA 71162-0376
18754513      Franks Exploration Co. LLC,    PO Box 7665,    Shreveport, LA 71137-7665
18765874      Fuelman, P.O. Box 70887,    Charlotte, NC 28272-0887
18754514     +Full Throttle Energy Service, LLC,    P.O. Box 536,    Sandersville, MS 39477-0536
18754520     +GCREW Properties, LLC,    Mr. George E. Jochetz, III,    12323 Rip Van Winkle,
               Houston, TX 77024-4945
18754521      GE Oil & Gas,    P.O. Box 911776,    Dallas, TX 75391-1776
18765875      GHD Services, Inc.,    P.O. Box 392237,    Pittsburgh, PA 15251-9237
18754527     +GRS Services, LLC,    George R. Stephenson,    1214 County Road 14,    Heidelberg, MS 39439-3555
18765877      GTT Communications, Inc.,    P.O. Box 842630,    Dallas, TX 75284-2630
18754515     +Gardner Energy Corporation,    Attn  Nick Sacco,    952 Echo Lane, Suite 315,
               Houston, TX 77024-2791
18754517     +Gaston Oil Company,    Attn  Robert S. Gaston,    9306 Milbank,    Shreveport, LA 71115-3860
18754518     +Gates Acquisition Synd. LLC,    Attn  Ross P. Barrett,    820 Garrett Drive,
               Bossier City, LA 71111-2500
```

```
18754519    +Gateway Exploration, LLC,    Attn  Jay Moffitt,    3555 Timmons Lane, Suite 730,
             Houston, TX 77027-6445
18754522    +Genco Transport, LLC,    P.O. Box 481,   Greenwood, LA 71033-0481
18754523    +Genesis Resources, LLC,    4450 Old Canton Road, Ste 207,   Jackson, MS 39211-5991
18754524    +Goolsby Interests, LLC,    Attn  James W. Goolsby,    110 Sibelius Lane,   Houston, TX 77079-7203
18765876    +Grady Rails & Sons, Inc.,    12364 Brooklyn Road,   Evergreen, AL 36401-8500
18754526     Gravity Oilfield Services, LLC,    P.O. Box 734128,   Dallas, TX 75373-4128
18754529    +H&H Construction, LLC,    Ladon E. Hall, Sole Manager,    P.O. Box 850,   Flomaton, AL 36441-0850
18754534    +HBRada, LLC,   Hansen Rada, Manager,    2010 Alpine Drive,   Boulder, CO 80304-3608
18754538    +HLP Engineering, Inc.,    P.O. Box 52805,   Lafayette, LA 70505-2805
18754530     Hall Management LLC,   Attn  Donald L. Hall,    4913 Oak Point Drive,
             Shreveport, LA 71107-7408
18765878    +Hall Trucking, Inc.,    2515 Foothill Blvd.,   Rock Springs, WY 82901-4734
18754531     Halliburton Energy Services,    P.O. Box 301341,   Dallas, TX 75303-1341
18754532    +Hanson Operating Co. Inc.,    Attn  B. Ray Willis,    P.O. Box 1515,   Roswell, NM 88202-1515
18754533    +Harvest Gas Management, LLC,    10050 Bayou Glen Road,   Houston, TX 77042-1205
18765879    +Hatcher, Steven,    1269 Yellow Pine Road,   Boulder, CO 80304-2264
18754535    +Heap Services, LLC,   Don Heap,    984 Beat Four Shubuta Road,   Shubuta, MS 39360-9656
18754536    +Herring Gas Company, Inc.,    P.O. Box 206,   Laurel, MS 39441-0206
18754537    +Hi-Vac, LLC,   P.O. Box 2067,   Laurel, MS 39442-2067
18754539    +Hopping Green & Sams, P.A.,    ATTN  Timothy M. Riley,    119 South Monroe Street,   Suite 300,
             Tallahassee, FL 32301-1591
18754540    +Horace, LLC,   493 Canyon Point Circle,   Golden, CO 80403-7774
18754541     Hughes 2000 CT LLC,   PO Box 1868,   Brandon, MS 39043-1868
18754543    +Hughes Oil South LLC,   Attn  Dee-Dee Bell,    PO Box 608,   Oxford, MS 38655-0608
18768521    +Hughes Oil South, LLC,    P.O. Box 608,   Oxford, Mississippi 38655-0608
18754544    +Hurley Enterprises, Inc.,    P.O. Box 385,   Fairview, MT 59221-0385
18754545    +Hurst Plumbing,    P.O. Box 548,   Teague, TX 75860-0548
18765880     Infinisource Benefit Services,    ATTN: Finance Dept.,    P.O. Box 889,
             Coldwater, MI 49036-0889
18754547     Inter-Mountain Pipe & Threading Company,    P.O. Box 1840,   Mills, WY 82644-1840
18754553    +J & A Harris LP,   Attn  Angela Harris,    333 Texas Street, Ste. 1414,
             Shreveport, LA 71101-3678
18765881    +J & H Insurance Services, Inc.,    510 North Valley Mills Drive,   Waco, TX 76710-6075
18754554    +J. Nichols LLC,   2384 Mill Creek Road,   Laurel, MS 39443-8339
18754555    +J.B. Compression Service,    P.O. Box 527,   Harleton, TX 75651-0527
18754559     JCE Galbraith Oil & Gas LLC,    2032 ALameda Avenue,   Orlando, FL 32804-6904
18754560     JD Fields & Company, Inc.,    P.O. Box 134401,   Houston, TX 77219-4401
18754561    +JDGP, LLC,   4323 Snowberry Lane,   Naples, FL 34119-8590
18754563    +JF Howell Interests, LP,    Attn  James David Morgan, Manager,    416 Travis Street, Suite 700,
             Shreveport, LA 71101-5502
18754565    +JJS Interests Escambia, LLC,    2001 Kirby Dr,   Suite 1110,   Houston, TX 77019-6081
18754566    +JJS Interests Steele Kings LLC,    2001 Kirby Dr,   Suite 1110,   Houston, TX 77019-6081
18754567    +JJS Working Interest LLC,    2001 Kirby Dr, Suite 1110,   Houston, TX 77019-6081
18754571    +JOYCO Investments, LLC,    P. O. Box 2104,   Roswell, NM 88202-2104
18754572    +JTC Operating, Inc.,    191 Reno Road,   Jamestown, LA 71045-4244
18765882    +Jackson, Louise Seamans,    P.O. Box 272,   Kosse, TX 76653-0272
18754556    +James B. Dunn,    5826 Dunridge Dr,   Pace, FL 32571-7673
18754557    +James Muslow, Jr.,    6025 Arden Street,   Shreveport, LA 71106-2348
18754558     Janus Enterprises, LLC,    Raymond Joseph Lasseigne,   PO Box 5625,
             Bossier City, LA 71171-5625
18754562    +Jeffreys Drilling, LLC,    3839 McKinney Ave, Ste 155-269,   Dallas, TX 75204-1413
18777431    +Jennifer S. Holifield,    Speegle, Hoffman, Holman & Holifield, LL,    P.O. Box 11,
             Mobile, AL 36601-0011
18754564    +Jimco Pumps,    P.O. Box 6255,   Laurel, MS 39441-6255
18784172    +John A. Mouton, III,    PO Box 82438,   Lafayette, LA 70598-2438
18754568     John C. Nix, Jr., - Life Estate,    PO Box 807,   Milton, FL 32572-0807
18754569    +John Pike Construction, Inc.,    P.O. Box 1024,   Chinook, MT 59523-1024
18754570    +Jones Energy Company, LLC,    2124 Fairfield Avenue,   Shreveport, LA 71104-2003
18754573    +Judy Dunn,    5843 Dunridge Dr.,   Pace, FL 32571-7627
18754574    +K&T Welding Services, LLC,    Timothy J. Beech,    177 Masonite Lake Road,
             Laurel, MS 39443-9755
18754575    +K.C. Whittemore,   C/O CA Whittemore,    10 Mason Pond Place,   Spring, TX 77381-3191
18754577    +KCS Automation, LLC,    4 Portofino Drive,   Unit 1103,   Pensacola Beach, FL 32561-5408
18754586     KMR Investments LLC,   Attn  Tim Brown,    PO Box 417,   Homer, LA 71040-0417
18768523    +KMR Investments, LLC,    P.O. Box 417,   Homer, Louisiana 71040-0417
18754578    +Kelley Brothers Contractors, Inc.,    P.O. Drawer 1079,   Waynesboro, MS 39367-1079
18754579    +Kelton Company, L.L.C.,   Attn  Thomas W. Sylte, Manager,    P.O. Box 230,
             Pensacola, FL 32591-0230
18754580     Key Energy Services, Inc.,    d/b/a Key Energy Services, LLC,    P.O. Box 4649,
             Houston, TX 77210-4649
18765883    +Key Rite Security,    5570 East Yale Avenue,   Denver, CO 80222-6907
18754581    +Keystone Engineering, Inc.,    1100 West Causeway Approach,   Mandeville, LA 70471-3038
18754582    +Kingston, LLC,   2790 South Thompson Street Suite 102,   Springdale, AR 72764-6303
18754583    +Kirk Weaver Contract Pumping, Inc.,    P.O. Box 385,   Beckville, TX 75631-0385
18754584    +Kirkiez LLC,   3073 Red Deer Trail,   Lafayette, CO 80026-9326
18754585    +Kleinfelder, Inc.,    P.O. Box 51958,   Los Angeles, CA 90051-6258
18754587    +Kodiak Gas Services, LLC,    P.O. Box 732235,   Dallas, TX 75373-2235
18754588    +Kudzu Oil Properties, LLC,    300 Concourse Blvd, Suite 101,   Ridgeland, MS 39157-2091
18765884    +L & L Process Solutions, Inc.,    3748 Industrial Park,   Mobile, AL 36693-5636
```

