# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

Please take notice that pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters an appearance as attorney of record for Premium Oilfield Services, LLC, a creditor and party in interest in the above-captioned bankruptcy cases.

Please take further notice that the undersigned hereby requests that all notices and papers specified by or filed pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, and all other notices given or required to be given in this case, be given and served upon:

Andrew J. Shaver
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL  35203
Telephone:  (205) 521-8000
Email:  ashaver@bradley.com

The foregoing request includes, without limitation, all notices, orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any

other documents or items of correspondence brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, facsimile, telex or otherwise.

This Notice of Appearance shall not be deemed or construed to be a waiver of any of the rights of Premium Oilfield Services, LLC, including, without limitation, to (i) request that final orders in noncore proceedings be entered only after de novo review by a higher court; (ii) demand trial by jury in any proceeding in this case, or any case, controversy, or adversary proceeding related to this case; (iii) request withdrawal of the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Premium Oilfield Services, LLC may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved and not waived.

Dated: June 18, 2020.

/s/ Andrew J. Shaver

Andrew J. Shaver
**BRADLEY ARANT BOULT CUMMINGS LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
ashaver@bradley.com

*Attorney for Premium Oilfield Services, LLC*

**CERTIFICATE OF SERVICE**

      I certify that on June 18, 2020, a true and correct copy of this Notice of Appearance and Request for Notices was served on all parties authorized to receive notice through the ECF notice system in this case.

      /s/ Andrew J/ Shaver
      OF COUNSEL