## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

### PREMIUM OILFIELD SERVICES, LLC'S NOTICE OF
### PERFECTION OF LIENS PURSUANT TO 11 U.S.C. § 546(b)(2)

Premium Oilfield Services, LLC ("Premium") hereby gives Notice of Perfection of Liens pursuant to 11 U.S.C. § 546(b)(2) (this "Notice") and states as follows:

1.     On April 1, 2020 (the "Petition Date"), the Debtors (as defined herein) filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their business as debtors and debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2.     Premium is an oilfield service company that provides oilfield fishing services and materials.

3.     Prior to the Petition Date, at the request of Sklar Exploration Company, LLC ("Sklar Exploration"), Premium provided certain services and materials to Sklar, Sklarco LLC (together with Sklar Exploration, the "Debtors"), and the other owners of the Property described herein.

4.     The Debtors and/or the other owners of the Property described herein have failed and refused to pay Premium for the balance owing for goods and services provided.

5.      As a result of its work, Premium recorded a verified Claim of Lien (the "Lien Claim") in the Office of the Chancery Clerk of Warren County, Mississippi, thereby perfecting a lien (the "Mississippi Lien") against the real property, oil/gas well and other improvements as described therein (collectively, the "Mississippi Property").   A true and correct copy of the Mississippi Lien Claim is attached hereto as **Exhibit A**.

6.      The Mississippi Lien is properly perfected pursuant to Section 85-7-131 of the Mississippi Code and all other applicable law.

7.      Additionally, as a result of its work described above, Premium recorded four (4) Verified Statements of Lien (the "Lien Statements") in the Office of the Judge of Probate of Escambia County, Alabama and the Office of the Judge of Probate of Conecuh County, Alabama, thereby perfecting liens (the "Alabama Liens," and together with the Mississippi Lien, the "Liens") against the real property, oil/gas well and other improvements as described therein (collectively, the "Alabama Property," and together with the Mississippi Property, the "Property").   True and correct copies of the Alabama Lien Statements are attached hereto collectively as **Exhibit B**.

8.      The Alabama Liens are properly perfected pursuant to Section 35-11-210 of the Alabama Code.

9.      The Liens are summarized as follows:

| Invoice Amount | Service Dates | Well Name | Well Location |
|---:|---|---|---|
| $43,262.36 | 11/26/2019 - 12/9/2019 | Feld Heir #3 | Warren County, MS |
| $64,319.03 | 1/4/2020 - 1/13/2020 | Craft-Brye 8-4 #1 | Conecuh County, AL |
| $15,816.76 | 10/22/2019 - 2/2/2020 | CCL&T 34-14 #1 | Conecuh County, AL |
| $25,466.92 | 11/18/2019 - 11/21/2019 | CCL&T 10-5 #1 | Escambia County, AL |
| $585.73 | 3/6/2020 - 3/17/2020 | Craft Rawls 5-8 #1 | Conecuh County, AL |

10.     Premium hereby provides notice of its perfected Liens in accordance with 11 U.S.C. § 546(b) to the Debtors, their counsel, the Office of the United States Trustee, and other parties-in-interest.

## RESERVATION OF RIGHTS

11.     Premium reserves all rights with respect to the scope of its perfected Liens and its interests in (i) the whole of the leaseholds on the Property as identified in the Liens, (ii) the appurtenances on the Property, (iii) all materials owned by the owners of the leaseholds and used in the digging, drilling, torpedoing, completing, operating, or repairing of the oil or gas wells or oil or gas pipelines on the Property, (iv) all oil or gas wells located on the leaseholds on the Property, (v) all oil or gas produced from the leaseholds on the Property, (vi) all other property or property interests identified in the Liens, and (vii) any other property or property interests subject to the Liens as provided under applicable law.

12.     Premium reserves the right to request relief from the automatic stay of 11 U.S.C. § 362, or any other appropriate relief, to enforce and defend its perfected Liens against the Property or any other property or property interests of the Debtors.

13.     Nothing in this Notice shall be construed as an admission that any filing is necessary to perfect or maintain perfection of the Liens under the Bankruptcy Code, the Mississippi or Alabama law, or any other applicable law.  Premium reserves the right to supplement or amend this Notice, including the amounts owed and to itemize any further attorneys' fees, costs, interest, or other amounts recoverable under applicable law.

Dated:  June 18, 2020.

/s/ Andrew J. Shaver

Andrew J. Shaver
**BRADLEY ARANT BOULT CUMMINGS LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 521-8000
ashaver@bradley.com

*Attorney for Premium Oilfield Services, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to, without limitation, the following:

Lee M. Kutner                                      Keri L. Riley
1660 Lincoln St., Ste. 1850              1660 Lincoln St., Ste.1850
Denver, CO 80264                           Denver, CO 80202
lmk@kutnerlaw.com                        klr@kutnerlaw.com

Paul Moss
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294
Paul.Moss@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Sklar Exploration Company LLC        Sklarco LLC
5395 Pearl Parkway, Suite 200          5395 Pearl Parkway, Suite 200
Boulder, CO 80301                          Boulder, CO 80301

/s/ Andrew J. Shaver
OF COUNSEL

**<u>EXHIBIT A</u>**

```
INSTRUMENT
373864
BOOK CL 8
PAGE  352
13 PAGES
```

Prepared by:                          Return to:

Slates C. Veazey                      Slates C. Veazey
Bradley Arant Boult Cummings, LLP     Bradley Arant Boult Cummings, LLP
188 E. Capitol Street, Ste. 1000      188 E. Capitol Street, Ste. 1000
Jackson, Mississippi 39201            Jackson, Mississippi 39201
(601) 948-8000                        (601) 948-8000

Indexing Instructions: Section 40, Township 17N, Range 4E

## <u>CLAIM OF LIEN</u>

### Grantor(s):

Premium Oilfield Services
4819 Hwy. 90 West
New Iberia, LA 70560
Tel 337-608-9136
Fax 337-608-9138

### Grantee(s):

Sklar Exploration Company, LLC
401 Edwards Street, Ste. 1601
Shreveport, LA 71101

Sklar Exploration Company, LLC
5395 Pearl Parkway, Ste. 200
Boulder, CO 80301
318.227.8668

**This instrument prepared by**
**And after recording to be returned to:**
Bradley Arant Boult & Cummings, LLP
One Jackson Place
188 E. Capitol St., Suite 1000
Jackson, Mississippi 39110
Attention: Slates C. Veazey
(601) 948-8000

## CLAIM OF LIEN

Premium Oilfield Services, LLC files this statement in writing, verified by the oath of Holly Hernandez, its Vice President of Finance, who has personal knowledge of the facts herein set forth:

Premium Oilfield Services, LLC claims a lien upon the real property and oil/gas well situated at Section 40, Township 17N, Range 4E, latitude: 32.40379  longitude: -90.80421 in Warren County, Mississippi, as more thoroughly described and identified on the Plat document attached as Exhibit "1" and obtained from the records of the Mississippi Oil and Gas Board's online database.

This lien is claimed, separately and severally, as to the land, buildings and improvements thereon to the extent of the entire lot or parcel which is contained within a city or town.  If said land is not within a city or town, this lien is claimed, separately and severally, as to the buildings and improvements located on the above-described real property, plus one acre of land surrounding and contiguous thereto.

That said lien is claimed to secure an indebtedness, after all just credits have been given, of   Forty-Three Thousand, Two Hundred and Sixty-Two Dollars, and Thirty-Six Cents ($43,262.36), plus all other allowable interest, costs and attorney's fees which continue to accrue, for the furnishing of materials, supplies, equipment, or machinery by Premium Oilfield Services, LLC in connection with the construction and improvements on the above-described property. Premium's furnishing of materials, supplies, equipment, or machinery to Sklar on the above-described property is detailed in the invoice attached as Exhibit "2".

Under and by virtue of the provisions of said Miss. Code Ann. § 85-7-131, this Notice has been filed in the office of the Chancery Clerk of Warren County, Mississippi, in the book provided in said office, as a part of the land records of said County, and entitled "Notice of Construction Liens," on the date shown hereinafter.  No suit has been filed to enforce said lien, and no contract applicable to this Claim of Lien has been filed or recorded.

The name of the owner of the property is Sklar Exploration Company, LLC.

Dated: April 15 , 2020

Premium Oilfield Services, LLC

By: _____
       Holly Hernandez, Vice President of Finance

## **VERIFICATION**

STATE OF TEXAS      )
                        )
COUNTY OF HARRIS   )

      Before me, _____ a notary public in and for said county in said state, personally appeared Holly Hernandez, who, being by me first duly sworn, deposes and says on oath: That she is vice president for Premium Oilfield Services, LLC, the company named above, and as such is authorized to make this affidavit, and that she has personal knowledge of the facts set forth in the foregoing statement of lien, and that the same are true and correct to the best of her knowledge and belief.

_____
         Holly Hernandez

Subscribed and sworn to before me this ___15___ day of April 2020, by said affiant.

_____
Notary Public

[NOTARIAL SEAL]

My commission expires: 02/03/2024

LYNN KERRY UBRICH
Notary Public, State of Texas
Comm. Expires 02-03-2024
Notary ID 1158437

Page 2 of 2



Drilling Unit — Entire Section
±640 Ac.

