**Fill in this information to identify your case**

UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO

Debtor 1: Sklar Exploration
First Name / Middle Name / Last Name

Case #: 20-12377EEB

Debtor 2: _____
First Name / Middle Name / Last Name

Chapter: 11

## Local Bankruptcy Form 2081-1.3
### Response and Request for Notice of Hearing

Complete applicable sections and check applicable boxes.

**Part 1 Response**

Attention: Self Belinda Harris [debtor's attorney].

I request that notice of the date, time, and place of the hearing on debtor's Motion Seeking Expedited Entry of Orders be served as follows:

☒ Email: belindapittsharrison@gmail.com [email address(es)]
☐ Facsimile: 775 383 4725 [facsimile number(s)]

**Part 2 Signature of Attorney Requesting Notice or Party Requesting Notice (if unrepresented)**

Dated: 6/23/20

By: Belinda Harrison
Signature

Bar Number (if applicable): _____
Mailing Address: _____
Telephone number: 601 422 0111
Facsimile number: 775-383-4725
E-mail address: belindapittsharrison@gmail.com

L.B.F. 2081-1.3 (12/17)

Page 1

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Submitted: 6/23/2020 9:56:35 AM

User Information

Belinda Harrison
58 County Road 5033
HEIDELBERG
MS
39439

belindapittsharrison@gmail.com
318-548-8748