IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br><br>        Debtor. | Chapter 11<br><br>Case No. 20-12377-EEB |
| SKLARCO, LLC<br>EIN: 72-1425432<br><br>        Debtor. | Chapter 11<br><br>Case No. 20-12380-EEB |

**WEATHERFORD U.S., L.P.'S NOTICE OF PERFECTION OF STATUTORY
LIEN PURSUANT TO 11 U.S.C. § 546(b)(2)**

Weatherford U.S., L.P. ("**Weatherford**"), a creditor and party-in-interest, by and through its undersigned counsel, hereby submits this notice ("**Notice**") pursuant to section 546(b)(2) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "**Bankruptcy Code**") of its statutory lien against certain property interests owned by Sklar Exploration Company, LLC (the "**Debtor**"). In support of this Notice, Weatherford respectfully states as follows:

    1. Prior to April 1, 2020 ("**Petition Date**"), Weatherford sold Debtor goods and services on an open account between November 8, 2019 and April 1, 2020 ("**Open Account**"). Certain of such goods and services provided by Weatherford were utilized by the Debtor in its natural gas operations located on the Property (defined below), as more particularly described in invoices attached to Weatherford's proof of claim that has been filed contemporaneously herewith.

2. As of the Petition Date, the Debtor owed Weatherford no less than $122,490.63 on account of goods and services provided pursuant to the Open Account, as set forth in the Lien and Affidavit attached hereto as **Exhibit "1"**, which was properly recorded in the Phillips County, Montana real property records.[1]

3. The legal description of the property where the materials and services were furnished and upon which work was performed is described in the Lien and Affidavit as:

> Corwin 5-1
> Township 32 North, Range 33 East, Phillips County, Montana
> Section 5: NENE

(the "**Property**").

4. Pursuant to Montana law, a party perfects its oil and gas lien by recording a statement verified by affidavit with the county clerk reflecting the amount claimed and the items of the claim, dates upon which labor was performed or the materials were provided, the owner of the leasehold or pipeline, name of the claimant's mailing address, and a description of the leasehold or pipeline. Mont. Code Ann. § 71-3-1004.

5. A lien may be perfected within six months after the date upon which materials or services were last provided. *See id.*

6. The Montana statutes further provide that a suit to foreclose on such a lien must be commenced within 2 years after filing the lien. *See* Mont. Code Ann. § 71-3-562; Mont. Code Ann. § 71-3-1005.

7. Weatherford last provided goods and/or services to the Debtor on April 1, 2020 and thus provided the Debtor with goods and/or services within the last six months.

---

[1] Weatherford reserves the right to modify the Lien and Affidavit, such as to increase or decrease the amount of Weatherford's lien.

8. Section 546 of the Bankruptcy Code provides that when applicable law requires seizure of property or commencement of an action to accomplish perfection, or maintenance or continuation of perfection, of an interest in property, the lien claimant may file a notice with the bankruptcy court in *lieu* of seizure or commencement of an action. *See* 11 U.S.C. § 546(b)(2).

9. Weatherford hereby provides notice to the Debtor, Debtor's counsel, and the Office of the United States Trustee of Weatherford's rights as a perfected lienholder in the Property pursuant to Montana law.

10. Accordingly, this Notice is filed to preserve, perfect, and maintain Weatherford's rights in the Property under Montana law and is made in accordance with Montana law and section 546(b)(2) of the Bankruptcy Code. This Notice constitutes the legal equivalent of having commenced a lawsuit to foreclose the liens in a court of law, and as such, the Debtor is estopped from claiming that Weatherford failed to timely commence a lawsuit under Montana law to enforce Weatherford's rights in the Property.

11. PLEASE TAKE FURTHER NOTICE that all proceeds of any sale of the property securing Weatherford's liens constitute cash collateral pursuant to 11 U.S.C. § 363(a) and may not be used unless each entity that has an interest in such cash collateral consents.

12. Weatherford does not consent to the use of such cash collateral.

13. Weatherford reserves all rights with respect to its liens, including, but not limited to, the right to amend or supplement this Notice and to seek relief from the automatic stay to enforce its lien rights.

HB: 4839-9303-9040.2

Dated: June 24, 2020.          Respectfully submitted,

**HUSCH BLACKWELL LLP**

By: */s/ Daniel Bray*
    Daniel Bray
    State Bar No. 37924
    1801 Wewatta Street, Suite 1000
    Denver, Colorado 80202
    Tel: 303-749-7200
    Fax: 303-749-7272
    Email: daniel.bray@huschblackwell.com

-AND-

Timothy A. Million
Chase Tower
600 Travis, Suite 2350
Houston, Texas 77002
Tel: (713) 647-6800
Fax: (713) 647-6884
Email: tim.million@huschblackwell.com

**COUNSEL FOR WEATHERFORD U.S., L.P.**

HB: 4839-9303-9040.2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy *Weatherford U.S., L.P.'s Notice of Perfection of Statutory Lien Pursuant to 11 U.S.C § 546(b)(2)* was served on those parties listed as receiving notice via a Notice of Electronic Filing transmitted by CM/ECF in accordance with Local Bankruptcy Rule 5005-4(a) on June 24, 2020.

The undersigned further certifies that he/she served a true and correct copy of *Weatherford U.S., L.P.'s Notice of Perfection of Statutory Lien Pursuant to 11 U.S.C § 546(b)(2)* by placing the same in the United States mail, first class postage pre-paid, this June 24, 2020 to the following:

Sklar Exploration Company, LLC
5395 Pearl Parkway, Suite 200
Boulder, CO 80301

Lee M. Kutner
1660 Lincoln St., Ste. 1850
Denver, CO 80264

US Trustee
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-00200
Denver, CO 80294

Paul Moss
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294

Dated: June 24, 2020.

By: */s/ Daniel Bray*
    Daniel Bray
    State Bar No. 37924
    1801 Wewatta Street, Suite 1000
    Denver, Colorado 80202
    Tel:  303-749-7200
    Fax:  303-749-7272
    Email: daniel.bray@huschblackwell.com

HB: 4839-9303-9040.2