# **EXHIBIT 1**

356180

Upon recording please return to:
Holland & Hart LLP
Attn: Emily J. Cross
P.O. Box 639
Billings, MT 59103-0639

356180 Fee: $21.00 3 Pgs Bk 88-DOC Pg 688-690
PHILLIPS COUNTY, MT Recorded 6/3/2020 At 1:30 PM
Lynnel LaBrie, Clk & Rcdr By
Return to: HOLLAND & HART LLP
ATTN: EMILY J CROSS
PO BOX 639
BILLINGS MT 59103

# LIEN
# AND AFFIDAVIT

David Morris, being first duly sworn, deposes and says: that he is a Vice President of Weatherford U.S., L.P., a Louisiana limited partnership with its principal place of business at 2000 St. James Place, Houston, Texas 77056 ("Weatherford"). The purpose of this Lien and Affidavit is to meet the requirements of filing a lien as set forth in Mont. Code Ann. §§ 71-3-1001 *et seq.*

Sklar Exploration Company, LLC ("Sklar"), having a principal office address of 401 Edward Street, Suite 1601, Shreveport, Louisiana 71101, is the lessee and operator of the Corwin 5-1 well located in Phillips County, Montana.

On or about November 8, 2019, Weatherford agreed to provide a variety of well goods and services to Sklar for a natural gas well located in Phillips County, Montana, more particularly described as follows:

Corwin 5-1
Township 32 North, Range 33 East, Phillips County, Montana
Section 5: NENE

Pursuant to the contract between Weatherford and Sklar, Weatherford first provided services for Sklar with respect to the above-referenced well on November 8, 2019, and last performed services for Sklar with respect to the above-referenced well on April 1, 2020. Sklar has not paid Weatherford for any of those goods or services. As of April 1, 2020, Sklar owed Weatherford the principal amount of $122,490.63.

Pursuant to Mont. Code Ann. §§ 71-3-1001 *et seq.*, Weatherford hereby provides the following information:

1

| | |
|---|---|
| **Claimant:** | Weatherford U.S., L.P. |
| **Claimant's address:** | 2000 St. James Place, Houston, Texas 77056 |
| **Contract Party Indebted to Weatherford U.S., L.P.:** | Sklar Exploration Company, LLC |
| **Amount Claimed:** | $ 122,490.63. |
| **Items Claimed:** | Payment for services performed under a contract with Sklar Exploration Company, LLC for the provision of drilling-related materials, products, and/or services for the above-described well. |
| **First Date of Service:** | November 8, 2019 |
| **Last Date of Service:** | April 1, 2020 |
| **Dates on which Services were Furnished:** | November 8, 2019– April 1, 2020 |
| **Description of the Leasehold:** | The leasehold includes the following real property situated in Phillips County, Montana: the Corwin 5-1 Well, API number 25071233390000<br><br>Township 32 North, Range 33 East, Phillips County, Montana<br>Section 5: NENE |
| **Name of the Person(s) for Whom the Services Were Immediately Furnished:** | Services were provided to Ken Smith and John Vittitow, agents of Sklar Exploration Company, LLC. |

Weatherford's lien extends to those items described in Mont. Code Ann. § 71-3-1002(1), which include:

(a) the whole of the leasehold or oil or gas pipeline;
(b) the appurtenances on the leasehold or oil or gas pipeline;
(c) all material owned by the owner of the leasehold or oil or gas pipeline and used in the digging, drilling, torpedoing, completing, operating, or repairing of the oil or gas well or oil or gas pipeline;
(d) all oil or gas wells located on the leasehold; and
(e) all oil or gas produced from the leasehold, subject to the provisions of Title 71, chapter 3, part 16.

Weatherford's lien also extends, pursuant to Mont. Code Ann. § 71-3-1003, to all materials and fixtures owned by Sklar and materials or services furnished and used or employed in the drilling or operating of such oil and gas wells or in the construction of such pipeline.

This Lien and Affidavit has the purpose of meeting the requirements of Mont. Code Ann. § 71-3-1004.

DATED this 27TH day of May, 2020.

Weatherford U.S., L.P.

By: _____
Name: David Morris
Its: Vice President

STATE OF __Texas__ )
        ) ss.
COUNTY OF __HARRIS__ )

The foregoing instrument was acknowledged before me by DAVID MORRIS as VICE PRESIDENT of WEATHERFORD U.S. L.P. this 27 day of May, 2020.

Witness my hand and official seal.

_____
Notary Public

My commission expires: 12/7/21

SYLVIA SALAS
My Notary ID # 125491850
Expires December 7, 2021

14587561_4

3