UNITED STATES BANKRUPTCY COURT
For the District of Colorado

In re: )  Bankruptcy No. 20-12377 CEB
)
Sklar Exploration Company, LLC )
)
)
_____Debtor(s). )
) Adversary No. _____
)
)
)
)
Movant(s)/Plaintiff(s), )
vs. )
)
)
)
)
Respondent(s)/Defendant(s). )

**Notice of Change of Address/Entry of Appearance**

Please check one box below that applies to you:

☐ Debtor(s)                    ☐ Attorney for Debtor(s)

☒ Creditor(s)                  ☐ Attorney for Creditor(s)

☐ Entry of Appearance by Attorney

John H. Smith    Quitman Tank Solutions LLC
(Enter Your Name and, if applicable, the Name of the Creditor or Business You Represent)

John H. Smith    Quitman Tank Solutions LLC
(Print or Type the Name of the Person or Business whose Address is Being Changed or Entered)

P.O. Box 90
(New Street, Rural Route, or Post Office Box)

Quitman, MS 39355
(New City, State, and Zip Code)

601-776-3800
(New Telephone Number)

Dated: 6-23-20        _John H. Smith_
                       (Signature)

_____
(Signature of Spouse, if applicable)

(Attorneys are required to be duly qualified and admitted to practice before this Court.)