# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKLAR EXPLORATION COMPANY, LLC, | § § | |
| ET AL. | § § § | CASE NO. 20-12377 EEB (CHAPTER 11) Jointly Administered |
| Debtors. | § § § | |
| PLAINS MARKETING, L.P., | § § | |
| Plaintiff, | § § | |
| vs. | § § | Adversary No. 20-_____ |
| SKLAR EXPLORATION COMPANY, LLC, KELLEY BROTHERS CONTRACTORS, INC., GE OIL & GAS PRESSURE CONTROL LP, AND LUFKIN INDUSTRIES, LLC, | § § § § § § | |
| Defendants. | § | |

## PLAINS MARKETING, L.P.'S COMPLAINT FOR INTERPLEADER

Comes now Plains Marketing, L.P. ("**PLAINS**"), by and through its counsel of record, and in support of its Complaint for Interpleader, respectfully represents as follows:

## JURISDICTION AND VENUE

1.  The claim and relief sought herein arise in and relate to the above-captioned jointly administered chapter 11 cases now pending in this Court.

2.  This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 1334 and 157. This is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A) and (O). PLAINS consents to entry of final orders or judgments by this Court.

3.  Venue is proper under 28 U.S.C. § 1409.

4. This is an action brought under Rule 22 of the Federal Rules of Civil Procedure, as incorporated by Rule 7022 of the Federal Rules of Bankruptcy Procedure.

## PARTIES

5. Defendant Sklar Exploration Company, LLC (the "**Debtor**") is a debtor in the above-captioned jointly administered chapter 11 cases.

6. Defendant Kelley Brothers Contractors, Inc. ("**Kelley**") is a Mississippi corporation. Kelley may be served via its registered agent Jerry R Kelley, 6811 Hwy 184, P.O. Box 1079, Waynesboro, MS 39367.

7. Defendant GE Oil & Gas Pressure Control LP ("**GE**") is a Texas limited partnership. GE may be served via its registered agent C T Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3136.

8. Defendant Lufkin Industries, LLC ("**Lufkin**") is a Texas limited liability company. Lufkin may be served via its registered agent C T Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3136.

## FACTUAL BACKGROUND

9. PLAINS and Debtor are parties to three Crude Oil Purchase Contracts, as the same may have been amended originally (the "**Contracts**").

10. Kelley, GE, and Lufkin have each served PLAINS with notices of lien attached hereto as **Exhibit 1** and incorporated herein for all purposes. A summary of the liens, the attendant wells, and the dates the lien notices were received is attached hereto as **Exhibit 2** and is incorporated herein for all purposes.

11. Pursuant to the notices of lien, Kelley, GE, and Lufkin assert a right in certain funds otherwise payable to the Debtor pursuant to the Contracts. Upon receiving the notices, PLAINS has held in suspense certain funds that may be subject to these liens (the "**Withheld Funds**").

12. PLAINS is currently holding $29,785.99 in suspense relating to the Contracts.

## INTERPLEADER

13. Based on the foregoing, PLAINS is or may be subject to multiple liability with respect to the Withheld Funds. As a result of the multiple claims from Debtor, Kelley, GE, and Lufkin, PLAINS is in doubt as to what it should pay the Withheld Funds.

14. By depositing the Withheld Funds into the Registry of the Clerk and seeking a discharge from further liability through the interpleader mechanism, PLAINS is not taking a position as to which claimants are entitled to the Withheld Funds.

15. PLAINS requests that the Withheld Funds be interpled, that PLAINS be allowed to deposit all additional sums subject to the disputed liens described herein with the registry of the Court, and that PLAINS be discharged from all liability arising out of or relating to the Withheld Funds. PLAINS further requests that the defendants be restrained from continuing or instituting any action of proceeding against PLAINS for the recovery of the Withheld Funds and that PLAINS be dismissed with prejudice from the captioned adversary proceeding.

16. PLAINS further alleges that it is entitled to recover reasonable attorneys' fees and costs as a result of these proceedings.

WHEREFORE, PLAINS requests that this Court order that the Withheld Funds be interpled with the registry of the Court, that PLAINS be released from any liability with regard to the Withheld Funds, that PLAINS be dismissed from the captioned adversary proceeding with

prejudice, and that PLAINS be awarded reasonable attorneys' fees and costs incurred in bringing this action.

| | |
|---|---|
| Dated: June 24, 2020. | LAW OFFICES OF KEVIN S. NEIMAN, PC |

*/s/ Kevin S. Neiman*
Kevin S. Neiman, # 36560
999 18th Street, Suite 1230 S
Denver, CO 80202
Tel: (303) 996-8637
Fax: (877) 611-6839
E-mail: kevin@ksnpc.com

***Counsel for Plains Marketing, L.P.***