| Lien claims against wells operated by Sklar Exploration Company LLC filed by Kelley Brothers Contractors, Inc. unless otherwise indicated. | | |
|---|---|---|
| **Lien amount Excluding Interest** | **Well name(s)** | **Date Lien Received** |
| $1,757.50 | Craft-Mack 17-4 #1 Well, Conecuh Co., AL | June 1, 2020 |
| $7,084.50 | *Timber 13-11 #1 Well, Escambia County, AL | May 26, 2020 |
| $2,449.55 | | *GE Oil & Gas Pressure Control LP also filed a lien claim against this well in the amount of $2,449.55 which was received on June 15, 2020. |
| $5,042.00 | Timber 13-15 #1 ST Well, Escambia County, AL | May 27, 2020 |
| $26,796.00 | Cedar Creek Land & Timber 32-9 #1, 33-10 #1, 33-12 #1, 35-5 #1 Grady 34-8 #1 and Grady 34-10 #1 Conecuh County, AL | June 3, 2020 |
| $3,727.86 | Pate 3-11 #1 Conecuh Co. AL filed by Lufkin Industries LLC only | June 17, 2020 |
| $35,445.98 | Craft-Ralls 5-8 #1, 5-10 #1, 5-14 #1, 7-2 #1, 7-8 #1, 8-2 #1, Craft Brye 8-4 #1, Craft-Ralls 8-12 #1, Conecuh County, AL | June 10, 2020 |
| $19,900.17 | Little Cedar Creek Fish Oil Unit, Escambia County, AL | June 9, 2020 |
| $14,156.00 | Cedar Creek Land & Timber 34-12 #1, 34-15 #1, 35-13 #1, 3-4 #1, 3-7 #1, 4-1 #1 Conecuh County, AL | June 1, 2020 |
| **$116,359.56** | | |

The total suspense being held by Plains Marketing, L.P. for 100% of oil purchases through May 31, 2020 is $29,785.99. Additional suspense will continue to accrue as additional oil purchases are made.