**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

Debtor 1: _Sklar Exploration_                          Case #: _20-12377EEB_
First Name      Middle Name      Last Name

Debtor 2: _____      Chapter: _____
First Name      Middle Name      Last Name

## Local Bankruptcy Form 9036-1.1
## Consent for Electronic Notice and Service in a Bankruptcy Case

**Complete applicable sections.**

**Part 1   Consent**

I  Pitts Swabbing Service Inc
  Belinda Harrison        **[name and party type, e.g. John Smith, Debtor]** hereby consent to receive notices electronically (i.e., by e-mail at: belindapittsharrison@gmail.com **[email address]**) and waive my right to receive them by United States mail.  I also consent to electronic service of any motions and other documents that may be filed in this case, and waive personal service or service by United States mail.  Finally, I consent to electronic service and notice of any orders or judgments entered in this case, and waive service and notice by United States mail.

I understand that by signing this form I waive my right to receive documents filed or served in my bankruptcy case by United States mail, and that the ONLY copies I receive will be electronic copies attached to e-mail messages, not paper copies.

I understand I have only one free look at any orders, notices, motions, and other documents sent to my e-mail.  It is my responsibility to print or download documents immediately.  I understand any additional document view(s) or download(s) after the first free look will require a PACER account (www.pacer.gov) and I may be charged a fee.

**Part 2**   *Signature*   *Belinda Harrison*

Dated: ____06/27/2020_____

By: *Belinda Harrison*
Signature

Mailing Address: _P O Box 554 Laurel Ms 39441_
Telephone number: _601-422-0111_
Facsimile number: _775-383-4725_
E-mail address: _belindapittsharrison@gmail.com_

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Submitted: 6/27/2020 8:23:03 AM

User Information

BELINDA HARRISON
58 CR 5033
HEIDELBERG
MS
39439

belindapittsharrison@gmail.com
318-548-8748