UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**NOTICE OF MOTION PURSUANT TO 11 U.S.C. § 1121 FOR AN ORDER EXTENDING THE EXCLUSIVITY PERIODS FOR FILING AND GAINING ACCEPTANCE OF A PLAN OF REORGANIZATION**

**OBJECTION DEADLINE: JULY 16, 2020**

  **YOU ARE HEREBY NOTIFIED** that the Debtors have filed a Motion Pursuant to 11 U.S.C. § 1121 for an Order Extending the Exclusivity Period for Filing and Gaining Acceptance of a Plan of Reorganization ("Motion") with the Bankruptcy Court and requests the following relief: Extending the exclusivity period for filing a plan of reorganization for an additional 117 days, through and including November 25, 2020 and extending the exclusivity period for gaining acceptance of a plan of reorganization.

  If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: July 2, 2020           Respectfully submitted,

                    By:  */s/ Keri L. Riley*
                      Lee M. Kutner #10966
                      Keri L. Riley, #47605
                      **KUTNER BRINEN, P.C.**
                      1660 Lincoln St., Suite 1850
                      Denver, CO 80264
                      Telephone: (303) 832-2400
                      E-Mail: lmk@kutnerlaw.com
                      E-Mail: klr@kutnerlaw.com

## CERTIFICATE OF SERVICE

I certify that on July 2, 2020, I served a complete copy of the foregoing **NOTICE OF MOTION PURSUANT TO 11 U.S.C. SECTION 1121 FOR AN ORDER EXTENDING THE EXCLUSIVITY PERIODS FOR FILING AND GAINING ACCEPTANCE OF A PLAN OF REORGANIZATION** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Stoneham Drilling Corporation
(Representative: Heather Stickel)
c/o James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Mesa Fluids, LLC
(Representative: Aaron W. Merrell)
1669 South 580 East
American Fork, UT 84057

TCP Cottonwood, L.P.
(Representative: Kyle C. McInnis)
c/o Eric Lockridge
400 Convention Street
Suite 700
Baton Rouge, LA 70801

Rapad Well Service Company, Inc.
(Representative: Chesley James)
c/o Jeremy Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203-4642

Kelley Brothers Contractors, Inc.
(Representative: Jerry Kelley)
401 County Farm Road
Waynesboro, MS 39367

Baker Hughes Company
(Representative: Christopher J. Ryan)
2001 Rankin Road
Houston, TX 77073

Timothy C. Mohan, Esq.
Foley & Lardner, LLP
600 17th Street
Suite 2020 South
Denver, CO 80202

J. Eric Lockridge, Esq.
Kean Miller LLP
400 Convention Street
Suite 700
P.O. Box 3513
Baton Rouge, LA 70802

Craig K. Schuenemann, Esq.
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Giovanni M. Ruscitti, Esq.
Berg Hill Greenleaf Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

Bryce A. Suzuki, Esq.
Bryan Cave Leighton Paisner, LLP
Two North Central Avenue
Suite 2100
Phoenix, AZ 85004-4406

James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Timothy M. Riley, Esq.
Hopping Green & Sams, P.A.
P.O. Box 6526
Tallahassee, FL 32314

Michel D. Rubenstein, Esq.
Liskow & Lewis
1001 Fannin Street
Suite 1800
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos
Suite 700
Austin, TX 78701

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
999 18th Street
Suite 1230 South
Denver, CO 80202

Robert L. Paddock, Esq.
Buck Keenan LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Jeremy L. Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203

Matthew J. Ochs, Esq.
Holland & Hart, LLP
555 Seventeenth Street
Suite 3200
P.O. Box 8749
Denver, CO 80201-8749

Shay L. Denning, Esq.
Thomas H. Shipps, Esq.
Maynes, Bradford, Shipps & Sheftel, LLP
835 East Second Avenue
Suite 123
Durango, CO 81301

Robert Padjen, Esq.
Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202-1486

Joseph E. Bain, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Madison Tucker, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, Louisiana 70170

Barnet B. Skelton, Jr., Esq.
815 Walker
Suite 1502
Houston, TX 77002

Amy L. Vazquez, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams, LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Christopher H. Meredith, Esq.
Copeland Cook Taylor & Bush, P.A.
1076 Highland Colony Parkway
600 Concourse, Suite 200
P.O. Box 6020
Ridgeland, Mississippi 39158-6020

