UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER EXTENDING TIME FOR DEBTOR TO ASSUME OR REJECT NONRESIDENTIAL REAL PROPERTY LEASE PURSUANT TO BANKRUPTCY CODE § 365(d)(4)**

Upon Consideration of the Debtor's Motion to Extend Time to Assume or Reject Nonresidential Real Property Leases Pursuant to Bankruptcy Code § 365(d)(4) (the "Motion"), notice having been provided and no objecting having been received, the Court having reviewed the Motion and finding good cause for granting the requested relief, the Court does

**HEREBY ORDER THAT:**

1. The Motion is GRANTED.

2. The 120-day period in which the Debtors are required to assume or reject nonresidential real property leases pursuant to 11 U.S.C. § 365(d)(4)(A) is hereby extended for an additional 90 days, through and including October 29, 2020.

DONE and entered this _____ day of _____, 2020 at Denver, Colorado.

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge