UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
|   Debtor. | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
|   Debtor. | ) | |

**NOTICE OF MOTION TO EXTEND TIME TO ASSUME OR REJECT
NONRESIDENTIAL REAL PROPERTY LEASES
PURSUANT TO 11 U.S.C. § 365(d)(4)**

**OBJECTION DEADLINE: JULY 20, 2020**

TO ALL PARTIES IN INTEREST:

    **YOU ARE HEREBY NOTIFIED** that the Debtors, Sklar Exploration Company, LLC and Sklarco, LLC ("Debtors") has filed a Motion for to Extend Time to Assume or Reject Nonresidential Real Property Leases Pursuant to 11 U.S.C. § 365(d)(4) and requests the following relief: extension of a deadline by which the Debtors are required to assume or reject nonresidential real property leases, including mineral leases treated as real property leases under applicable non-bankruptcy law, by ninety (90) days.  A copy of the pleading is available for inspection in the Bankruptcy Court Clerk's Office, 721 - 19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney.

    If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The Court will not consider general objections.

    In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: July 6, 2020

                                                       Respectfully submitted,

                                                       By:    */s/ Keri L. Riley*
                                                              Lee M. Kutner, # 10966
                                                              Keri L. Riley, #47605
                                                              **KUTNER BRINEN, P.C.**
                                                              1660 Lincoln Street, Suite 1850
                                                              Denver, CO 80264
                                                              Telephone:  (303) 832-2400
                                                              E-mail: klr@kutnerlaw.com