UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minute Order

Date: July 7, 2020

**Honorable Elizabeth E. Brown, Presiding**
Kerstin Cass, Law Clerk

In re: Sklar Exploration Company, LLC,
Debtor.

**Case. No. 20-12377 EEB**
Chapter 11

Sklarco, LLC,
Debtor.

**Case. No. 20-12380 EEB**
Chapter 11

**Jointly Administered Under 20-12377 EEB**

| | Telephonic Appearances | | Representing |
|---|---|---|---|
| Counsel | | UST | |
| Counsel | Keri Riley | Debtor(s) | |
| Counsel | Grant Beiner, Chris Johnson | Committee | Creditors' Committee |
| Counsel | Bryce Suzuki | Creditor | East West Bank |
| Counsel | Eric Lockridge | Creditor | Anderson Exploration Energy Co., TCP Cottonwood, L.P., AEEC II, LLC and Sugar Oil Properties |
| Counsel | Jordan Bird | Creditor | Franks Exploration Co, AEH Investments, J & A Harris Bundero Investment Co., Kingston, Hughes Oil South, KMR Investments, Tommy Youngblood |
| Counsel | David R. Taggart | Creditor | J.F. Howell Interests |
| Counsel | Duane Brescia | Creditor | Lucas Petroleum Oil |
| Counsel | Jeremy Retherford, Stan Kynerd | Creditor | Pruet Oil Company, LLC, Pruet Production Co. (individually and as agent) |
| Counsel | Robert Paddock, Louis Goza | Creditor | Strago Petroleum Corporation, Meritage Energy Ltd, Gateway Exploration, Harvest Gas Management, G Crew Properties |
| Counsel | Thomas Shipps, Shay Denning | Creditor | Tauber Exploration & Production Co, CTM 2005, Ltd., I & L Miss I, LP, Pickens Financial Group, LLC, MER Energy, Ltd., The MR Trust, Tara Rudman Revocable Trust, Rudman Family Trust, The Rudman Partnership, Feather River 75, LLC |

Proceedings: Non-evidentiary Hearing on the Debtor's Motion for Entry of Protective Order and any objections thereto

Orders:
☒ On or before the close of business on **July 7, 2020**, counsel for the Debtors and the Tauber Group shall submit a revised protective order via email to CourtroomF@cob.uscourts.gov.

Date: July 7, 2020

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, U.S. Bankruptcy Judge