## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC, | |
| Debtor. | Chapter 11 |
| In re: | Case No. 20-12380-EEB |
| SKLARCO, LLC | |
| Debtor. | Chapter 11 |
| | **Jointly Administered Under Case No. 20-12377-EEB** |

## NOTICE OF PERFECTION OF LIENS PURSUANT TO 11 U.S.C. § 546(b)

Comes now RAPAD Well Service Company Inc. ("RAPAD"), pursuant to 11 U.S.C. § 546(b), and provides notice of its perfection, maintenance, and continuation of its statutory liens against certain property interest owned by Debtors Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ( "Sklarco" and together with SEC, the "Debtors") and certain other interest owners (collectively with the Debtors, the "Owners"). In furtherance of this Notice, RAPAD states the following:

1. The Owners each hold ownership interests in oil and gas wells located in Conecuh County and Escambia County, Alabama (collectively, the "Wells") that are described in more detail in the Liens (as defined below).

2. SEC acts as operator of the Wells on behalf of the Owners. In that capacity, SEC engaged RAPAD to provide well services and materials to the Wells pursuant to a Master Service

Agreement dated November 19, 2018 (the "Agreement") a true and correct copy of which is attached hereto as **Exhibit A**.[1]

3. The Agreement entitles RAPAD to interest and costs of collection, including attorneys' fees.

4. RAPAD in fact provided the well services and related materials to the subject wells thus resulting in the alteration and improvement of the subject properties and improvements thereon.

5. RAPAD is owed no less than $248,485.00 for the services and materials provided. Copies of the outstanding invoices are attached hereto as **Exhibit B.**

6. Alabama law entitles those who have not been paid for services and materials used to alter or improve real property to a statutory lien on that property. *See* ALA. CODE §§ 35-11-210, *et seq.*

7. Under Alabama law, the lien arises from the time the services or materials are first provided, but remains inchoate until certain steps are taken to perfect the lien which steps include (i) recording a verified statement of the lien in the office of the judge of probate of the county in which the property is situated; and (ii) filing a lawsuit to perfect the lien. *Id.*

8. RAPAD complied with Alabama by recording its verified statements of liens against the Owners' interests in the Wells in the Offices of the Judges of Probate of Conecuh and Escambia Counties, Alabama (the "Liens"). True and correct copies of the Liens are attached hereto as **Exhibit C.**

9. Recording of the Liens is permitted under 11 U.S.C. § 362(b)(3) and did not constitute a violation of the automatic stay.

---

[1] All exhibits attached hereto are incorporated herein by reference.

9120946.2

10. In addition to recording the Liens, Alabama law requires RAPAD to file a lawsuit to perfect the Liens. RAPAD hereby provides this notice in accordance with 11 U.S.C. § 546(b) to comply with this statutory requirement. In providing this notice, RAPAD complies with all requirements to perfect and maintain the Liens.

11. RAPAD claims all rights concerning the tolling of applicable statutes of limitation.

12. RAPAD reserves all rights with respect to the Liens including, but not limited to, the right to amend or supplement this notice and seeking relief from the automatic stay. RAPAD also gives notice that it has, or may be entitled to, additional mechanics' liens rights to properties owned by the Debtors. This notice shall preserve and continue to preserve any and all of RAPAD's rights under 11 U.S.C. §§ 101, *et seq.*, Ala. Code §§ 35-11-210, *et seq.*, and other applicable law.

Dated: July 8, 2020

/s/ Matthew J. Ochs
Matthew J. Ochs
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
P.O. Box 8749
Denver, CO 80201-8749
Telephone: (303) 295-8299
Facsimile: (303) 416-8951
Email: mjochs@hollandhart.com

-and-

/s/ *Jeremy L. Retherford*
Jeremy L. Retherford
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203-4642
Telephone: (205) 226-3479
Facsimile: (205) 488-5693
Email: jretherford@balch.com

*Attorneys for RAPAD Well Service Company Inc.*

9120946.2

**CERTIFICATE OF SERVICE**

I certify that on July 8, 2020, the foregoing was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

/s/ Jeremy L. Retherford
Jeremy L. Retherford

9120946.2