# EXHIBIT B

# RAPAD Well Service Company Inc.

(601) 948-5279 (Phone)
(601) 355-5438 (Fax)
217 West Capitol Street, Suite 201
Jackson, MS 39201

**BILL TO:**

Sklar Exploration Company, LLC
401 Edwards Street, Suite 1601
Shreveport, LA 71101

DATE: 12/19/2019
INVOICE #: 50238
PO #:
WELL NAME: Craft Ralls 5-10 #1

RIG #: Rig 1
COUNTY: CONECUH
STATE: AL

| Date | Ticket | Description | Qty | Rate | Rig # | Amount |
|---|---|---|---|---|---|---|
| 12/15/2019 | 43107 | Workover Hourly Rate | 5 | 360.00 | RIG 1 | 1,800.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| 12/16/2019 | 43108 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 12/17/2019 | 43109 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 12/18/2019 | 43110 | Mississippi Rig Permit | 1 | 102.50 | RIG 1 | 102.50T |
| | | Workover Hourly Rate | 6 | 360.00 | RIG 1 | 2,160.00T |
| | | Travel time, crew/hour | 1 | 195.00 | RIG 1 | 195.00T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |

1.5 % interest per month on accounts over 30 days.
Net 30 days from invoice date.

| | |
|---|---|
| Subtotal | $14,585.00 |
| Sales Tax (0.0%) | $0.00 |
| **Total** | **$14,585.00** |

# RAPAD Well Service Company Inc.

(601) 948-5279  (Phone)
(601) 355-5438  (Fax)
217 West Capitol Street, Suite 201
Jackson, MS  39201

**BILL TO:**

Sklar Exploration Company, LLC
401 Edwards Street, Suite 1601
Shreveport, LA  71101

**DATE:** 12/18/2019
**INVOICE #:** 50235
**PO #:**
**WELL NAME:** CCL&T 10-5 #1 Fish Pond

**RIG #:** Rig 1
**COUNTY:** Escambia
**STATE:** AL

| Date | Ticket | Description | Qty | Rate | Rig # | Amount |
|---|---|---|---|---|---|---|
| 12/2/2019 | 43406 | Workover Hourly Rate | 4 | 360.00 | RIG 1 | 1,440.00T |
| | | Travel time, crew/hour | 4 | 195.00 | RIG 1 | 780.00T |
| 12/3/2019 | 43407 | Workover Hourly Rate | 3 | 360.00 | RIG 1 | 1,080.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 4 | 195.00 | RIG 1 | 780.00T |
| 12/4/2019 | 43408 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1 | 195.00 | RIG 1 | 195.00T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| | | 2 7/8" TIW valve/day | 1 | 35.00 | RIG 1 | 35.00T |
| 12/5/2019 | 43409 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1 | 195.00 | RIG 1 | 195.00T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| | | 2 7/8" TIW valve/day | 1 | 35.00 | RIG 1 | 35.00T |
| 12/6/2019 | 43410 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1 | 195.00 | RIG 1 | 195.00T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| | | 2 7/8" TIW valve/day | 1 | 35.00 | RIG 1 | 35.00T |
| 12/7/2019 | 43411 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1 | 195.00 | RIG 1 | 195.00T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| | | 2 7/8" TIW valve/day | 1 | 35.00 | RIG 1 | 35.00T |
| 12/8/2019 | 43412 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1 | 195.00 | RIG 1 | 195.00T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| | | 2 7/8" TIW valve/day | 1 | 35.00 | RIG 1 | 35.00T |
| 12/9/2019 | 43413 | Workover Hourly Rate | 8.5 | 360.00 | RIG 1 | 3,060.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1 | 195.00 | RIG 1 | 195.00T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| | | 2 7/8" TIW valve/day | 1 | 35.00 | RIG 1 | 35.00T |

1.5 % interest per month on accounts over 30 days.
Net 30 days from invoice date.

| | |
|---|---|
| Subtotal | $31,570.00 |
| Sales Tax (0.0%) | $0.00 |
| **Total** | **$31,570.00** |

# RAPAD Well Service Company Inc.

(601) 948-5279 (Phone)
(601) 355-5438 (Fax)
217 West Capitol Street, Suite 201
Jackson, MS 39201

