# EXHIBIT C

.len
1/8/2020 1:01:57 PM
Page:1 of 3

Stephen Flemming
Conecuh County, Alabama

STATE OF ALABAMA )
)    **VERIFIED STATEMENT OF LIEN**
CONECUH COUNTY )

RAPAD Well Service Company Inc., files this statement in writing, verified by oath of

the undersigned, who has personal knowledge of the facts herein set forth:

That said RAPAD Well Service Company Inc. claims a lien upon interest in real property

situated in Conecuh County, Alabama described in Exhibit A.

This lien is claimed, separately and severally, as to both the real property interests of the

below listed interest owner as well as buildings and improvements thereon if any.

That said lien is claimed to secure an indebtedness of $18,215.00, as noted by the

attached Exhibit A, with interest from the dates so noted, until the balance is paid in full, plus

reasonable attorneys' fees for services and supplies provided by RAPAD Well Service Company

Inc. to Sklar Exploration Company, LLC.

The name of the owner or proprietor of the said real property interests is listed on Exhibit

B.

RAPAD Well Service Company Inc.

By: _Chesley R. James_
Its: _Vice President_

5.00 Indexing Fee
3.00 FirstPage Fee
6.00 AddlPages Fee
37.00 AddlNames Fee
Total Fees: $51.00

STATE OF Mississippi )
Hinds COUNTY )

I, the undersigned notary public in and for said county in said state, hereby certify that
Chesley James whose name as Vice President for RAPAD Well Service Company
Inc. is signed to the foregoing instrument and who is known to me, acknowledged before me on
this day that, being informed of the contents of the instrument, he, as such Vice President
and with full authority, executed the same voluntarily for and as the act of said corporation.

Given under my hand and seal this 4th day of June , 2020.

ID # 61162
LYNDA H. GRICE
Commission Expires
Dec. 11, 2021

_Lynda H Grice_
Notary Public
My Commission Expires 12-11-2021

1215638.1

EXHIBIT "A"

Description of real property located in Conecuh County, Alabama:

Work performed on the following well in the Little Cedar Creek Field

Wells:

| Wells | Invoice Date | Interest From |
|---|---|---|
| Craft Mack 17-4 #1 | December 14, 2019 | January 15, 2020 |

Craft Mack 17-4 #1 consist of the Northwest quarter of Section 17, Township 4 North, Range 13 East all in Conecuh County, Alabama.

EXHIBIT B

List of owners or proprietors of the real property interest:

| | |
|---|---|
| ANSABEN TRUST | BROCK RESOURCES, LLC |
| ASPEN ENERGY INC | CAYMAN RESOURCES, INC. |
| BEAZLEY PETROLEUM LLC | QUAIL CREEK·PRODUCTION COMPANY |
| BOBMARY LC | |
| BUNDERO INVESTMENT CO LLC | |
| CARL HERRIN OIL & GAS LLC | |
| COASTAL EXPLORATION, INC | |
| CRAFT EXPLORATION COMPANY LLC | |
| DICKSON OIL & GAS LLC | |
| EMBAYMENT PRODUCTION LLC | |
| FANT ENERGY LIMITED | |
| GATEWAY EXPLORATION LLC | |
| JF HOWELL, LP | |
| JJS Interests Escambia, LLC | |
| KUDZU OIL PROPERTIES LLC | |
| LONGLEAF ENERGY GROUP INC | |
| LUCAS PETROLEUM GROUP INC | |
| MARKSCO LLC | |
| MCCOMBS ENERGY LTD | |
| JC OGDEN | |
| PAROUS ENERGY LLC | |
| PFLANZER PARTNERS, LTD | |
| RESOURCE·VENTURES LLC | |
| SELLARS FAMILY LLC | |
| SEPULGA RIVER FUELS LLC | |
| SKLARCO LLC | |
| SKLAR EXPLORATION COMPANY LLC | |
| TENEXCO INC | |
| TEPCO LLC | |
| TIEMBO LTD | |
| JEFFREYS DRILLING, LLC | |
| TYLER OIL & GAS LLC | |
| VICKERY EXPLORATION LLC | |
| WALLER BROTHERS INC | |
| YATES RESOURCES LP | |

B:2020 P:486
Lien
5/18/2020 1:24:31 PM
Page:1 of 3

Stephen Flemming
Conecuh County, Alabama

| STATE OF ALABAMA | ) | |
| --- | --- | --- |
| | ) | **VERIFIED STATEMENT OF LIEN** |
| CONECUH COUNTY | ) | |

RAPAD Well Service Company Inc., files this statement in writing, verified by oath of the undersigned, who has personal knowledge of the facts herein set forth:

That said RAPAD Well Service Company Inc. claims a lien upon interest in real property situated in Conecuh County, Alabama described in Exhibit A.

