| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor: SKLAR EXPLORATION COMPANY, LLC, et al. | Case #: | 20-12377-EEB |
| | Chapter: | 11 |

## Local Bankruptcy Form 9013-1.3
## Movant's Certificate of Non-Contested Matter and Request for Entry of Order

**Complete applicable sections.**

### Part 1   Certificate

On May 4, 2020, Sklar Exploration Company, LLC (the "Movant"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled Motion to Assume Crude Oil Supply Contracts with Plains Marketing, LP and Asset Transfer Agreement with Plains Gas Solution, LLC (the "Motion") at docket no. 218. Movant hereby certifies that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on May 6, 2020.
    a. Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on May 6, 2020.
2. The docket numbers for each of the following relevant documents are:
    a. the Motion and all documents attached thereto and served therewith, docket no. 218
    b. the Notice, docket no. 225
    c. the Certificate of Service of the Motion and Notice, docket nos. 230 and 231;
    d. the Proposed Order, attached hereto.
3. The Tauber Group filed a Limited Objection to the Motion. The Limited Objection has been resolved by the agreed form of Order attached hereto. No other objections to the Motion were received.

Accordingly, Movant requests that the Court enter an order granting the requested relief.

### Part 2   Signature of Movant's Attorney or Movant (if unrepresented)

Dated: July 10, 2020                                      Respectfully submitted,

By:   /s/Keri L. Riley
Lee M. Kutner #10966
Keri L. Riley #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO  80264
Telephone:  (303) 832-2400
E-Mail: klr@kutnerlaw.com