# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| SKLAR EXPLORATION COMPANY, LLC <br> EIN: 72-1417930 <br><br> Debtor. | Case No. 20-12377-EEB <br><br> Chapter 11 |
| SKLARCO, LLC <br> EIN: 72-1425432 <br> Debtor. | Case No. 20-12380-EEB <br><br> Chapter 11 |

## ORDER GRANTING MOTION TO ASSUME CRUDE OIL SUPPLY CONTRACTS WITH PLAINS MARKETING, L.P., AND ASSET TRANSFER AGREEMENT WITH PLAINS GAS SOLUTION, LLC

THIS MATTER having come before the Court on the Motion to Assume Crude Oil Supply Contracts with Plains Marketing, L.P. and Asset Transfer Agreement with Plains Gas Solution, LLC (the "Motion") (Docket No. 218), notice having been provided, the sole objection to said Motion having been withdrawn,[1] and for good cause shown, the Court does

**HEREBY ORDER THAT:**

1.  The Motion is GRANTED;

2.  The Debtors are authorized to assume the Crude Oil Supply Contracts with Plains Marketing, L.P. and Asset Transfer Agreement with Plains Gas Solution, LLC pursuant to 11 U.S.C. § 365(a);

3.  The Debtors are authorized to promptly cure any default under the assumed Agreements as set forth in the Motion and pursuant to 11 U.S.C. § 365(b)(1), including the payment of any utilities paid by Plains following the transfer of the Abbyville Gas Plant. The cure of any such defaults shall be the sole responsibility of the Debtors, and shall not be borne by any interest holder in properties operated by Sklar Exploration Company, LLC through the issuance of joint interest billings for the default amount, or otherwise;

---

[1] Limited Objection and Reservation of Rights of Tauber Exploration & Production Company; CTM 2005, Ltd; Pickens Financial Group, LLC; I & L Miss I; MER Energy, Ltd.; MR Oil & Gas, LLC; Tara Rudman Revocable Trust; Feather River 75, LLC; Rudman Family Trust; and The Rudman Partnership [Docket No. 218].

4. Nothing in this Order is intended to affect the status of beneficial ownership of "Customers" as defined in the Asset Transfer Agreement in assets acquired under the Asset Transfer Agreement or rights associated therewith, if any; and

5. Nothing in this Order is intended prejudice the rights, if any, of Customers to challenge or contest the validity of SEC's plant management fees associated with operation of the Abbyville Plant.

DONE and entered this _____ day of _____, 2020 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge