

July 2, 2020

James Katchadurian
CR3 Partners, LLC
450 Lexington Avenue South
4th Floor
New York, NY 10017

RE: Epiq Services Agreement

Dear James:

Pursuant to our proposal, and as an additional courtesy based on the long-standing relationship with the professionals in this case, we are providing Sklar Exploration Company, LLC with an additional 10% discount off of all hourly fees listed in the pricing structure attached to the Epiq services agreement. This will be reflected in all monthly invoices.

Brad Tuttle
Senior Managing Director
Phone: 312.560.6333