```
                        United States Bankruptcy Court
                            District of Colorado
In re:                                                     Case No. 20-12377-EEB
Sklar Exploration Company, LLC                             Chapter 11
Sklarco, LLC
        Debtors                   CERTIFICATE OF NOTICE
District/off: 1082-1          User: admin               Page 1 of 5                   Date Rcvd: Jul 14, 2020
                              Form ID: pdf904           Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2020.
db/db          +Sklar Exploration Company, LLC,    Sklarco, LLC,    5395 Pearl Parkway,    Suite 200,
                 Boulder, CO 80301-2541
aty            +Benjamin Y. Ford,    RSA Tower, 27th Floor,    11 North Water Street,    Mobile, AL 36602-3809
aty            +Cook, Yancey, King & Galloway, APLC,    333 Texas Street,    Suite 1700,    P.O. Box 22260,
                 Shreveport, LA 71120-2260
cr             +AEEC II, LLC,    333 Texas Street,    #2020,   Shreveport, LA 71101-3680
cr             +AEH Investments, LLC,    333 Texas Street,    Suite 1414,    Shreveport, LA 71101-3678
cr             +Anderson Exploration Energy Company, LC,    333 Texas Street,    #2020,
                 Shreveport, LA 71101-3680
cr             +Baker Hughes Holdings, LLC FKA Baker Hughes, a GE,    C/O Christopher J. Ryan,
                 17021 Aldine Westfield Road,    Houston, TX 77073-5101
cr             +Barbara P Lawrence,    55 Hill Circle,    Evergreen, CO 80439-4618
cr             +Barnette & Benefield, Inc.,    PO Box 550,    Haynesville, LA 71038-0550
cr             +Bundero Investment Company, LLC,    401 Edwards Street,    Suite 820,    Shreveport, LA 71101-5521
cr             +Estate of Pamela Page, Deceased,    P.O. Box 374,    Evergreen, CO 80437-0374
cr             +Franks Exploration Company, LLC,    P.O. Box 7655,    Shreveport, LA 71137-7655
cr             +I & L Miss I, LP,    4761 Frank Luck Dr,    Addison, TX 75001-3202
cr             +J&A Harris, LP,    333 Texas Street,    Suite 1414,    Shreveport, LA 71101-3678
cr             +John H. Smith,    c/o Quitman Tank Solutions, LLC,    PO Box 90,    Quitman, MS 39355-0090
cr             +Kingston, LLC,    2790 South Thompson Street,    Suite 102,    Springdale, AR 72764-6303
cr             +Kodiak Gas Services, LLC,    15320 Hwy. 105, Suite 210,    Montgomery, TX 77356-2602
cr             +Pickens Financial Group, LLC,    10100 N. Central Expressway, Suite 200,    Dallas, TX 75231-4169
cr             +Stoneham Drilling Corporation,    c/o Bradley,    Attn: James B. Bailey,
                 1819 Fifth Avenue North,    Birmingham, AL 35203-2120
cr             +Sugar Oil Properties, L.P.,    625 Market Street,    Suite 100,    Shreveport, LA 71101-5392
cr             +TCP Cottonwood, L.P.,    333 Texas Street,    #2020,   Shreveport, LA 71101-3680
cr             +Tauber Exploration & Production Company,    55 Waugh Drive, Suite 700,    Houston, TX 77007-5837
intp            The Juneau Group,    2386A Rice Blvd. #232,    Houston, TX  77005
18754408       +Anderson Investment Holdings, LP,    AEEC II, LLC,    333 Texas Street, Suite 2020,
                 Shreveport, LA 71101-3680
