United States Bankruptcy Court
District of Colorado

In re:                                                                    Case No. 20-12377-EEB
Sklar Exploration Company, LLC                                            Chapter 11
Sklarco, LLC
        Debtors

# CERTIFICATE OF NOTICE

District/off: 1082-1          User: admin          Page 1 of 5          Date Rcvd: Jul 14, 2020
                              Form ID: pdf904      Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2020.
db/db          +Sklar Exploration Company, LLC,   Sklarco, LLC,   5395 Pearl Parkway,   Suite 200,
                Boulder, CO 80301-2541
aty            +Benjamin Y. Ford,   RSA Tower, 27th Floor,   11 North Water Street,   Mobile, AL 36602-3809
aty            +Cook, Yancey, King & Galloway, APLC,   333 Texas Street,   Suite 1700,   P.O. Box 22260,
                Shreveport, LA 71120-2260
cr             +AEEC II, LLC,   333 Texas Street,   #2020,   Shreveport, LA 71101-3680
cr             +AEH Investments, LLC,   333 Texas Street,   Suite 1414,   Shreveport, LA 71101-3678
cr             +Anderson Exploration Energy Company, LC,   333 Texas Street,   #2020,
                Shreveport, LA 71101-3680
cr             +Barbara P Lawrence,   55 Hill Circle,   Evergreen, CO 80439-4618
cr             +Barnette & Benefield, Inc.,   PO Box 550,   Haynesville, LA 71038-0550
cr             +Bundero Investment Company, LLC,   401 Edwards Street,   Suite 820,   Shreveport, LA 71101-5521
cr             +Estate of Pamela Page, Deceased,   P.O. Box 374,   Evergreen, CO 80437-0374
cr             +Franks Exploration Company, LLC,   P.O. Box 7655,   Shreveport, LA 71137-7655
cr             +I & L Miss I, LP,   4761 Frank Luck Dr,   Addison, TX 75001-3202
cr             +J&A Harris, LP,   333 Texas Street,   Suite 1414,   Shreveport, LA 71101-3678
cr             +John H. Smith,   c/o Quitman Tank Solutions, LLC,   PO Box 90,   Quitman, MS 39355-0090
cr             +Kingston, LLC,   2790 South Thompson Street,   Suite 102,   Springdale, AR 72764-6303
cr             +Kodiak Gas Services, LLC,   15320 Hwy. 105, Suite 210,   Montgomery, TX 77356-2602
cr             +Pickens Financial Group, LLC,   10100 N. Central Expressway, Suite 200,   Dallas, TX 75231-4169
cr             +Stoneham Drilling Corporation,   c/o Bradley,   Attn: James B. Bailey,
                1819 Fifth Avenue North,   Birmingham, AL 35203-2120
cr             +Sugar Oil Properties, L.P.,   625 Market Street,   Suite 100,   Shreveport, LA 71101-5392
cr             +TCP Cottonwood, L.P.,   333 Texas Street,   #2020,   Shreveport, LA 71101-3680
cr             +Tauber Exploration & Production Company,   55 Waugh Drive, Suite 700,   Houston, TX 77007-5837
intp            The Juneau Group,   2386A Rice Blvd. #232,   Houston, TX  77005
18754408       +Anderson Investment Holdings, LP,   AEEC II, LLC,   333 Texas Street, Suite 2020,
                Shreveport, LA 71101-3680
18754411       +Apple River Investments, L.L.C.,   Attn  Robert M. Boeve, President,   1503 Garfield Road North,
                Traverse City, MI 49696-1111
18754484       +East West Bank Treasury Department,   135 North Los Robles Avenue,   Suite 600,
                ATTN  Linda Cox,   Pasadena, CA 91101-4549
18754510       +FPCC USA, Inc.,   245 Commerce Green Blvd, Ste 250,   Sugar Land, TX 77478-3760
18754497       +Fant Energy Limited,   P.O. Box 55205,   Houston, TX 77255-5205
18754529       +H&H Construction, LLC,   Ladon E. Hall, Sole Manager,   P.O. Box 850,   Flomaton, AL 36441-0850
18754560        JD Fields & Company, Inc.,   P.O. Box 134401,   Houston, TX 77219-4401
18754567       +JJS Working Interest LLC,   2001 Kirby Dr, Suite 1110,   Houston, TX 77019-6081
18754578       +Kelley Brothers Contractors, Inc.,   P.O. Drawer 1079,   Waynesboro, MS 39367-1079
18754588       +Kudzu Oil Properties, LLC,   300 Concourse Blvd, Suite 101,   Ridgeland, MS 39157-2091
18754598        Lucas Petroleum Group, Inc.,   327 Congress Avenue, Suite 500,   Austin, TX 78701-3656
18754612       +Meritage Energy, Ltd.,   C/O BKD, LLP,   2700 Post Oak Blvd, Ste 1500,   Houston, TX 77056-5829
18754613        Mesa Fluids, LLC,   c/o Juno Financial,   P.O. Box 173928,   Denver, CO 80217-3928
18754664        Pro-Tek Field Services, LLC,   P.O. Box 919269,   Dallas, TX 75391-9269
18754666       +Pruet Oil Company, LLC,   217 West Capitol St. Ste 201,   Jackson, MS 39201-2099
18754673       +Rapad Well Service Co., Inc.,   217 West Capitol Street,   Jackson, MS 39201-2004
18754720       +Stoneham Drilling Corporation,   707 17th Street,   Suite 3250,   Denver, CO 80202-3433
18754721       #Strago Petroleum Corporation,   3209 Hamm Road,   Pearland, TX 77581-5503
18754735       +TCP Cottonwood, L.P.,   333 Texas Street, Suite 2020,   Shreveport, LA 71101-3680
18754760       +Union Oilfield Supply, Inc.,   12 John Dykes Road,   Waynesboro, MS 39367-8371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: cmccord@mccordprod.com Jul 15 2020 02:55:46      CTM 2005, Ltd.,
                55 Waugh Drive, Suite 515,   Houston, TX 77007-5840
cr             +E-mail/PDF: dor_tac_bankruptcy@state.co.us Jul 15 2020 03:00:39
                Colorado Department Of Revenue,   1375 Sherman St.,   Room 504,   Attention Bankruptcy Unit,
                Denver, CO 80261-3000
cr             +E-mail/Text: bankruptcy@coag.gov Jul 15 2020 02:56:30      Colorado Department of Law,
                1300 Broadway, 8th Floor,   Denver, CO 80203-2104
cr              E-mail/Text: tim.swanson@moyewhite.com Jul 15 2020 02:56:29      Kudzu Oil Properties, LLC,
                c/o Timothy M. Swanson,   Moye White LLP,   1400 16th Street, 6th Floor,   Denver, CO  80202
                                                                                          TOTAL: 4


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Hall Management, LLC,   4913 Oak Point Drive
                                                                      TOTALS: 1, * 0, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 1082-1          User: admin              Page 2 of 5            Date Rcvd: Jul 14, 2020
                              Form ID: pdf904          Total Noticed: 46
```

          ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2020 at the address(es) listed below:

```
          Amy  Vazquez   on behalf of Creditor   FPCC USA, Inc. avazquez@joneswalker.com
          Andrew James Shaver   on behalf of Creditor   Premium Oilfield Services, LLC ashaver@bradley.com
          Armistead Mason Long   on behalf of Creditor   Pine Island Chemical Solutions, L.L.C.
           along@gamb.law
          Barnet B Skelton, Jr   on behalf of Creditor   Tara Rudman Revocable Trust barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   Tauber Exploration & Production Company
           barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   Rudman Partnership barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   MER Energy, LTD barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   I & L Miss I, LP barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   MR Oil & Gas, LLC barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   The Rudman Partnership barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   Pickens Financial Group, LLC barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   Rudman Family Trust barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   CTM 2005, Ltd. barnetbjr@msn.com
          Barnet B Skelton, Jr   on behalf of Creditor   Feather River 75, LLC barnetbjr@msn.com
          Belinda  Harrison   belindapittsharrison@gmail.com,  belindapittsharrison@gmail.com
          Brent R. Cohen   on behalf of Creditor   Fant Energy Limited bcohen@lrrc.com,
           brent-cohen-8759@ecf.pacerpro.com,cmarquez@lrrc.com
          Brian  Rich   on behalf of Creditor   Fletcher Petroleum Company, LLC brich@bergersingerman.com,
           efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Brian  Rich   on behalf of Creditor   Fletcher Petroleum Corp. brich@bergersingerman.com,
           efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Brian  Rich   on behalf of Creditor   Fletcher Exploration, LLC brich@bergersingerman.com,
           efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Bryce  Suzuki   on behalf of Creditor   East-West Bank bryce.suzuki@bclplaw.com,
           tina.daniels@bclplaw.com
          Christopher  Meredith   on behalf of Attorney   Copeland, Cook, Taylor & Bush, P.A.
           cmeredith@cctb.com,  bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher  Meredith   on behalf of Creditor   Eastern Fishing & Rental Tool Company, Inc.
           cmeredith@cctb.com,  bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher  Meredith   on behalf of Creditor   PAR Minerals Corporation cmeredith@cctb.com,
           bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher  Meredith   on behalf of Creditor   Coastal Exploration, Inc. cmeredith@cctb.com,
           bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher D. Johnson   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors cjohnson@munsch.com,  scurry@munsch.com
          Craig K. Schuenemann   on behalf of Creditor   East-West Bank craig.schuenemann@bryancave.com,
           alicia.berry@bryancave.com,44Team_DEN@bryancave.com
          Craig M. Geno   on behalf of Creditor   Alabama Oil Company cmgeno@cmgenolaw.com,
           kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          Craig M. Geno   on behalf of Creditor   Kudzo Oil Properties, LLC cmgeno@cmgenolaw.com,
           kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          Craig M. Geno   on behalf of Creditor   Apple River Investments, LLC cmgeno@cmgenolaw.com,
           kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          Daniel L. Bray   on behalf of Creditor   Weatherford U.S., L.P. daniel.bray@huschblackwell.com,
           ann.stolfa@huschblackwell.com;LegalSupportTeam-Litigation-DEN@huschblackwell.com;daniel-bray-5348
           @ecf.pacerpro.com
          David M. Miller   on behalf of Creditor   Bri-Chem Supply Corp., LLC dmiller@spencerfane.com,
           nschacht@spencerfane.com
          David R Taggart   on behalf of Creditor   JH Howell Interests, LP dtaggart@bradleyfirm.com,
           kburnley@bradleyfirm.com
          David R Taggart   on behalf of Creditor   JF Howell Interests ,LP dtaggart@bradleyfirm.com,
           kburnley@bradleyfirm.com
```

```
District/off: 1082-1        User: admin              Page 3 of 5              Date Rcvd: Jul 14, 2020
                            Form ID: pdf904           Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              Deanna L. Westfall    on behalf of Creditor    Colorado Department Of Revenue
               deanna.westfall@coag.gov,  bncmail@w-legal.com
              Duane  Brescia   on behalf of Creditor    Lucas Petroleum Group, Inc. dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Duane  Brescia   on behalf of Attorney    Clark Hill Strasburger dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Duane  Brescia   on behalf of Creditor    Seitel Data, Ltd. dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Eric  Lockridge   on behalf of Creditor    Sugar Oil Properties, L.P.
               eric.lockridge@keanmiller.com,  Stephanie.gray@keanmiller.com
              Eric  Lockridge   on behalf of Creditor    Anderson Exploration Energy Company, L.C.
               eric.lockridge@keanmiller.com,  Stephanie.gray@keanmiller.com
              Eric  Lockridge   on behalf of Creditor    Anderson Exploration Energy Company, LC
               eric.lockridge@keanmiller.com,  Stephanie.gray@keanmiller.com
              Eric  Lockridge   on behalf of Creditor    TCP Cottonwood, L.P. eric.lockridge@keanmiller.com,
               Stephanie.gray@keanmiller.com
              Eric  Lockridge   on behalf of Creditor    AEEC II, LLC eric.lockridge@keanmiller.com,
               Stephanie.gray@keanmiller.com
              Glenn  Taylor   on behalf of Creditor    Coastal Exploration, Inc. gtaylor@cctb.com
              Glenn  Taylor   on behalf of Creditor    PAR Minerals Corporation gtaylor@cctb.com
              Glenn  Taylor   on behalf of Creditor    Eastern Fishing & Rental Tool Company, Inc.
               gtaylor@cctb.com
              Grant Matthew Beiner   on behalf of Creditor Committee   The Official Committee of Unsecured
               Creditors gbeiner@munsch.com
              James B. Bailey   on behalf of Creditor    Stoneham Drilling Corporation jbailey@bradley.com,
               ashaver@bradley.com
              Jeffrey S. Brinen   on behalf of Debtor    Sklar Exploration Company, LLC jsb@kutnerlaw.com,
               vlm@kutnerlaw.com
              Jeffrey S. Brinen   on behalf of Debtor    Sklarco, LLC jsb@kutnerlaw.com,  vlm@kutnerlaw.com
              Jennifer  Hardy   on behalf of Creditor    JJS Working Interests, LLC jhardy2@willkie.com,
               mao@willkie.com
              Jennifer  Hardy   on behalf of Creditor    JJS Interests Escambia, LLC jhardy2@willkie.com,
               mao@willkie.com
              Jennifer  Hardy   on behalf of Creditor    JJS Interests Steele Kings, LLC jhardy2@willkie.com,
               mao@willkie.com
              Jennifer  Norris Soto   on behalf of Creditor    Barnette & Benefield, Inc.
               jennifersoto@arklatexlaw.com,  curtisshelton@arklatexlaw.com,stephanieparker@arklatexlaw.com
              Jeremy L Retherford   on behalf of Creditor    RAPAD Well Service Co., Inc. jretherford@balch.com,
               kskelton@balch.com,skynerd@pruet.com
              Jeremy L Retherford   on behalf of Creditor    Pruet Production Co. jretherford@balch.com,
               kskelton@balch.com,skynerd@pruet.com
              Jeremy L Retherford   on behalf of Creditor    Pruet Oil Company, LLC jretherford@balch.com,
               kskelton@balch.com,skynerd@pruet.com
              Jeremy L Retherford   on behalf of Interested Party    Pruet Production Co. jretherford@balch.com,
               kskelton@balch.com,skynerd@pruet.com
              Jim F Spencer, Jr   on behalf of Creditor    Landmark Exploration, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr   on behalf of Creditor    Lexington Investments, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr   on behalf of Creditor    Landmark Oil and Gas, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr   on behalf of Creditor    Stone Development, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              John  Cornwell   on behalf of Creditor Committee   The Official Committee of Unsecured Creditors
               jcornwell@munsch.com,  hvalentine@munsch.com
              John Thomas  Oldham   on behalf of Creditor    Kodiak Gas Services, LLC joldham@okinadams.com,
               bmoore@okinadams.com
              Jordan B. Bird   on behalf of Creditor    Bundero Investment Company, LLC
               jordan.bird@cookyancey.com
              Jordan B. Bird   on behalf of Attorney    Cook, Yancey, King & Galloway, APLC
               jordan.bird@cookyancey.com
              Jordan B. Bird   on behalf of Creditor    J&A Harris, LP jordan.bird@cookyancey.com
              Jordan B. Bird   on behalf of Creditor    Franks Exploration Company, LLC
               jordan.bird@cookyancey.com
              Jordan B. Bird   on behalf of Creditor    Hall Management, LLC jordan.bird@cookyancey.com
              Jordan B. Bird   on behalf of Creditor    Kingston, LLC jordan.bird@cookyancey.com
              Jordan B. Bird   on behalf of Creditor    AEH Investments, LLC jordan.bird@cookyancey.com
              Joseph Eric Bain   on behalf of Creditor    FPCC USA, Inc. jbain@joneswalker.com,
               kvrana@joneswalker.com
              Katherine A Ross   on behalf of Creditor    Bureau of Land Management katherine.ross@usdoj.gov,
               USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
              Katherine A Ross   on behalf of Creditor    Office of Natural Resources Revenue
               katherine.ross@usdoj.gov,
               USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
              Katherine Guidry Douthitt   on behalf of Creditor    Dickson Oil & Gas, L.L.C. kdouthitt@bwor.com
              Katherine Guidry Douthitt   on behalf of Creditor C. Bickham  Dickson, III kdouthitt@bwor.com
              Keri L. Riley   on behalf of Debtor    Sklar Exploration Company, LLC klr@kutnerlaw.com,
               vlm@kutnerlaw.com
```

```
District/off: 1082-1          User: admin          Page 4 of 5             Date Rcvd: Jul 14, 2020
                              Form ID: pdf904       Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              Keri L. Riley    on behalf of Debtor   Sklarco, LLC klr@kutnerlaw.com,  vlm@kutnerlaw.com
              Kevin S. Neiman   on behalf of Plaintiff   Plains Marketing, L.P. kevin@ksnpc.com
              Kevin S. Neiman   on behalf of Creditor   Plains Marketing, L.P. kevin@ksnpc.com
              Kevin S. Neiman   on behalf of Creditor   Plains Gas Solutions, LLC kevin@ksnpc.com
              Lee M. Kutner   on behalf of Debtor   Sklar Exploration Company, LLC lmk@kutnerlaw.com,
               vlm@kutnerlaw.com
              Lee M. Kutner   on behalf of Debtor   Sklarco, LLC lmk@kutnerlaw.com,  vlm@kutnerlaw.com
              Madison M. Tucker   on behalf of Creditor   FPCC USA, Inc. mtucker@joneswalker.com
              Matthew Okin   on behalf of Creditor   Kodiak Gas Services, LLC mokin@okinadams.com
              Matthew J. Ochs   on behalf of Creditor   Pruet Oil Company, LLC mjochs@hollandhart.com,
               tldevlin@hollandhart.com
              Matthew J. Ochs   on behalf of Creditor   RAPAD Well Service Co., Inc. mjochs@hollandhart.com,
               tldevlin@hollandhart.com
              Matthew J. Ochs   on behalf of Creditor   Pruet Production Co. mjochs@hollandhart.com,
               tldevlin@hollandhart.com
              Michael  Niles   on behalf of Creditor   Fletcher Exploration, LLC mniles@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Michael  Niles   on behalf of Creditor   Fletcher Petroleum Company, LLC
               mniles@bergersingerman.com,  efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Michael  Niles   on behalf of Creditor   Fletcher Petroleum Corp. mniles@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Michael D Rubenstein   on behalf of Interested Party   BPX Properties (NA) LP
               mdrubenstein@liskow.com
              Michael D Rubenstein   on behalf of Interested Party   BP America Production Company
               mdrubenstein@liskow.com
              Michael J. Guyerson   on behalf of Creditor   Estate of Pamela Page, Deceased
               mike@kjblawoffice.com,  celina@kjblawoffice.com;teresa@kjblawoffice.com
              Michael J. Guyerson   on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com,
               celina@kjblawoffice.com;teresa@kjblawoffice.com
              Paul  Moss   on behalf of U.S. Trustee   US Trustee Paul.Moss@usdoj.gov
              Robert  Padjen   on behalf of Creditor   Colorado Department of Law Robert.padjen@coag.gov
              Robert L Paddock   on behalf of Creditor   Strago Petroleum Corporation rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock   on behalf of Creditor   Gateway Exploration, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock   on behalf of Creditor   Meritage Energy Ltd rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock   on behalf of Creditor   Harvest Gas Management, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock   on behalf of Creditor   GCREW Properties, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Ryan  Lorenz   on behalf of Creditor   Juno Financial LLC RLorenz@ClarkHill.com
              Ryan  Seidemann   on behalf of Creditor   State of Louisiana, Depatment of Natural Resources,
               Office of Mineral Resources seidemannr@ag.louisiana.gov
              Ryco Exploration, LLC.    rsmith.ryco@att.net
              Shay L. Denning   on behalf of Creditor   I & L Miss I, LP sdenning@mbssllp.com
              Shay L. Denning   on behalf of Creditor   CTM 2005, Ltd. sdenning@mbssllp.com
              Shay L. Denning   on behalf of Creditor   Pickens Financial Group, LLC sdenning@mbssllp.com
              Shay L. Denning   on behalf of Creditor   Tauber Exploration & Production Company
               sdenning@mbssllp.com
              Stephen K. Lecholop, II   on behalf of Creditor   McCombs Energy, Ltd. slecholop@rpsalaw.com,
               amartinez@rpsalaw.com
              Stephen K. Lecholop, II   on behalf of Creditor   McCombs Exploration, LLC slecholop@rpsalaw.com,
               amartinez@rpsalaw.com
              Theodore J. Hartl   on behalf of Interested Party   Louisiana Tower Operating LLC
               hartlt@ballardspahr.com,  blessingb@ballardspahr.com
              Thomas H Shipps   on behalf of Creditor   MER Energy, LTD tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   Tauber Exploration & Production Company
               tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   I & L Miss I, LP tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   The Rudman Partnership tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   Pickens Financial Group, LLC tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   CTM 2005, Ltd. tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   MR Oil & Gas, LLC tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   Feather River 75, LLC tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   Rudman Family Trust tshipps@mbssllp.com
              Thomas H Shipps   on behalf of Creditor   Tara Rudman Revocable Trust tshipps@mbssllp.com
              Timothy C. Mohan   on behalf of Creditor   Lufkin Industries, LLC tmohan@foley.com,
               tim.mohan4@gmail.com
              Timothy C. Mohan   on behalf of Creditor   Baker Petrolite LLC tmohan@foley.com,
               tim.mohan4@gmail.com
              Timothy C. Mohan   on behalf of Creditor   GE Oil & Gas Pressure Control US tmohan@foley.com,
               tim.mohan4@gmail.com
              Timothy C. Mohan   on behalf of Creditor   Baker Hughes Oilfield Operations LLC tmohan@foley.com,
               tim.mohan4@gmail.com
              Timothy C. Mohan   on behalf of Creditor   Baker Hughes Holdings, LLC FKA Baker Hughes, a GE
               Company LLC tmohan@foley.com,  tim.mohan4@gmail.com
```

District/off: 1082-1           User: admin            Page 5 of 5                    Date Rcvd: Jul 14, 2020
                               Form ID: pdf904        Total Noticed: 46


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Timothy M. Swanson    on behalf of Creditor   Alabama Oil & Gas, LLC tim.swanson@moyewhite.com,
             audra.albright@moyewhite.com
            Timothy M. Swanson    on behalf of Creditor   Kudzu Oil Properties, LLC tim.swanson@moyewhite.com,
             audra.albright@moyewhite.com
            Timothy M. Swanson    on behalf of Creditor   Alabama Oil Company tim.swanson@moyewhite.com,
             audra.albright@moyewhite.com
            Timothy M. Swanson    on behalf of Creditor   Kudzo Oil Properties, LLC tim.swanson@moyewhite.com,
             audra.albright@moyewhite.com
            Timothy M. Swanson    on behalf of Creditor   Apple River Investments, LLC
             tim.swanson@moyewhite.com,   audra.albright@moyewhite.com
            Timothy Michael Riley    on behalf of Attorney   Hopping Green & Sams timothyr@hgslaw.com
            US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                    TOTAL: 133

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

|  |  |  |
|---|---|---|
| | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| ———————————————— | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| Debtor. | ) | |

## ORDER GRANTING MOTION TO ASSUME CRUDE OIL SUPPLY CONTRACTS WITH PLAINS MARKETING, L.P., AND ASSET TRANSFER AGREEMENT WITH PLAINS GAS SOLUTION, LLC

THIS MATTER having come before the Court on the Motion to Assume Crude Oil Supply Contracts with Plains Marketing, L.P. and Asset Transfer Agreement with Plains Gas Solution, LLC (the "Motion") (Docket No. 218), notice having been provided, the sole objection to said Motion having been withdrawn,[1] and for good cause shown, the Court does

**HEREBY ORDER THAT:**

1.      The Motion is GRANTED;

2.      The Debtors are authorized to assume the Crude Oil Supply Contracts with Plains Marketing, L.P. and Asset Transfer Agreement with Plains Gas Solution, LLC pursuant to 11 U.S.C. § 365(a);

3.      The Debtors are authorized to promptly cure any default under the assumed Agreements as set forth in the Motion and pursuant to 11 U.S.C. § 365(b)(1), including the payment of any utilities paid by Plains following the transfer of the Abbyville Gas Plant. The cure of any such defaults shall be the sole responsibility of the Debtors, and shall not be borne by any interest holder in properties operated by Sklar Exploration Company, LLC through the issuance of joint interest billings for the default amount, or otherwise;

---

[1] Limited Objection and Reservation of Rights of Tauber Exploration & Production Company; CTM 2005, Ltd; Pickens Financial Group, LLC; I & L Miss I; MER Energy, Ltd.; MR Oil & Gas, LLC; Tara Rudman Revocable Trust; Feather River 75, LLC; Rudman Family Trust; and The Rudman Partnership [Docket No. 218].

4.      Nothing in this Order is intended to affect the status of beneficial ownership of "Customers" as defined in the Asset Transfer Agreement in assets acquired under the Asset Transfer Agreement or rights associated therewith, if any; and

5.      Nothing in this Order is intended prejudice the rights, if any, of Customers to challenge or contest the validity of SEC's plant management fees associated with operation of the Abbyville Plant.

Dated:_____July 14, 2020_____

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge