UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN:  72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**ORDER ESTABLISHING BAR DATE FOR THE FILING OF PROOFS OF CLAIM PURSUANT TO FED. R. BANKR. P. 3003(c)(3)**

THIS COURT, having reviewed the <u>Amended</u> Motion to Set Bar Date for Filing Proofs of Claim, and Approving the Form, Manner and Notice Thereof the "Motion"), filed by Sklar Exploration Company, LLC and Sklarco, LLC, Debtors-in-Possession, being advised in the premises and good cause having been shown, hereby:

ORDERS that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Proofs of Claim in the above-captioned chapter 11 bankruptcy cases must be filed no later than _____ , 2020 (the "Bar Date").

IT IS FURTHER ORDERED that any claims filed after the Bar Date will be DISALLOWED.  Any individual or entity that is required to file a Proof of Claim and that fails to do so by the Bar Date will not be treated as a creditor for the purposes of voting or distribution, will not receive any further notices of mailings in this chapter 11 cases and any claim of such individual or entity will be forever barred.[1]

IT IS FURTHER ORDERED that following the Bar Date, a creditor will not be allowed to amend a claim deemed filed on its behalf pursuant to 11 U.S.C. § 1111(a) by virtue of the listing of such claim by Debtors-in-Possession in the respective bankruptcy schedules.

IT IS FURTHER ORDERED that a copy of this order, notice in the form attached hereto as <u>Exhibit A</u>, and a Proof of Claim form must be served by the Debtors-in-Possession on all parties-in-interest pursuant to Fed. R. Bankr. P. 2002(a)(7) by _____ , 2020, and a certificate of service filed evidencing same.

---

1 Subject to 11 U.S.C. § 726(a)(1) in the event of conversion.

   IT IS FURTHER ORDERED that the form of Proof of Claim transmitted to creditors must comply with Official Form 410 in all respects, including the information contained on its reverse side.

DATED: July \_\_\_\_, 2020       BY THE COURT:

                       _____

                       Honorable Elizabeth E. Brown
                       United States Bankruptcy Judge