**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

**ORDER AND NOTICE OF VIDEO CONFERENCE HEARING
ON MULTIPLE MATTERS**

**IT IS HEREBY ORDERED** that the following matters are set for evidentiary hearing by Zoom video conference before Judge Elizabeth E. Brown on **Tuesday, July 28, 2020, at 9:30 a.m.** in the United States Bankruptcy Court for the District of Colorado: (1) Debtors' Motion Pursuant to 11 U.S.C. § 1121 for an Order Extending the Exclusivity Periods for Filing and Gaining Acceptance af a Plan of Reorganization (Docket No. 453); and (2) Debtors' Motion to Extend Time to Assume or Reject Nonresidential Real Property Leases Pursuant to 11 U.S.C. § 365(d)(4) (Docket No. 456) and all objections thereto.

1. **Zoom Video Conferences:**

    a. For security reasons, the Zoom video conference details will not be posted publicly. The Court will send Zoom invitations via email to counsel, parties and/or witnesses within one day of the trial. Counsel and/or parties shall not, under any circumstances, share, post, and/or transmit the Zoom video conference link, meeting ID, or password.

    b. It is counsel's and/or the parties' responsibility to ensure that they and their witnesses have the proper equipment to attend the Zoom video conference and that they and their witnesses possess complete copies of all marked exhibits prior to the Zoom video conference. Participants should ensure that their equipment is connected to strong WIFI signal or internet connection during the trial.

    c. The Court strongly encourages anyone who will be speaking during the trial to use a headset (headphones with mic) and not rely on an internal microphone built into a computer or webcam. Using a headset will to ensure that you can be heard by other participants and in the Court's official recording.

    d. Parties should check into the Zoom video conference at least 15 minutes prior to the scheduled start time of the trial.

    e. Zoom displays a screen name for each participant in a video conference. Typically, Zoom will default to the name you gave at the time you initially set up your Zoom account (e.g. smithj or XYZCorp) or the phone number or device name from which you are calling. To enable the Judge to identify participants, each participant should ensure that their screen name is their full first name and last name (e.g. John Smith). You can change your screen name after being admitted to the video conference by using the rename function in Zoom. To rename, hover your cursor over your picture and either right click or click the blue button in the upper right corner of your picture and select "Rename" and then type your first name and last name into the box that appears. If you fail to identify yourself in this manner by the start of the trial, you will be removed from the video conference.

    f. The Court will not provide any type of support on Zoom for participants or attendees. For assistance, please contact the Zoom Help Center, your local IT support, or seek other online guidance

    g. The Court's general guidelines regarding Zoom hearings are available at: https://www.cob.uscourts.gov/zoom-video-conferences.

2. **List of Participants: On or before 12:00 p.m. on Friday, July 24, 2020,** the parties shall email to chambers (CourtroomF@cob.uscourts.gov) a list of the name, phone number and email address of each individual (counsel, parties and witnesses) that will be participating in the hearing. **Only those individuals on the list will receive a Zoom invitation to attend the hearing**. Counsel and/or parties shall not, under any circumstances, share, post, or transmit the Zoom video conference link, meeting ID, or password. The Court's telephone conference line will not be available during the Zoom video conference trial. The only way to attend the hearing is to obtain a Zoom invitation as described above.

3. **Court Copies of Exhibits: On or before 12:00 p.m. on Friday, July 24, 2020,** the parties shall deliver electronic copies of their exhibits to chambers. Parties may deliver electronic exhibits by either emailing them to Chambers at courtroomF@cob.uscourts.gov or by compiling them on a USB drive and delivering the USB drive to Chambers. All exhibits should be saved in PDF format and named as follows, "Exhibit Marker – Exhibit Name" (e.g., "Exhibit A – Contract"). All exhibits in excess of ten (10) pages, shall be numbered at the bottom of the page.

4. **Court Appearances:** If a party does not join the Zoom video conference, it will be deemed a failure to appear. Failure to connect to the Zoom video conference in a timely manner will preclude participation in the trial.

5. **No Recordings:** Counsel and/or the parties are strictly prohibited from recording any court proceeding held by video or teleconference, including taking "screen shots" or other visual copies. Violation of this prohibition may result in sanctions as deemed necessary by the Court.

6. **Retention of Exhibits:** After the trial, the parties shall retain custody of their own exhibits in accordance with Local Bankruptcy Rule 9070-1(a)(3).

DATED this 17th day of July, 2020.

BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown, Bankruptcy Judge