# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC, EIN: 72-1417930, | ) ) ) ) | Case No. 20-12377 EEB |
| Debtor. | ) | |
| | ) | |
| SKLARCO, LLC, EIN: 72-1425432, | ) ) ) | Case No. 20-12380 EEB |
| | ) | (Jointly Administered) |
| Debtor. | ) | |

## NOTICE OF ENTRY OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

PLEASE TAKE NOTICE that Casey C. Breese of the Law Offices of Welborn Sullivan Meck & Tooley, P.C. hereby enters his appearance as counsel on behalf of The Southeast Alabama Gas District, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), and respectfully requests that the Clerk place counsel listed below on the matrix and list of creditors, if not already done, so as to receive all notices given or required to be served in these cases upon such counsel at the address listed below:

Casey C. Breese, Esq.
Welborn Sullivan Meck & Tooley, P.C.
1125 17th Street, Suite 2200S
Denver, CO  80202
Tel: (303) 830-2500
Fax: (303) 832-2366
E-mail: cbreese@wsmtlaw.com

PLEASE TAKE FURTHER NOTICE the request for service of notice includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan of reorganization in the captioned bankruptcy cases, whether transmitted or conveyed by mail, e-mail, telephone, telecopier, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice nor any subsequent appearance, pleading, document, claim, or suit is intended in any manner to waive any (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to jury trial in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv)

right to compel arbitration and/or seek and obtain stay relief to continue any pending, but stayed, arbitration; or (v) other rights, claims, actions, defenses, setoffs, or recoupments to which The Southeast Alabama Gas District is or may be entitled under, *inter alia*, agreements, in law, or in equity, all of which are expressly reserved.

Dated: July 17, 2020.   Respectfully submitted,

Welborn Sullivan Meck & Tooley, P.C.

*/s/ Casey C. Breese*
Casey C. Breese, Reg. No. 51448
Welborn Sullivan Meck & Tooley, P.C.
1125 17th Street, Suite 2200
Denver, CO 80202
Telephone: 303-830-2500
Facsimile: 303-832-2366

***Counsel for The Southeast Alabama Gas District***

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on July 17, 2020, I caused, via prepaid first class mail, a true and correct copy of the foregoing to be served on all the following parties and counsel pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, which and who are set forth as follows:

| Sklar Exploration Company, LLC<br>5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301-2541 | Sklarco, LLC<br>5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301-2541 |
|---|---|

  I HEREBY FURTHER CERTIFY that on July 17, 2020, I caused, via e-mail through CM/ECF, a true and correct copy of the foregoing to be served on all counsel of record pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules.

            */s/ Casey C. Breese*
            Casey C. Breese