# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br>      ET AL.<br><br>    Debtors. | CASE NO. 20-12377 EEB<br>(CHAPTER 11)<br>Jointly Administered |
| THE SOUTHEAST ALABAMA GAS DISTRICT,<br><br>    Plaintiff,<br>vs.<br><br>SKLAR EXPLORATION COMPANY, LLC, SKLARCO, LLC, KELLEY BROTHERS CONTRACTORS, INC., GE OIL & GAS PRESSURE CONTROL LP, and BAKER HUGHES OILFIELD OPERATIONS,<br><br>    Defendants. | Adversary No. _____ |

## THE SOUTHEAST ALABAMA GAS DISTRICT'S COMPLAINT FOR INTERPLEADER

COMES NOW The Southeast Alabama Gas District, by and through its counsel of record, and in support of its Complaint for Interpleader, states as follows:

## JURISDICTION AND VENUE

1. The claim and relief sought herein arise in and relate to the above-captioned jointly administered chapter 11 cases now pending in this Court.

1

2. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 1334 and 157. This is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A) and (O). Southeast consents to entry of final orders or judgments by this Court.

3. Venue is proper under 28 U.S.C. § 1409.

4. This is an action brought under Rule 22 of the Federal Rules of Civil Procedure, as incorporated by Rule 7022 of the Federal Rules of Bankruptcy Procedure.

## PARTIES

5. The Southeast Alabama Gas District ("**Southeast**") is an Alabama corporation.

6. Defendant Sklar Exploration Company, LLC (the "**Debtor**") is a debtor in the above-captioned jointly administered Chapter 11 cases.

7. Defendant Sklarco, LLC ("**Sklarco**") is also a debtor in the above-captioned jointly administered Chapter 11 cases.

8. Defendant Kelley Brothers Contractors, Inc. ("**Kelley**") is a Mississippi corporation. Kelley may be served via its registered agent, Jerry R. Kelley, 6811 Hwy 184, P.O. Box 1079, Waynesboro, MS 39367.

9. Defendant GE Oil & Gas Pressure Control LP ("**GE**") is a Texas limited partnership. GE may be served via its registered agent, C T Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3136.

10. Defendant Baker Hughes Oilfield Operations, LLC ("**Baker Hughes"**) is a California limited liability company and may be served via its registered agent, C T Corporation System, 2 North Jackson Street, Suite 605, Montgomery, AL 36104.

## FACTUAL BACKGROUND

11. Southeast and Debtor are parties to three Natural Gas Purchase Contracts, as the same may have been amended originally (the "**Contracts**").

12. Kelley, GE, and Baker Hughes have each served Southeast with notices of lien attached hereto as **Exhibit 1** and incorporated herein for all purposes. A summary of the liens, the attendant wells, and the dates the lien notices were received is attached hereto as **Exhibit 2** and is incorporated herein for all purposes.

13. Pursuant to the notices of lien, Kelley, GE, and Baker Hughes assert a right in certain funds otherwise payable to the Debtor pursuant to the Contracts.

14. Each notice of lien asserts that Debtor was the operator of the wells subject to the respective notice of lien, Sklarco holds a working interest in the property subject to the respective notice of lien, and that to the extent of Sklarco's ownership interest in the property subject to the respective notice of lien, Debtor was acting as the agent of Sklarco.

15. Upon receiving the notices, Southeast has held in suspense certain funds that may be subject to these liens (the "**Withheld Funds**").

16. Southeast is currently holding $146,949.12 in suspense relating to the Contracts.

## INTERPLEADER

17. Based on the foregoing, Southeast is or may be subject to multiple liability with respect to the Withheld Funds. As a result of the multiple claims from Debtor, Kelley, GE, and Baker Hughes, Southeast is in doubt as to who it should pay the Withheld Funds.

18. By depositing the Withheld Funds into the Registry of the Court and seeking a discharge from further liability through the interpleader mechanism, Southeast is not taking a

position as to which claimants are entitled to the Withheld Funds.

19. Southeast requests that the Withheld Funds be interpled, that Southeast be allowed to deposit all additional sums subject to the disputed liens described herein with the Registry of the Court, and that Southeast be discharged from all liability arising out of or relating to the Withheld Funds. Southeast further requests that the Defendants be restrained from continuing or instituting any action of proceeding against Southeast for the recovery of the Withheld Funds and that Southeast be dismissed with prejudice from the captioned adversary proceeding.

20. Southeast further alleges that it is entitled to recover reasonable attorneys' fees and costs as a result of these proceedings.

WHEREFORE, Southeast requests that this Court order that the Withheld Funds be interpled with the Registry of the Court, that Southeast be released from any liability with regard to the Withheld Funds, that Southeast be dismissed from the captioned adversary proceeding with prejudice, that Southeast be awarded reasonable attorneys' fees and costs incurred in bringing this action, and for such other further relief to which it may be entitled.

Dated: July 17, 2020.                    Welborn Sullivan Meck & Tooley, P.C.

*/s/ Casey C. Breese*
Casey C. Breese, Reg. No. 51448
Welborn Sullivan Meck & Tooley, P.C.
1125 17th Street, Suite 2200
Denver, CO 80202
Telephone: 303-830-2500
Facsimile: 303-832-2366

**Counsel for The Southeast Alabama Gas District**