## VERIFIED STATEMENT OF LIEN

STATE OF ALABAMA     §
                                §

COUNTY OF ESCAMBIA    §

     KELLEY BROTHERS CONTRACTORS, INC., a Mississippi corporation, ("Claimant") files this statement in writing, verified by the oath of JERRY KELLEY, President of Kelley Brothers Contractors, Inc., who has personal knowledge of the facts herein set forth below:

     That Claimant claims a lien (the "Lien") upon the "Property" (herein defined), to the extent of the interest therein, legal and/or equitable, fee and/or leasehold, of the "Working Interest Owners" (herein defined), to the extent provided herein.

     The Property includes:

     the land (the "Land") situated in Escambia County, State of Alabama, further described in the attached **Exhibits "A", "B., and "C"**, including all improvements and appurtenances thereto;

     all mineral leasehold estates with respect to minerals located in, on, or under the Land (the "Leasehold Estates"), including the leases (the "Leases") associated with the "Wells" (herein defined), including all field wide units in which the Wells are located, and each production unit in which any one or more of the Wells is located, including all improvements and appurtenances to the Land, and/or the Wells, and including the right to the use of the surface of the Land, and the right to extract minerals located in, on, or under the Land;

     all easements to and/or from the Land (the "Easements"), including, but not necessarily limited to, those easements described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

     all licenses and permits pertaining to the Land and/or the Wells, including, but not necessarily limited to, those permits and/or licenses described in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**;

**EXHIBIT 1**

all wells (the "Wells", whether one or more) used in connection with operations conducted in, on, under, or about the Land, including the overall operation of the Wells, such Wells including, but not necessarily limited to: those wells identified in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**;

all other property and/or property rights pertaining to the use and/or operation of the Land and/or the Wells, including, but not necessarily limited to, those properties and/or property rights described in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**; and,

such additional property as provided by the laws of the State of Alabama, including, but not necessarily limited to, Alabama Code §35-11-210, et seq.

This Lien is claimed, separately, severally, and jointly, as to the Land, the Leasehold Estates, the Wells, the buildings and improvements in, on, under, or about the Land, the Leasehold Estates, and/or the Wells, and all rights and appurtenances pertaining to any or all of the foregoing.

That said Lien is claimed to secure an indebtedness of **Nineteen Thousand Nine Hundred and 17/100 Dollars ($19,900.17)** with interest as may be allowed under the laws of the State of Alabama from the respective dates of the furnishing of the services, material and/or equipment (collectively, the "Work") giving rise to the Lien claimed herein, which Work and the dates of furnishing are further described in the attached **Exhibit "B"**.

The first of the Work was provided on **October 25, 2019**. The last of the Work was provided on **February 27, 2020**. (See, also, the attached **Exhibit "B"**.)

The Working Interest Owners, who are the owners or proprietors of said Property, and their respective addresses, are:

Sklarco, LLC
401 Edwards St.,
Suite 1601
Shreveport, LA 71101

Sklarco, LLC
c/o C T Corporation
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**EXHIBIT 1**

Resource Ventures, LLC
Attn: Mark A. Arnold
7112 W. Jefferson Ave., Suite 106
Lakewood, CO  80235

Resource Ventures, LLC
Attn: Mark A. Arnold
8369 South Park Lane, Suite B
Littleton, CO  80120

Resource Ventures LLC
c/o Steven Swanson
Registered Agent
5720 S. Benton Circle
Littleton, CO  80123

Landmark Exploration, LLC
PO Box 12004
Jackson, MS  39236

Landmark Exploration, LLC
c/o Michael E. Johnson
Registered Agent
113 Park Circle Drive
Flowood, MS  39332

Marksco, L.L.C.
c/o Mark Sealy, Registered Agent
333 Texas Street, Suite 1050
Shreveport, LA  71101

Tauber Exploration & Production Co.
c/o Richard E. Tauber,
Registered Agent
55 Waugh Drive, Suite 600
Houston, TX  77007

JJS Interests North Beach, LLC
4295 San Felipe, Suite 207
Houston, TX  77027

JJS Interests North Beach, LLC
c/o Justin Simons, Registered Agent
2001 Kirby Dr., Suite 1110
Houston, TX  77019

JF Howell Interests, LP
Attn: James David Morgan, Manager
416 Travis Street, Suite 700 .
Shreveport, LA  71101

JF Howell Interests, LP
350 N. St. Paul Street, Suite 2900
Dallas, TX  75201

JF Howell Interests, LP
c/o J. Benjamin Warren, Jr.
Registered Agent
401 Edwards St., Suite 2010
Shreveport, LA  71101

Dickson Oil and Gas, LLC
PO Box 52479
Shreveport, LA  71135

Dickson Oil and Gas, LLC
c/o Michael E. Riddick
Registered Agent
333 Texas St., Suite 700
Shreveport, LA  71101

Tiembo Ltd.
Attn: Mark Rauch
PO Box 270415
Houston, TX  77277-0415

Tiembo Ltd.
c/o Gary S. Glesby, Registered Agent
3040 Post Oak Blvd., 13th Fl.
Houston, TX  77056

505391v.1 K334/00001 (Kelley Brothers/Sklar – Little Cedar Creek Fish Pond Oil Unit, Escambia County, AL)

**EXHIBIT 1**

Pickens Financial Group, LLC
8499 Greenville Avenue, Suite 105
Dallas, TX  75231-2417

Pickens Financial Group, LLC
c/o Pickens Energy Corporation
Registered Agent
10100 N. Central Expressway
Suite 200
Dallas, TX  75231-4159

Bundero Investment Company, LLC
333 Texas Street, Suite 300
Shreveport, LA  71101

Bundero Investment Company, L.L.C.
c/o Malcolm S. Murchison
Registered Agent
401 Edwards Street, Suite 820
Shreveport, LA  71101

Craft Exploration Company, LLC
Attn:  Steven H. Craft
PO Box 2430
Madison, MS  39130

Craft Exploration Company, LLC
c/o Julie Den Herder, Registered Agent
125 Bradshaw Crossing
Canton, MS  39046

Fant Energy Limited
PO Box 55205
Houston, TX  77255

Fant Energy Limited
1322 N. Post Oak Rd.
Houston, TX  77055

Fant Energy Limited
c/o Capitol Corporate Services, Inc.
206 E. 9th St., Suite 1300
Austin, TX  78701

Kudzu Oil Properties, LLC
c/o Wirt A. Yerger, III, Registered Agent
300 Concourse Blvd., Suite 101
Ridgeland, MS  39157

The Rudman Partnership, Ltd.
c/o W. R. Sibley III, Registered Agent
1700 Pacific Avenue, Suite 4700
Dallas, TX  75204

McCombs Energy, Ltd.
5599 San Felipe, Suite 1200
Houston, TX  77056-2794

McCombs Energy, Ltd.
c/o Gary V. Woods
Registered Agent
755 East Mulberry, Suite 600
San Antonio, TX  78212

MKPG-S Trust
c/o Michael K. Pickens
6465 South Yale Avenue, Suite 420
Tulsa, OK  74136

**EXHIBIT 1**

Claimant furnished the Work to **Sklar Exploration Company, LLC, a Louisiana limited liability company**, ("Sklar Exploration"), who was the operator of the Wells. **Sklarco, LLC, a Louisiana limited liability company**, ("Sklarco") holds a working interest in the Property. Sklar Exploration and Sklarco are related entities. In that regard, to the extent of Sklarco's ownership interest in the Property, Sklar Exploration was the agent of Sklarco. As such Claimant furnished its Work on the Property, and asserts the Lien, as a direct contractor to Sklarco, and asserts the Lien both as to Sklar Exploration's ownership and operating interest in and to the Property, and as to Sklarco's ownership interest in and to the Property.

Further, to the extent Sklar Exploration was acting as the agent of any of the other Working Interest Owners, Claimant furnished its work on the Property, and asserts the Lien, as a direct contractor to such Working Interest Owners and, to that extent, asserts the Lien against the interest in the Property held by such other Working Interest Owners.

Without waiving the foregoing, to the extent Sklar Exploration was acting as a contractor to a Working Interest Owner, and not as its agent, Claimant furnished its work on the Property, and asserts the Lien, as a subcontractor to Sklar Exploration, against the interest in the Property held by such Working Interest Owner.

---

Jerry Kelley, President of Kelley Brothers Contractors, Inc., a Mississippi corporation

Before me, _____, a Notary Public in and for the State of Mississippi, personally appeared Jerry Kelley, who being duly sworn, doth depose and say:  That he has personal knowledge of the facts set forth in the foregoing Verified Statement of Lien, and that the same are true and correct to the best of his knowledge and belief.


_____

Jerry Kelley, Affiant

Subscribed and sworn to before me on this the _____ day of June, 2020, by said Affiant, Jerry Kelley.


_____

Notary Public, State of Mississippi

**EXHIBIT 1**

## VERIFIED STATEMENT OF LIEN

STATE OF ALABAMA       §
                                     §

COUNTY OF CONECUH       §

KELLEY BROTHERS CONTRACTORS, INC., a Mississippi corporation, ("Claimant") files this statement in writing, verified by the oath of JERRY KELLEY, President of Kelley Brothers Contractors, Inc., who has personal knowledge of the facts herein set forth below:

That Claimant claims a lien (the "Lien") upon the "Property" (herein defined), to the extent of the interest therein, legal and/or equitable, fee and/or leasehold, of the "Working Interest Owners" (herein defined), to the extent provided herein.

The Property includes:

the land (the "Land") situated in Conecuh County, State of Alabama, further described in the attached **Exhibits "A", "B", and "C"**, including all improvements and appurtenances thereto;

all mineral leasehold estates with respect to minerals located in, on, or under the Land (the "Leasehold Estates"), including the leases (the "Leases") associated with the "Wells" (herein defined), including all field wide units in which the Wells are located, and each production unit in which any one or more of the Wells is located, including all improvements and appurtenances to the Land, and/or the Wells, and including the right to the use of the surface of the Land, and the right to extract minerals located in, on, or under the Land;

all easements to and/or from the Land (the "Easements"), including, but not necessarily limited to, those easements described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

all licenses and permits pertaining to the Land and/or the Wells, including, but not necessarily limited to, those permits and/or licenses described in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**;

**EXHIBIT 1**

all wells (the "Wells", whether one or more) used in connection with operations conducted in, on, under, or about the Land, including the overall operation of the Wells, such Wells including, but not necessarily limited to: those wells identified in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**;

all other property and/or property rights pertaining to the use and/or operation of the Land and/or the Wells, including, but not necessarily limited to, those properties and/or property rights described in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**; and,

such additional property as provided by the laws of the State of Alabama, including, but not necessarily limited to, Alabama Code §35-11-210, et seq.

This Lien is claimed, separately, severally, and jointly, as to the Land, the Leasehold Estates, the Wells, the buildings and improvements in, on, under, or about the Land, the Leasehold Estates, and/or the Wells, and all rights and appurtenances pertaining to any or all of the foregoing.

That said Lien is claimed to secure an indebtedness of **Thirty-Five Thousand Four Hundred Forty-Five and 98/100 Dollars ($35,445.98)** with interest as may be allowed under the laws of the State of Alabama from the respective dates of the furnishing of the services, material and/or equipment (collectively, the "Work") giving rise to the Lien claimed herein, which Work and the dates of furnishing are further described in the attached **Exhibit "B"**.

The first of the Work was provided on **October 23, 2019**. The last of the Work was provided on **March 9, 2020**. (See, also, the attached **Exhibit "B"**.)

The Working Interest Owners, who are the owners or proprietors of said Property, and their respective addresses, are:

Sklarco, LLC
401 Edwards St.,
Suite 1601
Shreveport, LA 71101

Sklarco, LLC
c/o C T Corporation
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

*Verified Statement of Lien*
*(Kelley/Sklar-Little Cedar Creek Oil Unit II, Conecuh County, AL)*
505367v.1 K334/00001                    2

**EXHIBIT 1**

Coastal Exploration, Inc.
c/o Julius M. Ridgway
Registered Agent
701 Avignon Drive, Suite 101
Ridgeland, MS 39157

Coastal Exploration, Inc.
1437 Old Square Road, Crescent Court
Suite 104
Jackson, Mississippi 39236

Waller Brothers, Inc.
137 Bridgewater Crossing
Ridgeland, MS 39157

Waller Brothers, Inc.
c/o Donald E. Waller
Registered Agent
524 E. Pascagoula St.
Jackson, MS 39201

Kudzu Oil Properties, LLC
c/o Wirt A. Yerger, III, Registered Agent
300 Concourse Blvd., Suite 101
Ridgeland, MS 39157

Bundero Investment Company, LLC
333 Texas Street, Suite 300
Shreveport, LA 71101

Bundero Investment Company, L.L.C.
c/o Malcolm S. Murchison
Registered Agent
401 Edwards Street, Suite 820
Shreveport, LA 71101

Fant Energy Limited
PO Box 55205
Houston, TX 77255

Fant Energy Limited
1322 N. Post Oak Rd.
Houston, TX 77055

Fant Energy Limited
c/o Capitol Corporate Services, Inc.
206 E. 9th St., Suite 1300
Austin, TX 78701

Ansaben Trust
505 Geneva Ave.
Boulder, CO 80302

Tenexco, Inc.
414 Clinton P., Suite 106
River Forest, IL 60305-2286

Tenexco, Inc.
c/o Richard S. Incandela
Registered Agent
17W715 Butterfield Rd., Unit C
Oakbrook Terrace, IL 60181

Craft Exploration Company, LLC
PO Box 2430
Madison, MS 39130

Craft Exploration Company, LLC
c/o Julie Den Herder, Registered Agent
125 Bradshaw Crossing
Canton, MS 39046

Fleet Howell
416 Travis St., Suite 715
Shreveport, LA 71101

505367v.1 K334/00001 (Kelley Brothers/Sklar – Little Cedar Creek Oil Unit II, Conecuh County, AL)

**EXHIBIT 1**

Carl Herrin Oil and Gas, LLC
c/o Joseph E. Varner, III
Registered Agent
190 E. Capitol Street, Suite 100 (39201)
PO Drawer 119
Jackson, MS 39205

JJS Interests North Beach, LLC
4295 San Felipe, Suite 207
Houston, TX 77027

JJS Interests North Beach, LLC
c/o Justin Simons, Registered Agent
2001 Kirby Dr., Suite 1110
Houston, TX 77019

Lucas Petroleum Group, Inc.
c/o Harry Lucas, Jr.
Registered Agent
327 Congress Ave., Suite 500
Austin, TX 78701-3656

Beazley Petroleum, LLC
c/o Hamilton Beazley
Registered Agent
411 West Saint Elmo Road, #24
Austin, Texas 78745

Vickery Exploration, LLC
137 Bridgewater Crossing
Ridgeland, MS 39157

Vickery Exploration, LLC
106 Oak Wood Drive
Raymond, MS 39154

Vickery Exploration, LLC
c/o Jimmy D. Vickery
Registered Agent
333 Summerville Drive
Madison, MS 39110

McCombs Energy, Ltd.
5599 San Felipe, Suite 1200
Houston, TX 77056-2794

McCombs Energy, Ltd.
c/o Gary V. Woods
Registered Agent
755 East Mulberry, Suite 600
San Antonio, TX 78212

Marksco, L.L.C.
c/o Mark Sealy, Registered Agent
333 Texas Street, Suite 1050
Shreveport, LA 71101

Embayment Production, LLC
PO Box 187
Jackson, MS 39205-0187

Embayment Production, LLC
c/o William B. Ridgway, Jr.
233 ½ East Capitol Street
PO Box 187
Jackson, MS 39205-0187

Tiembo Ltd.
Attn: Mark Rauch
PO Box 270415
Houston, TX 77277-0415

Tiembo Ltd.
c/o Gary S. Glesby, Registered Agent
3040 Post Oak Blvd., 13th Fl.
Houston, TX 77056

Tyler Oil and Gas, LLC
c/o Henry B. Tyler, Registered Agent
137 Bridgewater Crossing
Ridgeland, MS 39157

505367v.1 K334/00001 (Kelley Brothers/Sklar – Little Cedar Creek Oil Unit II, Conecuh County, AL)

**EXHIBIT 1**

Brock Resources, LLC
2634 Henley Dr.
Round Rock, Texas  78681

Brock Resources, LLC
c/o James T. Cameron
Registered Agent
720 Brazos Street, Suite 700
Austin, Texas  78701

Dickson Oil and Gas, LLC
PO Box 52479
Shreveport, LA  71135

Dickson Oil and Gas, LLC
c/o Michael E. Riddick
Registered Agent
333 Texas St., Suite 700
Shreveport, LA  71101

Resource Ventures, LLC
Attn:  Mark A. Arnold
7112 W. Jefferson Ave., Suite 106
Lakewood, CO  80235

Resource Ventures, LLC
Attn:  Mark A. Arnold
8369 South Park Lane, Suite B
Littleton, CO  80120

Resource Ventures LLC
c/o Steven Swanson
Registered Agent
5720 S. Benton Circle
Littleton, CO  80123

Parous Energy, LLC
PO Box 2547
Madison, MS  39130

Parous Energy, LLC
c/o George S. Dennis
Registered Agent
1267 Gluckstadt Road
Madison, MS  39110

Conecuh Oil Company, LLC
c/o R. Scott Hines, Registered Agent
PO Box 3216
Ridgeland, MS  39158

Bobmary, L.C.
c/o Dr. Robert T. LaFargue
Registered Agent
5928 E. Ridge Drive
Shreveport, LA  71106

Quail Creek Production Co.
c/o Don W. Dahlgren
Registered Agent
13831 Quail Pointe Dr.
Oklahoma City, OK  73134

Landmark Exploration, LLC
PO Box 12004
Jackson, MS  39236

Landmark Exploration, LLC
c/o Michael E. Johnson
Registered Agent
113 Park Circle Drive
Flowood, MS  39332

**EXHIBIT 1**

Claimant furnished the Work to **Sklar Exploration Company, LLC, a Louisiana limited liability company**, ("Sklar Exploration"), who was the operator of the Wells. **Sklarco, LLC, a Louisiana limited liability company**, ("Sklarco") holds a working interest in the Property. Sklar Exploration and Sklarco are related entities. In that regard, to the extent of Sklarco's ownership interest in the Property, Sklar Exploration was the agent of Sklarco. As such Claimant furnished its Work on the Property, and asserts the Lien, as a direct contractor to Sklarco, and asserts the Lien both as to Sklar Exploration's ownership and operating interest in and to the Property, and as to Sklarco's ownership interest in and to the Property.

Further, to the extent Sklar Exploration was acting as the agent of any of the other Working Interest Owners, Claimant furnished its work on the Property, and asserts the Lien, as a direct contractor to such Working Interest Owners and, to that extent, asserts the Lien against the interest in the Property held by such other Working Interest Owners.

Without waiving the foregoing, to the extent Sklar Exploration was acting as a contractor to a Working Interest Owner, and not as its agent, Claimant furnished its work on the Property, and asserts the Lien, as a subcontractor to Sklar Exploration, against the interest in the Property held by such Working Interest Owner.

Jerry Kelley, President of Kelley Brothers Contractors, Inc., a Mississippi corporation

**EXHIBIT 1**

Before me, _____, a Notary Public in and for the State of Mississippi, personally appeared Jerry Kelley, who being duly sworn, doth depose and say: That he has personal knowledge of the facts set forth in the foregoing Verified Statement of Lien, and that the same are true and correct to the best of his knowledge and belief.

_____
Jerry Kelley, Affiant

Subscribed and sworn to before me on this the _____ day of June, 2020, by said Affiant, Jerry Kelley.

_____
Notary Public, State of Mississippi

505367v.1 K334/00001 (Kelley Brothers/Sklar – Little Cedar Creek Oil Unit II, Conecuh County, AL)

**EXHIBIT 1**

## VERIFIED STATEMENT OF LIEN

STATE OF ALABAMA      §
                               §

COUNTY OF ESCAMBIA    §

       KELLEY BROTHERS CONTRACTORS, INC., a Mississippi corporation, ("Claimant") files this statement in writing, verified by the oath of JERRY KELLEY, President of Kelley Brothers Contractors, Inc., who has personal knowledge of the facts herein set forth below:

       That Claimant claims a lien (the "Lien") upon the "Property" (herein defined), to the extent of the interest therein, legal and/or equitable, fee and/or leasehold, of the "Working Interest Owners" (herein defined), to the extent provided herein.

       The Property includes:

       the land (the "Land") situated in Escambia County, State of Alabama, further described in the attached **Exhibit "A"** and/or the attached **Exhibit "B"**, including all improvements and appurtenances thereto;

       all mineral leasehold estates with respect to minerals located in, on, or under the Land (the "Leasehold Estates"), including the leases (the "Leases") associated with the "Wells" (herein defined), including all improvements and appurtenances to the Land, and/or the Wells, and including the right to the use of the surface of the Land, and the right to extract minerals located in, on, or under the Land;

       all easements to and/or from the Land (the "Easements"), including, but not necessarily limited to, those easements described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

       all licenses and permits pertaining to the Land and/or the Wells, including, but not necessarily limited to, those permits and/or licenses described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

*Verified Statement of Lien*
*(Kelley/Sklar-CCL&T 13-15 #1 ST Well, Escambia County, AL)*
504926v.1 K334/00001                      1

**EXHIBIT 1**

all wells (the "Wells", whether one or more) used in connection with operations conducted in, on, under, or about the Land, including the overall operation of the Wells, such Wells including, but not necessarily limited to: those wells identified in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

all other property and/or property rights pertaining to the use and/or operation of the Land and/or the Wells, including, but not necessarily limited to, those properties and/or property rights described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**; and,

such additional property as provided by the laws of the State of Alabama, including, but not necessarily limited to, Alabama Code §35-11-210, et seq.

This Lien is claimed, separately, severally, and jointly, as to the Land, the Leasehold Estates, the Wells, the buildings and improvements in, on, under, or about the Land, the Leasehold Estates, and/or the Wells, and all rights and appurtenances pertaining to any or all of the foregoing.

That said Lien is claimed to secure an indebtedness of **Five Thousand Forty-Two and 00/100 Dollars ($5,042.00)** with interest as may be allowed under the laws of the State of Alabama from the respective dates of the furnishing of the services, material and/or equipment (collectively, the "Work") giving rise to the Lien claimed herein, which Work and the dates of furnishing are further described in the attached **Exhibit "B"**.

The first of the Work was provided on **November 2, 2019**. The last of the Work was provided on **January 29, 2020**. (See, also, the attached **Exhibit "B"**.)

The Working Interest Owners, who are the owners or proprietors of said Property, and their respective addresses, are:

**EXHIBIT 1**

Sklarco, LLC
401 Edwards St.,
Suite 1601
Shreveport, LA 71101

Sklarco, LLC
c/o C T Corporation
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

BVS, LLC
c/o Brian Biffle, Registered Agent
2010 Balsam Drive
Boulder, CO 80304

Daboil Resources, LC
505 Geneva Avenue
Boulder, CO 80302

FPCC USA, Inc.
245 Commerce Green Blvd., Ste. 250
Sugar Land, TX 77478

FPCC USA, Inc.
c/o Corporation Service Company dba
CSC – Lawyers Incorporating Service
Company
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

Aspen Energy, Inc.
161 St. Matthews Ave., Suite 16
Louisville, KY 40207

Aspen Energy, Inc.
c/o Michael S. Reed, Registered Agent
4051 Ormond Road
Louisville, KY 40207

Chanse Resources, L.L.C.
Attn: Wes Shepherd, COO
PO Box 1572
Shreveport, LA 71165

Joel Davis
PO Box 540988
Houston, TX 77254

Gateway Exploration, LLC
Attn: Jay Moffitt
3555 Timmons Lane, Suite 730
Houston, TX 77027

Gateway Exploration, LLC
c/o Taylor V. Cooksey
Registered Agent
6363 Woodway, Suite 610
Houston, TX 77057

Bundero Investment Company, L.L.C.
c/o Malcolm S. Murchison
Registered Agent
401 Edwards Street, Suite 820
Shreveport, LA 71101

Craft Exploration Company, LLC
PO Box 2430
Madison, MS 39130

Craft Exploration Company, LLC
c/o Julie Den Herder, Registered Agent
125 Bradshaw Crossing
Canton, MS 39046

Fant Energy Limited
PO Box 55205
Houston, TX 77255

Fant Energy Limited
1322 N. Post Oak Rd.
Houston, TX 77055

Fant Energy Limited
c/o Capitol Corporate Services, Inc.
206 E. 9th St., Suite 1300
Austin, TX 78701

GCREW Properties, LLC
c/o George E. Jochetz, III, Pres.
Registered Agent
12323 Rip Van Winkle
Houston, TX 77024

HBRada, LLC
Hansen Rada, Manager
Registered Agent
2010 Alphine Drive
Boulder, CO 80304

Kudzu Oil Properties, LLC
c/o Wirt A. Yerger, III, Registered Agent
300 Concourse Blvd., Suite 101
Ridgeland, MS 39157

MER Energy, Ltd.
c/o William C. Herndon
Registered Agent
6500 Greenville Ave., Suite 110
Dallas, TX 75206

Resource Ventures, LLC
Attn: Mark A. Arnold
7112 W. Jefferson Ave., Suite 106
Lakewood, CO 80235

Resource Ventures, LLC
c/o Steven Swanson
5720 S. Benton Circle
Littleton, CO 80123

Robert Israel
2920 6th Street
Boulder, CO 80304

TST Energy, LLC
c/o Tracy S. Toups, Manager
Registered Agent
3238 Barksdale Blvd.
Bossier City, LA 71112

JF Howell Interests, LP
Attn: James David Morgan, Manager
416 Travis Street, Suite 700
Shreveport, LA 71101

JF Howell Interests, LP
350 N. St. Paul Street, Suite 2900
Dallas, TX 75201

JF Howell Interests, LP
c/o J. Benjamin Warren, Jr.
Registered Agent
401 Edwards St., Suite 2010
Shreveport, LA 71101

Landmark Exploration, LLC
PO Box 12004
Jackson, MS 39236

Landmark Exploration, LLC
c/o Michael E. Johnson
Registered Agent
113 Park Circle Drive
Flowood, MS 39332

EXHIBIT 1

Meritage Energy, Ltd.
c/o BKD, LLP
c/o John W. Steffes, Registered Agent
2800 Post Oak Blvd, Suite 3200
Houston, TX 77056

Pickens Financial Group, LLC
c/o Pickens Energy Corporation
Registered Agent
10100 N. Central Expressway, Suite 200
Dallas, TX 75231-4159

Tauber Exploration & Production Co.
c/o Richard E. Tauber,
Registered Agent
55 Waugh Drive, Suite 600
Houston, TX 77007

JJS Interests North Beach, LLC
4295 San Felipe, Suite 207
Houston, TX 77027

JJS Interests North Beach, LLC
c/o Justin Simons, Registered Agent
2001 Kirby Dr., Suite 1110
Houston, TX 77019

Marksco, L.L.C.
c/o Mark Sealy, Registered Agent
333 Texas Street, Suite 1050
Shreveport, LA 71101

MJS Interests, LLC
c/o Martin J. Schaffer, Registered Agent
9266 Hathaway Street
Dallas, TX 75220

Robert Israel Trust
2920 6th Street
Boulder, CO 80304

Tiembo Ltd.
Attn: Mark Rauch
PO Box 270415
Houston, TX 77277-0415

Tiembo Ltd.
c/o Gary S. Glesby, Registered Agent
3040 Post Oak Blvd., 13th Fl.
Houston, TX 77056

Claimant furnished the Work to **Sklar Exploration Company, LLC, a Louisiana limited liability company,** ("Sklar Exploration"), who was the operator of the Wells. **Sklarco, LLC, a Louisiana limited liability company,** ("Sklarco") holds a working interest in the Property. Sklar Exploration and Sklarco are related entities. In that regard, to the extent of Sklarco's ownership interest in the Property, Sklar Exploration was the agent of Sklarco. As such Claimant furnished its Work on the Property, and asserts the Lien, as a direct contractor to Sklarco, and asserts the Lien both as to Sklar Exploration's ownership and operating interest in and to the Property, and as to Sklarco's ownership interest in and to the Property.

**EXHIBIT 1**

Further, to the extent Sklar Exploration was acting as the agent of any of the other Working Interest Owners, Claimant furnished its work on the Property, and asserts the Lien, as a direct contractor to such Working Interest Owners and, to that extent, asserts the Lien against the interest in the Property held by such other Working Interest Owners.

Without waiving the foregoing, to the extent Sklar Exploration was acting as a contractor to a Working Interest Owner, and not as its agent, Claimant furnished its work on the Property, and asserts the Lien, as a subcontractor to Sklar Exploration, against the interest in the Property held by such Working Interest Owner.

_____

Jerry Kelley, President of Kelley Brothers Contractors, Inc., a Mississippi corporation

Before me, _____, a Notary Public in and for the State of Mississippi, personally appeared Jerry Kelley, who being duly sworn, doth depose and say: That he has personal knowledge of the facts set forth in the foregoing Verified Statement of Lien, and that the same are true and correct to the best of his knowledge and belief.

_____

Jerry Kelley, Affiant

Subscribed and sworn to before me on this the __:___ day of May, 2020, by said Affiant, Jerry Kelley.

_____

Notary Public, State of Mississippi

504926v.1 K334/00001 (Kelley Brothers/Sklar – CCL&T 13-15 #1 ST Well, Escambia County, AL)

**EXHIBIT 1**

## <u>VERIFIED STATEMENT OF LIEN</u>

STATE OF ALABAMA     §

           §

COUNTY OF ESCAMBIA    §

   KELLEY BROTHERS CONTRACTORS, INC., a Mississippi corporation, ("Claimant"), acting herein, by and through William R. Stokes, Jr., Claimant's Attorney and duly authorized agent, who has personal knowledge of the facts herein set forth below:

   That Claimant claims a lien (the "Lien") upon the "Property" (herein defined), to the extent of the interest therein, legal and/or equitable, fee and/or leasehold, of the "Working Interest Owners" (herein defined), to the extent provided herein.

   The Property includes:

   the land (the "Land") situated in Escambia County, State of Alabama, further described in the attached **Exhibit "A"** and/or the attached **Exhibit "B"**, including all improvements and appurtenances thereto;

   all mineral leasehold estates with respect to minerals located in, on, or under the Land (the "Leasehold Estates"), including the leases (the "Leases") associated with the "Wells" (herein defined), including all improvements and appurtenances to the Land, and/or the Wells, and including the right to the use of the surface of the Land, and the right to extract minerals located in, on, or under the Land;

   all easements to and/or from the Land (the "Easements"), including, but not necessarily limited to, those easements described in, and/or referred to in the instruments listed in, the attached **Exhibit "A",** and/or described and/or referred to in the attached **Exhibit "B"**;

   all licenses and permits pertaining to the Land and/or the Wells, including, but not necessarily limited to, those permits and/or licenses described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

**EXHIBIT 1**

all wells (the "Wells", whether one or more) used in connection with operations conducted in, on, under, or about the Land, including the overall operation of the Wells, such Wells including, but not necessarily limited to: those wells identified in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

all other property and/or property rights pertaining to the use and/or operation of the Land and/or the Wells, including, but not necessarily limited to, those properties and/or property rights described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**; and,

such additional property as provided by the laws of the State of Alabama, including, but not necessarily limited to, Alabama Code §35-11-210, et seq.

This Lien is claimed, separately, severally, and jointly, as to the Land, the Leasehold Estates, the Wells, the buildings and improvements in, on, under, or about the Land, the Leasehold Estates, and/or the Wells, and all rights and appurtenances pertaining to any or all of the foregoing.

That said Lien is claimed to secure an indebtedness of **Seven Thousand Eighty-Four and 50/100 Dollars ($7,084.50)** with interest as may be allowed under the laws of the State of Alabama from the respective dates of the furnishing of the services, material and/or equipment (collectively, the "Work") giving rise to the Lien claimed herein, which Work and the dates of furnishing are further described in the attached **Exhibit "B"**.

The first of the Work was provided on **October 23, 2019**.  The last of the Work was provided on **January 22, 2020**.  (See, also, the attached **Exhibit "B"**.)

The Working Interest Owners, who are the owners or proprietors of said Property, and their respective addresses, are:

**EXHIBIT 1**

Sklarco, LLC
401 Edwards St.,
Suite 1601
Shreveport, LA  71101

Sklarco, LLC
c/o C T Corporation
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

BVS, LLC
c/o Brian Biffle, Registered Agent
2010 Balsam Drive
Boulder, CO  80304

Daboil Resources, LC
505 Geneva Avenue
Boulder, CO  80302

FPCC USA, Inc.
245 Commerce Green Blvd., Ste. 250
Sugar Land, TX  77478

FPCC USA, Inc.
c/o Corporation Service Company dba
CSC – Lawyers Incorporating Service
Company
211 E. 7th Street, Suite 620
Austin, TX  78701-3218

Aspen Energy, Inc.
161 St. Matthews Ave., Suite 16
Louisville, KY  40207

Aspen Energy, Inc.
c/o Michael S. Reed, Registered Agent
4051 Ormond Road
Louisville, KY  40207

Chanse Resources, L.L.C.
Attn:  Wes Shepherd, COO
PO Box 1572
Shreveport, LA  71165

Joel Davis
PO Box 540988
Houston, TX  77254

Gateway Exploration, LLC
Attn:  Jay Moffitt
3555 Timmons Lane, Suite 730
Houston, TX  77027

Gateway Exploration, LLC
c/o Taylor V. Cooksey
Registered Agent
6363 Woodway, Suite 610
Houston, TX  77057

Bundero Investment Company, L.L.C.
c/o Malcolm S. Murchison
Registered Agent
401 Edwards Street, Suite 820
Shreveport, LA  71101

Craft Exploration Company, LLC
PO Box 2430
Madison, MS  39130

Craft Exploration Company, LLC
c/o Julie Den Herder, Registered Agent
125 Bradshaw Crossing
Canton, MS  39046

Fant Energy Limited
PO Box 55205
Houston, TX  77255

505048v.1 K334/00001 (Kelley Brothers/Sklar – CCL&T 13-11 #1 Well, Escambia County, AL)

**EXHIBIT 1**

Fant Energy Limited
1322 N. Post Oak Rd.
Houston, TX  77055

Fant Energy Limited
c/o Capitol Corporate Services, Inc.
206 E. 9th St., Suite 1300
Austin, TX  78701

GCREW Properties, LLC
c/o George E. Jochetz, III, Pres.
Registered Agent
12323 Rip Van Winkle
Houston, TX  77024

HBRada, LLC
Hansen Rada, Manager
Registered Agent
2010 Alphine Drive
Boulder, CO  80304

Kudzu Oil Properties, LLC
c/o Wirt A. Yerger, III, Registered Agent
300 Concourse Blvd., Suite 101
Ridgeland, MS  39157

MER Energy, Ltd.
c/o William C. Herndon
Registered Agent
6500 Greenville Ave., Suite 110
Dallas, TX  75206

Resource Ventures, LLC
Attn:  Mark A. Arnold
7112 W. Jefferson Ave., Suite 106
Lakewood, CO  80235

Resource Ventures, LLC
c/o Steven Swanson
5720 S. Benton Circle
Littleton, CO  80123

Robert Israel
2920 6th Street
Boulder, CO  80304

TST Energy, LLC
c/o Tracy S. Toups, Manager
Registered Agent
3238 Barksdale Blvd.
Bossier City, LA  71112

JF Howell Interests, LP
Attn:  James David Morgan, Manager
416 Travis Street, Suite 700
Shreveport, LA  71101

JF Howell Interests, LP
350 N. St. Paul Street, Suite 2900
Dallas, TX  75201

JF Howell Interests, LP
c/o J. Benjamin Warren, Jr.
Registered Agent
401 Edwards St., Suite 2010
Shreveport, LA  71101

Landmark Exploration, LLC
PO Box 12004
Jackson, MS  39236

Landmark Exploration, LLC
c/o Michael E. Johnson
Registered Agent
113 Park Circle Drive
Flowood, MS  39332

505048v.1 K334/00001 (Kelley Brothers/Sklar – CCL&T 13-11 #1 Well, Escambia County, AL)

**EXHIBIT 1**

Meritage Energy, Ltd.
c/o BKD, LLP
c/o John W. Steffes, Registered Agent
2800 Post Oak Blvd, Suite 3200
Houston, TX  77056

Pickens Financial Group, LLC
c/o Pickens Energy Corporation
Registered Agent
10100 N. Central Expressway, Suite 200
Dallas, TX  75231-4159

Tauber Exploration & Production Co.
c/o Richard E. Tauber,
Registered Agent
55 Waugh Drive, Suite 600
Houston, TX  77007

JJS Interests North Beach, LLC
4295 San Felipe, Suite 207
Houston, TX  77027

JJS Working Interests LLC
c/o Justin Simons, Registered Agent
2001 Kirby Dr., Suite 1110
Houston, TX  77019

Marksco, L.L.C.
c/o Mark Sealy, Registered Agent
333 Texas Street, Suite 1050
Shreveport, LA  71101

MJS Interests, LLC
c/o Martin J. Schaffer, Registered Agent
9266 Hathaway Street
Dallas, TX  75220

Robert Israel Trust
2920 6th Street
Boulder, CO  80304

Tiembo Ltd.
Attn:  Mark Rauch
PO Box 270415
Houston, TX  77277-0415

Tiembo Ltd.
c/o Gary S. Glesby, Registered Agent
3040 Post Oak Blvd., 13th Fl.
Houston, TX  77056

Claimant furnished the Work to **Sklar Exploration Company, LLC, a Louisiana limited liability company**, ("Sklar Exploration"), who was the operator of the Wells. **Sklarco, LLC, a Louisiana limited liability company**, ("Sklarco") holds a working interest in the Property.  Sklar Exploration and Sklarco are related entities.  In that regard, to the extent of Sklarco's ownership interest in the Property, Sklar Exploration was the agent of Sklarco.  As such Claimant furnished its Work on the Property, and asserts the Lien, as a direct contractor to Sklarco, and asserts the Lien both as to Sklar Exploration's ownership and operating interest in and to the Property, and as to Sklarco's ownership interest in and to the Property.

505048v.1 K334/00001 (Kelley Brothers/Sklar – CCL&T 13-11 #1 Well, Escambia County, AL)

**EXHIBIT 1**

Further, to the extent Sklar Exploration was acting as the agent of any of the other Working Interest Owners, Claimant furnished its work on the Property, and asserts the Lien, as a direct contractor to such Working Interest Owners and, to that extent, asserts the Lien against the interest in the Property held by such other Working Interest Owners.

Without waiving the foregoing, to the extent Sklar Exploration was acting as a contractor to a Working Interest Owner, and not as its agent, Claimant furnished its work on the Property, and asserts the Lien, as a subcontractor to Sklar Exploration, against the interest in the Property held by such Working Interest Owner.

KELLEY BROTHERS CONTRACTORS, INC.,
A Mississippi corporation


By:_____
      WILLIAM R. STOKES, JR., Attorney and
      Duly Authorized Agent of Kelley Brothers
      Contractors, Inc.


Before me, a notary public in and for the county of Escambia, State of Alabama, personally appeared WILLIAM R. STOKES, JR., who being duly sworn, doth depose and say: That he has personal knowledge of the facts set forth in the foregoing statement of lien, and that the same are true and correct to the best of his knowledge and belief.

SUBSCRIBED AND SWORN TO BEFORE ME by WILLIAM R. STOKES JR., on this the _____ day of May, 2020, to certify which witness my hand and official seal.


_____
Notary Public, State of Alabama

505048v.1 K334/00001 (Kelley Brothers/Sklar – CCL&T 13-11 #1 Well, Escambia County, AL)

**EXHIBIT 1**

## VERIFIED STATEMENT OF LIEN

STATE OF ALABAMA                              §
                                             §
COUNTIES OF CONECUH AND ESCAMBIA   §

KELLEY BROTHERS CONTRACTORS, INC., a Mississippi corporation, ("Claimant") files this statement in writing, verified by the oath of JERRY KELLEY, President of Kelley Brothers Contractors, Inc., who has personal knowledge of the facts herein set forth below:

That Claimant claims a lien (the "Lien") upon the "Property" (herein defined), to the extent of the interest therein, legal and/or equitable, fee and/or leasehold, of the "Working Interest Owners" (herein defined), to the extent provided herein.

The Property includes:

the land (the "Land") situated in Conecuh County, State of Alabama and Escambia County, State of Alabama, further described in the attached **Exhibits "A", "B", and "C"**, including all improvements and appurtenances thereto;

all mineral leasehold estates with respect to minerals located in, on, or under the Land (the "Leasehold Estates"), including the leases (the "Leases") associated with the "Wells" (herein defined), including all field wide units in which the Wells are located, and each production unit in which any one or more of the Wells is located, including all improvements and appurtenances to the Land, and/or the Wells, and including the right to the use of the surface of the Land, and the right to extract minerals located in, on, or under the Land;

all easements to and/or from the Land (the "Easements"), including, but not necessarily limited to, those easements described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

all licenses and permits pertaining to the Land and/or the Wells, including, but not necessarily limited to, those permits and/or licenses described in,

*Verified Statement of Lien*
*(Kelley/Sklar-Southeast Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)*
505297v.1 K334/00001                              1

**EXHIBIT 1**

and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C";**

all wells (the "Wells", whether one or more) used in connection with operations conducted in, on, under, or about the Land, including the overall operation of the Wells, such Wells including, but not necessarily limited to: those wells identified in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C";**

all other property and/or property rights pertaining to the use and/or operation of the Land and/or the Wells, including, but not necessarily limited to, those properties and/or property rights described in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C";** and,

such additional property as provided by the laws of the State of Alabama, including, but not necessarily limited to, Alabama Code §35-11-210, et seq.

This Lien is claimed, separately, severally, and jointly, as to the Land, the Leasehold Estates, the Wells, the buildings and improvements in, on, under, or about the Land, the Leasehold Estates, and/or the Wells, and all rights and appurtenances pertaining to any or all of the foregoing.

That said Lien is claimed to secure an indebtedness of **Fourteen Thousand One Hundred Fifty Six and 00/100 Dollars ($14,156.00)** with interest as may be allowed under the laws of the State of Alabama from the respective dates of the furnishing of the services, material and/or equipment (collectively, the "Work") giving rise to the Lien claimed herein, which Work and the dates of furnishing are further described in the attached **Exhibit "B".**

The first of the Work was provided on **October 29, 2019**. The last of the Work was provided on **March 13, 2020**. (See, also, the attached **Exhibit "B".**)

The Working Interest Owners, who are the owners or proprietors of said Property, and their respective addresses, are:

Sklarco, LLC
401 Edwards St.,
Suite 1601
Shreveport, LA 71101

Sklarco, LLC
c/o C T Corporation
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

*Verified Statement of Lien*
*(Kelley/Sklar-Southeast Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)*
505297v.1 K334/00001                              2

**EXHIBIT 1**

Hughes Oil Inc.
Mirror Lake Office Plaza
2829 Lakeland Dr., Suite 1670
Flowood, MS  39232

Tauber Exploration & Production Co.
c/o Richard E. Tauber,
Registered Agent
55 Waugh Drive, Suite 600
Houston, TX  77007

Pruet Production Company
c/o William R. James
Registered Agent
217 West Capital Street, Suite 201
Jackson, MS  39201

Bundero Investment Company, LLC
333 Texas Street, Suite 300
Shreveport, LA  71101

Bundero Investment Company, L.L.C.
c/o Malcolm S. Murchison
Registered Agent
401 Edwards Street, Suite 820
Shreveport, LA  71101

Fant Energy Limited
PO Box 55205·
Houston, TX  77255

Fant Energy Limited
1322 N. Post Oak Rd.
Houston, TX  77055

Fant Energy Limited
c/o Capitol Corporate Services, Inc.
206 E. 9th St., Suite 1300
Austin, TX  78701

The Rudman Partnership, Ltd.
c/o W. R. Sibley III, Registered Agent
1700 Pacific Avenue, Suite 4700
Dallas, TX  75204

Hanson Operating Company, Inc.
P.O. Box 1515
Roswell, NM  88202-1515

Hanson Operating Company, Inc.
c/o Ray Willis, Registered Agent
400 N. Pennsylvania, Suite 1200
Roswell, NM  88201

Craft Exploration Company, LLC
325 Lakeshire Pkwy.
Canton, MS  39046

Craft Exploration Company, LLC
PO Box 2430
Madison, MS  39130

Craft Exploration Company, LLC
c/o Julie Den Herder, Registered Agent
125 Bradshaw Crossing
Canton, MS  39046

J & A Harris, LP
3141 Hood Street, Suite 520
Dallas, TX  75219

J & A Harris, LP
c/o Angela Harris
333 Texas Street, Suite 1414
Shreveport, LA  71101-3679

JF Howell Interests, LP
Attn:  James David Morgan, Manager
416 Travis Street, Suite 700
Shreveport, LA  71101

505297v.1 K334/00001 (Kelley Brothers/Sklar – Southeast Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)

**EXHIBIT 1**

JF Howell Interests, LP
350 N. St. Paul Street, Suite 2900
Dallas, TX 75201

JF Howell Interests, LP
c/o J. Benjamin Warren, Jr.
Registered Agent
401 Edwards St., Suite 2010
Shreveport, LA 71101 ,

JJS Interests North Beach, LLC
4295 San Felipe, Suite 207
Houston, TX 77027

JJS Working Interests LLC
c/o Justin Simons, Registered Agent
2001 Kirby Dr., Suite 1110
Houston, TX 77019

Fletcher Exploration, LLC
P.O. Box 2147
Fairhope, AL 36533

Fletcher Exploration, LLC.
c/o Ricky Fletcher
Registered Agent
25 Spring Run Drive
Fairhope, AL 36532

FPCC USA, Inc.
445 Louisiana Ave.
Baton Rouge, LA 70802

FPCC USA, Inc.
c/o Corporation Service Company
Registered Agent
501 Louisiana Avenue
Baton Rouge, LA 70802

KMR Investments LLC
P.O. Box 417
Homer, LA 71040

KMR Investments LLC
c/o James Michael Hays
Registered Agent
209 Sam Baird Rd.
Homer, LA 71040

Hughes 2000 CT LLC
Mirror Lake Office Plaza
2829 Lakeland Dr., Suite 1670
Flowood, MS 39232

Hughes 2000 CT LLC
c/o Stanley Lee Kyner
Registered Agent
304 Thorngate Drive
Brandon, MS 39042

McCombs Energy, Ltd.
5599 San Felipe, Suite 1200
Houston, TX 77056

McCombs Energy, Ltd.
c/o Gary V. Woods
Registered Agent
755 East Mulberry, Suite 600
San Antonio, TX 78212

Marksco, L.L.C.
c/o Mark Sealy, Registered Agent
333 Texas Street, Suite 1050
Shreveport, LA 71101

Franks Exploration Co., LLC
c/o Faith N. Gilbert
Registered Agent
1312 N. Hearne Ave.
Shreveport, LA 71107-6516

505297v.1 K334/00001 (Kelley Brothers/Sklar – Southeast Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)

**EXHIBIT 1**

Tiembo Ltd.
Attn: Mark Rauch
PO Box 270415
Houston, TX 77277-0415

Tiembo Ltd.
c/o Gary S. Glesby, Registered Agent
3040 Post Oak Blvd., 13th Fl.
Houston, TX 77056

Pickens Financial Group, LLC
8499 Greenville Avenue, Suite 105
Dallas, TX 75231-2417

Pickens Financial Group, LLC
c/o Pickens Energy Corporation
Registered Agent
10100 N. Central Expressway
Suite 200
Dallas, TX 75231-4159

Dickson Oil & Gas, LLC
307 Deborah Drive
Shreveport, LA 71106

Dickson Oil & Gas, LLC
PO Box 52479
Shreveport, LA 71135

Dickson Oil & Gas, LLC
c/o Michael E. Riddick
Registered Agent
333 Texas St., Suite 700
Shreveport, LA 71101

Resource Ventures, LLC
Attn: Mark A. Arnold
7112 W. Jefferson Ave., Suite 106
Lakewood, CO 80235

Resource Ventures, LLC
Attn: Mark A. Arnold
8369 South Park Lane, Suite B
Littleton, CO 80120

Resource Ventures LLC
c/o Steven Swanson
Registered Agent
5720 S. Benton Circle
Littleton, CO 80123

Landmark Exploration, LLC
PO Box 12004
Jackson, MS 39236

Landmark Exploration, LLC
c/o Michael E. Johnson
Registered Agent
113 Park Circle Drive
Flowood, MS 39332

DBC Resources, LP
P.O. Box 191407
Dallas, TX 75219-1407

DBC Resources, LP
4242 Lomo Alto, Apt. #30
Dallas, TX 75219

DBC Resources, LP
c/o Donald L. Clark
Registered Agent
4428 Windsor Parkway
Dallas, TX 75205

DCOD LLC
16250 Dallas North Parkway
Dallas, TX 75248

**EXHIBIT 1**

DCOD, LLC
c/o Dale Clark, Registered Agent
16390 Addison Rd.
Addison, TX  75001

Claimant furnished the Work to **Sklar Exploration Company, LLC, a Louisiana
limited liability company**, ("Sklar Exploration"), who was the operator of the Wells.
**Sklarco, LLC, a Louisiana limited liability company**, ("Sklarco") holds a working
interest in the Property. Sklar Exploration and Sklarco are related entities. In that regard,
to the extent of Sklarco's ownership interest in the Property, Sklar Exploration was the
agent of Sklarco. As such Claimant furnished its Work on the Property, and asserts the
Lien, as a direct contractor to Sklarco, and asserts the Lien both as to Sklar Exploration's
ownership and operating interest in and to the Property, and as to Sklarco's ownership
interest in and to the Property.

Further, to the extent Sklar Exploration was acting as the agent of any of the other
Working Interest Owners, Claimant furnished its work on the Property, and asserts the
Lien, as a direct contractor to such Working Interest Owners and, to that extent, asserts
the Lien against the interest in the Property held by such other Working Interest Owners.

Without waiving the foregoing, to the extent Sklar Exploration was acting as a
contractor to a Working Interest Owner, and not as its agent, Claimant furnished its work
on the Property, and asserts the Lien, as a subcontractor to Sklar Exploration, against the
interest in the Property held by such Working Interest Owner.

_____
Jerry Kelley, President of Kelley Brothers
Contractors, Inc., a Mississippi corporation

505297v.1 K334/00001 (Kelley Brothers/Sklar – Southeast Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)

**EXHIBIT 1**

## VERIFIED STATEMENT OF LIEN

STATE OF ALABAMA　　　　§
　　　　　　　　　　　　　　§
COUNTY OF CONECUH　　　§

KELLEY BROTHERS CONTRACTORS, INC., a Mississippi corporation, ("Claimant") files this statement in writing, verified by the oath of JERRY KELLEY, President of Kelley Brothers Contractors, Inc., who has personal knowledge of the facts herein set forth below:

That Claimant claims a lien (the "Lien") upon the "Property" (herein defined), to the extent of the interest therein, legal and/or equitable, fee and/or leasehold, of the "Working Interest Owners" (herein defined), to the extent provided herein.

The Property includes:

the land (the "Land") situated in Conecuh County, State of Alabama, further described in the attached **Exhibits "A", "B", and "C"**, including all improvements and appurtenances thereto;

all mineral leasehold estates with respect to minerals located in, on, or under the Land (the "Leasehold Estates"), including the leases (the "Leases") associated with the "Wells" (herein defined), including all field wide units in which the Wells are located, and such production unit in which any one or more of the Wells is located, including all improvements and appurtenances to the Land, and/or the Wells, and including the right to the use of the surface of the Land, and the right to extract minerals located in, on, or under the Land;

all easements to and/or from the Land (the "Easements"), including, but not necessarily limited to, those easements described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

all licenses and permits pertaining to the Land and/or the Wells, including, but not necessarily limited to, those permits and/or licenses described in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**;

*Verified Statement of Lien*
*(Kelley/Sklar-Southwest Brooklyn Oil Unit, Conecuh County, AL)*
505293v.1 K334/00001　　　　　　　1

**EXHIBIT 1**

all wells (the "Wells", whether one or more) used in connection with operations conducted in, on, under, or about the Land, including the overall operation of the Wells, such Wells including, but not necessarily limited to: those wells identified in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**;

all other property and/or property rights pertaining to the use and/or operation of the Land and/or the Wells, including, but not necessarily limited to, those properties and/or property rights described in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**; and,

such additional property as provided by the laws of the State of Alabama, including, but not necessarily limited to, Alabama Code §35-11-210, et seq.

This Lien is claimed, separately, severally, and jointly, as to the Land, the Leasehold Estates, the Wells, the buildings and improvements in, on, under, or about the Land, the Leasehold Estates, and/or the Wells, and all rights and appurtenances pertaining to any or all of the foregoing.

That said Lien is claimed to secure an indebtedness of **Twenty-Six Thousand Seven Hundred Ninety Six and 00/100 Dollars ($26,796.00)** with interest as may be allowed under the laws of the State of Alabama from the respective dates of the furnishing of the services, material and/or equipment (collectively, the "Work") giving rise to the Lien claimed herein, which Work and the dates of furnishing are further described in the attached **Exhibit "B"**.

The first of the Work was provided on **October 27, 2019**. The last of the Work was provided on **February 16, 2020**. (See, also, the attached **Exhibit "B"**.)

The Working Interest Owners, who are the owners or proprietors of said Property, and their respective addresses, are:

Sklarco, LLC
401 Edwards St.,
Suite 1601
Shreveport, LA 71101

Sklarco, LLC
c/o C T Corporation
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

Hughes Oil Inc.
Mirror Lake Office Plaza
2829 Lakeland Dr., Suite 1670
Flowood, MS  39232

The Rudman Partnership, Ltd.
c/o W. R. Sibley III, Registered Agent
1700 Pacific Avenue, Suite 4700
Dallas, TX  75204

Hanson Operating Company, Inc.
P.O. Box 1515
Roswell, NM  88202-1515

Hanson Operating Company, Inc.
c/o Ray Willis, Registered Agent
400 N. Pennsylvania, Suite 1200
Roswell, NM  88201

Craft Exploration Company, LLC
PO Box 2430
Madison, MS  39130

Craft Exploration Company, LLC
c/o Julie Den Herder, Registered Agent
125 Bradshaw Crossing
Canton, MS  39046

Craft Exploration Company, LLC
325 Lakeshire Pkwy
Canton, MS  39046

J & A Harris, LP
3141 Hood Street, Suite 520
Dallas, TX  75219

J & A Harris, LP
c/o Angela Harris
333 Texas Street, Suite 1414
Shrevepot, LA  71101-3679

JF Howell Interests, LP
Attn:  James David Morgan, Manager
416 Travis Street, Suite 700
Shreveport, LA  71101

JF Howell Interests, LP
350 N. St. Paul Street, Suite 2900
Dallas, TX  75201

JF Howell Interests, LP
c/o J. Benjamin Warren, Jr.
Registered Agent
401 Edwards St., Suite 2010
Shreveport, LA  71101

JJS Interests North Beach, LLC
4295 San Felipe, Suite 207
Houston, TX  77027

JJS Working Interests LLC
c/o Justin Simons, Registered Agent
2001 Kirby Dr., Suite 1110
Houston, TX  77019

Tauber Exploration & Production Co.
c/o Richard E. Tauber,
Registered Agent
55 Waugh Drive, Suite 600
Houston, TX  77007

Kudzu Oil Properties, LLC
c/o Wirt A. Yerger, III, Registered Agent
300 Concourse Blvd., Suite 101
Ridgeland, MS  39157

KMR Investments LLC
P.O. Box 417
Homer, LA  71040

KMR Investments LLC
c/o James Michael Hays
Registered Agent
209 Sam Baird Rd.
Homer, LA  71040

Hughes 2000 CT LLC
Mirror Lake Office Plaza
2829 Lakeland Dr., Suite 1670
Flowood, MS  39232

Hughes 2000 CT LLC
c/o Stanley Lee Kyner
Registered Agent
304 Thorngate Drive
Brandon, MS  39042

McCombs Energy, Ltd.
5599 San Felipe, Suite 1200
Houston, TX  77056

McCombs Energy, Ltd.
c/o Gary V. Woods
Registered Agent
755 East Mulberry, Suite 600
San Antonio, TX  78212

Marksco, L.L.C.
c/o Mark Sealy, Registered Agent
333 Texas Street, Suite 1050
Shreveport, LA  71101

Franks Exploration Co., LLC
c/o Faith N. Gilbert
Registered Agent
1312 N. Hearne Ave.
Shreveport, LA  71107-6516

Tiembo Ltd.
Attn:  Mark Rauch
PO Box 270415
Houston, TX  77277-0415

Tiembo Ltd.
c/o Gary S. Glesby, Registered Agent
3040 Post Oak Blvd., 13th Fl.
Houston, TX  77056

Pickens Financial Group, LLC
8499 Greenville Avenue, Suite 105
Dallas, TX  75231-2417

Pickens Financial Group, LLC
c/o Pickens Energy Corporation
Registered Agent
10100 N. Central Expressway
Suite 200
Dallas, TX  75231-4159

Bundero Investment Company, L.L.C.
c/o Malcolm S. Murchison
Registered Agent
401 Edwards Street, Suite 820
Shreveport, LA  71101

Fant Energy Limited
5800 Westview Drive
Houston, TX  77055

Fant Energy Limited
PO Box 55205
Houston, TX  77255

Fant Energy Limited
1322 N. Post Oak Rd.
Houston, TX  77055

**EXHIBIT 1**

Fant Energy Limited
c/o Capitol Corporate Services, Inc.
206 E. 9th St., Suite 1300
Austin, TX  78701

Fletcher Exploration, LLC
P.O. Box 2147
Fairhope, AL 36533

Dickson Oil & Gas, LLC
307 Deborah Drive
Shreveport, LA 71106

Dickson Oil & Gas, LLC
PO Box 52479
Shreveport, LA 71135

Dickson Oil & Gas, LLC
c/o Michael E. Riddick
Registered Agent
333 Texas St., Suite 700
Shreveport, LA 71101

Resource Ventures, LLC
Attn: Mark A. Arnold
7112 W. Jefferson Ave., Suite 106
Lakewood, CO 80235

Resource Ventures, LLC
Attn: Mark A. Arnold
8369 South Park Lane, Suite B
Littleton, CO 80120

Resource Ventures LLC
c/o Steven Swanson
Registered Agent
5720 S. Benton Circle
Littleton, CO 80123

Landmark Exploration, LLC
PO Box 12004
Jackson, MS 39236

Landmark Exploration, LLC
c/o Michael E. Johnson
Registered Agent
113 Park Circle Drive
Flowood, MS 39332

DBC Resources, LP
P.O. Box 191407
Dallas, TX 75219-1407

DBC Resources, LP
4242 Lomo Alto, Apt. #30
Dallas, TX 75219

DBC Resources, LP
c/o Donald L. Clark
Registered Agent
4428 Windsor Parkway
Dallas, TX 75205

DCOD LLC
16250 Dallas North Parkway
Dallas, TX 75248

DCOD, LLC
c/o Dale Clark, Registered Agent
16390 Addison Rd.
Addison, TX 75001

FPCC USA, Inc.
445 Louisiana Ave.
Baton Rouge, LA 70802

**EXHIBIT 1**

FPCC USA, Inc.
c/o Corporation Service Company
Registered Agent
501 Louisiana Avenue
Baton Rouge, LA  70802

Claimant furnished the Work to **Sklar Exploration Company, LLC, a Louisiana limited liability company,** ("Sklar Exploration"), who was the operator of the Wells. **Sklarco, LLC, a Louisiana limited liability company,** ("Sklarco") holds a working interest in the Property.  Sklar Exploration and Sklarco are related entities.  In that regard, to the extent of Sklarco's ownership interest in the Property, Sklar Exploration was the agent of Sklarco.  As such Claimant furnished its Work on the Property, and asserts the Lien, as a direct contractor to Sklarco, and asserts the Lien both as to Sklar Exploration's ownership and operating interest in and to the Property, and as to Sklarco's ownership interest in and to the Property.

Further, to the extent Sklar Exploration was acting as the agent of any of the other Working Interest Owners, Claimant furnished its work on the Property, and asserts the Lien, as a direct contractor to such Working Interest Owners and, to that extent, asserts the Lien against the interest in the Property held by such other Working Interest Owners.

Without waiving the foregoing, to the extent Sklar Exploration was acting as a contractor to a Working Interest Owner, and not as its agent, Claimant furnished its work on the Property, and asserts the Lien, as a subcontractor to Sklar Exploration, against the interest in the Property held by such Working Interest Owner.

_____

Jerry Kelley, President of Kelley Brothers Contractors, Inc., a Mississippi corporation

505293v.1 K334/00001 (Kelley Brothers/Sklar – Southwest Brooklyn Oil Unit, Conecuh County, AL)

**EXHIBIT 1**

Before me, _____, a Notary Public in and for the State of Mississippi, personally appeared Jerry Kelley, who being duly sworn, doth depose and say:  That he has personal knowledge of the facts set forth in the foregoing Verified Statement of Lien, and that the same are true and correct to the best of his knowledge and belief.

_____
Jerry Kelley, Affiant

Subscribed and sworn to before me on this the _____ day of May, 2020, by said Affiant, Jerry Kelley.

_____
Notary Public, State of Mississippi

505293v.1 K334/00001 (Kelley Brothers/Sklar – Southwest Brooklyn Oil Unit, Conecuh County, AL)

**EXHIBIT 1**

## VERIFIED STATEMENT OF LIEN

STATE OF ALABAMA                    §
                                    §
COUNTIES OF CONECUH                 §
AND ESCAMBIA

     BAKER HUGHES OILFIELD OPERATIONS LLC, a California limited liability company, ("Claimant") files this statement in writing, verified by the oath of CHRISTOPHER J. RYAN, Manager of Collections and Authorized Agent of Claimant, who has personal knowledge of the facts herein set forth below:

     That Claimant claims a lien (the "Lien") upon the "Property" (herein defined), to the extent of the interest therein, legal and/or equitable, fee and/or leasehold, of the "Working Interest Owners" (herein defined), to the extent provided herein.

     The Property includes:

     the land (the "Land") situated in Conecuh County, State of Alabama, further described in the attached **Exhibits "A", "B", and "C"**, including all improvements and appurtenances thereto;

     all mineral leasehold estates with respect to minerals located in, on, or under the Land· (the "Leasehold Estates"), including the leases (the "Leases") associated with the "Wells" (herein defined), including all field wide units in which the Wells are located, and such production unit in which any one or more of the Wells is located, including all improvements and appurtenances to the Land, and/or the Wells, and including the right to the use of the surface of the Land, and the right to extract minerals located in, on, or under the Land;

     all easements to and/or from the Land (the "Easements"), including, but not necessarily limited to, those easements described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

     all licenses and permits pertaining to the Land and/or the Wells, including, but not necessarily limited to, those permits and/or licenses described in,

**EXHIBIT 1**

and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**;

all wells (the "Wells", whether one or more) used in connection with operations conducted in, on, under, or about the Land, including the overall operation of the Wells, such Wells including, but not necessarily limited to: those wells identified in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**;

all other property and/or property rights pertaining to the use and/or operation of the Land and/or the Wells, including, but not necessarily limited to, those properties and/or property rights described in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**; and,

such additional property as provided by the laws of the State of Alabama, including, but not necessarily limited to, Alabama Code §35-11-210, et seq.

This Lien is claimed, separately, severally, and jointly, as to the Land, the Leasehold Estates, the Wells, the buildings and improvements in, on, under, or about the Land, the Leasehold Estates, and/or the Wells, and all rights and appurtenances pertaining to any or all of the foregoing.

That said Lien is claimed to secure an indebtedness of **Fifteen Thousand Eight Hundred Fifty-One and 46/100 Dollars ($15,851.46)** with interest as may be allowed under the laws of the State of Alabama from the respective dates of the furnishing of the services, material and/or equipment (collectively, the "Work") giving rise to the Lien claimed herein, which Work and the dates of furnishing are further described in the attached **Exhibit "B"**.

The first of the Work was provided on **November 8, 2019**. The last of the Work was provided on **February 23, 2020**. (See, also, the attached **Exhibit "B"**.)

The Working Interest Owners, who are the owners or proprietors of said Property, and their respective addresses, are:

Sklarco, LLC
401 Edwards St.,
Suite 1601
Shreveport, LA 71101

*Verified Statement of Lien*
*(BHOO/Sklar-Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)*
**506864v.1 B075/00713**                    2

**EXHIBIT 1**

Sklarco, LLC
c/o C T Corporation
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

Hughes Oil Inc.
Mirror Lake Office Plaza
2829 Lakeland Dr., Suite 1670
Flowood, MS 39232

The Rudman Partnership, Ltd.
c/o W. R. Sibley III, Registered Agent
1700 Pacific Avenue, Suite 4700
Dallas, TX 75204

Hanson Operating Company, Inc.
P.O. Box 1515
Roswell, NM 88202-1515

Hanson Operating Company, Inc.
c/o Ray Willis, Registered Agent
400 N. Pennsylvania, Suite 1200
Roswell, NM 88201

Craft Exploration Company, LLC
PO Box 2430
Madison, MS 39130

Craft Exploration Company, LLC
c/o Julie Den Herder, Registered Agent
125 Bradshaw Crossing
Canton, MS 39046

Craft Exploration Company, LLC
325 Lakeshire Pkwy
Canton, MS 39046

J & A Harris, LP
3141 Hood Street, Suite 520
Dallas, TX 75219

J & A Harris, LP
c/o Angela Harris
333 Texas Street, Suite 1414
Shrevepot, LA 71101-3679

JF Howell Interests, LP
Attn: James David Morgan, Manager
416 Travis Street, Suite 700
Shreveport, LA 71101

JF Howell Interests, LP
350 N. St. Paul Street, Suite 2900
Dallas, TX 75201

JF Howell Interests, LP
c/o J. Benjamin Warren, Jr.
Registered Agent
401 Edwards St., Suite 2010
Shreveport, LA 71101

JJS Interests Escambia, LLC
4295 San Felipe, Suite 207
Houston, TX 77027

JJS Interests Escambia, LLC
c/o Justin Simons, Registered Agent
2001 Kirby Dr., Suite 1110
Houston, TX 77019

Tauber Exploration & Production Co.
c/o Richard E. Tauber,
Registered Agent
55 Waugh Drive, Suite 600
Houston, TX 77007

Kudzu Oil Properties, LLC
c/o Wirt A. Yerger, III, Registered Agent
300 Concourse Blvd., Suite 101
Ridgeland, MS 39157

**EXHIBIT 1**

KMR Investments LLC
P.O. Box 417
Homer, LA 71040

KMR Investments LLC
c/o James Michael Hays
Registered Agent
209 Sam Baird Rd.
Homer, LA 71040

Hughes 2000 CT LLC
Mirror Lake Office Plaza
2829 Lakeland Dr., Suite 1670
Flowood, MS 39232

Hughes 2000 CT LLC
c/o Stanley Lee Kyner
Registered Agent
304 Thorngate Drive
Brandon, MS 39042

McCombs Energy, Ltd.
5599 San Felipe, Suite 1200
Houston, TX 77056

McCombs Energy, Ltd.
c/o Gary V. Woods
Registered Agent
755 East Mulberry, Suite 600
San Antonio, TX 78212

Marksco, L.L.C.
c/o Mark Sealy, Registered Agent
333 Texas Street, Suite 1050
Shreveport, LA 71101

Franks Exploration Co., LLC
c/o Faith N. Gilbert
Registered Agent
1312 N. Hearne Ave.
Shreveport, LA 71107-6516

Tiembo Ltd.
Attn: Mark Rauch
PO Box 270415
Houston, TX 77277-0415

Tiembo Ltd.
c/o Gary S. Glesby, Registered Agent
3040 Post Oak Blvd., 13th Fl.
Houston, TX 77056

Pickens Financial Group, LLC
8499 Greenville Avenue, Suite 105
Dallas, TX 75231-2417

Pickens Financial Group, LLC
c/o Pickens Energy Corporation, Reg. Agent
10100 N. Central Expressway
Suite 200
Dallas, TX 75231-4159

Bundero Investment Company, L.L.C.
c/o Malcolm S. Murchison, Reg. Agent
401 Edwards Street, Suite 820
Shreveport, LA 71101

Bundero Investment Company, L.L.C.
333 Texas St., Ste 300
Shreveport, LA 71101

Fant Energy Limited
5800 Westview Drive
Houston, TX 77055

Fant Energy Limited
PO Box 55205
Houston, TX 77255

EXHIBIT 1

Fant Energy Limited
1322 N. Post Oak Rd.
Houston, TX 77055

Fant Energy Limited
c/o Capitol Corporate Services, Inc.
206 E. 9th St., Suite 1300
Austin, TX 78701

Fletcher Exploration, LLC
P.O. Box 2147
Fairhope, AL 36533

Dickson Oil & Gas, LLC
307 Deborah Drive
Shreveport, LA 71106

Dickson Oil & Gas, LLC
PO Box 52479
Shreveport, LA 71135

Dickson Oil & Gas, LLC
c/o Michael E. Riddick
Registered Agent
333 Texas St., Suite 700
Shreveport, LA 71101

Resource Ventures, LLC
Attn: Mark A. Arnold
7112 W. Jefferson Ave., Suite 106
Lakewood, CO 80235

Resource Ventures, LLC
Attn: Mark A. Arnold
8369 South Park Lane, Suite B
Littleton, CO 80120

Resource Ventures LLC
c/o Steven Swanson
Registered Agent
5720 S. Benton Circle
Littleton, CO 80123

Landmark Exploration, LLC
PO Box 12004
Jackson, MS 39236

Landmark Exploration, LLC
c/o Michael E. Johnson
Registered Agent
113 Park Circle Drive
Flowood, MS 39332

DBC Resources, LP
P.O. Box 191407
Dallas, TX 75219-1407

DBC Resources, LP
4242 Lomo Alto, Apt. #30
Dallas, TX 75219

DBC Resources, LP
c/o Donald L. Clark
Registered Agent
4428 Windsor Parkway
Dallas, TX 75205

DCOD LLC
16250 Dallas North Parkway
Dallas, TX 75248

DCOD, LLC
c/o Dale Clark, Registered Agent
16390 Addison Rd.
Addison, TX 75001

EXHIBIT 1

FPCC USA, Inc.
445 Louisiana Ave.
Baton Rouge, LA  70802

FPCC USA, Inc.
c/o Corporation Service Company
Registered Agent
501 Louisiana Avenue
Baton Rouge, LA  70802

    Claimant furnished the Work to **Sklar Exploration Company, LLC, a Louisiana limited liability company**, ("Sklar Exploration"), who was the operator of the Wells. **Sklarco, LLC, a Louisiana limited liability company**, ("Sklarco") holds a working interest in the Property.  Sklar Exploration and Sklarco are related entities.  In that regard, to the extent of Sklarco's ownership interest in the Property, Sklar Exploration was the agent of Sklarco.  As such Claimant furnished its Work on the Property, and asserts the Lien, as a direct contractor to Sklarco, and asserts the Lien both as to Sklar Exploration's ownership and operating interest in and to the Property, and as to Sklarco's ownership interest in and to the Property.

    Further, to the extent Sklar Exploration was acting as the agent of any of the other Working Interest Owners, Claimant furnished its work on the Property, and asserts the Lien, as a direct contractor to such Working Interest Owners and, to that extent, asserts the Lien against the interest in the Property held by such other Working Interest Owners.

    Without waiving the foregoing, to the extent Sklar Exploration was acting as a contractor to a Working Interest Owner, and not as its agent, Claimant furnished its work on the Property, and asserts the Lien, as a subcontractor to Sklar Exploration, against the interest in the Property held by such Working Interest Owner.

Christopher J. Ryan, Manager of Collections of Baker Hughes Oilfield Operations LLC, a California limited liability company

506864v.1 B075/00713 (BHOO/Sklar – Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)

**EXHIBIT 1**

Before me, *William R. Sudela* , a Notary Public in and for the State of Texas, personally appeared Christopher J. Ryan, who being duly sworn, doth depose and say:  that he has personal knowledge of the facts set forth in the foregoing Verified Statement of Lien, and that the same are true and correct to the best of his knowledge and belief.

_____
Christopher J. Ryan, Affiant

Subscribed and sworn to before me on this the 10th day of June, 2020, by said Affiant, Christopher J. Ryan.

_____
Notary Public, State of Texas



WILLIAM R. SUDELA
My Notary ID # 3446989
Expires June 20, 2022

508864v.1 B075/00713 (BHOO/Sklar – Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)

**EXHIBIT 1**

## <u>VERIFIED STATEMENT OF LIEN</u>

STATE OF ALABAMA          §
                          §
COUNTY OF ESCAMBIA        §

GE OIL & GAS PRESSURE CONTROL LP, a Texas limited partnership, ("Claimant"), acting herein, by and through CHRISTOPHER J. RYAN, Manager of Collections of BAKER HUGHES OILFIELD OPERATIONS LLC, a California limited liability company, Authorized Agent of GE OIL & GAS PRESSURE CONTROL LP, who has personal knowledge of the facts herein set forth below:

That Claimant claims a lien (the "Lien") upon the "Property" (herein defined), to the extent of the interest therein, legal and/or equitable, fee and/or leasehold, of the "Working Interest Owners" (herein defined), to the extent provided herein.

The Property includes:

the land (the "Land") situated in Escambia County, State of Alabama, further described in the attached **Exhibit "A"** and/or the attached **Exhibit "B"**, including all improvements and appurtenances thereto;

all mineral leasehold estates with respect to minerals located in, on, or under the Land (the "Leasehold Estates"), including the leases (the "Leases") associated with the "Wells" (herein defined), including all improvements and appurtenances to the Land, and/or the Wells, and including the right to the use of the surface of the Land, and the right to extract minerals located in, on, or under the Land;

all easements to and/or from the Land (the "Easements"), including, but not necessarily limited to, those easements described in, and/or referred to in the instruments listed in, the attached **Exhibit "A",** and/or described and/or referred to in the attached **Exhibit "B"**;

all licenses and permits pertaining to the Land and/or the Wells, including, but not necessarily limited to, those permits and/or licenses described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

**EXHIBIT 1**

all wells (the "Wells", whether one or more) used in connection with operations conducted in, on, under, or about the Land, including the overall operation of the Wells, such Wells including, but not necessarily limited to: those wells identified in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

all other property and/or property rights pertaining to the use and/or operation of the Land and/or the Wells, including, but not necessarily limited to, those properties and/or property rights described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**; and,

such additional property as provided by the laws of the State of Alabama, including, but not necessarily limited to, Alabama Code §35-11-210, et seq.

This Lien is claimed, separately, severally, and jointly, as to the Land, the Leasehold Estates, the Wells, the buildings and improvements in, on, under, or about the Land, the Leasehold Estates, and/or the Wells, and all rights and appurtenances pertaining to any or all of the foregoing.

That said Lien is claimed to secure an indebtedness of **Two Thousand Four Hundred Forty-Nine and 55/100 Dollars ($2,449.55)** with interest as may be allowed under the laws of the State of Alabama from the respective dates of the furnishing of the services, material and/or equipment (collectively, the "Work") giving rise to the Lien claimed herein, which Work and the dates of furnishing are further described in the attached **Exhibit "B".**

The first of the Work was provided on **December 12, 2019**. The last of the Work was provided on **December 12, 2019**. (See, also, the attached **Exhibit "B"**.)

The Working Interest Owners, who are the owners or proprietors of said Property, and their respective addresses, are:

Sklarco, LLC                        Sklarco, LLC
401 Edwards St.,                    c/o C T Corporation
Suite 1601                          3867 Plaza Tower Dr.
Shreveport, LA  71101               Baton Rouge, LA 70816

*Verified Statement of Lien*
*(GE Oil & Gas/Sklar-CCL&T 13-11 #1 Well, Escambia County, AL)*
506648v.1 B075/00713                        2

**EXHIBIT 1**

BVS, LLC
c/o Brian Biffle, Registered Agent
2010 Balsam Drive
Boulder, CO  80304

Daboil Resources, LC
505 Geneva Avenue
Boulder, CO  80302

FPCC USA, Inc.
245 Commerce Green Blvd., Ste. 250
Sugar Land, TX  77478

FPCC USA, Inc.
c/o Corporation Service Company dba
CSC – Lawyers Incorporating Service
Company
211 E. 7th Street, Suite 620
Austin, TX  78701-3218

Aspen Energy, Inc.
161 St. Matthews Ave., Suite 16
Louisville, KY  40207

Aspen Energy, Inc.
c/o Michael S. Reed, Registered Agent
4051 Ormond Road
Louisville, KY  40207

Chanse Resources, L.L.C.
Attn:  Wes Shepherd, COO
PO Box 1572
Shreveport, LA  71165

Joel Davis
PO Box 540988
Houston, TX  77254

Gateway Exploration, LLC
Attn:  Jay Moffitt
3555 Timmons Lane, Suite 730
Houston, TX  77027

Gateway Exploration, LLC
c/o Taylor V. Cooksey
Registered Agent
6363 Woodway, Suite 610
Houston, TX  77057

Bundero Investment Company, L.L.C.
c/o Malcolm S. Murchison
Registered Agent
401 Edwards Street, Suite 820
Shreveport, LA  71101

Craft Exploration Company, LLC
PO Box 2430
Madison, MS  39130

Craft Exploration Company, LLC
c/o Julie Den Herder, Registered Agent
125 Bradshaw Crossing
Canton, MS  39046

Fant Energy Limited
PO Box 55205
Houston, TX  77255

Fant Energy Limited
1322 N. Post Oak Rd.
Houston, TX  77055

**EXHIBIT 1**

Fant Energy Limited
c/o Capitol Corporate Services, Inc.
206 E. 9th St., Suite 1300
Austin, TX  78701

GCREW Properties, LLC
c/o George E. Jochetz, III, Pres.
Registered Agent
12323 Rip Van Winkle
Houston, TX  77024

HBRada, LLC
Hansen Rada, Manager
Registered Agent
2010 Alphine Drive
Boulder, CO  80304

Kudzu Oil Properties, LLC
c/o Wirt A. Yerger, III, Registered Agent
300 Concourse Blvd., Suite 101
Ridgeland, MS  39157

MER Energy, Ltd.
c/o William C. Herndon
Registered Agent
6500 Greenville Ave., Suite 110
Dallas, TX  75206

Resource Ventures, LLC
Attn:  Mark A. Arnold
7112 W. Jefferson Ave., Suite 106
Lakewood, CO  80235

Resource Ventures, LLC
c/o Steven Swanson
5720 S. Benton Circle
Littleton, CO  80123

Robert Israel
2920 6th Street
Boulder, CO  80304

TST Energy, LLC
c/o Tracy S. Toups, Manager
Registered Agent
3238 Barksdale Blvd.
Bossier City, LA  71112

JF Howell Interests, LP
Attn:  James David Morgan, Manager
416 Travis Street, Suite 700
Shreveport, LA  71101

JF Howell Interests, LP
350 N. St. Paul Street, Suite 2900
Dallas, TX  75201

JF Howell Interests, LP
c/o J. Benjamin Warren, Jr.
Registered Agent
401 Edwards St., Suite 2010
Shreveport, LA  71101

Landmark Exploration, LLC
PO Box 12004
Jackson, MS  39236

Landmark Exploration, LLC
c/o Michael E. Johnson
Registered Agent
113 Park Circle Drive
Flowood, MS  39332

Meritage Energy, Ltd.
c/o BKD, LLP
c/o John W. Steffes, Registered Agent
2800 Post Oak Blvd, Suite 3200
Houston, TX  77056

506648v.1 B075/00713 (GE Oil & Gas/Sklar – CCL&T 13-11 #1 Well, Escambia County, AL)

**EXHIBIT 1**

Pickens Financial Group, LLC
c/o Pickens Energy Corporation
Registered Agent
10100 N. Central Expressway
Suite 200
Dallas, TX  75231-4159

Tauber Exploration & Production Co.
c/o Richard E. Tauber,
Registered Agent
55 Waugh Drive, Suite 600
Houston, TX  77007

JJS Interests North Beach, LLC
4295 San Felipe, Suite 207
Houston, TX  77027

JJS Working Interests LLC
c/o Justin Simons, Registered Agent
2001 Kirby Dr., Suite 1110
Houston, TX  77019

Marksco, L.L.C.
c/o Mark Sealy, Registered Agent
333 Texas Street, Suite 1050
Shreveport, LA  71101

MJS Interests, LLC
c/o Martin J. Schaffer, Registered Agent
9266 Hathaway Street
Dallas, TX  75220

Robert Israel Trust
2920 6th Street
Boulder, CO  80304

Tiembo Ltd.
Attn:  Mark Rauch
PO Box 270415
Houston, TX  77277-0415

Tiembo Ltd.
c/o Gary S. Glesby, Registered Agent
3040 Post Oak Blvd., 13th Fl.
Houston, TX  77056

Claimant furnished the Work to **Sklar Exploration Company, LLC, a Louisiana limited liability company**, ("Sklar Exploration"), who was the operator of the Wells. **Sklarco, LLC, a Louisiana limited liability company**, ("Sklarco") holds a working interest in the Property.  Sklar Exploration and Sklarco are related entities.  In that regard, to the extent of Sklarco's ownership interest in the Property, Sklar Exploration was the agent of Sklarco.  As such Claimant furnished its Work on the Property, and asserts the Lien, as a direct contractor to Sklarco, and asserts the Lien both as to Sklar Exploration's ownership and operating interest in and to the Property, and as to Sklarco's ownership interest in and to the Property.

Further, to the extent Sklar Exploration was acting as the agent of any of the other Working Interest Owners, Claimant furnished its work on the Property, and asserts the Lien, as a direct contractor to such Working Interest Owners and, to that extent, asserts the Lien against the interest in the Property held by such other Working Interest Owners.

506648v.1 B075/00713 (GE Oil & Gas/Sklar – CCL&T 13-11 #1 Well, Escambia County, AL)

**EXHIBIT 1**

_____

Christopher J. Ryan, Manager of Collections of Baker Hughes Oilfield Operations LLC, a California limited liability company, Authorized Agent of GE Oil & Gas Pressure Control LP, a Texas limited partnership

Before me, a notary public in and for the county of Harris, State of Texas, personally appeared CHRISTOPHER J. RYAN, who being duly sworn, doth depose and say: that he has personal knowledge of the facts set forth in the foregoing statement of lien, and that the same are true and correct to the best of his knowledge and belief.

SUBSCRIBED AND SWORN TO BEFORE ME by CHRISTOPHER J. RYAN, on this the _____ day of June, 2020, to certify which witness my hand and official seal.

_____

Notary Public, State of Texas

**EXHIBIT 1**

## VERIFIED STATEMENT OF LIEN

STATE OF ALABAMA      §
                                 §

COUNTY OF ESCAMBIA    §

       GE OIL & GAS PRESSURE CONTROL LP, a Texas limited partnership, ("Claimant") files this statement in writing, verified by the oath of CHRISTOPHER J. RYAN, Manager of Collections of BAKER HUGHES OILFIELD OPERATIONS LLC, a California limited liability company, Authorized Agent of GE OIL & GAS PRESSURE CONTROL LP, who has personal knowledge of the facts herein set forth below:

       That Claimant claims a lien (the "Lien") upon the "Property" (herein defined), to the extent of the interest therein, legal and/or equitable, fee and/or leasehold, of the "Working Interest Owners" (herein defined), to the extent provided herein.

       The Property includes:

       the land (the "Land") situated in Escambia County, State of Alabama, further described in the attached **Exhibits "A", "B", and "C"**, including all improvements and appurtenances thereto;

       all mineral leasehold estates with respect to minerals located in, on, or under the Land (the "Leasehold Estates"), including the leases (the "Leases") associated with the "Wells" (herein defined), including all field wide units in which the Wells are located, and each production unit in which any one or more of the Wells is located, including all improvements and appurtenances to the Land, and/or the Wells, and including the right to the use of the surface of the Land, and the right to extract minerals located in, on, or under the Land;

       all easements to and/or from the Land (the "Easements"), including, but not necessarily limited to, those easements described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

       all licenses and permits pertaining to the Land and/or the Wells, including, but not necessarily limited to, those permits and/or licenses described in,

**EXHIBIT 1**

and/or referred to in the instruments listed in, the attached **Exhibits "A"**, **"B", and "C"**;

all wells (the "Wells", whether one or more) used in connection with operations conducted in, on, under, or about the Land, including the overall operation of the Wells, such Wells including, but not necessarily limited to: those wells identified in, and/or referred to in the instruments listed in, the attached **Exhibits "A"**, **"B", and "C"**;

all other property and/or property rights pertaining to the use and/or operation of the Land and/or the Wells, including, but not necessarily limited to, those properties and/or property rights described in, and/or referred to in the instruments listed in, the attached **Exhibits "A"**, **"B", and "C"**; and,

such additional property as provided by the laws of the State of Alabama, including, but not necessarily limited to, Alabama Code §35-11-210, et seq.

This Lien is claimed, separately, severally, and jointly, as to the Land, the Leasehold Estates, the Wells, the buildings and improvements in, on, under, or about the Land, the Leasehold Estates, and/or the Wells, and all rights and appurtenances pertaining to any or all of the foregoing.

That said Lien is claimed to secure an indebtedness of **Three Thousand Eight Hundred Forty-Four and 29/100 Dollars ($3,844.29)** with interest as may be allowed under the laws of the State of Alabama from the respective dates of the furnishing of the services, material and/or equipment (collectively, the "Work") giving rise to the Lien claimed herein, which Work and the dates of furnishing are further described in the attached **Exhibit "B"**.

The first of the Work was provided on **November 16, 2019**.  The last of the Work was provided on **February 12, 2020**.  (See, also, the attached **Exhibit "B"**.)

The Working Interest Owners, who are the owners or proprietors of said Property, and their respective addresses, are:

Sklarco, LLC
401 Edwards St.,
Suite 1601
Shreveport, LA  71101

Sklarco, LLC
c/o C T Corporation
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

*Verified Statement of Lien*
*(GE Oil & Gas/Sklar-Fish Pond Oil Unit, Escambia County, AL)*
506527v.1 B075/00713                    2

**EXHIBIT 1**

Resource Ventures, LLC
Attn:  Mark A. Arnold
7112 W. Jefferson Ave., Suite 106
Lakewood, CO  80235

Resource Ventures, LLC
Attn:  Mark A. Arnold
8369 South Park Lane, Suite B
Littleton, CO  80120

Resource Ventures LLC
c/o Steven Swanson
Registered Agent
5720 S. Benton Circle
Littleton, CO  80123

Landmark Exploration, LLC
PO Box 12004
Jackson, MS  39236

Landmark Exploration, LLC
c/o Michael E. Johnson
Registered Agent
113 Park Circle Drive
Flowood, MS  39332

Marksco, L.L.C.
c/o Mark Sealy, Registered Agent
333 Texas Street, Suite 1050
Shreveport, LA  71101

Tauber Exploration & Production Co.
c/o Richard E. Tauber,
Registered Agent
55 Waugh Drive, Suite 600
Houston, TX  77007

JJS Interests North Beach, LLC
4295 San Felipe, Suite 207
Houston, TX  77027

JJS Interests North Beach, LLC
c/o Justin Simons, Registered Agent
2001 Kirby Dr., Suite 1110
Houston, TX  77019

JF Howell Interests, LP
Attn:  James David Morgan, Manager
416 Travis Street, Suite 700
Shreveport, LA  71101

JF Howell Interests, LP
350 N. St. Paul Street, Suite 2900
Dallas, TX  75201

JF Howell Interests, LP
c/o J. Benjamin Warren, Jr.
Registered Agent
401 Edwards St., Suite 2010
Shreveport, LA  71101

Dickson Oil and Gas, LLC
PO Box 52479
Shreveport, LA  71135

Dickson Oil and Gas, LLC
c/o Michael E. Riddick
Registered Agent
333 Texas St., Suite 700
Shreveport, LA  71101

Tiembo Ltd.
Attn:  Mark Rauch
PO Box 270415
Houston, TX  77277-0415

Tiembo Ltd.
c/o Gary S. Glesby, Registered Agent
3040 Post Oak Blvd., 13th Fl.
Houston, TX  77056

506527v.1 B075/00713 (GE Oil & Gas/Sklar – Fish Pond Oil Unit, Escambia County, AL)

**EXHIBIT 1**

Pickens Financial Group, LLC
8499 Greenville Avenue, Suite 105
Dallas, TX  75231-2417

Pickens Financial Group, LLC
c/o Pickens Energy Corporation
Registered Agent
10100 N. Central Expressway
Suite 200
Dallas, TX  75231-4159

Bundero Investment Company, LLC
333 Texas Street, Suite 300
Shreveport, LA  71101

Bundero Investment Company, L.L.C.
c/o Malcolm S. Murchison
Registered Agent
401 Edwards Street, Suite 820
Shreveport, LA  71101

Craft Exploration Company, LLC
Attn:  Steven H. Craft
PO Box 2430
Madison, MS  39130

Craft Exploration Company, LLC
c/o Julie Den Herder, Registered Agent
125 Bradshaw Crossing
Canton, MS  39046

Fant Energy Limited
PO Box 55205
Houston, TX  77255

Fant Energy Limited
1322 N. Post Oak Rd.
Houston, TX  77055

Fant Energy Limited
c/o Capitol Corporate Services, Inc.
206 E. 9th St., Suite 1300
Austin, TX  78701

Kudzu Oil Properties, LLC
c/o Wirt A. Yerger, III, Registered Agent
300 Concourse Blvd., Suite 101
Ridgeland, MS  39157

The Rudman Partnership, Ltd.
c/o W. R. Sibley III, Registered Agent
1700 Pacific Avenue, Suite 4700
Dallas, TX  75204

McCombs Energy, Ltd.
5599 San Felipe, Suite 1200
Houston, TX  77056-2794

McCombs Energy, Ltd.
c/o Gary V. Woods
Registered Agent
755 East Mulberry, Suite 600
San Antonio, TX  78212

MKPG-S Trust
c/o Michael K. Pickens
6465 South Yale Avenue, Suite 420
Tulsa, OK  74136

506527v.1 B075/00713 (GE Oil & Gas/Sklar – Fish Pond Oil Unit, Escambia County, AL)

**EXHIBIT 1**

Claimant furnished the Work to **Sklar Exploration Company, LLC, a Louisiana limited liability company**, ("Sklar Exploration"), who was the operator of the Wells. **Sklarco, LLC, a Louisiana limited liability company**, ("Sklarco") holds a working interest in the Property. Sklar Exploration and Sklarco are related entities. In that regard, to the extent of Sklarco's ownership interest in the Property, Sklar Exploration was the agent of Sklarco. As such Claimant furnished its Work on the Property, and asserts the Lien, as a direct contractor to Sklarco, and asserts the Lien both as to Sklar Exploration's ownership and operating interest in and to the Property, and as to Sklarco's ownership interest in and to the Property.

Further, to the extent Sklar Exploration was acting as the agent of any of the other Working Interest Owners, Claimant furnished its work on the Property, and asserts the Lien, as a direct contractor to such Working Interest Owners and, to that extent, asserts the Lien against the interest in the Property held by such other Working Interest Owners.

Without waiving the foregoing, to the extent Sklar Exploration was acting as a contractor to a Working Interest Owner, and not as its agent, Claimant furnished its work on the Property, and asserts the Lien, as a subcontractor to Sklar Exploration, against the interest in the Property held by such Working Interest Owner.

_Christopher J. Ryan_

Christopher J. Ryan, Manager of Collections of Baker Hughes Oilfield Operations LLC, a California limited liability company, Authorized Agent of GE Oil & Gas Pressure Control LP, a Texas limited partnership

**EXHIBIT 1**

Before me, _William R. Sudela_, a Notary Public in and for the State of Texas, personally appeared Christopher J. Ryan, who being duly sworn, doth depose and say: that he has personal knowledge of the facts set forth in the foregoing Verified Statement of Lien, and that the same are true and correct to the best of his knowledge and belief.

_____
Christopher J. Ryan, Affiant

Subscribed and sworn to before me on this the 4th day of June, 2020, by said Affiant, Christopher J. Ryan.

_____
Notary Public, State of Texas

WILLIAM R. SUDELA
My Notary ID # 3446989
Expires June 20, 2022

**EXHIBIT 1**

## VERIFIED STATEMENT OF LIEN

| | |
|---|---|
| STATE OF ALABAMA | § |
| | § |
| COUNTY OF CONECUH | § |

GE OIL & GAS PRESSURE CONTROL LP, a Texas limited partnership, ("Claimant") files this statement in writing, verified by the oath of CHRISTOPHER J. RYAN, Manager of Collections of BAKER HUGHES OILFIELD OPERATIONS LLC, a California limited liability company, Authorized Agent of GE OIL & GAS PRESSURE CONTROL LP, a Texas limited partnership, who has personal knowledge of the facts herein set forth below:

That Claimant claims a lien (the "Lien") upon the "Property" (herein defined), to the extent of the interest therein, legal and/or equitable, fee and/or leasehold, of the "Working Interest Owners" (herein defined), to the extent provided herein.

The Property includes:

the land (the "Land") situated in Conecuh County, State of Alabama, further described in the attached **Exhibits "A"**, **"B", and "C"**, including all improvements and appurtenances thereto;

all mineral leasehold estates with respect to minerals located in, on, or under the Land (the "Leasehold Estates"), including the leases (the "Leases") associated with the "Wells" (herein defined), including all field wide units in which the Wells are located, and each production unit in which any one or more of the Wells is located, including all improvements and appurtenances to the Land, and/or the Wells, and including the right to the use of the surface of the Land, and the right to extract minerals located in, on, or under the Land;

all easements to and/or from the Land (the "Easements"), including, but not necessarily limited to, those easements described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

all licenses and permits pertaining to the Land and/or the Wells, including, but not necessarily limited to, those permits and/or licenses described in,

*Verified Statement of Lien*
*(GE Oil & Gas/Sklar-Little Cedar Creek Oil Unit II, Conecuh County, AL)*
506533v.1 B075/00713                                    1

**EXHIBIT 1**

and/or referred to in the instruments listed in, the attached **Exhibits "A"**, **"B", and "C"**;

all wells (the "Wells", whether one or more) used in connection with operations conducted in, on, under, or about the Land, including the overall operation of the Wells, such Wells including, but not necessarily limited to: those wells identified in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**;

all other property and/or property rights pertaining to the use and/or operation of the Land and/or the Wells, including, but not necessarily limited to, those properties and/or property rights described in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**; and,

such additional property as provided by the laws of the State of Alabama, including, but not necessarily limited to, Alabama Code §35-11-210, et seq.

This Lien is claimed, separately, severally, and jointly, as to the Land, the Leasehold Estates, the Wells, the buildings and improvements in, on, under, or about the Land, the Leasehold Estates, and/or the Wells, and all rights and appurtenances pertaining to any or all of the foregoing.

That said Lien is claimed to secure an indebtedness of **Four Thousand Five Hundred Nineteen and 22/100 Dollars ($4,519.22)** with interest as may be allowed under the laws of the State of Alabama from the respective dates of the furnishing of the services, material and/or equipment (collectively, the "Work") giving rise to the Lien claimed herein, which Work and the dates of furnishing are further described in the attached **Exhibit "B".**

The first of the Work was provided on **November 14, 2019**.  The last of the Work was provided on **February 12, 2020**.  (See, also, the attached **Exhibit "B"**.)

The Working Interest Owners, who are the owners or proprietors of said Property, and their respective addresses, are:

Sklarco, LLC
401 Edwards St.,
Suite 1601
Shreveport, LA  71101

Sklarco, LLC
c/o C T Corporation
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

*Verified Statement of Lien*
*(GE Oil & Gas/Sklar-Little Cedar Creek Oil Unit II, Conecuh County, AL)*
506533v.1 B075/00713                         2

**EXHIBIT 1**

Coastal Exploration, Inc.
c/o Julius M. Ridgway
Registered Agent
701 Avignon Drive, Suite 101
Ridgeland, MS  39157

Coastal Exploration, Inc.
1437 Old Square Road, Crescent Court
Suite 104
Jackson, Mississippi  39236

Waller Brothers, Inc.
137 Bridgewater Crossing
Ridgeland, MS  39157

Waller Brothers, Inc.
c/o Donald E. Waller
Registered Agent
524 E. Pascagoula St.
Jackson, MS  39201

Kudzu Oil Properties, LLC
c/o Wirt A. Yerger, III, Registered Agent
300 Concourse Blvd., Suite 101
Ridgeland, MS  39157

Bundero Investment Company, LLC
333 Texas Street, Suite 300
Shreveport, LA  71101

Bundero Investment Company, L.L.C.
c/o Malcolm S. Murchison
Registered Agent
401 Edwards Street, Suite 820
Shreveport, LA  71101

Fant Energy Limited
PO Box 55205
Houston, TX  77255

Fant Energy Limited
1322 N. Post Oak Rd.
Houston, TX  77055

Fant Energy Limited
c/o Capitol Corporate Services, Inc.
206 E. 9th St., Suite 1300
Austin, TX  78701

Ansaben Trust
505 Geneva Ave.
Boulder, CO  80302

Tenexco, Inc.
414 Clinton P., Suite 106
River Forest, IL  60305-2286

Tenexco, Inc.
c/o Richard S. Incandela
Registered Agent
17W715 Butterfield Rd., Unit C
Oakbrook Terrace, IL  60181

Craft Exploration Company, LLC
PO Box 2430
Madison, MS  39130

Craft Exploration Company, LLC
c/o Julie Den Herder, Registered Agent
125 Bradshaw Crossing
Canton, MS  39046

Fleet Howell
416 Travis St., Suite 715
Shreveport, LA  71101

506533v.1 B075/00713 (GE Oil & Gas/Sklar – Little Cedar Creek Oil Unit II, Conecuh County, AL)

**EXHIBIT 1**

Carl Herrin Oil and Gas, LLC
c/o Joseph E. Varner, III
Registered Agent
190 E. Capitol Street, Suite 100 (39201)
PO Drawer 119
Jackson, MS  39205

JJS Interests North Beach, LLC
4295 San Felipe, Suite 207
Houston, TX  77027

JJS Interests North Beach, LLC
c/o Justin Simons, Registered Agent
2001 Kirby Dr., Suite 1110
Houston, TX  77019

Lucas Petroleum Group, Inc.
c/o Harry Lucas, Jr.
Registered Agent
327 Congress Ave., Suite 500
Austin, TX  78701-3656

Beazley Petroleum, LLC
c/o Hamilton Beazley
Registered Agent
411 West Saint Elmo Road, #24
Austin, Texas 78745

Vickery Exploration, LLC
137 Bridgewater Crossing
Ridgeland, MS  39157

Vickery Exploration, LLC
106 Oak Wood Drive
Raymond, MS 39154

Vickery Exploration, LLC
c/o Jimmy D. Vickery
Registered Agent
333 Summerville Drive
Madison, MS  39110

McCombs Energy, Ltd.
5599 San Felipe, Suite 1200
Houston, TX  77056-2794

McCombs Energy, Ltd.
c/o Gary V. Woods
Registered Agent
755 East Mulberry, Suite 600
San Antonio, TX  78212

Marksco, L.L.C.
c/o Mark Sealy, Registered Agent
333 Texas Street, Suite 1050
Shreveport, LA  71101

Embayment Production, LLC
PO Box 187
Jackson, MS  39205-0187

Embayment Production, LLC
c/o William B. Ridgway, Jr.
233 ½ East Capitol Street
PO Box 187
Jackson, MS  39205-0187

Tiembo Ltd.
Attn:  Mark Rauch
PO Box 270415
Houston, TX  77277-0415

Tiembo Ltd.
c/o Gary S. Glesby, Registered Agent
3040 Post Oak Blvd., 13th Fl.
Houston, TX  77056

Tyler Oil and Gas, LLC
c/o Henry B. Tyler, Registered Agent
137 Bridgewater Crossing
Ridgeland, MS  39157

506533v.1 B075/00713 (GE Oil & Gas/Sklar – Little Cedar Creek Oil Unit II, Conecuh County, AL)

**EXHIBIT 1**

Brock Resources, LLC
2634 Henley Dr.
Round Rock, Texas  78681

Brock Resources, LLC
c/o James T. Cameron
Registered Agent
720 Brazos Street, Suite 700
Austin, Texas  78701

Dickson Oil and Gas, LLC
PO Box 52479
Shreveport, LA  71135

Dickson Oil and Gas, LLC
c/o Michael E. Riddick
Registered Agent
333 Texas St., Suite 700
Shreveport, LA  71101

Resource Ventures, LLC
Attn:  Mark A. Arnold
7112 W. Jefferson Ave., Suite 106
Lakewood, CO  80235

Resource Ventures, LLC
Attn:  Mark A. Arnold
8369 South Park Lane, Suite B
Littleton, CO  80120

Resource Ventures LLC
c/o Steven Swanson
Registered Agent
5720 S. Benton Circle
Littleton, CO  80123

Parous Energy, LLC
PO Box 2547
Madison, MS  39130

Parous Energy, LLC
c/o George S. Dennis
Registered Agent
1267 Gluckstadt Road
Madison, MS  39110

Conecuh Oil Company, LLC
c/o R. Scott Hines, Registered Agent
PO Box 3216
Ridgeland, MS  39158

Bobmary, L.C.
c/o Dr. Robert T. LaFargue
Registered Agent
5928 E. Ridge Drive
Shreveport, LA  71106

Quail Creek Production Co.
c/o Don W. Dahlgren
Registered Agent
13831 Quail Pointe Dr.
Oklahoma City, OK  73134

Landmark Exploration, LLC
PO Box 12004
Jackson, MS  39236

Landmark Exploration, LLC
c/o Michael E. Johnson
Registered Agent
113 Park Circle Drive
Flowood, MS  39332

**EXHIBIT 1**

Claimant furnished the Work to **Sklar Exploration Company, LLC, a Louisiana limited liability company**, ("Sklar Exploration"), who was the operator of the Wells. **Sklarco, LLC, a Louisiana limited liability company**, ("Sklarco") holds a working interest in the Property. Sklar Exploration and Sklarco are related entities. In that regard, to the extent of Sklarco's ownership interest in the Property, Sklar Exploration was the agent of Sklarco. As such Claimant furnished its Work on the Property, and asserts the Lien, as a direct contractor to Sklarco, and asserts the Lien both as to Sklar Exploration's ownership and operating interest in and to the Property, and as to Sklarco's ownership interest in and to the Property.

Further, to the extent Sklar Exploration was acting as the agent of any of the other Working Interest Owners, Claimant furnished its work on the Property, and asserts the Lien, as a direct contractor to such Working Interest Owners and, to that extent, asserts the Lien against the interest in the Property held by such other Working Interest Owners.

Without waiving the foregoing, to the extent Sklar Exploration was acting as a contractor to a Working Interest Owner, and not as its agent, Claimant furnished its work on the Property, and asserts the Lien, as a subcontractor to Sklar Exploration, against the interest in the Property held by such Working Interest Owner.

Christopher J. Ryan, Manager of Collections of Baker Hughes Oilfield Operations LLC, a California limited liability company, Authorized Agent of GE Oil & Gas Pressure Control LP, a Texas limited partnership

**EXHIBIT 1**

Before me, _William R Sudela_, a Notary Public in and for the State of Texas, personally appeared Christopher J. Ryan, who being duly sworn, doth depose and say:  that he has personal knowledge of the facts set forth in the foregoing Verified Statement of Lien, and that the same are true and correct to the best of his knowledge and belief.

_____
Christopher J. Ryan, Affiant

Subscribed and sworn to before me on this the _5th_ day of June, 2020, by said Affiant, Christopher J. Ryan.

_____
Notary Public, State of Texas

WILLIAM R. SUDELA
My Notary ID # 3446989
Expires June 20, 2022

506533v.1 B075/00713 (GE Oil & Gas/Sklar – Little Cedar Creek Oil Unit II, Conecuh County, AL)

**EXHIBIT 1**

## <u>VERIFIED STATEMENT OF LIEN</u>

STATE OF ALABAMA              §
                              §
COUNTY OF CONECUH             §

GE OIL & GAS PRESSURE CONTROL LP, a Texas limited partnership, ("Claimant") files this statement in writing, verified by the oath of CHRISTOPHER J. RYAN, Manager of Collections of BAKER HUGHES OILFIELD OPERATIONS LLC, a California limited liability company, Authorized Agent of GE OIL & GAS PRESSURE CONTROL LP, a Texas limited partnership, who has personal knowledge of the facts herein set forth below:

That Claimant claims a lien (the "Lien") upon the "Property" (herein defined), to the extent of the interest therein, legal and/or equitable, fee and/or leasehold, of the "Working Interest Owners" (herein defined), to the extent provided herein.

The Property includes:

the land (the "Land") situated in Conecuh County, State of Alabama, further described in the attached **Exhibit "A"** and/or the attached **Exhibit "B"**, including all improvements and appurtenances thereto;

all mineral leasehold estates with respect to minerals located in, on, or under the Land (the "Leasehold Estates"), including the leases (the "Leases") associated with the "Wells" (herein defined), including all improvements and appurtenances to the Land, and/or the Wells, and including the right to the use of the surface of the Land, and the right to extract minerals located in, on, or under the Land;

all easements to and/or from the Land (the "Easements"), including, but not necessarily limited to, those easements described in, and/or referred to in the instruments listed in, the attached **Exhibit "A",** and/or described and/or referred to in the attached **Exhibit "B"**;

all licenses and permits pertaining to the Land and/or the Wells, including, but not necessarily limited to, those permits and/or licenses described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

*Verified Statement of Lien*
*(GE Oil & Gas/Sklar-Little Cedar Creek Oil Unit IV, Conecuh County, AL)*
506535v.1 B075/00713                    1

**EXHIBIT 1**

all wells (the "Wells", whether one or more) used in connection with operations conducted in, on, under, or about the Land, including the overall operation of the Wells, such Wells including, but not necessarily limited to: those wells identified in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

all other property and/or property rights pertaining to the use and/or operation of the Land and/or the Wells, including, but not necessarily limited to, those properties and/or property rights described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**; and,

such additional property as provided by the laws of the State of Alabama, including, but not necessarily limited to, Alabama Code §35-11-210, et seq.

This Lien is claimed, separately, severally, and jointly, as to the Land, the Leasehold Estates, the Wells, the buildings and improvements in, on, under, or about the Land, the Leasehold Estates, and/or the Wells, and all rights and appurtenances pertaining to any or all of the foregoing.

That said Lien is claimed to secure an indebtedness of **Four Thousand One Hundred Seven and 71/100 Dollars ($4,107.71)** with interest as may be allowed under the laws of the State of Alabama from the respective dates of the furnishing of the services, material and/or equipment (collectively, the "Work") giving rise to the Lien claimed herein, which Work and the dates of furnishing are further described in the attached **Exhibit "B".**

The first of the Work was provided on **January 15, 2020**.  The last of the Work was provided on **February 19, 2020**.  (See, also, the attached **Exhibit "B".**)

The Working Interest Owners, who are the owners or proprietors of said Property, and their respective addresses, are:

Sklarco, LLC
401 Edwards St.,
Suite 1601
Shreveport, LA  71101

Sklarco, LLC
c/o C T Corporation
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

*Verified Statement of Lien*
*(GE Oil & Gas/Sklar-Little Cedar Creek Oil Unit IV, Conecuh County, AL)*
506535v.1 B075/00713                                        2

**EXHIBIT 1**

Beazley Petroleum, LLC
c/o Hamilton Beazley
Registered Agent
411 West Saint Elmo Road, #24
Austin, Texas 78745

Brock Resources, LLC
2634 Henley Dr.
Round Rock, Texas 78681

Brock Resources, LLC
c/o James T. Cameron
Registered Agent
720 Brazos Street, Suite 700
Austin, Texas 78701

Coastal Exploration, Inc.
c/o Julius M. Ridgway
Registered Agent
701 Avignon Drive, Suite 101
Ridgeland, MS 39157

Coastal Exploration, Inc.
1437 Old Square Road, Crescent Court
Suite 104
Jackson, Mississippi 39236

Carl Herrin Oil and Gas, LLC
c/o Joseph E. Varner, III
Registered Agent
190 E. Cpitol Street, Suite 100 (39201)
PO Drawer 119
Jackson, MS 39205

Conecuh Oil Company, LLC
c/o R. Scott Hines, Registered Agent
599 Northpark Dr.
PO Box 3216
Ridgeland, MS 39158

Embayment Production, LLC
PO Box 187
Jackson, MS 39205-0187

Embayment Production, LLC
c/o William B. Ridgway, Jr.
233 ½ East Capitol Street
PO Box 187
Jackson, MS 39205-0187

Lucas Petroleum Group, Inc.
c/o Harry Lucas, Jr.
Registered Agent
327 Congress Ave., Suite 500
Austin, TX 78701-3656

McCombs Energy, Ltd.
5599 San Felipe, Suite 1200
Houston, TX 77056-2794

McCombs Energy, Ltd.
c/o Gary V. Woods
Registered Agent
755 East Mulberry, Suite 600
San Antonio, TX 78212

Parous Energy, LLC
PO Box 2547
Madison, MS 39130

Parous Energy, LLC
c/o George S. Dennis
Registered Agent
1267 Gluckstadt Road
Madison, MS 39110

Tenexco, Inc.
414 Clinton P., Suite 106
River Forest, IL 60305-2286

**EXHIBIT 1**

Tenexco, Inc.
c/o Richard S. Incandela
Registered Agent
17W715 Butterfield Rd., Unit C
Oakbrook Terrace, IL  60181

Tyler Oil and Gas, LLC
c/o Henry B. Tyler, Registered Agent
137 Bridgewater Crossing
Ridgeland, MS  39157

Quail Creek Production Co.
c/o Don W. Dahlgren
Registered Agent
13831 Quail Pointe Dr.
Oklahoma City, OK  73134

Vickery Exploration, LLC
137 Bridgewater Crossing
Ridgeland, MS  39157

Vickery Exploration, LLC
106 Oak Wood Drive
Raymond, MS 39154

Vickery Exploration, LLC
c/o Jimmy D. Vickery
Registered Agent
333 Summerville Drive
Madison, MS  39110

Resource Ventures, LLC
Attn:  Mark A. Arnold
7112 W. Jefferson Ave., Suite 106
Lakewood, CO  80235

Resource Ventures, LLC
Attn:  Mark A. Arnold
8369 South Park Lane, Suite B
Littleton, CO  80120

Resource Ventures LLC
c/o Steven Swanson
Registered Agent
5720 S. Benton Circle
Littleton, CO  80123

JF Howell Interests, LP
Attn:  James David Morgan, Manager
416 Travis Street, Suite 700
Shreveport, LA  71101

JF Howell Interests, LP
350 N. St. Paul Street, Suite 2900
Dallas, TX  75201

JF Howell Interests, LP
c/o J. Benjamin Warren, Jr.
Registered Agent
401 Edwards St., Suite 2010
Shreveport, LA  71101

Craft Exploration Company, LLC
PO Box 2430
Madison, MS  39130

Craft Exploration Company, LLC
c/o Julie Den Herder, Registered Agent
125 Bradshaw Crossing
Canton, MS  39046

Waller Brothers, Inc.
137 Bridgewater Crossing
Ridgeland, MS  39157

Waller Brothers, Inc.
c/o Donald E. Waller
Registered Agent
524 E. Pascagoula St.
Jackson, MS  39201

**EXHIBIT 1**

Ansaben Trust
505 Geneva Ave.
Boulder, CO  80302

Bobmary, L.C.
c/o Dr. Robert T. LaFargue
Registered Agent
5928 E. Ridge Drive
Shreveport, LA  71106

Bundero Investment Company, LLC
333 Texas Street, Suite 300
Shreveport, LA  71101

Bundero Investment Company, L.L.C.
c/o Malcolm S. Murchison
Registered Agent
401 Edwards Street, Suite 820
Shreveport, LA  71101

Dickson Oil and Gas, LLC
PO Box 52479
Shreveport, LA  71135

Dickson Oil and Gas, LLC
c/o Michael E. Riddick
Registered Agent
333 Texas St., Suite 700
Shreveport, LA  71101

Fant Energy Limited
PO Box 55205
Houston, TX  77255

Fant Energy Limited
1322 N. Post Oak Rd.
Houston, TX  77055

Fant Energy Limited
c/o Capitol Corporate Services, Inc.
206 E. 9th St., Suite 1300
Austin, TX  78701

Kudzu Oil Properties, LLC
c/o Wirt A. Yerger, III, Registered Agent
300 Concourse Blvd., Suite 101
Ridgeland, MS  39157

Marksco, L.L.C.
c/o Mark Sealy, Registered Agent
333 Texas Street, Suite 1050
Shreveport, LA  71101

Tiembo Ltd.
Attn:  Mark Rauch
PO Box 270415
Houston, TX  77277-0415

Tiembo Ltd.
c/o Gary S. Glesby, Registered Agent
3040 Post Oak Blvd., 13th Fl.
Houston, TX  77056

JJS Interests North Beach, LLC
4295 San Felipe, Suite 207
Houston, TX  77027

JJS Interests North Beach, LLC
c/o Justin Simons, Registered Agent
2001 Kirby Dr., Suite 1110
Houston, TX  77019

Claimant furnished the Work to **Sklar Exploration Company, LLC, a Louisiana limited liability company**, ("Sklar Exploration"), who was the operator of the Wells. **Sklarco, LLC, a Louisiana limited liability company**, ("Sklarco") holds a working

**EXHIBIT 1**

interest in the Property.  Sklar Exploration and Sklarco are related entities.  In that regard, to the extent of Sklarco's ownership interest in the Property, Sklar Exploration was the agent of Sklarco.  As such Claimant furnished its Work on the Property, and asserts the Lien, as a direct contractor to Sklarco, and asserts the Lien both as to Sklar Exploration's ownership and operating interest in and to the Property, and as to Sklarco's ownership interest in and to the Property.

Further, to the extent Sklar Exploration was acting as the agent of any of the other Working Interest Owners, Claimant furnished its work on the Property, and asserts the Lien, as a direct contractor to such Working Interest Owners and, to that extent, asserts the Lien against the interest in the Property held by such other Working Interest Owners.

Without waiving the foregoing, to the extent Sklar Exploration was acting as a contractor to a Working Interest Owner, and not as its agent, Claimant furnished its work on the Property, and asserts the Lien, as a subcontractor to Sklar Exploration, against the interest in the Property held by such Working Interest Owner.

_____
Christopher J. Ryan, Manager of Collections of Baker Hughes Oilfield Operations LLC, a California limited liability company, Authorized Agent of GE Oil & Gas Pressure Control LP, a Texas limited partnership

Before me, _____, a Notary Public in and for the State of Texas, personally appeared Christopher J. Ryan, who being duly sworn, doth depose and say:  hat he has personal knowledge of the facts set forth in the foregoing Verified Statement of Lien, and that the same are true and correct to the best of his knowledge and belief.

_____
Christopher J. Ryan, Affiant

Subscribed and sworn to before me on this the _____ day of June, 2020, by said Affiant, Christopher J. Ryan.

_____
Notary Public, State of Texas

**EXHIBIT 1**

## VERIFIED STATEMENT OF LIEN

STATE OF ALABAMA                          §
                                          §
COUNTIES OF CONECUH                       §
AND ESCAMBIA

GE OIL & GAS PRESSURE CONTROL LP, a Texas limited partnership, ("Claimant") files this statement in writing, verified by the oath of CHRISTOPHER J. RYAN, Manager of Collections of BAKER HUGHES OILFIELD OPERATIONS LLC, a California limited liability company, Authorized Agent of GE OIL & GAS PRESSURE CONTROL LP, a Texas limited partnership, who has personal knowledge of the facts herein set forth below:

That Claimant claims a lien (the "Lien") upon the "Property" (herein defined), to the extent of the interest therein, legal and/or equitable, fee and/or leasehold, of the "Working Interest Owners" (herein defined), to the extent provided herein.

The Property includes:

the land (the "Land") situated in Conecuh County, State of Alabama, further described in the attached **Exhibits "A", "B", and "C"**, including all improvements and appurtenances thereto;

all mineral leasehold estates with respect to minerals located in, on, or under the Land (the "Leasehold Estates"), including the leases (the "Leases") associated with the "Wells" (herein defined), including all field wide units in which the Wells are located, and such production unit in which any one or more of the Wells is located, including all improvements and appurtenances to the Land, and/or the Wells, and including the right to the use of the surface of the Land, and the right to extract minerals located in, on, or under the Land;

all easements to and/or from the Land (the "Easements"), including, but not necessarily limited to, those easements described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

**EXHIBIT 1**

all licenses and permits pertaining to the Land and/or the Wells, including, but not necessarily limited to, those permits and/or licenses described in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**;

all wells (the "Wells", whether one or more) used in connection with operations conducted in, on, under, or about the Land, including the overall operation of the Wells, such Wells including, but not necessarily limited to: those wells identified in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**;

all other property and/or property rights pertaining to the use and/or operation of the Land and/or the Wells, including, but not necessarily limited to, those properties and/or property rights described in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**; and,

such additional property as provided by the laws of the State of Alabama, including, but not necessarily limited to, Alabama Code §35-11-210, et seq.

This Lien is claimed, separately, severally, and jointly, as to the Land, the Leasehold Estates, the Wells, the buildings and improvements in, on, under, or about the Land, the Leasehold Estates, and/or the Wells, and all rights and appurtenances pertaining to any or all of the foregoing.

That said Lien is claimed to secure an indebtedness of **Seven Thousand Seven Hundred Fifty-Two and 24/100 Dollars ($7,752.24)** with interest as may be allowed under the laws of the State of Alabama from the respective dates of the furnishing of the services, material and/or equipment (collectively, the "Work") giving rise to the Lien claimed herein, which Work and the dates of furnishing are further described in the attached **Exhibit "B".**

The first of the Work was provided on **November 11, 2019**. The last of the Work was provided on **February 12, 2020**. (See, also, the attached **Exhibit "B".**)

The Working Interest Owners, who are the owners or proprietors of said Property, and their respective addresses, are:

Sklarco, LLC                                   Suite 1601
401 Edwards St.,                               Shreveport, LA  71101

*Verified Statement of Lien*
*(GE Oil & Gas/Sklar-Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)*
506529v.1 B075/00713                           2

**EXHIBIT 1**

Sklarco, LLC
c/o C T Corporation
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

Hughes Oil Inc.
Mirror Lake Office Plaza
2829 Lakeland Dr., Suite 1670
Flowood, MS 39232

The Rudman Partnership, Ltd.
c/o W. R. Sibley III, Registered Agent
1700 Pacific Avenue, Suite 4700
Dallas, TX 75204

Hanson Operating Company, Inc.
P.O. Box 1515
Roswell, NM 88202-1515

Hanson Operating Company, Inc.
c/o Ray Willis, Registered Agent
400 N. Pennsylvania, Suite 1200
Roswell, NM 88201

Craft Exploration Company, LLC
PO Box 2430
Madison, MS 39130

Craft Exploration Company, LLC
c/o Julie Den Herder, Registered Agent
125 Bradshaw Crossing
Canton, MS 39046

Craft Exploration Company, LLC
325 Lakeshire Pkwy
Canton, MS 39046

J & A Harris, LP
3141 Hood Street, Suite 520
Dallas, TX 75219

J & A Harris, LP
c/o Angela Harris
333 Texas Street, Suite 1414
Shrevepot, LA 71101-3679

JF Howell Interests, LP
Attn: James David Morgan, Manager
416 Travis Street, Suite 700
Shreveport, LA 71101

JF Howell Interests, LP
350 N. St. Paul Street, Suite 2900
Dallas, TX 75201

JF Howell Interests, LP
c/o J. Benjamin Warren, Jr.
Registered Agent
401 Edwards St., Suite 2010
Shreveport, LA 71101

JJS Interests Escambia, LLC
4295 San Felipe, Suite 207
Houston, TX 77027

JJS Interests Escambia, LLC
c/o Justin Simons, Registered Agent
2001 Kirby Dr., Suite 1110
Houston, TX 77019

Tauber Exploration & Production Co.
c/o Richard E. Tauber,
Registered Agent
55 Waugh Drive, Suite 600
Houston, TX 77007

Kudzu Oil Properties, LLC
c/o Wirt A. Yerger, III, Registered Agent
300 Concourse Blvd., Suite 101
Ridgeland, MS 39157

506529v.1 B075/00713 (GE Oil & Gas/Sklar – Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)

**EXHIBIT 1**

KMR Investments LLC
P.O. Box 417
Homer, LA  71040

KMR Investments LLC
c/o James Michael Hays
Registered Agent
209 Sam Baird Rd.
Homer, LA  71040

Hughes 2000 CT LLC
Mirror Lake Office Plaza
2829 Lakeland Dr., Suite 1670
Flowood, MS  39232

Hughes 2000 CT LLC
c/o Stanley Lee Kyner
Registered Agent
304 Thorngate Drive
Brandon, MS  39042

McCombs Energy, Ltd.
5599 San Felipe, Suite 1200
Houston, TX  77056

McCombs Energy, Ltd.
c/o Gary V. Woods
Registered Agent
755 East Mulberry, Suite 600
San Antonio, TX  78212

Marksco, L.L.C.
c/o Mark Sealy, Registered Agent
333 Texas Street, Suite 1050
Shreveport, LA  71101

Franks Exploration Co., LLC
c/o Faith N. Gilbert
Registered Agent
1312 N. Hearne Ave.

Shreveport, LA  71107-6516

Tiembo Ltd.
Attn:  Mark Rauch
PO Box 270415
Houston, TX  77277-0415

Tiembo Ltd.
c/o Gary S. Glesby, Registered Agent
3040 Post Oak Blvd., 13th Fl.
Houston, TX  77056

Pickens Financial Group, LLC
8499 Greenville Avenue, Suite 105
Dallas, TX  75231-2417

Pickens Financial Group, LLC
c/o Pickens Energy Corporation, Reg. Agent
10100 N. Central Expressway
Suite 200
Dallas, TX  75231-4159

Bundero Investment Company, L.L.C.
c/o Malcolm S. Murchison, Reg. Agent
401 Edwards Street, Suite 820
Shreveport, LA  71101

Bundero Investment Company, L.L.C.
333 Texas St., Ste 300
Shreveport, LA  71101

Fant Energy Limited
5800 Westview Drive
Houston, TX  77055

Fant Energy Limited
PO Box 55205
Houston, TX  77255

506529v.1 B075/00713 (GE Oil & Gas/Sklar – Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)

**EXHIBIT 1**

Fant Energy Limited
1322 N. Post Oak Rd.
Houston, TX  77055

Fant Energy Limited
c/o Capitol Corporate Services, Inc.
206 E. 9th St., Suite 1300
Austin, TX  78701

Fletcher Exploration, LLC
P.O. Box 2147
Fairhope, AL 36533

Dickson Oil & Gas, LLC
307 Deborah Drive
Shreveport, LA  71106

Dickson Oil & Gas, LLC
PO Box 52479
Shreveport, LA  71135

Dickson Oil & Gas, LLC
c/o Michael E. Riddick
Registered Agent
333 Texas St., Suite 700
Shreveport, LA  71101

Resource Ventures, LLC
Attn:  Mark A. Arnold
7112 W. Jefferson Ave., Suite 106
Lakewood, CO  80235

Resource Ventures, LLC
Attn:  Mark A. Arnold
8369 South Park Lane, Suite B
Littleton, CO  80120

Resource Ventures LLC
c/o Steven Swanson
Registered Agent
5720 S. Benton Circle

Littleton, CO  80123

Landmark Exploration, LLC
PO Box 12004
Jackson, MS  39236

Landmark Exploration, LLC
c/o Michael E. Johnson
Registered Agent
113 Park Circle Drive
Flowood, MS  39332

DBC Resources, LP
P.O. Box 191407
Dallas, TX  75219-1407

DBC Resources, LP
4242 Lomo Alto, Apt. #30
Dallas, TX  75219

DBC Resources, LP
c/o Donald L. Clark
Registered Agent
4428 Windsor Parkway
Dallas, TX  75205

DCOD LLC
16250 Dallas North Parkway
Dallas, TX  75248

DCOD, LLC
c/o Dale Clark, Registered Agent
16390 Addison Rd.
Addison, TX  75001

FPCC USA, Inc.
445 Louisiana Ave.
Baton Rouge, LA  70802

**EXHIBIT 1**

FPCC USA, Inc.
c/o Corporation Service Company
Registered Agent
501 Louisiana Avenue
Baton Rouge, LA 70802

Claimant furnished the Work to **Sklar Exploration Company, LLC, a Louisiana limited liability company**, ("Sklar Exploration"), who was the operator of the Wells. **Sklarco, LLC, a Louisiana limited liability company**, ("Sklarco") holds a working interest in the Property. Sklar Exploration and Sklarco are related entities. In that regard, to the extent of Sklarco's ownership interest in the Property, Sklar Exploration was the agent of Sklarco. As such Claimant furnished its Work on the Property, and asserts the Lien, as a direct contractor to Sklarco, and asserts the Lien both as to Sklar Exploration's ownership and operating interest in and to the Property, and as to Sklarco's ownership interest in and to the Property.

Further, to the extent Sklar Exploration was acting as the agent of any of the other Working Interest Owners, Claimant furnished its work on the Property, and asserts the Lien, as a direct contractor to such Working Interest Owners and, to that extent, asserts the Lien against the interest in the Property held by such other Working Interest Owners.

Without waiving the foregoing, to the extent Sklar Exploration was acting as a contractor to a Working Interest Owner, and not as its agent, Claimant furnished its work on the Property, and asserts the Lien, as a subcontractor to Sklar Exploration, against the interest in the Property held by such Working Interest Owner.

Christopher J. Ryan, Manager of Collections of Baker Hughes Oilfield Operations LLC, a California limited liability company, Authorized Agent of GE Oil & Gas Pressure Control LP, a Texas limited partnership

506529v.1 B075/00713 (GE Oil & Gas/Sklar – Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)

**EXHIBIT 1**

Before me, _William R. Sudela_ , a Notary Public in and for the State of Texas, personally appeared Christopher J. Ryan, who being duly sworn, doth depose and say:  that he has personal knowledge of the facts set forth in the foregoing Verified Statement of Lien, and that the same are true and correct to the best of his knowledge and belief.

_____
Christopher J. Ryan, Affiant

Subscribed and sworn to before me on this the ___8th___ day of June, 2020, by said Affiant, Christopher J. Ryan.

_____
Notary Public, State of Texas

WILLIAM R. SUDELA
My Notary ID # 3446989
Expires June 20, 2022

506529v.1 B075/00713 (GE Oil & Gas/Sklar – Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)

**EXHIBIT 1**