| Claimant | Unit | Amount | Start Date | End Date |
|---|---|---|---|---|
| Kelley Brothers | Little Cedar Creek Fish Pond Oil Unit | $ 19,900.17 | 10/25/2019 | 2/27/2020 |
| Kelley Brothers | Little Cedar Creek Oil Unit II, Craft-Ralls 5-8 #1 WI, Craft-Ralls 5-10 #1, Craft-Ralls 5-14 #1, Craft-Mack 7-2 #1, and Craft-Mack 7-8 #1 | $ 35,445.98 | 10/23/2019 | 3/9/2020 |
| Kelley Brothers | CCL&T 13-15 #1 | $ 5,042.00 | 11/2/2019 | 1/29/2020 |
| Kelley Brothers | CCL&T 13-11 #1 | $ 7,084.50 | 10/23/2019 | 1/22/2020 |
| Kelley Brothers | Southeast Brooklyn Oil Unit Wells - CCL&T 3-7 #1 and CCL&T 4-1 #1 WI | $ 14,156.00 | 10/29/2019 | 3/13/2020 |
| Kelley Brothers | Southwest Brooklyn Oil Unit Wells - CCL&T - 33-6 #1, 33-10 #1, 33-12 #1, 34-14 #1 WI, 35-5 #1, 35-11 #1, 35-15 #1, 2-11 #1, 3-2 #1 WI, 3-4 #1, 4-2 #1 and Graddy 34-8 #1 and 34-10 #1 | $ 26,796.00 | 10/27/2019 | 2/16/2020 |
| Baker Hughes Oilfield | Southwest Brooklyn Oil Unit Wells - CCL&T - 2-9 #1 and 34-14 #1 | $ 15,851.46 | 11/8/2019 | 2/23/2020 |
| GE Oil & Gas Pressure Control LP | CCL&T 13-11 #1 | $ 2,449.55 | 12/12/2019 | 12/12/2019 |
| GE Oil & Gas Pressure Control LP | Fish Pond Oil Unit Wells - CCL&T 9-8 #1 and CCL&T 10-5 #1 | $ 3,844.29 | 11/16/2019 | 2/12/2020 |
| GE Oil & Gas Pressure Control LP | Little Cedar Creek Oil Unit II Wells - Craft-Ralls 5-10 #1 and Craft-Ralls 5-14 #1 | $ 4,519.22 | 11/14/2019 | 2/12/2020 |
| GE Oil & Gas Pressure Control LP | Little Cedar Creek Oil Unit IV, Craft Smurfit Stone 27-12 #1 Wells, and Craft-Soterra 27-2 #1 | $ 4,107.71 | 1/15/2020 | 2/19/2020 |
| GE Oil & Gas Pressure Control LP | Southwest Brooklyn Oil Unit Wells - CCL&T 4-2 #1, CCL&T 33-6 #1 and CCL&T 34-14 #1 WI | $ 7,752.24 | 11/11/2019 | 2/12/2020 |

TOTAL  $  146,949.12

**EXHIBIT 2**