**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

*Minute Order*

| | |
|---|---|
| Date: July 17, 2020 | **Honorable Elizabeth E. Brown, Presiding**<br>Kerstin Cass, Law Clerk |
| In re:   Sklar Exploration Company, LLC,<br>             Debtor. | **Case. No. 20-12377 EEB**<br>Chapter 11 |
| Sklarco, LLC,<br>             Debtor. | **Case. No. 20-12380 EEB**<br>Chapter 11 |
| | **Jointly Administered Under 20-12377 EEB** |

| | Telephonic Appearances | | Representing |
|---|---|---|---|
| Counsel | | UST | |
| Counsel | Keri Riley, James Katchadurian, Kate Mayhew | Debtor(s) | |
| Counsel | Chris Johnson | Committee | Creditors' Committee |
| Counsel | Bryce Suzuki | Creditor | East West Bank |
| Counsel | Timothy Riley | Creditor | Hopping Green & Sams |
| Counsel | Matt Ochs | Creditor | Pruet Oil Company, LLC, Pruet Production Co. (individually and as agent) |
| Counsel | Barnett Skelton | Creditor | Tauber Exploration & Production Co, CTM 2005, Ltd., I & L Miss I, LP, Pickens Financial Group, LLC, MER Energy, Ltd., The MR Trust, Tara Rudman Revocable Trust, Rudman Family Trust, The Rudman Partnership, Feather River 75, LLC |

Proceedings:  Non-Evidentiary Hearing on the Debtors' Application For Order Appointing Epiq Corporate Restructuring, LLC as Claims, Noticing, Solicitation, and Administrative Agent

Orders:

☒  The Court indicated it would approve the Debtors' amended Application with the additional change noted on the record.  Debtors shall email a revised proposed order to chambers at CourtroomF@cob.uscrouts.gov.  Once Epiq has established the necessary credentials to perform as claims agent, the Debtor shall file a notice with the Court.

☒  The Court set an evidentiary hearing by zoom videoconference for July 28, 2020 at 9:30 a.m. on the Debtors' motion to extend the exclusivity period and motion to extend deadline to assume or reject leases.  A further scheduling order will enter.

Date: July 17, 2020

BY THE COURT:

*Elizabeth E. Brown*

Elizabeth E. Brown, U.S. Bankruptcy Judge