**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

**ORDER ESTABLISHING BAR DATE FOR THE FILING OF PROOFS OF CLAIM PURSUANT TO BANKRUPTCY RULE 3003(C)(3)**

THIS MATTER comes before the Court on the Motion to Set Bar Date for Filing Proofs of Claim, and Approving the Form, Manner and Notice Thereof (the "Motion"), filed Debtors. The Court, being advised in the premises and good cause having been shown, hereby:

ORDERS that the motion is GRANTED.

IT IS FURTHER ORDERED that the Proofs of Claim in the above-captioned Chapter 11 bankruptcy case must be filed no later than **5:00 P.M. PREVAILING MOUNTAIN TIME ON OR BEFORE SEPTEMBER 28, 2020** (the "Bar Date").

IT IS FURTHER ORDERED that any claims filed after the Bar Date shall be DISALLOWED. Any individual or entity that is required to file a Proof of Claim and that fails to do so by the Bar Date shall not be treated as a creditor for the purposes of voting or distribution, shall not receive any further notices of mailings in this Chapter 11 case and any claim of such individual or entity shall be forever barred.[1]

IT IS FURTHER ORDERED that following the Bar Date, a creditor shall not be allowed to amend a claim deemed filed on its behalf pursuant to Bankruptcy Code § 1111(a) by virtue of the listing of such claim by debtors in their respective bankruptcy schedules.

---

[1] Subject to 11 U.S.C. § 726(a)(1) in the event of conversion.

IT IS FURTHER ORDERED that a copy of this Order, a Notice in substantially the form of Exhibit A attached to the Motion and a Proof of Claim form shall be served on all parties-in-interest pursuant to Fed. R. Bankr. P. 2002(a)(7) by **July 29, 2020**, and a certificate of service filed evidencing same.

IT IS FURTHER ORDERED that the form of Proof of Claim transmitted to creditors must comply with Official Form B410 in all respects, including the information contained on its reverse side.

DATED this 23rd day of July, 2020.

BY THE COURT:

*Elizabeth E. Brown*

Elizabeth E. Brown, Bankruptcy Judge