```
                         United States Bankruptcy Court
                             District of Colorado

In re:                                                         Case No. 20-12377-EEB
Sklar Exploration Company, LLC                                 Chapter 11
Sklarco, LLC
        Debtors                  CERTIFICATE OF NOTICE
District/off: 1082-1          User: admin              Page 1 of 5        Date Rcvd: Jul 21, 2020
                              Form ID: pdf904          Total Noticed: 46
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2020.
```
db/db        +Sklar Exploration Company, LLC,    Sklarco, LLC,    5395 Pearl Parkway,    Suite 200,
               Boulder, CO 80301-2541
aty          +Benjamin Y. Ford,    RSA Tower, 27th Floor,    11 North Water Street,    Mobile, AL 36602-3809
aty          +Cook, Yancey, King & Galloway, APLC,    333 Texas Street,    Suite 1700,    P.O. Box 22260,
               Shreveport, LA 71120-2260
cr           +AEEC II, LLC,    333 Texas Street,    #2020,    Shreveport, LA 71101-3680
cr           +AEH Investments, LLC,    333 Texas Street,    Suite 1414,    Shreveport, LA 71101-3678
cr           +Anderson Exploration Energy Company, LC,    333 Texas Street,    #2020,
               Shreveport, LA 71101-3680
cr           +Baker Hughes Holdings, LLC FKA Baker Hughes, a GE,    C/O Christopher J. Ryan,
               17021 Aldine Westfield Road,    Houston, TX 77073-5101
cr           +Barbara P Lawrence,    55 Hill Circle,    Evergreen, CO 80439-4618
cr           +Barnette & Benefield, Inc.,    PO Box 550,    Haynesville, LA 71038-0550
cr           +Bundero Investment Company, LLC,    401 Edwards Street,    Suite 820,    Shreveport, LA 71101-5521
cr           +Estate of Pamela Page, Deceased,    P.O. Box 374,    Evergreen, CO 80437-0374
cr           +Franks Exploration Company, LLC,    P.O. Box 7655,    Shreveport, LA 71137-7655
cr           +I & L Miss I, LP,    4761 Frank Luck Dr,    Addison, TX 75001-3202
cr           +J&A Harris, LP,    333 Texas Street,    Suite 1414,    Shreveport, LA 71101-3678
cr           +John H. Smith,    c/o Quitman Tank Solutions, LLC,    PO Box 90,    Quitman, MS 39355-0090
cr           +Kingston, LLC,    2790 South Thompson Street,    Suite 102,    Springdale, AR 72764-6303
cr           +Kodiak Gas Services, LLC,    15320 Hwy. 105, Suite 210,    Montgomery, TX 77356-2602
cr           +Stoneham Drilling Corporation,    c/o Bradley,    Attn: James B. Bailey,
               1819 Fifth Avenue North,    Birmingham, AL 35203-2120
cr           +Sugar Oil Properties, L.P.,    625 Market Street,    Suite 100,    Shreveport, LA 71101-5392
cr           +TCP Cottonwood, L.P.,    333 Texas Street,    #2020,    Shreveport, LA 71101-3680
cr           +Tauber Exploration & Production Company,    55 Waugh Drive, Suite 700,    Houston, TX 77007-5837
intp          The Juneau Group,    2386A Rice Blvd. #232,    Houston, TX  77005
18754408     +Anderson Investment Holdings, LP,    AEEC II, LLC,    333 Texas Street, Suite 2020,
               Shreveport, LA 71101-3680
18754411     +Apple River Investments, L.L.C.,    Attn  Robert M. Boeve, President,    1503 Garfield Road North,
               Traverse City, MI 49696-1111
18754484     +East West Bank Treasury Department,    135 North Los Robles Avenue,    Suite 600,
               ATTN  Linda Cox,    Pasadena, CA 91101-4549
18754510     +FPCC USA, Inc.,    245 Commerce Green Blvd, Ste 250,    Sugar Land, TX 77478-3760
18754497     +Fant Energy Limited,    P.O. Box 55205,    Houston, TX 77255-5205
18754529     +H&H Construction, LLC,    Ladon E. Hall, Sole Manager,    P.O. Box 850,    Flomaton, AL 36441-0850
18754560      JD Fields & Company, Inc.,    P.O. Box 134401,    Houston, TX 77219-4401
18754567     +JJS Working Interest LLC,    2001 Kirby Dr, Suite 1110,    Houston, TX 77019-6081
18754578     +Kelley Brothers Contractors, Inc.,    P.O. Drawer 1079,    Waynesboro, MS 39367-1079
18754588     +Kudzu Oil Properties, LLC,    300 Concourse Blvd, Suite 101,    Ridgeland, MS 39157-2091
18754598      Lucas Petroleum Group, Inc.,    327 Congress Avenue, Suite 500,    Austin, TX 78701-3656
18754612     +Meritage Energy, Ltd.,    C/O BKD, LLP,    2700 Post Oak Blvd, Ste 1500,    Houston, TX 77056-5829
18754613      Mesa Fluids, LLC,    c/o Juno Financial,    P.O. Box 173928,    Denver, CO 80217-3928
18754664      Pro-Tek Field Services, LLC,    P.O. Box 919269,    Dallas, TX 75391-9269
18754666     +Pruet Oil Company, LLC,    217 West Capitol St. Ste 201,    Jackson, MS 39201-2099
18754673     +Rapad Well Service Co., Inc.,    217 West Capitol Street,    Jackson, MS 39201-2004
18754720     +Stoneham Drilling Corporation,    707 17th Street,    Suite 3250,    Denver, CO 80202-3433
18754721     #Strago Petroleum Corporation,    3209 Hamm Road,    Pearland, TX 77581-5503
18754735     +TCP Cottonwood, L.P.,    333 Texas Street, Suite 2020,    Shreveport, LA 71101-3680
18754760     +Union Oilfield Supply, Inc.,    12 John Dykes Road,    Waynesboro, MS 39367-8371
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/Text: cmccord@mccordprod.com Jul 22 2020 01:52:40      CTM 2005, Ltd.,
               55 Waugh Drive, Suite 515,    Houston, TX 77007-5840
cr           +E-mail/PDF: dor_tac_bankruptcy@state.co.us Jul 22 2020 02:04:32
               Colorado Department Of Revenue,    1375 Sherman St.,    Room 504,    Attention Bankruptcy Unit,
               Denver, CO 80261-3000
cr           +E-mail/Text: bankruptcy@coag.gov Jul 22 2020 01:53:10      Colorado Department of Law,
               1300 Broadway, 8th Floor,    Denver, CO 80203-2104
cr            E-mail/Text: tim.swanson@moyewhite.com Jul 22 2020 01:53:08      Kudzu Oil Properties, LLC,
               c/o Timothy M. Swanson,    Moye White LLP,    1400 16th Street, 6th Floor,    Denver, CO  80202
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Hall Management, LLC,    4913 Oak Point Drive
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 1082-1          User: admin              Page 2 of 5           Date Rcvd: Jul 21, 2020
                              Form ID: pdf904          Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2020 at the address(es) listed below:

```
          Amy   Vazquez     on behalf of Creditor    FPCC USA, Inc. avazquez@joneswalker.com
          Andrew James Shaver    on behalf of Creditor    Premium Oilfield Services, LLC ashaver@bradley.com
          Armistead Mason Long    on behalf of Creditor    Pine Island Chemical Solutions, L.L.C.
           along@gamb.law
          Barnet B Skelton, Jr     on behalf of Creditor    Tara Rudman Revocable Trust barnetbjr@msn.com
          Barnet B Skelton, Jr     on behalf of Creditor    Tauber Exploration & Production Company
           barnetbjr@msn.com
          Barnet B Skelton, Jr     on behalf of Creditor    Rudman Partnership barnetbjr@msn.com
          Barnet B Skelton, Jr     on behalf of Creditor    MER Energy, LTD barnetbjr@msn.com
          Barnet B Skelton, Jr     on behalf of Creditor    I & L Miss I, LP barnetbjr@msn.com
          Barnet B Skelton, Jr     on behalf of Creditor    MR Oil & Gas, LLC barnetbjr@msn.com
          Barnet B Skelton, Jr     on behalf of Creditor    The Rudman Partnership barnetbjr@msn.com
          Barnet B Skelton, Jr     on behalf of Creditor    Pickens Financial Group, LLC barnetbjr@msn.com
          Barnet B Skelton, Jr     on behalf of Creditor    Rudman Family Trust barnetbjr@msn.com
          Barnet B Skelton, Jr     on behalf of Creditor    CTM 2005, Ltd. barnetbjr@msn.com
          Barnet B Skelton, Jr     on behalf of Creditor    Feather River 75, LLC barnetbjr@msn.com
          Belinda  Harrison     belindapittsharrison@gmail.com,  belindapittsharrison@gmail.com
          Brent R. Cohen    on behalf of Creditor    Fant Energy Limited bcohen@lrrc.com,
           brent-cohen-8759@ecf.pacerpro.com,cmarquez@lrrc.com
          Brian   Rich     on behalf of Creditor    Fletcher Petroleum Company, LLC brich@bergersingerman.com,
           efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Brian   Rich     on behalf of Creditor    Fletcher Petroleum Corp. brich@bergersingerman.com,
           efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Brian   Rich     on behalf of Creditor    Fletcher Exploration, LLC brich@bergersingerman.com,
           efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Bryce  Suzuki    on behalf of Creditor    East-West Bank bryce.suzuki@bclplaw.com,
           tina.daniels@bclplaw.com
          Casey Carlton Breese    on behalf of Creditor    The Southeast Alabama Gas District
           cbreese@wsmtlaw.com,   lhayter@wsmtlaw.com
          Casey Carlton Breese    on behalf of Plaintiff    Southeast Alabama Gas District
           cbreese@wsmtlaw.com,   lhayter@wsmtlaw.com
          Christopher  Meredith    on behalf of Attorney    Copeland, Cook, Taylor & Bush, P.A.
           cmeredith@cctb.com,   bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher  Meredith    on behalf of Creditor    Eastern Fishing & Rental Tool Company, Inc.
           cmeredith@cctb.com,   bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher  Meredith    on behalf of Creditor    PAR Minerals Corporation cmeredith@cctb.com,
           bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher  Meredith    on behalf of Creditor    Coastal Exploration, Inc. cmeredith@cctb.com,
           bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher D. Johnson    on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors cjohnson@munsch.com,   scurry@munsch.com
          Craig K. Schuenemann    on behalf of Creditor    East-West Bank craig.schuenemann@bryancave.com,
           alicia.berry@bryancave.com,44Team_DEN@bryancave.com
          Craig M. Geno    on behalf of Creditor    Alabama Oil Company cmgeno@cmgenolaw.com,
           kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          Craig M. Geno    on behalf of Creditor    Kudzo Oil Properties, LLC cmgeno@cmgenolaw.com,
           kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          Craig M. Geno    on behalf of Creditor    Apple River Investments, LLC cmgeno@cmgenolaw.com,
           kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          Daniel L. Bray   on behalf of Creditor    Weatherford U.S., L.P. daniel.bray@huschblackwell.com,
           ann.stolfa@huschblackwell.com;LegalSupportTeam-Litigation-DEN@huschblackwell.com;daniel-bray-5348
           @ecf.pacerpro.com
          David M. Miller    on behalf of Creditor    Bri-Chem Supply Corp., LLC dmiller@spencerfane.com,
           nschacht@spencerfane.com
```

```
District/off: 1082-1                  User: admin                     Page 3 of 5                    Date Rcvd: Jul 21, 2020
                                      Form ID: pdf904                 Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              David R Taggart      on behalf of Creditor    JH Howell Interests, LP dtaggart@bradleyfirm.com,
               kburnley@bradleyfirm.com,nmobley@bradleyfirm.com
              David R Taggart      on behalf of Creditor    JF Howell Interests ,LP dtaggart@bradleyfirm.com,
               kburnley@bradleyfirm.com,nmobley@bradleyfirm.com
              Deanna L. Westfall      on behalf of Creditor    Colorado Department Of Revenue
               deanna.westfall@coag.gov, bncmail@w-legal.com
              Duane Brescia     on behalf of Creditor    Lucas Petroleum Group, Inc. dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Duane Brescia     on behalf of Attorney    Clark Hill Strasburger dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Duane Brescia     on behalf of Creditor    Seitel Data, Ltd. dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Eric Lockridge     on behalf of Creditor    Sugar Oil Properties, L.P.
               eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
              Eric Lockridge     on behalf of Creditor    Anderson Exploration Energy Company, L.C.
               eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
              Eric Lockridge     on behalf of Creditor    Anderson Exploration Energy Company, LC
               eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
              Eric Lockridge     on behalf of Creditor    TCP Cottonwood, L.P. eric.lockridge@keanmiller.com,
               Stephanie.gray@keanmiller.com
              Eric Lockridge     on behalf of Creditor    AEEC II, LLC eric.lockridge@keanmiller.com,
               Stephanie.gray@keanmiller.com
              Glenn Taylor     on behalf of Creditor    Coastal Exploration, Inc. gtaylor@cctb.com
              Glenn Taylor     on behalf of Creditor    PAR Minerals Corporation gtaylor@cctb.com
              Glenn Taylor     on behalf of Creditor    Eastern Fishing & Rental Tool Company, Inc.
               gtaylor@cctb.com
              Grant Matthew Beiner      on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors gbeiner@munsch.com
              James B. Bailey     on behalf of Creditor    Stoneham Drilling Corporation jbailey@bradley.com,
               ashaver@bradley.com
              Jeffrey S. Brinen     on behalf of Debtor    Sklar Exploration Company, LLC jsb@kutnerlaw.com,
               vlm@kutnerlaw.com
              Jeffrey S. Brinen     on behalf of Debtor    Sklarco, LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com
              Jennifer Hardy     on behalf of Creditor    JJS Working Interests, LLC jhardy2@willkie.com,
               mao@willkie.com
              Jennifer Hardy     on behalf of Creditor    JJS Interests Escambia, LLC jhardy2@willkie.com,
               mao@willkie.com
              Jennifer Hardy     on behalf of Creditor    JJS Interests Steele Kings, LLC jhardy2@willkie.com,
               mao@willkie.com
              Jennifer Norris Soto     on behalf of Creditor    Barnette & Benefield, Inc.
               jennifersoto@arklatexlaw.com, curtisshelton@arklatexlaw.com,stephanieparker@arklatexlaw.com
              Jeremy L Retherford     on behalf of Creditor    RAPAD Well Service Co., Inc. jretherford@balch.com,
               kskelton@balch.com,skynerd@pruet.com
              Jeremy L Retherford     on behalf of Creditor    Pruet Production Co. jretherford@balch.com,
               kskelton@balch.com,skynerd@pruet.com
              Jeremy L Retherford     on behalf of Creditor    Pruet Oil Company, LLC jretherford@balch.com,
               kskelton@balch.com,skynerd@pruet.com
              Jeremy L Retherford     on behalf of Interested Party    Pruet Production Co. jretherford@balch.com,
               kskelton@balch.com,skynerd@pruet.com
              Jim F Spencer, Jr     on behalf of Creditor    Landmark Exploration, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr     on behalf of Creditor    Lexington Investments, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr     on behalf of Creditor    Landmark Oil and Gas, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr     on behalf of Creditor    Stone Development, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              John Cornwell     on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
               jcornwell@munsch.com, hvalentine@munsch.com
              John Thomas Oldham     on behalf of Creditor    Kodiak Gas Services, LLC joldham@okinadams.com,
               bmoore@okinadams.com
              Jordan B. Bird     on behalf of Creditor    Bundero Investment Company, LLC
               jordan.bird@cookyancey.com
              Jordan B. Bird     on behalf of Attorney    Cook, Yancey, King & Galloway, APLC
               jordan.bird@cookyancey.com
              Jordan B. Bird     on behalf of Creditor    J&A Harris, LP jordan.bird@cookyancey.com
              Jordan B. Bird     on behalf of Creditor    Franks Exploration Company, LLC
               jordan.bird@cookyancey.com
              Jordan B. Bird     on behalf of Creditor    Hall Management, LLC jordan.bird@cookyancey.com
              Jordan B. Bird     on behalf of Creditor    Kingston, LLC jordan.bird@cookyancey.com
              Jordan B. Bird     on behalf of Creditor    AEH Investments, LLC jordan.bird@cookyancey.com
              Joseph Eric Bain     on behalf of Creditor    FPCC USA, Inc. jbain@joneswalker.com,
               kvrana@joneswalker.com
              Katherine A Ross     on behalf of Creditor    Bureau of Land Management katherine.ross@usdoj.gov,
               USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
              Katherine A Ross     on behalf of Creditor    Office of Natural Resources Revenue
               katherine.ross@usdoj.gov,
               USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov

```
District/off: 1082-1            User: admin                 Page 4 of 5             Date Rcvd: Jul 21, 2020
                                Form ID: pdf904             Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Katherine Guidry Douthitt   on behalf of Creditor   Dickson Oil & Gas, L.L.C. kdouthitt@bwor.com
        Katherine Guidry Douthitt   on behalf of Creditor C. Bickham Dickson, III kdouthitt@bwor.com
        Keri L. Riley   on behalf of Debtor   Sklar Exploration Company, LLC klr@kutnerlaw.com, vlm@kutnerlaw.com
        Keri L. Riley   on behalf of Debtor   Sklarco, LLC klr@kutnerlaw.com, vlm@kutnerlaw.com
        Kevin S. Neiman   on behalf of Plaintiff   Plains Marketing, L.P. kevin@ksnpc.com
        Kevin S. Neiman   on behalf of Creditor   Plains Marketing, L.P. kevin@ksnpc.com
        Kevin S. Neiman   on behalf of Creditor   Plains Gas Solutions, LLC kevin@ksnpc.com
        Lee M. Kutner   on behalf of Debtor   Sklar Exploration Company, LLC lmk@kutnerlaw.com, vlm@kutnerlaw.com
        Lee M. Kutner   on behalf of Debtor   Sklarco, LLC lmk@kutnerlaw.com, vlm@kutnerlaw.com
        Madison M. Tucker   on behalf of Creditor   FPCC USA, Inc. mtucker@joneswalker.com
        Matthew Okin   on behalf of Creditor   Kodiak Gas Services, LLC mokin@okinadams.com
        Matthew J. Ochs   on behalf of Creditor   Pruet Oil Company, LLC mjochs@hollandhart.com, tldevlin@hollandhart.com
        Matthew J. Ochs   on behalf of Creditor   RAPAD Well Service Co., Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com
        Matthew J. Ochs   on behalf of Creditor   Pruet Production Co. mjochs@hollandhart.com, tldevlin@hollandhart.com
        Michael Niles   on behalf of Creditor   Fletcher Exploration, LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
        Michael Niles   on behalf of Creditor   Fletcher Petroleum Company, LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
        Michael Niles   on behalf of Creditor   Fletcher Petroleum Corp. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
        Michael D Rubenstein   on behalf of Interested Party   BPX Properties (NA) LP mdrubenstein@liskow.com
        Michael D Rubenstein   on behalf of Interested Party   BP America Production Company mdrubenstein@liskow.com
        Michael J. Guyerson   on behalf of Creditor   Estate of Pamela Page, Deceased mike@kjblawoffice.com, celina@kjblawoffice.com;teresa@kjblawoffice.com
        Michael J. Guyerson   on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com, celina@kjblawoffice.com;teresa@kjblawoffice.com
        Paul Moss   on behalf of U.S. Trustee   US Trustee Paul.Moss@usdoj.gov
        Robert Padjen   on behalf of Creditor   Colorado Department of Law Robert.padjen@coag.gov
        Robert L Paddock   on behalf of Creditor   Strago Petroleum Corporation rpaddock@buckkeenan.com, myers@buckkeenan.com
        Robert L Paddock   on behalf of Creditor   Gateway Exploration, LLC rpaddock@buckkeenan.com, myers@buckkeenan.com
        Robert L Paddock   on behalf of Creditor   Meritage Energy Ltd rpaddock@buckkeenan.com, myers@buckkeenan.com
        Robert L Paddock   on behalf of Creditor   Harvest Gas Management, LLC rpaddock@buckkeenan.com, myers@buckkeenan.com
        Robert L Paddock   on behalf of Creditor   GCREW Properties, LLC rpaddock@buckkeenan.com, myers@buckkeenan.com
        Ryan Lorenz   on behalf of Creditor   Juno Financial LLC RLorenz@ClarkHill.com
        Ryan Seidemann   on behalf of Creditor   State of Louisiana, Depatment of Natural Resources, Office of Mineral Resources seidemannr@ag.louisiana.gov
        Ryco Exploration, LLC.   rsmith.ryco@att.net
        Shay L. Denning   on behalf of Creditor   I & L Miss I, LP sdenning@mbssllp.com
        Shay L. Denning   on behalf of Creditor   CTM 2005, Ltd. sdenning@mbssllp.com
        Shay L. Denning   on behalf of Creditor   Pickens Financial Group, LLC sdenning@mbssllp.com
        Shay L. Denning   on behalf of Creditor   Tauber Exploration & Production Company sdenning@mbssllp.com
        Stephen K. Lecholop, II   on behalf of Creditor   McCombs Energy, Ltd. slecholop@rpsalaw.com, amartinez@rpsalaw.com
        Stephen K. Lecholop, II   on behalf of Creditor   McCombs Exploration, LLC slecholop@rpsalaw.com, amartinez@rpsalaw.com
        Theodore J. Hartl   on behalf of Interested Party   Louisiana Tower Operating LLC hartlt@ballardspahr.com, blessingb@ballardspahr.com
        Thomas H Shipps   on behalf of Creditor   MER Energy, LTD tshipps@mbssllp.com
        Thomas H Shipps   on behalf of Creditor   Tauber Exploration & Production Company tshipps@mbssllp.com
        Thomas H Shipps   on behalf of Creditor   I & L Miss I, LP tshipps@mbssllp.com
        Thomas H Shipps   on behalf of Creditor   The Rudman Partnership tshipps@mbssllp.com
        Thomas H Shipps   on behalf of Creditor   Pickens Financial Group, LLC tshipps@mbssllp.com
        Thomas H Shipps   on behalf of Creditor   CTM 2005, Ltd. tshipps@mbssllp.com
        Thomas H Shipps   on behalf of Creditor   MR Oil & Gas, LLC tshipps@mbssllp.com
        Thomas H Shipps   on behalf of Creditor   Feather River 75, LLC tshipps@mbssllp.com
        Thomas H Shipps   on behalf of Creditor   Rudman Family Trust tshipps@mbssllp.com
        Thomas H Shipps   on behalf of Creditor   Tara Rudman Revocable Trust tshipps@mbssllp.com
        Timothy C. Mohan   on behalf of Creditor   Lufkin Industries, LLC tmohan@foley.com, tim.mohan4@gmail.com
        Timothy C. Mohan   on behalf of Creditor   Baker Petrolite LLC tmohan@foley.com, tim.mohan4@gmail.com
        Timothy C. Mohan   on behalf of Creditor   GE Oil & Gas Pressure Control US tmohan@foley.com, tim.mohan4@gmail.com

```
District/off: 1082-1               User: admin                  Page 5 of 5                  Date Rcvd: Jul 21, 2020
                                   Form ID: pdf904              Total Noticed: 46


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Timothy C. Mohan    on behalf of Creditor    Baker Hughes Oilfield Operations LLC tmohan@foley.com,
               tim.mohan4@gmail.com
              Timothy C. Mohan    on behalf of Creditor    Baker Hughes Holdings, LLC FKA Baker Hughes, a GE
               Company LLC tmohan@foley.com,    tim.mohan4@gmail.com
              Timothy M. Swanson    on behalf of Creditor    Alabama Oil & Gas, LLC tim.swanson@moyewhite.com,
               audra.albright@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Kudzu Oil Properties, LLC tim.swanson@moyewhite.com,
               audra.albright@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Alabama Oil Company tim.swanson@moyewhite.com,
               audra.albright@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Kudzo Oil Properties, LLC tim.swanson@moyewhite.com,
               audra.albright@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Apple River Investments, LLC
               tim.swanson@moyewhite.com,    audra.albright@moyewhite.com
              Timothy Michael Riley    on behalf of Attorney    Hopping Green & Sams timothyr@hgslaw.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                                       TOTAL: 135
```

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minute Order*

| Date: July 17, 2020 | **Honorable Elizabeth E. Brown, Presiding** |
| --- | --- |
| | Kerstin Cass, Law Clerk |

**Case. No. 20-12377 EEB**
Chapter 11

In re: Sklar Exploration Company, LLC,
Debtor.

Sklarco, LLC,
Debtor.

**Case. No. 20-12380 EEB**
Chapter 11

**Jointly Administered Under 20-12377 EEB**

| | Telephonic Appearances | | Representing |
| --- | --- | --- | --- |
| Counsel | | UST | |
| Counsel | Keri Riley, James Katchadurian, Kate Mayhew | Debtor(s) | |
| Counsel | Chris Johnson | Committee | Creditors' Committee |
| Counsel | Bryce Suzuki | Creditor | East West Bank |
| Counsel | Timothy Riley | Creditor | Hopping Green & Sams |
| Counsel | Matt Ochs | Creditor | Pruet Oil Company, LLC, Pruet Production Co. (individually and as agent) |
| Counsel | Barnett Skelton | Creditor | Tauber Exploration & Production Co, CTM 2005, Ltd., I & L Miss I, LP, Pickens Financial Group, LLC, MER Energy, Ltd., The MR Trust, Tara Rudman Revocable Trust, Rudman Family Trust, The Rudman Partnership, Feather River 75, LLC |

Proceedings: Non-Evidentiary Hearing on the Debtors' Application For Order Appointing Epiq Corporate Restructuring, LLC as Claims, Noticing, Solicitation, and Administrative Agent

Orders:

☒  The Court indicated it would approve the Debtors' amended Application with the additional change noted on the record.  Debtors shall email a revised proposed order to chambers at CourtroomF@cob.uscrouts.gov.  Once Epiq has established the necessary credentials to perform as claims agent, the Debtor shall file a notice with the Court.

☒  The Court set an evidentiary hearing by zoom videoconference for July 28, 2020 at 9:30 a.m. on the Debtors' motion to extend the exclusivity period and motion to extend deadline to assume or reject leases.  A further scheduling order will enter.

Date: July 17, 2020

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, U.S. Bankruptcy Judge