**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11 |
| | **Joint Administered Under<br>Case No. 20-12377 EEB** |

**SUPPLEMENTAL OBJECTION OF
JF HOWELL INTERESTS, LP TO THE DEBTORS' 1) MOTION PURSUANT TO 11
U.S.C SECTION 1121 FOR AN ORDER EXTENDING THE EXCLUSIVITY PERIODS
FOR FILING AND GAINING ACCEPTANCE OF A PLAN OF REORGANIZATION
AND 2) MOTION TO EXTEND TIME TO ASSUME OR REJECT NONRESIDENTIAL
REAL PROPERTY LEASES PURSUANT TO 11 U.S.C SECTION 365(d)(4) AND
<u>REQUEST FOR NON-EVIDENTIARY HEARING</u>**

**NOW INTO COURT**, through undersigned counsel, comes JF Howell Interests, LP ("Howell Interests"), a creditor and party in interest, which files this supplemental objection to its objection filed July 16, 2020 [Doc. #476] to the following motions filed by Debtors Sklar Exploration Company, LLC ("Sklar Exploration" or "SEC") and Sklarco, LLC ("Sklarco") (jointly "Debtors"):

1. Motion Pursuant To 11 U.S.C Section 1121 For An Order Extending The Exclusivity Periods For Filing And Gaining Acceptance Of A Plan Of Reorganization (Doc#: 453) ("Exclusivity Motion"); and

2. Motion To Extend Time To Assume Or Reject Nonresidential Real Property Leases Pursuant To 11 U.S.C Section 365(d)(4) (Doc#:456) ("Rejection Motion").

- 1 -

## **SUPPLEMENTAL OBJECTION**

As undersigned counsel has repeatedly represented to the Court, Howell Interests is concerned with the protection, preservation, and prudent operation of the various wells and units operated by SEC, especially those in Alabama which comprise the great bulk of the producing assets that have any significant value. Howell Interests believes that its concerns would be satisfied if it were clear that the Court's orders on the Debtors' motions were without prejudice to the rights of the working interest owners under the various agreements with SEC and that no action of Sklarco could adversely affect the interests of the working interest owners.

Accordingly, in order to assist the Court and the parties at the July 28, 2020 hearing on Howell Interests' Objection, Howell Interests attaches hereto its suggested versions of orders on both the Exclusivity Motion and the Rejection Motion which has suggested language added for the protection of the working interest owners, including Howell Interests. As has been communicated to counsel for the Debtors, these orders reserve to Howell Interests and the working interest owners whatever rights they have under the various agreements and, if adopted, would cure the concerns of Howell Interests with the two motions.

**[Signature on following page.]**

- 3 -

Dated: July 27, 2020

                                         Respectfully submitted,

                                         BRADLEY MURCHISON KELLY & SHEA LLC

                                         By:   /s/ David R. Taggart
                                                       David R. Taggart (Texas Bar # 00793102)
                                         401 Edwards Street, Suite 1000
                                         Shreveport, Louisiana 71101
                                         Telephone: (318) 227-1131
                                         Facsimile: (318) 227-1141

                                         Email: dtaggart@bradleyfirm.com


                                       **- -   Attorneys for JF Howell Interests, LP**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed on July 27, 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              /s/ David R. Taggart
                                              OF COUNSEL