UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ———————————————— ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER EXTENDING TIME FOR DEBTOR TO ASSUME OR REJECT
NONRESIDENTIAL REAL PROPERTY LEASE PURSUANT TO BANKRUPTCY
CODE § 365(d)(4)**

Upon Consideration of the Debtor's Motion to Extend Time to Assume or Reject Nonresidential Real Property Leases Pursuant to Bankruptcy Code § 365(d)(4) (the "Motion"), notice having been provided and the only objection, filed by JF Howell Interests, L.P., having been resolved, the Court having reviewed the Motion and finding good cause for granting the requested relief, the Court does

**HEREBY ORDER THAT:**

1.    The Motion is GRANTED with the clarifications set forth below:

2.    The 120-day period in which the Debtors are required to assume or reject nonresidential real property leases pursuant to 11 U.S.C. § 365(d)(4)(A) is hereby extended for an additional 90 days, through and including October 29, 2020.

3.    With regard to Sklar Exploration Company, LLC ("SEC"), which owns no interest in any oil & gas leases, this Order is without prejudice to the rights of the working interest owners under the Unit Participation Agreements, Unit Operating Agreements and Joint Operating

1

Agreements (collectively, "JOAs") of the various properties to take such action as any such working interest owner deems appropriate under the JOAs in accordance with governing law, including but not limited to, seeking to cause SEC to assume or reject one or more JOAs, removal of SEC as the operator of one or more of the properties currently operated by SEC under the JOAs, or seeking to enforce any rights under the JOAs against any other working interest owner, including Sklarco, LLC ("Sklarco").

4. With regard to Sklarco, which owns a fractional undivided interest in many of the oil & gas leases which are subject to the JOAs, this Order pertains to the assumption or rejection by Sklarco only of its undivided interest in any such oil & gas leases and any rejection of Sklarco's interest in any oil & gas lease shall not prejudice the ownership rights of any co-owner with Sklarco in any such oil & gas leases under governing law or under the terms of any applicable JOAs to which Sklarco is a party. Further, this Order is without prejudice to the rights of any working interest owners under the JOAs to enforce the terms of the JOAs as to any interest of Sklarco which it may decide to accept or reject, including but not limited to, provisions relating to failure of title and default in payment of its allocated costs pertaining to such oil & gas leases.

DONE and entered this _____ day of _____, 2020 at Denver, Colorado.

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge