UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF SUBMISSION OF AGREED ORDERS AND
MOTION TO VACATE HEARING**

The Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together "Debtors"), by and through their attorneys, Kutner Brinen, P.C., hereby provide notice of their submission of agreed proposed Orders on the *Debtors' Motion Pursuant to 11 U.S.C. § 112 for an Order Extending the Exclusivity Period for Filing and Gaining Acceptance of a Plan of Reorganization* ("Exclusivity Motion") (Docket No. 453) and the *Debtors' Motion to Extend Time to Assume or Reject Nonresidential Real Property Leases Pursuant to 11 U.S.C. § 365(d)(4)* ("Lease Motion") (Docket No. 456), and move the Court for entry of an Order vacating the haring the set for July 28, 2020, and in support thereof respectfully state as follows*:*

1. The Debtors filed the Exclusivity Motion on July 2, 2020, seeking an extension of the exclusive period in which the Debtors could file and solicit acceptance of a Plan of Reorganization.

2. On July 6, 2020, the Debtors filed the Lease Motion, seeking an extension of the 120-day deadline in which the Debtors are required to assume or reject nonresidential real property leases in accordance with 11 U.S.C. § 365(d)(4).

3. Notice and opportunity for a hearing was provided for the Exclusivity Motion and the Lease Motion, including notice to all counterparties to the respective leases for the Lease Motion. *See* Affidavit of Service, Docket No. 463.

4. On July 16, 2020, JF Howell Interests, LP ("JF Howell") filed an Objection to the

Exclusivity Motion and Lease Motion. No other objections were filed.

5. An evidentiary hearing on the Exclusivity Motion and Lease Motion is currently set for July 28, 2020 commencing at 9:30 a.m.

6. Following extensive negations between the Debtors and JF Howell, the parties have resolved JF Howell's Objection through the agreed form of proposed *Order Extending the Exclusivity Periods for Filing and Gaining Acceptance of a Plan of Reorganization*, attached hereto as Exhibit A, and the agreed form of proposed *Order Extending the Time for Debtor to Assume or Reject Nonresidential Real Property Leases* attached hereto as Exhibit B.

7. Copies of the agreed forms of Orders were provided to counsel for the Official Committee of Unsecured Creditors prior to filing, who advised that they were in agreement with the proposed agreed Orders.

8. The agreed Orders fully resolve JF Howell's Objection, and as a result, there is no further need for a hearing on the Exclusivity Motion or the Lease Motion. Accordingly, the Debtors respectfully request that the Court vacate the hearing set for July 28, 2020.

WHEREFORE, the Debtors pray the Court: 1) enter the proposed agreed form of *Order Extending the Exclusivity Periods for Filing and Gaining Acceptance of a Plan of Reorganization* attached to this Motion as Exhibit A; 2) enter the proposed agreed form of *Order Extending the Time for Debtor to Assume or Reject Nonresidential Real Property Leases* attached to this Motion as Exhibit B; 3) make and enter an Order vacating the hearing on the Exclusivity Motion and Lease Motion set for July 28, 2020 at 9:30 a.m.; and 4) for such further and additional relief as to the Court may appear just and proper.

DATED: July 27, 2020　　　　　　　　　　　　Respectfully submitted,

By: 　*/s/ Keri L. Riley*
　　　Lee M. Kutner, #10966
　　　Keri L. Riley, #47605
　　　**KUTNER BRINEN, P.C.**
　　　1660 Lincoln Street, Suite 1850
　　　Denver, CO 80264
　　　Telephone: (303) 832-2400
　　　E-mail:　　klr@kutnerlaw.com

Case:20-12377-MER Doc#:497 Filed:07/27/20 Entered:07/27/20 12:06:25 Page3 of 3