UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER EXTENDING THE EXCLUSIVITY PERIODS FOR
FILING AND GAINING ACCEPTANCE OF A PLAN OF REORGANIZATION**

UPON CONSIDERATION of the Motion of the Debtors Pursuant to 11 U.S.C. § 1121 for an Order Extending the Exclusivity Periods for Filing and Gaining Acceptance of a Plan of Reorganization (the "Motion"), notice having been provided and the only objection filed by JF Howell Interests, L.P. having been resolved, and for good cause shown:

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED with the clarifications set forth below;

2. The exclusive period for the Debtors to file a Plan of Reorganization is hereby extended for 117 days up to and including November 25, 2020;

3. The exclusive period for the Debtors to gain acceptance of a Plan of Reorganization filed in the exclusive period is hereby extended for an additional 117 days;

4. This Order is without prejudice to the Debtors to seek additional extensions; and

5. Sklar Exploration Company, LLC ("SEC"), is the operator pursuant to various Unit Operating Agreements and Joint Operating Agreements (collectively, "JOAs") of the various properties. This Order is without prejudice to any working interest owner to enforce the terms of the JOAs in accordance with applicable bankruptcy and non-bankruptcy law, including but not limited to, seeking to compel SEC to assume or reject one or more JOAs, or seeking to enforce any rights under the JOAs against any other working interest owner, including Sklarco, LLC ("Sklarco"), and any rights under the JOA against SEC as operator. Nothing contained herein shall relieve SEC of its continuing obligation to act as a prudent operator in accordance

with applicable JOAs nor shall this Order be a basis for SEC or Sklarco to take or fail to take, any actions required by the JOAs or by appropriate action of the working interest owners under the JOAs.

Done and entered this ____ day of _____, 2020 at Denver, Colorado.

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Court Judge