UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING MOTION TO VACATE HEARING**

THIS MATTER, having come before the Court on the Debtors' *Notice of Submission of Agreed Orders and Motion to Vacate Hearing* ("Motion"), the court having reviewed the Motion, being fully apprised in the premises, and finding good cause for granting the requested relief, does hereby

ORDER

That the Motion is GRANTED. The hearing set for July 28, 2020 at 9:30 a.m. is hereby VACATED.

DONE and entered this _____ day of July, 2020 at Denver, Colorado.

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge

1