```
                         United States Bankruptcy Court
                             District of Colorado

In re:                                                      Case No. 20-12377-EEB
Sklar Exploration Company, LLC                              Chapter 11
Sklarco, LLC
        Debtors                    CERTIFICATE OF NOTICE
District/off: 1082-1          User: admin                 Page 1 of 5          Date Rcvd: Jul 27, 2020
                              Form ID: pdf904             Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2020.
db/db          +Sklar Exploration Company, LLC,    Sklarco, LLC,    5395 Pearl Parkway,   Suite 200,
                 Boulder, CO 80301-2541
aty            +Benjamin Y. Ford,    RSA Tower, 27th Floor,   11 North Water Street,    Mobile, AL 36602-3809
aty            +Cook, Yancey, King & Galloway, APLC,    333 Texas Street,    Suite 1700,   P.O. Box 22260,
                 Shreveport, LA 71120-2260
cr             +AEEC II, LLC,    333 Texas Street,   #2020,   Shreveport, LA 71101-3680
cr             +AEH Investments, LLC,    333 Texas Street,   Suite 1414,   Shreveport, LA 71101-3678
cr             +Anderson Exploration Energy Company, LC,    333 Texas Street,   #2020,
                 Shreveport, LA 71101-3680
cr             +Barbara P Lawrence,    55 Hill Circle,   Evergreen, CO 80439-4618
cr             +Barnette & Benefield, Inc.,    PO Box 550,   Haynesville, LA 71038-0550
cr             +Bundero Investment Company, LLC,    401 Edwards Street,   Suite 820,   Shreveport, LA 71101-5521
cr             +Estate of Pamela Page, Deceased,    P.O. Box 374,   Evergreen, CO 80437-0374
cr             +I & L Miss I, LP,    4761 Frank Luck Dr,   Addison, TX 75001-3202
cr             +J&A Harris, LP,    333 Texas Street,   Suite 1414,   Shreveport, LA 71101-3678
cr             +John H. Smith,    c/o Quitman Tank Solutions, LLC,    PO Box 90,   Quitman, MS 39355-0090
cr             +Kingston, LLC,    2790 South Thompson Street,   Suite 102,   Springdale, AR 72764-6303
cr             +Kodiak Gas Services, LLC,    15320 Hwy. 105, Suite 210,   Montgomery, TX 77356-2602
cr             +Pickens Financial Group, LLC,    10100 N. Central Expressway, Suite 200,    Dallas, TX 75231-4169
cr             +Pine Island Chemical Solutions, L.L.C.,    c/o Armistead M. Long,
                 Gordon, Arata, Montgomery, Barnett,    400 East Kaliste Saloom Road,   Suite 4200,
                 Lafayette, LA 70508-8522
cr             +Stoneham Drilling Corporation,    c/o Bradley,   Attn: James B. Bailey,
                 1819 Fifth Avenue North,    Birmingham, AL 35203-2120
cr             +Sugar Oil Properties, L.P.,    625 Market Street,   Suite 100,   Shreveport, LA 71101-5392
cr             +TCP Cottonwood, L.P.,    333 Texas Street,   #2020,   Shreveport, LA 71101-3680
cr             +Tauber Exploration & Production Company,    55 Waugh Drive, Suite 700,   Houston, TX 77007-5837
intp            The Juneau Group,    2386A Rice Blvd. #232,   Houston, TX  77005
18754408       +Anderson Investment Holdings, LP,    AEEC II, LLC,   333 Texas Street, Suite 2020,
                 Shreveport, LA 71101-3680
18754411       +Apple River Investments, L.L.C.,    Attn  Robert M. Boeve, President,   1503 Garfield Road North,
                 Traverse City, MI 49696-1111
18754484       +East West Bank Treasury Department,    135 North Los Robles Avenue,   Suite 600,
                 ATTN  Linda Cox,   Pasadena, CA 91101-4549
18754510       +FPCC USA, Inc.,    245 Commerce Green Blvd, Ste 250,   Sugar Land, TX 77478-3760
18754497       +Fant Energy Limited,    P.O. Box 55205,   Houston, TX 77255-5205
18754529       +H&H Construction, LLC,    Ladon E. Hall, Sole Manager,   P.O. Box 850,   Flomaton, AL 36441-0850
18754560        JD Fields & Company, Inc.,    P.O. Box 134401,   Houston, TX 77219-4401
18754567       +JJS Working Interest LLC,    2001 Kirby Dr, Suite 1110,   Houston, TX 77019-6081
18754578       +Kelley Brothers Contractors, Inc.,    P.O. Drawer 1079,   Waynesboro, MS 39367-1079
18754588       +Kudzu Oil Properties, LLC,    300 Concourse Blvd, Suite 101,   Ridgeland, MS 39157-2091
18754598        Lucas Petroleum Group, Inc.,    327 Congress Avenue, Suite 500,   Austin, TX 78701-3656
18754612       +Meritage Energy, Ltd.,    C/O BKD, LLP,   2700 Post Oak Blvd, Ste 1500,   Houston, TX 77056-5829
18754613        Mesa Fluids, LLC,    c/o Juno Financial,   P.O. Box 173928,   Denver, CO 80217-3928
18754664        Pro-Tek Field Services, LLC,    P.O. Box 919269,   Dallas, TX 75391-9269
18754666       +Pruet Oil Company, LLC,    217 West Capitol St. Ste 201,   Jackson, MS 39201-2099
18754673       +Rapad Well Service Co., Inc.,    217 West Capitol Street,   Jackson, MS 39201-2004
18754720       +Stoneham Drilling Corporation,    707 17th Street,   Suite 3250,   Denver, CO 80202-3433
18754721       #Strago Petroleum Corporation,    3209 Hamm Road,   Pearland, TX 77581-5503
18754735       +TCP Cottonwood, L.P.,    333 Texas Street, Suite 2020,   Shreveport, LA 71101-3680
18754760       +Union Oilfield Supply, Inc.,    12 John Dykes Road,   Waynesboro, MS 39367-8371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: cmccord@mccordprod.com Jul 28 2020 01:28:23      CTM 2005, Ltd.,
                 55 Waugh Drive, Suite 515,   Houston, TX 77007-5840
cr             +E-mail/PDF: dor_tac_bankruptcy@state.co.us Jul 28 2020 01:44:21
                 Colorado Department Of Revenue,    1375 Sherman St.,   Room 504,   Attention Bankruptcy Unit,
                 Denver, CO 80261-3000
cr             +E-mail/Text: bankruptcy@coag.gov Jul 28 2020 01:29:24      Colorado Department of Law,
                 1300 Broadway, 8th Floor,   Denver, CO 80203-2104
cr              E-mail/Text: tim.swanson@moyewhite.com Jul 28 2020 01:29:21      Kudzu Oil Properties, LLC,
                 c/o Timothy M. Swanson,   Moye White LLP,   1400 16th Street, 6th Floor,    Denver, CO  80202
                                                                                             TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Hall Management, LLC,   4913 Oak Point Drive
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 1082-1               User: admin                 Page 2 of 5              Date Rcvd: Jul 27, 2020
                                   Form ID: pdf904             Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2020                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2020 at the address(es) listed below:

```
          Amy Vazquez    on behalf of Creditor    FPCC USA, Inc. avazquez@joneswalker.com
          Andrew James Shaver    on behalf of Creditor    Premium Oilfield Services, LLC ashaver@bradley.com
          Armistead Mason Long    on behalf of Creditor    Pine Island Chemical Solutions, L.L.C.
           along@gamb.law
          Barnet B Skelton, Jr    on behalf of Creditor    Tara Rudman Revocable Trust barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    Tauber Exploration & Production Company
           barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    Rudman Partnership barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    MER Energy, LTD barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    I & L Miss I, LP barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    MR Oil & Gas, LLC barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    The Rudman Partnership barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    Pickens Financial Group, LLC barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    Rudman Family Trust barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    CTM 2005, Ltd. barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    Feather River 75, LLC barnetbjr@msn.com
          Belinda Harrison    belindapittsharrison@gmail.com, belindapittsharrison@gmail.com
          Brent R. Cohen    on behalf of Creditor    Fant Energy Limited bcohen@lrrc.com,
           brent-cohen-8759@ecf.pacerpro.com,cmarquez@lrrc.com
          Brian Rich    on behalf of Creditor    Fletcher Petroleum Company, LLC brich@bergersingerman.com,
           efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Brian Rich    on behalf of Creditor    Fletcher Petroleum Corp. brich@bergersingerman.com,
           efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Brian Rich    on behalf of Creditor    Fletcher Exploration, LLC brich@bergersingerman.com,
           efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Bryce Suzuki    on behalf of Creditor    East-West Bank bryce.suzuki@bclplaw.com,
           tina.daniels@bclplaw.com
          Casey Carlton Breese    on behalf of Creditor    The Southeast Alabama Gas District
           cbreese@wsmtlaw.com, lhayter@wsmtlaw.com
          Casey Carlton Breese    on behalf of Plaintiff    Southeast Alabama Gas District
           cbreese@wsmtlaw.com, lhayter@wsmtlaw.com
          Christopher Meredith    on behalf of Attorney    Copeland, Cook, Taylor & Bush, P.A.
           cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher Meredith    on behalf of Creditor    Eastern Fishing & Rental Tool Company, Inc.
           cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher Meredith    on behalf of Creditor    PAR Minerals Corporation cmeredith@cctb.com,
           bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher Meredith    on behalf of Creditor    Coastal Exploration, Inc. cmeredith@cctb.com,
           bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher D. Johnson    on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors cjohnson@munsch.com, scurry@munsch.com
          Craig K. Schuenemann    on behalf of Creditor    East-West Bank craig.schuenemann@bryancave.com,
           alicia.berry@bryancave.com,44Team_DEN@bryancave.com
          Craig M. Geno    on behalf of Creditor    Alabama Oil Company cmgeno@cmgenolaw.com,
           kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          Craig M. Geno    on behalf of Creditor    Kudzo Oil Properties, LLC cmgeno@cmgenolaw.com,
           kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          Craig M. Geno    on behalf of Creditor    Apple River Investments, LLC cmgeno@cmgenolaw.com,
           kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          Daniel L. Bray    on behalf of Creditor    Weatherford U.S., L.P. daniel.bray@huschblackwell.com,
           ann.stolfa@huschblackwell.com;LegalSupportTeam-Litigation-DEN@huschblackwell.com;daniel-bray-5348
           @ecf.pacerpro.com
          David M. Miller    on behalf of Creditor    Bri-Chem Supply Corp., LLC dmiller@spencerfane.com,
           nschacht@spencerfane.com
```

```
District/off: 1082-1                   User: admin                      Page 3 of 5                      Date Rcvd: Jul 27, 2020
                                       Form ID: pdf904                  Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              David R Taggart     on behalf of Creditor    JH Howell Interests, LP dtaggart@bradleyfirm.com,
               kburnley@bradleyfirm.com,nmobley@bradleyfirm.com
              David R Taggart     on behalf of Creditor    JF Howell Interests ,LP dtaggart@bradleyfirm.com,
               kburnley@bradleyfirm.com,nmobley@bradleyfirm.com
              Deanna L. Westfall     on behalf of Creditor    Colorado Department Of Revenue
               deanna.westfall@coag.gov,   bncmail@w-legal.com
              Duane    Brescia     on behalf of Creditor    Lucas Petroleum Group, Inc. dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Duane    Brescia     on behalf of Attorney    Clark Hill Strasburger dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Duane    Brescia     on behalf of Creditor    Seitel Data, Ltd. dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Eric    Lockridge     on behalf of Creditor    Sugar Oil Properties, L.P.
               eric.lockridge@keanmiller.com,    Stephanie.gray@keanmiller.com
              Eric    Lockridge     on behalf of Creditor    Anderson Exploration Energy Company, L.C.
               eric.lockridge@keanmiller.com,    Stephanie.gray@keanmiller.com
              Eric    Lockridge     on behalf of Creditor    Anderson Exploration Energy Company, LC
               eric.lockridge@keanmiller.com,    Stephanie.gray@keanmiller.com
              Eric    Lockridge     on behalf of Creditor    TCP Cottonwood, L.P. eric.lockridge@keanmiller.com,
               Stephanie.gray@keanmiller.com
              Eric    Lockridge     on behalf of Creditor    AEEC II, LLC eric.lockridge@keanmiller.com,
               Stephanie.gray@keanmiller.com
              Glenn    Taylor     on behalf of Creditor    Coastal Exploration, Inc. gtaylor@cctb.com
              Glenn    Taylor     on behalf of Creditor    PAR Minerals Corporation gtaylor@cctb.com
              Glenn    Taylor     on behalf of Creditor    Eastern Fishing & Rental Tool Company, Inc.
               gtaylor@cctb.com
              Grant Matthew Beiner     on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors gbeiner@munsch.com
              James B. Bailey     on behalf of Creditor    Stoneham Drilling Corporation jbailey@bradley.com,
               ashaver@bradley.com
              Jeffrey S. Brinen     on behalf of Debtor    Sklar Exploration Company, LLC jsb@kutnerlaw.com,
               vlm@kutnerlaw.com
              Jeffrey S. Brinen     on behalf of Debtor    Sklarco, LLC jsb@kutnerlaw.com,    vlm@kutnerlaw.com
              Jennifer   Hardy     on behalf of Creditor    JJS Working Interests, LLC jhardy2@willkie.com,
               mao@willkie.com
              Jennifer   Hardy     on behalf of Creditor    JJS Interests Escambia, LLC jhardy2@willkie.com,
               mao@willkie.com
              Jennifer   Hardy     on behalf of Creditor    JJS Interests Steele Kings, LLC jhardy2@willkie.com,
               mao@willkie.com
              Jennifer   Norris Soto     on behalf of Creditor    Barnette & Benefield, Inc.
               jennifersoto@arklatexlaw.com,    curtisshelton@arklatexlaw.com,stephanieparker@arklatexlaw.com
              Jenny M.F. Fujii     on behalf of Cross-Claimant    Sklar Exploration Company, LLC jmf@kutnerlaw.com,
               vlm@kutnerlaw.com
              Jeremy L Retherford     on behalf of Creditor    RAPAD Well Service Co., Inc. jretherford@balch.com,
               kskelton@balch.com,skynerd@pruet.com
              Jeremy L Retherford     on behalf of Creditor    Pruet Production Co. jretherford@balch.com,
               kskelton@balch.com,skynerd@pruet.com
              Jeremy L Retherford     on behalf of Creditor    Pruet Oil Company, LLC jretherford@balch.com,
               kskelton@balch.com,skynerd@pruet.com
              Jeremy L Retherford     on behalf of Interested Party    Pruet Production Co. jretherford@balch.com,
               kskelton@balch.com,skynerd@pruet.com
              Jim F Spencer, Jr     on behalf of Creditor    Landmark Exploration, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr     on behalf of Creditor    Lexington Investments, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr     on behalf of Creditor    Landmark Oil and Gas, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr     on behalf of Creditor    Stone Development, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              John    Cornwell     on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
               jcornwell@munsch.com,    hvalentine@munsch.com
              John Thomas Oldham     on behalf of Creditor    Kodiak Gas Services, LLC joldham@okinadams.com,
               bmoore@okinadams.com
              Jordan B. Bird     on behalf of Creditor    Bundero Investment Company, LLC
               jordan.bird@cookyancey.com
              Jordan B. Bird     on behalf of Attorney    Cook, Yancey, King & Galloway, APLC
               jordan.bird@cookyancey.com
              Jordan B. Bird     on behalf of Creditor    J&A Harris, LP jordan.bird@cookyancey.com
              Jordan B. Bird     on behalf of Creditor    Franks Exploration Company, LLC
               jordan.bird@cookyancey.com
              Jordan B. Bird     on behalf of Creditor    Hall Management, LLC jordan.bird@cookyancey.com
              Jordan B. Bird     on behalf of Creditor    Kingston, LLC jordan.bird@cookyancey.com
              Jordan B. Bird     on behalf of Creditor    AEH Investments, LLC jordan.bird@cookyancey.com
              Joseph Eric Bain     on behalf of Creditor    FPCC USA, Inc. jbain@joneswalker.com,
               kvrana@joneswalker.com
              Katherine A Ross     on behalf of Creditor    Bureau of Land Management katherine.ross@usdoj.gov,
               USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
```

```
District/off: 1082-1                User: admin                    Page 4 of 5                  Date Rcvd: Jul 27, 2020
                                    Form ID: pdf904                Total Noticed: 46


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Katherine A Ross    on behalf of Creditor    Office of Natural Resources Revenue
               katherine.ross@usdoj.gov,
               USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
              Katherine Guidry Douthitt    on behalf of Creditor    Dickson Oil & Gas, L.L.C. kdouthitt@bwor.com
              Katherine Guidry Douthitt    on behalf of Creditor C. Bickham  Dickson, III kdouthitt@bwor.com
              Keri L. Riley    on behalf of Debtor    Sklar Exploration Company, LLC klr@kutnerlaw.com,
               vlm@kutnerlaw.com
              Keri L. Riley    on behalf of Debtor    Sklarco, LLC klr@kutnerlaw.com,    vlm@kutnerlaw.com
              Kevin S. Neiman    on behalf of Plaintiff    Plains Marketing, L.P. kevin@ksnpc.com
              Kevin S. Neiman    on behalf of Creditor    Plains Marketing, L.P. kevin@ksnpc.com
              Kevin S. Neiman    on behalf of Creditor    Plains Gas Solutions, LLC kevin@ksnpc.com
              Lee M. Kutner    on behalf of Debtor    Sklar Exploration Company, LLC lmk@kutnerlaw.com,
               vlm@kutnerlaw.com
              Lee M. Kutner    on behalf of Debtor    Sklarco, LLC lmk@kutnerlaw.com,    vlm@kutnerlaw.com
              Madison M. Tucker    on behalf of Creditor    FPCC USA, Inc. mtucker@joneswalker.com
              Matthew  Okin    on behalf of Creditor    Kodiak Gas Services, LLC mokin@okinadams.com
              Matthew J. Ochs    on behalf of Creditor    Pruet Oil Company, LLC mjochs@hollandhart.com,
               tldevlin@hollandhart.com
              Matthew J. Ochs    on behalf of Creditor    RAPAD Well Service Co., Inc. mjochs@hollandhart.com,
               tldevlin@hollandhart.com
              Matthew J. Ochs    on behalf of Creditor    Pruet Production Co. mjochs@hollandhart.com,
               tldevlin@hollandhart.com
              Michael  Niles    on behalf of Creditor    Fletcher Exploration, LLC mniles@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Michael  Niles    on behalf of Creditor    Fletcher Petroleum Company, LLC
               mniles@bergersingerman.com,    efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Michael  Niles    on behalf of Creditor    Fletcher Petroleum Corp. mniles@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Michael D Rubenstein    on behalf of Interested Party    BPX Properties (NA) LP
               mdrubenstein@liskow.com
              Michael D Rubenstein    on behalf of Interested Party    BP America Production Company
               mdrubenstein@liskow.com
              Michael J. Guyerson    on behalf of Creditor    Estate of Pamela Page, Deceased
               mike@kjblawoffice.com,    celina@kjblawoffice.com;teresa@kjblawoffice.com
              Michael J. Guyerson    on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com,
               celina@kjblawoffice.com;teresa@kjblawoffice.com
              Paul  Moss    on behalf of U.S. Trustee    US Trustee Paul.Moss@usdoj.gov
              Robert  Padjen    on behalf of Creditor    Colorado Department of Law Robert.padjen@coag.gov
              Robert L Paddock    on behalf of Creditor    Strago Petroleum Corporation rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    Gateway Exploration, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    Meritage Energy Ltd rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    Harvest Gas Management, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    GCREW Properties, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Ryan  Lorenz    on behalf of Creditor    Juno Financial LLC RLorenz@ClarkHill.com
              Ryan  Seidemann    on behalf of Creditor    State of Louisiana, Depatment of Natural Resources,
                Office of Mineral Resources seidemannr@ag.louisiana.gov
              Ryco Exploration, LLC.     rsmith.ryco@att.net
              Shay L. Denning    on behalf of Creditor    I & L Miss I, LP sdenning@mbssllp.com
              Shay L. Denning    on behalf of Creditor    CTM 2005, Ltd. sdenning@mbssllp.com
              Shay L. Denning    on behalf of Creditor    Pickens Financial Group, LLC sdenning@mbssllp.com
              Shay L. Denning    on behalf of Creditor    Tauber Exploration & Production Company
               sdenning@mbssllp.com
              Stephen K. Lecholop, II    on behalf of Creditor    McCombs Energy, Ltd. slecholop@rpsalaw.com,
               amartinez@rpsalaw.com
              Stephen K. Lecholop, II    on behalf of Creditor    McCombs Exploration, LLC slecholop@rpsalaw.com,
               amartinez@rpsalaw.com
              Theodore J. Hartl    on behalf of Interested Party    Louisiana Tower Operating LLC
               hartlt@ballardspahr.com,    blessingb@ballardspahr.com
              Thomas H Shipps    on behalf of Creditor    MER Energy, LTD tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    Tauber Exploration & Production Company
               tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    I & L Miss I, LP tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    The Rudman Partnership tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    Pickens Financial Group, LLC tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    CTM 2005, Ltd. tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    MR Oil & Gas, LLC tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    Feather River 75, LLC tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    Rudman Family Trust tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    Tara Rudman Revocable Trust tshipps@mbssllp.com
              Timothy C. Mohan    on behalf of Defendant    Kelley Brothers Contractors, Inc. tmohan@foley.com,
               tim.mohan4@gmail.com
              Timothy C. Mohan    on behalf of Creditor    Lufkin Industries, LLC tmohan@foley.com,
               tim.mohan4@gmail.com
```

```
District/off: 1082-1                  User: admin                     Page 5 of 5                  Date Rcvd: Jul 27, 2020
                                      Form ID: pdf904                 Total Noticed: 46


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Timothy C. Mohan    on behalf of Defendant    GE Oil & Gas Pressure Control LP tmohan@foley.com,
               tim.mohan4@gmail.com
              Timothy C. Mohan    on behalf of Creditor     Baker Petrolite LLC tmohan@foley.com,
               tim.mohan4@gmail.com
              Timothy C. Mohan    on behalf of Creditor     GE Oil & Gas Pressure Control US tmohan@foley.com,
               tim.mohan4@gmail.com
              Timothy C. Mohan    on behalf of Creditor     Baker Hughes Oilfield Operations LLC tmohan@foley.com,
               tim.mohan4@gmail.com
              Timothy C. Mohan    on behalf of Creditor     Baker Hughes Holdings, LLC FKA Baker Hughes, a GE
               Company LLC tmohan@foley.com,    tim.mohan4@gmail.com
              Timothy M. Swanson    on behalf of Creditor    Alabama Oil & Gas, LLC tim.swanson@moyewhite.com,
               audra.albright@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Kudzu Oil Properties, LLC tim.swanson@moyewhite.com,
               audra.albright@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Alabama Oil Company tim.swanson@moyewhite.com,
               audra.albright@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Kudzo Oil Properties, LLC tim.swanson@moyewhite.com,
               audra.albright@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Apple River Investments, LLC
               tim.swanson@moyewhite.com,    audra.albright@moyewhite.com
              Timothy Michael Riley    on behalf of Attorney    Hopping Green & Sams timothyr@hgslaw.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 138
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION TO VACATE HEARING**

THIS MATTER, having come before the Court on the Debtors' *Notice of Submission of Agreed Orders and Motion to Vacate Hearing* ("Motion"), the court having reviewed the Motion, being fully apprised in the premises, and finding good cause for granting the requested relief, does hereby

ORDER

That the Motion is GRANTED. The hearing set for July 28, 2020 at 9:30 a.m. is hereby VACATED.

Dated: July 27, 2020

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge

1