UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**MOTION FOR AUTHORIZATION TO ENTER INTO COMMERCIAL INSURANCE PREMIUM FINANCE AND SECURITY AGREEMENT**

The Debtor, Sklar Exploration Company, LLC ("Debtor" or "SEC"), by and through its attorneys, Kutner Brinen, P.C., moves this Court for entry of an Order pursuant to 11 U.S.C. § 364: (a) authorizing the Debtor to enter into a Commercial Insurance Premium Finance and Security Agreement ("Agreement") with AFCO Credit Corporation ("AFCO"); (b) granting AFCO a security interest in accordance with the Agreement; and (c) authorizing the Debtor to make a down payment to AFCO, and as grounds therefor states as follows:

1. SEC filed for relief under chapter 11 of the Bankruptcy Code on April 1, 2020. SEC remains a Debtor-in-Possession.

2. The Office of the United States Trustee appointed an Official Committee of Unsecured Creditors ("Committee") on April 16, 2020.

3. SEC is engaged in business as an operator of oil and gas wells and an independent exploration and production company in the oil and gas industry. SEC's principal business offices are located in in Boulder, Colorado and has additional offices in Shreveport, Louisiana and Brewton, Alabama. SEC's exploration and production activities are primarily located in East Texas, North Louisiana, South Mississippi, South Alabama and the Florida Panhandle.

4. In order to maintain its operations and remain in compliance with the Bankruptcy Code and the United States Trustee Operating Guidelines and Reporting Requirements, the Debtor is required to maintain adequate insurance coverage.

5. The Debtor has contracted with Dethloff & Associates, Inc., as broker, for the following insurance policies (collectively, the "Policies"):

| Policy Issuer | Type of Coverage | Term | Effective Date |
|---|---|---|---|
| Lloyds of London | Property, Liability, Excess Liability | 12 months | 8/1//2020 |

| Imperium Insurance Company | Automotive | 12 months | 8/1/2020 |
| Houston Casualty Company | General Liability, Umbrella Policy | 12 months | 8/1/2020 |
| Scottsdale Insurance Company | General Liability, Umbrella Policy | 12 months | 8/1/2020 |
| Continental Casualty Company | Inland Marine | 12 months | 8/1/2020 |
| Hiscox Insurance Company, Inc. | Cyber Risk | 12 months | 8/1/2020 |
| XL Specialty Insurance Company | Excess Liability | 12 months | 8/1/2020 |
| Western World Insurance Co. | Excess Liability | 12 months | 8/1/2020 |
| Arch Insurance | Liability | 12 months | 8/1/2020 |

6. SEC is unable to pay the premiums for the Policies without financing. The Debtor therefore requests authorization to enter into the Agreement with AFCO in order to finance the premium for Policies. A copy of the Agreement is attached hereto and incorporated herein as Exhibit A.

7. The total premium for the Policies is $480,778.68. Pursuant to the Agreement, SEC is required to make a down payment in the amount of $168,272.54, and the remaining balance in the amount of $312,506.14 will be financed by AFCO at a rate of 4.63% per annum. The Debtor will pay the remaining balance, interest, and finance charges, in seven (7) equal monthly installments in the amount of 45,335.39

8. SEC's first monthly payment is due on or before September 1, 2020.

9. SEC requests authorization to grant AFCO a security interest in accordance with 11 U.S.C. § 364(c)(2) and (3). Pursuant to the Agreement, AFCO is granted a security interest in any amounts that may become payable to SEC in the event of a loss under the Policies, subject to any prior existing security interest, and any unearned premiums under the Policy. SEC further requests that AFCO's liens and security interest be deemed duly perfected without further action by AFCO.

10. In the event of a default by SEC in making the monthly payments under the Agreement, AFCO may cancel the Policies after providing any required notice, and may collect any unearned premium under the Policies without seeking further order from the Court.

11. SEC further requests that any additional amounts owed in the event of a default that remain unpaid after application of any unearned premium be treated as an administrative expense claim in accordance with 11 U.S.C. § 364(b).

12. AFCO is extending financing pursuant to the Agreement in good faith pursuant to 11 U.S.C. § 364(e).

13. Authorizing SEC to enter into the Agreement is in the best interests of SEC, its estate, and its creditors. If SEC does not enter into the Agreement, the Debtor will be forced to pay the full amount of the

premium, which will severely diminish the Debtor's operating capital and will negatively impact the Debtor's operations.

14. In accordance with the *Order Granting Ex Parte Motion for Entry of Order Limiting Notice*, notice of this Motion is being provided to all parties who have entered their appearance and requested notice, the Official Committee of Unsecured Creditors, all secured creditors, the Office of the United States Trustee, and the twenty largest unsecured creditors in accordance with L.B.R. 2081-2(d).

WHEREFORE, the Debtor prays that the Court make and enter an Order pursuant to 11 U.S.C. § 364, authorizing the Debtor to enter into the Agreement with AFCO, granting AFCO a security interest in accordance with the Agreement, and authorizing the Debtor to make a down payment to AFCO in the amount of $168,272.54, and for such further and additional relief as to the Court may appear proper.

Dated: August 5, 2020.              Respectfully submitted,

By: /s/ Keri L. Riley
Lee M. Kutner #10966
Keri L. Riley, #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln St., Suite 1850
Denver, CO  80264
Telephone: (303) 832-2400
Email: klr@kutnerlaw.com

**CERTIFICATE OF SERVICE**

I certify that on August 5, 2020, I served a complete copy of the foregoing **MOTION FOR AUTHORIZATION TO ENTER INTO COMMERCIAL INSURANCE PREMIUM FINANCE AND SECURITY AGREEMENT AND NOTICE OF MOTION FOR AUTHORIZATION TO ENTER INTO COMMERCIAL INSURANCE PREMIUM FINANCE AND SECURITY AGREEMENT** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

AFCO Credit Corporation
P.O. Box 4795
Carol Stream, IL 60197-4795

Dethloff & Associates
2625 Line Avenue
Suite 200
Shreveport, LA 71104

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Stoneham Drilling Corporation
(Representative: Heather Stickel)
c/o James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Mesa Fluids, LLC
(Representative: Aaron W. Merrell)
1669 South 580 East
American Fork, UT 84057

TCP Cottonwood, L.P.
(Representative: Kyle C. McInnis)
c/o Eric Lockridge
400 Convention Street
Suite 700
Baton Rouge, LA 70801

Rapad Well Service Company, Inc.
(Representative: Chesley James)
c/o Jeremy Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203-4642

Kelley Brothers Contractors, Inc.
(Representative: Jerry Kelley)
401 County Farm Road
Waynesboro, MS 39367

Baker Hughes Company
(Representative: Christopher J. Ryan)
2001 Rankin Road
Houston, TX 77073

Timothy C. Mohan, Esq.
Foley & Lardner, LLP
600 17th Street
Suite 2020 South
Denver, CO 80202

J. Eric Lockridge, Esq.
Kean Miller LLP
400 Convention Street
Suite 700
P.O. Box 3513
Baton Rouge, LA 70802

Craig K. Schuenemann, Esq.
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Giovanni M. Ruscitti, Esq.
Berg Hill Greenleaf Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

Bryce A. Suzuki, Esq.
Bryan Cave Leighton Paisner, LLP
Two North Central Avenue
Suite 2100
Phoenix, AZ 85004-4406

James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Timothy M. Riley, Esq.
Hopping Green & Sams, P.A.
P.O. Box 6526
Tallahassee, FL 32314

Michel D. Rubenstein, Esq.
Liskow & Lewis
1001 Fannin Street
Suite 1800
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos
Suite 700
Austin, TX 78701

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
999 18th Street
Suite 1230 South
Denver, CO 80202

Robert L. Paddock, Esq.
Buck Keenan LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Jeremy L. Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203

Matthew J. Ochs, Esq.
Holland & Hart, LLP
555 Seventeenth Street
Suite 3200
P.O. Box 8749
Denver, CO 80201-8749

Shay L. Denning, Esq.
Thomas H. Shipps, Esq.
Maynes, Bradford, Shipps & Sheftel, LLP
835 East Second Avenue
Suite 123
Durango, CO 81301

Robert Padjen, Esq.
Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202-1486

Joseph E. Bain, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Madison Tucker, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, Louisiana 70170

Barnet B. Skelton, Jr., Esq.
815 Walker
Suite 1502
Houston, TX 77002

Amy L. Vazquez, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams, LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Christopher H. Meredith, Esq.
Copeland Cook Taylor & Bush, P.A.
1076 Highland Colony Parkway
600 Concourse, Suite 200
P.O. Box 6020
Ridgeland, Mississippi 39158-6020

Michael L. Niles, Esq.
Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Victoria Argeroplos, Esq.
Jackson Walker LLP
1401 McKinney Street
Suite 1900
Houston, TX 77010

David R. Taggart, Esq.
Bradley Murchison Kelly & Shea, LLC
401 Edwards Street
Suite 1000
Shreveport, Louisiana 71101

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
P.O Box 22260
Shreveport, Louisiana 71120-2260

Paul H. Stephenson III, Esq.
Jim F. Spencer, Jr., Esq.
Watkins & Eager, PLLC
P.O. Box 650
Jackson, Mississippi 39205

John D. Cornwell, Esq.
Grant M. Beiner, Esq.
Christopher D. Johnson, Esq.
Munsch Hardt Kopf & Harr, P.C.
700 Milam Street
Suite 2700
Houston, TX 77002

Michael J. Guyerson, Esq.
Buechler Law Office, LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
Shreveport, Louisiana 71120-2260

Robert L. Paddock, Esq.
Buck Keenan, LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Ryan M. Seidemann, Esq.
Assistant Attorney General
Civil Division/Lands and Natural Resources
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005

David M. Miller, Esq.
Spencer Fane LLP
1700 Lincoln Street
Suite 2000
Denver, CO 80203

Jennifer J. Hardy, Esq.
Willkie Farr & Gallagher, LLP
600 Travis Street
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos Street
Suite 700
Austin, TX 78701

Andrew G. Edson, Esq.
Clark Hill Strasburger
901 Main Street
Suite 6000
Dallas, TX 75202

Craig M. Geno, Esq.
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157

Christopher H. Meredith, Esq.
Glenn Gates Taylor, Esq.
Copeland Cook Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Curtis R. Shelton, Esq.
Jennifer Norris Soto, Esq.
Ayres Shelton Williams Benson & Paine, LLC
333 Texas Street, Suite 1400
P.O. Box 1764
Shreveport, Louisiana 71166

Armistead M. Long, Esq.
Gordon Arata Montgomery Barnett
McCollam Duplantis & Eagan, LLC
400 East Kaliste Saloon Road
Suite 4200
Lafayette, Louisiana 70508

Ryan J. Lorenz, Esq.
Clark Hill PLC
14850 North Scottsdale Road
Suite 500
Scottsdale, Arizona 85254

Brian G. Rich, Esq.
Michael J. Niles, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Katherine A. Ross, Esq.
U.S. Attorney's Office for the
  District of Colorado
Assistant United States Attorney
1801 California Street
Suite 1600
Denver, CO 80202

Ryco Exploration, LLC
401 Edwards Street
Suite 915
Shreveport, LA 71101
ATTN: M. Robin Smith

Ryco Exploration, LLC
40 Golf Club Drive
Haughton, LA 71037
ATTN: M. Robin Smith

Stephen K. Lecholop II, Esq.
Rosenthal Pauerstein, Esq.
Sandoloski Agather LLP
755 East Mulberry
Suite 200
San Antonio, TX 78212

Katherine Guidry Douthitt, Esq.
Blanchard Walker O'Quin & Roberts
P.O. Box 1126
Shreveport, Louisiana 71163

Andrew J. Shaver, Esq.
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Theodore J. Hartl, Esq.
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596

John H. Smith
Quitman Tank Solutions, LLC
P.O. Box 90
Quitman, MS 39355

Belinda Harrison
58 County Road 5033
Heidelberg, MS 39439

Casey C. Breese, Esq.
Welborn Sullivan Meck & Tooley, P.C.
1125 17th Street
Suite 2200 South
Denver, CO 80202


/s/Vicky Martina
**Vicky Martina**
**Kutner Brinen PC**