UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| _____) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING AUTHORITY TO ENTER INTO
PREMIUM FINANCE AGREEMENT**

THIS MATTER having come before the Court on the Sklar Exploration Company, LLC's Motion for Authorization to Enter into a Premium Finance Agreement (the "Motion") with AFCO Credit Corporation ("AFCO") pursuant to 11 U.S.C. § 364, the Court having considered the Motion, notice having been provided and no objections having been filed, cause having been shown by the Debtor, the Court does hereby

ORDER THAT:

1. The Motion is GRANTED;

2. Sklar Exploration Company, LLC ("SEC") is authorized to enter into the Commercial Insurance Premium Finance and Security Agreement ("Agreement") attached to the Motion as Exhibit A;

3. The Agreement is approved;

4. In accordance with 11 U.S.C. § 364(c)(2) and (3), AFCO shall have a security interest in accordance with the Agreement in any amounts that may become payable to the Debtor in the event of a loss under the insurance policies identified in the Agreement (the "Policies"), subject to any prior existing security interests, and any unearned premiums under the Policies;

5. The liens and security interests provided to AFCO pursuant to the Agreement shall be deemed duly perfected without further action by AFCO;

6. The Debtor is authorized to pay AFCO a down payment in the amount of $168,272.54 and such further monthly payments as are set forth in the Agreement.

DONE and entered this _____ day of _____, 2020 at Denver, Colorado.

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge