UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
|   Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF MOTION FOR AUTHORIZATION TO ENTER INTO
COMMERCIAL INSURANCE PREMIUM FINANCE AND SECURITY AGREEMENT**

**OBJECTION DEADLINE: AUGUST 12, 2020\***

**YOU ARE HEREBY NOTIFIED THAT** the Debtor, Sklar Exploration Company, LLC, has filed a Motion for Authorization to Enter into a Premium Finance Agreement, with the Bankruptcy Court and requests the following relief:  The Debtor is seeking authorization to enter into a Commercial Insurance Premium Finance and Security Agreement ("Agreement") with AFCO Credit Corporation ("AFCO Corporation") to pay the premiums due with respect to certain insurance policies ("Policies"), grant AFCO a security interest in the unearned premiums and any loss payable under the Policies in accordance with the Agreement, and pay AFCO a down payment in the amount of $168,272.54.  Approval of the Agreement is necessary to ensure that SEC can maintain its insurance coverage, and prevent a significant depletion of its operating cash to pay the full balance of the premiums.

**\* The Debtor has filed a Motion to Shorten Notice.  If the Motion is not granted, the Objection deadline will be August 19, 2020.**

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The Court will not consider general objections.  In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: August 5, 2020.                              Respectfully submitted,

                                                                   By:__*/s/  Keri L. Riley*_____
                                                                      Lee M. Kutner #10966
                                                                      Keri L. Riley, #47605
                                                                      **KUTNER BRINEN, P.C.**
                                                                      1660 Lincoln St., Suite 1850
                                                                      Denver, CO  80264
                                                                      Telephone:  (303) 832-2400