UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| _____) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

**ORDER GRANTING MOTION TO SHORTEN NOTICE PERIOD FOR MOTION FOR AUTHORIZATION TO ENTER INTO COMMERCIAL INSURANCE PREMIUM FINANCE AND SECURITY AGREEMENT**

THIS MATTER, having come before the Court on Sklar Exploration Company, LLC's Motion to Shorten Notice Period for Motion for Authorization to Enter Into Commercial Insurance Premium Finance and Security Agreement ("Motion"), the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby

ORDER

That the Motion is GRANTED. The notice period for the Debtor's Motion for Authorization to Enter Into Commercial Insurance Premium Finance and Security Agreement is hereby shortened to seven (7) days. Parties in interest shall have through and including August 12, 2020 to filed Objections to the Motion for Authorization to Enter Into Commercial Insurance Premium Finance and Security Agreement.

Dated: _____ __, 2020        _____
                                          Honorable Elizabeth E. Brown
                                          United States Bankruptcy Judge