**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br><br>Debtor. | Bankr. No. 20-12377-EEB<br><br>Chapter 11 |
| SKLARCO, LLC,<br><br>Debtor. | Bankr. No. 20-12380-EEB<br><br>Chapter 11 |

**CLERK'S NOTICE OF APPOINTMENT OF EPIQ CORPORATE RESTRUCTURING, LLC
AS CLAIMS, NOTICING, SOLICITATION, AND ADMINISTRATIVE AGENT**

Notice is hereby given that the Court entered an Order Appointing Epiq Corporation Restructuring, LLC ("Epiq") as the Claims, Noticing, Solicitation, and Administrative Agent in the referenced jointly administered cases on July 17, 2020 at Docket No. 481.

Proofs of claims should be filed with Epiq, as it will maintain all proofs of claim and the official claims register for these cases. Any transfers of claims must be filed directly with the Court. **The deadline for filing proofs of claim is NO LATER THAN 5:00 P.M. Mountain Standard Time on or before September 28, 2020.**

To file a claim, inquire about pending claims, or review key dates, please visit Epiq's information page at https://dm.epiq11.com/case/skr/info.

Dated this 6th day of August, 2020

Kenneth S. Gardner
Clerk of Court