IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | § § | |
| SKLAR EXPLORATION COMPANY, LLC and SKLARCO, LLC, | § § § § | CASE NO. 20-12377 |
| DEBTORS | § § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that WEYCER, KAPLAN, PULASKI & ZUBER, P.C. hereby appears as counsel on behalf of **HALLIBURTON ENERGY SERVICES, INC.** and hereby submits this Notice of Appearance and requests notice of all hearings and conferences herein, and makes demand for service of all papers herein. All notices given or required to be given in this case shall be given to and served at the following addresses.

Jeff Carruth

E-mail: jcarruth@wkpz.com

Dated: August 7, 2020

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Jeff Carruth*
JEFF CARRUTH (TX SBN:. 24001846)
11 Greenway Plaza, Suite 1400
Houston, TX 77046
Telephone: (713) 341-1158
Fax: (866) 666-5322
E-mail: jcarruth@wkpz.com

ATTORNEYS FOR HALLIBURTON ENERGY SERVICES, INC.

## CERTIFICATE OF SERVICE

On August 7, 2020, I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon counsel for the Debtor and all registered ECF users who have appeared in this case to date through the ECF noticing system.

*/s/ Jeff Carruth*
JEFF CARRUTH