| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: Sklar Exploration Company, LLC | Jointly Administered Under Case #: | 20-12377-EEB |
| Debtor 2: Sklarco, LLC | Chapter: | 11 |

**Local Bankruptcy Form 2016-1.1**
**Cover Sheet for Application for Professional Compensation**

**Complete applicable sections and check applicable boxes.**

| | |
|---:|:---|
| Name of applicant: | Kutner Brinen, P.C. |
| Authorized to provide professional services to: | Sklar Exploration Company, LLC & Sklarco, LLC |
| Date of order authorizing employment: | April 24, 2020 *nunc pro tunc* to April 1, 2020 |
| Periods for which compensation is sought: | April 1, 2020 through July 31, 2020 |
| Amount of fees sought: | $269,284.00 |
| Amount of expense reimbursement sought: | $4,554.94 |

This is a(n):

| | |
|---|---|
| ☒ | Interim Application |
| ☐ | Final Application |

If this is <u>not</u> the first application filed herein by this professional, disclose all prior fee applications:

| Date filed | Period covered | Total requested fees & expenses | Total allowed |
|---|---|---|---|
| n/a | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is **$178,856.58** in accordance with the *Order Approving Interim Advance Payment Procedures* (Docket No. 322)**.**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| _____) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF ATTORNEY FEES AND REIMBURSEMENT OF COSTS FOR KUTNER BRINEN, P.C.**

Kutner Brinen, P.C. ("Applicant"), having been appointed to represent the Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together "Debtors") in the above-captioned case, makes this Interim Application for Allowance and Payment of Attorney Fees and Reimbursement of Costs for Kutner Brinen, P.C. pursuant to 11 U.S.C. §§ 330 and 331 and L.B.R. 2016-1 based on the following:

1. The Debtors filed their Voluntary Petitions pursuant to Chapter 11 of the Bankruptcy Code on April 1, 20220. The Debtors remain debtors-in-possession.

2. On April 1, 2020, SEC filed its Application to Employ Attorneys with the Court, seeking authorization to employ Applicant to represent SEC in its Chapter 11 case (Case No. 20-12377-EEB; Docket No. 4). The Court entered an Order approving SEC's employment of Applicant on April 24, 2020 (Docket No. 168).

3. On April 1, 2020, Sklarco filed its Application to Employ Attorneys with the Court, seeking authorization to employ application to represent Sklarco in its Chapter 11 case (Case No. 20-12380-EEB; Docket No. 4). The Court entered an Order approving Sklarco's employment of Applicant on April 24, 2020 (Docket No. 38).

4. The Debtors paid Applicant a pre-petition retainer in the amount of $89,819.00 which was approved by the Court on April 24, 2020 (Docket No. 171).

5. This is Applicant's first application for interim allowance and payment of attorney fees and reimbursement of costs.

6. In connection with this case and pursuant to Chapter 11 of the Bankruptcy Code for the time period of April 1, 2020 through July 31, 2020 ("Compensation Period"), Applicant has performed the services set forth in the schedules attached hereto and incorporated herein by reference as Exhibits A and B (narrative of services performed and billing statements) for fees and costs as therein set forth totaling $273,838.94 (fees: $269,284.00; costs: $4,554.94), representing fees and costs for both Debtors.

7. The billing statements attached hereto as Exhibit B set forth Applicant's time and cost charges on a monthly basis. The time for each month is billed in a discrete category or activity. Counsel has used its best efforts to accurately categorize time for billing statement purposes. In some instances, a meeting, telephone call or other entry may apply to more than one billing activity. In those instances, counsel has either allocated the time to the applicable activities or placed a time entry in what is believed to be the dominant focus of the time entry. The services rendered as more fully set forth in the attached billings and supporting documents have consisted of:

    a. Providing the Debtors with legal advice regarding their powers and duties as debtors-in-possession;

    b. Advising the Debtors on their rights and responsibilities under the Bankruptcy Code and United States Trustee Operating Guidelines and Reporting Requirements;

    c. Assisting the Debtors in completing their Schedules and Statement of Financial Affairs and amendments thereto;

    d. Attending the Initial Debtor Interview and Section 341 Meeting of Creditors with the Debtors;

    e. Representing the Debtors in connection with requests for authorization to use cash collateral;

    f. Negotiating with creditors and the Official Committee of Unsecured Creditors ("Committee") regarding pending motions;

g. Representing the Debtors in adversary proceedings filed by Plains Marketing and the Southeast Alabama Gas District; and

h. Representing the Debtors at multiple evidentiary and non-evidentiary hearings.

8. Costs of $4,554.94 include photocopies, postage, Federal Express overnight deliveries, LexisNexis charges, filing fees, and PACER fees directly associated with this case.

9. The charges for services rendered and the costs incurred are reasonable and were necessarily incurred in the representation of the Debtors. The Debtors' cases have been highly contested, resulting in extensive litigation over contested matters and multiple evidentiary hearings. All services were necessary and resulted in the Debtors remaining in compliance with the Bankruptcy Code and the United States Trustee Operating Guidelines and Reporting Requirements, the preservation of the Debtors' legal rights, and the efficient administration of the Debtors' estates.

10. The Debtors receive copies of all of Applicant's billing statements and do not object to their allowance. Applicant has further provided copies of its billing statement to the United States Trustee, counsel for East West Bank, counsel for the Committee and all parties in interest requesting notice of such monthly statements in accordance with L.B.R. 2016-2App and the *Order Approving Interim Advance Payment Procedures* (Docket No. 322).

WHEREFORE, Applicant prays that the Court, after notice and a hearing, allow on an interim basis the payment of all of its attorney fees and costs for the period from April 1, 2020 through July 31, 2020, in the amount of $273,838.94 (fees: $269,284.00; costs: $4,554.94), authorize the Debtors to pay Applicant all of its allowed fees and costs, and grant such further and additional relief as to the Court may appear proper.

Dated: August 12, 2020   Respectfully submitted,

By: /s/ Keri L. Riley
Lee M. Kutner, #10966
Keri L. Riley, #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
E-Mail: klr@kutnerlaw.com

**CERTIFICATE OF SERVICE**

I certify that on August 12, 2020, I served a complete copy of the foregoing **COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION; INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF ATTORNEY FEES AND REIMBURSEMENT OF COSTS FOR KUTNER BRINEN, P.C.; AND NOTICE OF INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF ATTORNEY FEES AND COSTS FOR KUTNER BRINEN, P.C.** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Stoneham Drilling Corporation
(Representative: Heather Stickel)
c/o James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Mesa Fluids, LLC
(Representative: Aaron W. Merrell)
1669 South 580 East
American Fork, UT 84057

TCP Cottonwood, L.P.
(Representative: Kyle C. McInnis)
c/o Eric Lockridge
400 Convention Street
Suite 700
Baton Rouge, LA 70801

Rapad Well Service Company, Inc.
(Representative: Chesley James)
c/o Jeremy Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203-4642

Kelley Brothers Contractors, Inc.
(Representative: Jerry Kelley)
401 County Farm Road
Waynesboro, MS 39367

Baker Hughes Company
(Representative: Christopher J. Ryan)
2001 Rankin Road
Houston, TX 77073

Timothy C. Mohan, Esq.
Foley & Lardner, LLP
600 17th Street
Suite 2020 South
Denver, CO 80202

J. Eric Lockridge, Esq.
Kean Miller LLP
400 Convention Street
Suite 700
P.O. Box 3513
Baton Rouge, LA 70802

Craig K. Schuenemann, Esq.
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Giovanni M. Ruscitti, Esq.
Berg Hill Greenleaf Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

Bryce A. Suzuki, Esq.
Bryan Cave Leighton Paisner, LLP
Two North Central Avenue
Suite 2100
Phoenix, AZ 85004-4406

James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Timothy M. Riley, Esq.
Hopping Green & Sams, P.A.
P.O. Box 6526
Tallahassee, FL 32314

Michel D. Rubenstein, Esq.
Liskow & Lewis
1001 Fannin Street
Suite 1800
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos
Suite 700
Austin, TX 78701

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
999 18th Street
Suite 1230 South
Denver, CO 80202

Robert L. Paddock, Esq.
Buck Keenan LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Jeremy L. Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203

Matthew J. Ochs, Esq.
Holland & Hart, LLP
555 Seventeenth Street
Suite 3200
P.O. Box 8749
Denver, CO 80201-8749

Shay L. Denning, Esq.
Thomas H. Shipps, Esq.
Maynes, Bradford, Shipps & Sheftel, LLP
835 East Second Avenue
Suite 123
Durango, CO 81301

Robert Padjen, Esq.
Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202-1486

Joseph E. Bain, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Madison Tucker, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, Louisiana 70170

Barnet B. Skelton, Jr., Esq.
815 Walker
Suite 1502
Houston, TX 77002

Amy L. Vazquez, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams, LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Christopher H. Meredith, Esq.
Copeland Cook Taylor & Bush, P.A.
1076 Highland Colony Parkway
600 Concourse, Suite 200
P.O. Box 6020
Ridgeland, Mississippi 39158-6020

Michael L. Niles, Esq.
Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Victoria Argeroplos, Esq.
Jackson Walker LLP
1401 McKinney Street
Suite 1900
Houston, TX 77010

| | |
|---|---|
| David R. Taggart, Esq.<br>Bradley Murchison Kelly & Shea, LLC<br>401 Edwards Street<br>Suite 1000<br>Shreveport, Louisiana 71101 | David M. Miller, Esq.<br>Spencer Fane LLP<br>1700 Lincoln Street<br>Suite 2000<br>Denver, CO 80203 |
| Jordan B. Bird, Esq.<br>Cook Yancey King & Galloway, APLC<br>333 Texas Street<br>Suite 1700<br>P.O Box 22260<br>Shreveport, Louisiana 71120-2260 | Jennifer J. Hardy, Esq.<br>Willkie Farr & Gallagher, LLP<br>600 Travis Street<br>Houston, TX 77002 |
| Paul H. Stephenson III, Esq.<br>Jim F. Spencer, Jr., Esq.<br>Watkins & Eager, PLLC<br>P.O. Box 650<br>Jackson, Mississippi 39205 | Duane J. Brescia, Esq.<br>Clark Hill Strasburger<br>720 Brazos Street<br>Suite 700<br>Austin, TX 78701 |
| John D. Cornwell, Esq.<br>Grant M. Beiner, Esq.<br>Christopher D. Johnson, Esq.<br>Munsch Hardt Kopf & Harr, P.C.<br>700 Milam Street<br>Suite 2700<br>Houston, TX 77002 | Andrew G. Edson, Esq.<br>Clark Hill Strasburger<br>901 Main Street<br>Suite 6000<br>Dallas, TX 75202 |
| | Craig M. Geno, Esq.<br>Law Offices of Craig M. Geno, PLLC<br>587 Highland Colony Parkway<br>Ridgeland, MS 39157 |
| Michael J. Guyerson, Esq.<br>Buechler Law Office, LLC<br>999 18th Street<br>Suite 1230 South<br>Denver, CO 80202 | Christopher H. Meredith, Esq.<br>Glenn Gates Taylor, Esq.<br>Copeland Cook Taylor & Bush, P.A.<br>600 Concourse, Suite 200<br>1076 Highland Colony Parkway<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020 |
| Jordan B. Bird, Esq.<br>Cook Yancey King & Galloway, APLC<br>333 Texas Street<br>Suite 1700<br>Shreveport, Louisiana 71120-2260 | Matthew S. Okin, Esq.<br>John Thomas Oldham, Esq.<br>Okin Adams LLP<br>1113 Vine Street<br>Suite 240<br>Houston, TX 77002 |
| Robert L. Paddock, Esq.<br>Buck Keenan, LLP<br>2229 San Felipe<br>Suite 1000<br>Houston, TX 77019 | Curtis R. Shelton, Esq.<br>Jennifer Norris Soto, Esq.<br>Ayres Shelton Williams Benson & Paine, LLC<br>333 Texas Street, Suite 1400<br>P.O. Box 1764<br>Shreveport, Louisiana 71166 |
| Ryan M. Seidemann, Esq.<br>Assistant Attorney General<br>Civil Division/Lands and Natural Resources<br>P.O. Box 94005<br>Baton Rouge, Louisiana 70804-9005 | |

Armistead M. Long, Esq.
Gordon Arata Montgomery Barnett
McCollam Duplantis & Eagan, LLC
400 East Kaliste Saloon Road
Suite 4200
Lafayette, Louisiana 70508

Ryan J. Lorenz, Esq.
Clark Hill PLC
14850 North Scottsdale Road
Suite 500
Scottsdale, Arizona 85254

Brian G. Rich, Esq.
Michael J. Niles, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Katherine A. Ross, Esq.
U.S. Attorney's Office for the
 District of Colorado
Assistant United States Attorney
1801 California Street
Suite 1600
Denver, CO 80202

Ryco Exploration, LLC
401 Edwards Street
Suite 915
Shreveport, LA 71101
ATTN: M. Robin Smith

Ryco Exploration, LLC
40 Golf Club Drive
Haughton, LA 71037
ATTN: M. Robin Smith

Stephen K. Lecholop II, Esq.
Rosenthal Pauerstein, Esq.
Sandoloski Agather LLP
755 East Mulberry
Suite 200
San Antonio, TX 78212

Katherine Guidry Douthitt, Esq.
Blanchard Walker O'Quin & Roberts
P.O. Box 1126
Shreveport, Louisiana 71163

Andrew J. Shaver, Esq.
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Theodore J. Hartl, Esq.
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596

John H. Smith
Quitman Tank Solutions, LLC
P.O. Box 90
Quitman, MS 39355

Belinda Harrison
58 County Road 5033
Heidelberg, MS 39439

Casey C. Breese, Esq.
Welborn Sullivan Meck & Tooley, P.C.
1125 17th Street
Suite 2200 South
Denver, CO 80202

Jeff Carruth, Esq.
Weycer Kaplan Pulaski & Zuber, P.C.
11 Greenway Plaza
Suite 1400
Houston, TX 77046

East West Bank
Treasury Department
135 North Los Robles Avenue
Suite 600
ATTN: Linda Cox
Pasadena, CA 91101

Mesa Fluids, LLC
c/o Juno Financial
P.O. Box 173928
Denver, CO 80217-3928

Stoneham Drilling Corporation
707 17th Street
Suite 3250
Denver, CO 80202

TCP Cottonwood, L.P.
333 Texas Street
Suite 2020
Shreveport, LA 71101

Fant Energy Limited
P.O. Box 55205
Houston, TX 77255

JJS Working Interest, LLC
2001 Kirby Drive
Suite 1110
Houston, TX 77019

H&H Construction, LLC
Ladon E. Hall, Sole Manager
P.O. Box 850
Flomation, AL 36441

JD Fields & Company, Inc.
P.O. Box 134401
Houston, TX 77219-4401

Kudzu Oil Properties, LLC
300 Concourse Blvd.
Suite 101
Ridgeland, MS 39157

FPCC USA, Inc.
245 Commerce Green Blvd.
Suite 250
Sugar Lane, TX 77478

Lucas Petroleum Group, Inc.
327 Congress Avenue
Suite 500
Austin, TX 78701-3656

Meritage Energy, Ltd.
c/o BKD, LLP
2700 Post Oak Blvd.
Suite 1500
Houston, TX 77056

Strago Petroleum Corporation
3209 Hamm Road
Pearland, TX 77581-5503

Anderson Investment Holdings, LP
AAEC II, LLC
333 Texas Street
Suite 2020
Shreveport, LA 71101

Kelley Brothers Contractors, Inc.
P.O. Drawer 1079
Waynesboro, MS 39367

Rapad Well Service Co., Inc.
217 West Capitol Street
Jackson, MS 39201

Apple River Investments, LLC
ATTN: Robert M. Boeve, President
1503 Garfield Road North
Traverse City, MI 49696

Pruet Oil Company, LLC
217 West Capitol Street
Suite 201
Jackson, MS 39201-2004

Pro-Tek Field Services, LLC
P.O. Box 919269
Dallas, TX 75391-9269

Union Oilfield Supply, Inc.
12 John Dykes Road
Waynesboro, MS 39367

East West Bank
Treasury Department
135 North Los Robles Avenue
Suite 600
Pasadena, CA 91101

Davis Southern Operating Company, LLC
1500 McGowen Street
Suite 200
Houston, TX 77004

Pruet Production Co.
P.O. Box 11407
Birmingham, AL 35246-1129

Par Minerals Corporation
701 Texas Street
Shreveport, LA 71101

Devon Energy Production Co., LP
P.O. Box 842485
Dallas, TX 75284-2485

Hilcorp Energy Company
Department 412
P.O. Box 4346
Houston, TX 77210-4346

CCI East Texas Upstream, LLC
Castleton Commodities Upstream, LLC
811 Main Street
Suite 1500'
Houston, TX 77002

Amplify Energy Operating, LLC
500 Dallas Street, Suite 1700
Houston, TX 77002

| | |
|---|---|
| Grizzly Operating, LLC<br>Grizzly Energy, LLC<br>P.O. Box 46094<br>Houston, TX 77210-6094 | Palmer Petroleum, Inc.<br>330 Marshall Street<br>Suite 1200<br>Shreveport, LA 71101 |
| Mission Creek Resources, LLC<br>25511 Budde Road<br>Suite 601<br>Spring, TX 77380 | Dorfman Production Company<br>4925 Greenville Avenue<br>Suite 900<br>Dallas, TX 75206 |
| Basa Resources, Inc.<br>14875 Landmark Blvd.<br>4th Floor<br>Dallas, TX 75254 | Grigsby Petroleum, Inc.<br>333 Texas Street<br>Suite 2285<br>Shrevesport, LA 71101 |
| Stroud Petroleum, Inc.<br>P.O. Box 565<br>Shreveport, LA 71162-0565 | Cimarex Energy Co.<br>#774023<br>4923 Solutions Center<br>Chicago, IL 60677-4000 |
| BPX Operating Company<br>501 Westlake Park Blvd.<br>Houston, TX 77079 | Highmark Energy Operating, LLC<br>c/o Oil & Gas Business Solutions, Inc.<br>4849 Greenville Avenue<br>Suite 1250<br>Dallas, TX 75206 |
| Urban Oil & Gas Group, LLC<br>Department #41380<br>P.O. Box 650823<br>Dallas, TX 75265 | Kirkpatrick Oil Company, Inc.<br>P.O. Box 248885<br>Oklahoma City, OK 73124-8885 |

**/s/Vicky Martina**
**Vicky Martina**

# EXHIBIT A

## PROFESSIONAL HOURLY RATES

| ATTORNEYS | BILLING RATE |
|---|---|
| Lee M. Kutner | $580/hour |
| Jeffrey S. Brinen | $500/hour |
| Jenny M.F. Fujii | $410/hour |
| Keri L. Riley | $350/hour |
| Madeleine G. Kvalheim | $300/hour |
| Angela R. Upton | $100/hour |

## NARRATIVE SUMMARY OF BILLING STATEMENTS

CHAPTER 11 AND GENERAL ADMINISTRATION

During the Compensation Period, Counsel assisted the Debtors with preparing and filing their Voluntary Petition, Schedules, and Statement of Financial Affairs. Counsel advised the Debtors on their rights and responsibilities as debtors-in-possession under the Bankruptcy Code and the United States Trustee Operating Guidelines and Reporting Requirements. Counsel reviewed the Debtors' budget, analyzed claims against the estate, and analyzed the liens on the Debtors' collateral. Counsel assisted the Debtors with preparing their Initial Financial Report and monthly operating reports. Counsel aided the Debtors in preparing for the Initial Debtor Interview and attended the Initial Debtor Interview with the Debtors on May 6, 2020. Counsel prepared for and attended the Section 341 Meeting of Creditors on May 11, 2020.

Counsel assisted the Debtors in ensuring the efficient administration of the Debtors estate. On April 1, 2020, Counsel drafted and filed a *Motion for Joint for Administration* that was granted by the Court on April 2, 2020. Counsel further assisted the Debtor in retaining professionals necessary to the Debtors' case and the administration of the Debtors' estate. On April 3, 2020, drafted and filed an *Application to Employ Armbrecht Jackson, LLP as Oil and Gas Counsel Pursuant to 11 U.S.C. § 327(e)* ("Armbrecht Jackson Application"). The Court entered an Order approving the Armbrecht Jackson Application on April 27, 2020.

To ensure that the Debtors had authorization to use cash collateral during the case and to maintain operations following the case filing, Counsel drafted and filed: 1) a *Motion for Authorization to Use Cash Collateral* ("Cash Collateral Motion"); 2) a *Motion for Entry of Order Authorizing the Debtors to Continue Use of Existing Bank Accounts* ("Bank Account Motion"); 3) a *Motion of Debtor and Debtor in Possession for an Order Authorizing (A) Payment of Pre-Petition Employee Benefits and (B) Continuation of Employee Benefits Program* ("Benefits Motion"); 4) a *Motion to Determine Adequate Assurance of Payment for Future Utility Services and Restraining Utilities From Discontinuing, Altering or refusing Services* ("Utility Motion"); 5) a *Motion to: 1) Honor and Pay Overriding Royalty, Royalty, and Working Interest*

*Obligations; and 2) Offset Joint Interest Billing Obligations* ("Oil and Gas Motion"); and 6) *Motion for Entry of Order Authorizing Payment of Pre-Petition Joint Interest Billing Obligations as Critical Vendors (Sklarco, LLC)* ("JIB Motion" and collectively the "First Day Motions"). Counsel further drafted and filed a *Motion Seeking Expedited Entry of Order*, following which the Court set a hearing on the Debtors' First Day Motions for April 9, 2020.

In connection with the First Day Motions, Counsel corresponded extensively with creditors and counsel for creditors regarding the First Day Motions. Counsel reviewed the Objections to the First Day Motions filed by EWB, Stoneham Drilling Corporation, the Anderson Group, the Tauber Group, and Lucas Petroleum and advised the Debtors regarding the Objections and the hearing on the First Day Motions. Counsel negotiated extensively with EWB and the objecting creditors to attempt to resolve the Objections and reviewed revisions to the proposed orders on the First Day Motions. Counsel corresponded with the Debtors regarding the changes to the proposed orders. On April 9, 2020, Counsel attended a hearing on the First Day Motions, which the Court ordered the Debtors to submit revised proposed orders on or before April 14, 2020, and set a continued hearing on use of cash collateral, the Oil and Gas Motion, and the JIB Motion for April 27, 2020.

Following the April 9 hearing, Counsel continued to correspond and negotiate extensively with counsel for the objecting creditors over the revisions to the proposed forms of Order. Counsel reviewed redlines of the revised proposed orders and advised the Debtors regarding the revisions to the Orders. On April 14, 2020, Counsel filed a *Notice of Filing Revised Orders on First Day Motions*. Following the filing of the Notice, the Court entered the revised Orders granting the Bank Account Motion, the Benefits Motion, and an *Interim Order Authorizing Use of Cash Collateral* ("Interim Cash Collateral Order").

Counsel corresponded with the Debtors to assist in preparing information for production to creditors through the established data room. Counsel continued to advise the Debtors on restructuring operations post-petition and operating under the Interim Cash Collateral Order. Prior to the appointment of the Committee, Counsel attended a conference call with working interest holders and creditors interested in joining the Committee on April 14, 2020. After the appointment of the Committee, Counsel corresponded extensively with counsel for the Committee regarding the status of the case, the Cash Collateral Motion, the JIB Motion, and the Oil and Gas Motion.

In connection with the Debtors' continued use of cash collateral following the Interim Cash Collateral Order, Counsel negotiated extensively with EWB and the Committee, and assisted the Debtors in preparing a revised budget in connection with an agreed extension on the Debtors' use of cash collateral. Counsel reviewed the Objections to the Debtors' continued use of cash collateral filed by Frank's Exploration Company, LLC, EWB, the Tauber Group, Barbara Lawrence and the Estate of Pamela Page, JF Howell, FPCC, USA, Bri-Chem Supply Corp., the Kudzu Group, and Fletcher Petroleum Group. Counsel continued to correspond with counsel for the objecting parties to resolve the Objections and prepared revisions to a proposed Second Interim Cash Collateral Order. Counsel prepared for a hearing on the Debtors' continued use of cash collateral and the Oil and Gas Motion. On April 24, 2020, Counsel drafted and filed a

*Status Report on Motions Set for Hearing on April 27, 2020*. On April 27, 2020, Counsel attended a continued hearing on the Debtors' use of cash collateral, the Oil and Gas Motion, and the JIB Motion. Following the hearing, the Court entered the *Second Interim Order Authorizing Use of Cash Collateral*, an *Interim Order Authorizing Payment of Overriding Royalty and Royalty Obligations*, and setting an evidentiary hearing on the Cash Collateral Motion.

Counsel continued to correspond with counsel for the objecting creditors regarding the Debtors' operations and continued use of cash collateral. Counsel attended multiple virtual meetings and phone calls with the Committee and EWB. Counsel corresponded with the Debtors regarding revisions to the budgets filed in the case and continued post-petition operations.

In connection with the Debtors' continued use of cash collateral, Counsel drafted and filed a *Motion to Bifurcate Cash Collateral Issues* on May 5, 2020, and on May 6, 2020 filed a *Reply to Working Interest Objection to Motion for Authority to Use Cash Collateral*. On May 8, 2020, Counsel attended a hearing on the *Motion to Bifurcate Cash Collateral Issues*, following which the Court entered a Minute Order denying the Motion, and setting a video hearing on the Debtors' use of cash collateral for May 11, 2020. Counsel continued to correspond with the Debtor regarding the Objections filed by creditors and evidence to be presented at trial. Counsel prepared extensively for the evidentiary hearing on the Debtors' use of cash collateral. Counsel continued to negotiate with the Bank and Committee regarding the continued use of cash collateral on an interim and final basis.

On May 11, 2020 and May 12, 2020, Counsel attended an evidentiary hearing on the Debtors' continued use of cash collateral. Following the evidentiary hearing, Counsel advised the Debtors on operations while awaiting a ruling from the Court and the issues raised during the evidentiary hearing. On May 14, 2020, Counsel prepared and filed a verified *Report on Issues Raised by the Court on Cash Collateral Issues*. Counsel further prepared and filed a *Motion for Approval of Lending Agreement and for Authority to Incur Debt on an Administrative, Unsecured Basis* ("Lending Motion"). On May 18, 2020, Counsel attended an oral ruling on the Debtors' continued use of cash collateral and the Oil and Gas Motion, following which the Court entered a *Third Interim Order Authorizing Use of Cash Collateral* and an *Order Authorizing Payment of Working Interest Obligations and Limited Offset of Joint Interest Billing Obligations*.

Counsel continued to negotiate with EWB and Committee regarding the Debtors' use of cash collateral on a final basis and issues related to the Debtors' post-petition operations. Counsel had substantial negotiations with EWB and the Committee regarding the appointment of a Chief Restructuring Officer ("CRO") as a solution to a number to the issues being raised by creditors. Negotiations also continued on the proposed final cash collateral order. Counsel extensively advised the Debtors regarding the appointment of the CRO. A process was employed by the Debtors, EWB and the Committee regarding the selection of the CRO. On May 21, 2020, Counsel prepared and filed a *Motion for Entry of Order Authorizing Debtors' Employment of CR3 Partners as Chief Restructuring Officer Effective as of May 21, 2020* ("CRO Motion"), and on May 22, 2020 filed a *Motion for Approval of Final Cash Collateral Order* ("Final Cash Collateral Motion"). Counsel reviewed the Objections to the CRO Motion filed by

the UST, Pruet Production, Fant Energy, Lucas Petroleum Group, JF Howell, the Strago Group, and the Tauber Group. Counsel advised the Debtors regarding the Objections.

In connection with the *Motion to Appoint Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104 or in the Alternative to Convert to Chapter 7 Pursuant to 11 U.S.C. § 1112(b)* ("Trustee Motion") filed by the Tauber Group, Counsel reviewed the Motion and advised the Debtors regarding the Motion. Counsel corresponded with counsel for EWB and the Committee regarding the Trustee Motion. Counsel corresponded extensively with the Debtors and Oil and Gas Counsel regarding the Trustee Motion. Counsel prepared and filed an Objection to the Trustee Motion on June 1, 2020. Counsel corresponded with counsel for EWB, the Committee, and creditors regarding the Objection and the Trustee Motion. Counsel further reviewed the Objections to the Trustee Motion filed by EWB and the Committee.

Counsel prepared extensively for the hearings on the Trustee Motion, the CRO Motion, and the Final Cash Collateral Motion, including preparation of witness and exhibit lists, preparation of witness testimony and proffers of evidence, and preparation of exhibits. Counsel continued to negotiate with counsel for creditors, including Pruet Petroleum, resulting in the withdrawal of certain objections to the CRO Motion and joinders in the Trustee Motion. Counsel corresponded with counsel for EWB and the Committee regarding the Lending Motion. Counsel continued to correspond with and advise the Debtors regarding the hearing on the Trustee Motion and the CRO Motion.

On June 11, 2020, Counsel attended a hearing on the Trustee Motion, the CRO Motion, the Final Cash Collateral Motion, and the Lending Motion. Following the hearing, the Court entered a Minute Order holding the Trustee Motion in abeyance. Following the hearing, Counsel negotiated extensively with creditors regarding the terms of the CRO Order in accordance with certain agreements made on the record at the June 11, 2020 hearing. On June 12, 2020, after reaching an agreement with the objecting creditors, Counsel filed a *Notice of Filing Revised Orders*. On June 15, 2020, the Court entered an *Order Granting Debtors' Motion for Entry of Order Authorizing Debtors' Employment of CR3 Partners as Chief Restructuring Officer*, an *Order Approving Lending Agreement and Authorizing Debt as an Administrative Expense Subject to Subordination*, and a *Final Order Authorizing Use of Cash Collateral, Granting Adequate Protection, and Providing Related Relief*.

Following the appointment of the CRO, counsel advised the Debtors regarding the appointment of the CRO, and assisted in providing information to the CRO regarding the bankruptcy case. Counsel reviewed issues related to administrative claims against the estate, including severance taxes asserted by the Alabama Department of Revenue. Counsel assisted the Debtors in producing documents related to the Howard F. Sklar Trust, the Alan Sklar Trust, and the Jacob Sklar Trust, as well all outside investments held by the trusts. Counsel further assisted the CRO and the Debtors in addressing matters related to the operations of the wells, including attendance at a virtual meeting of working interest holders in one of SEC's operated properties on July 16, 2020.

`Counsel continued to correspond with counsel for EWB and Committee regarding the status of the bankruptcy case and to address issues related to amended budgets. Counsel corresponded with the Debtors and the Committee regarding continued insurance coverage. Counsel further assisted the Debtors in addressing issues related to the retention of a reserve engineer, and engaging a claims and noticing agent. Counsel efforts in this case have resulted in the efficient administration of the Debtors' estates, the preservation of the Debtors' legal rights, and have ensured that the Debtors have remained in compliance with the Bankruptcy Code and United States Operating Guidelines and Reporting Requirements.

| Professional | Time Spent | Fees Charged |
|---|---|---|
| Lee M. Kutner | 168.6 hours | $96,628.00 |
| Jeffrey S. Brinen | 6.6 hours | $2,400.00 |
| Jenny M.F. Fujii | 7.8 hours | $3,198.00 |
| Keri L. Riley | 373.1 hours | $130,585.00 |
| Madeleine G. Kvalheim | 2.8 hours | $840.00 |
| Angela R. Upton | 1.5 hours | $150.00 |
| Total | 560.4 hours | $233,801.00 |
| | | |
| Average Hourly Rate | $417.20 | |

PLAN AND DISCLOSURE STATEMENT

During the Compensation Period, Counsel advised the Debtors with respect to preparing a Plan of Reorganization. Counsel began work on an initial draft of a Plan. Counsel drafted and filed a *Motion Pursuant to 11 U.S.C. § 1121 for an Order Extending the Exclusivity Periods for Filing and Gaining Acceptance of a Plan of Reorganization* ("Exclusivity Motion") that was filed on July 2, 2020. Counsel reviewed the Objection to the Exclusivity Motion filed by J.F. Howell and advised the Debtors regarding the Objection. Counsel negotiated extensively with counsel for J.F. Howell regarding the Objection, and prepared for a hearing on the Exclusivity Motion set for July 28, 2020, including preparation of a witness and exhibit list and preparation of exhibits for the hearing. Counsel revised the proposed order submitted in connection with the Exclusivity Motion to address J.F. Howell's Objection. Counsel advised the Debtors regarding additional changes to the proposed orders. On July 27, 2020, Counsel prepared and filed a *Notice of Submission of Agreed Orders and Motion to Vacate Hearing*. On July 27, 2020, the Court entered an *Order Extending The Exclusivity Periods for Filing and Gaining Acceptance of a Plan of Reorganization*, extending the exclusive period in which the Debtors may file a Plan through and including November 25, 2020.

| Professional | Time Spent | Fees Charged |
|---|---|---|
| Lee M. Kutner | 2.2 hours | $1,276.00 |
| Keri L. Riley | 19.6 hours | $6,860.00 |
| Total | 21.8 hours | $8,136.00 |
| | | |
| Average Hourly Rate | $373.21 | |

UNEXPIRED LEASES AND EXECUTORY CONTRACTS

During the compensation period, Counsel continued to address issues related to the Debtors' unexpired leases and executory contracts. Counsel reviewed issues related to the Debtors' contracts with Plains Marketing, L.P. and Plains Gas Solution, LLC. Counsel drafted and filed a *Motion to Assume Crude Oil Supply Contracts With Plains Marketing, L.P. and Asset Transfer Agreement with Plains Gas Solution, LLC* ("Plains Motion") on May 4, 2020. Counsel continued to correspond with counsel for Plains regarding the cure amounts due and the Asset Transfer Agreement. Counsel reviewed the Objection to the Plains Motion filed by the Tauber Group. Counsel negotiated with the Tauber Group regarding the Objection and revisions to the proposed order to resolve the Objection. Following successful negotiations with the Tauber Group, the Court entered an agreed *Order Granting Motion to Assume Crude Oil Supply Contracts With Plains Marketing, L.P. and Asset Transfer Agreement with Plains Gas Solution, LLC*.

Counsel reviewed the Strago Group's *Motion for Order Directing Debtor Sklar Exploration Company, LLC to Assume or Reject Executory Contract* ("Strago Motion") filed on April 30, 2020, seeking to compel SEC to assume or reject the Joint Operating Agreement for an oil and gas prospect located in Conecuh County, Alabama known as the Myrtice Ellis Well. Counsel advised the Debtors regarding the Strago Motion, and on May 4, 2020, filed an Objection to the Strago Motion, to which the Committee and EWB joined on May 14, 2020. Counsel prepared for an evidentiary hearing on the Strago Motion, including preparation of a witness and exhibit list and preparation of exhibits for the hearing. On May 18, 2020, Counsel attended an evidentiary hearing on the Strago Motion, following which the Court entered a Minute Order and Judgment denying the Strago Motion, preserving the Debtors' ability to fully evaluate assumption or rejection of the applicable Joint Operating Agreement in connection with the Plan.

In connection with the oil and gas leases, Counsel reviewed applicable State Law and case law regarding the nature of the leases. Counsel drafted and filed a *Motion to Extend Time to Assume or Reject Nonresidential Real Property Leases Pursuant to 11 U.S.C. § 365(d)(4)* ("Motion to Extend Time") on July 6, 2020. Counsel extensively reviewed the lease information provided by the Debtors to ensure proper notice of the Motion to Extend Time. Counsel reviewed the Objection to the Motion to Extend Time filed by J.F. Howell and advised the Debtors regarding the Objection. Counsel prepared for a hearing on the Motion to Extend Time and negotiated with J.F Howell to resolve the Objection. Counsel revised the proposed order submitted in connection with the Motion to Extend Time and advised the Debtors regarding additional changes. On July 27, 2020, Counsel prepared and filed a *Notice of Submission of Agreed Orders and Motion to Vacate Hearing*. On July 27, 2020, the Court entered an *Order Extending Time for Debtor to Assume or Reject Nonresidential Real Property Leases Pursuant to Bankruptcy Code § 365(d)(4)*, extending the time in which the Debtors are required to assume or reject nonresidential real property leases through and including October 29, 2020.

| Professional | Time Spent | Fees Charged |
|---|---|---|
| Lee M. Kutner | 14.2 hours | $8,236.00 |
| Keri L. Riley | 12.0 hours | $4,200.00 |
| Madeleine G. Kvalheim | 6.3 hours | $1,890.00 |
| Angela R. Upton | 24.0 hours | $2,400.00 |
| Total | 56.5 hours | $16,726.00 |

Average Hourly Rate    $296.04

FEE APPLICATIONS

During the compensation period, Counsel reviewed the invoices from the Committee and Armbrecht Jackson and prepared an analysis of fees and the applicable holdbacks in accordance with the Interim Payment Procedures. Counsel corresponded with CR3 regarding preparation of fee statements for CR3.

| Professional | Time Spent | Fees Charged |
|---|---|---|
| Lee M. Kutner | 0.8 hours | $464.00 |
| Keri L. Riley | 2.6 hours | $910.00 |
| Total | 3.4 hours | $1,374.00 |

Average Hourly Rate    $404.12

ADVERSARY PROCEEDINGS

During the compensation period, Counsel reviewed the mechanics lien statements received by the Debtors. Counsel reviewed the *Complaint for Interpleader* filed by Plains Marketing, L.P., initiating Adversary Proceeding No. 20-01191-EEB ("Plains Adversary Proceeding"). Counsel conducted research regarding Alabama Oil and Gas Law. Counsel further prepared an *Answer to Complaint, Cross-Claims and Counter Claims* that was filed on July 24, 2020. Counsel further reviewed the *Complaint for Interpleader* filed by the Southeast Alabama Gas District, initiating Adversary Proceeding No. 20-01210 ("SEAGAD Adversary Proceeding"). The Plains Adversary Proceeding and SEAGAD Adversary Proceeding are currently pending before the Bankruptcy Court.

| Professional | Time Spent | Fees Charged |
|---|---|---|
| Lee M. Kutner | 0.7 hours | $406.00 |
| Jenny M.F. Fujii | 21.7 hours | $8,897.00 |
| Keri L. Riley | 1.0 hours | $5,069.00 |
| Total | 23.4 hours | $9,653.00 |

Average Hourly Rate    $412.52