UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| _____) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |

**ORDER APPROVING FIRST APPLICATION FOR INTERIM ALLOWANCE AND PAYMENT OF ATTORNEY FEES AND REIMBURSEMENT OF COSTS FOR KUTNER BRINEN, P.C.**

THIS MATTER comes before the Court on Kutner Brinen, P.C.'s First Application for Interim Allowance and Payment of Attorney Fees and Reimbursement of Costs ("Application") seeking approval and authorization for payment of fees and expenses pursuant to 11 U.S.C. §§ 330 and 331, the Court having reviewed the Application, notice having been provided and no objections having been received, the Court being advised, does hereby

ORDER

1. That the Application is approved and Kutner Brinen, P.C. is allowed on an interim basis the sum of $273,838.94 (fees: $269,284.00; costs: $4,554.94) for the period of April 1, 2020 through July 31, 2020;

2. That the fees and costs charged by Kutner Brinen, P.C. in the amount of $273,838.94 (fees: $269,284.00; costs: $4,554.94) are reasonable and allowed on an interim basis; and

3. That the Debtors are authorized to pay Kutner Brinen, P.C. its allowed fees and costs on an interim basis.

DONE and entered this _____ day of _____, 2020 at Denver, Colorado.

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge