| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1:  Sklar Exploration Company, LLC | Jointly Administered Under Case #: | 20-12377-EEB |
| Debtor 2:  Sklarco, LLC | Chapter: | 11 |

**Local Bankruptcy Form 9013-1.1**
**Notice of Interim Application for Allowance and Payment of Attorney Fees and Costs for Kutner Brinen, P.C.**

### Part 1   Objection Deadline

Objection Deadline:  **SEPTEMBER 2, 2020**

### Part 2   Notice

NOTICE IS HEREBY GIVEN that **Kutner Brinen, P.C.** ("KB"), has filed its **Interim Application for Allowance and Payment of Attorney Fees and Reimbursement of Costs for Kutner Brinen, P.C.** (the "Application"), with the Court and requests the following relief: interim allowance and payment of attorney fees and reimbursement of costs in the amount of $273,838.94 (fees: $269,284.00; costs: $4,554.94) for all fees and costs in the Chapter 11 case from April 1, 2020 through July 31, 2020.  A copy of the pleading is available for inspection in the Bankruptcy Court Clerk's Office, 721 -19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney.

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

### Part 3   Signature of Movant's Attorney or Movant (if unrepresented)

Dated: August 12, 2020                                      Respectfully submitted,

By:  */s/ Keri L. Riley*
       Lee M. Kutner, #10966
       Keri L. Riley, #47605
       1660 Lincoln Street, Suite 1850
       Denver, CO 80264
       Telephone: (303) 832-2400
       E-Mail: klr@kutnerlaw.com