| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor: SKLAR EXPLORATION COMPANY, LLC, et al. | Case #: | 20-12377-EEB |
| | Chapter: | 11 |

**Local Bankruptcy Form 9013-1.3**
**Movant's Certificate of Non-Contested Matter and Request for Entry of Order**

**Complete applicable sections.**

### Part 1  Certificate

On August 5, 2020, Sklar Exploration Company, LLC (the "Movant"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled Motion for Authorization to Enter into Commercial Insurance Premium Finance and Security Agreement (the "Motion") at docket no. 515. Movant hereby certifies that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules as is shown on the Certificate of Service, Docket No. 526.
   a. Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the Certificate of Service, L.B.F. 9013-1.2 filed on August 14, 2020, Docket No. 526.
2. The docket numbers for each of the following relevant documents are:
   a. the Motion and all documents attached thereto and served therewith, docket no. 515
   b. the Notice, docket no. 516
   c. the Certificate of Service of the Motion and Notice, docket nos. 515, 516 and 526; and
   d. the Proposed Order, a revised form of which is attached hereto.

As a result of informal discussions between Movant and East West Bank, Movant has agreed to revisions to the proposed form of which. The revised Proposed Order is attached hereto. Accordingly, Movant requests that the Court enter the revised form of Proposed Order granting the requested relief.

### Part 2  Signature of Movant's Attorney or Movant (if unrepresented)

Dated: August 14, 2020

Respectfully submitted,

By:   /s/Keri L. Riley
Lee M. Kutner #10966
Keri L. Riley #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO  80264
Telephone:  (303) 832-2400
E-Mail: klr@kutnerlaw.com