UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING AUTHORITY TO ENTER INTO
PREMIUM FINANCE AGREEMENT**

THIS MATTER having come before the Court on the Sklar Exploration Company, LLC's Motion for Authorization to Enter into a Premium Finance Agreement (the "Motion") with AFCO Credit Corporation ("AFCO") pursuant to 11 U.S.C. § 364, the Court having considered the Motion, notice having been provided and no objections having been filed, cause having been shown by the Debtor, the Court does hereby

ORDER THAT:

1. The Motion is GRANTED;

2. Sklar Exploration Company, LLC ("SEC") is authorized to enter into the Commercial Insurance Premium Finance and Security Agreement ("Agreement") attached to the Motion as Exhibit A;

3. The Agreement is approved;

4. In accordance with 11 U.S.C. § 364(c)(2) and (3), AFCO shall have a security interest in accordance with the Agreement in any amounts that may become payable to SEC in the event of a loss under the insurance policies identified in the Agreement (the "Policies"), subject to any prior existing security interests, including without limitation the existing liens and security interests of East West Bank, and any unearned premiums under the Policies;

5. The liens and security interests provided to AFCO pursuant to the Agreement, as provided herein, shall be deemed duly perfected without further action by AFCO;

6. SEC shall promptly obtain endorsements to the Policies that name "East West Bank, as Agent for the Beneficiaries" as an additional insured, assignee and loss payee, as applicable,

1

on each insurance policy, and notwithstanding anything in Agreement to the contrary, SEC shall take such action as may be necessary to ensure the policies will not be canceled without thirty (30) days prior written notice having been given by the insurer to East West Bank.

      7. SEC is authorized to pay AFCO a down payment in the amount of $168,272.54 and such further monthly payments as are set forth in the Agreement.

Dated: August 14, 2020

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown,
United States Bankruptcy Judge