UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**STATUS REPORT OF CHIEF RESTRUCTURING OFFICER
DATED AUGUST 14, 2020**

The Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together "Debtors"), by and through their attorneys, Kutner Brinen, P.C., state their Status Report of Chief Restructuring Officer Dated August 14, 2020 as follows:

1. The Debtors filed for relief under chapter 11 of the Bankruptcy Code on April 1, 2020. The Debtors remain Debtors-in-Possession.

2. The Office of the United States Trustee appointed an Official Committee of Unsecured Creditors ("Committee") on April 16, 2020.

3. CR3 Partners ("CR3") was appointed as Chief Restructuring Officer ("CRO") on June 15, 2020, effective as of May 21, 2020.

**OPERATIONAL CHANGES**

4. James Katchadurian has replaced Howard Sklar as manager of SEC and Sklarco in accordance with the Operating Agreements for both companies. Howard Sklar continues to work for the Debtors, consulting with Mr. Katchadurian to provide historical knowledge about the companies and to advise on geological matters concerning the producing fields.

5. CR3 employees are managing day-to-day operations and financial control of the Debtors. Todd Bearup, an employee of CR3 based in Colorado, is assisting in the management of day-to-day operations and has maintained a consistent presence in the Debtors physical offices. CR3 employees have also received access to and are exercising control over the Debtors' bank accounts, and have payment approval authority on all expenditures.

1

6. Working together with the accounting staff employed by the Debtor, CR3 has reforecast the 13-week cash collateral budget and continues to do so periodically as needed, which is currently under review with East West Bank ("EWB") and the Committee. The Debtors anticipate filing the revised cash collateral budget the third week of August.

7. As set forth more fully below, CR3 and the Debtors' accounting team has had conducted an extensive review of the Debtors' books and records to review and revise the Statement of Financial Affairs and Schedules, as well as revising and completing Monthly Reports of Operation.

8. CR3 has continued to work with the Debtors' technical team to ensure the proper and efficient operation of the wells. CR3, together with the Debtors' Chief Operating Officer and engineering group, participated in calls and virtual meetings to discuss technical aspects of the secondary recovery efforts on the Brooklyn Field with working interest holders. The continued meetings have resulted in the formation of a small working group qualified experts to review and address matters related to the secondary recovery to the benefit of all working interests.

9. CR3 has assisted in addressing staff changes on the Debtors' accounting team, including replacement of a senior accountant with a controller following the accountant's voluntary departure from SEC.

## REORGANIZATION EFFORTS

10. CR3 has been holding bi-weekly meeting with the Committee and EWB and will continue to do so as needed. Throughout the meetings and in communications with creditors, CR3 has made a concerted effort to provide transparency and accountability in the Debtors' operations and bankruptcy case.

11. At the request of EWB, the Debtors have engaged a new reserve engineer and expect to receive an updated reserve report by the end of September 2020. The Debtors believe that the updated reserve report will facilitate discussions with the Committee and EWB regarding a Plan of Reorganization.

12. CR3 continues to discuss an extension of the deadline by which a Plan of Reorganization must be filed under the Final Order Authorizing Use of Cash Collateral ("Final Cash Collateral Order"). Under the current Final Cash Collateral Order, the Debtors' use of cash collateral will terminate if a Plan, Disclosure Statement, and Motion to conditionally

approve the Disclosure Statement are not filed by October 1, 2020. To facilitate discussions regarding the Plan with the Committee and Bank, the Debtors and CR3 are discussing an extension of the cash collateral through November 25, 2020, the date on which the Debtors' exclusive right to file a Plan expires.

13. The Debtors have begun a preliminary draft of a Plan and Disclosure Statement to further facilitate discussions.

**REVIEW OF DOCUMENTS AND CHANGES TO SCHEDULES**

14. CR3 continues to review documents related to the Debtors' pre-petition operations, including disposition of pre-petition cash call advances. Additional focus will be placed on the cash call advances over the next 60 days.

15. CR3 has conducted a thorough review of the Debtors' books and records, including underlying data related to the Debtors' Statements of Financial Affairs and Schedules and Monthly Reports of Operations. CR3 worked with Howard Sklar and the Debtors' management team to ensure that all documentation associated with Howard Sklar in his capacities as Manager of the Miriam Sklar L.C., Trustee of the Jacob Grantor Trust, Trustee of the Alan Grantor Trust and Independent Executor of the Succession of Miriam Mandel Sklar (collectively the "Sklar Family Trusts") be made available for inspection to CR3 including all records, reports, and other information by July 5, 2020 as directed by the Court.

16. CR3, along with Debtors' management and accounting team conducted a review of the formation and assignment documents related to all of the Sklar Family Trusts and other investment vehicles of Sklarco to determine if equitable interests in assets belong to Sklarco or a non-debtor entity. The results of this analysis resulted in amendments to the April and May Monthly Reports of Operations, and will result in amendments to the Debtors' Schedules based on the results of this analysis.

17. Within 20 days of receipt and review of the Sklar Family Trust documents and information, CR3 made all records, reports, or documentation for the Sklar Family Trusts available for inspection and review by East West Bank, the Committee, and any Working Interest Owner who executed the affidavit attached to the Protective Order approved by the Court. To date, only one Working Interest Owner has been granted access through counsel after providing both a request for access and a signed affidavit. Additional Working Interest Holders provided the necessary affidavits and/or requests on August 14, 2020, and will promptly be

given access to the information.

18. On or before July 30, 2020, CR3 obtained copies of the mineral deeds or assignments of interests in oil and gas leases, including without limitation, assignments of royalty interests, overriding royalty interests, and net profits interests, filed in the public records of Escambia or Conecuh Counties, Alabama since January 1, 2019, in which the Grantee or Assignee is Maevlo Production L.P., Maevlo Smackover, LLC, Maevlo Smackover- ORRI, LLC, Maevlo PRB 1, LLC, Maevlo Land Services, LLC, or their affiliates (collectively "Maevlo Entities").

19. Upon receiving documents related to the Maevlo Entities, CR3 on behalf of the Debtors made the same available to any Working Interest Owner who requested all or a portion of such documents. Debtors further provided any documents or records within their possession concerning any payment or transfer of money or property by either of the Debtors or the Sklar Family Trusts to any Maevlo entities.

20. CR3 and the Debtors' review of documents and information remains ongoing, and CR3 will continue to make adjustments to operations and necessary amendments to Schedules and the Statements of Financial Affairs as necessary based on a thorough and comprehensive review of the available information.

DATED: August 14, 2020

Respectfully submitted,

By: /s/ Keri L. Riley
Lee M. Kutner, # 10966
Keri L. Riley, #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
E-mail: klr@kutnerlaw.com

**CERTIFICATE OF SERVICE**

      I certify that on August 14, 2020, I served a complete copy of the foregoing **STATUS REPORT OF CHIEF RESTRUCTURING OFFICER DATED AUGUST 14, 2020** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Stoneham Drilling Corporation
(Representative: Heather Stickel)
c/o James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Mesa Fluids, LLC
(Representative: Aaron W. Merrell)
1669 South 580 East
American Fork, UT 84057

TCP Cottonwood, L.P.
(Representative: Kyle C. McInnis)
c/o Eric Lockridge
400 Convention Street
Suite 700
Baton Rouge, LA 70801

Rapad Well Service Company, Inc.
(Representative: Chesley James)
c/o Jeremy Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203-4642

Kelley Brothers Contractors, Inc.
(Representative: Jerry Kelley)
401 County Farm Road
Waynesboro, MS 39367

Baker Hughes Company
(Representative: Christopher J. Ryan)
2001 Rankin Road
Houston, TX 77073

Timothy C. Mohan, Esq.
Foley & Lardner, LLP
600 17th Street
Suite 2020 South
Denver, CO 80202

J. Eric Lockridge, Esq.
Kean Miller LLP
400 Convention Street
Suite 700
P.O. Box 3513
Baton Rouge, LA 70802

Craig K. Schuenemann, Esq.
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Giovanni M. Ruscitti, Esq.
Berg Hill Greenleaf Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

Bryce A. Suzuki, Esq.
Bryan Cave Leighton Paisner, LLP
Two North Central Avenue
Suite 2100
Phoenix, AZ 85004-4406

James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Timothy M. Riley, Esq.
Hopping Green & Sams, P.A.
P.O. Box 6526
Tallahassee, FL 32314

Michel D. Rubenstein, Esq.
Liskow & Lewis
1001 Fannin Street
Suite 1800
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos
Suite 700
Austin, TX 78701

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
999 18th Street
Suite 1230 South
Denver, CO 80202

Robert L. Paddock, Esq.
Buck Keenan LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Jeremy L. Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203

Matthew J. Ochs, Esq.
Holland & Hart, LLP
555 Seventeenth Street
Suite 3200
P.O. Box 8749
Denver, CO 80201-8749

Shay L. Denning, Esq.
Thomas H. Shipps, Esq.
Maynes, Bradford, Shipps & Sheftel, LLP
835 East Second Avenue
Suite 123
Durango, CO 81301

Robert Padjen, Esq.
Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202-1486

Joseph E. Bain, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Madison Tucker, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, Louisiana 70170

Barnet B. Skelton, Jr., Esq.
815 Walker
Suite 1502
Houston, TX 77002

Amy L. Vazquez, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams, LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Christopher H. Meredith, Esq.
Copeland Cook Taylor & Bush, P.A.
1076 Highland Colony Parkway
600 Concourse, Suite 200
P.O. Box 6020
Ridgeland, Mississippi 39158-6020

Michael L. Niles, Esq.
Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Victoria Argeroplos, Esq.
Jackson Walker LLP
1401 McKinney Street
Suite 1900
Houston, TX 77010

David R. Taggart, Esq.
Bradley Murchison Kelly & Shea, LLC
401 Edwards Street
Suite 1000
Shreveport, Louisiana 71101

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
P.O Box 22260
Shreveport, Louisiana 71120-2260

Paul H. Stephenson III, Esq.
Jim F. Spencer, Jr., Esq.
Watkins & Eager, PLLC
P.O. Box 650
Jackson, Mississippi 39205

John D. Cornwell, Esq.
Grant M. Beiner, Esq.
Christopher D. Johnson, Esq.
Munsch Hardt Kopf & Harr, P.C.
700 Milam Street
Suite 2700
Houston, TX 77002

Michael J. Guyerson, Esq.
Buechler Law Office, LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
Shreveport, Louisiana 71120-2260

Robert L. Paddock, Esq.
Buck Keenan, LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Ryan M. Seidemann, Esq.
Assistant Attorney General
Civil Division/Lands and Natural Resources
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005

David M. Miller, Esq.
Spencer Fane LLP
1700 Lincoln Street
Suite 2000
Denver, CO 80203

Jennifer J. Hardy, Esq.
Willkie Farr & Gallagher, LLP
600 Travis Street
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos Street
Suite 700
Austin, TX 78701

Andrew G. Edson, Esq.
Clark Hill Strasburger
901 Main Street
Suite 6000
Dallas, TX 75202

Craig M. Geno, Esq.
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157

Christopher H. Meredith, Esq.
Glenn Gates Taylor, Esq.
Copeland Cook Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Curtis R. Shelton, Esq.
Jennifer Norris Soto, Esq.
Ayres Shelton Williams Benson & Paine, LLC
333 Texas Street, Suite 1400
P.O. Box 1764
Shreveport, Louisiana 71166

Armistead M. Long, Esq.
Gordon Arata Montgomery Barnett
McCollam Duplantis & Eagan, LLC
400 East Kaliste Saloon Road
Suite 4200
Lafayette, Louisiana 70508

Ryan J. Lorenz, Esq.
Clark Hill PLC
14850 North Scottsdale Road
Suite 500
Scottsdale, Arizona 85254

Brian G. Rich, Esq.
Michael J. Niles, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Katherine A. Ross, Esq.
U.S. Attorney's Office for the
  District of Colorado
Assistant United States Attorney
1801 California Street
Suite 1600
Denver, CO 80202

Ryco Exploration, LLC
401 Edwards Street
Suite 915
Shreveport, LA 71101
ATTN: M. Robin Smith

Ryco Exploration, LLC
40 Golf Club Drive
Haughton, LA 71037
ATTN: M. Robin Smith

Stephen K. Lecholop II, Esq.
Rosenthal Pauerstein, Esq.
Sandoloski Agather LLP
755 East Mulberry
Suite 200
San Antonio, TX 78212

Katherine Guidry Douthitt, Esq.
Blanchard Walker O'Quin & Roberts
P.O. Box 1126
Shreveport, Louisiana 71163

8

Andrew J. Shaver, Esq.
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Theodore J. Hartl, Esq.
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596

John H. Smith
Quitman Tank Solutions, LLC
P.O. Box 90
Quitman, MS 39355

Belinda Harrison
58 County Road 5033
Heidelberg, MS 39439

Casey C. Breese, Esq.
Welborn Sullivan Meck & Tooley, P.C.
1125 17th Street
Suite 2200 South
Denver, CO 80202

Jeff Carruth, Esq.
Weycer Kaplan Pulaski & Zuber, P.C.
11 Greenway Plaza
Suite 1400
Houston, TX 77046


**/s/Vicky Martina**
**Vicky Martina**
**Kutner Brinen PC**