UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## MOTION TO PAY PRE-PETITION SEVERANCE TAXES TO STATE OF ALABAMA

The Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together "Debtors"), by and through their attorneys, Kutner Brinen, P.C., move the Court for an entry of an Order authorizing the Debtor to pay pre-petition severance taxes owed to the State of Alabama, Department of Revenue and as grounds therefore state as follows:

### BACKGROUND

1. The Debtors filed for relief under chapter 11 of the Bankruptcy Code on April 1, 2020. The Debtors remain Debtors-in-Possession.

2. The Office of the United States Trustee appointed an Official Committee of Unsecured Creditors ("Committee") on April 16, 2020.

3. SEC is engaged in business as an operator of oil and gas wells and an independent exploration and production company in the oil and gas industry. SEC's principal business offices are located in in Boulder, Colorado and has additional offices in Shreveport, Louisiana and Brewton, Alabama. SEC's exploration and production activities are primarily located in East Texas, North Louisiana, South Mississippi, South Alabama and the Florida Panhandle. SEC is also developing properties and opportunities in the western United States, though no oil or gas production has been produced from the wells in the western United States.

4. Sklarco is a Louisiana limited liability company engaged in business as the owner of certain oil and gas leases and property interests in East Texas, North Louisiana, South Mississippi, South Alabama, the Florida Panhandle, and the western United States.

5. As the operator of the wells, SEC is responsible for collecting and remitting certain severance taxes assessed on the minerals severed from the ground in Alabama to the Alabama Department of Revenue ("ADR"), including privilege and production taxes on oil and gas produced by the operated wells. *See* Ala. Code §§ 9-17-25; 40-2-2(a)(4). *See also Exxon Corp. v. Eagerton*, 462 U.S. 176, 178-80 (1983)(detailing the history of Alabama severance taxes imposed on production).

6. In the ordinary course of business, severance taxes are paid two months following the month in which the minerals were produced. *See* Ala. Code §§ 40-20-4(a); 40-20-5. For instance, in the ordinary course of business, severance taxes for minerals produced in January would typically be paid in March.

7. Pursuant to Ala. Code § 40-29-20, amounts owed for severance taxes, "shall be a lien in favor of the State of Alabama upon all property and rights to property . . . belonging to such person." Tax liens imposed pursuant to section 40-29-20 become perfected upon filing a notice of such lien. Ala. Code § 40-29-22(a).[1]

8. On the Petition Date, SEC owed approximately $246,959.48 to the ADR for severance taxes on oil and gas produced in February 2020. Because the severance taxes were a pre-petition claim, the amounts were not paid, and have remained unpaid to date.

9. As a result of the non-payment of the severance taxes, interest and penalties continue to accrue on the unpaid amounts. *See* Ala. Code § 40-2A-11(b) (allowing penalties in the amount of 1% of the taxes owed per month, up to a total of 25%). Additionally, SEC may be subject to further enforcement action by the ADR, including enjoining SEC from continued operations. *See* Ala. Code § 40-20-11.

10. On May 5, 2020, the ADR filed Proof of Claim No. 35-1 asserting a priority claim in the amount of $247,500.78 for severance taxes from oil and gas produced in the month of February. The ADR subsequently filed Proof of Claim No. 58-1 on June 12, 2020, asserting a priority claim in the amount of $166,307.28 for unpaid severance taxes from oil and gas

---

[1] No Notice of Lien was attached to the ADR Claims. SEC is still investigating whether a Notice of Lien was in fact filed.

produced in March 2020. The total amount owed to the ADR for severance taxes is $413,808.06 ("ADR Claims").

11. To avoid the continued accrual of interest and penalties, and reduce the priority tax claims against the estate, SEC seeks authorization to pay the ADR Claims pursuant to 11 U.S.C. §§ 105(a), 363(b)(1) and the "necessity of payment" doctrine.

## RELIEF REQUESTED

12. Pursuant to 11 U.S.C § 105(a), the court may issue "any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." Section 363(b)(1) further provides that the court, after notice and hearing, may authorize the debtor to use property of the estate other than in the ordinary course of business.

13. Courts have routinely allowed interim distributions to creditors, including critical vendors outside of the priority rules when the distributions are necessary to achieve "significant Code-related objectives" under the "necessity of payment" doctrine. *Czyzewski v. Jevic Holding Corp.*, 137 S. Ct. 973, 986 (2017).

14. In applying the "necessity of payment" doctrine, courts have held that payment of interim distributions to pre-petition creditors may be authorized when the payment is "critical to a debtor's reorganization efforts." *In re Just for Feet, Inc.*, 242 B.R. 821, 826 (D. Del. 1999). Frequently applied in the context of a critical vendor motion, courts have applied the "necessity of payment" doctrine in conjunction with section 105(a) to hold that the debtor can pay the pre-petition unsecured claims of vendors that provide unique and vital supplies to the debtor, particularly when the claim is entitled to administrative priority. *In re CoServ, LLC*, 273 B.R. 487, 493-94 (Bankr. N.D. Tex. 2002).

15. Significant code-related objectives exist for payment of the ADR Claims ahead of confirmation of a Plan. The ADR may be entitled to treatment as a secured creditor as a result of their statutory lien pursuant to Ala. Code § 40-29-20. As a secured creditor, the ADR would be entitled to on account of the ADR Claims ahead of general unsecured creditors. Additionally, even to the extent the ADR's lien is avoidable pursuant to 11 U.S.C. § 544, the ADR Claims are still entitled to priority pursuant to 11 U.S.C. § 507(a)(8) and will continue to accrue interest and penalties until paid in full, resulting in a significant increase in the administrative expenses against the estate that must be paid upon confirmation of a Plan of Reorganization. *See* 11 U.S.C. § 1129(a)(9)(C).

16. Authorizing SEC to pay the ADR Claims is in the best interests of the Debtors, their estates, and their creditors. Payment of the ADR Claims will substantially reduce the administrative expense claims against the estate, and will ensure that the Debtors are not subject to additional interests and penalties that would otherwise be paid upon confirmation of a Plan.

17. Payment of the ADR Claims will also reduce the possibility of litigation with the ADR. If the ADR determines that injunctive relief is warranted pursuant to Ala. Code § 40-20-11, the ADR would likely seek relief from stay to proceed with obtaining a writ of injunction in Alabama State Court. The Debtors would incur substantial additional attorney fees to oppose relief from stay and, if necessary, to oppose the writ of injunction to ensure that SEC can maintain operations for the benefit of Sklarco and all other holders of interests in the operated properties.

18. Unsecured creditors will not be prejudiced by the payment of the ADR Claims. The severance taxes are entitled to administrative expense priority pursuant to 11 U.S.C. § 507(a)(8), and are entitled to payment ahead of general unsecured creditors. Additionally, paying the pre-petition severance taxes will ensure that there are more unencumbered assets available for the benefit of unsecured creditors, including the proceeds from avoidance actions, under a Plan or in the event of a liquidation.

19. Accordingly, payment of the severance taxes will achieve significant Code-related objectives, and is therefore warranted in the Debtors' case.

WHEREFORE, the Debtors pray the Court make and enter an Order authorizing the Debtors to pay the pre-petition severance tax claims owed to the Alabama Department of Revenue in the combined amount of $413,808.06, and for such further and additional relief as to the Court may appear just and proper.

Dated: August 14, 2020                                      Respectfully submitted,

                                                By:    /s/ Keri L. Riley
                                                       Lee M. Kutner, #10966
                                                       Keri L. Riley, #47605
                                                       1660 Lincoln Street, Suite 1850
                                                       Denver, CO 80264
                                                       Telephone: (303) 832-2400
                                                       Telecopy: (303) 832-1510
                                                       E-Mail:       klr@kutnerlaw.com

## CERTIFICATE OF SERVICE

      I certify that on August 14, 2020, I served a complete copy of the foregoing **MOTION TO PAY PRE PETITION SEVERANCE TAXES TO STATE OF ALABAMA AND NOTICE OF MOTION TO PAY PRE PETITION SEVERANCE TAXES TO STATE OF ALABAMA** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Stoneham Drilling Corporation
(Representative: Heather Stickel)
c/o James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Mesa Fluids, LLC
(Representative: Aaron W. Merrell)
1669 South 580 East
American Fork, UT 84057

TCP Cottonwood, L.P.
(Representative: Kyle C. McInnis)
c/o Eric Lockridge
400 Convention Street
Suite 700
Baton Rouge, LA 70801

Rapad Well Service Company, Inc.
(Representative: Chesley James)
c/o Jeremy Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203-4642

Kelley Brothers Contractors, Inc.
(Representative: Jerry Kelley)
401 County Farm Road
Waynesboro, MS 39367

Baker Hughes Company
(Representative: Christopher J. Ryan)
2001 Rankin Road
Houston, TX 77073

Timothy C. Mohan, Esq.
Foley & Lardner, LLP
600 17th Street
Suite 2020 South
Denver, CO 80202

J. Eric Lockridge, Esq.
Kean Miller LLP
400 Convention Street
Suite 700
P.O. Box 3513
Baton Rouge, LA 70802

Craig K. Schuenemann, Esq.
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Giovanni M. Ruscitti, Esq.
Berg Hill Greenleaf Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

Bryce A. Suzuki, Esq.
Bryan Cave Leighton Paisner, LLP
Two North Central Avenue
Suite 2100
Phoenix, AZ 85004-4406

James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Timothy M. Riley, Esq.
Hopping Green & Sams, P.A.
P.O. Box 6526
Tallahassee, FL 32314

Michel D. Rubenstein, Esq.
Liskow & Lewis
1001 Fannin Street
Suite 1800
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos
Suite 700
Austin, TX 78701

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
999 18th Street
Suite 1230 South
Denver, CO 80202

Robert L. Paddock, Esq.
Buck Keenan LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Jeremy L. Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203

Matthew J. Ochs, Esq.
Holland & Hart, LLP
555 Seventeenth Street
Suite 3200
P.O. Box 8749
Denver, CO 80201-8749

Shay L. Denning, Esq.
Thomas H. Shipps, Esq.
Maynes, Bradford, Shipps & Sheftel, LLP
835 East Second Avenue
Suite 123
Durango, CO 81301

Robert Padjen, Esq.
Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202-1486

Joseph E. Bain, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Madison Tucker, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, Louisiana 70170

Barnet B. Skelton, Jr., Esq.
815 Walker
Suite 1502
Houston, TX 77002

1

Amy L. Vazquez, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams, LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Christopher H. Meredith, Esq.
Copeland Cook Taylor & Bush, P.A.
1076 Highland Colony Parkway
600 Concourse, Suite 200
P.O. Box 6020
Ridgeland, Mississippi 39158-6020

Michael L. Niles, Esq.
Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Victoria Argeroplos, Esq.
Jackson Walker LLP
1401 McKinney Street
Suite 1900
Houston, TX 77010

David R. Taggart, Esq.
Bradley Murchison Kelly & Shea, LLC
401 Edwards Street
Suite 1000
Shreveport, Louisiana 71101

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
P.O Box 22260
Shreveport, Louisiana 71120-2260

Paul H. Stephenson III, Esq.
Jim F. Spencer, Jr., Esq.
Watkins & Eager, PLLC
P.O. Box 650
Jackson, Mississippi 39205

John D. Cornwell, Esq.
Grant M. Beiner, Esq.
Christopher D. Johnson, Esq.
Munsch Hardt Kopf & Harr, P.C.
700 Milam Street
Suite 2700
Houston, TX 77002

Michael J. Guyerson, Esq.
Buechler Law Office, LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
Shreveport, Louisiana 71120-2260

Robert L. Paddock, Esq.
Buck Keenan, LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Ryan M. Seidemann, Esq.
Assistant Attorney General
Civil Division/Lands and Natural Resources
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005

David M. Miller, Esq.
Spencer Fane LLP
1700 Lincoln Street
Suite 2000
Denver, CO 80203

Jennifer J. Hardy, Esq.
Willkie Farr & Gallagher, LLP
600 Travis Street
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos Street
Suite 700
Austin, TX 78701

Andrew G. Edson, Esq.
Clark Hill Strasburger
901 Main Street
Suite 6000
Dallas, TX 75202

Craig M. Geno, Esq.
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157

Christopher H. Meredith, Esq.
Glenn Gates Taylor, Esq.
Copeland Cook Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Curtis R. Shelton, Esq.
Jennifer Norris Soto, Esq.
Ayres Shelton Williams Benson & Paine, LLC
333 Texas Street, Suite 1400
P.O. Box 1764
Shreveport, Louisiana 71166

Armistead M. Long, Esq.
Gordon Arata Montgomery Barnett
McCollam Duplantis & Eagan, LLC
400 East Kaliste Saloon Road
Suite 4200
Lafayette, Louisiana 70508

Ryan J. Lorenz, Esq.
Clark Hill PLC
14850 North Scottsdale Road
Suite 500
Scottsdale, Arizona 85254

Brian G. Rich, Esq.
Michael J. Niles, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Katherine A. Ross, Esq.
U.S. Attorney's Office for the
 District of Colorado
Assistant United States Attorney
1801 California Street
Suite 1600
Denver, CO 80202

Ryco Exploration, LLC
401 Edwards Street
Suite 915
Shreveport, LA 71101
ATTN: M. Robin Smith

Ryco Exploration, LLC
40 Golf Club Drive
Haughton, LA 71037
ATTN: M. Robin Smith

Stephen K. Lecholop II, Esq.
Rosenthal Pauerstein, Esq.
Sandoloski Agather LLP
755 East Mulberry
Suite 200
San Antonio, TX 78212

3

Katherine Guidry Douthitt, Esq.
Blanchard Walker O'Quin & Roberts
P.O. Box 1126
Shreveport, Louisiana 71163

Andrew J. Shaver, Esq.
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Theodore J. Hartl, Esq.
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596

John H. Smith
Quitman Tank Solutions, LLC
P.O. Box 90
Quitman, MS 39355

Belinda Harrison
58 County Road 5033
Heidelberg, MS 39439

Casey C. Breese, Esq.
Welborn Sullivan Meck & Tooley, P.C.
1125 17th Street
Suite 2200 South
Denver, CO 80202

Jeff Carruth, Esq.
Weycer Kaplan Pulaski & Zuber, P.C.
11 Greenway Plaza
Suite 1400
Houston, TX 77046

East West Bank
Treasury Department
135 North Los Robles Avenue
Suite 600
ATTN: Linda Cox
Pasadena, CA 91101

Mesa Fluids, LLC
c/o Juno Financial
P.O. Box 173928
Denver, CO 80217-3928

Stoneham Drilling Corporation
707 17th Street
Suite 3250
Denver, CO 80202

TCP Cottonwood, L.P.
333 Texas Street
Suite 2020
Shreveport, LA 71101

Fant Energy Limited
P.O. Box 55205
Houston, TX 77255

JJS Working Interest, LLC
2001 Kirby Drive
Suite 1110
Houston, TX 77019

H&H Construction, LLC
Ladon E. Hall, Sole Manager
P.O. Box 850
Flomation, AL 36441

JD Fields & Company, Inc.
P.O. Box 134401
Houston, TX 77219-4401

Kudzu Oil Properties, LLC
300 Concourse Blvd.
Suite 101
Ridgeland, MS 39157

FPCC USA, Inc.
245 Commerce Green Blvd.
Suite 250
Sugar Lane, TX 77478

4

Lucas Petroleum Group, Inc.
327 Congress Avenue
Suite 500
Austin, TX 78701-3656

Meritage Energy, Ltd.
c/o BKD, LLP
2700 Post Oak Blvd.
Suite 1500
Houston, TX 77056

Strago Petroleum Corporation
3209 Hamm Road
Pearland, TX 77581-5503

Anderson Investment Holdings, LP
AAEC II, LLC
333 Texas Street
Suite 2020
Shreveport, LA 71101

Kelley Brothers Contractors, Inc.
P.O. Drawer 1079
Waynesboro, MS 39367

Rapad Well Service Co., Inc.
217 West Capitol Street
Jackson, MS 39201

Apple River Investments, LLC
ATTN: Robert M. Boeve, President
1503 Garfield Road North
Traverse City, MI 49696

Pruet Oil Company, LLC
217 West Capitol Street
Suite 201
Jackson, MS 39201-2004

Pro-Tek Field Services, LLC
P.O. Box 919269
Dallas, TX 75391-9269

Union Oilfield Supply, Inc.
12 John Dykes Road
Waynesboro, MS 39367

East West Bank
Treasury Department
135 North Los Robles Avenue
Suite 600
Pasadena, CA 91101

Davis Southern Operating Company, LLC
1500 McGowen Street
Suite 200
Houston, TX 77004

Pruet Production Co.
P.O. Box 11407
Birmingham, AL 35246-1129

Par Minerals Corporation
701 Texas Street
Shreveport, LA 71101

Devon Energy Production Co., LP
P.O. Box 842485
Dallas, TX 75284-2485

Hilcorp Energy Company
Department 412
P.O. Box 4346
Houston, TX 77210-4346

CCI East Texas Upstream, LLC
Castleton Commodities Upstream, LLC
811 Main Street
Suite 1500'
Houston, TX 77002

Amplify Energy Operating, LLC
500 Dallas Street, Suite 1700
Houston, TX 77002

Grizzly Operating, LLC
Grizzly Energy, LLC
P.O. Box 46094
Houston, TX 77210-6094

Mission Creek Resources, LLC
25511 Budde Road
Suite 601
Spring, TX 77380

Basa Resources, Inc.
14875 Landmark Blvd.
4th Floor
Dallas, TX 75254

Stroud Petroleum, Inc.
P.O. Box 565
Shreveport, LA 71162-0565

BPX Operating Company
501 Westlake Park Blvd.
Houston, TX 77079

Urban Oil & Gas Group, LLC
Department #41380
P.O. Box 650823
Dallas, TX 75265

Palmer Petroleum, Inc.
330 Marshall Street
Suite 1200
Shreveport, LA 71101

Dorfman Production Company
4925 Greenville Avenue
Suite 900
Dallas, TX 75206

Grigsby Petroleum, Inc.
333 Texas Street
Suite 2285
Shrevesport, LA 71101

Cimarex Energy Co.
#774023
4923 Solutions Center
Chicago, IL 60677-4000

Highmark Energy Operating, LLC
c/o Oil & Gas Business Solutions, Inc.
4849 Greenville Avenue
Suite 1250
Dallas, TX 75206

Kirkpatrick Oil Company, Inc.
P.O. Box 248885
Oklahoma City, OK 73124-8885

East West Bank Treasury Department
135 North Los Robles Avenue
Suite 600
Pasadena, CA 91101

Ford Motor Company
P.O. Box 650575
Dallas, TX 75265

Alabama Department of Revenue
50 North Ripley Street
Montgomery, AL 36104

Colorado Department of Revenue
1375 Sherman Street
Room 511
Denver, CO 80261

Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Louisiana Department of Revenue
P.O. Box 201
Baton Rouge, LA 70821-3440

Mississippi Department of Revenue
P.O. Box 1033
Jackson, MS 39215-1033

Montana Department of Revenue
P.O. Box 6577
Helena, MT 59604-6577

Texas Comptroller
111 East 17th Street
Austin, TX 78701

Wyoming Department of Revenue
122 West 25th Street
Suite #301
Herschler Building Eastee
Cheyenne, WY 82002

/s/Vicky Martina
**Vicky Martina**
**Kutner Brinen PC**