UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING MOTION TO PAY PRE-PETITION SEVERANCE TAXES TO STATE OF ALABAMA**

THIS MATTER, having come before the Court on the Debtors' Motion to Pay Pre-Petition Severance Taxes to the State of Alabama ("Motion"), notice having been provided and no objection having been received, the Court having reviewed the Motion and finding cause for granting the requested relief, does hereby

ORDER

That the Motion is GRANTED. The Debtors are authorized, but not directed, to pay the pre-petition severance taxes, accrued interest, and penalties in the approximate amount of $413,808.06 for the months of February and March 2020 to the Alabama Department of Revenue.

DONE and entered this ____ day of _____, 2020 at Denver, Colorado.

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge

1