| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1:  Sklar Exploration Company, LLC | Jointly Administered Under Case #: | 20-12377-EEB |
| Debtor 2:  Sklarco, LLC | Chapter: | 11 |

**Local Bankruptcy Form 9013-1.1**
**Notice of MOTION TO PAY PRE-PETITION SEVERANCE TAXES**

### Part 1   Objection Deadline

Objection Deadline:  **AUGUST 28, 2020**

### Part 2   Notice

NOTICE IS HEREBY GIVEN Sklar Exploration Company, LLC and Sklarco, LLC (the "Debtors"), have filed a Motion to Pay Pre-Petition Severance Taxes to State of Alabama, and requests the following relief: entry of an Order authorizing the Debtors to pay the pre-petition severance taxes, accrued interest, and penalties, in the approximate amount of $413,808.06 for the months of February and March 2020 to the Alabama Department of Revenue.  A copy of the pleading is available for inspection on PACER or upon request from the undersigned attorney.

If you object to the adequacy of the Disclosure Statement your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Debtor at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

### Part 3   Signature of Movant's Attorney or Movant (if unrepresented)

Dated: August 14, 2020.                              Respectfully submitted,

By: /s/   Keri L. Riley
Lee M. Kutner #10966
Keri L. Riley, #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln St., Suite 1850
Denver, CO  80264
Telephone:  (303) 832-2400
Telecopy: (303) 832-1510
E-Mail: klr@kutnerlaw.com