| Fill in this information to identify your case | | | |
|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | |
| Debtor 1: | Sklar Exploration Company | Jointly Administered Case #: | 20-12377-EEB |
| Debtor 2: | Sklarco, LLC | Chapter: | 11 |

**Local Bankruptcy Form 9013-1.1**
**Notice of First Interim Application of Munsch Hardt Kopf & Harr, P.C., as Counsel for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses**

### Part 1  Objection Deadline

Objection Deadline: **SEPTEMBER 11, 2020**

### Part 2  Notice

NOTICE IS HEREBY GIVEN that Munsch Hardt Kopf & Harr, P.C. (the "Munsch Hardt"), has filed its First Interim Fee Application of Munsch Hardt as Counsel for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period From April 16, 2020 Through July 31, 2020 (the "Application"), with the Court and requests the following relief: interim allowance and payment of attorney fees and reimbursement of costs in the amount of $307,258.16 (fees: $306,891.50; costs: $366.66) for all fees and costs in the Chapter 11 case from April 16, 2020 through July 31, 2020. A copy of the pleading is available for inspection upon request from the undersigned attorney.

If you oppose the Application or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

### Part 3  Signature of Movant's Attorney or Movant (if unrepresented)

Dated: August 21, 2020

Respectfully Submitted,
By: *Christopher D. Johnson*
    Christopher D. Johnson
    Tex. Bar No. 24012913
    700 Milam Street, Suite 2700
    Houston, Texas 77002
    713-222-1470 (tel.)
    713-222-1475 (fax)
    cjohnson@munsch.com