# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
The Honorable Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br><br>Debtor. | Bankruptcy Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br><br>Debtor. | Bankruptcy Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

## ORDER FOR COMPLIANCE WITH LOCAL BANKRUPTCY RULE 9013-1 OR OTHER APPLICABLE RULES OF PROCEDURE REGARDING SERVICE AND NOTICE

THIS MATTER comes before the Court on the First Interim Fee Application of Munsch Hardt Kopf & Harr, P.C. filed by Grant Beiner on behalf of The Official Committee of Unsecured Creditors. The Court finds that the Movant has failed to comply with applicable rules of procedure, noted more specifically below:

- ☒ L.B.R. 9013-1: failure to serve a copy of both the Application and the 9013-1 Notice, as required by 9013-1(a)(1)(A) and 2016-2(a);

- ☒ Fed.R.B.P. 2002 (a)(6), (c), (g), L.B.R. 2002-1 & 2016-2: failure to serve a copy of the notice and the Application upon on the parties indicated in this Court's Order Granting Ex Parte Motion For Entry of Order Limiting Notice (Dkt. No. 263).

Accordingly, IT IS HEREBY ORDERED that Movant must cure the above-noted deficiency by the cure date listed below, failing which the Application will be denied without further notice.

**Deficiency Cure Date: September 1, 2020**

Dated this 25th day of August, 2020.

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Court