UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**NOTICE OF CHANGE OF ADDRESS OF CREDITOR**

    The Debtor, by and through its attorneys, Kutner Brinen, P.C., hereby notifies the Court of the following new address as follows:

| | |
|---|---|
| **Creditor:** | **Liquid Gold Well Service, Inc.** |
| **New Mailing Address:** | **P.O. Box 757** <br> **Cut Bank, Montana 59427** |
| **Old Address:** | **Left Blank** |

Dated: August 25, 2020          Respectfully submitted,

          By: */s/ Keri L. Riley*
              Lee M. Kutner, #10966
              Keri L. Riley #477605
              **KUTNER BRINEN, P.C.**
              1660 Lincoln Street, Suite 1850
              Denver, CO 80264
              Telephone: (303) 832-2400
              E-Mail: klr@kutnerlaw.com