## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In Re: ) | Case No. 20-12377-EEB |
| Sklar Exploration Company, LLC, ) | Chapter 11 Proceeding |
| ) | |
| **Debtor** ) | |
| ) | |
| ) | |
| In Re: ) | Case No. 20-12380-EEB |
| Sklarco, LLC, ) | Chapter 11 Proceeding |
| ) | |
| **Debtor** ) | |
| ) | |
| ) | *Jointly Administered Under* |
| ) | *Case No. 20-12377-EEB* |

### AMENDED NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE

TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST TAKE NOTICE THAT:

DICKSON OIL & GAS, L.L.C. and C. BICKHAM DICKSON III, by and through their attorneys, BLANCHARD, WALKER, O'QUIN & ROBERTS, a Professional Law Corporation, of Shreveport, Louisiana, files this Amended Notice of Appearance and Request for Service in this case, and pursuant to 11 U.S.C. §1109(b) and Bankruptcy Rules 2002, 3017, 9007, and 9010. The original Notice of Appearance and Request for Service was filed on June 3, 2020 by Katherine Guidry Douthitt of the same firm; however, Ms. Douthitt will no longer be associated with the firm as of September 1, 2020 and should be removed from the certificate of mailing with respect to DICKSON OIL & GAS, L.L.C. and C. BICKHAM DICKSON III. Michael E. Riddick of the firm has been substituted as counsel for DICKSON OIL & GAS, L.L.C. and C. BICKHAM DICKSON III.

Therefore, the undersigned attorneys request that all notices given or required to be given

in this case and all documents served or required to be served in this case be given or served upon same take place electronically through the CM/ECF system and at the address and/or telephone number listed as follows:

> Michael E. Riddick
> Blanchard, Walker, O'Quin & Roberts
> mriddick@bwor.com
> 333 Texas Street, Suite 700
> Regions Tower
> Shreveport, Louisiana 71101
> Direct: 318/934-0264
> Fax: 318/227-2967

Pursuant to L.B.R. 9010-4(b), the clerk is authorized to terminate the involvement of Katherine Guidry Douthitt in this matter as to DICKSON OIL & GAS, L.L.C. and C. BICKHAM DICKSON III.

FURTHER NOTICE is hereby given that the foregoing request includes all notices and documents referred to in the United States Bankruptcy Code, and Bankruptcy Rules and additionally includes, without limitation, any notice, plan of reorganization, disclosure statement, application, complaint, demand, hearing motion, pleading or request, formal or informal, whether transmitting or conveyed by mail, electronic mail, telephone, or otherwise.

        BLANCHARD, WALKER, O'QUIN & ROBERTS
         (*A Professional Law Corporation*)

    By:    /s/ *Michael E. Riddick*_____
          Michael E. Riddick, LA Bar #14350
          mriddick@bwor.com

    By:    /s/ *Katherine Guidry Douthitt*_____
          Katherine Guidry Douthitt, LA Bar #31755
          kdouthitt@bwor.com

>333 Texas Street, Regions Tower
>Suite 700 (71101)
>P.O. Drawer 1126 (71163)
>Shreveport, Louisiana
>318/934-0204
>Fax: 318/227-2967
>
>ATTORNEYS FOR
>DICKSON OIL & GAS, L.L.C. AND
>C. BICKHAM DICKSON III

## CERTIFICATE OF SERVICE

 I hereby certify that on the 26th day of August, 2020, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record in this case by operation of the Court's CM/ECF system at the email address registered with the Court.

>/s/ *Katherine Guidry Douthitt*
>Katherine Guidry Douthitt