# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SKLAR EXPLORATION | § | Case No. 20-12377-EEB |
| COMPANY, LLC, *et al.*[1] | § | |
| | § | (Jointly Administered) |
| Debtors. | | |

## CERTIFICATE OF SERVICE

I certify that on August 26, 2020, I served a complete copy of the foregoing **COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION; FIRST INTERIM APPLICATION OF MUNSCH HARDT KOPF & HARR, P.C. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 16, 2020 THROUGH JULY 31, 2020** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930), and Sklarco, LLC (5432).

4828-1565-4601v.1

| Claim Name | Address Information |
|---|---|
| AEEC II LLC | C/O KEAN MILLER LLP ATTN J ERIC LOCKRIDGE, ESQ 400 CONVENTION ST., STE 700 BATON ROUGE LA 70802 |
| AEH INVESTMENTS LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD,ESQ 333 TEXAS ST., STE 1700 SHREVEPORT LA 71120-2260 |
| ALABAMA OIL & GAS LLC | C/O MOYE WHITE LLP ATTN TIMOTHY M SWANSON, ESQ 1400 16TH ST., 6TH FL DENVER CO 80202-1486 |
| ALABAMA OIL COMPANY | C/O LAW OFFICE OF CRAIG M GENO PLLC ATTN CRAIG M GENO, ESQ 587 HIGHLAND COLONY PKWY RIDGELAND MS 39157 |
| ANDERSON EXPLORATION ENERGY COMPANY LC | C/O KEAN MILLER LLP ATTN J ERIC LOCKRIDGE, ESQ 400 CONVENTION ST., STE 700 BATON ROUGE LA 70802 |
| ANDERSON INVESTMENT HOLDINGS, LP | AEEC II, LLC 333 TEXAS STREET, SUITE 2020 SHREVEPORT LA 71101-3680 |
| APPLE OIL & GAS LLC | C/O MOYE WHITE LLP ATTN TIMOTHY M SWANSON, ESQ 1400 16TH ST., 6TH FL DENVER CO 80202-1486 |
| APPLE RIVER INVESTMENTS LLC | C/O LAW OFFICE OF CRAIG M GENO PLLC ATTN CRAIG M GENO, ESQ 587 HIGHLAND COLONY PKWY RIDGELAND MS 39157 |
| APPLE RIVER INVESTMENTS, L.L.C. | ATTN: ROBERT M. BOEVE, PRESIDENT 1503 GARFIELD ROAD NORTH TRAVERSE CITY MI 49696-1111 |
| BAKER HUGHES COMPANY | ATTN: CHRISTOPHER J. RYAN 2001 RANKIN ROAD HOUSTON TX 77073 |
| BAKER HUGHES HOLDING LLC | C/O FOLEY & LARDNER LLP ATTN TIMOTHY C MOHAN, ESQ 600 17TH ST., STE 2020S DENVER CO 80202 |
| BAKER HUGHES OILFIELD OPERATIONS LLC | C/O FOLEY & LARDNER LLP ATTN TIMOTHY C MOHAN, ESQ 600 17TH ST., STE 2020S DENVER CO 80202 |
| BAKER HUGHES, A GE COMPANY LLC | C/O FOLEY & LARDNER LLP ATTN TIMOTHY C MOHAN, ESQ 600 17TH ST., STE 2020S DENVER CO 80202 |
| BAKER PETROLITE LLC | C/O FOLEY & LARDNER LLP ATTN TIMOTHY C MOHAN, ESQ 600 17TH ST., STE 2020S DENVER CO 80202 |
| BARNETTE & BENEFIELD INC | C/O AYRES SHELTON WILLIAMS BENSON & PAINE LLC ATTN CURTIS R SHELTON & JENNIFER NORRIS SOTO, ESQ 333 TEXAS ST., STE 1400 SHREVEPORT LA 71160 |
| BP AMERICA PRODUCTION COMPANY | C/O LISKOW & LEWIS ATTN MICHAEL D RUBENSTEIN, ESQ 1001 FANNIN ST., STE 1800 HOUSTON TX 77002 |
| BPX PROPERTIES NA LP | C/O LISKOW & LEWIS ATTN MICHAEL D RUBENSTEIN, ESQ 1001 FANNIN ST., STE 1800 HOUSTON TX 77002 |
| BRI-CHEM SUPPLY CORP LLC | C/O SPENCER FANE LLP ATTN DAVID M MILLER, ESQ 1700 LINCOLN ST., STE 2000 DENVER CO 80203 |
| BUNDERO INVESTMENT COMPANY LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD,ESQ 333 TEXAS ST., STE 1700 SHREVEPORT LA 71120-2260 |
| C BICKHAM DICKSON III | C/O BLANCHARD WALKER O'QUIN & ROBERTS ATTN KATHERINE GUIDRY DOUTHITT, ESQ REGIONS TOWER, 333 TEXAS ST., STE 700 SHREVEPORT LA 71101 |
| COASTAL EXPLORATION INC | C/O COPELAND COOK TAYLOR & BUSH PA ATTN GLENN GATES TAYLOR, ESQ 1076 HIGHLAND COLONY PKWY RIDGELAND MS 39157 |
| COASTAL EXPLORATION INC | C/O COPELAND COOK TAYLOR & BUSH PA ATTN GLENN GATES TAYLOR, ESQ 600 CONCOURSE, STE 200 RIDGELAND MS 39158-6020 |
| COLORADO DEPARTMENT OF REVENUE | C/O COLORADO DEPARTMENT OF LAW ATTN DEANNA LEE WESTFALL, ASST ATTY GEN 1300 BROADWAY, 8TH FL DENVER CO 80203 |
| COLORADO DEPARTMENT OF REVENUE | C/O COLORADO DEPARTMENT OF LAW ATTN ROBERT PADJEN, ASST ATTY GEN 1300 BROADWAY, 8TH FL DENVER CO 80203 |
| CTM 2005 LTD | C/O BARNET B SKELTON JR ATTN BARNET B SKELTON JR, ESQ 815 WALKER, STE 1502 HOUSTON TX 77002 |
| CTM 2005 LTD | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN SHAY L DENNING, ESQ 835 E SECOND AVE., STE 123 DURANGO CO 81301 |
| CTM 2005 LTD | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN THOMAS H SHIPPS, ESQ 835 E SECOND AVE., STE 123 DURANGO CO 81301 |
| DICKSON OIL & GAS LLC | C/O BLANCHARD WALKER O'QUIN & ROBERTS ATTN KATHERINE GUIDRY DOUTHITT, ESQ |

| Claim Name | Address Information |
|---|---|
| DICKSON OIL & GAS LLC | REGIONS TOWER, 333 TEXAS ST., STE 700 SHREVEPORT LA 71101 |
| EAST WEST BANK TREASURY DEPARTMENT | 135 N. LOS ROBLES AVE, STE 600 ATTN: LINDA COX PASADENA CA 91101-0000 |
| EAST-WEST BANK | C/O BRYAN CAVE LEIGHTON PAISNER LLP ATTN CRAIG K SCHUENEMANN, ESQ 1700 LINCOLN ST., STE 4100 DENVER CO 80203 |
| EAST-WEST BANK | C/O BRYAN CAVE LEIGHTON PAISNER LLP ATTN BRYCE A SUZUKI, ESQ TWO NORTH CENTRAL AVE., STE 2100 PHOENIX AZ 85004-4406 |
| EASTERN FISHING & RENTAL TOOL COMPANY INC | C/O COPELAND COOK TAYLOR & BUSH PA ATTN CHRISTOPHER H MEREDITH, ESQ 1076 HIGHLAND COLONY PKWY RIDGELAND MS 39157 |
| EASTERN FISHING & RENTAL TOOL COMPANY INC | C/O COPELAND COOK TAYLOR & BUSH PA ATTN GLENN GATES TAYLOR, ESQ 1076 HIGHLAND COLONY PKWY RIDGELAND MS 39157 |
| EASTERN FISHING & RENTAL TOOL COMPANY INC | C/O COPELAND COOK TAYLOR & BUSH PA ATTN CHRISTOPHER H MEREDITH, ESQ 600 CONCOURSE, STE 200 RIDGELAND MS 39158-6020 |
| EASTERN FISHING & RENTAL TOOL COMPANY INC | C/O COPELAND COOK TAYLOR & BUSH PA ATTN GLENN GATES TAYLOR, ESQ 600 CONCOURSE, STE 200 RIDGELAND MS 39158-6020 |
| ESTATE OF PAMELA PAGE | C/O BUECHLER LAW OFFICE LLC ATTN MICHAEL J GUYERSON, ESQ 999 18TH ST., STE 1230-S DENVER CO 80202 |
| FANT ENERGY LIMITED | C/O WILLKIE FARR & GALLAGHER LLP ATTN JENNIFER J HARDY, ESQ 600 TRAVIS ST HOUSTON TX 77002 |
| FANT ENERGY LIMITED | C/O JACKSON WALKER LLP ATTN ELIZABETH C FREEMAN & VICTORIA AERGEROPLOS, ESQ 1401 MCKINNEY ST., STE 1900 HOUSTON TX 77010 |
| FANT ENERGY LIMITED | P.O. BOX 55205 HOUSTON TX 77255-5205 |
| FLETCHER EXPLORATION LLC | C/O BERGER SINGERMAN LLP ATTN BRIAN G RICH, ESQ 313 N MONROE ST., STE 301 TALLAHASSEE FL 32301 |
| FLETCHER EXPLORATION LLC | C/O BERGER SINGERMAN LLP ATTN MICHAEL J NILES, ESQ 313 N MONROE ST., STE 301 TALLAHASSEE FL 32301 |
| FLETCHER PETROLEUM COMPANY LLP | C/O BERGER SINGERMAN LLP ATTN BRIAN G RICH, ESQ 313 N MONROE ST., STE 301 TALLAHASSEE FL 32301 |
| FLETCHER PETROLEUM COMPANY LLP | C/O BERGER SINGERMAN LLP ATTN MICHAEL J NILES, ESQ 313 N MONROE ST., STE 301 TALLAHASSEE FL 32301 |
| FLETCHER PETROLEUM CORP | C/O BERGER SINGERMAN LLP ATTN BRIAN G RICH, ESQ 313 N MONROE ST., STE 301 TALLAHASSEE FL 32301 |
| FLETCHER PETROLEUM CORP | C/O BERGER SINGERMAN LLP ATTN MICHAEL J NILES, ESQ 313 N MONROE ST., STE 301 TALLAHASSEE FL 32301 |
| FPCC USA INC | C/O JONES WALKER LLP ATTN MADISON M TUCKER, ESQ 201 ST CHARLES AVE., STE 5100 NEW ORLEANS LA 70170 |
| FPCC USA INC | C/O JONES WALKER LLP ATTN AMY L VAZQUEZ, ESQ 811 MAIN ST., STE 2900 HOUSTON TX 77002 |
| FPCC USA, INC. | 245 COMMERCE GREEN BLVD, STE 250 SUGAR LAND TX 77478-3760 |
| FRANKS EXPLORATION COMPANY LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD,ESQ 333 TEXAS ST., STE 1700 SHREVEPORT LA 71120-2260 |
| GATEWAY EXPLORATION LLC | C/O BUCK KEENAN LLP ATTN ROBERT L PADDOCK, ESQ 2229 SAN FELIPE, STE 1000 HOUSTON TX 77019 |
| GCREW PROPERTIES LLC | C/O BUCK KEENAN LLP ATTN ROBERT L PADDOCK, ESQ 2229 SAN FELIPE, STE 1000 HOUSTON TX 77019 |
| GE OIL & GAS PRESSURE CONTROL US | C/O FOLEY & LARDNER LLP ATTN TIMOTHY C MOHAN, ESQ 600 17TH ST., STE 2020S DENVER CO 80202 |
| H&H CONSTRUCTION, LLC | LADON E. HALL, SOLE MANAGER P.O. BOX 850 FLOMATON AL 36441-0850 |
| HALL MANAGEMENT LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD,ESQ 333 TEXAS ST., STE 1700 SHREVEPORT LA 71120-2260 |
| HARRISON, BELINDA | 58 COUNTY RD 5033 HEIDELBERG MS 39439 |
| HARVEST GAS MANAGEMENT LLC | C/O BUCK KEENAN LLP ATTN ROBERT L PADDOCK, ESQ 2229 SAN FELIPE, STE 1000 HOUSTON TX 77019 |
| HOPPING GREEN & SAMS PA | ATTN TIMOTHY M RILEY PO BOX 6526 TALLAHASSEE FL 32314 |

| Claim Name | Address Information |
|---|---|
| HUGHES OIL SOUTH LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD,ESQ 333 TEXAS ST., STE 1700 SHREVEPORT LA 71120-2260 |
| I & L MISS I LP | C/O BARNET B SKELTON JR ATTN BARNET B SKELTON JR, ESQ 815 WALKER, STE 1502 HOUSTON TX 77002 |
| I & L MISS I LP | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN SHAY L DENNING, ESQ 835 E SECOND AVE., STE 123 DURANGO CO 81301 |
| I & L MISS I LP | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN THOMAS H SHIPPS, ESQ 835 E SECOND AVE., STE 123 DURANGO CO 81301 |
| J & A HARRIS LP | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD,ESQ 333 TEXAS ST., STE 1700 SHREVEPORT LA 71120-2260 |
| JD FIELDS & COMPANY, INC. | P.O. BOX 134401 HOUSTON TX 77219-4401 |
| JF HOWELL INTERESTS LP | C/O BRADLEY MURCHISON KELLY & SHEA LLC ATTN DAVID R TAGGART, ESQ 401 EDWARDS ST., STE 1000 SHREVEPORT LA 71101 |
| JJS INTERESTS ESCAMBIA LLC | C/O WILLKIE FARR & GALLAGHER LLP ATTN JENNIFER J HARDY, ESQ 600 TRAVIS ST HOUSTON TX 77002 |
| JJS INTERESTS STEELE KINGS LLC | C/O WILLKIE FARR & GALLAGHER LLP ATTN JENNIFER J HARDY, ESQ 600 TRAVIS ST HOUSTON TX 77002 |
| JJS WORKING INTEREST LLC | 2001 KIRBY DR, SUITE 1110 HOUSTON TX 77019-6081 |
| JJS WORKING INTERESTS LLC | C/O WILLKIE FARR & GALLAGHER LLP ATTN JENNIFER J HARDY, ESQ 600 TRAVIS ST HOUSTON TX 77002 |
| JUNO FINANCIAL LLC | C/O CLARK HILL PLC ATTN RYAN J LORENZ, ESQ 14850 N SCOTTSDALE RD., STE 500 SCOTTSDALE AZ 85254 |
| KELLEY BROTHERS CONTRACTORS, INC. | ATTN: JERRY KELLWY 401 COUNTY FARM RD. WAYNESBORO MS 39367 |
| KELLEY BROTHERS CONTRACTORS, INC. | P.O. DRAWER 1079 WAYNESBORO MS 39367-1079 |
| KINGSTON LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD,ESQ 333 TEXAS ST., STE 1700 SHREVEPORT LA 71120-2260 |
| KMR INVESTMENTS LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD,ESQ 333 TEXAS ST., STE 1700 SHREVEPORT LA 71120-2260 |
| KODIAK GAS SERVICES LLC | C/O OKIN ADAMS LLP ATTN MATTHEW S OKIN & JOHN THOMAS OLDHAM, ESQ 1113 VINE ST., STE 240 HOUSTON TX 77002 |
| KUDZU OIL & GAS LLC | C/O MOYE WHITE LLP ATTN TIMOTHY M SWANSON, ESQ 1400 16TH ST., 6TH FL DENVER CO 80202-1486 |
| KUDZU OIL PROPERTIES LLC | C/O LAW OFFICE OF CRAIG M GENO PLLC ATTN CRAIG M GENO, ESQ 587 HIGHLAND COLONY PKWY RIDGELAND MS 39157 |
| KUDZU OIL PROPERTIES, LLC | 300 CONCOURSE BLVD, SUITE 101 RIDGELAND MS 39157-2091 |
| LANDMARK EXPLORATION LLC | C/O WATKINS & EAGER PLLC ATTN PAUL H STEPEHSON III & JIM F SPENCER JR, ESQ PO BOX 650 JACKON MS 39205 |
| LANDMARK OIL AND GAS LLC | C/O WATKINS & EAGER PLLC ATTN PAUL H STEPEHSON III & JIM F SPENCER JR, ESQ PO BOX 650 JACKON MS 39205 |
| LAWRENCE, BARBARA PAGE | C/O BUECHLER LAW OFFICE LLC ATTN MICHAEL J GUYERSON, ESQ 999 18TH ST., STE 1230-S DENVER CO 80202 |
| LEXINGTON INVESTMENTS LLC | C/O WATKINS & EAGER PLLC ATTN PAUL H STEPEHSON III & JIM F SPENCER JR, ESQ PO BOX 650 JACKON MS 39205 |
| LOUISIANA TOWER OPERATING LLC | C/O BALLARD SHAHR LLP ATTN THEODORE J HARTL, ESQ 1225 17TH ST., STE 2300 DENVER CO 80202-5596 |
| LUCAS PETROLEUM GROUP INC | C/O CLARK HILL STRASBURGER ATTN DUANE J BRESCIA 720 BRAZOS, STE 700 AUSTIN TX 78701 |
| LUCAS PETROLEUM GROUP, INC. | 327 CONGRESS AVENUE, SUITE 500 AUSTIN TX 78701-3656 |
| LUFKIN INDUSTRIES LLC | C/O FOLEY & LARDNER LLP ATTN TIMOTHY C MOHAN, ESQ 600 17TH ST., STE 2020S DENVER CO 80202 |
| MCCOMBS ENERGY LTD | C/O ROSENTHAL PAUERSTEIN SANDOLOSKI AGATHER LLP ATTN STEPHEN K LECHOLOP II, ESQ 755 EAST MULBERRY, STE 200 SAN ANTONIO TX 78212 |
| MCCOMBS EXPLORATION LLC | C/O ROSENTHAL PAUERSTEIN SANDOLOSKI AGATHER LLP ATTN STEPHEN K LECHOLOP II, |

| Claim Name | Address Information |
|---|---|
| MCCOMBS EXPLORATION LLC | ESQ 755 EAST MULBERRY, STE 200 SAN ANTONIO TX 78212 |
| MERITAGE ENERGY LTD | C/O BUCK KEENAN LLP ATTN ROBERT L PADDOCK, ESQ 2229 SAN FELIPE, STE 1000 HOUSTON TX 77019 |
| MERITAGE ENERGY, LTD. | C/O BKD, LLP 2700 POST OAK BLVD, STE 1500 HOUSTON TX 77056-5829 |
| MESA FLUIDS, LLC | C/O JUNO FINANCIAL P.O. BOX 173928 DENVER CO 80217-3928 |
| MESA FLUIDS, LLC | ATTN: AARON W. MERRELL 1669 S. 580 EAST AMERICAN FORK UT 84057 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE DISTRICT OF COLORADO ATTN: PAUL MOSS, ESQ. BYRON G. ROGERS FEDERAL BUILDING 1961 STOUT STREET, SUITE 12-200 DENVER CO 80294 |
| PAR MINERALS CORPORATION | C/O COPELAND COOK TAYLOR & BUSH PA ATTN CHRISTOPHER H MEREDITH, ESQ 1076 HIGHLAND COLONY PKWY RIDGELAND MS 39157 |
| PAR MINERALS CORPORATION | C/O COPELAND COOK TAYLOR & BUSH PA ATTN GLENN GATES TAYLOR, ESQ 1076 HIGHLAND COLONY PKWY RIDGELAND MS 39157 |
| PAR MINERALS CORPORATION | C/O COPELAND COOK TAYLOR & BUSH PA ATTN CHRISTOPHER H MEREDITH, ESQ 600 CONCOURSE, STE 200 RIDGELAND MS 39158-6020 |
| PAR MINERALS CORPORATION | C/O COPELAND COOK TAYLOR & BUSH PA ATTN GLENN GATES TAYLOR, ESQ 600 CONCOURSE, STE 200 RIDGELAND MS 39158-6020 |
| PICKENS FINANCIAL GROUP LLC | C/O BARNET B SKELTON JR ATTN BARNET B SKELTON JR, ESQ 815 WALKER, STE 1502 HOUSTON TX 77002 |
| PICKENS FINANCIAL GROUP LLC | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN SHAY L DENNING, ESQ 835 E SECOND AVE., STE 123 DURANGO CO 81301 |
| PICKENS FINANCIAL GROUP LLC | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN THOMAS H SHIPPS, ESQ 835 E SECOND AVE., STE 123 DURANGO CO 81301 |
| PINE ISLAND CHEMICAL SOLUTIONS LLC | C/O GORDON ARATA MONTGOMERY BARNETT MCCOLLAM DUPLANTIS & EAGAN LLC ATTN ARMISTEAD M LONG, ESQ 400 EAST KALISTE SALOOM RD., STE 4200 LAFAYETTE LA 70508 |
| PLAINS GAS SOLUTIONS LLC | C/O LAW OFFICES OF KEVIN S NEIMAN PC ATTN KEVIN S NEIMAN, ESQ 999 18TH ST., STE 1230 S DENVER CO 80202 |
| PLAINS MARKETING LP | C/O LAW OFFICES OF KEVIN S NEIMAN PC ATTN KEVIN S NEIMAN, ESQ 999 18TH ST., STE 1230 S DENVER CO 80202 |
| PREMIUM OILFIELD SERVICES LLC | C/O BRADLEY ARANT BOULT CUMMINGS LLP ATTN ANDREW J SHAVER, ESQ ONE FEDERAL PLACE, 1819 FIFTH AVE., N BIRMINGHAM AL 35203 |
| PRO-TEK FIELD SERVICES, LLC | P.O. BOX 919269 DALLAS TX 75391-9269 |
| PRUET OIL COMPANY | C/O BALCH & BINGHAM LLP ATTN JEREMY L RETHERFORD, ESQ PO BOX 306 BIRMINGHAM AL 35201-0306 |
| PRUET OIL COMPANY | C/O HOLLAND & HART LLP ATTN MATTHEW J OCHS, ESQ 555 SEVENTEENTH STE., STE 3200 DENVER CO 80201-8749 |
| PRUET OIL COMPANY, LLC | 217 WEST CAPITOL ST. STE 201 JACKSON MS 39201-2004 |
| PRUET PRODUCTION CO | C/O BALCH & BINGHAM LLP ATTN JEREMY L RETHERFORD, ESQ PO BOX 306 BIRMINGHAM AL 35201-0306 |
| PRUET PRODUCTION CO | C/O HOLLAND & HART LLP ATTN MATTHEW J OCHS, ESQ 555 SEVENTEENTH STE., STE 3200 DENVER CO 80201-8749 |
| RAPAD WELL SERVICE CO INC | C/O BALCH & BINGHAM LLP ATTN JEREMY L RETHERFORD, ESQ PO BOX 306 BIRMINGHAM AL 35201-0306 |
| RAPAD WELL SERVICE CO., INC. | 217 WEST CAPITOL STREET JACKSON MS 39201-2004 |
| RAPAD WELL SERVICE COMPANY, INC. | C/O BALCH & BINGHAM, LLP ATTN: JEREMY RETHERFORD 1901 SIXTH AVENUE NORTH, SUITE 1500 BIRMINGHAM AL 35203-4642 |
| RAPAID WELL SERVICE CO INC | C/O HOLLAND & HART LLP ATTN MATTHEW J OCHS, ESQ 555 SEVENTEENTH STE., STE 3200 DENVER CO 80201-8749 |
| RYCO EXPLORATION LLC | ATTN M ROBIN SMITH 40 GOLF CLUB DR HAUGHTON LA 71037 |
| RYCO EXPLORATION LLC | ATTN M ROBIN SMITH 401 EDWARDS ST., STE 915 SHREVEPORT LA 71101 |
| SEITEL DATA LTD | C/O CLARK HILL STRASBURGER ATTN ANDREW G EDSON, ESQ 901 MAIN ST., STE 6000 DALLAS TX 75202 |
| SEITEL DATA LTD | C/O CLARK HILL STRASBURGER ATTN DUANE J BRESCIA, ESQ 720 BRAZOS, STE 700 AUSTIN TX 78701 |

# SKLAR EXPLORATION COMPANY, LLC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SMITH, JOHN H | PO BOX 90 QUITMAN MS 39355 |
| STATE OF LOUISIANA, DEPARTMENT OF NATURAL | RESOURCES, C/O CIVIL DIVISION/LANDS & NATURAL RESOURCES, ATTN RYAN M SEIDEMANN, ESQ PO BOX 94005 BATON ROUGE LA 70804-9005 |
| STONE DEVELOPMENT LLC | C/O WATKINS & EAGER PLLC ATTN PAUL H STEPEHSON III & JIM F SPENCER JR, ESQ PO BOX 650 JACKON MS 39205 |
| STONEHAM DRILLING CORPORATION | C/O BRADLEY ARANT BOULT CUMMINGS LLP ATTN JAMES B BAILEY 1819 FIFTH AVE., N BIRMINGHAM AL 35203 |
| STONEHAM DRILLING CORPORATION | 707 17TH STREET SUITE 3250 DENVER CO 80202-0000 |
| STRAGO PETROLEUM CORPORATION | C/O BUCK KEENAN LLP ATTN ROBERT L PADDOCK, ESQ 2229 SAN FELIPE, STE 1000 HOUSTON TX 77019 |
| STRAGO PETROLEUM CORPORATION | 3209 HAMM ROAD PEARLAND TX 77581-5503 |
| SUGAR OIL PROPERTIES LP | C/O KEAN MILLER LLP ATTN J ERIC LOCKRIDGE, ESQ 400 CONVENTION ST., STE 700 BATON ROUGE LA 70802 |
| TAUBER EXPLORATION & PRODUCTION COMPANY | C/O BARNET B SKELTON JR ATTN BARNET B SKELTON JR, ESQ 815 WALKER, STE 1502 HOUSTON TX 77002 |
| TAUBER EXPLORATION & PRODUCTION COMPANY | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN SHAY L DENNING, ESQ 835 E SECOND AVE., STE 123 DURANGO CO 81301 |
| TAUBER EXPLORATION & PRODUCTION COMPANY | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN THOMAS H SHIPPS, ESQ 835 E SECOND AVE., STE 123 DURANGO CO 81301 |
| TCP COTTONWOOD LP | C/O ERIC LOCKRIDGE ATTN J ERIC LOCKRIDGE, ESQ 400 CONVENTION ST., STE 700 BATON ROUGE LA 70802 |
| TCP COTTONWOOD LP | C/O KEAN MILLER LLP ATTN J ERIC LOCKRIDGE, ESQ 400 CONVENTION ST., STE 700 BATON ROUGE LA 70802 |
| TCP COTTONWOOD, L.P. | 333 TEXAS STREET, SUITE 2020 SHREVEPORT LA 71101-3680 |
| THE SOUTHEAST ALABAMA GAS DISTRICT | C/O WELBORN SULLIVAN MECK & TOOLEY PC ATTN CASEY C BREESE, ESQ 1125 17TH ST., STE 2200S DENVER CO 80202 |
| TOMMY YOUNGBLOOD | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST., STE 1700 SHREVEPORT LA 71120-2260 |
| UNION OILFIELD SUPPLY, INC. | 12 JOHN DYKES ROAD WAYNESBORO MS 39367-8371 |
| UNITED STATES TRUSTEE FOR | REGION 19, C/O PAUL MOSS, ESQ BRYON G ROGERS FEDERAL BUILDING 1961 STOUT ST., STE 12-200 DENVER CO 80294 |
| UNSECURED CREDITORS OF SKLAR EXPLORATION | COMPANY LLC , C/O MUNSCH HARDT KOPF & HARR PC ATTN JOHN D CORNWELL, ESQ 700 MILAM ST., STE 2700 HOUSTON TX 77002 |
| UNSECURED CREDITORS OF SKLAR EXPLORATION | COMPANY LLC, C/O MUNSCH HARDT KOPF & HARR PC ATTN GRANT M BEINER, ESQ 700 MILAM ST., STE 2700 HOUSTON TX 77002 |
| UNSECURED CREDITORS OF SKLAR EXPLORATION | COMPANY LLC, C/O MUNSCH HARDT KOPF & HARR PC ATTN CHRISTOPHER D JOHNSON, ESQ 700 MILAM ST., STE 2700 HOUSTON TX 77002 |
| USA AND THE DEPT OF INTERIOR | C/O US ATTORNEY OFFICE FOR THE DISTRICT OF COLORADO, ATTN KATHERINE A ROSS ASST ATTY 1801 CALIFORNIA ST., STE 1600 DENVER CO 80202 |

**Total Creditor count 139**

/s/*Grant M. Beiner*

**Grant M. Beiner**
**Munsch Hardt Kopf & Harr, P.C.**