| SKLAR EXPLORATION COMPANY LLC and SKLARCO LLC | ACT | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | **DRAFT - PRELIMINARY & CONFIDENTIAL** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEKLY CASH FLOW FORECAST | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | Period |
| | 24-Jul | 31-Jul | 7-Aug | 14-Aug | 21-Aug | 28-Aug | 4-Sep | 11-Sep | 18-Sep | 25-Sep | 2-Oct | 9-Oct | 16-Oct | 23-Oct | Totals |
| **CASH RECEIPTS** | | | | | | | | | | | | | | | |
| | *June production* | | | | *July production* | | | | | *August production* | | | | | *September production* |
| Sklar operated oil production volume estimate (8/8ths BBL) | 75,749 | | | | 75,600 | | | | | 78,500 | | | | 77,500 | 307,349 |
| Oil price estimate (realized)   $ | 35.42 | | | | $ 37.10 | | | | | $ 38.07 | | | | $ 38.31 | |
| Oil price estimate (NYMEX WTI) *   $ | 38.40 | | | | $ 40.08 | | | | | $ 41.05 | | | | $ 41.29 | |
| Sklar operated gas production volume estimate (8/8ths MCF) | 283,254 | | | | 281,155 | | | | | 281,155 | | | | 281,155 | 1,126,719 |
| Gas price estimate (realized)   $ | 1.44 | | | | $ 1.19 | | | | | $ 1.68 | | | | $ 1.74 | |
| Gas price estimate (NYMEX HH)*   $ | 1.57 | | | | $ 1.32 | | | | | $ 1.81 | | | | $ 1.87 | |
| **Operated properties [1]** | | | | | | | | | | | | | | | |
| Oil | | | | | 2,479,245 | | 2,804,760 | | | 2,988,495 | | | | 2,969,025 | 11,241,525 |
| Gas | | 4,001 | 407,886 | | | 334,574 | | | | | 471,778 | | | | 1,218,239 |
| Non-operated properties - Sklarco Revenue | 23,891 | 21,500 | 23,000 | 22,000 | 32,000 | 35,000 | 32,000 | 32,000 | 30,000 | 37,500 | 1,653 | 10,453 | 6,575 | 770 | 308,342 |
| Oil hedge settlements | | | 86,780 | | | | 78,050 | | | | 75,890 | | | | 240,720 |
| Gas hedge settlements | | | 16,100 | | | 6,340 | | | | | 5,160 | | | | 27,600 |
| Total Cash Calls In [8] | 44,105 | - | 67,158 | - | 92,400 | 180,800 | 118,480 | - | - | - | - | - | - | - | 502,943 |
| Reimbursement of op property LOE from other WI owners [3] | 38,368 | 371,077 | 86,973 | 231,957 | 153,399 | 164,450 | 102,394 | 240,689 | 109,519 | 164,290 | 88,973 | 231,957 | 106,055 | 154,850 | 2,244,949 |
| Misc. Revenue [4] | 265,755 | | 8,373 | | | | 8,373 | | | | | 8,373 | | | 290,874 |
| **CASH RECEIPTS TOTAL** | **2,855,364** | **800,462** | **288,384** | **253,957** | **3,082,559** | **714,824** | **345,637** | **272,689** | **139,519** | **3,190,285** | **562,404** | **331,833** | **112,630** | **3,124,645** | **16,075,191** |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | | | | |
| | | *May Production* | | | | *June Production* | | | | *July Production* | | | | | |
| Revenue payable to others [2] | | 1,329,468 | | | | 2,187,486 | | | | 2,218,333 | | | | | 5,735,287 |
| Severance tax & Escheat [9] | 3,948 | | 470,000 | 187,924 | | | | 110 | 204,057 | | | | 224,918 | | 1,090,956 |
| Lease operating expenses (gross) for operated properties TOTAL | 75,513 | 405,110 | 56,490 | 231,210 | 133,013 | 146,826 | 75,767 | 242,125 | 78,163 | 146,626 | 52,480 | 231,210 | 73,833 | 134,826 | 2,083,187 |
| CAP EX Total [8] | - | - | 206,148 | - | - | - | - | 105,000 | 215,000 | 148,100 | - | - | - | - | 674,248 |
| Gas plant related Total | 27,080 | 54,261 | 49,681 | 103,665 | 40,000 | 70,111 | 12,000 | 103,665 | 40,000 | 30,450 | 75,111 | 12,000 | 103,665 | 40,000 | 761,689 |
| Lease operating expenses for non-operated properties - Sklarco Cu | 20,405 | 17,940 | 30,084 | 17,940 | 17,940 | 17,940 | 17,940 | 17,940 | 17,940 | 17,940 | 17,940 | 17,940 | 17,940 | 17,940 | 265,769 |
| Misc. including Corwin | 69,558 | | | 6,299 | | | | | | | | | | | 75,857 |
| Transportation (truck pmts to Ford) | | | 34,126 | 7,288 | 4,682 | 5,259 | 560 | 3,644 | 2,341 | 5,259 | 560 | 3,644 | 2,341 | 5,259 | 74,963 |
| **General and Administrative** | | | | | | | | | | | | | | | |
| G&A-Payroll+Benefits Total | 18,694 | 175,966 | 9,800 | 108,295 | 19,765 | 171,956 | 9,800 | 8,641 | 119,419 | 72,302 | 100,454 | 17,641 | 110,419 | 66,302 | 1,009,453 |
| G&A-Non-Payroll Total | 17,982 | 53,672 | 14,475 | 10,574 | 18,520 | 67,477 | 9,525 | 12,324 | 18,520 | 72,909 | 9,525 | 23,797 | 17,495 | 24,814 | 371,609 |
| **General and Administrative Total** | 36,676 | 229,638 | 24,275 | 118,869 | 38,285 | 239,433 | 19,325 | 20,965 | 137,939 | 145,211 | 109,979 | 41,438 | 127,914 | 91,116 | 1,381,062 |
| **CH 11 Related Disbursements** | | | | | | | | | | | | | | | |
| 1st Lien Adequate Assurance [10] | 1,180 | 92,000 | - | 500 | 985 | 92,000 | - | 500 | 985 | 92,000 | - | - | 500 | 985 | 281,635 |
| 1st Lien Professional Fees | - | 107,861 | - | - | 75,000 | - | - | - | 75,000 | - | - | - | - | 75,000 | 332,861 |
| Chief Restructuring Officer Related Fees | - | - | - | 164,000 | - | 118,000 | - | - | - | 124,000 | - | - | - | 118,000 | 524,000 |
| Debtor Legal Fees | - | 67,693 | - | - | 60,897 | - | - | - | 60,897 | - | - | - | - | 60,897 | 250,386 |
| Creditor Cmt Professional Fees | - | 57,419 | - | - | 40,000 | - | - | - | 40,000 | - | - | - | - | 40,000 | 177,419 |
| Critical Vendor (Plains) Payments [5] | - | - | 117,333 | - | - | - | 117,333 | - | - | - | - | 117,333 | - | - | 352,000 |
| Reserve Report Provider | | 50,000 | | | | 15,000 | | | | 15,000 | | | | | 80,000 |
| U.S. Trustee Fees | - | 90,000 | - | - | - | - | - | - | - | - | - | - | - | - | 90,000 |
| Claims Agent | 10,000 | - | - | 5,385 | - | - | - | 8,644 | - | - | - | 9,876 | - | - | 33,905 |
| Surety Bond Collateral | | 35,000 | | | | | | | | | | | | | 35,000 |
| **CH 11 Related Disbursements Total** | 11,180 | 499,973 | 117,333 | 169,885 | 176,882 | 225,000 | 117,333 | 9,144 | 176,882 | 231,000 | - | 127,209 | 500 | 294,882 | 2,157,205 |
| **TOTAL CASH DISBURSEMENTS** | **244,358** | **2,536,390** | **988,137** | **843,079** | **410,802** | **2,892,055** | **242,925** | **502,592** | **872,322** | **2,942,919** | **256,070** | **433,441** | **551,110** | **584,023** | **14,300,223** |
| **NET CASH FLOW** | **2,611,006** | **(1,735,928)** | **(699,753)** | **(589,122)** | **2,671,757** | **(2,177,231)** | **102,712** | **(229,903)** | **(732,803)** | **247,366** | **306,334** | **(101,608)** | **(438,480)** | **2,540,621** | **1,774,968** |
| **ALL ACCOUNTS BEGINNING CASH BALANCE ** ** | 4,560,976 | 7,171,982 | 5,436,054 | 4,736,301 | 4,147,179 | 6,818,936 | 4,641,705 | 4,744,417 | 4,514,514 | 3,781,711 | 4,029,077 | 4,335,411 | 4,233,803 | 3,795,323 | 4,560,976 |
| Howard Sklar DIP loan [6] | | | | | | | | | | | | | | | |
| **ALL ACCOUNTS ENDING CASH BALANCE** | **7,171,982** | **5,436,054** | **4,736,301** | **4,147,179** | **6,818,936** | **4,641,705** | **4,744,417** | **4,514,514** | **3,781,711** | **4,029,077** | **4,335,411** | **4,233,803** | **3,795,323** | **6,335,944** | **6,335,944** |
| Revenue Account Balance (Restricted) | 4,327,061 | 2,792,374 | 2,322,374 | 2,134,451 | 4,939,211 | 2,317,968 | 2,317,968 | 2,317,858 | 2,113,802 | 2,064,191 | 2,482,437 | 2,482,437 | 2,257,519 | 5,226,544 | |

| SKLAR EXPLORATION COMPANY LLC and SKLARCO LLC WEEKLY CASH FLOW FORECAST | ACT 1 24-Jul | FCST 2 31-Jul | FCST 3 7-Aug | FCST 4 14-Aug | FCST 5 21-Aug | FCST 6 28-Aug | FCST 7 4-Sep | FCST 8 11-Sep | FCST 9 18-Sep | FCST 10 25-Sep | FCST 11 2-Oct | FCST 12 9-Oct | FCST 13 16-Oct | FCST 14 23-Oct | DRAFT - PRELIMINARY & CONFIDENTIAL Period Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*Reflects NYMEX WTI and HH pricing strip on 7/24/20. Subject to daily volitality.
 ***Includes acctg system cash balances at7/24/20 (to account for outstanding checks)*
[1] Includes 8/8ths revenue for SklarEx operated properties.  Revenues may not equite to production because not all production is sold in the month produced.
    Does not include revenue in dispute of approx $135K re: Plains and approx $147K re: SEAGAD
[2] Revenue Payable to Others includes distributions to WI, RI and ORRI
[3] Includes reimbursement of LOE related to third party costs and COPAS reimbursements, which is an overhead cost recovery mechanism for well operators. Does not include past due JIBs
[4] Includes sublease income of $8,372
[5] Payment to Plains Gas Solutions (spread out in 3 monthly installments of ~$103k)
[6] $233K of the $1.233MM DIP loan is already reflected in the SklarCo operating account cash balance
[7] Deducts 14% of management fee re: Gas Plant for owners that have not signed amended JOA
[8] See external schedule for workover and AFE details
[9] Includes approx $470K of pre-petition Severance Tax
[10] July 3rd payment doubles the $92K monthly interest charge to EWB in order to "catch-up" to current status
[11] The interested parties continue to discuss the sources of the helium well expenditures

| BREAKOUTS @ REQUEST OF EAST WEST BANK | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Begining Non-Collateral Cash Balance[11] | 223,726 | 154,168 | 154,168 | 154,168 | 147,869 | 147,869 | 147,869 | 147,869 | 147,869 | 147,869 | 147,869 | 147,869 | 147,869 | 147,869 | 223,726 |
| Plus cash receipts from any Sklarco "Outside Invesment" | | | | | | | | | | | | | | | - |
| Less re: Corwin Well related disbursements | (69,558) | - | - | (6,299) | - | - | - | - | - | - | - | - | - | - | (75,857) |
| **Ending Non-Collateral Cash Balance** | **154,168** | **154,168** | **154,168** | **147,869** | **147,869** | **147,869** | **147,869** | **147,869** | **147,869** | **147,869** | **147,869** | **147,869** | **147,869** | **147,869** | **147,869** |
| **Estimated COPAS (Broken Out @EWB Request)** | **46,989** | **46,989** | **46,989** | **46,989** | **46,989** | **46,989** | **46,989** | **46,989** | **46,989** | **46,989** | **46,989** | **46,989** | **46,989** | **46,989** | **657,846** |