```
                          United States Bankruptcy Court
                               District of Colorado

In re:                                                    Case No. 20-12377-EEB
Sklar Exploration Company, LLC                            Chapter 11
Sklarco, LLC
         Debtors                  CERTIFICATE OF NOTICE

District/off: 1082-1          User: admin              Page 1 of 5           Date Rcvd: Aug 25, 2020
                              Form ID: pdf904          Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2020.
db/db          +Sklar Exploration Company, LLC,    Sklarco, LLC,    5395 Pearl Parkway,    Suite 200,
                 Boulder, CO 80301-2541
aty            +Benjamin Y. Ford,    RSA Tower, 27th Floor,    11 North Water Street,    Mobile, AL 36602-3809
aty            +Cook, Yancey, King & Galloway, APLC,    333 Texas Street,    Suite 1700,    P.O. Box 22260,
                 Shreveport, LA 71120-2260
cr             +AEEC II, LLC,    333 Texas Street,    #2020,    Shreveport, LA 71101-3680
cr             +AEH Investments, LLC,    333 Texas Street,    Suite 1414,    Shreveport, LA 71101-3678
cr             +Anderson Exploration Energy Company, LC,    333 Texas Street,    #2020,
                 Shreveport, LA 71101-3680
cr             +Barbara P Lawrence,    55 Hill Circle,    Evergreen, CO 80439-4618
cr             +Barnette & Benefield, Inc.,    PO Box 550,    Haynesville, LA 71038-0550
cr             +Bundero Investment Company, LLC,    401 Edwards Street,    Suite 820,    Shreveport, LA 71101-5521
cr             +Estate of Pamela Page, Deceased,    P.O. Box 374,    Evergreen, CO 80437-0374
cr             +Franks Exploration Company, LLC,    P.O. Box 7655,    Shreveport, LA 71137-7655
cr             +Hughes Oil South, LLC,    P.O. Box 608,    Oxford, MS 38655-0608
cr             +I & L Miss I, LP,    4761 Frank Luck Dr,    Addison, TX 75001-3202
cr             +J&A Harris, LP,    333 Texas Street,    Suite 1414,    Shreveport, LA 71101-3678
cr             +KMR Investments, LLC,    P.O. Box 417,    Homer, LA 71040-0417
cr             +Kingston, LLC,    2790 South Thompson Street,    Suite 102,    Springdale, AR 72764-6303
cr             +Kodiak Gas Services, LLC,    15320 Hwy. 105, Suite 210,    Montgomery, TX 77356-2602
cr             +Pickens Financial Group, LLC,    10100 N. Central Expressway, Suite 200,    Dallas, TX 75231-4169
cr             +Stoneham Drilling Corporation,    c/o Bradley,    Attn: James B. Bailey,
                 1819 Fifth Avenue North,    Birmingham, AL 35203-2120
cr             +Sugar Oil Properties, L.P.,    625 Market Street,    Suite 100,    Shreveport, LA 71101-5392
cr             +TCP Cottonwood, L.P.,    333 Texas Street,    #2020,    Shreveport, LA 71101-3680
cr             +Tauber Exploration & Production Company,    55 Waugh Drive, Suite 700,    Houston, TX 77007-5837
intp            The Juneau Group,    2386A Rice Blvd. #232,    Houston, TX  77005
18754408       +Anderson Investment Holdings, LP,    AEEC II, LLC,    333 Texas Street, Suite 2020,
                 Shreveport, LA 71101-3680
18754411       +Apple River Investments, L.L.C.,    Attn  Robert M. Boeve, President,    1503 Garfield Road North,
                 Traverse City, MI 49696-1111
18754484       +East West Bank Treasury Department,    135 North Los Robles Avenue,    Suite 600,
                 ATTN  Linda Cox,    Pasadena, CA 91101-4549
18754510       +FPCC USA, Inc.,    245 Commerce Green Blvd, Ste 250,    Sugar Land, TX 77478-3760
18754497       +Fant Energy Limited,    P.O. Box 55205,    Houston, TX 77255-5205
18754529       +H&H Construction, LLC,    Ladon E. Hall, Sole Manager,    P.O. Box 850,    Flomaton, AL 36441-0850
18754560        JD Fields & Company, Inc.,    P.O. Box 134401,    Houston, TX 77219-4401
18754567       +JJS Working Interest LLC,    2001 Kirby Dr, Suite 1110,    Houston, TX 77019-6081
18754578       +Kelley Brothers Contractors, Inc.,    P.O. Drawer 1079,    Waynesboro, MS 39367-1079
18754588       +Kudzu Oil Properties, LLC,    300 Concourse Blvd, Suite 101,    Ridgeland, MS 39157-2091
18754598        Lucas Petroleum Group, Inc.,    327 Congress Avenue, Suite 500,    Austin, TX 78701-3656
18754612       +Meritage Energy, Ltd.,    C/O BKD, LLP,    2700 Post Oak Blvd, Ste 1500,    Houston, TX 77056-5829
18754613        Mesa Fluids, LLC,    c/o Juno Financial,    P.O. Box 173928,    Denver, CO 80217-3928
18754664        Pro-Tek Field Services, LLC,    P.O. Box 919269,    Dallas, TX 75391-9269
18754666       +Pruet Oil Company, LLC,    217 West Capitol St. Ste 201,    Jackson, MS 39201-2099
18754673       +Rapad Well Service Co., Inc.,    217 West Capitol Street,    Jackson, MS 39201-2004
18754720       +Stoneham Drilling Corporation,    707 17th Street,    Suite 3250,    Denver, CO 80202-3433
18754721       #Strago Petroleum Corporation,    3209 Hamm Road,    Pearland, TX 77581-5503
18754735       +TCP Cottonwood, L.P.,    333 Texas Street, Suite 2020,    Shreveport, LA 71101-3680
18754760       +Union Oilfield Supply, Inc.,    12 John Dykes Road,    Waynesboro, MS 39367-8371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: cmccord@mccordprod.com Aug 26 2020 01:50:11     CTM 2005, Ltd.,
                 55 Waugh Drive, Suite 515,    Houston, TX 77007-5840
cr             +E-mail/PDF: dor_tac_bankruptcy@state.co.us Aug 26 2020 01:52:12
                 Colorado Department Of Revenue,    1375 Sherman St.,    Room 504,    Attention Bankruptcy Unit,
                 Denver, CO 80261-3000
cr             +E-mail/Text: bankruptcy@coag.gov Aug 26 2020 01:50:58     Colorado Department of Law,
                 1300 Broadway, 8th Floor,    Denver, CO 80203-2104
cr              E-mail/Text: tim.swanson@moyewhite.com Aug 26 2020 01:50:57     Kudzu Oil Properties, LLC,
                 c/o Timothy M. Swanson,    Moye White LLP,    1400 16th Street, 6th Floor,    Denver, CO  80202
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Hall Management, LLC,    4913 Oak Point Drive
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 1082-1               User: admin               Page 2 of 5              Date Rcvd: Aug 25, 2020
                                   Form ID: pdf904           Total Noticed: 47
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2020 at the address(es) listed below:

```
          Amy Vazquez    on behalf of Creditor    FPCC USA, Inc. avazquez@joneswalker.com
          Andrew James Shaver    on behalf of Creditor    Premium Oilfield Services, LLC ashaver@bradley.com
          Armistead Mason Long    on behalf of Creditor    Pine Island Chemical Solutions, L.L.C.
           along@gamb.law
          Barnet B Skelton, Jr    on behalf of Creditor    Tara Rudman Revocable Trust barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    Tauber Exploration & Production Company
           barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    Rudman Partnership barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    MER Energy, LTD barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    I & L Miss I, LP barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    MR Oil & Gas, LLC barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    The Rudman Partnership barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    Pickens Financial Group, LLC barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    Rudman Family Trust barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    CTM 2005, Ltd. barnetbjr@msn.com
          Barnet B Skelton, Jr    on behalf of Creditor    Feather River 75, LLC barnetbjr@msn.com
          Belinda Harrison    belindapittsharrison@gmail.com,  belindapittsharrison@gmail.com
          Brent R. Cohen    on behalf of Creditor    Fant Energy Limited bcohen@lrrc.com,
           brent-cohen-8759@ecf.pacerpro.com,cmarquez@lrrc.com
          Brian Rich    on behalf of Creditor    Fletcher Exploration, LLC brich@bergersingerman.com,
           efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Brian Rich    on behalf of Creditor    Fletcher Petroleum Company, LLC brich@bergersingerman.com,
           efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Brian Rich    on behalf of Creditor    Fletcher Petroleum Corp. brich@bergersingerman.com,
           efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Bryce Suzuki    on behalf of Creditor    East-West Bank bryce.suzuki@bclplaw.com,
           tina.daniels@bclplaw.com
          Casey Carlton Breese    on behalf of Creditor    The Southeast Alabama Gas District
           cbreese@wsmtlaw.com,  lhayter@wsmtlaw.com
          Casey Carlton Breese    on behalf of Plaintiff    Southeast Alabama Gas District
           cbreese@wsmtlaw.com,  lhayter@wsmtlaw.com
          Christopher Meredith    on behalf of Attorney    Copeland, Cook, Taylor & Bush, P.A.
           cmeredith@cctb.com,  bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher Meredith    on behalf of Creditor    Eastern Fishing & Rental Tool Company, Inc.
           cmeredith@cctb.com,  bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher Meredith    on behalf of Creditor    PAR Minerals Corporation cmeredith@cctb.com,
           bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher Meredith    on behalf of Creditor    Coastal Exploration, Inc. cmeredith@cctb.com,
           bankruptcy-group@cctb.com;2363508420@filings.docketbird.com
          Christopher D. Johnson    on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors cjohnson@munsch.com,  scurry@munsch.com
          Craig K. Schuenemann    on behalf of Creditor    East-West Bank craig.schuenemann@bryancave.com,
           alicia.berry@bryancave.com,44Team_DEN@bryancave.com
          Craig M. Geno    on behalf of Creditor    Alabama Oil Company cmgeno@cmgenolaw.com,
           kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          Craig M. Geno    on behalf of Creditor    Kudzo Oil Properties, LLC cmgeno@cmgenolaw.com,
           kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          Craig M. Geno    on behalf of Creditor    Apple River Investments, LLC cmgeno@cmgenolaw.com,
           kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com
          Daniel L. Bray    on behalf of Creditor    Weatherford U.S., L.P. daniel.bray@huschblackwell.com,
           ann.stolfa@huschblackwell.com;LegalSupportTeam-Litigation-DEN@huschblackwell.com;daniel-bray-5348
           @ecf.pacerpro.com
          David M. Miller    on behalf of Creditor    Bri-Chem Supply Corp., LLC dmiller@spencerfane.com,
           nschacht@spencerfane.com
```

```
District/off: 1082-1              User: admin                  Page 3 of 5                  Date Rcvd: Aug 25, 2020
                                  Form ID: pdf904              Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              David R Taggart    on behalf of Creditor    JF Howell Interests ,LP dtaggart@bradleyfirm.com,
               kburnley@bradleyfirm.com,nmobley@bradleyfirm.com
              David R Taggart    on behalf of Creditor    JH Howell Interests, LP dtaggart@bradleyfirm.com,
               kburnley@bradleyfirm.com,nmobley@bradleyfirm.com
              Deanna L. Westfall    on behalf of Creditor    Colorado Department Of Revenue
               deanna.westfall@coag.gov, bncmail@w-legal.com
              Duane  Brescia    on behalf of Creditor    Seitel Data, Ltd. dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Duane  Brescia    on behalf of Creditor    Lucas Petroleum Group, Inc. dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Duane  Brescia    on behalf of Attorney    Clark Hill Strasburger dbrescia@clarkhill.com,
               kalexander@clarkhill.com;djaenike@clarkhill.com
              Eric  Lockridge    on behalf of Creditor    Sugar Oil Properties, L.P.
               eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
              Eric  Lockridge    on behalf of Creditor    Anderson Exploration Energy Company, L.C.
               eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
              Eric  Lockridge    on behalf of Creditor    Anderson Exploration Energy Company, LC
               eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com
              Eric  Lockridge    on behalf of Creditor    TCP Cottonwood, L.P. eric.lockridge@keanmiller.com,
               Stephanie.gray@keanmiller.com
              Eric  Lockridge    on behalf of Creditor    AEEC II, LLC eric.lockridge@keanmiller.com,
               Stephanie.gray@keanmiller.com
              Glenn  Taylor    on behalf of Creditor    Coastal Exploration, Inc. gtaylor@cctb.com
              Glenn  Taylor    on behalf of Creditor    PAR Minerals Corporation gtaylor@cctb.com
              Glenn  Taylor    on behalf of Creditor    Eastern Fishing & Rental Tool Company, Inc.
               gtaylor@cctb.com
              Grant Matthew Beiner    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors gbeiner@munsch.com
              James B. Bailey    on behalf of Creditor    Stoneham Drilling Corporation jbailey@bradley.com,
               ashaver@bradley.com,jbailey@ecf.courtdrive.com
              Jeffery Dayne Carruth    on behalf of Creditor    Halliburton Energy Services, Inc.
               jcarruth@wkpz.com
              Jeffrey S. Brinen    on behalf of Debtor    Sklar Exploration Company, LLC jsb@kutnerlaw.com,
               vlm@kutnerlaw.com
              Jeffrey S. Brinen    on behalf of Debtor    Sklarco, LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com
              Jennifer  Hardy    on behalf of Creditor    JJS Interests Steele Kings, LLC jhardy2@willkie.com,
               mao@willkie.com
              Jennifer  Hardy    on behalf of Creditor    JJS Working Interests, LLC jhardy2@willkie.com,
               mao@willkie.com
              Jennifer  Hardy    on behalf of Creditor    JJS Interests Escambia, LLC jhardy2@willkie.com,
               mao@willkie.com
              Jennifer  Norris Soto    on behalf of Creditor    Barnette & Benefield, Inc.
               jennifersoto@arklatexlaw.com, curtisshelton@arklatexlaw.com,stephanieparker@arklatexlaw.com
              Jenny M.F. Fujii    on behalf of Defendant    Sklar Exploration Company, LLC jmf@kutnerlaw.com,
               vlm@kutnerlaw.com
              Jenny M.F. Fujii    on behalf of Cross-Claimant    Sklar Exploration Company, LLC jmf@kutnerlaw.com,
               vlm@kutnerlaw.com
              Jeremy L Retherford    on behalf of Creditor    RAPAD Well Service Co., Inc. jretherford@balch.com,
               kskelton@balch.com,skynerd@pruet.com
              Jeremy L Retherford    on behalf of Creditor    Pruet Production Co. jretherford@balch.com,
               kskelton@balch.com,skynerd@pruet.com
              Jeremy L Retherford    on behalf of Creditor    Pruet Oil Company, LLC jretherford@balch.com,
               kskelton@balch.com,skynerd@pruet.com
              Jeremy L Retherford    on behalf of Interested Party    Pruet Production Co. jretherford@balch.com,
               kskelton@balch.com,skynerd@pruet.com
              Jim F Spencer, Jr    on behalf of Creditor    Landmark Exploration, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr    on behalf of Creditor    Lexington Investments, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr    on behalf of Creditor    Landmark Oil and Gas, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              Jim F Spencer, Jr    on behalf of Creditor    Stone Development, LLC jspencer@watkinseager.com,
               mryan@watkinseager.com
              John  Cornwell    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
               jcornwell@munsch.com, hvalentine@munsch.com
              John Thomas Oldham    on behalf of Creditor    Kodiak Gas Services, LLC joldham@okinadams.com,
               bmoore@okinadams.com
              Jordan B. Bird    on behalf of Creditor    Bundero Investment Company, LLC
               jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Attorney    Cook, Yancey, King & Galloway, APLC
               jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Creditor    J&A Harris, LP jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Creditor    Hughes Oil South, LLC jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Creditor    Franks Exploration Company, LLC
               jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Creditor    Hall Management, LLC jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Creditor    Kingston, LLC jordan.bird@cookyancey.com
              Jordan B. Bird    on behalf of Creditor    AEH Investments, LLC jordan.bird@cookyancey.com
```

```
District/off: 1082-1               User: admin              Page 4 of 5               Date Rcvd: Aug 25, 2020
                                   Form ID: pdf904          Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Jordan B. Bird    on behalf of Creditor    KMR Investments, LLC jordan.bird@cookyancey.com
              Joseph Eric Bain    on behalf of Creditor    FPCC USA, Inc. jbain@joneswalker.com,
               kvrana@joneswalker.com
              Katherine A Ross    on behalf of Creditor    Bureau of Land Management katherine.ross@usdoj.gov,
               USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
              Katherine A Ross    on behalf of Creditor    Office of Natural Resources Revenue
               katherine.ross@usdoj.gov,
               USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov
              Katherine Guidry Douthitt    on behalf of Creditor    Dickson Oil & Gas, L.L.C. kdouthitt@bwor.com
              Katherine Guidry Douthitt    on behalf of Creditor C. Bickham  Dickson, III kdouthitt@bwor.com
              Keri L. Riley    on behalf of Debtor    Sklar Exploration Company, LLC klr@kutnerlaw.com,
               vlm@kutnerlaw.com
              Keri L. Riley    on behalf of Debtor    Sklarco, LLC klr@kutnerlaw.com,  vlm@kutnerlaw.com
              Kevin S. Neiman    on behalf of Plaintiff    Plains Marketing, L.P. kevin@ksnpc.com
              Kevin S. Neiman    on behalf of Counter-Defendant    Plains Marketing, L.P. kevin@ksnpc.com
              Kevin S. Neiman    on behalf of Creditor    Plains Marketing, L.P. kevin@ksnpc.com
              Kevin S. Neiman    on behalf of Creditor    Plains Gas Solutions, LLC kevin@ksnpc.com
              Lee M. Kutner    on behalf of Debtor    Sklar Exploration Company, LLC lmk@kutnerlaw.com,
               vlm@kutnerlaw.com
              Lee M. Kutner    on behalf of Debtor    Sklarco, LLC lmk@kutnerlaw.com,  vlm@kutnerlaw.com
              Madison M. Tucker    on behalf of Creditor    FPCC USA, Inc. mtucker@joneswalker.com
              Matthew Okin    on behalf of Creditor    Kodiak Gas Services, LLC mokin@okinadams.com
              Matthew J. Ochs    on behalf of Creditor    Pruet Oil Company, LLC mjochs@hollandhart.com,
               tldevlin@hollandhart.com
              Matthew J. Ochs    on behalf of Creditor    RAPAD Well Service Co., Inc. mjochs@hollandhart.com,
               tldevlin@hollandhart.com
              Matthew J. Ochs    on behalf of Creditor    Pruet Production Co. mjochs@hollandhart.com,
               tldevlin@hollandhart.com
              Michael  Niles    on behalf of Creditor    Fletcher Exploration, LLC mniles@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Michael  Niles    on behalf of Creditor    Fletcher Petroleum Company, LLC
               mniles@bergersingerman.com,  efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Michael  Niles    on behalf of Creditor    Fletcher Petroleum Corp. mniles@bergersingerman.com,
               efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Michael D Rubenstein    on behalf of Interested Party    BPX Properties (NA) LP
               mdrubenstein@liskow.com
              Michael D Rubenstein    on behalf of Interested Party    BP America Production Company
               mdrubenstein@liskow.com
              Michael J. Guyerson    on behalf of Creditor    Estate of Pamela Page, Deceased
               mike@kjblawoffice.com,  celina@kjblawoffice.com;teresa@kjblawoffice.com
              Michael J. Guyerson    on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com,
               celina@kjblawoffice.com;teresa@kjblawoffice.com
              Paul  Moss    on behalf of U.S. Trustee    US Trustee Paul.Moss@usdoj.gov
              Robert  Padjen    on behalf of Creditor    Colorado Department of Law Robert.padjen@coag.gov
              Robert L Paddock    on behalf of Creditor    Strago Petroleum Corporation rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    Gateway Exploration, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    Meritage Energy Ltd rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    Harvest Gas Management, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Robert L Paddock    on behalf of Creditor    GCREW Properties, LLC rpaddock@buckkeenan.com,
               myers@buckkeenan.com
              Ryan  Lorenz    on behalf of Creditor    Juno Financial LLC RLorenz@ClarkHill.com
              Ryan  Seidemann    on behalf of Creditor    State of Louisiana, Depatment of Natural Resources,
               Office of Mineral Resources seidemannr@ag.louisiana.gov
              Ryco Exploration, LLC,     rsmith.ryco@att.net
              Shay L. Denning    on behalf of Creditor    Tauber Exploration & Production Company
               sdenning@mbssllp.com
              Shay L. Denning    on behalf of Creditor    I & L Miss I, LP sdenning@mbssllp.com
              Shay L. Denning    on behalf of Creditor    CTM 2005, Ltd. sdenning@mbssllp.com
              Shay L. Denning    on behalf of Creditor    Pickens Financial Group, LLC sdenning@mbssllp.com
              Stephen K. Lecholop, II    on behalf of Creditor    McCombs Energy, Ltd. slecholop@rpsalaw.com,
               amartinez@rpsalaw.com
              Stephen K. Lecholop, II    on behalf of Creditor    McCombs Exploration, LLC slecholop@rpsalaw.com,
               amartinez@rpsalaw.com
              Theodore J. Hartl    on behalf of Interested Party    Louisiana Tower Operating LLC
               hartlt@ballardspahr.com,  blessingb@ballardspahr.com
              Thomas H Shipps    on behalf of Creditor    MER Energy, LTD tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    Tauber Exploration & Production Company
               tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    I & L Miss I, LP tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    The Rudman Partnership tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    Pickens Financial Group, LLC tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    CTM 2005, Ltd. tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    MR Oil & Gas, LLC tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    Feather River 75, LLC tshipps@mbssllp.com
```

```
District/off: 1082-1               User: admin              Page 5 of 5                  Date Rcvd: Aug 25, 2020
                                   Form ID: pdf904          Total Noticed: 47


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Thomas H Shipps    on behalf of Creditor    Rudman Family Trust tshipps@mbssllp.com
              Thomas H Shipps    on behalf of Creditor    Tara Rudman Revocable Trust tshipps@mbssllp.com
              Timothy C. Mohan    on behalf of Defendant    Kelley Brothers Contractors, Inc. tmohan@foley.com,
               tim.mohan4@gmail.com
              Timothy C. Mohan    on behalf of Creditor    Lufkin Industries, LLC tmohan@foley.com,
               tim.mohan4@gmail.com
              Timothy C. Mohan    on behalf of Defendant    GE Oil & Gas Pressure Control LP tmohan@foley.com,
               tim.mohan4@gmail.com
              Timothy C. Mohan    on behalf of Creditor    Baker Petrolite LLC tmohan@foley.com,
               tim.mohan4@gmail.com
              Timothy C. Mohan    on behalf of Creditor    GE Oil & Gas Pressure Control US tmohan@foley.com,
               tim.mohan4@gmail.com
              Timothy C. Mohan    on behalf of Creditor    Baker Hughes Oilfield Operations LLC tmohan@foley.com,
               tim.mohan4@gmail.com
              Timothy C. Mohan    on behalf of Cross Defendant    GE Oil & Gas Pressure Control LP
               tmohan@foley.com,   tim.mohan4@gmail.com
              Timothy C. Mohan    on behalf of Defendant    Baker Hughes Oilfield Operations, Inc.
               tmohan@foley.com,   tim.mohan4@gmail.com
              Timothy C. Mohan    on behalf of Creditor    Baker Hughes Holdings, LLC FKA Baker Hughes, a GE
               Company LLC tmohan@foley.com,   tim.mohan4@gmail.com
              Timothy C. Mohan    on behalf of Cross Defendant    Kelley Brothers Contractors, Inc.
               tmohan@foley.com,   tim.mohan4@gmail.com
              Timothy M. Swanson    on behalf of Creditor    Alabama Oil & Gas, LLC tim.swanson@moyewhite.com,
               audra.albright@moyewhite.com;hope.stone@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Kudzu Oil Properties, LLC tim.swanson@moyewhite.com,
               audra.albright@moyewhite.com;hope.stone@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Alabama Oil Company tim.swanson@moyewhite.com,
               audra.albright@moyewhite.com;hope.stone@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Kudzo Oil Properties, LLC tim.swanson@moyewhite.com,
               audra.albright@moyewhite.com;hope.stone@moyewhite.com
              Timothy M. Swanson    on behalf of Creditor    Apple River Investments, LLC
               tim.swanson@moyewhite.com,   audra.albright@moyewhite.com;hope.stone@moyewhite.com
              Timothy Michael Riley    on behalf of Attorney    Hopping Green & Sams timothyr@hgslaw.com
              US Trustee     USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 146
```

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
The Honorable Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br><br>Debtor. | Bankruptcy Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br><br>Debtor. | Bankruptcy Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

### ORDER FOR COMPLIANCE WITH LOCAL BANKRUPTCY RULE 9013-1 OR OTHER APPLICABLE RULES OF PROCEDURE REGARDING SERVICE AND NOTICE

THIS MATTER comes before the Court on the First Interim Fee Application of Munsch Hardt Kopf & Harr, P.C. filed by Grant Beiner on behalf of The Official Committee of Unsecured Creditors. The Court finds that the Movant has failed to comply with applicable rules of procedure, noted more specifically below:

- ☒ L.B.R. 9013-1: failure to serve a copy of both the Application and the 9013-1 Notice, as required by 9013-1(a)(1)(A) and 2016-2(a);

- ☒ Fed.R.B.P. 2002 (a)(6), (c), (g), L.B.R. 2002-1 & 2016-2: failure to serve a copy of the notice and the Application upon on the parties indicated in this Court's Order Granting Ex Parte Motion For Entry of Order Limiting Notice (Dkt. No. 263).

Accordingly, IT IS HEREBY ORDERED that Movant must cure the above-noted deficiency by the cure date listed below, failing which the Application will be denied without further notice.

**Deficiency Cure Date: September 1, 2020**

Dated this 25th day of August, 2020.

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Court