UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| _____) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**MONTHLY FEE STATEMENT OF CR3 PARTNERS, LLC AND JAMES KATCHADURIAN AS CRO AND FINANCIAL ADVISOR TO THE DEBTORS FOR THE PERIOD MAY 21, 2020 THROUGH JULY 4, 2020**

| **Name of Applicant:** | CR3 Partners, LLC | |
|---|---|---|
| **Applicant's Role in Case:** | Chief Restructuring Officer and Financial Advisor to the Debtors | |
| **Date Order of Employment Entered:** | June 15, 2020 [Dkt. No. 429] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this statement:** | 5/21/20 | 7/4/20 |
| | | |
| **Summary of Total Fees and Expenses Requested** | | |
| Total Fees for Services Rendered During Statement Period | | $186,771.25 |
| Expenses | | $3,536.39 |
| **TOTAL FEES AND EXPENSES** | | **$190,307.64** |

Pursuant to the Order Granting Debtors' Motion for Entry of Order Authorizing Debtors' Employment of CR3 Partners, LLC ("CR3") as Chief Restructuring Office ("CRO Order") (Docket No. 429), Chief Restructuring Officer ("CRO") and Financial Advisor to the Debtors, submits this Fee Statement for the period from May 21, 2020 through July 4, 2020 (the "Statement Period").

**ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED**

    A.    **Summary of Services Rendered by Each Professional**

The following is a list of individuals and their respective titles that provided services during

the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each providing services during the Statement Period for which CR3 seeks compensation.

| Name | Position | Hours | Hourly Rate | Total Compensation |
|---|---|---|---|---|
| James Katchadurian | Partner | 59.8 | $725.00 | $43,355.00 |
| James Katchadurian - Travel Time | Partner | 20.0 | $362.50 | $7,250.00 |
| William Snyder[1] | Partner | 2.3 | $795.00 | No Charge |
| Avery Alcorn | Director | 74.4 | $525.00 | $39,060.00 |
| Avery Alcorn - Travel Time | Director | 8.5 | $262.50 | $2,231.25 |
| Todd Bearup | Director | 172.5 | $550.00 | $94,875.00 |
| | | | | |
| **TOTAL FEES** | | **335.2** | | **$186,771.25** |

The time records of CR3 consisting of a daily breakdown of the tasks performed organized by project category, and detail as to the disbursements incurred are attached as **Exhibit A** to this Monthly Fee Statement.

B. **Summary of Services Rendered By Category**

The following itemization presents a summary of the services rendered by CR3 by Task Category.

| Task Category | Hours | Fees Earned |
|---|---|---|
| Asset Disposition | 1.0 | $540.00 |
| Bankruptcy Case Admin | 11.7 | $6,242.50 |
| Business Analysis | 31.6 | $17,930.00 |
| Business Operations | 84.8 | $54,502.50 |
| Cash Management | 67.1 | $36,172.50 |
| Creditor Interaction | 7.2 | $4,670.00 |
| Creditor Issues | 5.5 | $3,270.00 |
| Debtor Issues | 66.6 | $37,543.50 |
| Discount (William Snyder)[1] | (2.3) | $(1,828.50) |
| Fee Applications | 4.9 | $2,695.00 |
| Operating Reports | 28.6 | $15,552.50 |
| Travel Time | 28.5 | $9,481.25 |
| | | |
| **TOTAL HOURS AND FEES** | **335.2** | **$186,771.25** |

C. **Summary of Expenses Incurred By Category**

The following itemization presents a summary of the expenses incurred for the Statement

---

[1] All time incurred by William Snyder's time is written off in accordance with the agreement with the Debtors

Period:

| Expense Category | Total Expenses |
|---|---:|
| Admin Fee | $ 1,867.71 |
| Expenses - Airfare | $ 821.96 |
| Expenses - Fuel | $ 8.75 |
| Expenses - Hotel | $ 220.70 |
| Expenses - Meals | $ 5.42 |
| Expenses – Mileage Reimbursement | $ 376.61 |
| Expenses – Pacer Charges | $ 12.40 |
| Expenses - Parking | $ 30.00 |
| Expenses – Rental Car | $ 192.84 |
| **TOTAL EXPENSES** | **$ 3,536.39** |

WHEREFORE, pursuant to the CRO Order, CR3 requests payment of compensation in the amount of (i) $186,771.25 on account of actual, reasonable and necessary professional services rendered to the Debtor by CR3 and (ii) reimbursement of actual and necessary costs and expenses in the amount of $3,536.39 incurred on behalf of the Debtor.

DATED: August 28, 2020

Respectfully submitted,

**CR3 Partners, LLC**

By: */s/ James Katchadurian*

# EXHIBIT A

| DATE | NAME | BILLING CATEGORY | TOTAL HOURS | TOTAL COST | DESCRIPTION |
|---|---|---|---|---|---|
| 6/25/2020 | Avery Alcorn | Asset Disposition | 0.2 | $ 105.00 | Call with Jake Juneau (cold-call) Romere oil? RE interest in Sklar assets; requested he send an email, told him too early for a decision on asset sales |
| 7/1/2020 | Avery Alcorn | Asset Disposition | 0.2 | $ 105.00 | Respond to Jake Juneau, a company interested in Sklar assets RE phone call RE plan that the time is not ripe for discussion |
| 5/26/2020 | Avery Alcorn | Bankruptcy Case Admin | 0.6 | $ 315.00 | Call with SKLAR counsel RE status of retention application, general status RE Debtor |
| 5/26/2020 | Avery Alcorn | Bankruptcy Case Admin | 0.8 | $ 420.00 | Call with Sklar, UCC, Bank & Counsel RE Retention; Fees & Staffing |
| 6/2/2020 | Avery Alcorn | Bankruptcy Case Admin | 0.6 | $ 315.00 | Discussion with Keri Riley, Lee Kutner, Todd Bearup RE objections filed, path forward to resolving objections prior to hearing; potential compromises with objecting parties |
| 6/3/2020 | Avery Alcorn | Bankruptcy Case Admin | 1.3 | $ 682.50 | Conference Call with Debtor's Counsel + Multiple parties in interest (WI Owners) + EWB counsel |
| 6/14/2020 | Avery Alcorn | Bankruptcy Case Admin | 0.6 | $ 315.00 | Call with JK, Todd Bearup, William Snyder RE case tasks and organization to hit ground running this week; short discussion RE reserve report and open questions for mgmt |
| 6/15/2020 | Avery Alcorn | Bankruptcy Case Admin | 0.4 | $ 210.00 | Call with Howard Sklar, Marshall Jones, JK, TB RE scheduling for this week; open items to get started on, immediate needs |
| 6/18/2020 | Avery Alcorn | Bankruptcy Case Admin | 0.1 | $ 52.50 | Update Sklar time entries |
| 6/20/2020 | Avery Alcorn | Bankruptcy Case Admin | 0.7 | $ 367.50 | Call w JK RE open tasking and workstreams for Sklar; discuss traveling coordination this week; reserve report creation (3rd party); helium well |
| 6/20/2020 | James Katchadurian | Bankruptcy Case Admin | 0.5 | $ 362.50 | review of docket (0.5) |
| 6/21/2020 | Avery Alcorn | Bankruptcy Case Admin | 0.2 | $ 105.00 | Make time entries for WE for for Sklar 06/20/20 |
| 6/22/2020 | Avery Alcorn | Bankruptcy Case Admin | 0.5 | $ 262.50 | Call with TB, JK RE Case for Sklar; update on 13 week cash flow from work over weekend; review of critical line-items, including operating expense accruals; discuss status of Sklar funding, revenue disbursements, nonpayment from WI owners; schedule meetings for week & travel arrangements |
| 6/22/2020 | Avery Alcorn | Bankruptcy Case Admin | 0.4 | $ 210.00 | book travel for Sklar for this week |
| 6/23/2020 | Avery Alcorn | Bankruptcy Case Admin | 0.2 | $ 105.00 | Updated time entries for day |
| 6/23/2020 | Avery Alcorn | Bankruptcy Case Admin | 0.2 | $ 105.00 | Update Time entries for day, including travel time |
| 6/24/2020 | Avery Alcorn | Bankruptcy Case Admin | 0.6 | $ 315.00 | Meeting with company and Debtor's counsel RE scheduling for various motions, including exclusivity and schedule for producing various reports on Trust Documents, transactions |
| 6/24/2020 | Avery Alcorn | Bankruptcy Case Admin | 0.3 | $ 157.50 | Meeting with company + Debtor's counsel reviewiing TB Consolidated and specific data regarding various Howard trust transactions |
| 6/24/2020 | Avery Alcorn | Bankruptcy Case Admin | 0.3 | $ 157.50 | Meeting with company + Debtor's counsel RE Open items which may require motion including critical vendors, various taxes, etc. |
| 6/25/2020 | Avery Alcorn | Bankruptcy Case Admin | 0.2 | $ 105.00 | Call with JK RE call with interested acquirer with Sklar properties; RE governance / credibility issues with Howard Sklar, potential solutions |
| 6/25/2020 | Avery Alcorn | Bankruptcy Case Admin | 0.1 | $ 52.50 | Update time entries for day |
| 6/26/2020 | Avery Alcorn | Bankruptcy Case Admin | 0.1 | $ 52.50 | Call with JK RE Sklar management team, ability to create accurate 13 week forecast; updated JK on open workstreams |
| 6/26/2020 | Avery Alcorn | Bankruptcy Case Admin | 0.3 | $ 157.50 | Update open workstreams; prioritize email flags for current priority tasks |

| DATE | NAME | BILLING CATEGORY | TOTAL HOURS | TOTAL COST | DESCRIPTION |
|---|---|---|---|---|---|
| 6/26/2020 | Avery Alcorn | Bankruptcy Case Admin | 0.3 | $ 157.50 | Review Bank Deck from TB for Monday meeting with EWB |
| 6/28/2020 | Avery Alcorn | Bankruptcy Case Admin | 0.9 | $ 472.50 | Call with JK RE Bank Deck + project CapEx Review + 13 wk Cash Flow; open tasks RE Same + limited scope consultant engagement for accounting reports |
| 6/28/2020 | Avery Alcorn | Bankruptcy Case Admin | 1.1 | $ 577.50 | Update Time Entries for Sklar for week into Nexonia |
| 6/28/2020 | Avery Alcorn | Bankruptcy Case Admin | 0.2 | $ 105.00 | Complete Entries in Nexonia and submit expense report for travel |
| 6/28/2020 | Avery Alcorn | Bankruptcy Case Admin | 0.1 | $ 52.50 | Compile expenses to submit expense report for Sklar travel |
| 7/2/2020 | Avery Alcorn | Bankruptcy Case Admin | 0.1 | $ 52.50 | Update time entries for day |
| 5/25/2020 | Avery Alcorn | Business Analysis | 0.7 | $ 367.50 | Download, Organize VDR Shared by Sklar mgmt |
| 5/25/2020 | Avery Alcorn | Business Analysis | 0.8 | $ 420.00 | Review Sklar Exploration Company & SklarCo Articles of Incorporation, Amendments; Sklar Trust Documentation |
| 5/26/2020 | Avery Alcorn | Business Analysis | 0.5 | $ 262.50 | Call with Company (HS, MJ, JS) Re status of case, plan for moving forward |
| 5/29/2020 | Avery Alcorn | Business Analysis | 0.3 | $ 157.50 | review objection(s) filed to CR3 retention as CRO, docket activity |
| 6/13/2020 | Avery Alcorn | Business Analysis | 0.7 | $ 367.50 | Review reserve report as provided by Sklar; value ranking and review of concentration of value |
| 6/13/2020 | Avery Alcorn | Business Analysis | 0.8 | $ 420.00 | Review Production Curves / Projections as provided by Sklar take notes |
| 6/10/2020 | James Katchadurian | Business Analysis | 0.3 | $ 217.50 | call w Lee (0.3) |
| 6/10/2020 | James Katchadurian | Business Analysis | 0.5 | $ 362.50 | Review of Filed Objections (0.5) |
| 6/11/2020 | James Katchadurian | Business Analysis | 0.2 | $ 145.00 | Call w Debtors Counsel re Hearing (0.2): |
| 6/11/2020 | James Katchadurian | Business Analysis | 2.5 | $ 1,812.50 | Retention Hearing (2.5); |
| 6/12/2020 | James Katchadurian | Business Analysis | 0.5 | $ 362.50 | Call w Keri \ Marshall re CRO Order (0.5); |
| 6/12/2020 | James Katchadurian | Business Analysis | 0.5 | $ 362.50 | Call w Sklar Management and CR3 Team (0.5) |
| 6/18/2020 | Avery Alcorn | Business Analysis | 0.3 | $ 157.50 | Call with John Strausswer, Todd Bearup, RE scheduling workstreams for next week, deadlines on EWB 13 week cash flow, requested review of assets with technical team, need for detailed LOS for asset evaluation |
| 6/18/2020 | Avery Alcorn | Business Analysis | 0.5 | $ 262.50 | Introduction to John Strausser at Sklar; Todd Bearup on call; questions on specific accounting for Alamaba Gas Plant |
| 6/24/2020 | Avery Alcorn | Business Analysis | 0.2 | $ 105.00 | Meeting with Company + Debtor's counsel RE Helium well |
| 6/24/2020 | Avery Alcorn | Business Analysis | 0.2 | $ 105.00 | Meeting with Company + Debtor's counsel RE third party reserve report |
| 6/24/2020 | Avery Alcorn | Business Analysis | 0.5 | $ 262.50 | Discussion with JK RE accounting procedures of Sklar, complication of prepetition books and records, plan of action RE accessing accounting records directly from accountants in Shreveport |
| 6/25/2020 | Avery Alcorn | Business Analysis | 0.3 | $ 157.50 | Review various trust assets versus non-debtor |
| 6/25/2020 | Avery Alcorn | Business Analysis | 0.3 | $ 157.50 | Review trust documents / investment documents / k-1s to determine if they are property of SklarEx, SklarCo or Howard Sklar |
| 6/25/2020 | Avery Alcorn | Business Analysis | 1.0 | $ 525.00 | Meeting with John Strausser, Howard Sklar RE Helium well potential and Florida well which requires pipeline; discuss potential financing options and potential consideration to unsecured creditors |
| 6/25/2020 | Avery Alcorn | Business Analysis | 0.8 | $ 420.00 | Meeting with Howard Sklar discussing the various trust agreements, SklarCo assets which may be property of the Debtor |

2

| DATE | NAME | BILLING CATEGORY | TOTAL HOURS | TOTAL COST | DESCRIPTION |
|---|---|---|---|---|---|
| 6/26/2020 | Avery Alcorn | Business Analysis | 0.5 | $ 262.50 | Call with Kim Ramsey, John Strausser RE JADE or raw data dump from Sklar accounting system on JIB charges |
| 6/29/2020 | Avery Alcorn | Business Analysis | 0.2 | $ 105.00 | Call Kristi Chickering (Sirius Solutions) RE LOS assistance + JADE file assistance for company |
| 7/2/2020 | Avery Alcorn | Business Analysis | 0.7 | $ 367.50 | Call with John Strausser, TB to review schedule assembled for SklarCo JIBs and revenue |
| 7/3/2020 | Avery Alcorn | Business Analysis | 0.2 | $ 105.00 | Call with Keri, JK, TB, John Strausser RE Boulders on Fern legal analysis by Keri; Discussion of same and Discussion of Trout Creek; potential amendment of loan documents |
| 5/22/2020 | Avery Alcorn | Business Operations | 0.3 | $ 157.50 | Summary of initial findings and additional questions to JK / TB and additional company data required to faciliate SKLAR analysis |
| 5/22/2020 | Avery Alcorn | Business Operations | 0.5 | $ 262.50 | Review Case Docket, Objections |
| 5/22/2020 | Avery Alcorn | Business Operations | 0.7 | $ 367.50 | Review SKLAR audited financial statements YE 2018; compare to YE 2019 Unaudited Statements |
| 5/22/2020 | Avery Alcorn | Business Operations | 0.5 | $ 262.50 | Review Case Docket, Retention Filing, Motion to Shorten Time |
| 5/22/2020 | Avery Alcorn | Business Operations | 0.1 | $ 52.50 | Request to SKLAR company counsel for additional information on Reserves, Lease Operating Statements |
| 5/23/2020 | Avery Alcorn | Business Operations | 0.3 | $ 157.50 | Update JK on initial findings, research on SKLAR; discuss go-forward plan for deep-dive into SKLAR |
| 5/23/2020 | Avery Alcorn | Business Operations | 0.1 | $ 52.50 | Review SKLAR Docket, Retention Application |
| 5/23/2020 | Avery Alcorn | Business Operations | 0.9 | $ 472.50 | assemble SKLAR data & document request list for management, review SKLAR counsel sharefile |
| 5/23/2020 | Avery Alcorn | Business Operations | 1.1 | $ 577.50 | Review SKLAR Loan Agreement, Security & Pledge Agreement |
| 6/19/2020 | Avery Alcorn | Business Operations | 0.2 | $ 105.00 | Convert Daily Production report from Word format to Excel for analysis |
| 6/19/2020 | Avery Alcorn | Business Operations | 0.1 | $ 52.50 | Review Question from Sklar on standby LOC from EWB to state of Wyoming; advise company on opinion RE purpose / intent of the letter |
| 6/15/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | Call w Management \ CR3 Team (0.5); |
| 6/16/2020 | James Katchadurian | Business Operations | 2.0 | $ 1,450.00 | Onsite meeting w management - overview of properties and key issues (2.0) |
| 6/16/2020 | James Katchadurian | Business Operations | 2.0 | $ 1,450.00 | Meeting w H Sklar re operations overview and general discussion (2.0); |
| 6/16/2020 | James Katchadurian | Business Operations | 1.0 | $ 725.00 | Discussion w Lee\Keri and related followup (1.0); |
| 6/17/2020 | James Katchadurian | Business Operations | 2.0 | $ 1,450.00 | Working Session H Sklar - history and background of company and related conversation about operations, staffing and restructuring (2.0) |
| 6/17/2020 | James Katchadurian | Business Operations | 0.2 | $ 145.00 | Meeting w J Strausser re cash\various (0.2) |
| 6/17/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | Meeting w T Bearup re next steps and to do's (0.5) |
| 6/17/2020 | James Katchadurian | Business Operations | 2.0 | $ 1,450.00 | Call re cash and budget reporting and related issues (2.0); |
| 6/17/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | Review of schedules and call w Keri re reporting (0.5) |
| 6/17/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | Call w Armbrecht\Sklar\Kutner\CR3 teams re various (0.5); |
| 6/17/2020 | James Katchadurian | Business Operations | 0.3 | $ 217.50 | Mttg w M Jones re various (0.3) |
| 6/17/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | review of correspondence re non-payment of JIB's (0.5) |
| 6/18/2020 | James Katchadurian | Business Operations | 1.0 | $ 725.00 | Meeting w M Jones re operational issues and next steps (1.0); |
| 6/18/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | Call w M Jones\ K Riley re Reserve Report (0.5); |
| 6/18/2020 | James Katchadurian | Business Operations | 1.0 | $ 725.00 | Meeting w J Strausser \ M Jones re G&A and other operational \ financial issues (1.0); |

3

| DATE | NAME | BILLING CATEGORY | TOTAL HOURS | TOTAL COST | DESCRIPTION |
|---|---|---|---|---|---|
| 6/18/2020 | James Katchadurian | Business Operations | 1.0 | $ 725.00 | data review \ reserve reports (1.0) |
| 6/18/2020 | James Katchadurian | Business Operations | 0.8 | $ 580.00 | Review of TB and GA schedules (0.8) |
| 6/19/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | various emails re reserve report issues (0.5); |
| 6/19/2020 | James Katchadurian | Business Operations | 0.2 | $ 145.00 | Call w Marshall \ Todd re various (0.2); |
| 6/20/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | review of reserve report issues (0.5); |
| 6/22/2020 | Avery Alcorn | Business Operations | 0.4 | $ 210.00 | Call with Sklar Operations Group RE Additional workovers to propose / review prior to Working Interest meeting; including work to be performed in Brooklyn Field |
| 6/22/2020 | Avery Alcorn | Business Operations | 0.5 | $ 262.50 | Call with Sklar Operations Group RE proposed CapEx on McLeod wells, workover; discussed repairs to Heater Treater |
| 6/23/2020 | Avery Alcorn | Business Operations | 0.2 | $ 105.00 | Review data provided by John Strausser for Field and well production history 8/8th |
| 6/23/2020 | Avery Alcorn | Business Operations | 0.2 | $ 105.00 | Meeting with Howard Sklar, brief introduction RE historic spending on G&A, potential issues with COPAS being charged (or undercharged) |
| 6/23/2020 | Avery Alcorn | Business Operations | 0.2 | $ 105.00 | Create Summary data table for daily production trend analysis |
| 6/23/2020 | Avery Alcorn | Business Operations | 0.4 | $ 210.00 | Meeting with TB, John Strausser, Marshall Jones RE reserve report, various operational updates |
| 6/24/2020 | Avery Alcorn | Business Operations | 0.5 | $ 262.50 | Review Escambia prospect JOA / Agreements for payment terms, default provisions, powers of operator |
| 6/24/2020 | Avery Alcorn | Business Operations | 0.4 | $ 210.00 | meeting with John Strausser RE COPAS adjustments, language in Escambia JOA for partner defaults, penalties assoiated with nonpayment |
| 6/26/2020 | Avery Alcorn | Business Operations | 0.6 | $ 315.00 | Use Wolfepak to review account balances, generate chart of accounts, templates |
| 6/26/2020 | Avery Alcorn | Business Operations | 0.5 | $ 262.50 | Generate LOS Reports for analysis in Wolfepak |
| 6/26/2020 | Avery Alcorn | Business Operations | 0.1 | $ 52.50 | Create draft format for JADE file to pull billing information from Wolfepak for Sklar; provide same to John Strausser and Kim Ramsey |
| 6/26/2020 | Avery Alcorn | Business Operations | 0.8 | $ 420.00 | Review Accounts, Sub-Accounts, Reports in Wolfepak, reports usng Wolfepak analytics |
| 6/27/2020 | Avery Alcorn | Business Operations | 0.2 | $ 105.00 | email to John Strausser RE lack of LOS for company; advise for need to have Wolfepak generate or hire an outside firm to generate same |
| 6/21/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | review of G&A spend and HR \ Employee roster (0.5) |
| 6/21/2020 | James Katchadurian | Business Operations | 0.2 | $ 145.00 | various emails re planning and 13 week cashflow (0.2); |
| 6/22/2020 | James Katchadurian | Business Operations | 1.0 | $ 725.00 | review of dip budget draft - compile questions \ concerns re same (1.0); |
| 6/22/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | Status call w team (0.5) |
| 6/22/2020 | James Katchadurian | Business Operations | 1.0 | $ 725.00 | Call w company re budget (1.0) |
| 6/22/2020 | James Katchadurian | Business Operations | 0.4 | $ 290.00 | review jib letter and various related emails (0.4) |
| 6/23/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | various emails re EW bank fees and related account opening information (0.5) |
| 6/23/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | review of revised EL and comment on same (0.5); |
| 6/23/2020 | James Katchadurian | Business Operations | 1.5 | $ 1,087.50 | Working Session w Marshall\John\Avery and Todd re 13 week cash budget and related operational issues (1.5); |
| 6/23/2020 | James Katchadurian | Business Operations | 1.0 | $ 725.00 | Meeting to review methodology around MOR's (1.0) |
| 6/23/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | Review of k1 data for sklarco (0.5) |
| 6/23/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | Review of 13 week cash forecast (0.5) |
| 6/24/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | Working session with team re 13 week budget (0.5) |
| 6/24/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | meeting w J Strausser \ A Alcorn re Copas (0.5) |

| DATE | NAME | BILLING CATEGORY | TOTAL HOURS | TOTAL COST | DESCRIPTION |
|---|---|---|---|---|---|
| 6/24/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | review of various doc's relating to settlement with tauber re plains (0.5) |
| 6/24/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | Analysis of Jibs v Revenue and related discussion (0.5); |
| 6/24/2020 | James Katchadurian | Business Operations | 0.4 | $ 290.00 | Call w A Keel re asset sale opportunities (0.4); |
| 6/24/2020 | James Katchadurian | Business Operations | 2.0 | $ 1,450.00 | Meeting w Keri\Lee\Management and CR3 re various legal issues (2.0); |
| 6/25/2020 | James Katchadurian | Business Operations | 1.5 | $ 1,087.50 | Team review of 13 week budget (1.5) |
| 6/25/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | Meeting w Marshall re projects\working interest status and other operational issues (0.5); |
| 6/25/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | Review of budget (0.5); |
| 6/26/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | Various emails re payments and related questins\approvals (0.5); |
| 6/26/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | Call w T Bearup to review 13 Week Budget and revise same (0.5) |
| 6/26/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | various emals re protective order issues (0.5); |
| 6/26/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | review and send EW Bank 13 week cash budget (0.5); |
| 6/28/2020 | Avery Alcorn | Business Operations | 0.3 | $ 157.50 | Email to John Strausser, Marshall Jones, TB, JK RE economics on CapEx projects as presented in bank deck; share revised format and request changes to same |
| 6/30/2020 | Avery Alcorn | Business Operations | 0.5 | $ 262.50 | Review revised workover schedule / tool; make adjustments to formulas and format; send same to Sklar for additional comments |
| 6/28/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | review of Sklar 13 week cash forecast and related draft presentation (0.5); |
| 6/28/2020 | James Katchadurian | Business Operations | 0.8 | $ 580.00 | Review and revise bank presentation with T Bearup and J Strauser (0.8); |
| 6/28/2020 | James Katchadurian | Business Operations | 1.0 | $ 725.00 | review of deck and 13 cash flow and related revisions (1.0); |
| 6/29/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | various emails re helium well and related presentation (0.5); |
| 6/29/2020 | James Katchadurian | Business Operations | 1.0 | $ 725.00 | Followup emails and data review re same (1.0); |
| 6/30/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | Call w J Kelly and M Spooner (0.5); |
| 6/30/2020 | James Katchadurian | Business Operations | 1.0 | $ 725.00 | Discussion of Helium Proposal w Management and review of deck relating to prospect (1.0) |
| 6/30/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | Call w Keri Riley (0.5) |
| 7/2/2020 | Avery Alcorn | Business Operations | 0.4 | $ 210.00 | Call with Bobbie Gore, John Strausser, TB, JK RE AP Payments and other disbursements for week and compliance with amounts budgeted |
| 7/1/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | review of exclusivity and lease rejection motions (0.5); |
| 7/1/2020 | James Katchadurian | Business Operations | 0.5 | $ 362.50 | Emails re claims agent and review of proposals re same (0.5); |
| 7/1/2020 | James Katchadurian | Business Operations | 0.2 | $ 145.00 | Call w Todd and emails re CC and related budget (0.2) |
| 7/2/2020 | James Katchadurian | Business Operations | 0.6 | $ 435.00 | Call re AP payments w Sklar Team (0.6) |
| 7/2/2020 | James Katchadurian | Business Operations | 0.3 | $ 217.50 | Call w T Bearup re open issue (0.3); |
| 7/2/2020 | James Katchadurian | Business Operations | 0.8 | $ 580.00 | Call w Sklar\CR3 teams re accounting treatment of trusts. (0.8); |
| 7/3/2020 | James Katchadurian | Business Operations | 1.5 | $ 1,087.50 | Working session w Avery\John re bifurcation of accounts (1.5) |
| 7/4/2020 | James Katchadurian | Business Operations | 1.8 | $ 1,305.00 | Review of docket, Data and general information in relation to business operations (1.8) |
| 5/23/2020 | Avery Alcorn | Cash Management | 2.9 | $ 1,522.50 | Review SKLAR Cash collateral Motion & DIP Budget; comments to JK / TB |

5

| DATE | NAME | BILLING CATEGORY | TOTAL HOURS | TOTAL COST | DESCRIPTION |
|---|---|---|---|---|---|
| 5/24/2020 | Avery Alcorn | Cash Management | 1.1 | $ 577.50 | Review of Proposed DIP Budget / 13 wk cash flow by Debtor's management team, Line-item review of budgetary items, correction of various formatting inconsistencies |
| 5/24/2020 | Avery Alcorn | Cash Management | 0.4 | $ 210.00 | Email JK / TB RE Questions on DIP Budget, propose discussion internally prior to discussion(s) with Debtor counsel + mgmt team |
| 5/24/2020 | Avery Alcorn | Cash Management | 0.9 | $ 472.50 | Review proposed DIP Budget for Questions to ask Debtor mgmt team; includes docket review for proposed payments not authorized by Court |
| 5/25/2020 | Avery Alcorn | Cash Management | 0.3 | $ 157.50 | Review AP, Hedge MTM in Data Room; FlexJet & Ford Lease Schedules |
| 5/26/2020 | Avery Alcorn | Cash Management | 1.8 | $ 945.00 | Review DIP Budget, AR, AP, STP, potential sources of liquidity |
| 6/13/2020 | Avery Alcorn | Cash Management | 0.3 | $ 157.50 | Compare Net Cash Flow in Sklar Budget to projection from 4/1 reserve report |
| 6/18/2020 | Avery Alcorn | Cash Management | 0.1 | $ 52.50 | request to John Strausser to have Wolfepack installed on computer to gain access to reporting |
| 6/18/2020 | Avery Alcorn | Cash Management | 0.3 | $ 157.50 | Call with John Strausser, Todd Bearup, RE revenue assumptions, other potential sources of revenue for company |
| 6/18/2020 | Avery Alcorn | Cash Management | 0.2 | $ 105.00 | complete EWB Form for bank account access; send same to EWB for processing |
| 6/18/2020 | Avery Alcorn | Cash Management | 0.3 | $ 157.50 | Call with John Strausswer, Todd Bearup, RE working interest owner nonpayment of JIBs, COPAS Adjustments, potential revenue sources in contractual obligations missed or not billed |
| 6/18/2020 | Avery Alcorn | Cash Management | 0.3 | $ 157.50 | Call with John Strausser, Todd Bearup RE status of prepetition tax liabilities (trust funds), payment of royalties, status of collections for A/R |
| 6/18/2020 | Avery Alcorn | Cash Management | 0.3 | $ 157.50 | Call with John Strausser RE 13 week budget; review of line-items and base assumptions |
| 6/23/2020 | Avery Alcorn | Cash Management | 0.5 | $ 262.50 | Meeting with TB, John Strausser RE open items for case, including 13 week cash flow, MOR issues, etc. |
| 6/23/2020 | Avery Alcorn | Cash Management | 0.3 | $ 157.50 | Meeting with John Strausser, TB RE revised budget preparation, Cash Reporting |
| 6/23/2020 | Avery Alcorn | Cash Management | 0.8 | $ 420.00 | meeting with John Strausser, Marshall Jones, TB, JK RE current operations; G&A Charges and other potentially JIB-eligible charges not being billed to the field |
| 6/23/2020 | Avery Alcorn | Cash Management | 0.1 | $ 52.50 | Review revised draft of DIP budget from TB |
| 6/23/2020 | Avery Alcorn | Cash Management | 0.7 | $ 367.50 | Review 13 week cash flow assumptions, including description of Plains All American issues, demands for prepetition payment and setoff (add to legal list for tomorrow) |
| 6/23/2020 | Avery Alcorn | Cash Management | 0.5 | $ 262.50 | 13 week cash flow review by line-item with John Strausser, Marshall Jones, JK, TB; expense categories, produciton assumptions and workover program |
| 6/23/2020 | Avery Alcorn | Cash Management | 0.8 | $ 420.00 | meeting with John Strausser, JK, TB RE comparison of prior filed 13 week cash forecast to revised forecast discussed today; by line-item |
| 6/23/2020 | Avery Alcorn | Cash Management | 0.8 | $ 420.00 | review 13 week cash flow severance tax assumptions in meeting with John Strausser, Marshall Jones, JK, TB; including issues related to penalties and interest being charged by Alabama on unpaid prepetition charges |

| DATE | NAME | BILLING CATEGORY | TOTAL HOURS | TOTAL COST | DESCRIPTION |
|---|---|---|---|---|---|
| 6/24/2020 | Avery Alcorn | Cash Management | 0.6 | $ 315.00 | Meeting to review 13 week budget revisions with TB, John Strausser |
| 6/24/2020 | Avery Alcorn | Cash Management | 0.2 | $ 105.00 | Review Escambia prospect JOA default provisions |
| 6/24/2020 | Avery Alcorn | Cash Management | 0.3 | $ 157.50 | review COPAS provisions in Escambia JOA; recalculate current COPAS rate per producing well |
| 6/24/2020 | Avery Alcorn | Cash Management | 0.1 | $ 52.50 | review reports in Wolfepack for JIB A/R, JADE Files |
| 6/24/2020 | Avery Alcorn | Cash Management | 0.8 | $ 420.00 | Meeting with John Strausseer, TB to discuss COPAS adjustments, direct/indirect charges for salaried people |
| 6/24/2020 | Avery Alcorn | Cash Management | 0.5 | $ 262.50 | Meeting with TB, JK, John Strausser, Marshall Jones RE comparison to prior submitted 13 week budget to revised draft |
| 6/24/2020 | Avery Alcorn | Cash Management | 0.2 | $ 105.00 | Call with Cary Beene (IT Support) to add company file directory + wolfepack accounting software to computer |
| 6/24/2020 | Avery Alcorn | Cash Management | 0.2 | $ 105.00 | meeting with JK RE COPAS adjustments under JOA on Sklar properties |
| 6/24/2020 | Avery Alcorn | Cash Management | 0.4 | $ 210.00 | Call with Kim, John Strausser RE JIB data file to review for COPAS + to review line-items per CMT / EWB mandate |
| 6/24/2020 | Avery Alcorn | Cash Management | 0.3 | $ 157.50 | Meeting with John Strausser RE revenue checks contemplated for payment this week; requested acct to export data from the system by WI, RI, ORRI detail for review; advised John that all payments must be reviewed and approved by CRO |
| 6/25/2020 | Avery Alcorn | Cash Management | 0.4 | $ 210.00 | Call with John Strausser, TB, Bobbie, Harold RE A/P review for payments to make this week |
| 6/25/2020 | Avery Alcorn | Cash Management | 0.4 | $ 210.00 | review cash transactions from Sklar for check clearing, etc; send follow up request to John RE inadequate information |
| 6/25/2020 | Avery Alcorn | Cash Management | 0.3 | $ 157.50 | Update Cash Book template for data provided by company |
| 6/25/2020 | Avery Alcorn | Cash Management | 0.2 | $ 105.00 | Update Cash Book template for data provided by company |
| 6/25/2020 | Avery Alcorn | Cash Management | 0.6 | $ 315.00 | Meeting to review revised draft of budget to send to EWB; TB, JK, John Strausser, Marshall Jones, Howard Sklar |
| 6/25/2020 | Avery Alcorn | Cash Management | 0.3 | $ 157.50 | Create Cash Book template for details on all cash transactions post petition; meeting with John Strausser to obtain raw data |
| 6/26/2020 | Avery Alcorn | Cash Management | 0.4 | $ 210.00 | Create ID for login to EWB |
| 6/26/2020 | Avery Alcorn | Cash Management | 0.3 | $ 157.50 | Call with EWB customer support to set up access to soft token and online account(s) for Sklar |
| 6/27/2020 | Avery Alcorn | Cash Management | 0.2 | $ 105.00 | Generate PDF reports of each bank account activity from March 1 through today; send same to JK, TB |
| 6/27/2020 | Avery Alcorn | Cash Management | 0.5 | $ 262.50 | create cross-reference tables for accounting system to update cash book |
| 6/27/2020 | Avery Alcorn | Cash Management | 0.5 | $ 262.50 | use wolfepak to pull modified detailed transaction(s) for post-petition A/R, A/P, deposits with detail |
| 6/27/2020 | Avery Alcorn | Cash Management | 0.5 | $ 262.50 | Pull Cash transactions from Wolfpak to flow into cash tracking worksheet for postpetition work |
| 6/27/2020 | Avery Alcorn | Cash Management | 0.6 | $ 315.00 | classify transactions by Check, Wire, Wire in/out |
| 6/27/2020 | Avery Alcorn | Cash Management | 0.5 | $ 262.50 | organize cash transaction detail by account code for all Sklar EWB accounts |
| 7/1/2020 | Avery Alcorn | Cash Management | 0.5 | $ 262.50 | review cash entries in Wolfepak; compare same to COA and classify transactions for creation of cash-tracking system |

| DATE | NAME | BILLING CATEGORY | TOTAL HOURS | TOTAL COST | DESCRIPTION |
|---|---|---|---|---|---|
| 7/1/2020 | Avery Alcorn | Cash Management | 1.0 | $ 525.00 | Review transactions in Sklarco Operating account, organize into simple cash book |
| 7/2/2020 | Avery Alcorn | Cash Management | 0.2 | $ 105.00 | Review negative Book Balance in SEC Operating account as of petition date (4/1); provide worksheet to TB, JK with commentary on same |
| 7/2/2020 | Avery Alcorn | Cash Management | 0.4 | $ 210.00 | Review EWB records for transfers immediately preceeding petition date to/from Sklar accounts; internal balance transfers? |
| 7/2/2020 | Avery Alcorn | Cash Management | 0.7 | $ 367.50 | Review transactions in SklarEx Operating account since march 1; update cash book for overview of transactions |
| 7/2/2020 | Avery Alcorn | Cash Management | 0.3 | $ 157.50 | Call with John Strausser, TB RE Cash management process; shared updated cash tracking worksheet with data from march 1 forward |
| 7/2/2020 | Avery Alcorn | Cash Management | 0.5 | $ 262.50 | Update Check Register detail for cash reporting workstream |
| 7/2/2020 | Avery Alcorn | Cash Management | 0.3 | $ 157.50 | Update SklarCo Operating Account transaction detail in cash book |
| 7/2/2020 | Avery Alcorn | Cash Management | 0.6 | $ 315.00 | create distinction between incoming / outgoing wires, checks, deposits for Sklarco Operating account |
| 7/2/2020 | Avery Alcorn | Cash Management | 0.6 | $ 315.00 | Review transaction history from March 1 forward in Cash Book based on accounting system; |
| 7/2/2020 | Avery Alcorn | Cash Management | 0.5 | $ 262.50 | Complete Cash Book workbook using accounting system information for all SklarEx and SklarCo accounts at EWB |
| 7/3/2020 | Avery Alcorn | Cash Management | 0.1 | $ 52.50 | Email with TB, JK RE Cash Book reporting tool and updating same for budget to actual tracking |
| 7/3/2020 | Avery Alcorn | Cash Management | 0.2 | $ 105.00 | Pull Updated Cash reports from Wolfepak for SEC Operating Account |
| 7/3/2020 | Avery Alcorn | Cash Management | 0.4 | $ 210.00 | Call with John Strausser RE cash book tracker; Questions RE opening balance on petition date and verification of all prepetition check voids |
| 6/19/2020 | Avery Alcorn | Creditor Interaction | 0.5 | $ 262.50 | Call with WI Partners, CMTE, Debtor's counsel RE status update for week (TB, JK) |
| 6/16/2020 | James Katchadurian | Creditor Interaction | 0.3 | $ 217.50 | Call w B Suzuki re EW Bank (0.3) |
| 6/17/2020 | James Katchadurian | Creditor Interaction | 0.5 | $ 362.50 | Call w S Bonomo\Mary Lou Allen EW Bank (0.5); |
| 6/19/2020 | James Katchadurian | Creditor Interaction | 1.0 | $ 725.00 | Meeting w Sklar CC and related followup\discussions with team re same (1.0); |
| 6/24/2020 | James Katchadurian | Creditor Interaction | 0.5 | $ 362.50 | return creditor call - J Kelly - various emails re same (0.5) |
| 6/29/2020 | Avery Alcorn | Creditor Interaction | 1.0 | $ 525.00 | Call w EW Bank (1.0) |
| 6/29/2020 | Avery Alcorn | Creditor Interaction | 0.2 | $ 105.00 | Post EWB call work on fielding various requests for data and clarification. |
| 6/29/2020 | James Katchadurian | Creditor Interaction | 1.0 | $ 725.00 | Call w EW Bank (1.0) |
| 6/30/2020 | James Katchadurian | Creditor Interaction | 1.0 | $ 725.00 | Call w CC and Counsel re status update and related preparation for same (1.0) |
| 6/2/2020 | James Katchadurian | Creditor Issues | 0.5 | $ 362.50 | Call w Counsel \ CR3 team re meeting with WI owners counsel (0.5) |
| 6/4/2020 | James Katchadurian | Creditor Issues | 0.2 | $ 145.00 | Review Revisions to scope (0.2) |
| 6/4/2020 | James Katchadurian | Creditor Issues | 0.3 | $ 217.50 | call w Keri re draft order and scope of analysis (0.3) |
| 6/18/2020 | James Katchadurian | Creditor Issues | 0.5 | $ 362.50 | review of letter re wi owners (0.5); |
| 6/27/2020 | Avery Alcorn | Creditor Issues | 0.3 | $ 157.50 | Review Data room as provided by EWB, Download and drop into internal sharefile; notify JK, TB of same |
| 6/28/2020 | Avery Alcorn | Creditor Issues | 0.2 | $ 105.00 | review Sklar bank-deck; review NRI for CapEx projects as shown in presentation; send reply to John Strasser RE same |

8

| DATE | NAME | BILLING CATEGORY | TOTAL HOURS | TOTAL COST | DESCRIPTION |
|---|---|---|---|---|---|
| 6/28/2020 | Avery Alcorn | Creditor Issues | 0.1 | $ 52.50 | Call with John Strausser RE WI% vs. NRI% in AFE / Cash Flow portion of bank deck |
| 6/28/2020 | Avery Alcorn | Creditor Issues | 0.1 | $ 52.50 | review Sklar presentation and budget for bank meeting |
| 5/26/2020 | James Katchadurian | Debtor Issues | 0.5 | $ 362.50 | Call w Lee and Keri w CR3 team - Intro Call (0.5) |
| 5/26/2020 | James Katchadurian | Debtor Issues | 0.5 | $ 362.50 | Call w CC attorneys and follow-up (0.5); |
| 5/27/2020 | James Katchadurian | Debtor Issues | 0.2 | $ 145.00 | Call w J Cornell re status and next steps (0.2); |
| 5/28/2020 | James Katchadurian | Debtor Issues | 0.3 | $ 217.50 | review of proposed supplemental motion \ order (0.3) |
| 5/30/2020 | James Katchadurian | Debtor Issues | 0.5 | $ 362.50 | review of filed objections to retention (0.5) |
| 6/12/2020 | William Snyder | Debtor Issues | 0.5 | $ 397.50 | .5 reviewed data |
| 6/12/2020 | William Snyder | Debtor Issues | 0.5 | $ 397.50 | kickoff call with management |
| 6/15/2020 | Todd Bearup | Debtor Issues | 2.3 | $ 1,265.00 | Meetings w/ M. Jones and/or H. Sklar to review business issues and game plan. |
| 6/15/2020 | Todd Bearup | Debtor Issues | 2.1 | $ 1,155.00 | Initial meetings w/ H. Sklar and M. Jones. to begin getting up to speed on overview of business. |
| 6/15/2020 | Todd Bearup | Debtor Issues | 0.7 | $ 385.00 | Correspondence w/ CR3 team. |
| 6/15/2020 | Todd Bearup | Debtor Issues | 1.8 | $ 990.00 | Review correspondence from M. Jones debtor's counsel and CR3 team. Review filings re: Cash Collateral, Loan and CRO motion. |
| 6/15/2020 | Todd Bearup | Debtor Issues | 0.5 | $ 275.00 | Conf. call w/ CR3 team and M. Jones, H. Sklar re: game plan for week. |
| 6/15/2020 | Todd Bearup | Debtor Issues | 2.7 | $ 1,485.00 | Continue to review docs and data |
| 6/16/2020 | Todd Bearup | Debtor Issues | 0.5 | $ 275.00 | Call w/ CRO and Debtor's counsel to update. |
| 6/16/2020 | Todd Bearup | Debtor Issues | 0.7 | $ 385.00 | Tour Boulder offices with CFO and discuss potential costs savings on first floor. |
| 6/16/2020 | Todd Bearup | Debtor Issues | 2.8 | $ 1,540.00 | Meetings w/ CRO, CEO, COO, CFO to get CRO and myself up to speed. |
| 6/16/2020 | Todd Bearup | Debtor Issues | 1.9 | $ 1,045.00 | Calls w/ CFO and ops team to get update on Ops as it relates to cash forecast. Discussion w/ CFO re: cash forecast. |
| 6/16/2020 | Todd Bearup | Debtor Issues | 1.9 | $ 1,045.00 | Meeting/discussions w/ M. Jones, H. Sklar and CFO. |
| 6/16/2020 | Todd Bearup | Debtor Issues | 0.3 | $ 165.00 | Correspondence w/ CR3 team and debtors counsel |
| 6/17/2020 | Todd Bearup | Debtor Issues | 2.9 | $ 1,595.00 | Work w/ CFO to review line-item 13-week cash forecast |
| 6/17/2020 | Todd Bearup | Debtor Issues | 1.8 | $ 990.00 | Meeting w/ CEO to discuss structure and trusts history |
| 6/17/2020 | Todd Bearup | Debtor Issues | 1.5 | $ 825.00 | A/R and A/P review. |
| 6/17/2020 | Todd Bearup | Debtor Issues | 2.1 | $ 1,155.00 | Begin review of MOR procedure w/ CFO. |
| 6/18/2020 | Todd Bearup | Debtor Issues | 1.3 | $ 715.00 | Begin to gather data re: G&A analysis. |
| 6/18/2020 | Todd Bearup | Debtor Issues | 2.8 | $ 1,540.00 | Work w/ John re: 13-Week Cash flow analysis |
| 6/18/2020 | Todd Bearup | Debtor Issues | 2.7 | $ 1,485.00 | Discussion of status of wells and current issues and proposed workovers. |
| 6/18/2020 | Todd Bearup | Debtor Issues | 2.4 | $ 1,320.00 | Meetings w/ CFO and COO re: operations and G&A. |
| 6/19/2020 | Todd Bearup | Debtor Issues | 2.5 | $ 1,375.00 | Continue digging into and analyzing cash forecast line items. |
| 6/19/2020 | Todd Bearup | Debtor Issues | 0.5 | $ 275.00 | Correspondence w/ Dana, Anita, Kim, John re: various debtor issues. |
| 6/19/2020 | Todd Bearup | Debtor Issues | 1.3 | $ 715.00 | Meeting w/ COO, CFO re: coming up to speed on Daily Drilling Report, further discussion on JIB demand letters , Plains non-payment update, latest cash call poroposal. |
| 6/19/2020 | Todd Bearup | Debtor Issues | 0.6 | $ 330.00 | Call w/ Ben, Kim, CFO, COO re: JIB demand letters |
| 6/19/2020 | Todd Bearup | Debtor Issues | 1.5 | $ 825.00 | Anaylsis of each cash account and how cash flows through company. |
| 6/19/2020 | Todd Bearup | Debtor Issues | 2.5 | $ 1,375.00 | Review unpaid JIBs and estimate timing and approach in cash flow |

| DATE | NAME | BILLING CATEGORY | TOTAL HOURS | TOTAL COST | DESCRIPTION |
|---|---|---|---|---|---|
| 6/20/2020 | Todd Bearup | Debtor Issues | 3.1 | $ 1,705.00 | Work w/ John re: 13-Week Cash flow analysis |
| 6/20/2020 | Todd Bearup | Debtor Issues | 2.5 | $ 1,375.00 | Work on cash flow diagram and review w/ CFO. |
| 6/20/2020 | Todd Bearup | Debtor Issues | 0.2 | $ 110.00 | Call w/ Keri re: professional fees insight for Cash Forecast. |
| 6/20/2020 | Todd Bearup | Debtor Issues | 2.5 | $ 1,375.00 | Continuation of cash forecast line-by-line issues and updates |
| 6/20/2020 | Todd Bearup | Debtor Issues | 2.3 | $ 1,265.00 | Work on critical date list and review legal docs |
| 6/21/2020 | Todd Bearup | Debtor Issues | 2.8 | $ 1,540.00 | Work through cash flow issues w/ CFO and update based on dozens of emails from field personel. |
| 6/21/2020 | Todd Bearup | Debtor Issues | 1.8 | $ 990.00 | Create first draft of payroll analysis and distribute to CRO for comments. |
| 6/21/2020 | Todd Bearup | Debtor Issues | 2.9 | $ 1,595.00 | Continue working through issues on cash forecast. |
| 6/22/2020 | Todd Bearup | Debtor Issues | 1.5 | $ 825.00 | A/R data clean up and analysis (JIBs) and review w/ CFO. |
| 6/22/2020 | Todd Bearup | Debtor Issues | 1.8 | $ 990.00 | Look into unpaid severance tax issue, discussions/email chains, analysis |
| 6/22/2020 | Todd Bearup | Debtor Issues | 0.5 | $ 275.00 | Conference call w/ CRO and Avery - update, review travel plans and issues. |
| 6/22/2020 | Todd Bearup | Debtor Issues | 2.5 | $ 1,375.00 | Continue refining cash forecast. |
| 6/22/2020 | Todd Bearup | Debtor Issues | 0.5 | $ 275.00 | Review correspondence and brief update discussions w/ COO, CFO. |
| 6/22/2020 | Todd Bearup | Debtor Issues | 0.5 | $ 275.00 | Work w/ Cary to get hooked up into Wolfpack system in Boulder. |
| 6/22/2020 | Todd Bearup | Debtor Issues | 0.6 | $ 330.00 | Update discussion w/ CEO, CFO and Geoffrey re: Trust and K-1 related analysis. |
| 6/22/2020 | Todd Bearup | Debtor Issues | 0.9 | $ 495.00 | Operations call to discuss timing, expenses re: workovers , CapEx w/ operators, COO, CFO |
| 6/22/2020 | Todd Bearup | Debtor Issues | 1.7 | $ 935.00 | Reworking and consolidating cash forecast. |
| 6/22/2020 | Todd Bearup | Debtor Issues | 0.5 | $ 275.00 | Discussion w/ CEO, COO and CFO re: reserve reports: historic, latest and potential for new one. |
| 6/23/2020 | Todd Bearup | Debtor Issues | 2.2 | $ 1,210.00 | Walk through full cash forecast w/ CRO, COO and CFO. Discuss and modify. |
| 6/23/2020 | Todd Bearup | Debtor Issues | 2.8 | $ 1,540.00 | Continued modification and consolidation of cash forecast and discussion with CFO. |
| 6/23/2020 | Todd Bearup | Debtor Issues | 2.3 | $ 1,265.00 | Analysis of workovers and AFE and creation of tool that the field can use to update and follow-up |
| 6/23/2020 | Todd Bearup | Debtor Issues | 1.8 | $ 990.00 | Take part in MRO review with CRO and Avery. |
| 6/24/2020 | Todd Bearup | Debtor Issues | 2.3 | $ 1,265.00 | Meeting w/ CRO, COO, CFO and debtor's counsel to discuss various issues including, cash collateral order, reserve report, Howard's outside invesmtents, Plains pre-petition debt, LC/Surety bonds, pre-petition severance tax, Corwin well, etc. |
| 6/24/2020 | Todd Bearup | Debtor Issues | 1.7 | $ 935.00 | Discussions w/ COO re: Corwin helium well and potential offer to help complete and test w/ COO. |
| 6/24/2020 | Todd Bearup | Debtor Issues | 2.3 | $ 1,265.00 | Continue review of K-1/Outside Investment data and analysis |
| 6/24/2020 | Todd Bearup | Debtor Issues | 2.7 | $ 1,485.00 | Review cash collateral order for variance and language. Rreview. K-1 analysis. |
| 6/24/2020 | Todd Bearup | Debtor Issues | 1.5 | $ 825.00 | Review protective order, JIB vs. Rev beginning analysis, demand letters, LCs and surety bond issues. |
| 6/25/2020 | Todd Bearup | Debtor Issues | 2.8 | $ 1,540.00 | Begin creating deck for bank presentation along w/ particular slides including cash model, CapEx backup, agenda, etc. |
| 6/25/2020 | Todd Bearup | Debtor Issues | 0.9 | $ 495.00 | Review correspondence from company, debtor's counsel, CR3 team. |

| DATE | NAME | BILLING CATEGORY | TOTAL HOURS | TOTAL COST | DESCRIPTION |
|---|---|---|---|---|---|
| 6/25/2020 | Todd Bearup | Debtor Issues | 1.1 | $ 605.00 | Correspondence w/ CFO and discussion around what needs to happen tomorrow. A/P, Payroll, approval, cash flow, etc. |
| 6/25/2020 | Todd Bearup | Debtor Issues | 1.7 | $ 935.00 | Modify cash forecast based on new AFEs and owner%s. Update various line items in the model and discuss w/ team. |
| 6/25/2020 | Todd Bearup | Debtor Issues | 2.5 | $ 1,375.00 | Weekly A/P review w/ CFO, COO and modify cash forecast based on new information. |
| 6/25/2020 | Todd Bearup | Debtor Issues | 1.7 | $ 935.00 | Continue analysis of Sklarco JIB vs. Revenue for 2020 and 2019. Correspondence to continue to gather data. |
| 6/26/2020 | Todd Bearup | Debtor Issues | 1.2 | $ 660.00 | Attempt to refine issues related to Payroll reporting and approval process with Geoff. |
| 6/26/2020 | Todd Bearup | Debtor Issues | 2.8 | $ 1,540.00 | Begin work on bank presentation deck |
| 6/26/2020 | Todd Bearup | Debtor Issues | 0.5 | $ 275.00 | Correspondence w/ CRO, Bobbie re: A/P approval. |
| 6/26/2020 | Todd Bearup | Debtor Issues | 0.8 | $ 440.00 | Update discussions w/ COO, CFO, CEO. |
| 6/26/2020 | Todd Bearup | Debtor Issues | 0.5 | $ 275.00 | Strategy and update discussion w/ COO. |
| 6/26/2020 | Todd Bearup | Debtor Issues | 1.7 | $ 935.00 | Read/respond to 80+ debtor related emails. |
| 6/26/2020 | Todd Bearup | Debtor Issues | 2.1 | $ 1,155.00 | Series of discussions on final modifications on 13-Week forecast including CRO, CFO, debtor counsel, COO. |
| 6/27/2020 | Todd Bearup | Debtor Issues | 2.7 | $ 1,485.00 | Continue work on bank presentation. Correspondence w/ CFO, debtor counsel, CR3 team. |
| 6/27/2020 | Todd Bearup | Debtor Issues | 2.2 | $ 1,210.00 | Review correspondence including review of response to Alabama OGB letter. Continue to refine Bank deck. |
| 6/23/2020 | William Snyder | Debtor Issues | 0.5 | $ 397.50 | .5 catch up call with CRO |
| 6/25/2020 | William Snyder | Debtor Issues | 0.3 | $ 238.50 | .3 review data |
| 6/28/2020 | Todd Bearup | Debtor Issues | 1.5 | $ 825.00 | Discussion and modification of CapEx projects tool w/ CFO and Avery.. |
| 6/28/2020 | Todd Bearup | Debtor Issues | 2.8 | $ 1,540.00 | Walk through and finalize cash forecast with CFO. |
| 6/28/2020 | Todd Bearup | Debtor Issues | 0.5 | $ 275.00 | Correspondence w/ lender re: tomorrow's cash forecast doc, deck and prep for call. |
| 6/28/2020 | Todd Bearup | Debtor Issues | 1.4 | $ 770.00 | Last modifications to cash forecast. |
| 6/29/2020 | Todd Bearup | Debtor Issues | 0.5 | $ 275.00 | Correspondence from Sklarco team and CR3 team. |
| 6/29/2020 | Todd Bearup | Debtor Issues | 1.5 | $ 825.00 | Discussions around parallel paths of funding Corwin well asap. |
| 6/29/2020 | Todd Bearup | Debtor Issues | 2.4 | $ 1,320.00 | Continue review and modification of cash forecasting tool. |
| 6/29/2020 | Todd Bearup | Debtor Issues | 0.5 | $ 275.00 | Prep for bank call. |
| 6/29/2020 | Todd Bearup | Debtor Issues | 1.2 | $ 660.00 | EWB Call to walk through 13-Week Cash Forecast and current issues |
| 6/29/2020 | Todd Bearup | Debtor Issues | 2.7 | $ 1,485.00 | Walk through analysis of Helium well w/ Sklarco team in preparation to share w/ CR3 team to discuss in preperation for bank discussion. |
| 6/29/2020 | Todd Bearup | Debtor Issues | 0.5 | $ 275.00 | Review daily a/p potential spend reports from over the weekend and Monday. |
| 6/30/2020 | Todd Bearup | Debtor Issues | 0.6 | $ 330.00 | Discussion w/ potential parties interested in assets of the company or providing services for the debtor. |
| 6/30/2020 | Todd Bearup | Debtor Issues | 1.5 | $ 825.00 | Review/modify workover/AFE tool with Richard, CFO, COO. |
| 6/30/2020 | Todd Bearup | Debtor Issues | 1.7 | $ 935.00 | Modify cash forecast with latest updates and insurance quote. |
| 6/30/2020 | Todd Bearup | Debtor Issues | 0.9 | $ 495.00 | Begin review of Helium presentation w/ James for .5 then with Sklarco group for .4 |
| 6/30/2020 | Todd Bearup | Debtor Issues | 0.2 | $ 110.00 | Begin reviewing extension motions from debtor's counsel. |

11

| DATE | NAME | BILLING CATEGORY | TOTAL HOURS | TOTAL COST | DESCRIPTION |
|---|---|---|---|---|---|
| 6/30/2020 | Todd Bearup | Debtor Issues | 2.7 | $ 1,485.00 | Modify cash forecast to include budget-to-actual tool. |
| 6/30/2020 | Todd Bearup | Debtor Issues | 2.5 | $ 1,375.00 | Discussions with CFO and COO followed by modification of retainer documentation and DIP loan documentation in order to get docs executed and funded. |
| 7/1/2020 | Todd Bearup | Debtor Issues | 0.4 | $ 220.00 | Correspondence w/ debtor's counsel re: providing cash forecast to UCC. Provide cash forecast to UCC. |
| 7/1/2020 | Todd Bearup | Debtor Issues | 0.9 | $ 495.00 | Review correspondence and answer A/P request info. |
| 7/1/2020 | Todd Bearup | Debtor Issues | 1.5 | $ 825.00 | Work w/ CFO, Kim, Brandon re: reporting process for Sklarco Rev vs. JIBs historical analysis |
| 7/1/2020 | Todd Bearup | Debtor Issues | 2.2 | $ 1,210.00 | Review MOR compilation procedures. Discussion w/ John re: approach to original balance sheet. |
| 7/1/2020 | Todd Bearup | Debtor Issues | 0.7 | $ 385.00 | Review motions to extend exclusivity and assume or reject motion and provide feedback to debtor's counsel. |
| 7/1/2020 | Todd Bearup | Debtor Issues | 0.5 | $ 275.00 | Review daily A/P approval process and walk through wires that need to be initiiated. |
| 7/2/2020 | Todd Bearup | Debtor Issues | 1.5 | $ 825.00 | A/P call and follow-up discussion w/ CFO re: actuals. Follow-up call w/ Plains. |
| 7/2/2020 | Todd Bearup | Debtor Issues | 0.3 | $ 165.00 | Update call w/ James. |
| 7/2/2020 | Todd Bearup | Debtor Issues | 2.8 | $ 1,540.00 | Meeting w/ Anita, Avery, John to continue to walk through beginning balance MOR issues. |
| 7/2/2020 | Todd Bearup | Debtor Issues | 0.3 | $ 165.00 | Discussion w/ COO re: parallel paths re: Corwin well. |
| 7/2/2020 | Todd Bearup | Debtor Issues | 2.1 | $ 1,155.00 | Zoom call w/ Avery and CFO re: walk through MOR beginning balance. |
| 7/2/2020 | Todd Bearup | Debtor Issues | 2.7 | $ 1,485.00 | Continue work on reviewing/modifying opening balance sheet for MOR. |
| 7/2/2020 | Todd Bearup | Debtor Issues | 0.6 | $ 330.00 | Review correspondence and prep for A/P call. |
| 7/3/2020 | Todd Bearup | Debtor Issues | 2.9 | $ 1,595.00 | Continue to dig into MOR balance sheet issues and restate. |
| 7/3/2020 | Todd Bearup | Debtor Issues | 2.5 | $ 1,375.00 | Continue working through trust, transportationco and other issues in opening MOR balancesheet. |
| 7/3/2020 | Todd Bearup | Debtor Issues | 0.3 | $ 165.00 | Call w/ Keri re: potential trust issues and assignment language. |
| 7/3/2020 | Todd Bearup | Debtor Issues | 1.3 | $ 715.00 | Review and correspond w/ CR3 team re: banking cash tool and review. Daily operations spreadsheet. Cash forecast share. |
| 7/2/2020 | William Snyder | Debtor Issues | 0.5 | $ 397.50 | NON-BILLABLE .5 reviewed data and spoke to CRO |
| 6/12/2020 | William Snyder (Disco | Discount | (1.0) | $ (795.00) | kickoff call with management |
| 6/25/2020 | William Snyder (Disco | Discount | (0.8) | $ (636.00) | |
| 7/2/2020 | William Snyder (Disco | Discount | (0.5) | $ (397.50) | |
| 6/16/2020 | Todd Bearup | Fee Applications | 0.3 | $ 165.00 | Call w/ EWB counsel for update. |
| 6/16/2020 | Todd Bearup | Fee Applications | 2.8 | $ 1,540.00 | Begin work on fee application formatting in word and excel in preperation for future filing. |
| 6/17/2020 | Todd Bearup | Fee Applications | 1.3 | $ 715.00 | Begin creating calendar of upcoming important dates to meet retention schedule and meetings w/ WI holders, etc. |
| 6/19/2020 | Todd Bearup | Fee Applications | 0.5 | $ 275.00 | Review hours for the week. Modify classifications. Timeslips input. |
| 6/18/2020 | James Katchadurian | Operating Reports | 0.5 | $ 362.50 | Meeting w J Strausser \ T Bearup re MOR's (0.5); |
| 6/23/2020 | Avery Alcorn | Operating Reports | 1.1 | $ 577.50 | Meeting with John Strausser, JK, TB Walk-Through of Trial Balance for all entites, including various trusts (as DREs) for consolidation purposes; simultaneously review transactions which may be carved out if documentation supports |

| DATE | NAME | BILLING CATEGORY | TOTAL HOURS | TOTAL COST | DESCRIPTION |
|---|---|---|---|---|---|
| 6/25/2020 | Avery Alcorn | Operating Reports | 0.6 | $ 315.00 | Meeting with John Strausser, Marshall Jones, JK, TB, Howard Sklar RE various trust documentation versus SklarCo property / assets |
| 7/1/2020 | Avery Alcorn | Operating Reports | 0.4 | $ 210.00 | Review proposed accounting procedures on MOR adjustments for various entries, some related to Trust entities; redline document and provide questions / comments to John Strausser, Anita Belousy |
| 7/2/2020 | Avery Alcorn | Operating Reports | 0.5 | $ 262.50 | Call with John Strausser, Anita ___, TB RE K-1 Investment worksheet, individual K-1s for documentation and underlying documents; start workstream for contact with General Partners who manage investments (Geoff) |
| 7/2/2020 | Avery Alcorn | Operating Reports | 0.2 | $ 105.00 | Call with John Strausser, Anita ___, TB RE Cash call liabilities / offsets for Howard Trust |
| 7/2/2020 | Avery Alcorn | Operating Reports | 0.5 | $ 262.50 | Call with John Strausser, Anita ___, TB RE Mariam Trust not payings its bills; large A/R Balance |
| 7/2/2020 | Avery Alcorn | Operating Reports | 0.2 | $ 105.00 | Call with John Strausser, TB to discuss opening balance sheet for MORs and process related thereto |
| 7/2/2020 | Avery Alcorn | Operating Reports | 0.7 | $ 367.50 | Call with John Strausser, TB to review questions on procedure for MOR, discussion of various intercompany and trust related assets to be reclassed as Debtor assets |
| 7/2/2020 | Avery Alcorn | Operating Reports | 0.2 | $ 105.00 | Call with John Strausser, TB to review Flex Jet details; reconciliation of A/R to/from Howard and STP |
| 7/2/2020 | Avery Alcorn | Operating Reports | 0.5 | $ 262.50 | Call with John Strausser, Anita _____, TB RE discussion on unpaid Flex Jet by Howard Sklar and what impact that has on the opening balance |
| 7/2/2020 | Avery Alcorn | Operating Reports | 0.5 | $ 262.50 | Call with John Strausser, Anita ___, TB RE Arcmail, Maevlo and other investments which may belong to Debtor(s) |
| 7/2/2020 | Avery Alcorn | Operating Reports | 0.4 | $ 210.00 | Call with John Strausser, Anita ___, TB RE Land Investments which are booked at Cost; several are Record Title of SklarCo and SklarEx; side call with land department to research and provide additional documentation |
| 7/2/2020 | Avery Alcorn | Operating Reports | 0.3 | $ 157.50 | Call with John Strausser, Anita _____, TB RE Flex Jet Travel and Inclusion in opening balance sheet |
| 7/2/2020 | Avery Alcorn | Operating Reports | 0.8 | $ 420.00 | Call with John Strausser, Anita ___, TB, JK RE Miriam Trust, K-1 Investments; overview and discussion of documentation of process |
| 7/3/2020 | Avery Alcorn | Operating Reports | 0.4 | $ 210.00 | Call with John Strausser RE land investments and workstream; John requested additional information from land department RE same |
| 7/3/2020 | Avery Alcorn | Operating Reports | 0.3 | $ 157.50 | Call with John Strausser to review proposed changes to opening balance sheet |
| 7/3/2020 | Avery Alcorn | Operating Reports | 0.8 | $ 420.00 | Call with JK, TB, John Strausser RE conclusion for Sklar Transport; contractual counterparty; create summary of adjustments needed, circulate same to group |
| 7/3/2020 | Avery Alcorn | Operating Reports | 0.7 | $ 367.50 | Call with JK, TB, John Strausser RE Adjusting entries on Sklar Transport |
| 7/3/2020 | Avery Alcorn | Operating Reports | 0.5 | $ 262.50 | Call with JK, TB, John Strausser RE adjustments to books and records in order to start with correct opening balance sheet |

| DATE | NAME | BILLING CATEGORY | TOTAL HOURS | TOTAL COST | DESCRIPTION |
|---|---|---|---|---|---|
| 7/3/2020 | Avery Alcorn | Operating Reports | 0.5 | $ 262.50 | Call with John Strausser, TB RE Sklar Transport entry reclass to isolate non-Debtor A/P on separate books and records |
| 7/3/2020 | Avery Alcorn | Operating Reports | 0.5 | $ 262.50 | Call with John Strausser, TB RE Intercompany A/P Review for Sklar Transport; Review amounts outstanding invoices and amounts paid by |
| 6/16/2020 | James Katchadurian | Travel Time | 4.0 | $ 1,450.00 | travel time |
| 6/18/2020 | James Katchadurian | Travel Time | 4.0 | $ 1,450.00 | Travel to NYC (4.0); |
| 6/23/2020 | Avery Alcorn | Travel Time | 0.5 | $ 131.25 | Car travel from house to airport for 7AM flight from HOU-DEN (SWA Flight 1310) (17 miles) |
| 6/23/2020 | Avery Alcorn | Travel Time | 0.7 | $ 183.75 | airport wait time |
| 6/23/2020 | Avery Alcorn | Travel Time | 0.2 | $ 52.50 | SWA HOU-DEN |
| 6/23/2020 | Avery Alcorn | Travel Time | 0.9 | $ 236.25 | SWA HOU-DEN |
| 6/23/2020 | Avery Alcorn | Travel Time | 2.3 | $ 603.75 | SWA HOU-DEN |
| 6/25/2020 | Avery Alcorn | Travel Time | 0.5 | $ 131.25 | Car Travel DEN-HOU (17 Miles) |
| 6/25/2020 | Avery Alcorn | Travel Time | 0.2 | $ 52.50 | Car Travel to Airport DEN-HOU |
| 6/25/2020 | Avery Alcorn | Travel Time | 0.2 | $ 52.50 | SWA DEN-HOU |
| 6/25/2020 | Avery Alcorn | Travel Time | 0.7 | $ 183.75 | SWA DEN-HOU |
| 6/25/2020 | Avery Alcorn | Travel Time | 1.1 | $ 288.75 | SWA DEN-HOU |
| 6/25/2020 | Avery Alcorn | Travel Time | 1.2 | $ 315.00 | Car Travel to Airport + Airport TimeDEN-HOU |
| 6/23/2020 | James Katchadurian | Travel Time | 4.0 | $ 1,450.00 | Travel to Denver (4.0) |
| 6/25/2020 | James Katchadurian | Travel Time | 8.0 | $ 2,900.00 | Travel - Boulder to Home (8.0) - delays and missed connection |
| **GRAND TOTAL** | | | **335.2** | **$ 186,771.25** | |

| DATE | NAME | BILLING CATEGORY | TOTAL HOURS | TOTAL COST | DESCRIPTION |
|---|---|---|---|---|---|
| **Expenses** | | | | | |
| 6/23/2020 | Avery Alcorn | Expenses - Airfare | | $ 821.96 | Round Trip SWA Flight |
| 6/25/2020 | Avery Alcorn | Expenses - Fuel | | $ 8.75 | Fuel refill prior to car dropoff |
| 6/25/2020 | Avery Alcorn | Expenses - Hotel | | $ 220.70 | Hyatt Place Boulder; two nights |
| 6/25/2020 | Avery Alcorn | Expenses - Meal | | $ 2.93 | Drink from QuickMart in Boulder |
| 6/25/2020 | Avery Alcorn | Expenses - Meal | | $ 2.49 | Water Bottle at airport |
| 6/15/2020 | Todd Bearup | Expenses - Mileage | | $ 18.79 | Travel to/from client |
| 6/16/2020 | Todd Bearup | Expenses - Mileage | | $ 18.79 | Travel to/from client |
| 6/17/2020 | Todd Bearup | Expenses - Mileage | | $ 18.79 | Travel to/from client |
| 6/18/2020 | Todd Bearup | Expenses - Mileage | | $ 18.79 | Travel to/from client |
| 6/19/2020 | Todd Bearup | Expenses - Mileage | | $ 18.79 | Travel to/from client |
| 6/20/2020 | Todd Bearup | Expenses - Mileage | | $ 18.79 | Travel to/from client |
| 6/19/2020 | Avery Alcorn | Expenses - Mileage | | $ 19.60 | Round Trip to Hobby Airport |
| 6/21/2020 | Todd Bearup | Expenses - Mileage | | $ 18.79 | Travel to/from client |
| 6/22/2020 | Todd Bearup | Expenses - Mileage | | $ 18.79 | Travel to/from client |
| 6/23/2020 | Todd Bearup | Expenses - Mileage | | $ 18.79 | Travel to/from client |
| 6/24/2020 | Todd Bearup | Expenses - Mileage | | $ 18.79 | Travel to/from client |
| 6/25/2020 | Todd Bearup | Expenses - Mileage | | $ 18.79 | Travel to/from client |
| 6/26/2020 | Todd Bearup | Expenses - Mileage | | $ 18.79 | Travel to/from client |
| 6/27/2020 | Todd Bearup | Expenses - Mileage | | $ 18.79 | Travel to/from client |
| 6/28/2020 | Todd Bearup | Expenses - Mileage | | $ 18.79 | Travel to/from client |
| 6/29/2020 | Todd Bearup | Expenses - Mileage | | $ 18.79 | Travel to/from client |
| 6/30/2020 | Todd Bearup | Expenses - Mileage | | $ 18.79 | Travel to/from client |
| 7/1/2020 | Todd Bearup | Expenses - Mileage | | $ 18.79 | Travel to/from client |
| 7/2/2020 | Todd Bearup | Expenses - Mileage | | $ 18.79 | Travel to/from client |
| 7/3/2020 | Todd Bearup | Expenses - Mileage | | $ 18.79 | Travel to/from client |
| 5/25/2020 | Avery Alcorn | Expenses - Pacer | | $ 5.90 | Pacer pass-thru charges for Docket Activity, Images |
| 6/1/2020 | Avery Alcorn | Expenses - Pacer | | $ 2.30 | Pacer Pass-Through Charges |
| 6/7/2020 | Avery Alcorn | Expenses - Pacer | | $ 1.80 | Pacer pass-through charges on Sklar Exploration |
| 6/23/2020 | Avery Alcorn | Expenses - Pacer | | $ 2.40 | Sklar Exploration Pacer charges |
| 6/25/2020 | Avery Alcorn | Expenses - Parking | | $ 30.00 | Hobby airport overnight parking |
| 6/25/2020 | Avery Alcorn | Expenses - Rental | | $ 192.84 | Alamo car rental; return receipt |
| **Admin Fee** | | | | $ 1,867.71 | |
| **GRAND TOTAL** | | | - | $ 3,536.39 | |

1