IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COLORADO

| | |
|---|---|
| In Re: ) | |
| ) | |
| **SKLAR EXPLORATION COMPANY, LLC** ) | Case No. 20-12377-EEB |
| **and SKLARCO, LLC** ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| **SKLARCO, LLC** ) | Case No. 20-12380-EEB |
| ) | |
| ) | Chapter 11 |
| ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please be advised that Thomas H. Shipps and Shay L. Denning of Maynes, Bradford, Shipps & Sheftel, LLP, and Barnet B. Skelton, Jr., hereby withdraw as attorneys of record for creditors Tara Rudman Revocable Trust, Feather River 75, LLC, and Rudman Family Trust; and John Childers of Childers, Hewett, Myers & Slagle, PLLC, is hereby substituted as attorney of record for those parties.

Thomas H. Shipps and Shay L. Denning of Maynes, Bradford, Shipps & Sheftel, LLP, and Barnet B. Skelton, Jr., will continue as counsel of record for: Tauber Exploration & Production Company, CTM 2005, Ltd., Pickens Financial Group, LLC, I & L Miss I, LP, MER Energy, Ltd, MR Oil & Gas, LLC, and The Rudman Partnership.

Pursuant to L.B.R. 9010-4(b), the Clerk is authorized to terminate the involvement of the withdrawing attorneys with respect to Tara Rudman Revocable Trust, Feather River 75, LLC, and Rudman Family Trust.

| | |
|---|---|
| Date: September 1, 2020 | By: */s/ Thomas H. Shipps*<br>Signature of Withdrawing Attorney<br>Thomas H. Shipps, Colo. Bar #10040<br>Maynes, Bradford, Shipps & Sheftel, LLP<br>835 East Second Avenue, Suite 123<br>Durango, Colorado 81301<br>tshipps@mbssllp.com |
| Date: September 1, 2020 | By: */s/ Shay L. Denning*<br>Signature of Withdrawing Attorney<br>Shay L. Denning, Colo. Bar #36736<br>Maynes, Bradford, Shipps & Sheftel, LLP<br>835 East Second Avenue, Suite 123<br>Durango, Colorado 81301<br>sdenning@mbssllp.com |
| Date: September 1, 2020 | By: */s/ Barnet B. Skelton, Jr.*<br>Signature of Withdrawing Attorney<br>Barnet B. Skelton, Jr., Texas Bar #18456400<br>815 Walker, Suite 1502<br>Houston, TX 77002<br>barnetbjr@msn.com |
| Date: September 1, 2020 | By: */s/ John Childers*<br>Signature of Entering Attorney<br>John Childers, Texas Bar # 24049418<br>Childers, Hewett, Myers & Slagle, PLLC<br>8150 N. Central Expressway, 10th Floor<br>Dallas, Texas 75206<br>jchilders@chmslaw.com |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on September 1, 2020, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

/s/ *Kate Potemkin*
Kate Potemkin