**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | | |
|---|---|---|
| In re: | ) | Case No. 20-12377-EEB |
| Sklar Exploration Company L.L.C., | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Case No. 20-12380-EEB |
| Sklarco, LLC, | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | **Jointly Administered Under** |
| | ) | **Case No. 20-12377-EEB** |

**ENTRY OF APPERANCE AS ATTORNEY OF RECORD**
**FOR CREDITOR LIQUID GOLD WELL SERVICE, INC.**
**AND REQUEST FOR NOTICES**

COMES NOW Chris Crowley from the law firm of Feldmann Nagel Cantafio PLLC and hereby enters his appearance as the Attorney of Record for the creditor, Liquid Gold Well Service, Inc., and further requests copies of any and all notices on behalf of the creditor, Liquid Gold Well Services, Inc.

Dated: September 3, 2020

Respectfully Submitted,

**FELDMANN NAGEL CANTAFIO PLLC**

_____
Chris Crowley (CO#44222)
1875 Lawrence St., Ste. 730
Denver, Colorado 80202
Office: (303) 813-1200
Direct: (303) 615-2724
Cellular: (303) 525-8877
Facsimile: (303) 813-1201
Email: ccrowley@fncmlaw.com
**ATTORNEY OF RECORD FOR CREDITOR**
**LIQUID GOLD WELL SERVICE, INC.**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | | |
|---|---|---|
| In re: | ) | Case No. 20-12377-EEB |
| Sklar Exploration Company L.L.C., | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Case No. 20-12380-EEB |
| Sklarco, LLC, | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | **Jointly Administered Under** |
| | ) | **Case No. 20-12377-EEB** |

**CERTIFICATE OF SERVICE OF ENTRY OF APPERANCE AS ATTORNEY OF RECORD**
**FOR CREDITOR LIQUID GOLD WELL SERVICE, INC.**
**AND REQUEST FOR NOTICES**

The undersigned certifies that on this 3rd day of September, 2020, I served the above and foregoing Entry of Appearance as Attorney of Record for Creditor Liquid Gold Well Service, Inc. and Request for Notices as follows:

Lee M. Kutner, Esq.
KUTNER BRINEN, P.C.
1660 Lincoln Street, Suite 1850
Denver, Colorado 80264
(*via ECF case filing system only*)

Office of The United States Trustee
Byron G. Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(*via ECF case filing system only*)

Respectfully Submitted,

**FELDMANN NAGEL CANTAFIO PLLC**

_____
Chris Crowley (CO#44222)
**ATTORNEY OF RECORD FOR CREDITOR**
**LIQUID GOLD WELL SERVICE, INC.**
