

**BENJAMIN Y. FORD**
*Direct Dial*: 251.405.1310
*Email*: byf@ajlaw.com

RSA Tower, 27th Floor
11 North Water Street
Mobile, Alabama 36602

*Mailing Address:*
Post Office Box 290
Mobile, Alabama 36601

*Phone:* 251.405.1300
*Fax:* 251.432.6843

August 21, 2020

McCombs Energy Ltd., LLC
755 East Mulberry Ave., Suite 600
San Antonio, TX 78212

Re: **Unpaid Joint Account Obligations for Operations Conducted by Sklar Exploration Company L.L.C.**

Dear Sir or Madam:

We represent Sklar Exploration Company L.L.C. ("SEC"), which operates one or more wells, units, and/or prospects in which McCombs Energy Ltd., LLC ("McCombs") owns a working interest. Pursuant to applicable operating agreements, state law, and bankruptcy orders and law, McCombs is obligated to pay its proportionate share of expenses incurred by SEC for the benefit of the joint account.

McCombs is currently indebted to SEC in the amount **$276,419.52** for unpaid joint interest billings ("JIBs"), and is therefore, in default of its payment obligations under the applicable operating agreements. Summary statements listing McComb's unpaid invoices are attached hereto. Said amount is subject to additional interest if it remains unpaid.

SEC demands that McCombs pay its outstanding indebtedness to SEC within seven (7) days of the date of this letter. If McCombs fails to do so, SEC will exercise its remedies provided by the operating agreements and will seek relief from the United States Bankruptcy Court for the District of Colorado to authorize SEC to offset or recoup McComb's unpaid JIBs against its future revenue. Further delinquencies will result in immediate action against your interest without additional notice.

Sincerely,

ARMBRECHT JACKSON LLP

By: _____
Benjamin Y. Ford

BYF/chs
Enclosure
Doc. 1201537

```
08/18/2020  04:54 pm                          Sklar Exploration Co., L.L.C.                                       Page   1
Company-Acct:00SEC-0301                      Aged Trial Balance as of 08/18/2020
```

| Inv Date | Invoice# | Invoice Description | Inv Amount | Current | 30 days | 60 days | 90 days |
|---|---|---|---:|---:|---:|---:|---:|
| MCCE01 | McCombs Energy Ltd., LLC | (210)447-6210 | | | | | |
| | 755 East Mulberry Ave, Suite 600 | | | | | | |
| | San Antonio, TX  78212 | | | | | | |
| 04/30/2020 | 1AGN01/930 | Albert S. Agnor etal #1 | 2.27- | | | | 2.27- |
| 04/30/2020 | 1BAT02/930 | Sandra Bateman 21-9 #1 | 2,085.29 | | | | 2,085.29 |
| 04/30/2020 | 1BKE01/930 | B&K Exploration LLC #1 | 355.58 | | | | 355.58 |
| 04/30/2020 | 1BRO04/930 | Southeast Brooklyn Oil Unit | 11,509.39 | | | | 10,847.34 |
| | 04/30/2020 | Prepayment Application-Multi | 662.05- | | | | |
| 04/30/2020 | 1BRO05/930 | Southwest Brooklyn Oil Unit | 34,147.15 | | | | 34,147.15 |
| 04/30/2020 | 1BRY03/930 | John D Bryant etal #1 | 760.14 | | | | 760.14 |
| 04/30/2020 | 1CAS02/930 | East Castor Prospect | 1,656.29 | | | | 1,656.29 |
| 04/30/2020 | 1CED38/930 | CCL&T 24-1 #1 | 1,610.91- | | | | 1,610.91- |
| 04/30/2020 | 1CED68/930 | CCL&T 13-11 #1 | 4,765.99 | | | | 4,765.99 |
| 04/30/2020 | 1CED75/930 | CCL&T 2-15 #1 | 1,101.97 | | | | 1,101.97 |
| 04/30/2020 | 1CIN01/930 | Cindy Lou Cloyd #1; U HOSS SUK | 83.15 | | | | 83.15 |
| 04/30/2020 | 1COL03/930 | Jeanette S Cole 21-11 #1 | 3,279.47 | | | | 3,279.47 |
| 04/30/2020 | 1DIC01/930 | Bickham Dickson #1 | 1,792.66 | | | | 1,792.66 |
| 04/30/2020 | 1ESC02/930 | Escambia Prospect Pipeline | 12,256.53- | | | | 12,256.53- |
| 04/30/2020 | 1FAV01/930 | John T. Favell etal #1 | 439.69 | | | | 439.69 |
| 04/30/2020 | 1FEL02/930 | Feld Heirs #2 SWD | 67.52 | | | | 67.52 |
| 04/30/2020 | 1FEL03/930 | Feld Heirs #3 | 1,658.20 | | | | 1,658.20 |
| 04/30/2020 | 1FIN02/930 | Fin Deep Prospect | 236.23 | | | | 236.23 |
| 04/30/2020 | 1FIS01/930 | Fishpond Oil Unit | 5,317.40 | | | | 5,317.40 |
| 04/30/2020 | 1KEY02/930 | Albert Key etal #1 | 554.29 | | | | 554.29 |
| 04/30/2020 | 1KIN04/930 | South Kings Dome Pipeline/Plt | 38.62 | | | | 38.62 |
| 04/30/2020 | 1LAY01/930 | Kimberly Lay 33 #1 | 628.12 | | | | 628.12 |
| 04/30/2020 | 1MER01/930 | JC Merritt #1; L HOSS RA SUC | 178.59 | | | | 178.59 |
| 04/30/2020 | 1PRI02/930 | Pride SWD #1 | 93.00 | | | | 93.00 |
| 04/30/2020 | 1RED01/930 | Red River Prospect | 312.50 | | | | 312.50 |
| 04/30/2020 | 1RUS03/930 | Rushing etal #2 | 504.71 | | | | 504.71 |
| 04/30/2020 | 1SHA01/930 | CS Shaffer 34 #1 | 139.04 | | | | 139.04 |
| 04/30/2020 | 1SPR01/930 | Spring Lake Prospect | 1,915.89- | | | | 1,915.89- |
| 04/30/2020 | 1TOY01/930 | Susan A Toye etal #1 | 2.27- | | | | 2.27- |
| 04/30/2020 | 2FIN02/930 | Findley 2-5 #1 | 83.46 | | | | 83.46 |
| 04/30/2020 | 2PAT09/930 | Pate 3-9 #1 (Fletcher Pet) | 345.52 | | | | 345.52 |
| 05/31/2020 | 1BAT02/933 | Sandra Bateman 21-9 #1 | 1,307.93 | | | 1,307.93 | |
| 05/31/2020 | 1BKE01/933 | B&K Exploration LLC #1 | 139.12 | | | 139.12 | |
| 05/31/2020 | 1BRO04/933 | Southeast Brooklyn Oil Unit | 8,253.32 | | | 8,253.32 | |
| 05/31/2020 | 1BRO05/933 | Southwest Brooklyn Oil Unit | 32,344.44 | | | 32,344.44 | |
| 05/31/2020 | 1BRY03/933 | John D Bryant etal #1 | 591.36 | | | 591.36 | |
| 05/31/2020 | 1CAS02/933 | East Castor Prospect | 1,727.08 | | | 1,727.08 | |
| 05/31/2020 | 1CED38/933 | CCL&T 24-1 #1 | 197.65 | | | 197.65 | |
| 05/31/2020 | 1CED68/933 | CCL&T 13-11 #1 | 2,900.52 | | | 2,900.52 | |
| 05/31/2020 | 1CED75/933 | CCL&T 2-15 #1 | 1,424.34 | | | 1,424.34 | |
| 05/31/2020 | 1CIN01/933 | Cindy Lou Cloyd #1; U HOSS SUK | 10.99 | | | 10.99 | |
| 05/31/2020 | 1COL03/933 | Jeanette S Cole 21-11 #1 | 1,395.83 | | | 1,395.83 | |
| 05/31/2020 | 1DIC01/933 | Bickham Dickson #1 | 1,648.78 | | | 1,648.78 | |
| 05/31/2020 | 1ESC02/933 | Escambia Prospect Pipeline | 15,532.27- | | | 15,532.27- | |
| 05/31/2020 | 1FAV01/933 | John T. Favell etal #1 | 97.45 | | | 97.45 | |
| 05/31/2020 | 1FEL02/933 | Feld Heirs #2 SWD | 1.46 | | | 1.46 | |
| 05/31/2020 | 1FEL03/933 | Feld Heirs #3 | 798.03 | | | 798.03 | |
| 05/31/2020 | 1FIN02/933 | Fin Deep Prospect | 274.68 | | | 274.68 | |
| 05/31/2020 | 1FIS01/933 | Fishpond Oil Unit | 3,441.22 | | | 3,441.22 | |
| 05/31/2020 | 1KEY02/933 | Albert Key etal #1 | 3,012.00 | | | 3,012.00 | |
| 05/31/2020 | 1KIN04/933 | South Kings Dome Pipeline/Plt | 1.69 | | | 1.69 | |
| 05/31/2020 | 1LAY01/933 | Kimberly Lay 33 #1 | 450.34 | | | 450.34 | |
| 05/31/2020 | 1MER01/933 | JC Merritt #1; L HOSS RA SUC | 45.06 | | | 45.06 | |

08/18/2020  04:54 pm  
Company-Acct:00SEC-0301

Sklar Exploration Co., L.L.C.  
Aged Trial Balance as of 08/18/2020

Page  2

| Inv Date | Invoice# | Invoice Description | Inv Amount | Current | 30 days | 60 days | 90 days |
|---|---|---|---|---|---|---|---|
| 05/31/2020 | 1PRI02/933 | Pride SWD #1 | 93.00 | | | 93.00 | |
| 05/31/2020 | 1RUS03/933 | Rushing etal #2 | 424.59 | | | 424.59 | |
| 05/31/2020 | 1SHA01/933 | CS Shaffer 34 #1 | 20.47 | | | 20.47 | |
| 05/31/2020 | 2FIN02/933 | Findley 2-5 #1 | 98.68 | | | 98.68 | |
| 05/31/2020 | 2PAT09/933 | Pate 3-9 #1 (Fletcher Pet) | 342.37 | | | 342.37 | |
| 06/30/2020 | 1BAT02/940 | Sandra Bateman 21-9 #1 | 1,535.71 | | 1,535.71 | | |
| 06/30/2020 | 1BKE01/940 | B&K Exploration LLC #1 | 248.93 | | 248.93 | | |
| 06/30/2020 | 1BRO04/940 | Southeast Brooklyn Oil Unit | 7,333.32 | | 7,333.32 | | |
| 06/30/2020 | 1BRO05/940 | Southwest Brooklyn Oil Unit | 35,096.39 | | 35,096.39 | | |
| 06/30/2020 | 1BRY03/940 | John D Bryant etal #1 | 648.19 | | 648.19 | | |
| 06/30/2020 | 1CAS02/940 | East Castor Prospect | 1,643.27 | | 1,643.27 | | |
| 06/30/2020 | 1CED38/940 | CCL&T 24-1 #1 | 168.95 | | 168.95 | | |
| 06/30/2020 | 1CED68/940 | CCL&T 13-11 #1 | 4,165.40 | | 4,165.40 | | |
| 06/30/2020 | 1CED75/940 | CCL&T 2-15 #1 | 2,526.87 | | 2,526.87 | | |
| 06/30/2020 | 1CIN01/940 | Cindy Lou Cloyd #1; U HOSS SUK | 9.22 | | 9.22 | | |
| 06/30/2020 | 1COL03/940 | Jeanette S Cole 21-11 #1 | 934.08 | | 934.08 | | |
| 06/30/2020 | 1DIC01/940 | Bickham Dickson #1 | 1,689.63 | | 1,689.63 | | |
| 06/30/2020 | 1ESC02/940 | Escambia Prospect Pipeline | 14,812.37- | | 14,812.37- | | |
| 06/30/2020 | 1FAV01/940 | John T. Favell etal #1 | 677.21 | | 677.21 | | |
| 06/30/2020 | 1FEL03/940 | Feld Heirs #3 | 212.36 | | 212.36 | | |
| 06/30/2020 | 1FIN02/940 | Fin Deep Prospect | 257.60 | | 257.60 | | |
| 06/30/2020 | 1FIS01/940 | Fishpond Oil Unit | 3,283.33 | | 3,283.33 | | |
| 06/30/2020 | 1KEY02/940 | Albert Key etal #1 | 931.35 | | 931.35 | | |
| 06/30/2020 | 1LAY01/940 | Kimberly Lay 33 #1 | 440.21 | | 440.21 | | |
| 06/30/2020 | 1MER01/940 | JC Merritt #1; L HOSS RA SUC | 42.03 | | 42.03 | | |
| 06/30/2020 | 1RUS03/940 | Rushing etal #2 | 197.73 | | 197.73 | | |
| 06/30/2020 | 1SHA01/940 | CS Shaffer 34 #1 | 14.90 | | 14.90 | | |
| 07/24/2020 | CC1BRO04 | Cash Call- CCL&T 4-1 #1 WI (R13E) | 3,905.87 | 3,905.87 | | | |
| 07/31/2020 | 1ABB01/942 | Abbyville Plant | 428.79 | 428.79 | | | |
| 07/31/2020 | 1BAT02/942 | Sandra Bateman 21-9 #1 | 1,503.96 | 1,503.96 | | | |
| 07/31/2020 | 1BKE01/942 | B&K Exploration LLC #1 | 165.41 | 165.41 | | | |
| 07/31/2020 | 1BRO04/942 | Southeast Brooklyn Oil Unit | 11,690.04 | 9,156.09 | | | |
| | 07/31/2020 | Prepayment Application-309-W8 | 2,533.95- | | | | |
| 07/31/2020 | 1BRO05/942 | Southwest Brooklyn Oil Unit | 32,857.17 | 32,857.17 | | | |
| 07/31/2020 | 1BRY03/942 | John D Bryant etal #1 | 564.11 | 564.11 | | | |
| 07/31/2020 | 1CAS02/942 | East Castor Prospect | 1,651.66 | 1,651.66 | | | |
| 07/31/2020 | 1CED38/942 | CCL&T 24-1 #1 | 90.64 | 90.64 | | | |
| 07/31/2020 | 1CED68/942 | CCL&T 13-11 #1 | 5,097.57 | 5,097.57 | | | |
| 07/31/2020 | 1CED75/942 | CCL&T 2-15 #1 | 2,116.04 | 2,116.04 | | | |
| 07/31/2020 | 1CIN01/942 | Cindy Lou Cloyd #1; U HOSS SUK | 9.22 | 9.22 | | | |
| 07/31/2020 | 1COL03/942 | Jeanette S Cole 21-11 #1 | 1,353.32 | 1,353.32 | | | |
| 07/31/2020 | 1DIC01/942 | Bickham Dickson #1 | 1,651.50 | 1,651.50 | | | |
| 07/31/2020 | 1ESC02/942 | Escambia Prospect Pipeline | 14,395.25- | 14,395.25- | | | |
| 07/31/2020 | 1FAV01/942 | John T. Favell etal #1 | 745.74 | 745.74 | | | |
| 07/31/2020 | 1FEL03/942 | Feld Heirs #3 | 1,459.64 | 1,459.64 | | | |
| 07/31/2020 | 1FIN02/942 | Fin Deep Prospect | 264.24 | 264.24 | | | |
| 07/31/2020 | 1FIS01/942 | Fishpond Oil Unit | 3,270.05 | 3,270.05 | | | |
| 07/31/2020 | 1KEY02/942 | Albert Key etal #1 | 683.11 | 683.11 | | | |
| 07/31/2020 | 1LAY01/942 | Kimberly Lay 33 #1 | 440.21 | 440.21 | | | |
| 07/31/2020 | 1MER01/942 | JC Merritt #1; L HOSS RA SUC | 42.03 | 42.03 | | | |
| 07/31/2020 | 1PRI02/942 | Pride SWD #1 | 186.00 | 186.00 | | | |
| 07/31/2020 | 1RUS03/942 | Rushing etal #2 | 802.34 | 802.34 | | | |
| 07/31/2020 | 1SHA01/942 | CS Shaffer 34 #1 | 14.90 | 14.90 | | | |
| 07/31/2020 | 2FIN02/942 | Findley 2-5 #1 | 164.27 | 164.27 | | | |
| 07/31/2020 | 2PAT09/942 | Pate 3-9 #1 (Fletcher Pet) | 376.44 | 376.44 | | | |
| **TOTAL: McCombs E** | | | **203,043.56** | **54,605.07** | **47,244.31** | **45,510.13** | **55,684.05** |

| 08/18/2020 04:54 pm | | | Sklar Exploration Co., L.L.C. | | | | Page 3 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Company-Acct:00SEC-0301 | | | Aged Trial Balance as of 08/18/2020 | | | | |
| Inv Date | Invoice# | Invoice Description | Inv Amount | Current | 30 days | 60 days | 90 days |
| 1 | Total | | 203,043.56 | 54,605.07 | 47,244.31 | 45,510.13 | 55,684.05 |
| | % | | | 26.9 % | 23.3 % | 22.4 % | 27.4 % |
| | # of Invoices | | 99 | 26 | 21 | 26 | 26 |

| 08/18/2020 04:54 pm | | Sklar Exploration Co., L.L.C. | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Company-Acct:00SEC-0301 | | Aged Trial Balance as of 08/18/2020 | | | | | |
| Inv Date | Invoice# | Invoice Description | Inv Amount | Current | 30 days | 60 days | 90 days |
| MCCE07 | | McCombs Energy Ltd., LLC | | | | | |
| | | 750 E. Mulberry Ave. Ste 403 | | | | | |
| | | San Antonio, TX 78212 | | | | | |
| 04/30/2020 | 1BEA01/930 | North Beach Prospect | 7.77 | | | | 7.77 |
| 04/30/2020 | 1BEA02/930 | N Beach Prospect Pipeline/Plt | 20.00 | | | | 20.00 |
| 04/30/2020 | 1CRA17/930 | Craft-Mack 17-4 #1 | 220.55 | | | | 220.55 |
| 04/30/2020 | 1HAM02/930 | Craft-Hamiter 20-11 #1 | 243.64 | | | | 243.64 |
| 04/30/2020 | 1LIT02/930 | Little Cedar Creek Oil Unit #2 | 3,903.35 | | | | 3,903.35 |
| 04/30/2020 | 1LIT03/930 | Little Cedar Creek Oil Unit IV | 2,227.09 | | | | 2,227.09 |
| 04/30/2020 | 2HAM01/930 | Hamiter 17-16 | 233.65 | | | | 233.65 |
| 04/30/2020 | 2LIT01/930 | Little Cedar Creek Unit(Pruet) | 333.90 | | | | 333.90 |
| 05/31/2020 | 1BEA01/933 | North Beach Prospect | 7.75 | | | 7.75 | |
| 05/31/2020 | 1BEA02/933 | N Beach Prospect Pipeline/Plt | 8.11 | | | 8.11 | |
| 05/31/2020 | 1CRA17/933 | Craft-Mack 17-4 #1 | 193.79 | | | 193.79 | |
| 05/31/2020 | 1HAM02/933 | Craft-Hamiter 20-11 #1 | 181.56 | | | 181.56 | |
| 05/31/2020 | 1LIT02/933 | Little Cedar Creek Oil Unit #2 | 2,947.88 | | | 2,947.88 | |
| 05/31/2020 | 1LIT03/933 | Little Cedar Creek Oil Unit IV | 1,055.60 | | | 1,055.60 | |
| 05/31/2020 | 2HAM01/933 | Hamiter 17-16 | 145.73 | | | 145.73 | |
| 05/31/2020 | 2LIT01/933 | Little Cedar Creek Unit(Pruet) | 183.58 | | | 183.58 | |
| 06/30/2020 | 1BEA01/940 | North Beach Prospect | 7.75 | | 7.75 | | |
| 06/30/2020 | 1BEA02/940 | N Beach Prospect Pipeline/Plt | 8.11 | | 8.11 | | |
| 06/30/2020 | 1CRA17/940 | Craft-Mack 17-4 #1 | 198.70 | | 198.70 | | |
| 06/30/2020 | 1HAM02/940 | Craft-Hamiter 20-11 #1 | 177.50 | | 177.50 | | |
| 06/30/2020 | 1LIT02/940 | Little Cedar Creek Oil Unit #2 | 1,988.57 | | 1,988.57 | | |
| 06/30/2020 | 1LIT03/940 | Little Cedar Creek Oil Unit IV | 950.99 | | 950.99 | | |
| 06/30/2020 | 2HAM01/940 | Hamiter 17-16 | 187.90 | | 187.90 | | |
| 06/30/2020 | 2LIT01/940 | Little Cedar Creek Unit(Pruet) | 174.22 | | 174.22 | | |
| 07/31/2020 | 1BEA01/942 | North Beach Prospect | 7.75 | 7.75 | | | |
| 07/31/2020 | 1BEA02/942 | N Beach Prospect Pipeline/Plt | 8.11 | 8.11 | | | |
| 07/31/2020 | 1CRA17/942 | Craft-Mack 17-4 #1 | 396.59 | 396.59 | | | |
| 07/31/2020 | 1HAM02/942 | Craft-Hamiter 20-11 #1 | 182.74 | 182.74 | | | |
| 07/31/2020 | 1LIT02/942 | Little Cedar Creek Oil Unit #2 | 3,481.34 | 3,481.34 | | | |
| 07/31/2020 | 1LIT03/942 | Little Cedar Creek Oil Unit IV | 2,248.21 | 2,248.21 | | | |
| 07/31/2020 | 2HAM01/942 | Hamiter 17-16 | 210.37 | 210.37 | | | |
| 07/31/2020 | 2LIT01/942 | Little Cedar Creek Unit(Pruet) | 246.83 | 246.83 | | | |
| **TOTAL: McCombs Energy Ltd., LLC** | | | **22,389.63** | **6,781.94** | **3,693.74** | **4,724.00** | **7,189.95** |
| 1 | | Total | 22,389.63 | 6,781.94 | 3,693.74 | 4,724.00 | 7,189.95 |
| | | % | | 30.3 % | 16.5 % | 21.1 % | 32.1 % |
| | | # of Invoices | 32 | 8 | 8 | 8 | 8 |

| 08/18/2020 04:54 pm | | Sklar Exploration Co., L.L.C. | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Company-Acct:00SEC-0301 | | Aged Trial Balance as of 08/18/2020 | | | | | |
| Inv Date | Invoice# | Invoice Description | Inv Amount | Current | 30 days | 60 days | 90 days |
| MCCE08 | McCombs Energy Ltd., LLC | | | | | | |
| | 750 E. Mulberry Ave. Ste 403 | | | | | | |
| | San Antonio, TX  78212 | | | | | | |
| 04/30/2020 | 1ECH01/930 | Echo Papa 10-10 #1 | 218.89 | | | | 218.89 |
| 04/30/2020 | 1PER02/930 | Perry Ranch 30-7 #1 | 114.32 | | | | 114.32 |
| 05/31/2020 | 1ECH01/933 | Echo Papa 10-10 #1 | 195.98 | | | 195.98 | |
| 05/31/2020 | 1PER02/933 | Perry Ranch 30-7 #1 | 0.17 | | | 0.17 | |
| 06/30/2020 | 1ECH01/940 | Echo Papa 10-10 #1 | 314.78 | | 314.78 | | |
| 06/30/2020 | 1PER02/940 | Perry Ranch 30-7 #1 | 51.28 | | 51.28 | | |
| 07/31/2020 | 1CAR04/942 | Mt. Carmel Prospect | 565.19 | 565.19 | | | |
| 07/31/2020 | 1ECH01/942 | Echo Papa 10-10 #1 | 274.91 | 274.91 | | | |
| 07/31/2020 | 1PER02/942 | Perry Ranch 30-7 #1 | 0.14 | 0.14 | | | |
| **TOTAL: McCombs E** | | | **1,735.66** | **840.24** | **366.06** | **196.15** | **333.21** |
| 1 | Total | | **1,735.66** | **840.24** | **366.06** | **196.15** | **333.21** |
| | % | | | 48.4 % | 21.1 % | 11.3 % | 19.2 % |
| | # of Invoices | | 9 | 3 | 2 | 2 | 2 |

08/18/2020 04:54 pm  Sklar Exploration Co., L.L.C.  Page 1
Company-Acct:00SEC-0301  Aged Trial Balance as of 08/18/2020

| Inv Date | Invoice# | Invoice Description | Inv Amount | Current | 30 days | 60 days | 90 days |
|---|---|---|---|---|---|---|---|
| MCCE09 | McCombs Exploration, LLC | (210)447-6212 | | | | | |
| | 750 East Mulberry Suite 403 | | | | | | |
| | San Antonio, TX 78212 | | | | | | |
| 04/30/2020 | 1BAT03/930 | Bates 2-2 #1 | 3,430.39 | | | | 3,430.39 |
| 04/30/2020 | 1PIT01/930 | Pitnic Limited 16-3 #1 | 4,439.44 | | | | 4,439.44 |
| 04/30/2020 | 1POL02/930 | Polk Estate etal 13-5 #1 | 9,050.30 | | | | 9,050.30 |
| 05/31/2020 | 1BAT03/933 | Bates 2-2 #1 | 4,622.49 | | | 4,622.49 | |
| 05/31/2020 | 1PIT01/933 | Pitnic Limited 16-3 #1 | 377.39 | | | 377.39 | |
| 05/31/2020 | 1POL02/933 | Polk Estate etal 13-5 #1 | 6,838.73 | | | 6,838.73 | |
| 06/30/2020 | 1BAT03/940 | Bates 2-2 #1 | 4,084.00 | | 4,084.00 | | |
| 06/30/2020 | 1PIT01/940 | Pitnic Limited 16-3 #1 | 10.47 | | 10.47 | | |
| 06/30/2020 | 1POL02/940 | Polk Estate etal 13-5 #1 | 5,420.04 | | 5,420.04 | | |
| 07/31/2020 | 1BAT03/942 | Bates 2-2 #1 | 5,605.98 | 5,605.98 | | | |
| 07/31/2020 | 1PIT01/942 | Pitnic Limited 16-3 #1 | 17.17 | 17.17 | | | |
| 07/31/2020 | 1POL02/942 | Polk Estate etal 13-5 #1 | 5,354.27 | 5,354.27 | | | |
| **TOTAL: McCombs Exploration, LLC** | | | **49,250.67** | **10,977.42** | **9,514.51** | **11,838.61** | **16,920.13** |
| 1 | | Total | 49,250.67 | 10,977.42 | 9,514.51 | 11,838.61 | 16,920.13 |
| | | % | | 22.3 % | 19.3 % | 24.0 % | 34.4 % |
| | | # of Invoices | 12 | 3 | 3 | 3 | 3 |



**BENJAMIN Y. FORD**
*Direct Dial*: 251.405.1310
*Email*: byf@ajlaw.com

RSA Tower, 27th Floor
11 North Water Street
Mobile, Alabama 36602

*Mailing Address:*
Post Office Box 290
Mobile, Alabama 36601

*Phone:* 251.405.1300
*Fax:* 251.432.6843

August 21, 2020

Kudzu Oil Properties, LLC
300 Concourse Blvd, Suite 101
Ridgeland, MS 39157

Re: **Unpaid Joint Account Obligations for Operations Conducted by Sklar Exploration Company L.L.C.**

Dear Sir or Madam:

I previously wrote to you on behalf of Sklar Exploration Company L.L.C. ("SEC") regarding Kudzu Oil Properties, LLC's ("Kudzu") unpaid joint interest billing ("JIB") obligations for SEC-operated wells, units and/or prospects. To date, none of the outstanding amounts have been paid. Accordingly, Kudzu remains in default of its payment obligations under the applicable operating agreement(s) and is now indebted to SEC in the amount of **$108,999.98** for unpaid JIBs. A summary statement listing Kudzu's unpaid invoices is attached hereto. Said amount is subject to additional interest if it remains unpaid.

The continued delinquency of your account impedes SEC's ability to adequately operate its properties and is not fair to the many working interest owners who timely meet their JIB obligations. Additionally, the JIBs owed to SEC are assets of SEC's bankruptcy estate, and SEC has an obligation to pursue collection of such amounts for the benefit of its estate and its creditors. Therefore, SEC once more demands that Kudzu pay its outstanding indebtedness to SEC within seven (7) days of the date of this letter. If Kudzu fails to do so, SEC will exercise its remedies provided by the operating agreement(s) and set forth in my previous letter, and will seek relief from the United States Bankruptcy Court for the District of Colorado to authorize SEC to offset or recoup Kudzu's unpaid JIBs against its future revenue. Further delinquencies will result in immediate action against your interest without additional notice.

Sincerely,

ARMBRECHT JACKSON LLP

By: /s/ Benjamin Y. Ford
Benjamin Y. Ford

BYF/chs
Enclosure
**Doc. 1200691**

```
08/18/2020  04:54 pm                      Sklar Exploration Co., L.L.C.                                    Page   1
Company-Acct:00SEC-0301                   Aged Trial Balance as of 08/18/2020
```

| Inv Date | Invoice# | Invoice Description | Inv Amount | Current | 30 days | 60 days | 90 days |
|---|---|---|---:|---:|---:|---:|---:|
| KUDO01 | | Kudzu Oil Properties, LLC | (601)987-6576 | | | | |
| | | 300 Concourse Blvd, Suite 101 | | | | | |
| | | Ridgeland, MS  39157 | | | | | |
| 03/31/2020 | 1BAT02/924 | Sandra Bateman 21-9 #1 | 226.30 | | | | 226.30 |
| 03/31/2020 | 1BAT03/924 | Bates 2-2 #1 | 9,241.35 | | | | 9,241.35 |
| 03/31/2020 | 1BEA01/924 | North Beach Prospect | 4.10 | | | | 4.10 |
| 03/31/2020 | 1BEA02/924 | N Beach Prospect Pipeline/Plt | 7.29 | | | | 7.29 |
| 03/31/2020 | 1BKE01/924 | B&K Exploration LLC #1 | 176.17 | | | | 176.17 |
| 03/31/2020 | 1BOW01/924 | Bowdoin Dome Prospect | 21.74 | | | | 21.74 |
| 03/31/2020 | 1CAR04/924 | Mt. Carmel Prospect | 178.77 | | | | 178.77 |
| 03/31/2020 | 1CAS01/924 | Castleberry Prospect | 20.45 | | | | 20.45 |
| 03/31/2020 | 1CED69/924 | CCL&T 18-13#1 | 615.41 | | | | 615.41 |
| 03/31/2020 | 1COL03/924 | Jeanette S Cole 21-11 #1 | 294.71 | | | | 294.71 |
| 03/31/2020 | 1CRA17/924 | Craft-Mack 17-4 #1 | 155.11 | | | | 155.11 |
| 03/31/2020 | 1DIC01/924 | Bickham Dickson #1 | 450.44 | | | | 450.44 |
| 03/31/2020 | 1EDW01/924 | Edwards Family Trust 26-6 #1 | 1,243.02 | | | | 146.99 |
| | 03/31/2020 | Prepayment Application-289-W | 1,096.03- | | | | |
| 03/31/2020 | 1FAV01/924 | John T. Favell etal #1 | 60.91 | | | | 60.91 |
| 03/31/2020 | 1FLE02/924 | Fleming etal 30-15 #1 | 5,572.40 | | | | 5,572.40 |
| 03/31/2020 | 1HAM02/924 | Craft-Hamiter 20-11 #1 | 568.21 | | | | 568.21 |
| 03/31/2020 | 1KEY02/924 | Albert Key etal #1 | 68.23 | | | | 68.23 |
| 03/31/2020 | 1LIT02/924 | Little Cedar Creek Oil Unit #2 | 5,765.79 | | | | 5,765.79 |
| 03/31/2020 | 1LIT03/924 | Little Cedar Creek Oil Unit IV | 1,205.62 | | | | 1,205.62 |
| 03/31/2020 | 1MCL01/924 | McLeod etal 30-11 #1 | 2,586.50 | | | | 2,586.50 |
| 03/31/2020 | 1PAC01/924 | North Pachuta Prospect | 1,228.50 | | | | 1,228.50 |
| 03/31/2020 | 1PER02/924 | Perry Ranch 30-7 #1 | 144.23 | | | | 144.23 |
| 03/31/2020 | 1PIT01/924 | Pitnic Limited 16-3 #1 | 6,629.91 | | | | 6,629.91 |
| 03/31/2020 | 1POL02/924 | Polk Estate etal 13-5 #1 | 3,115.13 | | | | 3,115.13 |
| 03/31/2020 | 1PRI02/924 | Pride SWD #1 | 24.00 | | | | 24.00 |
| 03/31/2020 | 1RED01/924 | Red River Prospect | 156.04 | | | | 156.04 |
| 03/31/2020 | 1SPR01/924 | Spring Lake Prospect | 18.71 | | | | 18.71 |
| 03/31/2020 | 2HAM01/924 | Hamiter 17-16 | 59.51 | | | | 59.51 |
| 03/31/2020 | 2LIT01/924 | Little Cedar Creek Unit(Pruet) | 75.64 | | | | 75.64 |
| 04/30/2020 | 1AGN01/930 | Albert S. Agnor etal #1 | 0.27- | | | | 0.27- |
| 04/30/2020 | 1BAT02/930 | Sandra Bateman 21-9 #1 | 175.60 | | | | 175.60 |
| 04/30/2020 | 1BAT03/930 | Bates 2-2 #1 | 1,203.27 | | | | 1,203.27 |
| 04/30/2020 | 1BEA01/930 | North Beach Prospect | 4.15 | | | | 4.15 |
| 04/30/2020 | 1BEA02/930 | N Beach Prospect Pipeline/Plt | 8.64 | | | | 8.64 |
| 04/30/2020 | 1BKE01/930 | B&K Exploration LLC #1 | 99.56 | | | | 99.56 |
| 04/30/2020 | 1BOW01/930 | Bowdoin Dome Prospect | 52.50 | | | | 52.50 |
| 04/30/2020 | 1CED69/930 | CCL&T 18-13#1 | 328.27 | | | | 328.27 |
| 04/30/2020 | 1COL03/930 | Jeanette S Cole 21-11 #1 | 309.26 | | | | 309.26 |
| 04/30/2020 | 1CRA17/930 | Craft-Mack 17-4 #1 | 88.22 | | | | 88.22 |
| 04/30/2020 | 1DIC01/930 | Bickham Dickson #1 | 501.94 | | | | 501.94 |
| 04/30/2020 | 1EDW01/930 | Edwards Family Trust 26-6 #1 | 45.42 | | | | 45.42 |
| 04/30/2020 | 1ELL01/930 | Myrtice Ellis etal 35-9 #1 | 141.40 | | | | 77.26 |
| | 04/30/2020 | Prepayment Application-317 | 64.14- | | | | |
| 04/30/2020 | 1FAV01/930 | John T. Favell etal #1 | 52.76 | | | | 52.76 |
| 04/30/2020 | 1FEL02/930 | Feld Heirs #2 SWD | 17.42 | | | | 17.42 |
| 04/30/2020 | 1FLE02/930 | Fleming etal 30-15 #1 | 991.71 | | | | 991.71 |
| 04/30/2020 | 1HAM02/930 | Craft-Hamiter 20-11 #1 | 129.94 | | | | 129.94 |
| 04/30/2020 | 1KEY02/930 | Albert Key etal #1 | 66.52 | | | | 66.52 |
| 04/30/2020 | 1KIN04/930 | South Kings Dome Pipeline/Plt | 9.97 | | | | 9.97 |
| 04/30/2020 | 1LIT02/930 | Little Cedar Creek Oil Unit #2 | 1,585.15 | | | | 1,585.15 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08/18/2020  04:54 pm | | | Sklar Exploration Co., L.L.C. | | | | Page   2 |
| Company-Acct:00SEC-0301 | | | Aged Trial Balance as of 08/18/2020 | | | | |
| Inv Date | Invoice# | Invoice Description | Inv Amount | Current | 30 days | 60 days | 90 days |
| 04/30/2020 | 1LIT03/930 | Little Cedar Creek Oil Unit IV | 917.50 | | | | 917.50 |
| 04/30/2020 | 1MCL01/930 | McLeod etal 30-11 #1 | 2,430.28 | | | | 2,330.43 |
| | 04/30/2020 | Prepayment Application-300-W | 99.85- | | | | |
| 04/30/2020 | 1PER02/930 | Perry Ranch 30-7 #1 | 24.69 | | | | 24.69 |
| 04/30/2020 | 1PIT01/930 | Pitnic Limited 16-3 #1 | 1,095.15 | | | | 1,095.15 |
| 04/30/2020 | 1POL02/930 | Polk Estate etal 13-5 #1 | 2,398.72 | | | | 2,398.72 |
| 04/30/2020 | 1PRI02/930 | Pride SWD #1 | 24.00 | | | | 24.00 |
| 04/30/2020 | 1RED01/930 | Red River Prospect | 87.50 | | | | 87.50 |
| 04/30/2020 | 1SPR01/930 | Spring Lake Prospect | 113.36 | | | | 113.36 |
| 04/30/2020 | 1TOY01/930 | Susan A Toye etal #1 | 0.27- | | | | 0.27- |
| 04/30/2020 | 2HAM01/930 | Hamiter 17-16 | 93.46 | | | | 93.46 |
| 04/30/2020 | 2LIT01/930 | Little Cedar Creek Unit(Pruet) | 110.69 | | | | 110.69 |
| 05/31/2020 | 1BAT02/933 | Sandra Bateman 21-9 #1 | 110.14 | | | 110.14 | |
| 05/31/2020 | 1BAT03/933 | Bates 2-2 #1 | 1,621.43 | | | 1,621.43 | |
| 05/31/2020 | 1BEA01/933 | North Beach Prospect | 4.14 | | | 4.14 | |
| 05/31/2020 | 1BEA02/933 | N Beach Prospect Pipeline/Plt | 3.50 | | | 3.50 | |
| 05/31/2020 | 1BKE01/933 | B&K Exploration LLC #1 | 38.95 | | | 38.95 | |
| 05/31/2020 | 1CED69/933 | CCL&T 18-13#1 | 292.02 | | | 292.02 | |
| 05/31/2020 | 1COL03/933 | Jeanette S Cole 21-11 #1 | 131.63 | | | 131.63 | |
| 05/31/2020 | 1CRA17/933 | Craft-Mack 17-4 #1 | 77.52 | | | 77.52 | |
| 05/31/2020 | 1DIC01/933 | Bickham Dickson #1 | 461.66 | | | 461.66 | |
| 05/31/2020 | 1EDW01/933 | Edwards Family Trust 26-6 #1 | 56.79 | | | 56.79 | |
| 05/31/2020 | 1FAV01/933 | John T. Favell etal #1 | 11.69 | | | 11.69 | |
| 05/31/2020 | 1FEL02/933 | Feld Heirs #2 SWD | 0.38 | | | 0.38 | |
| 05/31/2020 | 1FLE02/933 | Fleming etal 30-15 #1 | 3,627.51 | | | 3,627.51 | |
| 05/31/2020 | 1HAM02/933 | Craft-Hamiter 20-11 #1 | 96.83 | | | 96.83 | |
| 05/31/2020 | 1HOW02/933 | Howard etal 12-15 #1 | 8,273.88 | | | 844.35 | |
| | 05/31/2020 | Prepayment Application-316 | 7,429.53- | | | | |
| 05/31/2020 | 1KEY02/933 | Albert Key etal #1 | 361.44 | | | 361.44 | |
| 05/31/2020 | 1KIN04/933 | South Kings Dome Pipeline/Plt | 0.44 | | | 0.44 | |
| 05/31/2020 | 1LIT02/933 | Little Cedar Creek Oil Unit #2 | 1,197.14 | | | 1,197.14 | |
| 05/31/2020 | 1LIT03/933 | Little Cedar Creek Oil Unit IV | 434.88 | | | 434.88 | |
| 05/31/2020 | 1MCL01/933 | McLeod etal 30-11 #1 | 1,491.24 | | | 1,491.24 | |
| 05/31/2020 | 1PER02/933 | Perry Ranch 30-7 #1 | 0.04 | | | 0.04 | |
| 05/31/2020 | 1PIT01/933 | Pitnic Limited 16-3 #1 | 93.10 | | | 93.10 | |
| 05/31/2020 | 1POL02/933 | Polk Estate etal 13-5 #1 | 1,812.56 | | | 1,812.56 | |
| 05/31/2020 | 1PRI02/933 | Pride SWD #1 | 24.00 | | | 24.00 | |
| 05/31/2020 | 2HAM01/933 | Hamiter 17-16 | 58.29 | | | 58.29 | |
| 05/31/2020 | 2LIT01/933 | Little Cedar Creek Unit(Pruet) | 60.86 | | | 60.86 | |
| 06/30/2020 | 1BAT02/940 | Sandra Bateman 21-9 #1 | 129.32 | | 129.32 | | |
| 06/30/2020 | 1BAT03/940 | Bates 2-2 #1 | 1,432.54 | | 1,432.54 | | |
| 06/30/2020 | 1BEA01/940 | North Beach Prospect | 4.14 | | 4.14 | | |
| 06/30/2020 | 1BEA02/940 | N Beach Prospect Pipeline/Plt | 3.50 | | 3.50 | | |
| 06/30/2020 | 1BKE01/940 | B&K Exploration LLC #1 | 69.70 | | 69.70 | | |
| 06/30/2020 | 1CED69/940 | CCL&T 18-13#1 | 260.18 | | 260.18 | | |
| 06/30/2020 | 1COL03/940 | Jeanette S Cole 21-11 #1 | 88.09 | | 88.09 | | |
| 06/30/2020 | 1CRA17/940 | Craft-Mack 17-4 #1 | 79.48 | | 79.48 | | |
| 06/30/2020 | 1DIC01/940 | Bickham Dickson #1 | 473.10 | | 473.10 | | |
| 06/30/2020 | 1EDW01/940 | Edwards Family Trust 26-6 #1 | 11.88 | | 11.88 | | |
| 06/30/2020 | 1FAV01/940 | John T. Favell etal #1 | 81.26 | | 81.26 | | |
| 06/30/2020 | 1FLE02/940 | Fleming etal 30-15 #1 | 945.54 | | 945.54 | | |
| 06/30/2020 | 1HAM02/940 | Craft-Hamiter 20-11 #1 | 94.66 | | 94.66 | | |
| 06/30/2020 | 1KEY02/940 | Albert Key etal #1 | 111.76 | | 111.76 | | |

| 08/18/2020 04:54 pm | | Sklar Exploration Co., L.L.C. | | | | | Page 3 |
|---|---|---|---|---|---|---|---|
| Company-Acct:00SEC-0301 | | Aged Trial Balance as of 08/18/2020 | | | | | |
| Inv Date | Invoice# | Invoice Description | Inv Amount | Current | 30 days | 60 days | 90 days |
| 06/30/2020 | 1LIT02/940 | Little Cedar Creek Oil Unit #2 | 807.56 | | 807.56 | | |
| 06/30/2020 | 1LIT03/940 | Little Cedar Creek Oil Unit IV | 391.79 | | 391.79 | | |
| 06/30/2020 | 1MCL01/940 | McLeod etal 30-11 #1 | 2,887.48 | | 2,887.48 | | |
| 06/30/2020 | 1PER02/940 | Perry Ranch 30-7 #1 | 11.08 | | 11.08 | | |
| 06/30/2020 | 1PIT01/940 | Pitnic Limited 16-3 #1 | 2.58 | | 2.58 | | |
| 06/30/2020 | 1POL02/940 | Polk Estate etal 13-5 #1 | 1,436.55 | | 1,436.55 | | |
| 06/30/2020 | 2HAM01/940 | Hamiter 17-16 | 75.16 | | 75.16 | | |
| 06/30/2020 | 2LIT01/940 | Little Cedar Creek Unit(Pruet) | 57.76 | | 57.76 | | |
| 07/24/2020 | CC1MCL01 | Cash Call - McLeod etal 30-11 #1 WO | 19,992.00 | 19,992.00 | | | |
| 07/31/2020 | 1ALA02/942 | Alabama Mineral Acquisition | 17.43 | 17.43 | | | |
| 07/31/2020 | 1BAT02/942 | Sandra Bateman 21-9 #1 | 126.65 | 126.65 | | | |
| 07/31/2020 | 1BAT03/942 | Bates 2-2 #1 | 1,966.40 | 1,966.40 | | | |
| 07/31/2020 | 1BEA01/942 | North Beach Prospect | 4.14 | 4.14 | | | |
| 07/31/2020 | 1BEA02/942 | N Beach Prospect Pipeline/Plt | 3.50 | 3.50 | | | |
| 07/31/2020 | 1BKE01/942 | B&K Exploration LLC #1 | 46.31 | 46.31 | | | |
| 07/31/2020 | 1CAR04/942 | Mt. Carmel Prospect | 135.65 | 135.65 | | | |
| 07/31/2020 | 1CED69/942 | CCL&T 18-13#1 | 233.90 | 233.90 | | | |
| 07/31/2020 | 1COL03/942 | Jeanette S Cole 21-11 #1 | 127.62 | 127.62 | | | |
| 07/31/2020 | 1CRA17/942 | Craft-Mack 17-4 #1 | 158.64 | 158.64 | | | |
| 07/31/2020 | 1DIC01/942 | Bickham Dickson #1 | 462.42 | 462.42 | | | |
| 07/31/2020 | 1EDW01/942 | Edwards Family Trust 26-6 #1 | 33.00 | 33.00 | | | |
| 07/31/2020 | 1ELL01/942 | Myrtice Ellis etal 35-9 #1 | 4.04 | 4.04 | | | |
| 07/31/2020 | 1FAV01/942 | John T. Favell etal #1 | 89.49 | 89.49 | | | |
| 07/31/2020 | 1FLE02/942 | Fleming etal 30-15 #1 | 1,633.83 | 1,633.83 | | | |
| 07/31/2020 | 1HAM02/942 | Craft-Hamiter 20-11 #1 | 97.46 | 97.46 | | | |
| 07/31/2020 | 1HAR03/942 | South Harmony Prospect | 3.36 | 3.36 | | | |
| 07/31/2020 | 1KEY02/942 | Albert Key etal #1 | 81.97 | 81.97 | | | |
| 07/31/2020 | 1LIT02/942 | Little Cedar Creek Oil Unit #2 | 1,413.78 | 1,413.78 | | | |
| 07/31/2020 | 1LIT03/942 | Little Cedar Creek Oil Unit IV | 926.20 | 926.20 | | | |
| 07/31/2020 | 1MCL01/942 | McLeod etal 30-11 #1 | 20,426.57 | 5,673.87 | | | |
| | 07/31/2020 | Prepayment Application-300-W2 | 14,752.70- | | | | |
| 07/31/2020 | 1PAC01/942 | North Pachuta Prospect | 2.64 | 2.64 | | | |
| 07/31/2020 | 1PER02/942 | Perry Ranch 30-7 #1 | 0.03 | 0.03 | | | |
| 07/31/2020 | 1PIT01/942 | Pitnic Limited 16-3 #1 | 4.24 | 4.24 | | | |
| 07/31/2020 | 1POL02/942 | Polk Estate etal 13-5 #1 | 1,419.11 | 1,419.11 | | | |
| 07/31/2020 | 1PRI02/942 | Pride SWD #1 | 48.00 | 48.00 | | | |
| 07/31/2020 | 2HAM01/942 | Hamiter 17-16 | 84.15 | 84.15 | | | |
| 07/31/2020 | 2LIT01/942 | Little Cedar Creek Unit(Pruet) | 81.83 | 81.83 | | | |
| **TOTAL: Kudzu Oil P 1** | | | **108,999.98** | **34,871.66** | **9,455.11** | **12,912.53** | **51,760.68** |
| | Total | | 108,999.98 | 34,871.66 | 9,455.11 | 12,912.53 | 51,760.68 |
| | % | | | 32.0 % | 8.7 % | 11.8 % | 47.5 % |
| | # of Invoices | | 135 | 29 | 22 | 26 | 58 |

# ARMBRECHT JACKSON LLP
## LAWYERS

RSA Tower, 27th Floor
11 North Water Street
Mobile, Alabama 36602

*Mailing Address:*
Post Office Box 290
Mobile, Alabama 36601

**BENJAMIN Y. FORD**
*Direct Dial*: 251.405.1310
*Email*: byf@ajlaw.com

*Phone:* 251.405.1300
*Fax:* 251.432.6843

August 21, 2020

Lucas Petroleum Group, Inc.
327 Congress Avenue, Suite 500
Austin, TX 78701-3656

Re: **Unpaid Joint Account Obligations for Operations Conducted by Sklar Exploration Company L.L.C.**

Dear Sir or Madam:

I previously wrote to you on behalf of Sklar Exploration Company L.L.C. ("SEC") regarding Lucas Petroleum Group, Inc.'s ("Lucas") unpaid joint interest billing ("JIB") obligations for SEC-operated wells, units and/or prospects. In response, you paid a portion of the outstanding balance. While SEC appreciates your partial payment, your account is still delinquent. Accordingly, Lucas remains in default of its payment obligations under the applicable operating agreement(s) and is currently indebted to SEC in the amount of **$55,462.13** for unpaid JIBs. A summary statement listing Lucas's unpaid invoices is attached hereto. Said amount is subject to additional interest if it remains unpaid.

The continued delinquency of your account impedes SEC's ability to adequately operate its properties and is not fair to the many working interest owners who timely meet their JIB obligations. Additionally, the JIBs owed to SEC are assets of SEC's bankruptcy estate, and SEC has an obligation to pursue collection of such amounts for the benefit of its estate and its creditors. Therefore, SEC once more demands that Lucas pay its outstanding indebtedness to SEC within seven (7) days of the date of this letter. If Lucas fails to do so, SEC will exercise its remedies provided by the operating agreement(s) and set forth in my previous letter, and will seek relief from the United States Bankruptcy Court for the District of Colorado to authorize SEC to offset or recoup Lucas's unpaid JIBs against its future revenue. Further delinquencies will result in immediate action against your interest without additional notice.

Sincerely,

ARMBRECHT JACKSON LLP

By: _____
Benjamin Y. Ford

BYF/chs
Enclosure
Doc. 1201473

| 08/18/2020  04:54 pm | | Sklar Exploration Co., L.L.C. | | | | | Page   1 |
|---|---|---|---|---|---|---|---|
| Company-Acct:00SEC-0301 | | Aged Trial Balance as of 08/18/2020 | | | | | |
| Inv Date | Invoice# | Invoice Description | Inv Amount | Current | 30 days | 60 days | 90 days |
| LUCP01 | Lucas Petroleum Group, Inc. | | (512)236-8211 | | | | |
| | 327 Congress Avenue, Suite 500 | | | | | | |
| | Austin, TX  78701-3656 | | | | | | |
| 04/30/2020 | 1BAT02/930 | Sandra Bateman 21-9 #1 | 351.21 | | | | 351.21 |
| 04/30/2020 | 1BAT03/930 | Bates 2-2 #1 | 1,372.15 | | | | 1,372.15 |
| 04/30/2020 | 1BEA01/930 | North Beach Prospect | 13.68 | | | | 13.68 |
| 04/30/2020 | 1BEA02/930 | N Beach Prospect Pipeline/Plt | 28.50 | | | | 28.50 |
| 04/30/2020 | 1BOW01/930 | Bowdoin Dome Prospect | 23.63 | | | | 23.63 |
| 04/30/2020 | 1COL03/930 | Jeanette S Cole 21-11 #1 | 552.33 | | | | 552.33 |
| 04/30/2020 | 1CRA17/930 | Craft-Mack 17-4 #1 | 291.13 | | | | 291.13 |
| 04/30/2020 | 1ECH01/930 | Echo Papa 10-10 #1 | 128.36 | | | | 128.36 |
| 04/30/2020 | 1EVA01/930 | Evans 11-4 #1 | 114.64 | | | | 114.64 |
| 04/30/2020 | 1HAM02/930 | Craft-Hamiter 20-11 #1 | 428.81 | | | | 428.81 |
| 04/30/2020 | 1LIT02/930 | Little Cedar Creek Oil Unit #2 | 5,230.61 | | | | 5,230.61 |
| 04/30/2020 | 1LIT03/930 | Little Cedar Creek Oil Unit IV | 3,027.77 | | | | 3,027.77 |
| 04/30/2020 | 1PIT01/930 | Pitnic Limited 16-3 #1 | 1,825.26 | | | | 1,825.26 |
| 04/30/2020 | 1POL02/930 | Polk Estate etal 13-5 #1 | 3,620.12 | | | | 3,620.12 |
| 04/30/2020 | 1RUS03/930 | Rushing etal #2 | 295.97 | | | | 295.97 |
| 04/30/2020 | 1SPR01/930 | Spring Lake Prospect | 45.35 | | | | 45.35 |
| 04/30/2020 | 2HAM01/930 | Hamiter 17-16 | 308.42 | | | | 308.42 |
| 04/30/2020 | 2LIT01/930 | Little Cedar Creek Unit(Pruet) | 365.28 | | | | 365.28 |
| 05/31/2020 | 1BAT02/933 | Sandra Bateman 21-9 #1 | 220.28 | | | 220.28 | |
| 05/31/2020 | 1BAT03/933 | Bates 2-2 #1 | 1,849.00 | | | 1,849.00 | |
| 05/31/2020 | 1BEA01/933 | North Beach Prospect | 13.65 | | | 13.65 | |
| 05/31/2020 | 1BEA02/933 | N Beach Prospect Pipeline/Plt | 11.55 | | | 11.55 | |
| 05/31/2020 | 1COL03/933 | Jeanette S Cole 21-11 #1 | 235.09 | | | 235.09 | |
| 05/31/2020 | 1CRA17/933 | Craft-Mack 17-4 #1 | 255.80 | | | 255.80 | |
| 05/31/2020 | 1ECH01/933 | Echo Papa 10-10 #1 | 114.92 | | | 114.92 | |
| 05/31/2020 | 1EVA01/933 | Evans 11-4 #1 | 182.18 | | | 182.18 | |
| 05/31/2020 | 1HAM02/933 | Craft-Hamiter 20-11 #1 | 319.54 | | | 319.54 | |
| 05/31/2020 | 1HOW02/933 | Howard etal 12-15 #1 | 5,265.20 | | | 537.31 | |
| | 05/31/2020 | Prepayment Application-316 | 4,727.89- | | | | |
| 05/31/2020 | 1LIT02/933 | Little Cedar Creek Oil Unit #2 | 3,950.25 | | | 3,950.25 | |
| 05/31/2020 | 1LIT03/933 | Little Cedar Creek Oil Unit IV | 1,435.10 | | | 1,435.10 | |
| 05/31/2020 | 1PIT01/933 | Pitnic Limited 16-3 #1 | 155.16 | | | 155.16 | |
| 05/31/2020 | 1POL02/933 | Polk Estate etal 13-5 #1 | 2,735.49 | | | 2,735.49 | |
| 05/31/2020 | 1RUS03/933 | Rushing etal #2 | 248.99 | | | 248.99 | |
| 05/31/2020 | 2HAM01/933 | Hamiter 17-16 | 192.36 | | | 192.36 | |
| 05/31/2020 | 2LIT01/933 | Little Cedar Creek Unit(Pruet) | 200.83 | | | 200.83 | |
| 06/30/2020 | 1BAT02/940 | Sandra Bateman 21-9 #1 | 258.65 | | 258.65 | | |
| 06/30/2020 | 1BAT03/940 | Bates 2-2 #1 | 1,633.60 | | 1,633.60 | | |
| 06/30/2020 | 1BEA01/940 | North Beach Prospect | 13.65 | | 13.65 | | |
| 06/30/2020 | 1BEA02/940 | N Beach Prospect Pipeline/Plt | 11.55 | | 11.55 | | |
| 06/30/2020 | 1COL03/940 | Jeanette S Cole 21-11 #1 | 157.32 | | 157.32 | | |
| 06/30/2020 | 1CRA17/940 | Craft-Mack 17-4 #1 | 262.28 | | 262.28 | | |
| 06/30/2020 | 1ECH01/940 | Echo Papa 10-10 #1 | 184.59 | | 184.59 | | |
| 06/30/2020 | 1EVA01/940 | Evans 11-4 #1 | 182.48 | | 182.48 | | |
| 06/30/2020 | 1HAM02/940 | Craft-Hamiter 20-11 #1 | 312.39 | | 312.39 | | |
| 06/30/2020 | 1LIT02/940 | Little Cedar Creek Oil Unit #2 | 2,664.74 | | 2,664.74 | | |
| 06/30/2020 | 1LIT03/940 | Little Cedar Creek Oil Unit IV | 1,292.89 | | 1,292.89 | | |
| 06/30/2020 | 1PIT01/940 | Pitnic Limited 16-3 #1 | 4.30 | | 4.30 | | |
| 06/30/2020 | 1POL02/940 | Polk Estate etal 13-5 #1 | 2,168.02 | | 2,168.02 | | |

08/18/2020  04:54 pm  
Company-Acct:00SEC-0301

Sklar Exploration Co., L.L.C.  
Aged Trial Balance as of 08/18/2020

Page 2

| Inv Date | Invoice# | Invoice Description | Inv Amount | Current | 30 days | 60 days | 90 days |
|---|---|---|---|---|---|---|---|
| 06/30/2020 | 1RUS03/940 | Rushing etal #2 | 115.95 | | 115.95 | | |
| 06/30/2020 | 2HAM01/940 | Hamiter 17-16 | 248.03 | | 248.03 | | |
| 06/30/2020 | 2LIT01/940 | Little Cedar Creek Unit(Pruet) | 190.59 | | 190.59 | | |
| 07/31/2020 | 1ALA02/942 | Alabama Mineral Acquisition | 57.53 | 57.53 | | | |
| 07/31/2020 | 1BAT02/942 | Sandra Bateman 21-9 #1 | 253.30 | 253.30 | | | |
| 07/31/2020 | 1BAT03/942 | Bates 2-2 #1 | 2,242.39 | 2,242.39 | | | |
| 07/31/2020 | 1BEA01/942 | North Beach Prospect | 13.65 | 13.65 | | | |
| 07/31/2020 | 1BEA02/942 | N Beach Prospect Pipeline/Plt | 11.55 | 11.55 | | | |
| 07/31/2020 | 1CAR04/942 | Mt. Carmel Prospect | 226.08 | 226.08 | | | |
| 07/31/2020 | 1COL03/942 | Jeanette S Cole 21-11 #1 | 227.93 | 227.93 | | | |
| 07/31/2020 | 1CRA17/942 | Craft-Mack 17-4 #1 | 523.50 | 523.50 | | | |
| 07/31/2020 | 1ECH01/942 | Echo Papa 10-10 #1 | 161.21 | 161.21 | | | |
| 07/31/2020 | 1EVA01/942 | Evans 11-4 #1 | 151.35 | 151.35 | | | |
| 07/31/2020 | 1HAM02/942 | Craft-Hamiter 20-11 #1 | 321.63 | 321.63 | | | |
| 07/31/2020 | 1LIT02/942 | Little Cedar Creek Oil Unit #2 | 4,665.10 | 4,665.10 | | | |
| 07/31/2020 | 1LIT03/942 | Little Cedar Creek Oil Unit IV | 3,056.48 | 3,056.48 | | | |
| 07/31/2020 | 1PAC01/942 | North Pachuta Prospect | 1.68 | 1.68 | | | |
| 07/31/2020 | 1PIT01/942 | Pitnic Limited 16-3 #1 | 7.06 | 7.06 | | | |
| 07/31/2020 | 1POL02/942 | Polk Estate etal 13-5 #1 | 2,141.71 | 2,141.71 | | | |
| 07/31/2020 | 1RUS03/942 | Rushing etal #2 | 470.51 | 470.51 | | | |
| 07/31/2020 | 2HAM01/942 | Hamiter 17-16 | 277.69 | 277.69 | | | |
| 07/31/2020 | 2LIT01/942 | Little Cedar Creek Unit(Pruet) | 270.03 | 270.03 | | | |
| **TOTAL: Lucas Petroleum Group, Inc.** | | | **55,462.13** | **15,080.38** | **9,701.03** | **12,657.50** | **18,023.22** |
| 1 | Total | | 55,462.13 | 15,080.38 | 9,701.03 | 12,657.50 | 18,023.22 |
| | % | | | 27.2 % | 17.5 % | 22.8 % | 32.5 % |
| | # of Invoices | | 70 | 19 | 16 | 17 | 18 |