Exhibit B - Aged A/R Balance

| Customer Name | Inv Amount | Current | 30 days | 60 days | 90 days |
|---|---|---|---|---|---|
| McCombs Energy Ltd., LLC | 203,043.56 | 0.00 | 54,605.07 | 47,244.31 | 101,194.18 |
| Fant Energy Limited | 61,611.91 | 0.00 | 0.00 | 0.00 | 61,611.91 |
| Kudzu Oil Properties, LLC | 108,999.98 | 0.00 | 34,871.66 | 9,455.11 | 64,673.21 |
| JJS Interests Escambia, LLC | 79,481.44 | 0.00 | 16,002.92 | 15,600.07 | 47,878.45 |
| TDX Energy, LLC | 66,384.23 | -1,813.33 | 711.87 | 2,287.58 | 65,198.11 |
| Lucas Petroleum Group, Inc. | 55,462.13 | 0.00 | 15,080.38 | 9,701.03 | 30,680.72 |
| Tenexco, Inc. | 49,638.62 | -1,522.24 | 6,893.76 | 2,983.39 | 41,283.71 |
| McCombs Exploration, LLC | 49,250.67 | 0.00 | 10,977.42 | 9,514.51 | 28,758.74 |
| Carl Herrin Oil and Gas, L.L.C. | 40,045.14 | 0.00 | 6,571.57 | 3,592.99 | 29,880.58 |
| K.C. Whittemore | 28,933.16 | -2,111.06 | -463.33 | -539.53 | 32,047.08 |
| JJS Interests North Beach LLC | 24,804.00 | 0.00 | 0.00 | -40,804.65 | 65,608.65 |
| McCombs Energy Ltd., LLC | 22,389.63 | 0.00 | 6,781.94 | 3,693.74 | 11,913.95 |
| Craft Exploration Company L.L.C. | 22,242.93 | -642.45 | 3,008.75 | 1,718.62 | 18,158.01 |
| Resource Ventures, LLC | 21,089.34 | -1,884.86 | 2,916.47 | 1,461.44 | 18,596.29 |
| Alabama Oil Company | 19,142.75 | 0.00 | 15,603.68 | 0.00 | 3,539.07 |
| Parous Energy, L.L.C. | 18,968.41 | 0.00 | 3,115.84 | 1,696.24 | 14,156.33 |
| Coastal Exploration, Inc. | 17,615.95 | -694.66 | 3,256.27 | 1,403.48 | 13,650.86 |
| Apple River Investments, L.L.C. | 13,915.42 | 0.00 | 4,181.12 | 0.00 | 9,734.30 |
| Embayment Production, LLC | 13,782.16 | 0.00 | 0.00 | 1,116.72 | 12,665.44 |
| Fiddler Investments | 11,948.29 | -1,043.26 | 2,415.88 | 1,909.48 | 8,666.19 |
| Cayman Resources, Inc. | 11,363.91 | -88.57 | 412.64 | 179.68 | 10,860.16 |
| Pflanzer Partners, Ltd | 10,384.19 | 0.00 | 1,382.62 | 747.67 | 8,253.90 |
| Sepulga River Fuels, LLC | 10,005.43 | 0.00 | 1,650.63 | 877.14 | 7,477.66 |
| Vickery Exploration, LLC | 8,404.97 | 0.00 | 1,375.57 | 743.65 | 6,285.75 |
| Craft Exploration Company L.L.C. | 6,830.52 | 0.00 | 4,116.43 | 2,714.09 | 0.00 |
| Chanse Resources, L.L.C. | 5,505.70 | 0.00 | 1,045.41 | 768.75 | 3,691.54 |
| Yelbom Oil, Inc. | 4,817.02 | -85.64 | 19.11 | 107.39 | 4,776.16 |
| ELBA Exploration LLC | 3,966.82 | 0.00 | 416.32 | 317.95 | 3,232.55 |
| Strago Petroleum Corporation | 3,945.52 | 0.00 | 595.99 | 372.26 | 2,977.27 |
| Goodrich Petroleum of LA | 3,274.36 | 0.00 | 134.76 | 161.26 | 2,978.34 |
| Sellars Family, LLC | 3,113.42 | 0.00 | 1,391.64 | 755.98 | 965.80 |
| Martha McKenzie | 3,016.47 | 0.00 | 54.83 | 58.57 | 2,903.07 |
| WEMO, Inc. | 2,929.54 | -171.98 | 145.35 | 74.24 | 2,881.93 |

| Customer Name | Inv Amount | Current | 30 days | 60 days | 90 days |
|---|---|---|---|---|---|
| Quantina Newby | 2,835.21 | 0.00 | 16.68 | -196.44 | 3,014.97 |
| Tisdale Natural Resources, LLC | 2,833.22 | 0.00 | 0.00 | 0.00 | 2,833.22 |
| In2tex 3LP | 2,594.95 | 0.00 | 600.60 | 1,561.40 | 432.95 |
| Clark Rabren | 2,579.63 | 0.00 | 55.30 | 34.69 | 2,489.64 |
| Stateside Oil, Inc. | 2,426.21 | -415.71 | -137.20 | 35.66 | 2,943.46 |
| DEDE LLC | 2,376.69 | 0.00 | 716.33 | 449.36 | 1,211.00 |
| Pelican Energy, LLC | 2,223.68 | 0.00 | 291.92 | 166.75 | 1,765.01 |
| Robert Israel | 2,219.12 | -140.26 | -7.46 | 20.42 | 2,346.42 |
| Robert Israel Trust UW Joan Israel | 2,219.12 | -140.26 | -7.46 | 20.42 | 2,346.42 |
| Rawls Resources, Inc. | 2,149.17 | 0.00 | 317.84 | 271.76 | 1,559.57 |
| Longleaf Energy Group, Inc. | 2,098.28 | -76.02 | 737.46 | 40.24 | 1,396.60 |
| Gerry Burford | 2,011.03 | 0.00 | 36.56 | 39.05 | 1,935.42 |
| Charles A. Frazier, for life | 1,956.44 | 0.00 | 41.94 | 26.31 | 1,888.19 |
| B. C. Young | 1,927.38 | 0.00 | 7.99 | 2.58 | 1,916.81 |
| Ryco Exploration, LLC | 1,897.57 | 0.00 | 1,897.57 | 0.00 | 0.00 |
| Sundance Resources, LLC | 1,896.83 | 0.00 | 0.00 | 0.00 | 1,896.83 |
| Gateway Exploration, LLC | 1,860.48 | 0.00 | 918.84 | 623.26 | 318.38 |
| McCombs Energy Ltd., LLC | 1,735.66 | 0.00 | 840.24 | 366.06 | 529.36 |
| Waller Brothers, Inc. | 1,725.23 | 0.00 | 1,725.23 | 0.00 | 0.00 |
| Pruet Oil Company LLC | 1,661.07 | 0.00 | 82.50 | 0.00 | 1,578.57 |
| Glenn Douglas Brye | 1,511.15 | 0.00 | 16.69 | 9.53 | 1,484.93 |
| Black Stone Energy Company, L.L.C. | 1,403.12 | 0.00 | 269.53 | 322.53 | 811.06 |
| Geotech Production, Inc. | 1,374.56 | -975.62 | 74.53 | 153.76 | 2,121.89 |
| Paul M. Griswold | 1,294.81 | 0.00 | 0.00 | 0.00 | 1,294.81 |
| Gardner Energy Corporation | 1,289.50 | 0.00 | 190.71 | 163.05 | 935.74 |
| Mesapro, LLC | 1,266.91 | 0.00 | 771.05 | -228.19 | 724.05 |
| Longleaf Energy Group, Inc. | 1,234.04 | -200.74 | 913.17 | 521.61 | 0.00 |
| W. Harlan Beene, III | 1,096.12 | 0.00 | 46.29 | 41.45 | 1,008.38 |
| Janie M. Johnston | 1,025.86 | 0.00 | 21.99 | 13.80 | 990.07 |
| Spaulding Oil & Gas Corp | 996.06 | 0.00 | 31.28 | 120.47 | 844.31 |
| Schlachter Operating Corp | 986.92 | 0.00 | 159.17 | 417.51 | 410.24 |
| Nine Forks LLC | 924.30 | 0.00 | 137.49 | 118.85 | 667.96 |
| Lane Oil & Gas Corporation | 859.65 | 0.00 | 127.13 | 108.70 | 623.82 |

| Customer Name | Inv Amount | Current | 30 days | 60 days | 90 days |
|---|---:|---:|---:|---:|---:|
| El Energy Ltd. LLP | 844.84 | 0.00 | 844.84 | 0.00 | 0.00 |
| Linder Family Partnership Ltd. | 830.90 | 0.00 | 69.95 | 368.72 | 392.23 |
| Tara Rudman | 95.80 | 0.00 | 0.00 | 0.00 | 95.80 |
| Sugar Oil Properties, L.P. | 773.25 | -22,492.67 | 3,494.78 | -3,927.58 | 23,698.72 |
| August C. Erickson Mineral Trust | 766.38 | 0.00 | 156.35 | 256.32 | 353.71 |
| Janet Smith Dunn | 765.26 | 0.00 | 0.00 | 0.00 | 765.26 |
| Stacy Dunn | 765.25 | 0.00 | 0.00 | 0.00 | 765.25 |
| Steven R. Bledsoe | 757.47 | 0.00 | 0.00 | 0.00 | 757.47 |
| Estate of Rhondos C. Brye | 637.50 | 0.00 | 5.56 | 3.18 | 628.76 |
| Northedge Corporation | 632.30 | 0.00 | 7.77 | 0.00 | 624.53 |
| Miles McDowell | 629.93 | 0.00 | 0.12 | 0.12 | 629.69 |
| J. Michael Garner & | 615.66 | -9.00 | 16.03 | 24.45 | 584.18 |
| Rock Springs Minerals I, LLC | 613.75 | 0.00 | 8.43 | 9.00 | 596.32 |
| Fisher Exploration, L.L.C. | 572.15 | 0.00 | 197.99 | -19.86 | 394.02 |
| Joel Davis | 571.87 | -94.78 | 1.39 | 37.53 | 627.73 |
| Felton A. Brye | 538.53 | 0.00 | 5.56 | 3.18 | 529.79 |
| Jaquita Natahasa Brye | 538.53 | 0.00 | 5.56 | 3.18 | 529.79 |
| Joycelyn Brye Edwards | 538.53 | 0.00 | 5.56 | 3.18 | 529.79 |
| Crain Energy, Ltd. | 514.35 | 0.00 | 514.35 | 0.00 | 0.00 |
| Kernon De-Vaughn Brye, Sr. | 507.10 | 0.00 | 5.56 | 3.18 | 498.36 |
| Caddo Management, Inc. | 491.95 | 0.00 | 491.95 | 0.00 | 0.00 |
| Jeanette Purifoy | 478.81 | 0.00 | 9.55 | 10.21 | 459.05 |
| Annie P. Jones Smith | 442.50 | 0.00 | 0.00 | 0.00 | 442.50 |
| David Carl Deutsch | 441.49 | 0.00 | 12.50 | 36.13 | 392.86 |
| L. R. Fitzgerald | 438.11 | 0.00 | 2.98 | 2.98 | 432.15 |
| Phyllis Williams Frazier | 432.47 | 0.00 | 0.00 | 0.00 | 432.47 |
| Andrea Davis | 413.17 | -113.58 | -36.31 | -3.82 | 566.88 |
| Yates Resources, LP | 412.65 | 0.00 | 412.65 | 0.00 | 0.00 |
| Lawrence M. Cushman Trust | 396.41 | -2.22 | 188.53 | -6.26 | 216.36 |
| Elana Oil & Gas Co. | 392.84 | 0.00 | 392.84 | 0.00 | 0.00 |
| Estate of Willie L. Jones | 392.41 | 0.00 | 0.00 | 0.00 | 392.41 |
| Alex Smith III | 386.38 | 0.00 | -130.30 | 30.61 | 486.07 |
| Harkness A Duncan Trust | 379.09 | 0.00 | 191.02 | 0.00 | 188.07 |

| Customer Name | Inv Amount | Current | 30 days | 60 days | 90 days |
|---|---|---|---|---|---|
| Harkness A. Duncan Trust | 379.09 | 0.00 | 191.02 | 0.00 | 188.07 |
| CEL Properties, LLC | 378.03 | 0.00 | 378.03 | 0.00 | 0.00 |
| Jeffreys Drilling, LLC | 368.53 | -2,199.07 | -383.91 | -333.49 | 3,285.00 |
| Scott D Stroud | 351.61 | 0.00 | 108.35 | 141.48 | 101.78 |
| Estate of Walter Wayne Dammier | 321.87 | 0.00 | 1.98 | 0.64 | 319.25 |
| John D Procter | 319.37 | 0.00 | 43.07 | 80.36 | 195.94 |
| Harkness A Duncan Family Trust | 283.04 | 0.00 | 191.02 | -564.21 | 656.23 |
| Carlton D. Brye | 253.00 | 0.00 | 1.11 | 0.64 | 251.25 |
| Carl Elmer Nelson | 243.63 | -26.99 | 1.69 | 3.30 | 265.63 |
| Bennett Energy Corporation | 242.89 | 0.00 | 6.25 | 18.07 | 218.57 |
| Central Petroleum, Inc. | 228.92 | 0.00 | 228.92 | 0.00 | 0.00 |
| Mike Rogers Oil & Gas, Inc. | 227.99 | 0.00 | 22.81 | 1.28 | 203.90 |
| Quad Gas Corp | 222.79 | 0.00 | 33.35 | 59.39 | 130.05 |
| Bernice Bouldin | 221.01 | 0.00 | 4.41 | 4.71 | 211.89 |
| Jimmie Lee Walker | 221.01 | 0.00 | 4.41 | 4.71 | 211.89 |
| Beazley Petroleum, LLC | 216.76 | -7.22 | 30.57 | 13.62 | 179.79 |
| Andala Enterprises, Inc. | 208.41 | 0.00 | 0.00 | 0.00 | 208.41 |
| Carlos S. Brye | 204.72 | 0.00 | 1.11 | 0.64 | 202.97 |
| Comstock Oil & Gas-LA., LLC | 191.41 | 0.00 | 191.41 | 0.00 | 0.00 |
| M. Carl Rice | 188.70 | 0.00 | 0.00 | 0.00 | 188.70 |
| Teekell Oil & Gas, Inc. | 181.69 | 0.00 | 181.69 | 0.00 | 0.00 |
| Fair Oil, Ltd. | 177.76 | 0.00 | 177.76 | 0.00 | 0.00 |
| Cheryle D. Paluska | 174.76 | 0.00 | 12.50 | 29.73 | 132.53 |
| Susan Lombard Wilkinson | 172.44 | 0.00 | 2.37 | 2.53 | 167.54 |
| RLI Properties LLC | 172.00 | 0.00 | 172.00 | 0.00 | 0.00 |
| Horace, LLC | 170.25 | 0.00 | 29.02 | 30.99 | 110.24 |
| Dunbar Investments | 158.61 | 0.00 | 2.23 | 8.57 | 147.81 |
| Gloria Gale Minker | 158.13 | 0.00 | 0.00 | 0.00 | 158.13 |
| Ahamad Ansari | 148.62 | 0.00 | 1.11 | 0.64 | 146.87 |
| Joe L. Samuel, Jr., Deceased | 141.91 | 0.00 | 4.77 | 5.09 | 132.05 |
| Plains Production Inc | 140.12 | 0.00 | 140.12 | 0.00 | 0.00 |
| Joe K. Rawdon | 133.92 | 0.00 | 0.55 | 0.18 | 133.19 |
| Jeffery D. Kallenberg | 124.97 | 0.00 | 124.97 | 0.00 | 0.00 |

Exhibit B - Aged A/R Balance

| Customer Name | Inv Amount | Current | 30 days | 60 days | 90 days |
|---|---:|---:|---:|---:|---:|
| Breitburn Operating LP | 122.23 | 0.00 | 4.17 | 12.04 | 106.02 |
| Ruthie Ann Phillips, Deceased | 121.12 | 0.00 | 0.00 | 0.00 | 121.12 |
| Upton Family Living Trust | 115.16 | 0.00 | 0.00 | 0.00 | 115.16 |
| Shadow Hill, LLC | 101.91 | 0.00 | 101.91 | 0.00 | 0.00 |
| John E. Downing | 101.83 | -12.99 | -3.68 | 0.06 | 118.44 |
| **Total Balance:** | **1,827,296.84** | **-49,406.65** | **227,799.59** | **87,235.55** | **1,561,668.35** |