UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN:  72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING MOTION FOR CLARIFICATION OF ORDERS AND TO AUTHORIZE IMMEDIATE OFFSET OF JOINT INTEREST BILLING OBLIGATIONS**

THIS MATTER, having come before the Court on the Debtors' Motion for Clarification of Orders and to Authorize Immediate Offset of Joint Interest Billing Obligations, ("Motion"), the Court having reviewed the Motion, notice have been provided and no objections having been received, finding good cause for granting the requested relief, does hereby

ORDER

1. That the Motion is GRANTED:
2. The Final Cash Collateral Order[1] is hereby clarified such that it:

    a. Requires SEC to pay revenue to WI holders subject to the applicable Participation Agreements, Joint Operating Agreements, and any other applicable agreement;

    b. Does not limit SEC's ability to undertake collection efforts in accordance with the applicable Participation Agreements, Joint Operating Agreements, and any other applicable agreements, including without limitation, offsetting unpaid JIBs against post-petition revenue owed to a WI holder and/or foreclosing on a non-compliant WI holder's interest;

---

[1] Capitalized terms shall have the same meaning as defined in the Motion unless otherwise defined herein.

1

    c. Does not require written consent from a non-compliant WI holder prior to SEC exercising its rights under the applicable agreements to offset JIBs against revenue; and

    d. Does not allow WI holders to offset unpaid JIBs against pre-petition revenue owed to such WI holder or pre-petition cash call advances;

  3. SEC is authorized to immediately offset JIBS owed by all non-compliant WI Holders as identified on Exhibit B to the Motion against post-petition revenue owed to such WI Holders.

  DONE and entered this _____ day of _____, 2020 at Denver, Colorado.

                  BY THE COURT:

                  _____

                  Honorable Elizabeth E. Brown
                  United States Bankruptcy Judge