**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br>EIN NO: 72-1417930<br><br>Debtor. | Bankruptcy Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br>EIN NO: 72-1425432<br><br>Debtor. | Bankruptcy Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

### ORDER REQUIRING ADDITIONAL NOTICE

THIS MATTER comes before the Court on the Motion for Clarification of Orders and to Authorize Immediate Offset of Joint Interest Billing Obligations ("Motion") filed by the Debtors. The Court requires additional notice to be given for this Motion in the form of a 9013-1 Notice. Accordingly, it is hereby

ORDERED that **on or before September 15, 2020**, the Debtors shall serve the Motion along with a Notice pursuant to L.B.R. 9013-1 on all working interest owners. In addition, Debtors shall provide service of the Motion and Notice in accordance with Fed. R. Bankr. P. 7004 on those working interest owners listed on Exhibit B to the Motion. The Notice should provide for a two-week objection period.

DATED this 8th day of September, 2020.

BY THE COURT:

*Elizabeth E. Brown*

Elizabeth E. Brown, Bankruptcy Judge