| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: Sklar Exploration Company, LLC | Jointly Administered Under Case #: | 20-12377-EEB |
| Debtor 2: Sklarco, LLC | Chapter: | 11 |

**Local Bankruptcy Form 9013-1.1**
**Notice of MOTION FOR CLARIFICATION OF ORDERS AND TO AUTHORIZE IMMEDIATE OFFSET OF JOINT INTEREST BILLING OBLIGATIONS**

### Part 1  Objection Deadline

Objection Deadline: **SEPTEMBER 29, 2020**

### Part 2  Notice

NOTICE IS HEREBY GIVEN Sklar Exploration Company, LLC and Sklarco, LLC (the "Debtors"), have filed a Motion to for Clarification of Orders and to Authorize Immediate Offset of joint Interest Billing Obligations, and requests the following relief: entry of an Order clarifying that *Final Order Authorizing Use of Cash Collateral, Granting Adequate Protection, and Providing Related Relief* (Docket No. 433) ("Final Cash Collateral Order"), clarifying the *Order Authorizing Payment of Working Interest Obligations and Limited Offset of Joint Interest Billing Obligations* (Docket No. 317) ("Oil and Gas Order") do not limit SEC's collection efforts in the event of non-payment of Joint Interest Billing Obligations by working interest holders, including without limitation, offsetting unpaid JIBS against post-petition revenue without written consent from working interest holders who have been notified of the failure to pay JIBs, but have still refused or failed to pay such amounts. A copy of the pleading is available for inspection on PACER or upon request from the undersigned attorney.

If you object to the Motion, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Debtor at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

### Part 3  Signature of Movant's Attorney or Movant (if unrepresented)

Dated: September 15, 2020.                    Respectfully submitted,

By: */s/   Keri L. Riley*
Lee M. Kutner #10966
Keri L. Riley, #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln St., Suite 1850
Denver, CO  80264
Telephone:  (303) 832-2400
Telecopy: (303) 832-1510
E-Mail: klr@kutnerlaw.com