**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

------------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | |
| In re | : | **Chapter 11** |
| | : | |
| **SKLAR EXPLORATION COMPANY, LLC,** *et al.*, | | **Case No. 20-12377 (EEB)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |
| | : | |
| | : | **Ref. Dockets No. 551** |

------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK  )

GREGORY WINTER, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 15, 2020, I caused to be served the "Motion for Clarification of Orders and to Authorize Immediate Offset of Joint Interest Billing Obligations," dated September 4, 2020 [Docket No. 551], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>.

3. On September 22, 2020, I caused to be served the "Notice of Motion for Clarification of Orders and to Authorize Immediate Offset of Joint Interest Billing Obligations," dated September 22, 2020, annexed hereto as <u>Exhibit B,</u> by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A.</u>

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432) The Debtors' principal offices are located at 5395 Pearl Parkway; Suite 200; Boulder, CO 80301.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

4. All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Gregory Winter*
Gregory Winter

Sworn to before me this
23rd day of September, 2020
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021

# EXHIBIT A

| Claim Name | Address Information |
| --- | --- |
| 3 LLOYDS EXPLORATION COMPANY, L.L.C. | SUTTON LLOYD 1425 E. 23RD AVE. DENVER CO 80205 |
| ACCELERATED FUNDING LLC | JOHN YEEND 1109 SOUTH CONGRESS AVE. WEST PALM BEACH FL 33406 |
| AEEC II, L.L.C. | T. COLE ANDERSON 333 TEXAS STREET, SUITE 2020 SHREVEPORT LA 71101 |
| AEH INVESTMENTS | ANGELA HARRIS 333 TEXAS STREET, STE. 1414 SHREVEPORT LA 71101 |
| ALABAMA OIL COMPANY | WALKER STURDIVANT P.O. BOX 230 GLENDORA MS 38928 |
| ALAN BRITTAIN | 7521 UNIVERSITY DRIVE SHREVEPORT LA 71105 |
| ANSABEN TRUST | DAVID A. BARLOW 321 PASEO ENCINAL ST. SAN ANTONIO TX 78212 |
| APPLE RIVER INVESTMENTS, L.L.C. | BENJAMIN S. BROWER 1503 GARFIELD ROAD NORTH TRAVERSE CITY MI 49696 |
| ASPECT RESOURCES, LLC | KEVIN HARING 1775 SHERMAN STREET, SUITE 2400 DENVER CO 80203 |
| ASPEN ENERGY, INC. | MIKE REED 161 ST. MATTHEWS AVE., STE 16 LOUISVILLE KY 40207 |
| AUGUST C. ERICKSON MINERAL TRUST | MARY M. ERICKSON 59 KNIGHT CIRCLE, UNIT 1 PAWLEYS ISLAND SC 29585 |
| AUGUST C. ERICKSON MINERAL TRUST | JIM ERICKSON 6412 S QUEBEC ST. CENTENNIAL CO 80111 |
| BABE DEVELOPMENT, LLC | RAY WILLIS P. O. BOX 1515 ROSWELL NM 88202-1515 |
| BANTAM CREEK LLC | TERRY DORRIS 4712 LAKESIDE DRIVE COLLEYVILLE TX 76034 |
| BARBARA M. SUGAR ESTATE | TOMMY YOUNGBLOOD P.O. BOX 52149 SHREVEPORT LA 71135 |
| BARNES CREEK DRILLING, LLC | ROBIN THOMAS 320 SECOND STREET COLUMBIA MS 39429 |
| BAXTERVILLE, LLC | JOHN CALLIS 4323 SNOWBERRY LANE NAPLES FL 34119 |
| BEAZLEY PETROLEUM, LLC | DR. HAMILTON BEAZLEY 411 WEST ST. ELMO ROAD #24 AUSTIN TX 78745 |
| BELLIS INVESTMENTS LP | GORDON BELLIS 100 BUSH STREET, SUITE #550 SAN FRANCISCO CA 94104 |
| BENDEL VENTURES, LP1 | ROBIN GALVIN 12345 JONES ROAD, SUITE 124 HOUSTON TX 77070 |
| BENNETT ENERGY CORPORATION | PO BOX 507 FATE TX 75132 |
| BENNETT GREENSPAN | 5207 BRAEBURN DR. BELLAIRE TX 77401 |
| BETTY W. UPTON TRUST | BETTY W. UPTON 14934 BRAMBLEWOOD DRIVE HOUSTON TX 77079 |
| BLACK BANKS, L.L.C. | DANIEL PATTILLO 1310 S. PENNSYLVANIA STREET DENVER CO 80210 |
| BLACK STONE ENERGY COMPANY, LLC | 1001 FANNIN, SUITE 2020 HOUSTON TX 77002 |
| BOBBY GUS FITE | 13232 CR 1131 FLINT TX 75762 |
| BOBMARY L.C. | DR. ROBERT LAFARGUE 5928 EAST RIDGE DRIVE SHREVEPORT LA 71106 |
| BODCAW 3-D, LLC | STEPHEN O. SMITH P. O. BOX 1689 RUSTON LA 71273-1689 |
| BREITBURN OPERATING LP | MAVERICK NATURAL RESOURCES 1111 BAGBY STREET, SUITE 1600 HOUSTON TX 77002 |
| BROCK RESOURCES, LLC | FAIN BROCK 2634 HENLEY DRIVE ROUND ROCK TX 78681 |
| BUNDERO INVESTMENT COMPANY, L.L.C. | ROBERT P. BOWMAN 401 EDWARDS STREET, SUITE 820 SHREVEPORT LA 71101 |
| BURMAN ENERGY, LLC | 27622 HEGAR ROAD HOCKLEY TX 77447 |
| BVS, LLC | BRIAN BIFFLE 2010 BALSAM DRIVE BOULDER CO 80304 |
| C. H. OIL AND GAS, LLC | SCOTT H. NOBLITT 493 CANYON POINT CIRCLE GOLDEN CO 80403 |
| CADDO MANAGEMENT, INC. | CAROL LLOYD 401 MARKET STREET, SUITE 500 SHREVEPORT LA 71101 |
| CARL E. GUNGOLL EXPLORATION, LLC | CORRY WOOLINGTON P.O. BOX 18466 OKLAHOMA CITY OK 73154 |
| CARL ELMER NELSON | 501 COOK ROAD ATHENS LA 71003 |
| CARL HERRIN OIL AND GAS LLC | SCOTT H. NOBLITT 493 CANYON POINT CIRCLE GOLDEN CO 80403 |
| CAS MINERALS, LLC | CHRIS WEISER P.O. BOX 500 MAGNOLIA AR 71753 |
| CAYMAN RESOURCES, INC. | VINCENT J. MANARA, III 5773 WOODWAY DRIVE, PMB #412 HOUSTON TX 77057 |
| CCRC FAMILY LTD. PARTNERSHIP | 2407 GREENLEE DRIVE AUSTIN TX 78703 |
| CENTRAL EXPLORATION CO, INC. | WILLIAM E. HATHORN 733 HIGHWAY 583 SE BROOKHAVEN MS 39601 |
| CENTRAL PETROLEUM, INC. | GEORGE DENNIS P.O. BOX 2547 MADISON MS 39130-2547 |
| CFBR PARTNERS | 91 MONTFORD AVENUE MILL VALLEY CA 94941 CA 94941 |
| CHANSE RESOURCES, L.L.C. | WES SHEPHERD 315 FANNIN ST. SHREVEPORT LA 71101 |
| CHARLES A. MORRISON | CONSULTING GEOPHYSICIST, INC. P.O. BOX 249 MADISON MS 39130 |
| CHARLES GRADY FITE | 10979 CR 2173 WHITEHOUSE TX 75791 |
| CHARLES L. WILLIAMS | P.O. BOX 1685 SHREVEPORT LA 71165 |
| CHARTER ENERGY PARTNERS L.L.C. | PATTERSON (PAT) SHAW 1999 BROADWAY, SUITE 4320 DENVER CO 80202 |

| Claim Name | Address Information |
| --- | --- |
| CHATEAU BLANCHE, LLC | GEOFFREY G. HAMBACH P.O. BOX 1311 BROOKHAVEN MS 39602 |
| CHERYLE D. PALUSKA | 17730 MOSSY RIDGE LANE HOUSTON TX 77095 |
| CHRIS WEISER | P.O. BOX 500 MAGNOLIA AR 71753 |
| COASTAL EXPLORATION, INC. | JULIUS RIDGWAY P.O. BOX 195 RIDGELAND MS 39158 |
| COLD SPRING ENERGY L.L.C. | TERRI L. PECORA 6 SPRING STREET COLD SPRING HARBOR NY 11724 |
| COLUMBIA PETROLEUM, LLC | WILLIAM E. HATHORN (BILL) 733 HIGHWAY 583 SE BROOKHAVEN MS 39601 |
| COMSTOCK OIL & GAS LOUISIANA, INC. | 5300 TOWN & COUNTRY BLVD., STE. 500 FRISCO TX 75034 |
| CRAFT EXPLORATION COMPANY, L.L.C. | STEVEN H. CRAFT P.O. BOX 2430 MADISON MS 39130 |
| CRAIG C. BARCLAY | 10857 SUNRISE POINT SHREVEPORT LA 71106 |
| CRAIN ENERGY II, LTD. | KATHY MAXWELL GILCHRIST P.O. BOX 2146 LONGVIEW TX 75606 |
| CRICKET PRODUCTION LP | P.O. BOX 3098 FLINT TX 75762 |
| CROW PARTNERS, LTD. | JOEL DAVIS P.O. BOX 540988 HOUSTON TX 77254-0988 |
| CTM 2005, LTD. | CHARLES T. MCCORD, III 55 WAUGH DRIVE, STE. 515 HOUSTON TX 77007 |
| CULVER & CAIN PRODUCTION L.L.C. | MATTHEW R. CULVER 909 ESE LOOP 323, SUITE 450 TYLER TX 75701 |
| D.M. ALPHA, INC. | P.O. BOX 711 YANKTON SD 57078 |
| DABOIL RESOURCES, LC | DAVID A. BARLOW 321 PASEO ENCINAL ST. SAN ANTONIO TX 78212 |
| DANIEL W. MCMILLAN | P.O. BOX 867 BREWTON AL 36427 |
| DARLENE K HALL | 6121 FERN AVE UNIT 117 SHREVEPORT LA 71105 |
| DAVID CARL DEUTSCH | 430 WILLIAM D. FITCH COLLEGE STATION TX 77845 |
| DBC RESOURCES II LP | P.O. BOX 670725 DALLAS TX 75367 |
| DBC RESOURCES LP | P.O. BOX 670725 DALLAS TX 75367 |
| DCOD LLC | DALE CLARK 16390 ADDISON RD. ADDISON TX 75001 |
| DEDE LLC | BILLY MOUNGER 4450 OLD CANTON ROAD, STE. 203 JACKSON MS 39211 |
| DELTA S VENTURES LP | 615 LONGVIEW DRIVE SUGAR LAND TX 77478 |
| DICKSON OIL & GAS, LLC | C. BICKHAM DICKSON, III P. O. BOX 52479 SHREVEPORT LA 71135 |
| DOLKAS INVESTMENTS LP | GORDON BELLIS 100 BUSH STREET, SUITE #550 SAN FRANCISCO CA 94104 |
| DON B. SAUNDERS TRUST | DON B. SAUNDERS 340 CHEROKEE LN WINTER PARK FL 32789 |
| DOUBLEPINE INVESTMENTS, LTD. | W. R. TREY SIBLEY, III 4851 LBJ FREEWAY, SUITE 210 DALLAS TX 75244 |
| DP OPERATING COMPANY | GREGORY J. NEW 19220 US ROUTE 62 BELOIT OH 44609 |
| DUNBAR INVESTMENTS | P.O. BOX 2621 FRISCO TX 75034 |
| EAGLE OIL & GAS CO. | BOKF WC-II 2525 KELL BLVD., SUITE 510 WICHITA FALLS TX 76308 |
| EATON FINANCE CORP. | 7302 RUSTLING OAKS DRIVE RICHMOND TX 77469 |
| ED L. DUNN | P.O. BOX 94 MILTON FL 32572 |
| ED LEIGH MCMILLAN, III | P.O. BOX 867 BREWTON AL 36427 |
| EDWARD L. YARBROUGH, JR. | PO BOX 11 BELCHER LA 71004 |
| EFRAIM BRODY | 310 NW 171 STREET MIAMI FL 33169 |
| EL DORADO GULF COAST PRODUCTION LLC | PO BOX 195868 DALLAS TX 75219 |
| EL ENERGY LTD. LLP | 3800 PALUXY DRIVE, SUITE 132 TYLER TX 75703 |
| ELANA OIL & GAS CO. | 401 N. MARKET STREET STE 500 SHREVEPORT LA 71101 |
| ELBA EXPLORATION LLC | P.O. BOX 807 MILTON FL 32572 |
| ELVIRA M. MANNELLY | 4320 CLUB DRIVE NE ATLANTA GA 30319 |
| EMBAYMENT PRODUCTION, LLC | WILLIAM B. RIDGWAY, JR. (BILL) P.O. BOX 187 JACKSON MS 39205-0187 |
| ESTATE OF WOLFE RUDMAN | LINDA BROCKIE 5910 N. CENTRAL EXPRESSWAY, STE 1662 DALLAS TX 75206 |
| F. LANE MITCHELL | P.O. BOX 376 SHREVEPORT LA 71162 |
| FAIR OIL, LTD. | JOHN R. GARRETT P.O. BOX 689 TYLER TX 75702 |
| FANT ENERGY LIMITED | STEPHEN SWAN P.O. BOX 55205 HOUSTON TX 77255 |
| FIDDLER INVESTMENTS | DARRELL J. MUELLER P.O. BOX 708 ADDISON TX 75001 |
| FIELDS CATTLE COMPANY | MICHAEL P. HAGGERTY 12900 PRESTON ROAD, SUITE 1115 DALLAS TX 75230 |
| FISHER EXPLORATION, LLC | HUMMINGBIRD, KING AND BUTLER 330 MARSHALL STREET, SUITE 600 SHREVEPORT LA |

| Claim Name | Address Information |
|---|---|
| FISHER EXPLORATION, LLC | 71101 |
| FLETCHER PETROLEUM CO, LLC | RICK FLETCHER P.O. BOX 2147 FAIRHOPE AL 37533 |
| FLORSHEIM PRODUCTION COMPANY | CHARLES FLORSHEIM 16800 N. DALLAS PARKWAY, SUITE 240 DALLAS TX 75248 |
| FOUR D LLC | CHRIS DOUGLASS P.O. BOX 2173 DURANGO CO 81302-2173 |
| FPCC USA, INC. | WILLIAM HU 245 COMMERCE GREEN BLVD, STE. 250 SUGAR LAND TX 77478 |
| FRANICS BRUCE HOCK | P.O. BOX 670 MINDEN LA 71055 |
| FRANKS EXPLORATION CO. LLC | BOBBY JELKS P.O. BOX 7665 SHREVEPORT LA 71101 |
| G&H PRODUCTION COMPANY, LLC | JEANNE HARRIS AND ROBERT GROTH 12803 MILWAUKEE COURT THORNTON CO 80241 |
| GARDNER ENERGY CORPORATION | DAVID GARDNER 952 ECHO LANE, STE 380 HOUSTON TX 77024 |
| GARNER & TAKACH, LLC | 742 WINDBREAK TRAIL HOUSTON TX 77079-4224 |
| GASTON OIL COMPANY | ROBERT S. GASTON 9306 MILBANK DR SHREVEPORT LA 71115 |
| GATES ACQUISITION SYNDICATE, L.L.C. | ROSS P. BARRETT 820 GARRETT DRIVE BOSSIER CITY LA 71111 |
| GATEWAY EXPLORATION, LLC | JAY MOFFITT 3555 TIMMONS LANE, STE. 730 HOUSTON TX 77027 |
| GCREW PROPERTIES, LLC | GEORGE E. JOCHETZ, III 12323 RIP VAN WINKLE HOUSTON TX 77024 |
| GENE THRASH | 25 HIGHLAND PARK VILLAGE #100-764 DALLAS TX 75202 |
| GENESIS RESOURCES, LLC | WILLIAM M. MOUNGER, II, 4450 OLD CANTON RD., STE. 207 JACKSON MS 39211 |
| GEOTECH PRODUCTION, INC. | RALPH HENDERSON 7844 SOUTH ESPANA WAY AURORA CO 80016 |
| GJR INVESTMENTS INC. | GRADY COOKSEY, JR. 304 SANTIAGO DR. WINTER PARK FL 32789 |
| GOODRICH PETROLEUM OF LA | MARK LEISEROWITZ P.O. BOX 654339 DALLAS TX 75265 |
| GOOLSBY INTERESTS LLC | JAMES W. GOOLSBY, JR. 110 SIBELIUS LANE HOUSTON TX 77079 |
| GRACE U. RANEY FAMILY TRUST | GRACE U. RANEY P.O. BOX 1449 LONGVIEW TX 75606 |
| GRANITE CREEK PARTNERS, LLC | L PATRICK LUPO P.O. BOX 20115 JACKSON WY 83001 |
| HALL & HALL LLC | DONALD HALL 4913 OAK POINT DR. SHREVEPORT LA 71107 |
| HALL MANAGEMENT LLC | 4913 OAK POINT DR. SHREVEPORT LA 71107 |
| HANSON OPERATING COMPANY, INC. | RAY WILLIS P.O. BOX 1515 ROSWELL NM 88202-1515 |
| HARKNESS A. DUNCAN FAMILY TRUST | CONNIE HOFF, WELLS FARGO BANK P.O. BOX 41779 AUSTIN TX 78704 |
| HARPER FAMILY LIMITED PARTNERSHIP | P.O. BOX 295 MEEKER OK 74855-0295 |
| HARVEST GAS MANAGEMENT, LLC | DEANNE C. FOSS 10050 BAYOU GLEN ROAD HOUSTON TX 77042 |
| HBRADA, LLC | HANSEN RADA 2010 ALPINE DRIVE BOULDER CO 80304 |
| HEADINGTON OIL COMPANY LLC | 1700 NORTH REDBUD BLVD. SUITE 400 MCKINNEY TX 75069 |
| HERV OIL, LLC | BENNETT NEALE P.O. BOX 3399 SHAWNEE OK 74802 |
| HOOD & LINDA PROPERTIES | J. PARKER NESBITT 333 TEXAS STREET, SUITE 521 SHREVEPORT LA 71101 |
| HORACE, LLC | 493 CANYON POINT CIRCLE GOLDEN CO 80403 |
| HORNET HOLDINGS LLC | RANDOLPH P. MUNDT P.O. BOX 7483 HOUSTON TX 77248 |
| HUGHES 2000 CT LLC | PAM KYNERD 331 REDDING RD. REDDING CT 06896 |
| HUGHES OIL SOUTH LLC | DEE-DEE BELL P.O. BOX 608 OXFORD MS 38655 |
| HUTCHISON OIL & GAS CORPORATION | PLAZA OF THE AMERICAS 700 NORTH PEARL STREET, SUITE N2150 DALLAS TX 75201 |
| I&L MISS I LP | WILL LETT 4761 FRANK LUKE DR. ADDISON TX 75001 |
| IN2TEX 3LP | 3303 TITVERTON COURT ARLINGTON TX 76001 |
| INEZ DEUTSCH | 1906 WOODPLACE LONGVIEW TX 75601 |
| IVY MINERALS, LLC | BARBARA IVY JOGERST 3843 N. BRAESWOOD BLVD., SUITE 200 HOUSTON TX 77025 |
| J & A HARRIS LP | ANGELA HARRIS 333 TEXAS ST. STE 1414 SHREVEPORT LA 71101 |
| J. C. OGDEN | LINDA OGDEN 5419 CEDAR CREEK HOUSTON TX 77056 |
| J. MICHAEL & DEBORAH GARNER | 2820 COVINGTON CIRCLE SHREVEPORT LA 71106 |
| J.G. WALKER, JR., LTD., LLP | P.O. BOX 6928 TYLER TX 75711 |
| J.P. JONES FAMILY, LLC | J. PHIL JONES 4004 NE 138TH STREET EDMOND OK 73013 |
| JAMES B. DUNN | 5826 DUNRIDGE DRIVE PACE FL 32571 |
| JAMES MUSLOW, JR. | 6025 ARDEN STREET SHREVEPORT LA 71106 |
| JANET F. DUNN | 5109 SANDBAR DRIVE PORT ST. JOE FL 32456 |

| Claim Name | Address Information |
|------------|---------------------|
| JANET FAULKNER DUNN | 5109 SANDBAR DRIVE PORT ST. JOE FL 32456 |
| JANIE M. & R. P. THOMAS, SR. | 763 MAIN STREET GIBSLAND LA 71028-4420 |
| JANUS ENTERPRISES, LLC | RAYMOND JOSEPH LASSEIGNE P.O. BOX 5625 BOSSIER CITY LA 71171 |
| JCE GALBRAITH OIL & GAS | JOAN MCDONOUGH 2032 ALAMEDA AVE. ORLANDO FL 32804 |
| JD CROW, LLC | JAMES F. THOMAS 900 PIERREMONT ROAD, SUITE 221 SHREVEPORT LA 71106 |
| JDGP, LLC | JOHN CALLIS 4323 SNOWBERRY LANE NAPLES FL 34119 |
| JEFFERY D. KALLENBERG | 401 N. MARKET STREET, SUITE 500 SHREVEPORT LA 71101 |
| JEFFREYS DRILLING, LLC | BRADLEY JEFFREYS 3839 MCKINNEY AVE, SUITE 155-269 DALLAS TX 75204 |
| JF HOWELL INTERESTS, LP | DAVID MORGAN 416 TRAVIS STREET, SUITE 715 SHREVEPORT LA 71101 |
| JJS WORKING INTERESTS LLC | JUSTIN SIMONS 2001 KIRBY DRIVE, STE. 1110 HOUSTON TX 77019 |
| JL PORTER REV. TRUST | JANE L. PORTER P.O. BOX 3249 SHAWNEE OK 74802 |
| JMD RESOURCES INC. | GREG NEW 19220 US ROUTE 62 BELOIT OH 44609 |
| JMS OIL & GAS HOLDINGS LLC | ROB CAMPBELL P.O. BOX 4920 ORLANDO FL 32802 |
| JOEL DAVIS | P.O. BOX 540988 HOUSTON TX 77254-0988 |
| JOHN & BRIDGET TAKACH | 7527 S. GRANITE COURT TULSA OK 74136 |
| JOHN C. NIX, JR. | P.O. BOX 807 MILTON FL 32572 |
| JOHN D. PROCTER | TRUSTEE JBW4 P.O. BOX 6250 TYLER TX 75711 |
| JOHN DAVID CROW | 900 PIERREMONT RD., SUITE 221 SHREVEPORT LA 71106 |
| JOHN KUBALA | 1021 E LIGHTON TRAIL FAYETTEVILLE AR 72701 |
| JOHN W. TISDALE, JR. | POST OFFICE BOX 1803 ANDALUSIA AL 36420 |
| JONES ENERGY COMPANY L.L.C. | J. MARSHALL JONES, II 2124 FAIRFIELD AVENUE SHREVEPORT LA 71104 |
| JOYCO INVESTMENTS, LLC | RAY WILLIS P. O. BOX 2104 ROSWELL NM 88202-1515 |
| JUDY CROW, LLC | JAMES F. THOMAS 900 PIERREMONT ROAD, SUITE 221 SHREVEPORT LA 71106 |
| JUDY DUNN | 5843 DUNRIDGE DRIVE PACE FL 32571 |
| JURA-SEARCH, INC. | LAWRENCE R. BARIA P.O. BOX 320426 FLOWOOD MS 39232 |
| K.C. WHITTEMORE | 10 MASON POND PLACE SPRING TX 77381 |
| KAISER-FRANCIS OIL COMPANY | 6733 S. YALE AVE. TULSA OK 74136 |
| KATHERINE E. MCMILLAN OWENS | P.O. BOX 1229 BREWTON AL 36427 |
| KELLY WALKER | P.O. BOX 6496 TYLER TX 75711 |
| KIDD PRODUCTION, LTD. | TRANT KIDD 102 NORTH COLLEGE SUITE 106 TYLER TX 75702 |
| KING OIL, LLC | ROBERT E. BRASWELL, JR. 416 TRAVIS STREET, STE 1100 SHREVEPORT LA 71101 |
| KINGSTON, LLC | DARRIN PITTS 2790 SOUTH THOMPSON STREET, SUITE 102 SPRINGDALE AR 72764 |
| KIRKIEZ L.L.C. | JOHN KIRKMAN 3073 RED DEER TRAIL LAFAYETTE CO 80026 |
| KKS OIL & GAS, LTD | 4532 ARCADY AVE DALLAS TX 75205 |
| KLONDIKE OIL AND GAS, L.P. | JAMES O. STEPHENS 7720 OLD CANTON ROAD, SUITE C-2 MADISON MS 39110 |
| KMR INVESTMENTS LLC | TIM BROWN P.O. BOX 417 HOMER LA 71040 |
| KUDZU OIL PROPERTIES, LLC | WIRT A. YERGER, III 300 CONCOURSE BLVD, SUITE 101 RIDGELAND MS 39157 |
| KWAZAR RESOURCES, LLC | P.O. BOX 7417 SPANISH FORT AL 36577 |
| L.R. FITZGERALD | 1265 CAPILANO DRIVE SHREVEPORT LA 71106 |
| LAKE INVESTMENT PRODUCTION | CINDY GERHART P.O. BOX 2134 AUSTIN TX 78768-2134 |
| LAKE RONEL OIL CO. | P.O. BOX 179 TYLER TX 75710 |
| LAMANCHA INVESTMENTS II, LLC | GLENN E. PITTS P.O. BOX 320566 FLOWOOD MS 39232 |
| LANDMARK OIL AND GAS, LLC | MICHAEL JOHNSON P.O. BOX 12004 JACKSON MS 39236 |
| LANE OIL & GAS CORPORATION | DAVID GARDNER 952 ECHO LANE, STE. 380 HOUSTON TX 77024 |
| LARRY DON FITE | 19635 HIGHWAY 110 SOUTH WHITEHOUSE TX 75791 |
| LAURA GALLAGHER | 811 FOX RUN APARTMENT ONE LAFAYETTE LA 70508 |
| LAWRENCE M. CUSHMAN TRUST | LAWRENCE M. CUSHMAN 591 CAMINO DE LA REINA, SUITE 900 SAN DIEGO CA 92108 |
| LCJ RESOURCES, L.L.C. | CHRISTOPHER WILDE 1250 N.E. LOOP 410 SAN ANTONIO TX 78209 |
| LEANNE D. FORD | 516 FEATHERSTONE CT RIDGELAND MS 39157-2908 |

| Claim Name | Address Information |
|---|---|
| LECHWE LLC | MARK RAUCH P.O. BOX 270415 HOUSTON TX 77277-0415 |
| LEFRAK ENERGY INVESTORS, L.P. | CHRISTINE TOUCHSTONE 1301 MCKINNEY, SUITE 3150 HOUSTON TX 77010 |
| LEONARD E. WILLIAMS | 2510 NORFOLK RD. ORLANDO FL 32803 |
| LINDER FAMILY PARTNERSHIP LTD. | JOHN LINDER AND SHARON FULTON 100 INDEPENDENCE PLACE, SUITE 307 TYLER TX 75703 |
| LLY OIL & GAS LLC | RANDY SPIVA, SR. P.O. BOX 701 ABILENE TX 79604 |
| LONGLEAF ENERGY GROUP, INC. | TOM MCMILLIAN P.O. BOX 809 BREWTON AL 36427 |
| LOUIS DORFMAN | 10440 N. CENTRAL EXPRESSWAY, SUITE 824 DALLAS TX 75231 |
| LOVELACE PROPERTIES, LLC | BARBARA L. BURTON 3263 DELL ROAD BIRMINGHAM AL 35223 |
| LUCAS PETROLEUM | FAIN BROCK 327 CONGRESS AVE., STE. 500 AUSTIN TX 78701-3656 |
| M. JOHNSON INVESTMENT | DR. MELVIN JOHNSON 100 S. EOLA DR. PH 215 ORLANDO FL 32801 |
| MAPLE LEAF EXPLORATION LP | R. STEWART CAMPBELL, JR. 200 CRESCENT COURT #877 DALLAS TX 75201 |
| MARBERKAY, LLC | BERT A. ROBINSON 8669 CHALMETTE DRIVE SHREVEPORT LA 71115 |
| MARCO LAND & PETROLEUM, INC. | COSBY H. MARTIN, JR. 2811 KEEGO ROAD BREWTON AL 36426 |
| MARGARET L. NORTON LIVING TRUST | P.O. BOX 6800 SHREVEPORT LA 71135 |
| MARKSCO, LLC | MARK SEALY 333 TEXAS STREET, STE. 1050 SHREVEPORT LA 71101 |
| MARLIN EXPLORATION, INC. | AUTIE J. ORJIAS P.O. BOX 1367 SHREVEPORT LA 71164-1367 |
| MARSHALL-WUELLNER, INC. | TIM MARSHALL 333 TEXAS STREET, SUITE 608 SHREVEPORT LA 71101 |
| MARY JEANETTE REYNOLDS WIMBERLY | 179 BRUCE AVENUE SHREVEPORT LA 71105 |
| MARY M. CHARLTON | 1011 AUGUSTA, SUITE 104 HOUSTON TX 77057 |
| MAX C. JOHNSON | P.O. BOX 111 MIDFIELD TX 77458 |
| MCCOMBS ENERGY, LTD, LLC | GARY WOODS 750 E. MULBERRY AVE, STE. 403 SAN ANTONIO TX 78212 |
| MELODY GAYE BARNES | 39 PALISADES BLVD. LONGVIEW TX 75605 |
| MER ENERGY, LTD. | WESLEY C. HERNDON 6500 GREENVILLE AVE, STE. 110 DALLAS TX 75020 |
| MERCURY OIL COMPANY, LLC | BETTY KELLY 1221 W. CAMPBELL ROAD, STE. 233 RICHARDSON TX 75080 |
| MERITAGE ENERGY, LTD. | C/O BKD, LLP 2700 POST OAK BLVD, STE. #1500 HOUSTON TX 77056 |
| MERRILL PROPERTIES, LLC | ROBERT G. MERRILL 337 WORTH AVE. LAFAYETTE LA 70508 |
| MESAPRO, LLC | PHILIP B. ALLEN 4835 SOUTH PEORIA AVE., SUITE 20 TULSA OK 74105 |
| MICHAEL D. GOLLOB OIL COMPANY, LP | MARY LAVERNE GOLLOB P.O. BOX 6653 TYLER TX 75110 |
| MICHAEL MANAGEMENT, INC. | M. TIMOTHY MICHAEL P.O. BOX 922 FAIRHOPE AL 36533 |
| MIKE DAVIS | P.O. BOX 308 MAGNOLIA AR 71754 |
| MIKE ROGERS OIL & GAS, INC. | P.O. BOX 6783 MIRAMAR FL 32550 |
| MILES MCDOWELL | 418 LOWELL COURT SHREVEPORT LA 71115 |
| MJS INTERESTS, LLC | MARTIN SCHAFFER 9266 HATHAWAY STREET DALLAS TX 75220 |
| MONA L. SCHLACHTER | 1941 E. BRANCH HOLLOW CARROLLTON TX 75007 |
| MOUNTAIN AIR ENTERPRISES, LLC | JOHN S. TURNER JR. 820 GARRETT DRIVE BOSSIER CITY LA 71111 |
| MURKCO EXPLORATION COMPANY, L.L.C. | MALCOLM MURCHISON 401 EDWARDS STREET, SUITE 1000 SHREVEPORT LA 71101 |
| MUSLOW OIL & GAS, INC. | ERIC C. WEISS 330 MARSHALL STREET, SUITE 628 SHREVEPORT LA 71101-3687 |
| NINE FORKS, L.L.C. | LARRY L. HOCK P.O. BOX 670 MINDEN LA 71055 |
| NORTHEDGE CORPORATION | JOEL DAVIS P.O. BOX 540988 HOUSTON TX 77254-0988 |
| NORTHSTAR PRODUCING I, LP | KURT M. LEY 204 CROSS CREEK DRIVE BOSSIER CITY LA 71111 |
| NORTON OIL COMPANY | P.O. BOX 65090 SHREVEPORT LA 71136 |
| OPAL L. KIDD FAMILY PARTNERSHIP, LTD | 1428 E. RICHARDS TYLER TX 75702 |
| PAM LIN CORPORATION | CRAIG CLARK P.O. BOX 50635 MIDLAND TX 79710 |
| PAROUS ENERGY, LLC. | GEORGE DENNIS P.O. BOX 2547 MADISON MS 39130-2547 |
| PATRICIA ANN REYNOLDS BOYLE | 2050 KELLER SPRINGS ROAD #314 CARROLLTON TX 75006 |
| PATRICK J. MCBRIDE | 501 SEVILLE CIRCLE EL DORADO HILLS CA 95762 |
| PAULA W. DENLEY LLC | P.O. BOX 720548 BYRAM MS 39272 |
| PAULINE STERNE WOLFF MEMORIAL | JPMORGAN NATL. OIL CO. P.O. DRAWER #99084 FORT WORTH TX 76199-0084 |
| PELICAN ENERGY, LLC | W.B. DICKERSON, JR. P.O. BOX 9 OCEAN SPRINGS MS 39566 |

| Claim Name | Address Information |
|---|---|
| PETROCHEM OPERATING CO, INC | LARRY L. HOCK 416 TRAVIS STREET, STE. 812 SHREVEPORT LA 71101 |
| PETRODRILL, LLC | DONNIE W. LAMBERT P.O. BOX 5098 BRANDON MS 39047 |
| PETROHOOD CORPORATION | JOHN M. HOOD P.O. BOX 1592 RUSTON LA 71273 |
| PETROLEUM INVESTMENTS INC. | BRADEN C DESPOT 416 TRAVIS ST. STE. 612 SHREVEPORT LA 71101 |
| PFLANZER PARTNERS, LTD. | DR. JOSEPH PFLANZER 1225 SUNSET RIDGE CIRCLE CEDAR HILL TX 75104 |
| PICKENS FINANCIAL GROUP, LLC | MICHAEL K. PICKENS 10100 N. CENTRAL EXPRESSWAY, STE. 200 DALLAS TX 75231-4159 |
| PLAINS PRODUCTION INC. | MIKE KRENGER 1313 CAMPBELL RD. BUILDING D HOUSTON TX 77055 |
| PORTER ESTATE COMPANY OAKLEY RANCH, INC. | ALEXANDRA KROMELOW 100 BUSH STREET #550 SAN FRANCISCO CA 94104 |
| PROCTER MINERAL PARTNERSHIP | 209 E. THIRD STREET TYLER TX 75701 |
| PRUET PRODUCTION COMPANY | JAMES RIGNEY 217 WEST CAPITOL STREET, SUITE 201 JACKSON MS 39201 |
| QUAD GAS CORP. | 675 BERING DR., STE. 650 HOUSTON TX 77057-2276 |
| QUAIL CREEK PRODUCTION COMPANY | DON W. DAHLGREN 13831 QUAIL POINTE DRIVE OKLAHOMA CITY OK 73134 |
| R.D. JURENKA | 10 OAK FOREST DRIVE LONGVIEW TX 75605 |
| RAB OIL & GAS HOLDINGS LLC | ROB CAMPBELL P.O. BOX 4920 ORLANDO FL 32802 |
| RALPH L. HENDERSON | 7844 SOUTH ESPANA WAY AURORA CO 80016 |
| RAMSEY W. DRAKE, II, LLC | P.O. BOX 18466 OKLAHOMA CITY OK 73154 |
| RAWLS RESOURCES, INC. | JIM RAWLS P.O. BOX 2238 RIDGELAND MS 39158 |
| RESOURCE VENTURES, LLC | MARK A. ARNOLD 7112 W. JEFFERSON AVE., STE. 106 LAKEWOOD CO 80235 |
| RHODNA F. FOUTS | P.O. BOX 660566 BIRMINGHAM AL 35266 |
| RIDGWAY MANAGEMENT, INC. | C. R. RIDGWAY, IV P.O. BOX 187 JACKSON MS 39205-0187 |
| RLI PROPERTIES, LLC | P.O. BOX 2146 LONGVIEW TX 75606 |
| ROBCO FOSSIL FUELS, L.L.C. | STEVE WHITE 4830 LINE AVE #135 SHREVEPORT LA 71106 |
| ROBERT C. & CANDY M. MCMILLAN | P.O. BOX 867 BREWTON AL 36427 |
| ROBERT C. MCMILLAN 2011 REV TRUST FP | CHIP WALKER P.O. BOX 291 STE. 1030 JACKSON MS 39205 |
| ROBERT ISRAEL TRUST UW JOAN ISRAEL | 2920 6TH STREET BOULDER CO 80304 |
| ROBERT L. & FRANCES KREIDLER | 2412 INGLESIDE AVE. #5D CINCINNATI OH 45206 |
| RONNY DEAN FITE | 113 NUNN AVENUE WHITEHOUSE TX 75791 |
| ROOSTH 806, LTD, A TEXAS LTD PARTNERSHIP | REGIONS BANK, AIF P.O. BOX 2020 TYLER TX 75710 |
| ROSEBUD ENERGY DEVELOPMENT, L.L.C. | WILLIAM E. NICAS 375 DEER MEADOW LANE LITTLETON CO 80124 |
| ROSEWEB PARTNERS, LP | 1011 AUGUSTA, SUITE 104 HOUSTON TX 77057 |
| RUDMAN FAMILY TRUST | IRA W. SILVERMAN 5910 N. CENTRAL EXPRESSWAY, STE 1662 DALLAS TX 75206 |
| RUDMAN PARTNERSHIP | W. R. TREY SIBLEY, III 4851 LBJ FREEWAY, SUITE 210 DALLAS TX 75244 |
| RYCO EXPLORATION, LLC | ROBIN SMITH 401 EDWARDS ST. STE. 915 SHREVEPORT LA 71101 |
| S&P COMPANY | 330 MARSHALL STREET, SUITE 300 SHREVEPORT LA 71101 |
| SALLY IRENE HEWELL BROWN | 2 FRIENDSWOOD DRIVE LONGVIEW TX 75605 |
| SANTO PETROLEUM LLC | HANSON YATES P.O. BOX 1020 ARTESIA NM 88211 |
| SAWYER DRILLING & SERVICE INC. | RONALD L. SAWYER P.O. BOX 5275 BOSSIER CITY LA 71171 |
| SCHLACHTER OPERATING CORP. | 6211 W. NORTHWEST HWY., SUITE C-256 DALLAS TX 75225 |
| SCOTT D. STROUD | P.O. BOX 565 SHREVEPORT LA 71162 |
| SCOUT ENERGY PARTNERS II, LP | SCOTT GLADDEN 4901 LBJ FREEWAY, SUITE 300 DALLAS TX 75244 |
| SD RESOURCES, LTD. | GRANT DORFMAN 4907 MAPLE STREET BELLAIRE TX 77401 |
| SDMF HOLDINGS, L.L.C. | ANDREW DOSSETT 5222 STONEGATE ROAD DALLAS TX 75209 |
| SECURITY EXPLORATION INC. | STAFF COMEGYS 8509 LINE AVE. SHREVEPORT LA 71106 |
| SEHOY ENERGY LTD. PARTNERSHIP | CALISLE DEAN 333 TEXAS STREET, SUITE 619 SHREVEPORT LA 71101-3679 |
| SELLARS FAMILY LLC | MS. JODI SMITH 11128 WINDJAMMER DR. FRISCO TX 75034 |
| SEPULGA RIVER FUELS, LLC | COSBY H. MARTIN, JR 15 RODGERS LANE BREWTON AL 36426 |
| SESNON OIL COMPANY | 100 BUSH STREET, SUITE #550 SAN FRANCISCO CA 94104 |

| Claim Name | Address Information |
|---|---|
| SHADOW HILL, LLC | P.O. BOX 6212 BOSSIER CITY LA 71171 |
| SHELLBARK VENTURES, LLC | CORRY WOOLINGTON 1920 SOUTH CLEVELAND STREET ENID OK 73703 |
| SHELLEY M. CHAVANNE | 7 SWITCHBUD PLACE, STE 192-209 THE WOODLANDS TX 77380 |
| SHERRY FITE | 3559 CR 4807 TROUP TX 75789 |
| SHIFTING SANDS, LLC | JOHN M. SHUEY, JR. 631 MILAM STREET, SUITE 200 SHREVEPORT LA 71101 |
| SHORE ENERGY, L.P. | W. TIM SEXTON 26 CRESTWOOD DRIVE HOUSTON TX 77007 |
| SIMBA INVESTORS, LLC | MARK RAUCH P.O. BOX 270415 HOUSTON TX 77277-0415 |
| SPANISH FORT ROYALTY, LLC | P.O. BOX 7429 SPANISH FORT AL 36577 |
| SPAULDING OIL & GAS CORP. | 410 SUMMERCREST COURT SAPULPA OK 74066 |
| SPINDLETOP OIL & GAS CO. | CHRIS G. MAZZINI 12850 SPURLING ROAD, STE 200 DALLAS TX 75230 |
| STATESIDE OIL, INC | DAVID GARDNER 952 ECHO LANE, STE. 380 HOUSTON TX 77024 |
| STEVEN A. PICKETT | 102 N. COLLEGE AVE., STE. 614 TYLER TX 75702 |
| STEVEN E. CALHOUN | P.O. BOX 7621 TYLER TX 75711 |
| STICKER RESOURCE INVESTMENTS, LLC | EDWIN E. STICKER P.O. BOX 13547 JACKSON MS 39236 |
| STONE DEVELOPMENT, LLC | L. C. CHERAMIE P.O. BOX 12004 JACKSON MS 39236 |
| STRAGO PETROLEUM CORPORATION | BUD GOZA 3209 HAMM ROAD PEARLAND TX 77581 |
| STROUD FAMILY, L.P. | ROBERT STROUD 333 TEXAS AVE., STE. 860 SHREVEPORT LA 71101 |
| SUGAR OIL PROPERTIES, L.P. | MICKEY QUINLAN 625 MARKET STREET, STE. 100 SHREVEPORT LA 71101 |
| SUMMIT LLC | ALVIN BYRD 229 DOGWOOD LN. MADISON MS 39110 |
| SUZANNE WOMACK | 803 THORNBRANCH HOUSTON TX 77079 |
| SYLCO EXPLORATION, L.L.C. | ANDREW T. SYLTE P.O. BOX 12564 PENSACOLA FL 32591 |
| T.A. LEONARD | 7817 PETERSEN POINT ROAD MILTON FL 32583 |
| TARA RUDMAN REVOCABLE TRUST | IRA W. SILVERMAN 5910 N. CENTRAL EXPRESSWAY, STE 1662 DALLAS TX 75206 |
| TAUBER EXPLORATION & PRODUCTION CO. | RICHARD TAUBER 55 WAUGH DRIVE, SUITE 600 HOUSTON TX 77007 |
| TCP COTTONWOOD, L.P. | T. COLE ANDERSON 333 TEXAS STREET, SUITE 2020 SHREVEPORT LA 71101 |
| TDX ENERGY, LLC | GLEN E. KELLY 401 EDWARDS STREET, STE 1900 SHREVEPORT LA 71101 |
| TE-RAY RESOURCES INC. | 132089 N. MACARTHUR BLVD. OKLAHOMA CITY OK 73142 |
| TEEKELL OIL & GAS, INC. | BYRUM W. TEEKELL 401 EDWARDS STREET, SUITE 1130 SHREVEPORT LA 71101 |
| TENEXCO, INC. | RICHARD INCANDELA II 17W 715C BUTTERFIELD ROAD OAK BROOK TERRACE IL 60181 |
| TEPCO, LLC | C/O BKD, LLP 2700 POST OAK BLVD, STE. #1500 HOUSTON TX 77056 |
| THE COLEMAN REV. LIVING TRUST | BOBBY COLEMAN 4600 GREENVILLE AVE STE. 300 DALLAS TX 75206-5038 |
| THE MR TRUST | WES HERNDON 6500 GREENVILLE AVE., SUITE 110 DALLAS TX 75206 |
| THE SATER FAM. PARTNERSHIP LP | ALVRONE SATER P.O. BOX 2509 EVANSVILLE IN 47728 |
| THE WHITNEY CORPORATION | 1130 CONGRESS AVE., SUITE B CINCINNATI OH 45246 |
| THOMAS ENERGY, LLC | P.O. BOX 809 BREWTON AL 36427 |
| TIEMBO, LTD. | MARK RAUCH P.O. BOX 270415 HOUSTON TX 77277-0415 |
| TOM YOUNGBLOOD | P.O. BOX 5926 SHREVEPORT LA 71135 |
| TOMMY ALAN FITE | 20377 HIGHWAY 110 SOUTH WHITEHOUSE TX 75791 |
| TRANT KIDD FAMILY PARTNERSHIP, LTD. | TRANT KIDD 102 NORTH COLLEGE SUITE 106 TYLER TX 75702 |
| TRIMBLE ENERGY LLC | JAMES C. TRIMBLE 5331 LOBELLO DRIVE DALLAS TX 75229 |
| TRINITY EXPLORATION L.L.C. | STEVEN R. HATCHER, JR. 110 E. HARVARD AVE. DENVER CO 80210 |
| TRIUMPHANT MANAGEMENT, LLC | STEFANO FEO 3757 GULF SHORES PKWY., SUITE BA-1 GULF SHORES AL 36542 |
| TSC OIL & GAS INC. | RON BLISS 4925 GREENVILLE AVE., SUITE 600 DALLAS TX 75206 |
| TST ENERGY, LLC | TRACY S. TOUPS 3238 BARKSDALE BLVD. BOSSIER CITY LA 71112 |
| TURNER FAMILY MISSISSIPPI | MINERAL HOLDINGS, L.L.C. SUZANNE W. TURNER P.O. BOX 2750 BATON ROUGE LA 70821-2750 |
| TWIN BRIDGES RESOURCES L.L.C. | DAVID W. WALLACE 475 17TH STREET, SUITE 900 DENVER CO 80202 |
| TYLER OIL & GAS, LLC | BT STEADMAN P.O. BOX 12761 JACKSON MS 39236 |
| UPTON FAMILY LIVING TRUST | BETTY W. UPTON 14934 BRAMBLEWOOD DRIVE HOUSTON TX 77079-6335 |

| Claim Name | Address Information |
|---|---|
| VENATOR, LLC | 427 SOUTH BOSTON AVE., SUITE 706 TULSA OK 74103-4112 |
| VICKERY EXPLORATION, LLC | JIMMY D. VICKERY 333 SUMMERVILLE DRIVE MADISON MS 39110 |
| W. HARLAN BENNE III | P.O. BOX 5316 BOSSIER CITY LA 71171 |
| WALLACE & WALLACE LLC | 6163 KAY BROOK DR. BYRAM MS 39272 |
| WALLACE HAROLD BROWN CST | CHARLES L. WILLIAMS P.O. BOX 1685 SHREVEPORT LA 71165 |
| WALLER BROTHERS, INC. | DON WALLER 524 E. PASCAGOULA STREET JACKSON MS 39201 |
| WALTER ROBERT HEWELL | 265 EDINBURGH ROAD SAN ANGELO TX 76901 |
| WEMO, INC. | B. CRAIG WEBB P.O. BOX 5326 SHREVEPORT LA 71135-5326 |
| WHITAKER PETROLEUM | J. PARKER NESBITT 333 TEXAS STREET, SUITE 521 SHREVEPORT LA 71101 |
| WILDHORSE RESOURCES, LLC | P.O. BOX 79588 HOUSTON TX 77279 |
| WILLIAM M. LONABAUGH | 13401 SABLE TREE COURT ROSHARON TX 77583 |
| WILLIAM MARVIN HEWELL | 18754 N. 95TH WAY SCOTTSDALE AZ 85255 |
| WILLIAM R. & GLORIA R. ROLLO REV. TRUST | P.O. BOX 894 MILTON FL 32572 |
| WILLIAM RUDD LIMITED PARTNERSHIP | KATHRYN RUDD SALPIETRA P.O. BOX 1797 WASKOM TX 75692 |
| WILLIAM S. SCHREIER | 8 SPRUCE ST, APT 68 H NEW YORK NY 10038 |
| WIMBERLEY PARK LTD. | PETER M. WAY P.O. BOX 36530 HOUSTON TX 77236 |
| WITT OIL PRODUCTION, INC. | P.O. BOX 1607 SHREVEPORT LA 71165-1607 |
| WSK PROPERTIES, LLC | SCOTT KNIGHT P.O. BOX 508 TYLER TX 75710 |
| WUELLNER OIL & GAS, INC. | DIRCK WUELLNER 333 TEXAS STREET, SUITE 608 SHREVEPORT LA 71101 |
| YATES RESOURCES, LP | BROOK YATES 3131 SOUTHWESTERN BLVD. DALLAS TX 75225 |
| YELBOM OIL, INC. | GREGORY B. MOBLE P.O. BOX 1091 SHREVEPORT LA 71163-1091 |

**Total Creditor count  360**

**EXHIBIT B**

**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

Debtor 1:  Sklar Exploration Company, LLC

Jointly Administered
Under Case #:                              20-12377-EEB

Debtor 2:  Sklarco, LLC

Chapter:                              11

**Local Bankruptcy Form 9013-1.1**
**Notice of MOTION FOR CLARIFICATION OF ORDERS AND TO AUTHORIZE IMMEDIATE OFFSET OF JOINT INTEREST BILLING OBLIGATIONS**

**Part 1   Objection Deadline**

Objection Deadline:  **SEPTEMBER 29, 2020**

**Part 2   Notice**

NOTICE IS HEREBY GIVEN Sklar Exploration Company, LLC and Sklarco, LLC (the "Debtors"), have filed a Motion to for Clarification of Orders and to Authorize Immediate Offset of joint Interest Billing Obligations, and requests the following relief: entry of an Order clarifying that *Final Order Authorizing Use of Cash Collateral, Granting Adequate Protection, and Providing Related Relief* (Docket No. 433) ("Final Cash Collateral Order"), clarifying the *Order Authorizing Payment of Working Interest Obligations and Limited Offset of Joint Interest Billing Obligations* (Docket No. 317) ("Oil and Gas Order") do not limit SEC's collection efforts in the event of non-payment of Joint Interest Billing Obligations by working interest holders, including without limitation, offsetting unpaid JIBS against post-petition revenue without written consent from working interest holders who have been notified of the failure to pay JIBs, but have still refused or failed to pay such amounts. A copy of the pleading is available for inspection on PACER or upon request from the undersigned attorney.

If you object to the Motion, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Debtor at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.  In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

**Part 3   Signature of Movant's Attorney or Movant (if unrepresented)**

Dated: September 22, 2020.

Respectfully submitted,

By: */s/   Keri L. Riley*
   Lee M. Kutner #10966
   Keri L. Riley, #47605
   **KUTNER BRINEN, P.C.**
   1660 Lincoln St., Suite 1850
   Denver, CO  80264
   Telephone:  (303) 832-2400
   Telecopy: (303) 832-1510
    E-Mail: klr@kutnerlaw.com