```
18795297     +L. Jackson Lazarus,  P O Box 1286,  106 S Wall Street,  Natchez, MS 39120-3477
18754593     +LCJ Resources, LLC,  Attn Chris Wilde,  1250 N.E. Loop 410 STE 333,
              San Antonio, TX 78209-1544
18765886     +LJD Enterprises, Inc.,  ATTN: Louis J. Dellacava,  2595 Canyon Boulevard,  Suite 230,
              Boulder, CO 80302-6737
18754589     +Landmark Exploration, LLC,  P.O. Box 12004,  Jackson, MS 39236-2004
18754590     +Landmark Oil and Gas, LLC,  P.O. Box 12004,  Jackson, MS 39236-2004
18754591     +Lane Oil & Gas Corporation,  Attn Nick Sacco,  952 Echo Lane, Suite 315,
              Houston, TX 77024-2791
18765885      LaserCycle USA,  528 South Taylor Avenue,  Louisville, CO 80027-3030
18754592     +Lawrence M. Cushman Trust,  Lawrence M. Cushman, Trustee,  591 Camino de la Reina, Suite 900,
              San Diego, CA 92108-3199
18754594     +Lechwe LLC,  P.O. Box 270415,  Houston, TX 77277-0415
18754595      Liberty Supply, Inc.,  P.O. Box 489,  Magnolia, AR 71754-0489
18765887     +Lonewolf Energy, Inc.,  P.O Box 81026,  Billings, MT 59108-1026
18765888      Louisiana  Edwards Tower Louisiana,  Tower Operating, LLC,  7020 Solutions Center,
              Chicago, IL 60677-7000
18765889      Louisiana One Call System,  P.O. Box 40715,  Baton Rouge, LA 70835-0715
18765890     +Louisiana Tower Operating,  c/o Kean Miller,  ATTN: Mark Mese,  II City Plaza,
              400 Convention Street,  Baton Rouge, LA 70802-5614
18754598     +Lucas Petroleum Group, Inc.,  327 Congress Avenue, Suite 500,  Austin, TX 78701-3656
18754599     +Lufkin Industries, Inc.,  P.O. Box 301199,  Dallas, TX 75303-1199
18766740     +M & G Enterprises, Inc.,  dba Engineering Service,  Attn: Mary Parker,  PO BOX 180429,
              Richland, MS 39218-0429
18754609     +MER Energy, Ltd.,  6500 Greenville Ave, Ste 110,  Dallas, TX 75206-1008
18754618     +MJS Interests, LLC,  9266 Hathaway Street,  Dallas, TX 75220-2228
18754600     +Marco Land & Petroleum, Inc.,  Attn  Mr. Cosby H. Martin, Jr.,  2811 Keego Road,
              Brewton, AL 36426-8058
18754601     +Marksco, L.L.C.,  Attn  Mark Sealy,  333 Texas Street, Suite 1050,
              Shreveport, LA 71101-3680
18754602     +Marty Cherry Enteprise LLC,  P.O. Box 370,  Fouke, AR 71837-0370
18754603     +Masco Wireline, Inc.,  P.O. Box 2726,  Laurel, MS 39442-2726
18754604     +McAdams Propane Company,  P.O. Box 1715,  Center, TX 75935-1715
18754605     +McCombs Energy Ltd., LLC,  755 East Mulberry Ave, Suite 600,  San Antonio, TX 78212-6013
18754606     +McCurry, Tim,  219 Millerton Road,  Haynesville, LA 71038-7462
18754607     +McDavid, Noblin & West PLLC,  248 East Capital Street,  Suite 840,  Jackson, MS 39201-2505
18754608     +McDowell, Miles,  418 Lowell Court,  Shreveport, LA 71115-2915
18761122     +Mega Oil Corporation,  PO Box 1793,  Kilgore, TX 75663-1793
18765892     +Mendozas Barrier Fence Co.,  P.O. Box 388,  Brewton, AL 36427-0388
18754610     +Merchants Credit Bureau of Savannah,  Merchants Credit Bureau, Inc.,  P.O. Bxo 458,
              Augusta, GA 30903-0458
18754611     +Mercury Oil Company, LLC,  1221 W Campbell Rd,  Ste 233,  Richardson, TX 75080-2942
18754612     +Meritage Energy, Ltd.,  C/O BKD, LLP,  2700 Post Oak Blvd, Ste 1500,  Houston, TX 77056-5829
18754613     +Mesa Fluids, LLC,  c/o Juno Financial,  P.O. Box 173928,  Denver, CO 80217-3928
18754617     +Mississippi Gauge & Supply Co.,  P.O. Box 2366,  Laurel, MS 39442-2366
18765893      Mississippi Power,  P.O. Box 245,  Birmingham, AL 35201-0245
18754619     +Moncla Slickline, LLC,  P.O. Box 53688,  Lafayette, LA 70505-3688
18754620      Montana Department of Revenue,  PO Box 6577,  Helena, MT 59604-6577
18754621     +Mountain Air Enterprises, LLC,  820 Garrett Drive,  Bossier City, LA 71111-2500
18754622     +Murkco Exploration Co., L.L.C.,  Attn  Malcolm Murchison,  401 Edwards Street, Suite 1000,
              Shreveport, LA 71101-5529
18754623     #+Music Mountain Water, LLC,  P.O. Box 2252,  Birmingham, AL 35246-0031
18754624      National Oilwell DHT, LP,  Wells Fargo Bank, N.A.,  P.O. Bxo 201153,  Dallas, TX 75320-1153
18754625      National Oilwell Varco Wells Fargo Bank,  P.O. Box 201224,  Dallas, TX 75320-1224
18765894      Navasota Valley Electric Cooperative,  P.O. Box 848,  Franklin, TX 77856-0848
18765895     +New Benefits Ltd.,  P.O. Box 803475,  Dallas, TX 75380-3475
18754626     +New London Contractors, Inc.,  P.O. Box 228,  New London, TX 75682-0228
18754627     +Nex Tier Completion Solutions, Inc.,  P.O. Box 733404,  Dallas, TX 75373-3404
18754628     +Nine Forks LLC,  Attn  Larry L. Hock,  PO Box 670,  Minden, LA 71058-0670
18754629     +Noble Casing, Inc.,  125 South Howes Street,  Suite 800,  Fort Collins, CO 80521-2746
18754630     +Noble Drilling, LLC,  125 South Howes Street,  Suite 800,  Fort Collins, CO 80521-2746
18754631      Northstar Drillstem Testers, Inc.,  2410A - 2 Avenue SE,  Calgary, WV 26000
18754632     +Northstar Producing I, Ltd.,  Terry Stanislav,  1681 River Road Apt. 3108,
              Boerne, TX 78006-8317
18754633      Office of the Attorney General,  US Department of Justice,  950 Pennsylvania Avenue, NW,
              Suite 4400,  Washington, DC 20530-0001
18754636      Office of the US Attorney,  District of Colorado,  1801 California Street, Suite 1600,
              Denver, CO 80202-2628
18754638      Oil States Energy Services, LLC,  P.O. Box 203567,  Dallas, TX 75320-3567
18754639     +Oilfield Partners Energy Services, LLC,  P.O. Box 40,  Henrietta, TX 76365-0040
18754640     +Olson Energy Services, LLC,  5289 139th Avenue NW,  Williston, ND 58801-9588
18754641     +Omega Oilfield Service Co. MEGA,  P.O. Box 1793,  Kilgore, TX 75663-1793
18765896     +Owassa Brownsville Water Authority,  P.O. Box 544,  Evergreen, AL 36401-0544
18754642      P2 Energy Soluuions,  P2ES Holdings, LLC 2692,  P.O. Box 912692,  Denver, CO 80291-2692
18754643      Pam Lin Corporation,  PO Box 50635,  Midland, TX 79710-0635
18754644     +Panther Pressure Testers, Inc.,  P.O. Box 1109,  Watford City, ND 58854-1109
18754645     +Parkman's Painting & Bush Hogging,  2294 Highway 563,  Simsboro, LA 71275-3606
18754646     +Pason Systems USA Corp.,  7701 West Little York,  Houston, TX 77040-5493
18754648     +Patrick J. McBride,  501 Seville Circle,  El Dorado Hills, CA 95762-7237
18754649      Paula W. Denley LLC,  PO Box 720548,  Byram, MS 39272-0548
```

```
18754650    +Pearl Parkway, LLC,   LJD Enterprises, Inc.,   2595 Canyon Boulevard,   Suite 230,
             Boulder, CO 80302-6737
18754651     Petroleum Investments Inc.,   416 Travis Street, Ste. 612,   Shreveport, LA 71101-5502
18754652     Petroleum Services, Inc.,   d/b/a Mike Palmer Petroleum Services Inc,   P.O. Box 1486,
             Williston, ND 58802-1486
18754653    +Phillips, Mike,   P.O. Box 1450,   Mexia, TX 76667-1450
18754654    +Pickens Financial Group, LLC,   10100 N. Central Expressway,   Ste 200,   Dallas, TX 75231-4169
18754655    +Pine Iisland Chemical Solutions, LLC,   P.O. Box 53393,   Lafayette, LA 70505-3393
18772638    +Pine Island Chemical Solutions, L.L.C.,   Post Office Box 53393,   Lafayette, LA 70505-3393
18754656     Pioneer Wireline Services, LLC,   P.O. Box 202567,   Dallas, TX 75320-2567
18765897     Pitney Bowes,   P.O. Box 371896,   Pittsburgh, PA 15250-7896
18765898    +Pitney Bowes Global Financial Services,   P.O. Box 371887,   Pittsburgh, PA 15250-7887
18754657     Pitney Bowes Purchase Power,   P.O. Box 371874,   Pittsburgh, PA 15250-7874
18754658    +Pitts Swabbing Service, Inc.,   P.O. Box 554,   Laurel, MS 39441-0554
18754659    +Plains Gas Solutions,   Plains All American Pipeline, LP,   333 Clay Street,   Suite 1600,
             Houston, TX 77002-4101
18754660    +Plante & Morgan, PLLC,   16060 Collections Center Drive,   Chicago, IL 60693-0160
18754661     Precise Propellant Stimulation, LLC,   5354 Highway 171,   Gloster, LA 71030-3108
18777558    +Precise Propellant Stimulation, LLC,   PO Box 157,   Gloster, LA 71030-0157
18765899     Precision Signs,   P.O. Box 285,   Shreveport, LA 71162-0285
18754662     Premium Oilfield Services, LLC,   P.O. Box 203763,   Dallas, TX 75320-3763
18765900    +Presley, Deloris,   309 North Pine Street,   Brewton, AL 36426-1221
18754663    +Pressure Control Innovations, LLC,   P.O. Box 2115,   Laurel, MS 39442-2115
18754664     Pro-Tek Field Services, LLC,   P.O. Box 919269,   Dallas, TX 75391-9269
18754665    +Process Piping Materials, Inc.,   P.O. Box 1167,   Youngsville, LA 70592-1167
18754666    +Pruet Oil Company, LLC,   217 West Capitol St. Ste 201,   Jackson, MS 39201-2099
18754667     Pruet Production Co.,   P.O. Box 11407,   Birmingham, AL 35246-1129
18754669    +Quitman Tank Solutions, LLC,   P.O. Box 90,   502 South Archusa Avenue,
             Quitman, MS 39355-2330
18754670    +R & E Electric Services Electric,   A&R Enterprises,   P.O. Box 2000,   Kilgore, TX 75663-2000
18754671    +R & R Rentals & Hot Shot, Inc.,   P.O. Box 1161,   Laurel, MS 39441-1161
18754691    +RSM US LLP,   5155 Paysphere Circle,   Chicago, IL 60674-0001
18754693    +RWLS, LLC,   d/b/a Renengade Services,   P.O. Box 862,   Levelland, TX 79336-0862
18765901     Railroad Commission of Texas,   P-5 Financial Assurance Unit,   P.O. Box 12967,
             Austin, TX 78711-2967
18754672    +Rapad Drilling & Well Service, Inc.,   217 West Capitol Street,   Suite 201,
             Jackson, MS 39201-2004
18754673    +Rapad Well Service Co., Inc.,   217 West Capitol Street,   Jackson, MS 39201-2004
18754674    +Rawls Resources, Inc.,   Attn  Mr. Jim Rawls,   P.O. Box 2238,   Ridgeland, MS 39158-2238
18754675     Reagan Equipment Co., Inc.,   Department AT 952461,   Atlanta, GA 31192-2461
18754676    +Red Diamond Services, LLC,   RDOS Holdings, LLC,   P.O. Box 1029,   Waskom, TX 75692-1029
18765902    +RedWave Energy, Inc.,   ATTN: Jim Nelson,   1041 Mackenzie Place,   Wheaton, IL 60187-3333
18754677    +Regard Resources Company, Inc.,   555 Aero Drive,   Shreveport, LA 71107-6941
18754678    +Register Oilfield Services, Inc.,   P.O. Box 960,   Logansport, LA 71049-0960
18765903     Republic Services #808,   P.O. Box 9001099,   Louisville, KY 40290-1099
18754679    +Resource Ventures, LLC,   Attn Mark A. Arnold,   7112 W Jefferson Ave,   Suite 106,
             Lakewood, CO 80235-2300
18754680    +Richard E. Johnson, Inc.,   P.O. Box 111,   Waynesboro, MS 39367-0111
18754681    +Richard S. Logan Trucking, Inc.,   P.O. Box 2900,   Mills, WY 82644-2900
18765904    +Ricoh Americas Corporation,   300 Eagleview Blvd.,   Exton, PA 19341-1155
18765905    +Ricoh USA, Inc.,   P.O. Box 660342,   Dallas, TX 75266-0342
18754682    +Robco Fossil Fuels, LLC,   Attn  Steve White,   4830 Line Ave #135,   Shreveport, LA 71106-1530
18754683    +Roberson Trucking Co., Inc.,   672 Three Creeks Road,   Junction City, AR 71749-8623
18754684    +Robert C. McMillan 2011 Rev Trust,   Trustmark Nat'l Bank, Trustee,   PO Box 291 STE 1030,
             Attn  Chip Walker, Personal Trust Dept.,   Jackson, MS 39205-0291
18754685    +Robert Israel,   2920 6th Street,   Boulder, CO 80304-3012
18754686    +Robert Israel Trust UW Joan Israel,   R. Israel,L. Israel &D. Israel, Trustees,
             2920 6th Street,   Boulder, CO 80304-3012
18754687    +Robin USA, Inc.,   5751 English Turn Drive,   Milton, FL 32571-9545
18754688    +Robine & Welch Machine & Tool Company,   P.O .Box 252,   Laurel, MS 39441-0252
18754689    +Rosebud Energy Development, LLC,   William E. Nicas,   375 Deer Meadow Lane,
             Littleton, CO 80124-9712
18777432    +Rowe Engineering & Surveying,   c/o Jennifer S. Holifield,
             Speegle, Hoffman, Holman & Holifield, LL,   P.O. Box 11,   Mobile, AL 36601-0011
18754690    +Rowe Engineering & Surveying, Inc.,   3502 Laughlin Drive,   Suite B,   Mobile, AL 36693-5660
18754692    +Rudman Family Trust,   Tara Rudman, Co-Trustee,   5910 North Central Expressway,   Ste 1662,
             Dallas, TX 75206-0965
18754694    +Ryco Exploration, LLC,   401 Edwards Street, Ste 915,   Shreveport, LA 71101-5553
18754695    +S&S Construction, LLC,   P.O. Box 859,   Flomaton, AL 36441-0859
18754697    +SDMF Holdings, LLC,   Attn  Andrew Dossett,   5222 Stonegate Road,   Dallas, TX 75209-2212
18754714    +SPOC Automation, Inc.,   P.O. Bxo 1024,   Trussville, AL 35173-6024
18754715    +SRT Oil Field Service, LLC,   P.O. Box 2909,   Laurel, MS 39442-2909
18754696     Sawyer Drilling & Service Inc.,   PO Box 5275,   Bossier City, LA 71171-5275
18754698     Secorp Industries,   P.O. Box 687,   Ridgeland, MS 39158-0687
18755295    +Securities and Exchange Commission,   Central Regional Office,   1961 Stout St.,   Ste. 1700,
             Denver CO 80294-1700
18754699     Sequel Electrical Supply, LLC,   P.O. Box 3579,   Meridian, MS 39303-3579
18754700    +Service Electric d/b/a A&R Enterprises,   P.O. Box 2000,   Kilgore, TX 75663-2000
18754701    +Sesnon Oil Company,   100 Bush Street, Ste #550,   San Francisco, CA 94104-3903
18754703    +Shore Energy, L.P.,   W. Tim Sexton, President,   26 Crestwood Drive,   Houston, TX 77007-7007
```

```
18754704      Shred-it USA - Shreveport,   28883 Network Place,   Chicago, IL 60673-1288
18754705     +Shreveport Club,   410 Travis Street,   Shreveport, LA 71101-3105
18754706     +Shreveport Petroleum Data Assoc.,   333 Texas Street,   Suite 900,   Shreveport, LA 71101-3678
18754707      Simba Investors, LLC,   Attn Gary Glesby,   P.O. Box 270415,   Houston, TX 77277-0415
18765906     +Sleeping Buffalo,   P.O. Box 131,   Saco, MT 59261-0131
18754708     +Slickline South, LLC,   1652 Dykestown Road,   Jay, FL 32565-2031
18754709      Smith International, Inc.,   P.O. Box 732136,   Dallas, TX 75373-2136
18754710     +Southern Erosion Control Ownership,   Tracey Fillmore,   P.O. Box 969,
               Flomaton, AL 36441-0969
18765907     +Southern Pine Electric Cooperative,   P.O. Box 528,   Brewton, AL 36427-0528
18754711     +Southern Propane, Inc.,   P.O. Box 530,   Taylorsville, MS 39168-0530
18765908      Southwestern Electric Power Company,   P.O. Box 371496,   Pittsburgh, PA 15250-7496
18754712     +Spanish Fort Royalty, LLC,   P.O. Box 7429,   Spanish Fort, AL 36577-7429
18754716      Staples Business Credit,   P.O. Box 105638,   Atlanta, GA 30348-5638
18765909     +State Line Vacuum Service, Inc.,   10656 Highway 79,   Haynesville, LA 71038-5608
18754717      State of Colorado,   Division of Securities,   1560 Broadway, Suite 900,
               Denver, CO 80202-5150
18754718     +Stateside Oil, Inc.,   Attn Nick Sacco,   952 Echo Lane, Suite 315,   Houston, TX 77024-2791
18765910     +Stewarts Testing, Inc.,   Alpha Leak Detection Services, Inc.,   304 Meadow Lane,
               Kemah, TX 77565-3027
18754719     +Stone Development, LLC,   Attn L. C. Cheramie, Manager,   PO Box 12004,
               Jackson, MS 39236-2004
18754720     +Stoneham Drilling Corporation,   707 17th Street,   Suite 3250,   Denver, CO 80202-3433
18754721      Strago Petroleum Corporation,   3209 Hamm Road,   Pearland, TX 77581-5503
18754722      Stratum Reservoir Intermediate, LLC,   P.O. Box 734607,   Dallas, TX 75373-4607
18754724     +Stroud Family LLC,   333 Texas Street Suite 860,   Shreveport, LA 71101-5302
18754725     +Sugar Oil Properties, L.P.,   Attn Mr. Mickey Quinlan, President,
               625 Market Street, Suite 100,   Shreveport, LA 71101-5392
18754726      Support.com Accounts Receivable,   Dept. CH-10967,   Palatine, IL 60055-0967
18765911     +Support.com, Inc.,   ATTN: Chief Financial Officer,   900 Chesapeake Drive,   2nd Floor,
               Redwood City, CA 94063-4727
18754727      Sutton Lloyd,   1425 West 23rd Avenue,   Denver, CO 80205
18754728     +T & T Communications,   P.O. Box 279,   Ellisville, MS 39437-0279
18754729     +T & T Welding Service,   P.O. Box 279,   Ellisville, MS 39437-0279
18754730     +T.A. Leonard,   7817 Petersen Point Road,   Milton, FL 32583-8599
18754731     +T.M. McCoy & Co., Inc.,   P.O. Box 608,   Wilson, WY 83014-0608
18754732     +T.W. McGuire & Associates, Inc.,   Petroleum Engineers,   P.O. Box 1763,
               Shreveport, LA 71166-1763
18754735     +TCP Cottonwood, L.P.,   333 Texas Street, Suite 2020,   Shreveport, LA 71101-3680
18754737     +TCP Specialists, LLC,   P.O. Box 157,   Gloster, LA 71030-0157
18754736     +TCP Specialists, LLC,   P.O. Box 19574,   Shreveport, LA 71149-0574
18754738    ++TEXAS COMPTROLLER OF PUBLIC ACCOUNTS,   REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION,
               PO BOX 13528,   AUSTIN TX 78711-3528
              (address filed with court: Texas Comptroller,   111 East 17th Street,   Austin, TX 78701)
18759396      TOOLPUSHERS SUPPLY CO,   PO BOX 1714,   CASPER, WY 82602-1714
18754733     +Tara Rudman Revocable Trust,   Tara Rudman, Trustee,   5910 North Central Expressway, Ste 1662,
               Dallas, TX 75206-0965
18754734     +Tauber Exploration & Production Co,   55 Waugh Drive, Suite 600,   Houston, TX 77007-5837
18754739     +The Coleman Revocable Living Trust,   4600 Greenville Avenue, Suite 300,
               Dallas, TX 75206-5038
18754740     +The Financials.com LLC,   1868 Wildcat Cove,   Fort Pierce, FL 34949-8889
18754741      The Hiller Companies, Inc.,   P.O. Box 935434,   Atlanta, GA 31193-5434
18754743     +The MR Trust,   Attn Wes Herndon,   6500 Greenville Ave,   Ste 110,   Dallas, TX 75206-1008
18754744     +The Rudman Partnership,   W.R. Trey Sibley, III,   4851 LBJ Freeway, Ste 210,
               Dallas, TX 75244-6018
18754745      Thompson Gas,   P.O. Box 9896511,   Boston, MA 02298-6511
18754746      Tiembo Ltd,   Attn Mark Rauch,   PO Box 270415,   Houston, TX 77277-0415
18765912      Tim Ross/William Timothy Ross,   10044 State Highway,   Troup, TX 75789
18754747     +Tom Joiner & Associates, Inc.,   P.O. Box 1490,   Tuscaloosa, AL 35403-1490
18754748      Tom Youngblood,   PO Box 5926,   Shreveport, LA 71135-5926
18768525     +Tommy Youngblood,   P.O. Box 5926,   Shreveport, Louisiana 71135-5926
18754749     +Tool Pushers Supply Co.,   P.O. Box 1714,   Casper, WY 82602-1714
18754750     +Total Pump & Supply, LLC,   P.O. Box 548,   Carencro, LA 70520-0548
18754751      Total Safety US, Inc.,   P.O. Bxo 654171,   Dallas, TX 75265-4171
18765913     +Town of Arcadia,   P.O. Box 767,   Arcadia, LA 71001-0767
18765914     +TrackNet,   1215 Prytania Street,   New Orleans, LA 70130-4382
18754752     +Trimble Energy, LLC,   Attn James C. Trimble,   11816 Inwood Road #11,
               5855 Milton Street Apt. 405,   Dallas, TX 75206-0043
18754753     +Trinity Exploration LLC,   776 Old Wagon Trail Circle,   Lafayette, CO 80026-8713
18754754     +Triumphant Management, LLC,   Attn Stefano Feo,   3757 Gulf Shores Pkwy,   Suite BA-1,
               Gulf Shores, AL 36542-2759
18754756     +Turner Specialty Services, LLC,   P.O. Box 2750,   Baton Rouge, LA 70821-2750
18779227     +Turner Specialty Services, LLC,   8687 United Plaza Blvd.,   Baton Rouge, LA 70809-7009
18754757     +Twin Bridges Resources LLC,   475 17th Street, Suite 900,   Denver, CO 80202-4009
18754758      UHS Premium Billing,   P.O. Box 94017,   Palatine, IL 60094-4017
18754759     +Ulterra Drilling Technologies. LP,   P.O. Box 733586,   Dallas, TX 75373-3586
18754760     +Union Oilfield Supply, Inc.,   12 John Dykes Road,   Waynesboro, MS 39367-8371
18754761     +Unishippers FRT Performance,   Logistics Group, Inc.,   P.O. Box 4011,
               Greenwood Village, CO 80155-4011
```

```
18754762     +Unishppers DEN Performance,   Logistics Group, Inc.,   P.O. Box 4011,
              Greenwood Village, CO 80155-4011
18765916      Upshur Rural Electric Cooperative,    P.O. Box 6500,   Big Sandy, TX 75755-6500
18754764     +Valley Plains, LLC,   P.O. Box 249,   Woodlawn, TX 75694-0249
18754765     +Vincent A. Zito Petroleum Landman,   505 Bear Drive,   Gulf Breeze, FL 32561-4221
18754766     +W.S. Red Hancock, Inc.,   P.O. Box 207,   Bentonia, MS 39040-0207
18754767     +Warthawg Construction,   d/b/a Warthawg Properties, LP,   520 Honeysuckle Lane,
              Longview, TX 75605-6759
18754768     +Wastewater Disposal Services, Inc.,   P.O. Drawer 649,   Brewton, AL 36427-0649
18754769     +Weatherford Laboratories, Inc.,   ATTN  Kelly Emanual,   2000 St. James Place,
              Houston, TX 77056-4123
18765917     +Western Water Consultants, Inc.,   611 Skyline Road,   Laramie, WY 82070-8909
18754771      Whirlwind Methane Recovery Systems LLC,   3600 Bent Cedar Trail,   Edmond, OK 73034-2049
18754772     +White Resources LLC Oilfield Chemicals,   P.O. Box 17875,   Natchez, MS 39122-7875
18795298     +White Resources, LLC,   P O Box 1286,   106 S Wall Street,   Natchez, MS 39120-3477
18754773     +White's T&J Oilfield Supply, Inc.,   P.O. Box 659,   Highway 84 West,
              Jonesville, LA 71343-0659
18765918     +White, Glen and Glenda,   130 Commanche Trail,   Delhi, LA 71232-6773
18754774     +William R. & Gloria R. Rollo Rev Trust,   W.R. Rollo & G.R. Rollo, Co-Trustees,   P.O. Box 894,
              Milton, FL 32572-0894
18754775     +Wimberley Park Ltd.,   Attn  Peter M. Way,   PO Box 36530,   Houston, TX 77236-6530
18754776     +Wyoming Department of Revenue,   122 West 25th Street, Suite E301,   Herschler Building East,
              Cheyenne, WY 82002-0001
18765920     +Your Message Center, Inc.,   3181 Old Redlick Road,   Texarkana, TX 75503-5084
18770838     +ZAP Engineering & Construction Services, Inc.,   333 S Allison Parkway, Suite 100,
              Lakewood, CO 80226-3115
18765921     +ZAP Engineering and Construction,   333 South Allison Parkway,   Lakewood, CO 80226-3115
18754777     +Zedi USA,   P.O. Box 51475,   Lafayette, LA 70505-1476

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/Text: tim.swanson@moyewhite.com Jun 16 2020 02:50:22    Alabama Oil Company,
              c/o Timothy M Swanson,   Moye White LLP,   1400 16th Street, 6th Floor,   Denver, CO 80202
cr           +E-mail/Text: cmccord@mccordprod.com Jun 16 2020 02:47:05    CTM 2005, Ltd.,
              55 Waugh Drive, Suite 515,   Houston, TX 77007-5840
cr           +E-mail/Text: bankruptcy@coag.gov Jun 16 2020 02:50:26    Colorado Department of Law,
              1300 Broadway, 8th Floor,   Denver, CO 80203-2104
cr            E-mail/Text: tim.swanson@moyewhite.com Jun 16 2020 02:50:36    Kudzu Oil Properties, LLC,
              c/o Timothy M. Swanson,   Moye White LLP,   1400 16th Street, 6th Floor,   Denver, CO 80202
18765852     +E-mail/Text: g17768@att.com Jun 16 2020 02:47:14    AT&T,   P.O. Box 105262,
              Atlanta, GA 30348-5262
18754403     +E-mail/Text: walker@duewest1857.com Jun 16 2020 02:47:09    Alabama Oil Company,
              Attn  Walker Sturdivant, Partner,   P.O. Box 230,   Glendora, MS 38928-0230
18803793      E-mail/Text: ally@ebn.phinsolutions.com Jun 16 2020 02:47:02    Ally Bank,   PO Box 130424,
              Roseville, MN 55113-0004
18765851      E-mail/Text: ally@ebn.phinsolutions.com Jun 16 2020 02:47:02    Ally Payment Processing Center,
              P.O. Box 9001948,   Louisville, KY 40290-1948
18754465     +E-mail/Text: cmccord@mccordprod.com Jun 16 2020 02:47:05    CTM 2005, Ltd.,
              Attn  Charles T. McCord, III,   55 Waugh Drive #515,   Houston, TX 77007-5840
18765860      E-mail/Text: bmg.bankruptcy@centurylink.com Jun 16 2020 02:47:56    Century Link,
              P.O. Box 91155,   Seattle, WA 98111-9255
18765861      E-mail/Text: bmg.bankruptcy@centurylink.com Jun 16 2020 02:47:56    Century Tel/Century Link,
              P.O. Box 4300,   Carol Stream, IL 60197-4300
18809753      E-mail/Text: coastalcredit@brenntag.com Jun 16 2020 02:50:28    Coastal Chemical Co LLC,
              3520 Veterans Memorial Dr,   Abbeville, LA 70510-5708
18754454      E-mail/Text: coastalcredit@brenntag.com Jun 16 2020 02:50:28    Coastal Chemical Co., LLC,
              Department 2214,   P.O. Box 122214,   Dallas, TX 75312-2214
18755293     +E-mail/PDF: dor_tac_bankruptcy@state.co.us Jun 16 2020 02:59:48
              Colorado Department of Revenue,   1375 Sherman St.,   Room 504,   Attention Bankruptcy Unit,
              Denver CO 80261-3000
18754457     +E-mail/PDF: dor_tac_bankruptcy@state.co.us Jun 16 2020 02:59:48
              Colorado Department of Revenue,   1375 Sherman Street, Room 511,   Denver, CO 80261-2200
18754467      E-mail/Text: daboilresources@gmail.com Jun 16 2020 02:47:07    Daboil Resources, LC,
              David A Barlow, Member,   321 Paseo Encinal Street,   San Antonio, TX 78212
18754410      E-mail/Text: daboilresources@gmail.com Jun 16 2020 02:47:07    Ansaben Trust,
              David A. Barlow, Trustee,   321 Paseo Encinal St.,   San Antonio, TX 78212
18754475     +E-mail/Text: robert@dsvconsult.com Jun 16 2020 02:47:09    Delta S Ventures LP,
              615 Longview Drive,   Sugar Land, TX 77478
18754493     +E-mail/Text: Cori@eldoradosprings.com Jun 16 2020 02:50:36    Eldorado Artesian Springs,
              1783 Dogwood Street,   Louisville, CO 80027-3085
18754504      E-mail/Text: OGCBankruptcy@floridarevenue.com Jun 16 2020 02:46:55
              Florida Department of Revenue,   P. O. Box 6668,   Tallahassee, FL 32314-6668
18754525      E-mail/Text: plupo1234@gmail.com Jun 16 2020 02:47:00    Granite Creek Partners, LLC,
              Attn  L. Patrick Lupo,   PO Box 639,   Teton Village, WY 83025-0639
18754528      E-mail/Text: j.mikel.cheeseman@gmail.com Jun 16 2020 02:47:11
              Gulf Coast Land Services, Inc.,   6033 Paige Point Drive,   Milton, FL 32570
18754542      E-mail/Text: BankruptcyNotices@hughes.com Jun 16 2020 02:46:53    Hughes Network Systems, LLC,
              P.O. Box 96874,   Chicago, IL 60693-6874
18754546      E-mail/Text: bkynotifications@ihs.com Jun 16 2020 02:50:10    IHS Global, Inc.,
              P.O. Box 847193,   Dallas, TX 75284-7193
```

```
District/off: 1082-1          User: admin          Page 9 of 13          Date Rcvd: Jun 15, 2020
                              Form ID: pdf904       Total Noticed: 518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
18755294          E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 16 2020 02:47:24      IRS,   PO Box 7346,
                  Philadelphia PA 19101-7346
18754552          E-mail/Text: bankruptcy2@ironmountain.com Jun 16 2020 02:48:03
                  Iron Mountain Records Management,   P.O. Box 915004,   Dallas, TX 75391-5004
18754596         +E-mail/Text: LDRBankruptcy.EBN@la.gov Jun 16 2020 02:46:58      Louisiana Department of Revenue,
                  P.O. Box 201,   Baton Rouge, LA 70821-0201
18799969          E-mail/Text: LDRBankruptcy.EBN@la.gov Jun 16 2020 02:46:58      Louisiana Department of Revenue,
                  PO Box 66658,   Baton Rouge, LA 70896-6658
18754597         +E-mail/Text: LDRBankruptcy.EBN@la.gov Jun 16 2020 02:46:58      Louisiana Department of Revenue,
                  617 North Third Street,   Baton Rouge, LA 70802-5432
18765891         +E-mail/Text: Jackie_Smith@mediacomcc.com Jun 16 2020 02:46:42      Mediacom,   P.O. Box 71219,
                  Charlotte, NC 28272-0121
18754615          E-mail/Text: mbeard@taylorconstruction.net Jun 16 2020 02:47:11
                  Mid South Anchor Service, LLC,   P.O. Box 2434,   Laurel, MS 39442
18754614          E-mail/Text: litigationintake@metlife.com Jun 16 2020 02:50:19
                  Metropolitan Life Insurance Company,   P.O. Box 804466,   Kansas City, MO 64180-4466
18759157          E-mail/Text: BANKRUPTCY@DOR.MS.GOV Jun 16 2020 02:47:41      Mississippi Department of Revenue,
                  Bankruptcy Section,   P.O. Box 22808,   Jackson, MS 39225-2808
18754616          E-mail/Text: BANKRUPTCY@DOR.MS.GOV Jun 16 2020 02:47:41      Mississippi Department of Revenue,
                  P.O. Box 1033,   Jackson, MS 39215-1033
18754635         +E-mail/Text: bankruptcy@coag.gov Jun 16 2020 02:50:26      Office of the Attorney General,
                  State of Colorado,   1300 Broadway,   Denver, CO 80203-2104
18754668          E-mail/Text: karen@pryorpackers.com Jun 16 2020 02:47:06      Pryor Packers, Inc.,
                  P.O. Box 2754,   Laurel, MS 39442
18754647         +E-mail/Text: krudolph@pathfinderinspections.com Jun 16 2020 02:50:24
                  Pathfinder Inspections & Field Services,   P.O. Box 3889,   Gillette, WY 82717-3889
18795370         +E-mail/Text: bankruptcy@pb.com Jun 16 2020 02:50:13      Pitney Bowes Inc,
                  27 Waterview Dr, 3rd Fl,   Shelton CT 06484-4361
18754702          E-mail/Text: bsale@saleproperties.com Jun 16 2020 02:47:11      Shadow Hill, LLC,
                  P.O. Box 6212,   Bossier City, LA 71171-6212
18754713          E-mail/Text: ar@spl-inc.com Jun 16 2020 02:47:13      SPL, Inc.,   d/b/a Banded Iron Group,
                  P.O. Box 842013,   Dallas, TX 75284-2013
18755296         +E-mail/Text: bankruptcynoticeschr@sec.gov Jun 16 2020 02:47:39
                  Securities and Exchange Commission,   Midwest Regional Office,   175 W. Jackson Blvd.,
                  Ste. 900,   Chicago IL 60604-2815
18763633         +E-mail/Text: ar@spl-inc.com Jun 16 2020 02:47:13      Southern Petroleum Laboratories, Inc.,
                  8850 Interchange Drive,   Houston, TX 77054-2511
18779431          E-mail/Text: bankruptcy@revenue.alabama.gov Jun 16 2020 02:50:19
                  State of Alabama, Department of Revenue,   Legal Division,   P.O. Box 320001,
                  Montgomery, AL 36132-0001
18754723          E-mail/Text: laketag@striclan.com Jun 16 2020 02:50:20      Stric-Lan Companies, LLC,
                  P.O. Box 62288,   Lafayette, LA 70596-2288
18754755         +E-mail/Text: tracy328@aol.com Jun 16 2020 02:47:11      TST Energy, LLC,
                  Tracy S. Toups, Manager,   3238 Barksdale Blvd,   Bossier City, LA 71112-3534
18754742          E-mail/Text: jcarmichael@mcphersonoil.com Jun 16 2020 02:47:14
                  The McPherson Companies, Inc.,   P.O. Box 890145,   Charlotte, NC 28289-0145
18765915          E-mail/Text: ar@oildex.com Jun 16 2020 02:50:31      TransZap, Inc.,
                  Enverus Business Automation,   Department 3597,   P.O. Box 123597,   Dallas, TX 75312-3597
18754763          E-mail/PDF: sluna@ur.com Jun 16 2020 08:01:01      United Rentals North America , Inc.,
                  P.O. Box 840514,   Dallas, TX 75284-0514
18754770          E-mail/Text: brenda@wellproinc.com Jun 16 2020 02:47:06
                  WellPro Fishing & Rental Tools, Inc.,   WellPro, Inc.,   P.O. Box 2436,
                  Williston, ND 58802-2436
18765919         +E-mail/Text: dharper@yazoovalley.com Jun 16 2020 02:47:57
                  Yazoo Valley Electric Power Association,   P.O. Box 8,   Yazoo City, MS 39194-0008
                                                                                              TOTAL: 50

                  ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp                Armbrecht Jackson, LLP
sp                Berg Hill Greenleaf & Ruscitti, LLP
consult           CR3 Partners
cr                Hall Management, LLC,   4913 Oak Point Drive
18754409          Anderson, Kim
18781364          Eastern Fishing & Rental Tool Company, Inc.
18754516          Gardner, Marie
18754576          Kat Eggleston
cr*              +Barnette & Benefield, Inc.,   PO Box 550,   Haynesville, LA 71038-0550
cr*              +Colorado Department of Revenue,   1375 Sherman St.,   Room 504,   Attention Bankruptcy Unit,
                  Denver, CO 80261-3000
cr*              +Kingston, LLC,   2790 South Thompson Street,   Suite 102,   Springdale, AR 72764-6303
cr*              +Pickens Financial Group, LLC,   10100 N. Central Expressway, Suite 200,   Dallas, TX 75231-4169
18773612*        +American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                  Malvern PA 19355-0701
18797044*        +Complete Environmental & Remediation Company LLC,   P.O. Box 1079,   Waynesboro, MS 39367-1079
18783606*        +Drilling Tools International, Inc,   PO Box 677901,   Dallas, TX 75267-7901
18758062*       ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                  (address filed with court: Ford Motor Credit Company, LLC,   PO Box 6275,   Dearborn, MI 48121)
18754502*         Fletcher Petroleum Company, LLC,   PO Box 2147,   Fairhope, AL 36533-2147
```

```
District/off: 1082-1          User: admin            Page 10 of 13        Date Rcvd: Jun 15, 2020
                              Form ID: pdf904         Total Noticed: 518

                ***** BYPASSED RECIPIENTS (continued) *****
18754551*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,   1999 Broadway,   MS 5012 DEN,
                 Denver, CO 80202-3025)
18754550*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,   Insolvency Unit,   1999 Broadway,
                 MS 5012 DEN,   Denver, CO 80202-3025)
18754548*       Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
18754549*       Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
18754634*       Office of the Attorney General,   US Department of Justice,   950 Pennsylvania Avenue, NW,
                 Suite 4400,   Washington, DC 20530-0001
18754637*       Office of the US Attorney,   District of Colorado,   1801 California Street, Suite 1600,
                 Denver, CO 80202-2628
                                                                         TOTALS: 8, * 15, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2020 at the address(es) listed below:

```
              Amy  Vazquez   on behalf of Creditor   FPCC USA, Inc. avazquez@joneswalker.com
              Armistead Mason Long   on behalf of Creditor   Pine Island Chemical Solutions, L.L.C.
                along@gamb.law
              Barnet B Skelton, Jr   on behalf of Creditor   The Rudman Partnership barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   Pickens Financial Group, LLC barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   Tauber Exploration & Production Company
                barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   Rudman Family Trust barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   CTM 2005, Ltd. barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   Rudman Partnership barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   Feather River 75, LLC barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   MER Energy, LTD barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   MR Oil & Gas, LLC barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   I & L Miss I, LP barnetbjr@msn.com
              Barnet B Skelton, Jr   on behalf of Creditor   Tara Rudman Revocable Trust barnetbjr@msn.com
              Brent R. Cohen   on behalf of Creditor   Fant Energy Limited bcohen@lrrc.com,
                brent-cohen-8759@ecf.pacerpro.com,cmarquez@lrrc.com
              Brian  Rich   on behalf of Creditor   Fletcher Petroleum Corp. brich@bergersingerman.com,
                efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Brian  Rich   on behalf of Creditor   Fletcher Petroleum Company, LLC brich@bergersingerman.com,
                efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Brian  Rich   on behalf of Creditor   Fletcher Exploration, LLC brich@bergersingerman.com,
                efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Bryce  Suzuki   on behalf of Creditor   East-West Bank bryce.suzuki@bclplaw.com,
                tina.daniels@bclplaw.com
              Christopher  Meredith   on behalf of Attorney   Copeland, Cook, Taylor & Bush, P.A.
                cmeredith@cctb.com,  bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Christopher  Meredith   on behalf of Creditor   Eastern Fishing & Rental Tool Company, Inc.
                cmeredith@cctb.com,  bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
              Christopher  Meredith   on behalf of Creditor   PAR Minerals Corporation cmeredith@cctb.com,
                bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Christopher  Meredith   on behalf of Creditor   Coastal Exploration, Inc. cmeredith@cctb.com,
            bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher D. Johnson   on behalf of Creditor Committee   The Official Committee of Unsecured
            Creditors cjohnson@munsch.com,  scurry@munsch.com
          Craig K. Schuenemann   on behalf of Creditor   East-West Bank craig.schuenemann@bryancave.com,
            alicia.berry@bryancave.com,44Team_DEN@bryancave.com
          Craig M. Geno   on behalf of Creditor   Apple River Investments, LLC cmgeno@cmgenolaw.com,
            kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          Craig M. Geno   on behalf of Creditor   Alabama Oil Company cmgeno@cmgenolaw.com,
            kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          Craig M. Geno   on behalf of Creditor   Kudzo Oil Properties, LLC cmgeno@cmgenolaw.com,
            kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          David M. Miller   on behalf of Creditor   Bri-Chem Supply Corp., LLC dmiller@spencerfane.com,
            nschacht@spencerfane.com
          David R Taggart   on behalf of Creditor   JH Howell Interests, LP dtaggart@bradleyfirm.com,
            kburnley@bradleyfirm.com
          David R Taggart   on behalf of Creditor   JF Howell Interests ,LP dtaggart@bradleyfirm.com,
            kburnley@bradleyfirm.com
          Deanna L. Westfall   on behalf of Creditor   Colorado Department Of Revenue
            deanna.westfall@coag.gov,  bncmail@w-legal.com
          Duane  Brescia   on behalf of Attorney   Clark Hill Strasburger dbrescia@clarkhill.com,
            kalexander@clarkhill.com;djaenike@clarkhill.com
          Duane  Brescia   on behalf of Creditor   Seitel Data, Ltd. dbrescia@clarkhill.com,
            kalexander@clarkhill.com;djaenike@clarkhill.com
          Duane  Brescia   on behalf of Creditor   Lucas Petroleum Group, Inc. dbrescia@clarkhill.com,
            kalexander@clarkhill.com;djaenike@clarkhill.com
          Eric  Lockridge   on behalf of Creditor   TCP Cottonwood, L.P. eric.lockridge@keanmiller.com,
            Stephanie.gray@keanmiller.com
          Eric  Lockridge   on behalf of Creditor   AEEC II, LLC eric.lockridge@keanmiller.com,
            Stephanie.gray@keanmiller.com
          Eric  Lockridge   on behalf of Creditor   Anderson Exploration Energy Company, LC
            eric.lockridge@keanmiller.com,  Stephanie.gray@keanmiller.com
          Eric  Lockridge   on behalf of Creditor   Sugar Oil Properties, L.P.
            eric.lockridge@keanmiller.com,  Stephanie.gray@keanmiller.com
          Eric  Lockridge   on behalf of Creditor   Anderson Exploration Energy Company, L.C.
            eric.lockridge@keanmiller.com,  Stephanie.gray@keanmiller.com
          Glenn  Taylor   on behalf of Creditor   Coastal Exploration, Inc. gtaylor@cctb.com
          Glenn  Taylor   on behalf of Creditor   PAR Minerals Corporation gtaylor@cctb.com
          Glenn  Taylor   on behalf of Creditor   Eastern Fishing & Rental Tool Company, Inc.
            gtaylor@cctb.com
          Grant Matthew Beiner   on behalf of Creditor Committee   The Official Committee of Unsecured
            Creditors gbeiner@munsch.com
          James B. Bailey   on behalf of Creditor   Stoneham Drilling Corporation jbailey@bradley.com,
            ashaver@bradley.com
          Jeffrey S. Brinen   on behalf of Debtor   Sklar Exploration Company, LLC jsb@kutnerlaw.com,
            vlm@kutnerlaw.com
          Jeffrey S. Brinen   on behalf of Debtor   Sklarco, LLC jsb@kutnerlaw.com,  vlm@kutnerlaw.com
          Jennifer  Hardy   on behalf of Creditor   JJS Interests Escambia, LLC jhardy2@willkie.com,
            mao@willkie.com
          Jennifer  Hardy   on behalf of Creditor   JJS Interests Steele Kings, LLC jhardy2@willkie.com,
            mao@willkie.com
          Jennifer  Hardy   on behalf of Creditor   JJS Working Interests, LLC jhardy2@willkie.com,
            mao@willkie.com
          Jennifer  Norris Soto   on behalf of Creditor   Barnette & Benefield, Inc.
            jennifersoto@arklatexlaw.com,  curtisshelton@arklatexlaw.com,stephanieparker@arklatexlaw.com
          Jeremy L Retherford   on behalf of Interested Party   Pruet Production Co. jretherford@balch.com,
            kskelton@balch.com,skynerd@pruet.com
          Jeremy L Retherford   on behalf of Creditor   Pruet Oil Company, LLC jretherford@balch.com,
            kskelton@balch.com,skynerd@pruet.com
          Jeremy L Retherford   on behalf of Creditor   Pruet Production Co. jretherford@balch.com,
            kskelton@balch.com,skynerd@pruet.com
          Jim F Spencer, Jr   on behalf of Creditor   Landmark Exploration, LLC jspencer@watkinseager.com,
            mryan@watkinseager.com
          Jim F Spencer, Jr   on behalf of Creditor   Lexington Investments, LLC jspencer@watkinseager.com,
            mryan@watkinseager.com
          Jim F Spencer, Jr   on behalf of Creditor   Landmark Oil and Gas, LLC jspencer@watkinseager.com,
            mryan@watkinseager.com
          Jim F Spencer, Jr   on behalf of Creditor   Stone Development, LLC jspencer@watkinseager.com,
            mryan@watkinseager.com
          John  Cornwell   on behalf of Creditor Committee   The Official Committee of Unsecured Creditors
            jcornwell@munsch.com,  hvalentine@munsch.com
          John Thomas  Oldham   on behalf of Creditor   Kodiak Gas Services, LLC joldham@okinadams.com,
            bmoore@okinadams.com
          Jordan B. Bird   on behalf of Attorney   Cook, Yancey, King & Galloway, APLC
            jordan.bird@cookyancey.com
          Jordan B. Bird   on behalf of Creditor   Franks Exploration Company, LLC
            jordan.bird@cookyancey.com
          Jordan B. Bird   on behalf of Creditor   J&A Harris, LP jordan.bird@cookyancey.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jordan B. Bird   on behalf of Creditor   Hall Management, LLC jordan.bird@cookyancey.com
              Jordan B. Bird   on behalf of Creditor   Kingston, LLC jordan.bird@cookyancey.com
              Jordan B. Bird   on behalf of Creditor   AEH Investments, LLC jordan.bird@cookyancey.com
              Jordan B. Bird   on behalf of Creditor   Bundero Investment Company, LLC
              jordan.bird@cookyancey.com
              Joseph Eric Bain   on behalf of Creditor   FPCC USA, Inc. jbain@joneswalker.com,
              kvrana@joneswalker.com
              Katherine A Ross   on behalf of Creditor   Office of Natural Resources Revenue
              katherine.ross@usdoj.gov,
              USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
              Katherine A Ross   on behalf of Creditor   Bureau of Land Management katherine.ross@usdoj.gov,
              USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
              Katherine Guidry Douthitt   on behalf of Creditor   Dickson Oil & Gas, L.L.C. kdouthitt@bwor.com
              Katherine Guidry Douthitt   on behalf of Creditor C. Bickham Dickson, III kdouthitt@bwor.com
              Keri L. Riley   on behalf of Debtor   Sklar Exploration Company, LLC klr@kutnerlaw.com,
              vlm@kutnerlaw.com
              Keri L. Riley   on behalf of Debtor   Sklarco, LLC klr@kutnerlaw.com,   vlm@kutnerlaw.com
              Kevin S. Neiman   on behalf of Creditor   Plains Marketing, L.P. kevin@ksnpc.com
              Kevin S. Neiman   on behalf of Creditor   Plains Gas Solutions, LLC kevin@ksnpc.com
              Lee M. Kutner   on behalf of Debtor   Sklar Exploration Company, LLC lmk@kutnerlaw.com,
              vlm@kutnerlaw.com
              Lee M. Kutner   on behalf of Debtor   Sklarco, LLC lmk@kutnerlaw.com,   vlm@kutnerlaw.com
              Madison M. Tucker   on behalf of Creditor   FPCC USA, Inc. mtucker@joneswalker.com
              Matthew  Okin   on behalf of Creditor   Kodiak Gas Services, LLC mokin@okinadams.com
              Matthew J. Ochs   on behalf of Creditor   Pruet Oil Company, LLC mjochs@hollandhart.com
              Matthew J. Ochs   on behalf of Creditor   Pruet Production Co. mjochs@hollandhart.com
              Matthew J. Ochs   on behalf of Creditor   RAPAD Well Service Co., Inc. mjochs@hollandhart.com
              Michael  Niles   on behalf of Creditor   Fletcher Petroleum Company, LLC
              mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Michael  Niles   on behalf of Creditor   Fletcher Petroleum Corp. mniles@bergersingerman.com,
              efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Michael  Niles   on behalf of Creditor   Fletcher Exploration, LLC mniles@bergersingerman.com,
              efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Michael D Rubenstein   on behalf of Interested Party   BP America Production Company
              mdrubenstein@liskow.com
              Michael D Rubenstein   on behalf of Interested Party   BPX Properties (NA) LP
              mdrubenstein@liskow.com
              Michael J. Guyerson   on behalf of Creditor   Estate of Pamela Page, Deceased
              mike@kjblawoffice.com, celina@kjblawoffice.com;teresa@kjblawoffice.com
              Michael J. Guyerson   on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com,
              celina@kjblawoffice.com;teresa@kjblawoffice.com
              Paul  Moss   on behalf of U.S. Trustee   US Trustee Paul.Moss@usdoj.gov
              Robert  Padjen   on behalf of Creditor   Colorado Department of Law Robert.padjen@coag.gov
              Robert L Paddock   on behalf of Creditor   Strago Petroleum Corporation rpaddock@buckkeenan.com,
              myers@buckkeenan.com
              Robert L Paddock   on behalf of Creditor   Gateway Exploration, LLC rpaddock@buckkeenan.com,
              myers@buckkeenan.com
              Robert L Paddock   on behalf of Creditor   Harvest Gas Management, LLC rpaddock@buckkeenan.com,
              myers@buckkeenan.com
              Robert L Paddock   on behalf of Creditor   Meritage Energy Ltd rpaddock@buckkeenan.com,
              myers@buckkeenan.com
              Robert L Paddock   on behalf of Creditor   GCREW Properties, LLC rpaddock@buckkeenan.com,
              myers@buckkeenan.com
              Ryan  Lorenz   on behalf of Creditor   Juno Financial LLC RLorenz@ClarkHill.com
              Ryan  Seidemann   on behalf of Creditor   State of Louisiana, Depatment of Natural Resources,
              Office of Mineral Resources seidemannr@ag.louisiana.gov
              Ryco Exploration, LLC.    rsmith.ryco@att.net
              Shay L. Denning   on behalf of Creditor   I & L Miss I, LP sdenning@mbssllp.com
              Shay L. Denning   on behalf of Creditor   CTM 2005, Ltd. sdenning@mbssllp.com
              Shay L. Denning   on behalf of Creditor   Tauber Exploration & Production Company
              sdenning@mbssllp.com
              Shay L. Denning   on behalf of Creditor   Pickens Financial Group, LLC sdenning@mbssllp.com
              Stephen K. Lecholop, II   on behalf of Creditor   McCombs Exploration, LLC slecholop@rpsalaw.com,
              amartinez@rpsalaw.com
              Stephen K. Lecholop, II   on behalf of Creditor   McCombs Energy, Ltd. slecholop@rpsalaw.com,
              amartinez@rpsalaw.com
              Thomas H Shipps   on behalf of Creditor   Feather River 75, LLC tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   Rudman Family Trust tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   The Rudman Partnership tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   Pickens Financial Group, LLC tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   CTM 2005, Ltd. tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   Tara Rudman Revocable Trust tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   MR Oil & Gas, LLC tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   MER Energy, LTD tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   Tauber Exploration & Production Company
              tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   I & L Miss I, LP tshipps@mbssllp.com

```
District/off: 1082-1          User: admin              Page 13 of 13            Date Rcvd: Jun 15, 2020
                              Form ID: pdf904          Total Noticed: 518
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Timothy C. Mohan   on behalf of Creditor   Baker Hughes Holdings, LLC FKA Baker Hughes, a GE
           Company LLC tmohan@foley.com,  tim.mohan4@gmail.com
          Timothy C. Mohan   on behalf of Creditor   Baker Petrolite LLC tmohan@foley.com,
           tim.mohan4@gmail.com
          Timothy C. Mohan   on behalf of Creditor   GE Oil & Gas Pressure Control US tmohan@foley.com,
           tim.mohan4@gmail.com
          Timothy C. Mohan   on behalf of Creditor   Baker Hughes Oilfield Operations LLC tmohan@foley.com,
           tim.mohan4@gmail.com
          Timothy C. Mohan   on behalf of Creditor   Lufkin Industries, LLC tmohan@foley.com,
           tim.mohan4@gmail.com
          Timothy M. Swanson   on behalf of Creditor   Kudzu Oil Properties, LLC tim.swanson@moyewhite.com,
           audra.albright@moyewhite.com
          Timothy M. Swanson   on behalf of Creditor   Kudzo Oil Properties, LLC tim.swanson@moyewhite.com,
           audra.albright@moyewhite.com
          Timothy M. Swanson   on behalf of Creditor   Apple River Investments, LLC
           tim.swanson@moyewhite.com,  audra.albright@moyewhite.com
          Timothy M. Swanson   on behalf of Creditor   Alabama Oil Company tim.swanson@moyewhite.com,
           audra.albright@moyewhite.com
          Timothy M. Swanson   on behalf of Creditor   Alabama Oil & Gas, LLC tim.swanson@moyewhite.com,
           audra.albright@moyewhite.com
          Timothy Michael Riley   on behalf of Attorney   Hopping Green & Sams timothyr@hgslaw.com
          US Trustee   USTPRegion19.DV.ECF@usdoj.gov
                                                                                        TOTAL: 127
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
| Debtor. | ) | |

**FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL, GRANTING
ADEQUATE PROTECTION, AND PROVIDING RELATED RELIEF**

This matter came before the Court on the motion of the above-captioned debtors and

debtors-in-possession for entry of an order authorizing the use of cash collateral [Dkt. No. 34]

(the "<u>Motion</u>").  The Court having considered the Motion, and any oppositions filed thereto;

having held an interim hearing on April 9, 2020, and entered an order granting the Motion on an

interim basis [Dkt. No. 94] (the "<u>First Interim Order</u>"); having held a hearing on April 27, 2020,

and entered an order granting the Motion on a further interim basis [Dkt. No. 189] (the "<u>Second

Interim Order</u>"); having held a hearing on May 11, 2020, and entered an order granting the

Motion on a further interim basis [Dkt. No. 319] (the "<u>Third Interim Order</u>"; and collectively

with the First Interim Order and the Second Interim Order, the "<u>Interim Orders</u>"); having

conducted a final hearing on the Motion on June 11, 2020, and considered any evidence

presented; and after due deliberation, and for good and sufficient cause shown:

**THE COURT HEREBY FINDS AND CONCLUDES** as follows:

A.     <u>Petition Date</u>.  On April 1, 2020 (the "<u>Petition Date</u>"), Sklar Exploration

Company, LLC ("<u>SEC</u>") and Sklarco, LLC ("<u>Sklarco</u>," and collectively with SEC, the

"Debtors") filed respective voluntary petitions for relief under chapter 11, thereby commencing these chapter 11 cases (each a "Bankruptcy Case," and collectively, the "Bankruptcy Cases").

B.       Joint Administration.  On April 2, 2020, the Court entered an order directing the joint administration of the Bankruptcy Cases. [Dkt. No. 8]

C.       Official Committee.   An official committee of unsecured creditors (the "Committee") was appointed in SEC's Bankruptcy Case on April 16, 2020. [Dkt. No. 99] No official committee has been appointed in Sklarco's Bankruptcy Case.

D.       Jurisdiction and Venue.  This Court has jurisdiction over the Bankruptcy Cases and the Motion pursuant to 28 U.S.C. §§ 157(b) and 1334.  The Motion presents a core proceeding as defined in 28 U.S.C. § 157(b)(2).  Venue for the Bankruptcy Cases and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

E.       Notice.  Notice of the Motion and the final hearing thereon was due, proper, and appropriate under the circumstances to prevent immediate and irreparable harm pursuant to Bankruptcy Code §§ 102(1) and 363(c), and Bankruptcy Rules 2002, 4001, and 9014.   No further notice of, or hearing on, the relief granted herein is necessary.

F.       Cash Collateral.   Subject to any future determination by this Court of any competing lien or ownership interest among parties claiming an interest in the Cash Collateral, including without limitation any working interest holder or any of the Objecting Parties as defined in the Interim Orders, as of the Petition Date and subject to the Challenge Period set forth in paragraph 12, all of the Debtors' cash, including the cash in its deposit accounts and other accounts, wherever located, whether as original collateral or proceeds of other Prepetition Collateral (defined below), constitutes Cash Collateral.  For purposes of this Order, the term

2

"Cash Collateral" shall mean and include all "cash collateral," as defined in Bankruptcy Code § 363, in or on which East West Bank, a California state banking corporation ("EWB"), or any third party has a valid and perfected lien, security interest, ownership interest, or other interest in such Cash Collateral (including, without limitation, any adequate protection liens or security interests), and shall include, without limitation: (a) all cash proceeds arising from the collection, sale, lease, or other disposition, use or conversion of any of the Debtors' property, including without limitation proceeds of insurance policies, in or on which EWB or other prepetition secured lenders or interest holders (collectively, the "Prepetition Secured Creditors") have a valid and perfected lien, or a replacement lien, or pursuant to an order of this Court or applicable law or otherwise, and the proceeds generated therefrom whether before or after the commencement of the Bankruptcy Cases; (b) all of the respective deposits, and refund claims of the Debtors on which EWB or the Prepetition Secured Creditors have a valid and perfected lien or replacement lien; and (c) the proceeds of any sale in the ordinary course of the Prepetition Collateral on which EWB or the Prepetition Secured Creditors have a valid and perfected lien or replacement lien, or pursuant to an order of this Court or applicable law.

G.      Debtors' Acknowledgments of East West Bank's Claim and Liens.  In exchange for and in order to induce EWB, in its capacity as lender and as the administrative agent under the parties' credit agreement, to consent to the use of cash collateral as provided herein, the Debtors acknowledge, admit, represent and stipulate, each of which are subject to the rights and limitations set forth in paragraph 12 herein, as follows:

1.      The Prepetition Loan.  On or about June 15, 2018, the Debtors entered into that certain Credit Agreement dated June 15, 2018, for a senior secured revolving credit facility

3

in the maximum amount of $50,000,000 (as supplemented and amended, the "Credit Agreement"), and made that certain Note in favor of EWB (the "Note") in the principal amount of the loan (the "Loan") made by EWB to the Debtors, as provided in the Credit Agreement.  In addition to the Credit Agreement and Note, the Loan is evidenced by, among other things, that certain Pledge and Security Agreement dated June 15, 2018 (the "Security Agreement"), those certain Letters of Credit (the "LCs"), those certain Mortgages, Deeds of Trusts, Assignments of Production, Security Agreements, Financing Statements and Fixture Filings filed or recorded with state, county, or other governmental authorities (collectively, the "Mortgage Documents"), and all other documents and instruments contemplated by the foregoing or in connection with the Loan (all of the foregoing collectively, the "Loan and Security Documents").

By and through the Loan, EWB provided a revolving credit facility to finance the Debtors' business operations on the terms and conditions set forth in the Loan and Security Documents.  Under the Loan and Security Documents, the Debtors are jointly and severally obligated to satisfy all outstanding obligations owed to EWB, including, without limitation, repayment of the Loan and all other amounts owing by the Debtors to EWB under the Loan and Security Documents (collectively, the "Obligations").  As of the Petition Date, the Debtors were indebted to EWB under the Loan in the amount of no less than $22,989,650.74, plus any accrued and unpaid interest and default interest, fees, and expenses (the "Prepetition Indebtedness"), as set forth in proofs of claim filed by EWB in the Debtors' respective Bankruptcy Cases (collectively, the "EWB Proof of Claim").

To secure payment and performance of the Obligations, the Debtors granted to EWB continuing liens and security interests (the "Prepetition Liens") in substantially all of the

4

Debtors' real property, fixture property, and personal property of every kind and nature, wherever located, whether then owned or thereafter acquired or arising, and all proceeds, products, replacements, additions and substitutions (the "Prepetition Collateral"), subject to certain limited exceptions such as the Debtors' interest in the Bowdoin Dome Prospect, including the helium well in the State of Montana, known as the Corwin #5-1 Well (API No. 25071233390000), Phillips County, Montana (the "Montana Well").   EWB perfected its liens and security interests in the Prepetition Collateral pursuant to, among other things:   (i) the Mortgage Documents and other documents or instruments recorded in the real estate records of each of the counties or parishes in which the Debtors own real property; and (ii) UCC-1 financing statements filed with the appropriate Secretaries of State.

    2. Validity of Obligations.  The Loan and Security Documents, including the documents and filings to create and perfect the Prepetition Liens, are valid and enforceable by EWB against each of the Debtors.  Subject only to the Challenge Period set forth in paragraph 12 below: (i) the Obligations constitute legally binding and enforceable obligations of the Debtors, jointly and severally, and are not subject to any offset, defense, claims, counterclaims or any other diminution of any type, kind or nature whatsoever; (ii) the Loan and Security Documents are valid and enforceable against the Debtors in accordance with their terms, are not subject to any offset, defense, claim, counterclaim or diminution of any type, kind or nature whatsoever, and are not subject to avoidance pursuant to any state or federal laws; (iii) the Prepetition Liens in, to, and against all of the Prepetition Collateral are valid, enforceable, properly perfected, and not subject to avoidance under any state and federal laws; and (iv) as of the Petition Date, the Debtors and their estates have no existing claims or causes of action, whether liquidated or

unliquidated, direct or indirect, and whether arising under state or federal law (including the Bankruptcy Code), against EWB arising from the Loan, the Obligations, the Prepetition Liens, or the relationships between the Debtors and EWB.  Immediately upon the Challenge Termination Date (defined below), without further order of the Court, the Obligations shall constitute allowed claims against the Debtors' estates, jointly and severally, in the full amount of the Prepetition Indebtedness set forth in the EWB Proof of Claim; *provided, however*, that except for the payment of fees pursuant to paragraph 8 below, any claim by EWB for post-petition interest, unpaid fees, and/or unpaid expenses shall not be deemed allowed nor disallowed hereunder, and EWB's rights are fully preserved pursuant to Bankruptcy Code § 506(b) and all other applicable law to seek allowance and payment of such post-petition interest, fees, and/or expenses.

3. Releases by the Debtors.  Subject only to the provisions of paragraph 12 below, each of the Debtors and their respective estates, on their own and on behalf of their past, present, and future predecessors, successors, heirs, subsidiaries, and assigns shall, to the maximum extent permitted by applicable law, unconditionally, irrevocably, and fully forever release, acquit, relinquish, waive, and discharge EWB, in all capacities under the Loan and Security Documents and applicable law, and each of its respective current and former direct and indirect affiliates, subsidiaries, equity holders, members, partners, professionals, principals, attorneys, accountants, investment bankers, consultants, agents, advisors, other representatives, employees, directors, and officers, each in their respective capacities as such (collectively, the "Released Parties"), of and from any and all claims, demands, liabilities, responsibilities, disputes, remedies, causes of action, indebtedness and obligations, rights, assertions, allegations, actions, suits, controversies, proceedings, losses, damages, injuries, attorneys' fees, costs,

6

expenses, or judgments of every types, whether known, unknown, asserted, unasserted, suspected, unsuspected, accrued, unaccrued, fixed, contingent, pending, or threatened, including, without limitation, all legal and equitable theories of recovery, arising under common law, statute, or regulation or by contract, of every nature and description based on or arising from any events, facts, or circumstances that have occurred or exist as of the date of entry of this Order arising from the Loan, including, without limitation: (i) any so-called "lender liability" or equitable subordination claims or defenses; (ii) any and all claims or causes of action arising under the Bankruptcy Code; and (iii) any and all claims or causes of action regarding the validity, enforceability, perfection, or avoidability of the Prepetition Liens or the Obligations. The Debtors further waive and release any defense, right of counterclaim, right of setoff, or deduction to the payment or performance of the Obligations that the Debtors now have or may claim to have against the Released Parties arising out of, connected with, or relating to any and all acts, omissions, or events occurring prior to the Court's entry of this Order.

H.     <u>Need for Use of Cash Collateral</u>.  The Debtors do not have sufficient available sources of working capital or financing to carry on the operation of their business without the use of Cash Collateral.  The Debtors' ability to pay employees, maintain business relationships with vendors and suppliers, and otherwise finance their operations is essential to the Debtors' continued viability, and the Debtors' critical need for use of Cash Collateral is immediate. Without the use of Cash Collateral, the continued operation of the Debtors' business would not be possible, and serious and irreparable harm to the Debtors and their estates would occur.

I.     <u>No Control of the Debtors</u>.  EWB shall not be deemed to be a control person or insider of either Debtor by virtue of any actions taken in respect of or in connection with the

Loan or any of the Loan and Security Documents or any documents related thereto, nor in connection with the relief granted in the First Interim Order, the Second Interim Order, the Third Interim Order, and this Order.

J.      <u>Consent to Use Cash Collateral</u>.   The Debtors undertook arm's-length negotiations with EWB with respect to the use of Cash Collateral under the strict terms of this Order.  EWB is willing to allow the Debtors to continue using its Cash Collateral pursuant to the terms and conditions set forth in this Order; *provided, however*, that such consent:  (i) is expressly conditioned upon the entry of this Order; (ii) shall not be deemed to extend any post-petition financing; (iii) shall not be deemed a basis to deny, impair, or affect EWB's entitlement to adequate protection, the sufficiency of which is not admitted by EWB; and (iv) such consent shall be of no force and effect in the event this Order is not entered, is stayed pending any appeal of this Order, or any of the rights, claims, or protections granted to EWB are otherwise vacated or modified in any respect without the consent of EWB.  EWB has not agreed to any use of Cash Collateral except as set forth in this Order and the Interim Orders.

K.      <u>Good Faith</u>.  The terms and conditions of the proposed use of Cash Collateral pursuant to this Order are fair and reasonable, were negotiated by the parties in good faith at arm's length, and the parties otherwise acted in good faith.  Any financial accommodations made to the Debtors by EWB pursuant to this Order shall be deemed to have been extended by EWB in good faith, as that term is used in Bankruptcy Code § 363(m), and EWB shall be entitled to all protections and benefits afforded thereby.  Provided, however, nothing herein shall prejudice the rights set forth in paragraph 12.

L.      <u>No Surcharge</u>.   Subject to paragraph 10 below, the Debtors and their estates

8

hereby waive and are prohibited from asserting any surcharge claim under Bankruptcy Code §§ 105 or 506(c), or any other similar legal or equitable doctrine relating to any costs and expenses incurred in connection with the Prepetition Collateral or the EWB Replacement Liens (defined below); *provided*, *however*, that in the event of conversion of the Bankruptcy Cases to cases under chapter 7 of the Bankruptcy Code, the foregoing waiver of the right to seek surcharge shall not apply to any chapter 7 trustee.

M.      Final Order.  Based on the record before this Court, there is good cause for the Court to authorize the Debtors' use of Cash Collateral under the terms and conditions stated herein. This Order shall not be stayed and shall be valid and fully effective immediately upon entry, notwithstanding the possible application of Bankruptcy Rules 6004(h), 7062, and 9014, or otherwise.  Based upon the foregoing findings and conclusions, and upon the record made before this Court, and good and sufficient cause appearing therefor, this Court concludes that entry of this Order is in the best interests of the Debtors' estates and creditors.

N.      Findings and Conclusions.  Each of the foregoing findings by the Court will be deemed a finding of fact if and to the full extent that it contains factual findings and a conclusion of law if and to the full extent that it makes legal conclusions.

Based upon the foregoing findings and conclusions, and upon the record before the Court, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Motion is GRANTED on a final basis as set forth herein. Any objections to the Motion with respect to entry of this Order that have not been withdrawn, waived, or settled, and all reservations of rights included therein, are hereby denied and overruled.

9

2.      <u>Use of Cash Collateral</u>.

(a)      Subject to the terms and conditions set forth in this Order, the Debtors are authorized pursuant to Bankruptcy Code §§ 105, 361, 362, and 363, Bankruptcy Rules 2002, 4001, 6003, and 9014 and Local Rules 2081-1 and 4001-2 to use Cash Collateral as provided herein. For the avoidance of a doubt, this Order does not authorize the Debtors' use of any cash collateral that is the produce or of any production from the Montana Well (as defined herein) without further Order of the Court. The Cash Collateral may only be used to fund the types and corresponding amounts of itemized expenditures contained in the budget attached to the Debtors' Motion for Approval of Final Cash Collateral Order [Dkt. No. 350] (the "<u>Budget</u>"); *provided, however,* that: (i) with the exception of any Segregated Unsecured Loan Funds (defined below), all use of cash by the Debtors shall be deemed to be made first from any cash that is not Cash Collateral, to the extent any such cash exists, and thereafter from the Cash Collateral of EWB, and (ii) subject to the Carve-Out (defined below) and rights set forth in paragraph 12, the Debtors, the Committee, and all other parties in interest shall not be authorized to use Cash Collateral for any purpose, including without limitation the payment of professional fees, relating to or in furtherance of any "<u>Adverse Action</u>," which is defined as and shall mean herein any Challenge (defined below) or any other assertion, claim, counter-claim, action, proceeding, application, motion, objection, defense or other contested matter:   (a) challenging the legality, validity, enforceability, priority or extent of the Obligations, the Prepetition Indebtedness or the Prepetition Liens; or (b) otherwise asserting or prosecuting any avoidance actions or any other claims, counterclaims, causes of action,

10

objections, contests, or defenses against EWB or the Released Parties in connection with, or relating to, the Loan and Security Documents, the Obligations, the Prepetition Indebtedness, or the Prepetition Collateral.

(b)    The Budget shall provide, that at all times during these Bankruptcy Cases, Sklarco shall deposit 100% of the revenue received from non-operating working interests into the operating account of SEC, and SEC shall pay the revenues owing to the non-insider working interest holders in accordance with the Order Authorizing Payment of Working Interest Obligations and Limited Offset of Joint Interest Billing Obligations (Dct. No. 317).

(c)  The Budget shall provide, and the Debtors shall, at all times during these Bankruptcy Cases, deposit 100% of the revenue received on account of non-operating working interests ("WIO Revenue") into the revenue account maintained by SEC. Notwithstanding EWB's interest in the accounts maintained by SEC, EWB's lien shall not attach to the WIO Revenue. SEC shall account for receipt and deposit of WIO Revenue by working interest owner in accordance with best practices for the industry, and may not use funds due to non-insider working interest owner without that owner's written consent.  SEC shall pay WIO Revenue to the non-insider working interest holders in accordance with the *Order Authorizing Payment of Working Interest Obligations and Limited Offset of Joint Interest Billing Obligations* [Dkt. No. 317], which payments are indefeasible subject to rights and obligations under relevant Participation Agreements, Joint Operating Agreements, or similar agreements.  Subject to the Budget, SEC and a non-insider working interest owner may agree in writing to offset any WIO Revenue due

11

to that interest owner against any payments due from that WIO to SEC, including pre- and post-petition amounts due.

(d)     The Budget may be modified to the extent agreed to by the Debtors, EWB, and the Committee without further order of this Court, upon the filing of a copy of a modified budget with this Court, and each such modified budget shall be deemed to be a "Budget" as defined above for the period of time identified therein. Any such amendments, supplements, or modifications to the Budget must be consented to in writing by EWB, the Debtors, and the Committee in their sole discretion prior to the implementation thereof. Alternatively, if the parties are unable to reach an agreement on the Budget, the Debtors shall file a proposed budget with the Court and interested parties shall have five (5) business days to object.  The Debtors' use of Cash Collateral may vary by 10% on any line item basis (a "Variance"); *provided, however*, that the aggregate Variances may not exceed 3% of all expense line items for any monthly budget period; and *provided further* that, in no event, shall the Carve-Out amount for professional fees exceed the aggregate amount allowed for each professional as set forth on the corresponding line items on the Budget.

(e)     As used in this Order, the "Segregated Unsecured Loan Funds" shall mean the lesser of $500,000 or 50% of the total amount of unsecured post-petition financing provided by Howard Sklar and/or his affiliated non-debtor entities, as contemplated in the *Debtor's Report on Issues Raised by the Court on Cash Collateral Issues* [Dkt. No. 299]. The Segregated Unsecured Loan Funds shall be segregated from the Cash Collateral, the revenue of non-insider working interest holders, and any other cash, and may be used in

12

the Bankruptcy Cases for any lawful purpose as determined by the chief restructuring officer to be appointed by the Debtors. The Debtors shall account for all expenditures of the Segregated Unsecured Loan Funds and shall report on such accounting as set forth in paragraph 4 below.

3.     No Avoidance of Adequate Protection or Replacement Liens.   Subject to the rights and limitations provided under paragraph 12 herein, any payments to EWB authorized in this Order and/or the EWB Replacement Liens shall not be subject to Bankruptcy Code §§ 510, 549, or 550 and shall not be subject to subordination, impairment, or avoidance for any purposes in either of the Bankruptcy Cases and any Successor Case (defined below).

4.     Reporting.   As additional protection for the Debtors' use of Cash Collateral, the Debtors shall timely provide EWB and the Committee with: (a)(i) a current accounts receivable ledger, (ii) a current accounts payable ledger, and (iii) a weekly report to be provided on Wednesday of each week comparing actual collections and expenditures (by expense category corresponding to the Budget) (a "Reconciliation Report") detailing any Variance and any use of the Segregated Unsecured Loan Funds; (b) all reporting and other information as required under the Loan and Security Documents; (c) all documents and information submitted by the Debtors to the United States Trustee; and (d) upon the reasonable request of EWB or the Committee, such other information pertaining to the Debtors' operations, financial affairs, and the Prepetition Collateral, including but not limited to bills, invoices, and receipts. Further, the Debtors shall allow EWB, the Committee, and their respective professionals and designees reasonable access, during normal business hours, to the premises of the Debtors in order to conduct appraisals, analyses, and/or audits of the Prepetition Collateral, and shall otherwise reasonably cooperate in

13

providing any other financial information requested by EWB and the Committee for this purpose; *provided, however*, the Debtors shall not be required to make available: (a) privileged and attorney-client work product; (b) trade secrets; (c) commercially sensitive or non-public information in relation to any sales process; and (d) information the Debtors are otherwise prohibited from disclosing pursuant to a third-party confidentiality agreement. The Debtors shall provide counsel for the Committee with a copy of any documents or information described in this paragraph simultaneously with any transmittal of such documents to EWB.

5. <u>No Duty to Supervise</u>. EWB may assume the Debtors will comply and are complying with the Budget and this Order, shall have no duty to monitor such compliance, and shall not be obligated to pay (directly or indirectly from its collateral or otherwise) any unpaid expenses incurred or authorized to be incurred pursuant to the Budget, except as required by this Order or any subsequent orders of the Court.

6. <u>Termination of Cash Collateral Usage</u>.

(a) Subject to subparagraphs (b)-(c) below, the Debtors' right to use Cash Collateral pursuant to this Order shall terminate (each, a "<u>Termination Event</u>," and the date of any such Termination Event, the "<u>Termination Date</u>") without prior written notice or order of the Court or any further action by EWB on the earliest to occur of:

(i) October 1, 2020, if a chapter 11 plan and disclosure statement containing terms consistent with agreements reached between, among others, the Debtors, EWB, and the Committee and a motion requesting conditional approval of the disclosure statement have not been filed by the Debtors on the docket of these Bankruptcy Cases;

(ii) February 1, 2021, if the effective date of a confirmed chapter 11 plan in the Bankruptcy Cases has not occurred by such date;

14

(iii)   the date that an order is issued by any court of competent jurisdiction denying confirmation of a chapter 11 plan or refusing to approve a related disclosure statement filed by the Debtors;

(iv)   the effective date of a confirmed chapter 11 plan in either of the Bankruptcy Cases;

(v)   five (5) business days after the expiration of the approved Budget unless a supplemental Budget has been agreed upon by the Debtors, EWB, and the Committee or, alternatively, an order of the Court is entered approving a supplemental Budget;

(vi)   the date the Debtors file, support, or acquiesce in any motion or other pleading seeking any financing under Bankruptcy Code § 364(d) secured by the Prepetition Collateral that is not of junior priority to EWB's interests or does not require the immediate payment in full of all secured obligations of EWB;

(vii)   the date of the Debtors' filing of an application, motion, or other pleading seeking to amend, modify, supplement, or extend this Order without the prior written consent of EWB or the date any court enters an order reversing, amending, supplementing, staying, vacating, or otherwise modifying any material provision of this Order without the prior written consent of EWB;

(viii)   the date an application is filed by the Debtors for the approval of any superpriority claim or any lien that is pari passu with or senior to the adequate protection liens, super-priority claims, or prepetition liens described herein without the prior written consent of EWB;

(ix)   three (3) business days after the date any court enters an order granting relief from the automatic stay to the holder or holders of any security interest to permit foreclosure (or the granting of a deed in lieu of foreclosure or the like) on any asset of the Debtors with a value in excess of $150,000;

(x)   the date: (A) any court enters an order dismissing either of the Bankruptcy Cases, converting either of them to cases under chapter 7 of the Bankruptcy Code, appointing a trustee in either of the Bankruptcy Cases without EWB's consent (provided that such consent will not be unreasonably withheld), or terminating the Debtors' exclusivity under Bankruptcy Code § 1121, or (B) the Debtors apply for, consent to, or acquiesce in any such dismissal, conversion, or appointment; or

(xi)   the date the Debtors file any pleading or commence any action against EWB: (A) challenging the legality, validity, enforceability, priority or extent of the Obligations, the Prepetition Liens, or the EWB Replacement Liens, (B)

15

seeking any surcharge claim under Bankruptcy Code § 506(c), (C) seeking relief for the enhancement collateral provisions of Bankruptcy Code § 552, or (D) seeking any other similar legal or equitable doctrine relating to any costs and expenses incurred in connection with the Prepetition Collateral and the EWB Replacement Liens.

(b)     EWB may waive the occurrence of any Termination Event.

(c)     Notwithstanding anything contained herein, the Debtors' authority to use Cash Collateral hereunder shall automatically terminate on the Termination Date; *provided, however*, upon the occurrence of a Termination Event, the Debtors and EWB consent to a hearing on an expedited basis (such hearing to be held no more than three (3) business days following a Termination Event) to consider: (i) whether the automatic stay may be lifted so that EWB may exercise any and all of its respective rights and remedies in respect of the Prepetition Collateral, in accordance with this Order or applicable law; (ii) whether, in fact, a Termination Event has occurred; or (iii) any other appropriate relief (including the Debtors' use of Cash Collateral on a nonconsensual basis). The rights of the Debtors and other parties in interest, including the Committee, to oppose any relief requested by EWB (including to request the use of Cash Collateral on a nonconsensual basis) are fully reserved.

(d)     Upon the occurrence of the Termination Date, and subject to the immediately preceding subparagraph (c), all unpaid adequate protection obligations, if any, shall be immediately due and payable, subject to prior provision for the Carve-Out, and EWB shall have all rights and remedies provided in this Order, and under applicable law. Notwithstanding anything herein or the occurrence of the Termination Date, all of the rights, remedies, benefits, and protections provided to EWB under this Order shall survive the Termination Date.

7.      Adequate Protection.  EWB is entitled, pursuant to Bankruptcy Code §§ 361 and 363(e), to adequate protection of its interests in the Prepetition Collateral, including, but not limited to, the Cash Collateral, for any aggregate diminution in value of its interests in the Prepetition Collateral, if any, calculated in accordance with the Bankruptcy Code and as subsequently determined by the Court (a "Diminution in Value"), resulting from the Debtors' use of Cash Collateral or any other Prepetition Collateral or the imposition of the automatic stay pursuant to Bankruptcy Code § 362.

8.      Fees and Expenses.  Subject to the other terms of this Order, solely to the extent provided for in the Budget, the Debtors are authorized and directed to pay, when due and payable any and all reasonable fees and expenses incurred by: (i) Bryan Cave Leighton Paisner LLP, as counsel to EWB; (ii) any financial advisor to EWB; and (iii) such other professionals and/or consultants reasonably retained by EWB (collectively, the "EWB Professionals").  The Debtors shall promptly reimburse the EWB Professionals such invoiced amounts within ten (10) business days (if no written objection is filed within such period) after delivery of an invoice describing such fees, costs, and expenses substantially in the form provided in the ordinary course of business; provided, however, that any such invoice may be redacted to protect privileged, confidential, or proprietary information.  A copy of each such invoice submitted to the Debtors shall simultaneously be sent to the U.S. Trustee and counsel for the Committee.  Any written objection to such fees, costs, or expenses must contain a specific basis for the objection and a quantification of the undisputed amount of the fees, costs, and expenses invoiced, and delivered to EWB and its counsel within five (5) business days after delivery of such invoice. If the parties are unable to resolve any written objection, the objection shall be filed with the Court within ten

17

(10) business days after delivery of the invoice.  Failure to object with specificity or to quantify the undisputed amount of the invoice subject to such objection will constitute a waiver of any objection to such invoice. None of such fees, costs, and expenses shall be subject to Court approval, except to the extent that an objection is filed as set forth in this paragraph, and no recipient of any such payment shall be required to file with respect thereto any interim or final fee application with this Court.

9.      Replacement Liens.  Subject to the rights and limitations set forth in paragraph 12, as adequate protection and security for and solely to the extent of any aggregate Diminution in the Value of Prepetition Collateral from and after the Petition Date, EWB is hereby granted senior priority, continuing, valid, automatically perfected, nonavoidable and enforceable replacement liens upon all assets and property of the Debtors and their estates of any kind or nature whatsoever (and any proceeds therefrom), now existing or hereafter acquired, including, without limitation, the Prepetition Collateral (the "EWB Replacement Liens"), but excluding: (i) any cash (including revenue owed to working interest holders and/or unleased mineral owners) determined by final order of this Court not to constitute property of the estate; (ii) any claims and causes of action, and the products and proceeds thereof, arising under or permitted by Bankruptcy Code §§ 502(d), 506(c), 544, 545, 547, 548, 549, and 550; (iii) any claims or causes of action against EWB, any of the Released Parties, any officer, director or insider of the Debtors, any commercial tort claims, and the products and proceeds thereof; and (iv) any well project or interest that was not subject to a perfected lien held by EWB on the Petition Date including, without limitation, the Montana Well; *provided*, *however*, that the EWB Replacement Liens shall be subject and subordinate to the Carve-Out, and shall be subject and subordinate to

18

any valid and perfected senior prepetition lien (including valid and non-avoidable liens in existence at the time of the Petition Date that are subsequently perfected as permitted by 11 U.S.C. § 546(b)), security interest or other interest of any third party, including the Objecting Parties, as determined by final non-appealable order of the Court or by agreement between EWB and such third party. The EWB Replacement Liens so granted: (a) are in addition to all security interests, liens, and rights of setoff existing in favor of EWB on the Petition Date; (b) are and shall be valid, perfected, enforceable, and effective as of the Petition Date without any further action of the Debtors or EWB and without the necessity of the execution, filing or recording of any financing statements, security agreements, deeds of trust, or other documents, or of obtaining control agreements over bank accounts; and (c) shall not hereafter be subordinated to or made pari passu with any other lien or security interest arising after the Petition Date under Bankruptcy Code § 364(d) or otherwise, absent the consent of EWB. The EWB Replacement Liens shall have the same validity and priority as the liens of EWB as existed on the Petition Date. If, however, EWB, in its sole discretion, shall determine to file any such financing statements, mortgages, notices of lien or similar instruments, or to otherwise confirm perfection of such EWB Replacement Liens, the automatic stay is hereby lifted, to the extent necessary, to allow the filing and recording of a certified copy of this Order or any such financing statements, mortgages notices of lien or similar instruments, and all such documents shall be deemed to have been filed or recorded on the date of this Order. EWB shall not be subject to the equitable doctrine of marshaling or any similar doctrine with respect to the Prepetition Collateral or any other collateral covered by the EWB Replacement Liens. Subject to Paragraph 12 below, the Debtors and their estates hereby irrevocably waive and are prohibited from asserting any claims and

challenges under Bankruptcy Code § 552, including any "equities of the case," or any other similar legal or equitable doctrine relating to the Prepetition Collateral or the EWB Replacement Liens.

10.     <u>Carve-Out</u>.  The EWB Replacement Liens shall be junior and subordinate to the following fees and expenses (the "<u>Carve-Out</u>"): (i) all accrued but unpaid fees and expenses (the "<u>Professional Fees and Expenses</u>") of the attorneys, consultants (with the exception of a Chief Restructuring Officer, who shall be paid as an ordinary course professional pursuant to the Budget), or other professionals retained by the Debtors and the Committee appointed under Bankruptcy Code §§ 327, 328, or 1103 (collectively, the "<u>Estate Professionals</u>") incurred from the Petition Date through the Termination Date, whether allowed by the Court prior to or after the Termination Date, that remain unpaid after application of any retainers being held by such professionals; *provided* that all such fees and expenses shall be subject to the Budget and approval by a final order of the Court pursuant to Bankruptcy Code §§ 327, 328, 330, 331, or 363; and (ii) any unpaid fees of the Court and the U.S. Trustee under 28 U.S.C. § 1930(a).  The Professional Fees and Expenses may be paid to the extent such Professional Fees and Expenses are allowed by the Bankruptcy Court, whether by interim order, procedural order, or otherwise; *provided* that at the time of any such proposed payment: (a) no Termination Event has occurred; (b) the Budget then in effect provides for such payment; (c) the Debtors have sufficient cash on hand to make such payment; and (d) the Professional Fees and Expenses paid from the Debtors' Cash Collateral (which, for the avoidance of doubt, shall not include any approved retainers) for all Estate Professionals have not exceeded, and will not as a result of such proposed payment exceed, $875,000 in the aggregate (the "<u>Carve-Out Cap</u>").  Provided further that EWB may

20

increase, and shall consider in good faith reasonable requests by the Debtors and/or the Committee (or their Estate Professionals) to increase, the Carve-Out Cap. By way of example only, a reasonable request for an increase to the Carve-Out Cap may include a material extension of the dates or deadlines described in paragraph 6; necessary and/or unavoidable discovery, litigation activities or participation in adversary proceeding(s); and material modification, renegotiation, and/or resolicitation of a chapter 11 plan based on changed circumstances, including changes to the commodities market and economy. The foregoing shall not affect the right of (i) any Estate Professionals to seek the allowance and payment of any Professional Fees and Expenses in excess of the Carve-Out Cap as administrative expenses of the applicable Debtor's estate, and (ii) the Debtors, the Committee, the U.S. Trustee or any other parties in interest to object to the allowance and payment of any amounts covered by the Carve-Out or in excess of the Carve-Out Cap.

11. <u>Super-Priority Claim</u>. To the extent the EWB Replacement Liens do not provide EWB with adequate protection of its interests in the Cash Collateral, EWB shall have a super-priority administrative expense claim under Bankruptcy Code § 507(b) as necessary to fully compensate EWB for the use of its Cash Collateral by the Debtors (the "<u>Super-Priority Claim</u>"). The Super-Priority Claim of EWB shall have priority over all administrative expenses incurred in the Bankruptcy Cases of any kind, including such administrative expenses of the kinds specified in, or allowable under, Bankruptcy Code §§ 105, 326, 330, 331, 503(b), 506(c), 507(a), 507(b) or 726. No costs or expenses of administration which have been or may be incurred in these proceedings, any conversion of this proceeding pursuant to Bankruptcy Code § 1112, or in any other proceeding related hereto, and no priority claims are, or will be, prior to or on a parity

21

with the Super-Priority Claims of EWB; provided, however, that all administrative expenses which have been paid on an ongoing basis pursuant to this Order will not be subject to recall or avoidance of payments regardless of the Super-Priority Claim; and further provided that the Superpriority Claim shall not have recourse to: (i) proceeds or property recovered on account of the Debtors' or the estates' claims and causes of action against any persons or entities arising under sections 544, 545, 547, 548, and 550 (but expressly excluding section 549) of the Bankruptcy Code; or (ii) claims or causes of action against EWB, director and officers claims, or corporate malfeasance claims or proceeds thereof; or (iii) the Carve-Out.

12. _Challenge Period_. As a result of the Debtors' review of the Loan and Security Documents and the facts related thereto, the Debtors have made certain agreements and acknowledgments, representations and stipulations as set forth in paragraph G above (the "_Stipulations_") and shall have no right to file a complaint pursuant to Bankruptcy Rule 7001 or otherwise, or any other pleading asserting a claim or cause of action for items stipulated to above. The Stipulations are binding upon the Debtors in all circumstances upon entry of this Order. The Stipulations shall be binding upon each other party in interest, including the Committee, unless the Committee (which shall have standing to bring a Challenge, as defined below, without need for any further order of the Court), any chapter 11 trustee, or any chapter 7 trustee, or any other party in interest with standing: (a) commences, to the extent not already commenced, on or before July 17, 2020, or such later date as has been agreed to in writing by EWB (the "_Challenge Period_"), a contested matter, adversary proceeding, or other procedurally proper action against EWB (i) challenging the legality, validity, enforceability, or avoidability of the Obligations, the Prepetition Indebtedness or the Prepetition Liens, or (ii) otherwise asserting

22

or prosecuting any avoidance actions or any other claims, counterclaims, causes of action, objections, contests, or defenses (each a "Challenge," and collectively, the "Challenges") against EWB or the Released Parties in connection with, or relating to, the Loan and Security Documents, the Obligations, the Prepetition Indebtedness, or the Prepetition Collateral; and (b) obtains a final, non-appealable order in favor of such party sustaining such Challenge in such timely-filed contested matter, adversary proceeding, or other procedurally proper action.  For the avoidance of doubt, a Challenge does not include any action or proceeding by a Prepetition Secured Creditor with a competing lien to determine the relative priority of liens of such party and EWB, and the rights of such Prepetition Secured Creditor and EWB are preserved with respect to such issues. The Challenge Period shall terminate on the first calendar day (the "Challenge Termination Date") after either: (a) no Challenge is timely commenced during the Challenge Period; or (b) with respect to a timely commenced Challenge, such Challenge is finally settled or adjudicated in favor of EWB.  On the Challenge Termination Date and for all purposes in the Bankruptcy Cases and any Successor Case: (a) any and all untimely or unsuccessful Challenges by any party in interest shall be deemed to be forever released, waived, and barred; (b) the claim set forth in the EWB Proof of Claim shall be deemed to constitute a fully allowed secured claim within the meaning of Bankruptcy Code § 506; (c) the claim set forth in the EWB Proof of Claim shall be deemed to be a fully allowed claim; and (d) the Stipulations shall be binding on all parties in interest, including the Committee and any trustee appointed in either of the Bankruptcy Cases and in any Successor Case.  In consideration of the Challenge Termination Date granted herein, EWB shall reasonably cooperate with the Committee in providing documents and information reasonably requested to evaluate claims and

23

defenses subject to this Paragraph.  For the avoidance of doubt, the Challenge Termination Date set forth herein applies solely with respect to EWB and the Released Parties and does not bar any claims by the Committee or other party in interest against any party other than EWB and the Released Parties.

13.     Reservation of Rights.  Nothing in this Order will be deemed or construed as an admission or waiver by EWB as to adequate protection, or any other issue in these Bankruptcy Cases. Nothing in this Order shall prejudice EWB's right to seek an order of this Court prohibiting the Debtors' use of Cash Collateral or seek any other relief that may be necessary and appropriate under the circumstances, and nothing in this Order prejudices the Debtors' or any other party in interest's right to oppose such relief requested by EWB. Nothing in this Order will be deemed or construed to establish whether EWB's claim is oversecured, and the parties' rights are fully preserved with respect to such issue. To the extent EWB receives any adequate protection payments during the pendency of the Bankruptcy Cases, such payments will be applied to EWB's claim in accordance with the Bankruptcy Code, including section 506, and as such claim ultimately is allowed or determined by a final non-appealable order.

14.     No Third Party Rights.  Except as explicitly provided herein, this Order does not create any rights for the benefit of any third party, creditor, equity holder or any direct, indirect or incidental beneficiary, nor does it determine the extent, validity or priority of any liens or other interests.

15.     Effect of Order.  This Order shall be effective upon its entry and not subject to any stay (notwithstanding anything to the contrary contained in the Bankruptcy Rules or otherwise).  The Clerk of this Court is hereby directed to enter this Order on the Court's docket

in these jointly administered Bankruptcy Cases. The provisions of this Order and any actions taken pursuant hereto shall survive the entry of any order which may be entered: (a) confirming any plan of reorganization; (b) dismissing either of the Bankruptcy Cases; (c) converting either of the Bankruptcy Cases to any other chapter under the Bankruptcy Code; (d) withdrawing of the reference of either of the Bankruptcy Cases from the Court; and (e) providing for abstention from handling or retaining of jurisdiction. The EWB Replacement Liens, the Super-Priority Claim, and the rights and limitations set forth in paragraph 12 shall continue in the Bankruptcy Cases or after any such dismissal and shall maintain their priorities as provided in this Order and not be modified, altered, or impaired in any way by any other financing, extension of credit, incurrence of indebtedness, or any conversion of either of the Bankruptcy Cases into a case pursuant to chapter 7 of the Bankruptcy Code or dismissal of either of the Bankruptcy Cases, or by any other act or omission until the Prepetition Indebtedness and any other Obligations are indefeasibly paid in full in cash or receive treatment as otherwise agreed to by the relevant parties or as may be subsequently ordered by the Court, subject to the rights and limitations set forth in paragraph 12 of this Order.

16.     <u>Binding on Successor Case</u>.  The terms of this Order, including but not limited to the adequate protection granted herein, shall be valid and binding upon and inure to the benefit of the Debtors, EWB, all other creditors of the Debtors, the Committee, and all other parties in interest and their respective successors and assigns, including any trustee or any fiduciary hereafter appointed in either Bankruptcy Case and any case under chapter 7 of the Bankruptcy Code upon a conversion or in any other proceeding superseding or related to any of the foregoing

(collectively, a "Successor Case"), or upon dismissal of either Bankruptcy Case or a Successor Case.

17.     Amendments and Waivers.  Any amendment, modification, supplement or waiver of any provision in this Order must be in writing, signed by the Debtors, the Committee, and EWB, and approved by the Court on appropriate notice by the Debtors.

18.     Third Party Reservation of Rights. Nothing herein shall impair or prejudice the rights of third parties to assert or challenge any lien rights under applicable non-bankruptcy law in any other case or proceeding unrelated to the Bankruptcy Cases.  All rights and defenses with respect to the existence of such lien rights, including the validity, priority, and extent thereof, are hereby reserved.

19.     Order Governs.  In the event of any inconsistency between the provisions of this Order, any interim order, and the Motion, the provisions of this Order shall govern.

20.     Retention of Jurisdiction.  This Court has and will retain jurisdiction to enforce the terms of this Order.

Dated: June 15, 2020

BY THE COURT:

Elizabeth E. Brown, Bankruptcy

26