BHL
Feld Heirs No. 3
X= 554048
Y= 693146
Lat. 32.40474
Long. 90.80623

— 40 —
T17N – R4E

Surface Location
El. 289.1
X= 354696
Y= 692745
Lat. 32.40365
Long. 90.80417

RECEIVED
AUG 1 3 2007
STATE OIL & GAS BOARD

WELL LOCATION
FOR

DRILLING UNIT

NOTE: Coordinates Based On Transverse
Mercator-Mississippi West Zone NAD27

**SKLAR EXPLORATION COMPANY, L.L.C.**
SECTION 40, T17N — R4E
WARREN COUNTY, MISSISSIPPI

BY

ENGINEERING SERVICE — JACKSON, MISSISSIPPI

0        1000        2000        3000
SCALE IN FEET
JUNE 11, 2007
REVISED: JULY 20, 2007    REVISED: JULY 27, 2007

6002/23   SEC24

BY

PAT A. MARTIN
Registered
CERTIFIED
ENGINEERING SERVICE
#1660

**EXHIBIT**
**1**



PROPOSED DRILL SITE & ACCESS ROAD

FOR

# SKLAR EXPLORATION COMPANY, L.L.C.
### SECTION 40, T17N – R4E
### WARREN COUNTY, MISSISSIPPI

BY

## ENGINEERING SERVICE – JACKSON, MISSISSIPPI

SCALE IN FEET

JUNE 11, 2007

**EXHIBIT 2**

# INVOICE

**PREMIUM** FISHING SERVICES

| CUSTOMER NO. | DATE SHIPPED | DELIVERED VIA | | | INV DATE | | INVOICE # |
|---|---|---|---|---|---|---|---|
| S223 | 11/25/2019 | CUSTOMER P/U | | | 12/30/2019 | | 1900186D-203 |
| SHIP TO : NEAR VICKSBURG, MS | | COUNTY/PARISH : WARREN COUNTY MS | | | ORDERED BY MR. KENNY COPELAND | | JOB # MF190376 |
| | | | | | TAKEN BY HUNTER WILLIAMS | | PAGE # 1 |

BILL TO : SKLAR EXPLORATION COMPANY, LLC    LEASE/OCS/G : FIELD HEIR

CUST :   ATTN: BOBBIE GORE    WELL : #3    AFE # : N/A
401 EDWARDS STREET    FIELD/BLOCK : KINGS DOME    CUST ORD # : N/A
SUITE 1601    RAPAD
SHREVEPORT, LA 71101    RIG NO.:

| LN NO | QTY | DESCRIPTION | DAYS/MIN | MIN AMOUNT | QTY | UNIT AMOUNT | UNIT OF MEASURE | GROSS | DISC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | QUOTED PRICES | | | | | | | | |
| 1 * | 1 | SUPERVISOR CHARGE: LAND 12HR – DAVID SMITH - 11/26/19 TO 11/27/19, 12/2/19 TO 12/6/19; 12/9/19 SERIAL #: SUPERVISOR | | $0.00 | 8 | $1,200.00 | DAY(S) | $9,600.00 | 0 | $9,600.00 |
| 2 * | 1 | TRANSPORTATION CHARGE: PER MILE - VICKSBURG, MISSISSIPPI SERIAL #: TRANS | | $0.00 | 260 | $1.50 | MILE(S) | $390.00 | 0 | $390.00 |
| 3 * | 1 | SUBSISTENCE: PER DAY - 11/26/19 TO 11/27/19, 12/2/19 TO 12/6/19; 12/9/19 SERIAL #: SUBST | | $0.00 | 8 | $250.00 | DAY(S) | $2,000.00 | 0 | $2,000.00 |
| 4 * | 1 | POWER SWIVEL, TRAILER MOUNTED 2.5 (PS85) W/ 2-7/8" IF PIN CONNECTION SERIAL #: 12561 | | $0.00 | 5 | $500.00 | | $2,500.00 | 0 | $2,500.00 |
| 5 * | 1 | 2-7/8" IF 10,000# W.P. 1-PIECE LOWER KELLY VALVE W/ WRENCH SERIAL #: 11305 | | $0.00 | 5 | $35.00 | | $175.00 | 0 | $175.00 |
| 6 * | 1 | 2-7/8" IF BOX X 2-7/8" EUE 8RD PIN SUB, 14" LONG SERIAL #: 22903 | | $0.00 | 5 | $19.60 | | $98.00 | 0 | $98.00 |
| 7 * | 2 | 2-7/8" HALLS HEAD RUBBERS (EACH) | | $125.00 | 0 | $0.00 | | $250.00 | 0 | $250.00 |
| 8 * | 1 | MAGNET, DITCH 3" X 4" 18" LONG SERIAL #: 10466 | | $0.00 | 2 | $45.50 | | $91.00 | 0 | $91.00 |

# PREMIUM
## FISHING SERVICES

# INVOICE

| | | |
|---|---|---|
| **INVOICE #** | 19001880-203 | |
| **JOB #** | MF190376 | |
| **PAGE #** | 2 | |

| CUSTOMER NO. | DATE SHIPPED | DELIVERED VIA | COUNTY/PARISH : | INV DATE | |
|---|---|---|---|---|---|
| S223 | 11/25/2019 | CUSTOMER P/U | WARREN COUNTY MS | 12/30/2019 | |

**SHIP TO :** NEAR VICKSBURG, MS

**ORDERED BY** MR. KENNY COPELAND

**TAKEN BY** HUNTER WILLIAMS

**BILL TO :** SKLAR EXPLORATION COMPANY, LLC

**CUST:** ATTN: BOBBIE GORE
401 EDWARDS STREET
SUITE 1601
SHREVEPORT, LA 71101

| | |
|---|---|
| LEASE/OCS\G : | FIELD HEIR |
| WELL : | #3 |
| FIELD/BLOCK: | KINGS DOME RAPAD |
| RIG NO.: | |
| AFE # : | N/A |
| CUST ORD # : | N/A |

| LN NO | QTY | DESCRIPTION | DAYS/MIN | MIN AMOUNT | QTY | UNIT AMOUNT | UNIT OF MEASURE | GROSS | DISC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 * | 1 | 3-1/2" OD X 1-1/2" ID SMOOTH DRILL COLLARS W/ 2-3/8" IF CONNECTIONS W/ PROTECTORS<br>SERIAL #: 16187 | | $0.00 | 4 | $30.00 | | $120.00 | 0 | $120.00 |
| 10 * | 1 | 3-1/2" OD X 1-1/2" ID SMOOTH DRILL COLLARS W/ 2-3/8" IF CONNECTIONS W/ PROTECTORS<br>SERIAL #: 16067 | | $0.00 | 4 | $30.00 | | $120.00 | 0 | $120.00 |
| 11 * | 1 | 3-1/2" OD X 1-1/2" ID SMOOTH DRILL COLLARS W/ 2-3/8" IF CONNECTIONS W/ PROTECTORS<br>SERIAL #: 10289 | | $0.00 | 4 | $30.00 | | $120.00 | 0 | $120.00 |
| 12 * | 1 | 3-1/2" OD X 1-1/2" ID SMOOTH DRILL COLLARS W/ 2-3/8" IF CONNECTIONS W/ PROTECTORS<br>SERIAL #: 16184 | | $0.00 | 4 | $30.00 | | $120.00 | 0 | $120.00 |
| 13 * | 1 | 3-1/2" OD X 1-1/2" ID SMOOTH DRILL COLLARS W/ 2-3/8" IF CONNECTIONS W/ PROTECTORS<br>SERIAL #: 10306 | | $0.00 | 4 | $30.00 | | $120.00 | 0 | $120.00 |
| 14 * | 1 | 3-1/2" OD X 1-1/2" ID SMOOTH DRILL COLLARS W/ 2-3/8" IF CONNECTIONS W/ PROTECTORS<br>SERIAL #: 16190 | | $0.00 | 4 | $30.00 | | $120.00 | 0 | $120.00 |
| 15 * | 1 | 2-3/8" IF SQUARE SHOULDER LIFT SUB W/ 2-3/8" OD SHANK<br>SERIAL #: 10688 | | $0.00 | 5 | $10.00 | | $50.00 | 0 | $50.00 |
| 16 * | 1 | 2-3/8" IF SQUARE SHOULDER LIFT SUB W/ 2-3/8" OD SHANK<br>SERIAL #: 10682 | | $0.00 | 5 | $10.00 | | $50.00 | 0 | $50.00 |
| 17 * | 1 | 2-3/8" IF SQUARE SHOULDER LIFT SUB W/ 2-3/8" OD SHANK<br>SERIAL #: 15755 | | $0.00 | 5 | $10.00 | | $50.00 | 0 | $50.00 |

# INVOICE

**PREMIUM** FISHING SERVICES

| CUSTOMER NO. | DATE SHIPPED | DELIVERED VIA | COUNTY/PARISH : | INV DATE | INVOICE # |
|---|---|---|---|---|---|
| S223 | 11/25/2019 | CUSTOMER P/U | WARREN COUNTY MS | 12/30/2019 | 1900118D-203 |
| SHIP TO : | NEAR VICKSBURG, MS | | | ORDERED BY | JOB # |
| | | | | MR. KENNY COPELAND | MF190376 |
| | | | | TAKEN BY | PAGE # |
| | | | | HUNTER WILLIAMS | 3 |

BILL TO : SKLAR EXPLORATION COMPANY, LLC    LEASE/OCS#G :    FELD HEIR
CUST :    ATTN: BOBBIE GORE    WELL :    #3    AFE # :    N/A
401 EDWARDS STREET    FIELD/BLOCK:    KINGS DOME    CUST ORD # :    N/A
SUITE 1601    RIG NO.:    RAPAD
SHREVEPORT, LA 71101

| LN NO | QTY | DESCRIPTION | DAYS/MIN | MIN AMOUNT | QTY | UNIT AMOUNT | UNIT OF MEASURE | GROSS | DISC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 * | 1 | 2-3/8" IF SQUARE SHOULDER LIFT SUB W/ 2-3/8" OD SHANK SERIAL #: 10692 | | $0.00 | 5 | $10.00 | | $50.00 | 0 | $50.00 |
| 19 * | 1 | TYPE T SAFETY CLAMP W/ 5 SEGMENTS & WRENCH SERIAL #: 9916 | | $0.00 | 6 | $31.50 | | $189.00 | 0 | $189.00 |
| 20 * | 1 | 2-7/8" EUE 8RD BOX X 2-3/8" IF PIN SUB, 16" LONG SERIAL #: 20769 | | $0.00 | 6 | $19.60 | | $117.60 | 0 | $117.60 |
| 21 * | 1 | JAR, 2-3/4" OD LOGAN OIL W/ 2-3/8" IF BOX X PIN CONNECTIONS SERIAL #: 11070 | | $0.00 | 4 | $1,422.00 | | $5,688.00 | 0 | $5,688.00 |
| 22 * | 1 | REFURBISH ON ABOVE 3-3/4" JAR | | $350.00 | 0 | $0.00 | | $350.00 | 0 | $350.00 |
| 23 * | 1 | JAR, 3-3/4" OD LOGAN OIL W/ 2-3/8" IF BOX X PIN CONNECTIONS SERIAL #: 11066 | | $0.00 | 1 | $1,422.00 | | $1,422.00 | 0 | $1,422.00 |
| 24 * | 1 | REFURBISH ON ABOVE 3-3/4" JAR | | $350.00 | 0 | $0.00 | | $350.00 | 0 | $350.00 |
| 25 * | 1 | JAR, 3-3/4" OD LOGAN BUMPER W/ 2-3/8" IF BOX X PIN CONNECTIONS SERIAL #: 16493 | | $0.00 | 1 | $696.60 | | $696.60 | 0 | $696.60 |
| 26 * | 1 | REFURBISH ON ABOVE 3-3/4" JAR | | $350.00 | 0 | $0.00 | | $350.00 | 0 | $350.00 |

# PREMIUM
FISHING SERVICES

# INVOICE

| | | |
|---|---|---|
| INVOICE # | 19001880-203 | |
| INV DATE | 12/30/2019 | |
| JOB # | MF190376 | |
| PAGE # | 4 | |

| CUSTOMER NO. | DATE SHIPPED | DELIVERED VIA |
|---|---|---|
| S223 | 11/25/2019 | CUSTOMER P/U |

SHIP TO : NEAR VICKSBURG, MS

COUNTY/PARISH : WARREN COUNTY MS

BILL TO : SKLAR EXPLORATION COMPANY, LLC

CUST : ATTN: BOBBIE GORE
401 EDWARDS STREET
SUITE 1601
SHREVEPORT, LA 71101

LEASE/OCS/G : FELD HEIR
WELL : #3
FIELD/BLOCK : KINGS DOME RAPAD
RIG NO:

ORDERED BY MR. KENNY COPELAND
TAKEN BY HUNTER WILLIAMS
AFE # : N/A
CUST ORD # : N/A

| LN NO | QTY | DESCRIPTION | DAYS/MIN | MIN AMOUNT | QTY | UNIT AMOUNT | UNIT OF MEASURE | GROSS | DISC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 * | 1 | JAR, 3-3/4" OD LOGAN BUMPER W/ 2-3/8" IF BOX X PIN CONNECTIONS<br>SERIAL #: 6590 | | $0.00 | 4 | $696.60 | | $2,786.40 | 0 | $2,786.40 |
| 28 * | 1 | REFURBISH ON ABOVE 3-3/4" JAR | | $350.00 | 0 | $0.00 | | $350.00 | 0 | $350.00 |
| 29 * | 1 | JAR, 3-3/4" OD LOGAN ENERGIZER W/ 2-3/8" IF BOX X PIN CONNECTIONS<br>SERIAL #: 6593 | | $0.00 | 1 | $1,422.00 | | $1,422.00 | 0 | $1,422.00 |
| 30 * | 1 | REFURBISH ON ABOVE 3-3/4" JAR | | $350.00 | 0 | $0.00 | | $350.00 | 0 | $350.00 |
| 31 * | 1 | TUBING BOWL, TS100 4-1/2"<br>SERIAL #: 9789 | | $0.00 | 6 | $49.00 | | $294.00 | 0 | $294.00 |
| 32 * | 1 | TUBING SLIP, TS100 4-1/2" D/W 3 1/2" INSERTS<br>SERIAL #: 11740 | | $0.00 | 6 | $25.00 | | $150.00 | 0 | $150.00 |
| 33 * | 1 | OVERSHOT, 4-9/16" OD SERIES 150 W/ 2-3/8" IF BOX TOP CONNECTION<br>(GR# 6662)<br>SERIAL #: 16055 | | $455.00 | 0 | $210.00 | | $455.00 | 0 | $455.00 |
| 34 * | 1 | OVERSHOT LOWER EXTENSION SUB, 4-9/16" OD SERIES 150   28" LONG<br>SERIAL #: 10429 | | $224.00 | 0 | $98.00 | | $224.00 | 0 | $224.00 |
| 35 * | 1 | MILL GUIDE DRESSED F/ 4-9/16" OD X 2-7/8" ID CUTLIP<br>SERIAL #: 10236 | | $603.75 | 0 | $0.00 | | $603.75 | 0 | $603.75 |

# INVOICE

**PREMIUM FISHING SERVICES**

| CUSTOMER NO. | DATE SHIPPED | DELIVERED VIA |
|---|---|---|
| S223 | 11/25/2019 | CUSTOMER P/U |

SHIP TO : NEAR VICKSBURG, MS

| COUNTY/PARISH : | WARREN COUNTY MS |
|---|---|

| INV DATE | 12/30/2019 |
|---|---|
| ORDERED BY | MR. KENNY COPELAND |
| TAKEN BY | HUNTER WILLIAMS |

| INVOICE # | 19001880-203 |
|---|---|
| JOB # | MF190376 |
| PAGE # | 5 |

BILL TO : SKLAR EXPLORATION COMPANY, LLC

CUST:  ATTN: BOBBIE GORE
401 EDWARDS STREET
SUITE 1601
SHREVEPORT, LA 71101

| LEASE/OCS\#G : | FIELD HEIR |
|---|---|
| WELL : | #3 |
| FIELD/BLOCK: | KINGS DOME |
| | RAPAD |
| RIG NO.: | |

| AFE # : | N/A |
|---|---|
| CUST ORD # : | N/A |

| LN NO | QTY | DESCRIPTION | DAYS/MIN | MIN AMOUNT | QTY | UNIT AMOUNT | UNIT OF MEASURE | GROSS | DISC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 * | 1 | 2-1/2" ID STOP F/ 4-9/16" OD SERIES 150 OVERSHOT  ( PER JOB ) | | $0.00 | 1 | $63.00 | | $63.00 | 0 | $63.00 |
| | | SERIAL #: XX- | | | | | | | | |
| 37 * | 1 | GRAPPLE, BASKET 2-7/8" (6662) | | $635.00 | 0 | $0.00 | | $635.00 | 0 | $635.00 |
| | | SERIAL #: BB.6662.0287 | | | | | | | | |
| 38 * | 1 | GRAPPLE CONTROL, BASKET (6674) | | $213.00 | 0 | $0.00 | | $213.00 | 0 | $213.00 |
| | | SERIAL #: BCB.6674 | | | | | | | | |
| 39 * | 1 | 2-7/8" REGULAR BOX X 2-3/8" IF BOX SUB, 22" LONG | | $0.00 | 2 | $19.60 | | $39.20 | 0 | $39.20 |
| | | SERIAL #: 9539 | | | | | | | | |
| 40 * | 1 | SCRAPER, M&M CASING 5-1/2  W/ 2-7/8" REGULAR BOX X PIN  ( 3 DAY MIN ) | | $374.50 | 0 | $41.30 | | $374.50 | 0 | $374.50 |
| | | SERIAL #: 9779 | | | | | | | | |
| 41 * | 1 | WASHPIPE, 4-1/2" OD 14.98# N80 W/ 4-1/2" WP BOX X PIN CONNECTIONS | | $210.00 | 2 | $101.85 | | $413.70 | 0 | $413.70 |
| | | SERIAL #: 11176 | | | | | | | | |
| 42 * | 1 | WASHPIPE, 4-1/2" OD 14.98# N80 W/ 4-1/2" WP BOX X PIN CONNECTIONS | | $210.00 | 1 | $101.85 | | $311.85 | 0 | $311.85 |
| | | SERIAL #: 11182 | | | | | | | | |
| 43 * | 1 | LIFT PLUG, 4-1/2" WP PIN CONNECTION | | $0.00 | 3 | $16.00 | | $48.00 | 0 | $48.00 |
| | | SERIAL #: 10996 | | | | | | | | |
| 44 * | 1 | LIFT PLUG, 4-1/2" WP PIN CONNECTION | | $0.00 | 3 | $16.00 | | $48.00 | 0 | $48.00 |
| | | SERIAL #: 11005 | | | | | | | | |

# PREMIUM
FISHING SERVICES

# INVOICE

| | |
|---|---|
| INVOICE # | 19001880-203 |
| JOB # | MF190378 |
| | PAGE # 6 |

| INV DATE | 12/30/2019 |
|---|---|
| ORDERED BY | MR. KENNY COPELAND |
| TAKEN BY | HUNTER WILLIAMS |
| AFE #: | N/A |
| CUST ORD #: | N/A |

| CUSTOMER NO. | DATE SHIPPED | DELIVERED VIA | COUNTY/PARISH: |
|---|---|---|---|
| S223 | 11/25/2019 | CUSTOMER P/U | WARREN COUNTY MS |

SHIP TO :  NEAR VICKSBURG, MS

BILL TO : SKLAR EXPLORATION COMPANY, LLC
CUST: ATTN: BOBBIE GORE
401 EDWARDS STREET
SUITE 1601
SHREVEPORT, LA 71101

| LEASE/OCS/G : | FIELD HEIR |
|---|---|
| WELL : | #3 |
| FIELD/BLOCK: | KINGS DOME RAPAD |
| RIG NO.: | |

| LN NO | QTY | DESCRIPTION | DAYS/MIN | MIN AMOUNT | QTY | UNIT AMOUNT | UNIT OF MEASURE | GROSS | DISC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 45 * | 1 | TYPE C SAFETY CLAMP W/ 7 SEGMENTS<br>SERIAL #: 20694 | | $0.00 | 3 | $31.50 | | $94.50 | 0 | $94.50 |
| 46 * | 1 | TUBING SLIP, TS100 4-1/2" DW  4 1/2 INSERTS<br>SERIAL #: 11742 | | $0.00 | 3 | $25.00 | | $75.00 | 0 | $75.00 |
| 47 * | 1 | 65 TON "SLX" SIDE DOOR ELEVATOR W/ 4 5/8" ID<br>SERIAL #: 10364 | | $0.00 | 3 | $40.00 | | $120.00 | 0 | $120.00 |
| 48 * | 1 | BUSHING, TOP 4-1/2" WP PIN X 2-3/8" IF BOX  18" LONG<br>SERIAL #: 22534 | | $178.50 | 2 | $94.50 | | $367.50 | 0 | $367.50 |
| 49 * | 1 | ROTARY SHOE, 4 5/8 OD FB SHOE W/ 4 1/2 BOX X PIN  37" LONG<br>SERIAL #: 11989 | | $1,084.56 | 0 | $0.00 | | $1,084.56 | 0 | $1,084.56 |
| 50 * | 1 | ROTARY SHOE, 4-1/2" OD CUTLIP W/ 4 1/2 WP BOX, 32" LNG<br>SERIAL #: 19290 | | $598.50 | 0 | $0.00 | | $598.50 | 0 | $598.50 |
| 51 * | 1 | 2-3/8" IF BOX X 2-7/8" EUE 8RD PIN SUB, UNDER 18" LONG<br>SERIAL #: 21536 | | $0.00 | 1 | $19.60 | | $19.60 | 0 | $19.60 |
| 52 * | 1 | 2-7/8" REGULAR BOX X 2-7/8" EUE 8RD BOX SUB, 17" LNG<br>SERIAL #: 9532 | | $0.00 | 2 | $19.60 | | $39.20 | 0 | $39.20 |
| 53 * | 1 | 2-7/8" REGULAR PIN X 2-7/8" EUE 8RD PIN SUB, 22" LNG<br>SERIAL #: 9669 | | $0.00 | 2 | $19.60 | | $39.20 | 0 | $39.20 |

# INVOICE

**PREMIUM** FISHING SERVICES

| CUSTOMER NO. | S223 | | DATE SHIPPED 11/25/2019 | DELIVERED VIA CUSTOMER P/U | COUNTY/PARISH: WARREN COUNTY MS | | INV DATE 12/30/2019 | INVOICE # 19001880-203 |
|---|---|---|---|---|---|---|---|---|

SHIP TO : NEAR VICKSBURG, MS

ORDERED BY MR. KENNY COPELAND

TAKEN BY HUNTER WILLIAMS

JOB # MF190376
PAGE # 7

BILL TO : SKLAR EXPLORATION COMPANY, LLC
CUST: ATTN: BOBBIE GORE
401 EDWARDS STREET
SUITE 1601
SHREVEPORT, LA 71101

LEASE/OCSG : FELD HEIR
WELL : #3
FIELD/BLOCK: KINGS DOME
RIG NO.: RAPAD

AFE # : N/A
CUST ORD # : N/A

| LN NO | QTY | DESCRIPTION | DAYS/MIN | MIN AMOUNT | QTY | UNIT AMOUNT | UNIT OF MEASURE | GROSS | DISC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 54 * | 1 | 4-5/8" VAREL BIT W/ 2-7/8" REGULAR PIN CONNECTION (# 4580019) INSPECTION | | $800.00 | 0 | $0.00 | | $800.00 | 0 | $800.00 |
| 55 * | 1 | INSPECTION CHARGE: JEFCOAT INSPECTION SERVICE - INVOICE # 4139A | | $938.40 | 0 | $0.00 | | $938.40 | 0 | $938.40 |
| 56 * | 1 | INSPECTION CHARGE: 3-3/4" OD OIL JAR - SR# 11070 | | $368.00 | 0 | $0.00 | | $368.00 | 0 | $368.00 |
| 57 * | 1 | INSPECTION CHARGE: 3-3/4" OD OIL JAR - SR# 11066 | | $368.00 | 0 | $0.00 | | $368.00 | 0 | $368.00 |
| 58 * | 1 | INSPECTION CHARGE: 3-3/4" OD BUMPER JAR - SR# 16493 | | $207.00 | 0 | $0.00 | | $207.00 | 0 | $207.00 |
| 59 * | 1 | INSPECTION CHARGE: 3-3/4" OD BUMPER JAR - SR# 6590 | | $207.00 | 0 | $0.00 | | $207.00 | 0 | $207.00 |
| 60 * | 1 | INSPECTION CHARGE: 3-3/4" OD ENERGIZER JAR - SR# 6593 | | $322.00 | 0 | $0.00 | | $322.00 | 0 | $322.00 |
| 61 * | 1 | CLEAN & COAT CHARGE: 6 - 3-1/2" OD DRILL COLLARS | | $180.00 | 0 | $0.00 | | $180.00 | 0 | $180.00 |



********FILED********
MAY     4 2020   12:09 PM
Instrument 373864
Book CL 8 Page 352
Warren County Mississippi
Donna F. Hardy, Chancery Clerk

# INVOICE

**FISHING SERVICES**

| | |
|---|---|
| CUSTOMER NO. | 6223 |
| SHIP TO : | NEAR VICKSBURG, MS |
| BILL TO : | SKLAR EXPLORATION COMPANY, LLC |
| CUST: | ATTN: BOBBIE GORE<br>401 EDWARDS STREET<br>SUITE 1601<br>SHREVEPORT, LA 71101 |

| DATE SHIPPED | DELIVERED VIA |
|---|---|
| 11/25/2019 | CUSTOMER P/U |

| COUNTY/PARISH: | WARREN COUNTY MS |
|---|---|
| LEASE/OCSG : | FIELD HEIR |
| WELL : | #3 |
| FIELD/BLOCK : | KINGS DOME |
| RIG NO.: | RAPAD |

| INV DATE | 12/30/2019 |
|---|---|
| ORDERED BY | MR. KENNY COPELAND |
| TAKEN BY | HUNTER WILLIAMS |
| AFE # : | N/A |
| CUST ORD # : | N/A |

INVOICE #
19001880-203
JOB #
MFI-190376
PAGE #
8

| LN NO | QTY | DESCRIPTION | DAYS/MIN | MIN AMOUNT | QTY | UNIT AMOUNT | UNIT OF MEASURE | GROSS | DISC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 62 * | 1 | CLEAN & COAT CHARGE: 2- 4-1/2" OD WASHPIPE JOINTS | | $140.00 | 0 | $0.00 | | $140.00 | 0 | $140.00 |
| | | REPAIRS | | | | | | | | |
| 63 * | 1 | RREPAIR CHARGE: ROBINE & WELCH MACHINE - INVOICE # 116215 | | $445.05 | 0 | $0.00 | | $445.05 | 0 | $445.05 |
| | | SALE | | | | | | | | |
| 64 * | 1 | SALE: SEAL KIT F/ LOWER KELLY VALVE W/ 2-7/8" IF BOX X PIN CONNECTIONS - SR# 11305 | | $50.00 | 0 | $0.00 | | $50.00 | 0 | $50.00 |

| | |
|---|---|
| PLEASE REMIT TO: | |
| PREMIUM OILFIELD SERVICES, LLC | |
| PO BOX 203763 | |
| DALLAS, TX 75320-3763 | |
| (337) 608-9136 | |

BB

| | |
|---|---|
| SUBTOTAL | $40,432.11 |
| CITY TAX | $0.00 |
| COUNTY/PARISH TAX | $0.00 |
| STATE TAX | $2,830.25 |
| TOTAL | $43,262.36 |

* DENOTES TAXABLE ITEMS

TERMS AND CONDITIONS:  Subject to all of the Terms and Conditions on reverse side or provided to Customer. An additional copy of such Terms and Conditions may be provided upon request by emailing InvoiceTerms@premiumofs.com. Each Invoice for goods, services or rental of equipment received by Customer from Company shall be deemed to be only upon Company's Terms and Conditions notwithstanding any terms and conditions that may be contained in any Master Service Agreement, purchase order, work order acknowledgment or other form of Customer.  Terms Net 30 days.  Invoices unpaid after due date are subject to late charges at maximum rate allowed by law.

FILED

2020 MAY -4 PM 12: 09

DONNA F. HARDY
CHANCERY CLERK
WARREN CO., MISS.

Prepared by:

Slates C. Veazey
Bradley Arant Boult Cummings, LLP
188 E. Capitol Street, Ste. 1000
Jackson, Mississippi 39201
(601) 948-8000

Return to:

Slates C. Veazey
Bradley Arant Boult Cummings, LLP
188 E. Capitol Street, Ste. 1000
Jackson, Mississippi 39201
(601) 948-8000

Indexing Instructions: Section 40, Township 17N, Range 4E

## <u>CLAIM OF LIEN</u>

### Grantor(s):

Premium Oilfield Services
4819 Hwy. 90 West
New Iberia, LA 70560
Tel 337-608-9136
Fax 337-608-9138

### Grantee(s):

Sklar Exploration Company, LLC
401 Edwards Street, Ste. 1601
Shreveport, LA 71101

Sklar Exploration Company, LLC
5395 Pearl Parkway, Ste. 200
Boulder, CO 80301
318.227.8668

This instrument prepared by
And after recording to be returned to:
Bradley Arant Boult & Cummings, LLP
One Jackson Place
188 E. Capitol St., Suite 1000
Jackson, Mississippi 39110
Attention: Slates C. Veazey
(601) 948-8000

## CLAIM OF LIEN

Premium Oilfield Services, LLC files this statement in writing, verified by the oath of Holly Hernandez, its Vice President of Finance, who has personal knowledge of the facts herein set forth:

Premium Oilfield Services, LLC claims a lien upon the real property and oil/gas well situated at Section 40, Township 17N, Range 4E, latitude: 32.40379  longitude: -90.80421 in Warren County, Mississippi, as more thoroughly described and identified on the Plat document attached as Exhibit "1" and obtained from the records of the Mississippi Oil and Gas Board's online database.

This lien is claimed, separately and severally, as to the land, buildings and improvements thereon to the extent of the entire lot or parcel which is contained within a city or town. If said land is not within a city or town, this lien is claimed, separately and severally, as to the buildings and improvements located on the above-described real property, plus one acre of land surrounding and contiguous thereto.

That said lien is claimed to secure an indebtedness, after all just credits have been given, of Forty-Three Thousand, Two Hundred and Sixty-Two Dollars, and Thirty-Six Cents ($43,262.36), plus all other allowable interest, costs and attorney's fees which continue to accrue, for the furnishing of materials, supplies, equipment, or machinery by Premium Oilfield Services, LLC in connection with the construction and improvements on the above-described property. Premium's furnishing of materials, supplies, equipment, or machinery to Sklar on the above-described property is detailed in the invoice attached as Exhibit "2".

Under and by virtue of the provisions of said Miss. Code Ann. § 85-7-131, this Notice has been filed in the office of the Chancery Clerk of Warren County, Mississippi, in the book provided in said office, as a part of the land records of said County, and entitled "Notice of Construction Liens," on the date shown hereinafter. No suit has been filed to enforce said lien, and no contract applicable to this Claim of Lien has been filed or recorded.

The name of the owner of the property is Sklar Exploration Company, LLC.

Dated: April _15_ , 2020

Premium Oilfield Services, LLC

By: _____

Holly Hernandez, Vice President of Finance

## VERIFICATION

STATE OF TEXAS     )
                  )
COUNTY OF HARRIS    )

    Before me, _Lynn Kerry Ubrich_ a notary public in and for said county in said state, personally appeared Holly Hernandez, who, being by me first duly sworn, deposes and says on oath: That she is vice president for Premium Oilfield Services, LLC, the company named above, and as such is authorized to make this affidavit, and that she has personal knowledge of the facts set forth in the foregoing statement of lien, and that the same are true and correct to the best of her knowledge and belief.

_____

Holly Hernandez

Subscribed and sworn to before me this _15_ day of April 2020, by said affiant.

_____
Notary Public

[NOTARIAL SEAL]

My commission expires: _02/03/2024_

```
LYNN KERRY UBRICH
Notary Public, State of Texas
Comm. Expires 02-03-2024
Notary ID 1158437
```

Page 2 of 2



Drilling Unit — Entire Section
±640 Ac.

BHL
Fant Henry No. 3
El. 104045
Lat. 603140
Long. 90.80053

—40—
T17N — R4E

1280'

1920'

Surface
Location
El. 289.1
El. 384806
Lat. 602748
Long. 90.80012

WELL LOCATION
FOR

SKLAR EXPLORATION COMPANY, L.L.C.
SECTION 40, T17N — R4E
WARREN COUNTY, MISSISSIPPI

BY

ENGINEERING SERVICE — JACKSON, MISSISSIPPI

DRILLING UNIT

NOTE: Coordinates Based On Transverse
Mercator–Mississippi West Zone; NAD27

RECEIVED
AUG 1 3 2007
STATE OIL & GAS BOARD

SCALE IN TEXT
JUNE 11, 2007
REVISED: JULY 20, 2007   REVISED: JULY 27, 2007

EXHIBIT
1



PROPOSED DRILL SITE & ACCESS ROAD
FOR
**SKLAR EXPLORATION COMPANY, L.L.C.**
SECTION 40, T17N — R4E
WARREN COUNTY, MISSISSIPPI
BY
ENGINEERING SERVICE — JACKSON, MISSISSIPPI

JUNE 11, 2007



**EXHIBIT 2**

# INVOICE

**PREMIUM** FISHING SERVICES

| CUSTOMER NO. | DATE SHIPPED | DELIVERED VIA | COUNTY/PARISH: |
|---|---|---|---|
| S223 | 11/25/2019 | CUSTOMER P/U | WARREN COUNTY MS |

SHIP TO: NEAR VICKSBURG, MS

BILL TO: SKLAR EXPLORATION COMPANY, LLC
CUST: ATTN: BOBBIE GORE
401 EDWARDS STREET
SUITE 1601
SHREVEPORT, LA 71101

LEASE/OCS G: FELD HEIR
WELL: #3
FIELD/BLOCK: KINGS DOME
RIG NO.: RAPAD

INVOICE # 19001880-203
JOB # MF190376
PAGE # 1

| INV DATE | 12/30/2019 |
|---|---|
| ORDERED BY | MR. KENNY COPELAND |
| TAKEN BY | HUNTER WILLIAMS |
| AFE #: | N/A |
| CUST ORD #: | N/A |

| LN NO | QTY | DESCRIPTION | DAYS/MIN | MIN AMOUNT | QTY | UNIT AMOUNT | UNIT OF MEASURE | GROSS | DISC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | QUOTED PRICES | | | | | | | | |
| 1 * | 1 | SUPERVISOR CHARGE: LAND 12HR – DAVID SMITH - 11/26/19 TO 11/27/19, 12/2/19 TO 12/6/19; 12/9/19 SERIAL #: SUPERVISOR | | $0.00 | 8 | $1,200.00 | DAY(S) | $9,600.00 | 0 | $9,600.00 |
| 2 * | 1 | TRANSPORTATION CHARGE: PER MILE - VICKSBURG, MISSISSIPPI SERIAL #: TRANS | | $0.00 | 260 | $1.50 | MILE(S) | $390.00 | 0 | $390.00 |
| 3 * | 1 | SUBSISTENCE: PER DAY - 11/26/19 TO 11/27/19, 12/2/19 TO 12/6/19; 12/9/19 SERIAL #: SUBST | | $0.00 | 8 | $250.00 | DAY(S) | $2,000.00 | 0 | $2,000.00 |
| 4 * | 1 | POWER SWIVEL, TRAILER MOUNTED 2.5 (PS85) W/ 2-7/8" IF PIN CONNECTION SERIAL #: 12561 | | $0.00 | 5 | $500.00 | | $2,500.00 | 0 | $2,500.00 |
| 5 * | 1 | 2-7/8" IF 10,000# W.P. 1-PIECE LOWER KELLY VALVE W/ WRENCH SERIAL #: 11305 | | $0.00 | 5 | $35.00 | | $175.00 | 0 | $175.00 |
| 6 * | 1 | 2-7/8" IF BOX X 2-7/8" EUE 8RD PIN SUB, 14" LONG SERIAL #: 22303 | | $0.00 | 5 | $19.60 | | $98.00 | 0 | $98.00 |
| 7 * | 2 | 2-7/8" HALLS HEAD RUBBERS (EACH) | | $125.00 | 0 | $0.00 | | $250.00 | 0 | $250.00 |
| 8 * | 1 | MAGNET, DITCH 3" X 4" 18" LONG SERIAL #: 10466 | | $0.00 | 2 | $45.50 | | $91.00 | 0 | $91.00 |

# INVOICE

**PREMIUM** FISHING SERVICES

| INVOICE # | 19001890-203 |
|---|---|
| JOB # | MF190376 |
| PAGE # | 2 |

| CUSTOMER NO. | DATE SHIPPED | DELIVERED VIA | COUNTY/PARISH: | INV DATE |
|---|---|---|---|---|
| S223 | 11/25/2019 | CUSTOMER P/U | WARREN COUNTY MS | 12/30/2019 |

SHIP TO: NEAR VICKSBURG, MS

ORDERED BY: MR. KENNY COPELAND

TAKEN BY: HUNTER WILLIAMS

BILL TO: SKLAR EXPLORATION COMPANY, LLC

CUST: ATTN: BOBBIE GORE
401 EDWARDS STREET
SUITE 1601
SHREVEPORT, LA 71101

| LEASE/OCS@: | FELD HEIR |
|---|---|
| WELL: | #3 |
| FIELD/BLOCK: | KINGS DOME |
| | RAPAD |
| RIG NO.: | |

| AFE #: | N/A |
|---|---|
| CUST ORD #: | N/A |

| LN NO | QTY | DESCRIPTION | DAYS/MIN | MIN AMOUNT | QTY | UNIT AMOUNT | UNIT OF MEASURE | GROSS | DISC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 * | 1 | 3-1/2" OD X 1-1/2" ID SMOOTH DRILL COLLARS W/ 2-3/8" IF CONNECTIONS W/ PROTECTORS SERIAL #: 16187 | | $0.00 | 4 | $30.00 | | $120.00 | 0 | $120.00 |
| 10 * | 1 | 3-1/2" OD X 1-1/2" ID SMOOTH DRILL COLLARS W/ 2-3/8" IF CONNECTIONS W/ PROTECTORS SERIAL #: 16067 | | $0.00 | 4 | $30.00 | | $120.00 | 0 | $120.00 |
| 11 * | 1 | 3-1/2" OD X 1-1/2" ID SMOOTH DRILL COLLARS W/ 2-3/8" IF CONNECTIONS W/ PROTECTORS SERIAL #: 10289 | | $0.00 | 4 | $30.00 | | $120.00 | 0 | $120.00 |
| 12 * | 1 | 3-1/2" OD X 1-1/2" ID SMOOTH DRILL COLLARS W/ 2-3/8" IF CONNECTIONS W/ PROTECTORS SERIAL #: 16184 | | $0.00 | 4 | $30.00 | | $120.00 | 0 | $120.00 |
| 13 * | 1 | 3-1/2" OD X 1-1/2" ID SMOOTH DRILL COLLARS W/ 2-3/8" IF CONNECTIONS W/ PROTECTORS SERIAL #: 10306 | | $0.00 | 4 | $30.00 | | $120.00 | 0 | $120.00 |
| 14 * | 1 | 3-1/2" OD X 1-1/2" ID SMOOTH DRILL COLLARS W/ 2-3/8" IF CONNECTIONS W/ PROTECTORS SERIAL #: 16190 | | $0.00 | 4 | $30.00 | | $120.00 | 0 | $120.00 |
| 15 * | 1 | 2-3/8" IF SQUARE SHOULDER LIFT SUB W/ 2-3/8" OD SHANK SERIAL #: 10888 | | $0.00 | 5 | $10.00 | | $50.00 | 0 | $50.00 |
| 16 * | 1 | 2-3/8" IF SQUARE SHOULDER LIFT SUB W/ 2-3/8" OD SHANK SERIAL #: 10682 | | $0.00 | 5 | $10.00 | | $50.00 | 0 | $50.00 |
| 17 * | 1 | 2-3/8" IF SQUARE SHOULDER LIFT SUB W/ 2-3/8" OD SHANK SERIAL #: 16765 | | $0.00 | 5 | $10.00 | | $50.00 | 0 | $50.00 |

# INVOICE

**PREMIUM** FISHING SERVICES

| | | |
|---|---|---|
| INVOICE # | 19001860-203 | |
| JOB # | MF190376 | |
| PAGE # | 3 | |

| CUSTOMER NO. | DATE SHIPPED | DELIVERED VIA |
|---|---|---|
| S223 | 11/25/2019 | CUSTOMER P/U |

SHIP TO: NEAR VICKSBURG, MS

| COUNTY/PARISH: | WARREN COUNTY MS |
|---|---|

BILL TO: SKLAR EXPLORATION COMPANY, LLC
CUST: ATTN: BOBBIE GORE
401 EDWARDS STREET
SUITE 1601
SHREVEPORT, LA 71101

| | |
|---|---|
| LEASE/OC&G: | FELD HEIR |
| WELL: | #3 |
| FIELD/BLOCK: | KINGS DOME |
| RIG NO.: | RAPAD |

| INV DATE | 12/30/2019 |
|---|---|
| ORDERED BY | MR. KENNY COPELAND |
| TAKEN BY | HUNTER WILLIAMS |
| AFE #: | N/A |
| CUST ORD #: | N/A |

| LN NO | QTY | DESCRIPTION | DAYS/MIN | MIN AMOUNT | QTY | UNIT AMOUNT | UNIT OF MEASURE | GROSS | DISC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 * | 1 | 2-3/8" IF SQUARE SHOULDER LIFT SUB W/ 2-3/8" OD SHANK<br>SERIAL #: 10892 | | $0.00 | 5 | $10.00 | | $50.00 | 0 | $50.00 |
| 19 * | 1 | TYPE T SAFETY CLAMP W/ 6 SEGMENTS & WRENCH<br>SERIAL #: 9916 | | $0.00 | 6 | $31.50 | | $189.00 | 0 | $189.00 |
| 20 * | 1 | 2-7/8" EUE 8RD BOX X 2-3/8" IF PIN SUB, 18" LONG<br>SERIAL #: 20769 | | $0.00 | 6 | $19.60 | | $117.60 | 0 | $117.60 |
| 21 * | 1 | JAR, 3-3/4" OD LOGAN OIL W/ 2-3/8" IF BOX X PIN CONNECTIONS<br>SERIAL #: 11070 | | $0.00 | 4 | $1,422.00 | | $5,688.00 | 0 | $5,688.00 |
| 22 * | 1 | REFURBISH ON ABOVE 3-3/4" JAR | | $350.00 | 0 | $0.00 | | $350.00 | 0 | $350.00 |
| 23 * | 1 | JAR, 3-3/4" OD LOGAN OIL W/ 2-3/8" IF BOX X PIN CONNECTIONS<br>SERIAL #: 11086 | | $0.00 | 1 | $1,422.00 | | $1,422.00 | 0 | $1,422.00 |
| 24 * | 1 | REFURBISH ON ABOVE 3-3/4" JAR | | $350.00 | 0 | $0.00 | | $350.00 | 0 | $350.00 |
| 25 * | 1 | JAR, 3-3/4" OD LOGAN BUMPER W/ 2-3/8" IF BOX X PIN CONNECTIONS<br>SERIAL #: 16493 | | $0.00 | 1 | $896.60 | | $896.60 | 0 | $896.60 |
| 26 * | 1 | REFURBISH ON ABOVE 3-3/4" JAR | | $350.00 | 0 | $0.00 | | $350.00 | 0 | $350.00 |

# INVOICE

**PREMIUM** FISHING SERVICES

| INVOICE # | 1900180-203 |
|---|---|
| JOB # | MF190376 |
| PAGE # | 4 |

| CUSTOMER NO. | DATE SHIPPED | DELIVERED VIA | COUNTY/PARISH: | INV DATE |
|---|---|---|---|---|
| S223 | 11/25/2019 | CUSTOMER P/U | WARREN COUNTY MS | 12/30/2019 |

SHIP TO: NEAR VICKSBURG, MS

ORDERED BY: MR. KENNY COPELAND
TAKEN BY: HUNTER WILLIAMS

BILL TO: SKLAR EXPLORATION COMPANY, LLC
CUST: ATTN: BOBBIE GORE
401 EDWARDS STREET
SUITE 1601
SHREVEPORT, LA 71101

LEASE/OCSG: FELD HEIR
WELL: #3
FIELD/BLOCK: KINGS DOME
RIG NO.: RAPAD

AFE #: N/A
CUST ORD #: N/A

| LN NO | QTY | DESCRIPTION | DAYS/MIN | MIN AMOUNT | QTY | UNIT AMOUNT | UNIT OF MEASURE | GROSS | DISC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 * | 1 | JAR, 3-3/4" OD LOGAN BUMPER W/ 2-3/8" IF BOX X PIN CONNECTIONS<br>SERIAL #: 6680 | | $0.00 | 4 | $698.60 | | $2,786.40 | 0 | $2,798.40 |
| 28 * | 1 | REFURBISH ON ABOVE 3-3/4" JAR | | $350.00 | 0 | $0.00 | | $350.00 | 0 | $350.00 |
| 29 * | 1 | JAR, 3-3/4" OD LOGAN ENERGIZER W/ 2-3/8" IF BOX X PIN CONNECTIONS<br>SERIAL #: 6893 | | $0.00 | 1 | $1,422.00 | | $1,422.00 | 0 | $1,422.00 |
| 30 * | 1 | REFURBISH ON ABOVE 3-3/4" JAR | | $350.00 | 0 | $0.00 | | $350.00 | 0 | $350.00 |
| 31 * | 1 | TUBING BOWL, TS100 4-1/2"<br>SERIAL #: 9789 | | $0.00 | 6 | $49.00 | | $294.00 | 0 | $294.00 |
| 32 * | 1 | TUBING SLIP, TS100 4-1/2" DW/ 3 1/2" INSERTS<br>SERIAL #: 11740 | | $0.00 | 6 | $25.00 | | $150.00 | 0 | $150.00 |
| 33 * | 1 | OVERSHOT, 4-9/16" OD SERIES 150 W/ 2-3/8" IF BOX TOP CONNECTION<br>(GR# 6662)<br>SERIAL #: 16055 | | $455.00 | 0 | $210.00 | | $455.00 | 0 | $455.00 |
| 34 * | 1 | OVERSHOT LOWER EXTENSION SUB, 4-9/16" OD SERIES 150   29" LONG<br>SERIAL #: 10429 | | $224.00 | 0 | $98.00 | | $224.00 | 0 | $224.00 |
| 35 * | 1 | MILL GUIDE DRESSED F/ 4-9/16" OD X 2-7/8" ID CUTLIP<br>SERIAL #: 10236 | | $603.75 | 0 | $0.00 | | $603.75 | 0 | $603.75 |

# INVOICE

PREMIUM FISHING SERVICES

| CUSTOMER NO. | DATE SHIPPED | DELIVERED VIA | | | INVOICE # |
|---|---|---|---|---|---|
| S223 | 11/25/2019 | CUSTOMER P/U | | | 1900'1880-203 |

SHIP TO: NEAR VICKSBURG, MS

COUNTY/PARISH: WARREN COUNTY MS

JOB #: MF190376
PAGE #: 5

BILL TO: SKLAR EXPLORATION COMPANY, LLC
CUST: ATTN: BOBBIE GORE
401 EDWARDS STREET
SUITE 1601
SHREVEPORT, LA 71101

LEASE/OCS'G: FELD HEIR
WELL: #3
FIELD/BLOCK: KINGS DOME
RIG NO.: RAPAD

INV DATE: 12/30/2019
ORDERED BY: MR. KENNY COPELAND
TAKEN BY: HUNTER WILLIAMS
AFE #: N/A
CUST ORD #: N/A

| LN NO | QTY | DESCRIPTION | DAYS/MIN | MIN AMOUNT | QTY | UNIT AMOUNT | UNIT OF MEASURE | GROSS | DISC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 * | 1 | 2-1/2" ID STOP F/ 4-9/16" OD SERIES 150 OVERSHOT ( PER JOB )<br>SERIAL #: XX- | | $0.00 | 1 | $63.00 | | $63.00 | 0 | $63.00 |
| 37 * | 1 | GRAPPLE, BASKET 2-7/8" (6662)<br>SERIAL #: BB.6662.0287 | | $635.00 | 0 | $0.00 | | $635.00 | 0 | $635.00 |
| 38 * | 1 | GRAPPLE CONTROL, BASKET (6674)<br>SERIAL #: BC8.6674 | | $213.00 | 0 | $0.00 | | $213.00 | 0 | $213.00 |
| 39 * | 1 | 2-7/8" REGULAR BOX X 2-3/8" IF BOX SUB, 22" LONG<br>SERIAL #: 9939 | | $0.00 | 2 | $19.60 | | $39.20 | 0 | $39.20 |
| 40 * | 1 | SCRAPER, M&M CASING 5-1/2 W/ 2-7/8" REGULAR BOX X PIN ( 3 DAY MIN )<br>SERIAL #: 9779 | | $374.50 | 0 | $41.30 | | $374.50 | 0 | $374.50 |
| 41 * | 1 | WASHPIPE, 4-1/2" OD 14.88# N80 W/ 4-1/2" WP BOX X PIN CONNECTIONS<br>SERIAL #: 11176 | | $210.00 | 2 | $101.85 | | $413.70 | 0 | $413.70 |
| 42 * | 1 | WASHPIPE, 4-1/2" OD 14.88# N80 W/ 4-1/2" WP BOX X PIN CONNECTIONS<br>SERIAL #: 11182 | | $210.00 | 1 | $101.85 | | $311.85 | 0 | $311.85 |
| 43 * | 1 | LIFT PLUG, 4-1/2" WP PIN CONNECTION<br>SERIAL #: 10898 | | $0.00 | 3 | $16.00 | | $48.00 | 0 | $48.00 |
| 44 * | 1 | LIFT PLUG, 4-1/2" WP PIN CONNECTION<br>SERIAL #: 11005 | | $0.00 | 3 | $16.00 | | $48.00 | 0 | $48.00 |

# PREMIUM
FISHING SERVICES

# INVOICE

| CUSTOMER NO. | DATE SHIPPED | DELIVERED VIA | | | INV DATE | | | INVOICE # |
|---|---|---|---|---|---|---|---|---|
| 8223 | 11/25/2019 | CUSTOMER P/U | | | 12/30/2019 | | | 19001860-203 |
| SHIP TO: NEAR VICKSBURG, MS | | | COUNTY/PARISH: WARREN COUNTY MS | | ORDERED BY MR. KENNY COPELAND | | | JOB # MF190376 |
| BILL TO: SKLAR EXPLORATION COMPANY, LLC | | | LEASE/OCS#G: FIELD HEIR | | TAKEN BY HUNTER WILLIAMS | | | PAGE # 6 |
| CUST: ATTN: BOBBIE GORE | | | WELL: #3 | | AFE #: N/A | | | |
| 401 EDWARDS STREET | | | FIELD/BLOCK: KINGS DOME | | CUST ORD #: N/A | | | |
| SUITE 1601 | | | RAPAD | | | | | |
| SHREVEPORT, LA 71101 | | | RIG NO.: | | | | | |

| LN NO | QTY | DESCRIPTION | DAYS/MIN | MIN AMOUNT | QTY | UNIT AMOUNT | UNIT OF MEASURE | GROSS | DISC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 45* | 1 | TYPE C SAFETY CLAMP W/ 7 SEGMENTS <br> SERIAL #: 20694 | | $0.00 | 3 | $31.50 | | $94.50 | 0 | $94.50 |
| 46* | 1 | TUBING SLIP, TS100 4-1/2" DW 4 1/2 INSERTS <br> SERIAL #: 11742 | | $0.00 | 3 | $25.00 | | $75.00 | 0 | $75.00 |
| 47* | 1 | 65 TON "SLX" SIDE DOOR ELEVATOR W/ 4 5/8" ID <br> SERIAL #: 10364 | | $0.00 | 3 | $40.00 | | $120.00 | 0 | $120.00 |
| 48* | 1 | BUSHING, TOP 4-1/2" WP PIN X 2-3/8" IF BOX  18" LONG <br> SERIAL #: 22534 | | $178.50 | 2 | $94.50 | | $367.50 | 0 | $367.50 |
| 49* | 1 | ROTARY SHOE, 4 5/8 OD FB SHOE W/ 4 1/2 BOX X PIN  37" LONG <br> SERIAL #: 11989 | | $1,084.56 | 0 | $0.00 | | $1,084.56 | 0 | $1,084.56 |
| 50* | 1 | ROTARY SHOE, 4-1/2" OD CUTLIP W/ 4 1/2 WP BOX, 32" LNG <br> SERIAL #: 19290 | | $598.50 | 0 | $0.00 | | $598.50 | 0 | $598.50 |
| 51* | 1 | 2-3/8" IF BOX X 2-7/8" EUE 8RD PIN SUB, UNDER 18" LONG <br> SERIAL #: 21536 | | $0.00 | 1 | $19.60 | | $19.60 | 0 | $19.60 |
| 52* | 1 | 2-7/8" REGULAR BOX X 2-7/8" EUE 8RD BOX SUB, 17" LNG <br> SERIAL #: 9532 | | $0.00 | 2 | $19.60 | | $39.20 | 0 | $39.20 |
| 53* | 1 | 2-7/8" REGULAR PIN X 2-7/8" EUE 8RD PIN SUB, 22" LNG <br> SERIAL #: 9569 | | $0.00 | 2 | $19.60 | | $39.20 | 0 | $39.20 |

# PREMIUM
FISHING SERVICES

# INVOICE

| INVOICE # | 19D01380-203 |
| --- | --- |
| JOB # | MF190376 |
| PAGE # | 7 |

| INV DATE | 12/30/2019 |
| --- | --- |
| ORDERED BY | MR. KENNY COPELAND |
| TAKEN BY | HUNTER WILLIAMS |
| AFE #: | N/A |
| CUST ORD #: | N/A |

| CUSTOMER NO. | DATE SHIPPED | DELIVERED VIA | COUNTY/PARISH: |
| --- | --- | --- | --- |
| S223 | 11/25/2019 | CUSTOMER P/U | WARREN COUNTY MS |

SHIP TO: NEAR VICKSBURG, MS

BILL TO: SKLAR EXPLORATION COMPANY, LLC
CUST: ATTN: BOBBIE GORE
401 EDWARDS STREET
SUITE 1601
SHREVEPORT, LA 71101

| LEASE/OCSG: | FELD HEIR |
| --- | --- |
| WELL: | #3 |
| FIELD/BLOCK: | KINGS DOME |
| RIG NO.: | RAPAD |

| LN NO | QTY | DESCRIPTION | DAYS/MIN | MIN AMOUNT | QTY | UNIT AMOUNT | UNIT OF MEASURE | GROSS | DISC | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 54 * | 1 | 4-5/8" VAREL BIT W/ 2-7/8" REGULAR PIN CONNECTION (# 4680019) | | $800.00 | 0 | $0.00 | | $800.00 | 0 | $800.00 |
| | | INSPECTION | | | | | | | | |
| 55 * | 1 | INSPECTION CHARGE: JEFCOAT INSPECTION SERVICE - INVOICE # 4139A | | $938.40 | 0 | $0.00 | | $938.40 | 0 | $938.40 |
| 56 * | 1 | INSPECTION CHARGE: 3-3/4" OD OIL JAR - SR# 11070 | | $388.00 | 0 | $0.00 | | $388.00 | 0 | $388.00 |
| 57 * | 1 | INSPECTION CHARGE: 3-3/4" OD OIL JAR - SR# 11086 | | $366.00 | 0 | $0.00 | | $366.00 | 0 | $366.00 |
| 58 * | 1 | INSPECTION CHARGE: 3-3/4" OD BUMPER JAR - SR# 16493 | | $207.00 | 0 | $0.00 | | $207.00 | 0 | $207.00 |
| 59 * | 1 | INSPECTION CHARGE: 3-3/4" OD BUMPER JAR - SR# 6590 | | $207.00 | 0 | $0.00 | | $207.00 | 0 | $207.00 |
| 60 * | 1 | INSPECTION CHARGE: 3-3/4" OD ENERGIZER JAR - SR# 8583 | | $322.00 | 0 | $0.00 | | $322.00 | 0 | $322.00 |
| 61 * | 1 | CLEAN & COAT CHARGE: 6 - 3-1/2" OD DRILL COLLARS | | $180.00 | 0 | $0.00 | | $180.00 | 0 | $180.00 |

# INVOICE

**PREMIUM** FISHING SERVICES

| INVOICE # | 19001880-203 |
|---|---|
| JOB # | MF190376 |
| PAGE # | 8 |

| CUSTOMER NO. | DATE SHIPPED | DELIVERED VIA | COUNTY/PARISH: | INV DATE | 12/30/2019 |
|---|---|---|---|---|---|
| S223 | 11/25/2019 | CUSTOMER P/U | WARREN COUNTY MS | | |

SHIP TO: NEAR VICKSBURG, MS

ORDERED BY: MR. KENNY COPELAND

TAKEN BY: HUNTER WILLIAMS

BILL TO: SKLAR EXPLORATION COMPANY, LLC

CUST: ATTN: BOBBIE GORE
401 EDWARDS STREET
SUITE 1601
SHREVEPORT, LA 71101

LEASE/OCS/G: FIELD HEIR
WELL: #6
FIELD/BLOCK: KINGS DOME
RIG NO.: RAPAD

AFE#: N/A
CUST ORD #: N/A

| LN NO | QTY | DESCRIPTION | DAYS/MIN | MIN AMOUNT | QTY | UNIT AMOUNT | UNIT OF MEASURE | GROSS | DISC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 62 * | 1 | CLEAN & COAT CHARGE: 2 - 4-1/2" OD WASHPIPE JOINTS | | $140.00 | 0 | $0.00 | | $140.00 | 0 | $140.00 |
| | | REPAIRS | | | | | | | | |
| 63 * | 1 | RREPAIR CHARGE: ROBINE & WELCH MACHINE - INVOICE # 115215 | | $445.05 | 0 | $0.00 | | $445.05 | 0 | $445.05 |
| | | SALE | | | | | | | | |
| 64 * | 1 | SALE: SEAL KIT F/ LOWER KELLY VALVE W/ 2-7/8" IF BOX X PIN CONNECTIONS - SR# 11305 | | $50.00 | 0 | $0.00 | | $50.00 | 0 | $50.00 |

BB

PLEASE REMIT TO:
PREMIUM OILFIELD SERVICES, LLC
P.O BOX 203763
DALLAS, TX 75320-3763
(337) 608-9136

| | |
|---|---|
| SUBTOTAL | $40,432.11 |
| CITY TAX | $0.00 |
| COUNTY/PARISH TAX | $0.00 |
| STATE TAX | $2,830.25 |
| TOTAL | $43,262.36 |

* DENOTES TAXABLE ITEMS

TERMS AND CONDITIONS: Subject to all of the Terms and Conditions on reverse side or provided to Customer. An additional copy of such Terms and Conditions may be provided upon request by emailing InvoiceTerms@premiumofs.com. Each invoice for goods, services or rental of equipment received by Customer from Company shall be deemed to be only upon Company's Terms and Conditions notwithstanding any terms and conditions that may be contained in any Master Service Agreement, purchase order, work order acknowledgment or other form of Customer. Terms Net 30 days. Invoices unpaid after due date are subject to late charges at maximum rate allowed by law.

**EXHIBIT B**

This instrument prepared by
And after recording to be returned to:
Bradley Arant Boult & Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Attention: Connor J. Rose
(205) 521-8000

Escambia County Probate
Robert D. Agerton, Judge of Probate
Filed/cert. 4/20/2020 12:43 PM
TOTAL       $   10.00
  3 Pages





## VERIFIED STATEMENT OF LIEN

STATE OF TEXAS            )
                          )
COUNTY OF HARRIS          )

Premium Oilfield Services, LLC files this statement in writing, verified by the oath of Holly Hernandez, its Vice President of Finance, who has personal knowledge of the facts herein set forth:

Premium Oilfield Services, LLC claims a lien upon the following real property situated at latitude: 31.24127, longitude: -86.85235 in Escambia County, Alabama, to wit:

### LEGAL DESCRIPTION OF PROPERTY

Fishpond Oil Unit – Cedar Creek Lake & Timber 10-5 #1, API 01-053-20665-00-00, Permit 16990-B: The surface location containing the above-named oil or gas well is located in the Southwest Quarter of the Northwest Quarter Section 10, Township 3 North, Range 12 East, Escambia County, Alabama, being 2018 feet from the North line, and 447 feet from the West line of Section 10; and with a bottom hole terminus location being situated in Southwest Quarter of the Northwest Quarter of Section 10, Township 3 North, Range 12 East, Escambia County, Alabama being 2228 feet from the North line and 402 feet from the West line of said Section 10, Escambia County, Alabama.

This lien is claimed, separately and severally, as to the land, buildings and improvements thereon to the extent of the entire lot or parcel which is contained within a city or town. If said land is not within a city or town, this lien is claimed, separately and severally, as to the buildings and improvements located on the above-described real property, plus one acre of land surrounding and contiguous thereto.

That said lien is claimed to secure an indebtedness, after all just credits have been given, of Twenty-Five Thousand, Four Hundred and Sixty-Six Dollars, and Ninety-Two Cents ($25,466.92), plus all other allowable interest, costs and attorney's fees which continue to accrue, for the furnishing of materials, supplies, equipment, or machinery by Premium Oilfield Services, LLC in connection with the construction and improvements on the above-described property.

The name of the owner of the property is Sklar Exploration Company, LLC.

Dated: April 10, 2020

Premium Oilfield Services, LLC

By: _____

Holly Hernandez, Vice President of Finance

## VERIFICATION

STATE OF TEXAS       )
                             )
COUNTY OF HARRIS    )

Before me, _Lynn Kerry Ubrich_, a notary public in and for said county in said state, personally appeared Holly Hernandez, who, being by me first duly sworn, deposes and says on oath: That she is vice president for Premium Oilfield Services, LLC, the company named above, and as such is authorized to make this affidavit, and that she has personal knowledge of the facts set forth in the foregoing statement of lien, and that the same are true and correct to the best of her knowledge and belief.

_____
Holly Hernandez

Subscribed and sworn to before me this __10th__ day of April 2020, by said affiant.

_____
Notary Public

[NOTARIAL SEAL]

My commission expires: _02/03/2024_

LYNN KERRY UBRICH
Notary Public, State of Texas
Comm. Expires 02-03-2024
Notary ID 1158437

B:2020 P:310
Lien
4/22/2020 1:03:58 PM
Page:1 of 3

Stephen Flemming
Conecuh County, Alabama

5.00 Indexing Fee
3.00 FirstPage Fee
6.00 AddlPages Fee
Total Fees: $14.00

**This instrument prepared by**
**And after recording to be returned to:**
Bradley Arant Boult & Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Attention: Connor J. Rose
(205) 521-8000

## VERIFIED STATEMENT OF LIEN

STATE OF TEXAS      )
                      )
COUNTY OF HARRIS   )

Premium Oilfield Services, LLC files this statement in writing, verified by the oath of Holly Hernandez, its Vice President of Finance, who has personal knowledge of the facts herein set forth:

Premium Oilfield Services, LLC claims a lien upon the following real property situated at latitude: 31.26487, longitude: -86.84852 in Conecuh County, Alabama, to wit:

### LEGAL DESCRIPTION OF PROPERTY

<u>Brooklyn South West Oil Unit – Cedar Creek Land & Timber 34-14 #1, API 01-035-20267-00-00, Permit 16696-B</u>: The surface location containing the above-named oil or gas well is located in the Southwest Quarter of Section 34, Township 4 North, Range 12 East, Conecuh County, Alabama, being 1083 feet from the South line, and 1620 feet from the West line of Section 8; and with a bottom hole terminus location being situated in the Southwest Quarter of Section 34, Township 4 North, Range 12 East, Conecuh County, Alabama being 1194 feet from the South line and 1978 feet from the West line of said Section 34, Conecuh County, Alabama.

This lien is claimed, separately and severally, as to the land, buildings and improvements thereon to the extent of the entire lot or parcel which is contained within a city or town. If said land is not within a city or town, this lien is claimed, separately and severally, as to the buildings and improvements located on the above-described real property, plus one acre of land surrounding and contiguous thereto.

That said lien is claimed to secure an indebtedness, after all just credits have been given, of Fifteen Thousand, Eight Hundred and Sixteen Dollars, and Seventy-Six Cents ($15,816.76), plus all other allowable interest, costs and attorney's fees which continue to accrue, for the furnishing of materials, supplies, equipment, or machinery by Premium Oilfield Services, LLC in connection with the construction and improvements on the above-described property.

The name of the owner of the property is Sklar Exploration Company, LLC.

**2020   311**
Recorded in the Above
Misc Book & Page
04-22-2020 01:03:58 PM

Dated: April 10, 2020

Premium Oilfield Services, LLC

By: _____
        Holly Hernandez, Vice President of Finance

**2020   312**
Recorded in the Above
Misc Book & Page
04-22-2020 01:03:58 PM
Stephen Fleming, Probate Judge
Conecuh County, Alabama

# VERIFICATION

STATE OF TEXAS            )
                          )
COUNTY OF HARRIS          )

      Before me, _Lynn Kerry Ubrich_, a notary public in and for said county in said state, personally appeared Holly Hernandez, who, being by me first duly sworn, deposes and says on oath: That she is vice president for Premium Oilfield Services, LLC,  the company named above, and as such is authorized to make this affidavit, and that she has personal knowledge of the facts set forth in the foregoing statement of lien, and that the same are true and correct to the best of her knowledge and belief.

_____
                Holly Hernandez

Subscribed and sworn to before me this _10th_ day of April 2020, by said affiant.

_____
                Notary Public

[NOTARIAL SEAL]           My commission expires: _02/03/2024_

LYNN KERRY UBRICH
Notary Public, State of Texas
Comm. Expires 02-03-2024
Notary ID 1158437

Case 20-12377 EEB   Doc# 443   Filed 06/16/20   Entered 06/16/20 09:08:07   Page40 of 45

**B:2020 P:316**
Lien
4/22/2020 1:11:00 PM
Page:1 of 3

Stephen Flemming
Conecuh County, Alabama

    5.00 Indexing Fee
    3.00 FirstPage Fee
    6.00 AddlPages Fee
Total Fees: $14.00

<u>**This instrument prepared by**</u>
<u>**And after recording to be returned to:**</u>
Bradley Arant Boult & Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Attention: Connor J. Rose
(205) 521-8000

## VERIFIED STATEMENT OF LIEN

STATE OF TEXAS      )
                        )
COUNTY OF HARRIS    )

      Premium Oilfield Services, LLC files this statement in writing, verified by the oath of Holly Hernandez, its Vice President of Finance, who has personal knowledge of the facts herein set forth:

      Premium Oilfield Services, LLC claims a lien upon the following real property situated at latitude: 31.33203 longitude: -86.78134 in Conecuh County, Alabama, to wit:

## <u>LEGAL DESCRIPTION OF PROPERTY</u>

      <u>Little Cedar Creek Oil Unit II – Craft-Brye 8-4 #1 , API 01-035-20143-00-00, Permit 15159-B</u>: The surface location containing the above-named oil or gas well is located in the Northwest Quarter of Section 8, Township 4 North, Range 13 East, Conecuh County, Alabama, being 662 feet from the North line, and 1347 feet from the West line of Section 8; and with a bottom hole terminus location being situated in the Northwest Quarter of Section 8, Township 4 North, Range 13 East, Conecuh County, Alabama being 180 feet from the North line and 660 feet from the West line of said section 8, Conecuh County, Alabama.

      This lien is claimed, separately and severally, as to the land, buildings and improvements thereon to the extent of the entire lot or parcel which is contained within a city or town. If said land is not within a city or town, this lien is claimed, separately and severally, as to the buildings and improvements located on the above-described real property, plus one acre of land surrounding and contiguous thereto.

      That said lien is claimed to secure an indebtedness, after all just credits have been given, of Sixty-four Thousand, Three Hundred and Nineteen Dollars, and Three Cents ($64,319.03), plus all other allowable interest, costs and attorney's fees which continue to accrue, for the furnishing of materials, supplies, equipment, or machinery by Premium Oilfield Services, LLC in connection with the construction and improvements on the above-described property.

      The name of the owner of the property is Sklar Exploration Company, LLC.

**2020   317**
Recorded in the Above
Misc Book & Page
04-22-2020 01:11:00 PM

Dated: April 10, 2020

Premium Oilfield Services, LLC

By: _____

Holly Hernandez, Vice President of Finance

**2020 318**
Recorded in the Above
Mise Book & Page
04-22-2020 01:11:00 PM
Stephen Fleming, Probate Judge
Conecuh County, Alabama

# **VERIFICATION**

STATE OF TEXAS     )
                          )

COUNTY OF HARRIS   )

     Before me, _Lynn Kerry Ubrich_, a notary public in and for said county in said state, personally appeared Holly Hernandez, who, being by me first duly sworn, deposes and says on oath: That she is vice president for Premium Oilfield Services, LLC, the company named above, and as such is authorized to make this affidavit, and that she has personal knowledge of the facts set forth in the foregoing statement of lien, and that the same are true and correct to the best of her knowledge and belief.

                              _____
                                    Holly Hernandez

     Subscribed and sworn to before me this ___10th___ day of April 2020, by said affiant.

                              _____
                               Notary Public

[NOTARIAL SEAL]        My commission expires: _02/03/2024_

LYNN KERRY UBRICH
Notary Public, State of Texas
Comm. Expires 02-03-2024
Notary ID 1158437

Case 20-12377-EEB Doc# 443 Filed 06/16/20 Entered 06/16/20 09:08:07 Page43 of 45

**B:2020 P:313**
Lien
4/22/2020 1:07:41 PM
Page:1 of 3

Stephen Flemming
Conecuh County, Alabama

5.00 Indexing Fee
3.00 FirstPage Fee
6.00 AddlPages Fee
Total Fees: $14.00

**This instrument prepared by**
**And after recording to be returned to:**
Bradley Arant Boult & Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Attention: Connor J. Rose
(205) 521-8000

## VERIFIED STATEMENT OF LIEN

STATE OF TEXAS      )
                          )
COUNTY OF HARRIS   )

Premium Oilfield Services, LLC files this statement in writing, verified by the oath of Holly Hernandez, its Vice President of Finance, who has personal knowledge of the facts herein set forth:

Premium Oilfield Services, LLC claims a lien upon the following real property situated at latitude: 31.34333, longitude: -86.77087 in Conecuh County, Alabama, to wit:

### LEGAL DESCRIPTION OF PROPERTY

Little Cedar Creek Oil Unit II – Craft-Ralls 5-8 #1, API 01-035-20159-00-00, Permit 15493: The surface location containing the above-named oil or gas well is located in the Northwest Quarter of Section 4, Township 4 North, Range 13 East, Conecuh County, Alabama, being 1980 feet from the North line, and 660 feet from the East line of Section 4; and with a bottom hole terminus location being situated in the Northwest Quarter of Section 4, Township 4 North, Range 13 East, Conecuh County, Alabama being 2083 feet from the North line and 744 feet from the East line of said Section 4, Conecuh County, Alabama.

This lien is claimed, separately and severally, as to the land, buildings and improvements thereon to the extent of the entire lot or parcel which is contained within a city or town. If said land is not within a city or town, this lien is claimed, separately and severally, as to the buildings and improvements located on the above-described real property, plus one acre of land surrounding and contiguous thereto.

That said lien is claimed to secure an indebtedness, after all just credits have been given, of Five Hundred and Eighty-Five Dollars, and Seventy-Three Cents ($585.73), plus all other allowable interest, costs and attorney's fees which continue to accrue, for the furnishing of materials, supplies, equipment, or machinery by Premium Oilfield Services, LLC in connection with the construction and improvements on the above-described property.

The name of the owner of the property is Sklar Exploration Company, LLC.

Dated: April 10, 2020                    Premium Oilfield Services, LLC

By: _____
          Holly Hernandez, Vice President of Finance

**2020   315**
Recorded in the Above
Misc Book & Page
04-22-2020 01:07:41 PM
Stephen Fleming, Probate Judge
Conecuh County, Alabama

## **VERIFICATION**

STATE OF TEXAS      )
                                  )

COUNTY OF HARRIS     )

       Before me, _Lynn Kerry Ubrich_ , a notary public in and for said county in said state, personally appeared Holly Hernandez, who, being by me first duly sworn, deposes and says on oath: That she is vice president for Premium Oilfield Services, LLC, the company named above, and as such is authorized to make this affidavit, and that she has personal knowledge of the facts set forth in the foregoing statement of lien, and that the same are true and correct to the best of her knowledge and belief.

_____
                           Holly Hernandez

Subscribed and sworn to before me this _10th_ day of April 2020, by said affiant.

_____
       Notary Public

[NOTARIAL SEAL]           My commission expires: _02/03/2024_

LYNN KERRY UBRICH
Notary Public, State of Texas
Comm. Expires 02-03-2024
Notary ID 1158437