Michael L. Niles, Esq.
Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Victoria Argeroplos, Esq.
Jackson Walker LLP
1401 McKinney Street
Suite 1900
Houston, TX 77010

David R. Taggart, Esq.
Bradley Murchison Kelly & Shea, LLC
401 Edwards Street
Suite 1000
Shreveport, Louisiana 71101

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
P.O Box 22260
Shreveport, Louisiana 71120-2260

Paul H. Stephenson III, Esq.
Jim F. Spencer, Jr., Esq.
Watkins & Eager, PLLC
P.O. Box 650
Jackson, Mississippi 39205

John D. Cornwell, Esq.
Grant M. Beiner, Esq.
Christopher D. Johnson, Esq.
Munsch Hardt Kopf & Harr, P.C.
700 Milam Street
Suite 2700
Houston, TX 77002

Michael J. Guyerson, Esq.
Buechler Law Office, LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
Shreveport, Louisiana 71120-2260

Robert L. Paddock, Esq.
Buck Keenan, LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Ryan M. Seidemann, Esq.
Assistant Attorney General
Civil Division/Lands and Natural Resources
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005

David M. Miller, Esq.
Spencer Fane LLP
1700 Lincoln Street
Suite 2000
Denver, CO 80203

Jennifer J. Hardy, Esq.
Willkie Farr & Gallagher, LLP
600 Travis Street
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos Street
Suite 700
Austin, TX 78701

Andrew G. Edson, Esq.
Clark Hill Strasburger
901 Main Street
Suite 6000
Dallas, TX 75202

Craig M. Geno, Esq.
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157

Christopher H. Meredith, Esq.
Glenn Gates Taylor, Esq.
Copeland Cook Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Curtis R. Shelton, Esq.
Jennifer Norris Soto, Esq.
Ayres Shelton Williams Benson & Paine, LLC
333 Texas Street, Suite 1400
P.O. Box 1764
Shreveport, Louisiana 71166

Armistead M. Long, Esq.
Gordon Arata Montgomery Barnett
McCollam Duplantis & Eagan, LLC
400 East Kaliste Saloon Road
Suite 4200
Lafayette, Louisiana 70508

Ryan J. Lorenz, Esq.
Clark Hill PLC
14850 North Scottsdale Road
Suite 500
Scottsdale, Arizona 85254

Brian G. Rich, Esq.
Michael J. Niles, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Katherine A. Ross, Esq.
U.S. Attorney's Office for the
  District of Colorado
Assistant United States Attorney
1801 California Street
Suite 1600
Denver, CO 80202

Ryco Exploration, LLC
401 Edwards Street
Suite 915
Shreveport, LA 71101
ATTN: M. Robin Smith

Ryco Exploration, LLC
40 Golf Club Drive
Haughton, LA 71037
ATTN: M. Robin Smith

Stephen K. Lecholop II, Esq.
Rosenthal Pauerstein, Esq.
Sandoloski Agather LLP
755 East Mulberry
Suite 200
San Antonio, TX 78212

Katherine Guidry Douthitt, Esq.
Blanchard Walker O'Quin & Roberts
P.O. Box 1126
Shreveport, Louisiana 71163

Andrew J. Shaver, Esq.
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Theodore J. Hartl, Esq.
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596

John H. Smith
Quitman Tank Solutions, LLC
P.O. Box 90
Quitman, MS 39355

Belinda Harrison
58 County Road 5033
Heidelberg, MS 39439
East West Bank
Treasury Department
135 North Los Robles Avenue
Suite 600
ATTN: Linda Cox
Pasadena, CA 91101

Mesa Fluids, LLC
c/o Juno Financial
P.O. Box 173928
Denver, CO 80217-3928

Stoneham Drilling Corporation
707 17th Street
Suite 3250
Denver, CO 80202

TCP Cottonwood, L.P.
333 Texas Street
Suite 2020
Shreveport, LA 71101

Fant Energy Limited
P.O. Box 55205
Houston, TX 77255

JJS Working Interest, LLC
2001 Kirby Drive
Suite 1110
Houston, TX 77019

H&H Construction, LLC
Ladon E. Hall, Sole Manager
P.O. Box 850
Flomation, AL 36441

JD Fields & Company, Inc.
P.O. Box 134401
Houston, TX 77219-4401

Kudzu Oil Properties, LLC
300 Concourse Blvd.
Suite 101
Ridgeland, MS 39157

FPCC USA, Inc.
245 Commerce Green Blvd.
Suite 250
Sugar Lane, TX 77478

Lucas Petroleum Group, Inc.
327 Congress Avenue
Suite 500
Austin, TX 78701-3656

Meritage Energy, Ltd.
c/o BKD, LLP
2700 Post Oak Blvd.
Suite 1500
Houston, TX 77056

Strago Petroleum Corporation
3209 Hamm Road
Pearland, TX 77581-5503

Anderson Investment Holdings, LP
AAEC II, LLC
333 Texas Street
Suite 2020
Shreveport, LA 71101

Kelley Brothers Contractors, Inc.
P.O. Drawer 1079
Waynesboro, MS 39367

Rapad Well Service Co., Inc.
217 West Capitol Street
Jackson, MS 39201

Apple River Investments, LLC
ATTN: Robert M. Boeve, President
1503 Garfield Road North
Traverse City, MI 49696

Pruet Oil Company, LLC
217 West Capitol Street
Suite 201
Jackson, MS 39201-2004

Pro-Tek Field Services, LLC
P.O. Box 919269
Dallas, TX 75391-9269

Union Oilfield Supply, Inc.
12 John Dykes Road
Waynesboro, MS 39367

East West Bank Treasury Department
135 North Los Robles Avenue
Suite 600
Pasadena, CA 91101

Ford Motor Company
P.O. Box 650575
Dallas, TX 75265

Alabama Department of Revenue
50 North Ripley Street
Montgomery, AL 36104

Colorado Department of Revenue
1375 Sherman Street
Room 511
Denver, CO 80261

Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Louisiana Department of Revenue
P.O. Box 201
Baton Rouge, LA 70821-3440

Mississippi Department of Revenue
P.O. Box 1033
Jackson, MS 39215-1033

Montana Department of Revenue
P.O. Box 6577
Helena, MT 59604-6577

Texas Comptroller
111 East 17th Street
Austin, TX 78701

Wyoming Department of Revenue
122 West 25th Street
Suite #301
Herschler Building Eastee
Cheyenne, WY 82002

East West Bank
Treasury Department
135 North Los Robles Avenue
Suite 600
Pasadena, CA 91101

Davis Southern Operating Company, LLC
1500 McGowen Street
Suite 200
Houston, TX 77004

Pruet Production Co.
P.O. Box 11407
Birmingham, AL 35246-1129

Par Minerals Corporation
701 Texas Street
Shreveport, LA 71101

Devon Energy Production Co., LP
P.O. Box 842485
Dallas, TX 75284-2485

Hilcorp Energy Company
Department 412
P.O. Box 4346
Houston, TX 77210-4346

CCI East Texas Upstream, LLC
Castleton Commodities Upstream, LLC
811 Main Street
Suite 1500'
Houston, TX 77002

Amplify Energy Operating, LLC
500 Dallas Street, Suite 1700
Houston, TX 77002

Grizzly Operating, LLC
Grizzly Energy, LLC
P.O. Box 46094
Houston, TX 77210-6094

Mission Creek Resources, LLC
25511 Budde Road
Suite 601
Spring, TX 77380

Basa Resources, Inc.
14875 Landmark Blvd.
4th Floor
Dallas, TX 75254

Stroud Petroleum, Inc.
P.O. Box 565
Shreveport, LA 71162-0565

BPX Operating Company
501 Westlake Park Blvd.
Houston, TX 77079

Urban Oil & Gas Group, LLC
Department #41380
P.O. Box 650823
Dallas, TX 75265

Palmer Petroleum, Inc.
330 Marshall Street
Suite 1200
Shreveport, LA 71101

Dorfman Production Company
4925 Greenville Avenue
Suite 900
Dallas, TX 75206

Grigsby Petroleum, Inc.
333 Texas Street
Suite 2285
Shrevesport, LA 71101

Cimarex Energy Co.
#774023
4923 Solutions Center
Chicago, IL 60677-4000

Highmark Energy Operating, LLC
c/o Oil & Gas Business Solutions, Inc.
4849 Greenville Avenue
Suite 1250
Dallas, TX 75206

Kirkpatrick Oil Company, Inc.
P.O. Box 248885
Oklahoma City, OK 73124-8885

/s/Vicky Martina
**Vicky Martina**
**Kutner Brinen PC**