**BILL TO:**

Sklar Exploration Company, LLC
401 Edwards Street, Suite 1601
Shreveport, LA 71101

**DATE:** 12/18/2019
**INVOICE #:** 50236
**PO #:**
**WELL NAME:** CCL&T 13-11 #1
Kirkland

**RIG #:** Rig 1
**COUNTY:** Escambia
**STATE:** AL

| Date | Ticket | Description | Qty | Rate | Rig # | Amount |
|---|---|---|---|---|---|---|
| 12/10/2019 | 43414 | Workover Hourly Rate | 8 | 360.00 | RIG 1 | 2,880.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1 | 195.00 | RIG 1 | 195.00T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| | | 2 7/8" TIW valve/day | 1 | 35.00 | RIG 1 | 35.00T |
| 12/11/2019 | 43415 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 3 | 110.00 | RIG 1 | 330.00T |
| | | Travel time, crew/hour | 1 | 195.00 | RIG 1 | 195.00T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| | | 2 7/8" TIW valve/day | 1 | 35.00 | RIG 1 | 35.00T |
| 12/12/2019 | 43416 | Mississippi Rig Permit | 1 | 80.00 | RIG 1 | 80.00T |
| | | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 5 | 195.00 | RIG 1 | 975.00T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| | | 2 7/8" TIW valve/day | 1 | 35.00 | RIG 1 | 35.00T |

1.5 % interest per month on accounts over 30 days.
Net 30 days from invoice date.

**Subtotal** $13,660.00
**Sales Tax (0.0%)** $0.00
**Total** $13,660.00

# RAPAD Well Service Company Inc.

(601) 948-5279 (Phone)  
(601) 355-5438 (Fax)  
217 West Capitol Street, Suite 201  
Jackson, MS 39201

**BILL TO:**

Sklar Exploration Company, LLC  
401 Edwards Street, Suite 1601  
Shreveport, LA 71101

DATE: 12/19/2019  
INVOICE #: 50239  
PO #:  
WELL NAME: Craft Mack 17-4 #1  
Lee Field

RIG #: Rig 5  
COUNTY: CONECUH  
STATE: AL

| Date | Ticket | Description | Qty | Rate | Rig # | Amount |
|---|---|---|---|---|---|---|
| 12/11/2019 | 43103 | Mississippi Rig Permit | 1 | 102.50 | RIG 5 | 102.50T |
| | | Workover Hourly Rate | 10 | 360.00 | RIG 5 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 5 | 550.00T |
| | | Travel time, crew/hour | 1 | 195.00 | RIG 5 | 195.00T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 5 | 200.00T |
| 12/12/2019 | 43104 | Workover Hourly Rate | 10 | 360.00 | RIG 5 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 5 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 5 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 5 | 200.00T |
| 12/13/2019 | 43105 | Workover Hourly Rate | 9 | 360.00 | RIG 5 | 3,240.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 5 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 5 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 5 | 200.00T |
| 12/14/2019 | 43106 | Workover Hourly Rate | 10 | 360.00 | RIG 5 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 5 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 5 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 5 | 200.00T |

1.5 % interest per month on accounts over 30 days.  
Net 30 days from invoice date.

Subtotal $18,215.00  
Sales Tax (0.0%) $0.00  
**Total** $18,215.00

# RAPAD Well Service Company Inc.

(601) 948-5279 (Phone)
(601) 355-5438 (Fax)
217 West Capitol Street, Suite 201
Jackson, MS 39201

BILL TO:

Sklar Exploration Company, LLC
401 Edwards Street, Suite 1601
Shreveport, LA 71101

DATE: 1/14/2020
INVOICE #: 50249
PO #:
WELL NAME: Craft Brye 8-4 #1
Little Cedar Creek

RIG #: Rig 1
COUNTY: CONECUH
STATE: AL

| Date | Ticket | Description | Qty | Rate | Rig # | Amount |
|---|---|---|---|---|---|---|
| 1/3/2020 | 43111 | Rod & Tubing Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 4 | 195.00 | RIG 1 | 780.00T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 1/4/2020 | 43112 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 1/5/2020 | 43113 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 1/6/2020 | 43114 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 1/7/2020 | 43115 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 1/8/2020 | 43116 | Workover Hourly Rate | 8 | 360.00 | RIG 1 | 2,880.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 1/9/2020 | 43117 | Workover Hourly Rate | 8 | 360.00 | RIG 1 | 2,880.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 1/10/2020 | 43118 | Workover Hourly Rate | 8 | 360.00 | RIG 1 | 2,880.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 1/11/2020 | 43119 | Workover Hourly Rate | 8 | 360.00 | RIG 1 | 2,880.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 1/12/2020 | 43120 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |

Subtotal
Sales Tax (0.0%)
Total

# RAPAD Well Service Company Inc.

(601) 948-5279 (Phone)
(601) 355-5438 (Fax)
217 West Capitol Street, Suite 201
Jackson, MS 39201

**BILL TO:**

Sklar Exploration Company, LLC
401 Edwards Street, Suite 1601
Shreveport, LA 71101

DATE: 1/14/2020
INVOICE #: 50249
PO #:
WELL NAME: Craft Brye 8-4 #1
Little Cedar Creek

RIG #: Rig 1
COUNTY: CONECUH
STATE: AL

| Date | Ticket | Description | Qty | Rate | Rig # | Amount |
|---|---|---|---|---|---|---|
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |

1.5 % interest per month on accounts over 30 days.
Net 30 days from invoice date.

Subtotal $44,032.50
Sales Tax (0.0%) $0.00
**Total** $44,032.50

# RAPAD Well Service Company Inc.

(601) 948-5279 (Phone)
(601) 355-5438 (Fax)
217 West Capitol Street, Suite 201
Jackson, MS 39201

BILL TO:

Sklar Exploration Company, LLC
401 Edwards Street, Suite 1601
Shreveport, LA 71101

DATE: 1/22/2020
INVOICE #: 50252
PO #:
WELL NAME: Craft Brye 8-4 #1
Little Cedar Creek

RIG #: Rig 1
COUNTY: CONECUH
STATE: AL

| Date | Ticket | Description | Qty | Rate | Rig # | Amount |
|---|---|---|---|---|---|---|
| 1/13/2020 | 43121 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 1/14/2020 | 43122 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 1/15/2020 | 43123 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 1/16/2020 | 43124 | Workover Hourly Rate | 5 | 360.00 | RIG 1 | 1,800.00T |
| | | Travel time, crew/hour | 1 | 195.00 | RIG 1 | 195.00T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |

1.5 % interest per month on accounts over 30 days.
Net 30 days from invoice date.

Subtotal $16,122.50
Sales Tax (0.0%) $0.00
**Total** $16,122.50

# RAPAD Well Service Company Inc.

(601) 948-5279 (Phone)
(601) 355-5438 (Fax)
217 West Capitol Street, Suite 201
Jackson, MS 39201

**DATE:** 1/22/2020
**INVOICE #:** 50253
**PO #:**
**WELL NAME:** CCL&T 32-9 #1

**BILL TO:**

Sklar Exploration Company, LLC
401 Edwards Street, Suite 1601
Shreveport, LA 71101

**RIG #:** Rig 1
**COUNTY:** CONECUH
**STATE:** AL

| Date | Ticket | Description | Qty | Rate | Rig # | Amount |
|---|---|---|---|---|---|---|
| 1/16/2020 | 43125 | Workover Hourly Rate | 5 | 360.00 | RIG 1 | 1,800.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1 | 195.00 | RIG 1 | 195.00T |
| 1/17/2020 | 42976 | Workover Hourly Rate | 8 | 360.00 | RIG 1 | 2,880.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 1/18/2020 | 42977 | Workover Hourly Rate | 8 | 360.00 | RIG 1 | 2,880.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 1/19/2020 | 42978 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 1/20/2020 | 42979 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Travel time, crew/hour | 4 | 195.00 | RIG 1 | 780.00T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |

1.5 % interest per month on accounts over 30 days.
Net 30 days from invoice date.

| | |
|---|---|
| Subtotal | $19,612.50 |
| Sales Tax (0.0%) | $0.00 |
| **Total** | **$19,612.50** |

# RAPAD Well Service Company Inc.

(601) 948-5279 (Phone)
(601) 355-5438 (Fax)
217 West Capitol Street, Suite 201
Jackson, MS 39201

**DATE:** 2/12/2020
**INVOICE #:** 50266
**PO #:**
**WELL NAME:** CCL & T 34-14 #1

**BILL TO:**

Sklar Exploration Company, LLC
401 Edwards Street, Suite 1601
Shreveport, LA 71101

**RIG #:** Rig 1
**COUNTY:** CONECUH
**STATE:** AL

| Date | Ticket | Description | Qty | Rate | Rig # | Amount |
|---|---|---|---|---|---|---|
| 1/31/2020 | 42984 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 4 | 195.00 | RIG 1 | 780.00T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 2/1/2020 | 42985 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 2/2/2020 | 42986 | Workover Hourly Rate | 9 | 360.00 | RIG 1 | 3,240.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 2/3/2020 | 42987 | Workover Hourly Rate | 10.5 | 360.00 | RIG 1 | 3,780.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 2/4/2020 | 42988 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 2/5/2020 | 42989 | Workover Hourly Rate | 9 | 360.00 | RIG 1 | 3,240.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |

1.5 % interest per month on accounts over 30 days.
Net 30 days from invoice date.

**Subtotal** $27,802.50
**Sales Tax (0.0%)** $0.00
**Total** $27,802.50

# RAPAD Well Service Company Inc.

(601) 948-5279 (Phone)
(601) 355-5438 (Fax)
217 West Capitol Street, Suite 201
Jackson, MS 39201

DATE: 2/24/2020
INVOICE #: 50272
PO #:
WELL NAME: C C L & T 4-1 #1

BILL TO:

Sklar Exploration Company, LLC
401 Edwards Street, Suite 1601
Shreveport, LA 71101

RIG #: Rig 1
COUNTY: CONECUH
STATE: AL

| Date | Ticket | Description | Qty | Rate | Rig # | Amount |
|---|---|---|---|---|---|---|
| 2/6/2020 | 42990 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 2/7/2020 | 42991 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 4 | 110.00 | RIG 1 | 440.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 2/8/2020 | 42992 | Workover Hourly Rate | 5 | 360.00 | RIG 1 | 1,800.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |

1.5 % interest per month on accounts over 30 days.
Net 30 days from invoice date.

Subtotal $11,267.50
Sales Tax (0.0%) $0.00
Total $11,267.50

# RAPAD Well Service Company Inc.

(601) 948-5279 (Phone)
(601) 355-5438 (Fax)
217 West Capitol Street, Suite 201
Jackson, MS 39201

**BILL TO:**

Sklar Exploration Company, LLC
401 Edwards Street, Suite 1601
Shreveport, LA 71101

DATE: 2/24/2020
INVOICE #: 50273
PO #:
WELL NAME: Pate 3-11 #1

RIG #: Rig 1
COUNTY: CONECUH
STATE: AL

| Date | Ticket | Description | Qty | Rate | Rig # | Amount |
|---|---|---|---|---|---|---|
| 2/8/2020 | 42993 | Workover Hourly Rate | 5 | 360.00 | RIG 1 | 1,800.00T |
| | | Living allowance/per man/per day | 4 | 110.00 | RIG 1 | 440.00T |
| 2/9/2020 | 42994 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| 2/10/2020 | 42995 | Workover Hourly Rate | 5.5 | 360.00 | RIG 1 | 1,980.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| 2/11/2020 | 42996 | Workover Hourly Rate | 5 | 360.00 | RIG 1 | 1,800.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |

1.5 % interest per month on accounts over 30 days.
Net 30 days from invoice date.

Subtotal $11,597.50
Sales Tax (0.0%) $0.00
**Total** $11,597.50

# RAPAD Well Service Company Inc.

(601) 948-5279 (Phone)
(601) 355-5438 (Fax)
217 West Capitol Street, Suite 201
Jackson, MS 39201

DATE: 2/24/2020
INVOICE #: 50274
PO #:
WELL NAME: CCL&T 3 - 2 #1

BILL TO:

Sklar Exploration Company, LLC
401 Edwards Street, Suite 1601
Shreveport, LA 71101

RIG #: Rig 1
COUNTY: Escambia
STATE: AL

| Date | Ticket | Description | Qty | Rate | Rig # | Amount |
|---|---|---|---|---|---|---|
| 2/11/2020 | 42997 | Workover Hourly Rate | 5 | 360.00 | RIG 1 | 1,800.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| 2/12/2020 | 42998 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 2/13/2020 | 42999 | Workover Hourly Rate | 9 | 360.00 | RIG 1 | 3,240.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |

1.5 % interest per month on accounts over 30 days.
Net 30 days from invoice date.

Subtotal $11,275.00
Sales Tax (0.0%) $0.00
**Total** $11,275.00

# RAPAD Well Service Company Inc.

(601) 948-5279 (Phone)
(601) 355-5438 (Fax)
217 West Capitol Street, Suite 201
Jackson, MS 39201

BILL TO:

Sklar Exploration Company, LLC
401 Edwards Street, Suite 1601
Shreveport, LA 71101

DATE: 3/16/2020
INVOICE #: 50281
PO #:
WELL NAME: Craft Ralls 5-8 #1
Little Cedar Creek

RIG #: Rig 1
COUNTY: CONECUH
STATE: AL

| Date | Ticket | Description | Qty | Rate | Rig # | Amount |
|---|---|---|---|---|---|---|
| 3/5/2020 | 43628 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1 | 195.00 | RIG 1 | 195.00T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| | | 2 7/8" TIW valve/day | 1 | 35.00 | RIG 1 | 35.00T |
| 3/6/2020 | 43629 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1 | 195.00 | RIG 1 | 195.00T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| | | 2 7/8" TIW valve/day | 1 | 35.00 | RIG 1 | 35.00T |
| 3/7/2020 | 43630 | Workover Hourly Rate | 8 | 360.00 | RIG 1 | 2,880.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1 | 195.00 | RIG 1 | 195.00T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| | | 2 7/8" TIW valve/day | 1 | 35.00 | RIG 1 | 35.00T |
| 3/8/2020 | 43631 | Workover Hourly Rate | 11 | 360.00 | RIG 1 | 3,960.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1 | 195.00 | RIG 1 | 195.00T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| | | 2 7/8" TIW valve/day | 1 | 35.00 | RIG 1 | 35.00T |

1.5 % interest per month on accounts over 30 days.
Net 30 days from invoice date.

Subtotal $17,960.00
Sales Tax (0.0%) $0.00
**Total** $17,960.00

# RAPAD Well Service Company Inc.

(601) 948-5279 (Phone)
(601) 355-5438 (Fax)
217 West Capitol Street, Suite 201
Jackson, MS 39201

DATE: 2/24/2020
INVOICE #: 50292
PO #:
WELL NAME: CCL&T 2-4-1

BILL TO:

Sklar Exploration Company, LLC
401 Edwards Street, Suite 1601
Shreveport, LA 71101

RIG #: Rig 1
COUNTY: Escambia
STATE: AL

| Date | Ticket | Description | Qty | Rate | Rig # | Amount |
|---|---|---|---|---|---|---|
| 2/14/2020 | 43000 | Workover Hourly Rate | 8 | 360.00 | RIG 1 | 2,880.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 2/15/2020 | 44526 | Workover Hourly Rate | 10 | 360.00 | RIG 1 | 3,600.00T |
| | | Living allowance/per man/per day | 5 | 110.00 | RIG 1 | 550.00T |
| | | Travel time, crew/hour | 1.5 | 195.00 | RIG 1 | 292.50T |
| | | 7 1/16" 5000 psi BOP | 1 | 200.00 | RIG 1 | 200.00T |
| 2/16/2020 | 44527 | Workover Hourly Rate | 4 | 360.00 | RIG 1 | 1,440.00T |
| | | Travel time, crew/hour | 4 | 195.00 | RIG 1 | 780.00T |

1.5 % interest per month on accounts over 30 days.
Net 30 days from invoice date.

Subtotal $10,785.00
Sales Tax (0.0%) $0.00
**Total** $10,785.00