This lien is claimed, separately and severally, as to both the real property interests of the below listed interest owner as well as buildings and improvements thereon if any.

That said lien is claimed to secure an indebtedness of $92,700.00, as noted by the attached Exhibit A, with interest from the dates so noted, until the balance is paid in full, plus reasonable attorneys' fees for services and supplies provided by RAPAD Well Service Company Inc. to Sklar Exploration Company, LLC.

The name of the owner or proprietor of the said real property interests is listed on Exhibit B.

RAPAD Well Service Company Inc.

By: _Chesley James_
Its: _Vice President_

5.00 Indexing Fee
3.00 FirstPage Fee
6.00 AddlPages Fee
44.00 AddlNames Fee
Total Fees: $58.00

| STATE OF _Miss_ | ) | |
| --- | --- | --- |
| _Madison_ COUNTY | ) | |

I, the undersigned notary public in and for said county in said state, hereby certify that _Chesley James_, whose name as _Vice President_ for RAPAD Well Service Company Inc. is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such _Vice President_ and with full authority, executed the same voluntarily for and as the act of said corporation.

Given under my hand and seal this 15th day of May, 2020.

_Paula P White_
Notary Public
My Commission Expires _11/18/20_

ID # 81728
PAULA P. WHITE
Commission Expires
Nov. 18, 2020
MADISON COUNTY

EXHIBIT "A"

Description of real property located in Conecuh County, Alabama:

Work performed on the following wells, all in the Little Cedar Creek Unit II

Wells:

| Wells | Invoice Date | Interest From |
|---|---|---|
| Craft Ralls 5-10 #1 | December 19, 2019 | January 20, 2020 |
| Craft Brye 8-4 #1 | January 14, 2020<br>January 22, 2020 | February 15, 2020<br>February 23, 2020 |
| Craft Ralls 5-8 #1 | March 16, 2020 | April 17, 2020 |

Little Cedar Creek Unit II consist of the following described lands:

Township 5 North, Range 13 East
Section 32: Southeast Quarter of Southeast Quarter of Southeast Quarter and South Half of Southwest Quarter of Southeast Quarter of Southeast Quarter
Section 33: South Half
Township 4 North, Range 13 East
Section 4: North Half and Southwest Quarter and West Half of Northwest Quarter of Southeast Quarter
Section 5: All
Section 7: Northeast Quarter
Section 8: North Half and Southwest Quarter and four-acre square in the Northwest Corner of Southeast Quarter
Section 9: North Half of Northwest Quarter of Northwest Quarter
Section 17: Northwest Quarter of Northwest Quarter of Northwest Quarter
All in Conecuh County, Alabama, in the Little Cedar Creek Field;

EXHIBIT B

List of owners or proprietors of the real property interest:

| | |
|---|---|
| ANSABEN TRUST | BROCK RESOURCES, LLC |
| ASPEN ENERGY INC | CAYMAN RESOURCES, INC. |
| BEAZLEY PETROLEUM LLC | FLEET HOWELL |
| BOBMARY LC | QUAIL CREEK PRODUCTION COMPANY |
| BUNDERO INVESTMENT CO LLC | ANGELA MARIE KING |
| CARL HERRIN OIL & GAS LLC | ANN MARIE HOLMES-WILLIAMS |
| COASTAL EXPLORATION, INC | FRANK BRYE, III ESTATE |
| CRAFT EXPLORATION COMPANY LLC | HENRY BOYD KING, JR. |
| DICKSON OIL & GAS LLC | ROBERT LEE KING |
| EMBAYMENT PRODUCTION LLC | WILSON BRYE ESTATE |
| FANT ENERGY LIMITED | |
| GATEWAY EXPLORATION LLC | |
| JJS Interests Escambia, LLC | |
| KUDZU OIL PROPERTIES LLC | |
| LONGLEAF ENERGY GROUP INC | |
| LUCAS PETROLEUM GROUP INC | |
| MARKSCO LLC | |
| MCCOMBS ENERGY LTD | |
| JC OGDEN | |
| PAROUS ENERGY LLC | |
| PELICAN ENERGY LLC | |
| PFLANZER PARTNERS, LTD | |
| RESOURCE VENTURES LLC | |
| SELLARS FAMILY LLC | |
| SEPULGA RIVER FUELS LLC | |
| SKLARCO LLC | |
| SKLAR EXPLORATION COMPANY LLC | |
| TENEXCO INC | |
| TEPCO LLC | |
| TIEMBO LTD | |
| JEFFREYS DRILLING, LLC | |
| TYLER OIL & GAS LLC | |
| VICKERY EXPLORATION LLC | |
| WALLER BROTHERS INC | |
| YATES RESOURCES LP | |

STATE OF ALABAMA  )
         )  **VERIFIED STATEMENT OF LIEN**
ESCAMBIA COUNTY  )

  RAPAD Well Service Company Inc., files this statement in writing, verified by oath of

the undersigned, who has personal knowledge of the facts herein set forth:

  That said RAPAD Well Service Company Inc. claims a lien upon interest in real property

situated in Escambia County, Alabama described in Exhibit A.

  This lien is claimed, separately and severally, as to both the real property interests of the

below listed interest owner as well as buildings and improvements thereon if any.

  That said lien is claimed to secure an indebtedness of $76,690.00, as noted by the

attached Exhibit A, with interest from the dates so noted, until the balance is paid in full, plus

reasonable attorneys' fees for services and supplies provided by RAPAD Well Service Company

Inc. to Sklar Exploration Company, LLC.

  The name of the owner or proprietor of the said real property interests is listed on Exhibit
B.

            RAPAD Well Service Company Inc.

            By: _Chesley R. James_
            Its: _Vice President_

STATE OF _Mississippi_  )
          )
_Hinds_ COUNTY    )

  I, the undersigned notary public in and for said county in said state, hereby certify that
_Chesley James_, whose name as _Vice President_ for RAPAD Well Service Company
Inc. is signed to the foregoing instrument and who is known to me, acknowledged before me on
this day that, being informed of the contents of the instrument, he, as such _Vice President_
and with full authority, executed the same voluntarily for and as the act of said corporation.

  Given under my hand and seal this _4th_ day of June , 2020.

              _Lynda H. Grice_
              Notary Public
              My Commission Expires _12-11-2021_

**NOTARY PUBLIC**
ID # 51162
LYNDA H. GRICE
Commission Expires
Dec. 11, 2021
RANKIN COUNTY

1215638.1

EXHIBIT "A"

Description of real property located in Escambia County, Alabama:

Work performed on the following wells, all in the Fishpond Unit

Wells:

| Wells | Invoice Date | Interest From |
|---|---|---|
| Cedar Creek Land & Timber 10-5 #1 | December 9, 2019 | January 10, 2020 |

Fishpond Unit consist of the following described lands:

Township 3 North, Range 12 East
Section 9: Northeast Quarter and the North Half of the Southeast Quarter
Section 10: Northwest Quarter, the North Half of the Southwest Quarter, the Northwest Quarter of the
Southeast Quarter, and the Southwest Quarter of the Northeast Quarter
All in Escambia County, Alabama, in the Fishpond Field;

**EXHIBIT B**

List of owners or proprietors of the real property interest:

SKLARCO LLC
BUNDERO INVESTMENT COMPANY LLC
CRAFT EXPLORATION COMPANY LLC
DICKSON OIL & GAS LLC
FANT ENERGY LIMITED
JF HOWELL INTERESTS LP
JJS WORKING INTERESTS ESCAMBIA LLC
KUDZU OIL PROPERTIES LLC
LANDMARK EXPLORATION LLC
MARKSCO LLC
MCCOMBS ENERGY LTD
PICKENS FINANCIAL GROUP LLC
RESOURCE VENTURES LLC
TARA RUDMAN
TAUBER EXPLORATION & PRODUCTION
COMPANY
TIEMBO LTD

Escambia County Probate
Robert D. Agerton, Judge of Probate
Filed/cert. 6/ 6/2020 2:24 PM
TOTAL     $   25.00
3 Pages



STATE OF ALABAMA   )
                       )      **VERIFIED STATEMENT OF LIEN**
ESCAMBIA COUNTY   )

RAPAD Well Service Company Inc., files this statement in writing, verified by oath of the undersigned, who has personal knowledge of the facts herein set forth:

That said RAPAD Well Service Company Inc. claims a lien upon interest in real property situated in Escambia County, Alabama described in Exhibit A.

This lien is claimed, separately and severally, as to both the real property interests of the below listed interest owner as well as buildings and improvements thereon if any.

That said lien is claimed to secure an indebtedness of $13,660.00, as noted by the attached Exhibit A, with interest from the dates so noted, until the balance is paid in full, plus reasonable attorneys' fees for services and supplies provided by RAPAD Well Service Company Inc. to Sklar Exploration Company, LLC.

The name of the owner or proprietor of the said real property interests is listed on Exhibit B.

RAPAD Well Service Company Inc.

By: _Chesley R. James_
Its: _Vice President_

STATE OF Mississippi )
                   )
Hinds COUNTY )

I, the undersigned notary public in and for said county in said state, hereby certify that Chesley James, whose name as Vice President for RAPAD Well Service Company Inc. is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such Vice President and with full authority, executed the same voluntarily for and as the act of said corporation.

Given under my hand and seal this 4th day of June , 2020.

ID # 51162
LYNDA H. GRICE
Commission Expires
Dec. 11, 2021

Notary Public
My Commission Expires 12-11-2021

1215638.1

EXHIBIT "A"

Description of real property located in Conecuh County, Alabama:

Work performed on the following well in the Kirkland Field

Wells:

| Wells | Invoice Date | Interest From |
|---|---|---|
| Cedar Creek Land & Timber 13-11 #1 | December 12, 2019 | January 13, 2020 |

Cedar Creek Land & Timber 13-11 #1 consist of the Southwest Quarter of Section 13, Township 3 North, Range 10 East all in Escambia County, Alabama.

EXHIBIT B

List of owners or proprietors of the real property interest:

| | |
|---|---|
| SKLARCO LLC | |
| ASPEN ENERGY INC | |
| BUNDERO INVESTMENT COMPANY LLC | |
| CRAFT EXPLORATION COMPANY LLC | |
| JOEL DAVIS | |
| DICKSON OIL & GAS LLC | |
| FANT ENERGY LIMITED | |
| FPCC USA INC | |
| GATEWAY EXPLORATION LLC | |
| GCREW PROPERTIES LLC | |
| JF HOWELL INTERESTS LP | |
| JJS WORKING INTERESTS ESCAMBIA LLC | |
| KUDZU OIL PROPERTIES LLC | |
| LANDMARK EXPLORATION LLC | |
| MARKSCO LLC | |
| MCCOMBS ENERGY LTD | |
| MER ENERGY LTD | |
| MERITAGE ENERGY LTD | |
| MJS INTERESTS LLC | |
| PICKENS FINANCIAL GROUP LLC | |
| RESOURCE VENTURES LLC | |
| TARA RUDMAN | |
| TAUBER EXPLORATION & PRODUCTION COMPANY | |
| TIEMBO LTD | |

Escambia County Probate
Robert D. Agerton, Judge of Probate
Filed/cert. 6/8/2020 2:13 PM
TOTAL    $   34.00
3 Pages



J:2020 P:668
.len
1/8/2020 12:25:45 PM
'age:1 of 4

Stephen Flemming
Conecuh County, Alabama

STATE OF ALABAMA                    )
                                    )          **VERIFIED STATEMENT OF LIEN**
CONECUH & ESCAMBIA COUNTIES)

RAPAD Well Service Company Inc., files this statement in writing, verified by oath of the undersigned, who has personal knowledge of the facts herein set forth:

That said RAPAD Well Service Company Inc. claims a lien upon interest in real property situated in Conecuh and Escambia Counties, Alabama described in Exhibit A.

This lien is claimed, separately and severally, as to both the real property interests of the below listed interest owner as well as buildings and improvements thereon if any.

That said lien is claimed to secure an indebtedness of $69,475.00, as noted by the attached Exhibit A, with interest from the dates so noted, until the balance is paid in full, plus reasonable attorneys' fees for services and supplies provided by RAPAD Well Service Company Inc. to Sklar Exploration Company, LLC.

The name of the owner or proprietor of the said real property interests is listed on Exhibit B.

RAPAD Well Service Company Inc.

By: _Chesley R. James_

Its: _Vice President_

5.00 Indexing Fee
3.00 FirstPage Fee
9.00 AddlPages Fee
91.00 AddlNames Fee
'otal Fees: $108.00

STATE OF Mississippi  )
                      )
Hinds COUNTY          )

I, the undersigned notary public in and for said county in said state, hereby certify that Chesley S. James whose name as Vice President for RAPAD Well Service Company Inc. is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such Vice President and with full authority, executed the same voluntarily for and as the act of said corporation.

Given under my hand and seal this 11th day of June, 2020.

ID # 51182
LYNDA H. GRICE
Commission Expires
Dec. 11, 2021
ANKIN COUNTY

_Lynda H. Grice_
Notary Public
My Commission Expires 12-11-2021

1215638.1

EXHIBIT "A"

Description of real property located in Conecuh and Escambia Counties, Alabama;

Work performed on the following wells, all in the Southwest Brooklyn Unit

Wells:

| Wells | Invoice Date | Interest From |
|---|---|---|
| Cedar Creek Land & Timber 32-9 #1 | January 20, 2019 | February 21, 2020 |
| Cedar Creek Land & Timber 34-14 #1 | February 5, 2020 | March 7, 2020 |
| Cedar Creek Land & Timber 3-2 #1 | February 16, 2020 | March 17, 2020 |

The Unit Area for the Southwest Brooklyn Oil Unit consists of the Northwest Quarter, the West Half of the Southwest Quarter, and the West Half of the Northeast Quarter of the Southwest Quarter of Section 1, all of Section 2, the North Half and the North Half of the South Half of Section 3, the North Half and the North Half of the Southeast Quarter of Section 4, and the North Half of the North Half and the North Half of the South Half of the North Half of Section 5, Township 3 North, Range 12 East, all in Escambia County, Alabama, in the Brooklyn Field; the South Half of Section 32, the South Half and the South Half of the Northwest Quarter of Section 33, the South Half and the Northeast Quarter of Section 34, and the South Half and the Northwest Quarter of Section 35, Township 4 North, Range 12 East, all in Conecuh County, Alabama, in the Brooklyn Field, containing approximately 3,700 acres, more or less.

EXHIBIT B

List of owners or proprietors of the real property interest:

| | |
|---|---|
| ALEX SMITH | JOANNE KELLY |
| ALEXIS SAMUEL | JOE L. SAMUEL, JR. (ESTATE OF) |
| AMY GRASTY | JOHN C. NIX, JR., FOR LIFE, THEN TO |
| ANGELA SAMUEL | ELBA EXPLORATION, LLC |
| BANTAM CREEK LLC | JOHN E. DOWNING |
| BAXTERVILLE, LLC | JOSEPH SAMUEL |
| BELLIS INVESTMENTS LP | JUDY ANN WALKER |
| BERNICE BOULDIN | JUDY DUNN |
| BETTY ANN DARDEN | KATHERINE E. MCMILLAN OWENS |
| BETTY DICKERSON | LANDMARK EXPLORATION, LLC |
| BUNDERO INVESTMENT COMPANY, L.L.C. | LEON SAMUEL |
| CARL HERRIN OIL AND GAS, L.L.C. | LILLIE JONES |
| CENTRAL EXPLORATION CO, INC. | LOVELACE PROPERTIES, LLC |
| CENTRAL PETROLEUM, INC. | MARCO LAND & PETROLEUM, INC. |
| CRAFT EXPLORATION COMPANY L.L.C. | MARKSCO, L.L.C. |
| DANIEL W MCMILLAN | MARTHA MCKENZIE |
| DELTA S. VENTURES LP | MCCOMBS ENERGY, LTD. |
| DEMETRIUS WALKER | MICHAEL ADRIAN SHAFFER |
| DICKSON OIL & GAS, LLC | MOUNTAIN AIR ENTERPRISES, LLC |
| DOLKAS INVESTMENTS LP | PHYLLIS DOSS |
| DORIS VERNA ATWOOD | PICKENS FINANCIAL GROUP, LLC |
| DOUBLEPINE INVESTMENTS, LTD. | RESOURCE VENTURES, LLC |
| ED LEIGH MCMILLAN III | RUTHIE ANN PHILLIPS (ESTATE OF) |
| EARLENE SAMUEL | SARA GRASTY |
| EATON FINANCE CORP. | SESNON OIL COMPANY |
| ED L. DUNN | SHADOW HILL, LLC |
| ELBA EXPLORATION LLC | SKLARCO L.L.C. |
| ELVIRA MCMILLAN TATE | SPANISH FORT ROYALTY, LLC |
| ERIC EARL SAMUEL | STRAGO PETROLEUM CORPORATION |
| ESTATE OF ED LEIGH MCMILLAN, II C/O | SUSAN LOMBARD WILKINSON |
| ESTATE OF ROBERT C. MCMILLAN | SUZANNE C. LEANDER |
| FANT ENERGY LIMITED | T.A. LEONARD |
| FLETCHER PETROLEUM COMPANY, LLC | TARA RUDMAN AND IRA W. SILVERMAN, AS |
| FPCC USA, INC. | TAUBER EXPLORATION & PRODUCTION CO. |
| FREDERICK SAMUEL | TERESA RUDMAN, AS TRUSTEE OF THE |
| GERRY BURFORD | THE COMMUNITY OF CHRIST (A/K/A REORGANIZED |
| GWENDOLYN WALKER | THE RUDMAN PARTNERSHIP, LTD. |
| HORACE, LLC | THOMAS E. MCMILLAN, JR. |
| J. F. HOWELL INTERESTS, LP | THOMAS ENERGY, LLC |
| JACKIE ROYSTER | TIEMBO LTD. |
| JAMES B. DUNN | TRIMBLE ENERGY, LLC |
| JAMES TIMOTHY CALVERT (ESTATE OF | TRIUMPHANT MANAGEMENT, LLC |
| JANET T. MORRIS | TRUSTMARK NATIONAL BANK AND CANDY MCMILLAN, |

Page 1 of 2

| | |
|---|---|
| JANUS ENTERPRISES, LLC<br>JDGP, LLC | VERNITA WILKS<br>WILLIAM R. ROLLO & GLORIA R. ROLLO, AS<br>TRUSTEES OF THE WILLIAM R. AND GLORIA R.<br>ROLLO REVOCABLE TRUST |
| JEANETTE PURIFOY<br>JIMMIE LEE WALKER<br>JJS INTERESTS ESCAMBIA, LLC | |

```
1:2020 P:665
.ien
1/8/2020 11:54:55 AM
'age:1 of 4
```

Stephen Flemming
Conecuh County, Alabama

STATE OF ALABAMA　　　　)
　　　　　　　　　　　　　　)　　　　**VERIFIED STATEMENT OF LIEN**
CONECUH & ESCAMBIA COUNTIES)

　　　RAPAD Well Service Company Inc., files this statement in writing, verified by oath of

the undersigned, who has personal knowledge of the facts herein set forth:

　　　That said RAPAD Well Service Company Inc. claims a lien upon interest in real property

situated in Conecuh and Escambia Counties, Alabama described in Exhibit A.

　　　This lien is claimed, separately and severally, as to both the real property interests of the

below listed interest owner as well as buildings and improvements thereon if any.

　　　That said lien is claimed to secure an indebtedness of $22,865.00, as noted by the

attached Exhibit A, with interest from the dates so noted, until the balance is paid in full, plus

reasonable attorneys' fees for services and supplies provided by RAPAD Well Service Company

Inc. to Sklar Exploration Company, LLC.

　　　The name of the owner or proprietor of the said real property interests is listed on Exhibit
B.

　　　　　　　　　　　　　　　　RAPAD Well Service Company Inc.

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Its: _Vice President_

```
                                        5.00 Indexing Fee
                                        3.00 FirstPage Fee
                                        9.00 AddlPages Fee
                                        95.00 AddlNames Fee
                                        Total Fees: $112.00
```

STATE OF Mississippi　　)
　　　　　　　　　　　　　　)
_____ COUNTY　　　　　　)

　　　I, the undersigned notary public in and for said county in said state, hereby certify that
Chesley Armes whose name as Vice President for RAPAD Well Service Company
Inc. is signed to the foregoing instrument and who is known to me, acknowledged before me on
this day that, being informed of the contents of the instrument, he, as such Vice President
and with full authority, executed the same voluntarily for and as the act of said corporation.

　　　Given under my hand and Seal this _____ day of June , 2020.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Notary Public
　　　　　　　　　　　　　　　　My Commission Expires _12-11-2021_

NOTARY PUBLIC
ID # 51162
LYNDA H. GRICE

1215638.1

EXHIBIT "A"

Description of real property located in Conecuh and Escambia Counties, Alabama:

Work performed on the following wells, all in the Southeast Brooklyn Unit

Wells:

| Wells | Invoice Date | Interest From |
|-------|--------------|---------------|
| Cedar Creek Land & Timber 4-1 #1 | February 8, 2019 | March 9, 2020 |
| Pate 3-11 #1 | February 11, 2020 | March 12, 2020 |

      The Unit Area for the Southeast Brooklyn Oil Unit consists of the North Half and the Southwest Quarter of Section 3 and the Northeast Quarter, East Half of the East Half of the Northwest Quarter, and the Northeast Quarter of the Southeast Quarter of Section 4, Township 3 North, Range 13 East; the Northeast Quarter of the Northeast Quarter of the Southeast Quarter of Section 31, the Southeast Quarter and the North Half of the Southwest Quarter of Section 32, LESS AND EXCEPT the following described parcel: Commencing at the Northeast corner of the Southeast Quarter of the Southwest Quarter of Sec. 32, T4N, R13E, run South 350 feet, more or less, to a point on the North line of an old railroad; thence run North 65 degrees West along said old railroad 1031.00 feet; thence run South 25 degrees West 50 feet to make or form a Starting Point; thence run South 25 degrees West 208.71 feet; thence run North 65 degrees West 208.71 feet; thence run North 25 degrees East 208.71 feet; thence run South 65 degrees East 208.71 feet back to the Starting Point, and FURTHER LESS AND EXCEPT the following parcel: Commence at a point 1135.2 feet East of the Northwest corner of the Northeast Quarter of Southwest Quarter of Section 32, T4N, R13E, Conecuh Co., thence run South 1166.4 feet to the Point of Beginning; thence run South 54 degrees East 150 feet; thence run South 180 feet; thence run North 54 degrees West 150 feet along County Road Six; thence run North 180 feet to the Point of Beginning; and all that part of the following tract lying within the Southeast Quarter of the Southwest Quarter of Section 32: Commence at a point 1135.2 feet East of the Northwest corner of the Northeast Quarter of the Southwest Quarter of Section 32, T4N, R13E, Conecuh Co. to form or make a starting point. Thence run East along the North line of said forty 184.8 feet to Northeast corner of said forty; thence run South along East line of the East Half of the Southwest Quarter 1,485 feet, more or less, to North right-of-way of Castleberry Road. Thence run North 54 degrees West and along North right-of-way of said road 217.8 feet, more or less, to Southeast corner of parcel of land owned by Henry G. Foster and wife, Velma B. Foster. Thence run North 1,346.6 feet, more or less, to starting point, LESS AND EXCEPT the following described parcel: Commence at a point 1135.2 feet East of the Northwest corner of the Northeast Quarter of the Southwest Quarter of Section 32, T4N, R13E, Conecuh Co., thence run South 1166.4 feet to the Point of Beginning; thence run South 54 degrees East 150 feet; thence run South 180 feet; thence run North 54 degrees West 150 feet along County Road Six; thence run North 180 feet to the Point of Beginning; the South Half of Section 33, the South Half of Section 34, and the Southwest Quarter and the Southwest Quarter of the Southeast Quarter of Section 35, Township 4 North, Range 13 East, all in Conecuh County, Alabama, in the Brooklyn Field; and the Northeast Quarter of Section 5, Township 3 North, Range 13 East, Escambia County, Alabama, in the Brooklyn Field, containing approximately 2,179 acres, more or less.

EXHIBIT B

List of owners or proprietors of the real property interest:

| | |
|---|---|
| ANDERSON EXPLORATION ENERGY CO. | KKS OIL & GAS, LP |
| ASPEN ENERGY INC. | KWAZAR RESOURCES, LLC |
| BANTAM CREEK LLC | LAMANCHA INVESTMENTS II, LLC |
| BARNES CREEK DRILLING LLC | LANDMARK EXPLORATION, LLC |
| BELLIS INVESTMENTS LP | THE MARCY BEACH 2011 IRREVOCABLE TRUST |
| BENJAMIN O. BARLOW | MARKSCO, L.L.C. |
| BUNDERO INVESTMENT COMPANY, LLC | MARLIN EXPLORATION, LLC |
| C. H. OIL AND GAS, LLC CARK RABREN | MARY KATHERINE BRUNDAGE |
| CENTRAL EXPLORATION CO, INC | MAX C. JOHNSON |
| CENTRAL PETROLEUM, INC. | MCCOMBS ENERGY LTD. |
| CFBR PARTNERS | MICHAEL MANAGEMENT, INC. |
| CHARLES A. FRAZIER, FOR LIFE; | NORTHSTAR PRODUCING I, LTD. |
| CHATEAU BLANCHE, L.L.C. | OPAL L. KIDD FAMILY PARTNERSHIP, LT |
| CRAFT EXPLORATION COMPANY L.L.C. | PAROUS ENERGY, L.L.C. |
| CROW PARTNERS, LTD. | PARTY HAT ENTERPRISES, LLC |
| DICKSON OIL & GAS, LLC | PATRICK J. MCBRIDE |
| DISPUTED OWNERSHIPS BETWEEN JANIE JOHNSTON, JOI DEFEE, JOHN WADE JOHNSTON, AND CONNIE JOHNSTON | PETRODRILL, LLC |
| DISPUTED OWNERSHIP BETWEEN SKLARCO L.L.C., ET AL., ON THE ONE HAND, AND FRANCES M. FINE | PFLANZER PARTNERS, LTD |
| DOLKAS INVESTMENTS LP | PICKENS FINANCIAL GROUP, LLC |
| DOROTHY GATES, AS TRUSTEE OF THE DOROTHYONES GATES REVOCABLE TRUST | PORTER ESTATE COMPANY OAKLEY RAN |
| DOUBLEPINE INVESTMENTS, LTD. | RESOURCE VENTURES, LLC |
| DOUGLAS GENE RABREN | RHODNA F. FOUTS |
| ED L. DUNN | RIDGWAY MANAGEMENT, INC. |
| EFRAIM BRODY | ROBERT CARY |
| EL DORADO GULF COAST PRODUCTION, LLC | RONICE COOK THAMES LIVING TRUST |
| ELBA EXPLORATION LLC | ROOSTH 806, LTD, A TEXAS LTD PARTNERSHIP |
| EMERALD OIL & MINING CO. | ROYALTY EXPLORATION, LLC |
| ESTATE OF WOLFE E. RUDMAN | SELLARS FAMILY, LLC |
| FANT ENERGY LIMITED | SESNON OIL COMPANY |
| FLETCHER EXPLORATION, LLC | LARRY DWIGHT TAYLOR 2012 IRREVOCABLE TRUST |

| | |
|---|---|
| FPCC USA, INC. | SHELLEY M. CHAVANNE |
| GULFCOAST MINERAL, LLC | SKLARCO L.L.C. |
| HARVEST GAS MANAGEMENT, LLC, | SPANISH FORT ROYALTY, LLC |
| HENRY G. FOSTER AND VELMA B. FOSTER, | SPINDLETOP OIL & GAS CO. |
| J.F. HOWELL INTERESTS, LP | STEVEN E. CALHOUN |
| JANET FAULKNER DUNN | STRAGO PETROLEUM CORPORATION |
| JANIE M. JOHNSTON | STROUD FAMILY LLC |
| JEFFREYS DRILLING, LLC | THE RUDMAN FAMILY TRUST |
| JJS INTERESTS ESCAMBIA, LLC | TAUBER EXPLORATION & PRODUCTION CO. |
| JOHN C. NIX, JR., FOR LIFE, THEN TO ELBA EXPLORATION, LLC | TARA RUDMAN REVOCABLE TRUST |
| JOHN KUBALA | THE RUDMAN PARTNERSHIP, LTD. |
| JOHN W. TISDALE, JR. | TIEMBO LTD. |
| JURA-SEARCH, INC. | TRANT K. KIDD FAMILY PARTNERSHIP, LTD |
| KIDD PRODUCTION, LTD. | TRIMBLE ENERGY, LLC |
| KING OIL, LLC | TYLER OIL AND GAS, LLC |
| | WILLIAM R. & GLORIA R. ROLLO REVOCABLE TRUST |
| | WILLIAM S. SCHREIER |
| | WSK PROPERTIES, LLC |
| | |