18754411       +Apple River Investments, L.L.C.,    Attn  Robert M. Boeve, President,    1503 Garfield Road North,
                 Traverse City, MI 49696-1111
18754484       +East West Bank Treasury Department,    135 North Los Robles Avenue,    Suite 600,
                 ATTN  Linda Cox,    Pasadena, CA 91101-4549
18754510       +FPCC USA, Inc.,    245 Commerce Green Blvd, Ste 250,    Sugar Land, TX 77478-3760
18754497       +Fant Energy Limited,    P.O. Box 55205,    Houston, TX 77255-5205
18754529       +H&H Construction, LLC,    Ladon E. Hall, Sole Manager,    P.O. Box 850,    Flomaton, AL 36441-0850
18754560        JD Fields & Company, Inc.,    P.O. Box 134401,    Houston, TX 77219-4401
18754567       +JJS Working Interest LLC,    2001 Kirby Dr, Suite 1110,    Houston, TX 77019-6081
18754578       +Kelley Brothers Contractors, Inc.,    P.O. Drawer 1079,    Waynesboro, MS 39367-1079
18754588       +Kudzu Oil Properties, LLC,    300 Concourse Blvd, Suite 101,    Ridgeland, MS 39157-2091
18754598        Lucas Petroleum Group, Inc.,    327 Congress Avenue, Suite 500,    Austin, TX 78701-3656
18754612       +Meritage Energy, Ltd.,    C/O BKD, LLP,    2700 Post Oak Blvd, Ste 1500,    Houston, TX 77056-5829
18754613        Mesa Fluids, LLC,    c/o Juno Financial,    P.O. Box 173928,    Denver, CO 80217-3928
18754664        Pro-Tek Field Services, LLC,    P.O. Box 919269,    Dallas, TX 75391-9269
18754666       +Pruet Oil Company, LLC,    217 West Capitol St. Ste 201,    Jackson, MS 39201-2099
18754673       +Rapad Well Service Co., Inc.,    217 West Capitol Street,    Jackson, MS 39201-2004
18754720       +Stoneham Drilling Corporation,    707 17th Street,    Suite 3250,    Denver, CO 80202-3433
18754721       #Strago Petroleum Corporation,    3209 Hamm Road,    Pearland, TX 77581-5503
18754735       +TCP Cottonwood, L.P.,    333 Texas Street, Suite 2020,    Shreveport, LA 71101-3680
18754760       +Union Oilfield Supply, Inc.,    12 John Dykes Road,    Waynesboro, MS 39367-8371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: cmccord@mccordprod.com Jul 15 2020 02:55:46     CTM 2005, Ltd.,
                 55 Waugh Drive, Suite 515,    Houston, TX 77007-5840
cr             +E-mail/PDF: dor_tac_bankruptcy@state.co.us Jul 15 2020 03:00:39
                 Colorado Department Of Revenue,    1375 Sherman St.,    Room 504,    Attention Bankruptcy Unit,
                 Denver, CO 80261-3000
cr             +E-mail/Text: bankruptcy@coag.gov Jul 15 2020 02:56:30     Colorado Department of Law,
                 1300 Broadway, 8th Floor,    Denver, CO 80203-2104
cr              E-mail/Text: tim.swanson@moyewhite.com Jul 15 2020 02:56:29     Kudzu Oil Properties, LLC,
                 c/o Timothy M. Swanson,    Moye White LLP,    1400 16th Street, 6th Floor,    Denver, CO  80202
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Hall Management, LLC,    4913 Oak Point Drive
                                                                                        TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 1082-1                User: admin                  Page 2 of 5                  Date Rcvd: Jul 14, 2020
                                    Form ID: pdf904              Total Noticed: 47
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2020 at the address(es) listed below:

```
          Amy   Vazquez    on behalf of Creditor     FPCC USA, Inc. avazquez@joneswalker.com
          Andrew James Shaver    on behalf of Creditor    Premium Oilfield Services, LLC ashaver@bradley.com
          Armistead Mason Long    on behalf of Creditor     Pine Island Chemical Solutions, L.L.C.
           along@gamb.law
          Barnet B Skelton, Jr    on behalf of Creditor     Tara Rudman Revocable Trust barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor     Tauber Exploration & Production Company
           barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor     Rudman Partnership barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor     MER Energy, LTD barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor     I & L Miss I, LP barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor     MR Oil & Gas, LLC barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor     The Rudman Partnership barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor     Pickens Financial Group, LLC barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor     Rudman Family Trust barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor     CTM 2005, Ltd. barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor     Feather River 75, LLC barnetbjr@msn.com
          Belinda  Harrison     belindapittsharrison@gmail.com, belindapittsharrison@gmail.com
          Brent R. Cohen    on behalf of Creditor    Fant Energy Limited bcohen@lrrc.com,
           brent-cohen-8759@ecf.pacerpro.com,cmarquez@lrrc.com
          Brian   Rich    on behalf of Creditor     Fletcher Exploration, LLC brich@bergersingerman.com,
           efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Brian   Rich    on behalf of Creditor     Fletcher Petroleum Company, LLC brich@bergersingerman.com,
           efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Brian   Rich    on behalf of Creditor     Fletcher Petroleum Corp. brich@bergersingerman.com,
           efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Bryce   Suzuki    on behalf of Creditor     East-West Bank bryce.suzuki@bclplaw.com,
           tina.daniels@bclplaw.com
          Christopher   Meredith    on behalf of Attorney     Copeland, Cook, Taylor & Bush, P.A.
           cmeredith@cctb.com,   bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher   Meredith    on behalf of Creditor     Eastern Fishing & Rental Tool Company, Inc.
           cmeredith@cctb.com,   bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher   Meredith    on behalf of Creditor     PAR Minerals Corporation cmeredith@cctb.com,
           bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher   Meredith    on behalf of Creditor     Coastal Exploration, Inc. cmeredith@cctb.com,
           bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher D. Johnson    on behalf of Creditor Committee     The Official Committee of Unsecured
           Creditors cjohnson@munsch.com,   scurry@munsch.com
          Craig K. Schuenemann    on behalf of Creditor     East-West Bank craig.schuenemann@bryancave.com,
           alicia.berry@bryancave.com,44Team_DEN@bryancave.com
          Craig M. Geno    on behalf of Creditor     Alabama Oil Company cmgeno@cmgenolaw.com,
           kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          Craig M. Geno    on behalf of Creditor     Kudzo Oil Properties, LLC cmgeno@cmgenolaw.com,
           kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          Craig M. Geno    on behalf of Creditor     Apple River Investments, LLC cmgeno@cmgenolaw.com,
           kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          Daniel L. Bray    on behalf of Creditor     Weatherford U.S., L.P. daniel.bray@huschblackwell.com,
           ann.stolfa@huschblackwell.com;LegalSupportTeam-Litigation-DEN@huschblackwell.com;daniel-bray-5348
           @ecf.pacerpro.com
          David M. Miller    on behalf of Creditor     Bri-Chem Supply Corp., LLC dmiller@spencerfane.com,
           nschacht@spencerfane.com
          David R Taggart    on behalf of Creditor     JH Howell Interests, LP dtaggart@bradleyfirm.com,
           kburnley@bradleyfirm.com
          David R Taggart    on behalf of Creditor     JF Howell Interests ,LP dtaggart@bradleyfirm.com,
           kburnley@bradleyfirm.com
```

```
District/off: 1082-1                User: admin                    Page 3 of 5                  Date Rcvd: Jul 14, 2020
                                    Form ID: pdf904                Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Deanna L. Westfall   on behalf of Creditor   Colorado Department Of Revenue deanna.westfall@coag.gov, bncmail@w-legal.com
        Duane Brescia   on behalf of Creditor   Lucas Petroleum Group, Inc. dbrescia@clarkhill.com, kalexander@clarkhill.com;djaenike@clarkhill.com
        Duane Brescia   on behalf of Attorney   Clark Hill Strasburger dbrescia@clarkhill.com, kalexander@clarkhill.com;djaenike@clarkhill.com
        Duane Brescia   on behalf of Creditor   Seitel Data, Ltd. dbrescia@clarkhill.com, kalexander@clarkhill.com;djaenike@clarkhill.com
        Eric Lockridge   on behalf of Creditor   Sugar Oil Properties, L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
        Eric Lockridge   on behalf of Creditor   Anderson Exploration Energy Company, L.C. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
        Eric Lockridge   on behalf of Creditor   Anderson Exploration Energy Company, LC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
        Eric Lockridge   on behalf of Creditor   TCP Cottonwood, L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
        Eric Lockridge   on behalf of Creditor   AEEC II, LLC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
        Glenn Taylor   on behalf of Creditor   Coastal Exploration, Inc. gtaylor@cctb.com
        Glenn Taylor   on behalf of Creditor   PAR Minerals Corporation gtaylor@cctb.com
        Glenn Taylor   on behalf of Creditor   Eastern Fishing & Rental Tool Company, Inc. gtaylor@cctb.com
        Grant Matthew Beiner   on behalf of Creditor Committee   The Official Committee of Unsecured Creditors gbeiner@munsch.com
        James B. Bailey   on behalf of Creditor   Stoneham Drilling Corporation jbailey@bradley.com, ashaver@bradley.com
        Jeffrey S. Brinen   on behalf of Debtor   Sklar Exploration Company, LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com
        Jeffrey S. Brinen   on behalf of Debtor   Sklarco, LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com
        Jennifer Hardy   on behalf of Creditor   JJS Working Interests, LLC jhardy2@willkie.com, mao@willkie.com
        Jennifer Hardy   on behalf of Creditor   JJS Interests Escambia, LLC jhardy2@willkie.com, mao@willkie.com
        Jennifer Hardy   on behalf of Creditor   JJS Interests Steele Kings, LLC jhardy2@willkie.com, mao@willkie.com
        Jennifer Norris Soto   on behalf of Creditor   Barnette & Benefield, Inc. jennifersoto@arklatexlaw.com, curtisshelton@arklatexlaw.com,stephanieparker@arklatexlaw.com
        Jeremy L Retherford   on behalf of Creditor   RAPAD Well Service Co., Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com
        Jeremy L Retherford   on behalf of Creditor   Pruet Production Co. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com
        Jeremy L Retherford   on behalf of Creditor   Pruet Oil Company, LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com
        Jeremy L Retherford   on behalf of Interested Party   Pruet Production Co. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com
        Jim F Spencer, Jr   on behalf of Creditor   Landmark Exploration, LLC jspencer@watkinseager.com, mryan@watkinseager.com
        Jim F Spencer, Jr   on behalf of Creditor   Lexington Investments, LLC jspencer@watkinseager.com, mryan@watkinseager.com
        Jim F Spencer, Jr   on behalf of Creditor   Landmark Oil and Gas, LLC jspencer@watkinseager.com, mryan@watkinseager.com
        Jim F Spencer, Jr   on behalf of Creditor   Stone Development, LLC jspencer@watkinseager.com, mryan@watkinseager.com
        John Cornwell   on behalf of Creditor Committee   The Official Committee of Unsecured Creditors jcornwell@munsch.com, hvalentine@munsch.com
        John Thomas Oldham   on behalf of Creditor   Kodiak Gas Services, LLC joldham@okinadams.com, bmoore@okinadams.com
        Jordan B. Bird   on behalf of Creditor   Bundero Investment Company, LLC jordan.bird@cookyancey.com
        Jordan B. Bird   on behalf of Attorney   Cook, Yancey, King & Galloway, APLC jordan.bird@cookyancey.com
        Jordan B. Bird   on behalf of Creditor   J&A Harris, LP jordan.bird@cookyancey.com
        Jordan B. Bird   on behalf of Creditor   Franks Exploration Company, LLC jordan.bird@cookyancey.com
        Jordan B. Bird   on behalf of Creditor   Hall Management, LLC jordan.bird@cookyancey.com
        Jordan B. Bird   on behalf of Creditor   Kingston, LLC jordan.bird@cookyancey.com
        Jordan B. Bird   on behalf of Creditor   AEH Investments, LLC jordan.bird@cookyancey.com
        Joseph Eric Bain   on behalf of Creditor   FPCC USA, Inc. jbain@joneswalker.com, kvrana@joneswalker.com
        Katherine A Ross   on behalf of Creditor   Bureau of Land Management katherine.ross@usdoj.gov, USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
        Katherine A Ross   on behalf of Creditor   Office of Natural Resources Revenue katherine.ross@usdoj.gov, USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
        Katherine Guidry Douthitt   on behalf of Creditor   Dickson Oil & Gas, L.L.C. kdouthitt@bwor.com
        Katherine Guidry Douthitt   on behalf of Creditor C. Bickham Dickson, III kdouthitt@bwor.com
        Keri L. Riley   on behalf of Debtor   Sklar Exploration Company, LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

```
District/off: 1082-1                  User: admin                     Page 4 of 5                     Date Rcvd: Jul 14, 2020
                                      Form ID: pdf904                 Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Keri L. Riley    on behalf of Debtor    Sklarco, LLC klr@kutnerlaw.com, vlm@kutnerlaw.com
              Kevin S. Neiman    on behalf of Plaintiff    Plains Marketing, L.P. kevin@ksnpc.com
              Kevin S. Neiman    on behalf of Creditor    Plains Marketing, L.P. kevin@ksnpc.com
              Kevin S. Neiman    on behalf of Creditor    Plains Gas Solutions, LLC kevin@ksnpc.com
              Lee M. Kutner    on behalf of Debtor    Sklar Exploration Company, LLC lmk@kutnerlaw.com,
               vlm@kutnerlaw.com
              Lee M. Kutner    on behalf of Debtor    Sklarco, LLC lmk@kutnerlaw.com, vlm@kutnerlaw.com
              Madison M. Tucker    on behalf of Creditor    FPCC USA, Inc. mtucker@joneswalker.com
              Matthew Okin    on behalf of Creditor    Kodiak Gas Services, LLC mokin@okinadams.com
              Matthew J. Ochs    on behalf of Creditor    Pruet Oil Company, LLC mjochs@hollandhart.com,
               tldevlin@hollandhart.com
              Matthew J. Ochs    on behalf of Creditor    RAPAD Well Service Co., Inc. mjochs@hollandhart.com,
               tldevlin@hollandhart.com
              Matthew J. Ochs    on behalf of Creditor    Pruet Production Co. mjochs@hollandhart.com,
               tldevlin@hollandhart.com
              Michael Niles    on behalf of Creditor    Fletcher Exploration, LLC mniles@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Michael Niles    on behalf of Creditor    Fletcher Petroleum Company, LLC
               mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Michael Niles    on behalf of Creditor    Fletcher Petroleum Corp. mniles@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Michael D Rubenstein    on behalf of Interested Party    BPX Properties (NA) LP
               mdrubenstein@liskow.com
              Michael D Rubenstein    on behalf of Interested Party    BP America Production Company
               mdrubenstein@liskow.com
              Michael J. Guyerson    on behalf of Creditor    Estate of Pamela Page, Deceased
               mike@kjblawoffice.com, celina@kjblawoffice.com;teresa@kjblawoffice.com
              Michael J. Guyerson    on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com,
               celina@kjblawoffice.com;teresa@kjblawoffice.com
              Paul Moss    on behalf of U.S. Trustee    US Trustee Paul.Moss@usdoj.gov
              Robert Padjen    on behalf of Creditor    Colorado Department of Law Robert.padjen@coag.gov
              Robert L Paddock    on behalf of Creditor    Strago Petroleum Corporation rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    Gateway Exploration, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    Meritage Energy Ltd rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    Harvest Gas Management, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    GCREW Properties, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Ryan Lorenz    on behalf of Creditor    Juno Financial LLC RLorenz@ClarkHill.com
              Ryan Seidemann    on behalf of Creditor    State of Louisiana, Depatment of Natural Resources,
               Office of Mineral Resources seidemannr@ag.louisiana.gov
              Ryco Exploration, LLC.    rsmith.ryco@att.net
              Shay L. Denning    on behalf of Creditor    I & L Miss I, LP sdenning@mbssllp.com
              Shay L. Denning    on behalf of Creditor    CTM 2005, Ltd. sdenning@mbssllp.com
              Shay L. Denning    on behalf of Creditor    Pickens Financial Group, LLC sdenning@mbssllp.com
              Shay L. Denning    on behalf of Creditor    Tauber Exploration & Production Company
               sdenning@mbssllp.com
              Stephen K. Lecholop, II    on behalf of Creditor    McCombs Energy, Ltd. slecholop@rpsalaw.com,
               amartinez@rpsalaw.com
              Stephen K. Lecholop, II    on behalf of Creditor    McCombs Exploration, LLC slecholop@rpsalaw.com,
               amartinez@rpsalaw.com
              Theodore J. Hartl    on behalf of Interested Party    Louisiana Tower Operating LLC
               hartlt@ballardspahr.com, blessingb@ballardspahr.com
              Thomas H Shipps    on behalf of Creditor    MER Energy, LTD tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    Tauber Exploration & Production Company
               tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    I & L Miss I, LP tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    The Rudman Partnership tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    Pickens Financial Group, LLC tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    CTM 2005, Ltd. tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    MR Oil & Gas, LLC tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    Feather River 75, LLC tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    Rudman Family Trust tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    Tara Rudman Revocable Trust tshipps@mbssllp.com
              Timothy C. Mohan    on behalf of Creditor    Lufkin Industries, LLC tmohan@foley.com,
               tim.mohan4@gmail.com
              Timothy C. Mohan    on behalf of Creditor    Baker Petrolite LLC tmohan@foley.com,
               tim.mohan4@gmail.com
              Timothy C. Mohan    on behalf of Creditor    GE Oil & Gas Pressure Control US tmohan@foley.com,
               tim.mohan4@gmail.com
              Timothy C. Mohan    on behalf of Creditor    Baker Hughes Oilfield Operations LLC tmohan@foley.com,
               tim.mohan4@gmail.com
              Timothy C. Mohan    on behalf of Creditor    Baker Hughes Holdings, LLC FKA Baker Hughes, a GE
               Company LLC tmohan@foley.com, tim.mohan4@gmail.com

```
District/off: 1082-1          User: admin                Page 5 of 5              Date Rcvd: Jul 14, 2020
                              Form ID: pdf904            Total Noticed: 47


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Timothy M. Swanson    on behalf of Creditor    Alabama Oil & Gas, LLC tim.swanson@moyewhite.com,
               audra.albright@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Kudzu Oil Properties, LLC tim.swanson@moyewhite.com,
               audra.albright@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Alabama Oil Company tim.swanson@moyewhite.com,
               audra.albright@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Kudzo Oil Properties, LLC tim.swanson@moyewhite.com,
               audra.albright@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Apple River Investments, LLC
               tim.swanson@moyewhite.com, audra.albright@moyewhite.com
              Timothy Michael Riley    on behalf of Attorney    Hopping Green & Sams timothyr@hgslaw.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                            TOTAL: 133
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

**ORDER AND NOTICE OF NON-EVIDENTIARY HEARING**

   **IT IS HEREBY ORDERED** that a non-evidentiary hearing on the Debtors' Application For Order Appointing Epiq Corporate Restructuring, LLC as Claims, Noticing, Solicitation, and Administrative Agent (the "Application") is set for a non-evidentiary telephonic hearing on **Friday, July 17, 2020, at 10:00 a.m.** in the United States Bankruptcy Court for the District of Colorado.

   Parties shall appear telephonically by calling the Court prior to the hearing at 1-888-684-8852. The meeting access code is **345 4024** followed by the # sign. Please state your name clearly. Please stay on the line until the court operator takes the roll call and the hearing begins. **The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in court, it will be deemed a failure to appear, and be subject to imposition of sanctions as appropriate.**

   A representative of Epiq should be in attendance at the hearing. Debtors should be prepared to address the following items:

- The Court is concerned that consultants with Epiq could be charging the estate up to $195/hour without the oversight of the fee application process.

- The Court sees no reason to provide Epiq with any indemnification rights as set forth in paragraph 7 of the Engagement Agreement.

- There is an inconsistency between paragraph 11.3 of the Engagement Agreement, which provides for application of New York law and for binding arbitration, and paragraph 20 of the proposed order that gives this Court exclusive jurisdiction over disputes relating to Epiq's engagement.

- Paragraph (m) of the Application indicates that Epiq will be responsible for "relocating, by messenger or overnight delivery, all of the court-filed proofs of claim to the offices of Epiq, not less than weekly," but nothing in the proposed order specifies that Epiq will pay for these services or that Epiq will make the necessary arrangements with Court staff for the relocation of court-filed proofs of claim.

DATED this 14th day of July, 2020.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge