UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGIES, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The Amended Schedules of Assets and Liabilities (collectively with attachments, the "Schedules") and the Amended Statements of Financial Affairs (collectively with attachments, the "Statements," and together with the Schedules, the "Schedules and Statements") filed by Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together with SEC, the "Debtors") as debtors and debtors-in-possession were prepared pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure by management of the Debtors, with the assistance of the Debtors' advisors, including the Chief Restructuring Officer ("CRO"), and are unaudited.

These Global Notes and Statement of Limitations, Methodologies, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, each Debtor's respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

While the Debtors' management has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available at the time of preparation, inadvertent errors, inaccuracies, or omissions may have occurred or the Debtors may discover subsequent information that requires material changes to the Schedules and Statements.  Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete.

The Schedules and Statements have been signed by James Katchadurian as CRO of the Debtors.  In reviewing and signing the Schedules and Statements, Mr. Katchadurian necessarily

relied upon the efforts, statements, and representations of the Debtors' other personnel and advisors.  Mr. Katchadurian has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor addresses.

The Global Notes supplement and are in addition to any specific notes contained in the respective Schedules or Statements.  Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

1.      ***Description of Cases***.  The Debtors filed their voluntary petitions for relief pursuant to Chapter 11 of the Bankruptcy Code on April 1, 20202 ("Petition Date").  The Debtors' chapter 11 cases are jointly administered for procedural purposes only under Case No. 20-12377.  Copies of the Global Notes are being filed with each of the Debtors' respective Statements and Schedules in their respective cases.  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      ***"As Of" Information Date***.  To the best of the Debtors' knowledge, the asset information provided herein, except as expressly noted otherwise, represents the asset data of the Debtors as of the Petition Date.  Where applicable, the basis for the valuation of each asset is listed on the Schedules. The Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein.  In addition, the amounts shown for total liabilities may exclude items identified as "unknown," or listed with a value of $0, and as a result, the liabilities may differ materially from those stated in the Schedules and Statements.  Financial statements included herein include estimates to the best of the Debtors' knowledge.

3.      ***General Reservation of Rights***.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to amend the Schedules and Statements with respect to any claim ("Claim") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated."  Listing a Claim does not constitute an admission of (i) liability, or (ii) amounts due or owed, if any, by the Debtor against which the Claim is listed or against any of the Debtors.  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these chapter 11 cases, including issues involving Claims, substantive consolidation, defenses, equitable subordination, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

4. **Basis of Presentation**.  For financial reporting purposes, prior to the Petition Date, the Debtors prepared financial statements on a consolidated basis, which were audited annually.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles nor are they intended to reconcile fully with any consolidated financial statements prepared by the Debtors.  Unlike the consolidated financial statements, the Schedules and Statements reflect the assets and liabilities of each separate Debtor. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.  The basis for listing certain assets in the manner included in the Schedules is set forth more fully herein.

5. **Recharacterization**.  The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the Claims, assets, executory contracts, unexpired leases, interests, and other items reported in the Schedules and Statements.  Nevertheless, the Debtors may not have accurately characterized, classified, categorized, or designated certain items.  The Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate.

6. **Court Orders**.  Pursuant to certain orders of the Bankruptcy Court entered in these chapter 11 cases (the "First Day Orders"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition Claims of employees.  Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and, therefore, generally are not listed in the Schedules and Statements.  Regardless of whether such Claims are listed in the Schedules and Statements, to the extent such Claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement the Schedules and Statements as is necessary or appropriate.

7. **Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change.  The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

8. **Excluded Assets and Liabilities**.  The Debtors have excluded possible rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected (if any), to the extent such damage Claims exist.

9. **Reservation of Rights**.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

10. **Executory Contracts**.  To the best of their knowledge, all of the Debtors' executory contracts and unexpired leases are listed on Schedule G of the Debtors' Schedules and the oil and natural gas leases held by Sklarco are listed in Schedule A/B 55. The Debtors reserve all of their rights with respect to the named parties to any and all executory contracts, including the right to amend Schedule G.  In addition, although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature of the contract or lease,

3

or an admission as to the existence or validity of any Claims held by any counterparty to such contract or lease. Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

11.     ***Totals***.  All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Schedules and Statements.  To the extent there are unknown or otherwise undetermined amounts, the actual total may be different than the listed total.

12.     ***Mechanics Liens***.  The property and equipment listed in the Schedules are presented without consideration of any mechanics', materialman's or other similar liens. Such liens may apply, and the Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor.

13.     ***Global Notes Control***.  In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

### Specific Disclosures with Respect to Amendments to SEC's Statement of Financial Affairs

14.     ***Part 2, Question 4.***  Responses to this question have been expanded to include the identification of payments to all insiders, including other officers of the Debtors, as well as a more thorough distinction between payments for salaries, expenses, and revenue paid to insiders on account of royalty or overriding royalty interests.

15.     ***Part 11, Question 21***.  Revised to more accurately describe the funds held for others as of the Petition Date, including an allocation of funds held as of the Petition Date attributed to January revenue.

16.     ***Part 13, Question 25***.  Amended to include SEC's ownership interest in THP Partners. SEC was previously identified as holding solely legal title to the interest in THP Partners, with the equitable interest held by the Howard Sklar Trust.  Based on further review of documents, including applicable contracts, it was determined that SEC holds the legal and equitable interest in THP Partners.

### Specific Disclosures with Respect to SEC's Schedules

17.     ***Schedule A/B, No. 13.***  Amended to list an ownership interest in THP Partners II, LP.  SEC's Schedule A/B previously listed that SEC held only bare legal title to the interest in THP Partners. Based on available information, including applicable investment agreements, assignments, and Form K-1s issued by THP Partners, a determination was made that SEC holds the legal and equitable interest in THP Partners. The Debtors' investigation is ongoing, and ownership of the interest in THP Partners is subject to further review and revision as additional information becomes available.

18.     ***Schedule A/B, No. 77.***  Amended to list SEC's interest in the Participation and Unit Operating Agreements as operator.  While the Participation and Unit Operating Agreements were

4

previously listed on Schedule G, SEC's interest in the contracts was inadvertently omitted from Schedule A/B.

19.     ***Schedule D.***  Amended to list Ally Bank as a secured creditor with a purchase money security interest in a 2018 Ford Truck.  Ally Bank was previously listed as an unsecured creditor.

20.     ***Schedule E/F, Part 2:  Creditors Holding Non-Priority Unsecured Claims.***  SEC has used its reasonable best efforts to list all general unsecured claims against SEC on Schedule E/F based upon SEC's existing books and records.

Schedule E/F has been amended to identify the parties holding claims for unpaid revenue from January and February sales.  In each instance, SEC has used its best efforts to include the last known address for the claimant. These parties have previously received notice of the bankruptcy filing and claims bar date, as well as the Debtors' Motion to Extend Time to Assume or Reject Non-Residential Real Property Leases.  The amendments are intended to more specifically identify the amounts that may be owed to those parties.  Some of the parties may have been paid on a post-petition basis for any amounts owed for royalty or overriding royalty interests.

SEC has further amended Schedule E/F to list parties to whom revenue is owed and liabilities arising from cash call advances as contingent and unliquidated.  These amounts are subject to change over time, particularly liabilities arising from cash call advances, which will continue to be reduced as the work for which the cash call advance was paid is performed.

<u>**Specific Disclosures with Respect to Amendments to Sklarco's**</u>
<u>**Statement of Financial Affairs**</u>

21.     ***Part 13, Question 25.***  Amended to include Sklarco's ownership interest in 1908 Brands, Inc., 9.7 Conroe Ventures, Boulders on Fern, LLC, LTP Opportunity Fund I, LP, LTP TimberQuest Fund, LP, Sanus Pharmaceuticals, LLC, Trout Creek Ventures, and West Arcadia Pipeline, LLC (collectively the "Investment Companies").  Sklarco was previously identified as holding bare legal title to the interests in the Investment Companies, with the equitable interest held by the Howard Sklar Trust, Alan Sklar Trust, or Jacob Sklar Trust.  Based on available information, including applicable investment agreements, assignments, and Form K-1s issued by the Investment Companies, a determination was made that Sklarco holds the legal and equitable interests in the Investment Companies. The Debtors' investigation is ongoing, and ownership of the interests in the Investment Companies are subject to further review and revisions as additional information becomes available.

22.     ***Part 13, Question 30***. Amended to provide additional information on distributions and payments to Howard Sklar, the Howard Sklar Trust, the Jacob Sklar Trust, and the Alan Sklar Trust.  In each instance, the attached schedule identifies, where possible, the date, amount, and reason for the applicable payment.  By way of example, a July 24, 2020 payment to Howard Sklar and/or the Howard Sklar Trust is divided between salary and distribution.

## Specific Disclosures with Respect to Sklarco's Schedules

23.     ***Schedule A/B, No. 13.***  Amended to list an ownership interest in the Investment Companies.  Schedule A/B previously stated that Sklarco held only bare legal title to the interests in the Investment Companies.  Based on available information, including applicable investment agreements, assignments, and Form K-1s issued by the Investment Companies, a determination was made that Sklarco holds the legal and equitable interests in the Investment Companies. The Debtors' investigation is ongoing, and ownership of the interests in the Investment Companies are subject to further review and revisions as additional information becomes available.

24.     ***Schedule A/B, No. 50.***  Amended to clarify that the machinery, fixtures, and well equipment cannot be severed from wells and mineral leases owned by Sklarco.

25.     ***Schedule E/F, Part 2:  Creditors Holding Non-Priority Unsecured Claims.*** Sklarco has used its reasonable best efforts to list all general unsecured claims against Sklarco on Schedule E/F based upon Sklarco's existing books and records.

Schedule E/F has been amended to list each party to whom a payment for joint interest billing is owed as holding a claim that is contingent and unliquidated.  These amounts may be reduced on a post-petition basis a result of operators netting Sklarco's revenue owed for projection against unpaid Joint Interest Billings.

Dated: September 25, 2020                    Respectfully submitted,

By: */s/ Keri L. Riley*
     Lee M. Kutner, #10966
     Keri L. Riley, #47605
     **KUTNER BRINEN, P.C.**
     1660 Lincoln Street, Suite 1850
     Denver, CO 80264
     Telephone:  (303) 832-2400
     E-Mail: lmk@kutnerlaw.com

**Fill in this information to identify the case:**

Debtor name    **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **20-12377-EEB**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

**Part 1:**   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..............................................................   $     **441,708.17**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................   $     **9,877,581.06**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................   $     **10,319,289.23**

---

**Part 2:**   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **22,885,690.48**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................   $     **466,448.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$     **22,544,337.73**

4.   **Total liabilities** ...........................................................................................
    Lines 2 + 3a + 3b     $     **45,896,476.21**

**Fill in this information to identify the case:**

Debtor name **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **20-12377-EEB**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | East West Bank | Checking - Operating | 8657 | $769,715.88 |
| 3.2. | East West Bank | Checking - Revenue | 8665 | $1,827,903.90 |
| 3.3. | East West Bank | Checking - Payroll | 8681 | $810.26 |
| 3.4. | East West Bank | Checking - Benefits | 8673 | $4,551.90 |

**4. Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | Note Receivable - Marshall Jones | $54,087.50 |
| 4.2. | Accounts Receivables from Sale of Oil and Gas Production; subject to claims of interest holders, including royalty interests, and 20% attributable to Sklarco's interest | $3,216,756.69 |

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* **20-12377-EEB** |
|---|---|---|
| | Name | |

| 4.3. | **Hedging Settlements due as of Petition Date** | **$173,495.00** |
|---|---|---|

**5.** **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$6,047,321.13** |
|---|---|

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Deposit for Plug & Abandonment Obligations in Alabama; held by Acstar Insurance** | **$100,000.00** |
|---|---|---|
| 7.2. | **Electricity Deposit - Alabama Power** | **$500.00** |
| 7.3. | **Electricity Deposit - Mississippi Power** | **$8,400.00** |
| 7.4. | **Electricity Deposit - Upshur Rural Electric Cooperative** | **$765.00** |
| 7.5. | **Electricity Deposit - Cherokee County Electric Cooperative Association** | **$578.00** |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Deposited Funds for Benny Card for Employee HRAs; heald by Werntz** | **$18,631.12** |
|---|---|---|
| 8.2. | **Prepayment for Subscription - S&P Global Platts** | **$13,694.05** |
| 8.3. | **Prepayment for Subscription - S&P Global Platts** | **$4,237.92** |
| 8.4. | **Prepaid Deposit held by Omni Hotel & Resort** | **$25,805.00** |
| 8.5. | **Workers' Comp Insurance Prepayment - J&H Insurance Service, Inc.** | **$4,662.33** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor **Sklar Exploration Company, LLC**
Name

Case number *(If known)* **20-12377-EEB**

---

|  |  |  |
|---|---|---|
| 8.6. | **Prepayments for Multiple Policies, Including Crime and Travel - J&H Insurance Services, Inc.** | **$19,411.75** |
| 8.7. | **Auto Insurance Prepayment** | **$18,278.84** |
| 8.8. | **OEE Well Prepayment - J&H Insurance Services, Inc.** | **$10,158.59** |

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

|  |
|---|
| **$225,122.60** |

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:    1,742,859.27    -    141,534.51   = ....    **$1,601,324.76**
                          face amount            doubtful or uncollectible accounts

11b. Over 90 days old:    761,893.04    -    652,737.18   =....    **$109,155.86**
                        face amount            doubtful or uncollectible accounts

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

|  |
|---|
| **$1,710,480.62** |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: |  |  |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership

| 15.1. | **THP Partners II, LP**[1] | 0.13   % |  | **$0.00** |
|---|---|---|---|---|
| 15.2. | **Hedging Agreements** | % |  | **Unknown** |

---

Schedule A/B Assets - Real and Personal Property

**1 The Debtors' investigation of the ownership of the companies is ongoing and subject to further review and revision as additional information becomes available.**

| Debtor | **Sklar Exploration Company, LLC** | Case number *(If known)* **20-12377-EEB** |
|---|---|---|
| | Name | |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

| | $0.00 |
|---|---|

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office Furniture - See Attached** | $88,663.30 | **Tax records/Cost** | $461,206.37 |
| 40. | **Office fixtures**<br>**Office Fixtures - See Attached, Building Category** | $46,185.00 | **Tax records/Cost** | $173,329.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Misc. Office Supplies and Computer Hardware - See Attached** | $24,189.27 | **Tax records/Cost** | $328,857.12 |
| | **Software Licenses - See attached** | $92,643.23 | | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | $963,392.49 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

| Debtor | **Sklar Exploration Company, LLC** | | Case number *(If known)* | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  Vehicles - See attached | $571,417.29 | Tax records/Cost | $931,264.22 |
| **48.  Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51.  Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $931,264.22 |
|---|

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  Leasehold Improvements - See Attached | | $99,952.16 | Tax records/Cost | $441,708.17 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Sklar Exploration Company, LLC**                                 Case number *(If known)*  **20-12377-EEB**
Name

56.    **Total of Part 9.**

|  |  |
|---|---|
| | **$441,708.17** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** **Sklarexploration.com** | Unknown | | Unknown |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**

|  |  |
|---|---|
| | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

Debtor   **Sklar Exploration Company, LLC**
_____   Case number *(If known)*   **20-12377-EEB**
Name

71.   **Notes receivable**
Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
   **Interests in Participation and Unit Operating Agreements as operator; contracts are more specifically identified on Exhbit to Schedule G**                                    **Unknown**

---

78.   **Total of Part 11.**                                                         | **$0.00** |
   Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Debtor | **Sklar Exploration Company, LLC** | Case number *(If known)* **20-12377-EEB** |
|--------|-----------------------------------|-------------------------------------------|
|        | Name                              |                                           |

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|--------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,047,321.13 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $225,122.60 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,710,480.62 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $963,392.49 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $931,264.22 | |
| 88. **Real property.** *Copy line 56, Part 9* ...............................................................> | | $441,708.17 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,877,581.06 | + 91b. $441,708.17 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $10,319,289.23 |

**Asset Depreciation Report for Sklar Exploration Company**
**All fixed assets use SLD unless otherwise noted**

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| | | **ORGANIZATIONAL COSTS** | | | |
| | | **1301 - BUILDINGS** | | | |
| **ASSET Acquired** | | | | | |
| 6/20/2000 | 6/30/2000 | 1301 | Office Improvements | 13,621.00 | 6,432.31 |
| 9/9/2008 | 9/30/2008 | 1301 | SLPpet FMSh 7.00OmitOfActive New | 55,299.00 | - |
| 6/24/2009 | 6/30/2009 | 1301 | SLPice FM 39.00Omit Active New Not | 53,276.00 | 37,464.57 |
| 6/30/2009 | 6/30/2009 | 1301 | SLPrcadFM | 2,318.00 | 536.97 |
| 8/5/2009 | 8/31/2009 | 1301 | W Arcadia Field Office - Office Fur | 7,236.00 | - |
| 9/4/2009 | 9/30/2009 | 1301 | W Arcadia Field Office - Water & Se | 7,164.00 | 1,751.20 |
| 10/1/2009 | 10/31/2009 | 1301 | W Arcadia Field Office - Pipe Racks | 4,500.00 | - |
| 5/2/2010 | 5/31/2010 | 1301 | Alabama Field Office Remodel | 3,407.00 | - |
| 5/2/2010 | 5/31/2010 | 1301 | Alabama Field Office Remodel | 4,461.00 | - |
| 5/2/2010 | 5/31/2010 | 1301 | Alabama Field Office Remodel | 5,577.00 | - |
| 5/18/2010 | 5/31/2010 | 1301 | West Arcadia Yard Shed | 1,335.00 | - |
| 5/25/2010 | 5/31/2010 | 1301 | West Arcadia Yard Shed | 11,037.00 | - |
| 10/15/2010 | 10/31/2010 | 1301 | West Arcadia Yard Shed | 4,098.00 | - |
| **Totals for 1301** | | | | **173,329.00** | **46,185.05** |
| | | | | √ | |
| | | **1302- LEASEHOLD IMPROVEMENTS** | | | |
| **ASSET Acquired** | | | | | |
| 5/11/1999 | 5/31/1999 | 1302 | Leasehold Improvements | 36,226.00 | 16,100.28 |
| 2/4/2002 | 2/28/2002 | 1302 | Leasehold Improvements | 11,567.00 | 5,956.31 |
| 9/9/2008 | 9/30/2008 | 1302 | Leasehold Improvements | 72,662.00 | 49,683.44 |
| 4/30/2009 | 4/30/2009 | 1302 | W Arcadio Field Office - Propane Ta | 1,350.00 | - |
| 5/31/2009 | 5/31/2009 | 1302 | W Arcadia Field Office - Parking Ar | 29,053.00 | 6,455.99 |
| 7/16/2009 | 7/31/2009 | 1302 | W Arcadia Field Office - Fence | 43,875.00 | 10,237.50 |
| 7/30/2009 | 7/31/2009 | 1302 | W Arcadia Field Office - Fence | 34,174.00 | 7,973.70 |
| 8/31/2009 | 8/31/2009 | 1302 | SLPrcadFM F15.00OmitceActivekNew | 13,366.00 | 3,194.89 |
| 9/13/2011 | 9/30/2011 | 1302 | SLPodelFM  5.00Omit Active New Not | 94,457.00 | - |

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 12/28/2011 | 12/31/2011 | 1302 | SLPrmosFMt 10.00Omit Active New Not | 3,737.00 | 350.04 |
| 7/24/2013 | 7/31/2013 | 1302 | Gene Nims Builders, Inc. | 14,661.00 | - |
| 5/21/2013 | 5/31/2013 | 1302 | Key-Rite Security | 3,955.24 | - |
| 7/8/2013 | 7/31/2013 | 1302 | Key-Rite Security | 1,977.62 | - |
| 10/7/2013 | 10/31/2013 | 1302 | Sand Construction of Colorado- Metal in | 2,400.00 | - |
| 9/19/2014 | 9/30/2014 | 1302 | Modular Enclosure Walls- First floor | 51,271.19 | - |
| 9/19/2014 | 9/30/2014 | 1302 | Modular Enclosure Walls- Second floor | 8,323.42 | - |
| 9/19/2014 | 9/30/2014 | 1302 | Installation of modular offices | 18,652.70 | - |
| **Totals for 1302** | | | | **441,708.17** | **99,952.16** |

√

## 1306- FURNITURE & FIXTURES

**ASSET Acquired**

| | | | | | |
|---|---|---|---|---|---|
| 5/11/1999 | 5/31/1999 | 1306 | Desks | 15,247.00 | - |
| 5/11/1999 | 5/31/1999 | 1306 | File Cabinets | 3,390.00 | - |
| 6/15/1999 | 6/30/1999 | 1306 | Conference Room Chairs | 2,786.00 | - |
| 6/15/1999 | 6/30/1999 | 1306 | Desks | 3,082.00 | - |
| 6/15/1999 | 6/30/1999 | 1306 | Chairs | 1,467.00 | - |
| 6/21/1999 | 6/30/1999 | 1306 | Desks | 5,448.00 | - |
| 7/9/1999 | 7/31/1999 | 1306 | Chairs | 1,039.00 | - |
| 7/9/1999 | 7/31/1999 | 1306 | Table | 589.00 | - |
| 4/24/2000 | 4/30/2000 | 1306 | SLPirs FM 7.00Omit Active New Not | 1,772.00 | - |
| 5/26/2000 | 5/31/2000 | 1306 | SLPk FM 7.00Omit Active New Not | 3,000.00 | - |
| 5/30/2000 | 5/31/2000 | 1306 | SLPing FMbi 7.00Omit Active New Not | 724.00 | - |
| 5/30/2000 | 5/31/2000 | 1306 | Desk | 6,610.00 | - |
| 5/30/2000 | 5/31/2000 | 1306 | Filing Cabinet | 1,856.00 | - |
| 6/20/2000 | 6/30/2000 | 1306 | Furniture | 1,315.00 | - |
| 6/29/2000 | 6/30/2000 | 1306 | Filing Cabinet | 1,262.00 | - |
| 7/16/2000 | 7/31/2000 | 1306 | Desk | 1,028.00 | - |
| 11/9/2001 | 11/30/2001 | 1306 | 2 Desk - Desk, Corner, Lat. File | 2,254.00 | - |
| 11/15/2001 | 11/30/2001 | 1306 | 9 Desks & Returns | 5,992.00 | - |
| 12/11/2001 | 12/31/2001 | 1306 | Granite Conference Room Tabletop | 1,363.00 | - |
| 12/27/2001 | 12/31/2001 | 1306 | 2 Paintings for office | 1,498.00 | - |
| 1/15/2002 | 1/31/2002 | 1306 | Conference Room Table | 1,363.00 | - |
| 1/15/2002 | 1/31/2002 | 1306 | Chairs | 4,194.00 | - |
| 2/1/2002 | 2/28/2002 | 1306 | Table Base | 1,263.00 | - |

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 2/5/2002 | 2/28/2002 | 1306 | Side Table | 1,053.00 | - |
| 2/10/2002 | 2/28/2002 | 1306 | Filing Cabinets | 3,455.00 | - |
| 3/10/2002 | 3/31/2002 | 1306 | Filing Cabinets | 1,115.00 | - |
| 7/13/2004 | 7/31/2004 | 1306 | Vertical Filing Cabinets (8) | 1,276.00 | - |
| 7/15/2004 | 7/31/2004 | 1306 | 2 - Drawer Lateral Filing Cabinet | 736.00 | - |
| 2/17/2006 | 2/28/2006 | 1306 | Lateral Filing Cabinets | 1,922.00 | - |
| 5/8/2006 | 5/31/2006 | 1306 | File | 2,112.00 | - |
| 11/16/2006 | 11/30/2006 | 1306 | Mountain Goat Picture | 1,465.00 | - |
| 8/27/2007 | 8/31/2007 | 1306 | 5 Filing Cabinets | 1,634.00 | - |
| 3/28/2008 | 3/31/2008 | 1306 | SLPk w/FMtu 7.00OmitLaActivetNew Not | 1,451.00 | - |
| 7/7/2008 | 7/31/2008 | 1306 | SLPirs FM  7.00Omit  Active New Not | 1,607.00 | - |
| 7/15/2008 | 7/31/2008 | 1306 | SLP   FM  7.00Omit  Active New Not | 2,630.00 | - |
| 9/3/2008 | 9/30/2008 | 1306 | Conference Room Chairs - Geology | 2,553.00 | - |
| 9/3/2008 | 9/30/2008 | 1306 | Table - GE | 1,171.00 | - |
| 9/10/2008 | 9/30/2008 | 1306 | Lateral File | 2,049.00 | - |
| 10/3/2008 | 10/31/2008 | 1306 | Office Furniture-C Ezelle | 2,986.00 | - |
| 10/6/2008 | 10/31/2008 | 1306 | Credenza-C Ezelle | 1,226.00 | - |
| 11/3/2008 | 11/30/2008 | 1306 | Office Chairs-C Ezelle | 1,089.00 | - |
| 11/17/2008 | 11/30/2008 | 1306 | Chairs - HFS | 2,342.00 | - |
| 9/2/2009 | 9/30/2009 | 1306 | Engineer Deak and Lateral File | 3,929.00 | - |
| 3/5/2011 | 3/31/2011 | 1306 | Couch and Table for Geology Confere | 1,736.50 | 28.99 |
| 7/12/2011 | 7/31/2011 | 1306 | Office Furniture - My Office Produc | 5,122.73 | 256.11 |
| 7/26/2011 | 7/31/2011 | 1306 | Laterals & Bookcases | 2,623.78 | 131.47 |
| 8/22/2011 | 8/31/2011 | 1306 | Office Furniture | 4,039.56 | 235.80 |
| 9/5/2011 | 9/30/2011 | 1306 | Table for Corey's office | 434.39 | 28.95 |
| 12/5/2011 | 12/31/2011 | 1306 | Reception Decor & Rug | 2,413.66 | 221.47 |
| 9/18/2012 | 9/30/2012 | 1306 | SLPnituFM - 7.00Omit  Active New Not | 7,496.79 | - |
| 6/11/2013 | 6/30/2013 | 1306 | Pear Workplace Solutions- Deposit | 9,235.00 | 0.00 |
| 6/29/2013 | 6/30/2013 | 1306 | Pear Workplace Solutions | 10,982.21 | (0.00) |
| 7/23/2013 | 7/31/2013 | 1306 | Sand Construction of Colorado LLC- | 9,500.00 | - |
| 8/5/2013 | 8/31/2013 | 1306 | Capital One credit card 8/2013 Nathan | 1,792.08 | (0.00) |
| 9/5/2013 | 9/30/2013 | 1306 | Capital One credit card 9/2013 Chris | 4,424.61 | 0.00 |
| 9/9/2013 | 9/30/2013 | 1306 | BSC Signs- Interior Sklar wall sign | 1,053.32 | 0.00 |
| 9/27/2013 | 9/30/2013 | 1306 | Pear Workplace Solutions- Bookcases, | 4,494.49 | 0.00 |
| 9/29/2013 | 9/30/2013 | 1306 | BSC Signs- Interior sign | 1,053.32 | 0.00 |
| 9/29/2013 | 9/30/2013 | 1306 | BSC Signs- Exterior Sklar sign | 1,767.29 | 0.00 |
| 10/7/2013 | 10/31/2013 | 1306 | Sand Construction of Colorado LLC- | 9,650.00 | - |

|  |  |  |  | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 10/21/2013 | 10/31/2013 | 1306 | Pear Workplace Solutions | 15,010.33 | 0.00 |
| 12/17/2013 | 12/31/2013 | 1306 | Pear Workplace Solutions | 8,239.37 | (0.00) |
| 7/5/2013 | 7/31/2013 | 1306 | Capital One credit card 7/2013 Chris | 8,591.81 | (0.00) |
| 3/5/2014 | 3/31/2014 | 1306 | Pear Workplace Solutions- Big Horn | 2,581.44 | 61.53 |
| 1/4/2014 | 1/31/2014 | 1306 | Jewelry & Fossil Shop of Steamboat- | 149,730.00 | 58,644.25 |
| 1/10/2014 | 1/31/2014 | 1306 | Pear Workplace Solutions- Shelving and | 45,268.20 | 5,949.27 |
| 1/25/2014 | 1/31/2014 | 1306 | Pear Workplace Solutions- Hutches, | 2,962.01 | 35.36 |
| 9/19/2014 | 9/30/2014 | 1306 | Desk, installation and accessories | 1,311.40 | 757.48 |
| 9/19/2014 | 9/30/2014 | 1306 | Desk, installation and accessories | 2,529.63 | 1,461.73 |
| 9/19/2014 | 9/30/2014 | 1306 | Lateral file | 1,385.09 | 837.02 |
| 10/23/2014 | 10/31/2014 | 1306 | Jewelry & Fossil Shop of Steamboat- | 18,764.94 | 7,193.45 |
| 5/21/2015 | 5/31/2015 | 1306 | Pear workplace solutions - Cubicle | 4,927.49 | - |
| 3/18/2019 | 3/31/2019 | 1306 | Desk -LA | 2,835.30 | 2,457.26 |
| 3/31/2019 | 3/31/2019 | 1306 | Office Furniture - LA | 5,530.47 | 4,793.07 |
| 3/31/2019 | 3/31/2019 | 1306 | Office Desk - LA | 483.65 | 419.17 |
| 5/14/2019 | 5/31/2019 | 1306 | Ferris Officemart - LA | 5,255.67 | 4,671.71 |
| 5/28/2019 | 5/31/2019 | 1306 | Ferris Officemart - LA | 1,243.17 | 1,105.01 |
| | | | | | - |
| **Totals for 1306** | | | | **461,206.37** | **88,663.30** |

√

### 1307 - MISC OFFICE EQUIPMENT AND

**ASSET Acquired**

| | | | | | |
|---|---|---|---|---|---|
| 5/11/1999 | 5/31/1999 | 1307 | SLPrigeFMto 7.00Omit  Active New Not | 1,261.00 | - |
| 12/12/2005 | 12/31/2005 | 1307 | Ricoh Scanner | 4,694.00 | - |
| 4/23/2008 | 4/30/2008 | 1307 | Network | 1,081.00 | - |
| 9/5/2009 | 9/30/2009 | 1307 | AL | 3,501.00 | - |
| 1/5/2010 | 1/31/2010 | 1307 | Handhelds | 2,031.00 | - |
| 3/5/2010 | 3/31/2010 | 1307 | Handhelds | 1,401.00 | - |
| 6/11/2010 | 6/30/2010 | 1307 | ECS Server rack and hardware | 5,215.00 | - |
| 6/11/2010 | 6/30/2010 | 1307 | SLP SerFMr  5.00OmitHaActive New Not | 10,755.00 | - |
| 8/5/2010 | 8/31/2010 | 1307 | SLPn MoFMr  5.00Omit  Active New Not | 3,723.00 | - |
| 8/5/2010 | 8/31/2010 | 1307 | SLPd  FM   3.00Omit  Active New Not | 2,199.00 | - |
| 9/23/2010 | 9/30/2010 | 1307 | Shreveport Plotter | 6,619.00 | - |
| 6/28/2013 | 6/30/2013 | 1307 | Stuart's Inc. of Shreveport- Postage | 14,975.94 | 0.00 |
| 9/29/2010 | 9/30/2010 | 1307 | Archmail Technology Defender | 1,075.00 | - |
| 3/5/2015 | 3/31/2015 | 1307 | Copier Machine | 2,479.61 | 657.82 |

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 3/10/2015 | 3/31/2015 | 1307 | Sharp Clor Copier | 8,316.11 | 2,206.37 |
| 3/26/2019 | 3/31/2019 | 1307 | Ricoh Copier | 11,209.76 | 8,235.75 |
| **Totals for 1307** | | | | **80,536.42** | **11,099.94** |

√

## 1311 - COMPUTER HARDWARE &

**ASSET Acquired**

| | | | | | |
|---|---|---|---|---|---|
| 4/8/2008 | 4/30/2008 | 1311 | Log Scanner | 7,600.00 | - |
| 10/5/2010 | 10/31/2010 | 1311 | Computer | 1,891.00 | - |
| 10/19/2010 | 10/31/2010 | 1311 | ECS - ENGR Laptop & software | 1,073.00 | - |
| 11/5/2010 | 11/30/2010 | 1311 | Computer - Kim Ramsey | 1,074.00 | - |
| 12/19/2010 | 12/31/2010 | 1311 | Computer - Marshall | 1,135.00 | - |
| 1/5/2011 | 1/31/2011 | 1311 | Computer - Miles | 2,804.07 | 0.02 |
| 2/5/2011 | 2/28/2011 | 1311 | Computer - Corey | 2,812.68 | (0.03) |
| 2/10/2011 | 2/28/2011 | 1311 | Generator - Miss-Lou Oil Well Suppl | 1,919.93 | 15.98 |
| 3/31/2011 | 3/31/2011 | 1311 | 30" monitors - Cory & Don | 6,519.65 | - |
| 3/31/2011 | 3/31/2011 | 1311 | Computer - David | 975.63 | - |
| 4/18/2011 | 4/30/2011 | 1311 | Ikon Copier/Printer | 8,858.82 | - |
| 4/18/2011 | 4/30/2011 | 1311 | Apple Computer - Howard | 3,801.75 | - |
| 5/31/2011 | 5/31/2011 | 1311 | 2 Monitors | 1,152.38 | - |
| 6/30/2011 | 6/30/2011 | 1311 | 2 computers | 4,157.69 | - |
| 6/30/2011 | 6/30/2011 | 1311 | 2 computers Todd & Nathan | 5,091.66 | - |
| 6/30/2011 | 6/30/2011 | 1311 | Computer - Beth | 1,395.89 | - |
| 8/22/2011 | 8/31/2011 | 1311 | Glass top Scanner | 6,987.00 | - |
| 10/31/2011 | 10/31/2011 | 1311 | Server & Server switch | 13,034.00 | - |
| 2/27/2012 | 2/29/2012 | 1311 | ECS - Server | 14,320.99 | - |
| 2/27/2012 | 2/29/2012 | 1311 | Cisco Ethernet Switch | 10,068.23 | - |
| 12/19/2012 | 12/31/2012 | 1311 | SLPputeFM- 5.00OmitisActive New Not | 2,021.56 | - |
| 1/16/2013 | 1/31/2013 | 1311 | WolfePak, Inc.- Scanners | 3,112.50 | - |
| 1/30/2013 | 1/31/2013 | 1311 | ECS- Terminal server | 8,934.04 | (0.00) |
| 4/30/2013 | 4/30/2013 | 1311 | iSupportU | 8,810.55 | 0.00 |
| 6/30/2013 | 6/30/2013 | 1311 | ECS- Computers | 12,456.46 | 0.00 |
| 8/31/2013 | 8/31/2013 | 1311 | ECS- Laptop, docking station, monitors, | 3,020.85 | 0.00 |
| 9/11/2013 | 9/30/2013 | 1311 | CVI Digital Solutions- Large format color | 26,464.29 | (0.00) |
| 10/8/2013 | 10/31/2013 | 1311 | ECS | 6,359.04 | 0.00 |
| 7/31/2013 | 7/31/2013 | 1311 | ECS- Laptop for Travis | 1,219.89 | (0.00) |
| 8/22/2013 | 8/31/2013 | 1311 | ECS- Laptop for Terry | 1,128.79 | (0.00) |

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 12/5/2013 | 12/31/2013 | 1311 | ECS- Laptop for Leisa | 961.77 | 0.00 |
| 7/31/2013 | 7/31/2013 | 1311 | ECS- Computer for video conferencing, | 1,088.92 | - |
| 8/22/2013 | 8/31/2013 | 1311 | ECS- Computer for Don | 7,004.17 | 0.00 |
| 11/30/2013 | 11/30/2013 | 1311 | support.com | 11,965.73 | 0.00 |
| 1/25/2014 | 1/31/2014 | 1311 | support.com- Dell Precision T360 | 4,208.73 | 0.00 |
| 1/31/2015 | 1/31/2015 | 1311 | Dell Power Edge T620 | 11,472.97 | - |
| 1/1/2015 | 1/31/2015 | 1311 | ECS - Server Support | 6,788.75 | (0.00) |
| 1/29/2005 | 1/31/2005 | 1311 | ECS - Server for G Drive | 6,062.84 | - |
| 2/1/2015 | 2/28/2015 | 1311 | ECS IT | 9,875.00 | - |
| 7/1/2017 | 7/31/2017 | 1311 | ECS IT | 1,201.87 | - |
| 12/5/2017 | 12/31/2017 | 1311 | Neurolog | 5,195.00 | 2,078.08 |
| 3/3/2019 | 3/31/2019 | 1311 | Computer - LA | 1,620.47 | 972.29 |
| 5/15/2019 | 5/31/2019 | 1311 | Computer - LA | 1,950.47 | 1,300.32 |
| 2/1/2020 | 2/29/2020 | 1311 | Support.com | 8,722.67 | 8,722.67 |
| **Totals for 1311** | | | | **248,320.70** | **13,089.33** |

√

**1312 - SOFTWARE**

**ASSET Acquired**

| | | | | | |
|---|---|---|---|---|---|
| 7/17/1998 | 7/31/1998 | 1312 | Geophysical Software | 38,230.00 | - |
| 12/12/2001 | 12/31/2001 | 1312 | Wolfepak Accounting Software--70% | 10,000.00 | - |
| 12/12/2001 | 12/31/2001 | 1312 | Wolfepak Accounting Software--30% | 4,285.00 | - |
| 1/7/2002 | 1/31/2002 | 1312 | Wolfepak | 6,239.00 | - |
| 2/28/2002 | 2/28/2002 | 1312 | Wolfepak | 5,523.00 | - |
| 8/28/2002 | 8/31/2002 | 1312 | SLPsmicFMof 3.00mit  Active New Not | 2,294.00 | - |
| 9/3/2002 | 9/30/2002 | 1312 | SLP SofHYar 3.00mit  Active New Not | 1,250.00 | - |
| 3/3/2003 | 3/31/2003 | 1312 | SLPpfpakFMan 3.00mit  Active New Not | 2,475.00 | - |
| 8/14/2003 | 8/31/2003 | 1312 | Geophysical Software | 14,922.00 | - |
| 6/15/2004 | 6/30/2004 | 1312 | Phdwin Software | 7,050.00 | - |
| 7/14/2004 | 7/31/2004 | 1312 | Geol Software | 15,555.00 | - |
| 9/30/2004 | 9/30/2004 | 1312 | Wolfepak Software | 1,210.00 | - |
| 8/14/2007 | 8/31/2007 | 1312 | Software for new server | 4,072.00 | - |
| 11/3/2007 | 11/30/2007 | 1312 | Software Fixed Assets Desktop Pro | 1,352.00 | - |
| 4/1/2008 | 4/30/2008 | 1312 | Wolfepak Upgrade for 20 Licenses | 19,130.00 | - |
| 12/7/2009 | 12/31/2009 | 1312 | Gohfer System Software | 38,250.00 | - |
| 1/31/2010 | 1/31/2010 | 1312 | GCS database & drilling wire | 6,074.00 | - |
| 8/2/2010 | 8/31/2010 | 1312 | Wolfepak, Inc Software License Rene | 2,400.00 | - |

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 11/6/2010 | 11/30/2010 | 1312 | BNA Software Renewal | 1,488.00 | - |
| 12/31/2010 | 12/31/2010 | 1312 | Computer Modeling License for IMEX | 30,000.00 | - |
| 11/30/2012 | 11/30/2012 | 1312 | WolfePak Scanning Module | 15,000.00 | - |
| 12/6/2012 | 12/31/2012 | 1312 | Landpro | 25,550.00 | - |
| 11/1/2013 | 11/30/2013 | 1312 | BNA- Fixed assests, renewal | 1,637.69 | - |
| 8/30/2013 | 8/31/2013 | 1312 | IHS Global, Inc.- Seismic software | 16,921.47 | - |
| 12/11/2013 | 12/31/2013 | 1312 | IHS Global, Inc.- Petra license, Val | 16,670.05 | - |
| 1/21/2013 | 1/31/2013 | 1312 | dba P2 Energy Solutions- 3 yrs access to | 72,294.56 | - |
| 10/4/2013 | 10/31/2013 | 1312 | Landpro Corporation- 2014 | 13,800.00 | - |
| 11/21/2013 | 11/30/2013 | 1312 | Drilling Info, Inc.- Software License | 80,000.00 | - |
| 12/6/2013 | 12/31/2013 | 1312 | Landpro Corporation- License for Lloyd | 11,600.00 | - |
| 1/30/2014 | 1/31/2014 | 1312 | Energy Navigator LLC- 2 Licenses, | 11,400.00 | - |
| 2/10/2014 | 2/28/2014 | 1312 | GeoEdges Inc.- Northern | 6,500.00 | - |
| 2/18/2014 | 2/28/2014 | 1312 | GeoEdges Inc.- N American Shale set | 5,530.00 | - |
| 5/5/2014 | 5/31/2014 | 1312 | IHS Global, Inc.- Nathan's Bitlock | 18,869.83 | - |
| 5/1/2014 | 5/31/2014 | 1312 | IHS Global, Inc.- Petra maint | 21,346.42 | - |
| 5/1/2014 | 5/31/2014 | 1312 | IHS Global, Inc.- IHS/Petra | 170,700.00 | - |
| 5/2/2014 | 5/31/2014 | 1312 | IHS Global, Inc.- Petra maint | 4,696.95 | - |
| 1/14/2014 | 1/31/2014 | 1312 | dba P2 Energy Solutions- Database, | 73,192.08 | - |
| 2/19/2014 | 2/28/2014 | 1312 | dba P2 Energy Solutions- Database | 12,616.24 | - |
| 10/3/2014 | 10/31/2014 | 1312 | Landpro Corporation subscription 1/1/15- | 17,000.00 | - |
| 11/1/2014 | 11/30/2014 | 1312 | IHS Global PAK Maintenance, AVOPAK | 17,299.98 | - |
| 11/6/2014 | 11/30/2014 | 1312 | Energy Navigator LLC- 2 Licenses, | 11,812.68 | - |
| 11/7/2014 | 11/30/2014 | 1312 | Bloomberg BNA License renewal 2/7/15- | 1,686.56 | - |
| 11/25/2014 | 11/30/2014 | 1312 | DrillingInfo Plus subscription | 84,000.00 | - |
| 6/1/2015 | 6/30/2015 | 1312 | ECS - Meraki MX80 Cloud Managed | 5,045.68 | (0.00) |
| 7/1/2017 | 7/31/2017 | 1312 | P2 Energy Solutions | 68,932.50 | - |
| 10/4/2017 | 10/31/2017 | 1312 | LandPro Corporation Subscription | 17,000.00 | (0.00) |
| 4/16/2018 | 4/30/2018 | 1312 | P2 Energy Solutions | 64,862.72 | 23,422.70 |
| 8/24/2018 | 8/31/2018 | 1312 | Wolfepak Sofware | 5,561.55 | 2,626.24 |
| 10/4/2018 | 10/31/2018 | 1312 | LandPro Corporation Subscription | 17,000.00 | 9,444.48 |
| 3/20/2019 | 3/31/2019 | 1312 | P2 Energy Solutions | 69,495.39 | 44,399.81 |
| 7/1/2019 | 7/31/2019 | 1312 | Wesmin Software | 17,000.00 | 12,750.01 |
| **Totals for 1312** | | | | **1,186,821.35** | **92,643.23** |

**1316 VEHICLES**

**ASSET Acquired**

| | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|
| 10/3/2005 | 10/31/2005 | 1316 Trailer | 1,064.65 | - |
| 8/16/2011 | 8/31/2011 | 1316 2011 Ford F-150 - F-26 xxx3529 | 25,757.71 | (0.00) |
| 5/20/2013 | 5/31/2013 | 1316 2013 Ford F35 | 37,730.20 | - |
| 10/28/2014 | 10/31/2014 | 1316 2014 F-42 | 40,814.21 | - |
| 2/18/2015 | 2/28/2015 | 1316 2014 - F45 | 41,571.17 | - |
| 3/4/2017 | 3/31/2017 | 1316 2016 - F47 | 40,831.46 | 15,652.22 |
| 3/21/2017 | 3/31/2017 | 1316 2017 - F49 | 51,465.24 | 19,728.48 |
| 7/1/2017 | 7/31/2017 | 1316 2016 - F50 | 44,539.76 | 20,042.87 |
| 7/1/2017 | 7/31/2017 | 1316 2017 - F51 | 57,404.69 | 25,832.26 |
| 6/30/2018 | 6/30/2018 | 1316 2017 - F52 | 49,057.57 | 31,069.72 |
| 10/1/2018 | 10/31/2018 | 1316 2018 -F53 | 50,163.87 | 35,114.78 |
| 1/1/2019 | 1/31/2019 | 1316 2018 F-54 | 48,634.60 | 36,475.91 |
| 1/1/2019 | 1/31/2019 | 1316 2019 F-55 | 61,349.85 | 46,012.36 |
| 7/18/2019 | 7/31/2019 | 1316 2019-F56 | 60,532.90 | 51,452.98 |
| 7/23/2019 | 7/31/2019 | 1316 2019-F-58 | 51,585.99 | 43,848.07 |
| 7/1/2019 | 7/31/2019 | 1316 2019-F57 | 55,552.85 | 47,219.93 |
| 9/1/2019 | 9/30/2019 | 1316 2018-F59 | 32,041.34 | 28,303.18 |
| 3/11/2020 | 3/31/2020 | 1316 2020 F-60NB | 52,004.71 | 51,137.96 |
| 3/11/2020 | 3/31/2020 | 1316 2019 F-61NB | 30,315.99 | 29,810.72 |
| 3/11/2020 | 3/31/2020 | 1316 2020 F-62NB | 45,227.99 | 44,474.19 |
| 3/11/2020 | 3/31/2020 | 1316 2020 F-63NB | 46,008.47 | 45,241.66 |
| | | | | - |
| **Totals for 1316** | | | **923,655.22** | **571,417.29** |

**1321 OTHER TRANS EQUIPMENT**

**ASSET Acquired**

| | | | | |
|---|---|---|---|---|
| 10/30/2009 | 10/31/2009 | 1321 Kawasaki 4-Wheeler | 4,000.00 | - |
| 10/28/2010 | 10/31/2010 | 1321 Bushhog | 1,445.00 | - |
| 11/24/2010 | 11/30/2010 | 1321 16' trailor | 2,164.00 | - |
| **Totals for 1321** | | | **7,609.00** | **-** |

**Fill in this information to identify the case:**

Debtor name **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **20-12377-EEB**

■ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

| 2.1 | **Ally Payment Processing Center**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2018 Ford Truck** | $26,024.67 | $32,041.34 |
|---|---|---|---|---|
| | **P.O. Box 9001948**<br>**Louisville, KY 40290-1948**<br>Creditor's mailing address | | | |
| | | Describe the lien<br>**Purchase Money Security Interest** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No<br>☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.2 | **East West Bank Treasury Department**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Substantially all of the Debtor's assets, including but not limited to Hedging Agreements, Cash, Accounts, and Receivables** | $22,350,000.00 | Unknown |
|---|---|---|---|---|
| | **135 North Los Robles Avenue**<br>**Suite 600**<br>**ATTN: Linda Cox**<br>**Pasadena, CA 91101**<br>Creditor's mailing address | | | |
| | | Describe the lien | | |
| | **linda.cox@eastwestbank.com**<br>Creditor's email address, if known | Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

Official Form 206D                **Schedule D: Creditors Who Have Claims Secured by Property**                page 1 of 2

Debtor    **Sklar Exploration Company, LLC**
Name

Case number (if known)    **20-12377-EEB**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| 2.3 | **Ford Motor Company** | Describe debtor's property that is subject to a lien | $509,665.81 | $931,264.22 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 650575**
**Dallas, TX 75265**

Creditor's mailing address

**All Vehicles owned by the Debtor excluding the 2018 Ford Truck securing the secured interest of Ally Bank**

**Describe the lien**

**Purchase Money Security Interests in Vehicles**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$22,885,690.48**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 2

**Fill in this information to identify the case:**

Debtor name **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **20-12377-EEB**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address
**Alabama Department of Revenue**
**50 North Ripley Street**
**Montgomery, AL 36104**

As of the petition filing date, the claim is:          **$416,927.00**          **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2** | Priority creditor's name and mailing address
**Colorado Department of Revenue**
**1375 Sherman Street, Room 511**
**Denver, CO 80261**

As of the petition filing date, the claim is:          **$0.00**          **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice  Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Sklar Exploration Company, LLC**                   Case number *(if known)*    **20-12377-EEB**
          Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,647.00** | $0.00 |
|-----|---|---|---|---|
| | **Florida Department of Revenue** | *Check all that apply.* | | |
| | **P. O. Box 6668** | ☐ Contingent | | |
| | **Tallahassee, FL 32314-6668** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Notice Purposes Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No    ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |
|-----|---|---|---|---|
| | **Internal Revenue Service** | *Check all that apply.* | | |
| | **PO Box 7346** | ☐ Contingent | | |
| | **Philadelphia, PA 19101-7346** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Notice Purposes Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No    ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |
|-----|---|---|---|---|
| | **Internal Revenue Service** | *Check all that apply.* | | |
| | **PO Box 7346** | ☐ Contingent | | |
| | **Philadelphia, PA 19101-7346** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Notice Purposes Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No    ☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$43,540.00** | $0.00 |
|-----|---|---|---|---|
| | **Louisiana Department of Revenue** | *Check all that apply.* | | |
| | **P.O. Box 201** | ☐ Contingent | | |
| | **Baton Rouge, LA 70821-3440** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Notice Purposes Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No    ☐ Yes | | |

Debtor   **Sklar Exploration Company, LLC**       Case number *(if known)*   **20-12377-EEB**

Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**2.7**

Priority creditor's name and mailing address

**Mississippi Department of Revenue**
**P.O. Box 1033**
**Jackson, MS 39215-1033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.8**

Priority creditor's name and mailing address

**Montana Department of Revenue**
**PO Box 6577**
**Helena, MT 59604-6577**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.9**

Priority creditor's name and mailing address

**Texas Comptroller**
**111 East 17th Street**
**Austin, TX 78701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$334.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.10**

Priority creditor's name and mailing address

**Wyoming Department of Revenue**
**122 West 25th Street, Suite E301**
**Herschler Building East**
**Cheyenne, WY 82002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

**3.**  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,493.34 |
|---|---|---|
| **3 Lloyds Exploration Company LLC**<br>**1847 Broken Bend Drive**<br>**Westlake, TX 76262** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Cash Call Advance** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|
| **3IV Minerals, LLC**<br>**PO Box 6149**<br>**Shreveport, LA 71136-6149** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Revenue** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,961.03 |
|---|---|---|
| **A & B Pump & Supply, Inc.**<br>**P.O. Drawer T**<br>**Heidelberg, MS 39439** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Trade Debt** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.00 |
|---|---|---|
| **A. D. Chapman**<br>**2900 South Robertson Ave.**<br>**Tyler, TX 75701** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Revenue** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.00 |
|---|---|---|
| **A. S. Colley Trust**<br>**702 Creekside Lane**<br>**Houston, TX 77024** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Revenue** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,105.00 |
|---|---|---|
| **A.F. Whatley Construction**<br>**11950 Highway 43**<br>**Bivins, TX 75555** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Trade Debt** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|
| **A2D Teechnologies, Inc.**<br>**P.O. Box 733255**<br>**Dallas, TX 75373-3255** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Trade Debt** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.00

**Abigail Dennis Salters**
**603 Taylor Overlook Drive**
**Taylor, MS 38673**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $807.04

**Acme Oil Service & Repair, ,Inc.**
**d/b/a Acme Oilfield Services**
**4865 American Legion Road**
**Tyler, TX 75708**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**Adrianne Judgeware**
**1569 Mt Sinai Rd**
**Hanesville, LA 71038**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,215.00

**Adrienne H. Ybarronda**
**16259 Rattle Snake Road**
**Grass Valley, CA 95945**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74.00

**Adrienne P. Watkins**
**7 Brogden Ct SE**
**Winter Haven, FL 33880-4226**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,660.00

**Adrienne P. Watkins Irr. Trust**
**fbo Jack M. Watkins, Jr. Family**
**399 6th Street SE**
**Winter Haven, FL 33880**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $830.00

**Adrienne P. Watkins Revocable Trust**
**7 Brogden Ct SE**
**Winter Haven, FL 33880**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.15**

**Nonpriority creditor's name and mailing address**

**AEH Investments LLC**
**Attn: Angela Harris**
**333 Texas Street, Ste. 1414**
**Shreveport, LA 71101-3678**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

$107.14

---

**3.16**

**Nonpriority creditor's name and mailing address**

**AEH Investments LLC**
**Attn: Angela Harris**
**333 Texas Street, Ste. 1414**
**Shreveport, LA 71101-3678**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

$6,456.00

---

**3.17**

**Nonpriority creditor's name and mailing address**

**AFCO**
**P.O. Box 4795**
**Carol Stream, IL 60197-4795**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.18**

**Nonpriority creditor's name and mailing address**

**Agnes Tolbert**
**3860 Potosi Road**
**Pensacola, FL 32504**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

$2.00

---

**3.19**

**Nonpriority creditor's name and mailing address**

**Ahamad Ansari**
**5410 W 3rd PL Apt #3**
**Lakewood, CO 80226**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

$60.00

---

**3.20**

**Nonpriority creditor's name and mailing address**

**Alabama Oil Company**
**Attn: Walker Sturdivant, Partner**
**P.O. Box 230**
**Glendora, MS 38928**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

$139,779.93

---

**3.21**

**Nonpriority creditor's name and mailing address**

**Alabama Oil Company**
**Attn: Walker Sturdivant, Partner**
**P.O. Box 230**
**Glendora, MS 38928**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

$33,944.00

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3.00**

**Albert C. Drakeford**
**119 Serene Lane**
**Wetumpka, AL 36093**

☐ Date(s) debt was incurred __
☐ Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00**

**Albert Watkins Key, Jr.**
**220 St. Michael Street**
**Mobile, AL 36602**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21.00**

**Alberta Warren**
**Attn: Aniyikaye Durowoju**
**4283 Express Lane, Suite 321-053**
**Sarasota, FL 34238**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$141.00**

**Alex Smith III**
**c/o Pauline Rourk - POA**
**173A Atlantic Avenue**
**Hampton, VA 23664**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3.00**

**Alexis Oliver**
**10941 Atkinson Avenue**
**Inglewood, CA 90303**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$67.00**

**Alexis Samuel**
**208 E. Green Street**
**Princeton, KY 42445**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,000.00**

**ALFAVOR Corp.**
**ATTN: John Yilin Wang**
**1234 Northampton Street**
**State College, PA 16803**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Alfonza Jackson**
2701 Godwin Lane
Pensacola, FL 32526

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.00 |
|---|---|---|---|

**Alice Key Myrick**
15308 River Road
Fairhope, AL 36532

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Alice Margaret Holmes Woods**
2031 North 20th Street
Omaha, NE 68110

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Alice Yvonne Brye-Vela**
100 Clipper Drive
Belmont, CA 94002

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**Alisha Y. Warren Simmons**
1522 Robin Lane
Lancaster, TX 75134-3045

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243.00 |
|---|---|---|---|

**All Copy Products, Inc.**
P.O. Box 660831
Dallas, TX 75266-0831

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.00 |
|---|---|---|---|

**Allen Haden Ilfrey**
5705 Greenridge
Midland, TX 79707-9771

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

Debtor **Sklar Exploration Company, LLC**
Name

Case number (if known)   **20-12377-EEB**

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,455.00 |
|---|---|---|---|

**Allene B. Ward**
30097 Country Road 6
Evergreen, AL 36401

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.00 |
|---|---|---|---|

**Alma Bell**
2004 Shelman Trail
Fort Worth, TX 76112

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**Alternate Fuel Systems of Louisiana, Inc**
333 Texas Street, Suite 521
Shreveport, LA 71101

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.00 |
|---|---|---|---|

**Alva Nann Cary Taylor**
303 Travis Street
East Brewton, AL 36426

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Alvin Pearson, Deceased**
P.O. Box 278
Gibsland, LA 71208

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Alyn Waters**
416 Delaware Street
New Castle, DE 19720

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Alyson Jones Downs**
P.O. Box 957
Flora Vista, NM 87415

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41.00** |
|---|---|---|---|

**Amanda Bethea Ralls Johnson**
**211 Ozark Road**
**Abbeville, AL 36310**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5.00** |
|---|---|---|---|

**Amanda Griggs Williamson**
**4706 Cambridge Street**
**Sugarland, TX 77479**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ambrchet Jackson LLP**
**P.O. Box 290**
**Mobile, AL 36601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$224.67** |
|---|---|---|---|

**American Express**
**P.O. Box 650448**
**Dallas, TX 75265-0448**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65,710.00** |
|---|---|---|---|

**American Remediation & Environmental Inc**
**P.O. Box 570**
**Saraland, AL 36571**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28.00** |
|---|---|---|---|

**Amy Brundle**
**7251 Corvette Ct**
**Raleigh, NC 27613**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35.00** |
|---|---|---|---|

**Amy D. Bearden**
**P O Box 374**
**Madison, MS 39130**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.00**

Amy Key Keith
134 Riverwood
Boerne, TX 78006

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,806.00**

Andala Enterprises, Inc.
641 Bayou Blvd
Pensacola, FL 35203

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,455.00**

Anderson Exploration Energy Company
333 Texas Street, Ste. 2020
Shreveport, LA 71101

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$254,267.96**

Anderson Investment Holdings, LP
AEEC II, LLC
333 Texas Street, Suite 2020
Shreveport, LA 71101

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$121,694.00**

Anderson Investment Holdings, LP
AEEC II, LLC
333 Texas Street, Suite 2020
Shreveport, LA 71101

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Anderson, Kim
7349 Greywood Drive
Shreveport, LA 71107

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Employee

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$199.00**

Andre Toliver
1425 East 53rd Street
Tacoma, WA 98404

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Sklar Exploration Company, LLC**     Case number (if known) **20-12377-EEB**
Name

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11.00** |

Andrea A. Smith
PO Box 2148
Winnie, TX 77665

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$183.00** |

Andrea Demintrex Cobb
Address Unknown

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,858.00** |

Andrew L. Robins
16596 Scenic Hwy 98
Fairhope, AL 36532

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |

Angela Samuel
941 Lynndale Lane
Birmingham, AL 35214

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |

Angela Van Zandt
2805 Millbrook Road
Little Rock, AR 72227

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00** |

Angelia Marie King
10884 Major Oak Dr
Baton Rouge, LA 70815

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |

Angelia Warren
3213 Persimmon
No. 204
Dallas, TX 75241

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Sklar Exploration Company, LLC**          Case number (if known)   **20-12377-EEB**
_____
Name

| | |
|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** |
| | **Angelina Warren** |
| | **623 Lake June Road** |
| | **Dallas, TX 75217** |

As of the petition filing date, the claim is: *Check all that apply.*          **$4.00**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address** |
| | **Anita Hemphill** |
| | **310 Gladeview Place** |
| | **Brandon, MS 39047** |

As of the petition filing date, the claim is: *Check all that apply.*          **$74.00**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address** |
| | **Anita Lawson** |
| | **8534 Bluevine Sky Drive** |
| | **Land O'Lakes, FL 34637** |

As of the petition filing date, the claim is: *Check all that apply.*          **$19.00**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** |
| | **Ann Bevel** |
| | **12124 Lochwood Blvd.** |
| | **Dallas, TX 75218** |

As of the petition filing date, the claim is: *Check all that apply.*          **$1.00**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address** |
| | **Ann Edwards** |
| | **1028 Regency Way** |
| | **Birmingham, AL 35242** |

As of the petition filing date, the claim is: *Check all that apply.*          **$31.00**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address** |
| | **Ann Marie Holmes Williams** |
| | **220 Norton Avenue** |
| | **Saraland, AL 36536** |

As of the petition filing date, the claim is: *Check all that apply.*          **$17.00**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address** |
| | **Ann Roby** |
| | **1374 Jasper St** |
| | **Pensacola, FL 32533** |

As of the petition filing date, the claim is: *Check all that apply.*          **$18.00**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.71** | Nonpriority creditor's name and mailing address
**Anna Beth Denny**
**203 Beacon Hill Drive**
**Allen, TX 75013**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **$6.00**
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address
**Anna M. Kress**
**3636 Habersham Rd NW**
**Unit 1206**
**Atlanta, GA 30305**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **$26.00**
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address
**Anne M. Ballantyne**
**7701 Broadway**
**Suite 200**
**San Antonio, TX 78209-3261**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **$12.00**
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address
**Anne S Byland**
**1020 Sandy Springs Lane**
**Jackson, LA 70748**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **$22.00**
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address
**Annie Earl Johnson**
**2936 South B Street**
**Stockton, CA 95206**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **$21.00**
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address
**Annie Lee Wilk**
**18123 Hwy 31 East**
**Tyler, TX 75705**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **$222.00**
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address
**Ansaben Trust**
**David A. Barlow, Trustee**
**321 Paseo Encinal St**
**San Antonio, TX 78212**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **$690.92**
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Sklar Exploration Company, LLC**
Name

Case number (if known)    **20-12377-EEB**

| | | |
|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** | $387.00 |
| | **Ansaben Trust** | |
| | **David A. Barlow, Trustee** | |
| | **321 Paseo Encinal St** | |
| | **San Antonio, TX 78212** | |

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address** | $26.00 |
| | **Antoinette W. Watts** | |
| | **277 Carrington Drive** | |
| | **Athens, GA 30605** | |

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** | $239,749.19 |
| | **Apple River Investments, L.L.C.** | |
| | **Attn: Robert M. Boeve, President** | |
| | **1503 Garfield Road North** | |
| | **Traverse City, MI 49696** | |

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Cash Call Advance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** | $38,944.00 |
| | **Apple River Investments, L.L.C.** | |
| | **Attn: Robert M. Boeve, President** | |
| | **1503 Garfield Road North** | |
| | **Traverse City, MI 49696** | |

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** | $2,461.55 |
| | **Arcadia Oilfield Supply, Inc.** | |
| | **Sterling Commercial Credit** | |
| | **P.O. Box 204755** | |
| | **Dallas, TX 75320-4755** | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address** | $2.00 |
| | **Ardis A. Powell** | |
| | **P.O. Box 16** | |
| | **Athens, LA 71003** | |

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address** | $12.00 |
| | **Ardis Pearson** | |
| | **3808 Marion Avenue** | |
| | **Oakland, CA 94619** | |

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Sklar Exploration Company, LLC**
Name

Case number (if known)   **20-12377-EEB**

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Arie Lee Morgan and Bertha M. Johnson Life Estate**
**1700 West Seventh Street**
**Tyler, TX 75701**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Arlene Rosalind Bergner Life Estate**
**Arlene Rosalind Bergner, Trustee**
**1921 South College Avenue**
**Tyler, TX 75701**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157,133.18 |
|---|---|---|---|

**Armbrecht Jackson LLP**
**P.O. Box 290**
**Mobile, AL 36601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Arnetta Crawford**
**4015 Edson Avenue**
**Bronx, NY 10466**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,206.00 |
|---|---|---|---|

**Arthur G. Nichols**
**517 E. Michigan Ave.**
**Foley, AL 36535**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.00 |
|---|---|---|---|

**Arthur Welton Cross, Jr.**
**5599 Econfina St.**
**Milton, FL 32570**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,185.71 |
|---|---|---|---|

**Aspen Energy Inc.**
**161 St. Matthews Avenue, Suite 16**
**Louisville, KY 40207**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Cash Call Advance

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,894.00** |
|---|---|---|---|

**Aspen Energy Inc.**
**161 St. Matthews Avenue, Suite 16**
**Louisville, KY 40207**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$327.51** |
|---|---|---|---|

**AT&T**
**P.O. Box 105262**
**Atlanta, GA 30348-5252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$669.63** |
|---|---|---|---|

**AT&T Business Services**
**P.O. Box 105262**
**Atlanta, GA 30348-5252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,909.54** |
|---|---|---|---|

**AT&T Mobility**
**Corporation Trust Company**
**Corporation Trust Center 1209 Orange St**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,061.46** |
|---|---|---|---|

**Atropos Exploration Co.**
**8235 Douglas**
**Suite 1200**
**Lockbox 12**
**Dallas, TX 75225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$946.00** |
|---|---|---|---|

**August C. Erickson Mineral Trust**
**Attn:  Mary M. Erickson, Trustee**
**59 Knight Circle, Unit 1**
**Pawleys Island, SC 29585**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,381.29** |
|---|---|---|---|

**B & L Pipeco Services, LLC**
**P.O. Box 840280**
**Dallas, TX 75284-0280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |

Name

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22.00** |

**B. B. Rounsaville**
**P.O. Box 784**
**Leakesville, MS 39451**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,606.48** |

**Babe Development, LLC**
**P. O. Box 758**
**Roswell, NM 88202**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,485.00** |

**Babe Development, LLC**
**P. O. Box 758**
**Roswell, NM 88202**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$178,263.65** |

**Baker Hughes, a GE Company, LLC**
**Baker Hughes Oilfield Operations, LLC**
**P.O Box 301057**
**Dallas, TX 75303-1057**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,210.84** |

**Baker, Kelly L.**
**254 State Street**
**Mobile, AL 36603**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,058.04** |

**Banded Iron US, Inc.**
**P.O. Box 51475**
**Lafayette, LA 70505**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$77.25** |

**Bantam Creek LLC**
**4712 Lakeside Drive**
**Colleyville, TX 76034**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Sklar Exploration Company, LLC**                    Case number (if known)    **20-12377-EEB**
      Name

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,535.00 |
|---|---|---|---|

**Bantam Creek LLC**
**4712 Lakeside Drive**
**Colleyville, TX 76034**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.00 |
|---|---|---|---|

**Barbara Ann Peoples-Smith**
**aka Barbara Peoples**
**3660 Lake Timberlane Drive**
**Gretna, LA 70056**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Barbara Dukes**
**2856 W. Roosevelt Road**
**3rd Floor**
**Chicago, IL 60612**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.00 |
|---|---|---|---|

**Barbara J. Wilson**
**112 Zebulon Street**
**Milner, GA 30257**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Barbara Jane Taylor**
**3212 W. Sublett Road**
**Arlington, TX 76017**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.00 |
|---|---|---|---|

**Barbara Janice Smith Hendrix**
**1718 Picadilly Place**
**Tyler, TX 75703**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Barbara L. Govan**
**2712 Wichita**
**Houston, TX 77004**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.113** | Nonpriority creditor's name and mailing address | | **$124.87**

**Barbara M. Sugar Estate**
**Thomas P. Youngblood, Exec.**
**PO Box 52149**
**Shreveport, LA 71135**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | | **$7,530.00**

**Barbara M. Sugar Estate**
**Thomas P. Youngblood, Exec.**
**PO Box 52149**
**Shreveport, LA 71135**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | | **$22.00**

**Barbara Mallia**
**3302 Canyon Creek Drive**
**Richardson, TX 75080**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | | **$2,037.00**

**Barbara Page Lawrence**
**P.O. Box 374**
**Evergreen, CO 80437**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | | **$15.00**

**Barbara Warren Life Estate**
**2310 Rogers Avenue**
**Lancaster, TX 75134**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | | **$2,410.00**

**Barker Concrete and Construction, Inc.**
**P.O. Box G**
**Edgemont, SD 57735**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | | **$117.00**

**Barnes Creek Drilling LLC**
**320 Second Street**
**Columbia, MS 39429**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174,814.05 |
|---|---|---|---|

**Barnette & Benefield, Inc.**
**P.O. Box 550**
**Haynesville, LA 71038-0550**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,916.00 |
|---|---|---|---|

**Barron Randall Detro**
**202 East Windsor Drive**
**Thibodaux, LA 70301**

Date(s) debt was incurred _
Last 4 digits of account number _

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**Basic Energy Service, LP**
**P.O. Box 841903**
**Dallas, TX 75284-1903**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.14 |
|---|---|---|---|

**Baxterville, LLC**
**4323 Snowberry Lane**
**Naples, FL 34119**

Date(s) debt was incurred _
Last 4 digits of account number _

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,563.00 |
|---|---|---|---|

**Baxterville, LLC**
**4323 Snowberry Lane**
**Naples, FL 34119**

Date(s) debt was incurred _
Last 4 digits of account number _

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,887.60 |
|---|---|---|---|

**Beavers Specialty, Inc.**
**893 I-49 Service Road**
**Sunset, LA 70584**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**Beazley Petroleum, LLC**
**Attn: Hamilton Beazley**
**411 West St. Elmo Road #24**
**Austin, TX 78745**

Date(s) debt was incurred _
Last 4 digits of account number _

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.127**

Nonpriority creditor's name and mailing address
**Belle Morgan**
**1406 Grant Street**
**Wichita Falls, TX 76309**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.128**

Nonpriority creditor's name and mailing address
**Bellis Investments LP**
**100 Bush Street, Suite #550**
**San Francisco, CA 94104**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

**$2.99**

---

**3.129**

Nonpriority creditor's name and mailing address
**Bellis Investments LP**
**100 Bush Street, Suite #550**
**San Francisco, CA 94104**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$171.00**

---

**3.130**

Nonpriority creditor's name and mailing address
**Belousov, Anita**
**4355 East 135th Way**
**Thornton, CO 80241**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,894.62**

---

**3.131**

Nonpriority creditor's name and mailing address
**Bendel Ventures, LP1**
**12345 Jones Road, Suite 124**
**Houston, TX 77070**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$215.00**

---

**3.132**

Nonpriority creditor's name and mailing address
**Benjamen Baxter Brye**
**Baxter Entertainment Productions, LLC**
**532 Fort Sumpter Drive**
**Modesto, CA 95354**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.133**

Nonpriority creditor's name and mailing address
**Benjamin Biedenharn**
**373 Coconut Palm Drive**
**Madisonville, LA 70447**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Debtor **Sklar Exploration Company, LLC**

Name

Case number (if known)  **20-12377-EEB**

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292.00 |
|---|---|---|---|

**Benjamin O. Barlow**
**105 Crestview Dr**
**Clanton, AL 35045**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $313.00 |
|---|---|---|---|

**Bennett Energy Corporation**
**P.O. Box 507**
**Fate, TX 75132**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.00 |
|---|---|---|---|

**Bennie Freeman Williams**
**3109 Gavilan Lane**
**Las Vegas, NV 89112**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,774.59 |
|---|---|---|---|

**Berg Hill Greenleaf Ruscitti, LLP**
**1712 Pearl Street**
**Boulder, CO 80302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Bergner Trust**
**Trustee: Arlene Rosalind Bergner**
**1921 South College Avenue**
**Tyler, TX 75701**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $515.00 |
|---|---|---|---|

**Bernice Bouldin**
**339 Harvey Watkin Drive South**
**Canton, MS 39046**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|

**Bernice Lee**
**717 Springhill Road**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199,167.00 |
|---|---|---|---|

**Berry Hill Farms, Inc.**
**Larry J Findley**
**32385 County Road 6**
**Evergreen, AL 36401**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|

**Bessie Lee Nelson**
**1121 West Vance**
**Tyler, TX 75702**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|

**Bettie Mary W. Wofford**
**A/K/A Betty M. Warren Wofford**
**2215 N. Palace**
**Tyler, TX 75702**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.00 |
|---|---|---|---|

**Betty Ann Darden**
**1624 Ulster Dr**
**Elizabeth City, NC 27909**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Betty Dickerson**
**605 Coalfire Avenue**
**Hueytown, AL 35023**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.00 |
|---|---|---|---|

**Betty Jenkins**
**1003 Greenpine Blvd**
**Apt A-2**
**West Palm Beach, FL 33409**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.00 |
|---|---|---|---|

**Betty K. DuPont**
**3030 Bellview Road**
**Plaquemine, LA 70764**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.148** | Nonpriority creditor's name and mailing address | | **$78,663.00**

**Betty Mae Jenkins Powell**
**354 Crossroads Church Road**
**Marthaville, LA 71450**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | | **$1.00**

**Betty Mary Warren**
**4620 Cowan Street**
**Dallas, TX 75209**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address | | **$9.00**

**Betty Otems**
**1674 Cecina St.**
**League City, TX 77573**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | | **$105.00**

**Betty W Upton Trust**
**Betty W Upton, Trustee**
**14934 Bramblewood Dr**
**Houston, TX 77079-6335**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address | | **$3,508.00**

**Betty Williams (Tidwell)**
**address currently unknown**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address | | **$220.00**

**Bevon Brye**
**1493 Stromberg Ave**
**Arcada, CA 95521**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | | **$2.00**

**Big Sky Mineral Trust**
**Trustee: Serena B Kundysek**
**P.O. Box 3788**
**Arlington, TX 76007-3788**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $281.00 |
|---|---|---|---|

**Bill A. Lay**
**3703 Orange Circle**
**Broken Arrow, OK 74011**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Billie D. Williams Stevens**
**145 Stevens Road**
**Benton, LA 71006**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $477.00 |
|---|---|---|---|

**Billie Ruth Curtis**
**4001 Silverwood Drive**
**Tyler, TX 75701-9340**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $211.00 |
|---|---|---|---|

**Billy Bond, Deceased**
**3811 North 7th Avenue**
**Laurel, MS 39441**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ☐ No ■ Yes

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.00 |
|---|---|---|---|

**Billy J. Johnston**
**P.O. Box 1001**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.00 |
|---|---|---|---|

**Billy J. Nolan**
**845 Ricksha St.**
**Vidor, TX 77662**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.00 |
|---|---|---|---|

**Billy Joe Parrish**
**1005 Grayson Street**
**Winnsboro, LA 71295**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.162** | Nonpriority creditor's name and mailing address
**Black Banks, LLC**
**1310 S. Pennsylvania Street**
**Denver, CO 80210**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

$2,986.68

---

**3.163** | Nonpriority creditor's name and mailing address
**Black Stone Energy Company, L.L.C.**
**1001 Fannin, Suite 2020**
**Houston, TX 77002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$2,284.00

---

**3.164** | Nonpriority creditor's name and mailing address
**Black Stone Minerals Company, L.P.**
**Minerals Management Division**
**1001 Fannin Street, Suite 2020**
**Houston, TX 77002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$1,452.00

---

**3.165** | Nonpriority creditor's name and mailing address
**Blaire S. Matson**
**240 Crews Lane**
**Lot 2**
**Sylacauga, AL 35151**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$110.00

---

**3.166** | Nonpriority creditor's name and mailing address
**Bob K. Crouch, Jr.**
**P.O. box 261755**
**Plano, TX 75026**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

**3.167** | Nonpriority creditor's name and mailing address
**Bobbie L. Halbert**
**315 Greathouse**
**Vidor, TX 77662**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$33.00

---

**3.168** | Nonpriority creditor's name and mailing address
**Bobbie Lou Stricklin**
**442 CR 4924**
**Troup, TX 75789**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$2.00

---

Debtor **Sklar Exploration Company, LLC**
_____
Name

Case number (if known)   **20-12377-EEB**

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |

**Bobbie Louise Richurg**
**1520 E 124th Street**
**Los Angeles, CA 90059-2924**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |

**Bobbie Ray Peoples**
**676 S Central Avenue, #231**
**Los Angeles, CA 90021-1039**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |

**Bobby Dale Mitchell**
**P.O. Box 795294**
**Dallas, TX 75379-5249**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.00 |

**Bobby G. Ratcliff**
**1805 Bayou Circle**
**Bossier City, LA 71112**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |

**Bobby Gus Fite**
**13232 CR 1131**
**Flint, TX 75762**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |

**Bobby J. Hill**
**16627 Cheshire Grove Lane**
**Houston, TX 77090**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |

**Bobby Ray Gaines**
**14420 Woods Hold Drive**
**San Antonio, TX 78233**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,806.00** |
|---|---|---|---|

**BobMary, LC**
Attn: Robert T. Lafargue, M.D.
5928 East Ridge Drive
Shreveport, LA 71106

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,153.00** |
|---|---|---|---|

**Bodcaw 3-D, LLC**
PO Box 1689
Ruston, LA 71273

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,228.00** |
|---|---|---|---|

**Bonaventure Safety, LLC**
162 Industrial Drive
P.O. Box 43
Rayne, LA 70578

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$790.00** |
|---|---|---|---|

**Bonner Analytical**
2703 Oak Grove Road
Hattiesburg, MS 39402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,590.00** |
|---|---|---|---|

**Boots Smith Completion Services, LLC**
c/o Gulf Coast Business Credit
P.O. Bxo 731152
Dallas, TX 75373-1152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Boulder Self Storage**
6439 Arrapahoe Road
Boulder, CO 80303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bradley Murchison Kelly & Shea, LLC**
401 Edwards Street
Suite 1000
Shreveport, LA 71101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Sklar Exploration Company, LLC**

Name

Case number (if known) **20-12377-EEB**

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |

**Bradley N. Spotts**
**196 State Route 147**
**Dalmatia, PA 17017**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,977.50 |

**Bradshaw Logistics, LLC**
**P.O. Box 429**
**Windsor, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,699.20 |

**Brammer Engineering, Inc. HSE Services**
**P.O. Box 301670**
**Dallas, TX 75303-1670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |

**Brandon Shaw**
**11037 Choiceana Avenue**
**Hesperia, CA 92345**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.00 |

**Breitburn Operating LP**
**Maverick Natural Resources**
**1111 Bagby Street, Suite 1600**
**Houston, TX 77002**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |

**Brenda Annette Gaines Campbell**
**7252 Bayberry**
**Dallas, TX 75249**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.00 |

**Brenda Gail Wise**
**702 Thomas Avenue**
**Prattville, AL 36067**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306.00 |
|---|---|---|---|

**Brenda Joyce Hill Ware**
**5023 e. 41st**
**Kansas City, MO 64130**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue 

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.00 |
|---|---|---|---|

**Brennan Crouch Edgerton**
**9746 Ravensway Drive**
**Dallas, TX 75238**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue 

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**Brent L Crozier**
**5401 Holly Tree Dr Apt 2104**
**Tyler, TX 75703**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue 

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brewton Area Properties, LLC**
**P.O. Box 809**
**Brewton, AL 36427**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Trade Debt 

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,686.59 |
|---|---|---|---|

**Bristol, Inc.**
**Accounts Receivable**
**P.O. Box 2056**
**Victoria, TX 77902-9912**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Trade Debt 

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.00 |
|---|---|---|---|

**Brock Resources, LLC**
**2634 Henley Drive**
**Round Rock, TX 78681**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue 

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.00 |
|---|---|---|---|

**Brooklyn Volunteer Fire Department**
**Juanita Cary**
**31807 CR 6**
**Evergreen, AL 36401**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue 

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **Sklar Exploration Company, LLC**
Name

Case number (if known) **20-12377-EEB**

| | | |
|---|---|---|
| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3.00** |

3.197 **Nonpriority creditor's name and mailing address**

**Bruce Marvin Tuetsch**
**2506 Palmetto Drive**
**Bossier City, LA 71111**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. **$3.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

3.198 **Nonpriority creditor's name and mailing address**

**Bruce Russell Cooner**
**Russell Lynn Cooner (son)**
**950 FM 2208**
**Jefferson, TX 75657**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. **$24.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

3.199 **Nonpriority creditor's name and mailing address**

**Bruno & Marshall Investments**
**P.O. Box 590**
**Midland, TX 79702**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. **$2.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

3.200 **Nonpriority creditor's name and mailing address**

**BTech Service & Supply, Inc.**
**1980 Highway 184 East**
**Laurel, MS 39443**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. **$47,460.55**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

3.201 **Nonpriority creditor's name and mailing address**

**Buice Lee Holmes Hooks**
**PO Box 8951**
**Los Angeles, CA 90008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. **$15.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

3.202 **Nonpriority creditor's name and mailing address**

**Bundero Investment Company, L.L.C.**
**Robert P. Bowman, Manager**
**401 Edwards Street, Suite 820**
**Shreveport, LA 71101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. **$89,251.19**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

3.203 **Nonpriority creditor's name and mailing address**

**Bundero Investment Company, L.L.C.**
**Robert P. Bowman, Manager**
**401 Edwards Street, Suite 820**
**Shreveport, LA 71101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. **$39,163.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

**3.204** Nonpriority creditor's name and mailing address
**Burman Energy, LLC**
27622 Hegar Road
Hockley, TX 77447

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$130.00

---

**3.205** Nonpriority creditor's name and mailing address
**Burnes Henry Ellis**
802 Greely
Jacksonville, TX 75766

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.206** Nonpriority creditor's name and mailing address
**Burton, Trey**
P.O. Box 314
Bentonia, MS 39040

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$10,624.81

---

**3.207** Nonpriority creditor's name and mailing address
**BVS, LLC**
Attn: Brian Biffle
2010 Balsam Drive
Boulder, CO 80304

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

$12,502.49

---

**3.208** Nonpriority creditor's name and mailing address
**BVS, LLC**
Attn: Brian Biffle
2010 Balsam Drive
Boulder, CO 80304

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$3,709.00

---

**3.209** Nonpriority creditor's name and mailing address
**Bynum Williams**
200 E. Knox No. 116
Chandler, AZ 85224

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.210** Nonpriority creditor's name and mailing address
**C&J Spec-Rent Services, Inc.**
P.O. Box 733404
Dallas, TX 75373-3404

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$192,613.98

---

Debtor **Sklar Exploration Company, LLC**                Case number (if known)  **20-12377-EEB**

Name

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,527.12 |

**C&M Oilfield Rentals, LLC**
**d/b/a C-MOR Energy Services**
**P.O. Box 536**
**Cody, WY 82414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $146.00 |

**C. H. Oil and Gas, LLC**
**493 Canyon Point Circle**
**Golden, CO 80403**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $456.00 |

**C. R. Ridgway Trust**
**Trustmark National Bank**
**P.O. Box 187**
**Jackson, MS 39205**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,397.17 |

**C.R. Pate Logging, Inc.**
**Brooklyn LImestone Quarry Division**
**32440 County Road 6**
**Evergreen, AL 36401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,820.00 |

**Caddo Management, Inc.**
**401 Market Street, Suite 500**
**Shreveport, LA 71101**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.00 |

**Calvin Cain**
**12730 CR 2133**
**Whitehouse, TX 75791**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |

**Calvin Covington**
**5805 Antoine Road**
**Mobile, AL 36693**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Sklar Exploration Company, LLC**
_____
Name

Case number (if known) **20-12377-EEB**

| | |
|---|---|
| 3.218 | **Nonpriority creditor's name and mailing address** |

**Calvin Pearson**
**1793 MR Lebanon Road**
**Arcadia, LA 71001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

$1.00

---

| | |
|---|---|
| 3.219 | **Nonpriority creditor's name and mailing address** |

**Calvin Williams**
**P.O. Box 166**
**Dearmanville, AL 36257**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

$14.00

---

| | |
|---|---|
| 3.220 | **Nonpriority creditor's name and mailing address** |

**Candy Robbins**
**7166 Upper Black Creek Church Road**
**Lucama, NC 27851**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

$14.00

---

| | |
|---|---|
| 3.221 | **Nonpriority creditor's name and mailing address** |

**Carl E. Gungoll Exploration, LLC**
**P.O. Box 18466**
**Oklahoma City, OK 73154-0466**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

$1,609.00

---

| | |
|---|---|
| 3.222 | **Nonpriority creditor's name and mailing address** |

**Carl Elmer Nelson**
**1259 Cook Road**
**Athens, LA 71003**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

$36.00

---

| | |
|---|---|
| 3.223 | **Nonpriority creditor's name and mailing address** |

**Carl Herrin Oil and Gas, L.L.C.**
**493 Canyon Point Circle**
**Golden, CO 80403**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ■ No  ☐ Yes

$11.17

---

| | |
|---|---|
| 3.224 | **Nonpriority creditor's name and mailing address** |

**Carl Herrin Oil and Gas, L.L.C.**
**493 Canyon Point Circle**
**Golden, CO 80403**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

$33,983.00

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.225**

**Nonpriority creditor's name and mailing address**

**Carlos S. Brye**
**1142 Sunset Point Road, Apt. 23**
**Clearwater, FL 33755**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$142.00**

---

**3.226**

**Nonpriority creditor's name and mailing address**

**Carlton D. Brye**
**1271 Nicholson Street**
**Clearwater, FL 33755**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$199.00**

---

**3.227**

**Nonpriority creditor's name and mailing address**

**Carnley Electric, Inc.**
**P.O. Box 769**
**Jay, FL 32565**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

**$125,769.27**

---

**3.228**

**Nonpriority creditor's name and mailing address**

**Carol A. Daniel**
**220 Oak Grove Street**
**Vidor, TX 77662**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$7.00**

---

**3.229**

**Nonpriority creditor's name and mailing address**

**Carol Blackwell Slack**
**6233 Seabreeze Drive**
**Long Beach, CA 90803**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$22.00**

---

**3.230**

**Nonpriority creditor's name and mailing address**

**Carol Cantrell Young**
**168 Lakeside Park Drive**
**Hendersonville, TN 37075**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$17.00**

---

**3.231**

**Nonpriority creditor's name and mailing address**

**Carol Hill Scott**
**1340 Griffin Lane**
**Bossier City, LA 71111**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$22.00**

---

Debtor   **Sklar Exploration Company, LLC**
_____
Name

Case number (if known)   **20-12377-EEB**
_____

| | |
|---|---|
| 3.232 | **Nonpriority creditor's name and mailing address** |

**Carol J. Williams Sanford**
**2616 Pennington Bend Road**
**Nashville, TN 37214**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

**$44.00**

---

| | |
|---|---|
| 3.233 | **Nonpriority creditor's name and mailing address** |

**Carol Ralls Pate**
**22492 Brooklyn Road**
**Andalusia, AL 36421**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

**$5.00**

---

| | |
|---|---|
| 3.234 | **Nonpriority creditor's name and mailing address** |

**Carol Roberts**
**2391 Foshee Road**
**Brewton, AL 36426**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

**$20.00**

---

| | |
|---|---|
| 3.235 | **Nonpriority creditor's name and mailing address** |

**Carole M. Chapman**
**665 Hagbush Road**
**Irondale, AL 35210**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

**$4,809.00**

---

| | |
|---|---|
| 3.236 | **Nonpriority creditor's name and mailing address** |

**Caroline Frances O'Neal**
**2312 College Street**
**Montgomery, AL 36106**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

**$9.00**

---

| | |
|---|---|
| 3.237 | **Nonpriority creditor's name and mailing address** |

**Carolyn A. Steele**
**3949 West Alexander Road, Apt. 1063B11**
**North Las Vegas, NV 89032-2906**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

**$564.00**

---

| | |
|---|---|
| 3.238 | **Nonpriority creditor's name and mailing address** |

**Carolyn B Blair**
**2317 County RD 43**
**Evergreen, AL 36401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

**$7.00**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.239** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$246.00**

**Carolyn Byers Scruggs**
**PO Box 333**
**Ellijay, GA 30540**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,120.00**

**Carolyn Samuel, deceased**
**192 Laurel Road**
**Brewton, AL 36426**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Carrie Mae Mayfield**
**210 Tournament**
**Tyler, TX 75702**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

**Carrie Swann Wicker**
**aka Swann Key Wicker**
**3701 Coffeeville Road**
**Jefferson, TX 75657**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,508.00**

**Carroll L. and Linda A. Wright**
**Address currently unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$332.00**

**Carse Casey Jackson, Jr.**
**17555 Lindsey Bridge Road**
**Andalusia, AL 36420**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,557.63**

**Carter, Rhonda B.**
**P.O. Box 453**
**Brewton, AL 36426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71.00 |
|---|---|---|---|

**Cas Minerals, LLC**
P.O. Box 500
Magnolia, AR 71754-0500

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $695.00 |
|---|---|---|---|

**Casey Septic Tank Co., Inc.**
122 Casey Street
Brewton, AL 36426

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,225.58 |
|---|---|---|---|

**Cass County Tax Assessor**
Becky Watson, RTA
P.O. Box 870
Linden, TX 75563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Cassandra Jackson Kent**
7714 Waterchase Drive
Missouri City, TX 77489

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.00 |
|---|---|---|---|

**Cassandra Lea Ralls Pate**
437 Old Horseshoe Road
Evergreen, AL 36401

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,508.00 |
|---|---|---|---|

**Catherine A. Silva**
10284 Silva Cir
Gilroy, CA 95020-9264

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |
|---|---|---|---|

**Catherine Ann Akerman**
c/o Laura Parr
300 E. Highland Street
Longview, TX 75602

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __Sklar Exploration Company, LLC__    Case number (if known) __20-12377-EEB__
_____
Name

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,214.00** |
|---|---|---|---|

**Catherine Clark Wohner**
**Executrix of Est. of L. Collins Wohner**
**239 E. Center Street**
**P.O. Box 56**
**Canton, MS 39046**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$479.00** |
|---|---|---|---|

**Cayman Resources, Inc.**
**Attn: Mr. Vincent J. Manara, III**
**5773 Woodway Drive, PMB #412**
**Houston, TX 77057**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,011.52** |
|---|---|---|---|

**CCH Incorporated**
**P.O. Box 4307**
**Carol Stream, IL 60197-4307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,142.00** |
|---|---|---|---|

**CEL Properties, LLC**
**For Crain Energy Properties**
**P.O. Box 2146**
**Longview, TX 75606**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.32** |
|---|---|---|---|

**Central Exploration Co, Inc.**
**c/o William E. Hathorn**
**733 Highway 583 SE**
**Brookhaven, MS 39601**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$755.00** |
|---|---|---|---|

**Central Exploration Co, Inc.**
**c/o William E. Hathorn**
**733 Highway 583 SE**
**Brookhaven, MS 39601**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.35** |
|---|---|---|---|

**Central Petroleum, Inc.**
**P.O. Box 2547**
**Madison, MS 39130-2547**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.260**

**Nonpriority creditor's name and mailing address**

**Central Petroleum, Inc.**
**P.O. Box 2547**
**Madison, MS 39130-2547**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,070.00**

---

**3.261**

**Nonpriority creditor's name and mailing address**

**Century Link**
**P.O. Box 91155**
**Seattle, WA 98111-9255**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$224.33**

---

**3.262**

**Nonpriority creditor's name and mailing address**

**Century Tel/Century Link**
**P.O. Box 4300**
**Carol Stream, IL 60197-4300**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$44.03**

---

**3.263**

**Nonpriority creditor's name and mailing address**

**CFBR Partners LLC**
**91 Montford Avenue**
**Mill Valley, CA 94941**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,409.00**

---

**3.264**

**Nonpriority creditor's name and mailing address**

**Chanse Resources, L.L.C.**
**Attn: Wes Shepherd, COO**
**P.O. Box 1572**
**Shreveport, LA 71165**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

**$25,194.59**

---

**3.265**

**Nonpriority creditor's name and mailing address**

**Chanse Resources, L.L.C.**
**Attn: Wes Shepherd, COO**
**P.O. Box 1572**
**Shreveport, LA 71165**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,001.00**

---

**3.266**

**Nonpriority creditor's name and mailing address**

**Charisse Drakeford**
**3827 Bullard St**
**Charlotte, NC 28208**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$3.00**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.267** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8.00**

**Charlene Malone**
PO Box 714
Elmsford, NY 10523

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00**

**Charlene R. Lett**
PO Box 463
Monroeville, AL 36460

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.269** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,351.00**

**Charles A. Frazier, for life**
31778 County Road 6
Evergreen, AL 36421

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Charles Grady Fite**
10979 CR 2173
Whitehouse, TX 75791

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.271** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Charles Keith Hamby**
2803 Pine View Drive
Grapevine, TX 76051

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.272** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00**

**Charles L. Williams**
PO Box 1685
Shreveport, LA 71165

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.273** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00**

**Charles R. Tait, III**
418 Mayo Street
Camden, AL 36726

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.274** | Nonpriority creditor's name and mailing address

**Charles R. Tait, Jr.**
3178 J.M. Brooks Road
Coy, AL 37435

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.275** | Nonpriority creditor's name and mailing address

**Charles Vernon Day**
219 Northline Road
Teague, TX 75860

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

**3.276** | Nonpriority creditor's name and mailing address

**Charles Warren**
428 West Bow
Tyler, TX 75702

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.277** | Nonpriority creditor's name and mailing address

**Charles Wiggins**
13610 Broken Bridge Drive
Houston, TX 77085

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

**3.278** | Nonpriority creditor's name and mailing address

**Charlie Covington**
6333 Ferguson Drive
Pensacola, FL 32503

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

**3.279** | Nonpriority creditor's name and mailing address

**Charlie Mae Wilson**
302 Pine Street
Sumter, SC 29150

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

**3.280** | Nonpriority creditor's name and mailing address

**Charlotte Kay Clayton Bowen**
123 SW 87th
Oklahoma City, OK 73139

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.281**

Nonpriority creditor's name and mailing address
**Charter Energy Partners LLC**
**c/o Shaw Resources Management LLC**
**1999 Broadway, Suite 4320**
**Denver, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

**$43,436.07**

---

**3.282**

Nonpriority creditor's name and mailing address
**Chateau Blanche, L.L.C.**
**P.O. Box 1311**
**Brookhaven, MS 39602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$54.00**

---

**3.283**

Nonpriority creditor's name and mailing address
**Cherokee County Electric Co-op Assn**
**P.O. Box 257**
**Rusk, TX 75785**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.284**

Nonpriority creditor's name and mailing address
**Cheryl Lynn Shaffer Sessions**
**6107 Windrose Hollow Lane**
**Spring, TX 77379**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.285**

Nonpriority creditor's name and mailing address
**Cheryle D. Paluska**
**17730 Mossy Ridge Lane**
**Houston, TX 77095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$8.00**

---

**3.286**

Nonpriority creditor's name and mailing address
**Chicot Land Company, LLC**
**7153 Hwy 191**
**Converse, LA 71419**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$29.00**

---

**3.287**

Nonpriority creditor's name and mailing address
**Chiquita L. Jackson Stratford**
**2031 North 20th Street**
**Omaha, NE 68110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$8.00**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.47 |
|---|---|---|---|

**Choice Copy Service USE CHOCO2!!**
P.O. Box 919254
Dallas, TX 75391-9254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Choice Copy Service, LLC**
401 Edwards Street
Suite B120
Shreveport, LA 71101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71.00 |
|---|---|---|---|

**Chris Weiser**
PO Box 500
Magnolia, AR 71753

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Christina Kathlean Bishop**
400 SCR 29
Mize, MS 39116

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**Christine Biedenharn**
6527 Fox Road
Gilmer, TX 75644

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Christine Covington**
Phillips Covington POA
22002 114th Rd
Cambria Heights, NY 11411

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $481.00 |
|---|---|---|---|

**Christopher C. Dufrain**
3273 Barrancas Avenue
Pensacola, FL 32507

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.295** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29.00**

**Christopher P. Andrew**
**6307 Caminito Del Cervato**
**San Diego, CA 92111**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.296** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6.00**

**Church of Christ of the Primitive**
**Faith and Order at Pleasant Grove**
**86 Bledsoe Dr**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.297** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,970.00**

**Cicon & Associates LLP**
**P.O. Box 541**
**Chester, MT 59522-0541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.298** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$77,961.00**

**Cindy Finlay Fleming**
**P.O. Box 1495**
**Brewton, AL 36427**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.299** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13.00**

**City Of Shreveport**
**505 Travis Street**
**Suite 650**
**Shreveport, LA 71101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.300** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39.00**

**Clara Warren**
**c/o Rameria Clark**
**1209 Saltgrass Drive**
**Crowley, TX 76036**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.301** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22.00**

**Clarence Warren**
**18630 FM 850**
**Arp, TX 75750**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.302** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$66.00**

**Clarence White**
222 N Hiawassee Road, Apt 90
Orlando, FL 32835-1077

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.303** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,757.00**

**Clark Rabren**
14 County Rd 1348
Vinemont, AL 35179

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.304** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,178.71**

**Clarkco Oilfield Services, Inc.**
P.O. Box 341
Heidelberg, MS 39439

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.305** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,825.00**

**Clarke & Company d/b/a Heard & Sanders**
13201 Northwest Freeway
Suite 503
Houston, TX 77040-6023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.306** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Claude M. Williams**
1540 Church Street
Redlands, CA 92373

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.307** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Claudette Bradley**
1172 Johnsonville Circle
Castleberry, AL 36432

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.308** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$528.00**

**Claudette G. Pate**
960 Bull Slough Rd
Andalusia, AL 36421

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor     **Sklar Exploration Company, LLC**                          Case number (if known)    **20-12377-EEB**
           Name

---

**3.309**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                          **$11.00**

**Claudia Ratcliff Madden**
**1145 Meadow Lane**                                ■ Contingent
**Haughton, LA 71037**
                                                   ■ Unliquidated
Date(s) debt was incurred __                        ☐ Disputed

Last 4 digits of account number __                  Basis for the claim:  **Revenue**

                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.310**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                          **$2.00**

**Claudia Warren**
**3714 Penelope Street**                            ■ Contingent
**Dallas, TX 75210**
                                                   ■ Unliquidated
Date(s) debt was incurred __                        ☐ Disputed

Last 4 digits of account number __                  Basis for the claim:  **Revenue**

                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.311**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                          **$3.00**

**Claudie M. Holmes Modley**
**1160 Hawthorne Drive**                            ■ Contingent
**Pensacola, FL 32507**
                                                   ■ Unliquidated
Date(s) debt was incurred __                        ☐ Disputed

Last 4 digits of account number __                  Basis for the claim:  **Revenue**

                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.312**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                          **$1.00**

**Clemestine Ford Houston**
**309 13th Court**                                  ■ Contingent
**Onalaska, WI 54650**
                                                   ■ Unliquidated
Date(s) debt was incurred __                        ☐ Disputed

Last 4 digits of account number __                  Basis for the claim:  **Revenue**

                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.313**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                          **$3.00**

**Cleophus Pearson**
**3605 Moonstone Street**                           ■ Contingent
**Dallas, TX 75241**
                                                   ■ Unliquidated
Date(s) debt was incurred __                        ☐ Disputed

Last 4 digits of account number __                  Basis for the claim:  **Revenue**

                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.314**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                          **$8.00**

**Cleva Wiggins Usry**
**4565 Highway 411**                                ■ Contingent
**Gadsden, AL 35901**
                                                   ■ Unliquidated
Date(s) debt was incurred __                        ☐ Disputed

Last 4 digits of account number __                  Basis for the claim:  **Revenue**

                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.315**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                          **$205.00**

**Clinton Holland, Sr., deceased**
**940 W Florence Ave**                              ■ Contingent
**Inglewood, CA 90301-1510**
                                                   ■ Unliquidated
Date(s) debt was incurred __                        ☐ Disputed

Last 4 digits of account number __                  Basis for the claim:  **Revenue**

                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Sklar Exploration Company, LLC**

Name

Case number (if known)    **20-12377-EEB**

---

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,489.58** |
|---|---|---|---|

**Coastal Chemical Co., LLC**
Department 2214
P.O. Box 122214
Dallas, TX 75312-2214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,843.00** |
|---|---|---|---|

**Coastal Exploration, Inc.**
P.O. Box 195
Ridgeland, MS 39158

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$578.53** |
|---|---|---|---|

**Cochran Chemical Co., Inc.**
1800 Ray Davis Boulevard
Seminole, OK 74868

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,986.68** |
|---|---|---|---|

**Cold Spring Energy LLC**
Terry L. Pecora Sole Member
6 Spring Street
Cold Spring Harbor, NY 11724

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Cole McDonald Roach**
250 Heimer Road Apt. 806
San Antonio, TX 78232

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Coleen G. Coffey**
1500 Royal Crest No. 255
Austin, TX 78741

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,473.11** |
|---|---|---|---|

**Complete Environmental & Remediation Co.**
P.O. Box 1079
Waynesboro, MS 39367

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Sklar Exploration Company, LLC**
Name

Case number (if known) **20-12377-EEB**

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**Compliance Assurance Associates**
**682 Orvil Smith Road**
**Harvest, AL 35749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,382.91 |
|---|---|---|---|

**Compression Controls & Rentals, LLC**
**5797 FM 2011**
**Longview, TX 75603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $715.00 |
|---|---|---|---|

**Comstock Oil & Gas LLC**
**5300 Town and Country Blvd., Ste. 500**
**Frisco, TX 75034**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.00 |
|---|---|---|---|

**Comstock Oil & Gas-LA., LLC**
**5300 Town & Country Blvd.**
**Suite 500**
**Frisco, TX 75034**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,510.00 |
|---|---|---|---|

**Conecuh County Circuit Clerk**
**David Jackson, Clerk of Court**
**111 Court Street, RM 203**
**Evergreen, AL 36401**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,407.27 |
|---|---|---|---|

**Consolidated Electrical Distributors, In**
**CED Credit Office**
**P.O. Box 207088**
**Dallas, TX 75320-7088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Constance M. Holmes Hale**
**215 Washington Street**
**Cantonment, FL 32533**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.330** | Nonpriority creditor's name and mailing address
**Copeland, Kenny**
**1821 Bayou Bend Drive**
**Bossier City, LA 71111**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$1,847.10

---

**3.331** | Nonpriority creditor's name and mailing address
**Counterpoint Consulting, LLC**
**17020 Preston Bend Drive**
**Dallas, TX 75248**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$7,500.00

---

**3.332** | Nonpriority creditor's name and mailing address
**County Royalty Acquisition Program Inc.**
**d/b/a Smith County Royalty Company Inc.**
**P.O. Box 25163**
**Dallas, TX 75225**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$26.00

---

**3.333** | Nonpriority creditor's name and mailing address
**Coy Edward & Bertha M. Johnson**
**Life Estate**
**1700 West Seventh Street**
**Tyler, TX 75701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$2.00

---

**3.334** | Nonpriority creditor's name and mailing address
**Craft Exploration Company L.L.C.**
**P.O. Box 2430**
**Madison, MS 39130**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

$2,433.01

---

**3.335** | Nonpriority creditor's name and mailing address
**Craft Exploration Company L.L.C.**
**P.O. Box 2430**
**Madison, MS 39130**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$18,715.00

---

**3.336** | Nonpriority creditor's name and mailing address
**Craft Operating XXXV, LLC**
**125 Bradshaw Crossing**
**Canton, MS 39046**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

$6,045.94

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|--------|-------------------------------|------------------------|--------------|
| | Name | | |

**3.337** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21.00**

Craig Bohuslav
P.O. Box 691
Atlanta, TX 75551

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146.00**

Craig C. Barclay
10857 Sunrise Point
Shreveport, LA 71106

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.339** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,076.00**

Crain Energy, Ltd.
P.O. Box 2146
Longview, TX 75606

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.340** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$186.00**

Crain II Oil & Gas Ltd.
P.O. Box 2146
Longview, TX 75606

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.341** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00**

Cricket Production LP
P.O. Box 3098
Flint, TX 75762

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.342** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$216.00**

Crow Partners, Ltd.
P.O. Box 540988
Houston, TX 77254-0988

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.343** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,336.50**

Crowley Fleck PLLP
P.O. Box 30441
Billings, MT 59107

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Sklar Exploration Company, LLC**

Name

Case number (if known)   **20-12377-EEB**

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.00 |
|---|---|---|---|

**Crystal Hill**
3226 Wabash Ave.
Kansas City, MO 64109

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.00 |
|---|---|---|---|

**Crystal Renee Stanley**
6799 Cedar Ridge Circle
Milton, FL 32570-3660

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,140.00 |
|---|---|---|---|

**CSI Compressco Operating, LLC**
**CSI Compressco Sub, Inc.**
P.O. Box 840082
Dallas, TX 75284-0082

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,044.00 |
|---|---|---|---|

**CSX Tranportation, Inc.**
500 Water Street, J180
Jacksonville, FL 32202

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,035.17 |
|---|---|---|---|

**CTM 2005, Ltd.**
Attn: Charles T. McCord, III
55 Waugh Drive #515
Houston, TX 77007

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,729.00 |
|---|---|---|---|

**CTM 2005, Ltd.**
Attn: Charles T. McCord, III
55 Waugh Drive #515
Houston, TX 77007

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.92 |
|---|---|---|---|

**Culkin Water District**
2681 Sherman Avenue
Vicksburg, MS 39180

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235.00 |
|---|---|---|---|

**Curt Schommer**
**357 Castile Lane**
**Turlock, CA 95382**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Curtis Judgeware**
**1569 Mt Sinai Rd**
**Hanesville, LA 71038**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.00 |
|---|---|---|---|

**Curtis Murphy Sr.**
**5515 Hwy. 371**
**Heflin, LA 71039**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.00 |
|---|---|---|---|

**Cynthia Brooks**
**28160 Country Road #6**
**Evergreen, AL 36401**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Cynthia Grasty**
**1624 Ulster Drive**
**Elizabeth City, NC 27909**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Cynthia K. Cox**
**6427 Hurst**
**Amarillo, TX 79109**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Cynthia Leigh Shaffer Barry**
**1501 Alice Drive**
**Lafayette, LA 70503**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Sklar Exploration Company, LLC**
Name

Case number (if known)   **20-12377-EEB**

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.00 |
|---|---|---|---|

**Cynthia Stroud Synnott**
**11919 Broken Bough**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|

**Cynthia Williams**
**1660 Riva Ridge Drive**
**Mansfield, OH 44904**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,397.80 |
|---|---|---|---|

**D & M Drilling Fluids, Inc.**
**P.O. Box 579**
**Jay, FL 32565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.00 |
|---|---|---|---|

**D. C. Water**
**Address Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.04 |
|---|---|---|---|

**D. Leigh McMillan III**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $313.00 |
|---|---|---|---|

**D. W. Warren**
**285 County Road 3216**
**Tyler, TX 75705-4991**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $376.00 |
|---|---|---|---|

**D.M. Alpha, Inc.**
**Dennis Mitchell**
**P.O. Box 711**
**Yankton, SD 57078**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $842.93 |
|---|---|---|---|

**Daboil Resources, LC**
**David A Barlow, Member**
**321 Paseo Encinal Street**
**San Antonio, TX 78212**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $630.00 |
|---|---|---|---|

**Daboil Resources, LC**
**David A Barlow, Member**
**321 Paseo Encinal Street**
**San Antonio, TX 78212**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**Dale B. Blair**
**and Martha R. Blair**
**68 Gum Tree Lane**
**Brewton, AL 36426**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.00 |
|---|---|---|---|

**Damon Deas**
**525 Third Street North**
**Unit #511**
**Jacksonville Beach, FL 32250**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.00 |
|---|---|---|---|

**Daniel E. Dearman**
**3138 Hidden Haven South**
**San Antonio, TX 78261**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Daniel H. Cox**
**916 Forrest Heights Dr. SE**
**Huntsville, AL 35802**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.05 |
|---|---|---|---|

**Daniel W. McMillan**
**P.O. Box 867**
**Brewton, AL 36427**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

Debtor **Sklar Exploration Company, LLC**
Name

Case number (if known) **20-12377-EEB**

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.00 |
|---|---|---|---|

Daniel W. McMillan
P.O. Box 867
Brewton, AL 36427

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

Danny Earl Ford
Rt 3 Box 1235 AA
Tyler, TX 75705

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,073.93 |
|---|---|---|---|

Darby's Welding & Machine, LLC
Tailwinds Loenbro Holdings, Inc.
78 48th Avenue SW
Dickinson, ND 58601

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.00 |
|---|---|---|---|

Darell Rushton
8341 Ranger Drive
Pensacola, FL 32534

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,245.00 |
|---|---|---|---|

Darlene K. Hall
6121 Fern Aven. Unit 117
Shreveport, LA 71105-4167

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

Darrell D. Ford Estate
Clemestine Ford Houston, Guardian
501 SW 75th Street # H4
Gainesville, FL 32607-1739

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

Darrell Preston Brannon
1129 Woods Ave
Norman, OK 73069

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.379** | Nonpriority creditor's name and mailing address
Darren Warren
831 Coronado Center Drive #24202
Henderson, NV 89052

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.380** | Nonpriority creditor's name and mailing address
David Bissmeyer
1426 Tascosa Court
Allen, TX 75103

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$6.00**

---

**3.381** | Nonpriority creditor's name and mailing address
David Blacksher Key
11564 Champion Road
Fairhope, AL 36532

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$9.00**

---

**3.382** | Nonpriority creditor's name and mailing address
David Brye
2600 West Michigan Ave, Lot #10D
Pensacola, FL 32526

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$2.00**

---

**3.383** | Nonpriority creditor's name and mailing address
David Carl Deutsch
430 William D. Fitch
College Station, TX 77845

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$313.00**

---

**3.384** | Nonpriority creditor's name and mailing address
David Carter
3793 FM 1844
Gladewater, TX 75647

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$41.00**

---

**3.385** | Nonpriority creditor's name and mailing address
David Johnson
2539 N. Point Pleasant Rd.
Gladewater, TX 75647-5854

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$17.00**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.386** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$220.00**

David W. Shaw
1307 Chimney Springs Drive, SE
Huntsville, AL 35803

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.387** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23.00**

Davis Craig Henderson
1004 W. 7th Street
Tyler, TX 75701-3941

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.388** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,707.00**

Davis Hot Shot Service, LLC
4967 Highway 84
Waynesboro, MS 39367

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.389** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2.00**

Dawn Y.  Leatherwood
PO Box 165
Calion, AR 71724

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.390** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,529.23**

DBC Resources II LP
PO Box 670725
Dallas, TX 75367

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.391** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,318.00**

DBC Resources II LP
PO Box 670725
Dallas, TX 75367

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.392** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,302.14**

DBC Resources LP
PO Box 670725
Dallas, TX 75367

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.393** | Nonpriority creditor's name and mailing address

**DBC Resources LP**
**PO Box 670725**
**Dallas, TX 75367**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$78,920.00**

---

**3.394** | Nonpriority creditor's name and mailing address

**DCOD LLC**
**C/o Warren Clark Development**
**16390 Addison Road**
**Addison, TX 75001**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

**$3,312.39**

---

**3.395** | Nonpriority creditor's name and mailing address

**DCOD LLC**
**C/o Warren Clark Development**
**16390 Addison Road**
**Addison, TX 75001**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$73,790.00**

---

**3.396** | Nonpriority creditor's name and mailing address

**De Compiegne Property Company**
**No. 20 LTD.**
**P.O. Box 1071**
**Midland, TX 79702**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

**3.397** | Nonpriority creditor's name and mailing address

**Dean Deas**
**432 Jimmy Ramey Road**
**Waynesboro, MS 39367**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

**3.398** | Nonpriority creditor's name and mailing address

**Deanna Deas Shepard**
**521 Boyles Rd**
**Waynesboro, MS 39367**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

**3.399** | Nonpriority creditor's name and mailing address

**Deanna Smith**
**1145 East 84th Street**
**Los Angeles, CA 90001**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

Debtor  **Sklar Exploration Company, LLC**                    Case number (if known)  **20-12377-EEB**
         Name

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.00 |

**Debbie H. Harbin**
**Jerry W. Allen**
**1929 Hwy. 180**
**Gulf Shores, AL 36542**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.00 |

**Deborah Lynn Fults**
**210 SW Mood Street**
**Burleson, TX 76028**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Debra Ann Law**
**100 W. P. Court**
**Castleberry, AL 36432**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.00 |

**Debra Ann Lemenager**
**7461 Lemenager Road**
**Sutter, CA 95982**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.00 |

**Decatur Mineral Partners, Ltd.**
**Attn: Jeff C. Rea**
**P.O. Box 12167**
**Dallas, TX 75225**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,249.00 |

**DEDE LLC**
**4450 Old Canton Road, Ste. 203**
**Jackson, MS 39211**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,123.90 |

**Deepwell Energy Services, LLC**
**Department #0944**
**P.O. Box 1000**
**Memphis, TN 38148-0944**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.407** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

**Delario M. Jackson**
16922 Highway 9
Athens, LA 71003

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.408** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$306.00**

**Delores Hill Powell**
3226 Wabash Ave.
Kansas City, MO 64109

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.409** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31.13**

**Delta S Ventures LP**
615 Longview Drive
Sugar Land, TX 77478

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.410** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$692.00**

**Delta S Ventures LP**
615 Longview Drive
Sugar Land, TX 77478

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.411** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Delton McKay Ford**
Rt 3 Box 930
Tyler, TX 75705

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.412** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$145.00**

**Demetrius Walker**
10057 Malmsbury Road
Orlando, FL 32829-7249

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.413** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Dempsey Odell & Mary Johnson**
102 Nunn Avenue Rt 2
Whitehouse, TX 75791

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Sklar Exploration Company, LLC**
Name

Case number (if known)  **20-12377-EEB**

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|

**Dennis Franklin**
426 Colt Circle
Clinton, PA 15026

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|

**Denoy Brye**
3109 Southwood Drive
Racine, WI 53406

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,922.30 |
|---|---|---|---|

**Derrick Corporation**
590 Duke Road
Buffalo, NY 14225

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Dewitt L. Kelley**
328 East 122nd Street
Los Angeles, CA 90061

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Diana Smith**
2101 E. Avenue J8 Apt. 2
Lancaster, CA 93535

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.00 |
|---|---|---|---|

**Diana Tait Blake**
2767 County Road 23
Camden, AL 36726

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Diane Nichols Rogers**
103 Weakefield Drive
Campbellsville, KY 42718

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.421**

**Nonpriority creditor's name and mailing address**
**Dickson Oil & Gas, LLC**
**c/o C. Bickham Dickson, III, Manager**
**P.O. Box 52479**
**Shreveport, LA 71135**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

$1,290.14

---

**3.422**

**Nonpriority creditor's name and mailing address**
**Dickson Oil & Gas, LLC**
**c/o C. Bickham Dickson, III, Manager**
**P.O. Box 52479**
**Shreveport, LA 71135**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$15,219.00

---

**3.423**

**Nonpriority creditor's name and mailing address**
**Dolkas Investments LP**
**100 Bush Street, Ste #550**
**San Francisco, CA 94104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

$4.54

---

**3.424**

**Nonpriority creditor's name and mailing address**
**Dolkas Investments LP**
**100 Bush Street, Ste #550**
**San Francisco, CA 94104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$257.00

---

**3.425**

**Nonpriority creditor's name and mailing address**
**Don B. Saunders Trust**
**Trustee: Don B. Saunders**
**340 Cherokee Ln**
**Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$2,599.00

---

**3.426**

**Nonpriority creditor's name and mailing address**
**Don Sullivan**
**Sue Ellen Sulllivan**
**PO Box 271**
**Mize, MS 39116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$14.00

---

**3.427**

**Nonpriority creditor's name and mailing address**
**Donald Edward Conrad**
**P. O. Box 177**
**Groom, TX 79309**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$2.00

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.428** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2.00**

**Donald R. Kirksey &**
**Kimberly Kirksey**
**16 Robinson  Cemetery Lane**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.429** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11.00**

**Donald W. Williams**
**7290 Frank Reeder Road**
**Pensacola, FL 32526**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.430** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6.00**

**Donald Wayne Corbin &**
**Patricia Ann Corbin**
**2174 Bridges Road**
**Arcadia, LA 71001**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.431** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3.00**

**Donetta Beckum**
**1753 Scottdale Road**
**Beaumont, CA 92223**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.432** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6.00**

**Donia Beth Shaffer Groff**
**3125 North East Brazee Street**
**Portland, OR 97212**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.433** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$170.00**

**Donna E. Johnson**
**1354 Mazurek Blvd**
**Pensacola, FL 32514**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.434** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10.00**

**Donna O'Brien Eaves**
**PO Box 50605**
**Amarillo, TX 79124**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Donnell Warren**
5001 Highway 210 North Lot No. 3
Spring Lake, NC 28390

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|

**Dora Gaines Chester**
1314 McKenzie
Dallas, TX 75223

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**Dorchester Royalty Corp.**
Attn: Mary M. Campbell
P.O. Box 6332
Corpus Christi, TX 78466

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.00 |
|---|---|---|---|

**Doris Verna Atwood, deceased**
14 Wild Good Lane
Narragansett, RI 02882

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Dorothea Janet Fitten**
7 Viper Court
Hampton, VA 23666

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.00 |
|---|---|---|---|

**Dorothy Ann Shaffer Cathey**
Al G. Cathey
1793 Bridges Rd
Athens, LA 71003

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|

**Dorothy Bradley**
740 Spring Hill Road
Evergreen, AL 36401

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11.00** |

**Dorothy Jean Cook**
807 N. 61st Street
Pensacola, FL 32506

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$581.00** |

**Dorothy Jones Gates Rev. Trust**
3640 Stratford Way
Birmingham, AL 35242

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,742.00** |

**Dorothy M. Harris**
9661 Wallace Lake Rd
Shreveport, LA 71106

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,596.00** |

**Dorothy McLeod Bell Revocable
Living Trust**
8786 Club Lake
Memphis, TN 38125

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$293.97** |

**Double D Dynamics
David Denkeler**
P.O. Box 568
Judson, TX 75660

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$154.58** |

**DoublePine Investments, Ltd.**
4851 LBJ Freeway, Suite 210
Dallas, TX 75244

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,074.00** |

**DoublePine Investments, Ltd.**
4851 LBJ Freeway, Suite 210
Dallas, TX 75244

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.449** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00
**Douglas Oneal Rudolph**
809 North Old Corry Field Road Apt C
Pensacola, FL 32506

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.450** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00
**Douglas Parking, LLC**
1330 Broadway
Suite 630
Oakland, CA 94612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.451** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,229.00
**Dr. Benton Hill Fatherree**
101 Bellemeade Trace
Clinton, MS 39056

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.452** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133.00
**Drew R. Dufrain**
1266 Tate School Road
Pensacola, FL 32533

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.453** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,378.75
**Drilling Tools International, Inc.**
P.O. Box 677901
Dallas, TX 75267-7901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.454** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.00
**Dunbar Investments**
P.O. Box 2621
Frisco, TX 75034

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.455** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,275.00
**Durlyn Yvonne Farish**
**Ralph Stevens Farish**
P.O. Box 561
Jay, FL 32565

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Sklar Exploration Company, LLC**__    Case number (if known) __20-12377-EEB__
Name

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,098.03 |
|---|---|---|---|

**Durrett Production Services**
P.O. Box 463
Arp, TX 75750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Durwood L. Edwards**
5633 S. Yorktown Place
Tulsa, OK 74105

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.00 |
|---|---|---|---|

**DVJ Partnership**
c/o Jan Wallace Briscoe
2819 Long Lake Drive
Shreveport, LA 71106

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Dwan R. Ford**
Rt 3 Box 930
Tyler, TX 75704

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,785.37 |
|---|---|---|---|

**Eagle Express Hotshot Service LLC**
**(Jefcoat Inspection Service)**
P.O. Box 2082
Laurel, MS 39442-2082

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $401.00 |
|---|---|---|---|

**Eagle Oil & Gas Co**
Attn: BOKF WC-II
2525 Kell Blvd, Suite 510
Wichita Falls, TX 76308

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $663.00 |
|---|---|---|---|

**Earl Nix**
219 East Ferguson
Tyler, TX 75702

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.463** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00**

**Earlene Samuel**
767 Springhill Road
Evergreen, AL 36401

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.464** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5.00**

**Earnestine Brackens**
P.O. Box 342
Gibsland, LA 71028

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.465** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2.00**

**Eartha Mae White Willis**
1840 Alder Tree Way
Dacula, GA 30019

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.466** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3.00**

**Easter Austin Gaines**
Route 3 Box 182 C7
Kilgore, TX 75662

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.467** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$259,060.88**

**Eastern Fishing & Rental Tools, Inc.**
P.O. Box 292
Laurel, MS 39441

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.468** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31.14**

**Eaton Finance Corp.**
7302 Rustling Oaks Drive
Richmond, TX 77469

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.469** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,563.00**

**Eaton Finance Corp.**
7302 Rustling Oaks Drive
Richmond, TX 77469

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,900.55** |
|---|---|---|---|

**ECS Enterprise Computing Services, LLC**
**347 Bert Kouns Industrial Loop**
**Shreveport, LA 71106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$51.55** |
|---|---|---|---|

**Ed L. Dunn**
**P.O. Box 94**
**Milton, FL 32572**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,621.00** |
|---|---|---|---|

**Ed L. Dunn**
**P.O. Box 94**
**Milton, FL 32572**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35.00** |
|---|---|---|---|

**Ed Leigh McMillan Trust**
**P.O. Box 867**
**Brewton, AL 36427**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2.04** |
|---|---|---|---|

**Ed Leigh McMillan, III**
**PO Box 867**
**Brewton, AL 36427**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$136.00** |
|---|---|---|---|

**Ed Leigh McMillan, III**
**PO Box 867**
**Brewton, AL 36427**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**Eddie Joe Williams**
**1808 SE 12 Street**
**Moore, OK 73160-8358**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.00 |
|---|---|---|---|

**Edker Lee Dyer**
**405 Oak St Apt 42-G**
**Lawrenceburg, TN 38464**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**Edna L. Williams Miller**
**c/o Roberta L. Miller**
**1509 N. Main Street**
**Temple, TX 76501**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $380.00 |
|---|---|---|---|

**Educational Advancement Foundation**
**327 Congress Ave., Suite 500**
**Austin, TX 78701**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Edward F. Rod Jr.**
**2735 Red Pine Circle**
**Kountze, TX 77625**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.09 |
|---|---|---|---|

**Edward L. Yarbrough, Jr.**
**PO Box 11**
**Belcher, LA 71004-0011**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,315.00 |
|---|---|---|---|

**Edward L. Yarbrough, Jr.**
**PO Box 11**
**Belcher, LA 71004-0011**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.00 |
|---|---|---|---|

**Edwin R. Axberg**
**1404 Ruth Drive**
**Longview, TX 75601**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Sklar Exploration Company, LLC**                     Case number (if known)   **20-12377-EEB**
_____
Name

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19.00** |

**Edwin Sanford, III**
**109 Dozier St**
**Wetumpka, AL 36092**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3.00** |

**Edwin Taylor**
**PO Box 112**
**Atlanta, TX 75551-0112**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$293.00** |

**Efraim Brody**
**310 NW 171 Street**
**Miami, FL 33169**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,584.05** |

**Eiche, Mapes and Company, Inc.**
**P.O. Box 7992**
**Tyler, TX 75711**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$91.00** |

**El Dorado Gulf Coast Production, LLC**
**P.O. Box 195868**
**Dallas, TX 75219**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,107.00** |

**El Energy Ltd. LLP**
**3800 Paluxy Drive, Suite 132**
**Tyler, TX 75703**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,445.00** |

**Elana Oil & Gas Co.**
**401 N. Market Street**
**Suite 500**
**Shreveport, LA 71101**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Sklar Exploration Company, LLC**                              Case number (if known)   **20-12377-EEB**
Name

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.25 |

**ELBA Exploration LLC**
**PO Box 807**
**Milton, FL 32572**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,223.00 |

**ELBA Exploration LLC**
**PO Box 807**
**Milton, FL 32572**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.24 |

**Eldorado Artesian Springs**
**1783 Dogwood Street**
**Louisville, CO 80027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Eldred Cotton III**
**17402 FM 2767**
**Tyler, TX 75705**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.00 |

**Eleanor Brock Ilfrey**
**15600 Barkers Landing Road No. 12**
**Houston, TX 77079**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |

**Eleanor C. Davidson**
**193 Riverview Drive**
**Newcastle, DE 19720**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.00 |

**Eleanor Malone**
**27 Crows Nest Lane**
**Unit 6B**
**Danbury, CT 06810**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.498** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3.00**

**Eleanor McCallister**
**427 Cleveland Avenue Westview**
**Newport, DE 19804**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.499** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2.00**

**Elena A. Cross**
**221 Evergreen Lane**
**Middleburg, FL 32068**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.500** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31.00**

**Elizabeth Blair Johansen**
**106 Bluebonnett Lane, Unit #5**
**Scott Valley, CA 95066**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.501** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10.00**

**Elizabeth Cash**
**Woodmill Apartments**
**Apartment C-25**
**Dover, DE 19901**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.502** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.00**

**Elizabeth Karkosky**
**6806 SW Capitol Hwy #3**
**Portland, OR 97219**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.503** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9.00**

**Elizabeth Murray Key Anderton**
**367 Azalea St**
**Fairhope, AL 36532**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.504** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14.00**

**Elizabeth Penn**
**7526 Brykerwoods Dr.**
**Houston, TX 77055**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19.00** |
|---|---|---|---|

**Elizabeth Wadsworth Neill**
**41 Rocky Hill Road**
**Hadley, MA 01035**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4.00** |
|---|---|---|---|

**Ella Lorraine Anderson**
**929 Coury Road, Apt. 3**
**Fort Worth, TX 76140-4341**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
|---|---|---|---|

**Ella Ruth Holmes Gant**
**P.O. Box 10766**
**Pensacola, FL 32524**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2.00** |
|---|---|---|---|

**Elliott Fleishman**
**834 Brookhurst Dr**
**Dallas, TX 75218**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6.00** |
|---|---|---|---|

**Elois Boykin**
**361 Bruner Avenue**
**Evergreen, AL 36401**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**Elsie Ransom Neal**
**4528 Woodhollow**
**Apartment 307**
**Dallas, TX 75209**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$76.00** |
|---|---|---|---|

**Elsie V. Parish**
**2501 Logans Pointe Drive #2501**
**Mt. Vernon, TX 75457**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.512** | Nonpriority creditor's name and mailing address
**Elvira McMillan Mannelly**
4320 Club Drive NE
Atlanta, GA 30319

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$136.00**

---

**3.513** | Nonpriority creditor's name and mailing address
**Embayment Production, LLC**
P.O. Box 187
Jackson, MS 39205-0187

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$2,354.00**

---

**3.514** | Nonpriority creditor's name and mailing address
**Emily L Ford**
154 Cedar Lane
Delhi, LA 71232

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.515** | Nonpriority creditor's name and mailing address
**Emily W. Meyer**
802 Old Rocky Ridge Lane
Birmingham, AL 35216

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$26.00**

---

**3.516** | Nonpriority creditor's name and mailing address
**EMVCO, Inc.**
P. O. Box 16351
Jackson, MS 39236

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

**3.517** | Nonpriority creditor's name and mailing address
**Engineering Service**
M&G Enterprises, Inc.
P.O. Box 180429
Richland, MS 39218

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$10,621.45**

---

**3.518** | Nonpriority creditor's name and mailing address
**Eric Bryant**
10941 Atkinson Avenue
Inglewood, CA 90303

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Eric Earl Samuel**
2500 Boddie Lane
Apt #H103
Gulf Shores, AL 36542

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,887.00 |
|---|---|---|---|

**Erin Rahaim**
213 Kathleen Court
Clarksville, TN 37043

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|

**Ernest A. Smith, Sr.**
**& Nettie L. Smith**
100 Riverbend Ave
Vidalia, LA 71373

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234.32 |
|---|---|---|---|

**Escambia River Electric Cooperative**
P.O. Box 428
Jay, FL 32565

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.00 |
|---|---|---|---|

**Essie V. Mauldin**
c/o Tyler Bank & Trust
P.O. Box 2020
Tyler, TX 75710

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.00 |
|---|---|---|---|

**Estate of Abbie Morris**
2401 South 20th Street
Broadview, IL 60155

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.00 |
|---|---|---|---|

**Estate of Allen G. Williams**
2230 Littlemore Drive
Cardova, TN 38016

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

**Estate of Beulah Jones**
558 English Street
Mobile, AL 36603

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,199.00 |
|---|---|---|---|

**Estate of Bruce E. Bryant**
646 Howland Drive, Apt 4
Inglewood, CA 90301

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117.00 |
|---|---|---|---|

**Estate of Carolyn Ann Bush**
956 Morgan Bluff Road
Pearl River, LA 70452

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Estate of Dorothy B. Byrd**
501 Cedar Avenue
Mobile, AL 36603

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $586.00 |
|---|---|---|---|

**Estate of Ed Leigh McMillan, II**
P.O. Box 867
Brewton, AL 36427

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.00 |
|---|---|---|---|

**Estate of James C. Roby**
535 Childers Street
Pensacola, FL 32534

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.00 |
|---|---|---|---|

**Estate of John R. Downing, Jr.**
P.O. Box 5765
Richardson, TX 75083

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,359.00 |
|---|---|---|---|

**Estate of Louise Ware**
c/o Steven Louis Ware, Personal Rep.
1320 German St
Pensacola, FL 32534

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,539.00 |
|---|---|---|---|

**Estate of Mary Covington**
455 Sycamore Circle
Evergreen, AL 36401

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.00 |
|---|---|---|---|

**Estate of Mittie Towne Warren**
c/o Jimmy Nelson Kendrick, Jr., Executor
2011 Tallulah Ridge
Hattiesburg, MS 39402

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Estate of Narvie Brye, Deceased**
c/o Sheila Evans Brye
616 Lamb Avenue
Whistler, AL 36612

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,596.00 |
|---|---|---|---|

**Estate of Patricia Hubbard McLeod**
890 Windalier Lane
Winston Salem, NC 27106

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.00 |
|---|---|---|---|

**Estate of Rhondos C. Brye**
851 Cheatham Road
Griffin, GA 30223-6242

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|

**Estate of Robert B. Beall, Deceased**
c/o Jessie W. Beall Myers
1116 Gerrits Landing
Brandon, MS 03904

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.540** | Nonpriority creditor's name and mailing address

**Estate of Shirley Martin Mayhall**
4055 Tucker Rd
Vicksburg, MS 39183

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$1,723.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.541** | Nonpriority creditor's name and mailing address

**Estate of Tom Dan Gidden**
c/o Christy Lynn Gidden, Adminstratrix
1502 Pine Ridge Street
Longview, TX 75604

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$78.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.542** | Nonpriority creditor's name and mailing address

**Estate of Walter Wayne Dammier**
c/o Benjamin Blackburn, Executor
1106 San Antonio Street
Austin, TX 78701

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$2,716.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.543** | Nonpriority creditor's name and mailing address

**Estate of Wolfe E. Rudman**
c/o R. Hiram Lucius
5910 North Central Expressway
Ste 1662
Dallas, TX 75206

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$70.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.544** | Nonpriority creditor's name and mailing address

**Ethel F. Belcher**
3401 West 41st
Los Angeles, CA 90008

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$2.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.545** | Nonpriority creditor's name and mailing address

**Eugene J. Brye, Sr.**
PO Box 253
Evergreen, AL 36481-3316

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$23.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.546** | Nonpriority creditor's name and mailing address

**Eulis Brye**
126 Peach Tree Drive
Evergreen, AL 36401

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$26.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,406.00 |
|---|---|---|---|

**Eveline R. Nobley**
**2611 Wildwood St**
**New Caney, TX 77357**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue 

Is the claim subject to offset? ■ No  ☐ Yes

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Evelyn Louise Conrad King**
**7100 Gainsborough**
**Amarillo, TX 79106**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue 

Is the claim subject to offset? ■ No  ☐ Yes

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Evelyn Tims Key**
**7708 Black Bear Court**
**Fort Worth, TX 76137**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue 

Is the claim subject to offset? ■ No  ☐ Yes

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,618.65 |
|---|---|---|---|

**Evergreen Concrete Company, Inc.**
**150 Owassa Road**
**Evergreen, AL 36401**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt 

Is the claim subject to offset? ■ No  ☐ Yes

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Exigent Information Solutions**
**8310 South Valley**
**Englewood, CO 80112**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt 

Is the claim subject to offset? ■ No  ☐ Yes

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,530.85 |
|---|---|---|---|

**Ezzie's Wholesale, Inc.**
**P.O. Box 1770**
**Malta, MT 59538**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt 

Is the claim subject to offset? ■ No  ☐ Yes

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.00 |
|---|---|---|---|

**Fair Oil, Ltd.**
**Attn: John R. Garrett**
**225 South College Ave**
**P.O. Box 689**
**Tyler, TX 75702**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue 

Is the claim subject to offset? ■ No  ☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.554**

**Nonpriority creditor's name and mailing address**

**Falon Deas Stephenson**
**1630 Highway 29 North**
**Ellisville, MS 39437**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$36.00**

---

**3.555**

**Nonpriority creditor's name and mailing address**

**Fant Energy Limited**
**P.O. Box 55205**
**Houston, TX 77255**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Cash Call Advance

Is the claim subject to offset? ☑ No ☐ Yes

**$330,017.99**

---

**3.556**

**Nonpriority creditor's name and mailing address**

**Fant Energy Limited**
**P.O. Box 55205**
**Houston, TX 77255**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$404,896.00**

---

**3.557**

**Nonpriority creditor's name and mailing address**

**Fatherree Family Limited Partnership**
**Jeff Fatherree, GP**
**5111 Heatherton Drive**
**Jackson, MS 39211**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$765.00**

---

**3.558**

**Nonpriority creditor's name and mailing address**

**Fay Park Jordan**
**4606 Cherry Tree Terrace**
**Montgomery, AL 36106**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$4.00**

---

**3.559**

**Nonpriority creditor's name and mailing address**

**FedEx**
**P.O. Box 660481**
**Dallas, TX 75266-0481**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

**$79.90**

---

**3.560**

**Nonpriority creditor's name and mailing address**

**Felita Fay Hill**
**704 Hanley Downs Drive**
**Cantonment, FL 32533**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$3.00**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62.00** |
|---|---|---|---|

**Felton A. Brye**
**348 Cheri Place**
**Jonesboro, GA 30238**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Fertia Warren, Jr.**
**204 Whitehorn Drive**
**Modesto, CA 95354**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$209.87** |
|---|---|---|---|

**Fiddler Investments**
**PO Box 708**
**Addison, TX 75001**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Cash Call Advance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,976.00** |
|---|---|---|---|

**Fiddler Investments**
**PO Box 708**
**Addison, TX 75001**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$625.00** |
|---|---|---|---|

**Fisher Exploration, L.L.C.**
**c/o Hummingbird, King and Butler, CPA's**
**330 Marshall Street, Suite 600**
**Shreveport, LA 71101**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Flemme Brown**
**1234 McAllister**
**Apartment 3**
**San Francisco, CA 94115**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$240.14** |
|---|---|---|---|

**Fletcher Exploration, LLC**
**PO Box 2147**
**Fairhope, AL 36533-2147**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Cash Call Advance__

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,108.00 |
|---|---|---|---|

**Fletcher Exploration, LLC**
**PO Box 2147**
**Fairhope, AL 36533-2147**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,752.45 |
|---|---|---|---|

**Fletcher Petroleum Co., LLC**
**P.O. Box 2147**
**Fairhope, AL 36533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.44 |
|---|---|---|---|

**Fletcher Petroleum Company, LLC**
**PO Box 2147**
**Fairhope, AL 36533-2147**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,876.00 |
|---|---|---|---|

**Fletcher Petroleum Company, LLC**
**PO Box 2147**
**Fairhope, AL 36533-2147**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118,588.39 |
|---|---|---|---|

**Flexjet, LLC**
**Epic Aero, Inc.**
**P.O. Box 677207**
**Dallas, TX 75267-7207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,318.00 |
|---|---|---|---|

**Florence Lavada Williams**
**1985 Bradbury Dr East**
**Mobile, AL 36695**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $796.00 |
|---|---|---|---|

**Florsheim Production Company**
**16800 N. Dallas Parkway**
**Suite 240**
**Dallas, TX 75248**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.575**

**Nonpriority creditor's name and mailing address**
**Flow Specialties, Inc.**
**1262 Grimmett Drive**
**Shreveport, LA 71107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

**$163.00**

---

**3.576**

**Nonpriority creditor's name and mailing address**
**Floyd Bryant Sr, Deceased**
**2014 14th Avenue**
**Oakland, CA 94606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ☐ No ☐ Yes

**$7,027.00**

---

**3.577**

**Nonpriority creditor's name and mailing address**
**Floyd Fredrick Bryant, Jr.**
**2014 14th Avenue**
**Oakland, CA 94606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ☐ No ☐ Yes

**$4.00**

---

**3.578**

**Nonpriority creditor's name and mailing address**
**Floyd Lestarjette Martin**
**P.O. Box 129**
**Gibsland, LA 71028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ☐ No ☐ Yes

**$46.00**

---

**3.579**

**Nonpriority creditor's name and mailing address**
**Foote Oil & Gas Properties, LLC**
**P.O. Box 6418**
**Gulf Shores, AL 36547**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

**$18,255.66**

---

**3.580**

**Nonpriority creditor's name and mailing address**
**Ford Motor Company**
**Ford Motor Credit Company, LLC**
**P.O. Box 650575**
**Dallas, TX 75265-0575**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.581**

**Nonpriority creditor's name and mailing address**
**FOS Engineering & Consulting, LLC**
**103 Machine Loop**
**Scott, LA 70583**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$25,973.67**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.54 |
|---|---|---|---|

**Four D LLC**
**c/o R.E. Douglass**
**PO Box 2173**
**Durango, CO 81302-2173**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,132.00 |
|---|---|---|---|

**Four D LLC**
**c/o R.E. Douglass**
**PO Box 2173**
**Durango, CO 81302-2173**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $353,331.44 |
|---|---|---|---|

**FPCC USA, Inc.**
**245 Commerce Green Blvd, Ste 250**
**Sugar Land, TX 77478**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176,356.00 |
|---|---|---|---|

**FPCC USA, Inc.**
**245 Commerce Green Blvd, Ste 250**
**Sugar Land, TX 77478**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.00 |
|---|---|---|---|

**Frances Johnson John**
**216 Lawrence Street**
**Kilgore, TX 75662**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Frances Levine Schimmel**
**P.O. Box 644**
**Bellaire, TX 77402**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Frances M. Fine**
**P.O. Box 474**
**Andalusia, AL 36420**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.00 |
|---|---|---|---|

**Frances Taylor**
**322 East 73rd Street**
**Los Angeles, CA 90003**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,532.43 |
|---|---|---|---|

**Francis Bruce Hock**
**& Bettie Jean M. Hock**
**PO Box 670**
**Minden, LA 71055**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,559.00 |
|---|---|---|---|

**Francis Bruce Hock**
**& Bettie Jean M. Hock**
**PO Box 670**
**Minden, LA 71055**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,064.67 |
|---|---|---|---|

**Francis Lane Mitchell**
**PO Box 376**
**Shreveport, LA 71162**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,119.00 |
|---|---|---|---|

**Francis Lane Mitchell**
**PO Box 376**
**Shreveport, LA 71162**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.00 |
|---|---|---|---|

**Frank and Sara Dale Rev Trust**
**4835 S. Peoria Ave. Ste. 11**
**Tulsa, OK 74105**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,620.45 |
|---|---|---|---|

**Franks Exploration Co. LLC**
**PO Box 7665**
**Shreveport, LA 71137-7665**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,617.00** |
|---|---|---|---|

**Franks Exploration Co. LLC**
**PO Box 7665**
**Shreveport, LA 71137-7665**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |
|---|---|---|---|

**Fred L. Drakeford**
**& Vanessa Drakeford**
**957 Spring Hill Road**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Fred W. Shield & Company**
**PO Box 90627**
**San Antonio, TX 78209**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,916.00** |
|---|---|---|---|

**Frederick Charles Detro**
**200 Cherry Street**
**Thibodaux, LA 70301**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,027.00** |
|---|---|---|---|

**Frederick M. Nicol**
**116 Royal Oaks Drive**
**Hoover, AL 35244**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Frederick Samuel**
**941 Lynndale Lane**
**Birmingham, AL 35214**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,053.17** |
|---|---|---|---|

**Fuelman**
**P.O. Box 70887**
**Charlotte, NC 28272-0887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,123.10** |
|---|---|---|---|

**Full Throttle Energy Service, LLC**
P.O. Box 536
Sandersville, MS 39477

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$989.00** |
|---|---|---|---|

**Furrel Wilson Bailey**
185 Lee Rd 497
Opelika, AL 36804

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Revenue__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$914.00** |
|---|---|---|---|

**G&H Production Company, LLC**
Robert Groth
12803 Milwaukee Court
Thornton, CO 80241

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Revenue__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17.00** |
|---|---|---|---|

**Gardiner Royalty, LLC**
P.O. Box 486
Laurel, MS 39441

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Revenue__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,191.82** |
|---|---|---|---|

**Gardner Energy Corporation**
Attn: Nick Sacco
952 Echo Lane, Suite 315
Houston, TX 77024

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Cash Call Advance__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,112.00** |
|---|---|---|---|

**Gardner Energy Corporation**
Attn: Nick Sacco
952 Echo Lane, Suite 315
Houston, TX 77024

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Revenue__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Gardner, Marie**
5933 Stockwood Street
Bossier City, LA 71111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Employee__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.00 |
|---|---|---|---|

**Gary Ann Perryman**
P.O. Box 503
Evergreen, AL 36401

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Gary Bob Lewis**
1209 Bomar Street
Houston, TX 77006

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|---|

**Gary Elizabeth Edwards**
438 Locust Ave SE
Huntsville, AL 35801

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $284.00 |
|---|---|---|---|

**Gaston Oil Company**
Attn: Robert S. Gaston
9306 Milbank
Shreveport, LA 71115

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,621.00 |
|---|---|---|---|

**Gaston Oil Company**
Attn: Robert S. Gaston
9306 Milbank
Shreveport, LA 71115

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,641.82 |
|---|---|---|---|

**Gates Acquisition Synd. LLC**
Attn: Ross P. Barrett
820 Garrett Drive
Bossier City, LA 71111

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|---|

**Gates Acquisition Synd. LLC**
Attn: Ross P. Barrett
820 Garrett Drive
Bossier City, LA 71111

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$97,249.23** |
|---|---|---|---|

**Gateway Exploration, LLC**
**Attn: Jay Moffitt**
**3555 Timmons Lane, Suite 730**
**Houston, TX 77027**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,997.00** |
|---|---|---|---|

**Gateway Exploration, LLC**
**Attn: Jay Moffitt**
**3555 Timmons Lane, Suite 730**
**Houston, TX 77027**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,301.44** |
|---|---|---|---|

**GCREW Properties, LLC**
**Mr. George E. Jochetz, III**
**12323 Rip Van Winkle**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,225.00** |
|---|---|---|---|

**GCREW Properties, LLC**
**Mr. George E. Jochetz, III**
**12323 Rip Van Winkle**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$104,045.82** |
|---|---|---|---|

**GE Oil & Gas**
**P.O. Box 911776**
**Dallas, TX 75391-1776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$882.00** |
|---|---|---|---|

**Genco Transport, LLC**
**P.O. Box 481**
**Greenwood, LA 71033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**Gene Thrash**
**25 Highland Park Village #100-764**
**Dallas, TX 07520-5278**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,489.52 |
|---|---|---|---|

**Genesis Resources, LLC**
**4450 Old Canton Road, Ste 207**
**Jackson, MS 39211**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,996.00 |
|---|---|---|---|

**Genesis Resources, LLC**
**4450 Old Canton Road, Ste 207**
**Jackson, MS 39211**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.00 |
|---|---|---|---|

**George Bryant**
**460 Grand Avenue**
**Apt #404**
**Oakland, CA 94601**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.00 |
|---|---|---|---|

**George D Hunt Residuary Trust**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**George Henry White**
**2535 Washington Street**
**Melbourne, FL 32904**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Georgiana S. Kremer**
**7 Edgewater**
**San Antonio, TX 78260**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,918.00 |
|---|---|---|---|

**Geotech Production, Inc.**
**7844 South Espana Way**
**Aurora, CO 80016**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Sklar Exploration Company, LLC**                    Case number (if known)  **20-12377-EEB**
_____
Name

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.00 |
|---|---|---|---|

**Gerald Edwin Hill**
**1049 Roberta Drive**
**Murphysboro, IL 62966**

☐ Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Gerald S. Rod**
**28132 Tambora**
**Canyon Country, CA 91351**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.00 |
|---|---|---|---|

**Gerald W. Samuel**
**2503 Blaydon Pointe NW**
**Kennesaw, GA 30152-5801**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Geraldine White**
**156 Wintonbury Avenue, Apt B209**
**Bloomfield, CT 06002**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,274.00 |
|---|---|---|---|

**Gerry Burford**
**431 Clifton Street**
**Camden, AL 36726**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $970.00 |
|---|---|---|---|

**GHD Services, Inc.**
**P.O. Box 392237**
**Pittsburgh, PA 15251-9237**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Gillis E. Ralls, Sr.**
**12364 Brooklyn Road**
**Evergreen, AL 36401**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.00 |
|---|---|---|---|

**Gillis Edward Ralls, Jr.**
**561 County Road 8**
**Evergreen, AL 36401**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.00 |
|---|---|---|---|

**Ginger McWaters**
**1854 State Hwy FF**
**Sikeston, MO 63801**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.00 |
|---|---|---|---|

**Ginger Richardson**
**1811 Oak Crest Dr.**
**Marion, AL 36756**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Giselle Malone**
**1716 Dwight St**
**Springfield, MA 04407**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,599.00 |
|---|---|---|---|

**GJR Investments Inc.**
**304 Santiago Drive**
**Winter Park, FL 32789**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.00 |
|---|---|---|---|

**Gladys K. Munoz**
**P.O. Box 22**
**Ethridge, TN 38456**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Glend Rae Franklin & Bertha M. Johnson**
**Life Estate Owner**
**1700 West Seventh Street**
**Tyler, TX 75701**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**Glenda T. Ingraham**
**802 N. 61st Ave**
**Pensacola, FL 32506**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.00 |
|---|---|---|---|

**Glenda Warren**
**P.O. Box 695**
**Topeka, KS 66601**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**Glenn Douglas Brye**
**222 Monterey Street**
**Highland Park, MI 48203**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**Glenn G. Mortimer, III**
**7701 Broadway St**
**Suite 200**
**San Antonio, TX 78209-3261**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Glenn Waters**
**59 Balfour Avenue Knollwood**
**Claymont, DE 19703**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243.00 |
|---|---|---|---|

**Gloria Barnes**
**334 Martin Luther King Dr.**
**Flomaton, AL 36441**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|

**Gloria Dean Madlock**
**604 Steeple Court**
**Tyler, TX 75703**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.00 |
|---|---|---|---|

**Gloria Hill Stells**
1934 Pearl St. Apt. #22
Gibsland, LA 71028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,457.00 |
|---|---|---|---|

**Gloria Jan Butler Riser**
Unknown Address

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Gloria Jean Taylor**
5835 Adelyn Road
Pensacola, FL 32504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Gloria Oates Living Trust**
c/o William W. Oates, Trustee
P.O. Box 201538
Austin, TX 78720-1538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $860.00 |
|---|---|---|---|

**Goodrich Petroleum of LA**
Attn: Mark Leiserowitz
P.O. Box 654339
Dallas, TX 75265-4339

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,090.80 |
|---|---|---|---|

**Goolsby Interests, LLC**
Attn: James W. Goolsby
110 Sibelius Lane
Houston, TX 77079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $588.00 |
|---|---|---|---|

**Goolsby Interests, LLC**
Attn: James W. Goolsby
110 Sibelius Lane
Houston, TX 77079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.659** | Nonpriority creditor's name and mailing address

Gordon Kelley O'Neal
1083 County Road 9
Lisman, AL 36912

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$9.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.660** | Nonpriority creditor's name and mailing address

Grace U Raney Family Trust
C/O Grace U Raney Executrix
PO Box 1449
Longview, TX 75606

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$486.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.661** | Nonpriority creditor's name and mailing address

Grace Wiggins
1335 Silverado Drive, Apt. 801
Houston, TX 77077

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$3.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.662** | Nonpriority creditor's name and mailing address

Gracie Frazier
732 Cato Road
Athens, LA 71003

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$15.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.663** | Nonpriority creditor's name and mailing address

Grady Brye, Jr.
859 Calhoun Street
Pensacola, FL 32507

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$66.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.664** | Nonpriority creditor's name and mailing address

Grady Rails & Sons, Inc.
12364 Brooklyn Road
Evergreen, AL 36401

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$625.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.665** | Nonpriority creditor's name and mailing address

Grady Thompson, Sr.
5550 Acampo Boulevard
Mobile, AL 36609

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$8.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.666 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,955.66 |
|---|---|---|---|

**Granite Creek Partners, LLC**
**Attn: L. Patrick Lupo**
**PO Box 639**
**Teton Village, WY 83025-0639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $696.00 |
|---|---|---|---|

**Granite Creek Partners, LLC**
**Attn: L. Patrick Lupo**
**PO Box 639**
**Teton Village, WY 83025-0639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35,368.58 |
|---|---|---|---|

**Gravity Oilfield Services, LLC**
**P.O. Box 734128**
**Dallas, TX 75373-4128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,328.01 |
|---|---|---|---|

**Green Building Services**
**3275 Prairie Ave., Ste A**
**Boulder, CO 80301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $573.00 |
|---|---|---|---|

**Gregory Alan Holloway**
**4834 Country Mill Road**
**Jay, FL 32565**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Gregory Thomas Hamby**
**1022 Villorrio Drive N.**
**Palm Springs, CA 92262**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**Gregory Varnell Warren**
**1806 Jim Reinthal Court**
**Dallas, TX 75217**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.673**

Nonpriority creditor's name and mailing address
**Gretchen Oden Nichols**
**1704 Tx Hwy 43**
**Atlanta, TX 75551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$2.00

---

**3.674**

Nonpriority creditor's name and mailing address
**Gretchen Walker Huyler**
**2900 N. 24th Ave. Apt 3202**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$9.00

---

**3.675**

Nonpriority creditor's name and mailing address
**Griffith H. Gilbert**
**189 Lakeside Drive**
**Blowing Rock, NC 28605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$1,226.00

---

**3.676**

Nonpriority creditor's name and mailing address
**GRS Services, LLC**
**George R. Stephenson**
**1214 County Road 14**
**Heidelberg, MS 39439**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,300.00

---

**3.677**

Nonpriority creditor's name and mailing address
**GTT Communications, Inc.**
**P.O. Box 842630**
**Dallas, TX 75284-2630**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.678**

Nonpriority creditor's name and mailing address
**Gulf Coast Land Services, Inc.**
**6033 Paige Point Drive**
**Milton, FL 32570**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$16,684.50

---

**3.679**

Nonpriority creditor's name and mailing address
**Gus R. Patton**
**P.O. Box 87**
**Splendora, TX 77372**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

**3.680** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

Gwen Ann Clayton Stone
2379 Victoria Ave. N
Roseville, MN 55113

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.681** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26.00**

Gwendolyn Walker
720 NW 207th Street
Miami Garden, FL 33169

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.682** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$535,941.00**

H&H Construction, LLC
Ladon E. Hall, Sole Manager
P.O. Box 850
Flomaton, AL 36441

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.683** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13.00**

H. T. Bennett, III
3015 Bancroft Street
San Diego, CA 92104

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.684** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4.00**

Hal D. Hudgins
703 Gabriel Drive
Tyler, TX 75701

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.685** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,194.00**

Hall and Hall LLC
116 Timbercrest Lane
Brandon, MS 39047-6032

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.686** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85.63**

Hall Management LLC
Attn: Donald L. Hall
4913 Oak Point Drive
Shreveport, LA 71107-7408

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |

---

**3.687** Nonpriority creditor's name and mailing address

**Hall Management LLC**
Attn: Donald L. Hall
4913 Oak Point Drive
Shreveport, LA 71107-7408

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

$5,165.00

---

**3.688** Nonpriority creditor's name and mailing address

**Hall Trucking, Inc.**
2515 Foothill Blvd.
Rock Springs, WY 82901

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

$127,505.62

---

**3.689** Nonpriority creditor's name and mailing address

**Halliburton Energy Services**
P.O. Box 301341
Dallas, TX 75303-1341

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

$182,381.90

---

**3.690** Nonpriority creditor's name and mailing address

**Hanson Operating Co. Inc.**
Attn:  B. Ray Willis
P.O. Box 1515
Roswell, NM 88202-1515

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

$10,615.19

---

**3.691** Nonpriority creditor's name and mailing address

**Hanson Operating Co. Inc.**
Attn:  B. Ray Willis
P.O. Box 1515
Roswell, NM 88202-1515

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

$129,580.00

---

**3.692** Nonpriority creditor's name and mailing address

**Hargrove, Smelley & Strickland**
401 Edwards St # 1600
Shreveport, LA 71101

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Fees**

Is the claim subject to offset? ☑ No ☐ Yes

$1,250.00

---

**3.693** Nonpriority creditor's name and mailing address

**Harkness A Duncan Family Trust**
fbo Melissa A. Duncan
Trustee: Wells Fargo Bank NA
PO Box 41779
Austin, TX 78704

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

$1,932.00

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.694** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,932.00**

**Harkness A Duncan Trust**
**FBO William E. Duncan**
**Trustee: Wells Fargo Bank NA**
**PO Box 41779**
**Austin, TX 78704**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.695** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,932.00**

**Harkness A. Duncan Trust**
**fbo Katherine Lynne Matlack**
**Trustee: Wells Fargo**
**PO Box 41779**
**Austin, TX 78704**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.696** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,524.00**

**Harold R Fudge**
**2485 Buttermere Ct**
**Reno, NV 89521**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.697** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$196.00**

**Harper Family Limited Partnership**
**PO Box 295**
**Meeker, OK 74855-0295**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.698** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3.00**

**Harris L. Drakeford**
**& Laurine W. Drakeford**
**1139 Springhill Road**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.699** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20.00**

**Harry Biedenharn, III**
**6083 Smith Station Road**
**Edwards, MS 39066**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.700** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Harry Madison Williams**
**P.O. Box 3004-250**
**Corvallis, OR 97339**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | |

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.701**

Nonpriority creditor's name and mailing address

Harry V. Johnson
P.O. Box 64906
Baton Rouge, LA 70896

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

$28.00

---

**3.702**

Nonpriority creditor's name and mailing address

Harvest Gas Management, LLC
10050 Bayou Glen Road
Houston, TX 77042

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

$31,681.69

---

**3.703**

Nonpriority creditor's name and mailing address

Harvest Gas Management, LLC
10050 Bayou Glen Road
Houston, TX 77042

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

$1,194.00

---

**3.704**

Nonpriority creditor's name and mailing address

Hatcher, Steven
1269 Yellow Pine Avenue
Boulder, CO 80304

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

$1,920.60

---

**3.705**

Nonpriority creditor's name and mailing address

Hattie Mae Holmes Ball
5948 Piat Place
Centerville, IL 62203

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

$15.00

---

**3.706**

Nonpriority creditor's name and mailing address

Hazel L. Poe
110 Chess Chase
Fayetteville, GA 30215-4906

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

$8.00

---

**3.707**

Nonpriority creditor's name and mailing address

HBRada, LLC
Hansen Rada, Manager
2010 Alpine Drive
Boulder, CO 80304

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

$15,749.81

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.708**

**Nonpriority creditor's name and mailing address**
**HBRada, LLC**
**Hansen Rada, Manager**
**2010 Alpine Drive**
**Boulder, CO 80304**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$4,486.00

---

**3.709**

**Nonpriority creditor's name and mailing address**
**Headington Oil Company LLC**
**1700 North Redbud Blvd. Suite 400**
**McKinney, TX 75069**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$7,441.00

---

**3.710**

**Nonpriority creditor's name and mailing address**
**Heap Services, LLC**
**Don Heap**
**984 Beat Four Shubuta Road**
**Shubuta, MS 39360**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$21,913.60

---

**3.711**

**Nonpriority creditor's name and mailing address**
**Helen Hampton**
**558 Elmira Street**
**Mobile, AL 36603**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$6.00

---

**3.712**

**Nonpriority creditor's name and mailing address**
**Henry Boyd King, Jr.**
**3648 Elm Drive**
**Baton Rouge, LA 70805**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

**3.713**

**Nonpriority creditor's name and mailing address**
**Henry George Foster**
**Velma B. Foster**
**5270 Windham Road**
**Milton, FL 32570**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$3,357.00

---

**3.714**

**Nonpriority creditor's name and mailing address**
**Henry L. Powell**
**226 Beverly Loop**
**Pineville, LA 71360**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$2.00

---

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.715 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Henry Wayne Pearson**
**1521 N. Holyoke Street**
**Wichita, KS 67208-1922**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Herbert E. Cross**
**6233 Hunters Ridge**
**Milton, FL 32570**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,084.01 |
|---|---|---|---|

**Herring Gas Company, Inc.**
**P.O. Box 206**
**Laurel, MS 39441**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $42.00 |
|---|---|---|---|

**Herschbach Petroleum Co. Ltd**
**P.O. Box 132117**
**Tyler, TX 75713**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $487.00 |
|---|---|---|---|

**Herschel Lee Abbott, III**
**38 Polladio Way**
**Newnan, GA 30263**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $28.00 |
|---|---|---|---|

**Hershel Pettus**
**1358 Gate 8 Rd**
**Anniston, AL 36201**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $64.00 |
|---|---|---|---|

**Herv Oil, LLC**
**Bennett Neale**
**P.O. Box 3399**
**Shawnee, OK 74802**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| 3.722 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $5.00 |
| | **Hetzer Family Trust** | ☑ Contingent |
| | **Amy Hetzer, Trustee** | ☑ Unliquidated |
| | **PO Box 153** | ☐ Disputed |
| | **Beulah, WY 82712** | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Revenue** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes |

| | | |
|---|---|---|
| 3.723 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $4.00 |
| | **HFA Mineral Interests LP** | ☑ Contingent |
| | **333 Texas Street, Ste. 2020** | ☑ Unliquidated |
| | **Shreveport, LA 71101** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Revenue** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes |

| | | |
|---|---|---|
| 3.724 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $8,731.21 |
| | **Hi-Vac, LLC** | ☐ Contingent |
| | **P.O. Box 2067** | ☐ Unliquidated |
| | **Laurel, MS 39442** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes |

| | | |
|---|---|---|
| 3.725 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $5,052.00 |
| | **HLP Engineering, Inc.** | ☐ Contingent |
| | **P.O. Box 52805** | ☐ Unliquidated |
| | **Lafayette, LA 70505** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes |

| | | |
|---|---|---|
| 3.726 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $9.00 |
| | **Hobart Reid Key** | ☑ Contingent |
| | **P.O. Box1545** | ☑ Unliquidated |
| | **Point Clear, AL 36564** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Revenue** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes |

| | | |
|---|---|---|
| 3.727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $164.00 |
| | **Hood & Linda Properties LLC** | ☑ Contingent |
| | **333 Texas Street, Suite 521** | ☑ Unliquidated |
| | **Shreveport, LA 71101** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Revenue** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes |

| | | |
|---|---|---|
| 3.728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $47,382.22 |
| | **Hopping Green & Sams, P.A.** | |
| | **ATTN: Timothy M. Riley** | ☐ Contingent |
| | **119 South Monroe Street** | ☐ Unliquidated |
| | **Suite 300** | ☐ Disputed |
| | **Tallahassee, FL 32301** | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes |

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.729** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5.91**

**Horace, LLC**
**493 Canyon Point Circle**
**Golden, CO 80403**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.730** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$132.00**

**Horace, LLC**
**493 Canyon Point Circle**
**Golden, CO 80403**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.731** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31.00**

**Howard Blair, Jr**
**800 Fort Pickens Road Unit 204**
**Pensacola Beach, FL 32561**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.732** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3.00**

**Howard J. Drakeford**
**1102 Springhill Road**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.733** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19.00**

**Hubert E Kidd**
**102 N College, Suite 106**
**Tyler, TX 75702**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.734** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$220.00**

**Hugh Sanford Shaw**
**PO Box 1222**
**Planton, AL 35046**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.735** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,045.06**

**Hughes 2000 CT LLC**
**PO Box 1868**
**Brandon, MS 39043-1868**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.736** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82,631.00**

**Hughes 2000 CT LLC**
**PO Box 1868**
**Brandon, MS 39043-1868**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.737** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.41**

**Hughes Network Systems, LLC**
**P.O. Box 96874**
**Chicago, IL 60693-6874**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.738** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,366.72**

**Hughes Oil South LLC**
**Attn: Dee-Dee Bell**
**PO Box 608**
**Oxford, MS 38655**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.739** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,953.00**

**Hughes Oil South LLC**
**Attn: Dee-Dee Bell**
**PO Box 608**
**Oxford, MS 38655**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.740** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92,408.45**

**Hurley Enterprises, Inc.**
**P.O. Box 385**
**Fairview, MT 59221**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.741** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Hurst Plumbing**
**P.O. Box 548**
**Teague, TX 75860**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.742** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Hurst Pumping, Inc.**
**P.O. Box 548**
**Teague, TX 75860**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,868.00 |
|---|---|---|---|

**Hutchison Oil & Gas Corporation**
**Plaza of the Americas**
**700 North Pearl Street Suite N2150**
**Dallas, TX 75201**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|---|

**Huzell Brye**
**18 Lily Pond Road**
**Evergreen, AL 36401**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,602.86 |
|---|---|---|---|

**I&L Miss I, LP**
**4761 Frank Luke Drive**
**Addison, TX 75001**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|---|

**I. V. Spangler**
**P.O. Box 6210**
**Auburn, CA 95604**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,093.88 |
|---|---|---|---|

**IHS Global, Inc.**
**P.O. Box 847193**
**Dallas, TX 75284-7193**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,270.00 |
|---|---|---|---|

**In2tex 3LP**
**3303 Titverton Court**
**Arlington, TX 76001**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Ina Powell Collins**
**P.O. Box 442**
**Bloomfield, IN 47424**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Inez Culliver**
150 Del Verde Circle #5
Sacramento, CA 95833

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Inez Deutsch**
1906 Woodplace
Longview, TX 75601

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.00 |
|---|---|---|---|

**Infinisource Benefit Services**
**ATTN: Finance Dept.**
P.O. Box 889
Coldwater, MI 49036-0889

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Inter-Mountain Pipe & Threading Company**
P.O. Box 1840
Mills, WY 82644-1840

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $285.98 |
|---|---|---|---|

**Iron Mountain Records Management**
P.O. Box 915004
Dallas, TX 75391-5004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Irvin Williams**
805 North Madden
Shamrock, TX 79079-1835

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Ivey Warren**
930 South Baxter Street
Tyler, TX 75701

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.757** Nonpriority creditor's name and mailing address

**Ivy Minerals, LLC**
**c/o LJM Corporation - Agent**
**3843 N. Braeswood Blvd. Suite 200**
**Houston, TX 77025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**$275.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.758** Nonpriority creditor's name and mailing address

**Ivy W. Harrell**
**328 East 122nd Street**
**Los Angeles, CA 90061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**$1.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.759** Nonpriority creditor's name and mailing address

**J & A Harris LP**
**Attn: Angela Harris**
**333 Texas Street, Ste. 1414**
**Shreveport, LA 71101-3679**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**$6,934.06**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Cash Call Advance_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.760** Nonpriority creditor's name and mailing address

**J & A Harris LP**
**Attn: Angela Harris**
**333 Texas Street, Ste. 1414**
**Shreveport, LA 71101-3679**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**$47,033.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.761** Nonpriority creditor's name and mailing address

**J & H Insurance Services, Inc.**
**510 North Valley Mills Drive**
**Waco, TX 76710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**$3,532.29**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.762** Nonpriority creditor's name and mailing address

**J Hiram Moore Ltd**
**Providence Energy Ltd, Agent**
**16400 North Dallas Parkway, Suite 400**
**Dallas, TX 75248**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**$12.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.763** Nonpriority creditor's name and mailing address

**J. C. Ogden**
**5419 Cedar Creek**
**Houston, TX 77056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**$135.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
| --- | --- | --- | --- |
| | Name | | |

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.00 |
| --- | --- | --- | --- |

**J. Michael Garner &
Deborah Garner
742 Windbreak Trail
Houston, TX 77079-4224**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
| --- | --- | --- | --- |

**J. Nichols LLC
2384 Mill Creek Road
Laurel, MS 39443**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.00 |
| --- | --- | --- | --- |

**J. Ruth Blackwell
1061 Willow Run Rd, Room 201
Greensboro, GA 30642-2760**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.18 |
| --- | --- | --- | --- |

**J.B. Compression Service
P.O. Box 527
Harleton, TX 75651**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $242.00 |
| --- | --- | --- | --- |

**Jacaeber Kastor
377 W 11th St. Unit 2B
New York, NY 10014-2381**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,490.00 |
| --- | --- | --- | --- |

**Jack M. Watkins, Sr. Trust
7 Brogden Ct SE
Winter Haven, FL 33880-4226**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.00 |
| --- | --- | --- | --- |

**Jackie Royster
791 Spring Hill Road
Evergreen, AL 36401**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.771** Nonpriority creditor's name and mailing address

Jackie T. Pry, III
904 Azalea Rd
Mobile, AL 36693

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

**3.772** Nonpriority creditor's name and mailing address

Jackson, Louise Seamans
P.O. Box 272
Kosse, TX 76653

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$10,124.00**

---

**3.773** Nonpriority creditor's name and mailing address

Jacqueline Brown
8341 Ranger Drive
Pensacola, FL 32534

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

**3.774** Nonpriority creditor's name and mailing address

Jacquelyn Fatherree Dunham
165 Sparrows Cove
Fayetteville, GA 30215

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$8,229.00**

---

**3.775** Nonpriority creditor's name and mailing address

Jacquelyn Jere' Jabour Castellanos
P.O. Box 821786
Vicksburg, MS 39182

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.776** Nonpriority creditor's name and mailing address

James A. Davis
3705 West Vista Lane
Stillwater, OK 74074

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$59.00**

---

**3.777** Nonpriority creditor's name and mailing address

James B. Dunn
5826 Dunridge Dr
Pace, FL 32571

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

**$10.91**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $549.00 |
|---|---|---|---|

**James B. Dunn**
5826 Dunridge Dr
Pace, FL 32571

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,598.00 |
|---|---|---|---|

**James Boyd Bel**
3748 Burton Lane
Lake Charles, LA 70605

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,403.00 |
|---|---|---|---|

**James Brandon Hearn**
Sitha M. Heard
4343 Highway 18 West
Quitman, MS 39355

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16.00 |
|---|---|---|---|

**James Brye**
4412 Brunswick Drive
Eight Mile, AL 36613

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,287.00 |
|---|---|---|---|

**James C. Dowdy, Jr. Revocable Trust**
PO Box 7097
Tyler, TX 75711

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.00 |
|---|---|---|---|

**James Calvert Cross, II**
5599 Econfina St.
Milton, FL 32570

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,508.00 |
|---|---|---|---|

**James Carlton May**
3680 Pinenut Way
Wellington, NV 89444

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Sklar Exploration Company, LLC**
Name

Case number (if known)   **20-12377-EEB**

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |

**James Christopher Turner**
**106 Buck Ridge Road**
**Eatonton, GA 31024-7523**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |

**James Cornelius &**
**Mary F. Cornelius**
**105 Avellino Lane**
**Shreveport, LA 71106**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |

**James Cunningham**
**651 CR 467**
**Carthage, TX 75633**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,964.00 |

**James David Warr**
**2305 Twin Lakes Drive**
**Bainbridge, GA 39819**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.00 |

**James Dyer**
**1888 Hazelton Ave.**
**Stockton, CA 94203**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.00 |

**James E. Scott**
**18740 CR 234**
**Tyler, TX 75707**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |

**James F. Hinkle**
**881 Auburn Drive**
**Biloxi, MS 39532**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.792** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14.00**

**James H. Davis dba JD Minerals**
P.O. Box 271120
Corpus Christi, TX 78427

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.793** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29.00**

**James J. Radogna**
21 Danbury
Ladera Ranch, CA 92694

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.794** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,403.00**

**James Jason Belcher**
Cynthia P. Belcher
P.O. Box 171
Quitman, MS 39355

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.795** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,533.00**

**James K. Cook**
& Susan M. Cook
PO Box 1014
Evergreen, AL 36401

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.796** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36.00**

**James L Walker, Sr.**
720 N.W. 207th St.
Miami Gardens, FL 33169

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.797** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33.00**

**James Lamar Kidd**
P.O. Box 164
Gibsland, LA 71028

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.798** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4.00**

**James M. Baker**
C/O 2105 NE Everett Street
#4
Portland, OR 97232

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| Debtor | Sklar Exploration Company, LLC | | Case number (if known) | 20-12377-EEB |
|---|---|---|---|---|
| | Name | | | |

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|
| | **James Michael Baker**<br>**17305A Willow Creek Road**<br>**Occidental, CA 94565** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  Revenue | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,034.31 |
|---|---|---|---|
| | **James Muslow, Jr.**<br>**6025 Arden Street**<br>**Shreveport, LA 71106** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  Cash Call Advance | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|
| | **James Robert Johnson**<br>**1707 H.G. Mosley Pkwy.**<br>**Longview, TX 75604** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  Revenue | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|
| | **James Ruffin Shaffer**<br>**98 Stiness Drive**<br>**Warwick, RI 02886** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  Revenue | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $426.00 |
|---|---|---|---|
| | **James Timothy Calvert**<br>**210 George Street**<br>**Mobile, AL 36604** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  Revenue | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.00 |
|---|---|---|---|
| | **James W. Edwards**<br>**1450 Chalet Pl.**<br>**Pensacola, FL 32514** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  Revenue | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.00 |
|---|---|---|---|
| | **James Walker, Jr.**<br>**6455 Southwest 26th St.**<br>**Miramar, FL 33023** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  Revenue | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.806**

**Nonpriority creditor's name and mailing address**

**James Walls**
**107 County Hwy. 632**
**Catron, MO 63867**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☐ No  ☐ Yes

$7.00

---

**3.807**

**Nonpriority creditor's name and mailing address**

**Jan S. Menefee**
**903 Pine Cove**
**Jacksonville, TX 75766**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☐ No  ☐ Yes

$4.00

---

**3.808**

**Nonpriority creditor's name and mailing address**

**Jan Wallace Briscoe**
**2819 Long Lake Drive**
**Shreveport, LA 71106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☐ No  ☐ Yes

$11.00

---

**3.809**

**Nonpriority creditor's name and mailing address**

**Jane Bevel**
**12124 Lochwood Blvd.**
**Dallas, TX 75218**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☐ No  ☐ Yes

$1.00

---

**3.810**

**Nonpriority creditor's name and mailing address**

**Jane Portwood Cooper**
**c/o Debbie Cooper Johnson**
**3706 Colgate**
**Tyler, TX 75701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☐ No  ☐ Yes

$26.00

---

**3.811**

**Nonpriority creditor's name and mailing address**

**Jane T. Morris**
**6016 Southview Road**
**Laramie, WY 82070-6898**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☐ No  ☐ Yes

$4.00

---

**3.812**

**Nonpriority creditor's name and mailing address**

**Janelle Hennigan Mitchell**
**5594 Highway #783**
**Coushatta, LA 71019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☐ No  ☐ Yes

$890.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.813** Nonpriority creditor's name and mailing address

**Janet Faulkner Dunn**
5826 Dunridge Dr
Pace, FL 32571

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$694.00**

---

**3.814** Nonpriority creditor's name and mailing address

**Janice M. Moody**
665 Hagbush Rd
Irondale, AL 35210

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,809.00**

---

**3.815** Nonpriority creditor's name and mailing address

**Janice Matthews Lee**
2037 Bucket Branch Road
Evergreen, AL 36401

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$2.00**

---

**3.816** Nonpriority creditor's name and mailing address

**Janie B. Harding**
10062 Mayview Forest Pl
Cincinnati, OH 45215

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$19.00**

---

**3.817** Nonpriority creditor's name and mailing address

**Janie M. Johnston**
1203 Avondale Road
Montgomery, AL 36109

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$26,785.00**

---

**3.818** Nonpriority creditor's name and mailing address

**Janus Enterprises, LLC**
Raymond Joseph Lasseigne
PO Box 5625
Bossier City, LA 71171

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

**$20.72**

---

**3.819** Nonpriority creditor's name and mailing address

**Janus Enterprises, LLC**
Raymond Joseph Lasseigne
PO Box 5625
Bossier City, LA 71171

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,668.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.820**

**Nonpriority creditor's name and mailing address**
**Jaquita Natahasa Brye**
**1616 N. Davis Hwy.**
**Pensacola, FL 32503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$62.00**

---

**3.821**

**Nonpriority creditor's name and mailing address**
**Jase Family Ltd.**
**P.O. Box 904**
**Midland, TX 79702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

**3.822**

**Nonpriority creditor's name and mailing address**
**Jasmine Lloyd**
**581 Highland Avenue**
**Mansfield, OH 44903**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

**3.823**

**Nonpriority creditor's name and mailing address**
**Jay Edward Elliott**
**1505 West Viejo Drive**
**Friendswood, TX 77546**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

**3.824**

**Nonpriority creditor's name and mailing address**
**JCE Galbraith Oil & Gas LLC**
**2032 ALameda Avenue**
**Orlando, FL 32804-6904**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$85.64**

---

**3.825**

**Nonpriority creditor's name and mailing address**
**JCE Galbraith Oil & Gas LLC**
**2032 ALameda Avenue**
**Orlando, FL 32804-6904**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$5,165.00**

---

**3.826**

**Nonpriority creditor's name and mailing address**
**JD Crow, LLC**
**900 Pierremont Road, Suite 221**
**Shreveport, LA 71106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$481.00**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.827** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$474,029.54**

**JD Fields & Company, Inc.**
P.O. Box 134401
Houston, TX 77219-4401

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.828** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31.13**

**JDGP, LLC**
4323 Snowberry Lane
Naples, FL 34119

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.829** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,563.00**

**JDGP, LLC**
4323 Snowberry Lane
Naples, FL 34119

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.830** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39.00**

**JDMI, L.L.C.**
P.O. Box 271120
Corpus Christi, TX 78427-1120

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.831** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8.00**

**Jean F. Watson**
P.O. Box 597
Cantonment, FL 32533

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.832** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,115.00**

**Jean Kirby Jones**
5211 Bayou Glen Road
Houston, TX 77056

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.833** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,117.00**

**Jeanette Purifoy**
2220 Dockvale Drive
Fayetteville, NC 28306

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.834** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.00**

Jeannette Anderson
422 50th Avenue
Bellwood, IL 60104

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.835** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$461.00**

Jeffery D. Kallenberg
401 N. Market Street Suite 500
Shreveport, LA 71101

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.836** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.00**

Jeffrey King Carter
3111 Arbor Oak Drive
Tyler, TX 75707

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.837** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16.00**

Jeffrey R Samuel
7616 Greenland Pl.
Cincinnati, OH 45237

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.838** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,681.71**

Jeffreys Drilling, LLC
3839 McKinney Ave, Ste 155-269
Dallas, TX 75204

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.839** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,769.00**

Jeffreys Drilling, LLC
3839 McKinney Ave, Ste 155-269
Dallas, TX 75204

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.840** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

Jennifer Hudson Becker
5553 Mulat Rd
Milton, FL 32583

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.841 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.00** |
|---|---|---|---|

**Jennifer Marie Manes Smith**
**P.O. Box 260734**
**Plano, TX 75026-0734**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.842 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00** |
|---|---|---|---|

**Jerlean Warren**
**c/o Rameria Clark**
**5316 Meadow Valley Drive**
**Fort Worth, TX 76132**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.843 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21.00** |
|---|---|---|---|

**Jerrell A. Holder**
**3641 Brandy Road**
**Caddo, TX 76429**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.844 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Jerrell Warren**
**Address Unverified**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.845 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$828.00** |
|---|---|---|---|

**Jerry T. Carter, deceased**
**2306 Racine Dr**
**Monroe, LA 71201**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.846 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.00** |
|---|---|---|---|

**Jerry Terry**
**P.O. Box 465**
**Linden, TX 75563**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.847 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Jesse Mitchell**
**5415 Maple Ave #321**
**Dallas, TX 75235**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

| 3.848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.00 |
|---|---|---|---|

**Jessica A. Newman**
**P.O. Box 309**
**Collins, MS 39428**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,761.00 |
|---|---|---|---|

**Jessica McLeod**
**318 Pacific Road**
**Manteca, CA 95337**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.850 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|

**Jessie B. Samuel**
**6341 South Ellis**
**Chicago, IL 60637**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.851 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.00 |
|---|---|---|---|

**Jessie Harper**
**Rt 3 Box 980**
**Tyler, TX 75705**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.852 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**Jessie Jones, IV**
**PO Box 452**
**Douglas City, CA 96024**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.853 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Jessie Mae W. Aaron**
**3308 Wall Avenue**
**San Bernardino, CA 92404**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.854 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|

**Jessie Ree Jackson**
**142 Scenic Drive**
**Jackson, AL 36545**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.855** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,867.99**

**JF Howell Interests, LP**
**Attn: James David Morgan, Manager**
**416 Travis Street, Suite 700**
**Shreveport, LA 71101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.856** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,411.00**

**JF Howell Interests, LP**
**Attn: James David Morgan, Manager**
**416 Travis Street, Suite 700**
**Shreveport, LA 71101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.857** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$215,899.69**

**Jimco Pumps**
**P.O. Box 6255**
**Laurel, MS 39441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.858** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7.00**

**Jimmie L. Warren**
**10320 CR 233**
**Tyler, TX 75707**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.859** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$515.00**

**Jimmie Lee Walker**
**3152 NW 65th Street**
**Miami, FL 33147**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.860** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33.00**

**Jimmie Warren**
**3915 Kushla**
**Dallas, TX 75216**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.861** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00**

**Jimmy D. Crouch**
**8000 Delaware Drive**
**McKinney, TX 75070**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.862**

**Nonpriority creditor's name and mailing address**
Jimmy D. Dodson, Jr.

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$156.00**

---

**3.863**

**Nonpriority creditor's name and mailing address**
Jimmy Kendrick, Jr.
2011 Tallulah Ridge
Hattiesburg, MS 39402

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$88.00**

---

**3.864**

**Nonpriority creditor's name and mailing address**
Jimmy Williams
5100 SE 164th Street
Moore, OK 73165

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

**3.865**

**Nonpriority creditor's name and mailing address**
JJS Interests Escambia, LLC
2001 Kirby Dr
Suite 1110
Houston, TX 77019

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

**$20,040.62**

---

**3.866**

**Nonpriority creditor's name and mailing address**
JJS Interests Escambia, LLC
2001 Kirby Dr
Suite 1110
Houston, TX 77019

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$133,037.00**

---

**3.867**

**Nonpriority creditor's name and mailing address**
JJS Interests North Beach LLC
2001 Kirby Dr
Suite 1110
Houston, TX 77019

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$24,802.00**

---

**3.868**

**Nonpriority creditor's name and mailing address**
JJS Interests Steele Kings LLC
2001 Kirby Dr
Suite 1110
Houston, TX 77019

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

**$29,216.77**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,289.00** |
|---|---|---|---|

**JJS Interests Steele Kings LLC**
**2001 Kirby Dr**
**Suite 1110**
**Houston, TX 77019**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$167.00** |
|---|---|---|---|

**JJS Interests West Arcadia LLC**
**2001 Kirby Dr**
**Suite 1110**
**Houston, TX 77019**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$499,362.33** |
|---|---|---|---|

**JJS Working Interest LLC**
**2001 Kirby Dr, Suite 1110**
**Houston, TX 77019**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,695.00** |
|---|---|---|---|

**JJS Working Interest LLC**
**2001 Kirby Dr, Suite 1110**
**Houston, TX 77019**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2.00** |
|---|---|---|---|

**JK Royalty LP**
**P.O. Box 904**
**Midland, TX 79702**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$64.00** |
|---|---|---|---|

**JL Porter Revocable Trust**
**Jane L Porter, John P Porter, Truestee**
**P.O. Box 3249**
**Shawnee, OK 74802**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,299.00** |
|---|---|---|---|

**JMS Oil & Gas Holdings LLC**
**Attn: Rob Campbell**
**PO Box 4920**
**Orlando, FL 32802-4920**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.876 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32.00** |
|---|---|---|---|

**Jo Ann Langham**
**319 Sheila Blvd**
**Prattville, AL 36066**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.877 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Joan Warden Conrad**
**3468 W. Kistler Road**
**Ludington, MI 49431**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.878 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00** |
|---|---|---|---|

**JoAnne Kelley**
**2513 Thoreau Street**
**Inglewood, CA 90303**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.879 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,457.00** |
|---|---|---|---|

**Joe Brunson Butler**
**Address Unknown**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.880 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6.00** |
|---|---|---|---|

**Joe Christopher Bagwell**
**218 Shadows Lane**
**Dubberly, LA 71024**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.881 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$735.00** |
|---|---|---|---|

**Joe L. Samuel, Jr., Deceased**
**1444 Ambrose Ave**
**Cincinnati, OH 45224**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.882 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.00** |
|---|---|---|---|

**Joe Ray Swann**
**P. O. Box 30847**
**Amarillo, TX 79120**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|--------|-------------------------------|------------------------|--------------|
| | Name | | |

---

**3.883** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$277.00**

Joel Davis
P.O. Box 540988
Houston, TX 77254

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

**3.884** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8.00**

Joel R. Jackson
P.O. Box 1698
Picayune, MS 39466

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

**3.885** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$389.00**

John A. Drakeford, Deceased
2460 Osage Street
Mobile, AL 36617

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

**3.886** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2.00**

John Arthur Warren
1933 Donald Street
Modesto, CA 95354

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

**3.887** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.00**

John B. Cunningham
651 CR 467
Carthage, TX 75633

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

**3.888** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$31.00**

John Blair
200 Meadow Lake Trail
Greer, SC 29650

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

**3.889** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$83.06**

John C. Nix, Jr., - Life Estate
P.O. Box 807
Milton, FL 32572-0807

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.890**

Nonpriority creditor's name and mailing address

**John C. Nix, Jr., - Life Estate**
**P.O. Box 807**
**Milton, FL 32572-0807**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$5,504.00**

---

**3.891**

Nonpriority creditor's name and mailing address

**John Charles Woodson**
**266 King Arthur Place**
**Alabaster, AL 35007-9114**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

**3.892**

Nonpriority creditor's name and mailing address

**John Collins &**
**Margaret C. Collins**
**1301 Eames Street**
**Minden, LA 71055**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.893**

Nonpriority creditor's name and mailing address

**John Cuevas**
**277 Alberta Drive NE**
**Atlanta, GA 30305**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

**3.894**

Nonpriority creditor's name and mailing address

**John D Procter**
**Trustee JBW4**
**PO Box 6250**
**Tyler, TX 75711**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$524.00**

---

**3.895**

Nonpriority creditor's name and mailing address

**John D. Hendricks, deceased**
**4624 Mt. Carmel Road**
**Jay, FL 32565**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$3,346.00**

---

**3.896**

Nonpriority creditor's name and mailing address

**John D. Pugh, Jr.**
**3625 Chimira Lane**
**Houston, TX 77051**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.897 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $653.00 |
|---|---|---|---|

**John Douglas Bryant, Jr.**
901 SE 3rd Street
Apt 11
Bartlesville, OK 74003

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

| 3.898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.00 |
|---|---|---|---|

**John E. Downing**
c/o Jane Downing Dunaway
1356 Cedar Cove Rd
Camden, SC 29020

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

| 3.899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|

**John F. Baker**
629 Lynn Street
Greensburg, PA 15601

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

| 3.900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**John Forest Baker, Sr., Deceased**
40789 Fremont Blvd. #128
Fremont, CA 94538

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

| 3.901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.00 |
|---|---|---|---|

**John H Morgan Residual Marital Trust**
Ellen Morgan Trustee
2061 Point Legere Road
Mobile, AL 36605

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

| 3.902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.00 |
|---|---|---|---|

**John Kavanaugh**
PO Box 15669
Hattiesburg, MS 39404

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

| 3.903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $503.00 |
|---|---|---|---|

**John Kubala**
1021 E Lighton Trail
Fayetteville, AR 72701

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.904** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20.00**

**John L. Henry**
**& Carrie I. Henry**
**2087 Springhill Road**
**Evergreen, AL 36401**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.905** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,517.00**

**John Louis Blalock**
**3881 Ridge Rd**
**Castor, LA 71016**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.906** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$471.00**

**John M. Schommer**
**1266 Ventura Ave. #18**
**Ventura, CA 93001**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.907** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,288.00**

**John Pike Construction, Inc.**
**P.O. Box 1024**
**Chinook, MT 59523**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.908** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14.00**

**John R. Johnston**
**242 Newton Pkwy**
**Evergreen, AL 36401**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.909** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32.00**

**John Rudolph Jr**
**513 N. 48th Avenue**
**Pensacola, FL 32506**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.910** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8.00**

**John Russell Teutsch**
**PO Box 5712**
**Bossier City, LA 71171-5712**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.911 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21.00** |
|---|---|---|---|

**John Takach**
**Bridget Takach**
**13311 Olive Trace**
**Houston, TX 77077-2253**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Revenue**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72.00** |
|---|---|---|---|

**John W. Tisdale, Jr.**
**P.O. Box 1803**
**Andalusia, AL 36420**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Revenue**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.00** |
|---|---|---|---|

**John Warren, Jr.**
**Box 111**
**504 South Camden**
**Richmond, MO 64085-0111**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Revenue**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2.00** |
|---|---|---|---|

**John William Taylor**
**111 Violet Street**
**West Monroe, LA 71292**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Revenue**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**Johnita Hall**
**P.O. Box 114**
**River Falls, AL 36476**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Revenue**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5.00** |
|---|---|---|---|

**Johnnie Earl Richburg**
**858 Pointe Vista Circle**
**Corona, CA 92881-3968**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Revenue**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
|---|---|---|---|

**Johnnie Mae Holmes Ellington**
**3403 Lafayette Avenue**
**Omaha, NE 68131**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Revenue**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.918** | Nonpriority creditor's name and mailing address

Johnny Drakeford, Jr.
58 Ford Drive
Castleberry, AL 36432

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

**3.919** | Nonpriority creditor's name and mailing address

Jon S. Brown
P.O. Box 246
Palestine, TX 75802

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.920** | Nonpriority creditor's name and mailing address

Jones Energy Company, LLC
2124 Fairfield Avenue
Shreveport, LA 71104

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$4,480.02**

---

**3.921** | Nonpriority creditor's name and mailing address

Jonniel Jackson
2808 East 25th Avenue
Fort Worth, TX 76106

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

**3.922** | Nonpriority creditor's name and mailing address

Joseph Jeffrey Bragg
Box 396
Rossburn, MB ROJ 1VO

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

**3.923** | Nonpriority creditor's name and mailing address

Joseph Samuel
2630 Hawthorne Lake Rd
Helene, AL 35022

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$76.00**

---

**3.924** | Nonpriority creditor's name and mailing address

Josephine G. Pratt
508 Klein Street
Vicksburg, MS 39180

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$176.00**

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.925**

**Nonpriority creditor's name and mailing address**

**Jospeh Gregory Parr**
**1301 Penny Lane**
**Kilgore, TX 75662**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

$3.00

---

**3.926**

**Nonpriority creditor's name and mailing address**

**Joy Lancaster Thomas**
**117 Shawnee Point**
**Loudon, TN 37774**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

$30.00

---

**3.927**

**Nonpriority creditor's name and mailing address**

**Joyce Lavarne England**
**1205 Susan Lane #127**
**Fort Worth, TX 76120**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

$5.00

---

**3.928**

**Nonpriority creditor's name and mailing address**

**Joyce Warren Williams**
**306 Guthrie Street**
**Dallas, TX 75224-2822**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

$4.00

---

**3.929**

**Nonpriority creditor's name and mailing address**

**Joycelyn Brye Edwards**
**16727 Summer Cypress Court**
**Cypress, TX 77429**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

$62.00

---

**3.930**

**Nonpriority creditor's name and mailing address**

**JOYCO Investments, LLC**
**P. O. Box 2104**
**Roswell, NM 88202**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Cash Call Advance

Is the claim subject to offset? ■ No  ☐ Yes

$1,520.27

---

**3.931**

**Nonpriority creditor's name and mailing address**

**JOYCO Investments, LLC**
**P. O. Box 2104**
**Roswell, NM 88202**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

$21,215.00

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**JTC Operating, Inc.**
**191 Reno Road**
**Jamestown, LA 71045**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|

**Juanita Cary**
**31807 County Road 6**
**Evergreen, AL 36401**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.00 |
|---|---|---|---|

**Judge Hill, III**
**15331 Kuykendahl Rd Apt 3106**
**Houston, TX 77090-4110**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,792.00 |
|---|---|---|---|

**Judith Hennigan St. John**
**439 Vermont Ave**
**Dayton Beach, FL 32118**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Judy Ann Walker**
**941 Lynndale Lane**
**Birmingham, AL 35214**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Judy Beth Triplet**
**149 Hickory Ridge Road**
**Haynesville, LA 71038**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $766.00 |
|---|---|---|---|

**Judy Crow, LLC**
**900 Pierremont Road, Suite 221**
**Shreveport, LA 71106**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|--------|-----------------------------------|------------------------|------------------|
| | Name | | |

---

**3.939** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.90**

**Judy Dunn**
5843 Dunridge Dr.
Pace, FL 32571

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.940** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$243.00**

**Judy Dunn**
5843 Dunridge Dr.
Pace, FL 32571

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.941** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Judy L. Hamby Grant**
5204 Bradley Lane
Arlington, TX 76017

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.942** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42.00**

**Judy Sharon Smith Shamburger**
P.O. Box 458
Tyler, TX 75710

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.943** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00**

**Judy Warren**
2000 Highland Road, Apt. 1209
Dallas, TX 75228

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.944** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Julia S. Mays**
305 N. Louise Street
Atlanta, TX 75551-2237

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.945** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$423.00**

**Jura-Search, Inc.**
P.O. Box 320426
Flowood, MS 39232

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.946** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,198.40**

**K&T Welding Services, LLC**
**Timothy J. Beech**
**177 Masonite Lake Road**
**Laurel, MS 39443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.947** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3.00**

**K. C. Brye**
**P.O. Box 36855**
**Indianapolis, IN 46256**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Revenue_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.948** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,497.61**

**K.C. Whittemore**
**C/O CA Whittemore**
**10 Mason Pond Place**
**Spring, TX 77381**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Cash Call Advance_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.949** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,632.00**

**K.C. Whittemore**
**C/O CA Whittemore**
**10 Mason Pond Place**
**Spring, TX 77381**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Revenue_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.950** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$157.00**

**Kaiser-Francis Oil Company**
**Dept. 637**
**Tulsa, OK 74182**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Revenue_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.951** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9.00**

**Kalinec Enterprises, Inc**
**Attn: Brian Kalinec**
**1341 Heights Blvd**
**Houston, TX 77008**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Revenue_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.952** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3.00**

**Karen Susanne Parr**
**8615 W. Goforth Road**
**Kilgore, TX 75662**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Revenue_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com |

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.953** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22.00**

Karen W. Rossie
219 Falls Crossing
Madison, MS 39110

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.954** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19.00**

Karleen Howard Neill
56 North Maple Street
Hadley, MA 01035

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.955** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Kate Eggleston
8851 Flattop Street
Arvada, CO 80007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Employee__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.956** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$62.00**

Katherine A. Dunlap
6804 Poco Drive
Parker, TX 75002

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.957** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19.00**

Katherine Ann Hebert
210 Bodet Lane
Covington, LA 70433

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.958** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7.00**

Katherine Birch Wilkinson
9608 Bobwhite Terrace
Pensacola, FL 32514

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.959** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$307.00**

Katherine E. McMillan Owens
P.O. Box 1229
Brewton, AL 36427

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.960** | Nonpriority creditor's name and mailing address | **$15.00**

Katherine Holmes Straughn
5003 Damascus Road
Brewton, AL 36426

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.961** | Nonpriority creditor's name and mailing address | **$42.00**

Katherine Kashae Samuel
636 Northchester Lane
Lafayette, IN 47909

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.962** | Nonpriority creditor's name and mailing address | **$9.00**

Kathleen Ellis McCulloch
P.O. Box 8513
Jacksonville, TX 75766

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.963** | Nonpriority creditor's name and mailing address | **$3.00**

Katie Drakeford
1404 West 73rd St
Chicago, IL 60636

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.964** | Nonpriority creditor's name and mailing address | **$2,462.00**

Kay Mitchell
PO Box 3843
Milton, FL 32572-3843

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.965** | Nonpriority creditor's name and mailing address | **$58,866.49**

KCS Automation, LLC
4 Portofino Drive
Unit 1103
Pensacola Beach, FL 32561

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.966** | Nonpriority creditor's name and mailing address | **$607,699.30**

Kelley Brothers Contractors, Inc.
P.O. Drawer 1079
Waynesboro, MS 39367

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.967** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**Kelley Leigh Berger Vento**
PO Box 9573
Monroe, LA 71211

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.968** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7.00

**Kelly Stevens**
2425 Culkin Road
Vicksburg, MS 39183

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.969** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.00

**Kelly Walker**
PO Box 6496
Tyler, TX 75711

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.970** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.00

**Kelsey Anne G. Bryant Trust**
c/o Douglas Seidenburg, Trustee
P.O. Box 1197
Laurel, MS 39441

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.971** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $760.12

**Kelton Company, L.L.C.**
Attn: Thomas W. Sylte, Manager
P.O. Box 230
Pensacola, FL 32591

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.972** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,315.00

**Kelton Company, L.L.C.**
Attn: Thomas W. Sylte, Manager
P.O. Box 230
Pensacola, FL 32591

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.973** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.00

**Kennedy Minerals, Ltd.**
500 West Texas, Suite 655
Midland, TX 79701

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.974** | Nonpriority creditor's name and mailing address

Kenneth Hawkins, Sr.
414 Preston Boulevard, Apt. 267
Bossier City, LA 71111

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.975** | Nonpriority creditor's name and mailing address

Kenneth M. Funk
181 Fremont Street, Unit 55C
San Francisco, CA 94105-2293

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.976** | Nonpriority creditor's name and mailing address

Kenneth R. Walters
328 Clark Cemetery Road
Laurel, MS 39443

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

**3.977** | Nonpriority creditor's name and mailing address

Kenneth Williams
1326 Cheyenne Road
Lewisville, TX 75067

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

**3.978** | Nonpriority creditor's name and mailing address

Kent E. Burress
3740 State Hwy 92
Chickasha, OK 73018

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$74.00**

---

**3.979** | Nonpriority creditor's name and mailing address

Kernon De-Vaughn Brye, Sr.
6531 Allyn Way
Pensacola, FL 32504

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$37.00**

---

**3.980** | Nonpriority creditor's name and mailing address

Kerrick Franklin
195 Hedges Street
Mansfield, OH 44902

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

Debtor   **Sklar Exploration Company, LLC**
_____
Name

Case number (if known)   **20-12377-EEB**

| 3.981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**Kestrel Royalty LLC**
**7844 South Espana Way**
**Centennial, CO 80016**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Kevin P. Davis**
**37521 Lilacview Avenue**
**Palmdale, CA 93550**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $559.00 |
|---|---|---|---|

**Key Energy Services, Inc.**
**d/b/a Key Energy Services, LLC**
**P.O. Box 4649**
**Houston, TX 77210-4649**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.00 |
|---|---|---|---|

**Key Rite Security**
**5570 East Yale Avenue**
**Denver, CO 80222**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,901.90 |
|---|---|---|---|

**Keystone Engineering, Inc.**
**1100 West Causeway Approach**
**Mandeville, LA 70471**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.986 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**Khloe S. Pry, a minor**
**c/o Kristen S. Pry**
**11325 Timberland Dr S**
**Wilmer, AL 36587**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.987 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,315.00 |
|---|---|---|---|

**Kidd Production, Ltd.**
**102 North College, Suite 106**
**Tyler, TX 75702**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

| 3.988 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Kiesha Wright Johnson**
**1417 Rosemount St.**
**Clinton, MS 39056**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Kim Anderson**
**7349 Greywood Drive**
**Shreveport, LA 71107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Kim Roscoe Wiggins**
**13606 Summit Ridge Drive**
**Houston, TX 77085**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.991 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Kimberly Goodman**
**4750 Montclair Hill Lane**
**Fresno, TX 77545**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.992 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Kimberly Sue Roberts Middleton**
**107 Chipmunk Avenue**
**Stigler, OK 74462**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**King Oil, LLC**
**c/o Robert E. Braswell, Manager**
**416 Travis Street**
**Ste 1100**
**Shreveport, LA 71101-5504**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,184.84 |
|---|---|---|---|

**Kingston, LLC**
**2790 South Thompson Street Suite 102**
**Springdale, AR 72764**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.995 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,567.00** |
|---|---|---|---|
| | **Kingston, LLC**<br>**2790 South Thompson Street Suite 102**<br>**Springdale, AR 72764** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  Revenue | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.996 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|
| | **Kirk Weaver Contract Pumping, Inc.**<br>**P.O. Box 385**<br>**Beckville, TX 75631** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  Trade Debt | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.997 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,493.34** |
|---|---|---|---|
| | **Kirkiez LLC**<br>**3073 Red Deer Trail**<br>**Lafayette, CO 80026** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  Cash Call Advance | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.998 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$91.00** |
|---|---|---|---|
| | **KKS Oil & Gas, Ltd.**<br>**4532 Arcady Ave.**<br>**Dallas, TX 75205** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  Revenue | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.999 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,770.00** |
|---|---|---|---|
| | **Kleinfelder, Inc.**<br>**P.O. Box 51958**<br>**Los Angeles, CA 90051-6258** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  Trade Debt | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.100 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,791.00** |
|---|---|---|---|
| | **Klondike Oil and Gas, L.P.**<br>**Attn: James O. Stephens, Manager**<br>**7720 Old Canton Road, Suite C-2**<br>**Madison, MS 39110** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  Revenue | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.100 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$371.16** |
|---|---|---|---|
| | **KMR Investments LLC**<br>**Attn: Tim Brown**<br>**PO Box 417**<br>**Homer, LA 71040-0417** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  Cash Call Advance | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor **Sklar Exploration Company, LLC**
Name

Case number (if known)   **20-12377-EEB**

---

| 3.100 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $34,030.00 |

**KMR Investments LLC**
**Attn: Tim Brown**
**PO Box 417**
**Homer, LA 71040-0417**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $21.00 |

**Knight Petroleum, LP**
**3303 Hillpark Lane**
**Carollton, TX 75007**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $142,580.35 |

**Kodiak Gas Services, LLC**
**P.O. Box 732235**
**Dallas, TX 75373-2235**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |

**Kristin S. Pry**
**11325 Timberland Dr S**
**Wilmer, AL 36587**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $363,410.53 |

**Kudzu Oil Properties, LLC**
**300 Concourse Blvd, Suite 101**
**Ridgeland, MS 39157**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $53,670.00 |

**Kudzu Oil Properties, LLC**
**300 Concourse Blvd, Suite 101**
**Ridgeland, MS 39157**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.100 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,517.00** |
|---|---|---|---|
| | **Kwazar Resources, LLC**<br>**P.O. Box 7417**<br>**Spanish Fort, AL 36577** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Revenue__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.100 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$235.00** |
|---|---|---|---|
| | **Kyle Schommer**<br>**4600 Campus Street**<br>**Ventura, CA 93003** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Revenue__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,615.31** |
|---|---|---|---|
| | **L & L Process Solutions, Inc.**<br>**3748 Industrial Park**<br>**Mobile, AL 36693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Trade Debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51.00** |
|---|---|---|---|
| | **L. R. Fitzgerald**<br>**1265 Capilano Dr.**<br>**Shreveport, LA 71106** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Revenue__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42.00** |
|---|---|---|---|
| | **L.D. Williams**<br>**16125 Cypress Valley Drive**<br>**Cypress, TX 77429** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Revenue__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Lafayette Ellis**<br>**2922 West 73rd Street**<br>**Los Angeles, CA 90043** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Revenue__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.101
4**

**Nonpriority creditor's name and mailing address**

**Lake Investment Production**
**Cindy Lake Gerhart**
**PO Box 2134**
**Austin, TX 78768-2134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$192.00**

---

**3.101
5**

**Nonpriority creditor's name and mailing address**

**Lake Ronel Oil Co**
**PO Box 179**
**Tyler, TX 75710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$384.00**

---

**3.101
6**

**Nonpriority creditor's name and mailing address**

**Lamancha Investments II, LLC**
**P.O. Box 320566**
**Flowood, MS 39232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$70.00**

---

**3.101
7**

**Nonpriority creditor's name and mailing address**

**Lamont Oliver**
**511 North Queen Street Apt. 2K**
**Kinston, NC 28501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$3.00**

---

**3.101
8**

**Nonpriority creditor's name and mailing address**

**Lamonte Warren**
**3001 Tembrooke Drive**
**Dallas, TX 95350**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$2.00**

---

**3.101
9**

**Nonpriority creditor's name and mailing address**

**Landmark Exploration, LLC**
**P.O. Box 12004**
**Jackson, MS 39236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ■ No  ☐ Yes

**$178,461.04**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.102 0**

Nonpriority creditor's name and mailing address

**Landmark Exploration, LLC**
P.O. Box 12004
Jackson, MS 39236

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$57,856.00**

---

**3.102 1**

Nonpriority creditor's name and mailing address

**Landmark Oil and Gas, LLC**
P.O. Box 12004
Jackson, MS 39236

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Purposes__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 2**

Nonpriority creditor's name and mailing address

**Landmark Oil and Gas, LLC**
P.O. Box 12004
Jackson, MS 39236

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$57,094.00**

---

**3.102 3**

Nonpriority creditor's name and mailing address

**Lane Oil & Gas Corporation**
Attn: Nick Sacco
952 Echo Lane, Suite 315
Houston, TX 77024

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

**$3,461.21**

---

**3.102 4**

Nonpriority creditor's name and mailing address

**Lane Oil & Gas Corporation**
Attn: Nick Sacco
952 Echo Lane, Suite 315
Houston, TX 77024

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$1,408.00**

---

**3.102 5**

Nonpriority creditor's name and mailing address

**Larrine Brown Garnett**
1211 Elmwood Street
Fort Worth, TX 76104

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$102.00**

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

| 3.1026 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|

**Larry Don Fite**
**19635 Highway 110 South**
**Whitehouse, TX 75791**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1027 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $391.00 |
|---|---|---|---|

**Larry Dwight Taylor 2012 Irr. Trust**
**PO Box 803**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1028 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,081.00 |
|---|---|---|---|

**Larry J. Findley**
**32385 County Road 6**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1029 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,110.00 |
|---|---|---|---|

**Larry L. Therrell, Jr.**
**595 County Road 118**
**Shubuta, MS 39360**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1030 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Larry Lee Wozencraft**
**P.O. Box 512**
**Lucedale, MS 39452-0512**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1031 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Larry Reid Powell**
**19423 Hoo Shoo Too Road**
**Baton Rouge, LA 70817**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Sklar Exploration Company, LLC**
_____
Name

Case number (if known)   **20-12377-EEB**
_____

| 3.103 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Larry Wright**
**905 Copeland Drive**
**Hinesville, GA 31313**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 3 | Nonpriority creditor's name and mailing address | | $98.99 |
|---|---|---|---|

**LaserCycle USA**
**528 South Taylor Avenue**
**Louisville, CO 80027-3030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 4 | Nonpriority creditor's name and mailing address | | $10.00 |
|---|---|---|---|

**Lashawna Scott**
**2811 Exterior Street**
**#14-H**
**Bronx, NY 10463**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 5 | Nonpriority creditor's name and mailing address | | $10.00 |
|---|---|---|---|

**Latasha Scott**
**34 Sumner Ave Apt 316**
**Springfield, MA 01108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 6 | Nonpriority creditor's name and mailing address | | $26.00 |
|---|---|---|---|

**Laura Ann Alexander Sawyer**
**346 Sadie Douglas Lane**
**Shreveport, LA 71106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 7 | Nonpriority creditor's name and mailing address | | $5.00 |
|---|---|---|---|

**Laura Gallagher**
**811 Fox Run Apartment One**
**Lafayette, LA 70508**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Sklar Exploration Company, LLC**
Name

Case number (if known)   **20-12377-EEB**

---

| 3.103 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |
|---|---|---|---|

**Laura Louise Parr**
**3406 Valley Forge Dr.**
**Sachse, TX 75048**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $162.00 |
|---|---|---|---|

**Laura Torrans**
**7617 Greenfield Avenue**
**Louiseville, KY 40214**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19.00 |
|---|---|---|---|

**Lawrence Brye**
**2397 Spring Hill Road**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $385.00 |
|---|---|---|---|

**Lawrence E. Holland**
**9115 Southeast 54th Street**
**Mercer Island, WA 98040**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,576.90 |
|---|---|---|---|

**Lawrence M. Cushman Trust**
**Lawrence M. Cushman, Trustee**
**591 Camino de la Reina, Suite 900**
**San Diego, CA 92108**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $661.00 |
|---|---|---|---|

**Lawrence M. Cushman Trust**
**Lawrence M. Cushman, Trustee**
**591 Camino de la Reina, Suite 900**
**San Diego, CA 92108**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __**Sklar Exploration Company, LLC**__
Name

Case number (if known) __**20-12377-EEB**__

---

| 3.104<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,466.71 |
|---|---|---|---|

**LCJ Resources, LLC**
**Attn: Chris Wilde**
**1250 N.E. Loop 410 STE 333**
**San Antonio, TX 78209**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |
|---|---|---|---|

**Leah J. Loflin**
**PO Box 5910**
**Gulf Shores, AL 36547**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.00 |
|---|---|---|---|

**Leah Jane Alexander Anders**
**110 East Frenchman's Bend**
**Monroe, LA 71203**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $716.00 |
|---|---|---|---|

**Leanne D. Ford**
**516 Heatherstone Court**
**Ridgeland, MS 39157-2908**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.00 |
|---|---|---|---|

**Leathia Walden**
**8341 Ranger Dr**
**Pensacola, FL 32534**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112,603.71 |
|---|---|---|---|

**Lechwe LLC**
**P.O. Box 270415**
**Houston, TX 77277**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Sklar Exploration Company, LLC** |
| | Name |

Case number (if known)   **20-12377-EEB**

---

**3.105 0**

**Nonpriority creditor's name and mailing address**

**Lechwe LLC**
**P.O. Box 270415**
**Houston, TX 77277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$134,986.00

---

**3.105 1**

**Nonpriority creditor's name and mailing address**

**Lee Radin Moore**
**13906 Highway 151**
**Arcadia, LA 71001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

**3.105 2**

**Nonpriority creditor's name and mailing address**

**LeFrak Energy Investors, L.P.**
**1301 McKinney, Ste 3150**
**Houston, TX 77010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$75,017.00

---

**3.105 3**

**Nonpriority creditor's name and mailing address**

**Leo Lawrence Bryant**
**7550 Sterling Drive**
**Oakland, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$543.00

---

**3.105 4**

**Nonpriority creditor's name and mailing address**

**Leo Williams, Sr. and**
**Ida Faye Williams**
**1559 Blue Ridge Road**
**Gibsland, LA 71028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$155.00

---

**3.105 5**

**Nonpriority creditor's name and mailing address**

**Leola M. Warren**
**Route 3 Box 937**
**Tyler, TX 75705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$92.00

---

Debtor   **Sklar Exploration Company, LLC**
_____
Name

Case number (if known)   **20-12377-EEB**

| 3.105 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Leon Samuel**
**13531 S. Doty Ave. #33**
**Hawthorne, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.105 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,796.00 |
|---|---|---|---|

**Leondard E. Williams**
**2510 Norfolk Road**
**Orlando, FL 32803-1343**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.105 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Leotis Hardie**
**4032 Galbrath Drive**
**North Highlands, CA 95660**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.105 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,030.00 |
|---|---|---|---|

**Lesa Ellen Ralls Johnson**
**625 S. Cleveland Ave.**
**Brookhaven, MS 39601**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.106 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79.00 |
|---|---|---|---|

**Lesie A. Shaw, deceased**
**1210 Crawford St, Apt 504**
**Arcadia, LA 71001-6564**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.106 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Leticia Drakeford**
**14239 Jib Street**
**Unit 31**
**Laurel, MD 20707**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.106**
**2**

**Nonpriority creditor's name and mailing address**

**Liberty Supply, Inc.**
**P.O. Box 489**
**Magnolia, AR 71754-0489**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,096.00**

---

**3.106**
**3**

**Nonpriority creditor's name and mailing address**

**Lichelle Drakeford**
**716 Euclid Street**
**Mobile, AL 36606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.106**
**4**

**Nonpriority creditor's name and mailing address**

**Lillian Clark - DECEASED**
**944 Cedar St.**
**Gibsland, LA 71028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.106**
**5**

**Nonpriority creditor's name and mailing address**

**Lillie F. Williams Langston**
**2061 Pennington Gap**
**Memphis, TN 38134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

**3.106**
**6**

**Nonpriority creditor's name and mailing address**

**Lillie Harvey**
**894 Roger Place, Apt. 1-D**
**Bronx, NY 10459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

**3.106**
**7**

**Nonpriority creditor's name and mailing address**

**Lillie Jones**
**4004 Keys Avenue**
**Brighton, AL 35020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Sklar Exploration Company, LLC**
Name

Case number (if known)   **20-12377-EEB**

| 3.106 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |

**Linda & Bertha M. Johnson Life Estate**
**1700 West Seventh Street**
**Tyler, TX 75701**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33.00 |

**Linda F. Lawrence**
**9140 Linscomb Road**
**Orange, TX 77632**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |

**Linda Gayle Baremore,**
**Troy Baremore**
**2692 Jackson Drive**
**Haynesville, LA 71038**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |

**Linda Hill Sneed**
**1734 Thornhollow Drive**
**Houston, TX 77014**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.00 |

**Linda R Wiggins**
**PO Box 503**
**Peterman, AL 36471**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $558.00 |

**Linder Family Partnership Ltd.**
**John Linder**
**100 Independence Pl Ste 307**
**Tyler, TX 75703**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.107 4**

**Nonpriority creditor's name and mailing address**
**Liquid Gold Well Service, Inc.**
**P.O. Box 757**
**Cut Bank, MT 59427**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$90,775.02**

---

**3.107 5**

**Nonpriority creditor's name and mailing address**
**Lisa D. Nordmeyer**
**704 Edgewood Dr.**
**Brewton, AL 36426**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

**$76.00**

---

**3.107 6**

**Nonpriority creditor's name and mailing address**
**Lisa Downing Heaton**
**460 N. Hereford Lane**
**Madison, IN 47250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

**$698.00**

---

**3.107 7**

**Nonpriority creditor's name and mailing address**
**Lisa G. Johnson**
**2230 West Welsh Drive**
**Lancaster, TX 75146**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.107 8**

**Nonpriority creditor's name and mailing address**
**Lisa Williamson Frost**
**6170 S Vergos Dr**
**Eight Mile, AL 36613**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

**3.107 9**

**Nonpriority creditor's name and mailing address**
**Lisless Warren Anderson**
**629 North Confederate Avenue**
**Tyler, TX 75702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|--------|-------------------------------|------------------------|--------------|
| | Name | | |

---

**3.108 0**

**Nonpriority creditor's name and mailing address**

**LJS Real Estate & Minerals, LLC**
**P.O. Box 906**
**El Campo, TX 77437**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☐ No ☐ Yes

$67.00

---

**3.108 1**

**Nonpriority creditor's name and mailing address**

**LLY Oil & Gas LLC**
**First Financial Trust Asset**
**PO Box 701**
**Abilene, TX 79604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☐ No ☐ Yes

$64.00

---

**3.108 2**

**Nonpriority creditor's name and mailing address**

**Lodene W. Janney**
**P.O. Box 424**
**Red River, NM 87558**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☐ No ☐ Yes

$1.00

---

**3.108 3**

**Nonpriority creditor's name and mailing address**

**Lola M. Jones**
**1700 West Seventh Street**
**Tyler, TX 75701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☐ No ☐ Yes

$2.00

---

**3.108 4**

**Nonpriority creditor's name and mailing address**

**Loletha Walker McCloud**
**45 Martin Lane**
**Seabrook, SC 29940**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☐ No ☐ Yes

$9.00

---

**3.108 5**

**Nonpriority creditor's name and mailing address**

**Lonewolf Energy, Inc.**
**P.O. Box 81026**
**Billings, MT 59108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ☐ No ☐ Yes

$8,221.80

---

Debtor   **Sklar Exploration Company, LLC**
Name

Case number (*if known*)   **20-12377-EEB**

---

| 3.108 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Longleaf Energy Group, Inc.**
**P.O. Box 809**
**Brewton, AL 36427**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset?  ■ No  ☐ Yes

$1,916.00

---

| 3.108 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lonnie Pearson**
**P.O. Box 230**
**Gibsland, LA 71027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset?  ■ No  ☐ Yes

$9.00

---

| 3.108 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lorenzo Brye**
**15580 Pennsylvania Street**
**Southfield, MI 48075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset?  ■ No  ☐ Yes

$8.00

---

| 3.108 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lou Porter McCrary Estate**
**1335 Paseo Del Pueblo Sur#136**
**Taos, NM 87571**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset?  ■ No  ☐ Yes

$371.00

---

| 3.109 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Louella D. Ellis**
**2922 West 73rd Street**
**Los Angeles, CA 90043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset?  ■ No  ☐ Yes

Unknown

---

| 3.109 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Louis Dorfman**
**10440 N Central Expressway**
**Suite 824**
**Dallas, TX 75231**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset?  ■ No  ☐ Yes

$1,317.00

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.109 2**

**Nonpriority creditor's name and mailing address**

**Louisiana - Edwards Tower Louisiana Tower Operating LLC**
**7020 Solutions Center**
**Chicago, IL 60677-7000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.109 3**

**Nonpriority creditor's name and mailing address**

**Louisiana One Call System**
**P.O. Box 40715**
**Baton Rouge, LA 70835-0715**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$1.50**

---

**3.109 4**

**Nonpriority creditor's name and mailing address**

**LOUMARV LLC**
**2727 Kirby Dr #19F**
**Houston, TX 77098**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.109 5**

**Nonpriority creditor's name and mailing address**

**Louria D. W. Washington**
**2030 Brookhaven Club Drive, No. 1589**
**Addison, TX 75244**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.109 6**

**Nonpriority creditor's name and mailing address**

**Lovelace Properties, LLC**
**Barbara L. Burton, Managing Partner**
**3263 Dell Road**
**Birmingham, AL 35223**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

**$323.00**

---

**3.109 7**

**Nonpriority creditor's name and mailing address**

**Lucas Petroleum Group, Inc.**
**327 Congress Avenue, Suite 500**
**Austin, TX 78701-3656**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Cash Call Advance_

Is the claim subject to offset? ■ No ☐ Yes

**$321,059.25**

---

**3.109 8**

**Nonpriority creditor's name and mailing address**

**Lucas Petroleum Group, Inc.**
**327 Congress Avenue, Suite 500**
**Austin, TX 78701-3656**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

**$48,580.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Sklar Exploration Company, LLC**
Name

Case number (if known)   **20-12377-EEB**

---

| 3.1099 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,727.86 |

**Lufkin Industries, Inc.**
P.O. Box 301199
Dallas, TX 75303-1199

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |

**Lula Mae Sells**
2508 47th Street
Lubbock, TX 79413

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.00 |

**Lupita Watson**
1217 Tower Lane
Evergreen, AL 36401

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |

**Lynne Edmondson**
635 Sharps Cove Rd
Gurley, AL 35748

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |

**Lynnessa Warren**
**Address Unverified**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,599.00 |

**M. Johnson Investment PTN I**
100 S. Eola Drive
PH 215
Orlando, FL 32801

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.110 5**

**Nonpriority creditor's name and mailing address**

**M. Robert Blakeney GF Trust**
**c/o Robert Blakeney**
**3811 Normandy Avenue**
**Dallas, TX 75205**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$37.00

---

**3.110 6**

**Nonpriority creditor's name and mailing address**

**M. Steven Moehle**
**& Betty Linda Moehle**
**1042 Fort Pickens Road**
**Pensacola, FL 32561**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.110 7**

**Nonpriority creditor's name and mailing address**

**M. Travis Holzborn**
**18 General Canby Drive**
**Spanish Fort, AL 36527**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$251.00

---

**3.110 8**

**Nonpriority creditor's name and mailing address**

**Mae Adele Tait Sharp**
**PO Box 64**
**Okay, OK 74446**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

**3.110 9**

**Nonpriority creditor's name and mailing address**

**Maggie Lou Warren**
**3001 Tembrooke Drive**
**Modesta, CA 95350**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

**3.111 0**

**Nonpriority creditor's name and mailing address**

**Majinice Seals**
**by Mattie Samuel**
**25 Corey Lane**
**Princeton, KY 42445**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$73.00

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.111**
**1**

**Nonpriority creditor's name and mailing address**
**Marco Land & Petroleum, Inc.**
**Attn: Mr. Cosby H. Martin, Jr.**
**2811 Keego Road**
**Brewton, AL 36426**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Cash Call Advance_

Is the claim subject to offset? ■ No ☐ Yes

$11.27

---

**3.111**
**2**

**Nonpriority creditor's name and mailing address**
**Marco Land & Petroleum, Inc.**
**Attn: Mr. Cosby H. Martin, Jr.**
**2811 Keego Road**
**Brewton, AL 36426**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

$582.00

---

**3.111**
**3**

**Nonpriority creditor's name and mailing address**
**Marcus Jones**
**82 Ted Court**
**Evergreen, AL 36401**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

$4.00

---

**3.111**
**4**

**Nonpriority creditor's name and mailing address**
**Marcus William Blair**
**718 Whitney Dr**
**Pensacola, FL 32503**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

$3.00

---

**3.111**
**5**

**Nonpriority creditor's name and mailing address**
**Margaret Ann Skiles**
**730 Barksdale Street**
**Pensacola, FL 32514**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

$32.00

---

**3.111**
**6**

**Nonpriority creditor's name and mailing address**
**Margaret Long**
**26214 Garrett Lane**
**Orange Beach, AL 33962**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

$31.00

---

Debtor    **Sklar Exploration Company, LLC**
_____
Name

Case number (if known)    **20-12377-EEB**

---

| 3.111 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.00** |
|---|---|---|---|

**Margaret Ruth Rule,**
**wife of Robert N. Rule, Jr.**
**3621 Centenary**
**Dallas, TX 75225**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |
|---|---|---|---|

**Margaret S. Smith**
**10 Via Del Sud**
**Tustin, CA 92680**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Margo Jordan**
**526 East Regent Street**
**Inglewood, CA 90301-1322**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Marie A. LaButti**
**7 Hildreth Drive**
**St. Augustine, FL 32084**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00** |
|---|---|---|---|

**Marilyn Rae and Paul J. Taormina**
**4765 Highway 18 West**
**Quitman, MS 39355**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$327.00** |
|---|---|---|---|

**Marita B. Snyder**
**4221 Lorraine Ave**
**Dallax, TX 75205**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.112 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,328.00 |
|---|---|---|---|

**Marjorie Rabun Woodell, deceased**
**136 Palmetto Street**
**Perry, FL 32348**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38.00 |
|---|---|---|---|

**Marjorlene J. Terrell**
**HC 65 Box 1**
**Cransfills Gap, TX 76637**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Mark A. Dotson**
**328 East 122nd Street**
**Los Angeles, CA 90061**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**Mark A. Roberts**
**8155 East Kings Hwy**
**Shreveport, LA 71115**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**Mark H. Manes**
**P.O. Box 218**
**Hewitt, TX 76643**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|---|

**Mark Raley**
**134 Junaluska Dr.**
**Woodstock, GA 30188**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Sklar Exploration Company, LLC**                                   Case number (if known)    **20-12377-EEB**
_____
Name

| 3.112 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,275.33 |
|---|---|---|---|

**Marksco, L.L.C.**
**Attn: Mark Sealy**
**333 Texas Street, Suite 1050**
**Shreveport, LA 71101**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Cash Call Advance

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.113 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,789.00 |
|---|---|---|---|

**Marksco, L.L.C.**
**Attn: Mark Sealy**
**333 Texas Street, Suite 1050**
**Shreveport, LA 71101**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.113 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.00 |
|---|---|---|---|

**Marlin Exploration, LLC**
**P.O. Box 1367**
**Shreveport, LA 71164-1367**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.113 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.00 |
|---|---|---|---|

**Marsha Elaine Dupree Talton**
**18249 FM 756**
**Whitehouse, TX 75791**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.113 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**Marston Timber LLC**
**P.O. Box 1932**
**Shreveport, LA 71166**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.113 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Martha A. Perkins**
**P.O. box 87**
**Evergreen, AL 36401**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

Debtor   **Sklar Exploration Company, LLC**
Name

Case number (if known)   **20-12377-EEB**

---

| 3.113 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00** |
| **Martha B. Robinson** 3615 Montrose Rd Mountain Brk, AL 35213 | ■ Contingent ■ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Revenue__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.113 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
| **Martha Drakeford** c/o Alfonza Jackson, POA 2701 Godwin Lane Pensacola, FL 32526 | ■ Contingent ■ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Revenue__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.113 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
| **Martha Jane McAfee** 221 Bryn Mawr Circle Houston, TX 77024 | ■ Contingent ■ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Revenue__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.113 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,613.00** |
| **Martha McKenzie** 1771 Country Club Rd Eufaula, AL 36027 | ■ Contingent ■ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Revenue__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.113 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |
| **Martha Ruth Johnson** 11202 Balcones Woods Cove Austin, TX 78759 | ■ Contingent ■ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Revenue__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.114 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,475.00** |
| **Marty Cherry Enteprise LLC** P.O. Box 370 Fouke, AR 71837 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Trade Debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Sklar Exploration Company, LLC**
Name

Case number (if known)   **20-12377-EEB**

---

| 3.114 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $62.00 |

**Marvin Robert Blakeney Trust No. 7453-03
Rep. Nat'l Bank & Fred Tucker Jr Trstees
P.O. Box 241
Dallas, TX 75221**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.114 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Mary Ann Christie
907 Chisholm Valley Drive
Round Rock, TX 78664**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.114 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2.00 |

**Mary Ann Furguson
4558 Papaya Drive
Columbus, GA 31909**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.114 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,210.00 |

**Mary Ann Mack
308 Shallow Creek Road
Tuscaloosa, AL 35406**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.114 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $31.00 |

**Mary B. Andrews
and William Patrick Andrews
703 Landview Drive
Dothan, AL 36301**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.114 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3.00 |

**Mary Brye
3504 Shepherd Path
Decatur, GA 30034**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (*if known*) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.114 7**

**Nonpriority creditor's name and mailing address**

**Mary D. Jones**
**27167 County Road 6**
**Evergreen, AL 36401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$3.00

---

**3.114 8**

**Nonpriority creditor's name and mailing address**

**Mary Edna Brown**
**P.O. Box 346**
**French Lick, IN 47432**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.114 9**

**Nonpriority creditor's name and mailing address**

**Mary Etna Jackson Brown**
**1308 North Nursery No. 216**
**Irving, TX 75061**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$21.00

---

**3.115 0**

**Nonpriority creditor's name and mailing address**

**Mary Footman**
**Deceased**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$66.00

---

**3.115 1**

**Nonpriority creditor's name and mailing address**

**Mary Frances Nelson Joyner**
**103 Pinecrest Drive**
**Arcadia, LA 71001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

**3.115 2**

**Nonpriority creditor's name and mailing address**

**Mary Francis Harris**
**1521 Meadow Valley Lane**
**Dallas, TX 75232**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$78.00

---

Debtor    **Sklar Exploration Company, LLC**
Name

Case number (if known)    **20-12377-EEB**

---

| 3.115 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Mary Helen Crittenden**
**64 Willowcrest Drive**
**Windsor, CT 06095**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.00 |
|---|---|---|---|

**Mary Jane Ray Ridgway**
**362 St. Andrews Drive**
**Jackson, MS 39211**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.00 |
|---|---|---|---|

**Mary Jeanette Reynolds Wimberly**
**422 Wellington Court**
**Shreveport, LA 71115**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|

**Mary Jo Clements-Balas**
**117 Swan Drive**
**Eatonton, GA 31024-1375**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.00 |
|---|---|---|---|

**Mary Jo Hyde Thompson**
**101 Fairview Drive**
**Enterprise, AL 36330**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.00 |
|---|---|---|---|

**Mary Joyce Pettus West**
**8323 10th Avenue, South**
**Birmingham, AL 35206**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Sklar Exploration Company, LLC**
Name

Case number (*if known*) **20-12377-EEB**

| 3.115 9 | | |
|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$196.00**

**Mary Katherine Jones**
**4432 County Road 11**
**Repton, AL 36475**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 0 | | |
|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$3.00**

**Mary L. Green**
**92 M&K Lane**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 1 | | |
|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$2.00**

**Mary Lee & Bertha M. Johnson Life Estate**
**1700 West Seventh Street**
**Tyler, TX 75701**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 2 | | |
|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$13.00**

**Mary Lou Powell McCants**
**1301 Pecan Square**
**Bossier City, LA 71112**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 3 | | |
|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$8,546.00**

**Mary P. Mahoney**
**2187 Webbing Drive**
**Cordova, TN 38016**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 4 | | |
|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$19.00**

**Mary Paul Duval Ross**
**Box 235**
**Merrickville, ON K0G 1N0**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.116 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $128.00 |
|---|---|---|---|

**Mary W. Rustin**
**417 County Road 118**
**Shubuta, MS 39360**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Mary Y. Wright**
**1461 West 103rd Street**
**Los Angeles, CA 90047**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.00 |
|---|---|---|---|

**Maryland Ruth Starling**
**1309 Parkview Drive**
**Tyler, TX 75703**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,584.02 |
|---|---|---|---|

**Masco Wireline, Inc.**
**P.O. Box 2726**
**Laurel, MS 39442-2726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.00 |
|---|---|---|---|

**Mattie Charley**
**2115 W. Laura St.**
**Pensacola, FL 32505**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|---|

**Mattie Samuel**
**25 Corey Lane**
**Princeton, KY 42445**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Sklar Exploration Company, LLC**
Name

Case number (if known)    **20-12377-EEB**

| 3.117 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $59.00 |
|---|---|---|---|

**Maurice Seals**
**by Mattie Samuel**
**25 Corey Lane**
**Princeton, KY 42445**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |
|---|---|---|---|

**Max C. Johnson**
**P.O. Box 111**
**Midfield, TX 77458**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4.00 |
|---|---|---|---|

**MBR Oil & Gas #1 Ltd.**
**P.O. Box 513**
**Miolano, TX 79702**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $227.34 |
|---|---|---|---|

**McAdams Propane Company**
**P.O. Box 1715**
**Center, TX 75935**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |
|---|---|---|---|

**McClendon & Associates Inc.**
**Frank McClendon, Jr.**
**203 Lansdowne Terrace**
**Tyler, TX 75703**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $45,336.84 |
|---|---|---|---|

**McCombs Energy Ltd., LLC**
**755 East Mulberry Ave, Suite 600**
**San Antonio, TX 78212**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.117 7**

**Nonpriority creditor's name and mailing address**
**McCombs Energy Ltd., LLC**
**755 East Mulberry Ave, Suite 600**
**San Antonio, TX 78212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$356,235.00**

---

**3.117 8**

**Nonpriority creditor's name and mailing address**
**McCombs Exploration, LLC**
**750 East Mulberry Suite 403**
**San Antonio, TX 78212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$75,860.00**

---

**3.117 9**

**Nonpriority creditor's name and mailing address**
**McCurry, Tim**
**219 Millerton Road**
**Haynesville, LA 71038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.118 0**

**Nonpriority creditor's name and mailing address**
**McDavid, Noblin & West PLLC**
**248 East Capital Street**
**Suite 840**
**Jackson, MS 39201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$48,699.12**

---

**3.118 1**

**Nonpriority creditor's name and mailing address**
**McDowell, Miles**
**418 Lowell Court**
**Shreveport, LA 71107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 2**

**Nonpriority creditor's name and mailing address**
**McLeod Family Trust**
**Jacqueline A, Theresa A &**
**Vicky L McLeod as Trustees**
**6215 Wilchester Lane**
**Beaumont, TX 77706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$15,596.00**

---

**3.118 3**

**Nonpriority creditor's name and mailing address**
**Mediacom**
**P.O. Box 71219**
**Charlotte, NC 28272-0121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.118 4**

**Nonpriority creditor's name and mailing address**

**Melanie VanZandt Bradford**
**#4 Highfield Cove**
**Little Rock, AR 72211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

**3.118 5**

**Nonpriority creditor's name and mailing address**

**Melinda I. Dearman**
**3138 Hidden Haven South**
**San Antonio, TX 78261**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$34.00

---

**3.118 6**

**Nonpriority creditor's name and mailing address**

**Melissa Ann Dyer**
**P.O. Box 353**
**Lawrenceburg, TN 38464**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$18.00

---

**3.118 7**

**Nonpriority creditor's name and mailing address**

**Melissa Griggs**
**255 Saint Paul Street**
**Denver, CO 80206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$5.00

---

**3.118 8**

**Nonpriority creditor's name and mailing address**

**Melissa Hoercher**
**9026 North Court**
**Spanish Fort, AL 36527**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$9.00

---

**3.118 9**

**Nonpriority creditor's name and mailing address**

**Melody Gaye Barnes**
**39 Palisades Blvd.**
**Longview, TX 07560-5473**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

**3.1190**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|
| Melvin Ford | ■ Contingent | |
| 10205 County Road 395 | ■ Unliquidated | |
| Tyler, TX 75708-9228 | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Revenue | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.1191**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,220.00 |
|---|---|---|
| Mendoza's Barrier Fence Co. | ☐ Contingent | |
| P.O. Box 388 | ☐ Unliquidated | |
| Brewton, AL 36427 | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.1192**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,888.70 |
|---|---|---|
| MER Energy, Ltd. | ■ Contingent | |
| 6500 Greenville Ave, Ste 110 | ■ Unliquidated | |
| Dallas, TX 75206 | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Cash Call Advance | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.1193**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,921.00 |
|---|---|---|
| MER Energy, Ltd. | ■ Contingent | |
| 6500 Greenville Ave, Ste 110 | ■ Unliquidated | |
| Dallas, TX 75206 | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Revenue | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.1194**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|
| Merchants Credit Bureau of Savannah | ☐ Contingent | |
| Merchants Credit Bureau, Inc. | ☐ Unliquidated | |
| P.O. Bxo 458 | ☐ Disputed | |
| Augusta, GA 30903 | | |
| Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.1195**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,420.41 |
|---|---|---|
| Mercury Oil Company, LLC | ■ Contingent | |
| 1221 W Campbell Rd | ■ Unliquidated | |
| Ste 233 | ☐ Disputed | |
| Richardson, TX 75080 | | |
| Date(s) debt was incurred __ | Basis for the claim:  Cash Call Advance | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.1196**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.00 |
|---|---|---|
| Mercury Oil Company, LLC | ■ Contingent | |
| 1221 W Campbell Rd | ■ Unliquidated | |
| Ste 233 | ☐ Disputed | |
| Richardson, TX 75080 | | |
| Date(s) debt was incurred __ | Basis for the claim:  Revenue | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.119 7**

**Nonpriority creditor's name and mailing address**

**Meredith Lynn Noel Day**
**248 Ashley Drive**
**Shreveport, LA 71105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.119 8**

**Nonpriority creditor's name and mailing address**

**Meritage Energy, Ltd.**
**C/O BKD, LLP**
**2700 Post Oak Blvd, Ste 1500**
**Houston, TX 77056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

**$338,432.41**

---

**3.119 9**

**Nonpriority creditor's name and mailing address**

**Meritage Energy, Ltd.**
**C/O BKD, LLP**
**2700 Post Oak Blvd, Ste 1500**
**Houston, TX 77056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$1,662.00**

---

**3.120 0**

**Nonpriority creditor's name and mailing address**

**Merle L. Williams Revocable Trust**
**c/o Carl D. Williams, as Trustee**
**P.O. Box 7429**
**Spanish Fort, AL 36577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

**3.120 1**

**Nonpriority creditor's name and mailing address**

**Merrill Properties LLC**
**337 Worth Ave**
**Lafayette, LA 70508**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.120 2**

**Nonpriority creditor's name and mailing address**

**Mesa Fluids, LLC**
**c/o Juno Financial**
**P.O. Box 173928**
**Denver, CO 80217-3928**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$992,275.80**

---

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.120 3**

**Nonpriority creditor's name and mailing address**

**Mesapro, LLC**
**Philip B. Allen, Manager**
**4835 S. Peoria Ave. Suite 20**
**Tulsa, OK 74105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$1,979.00

---

**3.120 4**

**Nonpriority creditor's name and mailing address**

**Metropolitan Life Insurance Company**
**P.O. Box 804466**
**Kansas City, MO 64180-4466**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.120 5**

**Nonpriority creditor's name and mailing address**

**MHM Resources LP**
**P.O. Box 202656**
**Dallas, TX 75320-2656**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

**3.120 6**

**Nonpriority creditor's name and mailing address**

**Michael Brian Crookshank**
**8401 S 8th St**
**Broken Arrow, OK 74011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$9.00

---

**3.120 7**

**Nonpriority creditor's name and mailing address**

**Michael D. Gollob Oil Company, L.P.**
**Mary LaVerne Gollob**
**P.O. Box 6653**
**Tyler, TX 75711**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

**3.120 8**

**Nonpriority creditor's name and mailing address**

**Michael F. Therrell**
**595 County Road 118**
**Shubuta, MS 39360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$1,110.00

---

Debtor  **Sklar Exploration Company, LLC**

Name

Case number (if known)   **20-12377-EEB**

---

**3.1209**

**Nonpriority creditor's name and mailing address**

**Michael Houston Taylor**
**1621 Southern Draw Drive**
**Temple, TX 76502**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$2.00

---

**3.1210**

**Nonpriority creditor's name and mailing address**

**Michael Johnson**
**1308 Brittany Lane**
**Odessa, TX 79761-3526**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$17.00

---

**3.1211**

**Nonpriority creditor's name and mailing address**

**Michael Management, Inc.**
**Attn: Mr. M. Timothy Michael**
**P.O. Box 922**
**Fairhope, AL 36533**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$935.00

---

**3.1212**

**Nonpriority creditor's name and mailing address**

**Michael Morrissey, III**
**458 Broomfield Road**
**Tinsley, MS 39176**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$2.00

---

**3.1213**

**Nonpriority creditor's name and mailing address**

**Michael Warren (minor)**
**Rt 25 Box 1170**
**Tyler, TX 75705**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$10.00

---

**3.1214**

**Nonpriority creditor's name and mailing address**

**Michael Wood**
**3 Courtland Drive, Apt. 46**
**Hattiesburg, MS 39402**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$29.00

---

Debtor **Sklar Exploration Company, LLC**
Name

Case number (if known) **20-12377-EEB**

| 3.121 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**Michelle Renee Warren Shaw**
**1806 Jim Reinthal Court**
**Dallas, TX 75217**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,085.26 |
|---|---|---|---|

**Mid South Anchor Service, LLC**
**P.O. Box 2434**
**Laurel, MS 39442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|

**Midtex Royalty, LP**
**P.O. Box 50174**
**Midland, TX 07971-0017**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,103.00 |
|---|---|---|---|

**Mike Davis**
**PO Box 308**
**Magnolia, AR 71754**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.00 |
|---|---|---|---|

**Mike Rogers Oil & Gas, Inc.**
**P.O. Box 6783**
**Miramar Beach, FL 32550**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,395.00 |
|---|---|---|---|

**Mildred Louise Golden**
**PO Box 88**
**Jay, FL 32565**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

**3.122**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $179.00 |
|---|---|---|
| **Minerals Management, Inc.**<br>P.O. Box 12788<br>Jackson, MS 39216 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Revenue** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.122**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|
| **Minnie Carter**<br>17 Beach Road<br>Bloomfield, CT 06002 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Revenue** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.122**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|
| **Minnie Drakeford**<br>1169 Springhill Road<br>Evergreen, AL 36401 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Revenue** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.122**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,049.59 |
|---|---|---|
| **Mississippi Gauge & Supply Co.**<br>P.O. Box 2366<br>Laurel, MS 39440 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.122**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,781.41 |
|---|---|---|
| **Mississippi Power**<br>P.O. Box 245<br>Birmingham, AL 35201-0245 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.122**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,169.34 |
|---|---|---|
| **MJS Interests, LLC**<br>9266 Hathaway Street<br>Dallas, TX 75220 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Cash Call Advance** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.122**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $980.00 |
|---|---|---|
| **MJS Interests, LLC**<br>9266 Hathaway Street<br>Dallas, TX 75220 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Revenue** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.122 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Mollie Fulcher**
16211 FM 3083 Apt. 1
Conroe, TX 77302-5143

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$211.00** |
|---|---|---|---|

**Molly Leona Brent, Deceased**
1027 Parker Drive
Laurel, MS 39440

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$820.00** |
|---|---|---|---|

**Mona L Schlachter**
1941 E Branch Hollow
Carrollton, TX 75007

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13.00** |
|---|---|---|---|

**Mona Portwood Odom**
4729 Mira Vista Dr
Frisco, TX 75034

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,756.00** |
|---|---|---|---|

**Moncla Slickline, LLC**
P.O. Box 53688
Lafayette, LA 70505

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Monica Blair**
1901 Lennox Dr.
Unit 30
Sykesville, MA 21784

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Sklar Exploration Company, LLC**
_____
Name

Case number (if known)    **20-12377-EEB**

---

| 3.123 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Monica L. Elder**
**236 Jamaica Circle**
**Union City, CA 94587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.123 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Monique Bryant**
**P.O. Box 42**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.123 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.72** |
|---|---|---|---|

**Mountain Air Enterprises, LLC**
**820 Garrett Drive**
**Bossier City, LA 71111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.123 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,042.00** |
|---|---|---|---|

**Mountain Air Enterprises, LLC**
**820 Garrett Drive**
**Bossier City, LA 71111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.123 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$837.16** |
|---|---|---|---|

**Murkco Exploration Co., L.L.C.**
**Attn:  Malcolm Murchison**
**401 Edwards Street, Suite 1000**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.123 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140.90** |
|---|---|---|---|

**Music Mountain Water, LLC**
**P.O. Box 2252**
**Birmingham, AL 35246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.124 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Muslow Oil & Gas, Inc.**
**Attn: Mr. Eric C. Weiss**
**330 Marshall Street, Suite 628**
**Shreveport, LA 71101-3687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Sklar Exploration Company, LLC**

Name

Case number (if known)   **20-12377-EEB**

---

**3.124 1**

**Nonpriority creditor's name and mailing address**

**Myrtle C. Fuller, Deceased**
P.O. Box 6286
Shreveport, LA 71136-6286

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$1,581.00

---

**3.124 2**

**Nonpriority creditor's name and mailing address**

**N. Neil Davis**
2209 Chasewych Drive #A
Austin, TX 78745

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$5.00

---

**3.124 3**

**Nonpriority creditor's name and mailing address**

**Nancy Johnson McConnell**
1301 Penny Lane
Kilgore, TX 75662-4523

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$17.00

---

**3.124 4**

**Nonpriority creditor's name and mailing address**

**Nancy Nichols Morris**
5219 Englewood Point Court
Katy, TX 77494

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.124 5**

**Nonpriority creditor's name and mailing address**

**Nanette Feagin Beck**
8477 Calumet Way
Cincinnati, OH 45249

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$21.00

---

**3.124 6**

**Nonpriority creditor's name and mailing address**

**Naomi Ione Moran**
Route 2, Box 1170
Teague, TX 75860

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$76.00

---

Debtor  **Sklar Exploration Company, LLC**
_____
Name

Case number (if known)  **20-12377-EEB**

---

| 3.124 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.00 |
|---|---|---|---|

**Naomi Taylor**
**1009 East Ramsey Avenue**
**Fort Worth, TX 76104**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Natasha Smith**
**2273 Farrington Loop W.**
**Semmes, AL 36575**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,531.00 |
|---|---|---|---|

**National Oilwell DHT, LP**
**Wells Fargo Bank, N.A.**
**P.O. Bxo 201153**
**Dallas, TX 75320-1153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,850.00 |
|---|---|---|---|

**National Oilwell Varco Wells Fargo Bank**
**P.O. Box 201224**
**Dallas, TX 75320-1224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.63 |
|---|---|---|---|

**Navasota Valley Electric Cooperative**
**P.O. Box  848**
**Franklin, TX 77856-0848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Neale Fleishman**
**834 Brookhurst Dr**
**Dallas, TX 75218**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $748.00 |
|---|---|---|---|

**Nell Brye Smith, Deceased**
**3404 North Tarragona Street**
**Pensacola, FL 32503**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Sklar Exploration Company, LLC**
_____
Name

Case number (if known)   **20-12377-EEB**

| | |
|---|---|
| 3.125 4 | |

**Nonpriority creditor's name and mailing address**
**Nellie Jean Beer**
**168 Arborwood Crescent**
**Rochester, NY 14615**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

| | |
|---|---|
| 3.125 5 | |

**Nonpriority creditor's name and mailing address**
**Nellie W. Harris**
**P.O. Box 695**
**Topeka, KS 66601**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$64.00**

---

| | |
|---|---|
| 3.125 6 | |

**Nonpriority creditor's name and mailing address**
**Netta V Wiley**
**7600 Hwy 31**
**Evergreen, AL 36401**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$14.00**

---

| | |
|---|---|
| 3.125 7 | |

**Nonpriority creditor's name and mailing address**
**New Benefits Ltd.**
**P.O. Box 803475**
**Dallas, TX 75380**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$208.50**

---

| | |
|---|---|
| 3.125 8 | |

**Nonpriority creditor's name and mailing address**
**New London Contractors, Inc.**
**P.O. Box 228**
**New London, TX 75682**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,139.00**

---

| | |
|---|---|
| 3.125 9 | |

**Nonpriority creditor's name and mailing address**
**Nex Tier Completion Solutions, Inc.**
**P.O. Bxo 733404**
**Dallas, TX 75373-3404**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$260,431.49**

---

| | |
|---|---|
| 3.126 0 | |

**Nonpriority creditor's name and mailing address**
**Nicholas R. Vann**
**6262 Sioux Trail**
**Milton, FL 32583**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$17,103.00**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.126**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,275.00 |
|---|---|---|
| **Nicholas Todd Farish**<br>**14791 Libby Rd**<br>**Coker, AL 35452** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Revenue** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.126**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,532.33 |
|---|---|---|
| **Nine Forks LLC**<br>**Attn: Larry L. Hock**<br>**PO Box 670**<br>**Minden, LA 71055** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Cash Call Advance** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.126**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,564.00 |
|---|---|---|
| **Nine Forks LLC**<br>**Attn: Larry L. Hock**<br>**PO Box 670**<br>**Minden, LA 71055** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Revenue** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.126**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,731.39 |
|---|---|---|
| **Noble Casing, Inc.**<br>**125 South Howes Street**<br>**Suite 800**<br>**Fort Collins, CO 80521** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.126**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71,970.00 |
|---|---|---|
| **Noble Drilling, LLC**<br>**125 South Howes Street**<br>**Suite 800**<br>**Fort Collins, CO 80521** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.126**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|
| **Noble Royalties Access Fund IV LP**<br>**P.O. Box 660082**<br>**Dallas, TX 75266** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Revenue** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.1267**

**Nonpriority creditor's name and mailing address**
**Nona Scott Grant**
P.O. Box 351463
Los Angeles, CA 90035

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.1268**

**Nonpriority creditor's name and mailing address**
**Norma G. Grandison**
1354 Mazurek Blvd
Pensacola, FL 32514

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$8.00

---

**3.1269**

**Nonpriority creditor's name and mailing address**
**Northedge Corporation**
P.O. Box 540988
Houston, TX 77254

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

$23,253.58

---

**3.1270**

**Nonpriority creditor's name and mailing address**
**Northstar Drillstem Testers, Inc.**
2410A - 2 Avenue SE
Calgary, WV 26000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$15,000.00

---

**3.1271**

**Nonpriority creditor's name and mailing address**
**Northstar Producing I, Ltd.**
Terry Stanislav
1681 River Road Apt. 3108
Boerne, TX 78006

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

$3,461.21

---

**3.1272**

**Nonpriority creditor's name and mailing address**
**Northstar Producing I, Ltd.**
Terry Stanislav
1681 River Road Apt. 3108
Boerne, TX 78006

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$645.00

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.127**
**3**

**Nonpriority creditor's name and mailing address**
**Novella B. Horton**
**2455 Osage Street**
**Mobile, AL 36617**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$34.00

---

**3.127**
**4**

**Nonpriority creditor's name and mailing address**
**Oil States Energy Services, LLC**
**P.O. Box 203567**
**Dallas, TX 75320-3567**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$27,028.94

---

**3.127**
**5**

**Nonpriority creditor's name and mailing address**
**Oilfield Partners Energy Services, LLC**
**P.O. Box 40**
**Henrietta, TX 76365**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$21,449.07

---

**3.127**
**6**

**Nonpriority creditor's name and mailing address**
**Ola B Taliaferro**
**729 Spring Hill Rd**
**Evergreen, AL 36401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

**3.127**
**7**

**Nonpriority creditor's name and mailing address**
**Olden Michael Wright**
**510 East Dalzell St**
**Shreveport, LA 71104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$74.00

---

**3.127**
**8**

**Nonpriority creditor's name and mailing address**
**Oliver Andrew Starcke Res. Trust**
**c/o Philip A. Starcke Trustee**
**1981 W. 123rd Place**
**Leawood, KS 66209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$4,542.00

---

**3.127**
**9**

**Nonpriority creditor's name and mailing address**
**Olson Energy Services, LLC**
**5289 139th Avenue NW**
**Williston, ND 58801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$1,815.00

---

| Debtor | Sklar Exploration Company, LLC | | Case number (if known) | 20-12377-EEB |
|---|---|---|---|---|
| | Name | | | |

---

**3.128 0**

**Nonpriority creditor's name and mailing address**

**Omega Oilfield Service Co. MEGA**
P.O. Box 1793
Kilgore, TX 75663

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,976.67

---

**3.128 1**

**Nonpriority creditor's name and mailing address**

**Opal L. Kidd Family Partnership, Ltd**
1428 East Richards Street
Tyler, TX 75702

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ■ No ☐ Yes

$36.00

---

**3.128 2**

**Nonpriority creditor's name and mailing address**

**Openwood Plantation, Inc.**
Attn: Jacquelyn Jabour, President
P.O. Box 821786
Vicksburg, MS 39182

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ■ No ☐ Yes

$1,351.00

---

**3.128 3**

**Nonpriority creditor's name and mailing address**

**Otto C. King, Jr. &**
Cynthia King
101 Tracey Cove
Madison, MS 39110

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.128 4**

**Nonpriority creditor's name and mailing address**

**Owassa Brownsville Water Authority**
P.O. Box 544
Evergreen, AL 36401

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$71.25

---

**3.128 5**

**Nonpriority creditor's name and mailing address**

**Owen Johnson Life Estate**
Rt 3 Box 761
Tyler, TX 75705

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

**3.128 6**

**Nonpriority creditor's name and mailing address**

**Ownership Dispute in Bull 32-10 Well Tract 1 (Second Dispute in Tract 1)**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ■ No ☐ Yes

$544.00

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.128 7 | Nonpriority creditor's name and mailing address **Ownership Dispute in SEB Tract 14** | As of the petition filing date, the claim is: *Check all that apply.* | $13,899.00 |
|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 8 | Nonpriority creditor's name and mailing address **Ownership Dispute in SEB Tract 24** | As of the petition filing date, the claim is: *Check all that apply.* | $486.00 |
|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 9 | Nonpriority creditor's name and mailing address **P2 Energy Solutuions** **P2ES Holdings, LLC 2692** **P.O. Bxo 912692** **Denver, CO 80291-2692** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 0 | Nonpriority creditor's name and mailing address **Page Development, LLC** **PO Box 1008** **Winnfield, LA 71483** | As of the petition filing date, the claim is: *Check all that apply.* | $87.00 |
|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 1 | Nonpriority creditor's name and mailing address **Pam Lin Corporation** **PO Box 50635** **Midland, TX 79710-0635** | As of the petition filing date, the claim is: *Check all that apply.* | $128.43 |
|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 2 | Nonpriority creditor's name and mailing address **Pam Lin Corporation** **PO Box 50635** **Midland, TX 79710-0635** | As of the petition filing date, the claim is: *Check all that apply.* | $7,747.00 |
|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor __Sklar Exploration Company, LLC__
      Name

Case number (if known) __20-12377-EEB__

| 3.129 3 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00** |
| | **Pam Minard**<br>**604 Grant Street**<br>**Mansfield, OH 44903** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.129 4 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
| | **Pamela D. Holmes Banks**<br>**7905 Kershaw Street**<br>**Pensacola, FL 32534** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.129 5 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
| | **Pamela High**<br>**1206 West 4th Street**<br>**Tyler, TX 75701** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.129 6 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
| | **Pamela S. Owens**<br>**9830 Estate Lane**<br>**Dallas, TX 75238** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.129 7 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
| | **Pamela S. Wassom**<br>**PO Box 385**<br>**Atlanta, TX 75551** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.129 8 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,829.00** |
| | **Panther Pressure Testers, Inc.**<br>**P.O. Box 1109**<br>**Watford City, ND 58854** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.129 9 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
| | **Parkman's Painting & Bush Hogging**<br>**2294 Highway 563**<br>**Simsboro, LA 71275** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.130 0**

**Nonpriority creditor's name and mailing address**
Parous Energy, L.L.C.
P.O. Box 2547
Madison, MS 39130-2547

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$3,732.00**

---

**3.130 1**

**Nonpriority creditor's name and mailing address**
Pason Systems USA Corp.
7701 West Little York
Houston, TX 77040

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

**$56,660.00**

---

**3.130 2**

**Nonpriority creditor's name and mailing address**
Pathfinder Inspections & Field Services
P.O. Box 3889
Gillette, WY 82717

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

**$20,924.00**

---

**3.130 3**

**Nonpriority creditor's name and mailing address**
Patricia A. Baker
15705 La Mar Court
Morgan Hill, CA 95037

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$1.00**

---

**3.130 4**

**Nonpriority creditor's name and mailing address**
Patricia A. McGowin
2717 Brooklyn Road
Brewton, AL 36426

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$40.00**

---

**3.130 5**

**Nonpriority creditor's name and mailing address**
Patricia Ann Davis
43 Cottage Grove Circle
Bloomfield, CT 06002

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$2.00**

---

Debtor    **Sklar Exploration Company, LLC**
_____
Name

Case number (*if known*)    **20-12377-EEB**

---

| 3.130 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |

**Patricia Ann Jinkins**
**182 Maximilian Lane**
**Shreveport, LA 71105**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |

**Patricia Ann Reynolds Boyle**
**2050 Keller Springs Road #314**
**Carrollton, TX 75006**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |

**Patricia Beekman Westbrook**
**14330 Hollypark Drive**
**Houston, TX 77015**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Patricia Ford**
**23230 Hwy. 31E**
**Kilgore, TX 75662**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $37.00 |

**Patricia Hill**
**P.O. Box 1485**
**Glenmora, LA 71433**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29.00 |

**Patricia J. Westbrook**
**7676 Dianjou Dr**
**El Paso, TX 01028**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Sklar Exploration Company, LLC**                    Case number (if known)   **20-12377-EEB**
_____
Name

| 3.131 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19.00 |
|---|---|---|---|

**Patrick Garrett**
**6095 Copper Leaf Lane**
**Naples, FL 34116**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $48.00 |
|---|---|---|---|

**Patrick H. Torrans**
**6707 Cedar Street**
**Katy, TX 77449**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $37,591.54 |
|---|---|---|---|

**Patrick J. McBride**
**501 Seville Circle**
**El Dorado Hills, CA 95762**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $149.00 |
|---|---|---|---|

**Patrick J. McBride**
**501 Seville Circle**
**El Dorado Hills, CA 95762**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Patrick Pearson**
**1702 Nicholson St.**
**Shreveport, LA 71108**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14.00 |
|---|---|---|---|

**Patsy Williams Trout**
**105 Ingram Road**
**West Monroe, LA 71291**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.1318**

**Nonpriority creditor's name and mailing address**

**Paul E. & Bertha M. Johnson Life Estate**
**1700 West Seventh Street**
**Tyler, TX 75701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$2.00

---

**3.1319**

**Nonpriority creditor's name and mailing address**

**Paul Keith Davis**
**P.O. Box 1634**
**Orange Beach, AL 36561**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$26.00

---

**3.1320**

**Nonpriority creditor's name and mailing address**

**Paul Taliaferro**
**7005 Montebello Drive S**
**Eight Mile, AL 36613**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$133.00

---

**3.1321**

**Nonpriority creditor's name and mailing address**

**Paula W. Denley LLC**
**PO Box 720548**
**Byram, MS 39272-0548**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

$34.62

---

**3.1322**

**Nonpriority creditor's name and mailing address**

**Paula W. Denley LLC**
**PO Box 720548**
**Byram, MS 39272-0548**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$1,968.00

---

**3.1323**

**Nonpriority creditor's name and mailing address**

**Paulette Henderson**
**704 West 6th Street**
**Tyler, TX 75701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.132 4**

**Nonpriority creditor's name and mailing address**

**Pauline Sterne Wolff Memorial**
**C/O JPMorgan Natl Oil Op**
**PO Drawer # 99084**
**Fort Worth, TX 76199-0084**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$82.00

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.132 5**

**Nonpriority creditor's name and mailing address**

**Pauline Williams Carter**
**1939 Carraway Street**
**Birmingham, AL 35235**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$57.00

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.132 6**

**Nonpriority creditor's name and mailing address**

**Pearl Parkway, LLC**
**LJD Enterprises, Inc.**
**2595 Canyon Boulevard**
**Suite 230**
**Boulder, CO 80302**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.132 7**

**Nonpriority creditor's name and mailing address**

**Peggy A. Wilkinson**
**6545 East River Rd**
**Oakdale, CA 95361**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$4,524.00

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.132 8**

**Nonpriority creditor's name and mailing address**

**Peggy Ann Bowman**
**734 Eaton Terrace**
**The Villages, FL 32162**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$11.00

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.132 9**

**Nonpriority creditor's name and mailing address**

**Peggy Williams Williamson**
**13 Stonewood Court**
**Covington, LA 70433**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$11.00

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor **Sklar Exploration Company, LLC**
Name

Case number (if known) **20-12377-EEB**

---

| 3.133 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$369.00** |
| **Pelican Energy, LLC** | ■ Contingent | |
| **P.O. Box 9** | ■ Unliquidated | |
| **Ocean Springs, MS 39566** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Revenue** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.133 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32.00** |
| **Penni R. Crouch Vanhorn** | ■ Contingent | |
| **9491 South Johnson Court** | ■ Unliquidated | |
| **Littleton, CO 80127** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Revenue** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.133 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$649.00** |
| **Percy Bradley, Jr.** | ■ Contingent | |
| **552 Reynolds Avenue** | ■ Unliquidated | |
| **Evergreen, AL 36401** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Revenue** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.133 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37.00** |
| **Peter Hill** | ■ Contingent | |
| **1233 Blackstone** | ■ Unliquidated | |
| **St. Louis, MO 63112** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Revenue** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.133 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00** |
| **PetroDrill, LLC** | ■ Contingent | |
| **P.O. Box 5098** | ■ Unliquidated | |
| **Brandon, MS 39047** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Revenue** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.133 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.62** |
| **Petroleum Investments Inc.** | ■ Contingent | |
| **416 Travis Street, Ste. 612** | ■ Unliquidated | |
| **Shreveport, LA 71101-5502** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Cash Call Advance** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor **Sklar Exploration Company, LLC**                     Case number (if known) **20-12377-EEB**
_____
Name

| 3.133 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,165.00 |
|---|---|---|---|

**Petroleum Investments Inc.**
416 Travis Street, Ste. 612
Shreveport, LA 71101-5502

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,520.00 |
|---|---|---|---|

**Petroleum Services, Inc.**
d/b/a Mike Palmer Petroleum Services Inc
P.O. Box 1486
Williston, ND 58802-1486

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.00 |
|---|---|---|---|

**Pflanzer Partners, Ltd**
Attn: Mr. Joseph Pflanzer
1225 Sunset Ridge Circle
Cedar Hill, TX 75104

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Pheasant Energy LLC**
P.O. Box 471458
Fort Worth, TX 76148

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|

**Phillip Gaines**
16602 CR 26
Tyler, TX 75707

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Phillips, Mike**
P.O. Box 1450
Mexia, TX 76667

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.00 |
|---|---|---|---|

**Phyllis Doss**
8180 Highway 51
Wesson, MS 39191-9133

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

| 3.134 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|
| | **Phyllis Jordan** | ☑ Contingent | |
| | **2025 North Emerson Avenue** | ☐ Unliquidated | |
| | **Tyler, TX 75702** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.134 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$105,110.78** |
|---|---|---|---|
| | **Pickens Financial Group, LLC** | ☑ Contingent | |
| | **10100 N. Central Expressway** | ☐ Unliquidated | |
| | **Ste 200** | ☐ Disputed | |
| | **Dallas, TX 75231-4159** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Cash Call Advance__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.134 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$66,711.00** |
|---|---|---|---|
| | **Pickens Financial Group, LLC** | ☑ Contingent | |
| | **10100 N. Central Expressway** | ☐ Unliquidated | |
| | **Ste 200** | ☐ Disputed | |
| | **Dallas, TX 75231-4159** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.134 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,291.17** |
|---|---|---|---|
| | **Pine lisland Chemical Solutions, LLC** | ☐ Contingent | |
| | **P.O. Box 53393** | ☐ Unliquidated | |
| | **Lafayette, LA 70505** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.134 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39,950.15** |
|---|---|---|---|
| | **Pioneer Wireline Services, LLC** | ☐ Contingent | |
| | **P.O. Box 202567** | ☐ Unliquidated | |
| | **Dallas, TX 75320-2567** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.134 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$762.98** |
|---|---|---|---|
| | **Pitney Bowes** | ☐ Contingent | |
| | **P.O. Box 371896** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15250-7896** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.134 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33.25** |
|---|---|---|---|
| | **Pitney Bowes Global Financial Services** | ☐ Contingent | |
| | **P.O. Box 371887** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15250-7887** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor    **Sklar Exploration Company, LLC**
          Name

Case number (if known)    **20-12377-EEB**

---

| 3.135 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pitney Bowes Purchase Power**
P.O. Box 371874
Pittsburgh, PA 15250-7874

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.135 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $66,842.50 |
|---|---|---|---|

**Pitts Swabbing Service, Inc.**
P.O. Box 554
Laurel, MS 39441

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $127,824.75 |
|---|---|---|---|

**Plains Gas Solutions**
**(Plains All American Pipeline, LP)**
**333 Clay Street**
**Suite 1600**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.135 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $525.00 |
|---|---|---|---|

**Plains Production Inc**
**Mike Krenger**
**1313 Campbell Rd BLDG D**
**Houston, TX 77055**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,685.00 |
|---|---|---|---|

**Plante & Morgan, PLLC**
**16060 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $39.00 |
|---|---|---|---|

**Polly Pugh**
**5717 Los Angeles St.**
**Houston, TX 77056**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.135<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,510.00 |
|---|---|---|---|
| | **Porter Estate Company Oakley Ranch, Inc.**<br>**Attn: Alexandra Kromelow**<br>**100 Bush Street #550**<br>**San Francisco, CA 94104** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| | **Portia Johnson**<br>**2313 North Industrial Avenue**<br>**Tyler, TX 75702** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|
| | **PPLB Investments LLC**<br>**P.O. Box 51937**<br>**Midland, TX 79710** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,188.77 |
|---|---|---|---|
| | **Precise Propellant Stimulation, LLC**<br>**5354 Highway 171**<br>**Gloster, LA 71030-3108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207.00 |
|---|---|---|---|
| | **Precision Signs**<br>**P.O. Box 285**<br>**Shreveport, LA 71162-0285** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149,450.80 |
|---|---|---|---|
| | **Premium Oilfield Services, LLC**<br>**P.O. Box 203763**<br>**Dallas, TX 75320-3763** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,269.92 |
|---|---|---|---|
| | **Presley, Deloris**<br>**309 North Pine Street**<br>**Brewton, AL 36426** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.136 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,758.45** |
|---|---|---|---|
| | **Pressure Control Innovations, LLC**<br>P.O. Box 2115<br>Laurel, MS 39442-2115 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$297,930.25** |
|---|---|---|---|
| | **Pro-Tek Field Services, LLC**<br>P.O. Box 919269<br>Dallas, TX 75391-9269 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,524.46** |
|---|---|---|---|
| | **Process Piping Materials, Inc.**<br>P.O. Box 1167<br>Youngsville, LA 70592 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$154.00** |
|---|---|---|---|
| | **Procter Mineral Prtshp**<br>209 E Third Street<br>Tyler, TX 75701 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Revenue | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$247,120.11** |
|---|---|---|---|
| | **Pruet Oil Company, LLC**<br>217 West Capitol St. Ste 201<br>Jackson, MS 39201-2004 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Cash Call Advance | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,095.08** |
|---|---|---|---|
| | **Pruet Production Co.**<br>P.O. Box 11407<br>Birmingham, AL 35246-1129 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21.81** |
|---|---|---|---|
| | **Pruet Production Co.**<br>P.O. Box 11407<br>Birmingham, AL 35246 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Cash Call Advance | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Sklar Exploration Company, LLC**
Name

Case number (if known) **20-12377-EEB**

---

| 3.137 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123,348.00 |
|---|---|---|---|

**Pruet Production Co.**
P.O. Box 11407
Birmingham, AL 35246

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163,302.53 |
|---|---|---|---|

**Pryor Packers, Inc.**
P.O. Box 2754
Laurel, MS 39442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $362.00 |
|---|---|---|---|

**Quad Gas Corp**
675 Bering Dr Ste 650
Houston, TX 77057-2276

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,097.00 |
|---|---|---|---|

**Quail Creek Production Company**
13831 Quail Pointe Drive
Oklahoma City, OK 73134-1021

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,702.00 |
|---|---|---|---|

**Quantina Newby**
19155 Prevost St
Detroit, MI 48235

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129,880.00 |
|---|---|---|---|

**Quitman Tank Solutions, LLC**
P.O. Box 90
502 South Archusa Avenue
Quitman, MS 39355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,867.44 |
|---|---|---|---|

**R & E Electric Services Electric**
**A&R Enterprises**
P.O. Box 2000
Kilgore, TX 75663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.137 7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,526.00**

**R & R Rentals & Hot Shot, Inc.**
P.O. Box 1161
Laurel, MS 39441

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137 8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$95.00**

**R Brad Burger, Receiver**
of Smith City Dome Oil Co.
100 North Broadway RM 204
Tyler, TX 75702

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.137 9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21.00**

**R. Wyatt Feagin**
1617 Panorama Drive
Birmingham, AL 35216

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138 0** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,299.00**

**RAB Oil & Gas Holdings LLC**
Attn: Rob Campbell
PO Box 4920
Orlando, FL 32801

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138 1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Railroad Commission of Texas**
P-5 Financial Assurance Unit
P.O. Box 12967
Austin, TX 78711-2967

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138 2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28.00**

**Ralph Edwin Burton**
P. O. Box 2016
Bend, OR 97707-2128

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

**3.138 3**

Nonpriority creditor's name and mailing address

**Ramsey W. Drake, II, LLC**
**Pres/Manager COO Carl E. Gungoll Expl.**
**P.O. Box 18466**
**Oklahoma City, OK 73154-0466**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

**3.138 4**

Nonpriority creditor's name and mailing address

**Rapad Drilling & Well Service, Inc.**
**217 West Capitol Street**
**Suite 201**
**Jackson, MS 39201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$44,032.50**

---

**3.138 5**

Nonpriority creditor's name and mailing address

**Rapad Well Service Co., Inc.**
**217 West Capitol Street**
**Jackson, MS 39201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$330,036.75**

---

**3.138 6**

Nonpriority creditor's name and mailing address

**Rawls Resources, Inc.**
**Attn: Mr. Jim Rawls**
**P.O. Box 2238**
**Ridgeland, MS 39158-2238**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$8,653.03**

---

**3.138 7**

Nonpriority creditor's name and mailing address

**Rawls Resources, Inc.**
**Attn: Mr. Jim Rawls**
**P.O. Box 2238**
**Ridgeland, MS 39158-2238**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$3,520.00**

---

**3.138 8**

Nonpriority creditor's name and mailing address

**Reagan Equipment Co., Inc.**
**Department AT 952461**
**Atlanta, GA 31192-2461**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,683.92**

---

**3.138 9**

Nonpriority creditor's name and mailing address

**Rease Inge**
**1846 W. Wesley Road**
**Atlanta, GA 30327**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

Debtor  __Sklar Exploration Company, LLC_____     Case number (if known)   __20-12377-EEB__
                Name

| | | |
|---|---|---|
| 3.1390 | **Nonpriority creditor's name and mailing address**<br>**Rebecca A. Bowman**<br>**3421 Edson Boulevard**<br>**Shreveport, LA 71107**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Revenue__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10.00** |

| | | |
|---|---|---|
| 3.1391 | **Nonpriority creditor's name and mailing address**<br>**Rebecca Scruggs Willcox**<br>**1913 Barnes Road**<br>**Athens, LA 71003-3098**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Revenue__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$16.00** |

| | | |
|---|---|---|
| 3.1392 | **Nonpriority creditor's name and mailing address**<br>**Rebecca Thames Savage**<br>**P O Box 10853**<br>**Jacksonville, FL 32247**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Revenue__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$46.00** |

| | | |
|---|---|---|
| 3.1393 | **Nonpriority creditor's name and mailing address**<br>**Red Diamond Services, LLC**<br>**RDOS Holdings, LLC**<br>**P.O. Box 1029**<br>**Waskom, TX 75692**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,876.88** |

| | | |
|---|---|---|
| 3.1394 | **Nonpriority creditor's name and mailing address**<br>**Reelice Holmes**<br>**1520 East 124 Street**<br>**Los Angeles, CA 90059**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Revenue__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15.00** |

| | | |
|---|---|---|
| 3.1395 | **Nonpriority creditor's name and mailing address**<br>**Regard Resources Company, Inc.**<br>**555 Aero Drive**<br>**Shreveport, LA 71107**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$14,667.80** |

| | | |
|---|---|---|
| 3.1396 | **Nonpriority creditor's name and mailing address**<br>**Register Oilfield Services, Inc.**<br>**P.O. Box 960**<br>**Logansport, LA 71049**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,200.00** |

Debtor **Sklar Exploration Company, LLC**
_____
Name

Case number (if known) **20-12377-EEB**

| 3.139 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rene Cooper**
**Address Unknown**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$4.00

---

| 3.139 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Renie Bridges Conrad**
**17149 Highway 9**
**Arcadia, LA 71001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$6.00

---

| 3.139 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Reo Kirkland, III Trust**
**Wendy L. West & Jeffrey Todd Stearns**
**P.O. Box 467**
**Brewton, AL 36427**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$11.00

---

| 3.140 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Reorganized Church of Jesus Christ**
**of Latter Day Saints**
**220 West Moore Street**
**Independence, MO 64050**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$55.00

---

| 3.140 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Republic Services #808**
**P.O. Box 9001099**
**Louisville, KY 40290-1099**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$205.16

---

| 3.140 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Resource Ventures, LLC**
**Attn: Mark A. Arnold**
**7112 W Jefferson Ave**
**Suite 106**
**Lakewood, CO 80235**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

$5,699.77

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.140 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,670.00** |
|---|---|---|
| **Resource Ventures, LLC**<br>Attn: Mark A. Arnold<br>7112 W Jefferson Ave<br>Suite 106<br>Lakewood, CO 80235 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Revenue__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.140 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|
| **Rhetta Burrell**<br>1813 Colstock Street<br>Carson, CA 90746 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Revenue__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.140 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,792.00** |
|---|---|---|
| **Rhodna F. Fouts**<br>AKA Ronnie Fouts<br>P.O. Box 660566<br>Birmingham, AL 35266 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Revenue__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.140 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00** |
|---|---|---|
| **Rhonda Wingard**<br>1898 Autumn Sage Dr<br>Dacula, GA 30019 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Revenue__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.140 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11.00** |
|---|---|---|
| **Richard Brooks Hardee**<br>13422 FM 2661<br>Flint, TX 75762 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Revenue__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.140 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **Richard D. Holmes**<br>1707 Johnsonville Circle<br>Castleberry, AL 36432 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Revenue__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.1409**

**Nonpriority creditor's name and mailing address**

**Richard Davis**
**119 Main Street**
**Quitman, MS 39355**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$26.00

---

**3.1410**

**Nonpriority creditor's name and mailing address**

**Richard Dee Weidenmaier**
**2260 State Hwy. 92**
**Chickasha, OK 73018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$2.00

---

**3.1411**

**Nonpriority creditor's name and mailing address**

**Richard Downing Pope Jr. Family Trust**
**under Will dated 07/11/2000**
**P.O. Box 2029**
**Winter Haven, FL 33883**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$1,585.00

---

**3.1412**

**Nonpriority creditor's name and mailing address**

**Richard E. Johnson, Inc.**
**P.O. Box 111**
**Waynesboro, MS 39367**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$10,189.11

---

**3.1413**

**Nonpriority creditor's name and mailing address**

**Richard Lewis Wilson**
**7602 Huntwick**
**Tyler, TX 75703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$4.00

---

**3.1414**

**Nonpriority creditor's name and mailing address**

**Richard Michael Williams**
**10 Meadowlands Drive**
**Nashville, AR 71852**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

Debtor    **Sklar Exploration Company, LLC**                                    Case number (if known)    **20-12377-EEB**
_____
Name

| 3.141 5 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |
| | **Richard Murray Key** | ■ Contingent | |
| | **PO Box 406** | ■ Unliquidated | |
| | **Point Clear, AL 36564** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.141 6 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$310.00** |
| | **Richard O. Wiggins, deceased** | ■ Contingent | |
| | **1507 East Elm Street** | ■ Unliquidated | |
| | **Winnfield, LA 74183** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.141 7 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32.00** |
| | **Richard P. Allen** | ■ Contingent | |
| | **2820 Darwin Street** | ■ Unliquidated | |
| | **Kilgore, TX 75662-2906** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.141 8 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,222.50** |
| | **Richard S. Logan Trucking, Inc.** | ☐ Contingent | |
| | **P.O. Box 2900** | ☐ Unliquidated | |
| | **Mills, WY 82644** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.141 9 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
| | **Richard W. Wilson** | ■ Contingent | |
| | **1537 Sees Chapel** | ■ Unliquidated | |
| | **Crenshaw, MS 38621** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.142 0 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
| | **Ricky D. Spotts** | ■ Contingent | |
| | **1069 Hickory Road** | ■ Unliquidated | |
| | **Dalmatia, PA 17017** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **Sklar Exploration Company, LLC**
Name

Case number (if known)    **20-12377-EEB**

| | | |
|---|---|---|
| 3.142<br>1 | **Nonpriority creditor's name and mailing address**<br>**Ricky Glenn Powell**<br>**201 Timberlake Drive, Unit 97**<br>**Brandon, MS 39047**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **$2.00**<br><br>As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Revenue__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.142<br>2 | **Nonpriority creditor's name and mailing address**<br>**Ricky Rankin**<br>**PO Box 851**<br>**Nash, TX 75569**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **$279.00**<br><br>As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Revenue__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.142<br>3 | **Nonpriority creditor's name and mailing address**<br>**Ricoh USA, Inc.**<br>**P.O. Box 660342**<br>**Dallas, TX 75266-0341**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **$177.37**<br><br>As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Trade Debt__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.142<br>4 | **Nonpriority creditor's name and mailing address**<br>**Ridgway Management, Inc.**<br>**P.O. Box 187**<br>**Jackson, MS 39205-0187**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **$49.00**<br><br>As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Revenue__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.142<br>5 | **Nonpriority creditor's name and mailing address**<br>**Rita Anne Levine Leve**<br>**12 Birchmont Ln**<br>**Dallas, TX 75230**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **$3.00**<br><br>As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Revenue__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.142<br>6 | **Nonpriority creditor's name and mailing address**<br>**Riverwood Energy, LLC**<br>**32814 Whitburn Trail**<br>**Weston Lake, TX 77441**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **$9.00**<br><br>As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Revenue__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

Debtor    **Sklar Exploration Company, LLC**
Name
Case number (*if known*)    **20-12377-EEB**

| 3.142 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.00 |
|---|---|---|---|

**RLFASH, Ltd.**
**4513 Live Oak Street**
**Bellaire, TX 77401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.142 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,885.00 |
|---|---|---|---|

**RLI Properties LLC**
**P.O. Box 2146**
**Longview, TX 75606**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.142 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|---|

**RMJP, LLC**
**1126 Belledeer Drive**
**Tupelo, MS 38804**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.143 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,064.67 |
|---|---|---|---|

**Robco Fossil Fuels, LLC**
**Attn; Steve White**
**4830 Line Ave #135**
**Shreveport, LA 71106**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

| 3.143 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,119.00 |
|---|---|---|---|

**Robco Fossil Fuels, LLC**
**Attn; Steve White**
**4830 Line Ave #135**
**Shreveport, LA 71106**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.143 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,927.50 |
|---|---|---|---|

**Roberson Trucking Co., Inc.**
**672 Three Creeks Road**
**Junction City, AR 71749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|--------|-------------------------------|------------------------|--------------|
| | Name | | |

---

**3.143 3**

**Nonpriority creditor's name and mailing address**

**Robert Brye**
**3650 Medford Drive East**
**Mobile, AL 36693-5060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$4.00

---

**3.143 4**

**Nonpriority creditor's name and mailing address**

**Robert C. McMillan**
**Candy M. McMillan**
**P.O. Box 867**
**Brewton, AL 36427**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$341.00

---

**3.143 5**

**Nonpriority creditor's name and mailing address**

**Robert C. McMillan 2011 Rev Trust**
**Trustmark Nat'l Bank, Trustee**
**PO Box 291 STE 1030**
**Attn: Chip Walker, Personal Trust Dept.**
**Jackson, MS 39205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

$3.54

---

**3.143 6**

**Nonpriority creditor's name and mailing address**

**Robert C. McMillan 2011 Rev Trust**
**Trustmark Nat'l Bank, Trustee**
**PO Box 291 STE 1030**
**Attn: Chip Walker, Personal Trust Dept.**
**Jackson, MS 39205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$436.00

---

**3.143 7**

**Nonpriority creditor's name and mailing address**

**Robert Cary**
**Judy Cary**
**307 W. Orange St**
**Troy, AL 36081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$1,172.00

---

**3.143 8**

**Nonpriority creditor's name and mailing address**

**Robert Earl Warren**
**3206 Erma Street**
**Tyler, TX 75701-8928**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$31.00

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.143 9**

**Nonpriority creditor's name and mailing address**
**Robert Ellis Hudson, deceased**
**Unknown**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

$1,169.00

---

**3.144 0**

**Nonpriority creditor's name and mailing address**
**Robert H. O'Neal**
**1083 County Road 9**
**Lisman, AL 36912**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

$159.00

---

**3.144 1**

**Nonpriority creditor's name and mailing address**
**Robert Holland**
**17508 Allen Road**
**Bow, WA 98232**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.144 2**

**Nonpriority creditor's name and mailing address**
**Robert Israel**
**2920 6th Street**
**Boulder, CO 80304**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

$2,519.46

---

**3.144 3**

**Nonpriority creditor's name and mailing address**
**Robert Israel**
**2920 6th Street**
**Boulder, CO 80304**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

$300.00

---

**3.144 4**

**Nonpriority creditor's name and mailing address**
**Robert Israel Trust UW Joan Israel**
**R. Israel,L. Israel &D. Israel, Trustees**
**2920 6th Street**
**Boulder, CO 80304**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

$2,519.46

---

Debtor **Sklar Exploration Company, LLC**

Case number (if known) **20-12377-EEB**

Name

| | |
|---|---|
| 3.144 5 | **$300.00** |

**Nonpriority creditor's name and mailing address**

**Robert Israel Trust UW Joan Israel**
**R. Israel,L. Israel &D. Israel, Trustees**
**2920 6th Street**
**Boulder, CO 80304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.144 6 | **$263.00** |

**Nonpriority creditor's name and mailing address**

**Robert J Hill**
**8303 46th Ave S**
**Seattle, WA 98118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.144 7 | **$6.00** |

**Nonpriority creditor's name and mailing address**

**Robert L. Drakeford**
**1027 Springhill Road**
**Evergreen, AL 36401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.144 8 | **$375.00** |

**Nonpriority creditor's name and mailing address**

**Robert L. Kreidler**
**Frances Kreidler**
**2412 Ingleside Ave #5D**
**Cincinnati, OH 45206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.144 9 | **$22.00** |

**Nonpriority creditor's name and mailing address**

**Robert Lee King**
**2350 78th Avenue**
**Baton Rouge, LA 70807-6040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.145 0 | **$671.00** |

**Nonpriority creditor's name and mailing address**

**Robert Lewis Brunston**
**5856 Union Road**
**Hahira, GA 31632**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.145
1**

**Nonpriority creditor's name and mailing address**

**Robert M Blakeney**
**3811 Normandy Ave**
**Dallas, TX 75205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset?  ■ No  ☐ Yes

$26.00

---

**3.145
2**

**Nonpriority creditor's name and mailing address**

**Robert M. Biendenharn**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset?  ■ No  ☐ Yes

$144.00

---

**3.145
3**

**Nonpriority creditor's name and mailing address**

**Robert M. Moore**
**4660 Kingston Drive**
**Pensacola, FL 32526**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset?  ■ No  ☐ Yes

$12.00

---

**3.145
4**

**Nonpriority creditor's name and mailing address**

**Robert S. Bowers Family Trust**
**PO Box 26883**
**Oklahoma City, OK 73126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset?  ■ No  ☐ Yes

$4,980.00

---

**3.145
5**

**Nonpriority creditor's name and mailing address**

**Robert S. Van Zandt**
**11488 Majestic Drive**
**Montgomery, TX 77316**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset?  ■ No  ☐ Yes

$11.00

---

**3.145
6**

**Nonpriority creditor's name and mailing address**

**Robert W. Anderson Jr.**
**P.O. Box 158**
**Delhi, LA 71232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset?  ■ No  ☐ Yes

$5.00

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.1457**

**Nonpriority creditor's name and mailing address**

**Roberta Jackson Price**
**2407 Atwood Glen Lane**
**Houston, TX 77014-4114**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.1458**

**Nonpriority creditor's name and mailing address**

**Robin USA, Inc.**
**5751 English Turn Drive**
**Milton, FL 32571**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$14,255.87**

---

**3.1459**

**Nonpriority creditor's name and mailing address**

**Robine & Welch Machine & Tool Company**
**P.O .Box 252**
**Laurel, MS 39441**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$433.35**

---

**3.1460**

**Nonpriority creditor's name and mailing address**

**Rock Springs Minerals I, LLC**
**3838 Oak Lawn Avenue, ste 1220**
**Dallas, TX 75219**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$1,330.00**

---

**3.1461**

**Nonpriority creditor's name and mailing address**

**Rodney D. Bagwell**
**P.O. Box 1537**
**Ruston, LA 71273**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.1462**

**Nonpriority creditor's name and mailing address**

**Rodney E. Harrell**
**37521 Lilacview Avenue**
**Palmdale, CA 93550**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.1463**

**Nonpriority creditor's name and mailing address**

**Rodney Gene Weidenmaier**
**1768 East Charles Street**
**Republic, MO 65738**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

Debtor   **Sklar Exploration Company, LLC**
Name

Case number (if known)   **20-12377-EEB**

---

| 3.146 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $22.00 |
|---|---|---|---|

**Rodney Phillips**
**625 Yellowbird Lane**
**Hueytown, AL 35023**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9.00 |
|---|---|---|---|

**Rodney Trammell**
**PO Box 87**
**Athens, LA 71003**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9.00 |
|---|---|---|---|

**Ronald Eugene Elliott**
**1232 South Bonham**
**Amarillo, TX 79102**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,980.00 |
|---|---|---|---|

**Ronald Eugene Kane Estate**
**c/o Gerald Kane**
**19400 US Highway 85**
**Lusk, WY 82225**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $263.00 |
|---|---|---|---|

**Ronald Hill**
**908 28th Ave S**
**Seattle, WA 98144**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4.00 |
|---|---|---|---|

**Ronald L. Stokes**
**8104 Vineyard Lake Road North**
**Jacksonville, FL 32556**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.1470**

Nonpriority creditor's name and mailing address
**Ronald W. Dawson**
**153 Lupine Drive**
**Kalispell, MT 59901**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

$3,492.00

---

**3.1471**

Nonpriority creditor's name and mailing address
**Ronnie Fleming**
**Sondra Fleming**
**253 County Road 118**
**Shubuta, MS 39360**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

$113.00

---

**3.1472**

Nonpriority creditor's name and mailing address
**Ronnie Lynn Jinkins**
**7 Sun Court**
**Natchez, MS 39120**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

$10.00

---

**3.1473**

Nonpriority creditor's name and mailing address
**Ronny Dean Fite**
**113 Nunn Avenue**
**Whitehouse, TX 75791**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

$1.00

---

**3.1474**

Nonpriority creditor's name and mailing address
**Roosevelt Phillips, III**
**1213 16th Street**
**Pleasant Grove, AL 35127**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

$17.00

---

**3.1475**

Nonpriority creditor's name and mailing address
**Roosevelt Phillips, Jr.**
**625 Yellowbird Lane**
**Hueytown, AL 35023**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

$65.00

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.147 6**

**Nonpriority creditor's name and mailing address**

**Rosa Lee Jackson**
**307 Lake Tree Blvd.**
**Spring Lake, NC 28390**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$2.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147 7**

**Nonpriority creditor's name and mailing address**

**Rose Warren Simpson**
**6203 Will Walters Road**
**Granbury, TX 76048**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$45.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147 8**

**Nonpriority creditor's name and mailing address**

**Rosebud Energy Development, LLC**
**William E. Nicas**
**375 Deer Meadow Lane**
**Littleton, CO 80124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$4,480.02

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147 9**

**Nonpriority creditor's name and mailing address**

**Rosemarie Flowers Eades**
**105 Cliffside Drive South**
**Burleson, TX 76028-3305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$41.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148 0**

**Nonpriority creditor's name and mailing address**

**Rosemary Ralls Harper**
**3065 Callaway Road**
**Andalusia, AL 36420**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$5.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148 1**

**Nonpriority creditor's name and mailing address**

**Round Hill Royalty LP**
**P.O. Box 25128**
**Dallas, TX 75225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$2.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.148 2**

**Nonpriority creditor's name and mailing address**
**Rowe Engineering & Surveying, Inc.**
**3502 Laughlin Drive**
**Suite B**
**Mobile, AL 36693**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$14,730.75**

---

**3.148 3**

**Nonpriority creditor's name and mailing address**
**Roxanne Phillips**
**625 Yellowbird Lane**
**Hueytown, AL 35023**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

**$22.00**

---

**3.148 4**

**Nonpriority creditor's name and mailing address**
**Roy Lee Sherow**
**2800 Staley Drive**
**Tyler, TX 75702**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

**$13.00**

---

**3.148 5**

**Nonpriority creditor's name and mailing address**
**Roy Nolan Nobley**
**180 Rock Creek Road**
**Remlap, AL 35133**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

**$1,977.00**

---

**3.148 6**

**Nonpriority creditor's name and mailing address**
**Roy Stevens Boney Life Estate**
**221 NW Fourth Street**
**Flora, MS 39071**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

**$5,823.00**

---

**3.148 7**

**Nonpriority creditor's name and mailing address**
**Roy Woody, IV**
**166 LeBrun Road**
**Atlanta, GA 30342**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

**$29.00**

---

Debtor    **Sklar Exploration Company, LLC**
Name

Case number (if known)    **20-12377-EEB**

| | | |
|---|---|---|
| 3.148 8 | **Nonpriority creditor's name and mailing address** | $121.00 |

**Royalty Exploration, LLC**
**7112 W. Jefferson Ave**
**Suite 106**
**Lakewood, CO 80235**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  _Revenue_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.148 9 | **Nonpriority creditor's name and mailing address** | $10,768.00 |

**RSM US LLP**
**5155 Paysphere Circle**
**Chicago, IL 60674**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.149 0 | **Nonpriority creditor's name and mailing address** | $19.00 |

**Ruby Brye Straughn**
**31304 Highway 84**
**Evergreen, AL 36401**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  _Revenue_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.149 1 | **Nonpriority creditor's name and mailing address** | $12,716.21 |

**Rudman Family Trust**
**Tara Rudman, Co-Trustee**
**5910 North Central Expressway**
**Ste 1662**
**Dallas, TX 75206**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  _Cash Call Advance_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.149 2 | **Nonpriority creditor's name and mailing address** | $8,427.00 |

**Rudman Family Trust**
**Tara Rudman, Co-Trustee**
**5910 North Central Expressway**
**Ste 1662**
**Dallas, TX 75206**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  _Revenue_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.149 3 | **Nonpriority creditor's name and mailing address** | $6.00 |

**Runnel Warren**
**7422 Emory Oaks Lane**
**Dallas, TX 75249**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  _Revenue_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Sklar Exploration Company, LLC**
Name

Case number (if known) **20-12377-EEB**

| 3.149 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.00 |
|---|---|---|---|

**Ruth M. Williams Laird**
**2100 Tanglewilde Street, Apt. 379**
**Houston, TX 77063-1275**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.00 |
|---|---|---|---|

**Ruth P. Golden Trustee**
**362 FM 757**
**Tyler, TX 75705**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68.00 |
|---|---|---|---|

**Ruthie Mae Tolley**
**et vir Joe**
**P.O. Box 91780**
**Pasadena, CA 91109-1780**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $138,894.72 |
|---|---|---|---|

**RWLS, LLC**
**d/b/a Renengade Services**
**P.O. Box 862**
**Levelland, TX 79336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $216.43 |
|---|---|---|---|

**Ryco Exploration, LLC**
**401 Edwards Street, Ste 915**
**Shreveport, LA 71101**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,629.00 |
|---|---|---|---|

**Ryco Exploration, LLC**
**401 Edwards Street, Ste 915**
**Shreveport, LA 71101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.150 0**

**Nonpriority creditor's name and mailing address**

**S & P Co.**
**330 Marshall St Ste 300**
**Shreveport, LA 71101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

**$17,869.00**

---

**3.150 1**

**Nonpriority creditor's name and mailing address**

**S&S Construction, LLC**
**P.O. Box 859**
**Flomaton, AL 36441**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$65,880.00**

---

**3.150 2**

**Nonpriority creditor's name and mailing address**

**Salley Lou Bland**
**1933 Donald Street**
**Modesto, CA 95351**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

**$2.00**

---

**3.150 3**

**Nonpriority creditor's name and mailing address**

**Sallie Penix Family Trust**
**c/o Sallie Powell Penix**
**133 Mask Road**
**Athens, LA 71003**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

**$24.00**

---

**3.150 4**

**Nonpriority creditor's name and mailing address**

**Sally Irene Hewell Brown**
**2 Friendswood Drive**
**Longview, TX 75605**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

**$39.00**

---

**3.150 5**

**Nonpriority creditor's name and mailing address**

**Sally Steele**
**1705 Rosewood Lane**
**Andalusia, AL 36421**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

**$23.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Sklar Exploration Company, LLC**                                                Case number (if known)   **20-12377-EEB**
_____
Name

---

| 3.150 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21.00 |

**Sallye T. Markel**
**200 Saddle Creek Dr.**
**Tyler, TX 75703**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |

**Sammie B. Ramson For Life**
**P.O. Box 15283**
**Fort Worth, TX 76119**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |

**Sammie B. Ramson, Jr.**
**c/o Sam B. Ramson**
**P.O. Box 15283**
**Fort Worth, TX 76119**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |

**Samuel Henry Warren**
**2313 Chipplegate Way**
**North Las Vegas, NV 89032-4814**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16.00 |

**Sandra Bryer**
**962 Rollingwood Loop Apt 110**
**Casselberry, FL 32707**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20.00 |

**Sandra Ellis**
**236 Stillwaters Drive**
**Dadeville, AL 36853**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Sklar Exploration Company, LLC**
_____
Name

Case number (if known) **20-12377-EEB**

---

| 3.151 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sandra Stokes Farrar**
**239 An County Road 1773**
**Grapeland, TX 75844**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$4.00

---

| 3.151 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sanford Jones, Deceased**
**704 Boxwood Drive**
**Pensacola, FL 32503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$179,064.00

---

| 3.151 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Santo Petroleum LLC**
**PO Box 1020**
**Artesia, NM 88211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$663.00

---

| 3.151 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sara Beall Neal Marital Trust**
**c/o Regions Bank**
**P.O. Box 10463**
**Birmingham, AL 35202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$615.00

---

| 3.151 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sara Grasty Bukowski**
**811 Riverway Ln**
**Knightdale, NC 27545**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

| 3.151 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sara P. Nettles**
**3063 Brigantine Drive**
**Pensacola, FL 32506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$8.00

---

Debtor   **Sklar Exploration Company, LLC**
Name

Case number (if known)   **20-12377-EEB**

| 3.1518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.00 |
|---|---|---|---|

**Sarah Allen Wilson**
**124 Montclair Place**
**Daphne, AL 36526**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.00 |
|---|---|---|---|

**Sarah M Lanier, Trustee of Sarah M.**
**Lanier Irrev. trust for Marie Ann Lanier**
**223 Lanier Circle**
**Castleberry, AL 36432**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.00 |
|---|---|---|---|

**Sarah M Lanier, Trustee of the S.M.**
**Lanier Irrev. Trust for Glenn Lanier,II**
**223 Lanier Cirlcle**
**Castleberry, AL 36432**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|

**Sarah M. Lanier**
**223 Lanier Circle**
**Castleberry, AL 36432**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.00 |
|---|---|---|---|

**Sarah M. Lanier, Trustee of the S.M.**
**Lanier, Trust for Sarah Lenn Lanier**
**223 Lanier Circle**
**Castleberry, AL 36432**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Sarah Nell McEwen**
**5 Brookdale Avenue**
**Bloomfield, CT 06002**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Sklar Exploration Company, LLC**
_____
Name

Case number (if known)   **20-12377-EEB**

---

| 3.152 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah Samuel**
**1444 Ambrose St.**
**Cincinnati, OH 45224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

$13.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sawyer Drilling & Service Inc.**
**PO Box 5275**
**Bossier City, LA 71171-5275**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

$171.37

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sawyer Drilling & Service Inc.**
**PO Box 5275**
**Bossier City, LA 71171-5275**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

$10,330.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Schlachter Oil & Gas Ltd.**
**6211 W Northwest Hwy, Suite C-256**
**Dallas, TX 75225-9005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

$820.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott D Stroud**
**PO Box 565**
**416 Travis Street, Suite 608**
**Shreveport, LA 71162**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

$872.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Davis**
**119 Main Street**
**Quitman, MS 39355**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

$26.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.153 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $826.00 |
|---|---|---|
| **SD Resources Ltd**<br>**Grant Dorfman, President**<br>**4907 Maple Street**<br>**Bellaire, TX 77401** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  __Revenue__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.153 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,226.70 |
|---|---|---|
| **SDMF Holdings, LLC**<br>**Attn: Andrew Dossett**<br>**5222 Stonegate Lane**<br>**Dallas, TX 75209** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  __Cash Call Advance__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.153 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115,357.69 |
|---|---|---|
| **Secorp Industries**<br>**P.O. Box 687**<br>**Ridgeland, MS 39158-0687** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  __Trade Debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.153 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $934.00 |
|---|---|---|
| **Security Exploration Inc**<br>**Attn: Stafford Comegys, President**<br>**8509 Line Ave**<br>**Shreveport, LA 71106** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  __Revenue__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.153 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.00 |
|---|---|---|
| **Sehoy Energy Ltd Prtshp**<br>**Calisle Dean**<br>**333 Texas St Ste 619**<br>**Shreveport, LA 07110-1367** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  __Revenue__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.153 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,860.00 |
|---|---|---|
| **Sellars Family, LLC**<br>**Attn: Mrs. Jodi Smith, Managing Member**<br>**11128 Windjammer Drive**<br>**Frisco, TX 75034** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  __Revenue__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

| 3.153 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,463.00 |
|---|---|---|---|

**Sepulga River Fuels, LLC**
15 Rodgers Lane
Brewton, AL 36426

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $519.87 |
|---|---|---|---|

**Sequel Electrical Supply, LLC**
P.O. Box 3579
Meridian, MS 39303-3579

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,203.18 |
|---|---|---|---|

**Service Electric d/b/a A&R Enterprises**
P.O. Box 2000
Kilgore, TX 75663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.99 |
|---|---|---|---|

**Sesnon Oil Company**
100 Bush Street, Ste #550
San Francisco, CA 94104

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171.00 |
|---|---|---|---|

**Sesnon Oil Company**
100 Bush Street, Ste #550
San Francisco, CA 94104

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.73 |
|---|---|---|---|

**Shadow Hill, LLC**
P.O. Box 6212
Bossier City, LA 71171-6212

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $461.00 |
|---|---|---|---|

**Shadow Hill, LLC**
P.O. Box 6212
Bossier City, LA 71171-6212

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

| 3.154 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|

**Shanan Lawless Solomon**
1935 Vinces Bridge
Sugarland, TX 77478

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Shanita Danyell Jane Pointdexter**
147 Keswick Court
Clarksville, TN 37040

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.00 |
|---|---|---|---|

**Sharon Brye Scott**
5328 Medford Drive North
Mobile, AL 36693

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.00 |
|---|---|---|---|

**Sharon Kay Ratcliff**
10950 Jefferson Hwy., Apt. E-7
River Ridge, LA 70123

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Sheila Guthrie**
3347 HideAWay Ln E
HideAWay, TX 75771

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.00 |
|---|---|---|---|

**Shelby Stevens**
2525 Culkin Road
Vicksburg, MS 39183

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Sklar Exploration Company, LLC**
_____
Name

Case number (if known)   **20-12377-EEB**

---

| 3.1549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30.00 |
|---|---|---|---|

**Shellbark Ventures, LLC**
**Corry Woolington, Manager**
**1920 South Cleveland Street**
**Enid, OK 73703**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $20.00 |
|---|---|---|---|

**Shelley M. Chavanne**
**30923 Still Oaks Lane**
**Spring, TX 77386**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $42.00 |
|---|---|---|---|

**Shellie Williams**
**1394 Rutherford Lane**
**Goliad, TX 77963**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $5.00 |
|---|---|---|---|

**Sheri L. Zeigler**
**200 Center Street**
**Enola, PA 17025**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3.00 |
|---|---|---|---|

**Sherilyn Neel Stevens**
**3548 N. Lexington Avenue**
**Springfield, MO 65803**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1.00 |
|---|---|---|---|

**Sheron L. Hamby Varin**
**4909 Lakewood Drive**
**Colleyville, TX 76034**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.1555**

**Nonpriority creditor's name and mailing address**

**Sherry Fite**
**3559 CR 4807**
**Troup, TX 75789**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

**3.1556**

**Nonpriority creditor's name and mailing address**

**Shifting Sands, LLC**
**Attn: John M. Shuey, Jr.**
**631 Milam Street, Suite 200**
**Shreveport, LA 71101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$126.00**

---

**3.1557**

**Nonpriority creditor's name and mailing address**

**Shirley A. Brown**
**124 Burnside Drive**
**Tallulah, LA 71282**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.1558**

**Nonpriority creditor's name and mailing address**

**Shirley Byrd**
**859 Calhoun Street**
**Pensacola, FL 32507**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$14.00**

---

**3.1559**

**Nonpriority creditor's name and mailing address**

**Shirley H. Urquart, Joseph Urquart III &**
**Deborah Urquart Schpper**
**6067 Laramie Way**
**Milton, FL 32570**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$11,694.00**

---

**3.1560**

**Nonpriority creditor's name and mailing address**

**Shore Energy, L.P.**
**W. Tim Sexton, President**
**26 Crestwood Drive**
**Houston, TX 77007**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

**$73,327.06**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.156**
**1**

**Nonpriority creditor's name and mailing address**

**Shore Energy, L.P.**
**W. Tim Sexton, President**
**26 Crestwood Drive**
**Houston, TX 77007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$38,623.00**

---

**3.156**
**2**

**Nonpriority creditor's name and mailing address**

**Shred-it USA - Shreveport**
**28883 Network Place**
**Chicago, IL 60673-1288**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$126.78**

---

**3.156**
**3**

**Nonpriority creditor's name and mailing address**

**Shreveport Club**
**410 Travis Street**
**Shreveport, LA 71101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$199.02**

---

**3.156**
**4**

**Nonpriority creditor's name and mailing address**

**Shreveport Petroleum Data Assoc.**
**333 Texas Street**
**Suite 900**
**Shreveport, LA 71101-3674**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$300.25**

---

**3.156**
**5**

**Nonpriority creditor's name and mailing address**

**Shuler Drilling Co., Inc.**
**3340 West Hillsboro**
**El Dorado, AR 71730-6730**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.156**
**6**

**Nonpriority creditor's name and mailing address**

**Sidra Hoggard Lyman**
**6050 Grelot Road**
**Apt 204**
**Mobile, AL 36609**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

**3.156**
**7**

**Nonpriority creditor's name and mailing address**

**Simba Investors, LLC**
**Attn: Gary Glesby**
**P.O. Box 270415**
**Houston, TX 77277-0415**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

**$5,864.26**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.156 8**

**Nonpriority creditor's name and mailing address**
**Simba Investors, LLC**
**Attn: Gary Glesby**
**P.O. Box 270415**
**Houston, TX 77277-0415**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$2,595.00

---

**3.156 9**

**Nonpriority creditor's name and mailing address**
**Sklarco, LLC**
**401 Edwards Street Suite1601**
**Shreveport, LA 71101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$1,487.00

---

**3.157 0**

**Nonpriority creditor's name and mailing address**
**Sleeping Buffalo**
**P.O. Box 131**
**Saco, MT 59261**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$75,135.98

---

**3.157 1**

**Nonpriority creditor's name and mailing address**
**Slickline South, LLC**
**1652 Dykestown Road**
**Jay, FL 32565**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$124,059.57

---

**3.157 2**

**Nonpriority creditor's name and mailing address**
**Smith International, Inc.**
**P.O. Box 732136**
**Dallas, TX 75373-2136**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$14,836.00

---

**3.157 3**

**Nonpriority creditor's name and mailing address**
**Sondra K. Ennis**
**Address unknown at this time**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$279.00

---

**3.157 4**

**Nonpriority creditor's name and mailing address**
**Southern Erosion Control Ownership**
**Tracey Fillmore**
**P.O. Box 969**
**Flomaton, AL 36441**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$20,029.38

---

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.157 5**

**Nonpriority creditor's name and mailing address**

**Southern Pine Electric Cooperative**
P.O. Box 528
Brewton, AL 36427

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$161,443.98**

---

**3.157 6**

**Nonpriority creditor's name and mailing address**

**Southern Propane, Inc.**
P.O. Box 530
Taylorsville, MS 39168

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$28,273.00**

---

**3.157 7**

**Nonpriority creditor's name and mailing address**

**Southwestern Electric Power Company**
P.O. Box 371496
Pittsburgh, PA 15250-7496

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$369.63**

---

**3.157 8**

**Nonpriority creditor's name and mailing address**

**Spanish Fort Royalty, LLC**
P.O. Box 7429
Spanish Fort, AL 36577

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Cash Call Advance_

Is the claim subject to offset? ☐ No ☐ Yes

**$5.92**

---

**3.157 9**

**Nonpriority creditor's name and mailing address**

**Spanish Fort Royalty, LLC**
P.O. Box 7429
Spanish Fort, AL 36577

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ☐ No ☐ Yes

**$1,694.00**

---

**3.158 0**

**Nonpriority creditor's name and mailing address**

**Spindletop Oil & Gas Co.**
12850 Spurling Road, Ste. 200
Dallas, TX 75230

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

**$305.00**

---

**3.158 1**

**Nonpriority creditor's name and mailing address**

**SPL, Inc.**
d/b/a Banded Iron Group
P.O. Box 842013
Dallas, TX 75284-2013

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$79,558.14**

---

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
| | Name | | | |

---

| 3.158 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $32,210.16 |
| | **SPOC Automation, Inc.** | ☐ Contingent | |
| | **P.O. Bxo 1024** | ☐ Unliquidated | |
| | **Trussville, AL 35173** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Trade Debt_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.158 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,878.00 |
| | **SRT Oil Field Service, LLC** | ☐ Contingent | |
| | **P.O. Box 2909** | ☐ Unliquidated | |
| | **Laurel, MS 39442** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Trade Debt_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.158 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $64.00 |
| | **St. Paul Fire & Marine Insurance Co.** | ☒ Contingent | |
| | **Attn: Patricia A. Ludens** | ☐ Unliquidated | |
| | **Mail Code LC12H** | ☐ Disputed | |
| | **385 Washington St.** | | |
| | **Saint Paul, MN 55102-1309** | **Basis for the claim:** _Revenue_ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.158 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4.00 |
| | **Stacy Samuel, Jr.** | ☒ Contingent | |
| | **by Barbara Highsmith** | ☐ Unliquidated | |
| | **307 Moore Drive** | ☐ Disputed | |
| | **Hopkinsville, KY 42240** | **Basis for the claim:** _Revenue_ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.158 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $38.00 |
| | **Stanley B. Johnson** | ☒ Contingent | |
| | **Natalie M. Johnson** | ☐ Unliquidated | |
| | **6005 Kirkland Road** | ☐ Disputed | |
| | **Brewton, AL 36426** | **Basis for the claim:** _Revenue_ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.158 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14.00 |
| | **Stanley Johnston** | ☒ Contingent | |
| | **200 South 31st Avenue Apt. 4301** | ☒ Unliquidated | |
| | **Omaha, NE 68131** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Revenue_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.1588**

Nonpriority creditor's name and mailing address
**Staples Business Credit**
P.O. Box 105638
Atlanta, GA 30348-5638

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,448.13

---

**3.1589**

Nonpriority creditor's name and mailing address
**State Line Vacuum Service, LLC**
10656 Highway 79
Haynesville, LA 71038

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$345.00

---

**3.1590**

Nonpriority creditor's name and mailing address
**Stateside Oil, Inc.**
Attn: Nick Sacco
952 Echo Lane, Suite 315
Houston, TX 77024

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

$5,191.82

---

**3.1591**

Nonpriority creditor's name and mailing address
**Stateside Oil, Inc.**
Attn: Nick Sacco
952 Echo Lane, Suite 315
Houston, TX 77024

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$913.00

---

**3.1592**

Nonpriority creditor's name and mailing address
**Stephanie Hawkins Edwards**
c/o Kimberly Goodman
10000 Broadway Street No. 1181
Pearland, TX 77584

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$5.00

---

**3.1593**

Nonpriority creditor's name and mailing address
**Stephanie Lynn Hyde Simpson**
14 Ashley Ct.
Cartersville, GA 30121

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

**3.1594**

Nonpriority creditor's name and mailing address
**Stephen Francis O'Neal**
169 Arrowhead Road
Dadeville, AL 36583

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$9.00

---

Debtor  __Sklar Exploration Company, LLC_____     Case number (if known)   __20-12377-EEB__
Name

| 3.159 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.00 |
|---|---|---|---|

**Stephen L. Tolbert**
**802 61st Ave.**
**Pensacola, FL 32506**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|---|

**Stephen S. Oden**
**48 Dogwood Lake Drive**
**Texarkana, TX 75503**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $154.00 |
|---|---|---|---|

**Steven A Pickett**
**102 N College Ave Ste 614**
**Tyler, TX 07570-2727**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,772.00 |
|---|---|---|---|

**Steven E. Calhoun**
**P.O. Box 7621**
**Tyler, TX 75711**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|---|---|---|---|

**Steven P. Moore**
**8580 Bell Meadow Boulevard**
**Pensacola, FL 32514**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,866.50 |
|---|---|---|---|

**Stewart's Testing, Inc.**
**Alpha Leak Detection Services, Inc.**
**304 Meadow Lane**
**Kemah, TX 77565**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.160 1**

**Nonpriority creditor's name and mailing address**
**Stone Development, LLC**
**Attn: L. C. Cheramie, Manager**
**PO Box 12004**
**Jackson, MS 39236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ☑ No ☐ Yes

**$71,339.26**

---

**3.160 2**

**Nonpriority creditor's name and mailing address**
**Stone Development, LLC**
**Attn: L. C. Cheramie, Manager**
**PO Box 12004**
**Jackson, MS 39236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$28,480.00**

---

**3.160 3**

**Nonpriority creditor's name and mailing address**
**Stoneham Drilling Corporation**
**707 17th Street**
**Suite 3250**
**Denver, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

**$747,857.68**

---

**3.160 4**

**Nonpriority creditor's name and mailing address**
**Stormey Berger Baker**
**13612 Loren Ln**
**Fayetteville, AR 72704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$2.00**

---

**3.160 5**

**Nonpriority creditor's name and mailing address**
**Strago Petroleum Corporation**
**3209 Hamm Road**
**Pearland, TX 77581-5503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ☑ No ☐ Yes

**$329,439.46**

---

**3.160 6**

**Nonpriority creditor's name and mailing address**
**Strago Petroleum Corporation**
**3209 Hamm Road**
**Pearland, TX 77581-5503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$4,930.00**

---

Debtor **Sklar Exploration Company, LLC**                              Case number (if known) **20-12377-EEB**
_____
Name

| 3.160 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Stratum Reservoir Intermediate, LLC**
**P.O. Box 734607**
**Dallas, TX 75373-4607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$1,551.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 8 |
|---|

**Nonpriority creditor's name and mailing address**
**Stric-Lan Companies, LLC**
**P.O. Box 62288**
**Lafayette, LA 70596-2288**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 9 |
|---|

**Nonpriority creditor's name and mailing address**
**Stroud Family LLC**
**333 Texas Street Suite 860**
**Shreveport, LA 71101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$2,839.96**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 0 |
|---|

**Nonpriority creditor's name and mailing address**
**Stroud Family LLC**
**333 Texas Street Suite 860**
**Shreveport, LA 71101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$299.00**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 1 |
|---|

**Nonpriority creditor's name and mailing address**
**Stroud Petroleum Inc**
**PO Box 565**
**416 Travis Street, Suite 608**
**Shreveport, LA 71162**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$184.00**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 2 |
|---|

**Nonpriority creditor's name and mailing address**
**Sugar Oil Properties, L.P.**
**Attn: Mr. Mickey Quinlan, President**
**625 Market Street, Suite 100**
**Shreveport, LA 71101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$184,934.22**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 3 |
|---|

**Nonpriority creditor's name and mailing address**
**Sugar Oil Properties, L.P.**
**Attn: Mr. Mickey Quinlan, President**
**625 Market Street, Suite 100**
**Shreveport, LA 71101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$45,550.00**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Sklar Exploration Company, LLC**
Name

Case number (if known)    **20-12377-EEB**

---

| 3.161 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,194.00 |
|---|---|---|---|

**Summit LLC**
**Attn: Alvin Byrd**
**229 Dogwood Lane**
**Madison, MS 39110-8795**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,698.00 |
|---|---|---|---|

**Support.com Accounts Receivable**
**Dept. CH-10967**
**Palatine, IL 60055-0967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**Susan D. Moore Reed**
**2879 Starling Drive**
**Waldorf, MD 20601**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.00 |
|---|---|---|---|

**Susan Lombard Wilkinson**
**1209 Lynn Acres Drive, #A**
**Birmingham, AL 35215**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Susan R. Sullivan**
**2221 SCR 20**
**Mize, MS 39116**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Susan S. Bedier**
**13943 N. Bright Angel Trail**
**Marana, AZ 85658**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Sklar Exploration Company, LLC | Case number *(if known)* | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.1620**

**Nonpriority creditor's name and mailing address**

**Susan Stroud Kirby**
**1622 Earl of Dunmore Lane**
**Katy, TX 77449-3025**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

$28.00

---

**3.1621**

**Nonpriority creditor's name and mailing address**

**Susan T. Henegar**
**PO Box 1783**
**Lindale, TX 75771**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

$21.00

---

**3.1622**

**Nonpriority creditor's name and mailing address**

**Susan W. Saab**
**5547 Lake Trace Drive**
**Hoover, AL 35244**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

$9.00

---

**3.1623**

**Nonpriority creditor's name and mailing address**

**Sutton Lloyd**
**1425 West 23rd Avenue**
**Denver, CO 80205**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

**3.1624**

**Nonpriority creditor's name and mailing address**

**Suzanne C. Leander**
**45 Hidden Lane**
**Westbury, NY 11590**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

$116.00

---

**3.1625**

**Nonpriority creditor's name and mailing address**

**Suzanne W.  Zimmer**
**P.O. Box 159**
**Montrose, AL 36559**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

$13,869.00

---

Debtor **Sklar Exploration Company, LLC**
Name

Case number (if known) **20-12377-EEB**

---

| 3.162 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Suzanne W. Stauss**
**4865 Driftwood Lane NE**
**Salem, OR 97303**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.00 |
|---|---|---|---|

**Suzanne Womack**
**803 Thornbranch**
**Houston, TX 77079**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**Syble LaJune White**
**5810 Laurelwood Drive**
**Crestview, FL 32539**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.00 |
|---|---|---|---|

**Sylvan Resources Co. LLC**
**Attn: Mike Lecinson**
**1743 East 71st Street**
**Tulsa, OK 74136**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Sylvester Covington**
**721 Olive Street**
**Sumter, SC 29150**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,750.00 |
|---|---|---|---|

**T & T Communications**
**P.O. Box 279**
**Ellisville, MS 39437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,102.50 |
|---|---|---|---|

**T & T Welding Service**
**P.O. Box 279**
**Ellisville, MS 39437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Sklar Exploration Company, LLC**
_____
Name

Case number (if known) **20-12377-EEB**
_____

| 3.163 3 | Nonpriority creditor's name and mailing address **T. Carl Parish** **428 Covey Lane** **Mesquite, TX 75150** | As of the petition filing date, the claim is: _Check all that apply._ | $76.00 |
|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 4 | Nonpriority creditor's name and mailing address **T.A. Leonard** **7817 Petersen Point Road** **Milton, FL 32583** | As of the petition filing date, the claim is: _Check all that apply._ | $10.92 |
|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 5 | Nonpriority creditor's name and mailing address **T.A. Leonard** **7817 Petersen Point Road** **Milton, FL 32583** | As of the petition filing date, the claim is: _Check all that apply._ | $549.00 |
|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 6 | Nonpriority creditor's name and mailing address **T.M. McCoy & Co., Inc.** **P.O. Box 608** **Wilson, WY 83014** | As of the petition filing date, the claim is: _Check all that apply._ | $83,877.20 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 7 | Nonpriority creditor's name and mailing address **T.W. McGuire & Associates, Inc.** **Petroleum Engineers** **P.O. Box 1763** **Shreveport, LA 71166** | As of the petition filing date, the claim is: _Check all that apply._ | $9,530.00 |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 8 | Nonpriority creditor's name and mailing address **Tara Rudman** **5910 North Central Expressway** **Ste 1662** **Dallas, TX 75206** | As of the petition filing date, the claim is: _Check all that apply._ | $2,546.00 |
|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.1639**

**Nonpriority creditor's name and mailing address**

**Tara Rudman Revocable Trust**
**Tara Rudman, Trustee**
**5910 North Central Expressway, Ste 1662**
**Dallas, TX 75206**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$77.26

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1640**

**Nonpriority creditor's name and mailing address**

**Tara Rudman Revocable Trust**
**Tara Rudman, Trustee**
**5910 North Central Expressway, Ste 1662**
**Dallas, TX 75206**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$8,037.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1641**

**Nonpriority creditor's name and mailing address**

**Tauber Exploration & Production Co**
**55 Waugh Drive, Suite 600**
**Houston, TX 77007**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$138,350.94

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1642**

**Nonpriority creditor's name and mailing address**

**Tauber Exploration & Production Co**
**55 Waugh Drive, Suite 600**
**Houston, TX 77007**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$49,895.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1643**

**Nonpriority creditor's name and mailing address**

**Taylor Alexander Stevens**
**2525 Culkin Road**
**Vicksburg, MS 39183**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$11.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1644**

**Nonpriority creditor's name and mailing address**

**TCP Cottonwood, L.P.**
**333 Texas Street, Suite 2020**
**Shreveport, LA 71101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$332,395.72

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.164 5**

**Nonpriority creditor's name and mailing address**
**TCP Cottonwood, L.P.**
**333 Texas Street, Suite 2020**
**Shreveport, LA 71101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$338,379.00**

---

**3.164 6**

**Nonpriority creditor's name and mailing address**
**TCP Specialists, LLC**
**P.O. Box 19574**
**Shreveport, LA 71149**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,270.37**

---

**3.164 7**

**Nonpriority creditor's name and mailing address**
**TCP Specialists, LLC**
**P.O. Box 157**
**Gloster, LA 71030**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$46,757.31**

---

**3.164 8**

**Nonpriority creditor's name and mailing address**
**TDX Energy, LLC**
**401 Edwards Street, Suite 1900**
**Shreveport, LA 71101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,770.00**

---

**3.164 9**

**Nonpriority creditor's name and mailing address**
**Teddy Arthur Fincher &**
**Nelly Burns Fincher**
**1682 2nd Street**
**Arcadia, LA 71001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$12.00**

---

**3.165 0**

**Nonpriority creditor's name and mailing address**
**Teekell Oil & Gas, Inc.**
**8520 Business Park Dr**
**Shreveport, LA 71105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$192.00**

---

**3.165 1**

**Nonpriority creditor's name and mailing address**
**Tenexco, Inc.**
**Attn: Richard S. Incandela**
**17W 715C Butterfield Road**
**Oak Brook Terrace, IL 60181**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,980.00**

---

Debtor **Sklar Exploration Company, LLC**
Name

Case number (if known)   **20-12377-EEB**

---

**3.165 2**

**Nonpriority creditor's name and mailing address**
**TEPCO, LLC**
**C/O BKD, LLP**
**2700 Post Oak Blvd, Ste 1500**
**Houston, TX 77056**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

$392.00

---

**3.165 3**

**Nonpriority creditor's name and mailing address**
**Terri Johnson Dowd**
**2761 CR 4670**
**Atlanta, TX 75551**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

$17.00

---

**3.165 4**

**Nonpriority creditor's name and mailing address**
**Terry Lefler Walls**
**1382 County Highway 623**
**Matthews, MO 63867**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

$7.00

---

**3.165 5**

**Nonpriority creditor's name and mailing address**
**Terry Leigh Portwood Turman**
**10425 Bradshaw Dr**
**Fort Worth, TX 76108**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

$13.00

---

**3.165 6**

**Nonpriority creditor's name and mailing address**
**Terry Pearson**
**11896 Welby Place**
**Mareno Valley, CA 92557**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

$3.00

---

**3.165 7**

**Nonpriority creditor's name and mailing address**
**The Coleman Revocable Living Trust**
**4600 Greenville Avenue, Suite 300**
**Dallas, TX 75206**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Cash Call Advance

Is the claim subject to offset? ■ No  ☐ Yes

$85.63

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.1658**

**Nonpriority creditor's name and mailing address**

**The Coleman Revocable Living Trust**
**4600 Greenville Avenue, Suite 300**
**Dallas, TX 75206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$5,165.00

---

**3.1659**

**Nonpriority creditor's name and mailing address**

**The Financials.com LLC**
**1868 Wildcat Cove**
**Fort Pierce, FL 34949**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1660**

**Nonpriority creditor's name and mailing address**

**The Hiller Companies, Inc.**
**P.O. Box 935434**
**Atlanta, GA 31193-5434**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$8,498.00

---

**3.1661**

**Nonpriority creditor's name and mailing address**

**The Joy Partners, Ltd.**
**P.O. Box 576**
**Ardmore, OK 73402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$77.00

---

**3.1662**

**Nonpriority creditor's name and mailing address**

**The Kansas City Southern**
**Attn:  Real Estate Dept.**
**P.O. Box 219335**
**Kansas City, MO 64121-9335**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$34.00

---

**3.1663**

**Nonpriority creditor's name and mailing address**

**The Mary Hardegree Strain Family Trust**
**Jane S. Blount, Trustee**
**223 Myrtle Drive**
**Thomasville, GA 31792**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$13.00

---

**3.1664**

**Nonpriority creditor's name and mailing address**

**The McPherson Companies, Inc.**
**P.O. Box 890145**
**Charlotte, NC 28289-0145**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$9,170.86

---

| | |
|---|---|
| Debtor | **Sklar Exploration Company, LLC** |
| | Name |

Case number *(if known)* **20-12377-EEB**

---

**3.166
5**

**Nonpriority creditor's name and mailing address**

**The MR Trust**
**Attn: Wes Herndon**
**6500 Greenville Ave**
**Ste 110**
**Dallas, TX 75206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

$3,580.42

---

**3.166
6**

**Nonpriority creditor's name and mailing address**

**The Nemours Fund**
**10140 Centurion Pkwy. N.**
**Jacksonville, FL 32256**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$3,508.00

---

**3.166
7**

**Nonpriority creditor's name and mailing address**

**The Rudman Partnership**
**W.R. "Trey" Sibley, III**
**4851 LBJ Freeway, Ste 210**
**Dallas, TX 75244**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

$16,962.50

---

**3.166
8**

**Nonpriority creditor's name and mailing address**

**The Rudman Partnership**
**W.R. "Trey" Sibley, III**
**4851 LBJ Freeway, Ste 210**
**Dallas, TX 75244**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$265,871.00

---

**3.166
9**

**Nonpriority creditor's name and mailing address**

**The Sater Fam Partnership LP**
**Alvrone Sater, Managing Partner**
**PO Box 2509**
**Evansville, IN 04772-8050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$121.00

---

**3.167
0**

**Nonpriority creditor's name and mailing address**

**The Shaffer Family Living Trust**
**Michael A. Shaffer & Clarissa Shaffer**
**3235 Cordoba Ranch Blvd**
**Lutz, FL 33559**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$45.00

---

Debtor    **Sklar Exploration Company, LLC**
Name

Case number (if known)    **20-12377-EEB**

| | |
|---|---|
| 3.167<br>1 | **Nonpriority creditor's name and mailing address** |

**The Whitney Corporation**
**1130 Congress Avenue Ste B**
**Cincinnati, OH 45246**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$1,553.00

---

| | |
|---|---|
| 3.167<br>2 | **Nonpriority creditor's name and mailing address** |

**Thelma Brye**
**710 Olive Street**
**Sumter, SC 29150**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$3.00

---

| | |
|---|---|
| 3.167<br>3 | **Nonpriority creditor's name and mailing address** |

**Thelma Hope Roach**
**3982 County Road 491 South**
**Henderson, TX 75654**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$2.00

---

| | |
|---|---|
| 3.167<br>4 | **Nonpriority creditor's name and mailing address** |

**Thelma Jean Ford Steber**
**Rt 3 Box 930**
**Tyler, TX 75705**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$1.00

---

| | |
|---|---|
| 3.167<br>5 | **Nonpriority creditor's name and mailing address** |

**Thelma Warren Harden**
**Escheat to TX**
**2616 Lee St**
**Fort Worth, TX 76106**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$39.00

---

| | |
|---|---|
| 3.167<br>6 | **Nonpriority creditor's name and mailing address** |

**Theola Warren**
**2614 Almeda**
**Dallas, TX 95216**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$8.00

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.167 7**

**Nonpriority creditor's name and mailing address**

**Theresa L. Garcia**
**337 Northbrook Lane**
**Woodstock, GA 30188**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

**3.167 8**

**Nonpriority creditor's name and mailing address**

**Thomas C. Tolbert**
**940 Shadow Ridge Drive**
**Pensacola, FL 32514**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$1,992.00

---

**3.167 9**

**Nonpriority creditor's name and mailing address**

**Thomas C. Tolbert, trustee of the**
**Harold H. Godwin Trust**
**940 Shadow Ridge Drive**
**Pensacola, FL 32514**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$3,508.00

---

**3.168 0**

**Nonpriority creditor's name and mailing address**

**Thomas E. McMillan, Jr.**
**P.O. Box 809**
**Brewton, AL 36427**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$13.00

---

**3.168 1**

**Nonpriority creditor's name and mailing address**

**Thomas E. Wilkerson, Jr.**
**8357 Hwy 51**
**Ariton, AL 36311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$26.00

---

**3.168 2**

**Nonpriority creditor's name and mailing address**

**Thomas Energy, LLC**
**P.O. Box 809**
**Brewton, AL 36427**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$123.00

---

Debtor  **Sklar Exploration Company, LLC**
_____
Name

Case number (*if known*)  **20-12377-EEB**

---

| 3.168 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**Thomas F. Murray**
**538 County Road 319**
**Jonesboro, TX 76538**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

**Thomas Family Minerals, L.L.C.**
**c/o Agent Property Services**
**P.O. Box 1410**
**Ruston, LA 71273-1410**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|---|---|---|---|

**Thomas Jones**
**6107 Revere Place**
**Dallas, TX 75214**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.00 |
|---|---|---|---|

**Thomas L. Blakeney GF Trust**
**P.O. Box 741283**
**Dallas, TX 75374-1283**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|---|

**Thomas Lee Warren**
**2313 Chipplegate Way**
**North Las Vegas, NV 79032-4814**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71.00 |
|---|---|---|---|

**Thomas Lowe Blakeney**
**9212 Seagrove Dr.**
**Dallax, TX 75243-7228**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Sklar Exploration Company, LLC**
Name

Case number (if known) **20-12377-EEB**

---

| 3.168 9 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.00** |
| | **Thomas M. Oneal** | ■ Contingent | |
| | **Gay M Oneal** | ☐ Unliquidated | |
| | **PO Box 536** | ☐ Disputed | |
| | **Choudrant, LA 71227** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.169 0 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$220.00** |
| | **Thomas Ray Shaw** | ■ Contingent | |
| | **15 Magnolia St** | ☐ Unliquidated | |
| | **Childersburg, AL 35044** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.169 1 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |
| | **Thomas Rutherford Key** | ■ Contingent | |
| | **118 McIntosh Bluff Road** | ☐ Unliquidated | |
| | **Fairhope, AL 36532** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.169 2 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
| | **Thomas W. Musselewhite** | ■ Contingent | |
| | **501 Princeton Drive** | ☐ Unliquidated | |
| | **Tyler, TX 75703** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.169 3 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
| | **Thomas Whitaker Westbrook** | ■ Contingent | |
| | **15347 Battersea Garden Dr** | ☐ Unliquidated | |
| | **Channelview, TX 77530** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.169 4 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
| | **Thomas William Baker** | ■ Contingent | |
| | **120 Virginia Avenue** | ■ Unliquidated | |
| | **San Francisco, CA 94110** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|--------|-------------------------------|------------------------|--------------|
|        | Name                          |                        |              |

---

**3.169 5**

**Nonpriority creditor's name and mailing address**

**Thompson Gas**
P.O. Box 9896511
Boston, MA 02298-6511

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,796.75**

---

**3.169 6**

**Nonpriority creditor's name and mailing address**

**Tiembo Ltd**
Attn: Mark Rauch
PO Box 270415
Houston, TX 77277-0415

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$69,261.00**

---

**3.169 7**

**Nonpriority creditor's name and mailing address**

**Tiffannie J. Edwards**
144 Downs Lane
Brewton, AL 36436

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.169 8**

**Nonpriority creditor's name and mailing address**

**Tiffany Bennett**
2434 Capella Cir
Atlanta, GA 30331

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

**3.169 9**

**Nonpriority creditor's name and mailing address**

**Tiffany Malone**
2016 Hughes Ave, Apt 5D
Bronx, NY 10457

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$148.00**

---

**3.170 0**

**Nonpriority creditor's name and mailing address**

**Tim Ross/William Timothy Ross**
10044 State Highway
Troup, TX 75789

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.170 1**

**Nonpriority creditor's name and mailing address**

**Timbree Ford Hardy**
9517 Woodvale Drive
Austin, TX 78729-3565

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.170 2**

**Nonpriority creditor's name and mailing address**

**Timothy P. McGowin**
**2526 Waterford Rd**
**Auburn, AL 36832**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

**$40.00**

---

**3.170 3**

**Nonpriority creditor's name and mailing address**

**Tisdale Natural Resources, LLC**
**PO Box 281**
**Andalusia, AL 36420**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

**$92,979.00**

---

**3.170 4**

**Nonpriority creditor's name and mailing address**

**Tom Joiner & Associates, Inc.**
**P.O. Box 1490**
**Tuscaloosa, AL 35403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$106,123.08**

---

**3.170 5**

**Nonpriority creditor's name and mailing address**

**Tom Youngblood**
**PO Box 5926**
**Shreveport, LA 71135-5926**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Cash Call Advance__

Is the claim subject to offset? ☑ No ☐ Yes

**$171.36**

---

**3.170 6**

**Nonpriority creditor's name and mailing address**

**Tom Youngblood**
**PO Box 5926**
**Shreveport, LA 71135-5926**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

**$23,150.00**

---

**3.170 7**

**Nonpriority creditor's name and mailing address**

**Tommie Gene Parker**
**Frances P Parker**
**4575 Highway 18 West**
**Quitman, MS 39355**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

**$1,871.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Sklar Exploration Company, LLC**
Name

Case number (*if known*) **20-12377-EEB**

---

| 3.170 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $3.00 |
| **Tommy Alan Fite** | ■ Contingent | | |
| **20377 Highway 110 South** | ☐ Unliquidated | | |
| **Whitehouse, TX 75791** | ☐ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim: **Revenue** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.170 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $3.00 |
| **Tommy Lou Pearson Rhodes** | ■ Contingent | | |
| **2601 Caplin** | ☐ Unliquidated | | |
| **Houston, TX 77026** | ☐ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim: **Revenue** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.171 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $2.00 |
| **Tony Martin Powell** | ■ Contingent | | |
| **616 Cook Road** | ☐ Unliquidated | | |
| **Athens, LA 71003** | ☐ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim: **Revenue** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.171 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $27.00 |
| **Tony Martin Powell &** | ■ Contingent | | |
| **Celeste Hymel Powell** | ☐ Unliquidated | | |
| **616 Cook Rd** | ☐ Disputed | | |
| **Athens, LA 71003** | | | |
| Date(s) debt was incurred _ | Basis for the claim: **Revenue** | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.171 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $164,035.39 |
| **Tool Pushers Supply Co.** | ☐ Contingent | | |
| **P.O. Box 1714** | ☐ Unliquidated | | |
| **Casper, WY 82602** | ☐ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim: **Trade Debt** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.171 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $15.00 |
| **Tosha Danielle Gray** | ■ Contingent | | |
| **400 SCR 29** | ☐ Unliquidated | | |
| **Mize, MS 39116** | ☐ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim: **Revenue** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.171 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $11,870.00 |
| **Total Pump & Supply, LLC** | ☐ Contingent | | |
| **P.O. Box 548** | ☐ Unliquidated | | |
| **Carencro, LA 70520** | ☐ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim: **Trade Debt** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.171 5**

Nonpriority creditor's name and mailing address

**Total Safety US, Inc.**
P.O. Bxo 654171
Dallas, TX 75265-4171

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$6,402.42

---

**3.171 6**

Nonpriority creditor's name and mailing address

**Town of Arcadia**
P.O. Box 767
Arcadia, LA 71001

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$20.90

---

**3.171 7**

Nonpriority creditor's name and mailing address

**Tracey Samuel Reynolds**
1291 Frost Court
Cincinnati, OH 45231

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No  ☐ Yes

$16.00

---

**3.171 8**

Nonpriority creditor's name and mailing address

**TrackNet**
1215 Prytania Street
New Orleans, LA 70130-4357

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.171 9**

Nonpriority creditor's name and mailing address

**Tracy & Stephanie Mollette**
as Joint Tenants
PO Box 491
Quitman, MS 39355

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$184.00

---

**3.172 0**

Nonpriority creditor's name and mailing address

**Tracy Deas Humphrey**
507 Denham Progress Road
Buckatunna, MS 39322-9683

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$148.00

---

**3.172 1**

Nonpriority creditor's name and mailing address

**Tracy Everett Sumner**
36 S. Eagle Circle
Aurora, CO 80012

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$28.00

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.172 2**

**Nonpriority creditor's name and mailing address**

**Transamerican Royalties LLC**
**469 River Loop 1**
**Eugene, OR 97404**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$242.00**

---

**3.172 3**

**Nonpriority creditor's name and mailing address**

**TransZap, Inc.**
**Enverus Business Automation**
**Department 3597**
**P.O. Box 123597**
**Dallas, TX 75312-3597**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$390.96**

---

**3.172 4**

**Nonpriority creditor's name and mailing address**

**Trant K. Kidd Family Partnership, Ltd.**
**c/o Trant Kidd**
**102 N. College, Suite106**
**Tyler, TX 75702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.172 5**

**Nonpriority creditor's name and mailing address**

**Travis Boney**
**9624 Hampshire Court**
**Mobile, AL 36695**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$12,148.00**

---

**3.172 6**

**Nonpriority creditor's name and mailing address**

**Travis R. Boney**
**5027 Hwy 18 W**
**Quitman, MS 39355**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$860.00**

---

**3.172 7**

**Nonpriority creditor's name and mailing address**

**Travod Samuel**
**C/O Chantel Hannah**
**344 West 111th Place**
**Chicago, IL 60628**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.1728**

**Nonpriority creditor's name and mailing address**

**Treadwell Jones**
**7709 Rosewood**
**Prairie Village, KS 66208**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.1729**

**Nonpriority creditor's name and mailing address**

**Trimble Energy, LLC**
**Attn: James C. Trimble**
**11816 Inwood Road #11**
**5855 Milton Street Apt. 405**
**Dallas, TX 75244**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$154.59**

---

**3.1730**

**Nonpriority creditor's name and mailing address**

**Trimble Energy, LLC**
**Attn: James C. Trimble**
**11816 Inwood Road #11**
**5855 Milton Street Apt. 405**
**Dallas, TX 75244**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$7,069.00**

---

**3.1731**

**Nonpriority creditor's name and mailing address**

**Trinity Exploration LLC**
**776 Old Wagon Trail Circle**
**Lafayette, CO 80026**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$1,493.34**

---

**3.1732**

**Nonpriority creditor's name and mailing address**

**Triumphant  Management, LLC**
**Attn: Stefano Feo**
**3757 Gulf Shores Pkwy**
**Suite BA-1**
**Gulf Shores, AL 36542**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$24.93**

---

**3.1733**

**Nonpriority creditor's name and mailing address**

**Triumphant  Management, LLC**
**Attn: Stefano Feo**
**3757 Gulf Shores Pkwy**
**Suite BA-1**
**Gulf Shores, AL 36542**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$553.00**

---

Debtor  **Sklar Exploration Company, LLC**
Name

Case number (if known)   **20-12377-EEB**

---

| 3.173 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$121.00** |
| **TSC Oil & Gas Inc** | ■ Contingent | |
| **Ron Bliss** | ■ Unliquidated | |
| **4925 Greenville Ave Ste 600** | ☐ Disputed | |
| **Dallas, TX 75206** | | |
| Date(s) debt was incurred __ | Basis for the claim:  __Revenue__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.173 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,078.13** |
| **TST Energy, LLC** | ■ Contingent | |
| **Tracy S. Toups, Manager** | ■ Unliquidated | |
| **3238 Barksdale Blvd** | ☐ Disputed | |
| **Bossier City, LA 71112** | | |
| Date(s) debt was incurred __ | Basis for the claim:  __Cash Call Advance__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.173 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,546.00** |
| **TST Energy, LLC** | ■ Contingent | |
| **Tracy S. Toups, Manager** | ■ Unliquidated | |
| **3238 Barksdale Blvd** | ☐ Disputed | |
| **Bossier City, LA 71112** | | |
| Date(s) debt was incurred __ | Basis for the claim:  __Revenue__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.173 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,960.00** |
| **Turner Family Mississippi Mineral Holdings, L.L.C.** | ■ Contingent | |
| **8687 United Plaza Boulevard** | ■ Unliquidated | |
| **Baton Rouge, LA 70809** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  __Revenue__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.173 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,808.00** |
| **Turner Specialty Services,  LLC** | ☐ Contingent | |
| **P.O. Box 2750** | ☐ Unliquidated | |
| **Baton Rouge, LA 70821** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  __Trade Debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.173 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,436.07** |
| **Twin Bridges Resources LLC** | ■ Contingent | |
| **475 17th Street, Suite 900** | ■ Unliquidated | |
| **Denver, CO 80202** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  __Cash Call Advance__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.174 0**

**Nonpriority creditor's name and mailing address**
**Tyler Oil And Gas, LLC**
**Tiffany Tyler Steadman and BT Steadman**
**P.O. Box 12761**
**Jackson, MS 39236**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$2,618.00**

---

**3.174 1**

**Nonpriority creditor's name and mailing address**
**Tyrone Walker**
**1147 Werre Way**
**Locust Grove, GA 30248**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

**3.174 2**

**Nonpriority creditor's name and mailing address**
**UHS Premium Billing**
**P.O. Box 94017**
**Palatine, IL 60094-4017**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$38,359.56**

---

**3.174 3**

**Nonpriority creditor's name and mailing address**
**Ulterra Drilling Technologies. LP**
**P.O. Box 733586**
**Dallas, TX 75373-3586**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$65,905.00**

---

**3.174 4**

**Nonpriority creditor's name and mailing address**
**Union Oilfield Supply, Inc.**
**12 John Dykes Road**
**Waynesboro, MS 39367**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$283,262.50**

---

**3.174 5**

**Nonpriority creditor's name and mailing address**
**Unishippers FRT Performance**
**Logistics Group, Inc.**
**P.O. Box 4011**
**Greenwood Village, CO 80155**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$639.56**

---

**3.174 6**

**Nonpriority creditor's name and mailing address**
**Unishppers DEN Performance**
**Logistics Group, Inc.**
**P.O. Box 4011**
**Greenwood Village, CO 80155**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$454.38**

---

Debtor   **Sklar Exploration Company, LLC**                    Case number (if known)   **20-12377-EEB**
         Name

| 3.174 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $885.36 |
|---|---|---|---|
| | **United Rentals (North America),  Inc.** | ☐ Contingent | |
| | **P.O. Box 840514** | ☐ Unliquidated | |
| | **Dallas, TX 75284-0514** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: _Trade Debt_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.174 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.12 |
|---|---|---|---|
| | **Upshur Rural Electric Cooperative** | ☐ Contingent | |
| | **P.O. Box 6500** | ☐ Unliquidated | |
| | **Big Sandy, TX 75755-6500** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: _Trade Debt_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.174 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|
| | **Valeria Van Zandt Tarantino** | ■ Contingent | |
| | **7 Clarkes Village Road** | ■ Unliquidated | |
| | **Jamestown, RI 02835** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: _Revenue_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,231.00 |
|---|---|---|---|
| | **Valhalla Royalty, LLC** | ■ Contingent | |
| | **7889 Eastlake Drive** | ■ Unliquidated | |
| | **Murchison, TX 75778** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: _Revenue_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,145.50 |
|---|---|---|---|
| | **Valley Plains, LLC** | ☐ Contingent | |
| | **P.O. Box 249** | ☐ Unliquidated | |
| | **Woodlawn, TX 75694** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: _Trade Debt_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|
| | **Vance M. Bevel** | ■ Contingent | |
| | **2009 Grimm Lane** | ■ Unliquidated | |
| | **Pacific, MO 63069** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: _Revenue_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|
| | **Vanessa Warren** | ■ Contingent | |
| | **Address Unverified** | ■ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: _Revenue_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Sklar Exploration Company, LLC**                                    Case number (if known)    **20-12377-EEB**
                      Name

| 3.175 4 | **Nonpriority creditor's name and mailing address** | | **$125.00** |

**Varna Mae Warren McKay**
**Route 3 Box 761**
**Tyler, TX 75705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 5 | **Nonpriority creditor's name and mailing address** | | **$6.00** |

**Vennis L.S. Arrington**
**9031 East 64th Street**
**Tulsa, OK 74133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 6 | **Nonpriority creditor's name and mailing address** | | **$5.00** |

**Ventura Samuel**
**201 Linton Way, Apt. 127**
**Princeton, KY 42445**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 7 | **Nonpriority creditor's name and mailing address** | | **$19.00** |

**Vera Frances Tait**
**740 Duxbury Lane**
**Bartlett, IL 60103-4560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 8 | **Nonpriority creditor's name and mailing address** | | **$5.00** |

**Verna C. Foster**
**1936 Reno Rd.**
**Gibsland, LA 71028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 9 | **Nonpriority creditor's name and mailing address** | | **$112.00** |

**Vernita Wilks**
**2106 Springhill Road**
**Evergreen, AL 36401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.1760 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Veronica R. Holmes**
**1160 Hawthorne Drive**
**Pensacola, FL 32507**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1761 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,573.00** |
|---|---|---|---|

**Vickery Exploration, LLC**
**333 Summerville Drive**
**Madison, MS 39110**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1762 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Vickie Ann Tomlin**
**1615 Lagonda Avenue**
**Fort Worth, TX 76106**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1763 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Vicky Bracamonte**
**3644 Sable Ridge Drive**
**Dallas, TX 75287**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1764 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00** |
|---|---|---|---|

**Vicky Ellen Rankin**
**2600 College Drive**
**Texarkana, TX 75501**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1765 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,541.30** |
|---|---|---|---|

**Vincent A. Zito Petroleum Landman**
**505 Bear Drive**
**Gulf Breeze, FL 32561**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Sklar Exploration Company, LLC**

Name

Case number (*if known*)   **20-12377-EEB**

---

| 3.176 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vincent C. Brye, Deceased**
**1354 Mazurek Blvd.**
**Pensacola, FL 32514**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$190.00

---

| 3.176 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Viola Anna Taylor**
**4110 Springbrook Drive**
**Odessa, TX 79762**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$2.00

---

| 3.176 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Virgie Brooks**
**5191 Pirotte Dr**
**San Diego, CA 92105**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$24.00

---

| 3.176 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Virginia Ann Braxton**
**2313 Chippelgate Way**
**North Las Vegas, NV 89032-4814**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

| 3.177 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Virginia F. Sewell**
**1751 River Bluff View**
**Duluth, GA 30097**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

| 3.177 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Virginia V Roberts**
**5 Colony Park Circle**
**Galveston, TX 77551**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

Debtor   **Sklar Exploration Company, LLC**
Name

Case number (if known)   **20-12377-EEB**

---

| 3.177 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $22.00 |

**Virginia W. Edwards**
**Rt. 3 Box 761**
**Tyler, TX 75705**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Vyola Williams Nations**
**c/o Jessie M. Aaron**
**3308 Wall Avenue**
**San Bernadino, CA 92404**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27.00 |

**W. Curtis Melton, Jr.**
**102 Saddle Mountain Road**
**Rome, GA 30161**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,440.00 |

**W. Gray Sanders**
**415 Hampton Street**
**Camden, SC 29020**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $32.00 |

**W. T. Cary, Jr.**
**115 Waterford Drive**
**Ninety Six, SC 29666**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9.00 |

**W.E. Woodson, III**
**P.O. Box 54**
**Bonaire, GA 31005**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.177<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,872.98 |
|---|---|---|---|

**W.S. Red Hancock, Inc.**
P.O. Box 207
Bentonia, MS 39040

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.00 |
|---|---|---|---|

**W.T. Green Oil, Gas and Minerals LLC**
PO Box 2097
Laurel, MS 39442

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,194.00 |
|---|---|---|---|

**Wallace & Wallace LLC**
6163 Kay Brook Drive
Byram, MS 39272-9660

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $730.00 |
|---|---|---|---|

**Wallace Harold Brown CST**
c/o Charles L. Williams
PO Box 1685
Shreveport, LA 71165

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,987.00 |
|---|---|---|---|

**Waller Brothers, Inc.**
PO Box 1
Jackson, MS 39205

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $858.00 |
|---|---|---|---|

**Walter Armistead**
118 CR 33915
Powderly, TX 75473

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.178 4**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | $2,271.00 |

**Walter J. Starcke**
**4129 South Meadows Road, Apt. 128**
**Santa Fe, NM 87507**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178 5**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | $31.00 |

**Walter Lee Warren**
**2965 Eudora Street**
**Denver, CO 80207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178 6**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | $19.00 |

**Walter Ridgway Neill, Jr.**
**328 County Road 418**
**Oxford, MS 38655**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178 7**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | $39.00 |

**Walter Robert Hewell**
**265 Edinburgh Rd**
**San Angelo, TX 76901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178 8**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | $2.00 |

**Walter Warren**
**3001 Tembrooke Drive**
**Modesto, CA 95350**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178 9**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | $1,977.00 |

**Wanda Ann Horsley**
**180 Rock Creek Road**
**Remlap, AL 35133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.179 0**

**Nonpriority creditor's name and mailing address**

**Wanda D. Castro**
**1891 W. Hazelton Ave.**
**Stockton, CA 94203**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$18.00

---

**3.179 1**

**Nonpriority creditor's name and mailing address**

**Wanda Harbin Terry**
**Robert James Terry**
**114 Roe Hodge Road**
**P.O. Box 1449**
**Elizabethton, TN 37644**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$220.00

---

**3.179 2**

**Nonpriority creditor's name and mailing address**

**Wanda Jo Ellis White**
**1011 North Jackson Street**
**Apartment K2**
**Jacksonville, TX 75766**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.179 3**

**Nonpriority creditor's name and mailing address**

**Wanda Malone**
**2016 Hughes Avenue, #5-D**
**Bronx, NY 10457**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$74.00

---

**3.179 4**

**Nonpriority creditor's name and mailing address**

**Wanda Sue Wallace**
**124 Feagin Rd.**
**Evergreen, AL 36401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$24.00

---

**3.179 5**

**Nonpriority creditor's name and mailing address**

**Warthawg Construction**
**d/b/a Warthawg Properties, LP**
**520 Honeysuckle Lane**
**Longview, TX 75605**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$3,649.69

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.1796**

**Nonpriority creditor's name and mailing address**
**Wastewater Disposal Services, Inc.**
P.O. Drawer 649
Brewton, AL 36427

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$49,859.00**

---

**3.1797**

**Nonpriority creditor's name and mailing address**
**Wayne Bryer**
1503 Northumberland Way
Monmounth Junction, NJ 08852

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

**3.1798**

**Nonpriority creditor's name and mailing address**
**Weatherford Laboratories, Inc.**
ATTN: Kelly Emanual
2000 St. James Place
Houston, TX 77056

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$112,264.63**

---

**3.1799**

**Nonpriority creditor's name and mailing address**
**WellPro Fishing & Rental Tools, Inc.**
WellPro, Inc.
P.O. Box 2436
Williston, ND 58802-2436

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$20,827.00**

---

**3.1800**

**Nonpriority creditor's name and mailing address**
**WEMO, Inc.**
Attn:  Craig Webb
P.O. Box 5326
Shreveport, LA 71135-5326

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

**$154.00**

---

**3.1801**

**Nonpriority creditor's name and mailing address**
**Western Water Consultants, Inc.**
611 Skyline Road
Laramie, WY 82070

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$119.00**

---

**3.1802**

**Nonpriority creditor's name and mailing address**
**WGA Mineral Interests LP**
333 Texas Street, Ste. 2020
Shreveport, LA 71101

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.180 3**

**Nonpriority creditor's name and mailing address**
**Whirlwind Methane Recovery Systems LLC**
3600 Bent Cedar Trail
Edmond, OK 73034-2049

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

**$11,520.46**

---

**3.180 4**

**Nonpriority creditor's name and mailing address**
**Whitaker Petroleum**
333 Texas St Ste 521
Shreveport, LA 71101

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$2,321.00**

---

**3.180 5**

**Nonpriority creditor's name and mailing address**
**White Resources LLC Oilfield Chemicals**
P.O. Box 17875
Natchez, MS 39122

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

**$43,383.82**

---

**3.180 6**

**Nonpriority creditor's name and mailing address**
**White Star Energy Inc**
PO Box 51108
Midland, TX 79710-1108

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$26.00**

---

**3.180 7**

**Nonpriority creditor's name and mailing address**
**White's T&J Oilfield Supply, Inc.**
P.O. Box 659
Highway 84 West
Jonesville, LA 71343

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

**$2,230.00**

---

**3.180 8**

**Nonpriority creditor's name and mailing address**
**White, Glen and Glenda**
130 Commanche Trail
Delhi, LA 71232

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

**$900.00**

---

**3.180 9**

**Nonpriority creditor's name and mailing address**
**Willene Whatley**
115 E. McMillan St.
Evergreen, AL 36401

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$18.00**

---

Debtor __Sklar Exploration Company, LLC__    Case number _(if known)_ __20-12377-EEB__
Name

| 3.181 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $347.00 |
|---|---|---|---|

**William Arthur Sims**
**4107 Indian Hills Rd SE**
**Decatur, AL 35603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.181 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $623.00 |
|---|---|---|---|

**William Daryl Edwards**
**13478 Highway 1**
**Oil City, LA 71061-8676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.181 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $46.00 |
|---|---|---|---|

**William E. Curtis, Jr.**
**P.O. Box 130819**
**Tyler, TX 75713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.181 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $8.00 |
|---|---|---|---|

**William Franklin Jr.**
**650 Sackman Street**
**Mansfield, OH 44903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.181 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $13.00 |
|---|---|---|---|

**William Holland**
**2549 New Hope Road**
**Bradford, KY 40006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.181 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $6.00 |
|---|---|---|---|

**William Kassed**
**P.O. Box 94**
**Vilonia, AR 72143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.181 6**

**Nonpriority creditor's name and mailing address**

**William L. Moore, III**
**PO Box 36815**
**Hoover, AL 35236**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

$12.00

---

**3.181 7**

**Nonpriority creditor's name and mailing address**

**William M. Lonabaugh**
**1400 Bayou Shore Drive Apt. 305**
**Galveston, TX 77551**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

$17.00

---

**3.181 8**

**Nonpriority creditor's name and mailing address**

**William Marvin Hewell**
**18754 N. 95th Way**
**Scottsdale, AZ 85255**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

$39.00

---

**3.181 9**

**Nonpriority creditor's name and mailing address**

**William O. Welford**
**5133 Highway 63 North**
**Lucedale, MS 39452**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

$22.00

---

**3.182 0**

**Nonpriority creditor's name and mailing address**

**William R. & Gloria R. Rollo Rev Trust**
**W.R. Rollo & G.R. Rollo, Co-Trustees**
**P.O. Box 894**
**Milton, FL 32572**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ■ No  ☐ Yes

$70.24

---

**3.182 1**

**Nonpriority creditor's name and mailing address**

**William R. & Gloria R. Rollo Rev Trust**
**W.R. Rollo & G.R. Rollo, Co-Trustees**
**P.O. Box 894**
**Milton, FL 32572**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

$6,802.00

---

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.182 2**

**Nonpriority creditor's name and mailing address**

**William Rudd Limited Partnership**
**P.O. Box 1797**
**Waskom, TX 75692**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$77.00

---

**3.182 3**

**Nonpriority creditor's name and mailing address**

**William S. Schreier**
**62 McGregor Drive**
**Southampton, NY 11968**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$1,006.00

---

**3.182 4**

**Nonpriority creditor's name and mailing address**

**William T. Pate**
**960 Bull Slough Road**
**Andalusia, AL 36421**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$18.00

---

**3.182 5**

**Nonpriority creditor's name and mailing address**

**William T. Smith**
**PO Box 117**
**Troup, TX 75789**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$2.00

---

**3.182 6**

**Nonpriority creditor's name and mailing address**

**William Yancy Lovelace, Jr.**
**8976 County Road 99**
**Lillian, AL 36549**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$7.00

---

**3.182 7**

**Nonpriority creditor's name and mailing address**

**Willie Brye**
**6255 Christopher Drive North**
**Mobile, AL 36609**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$23.00

---

Debtor   **Sklar Exploration Company, LLC**
_____
Name

Case number (*if known*)   **20-12377-EEB**

| | | |
|---|---|---|
| 3.182 8 | **Nonpriority creditor's name and mailing address**<br><br>**Willie C Holmes**<br>**c/o Claudette Bradley**<br>**1172 Johnsonville Circle**<br>**Castleberry, AL 36432**<br><br>Date(s) debt was incurred  __<br><br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2.00** |

| | | |
|---|---|---|
| 3.182 9 | **Nonpriority creditor's name and mailing address**<br><br>**Willie Dale Holmes**<br>**60 W. P. Court**<br>**Castleberry, AL 36432**<br><br>Date(s) debt was incurred  __<br><br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1.00** |

| | | |
|---|---|---|
| 3.183 0 | **Nonpriority creditor's name and mailing address**<br><br>**Willie Drakeford, Jr.**<br>**716 Euclid Ave**<br>**Mobile, AL 36606**<br><br>Date(s) debt was incurred  __<br><br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3.00** |

| | | |
|---|---|---|
| 3.183 1 | **Nonpriority creditor's name and mailing address**<br><br>**Willie Faye Scott**<br>**3110 Town Park Drive 1504**<br>**Tyler, TX 75701**<br><br>Date(s) debt was incurred  __<br><br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3.00** |

| | | |
|---|---|---|
| 3.183 2 | **Nonpriority creditor's name and mailing address**<br><br>**Willie J. Samuel, Jr.**<br>**120 Audubon Loop**<br>**Madisonville, KY 42431**<br><br>Date(s) debt was incurred  __<br><br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$20.00** |

| | | |
|---|---|---|
| 3.183 3 | **Nonpriority creditor's name and mailing address**<br><br>**Willie Jones Johnson**<br>**c/o Rayfield Johnson**<br>**627 South Ross Street**<br>**Tyler, TX 75701**<br><br>Date(s) debt was incurred  __<br><br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3.00** |

Debtor __Sklar Exploration Company, LLC__
Name

Case number (if known)  __20-12377-EEB__

| 3.183 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Willie Lee Gaines**
**512 N. Martin Luther King Blvd.**
**Apt. 401**
**Lubbock, TX 79403-3416**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.183 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Willie Mae Person Cato**
**P.O. Box 476**
**Gibsland, LA 71028**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.183 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Willie Neal Warren**
**27-1S/S/E/ PPP 323 No. 155**
**Tyler, TX 75701**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.183 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Willie Warren**
**c/o Lillian Rollins**
**4201 Wiman Drive**
**Fort Worth, TX 76119**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

| 3.183 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,181.59 |
|---|---|---|---|

**Wimberley Park Ltd.**
**Attn: Peter M. Way**
**PO Box 36530**
**Houston, TX 77236**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.183 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,729.00 |
|---|---|---|---|

**Wimberley Park Ltd.**
**Attn: Peter M. Way**
**PO Box 36530**
**Houston, TX 77236**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Sklar Exploration Company, LLC**                                Case number (if known)   **20-12377-EEB**
         Name

| 3.184 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $478.00 |
|---|---|---|---|

**Woodie F. Womach Meisenheimer**
**1201 Louisiana, Suite 118**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84.00 |
|---|---|---|---|

**Wright Harper For Life**
**Rt 25 Box 1159**
**Tyler, TX 75707**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $122.00 |
|---|---|---|---|

**WSK Properties, LLC**
**c/o Scott Knight**
**PO Box 508**
**Tyler, TX 75710**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,701.00 |
|---|---|---|---|

**Wuellner Oil & Gas, Inc.**
**333 Texas Street, Ste 607**
**Shreveport, LA 71101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,196.00 |
|---|---|---|---|

**Yates Resources, LP**
**3131 Southwestern Blvd**
**Dallas, TX 75225**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144.67 |
|---|---|---|---|

**Yazoo Valley Electric Power Association**
**P.O. Box 8**
**Yazoo City, MS 39194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.1846**

**Nonpriority creditor's name and mailing address**

**Yelbom Oil, Inc.**
P.O. Box 1091
Shreveport, LA 71163-1091

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$71.00

---

**3.1847**

**Nonpriority creditor's name and mailing address**

**Yevetta Warren**
18245 Highway 31 East
Tyler, TX 75705

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.1848**

**Nonpriority creditor's name and mailing address**

**Your Message Center, Inc.**
3181 Old Redlick Road
Texarkana, TX 75503

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1849**

**Nonpriority creditor's name and mailing address**

**ZAP Engineering and Construction**
333 South Allison Parkway
Lakewood, CO 80226

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$4,993.50

---

**3.1850**

**Nonpriority creditor's name and mailing address**

**Zedi USA**
P.O. Box 51475
Lafayette, LA 70505-1475

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$53.50

---

**3.1851**

**Nonpriority creditor's name and mailing address**

**Zola Mae Bryant**
8320 South Lafayette Ave
Chicago, IL 60620

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Anderson Investment Holdings LP dba GMA Energy 333 Texas Street, Suite 2020 Shreveport, LA 71101** | Line **3.53** <br> ☐ Not listed. Explain ____ | _ |
| 4.2 | **Anderson Investment Holdings LP dba GMA Energy 333 Texas Street, Suite 2020 Shreveport, LA 71101** | Line **3.54** <br> ☐ Not listed. Explain ____ | _ |
| 4.3 | **Internal Revenue Service Insolvency Unit 1999 Broadway MS 5012 DEN Denver, CO 80202-3025** | Line **2.4** <br> ☐ Not listed. Explain ____ | _ |
| 4.4 | **Internal Revenue Service 1999 Broadway MS 5012 DEN Denver, CO 80202-3025** | Line **2.5** <br> ☐ Not listed. Explain ____ | _ |
| 4.5 | **Louisiana Department of Revenue 617 North Third Street Baton Rouge, LA 70802** | Line **2.6** <br> ☐ Not listed. Explain ____ | _ |
| 4.6 | **Office of the Attorney General US Department of Justice 950 Pennsylvania Avenue, NW Suite 4400 Washington, DC 20530-0001** | Line **2.4** <br> ☐ Not listed. Explain ____ | _ |
| 4.7 | **Office of the Attorney General US Department of Justice 950 Pennsylvania Avenue, NW Suite 4400 Washington, DC 20530-0001** | Line **2.5** <br> ☐ Not listed. Explain ____ | _ |
| 4.8 | **Office of the Attorney General State of Colorado 1300 Broadway Denver, CO 80203** | Line **2.2** <br> ☐ Not listed. Explain ____ | _ |
| 4.9 | **Office of the US Attorney District of Colorado 1801 California Street, Suite 1600 Denver, CO 80202-2628** | Line **2.4** <br> ☐ Not listed. Explain ____ | _ |
| 4.10 | **Office of the US Attorney District of Colorado 1801 California Street, Suite 1600 Denver, CO 80202-2628** | Line **2.5** <br> ☐ Not listed. Explain ____ | _ |
| 4.11 | **State of Colorado Division of Securities 1560 Broadway, Suite 900 Denver, CO 80202-5150** | Line **2.2** <br> ☐ Not listed. Explain ____ | _ |

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | Total of claim amounts |
|---|---|

Debtor   **Sklar Exploration Company, LLC**                                    Case number (if known)   **20-12377-EEB**
         Name

**5a. Total claims from Part 1**                                5a.    $                 **466,448.00**
**5b. Total claims from Part 2**                                5b.  + $              **22,544,337.73**

**5c. Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.                      5c.    $            **23,010,785.73**

**Fill in this information to identify the case:**

Debtor name     **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the:     DISTRICT OF COLORADO

Case number (if known)     **20-12377-EEB**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **Lease of Boulder Offices** |
| | **Office Lease dated April 3, 2013, between 5395 Pearl Parkway, LLC, as Landlord, and Sklar Exploration Company L.L.C., as Tenant, as amended by that certain First Amendment to Lease Agreement dated February 10, 2014, and that certain Second Amendment to Lease Agreement dated November 20, 2014, pursuant to which Landlord leased to Tenant certain premises in the building located at 5395 Pearl Parkway, Boulder, Colorado 80301.** |
| State the term remaining | |
| List the contract number of any government contract | **5395 Pearl Parkway, LLC 1919 14th Street, Suite 800 Boulder, CO 80302** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest | **Paper Management Agreement dated October 22, 2014, by and between All Copy Products, Inc. and Sklar Exploration Company L.L.C, as amended on December 12, 2014 and February 27, 2015.** **All Copy Products, Inc. 4141 Colorado Blvd. Denver, CO 80216** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Sklar Exploration Company, LLC** | | Case number (*if known*) | **20-12377-EEB** |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract     _____ | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Alabama Offices**<br><br>**Office Lease Agreement dated April 26, 2018, by and between Brewton Area Properties, LLC, as Lessor, and Sklar Exploration Company L.L.C., as Lessee, pursuant to which Lessor leased to Lessee the office building located at 319 Belleville Avenue, Brewton, Alabama.** | |
|---|---|---|---|
| | State the term remaining | | **Brewton Area Properties<br>Attn: Thomas McMillan<br>P.O. Box 809<br>Brewton, AL 36427** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Confidential Employment Separation Agreement dated November 20, 2018, by and between David Barlow, an individual, Daboil Resources, L.C., Ansaben Trust, Sklar Exploration Company L.L.C., Sklarco L.L.C. and Howard F. Sklar, individually.** | |
|---|---|---|---|
| | State the term remaining | | **David A. Barlow<br>321 Paseo Encinal Street<br>San Antonio, TE 78212** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement dated April 1, 2020, by and between Enterprise Computing Services, LLC and Sklar Exploration Company L.L.C.** | |
|---|---|---|---|
| | State the term remaining | | **Enterprise Computing Services, LLC<br>347 Bert Kouns Industrial Loop<br>Shreveport, LA 71106** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Sklar Exploration Company, LLC** | | Case number (*if known*) | **20-12377-EEB** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Agency Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Howard F. Sklar Trust** |
| | List the contract number of any government contract | | **5395 Pearl Parkway** **Suite 200** **Boulder, CO 80301** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Premium Finance Agreement - Promissory Note dated March 2, 2020, by and between J&H Insurance Services, Inc., as Agent, and Sklar Exploration Company L.L.C., as Insured** | |
|---|---|---|---|
| | State the term remaining | | **J and H Insurance Services, Inc.** |
| | List the contract number of any government contract | | **510 N. Valley Mills Road, Suite 701** **Waco, TX 76710** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Premium Finance Agreement - Promissory Note dated August 2, 2019 by and between J&H Insurance Services, Inc., as Agent, and Sklar Exploration Company L.L.C., as Insured** | |
|---|---|---|---|
| | State the term remaining | | **J and H Insurance Services, Inc.** |
| | List the contract number of any government contract | | **510 N. Valley Mills Road, Suite 701** **Waco, TX 76710** |

| Debtor 1 | **Sklar Exploration Company, LLC** | | Case number (*if known*) | **20-12377-EEB** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Shreveport Offices** | |
|---|---|---|---|
| | | **Office Lease dated February 8, 1999, between SM Brell, LP, as Landlord, and Sklar Exploration Company L.L.C., as Tenant, as amended by that certain Lease Amendment No. 1 dated April 3, 2000, and that certain Lease Amendment No. 2 dated October 17, 2000, and that certain Third Amendment to Lease Agreement dated March 30, 200l, and that certain Fourth Amendment to Lease dated July 19, 2004, and that certain Fifth Amendment to Lease dated March 12, 2006, and that certain Sixth Amendment to Lease dated November 21, 2007, and that certain Seventh Amendment to Lease dated April 18, 2008, and that certain Eighth Amendment to Lease dated May 26, 2011, and that certain Ninth Amendment to Lease dated September 16, 2016, pursuant to which Landlord leased to Tenant certain premises in the building, Suite 1601, 1605, 1615 and 1620, known as the Louisiana Tower Office Building located at 401 Edwards Street, Shreveport, Louisiana 71101.** | |
| | State the term remaining | | **Louisiana Tower Operating c/o Kean Miller Attn: Mark Mese Il City Plaza, 400 Convention Street Baton Rouge, LA 70802** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Sklar Exploration Company, LLC** | | Case number (*if known*) | **20-12377-EEB** |
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease Agreement dated December 14, 2018, by and between Sklar Exploration Company L.L.C., as Tenant, and Redwave Energy, Inc., as Subtenant, concerning a sublease of certain office space at 5395 Pearl Parkway, Suite 200, Boulder, CO 80301.** | |
| | State the term remaining | | **RedWave Energy, Inc.** |
| | List the contract number of any government contract | | **Attn: Jim Nelson 1041 Mackenzie Place Wheaton, IL 60187** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Various Printer Leases** | |
| | State the term remaining | | **Ricoh Americas Corporation** |
| | List the contract number of any government contract | | **300 Eagleview Blvd Exton, PA 19341** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Each Material Contract is more particularly described in the attached list of material agreements** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **See attached** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Support.com Small Business Support Services Agreement dated October 22, 2013, by and between Support.com, Inc. and Sklar Exploration Company L.L.C.** | |
| | State the term remaining | | **Support.com, Inc.** |
| | List the contract number of any government contract | | **Attn: Chief Financial Officer 900 Chesapeake Drive, 2nd Floor Redwood City, CA 94063** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

## MATERIAL AGREEMENTS

### (Sklar Exploration Company, LLC)

1. Participation Agreement dated effective as of January 23, 2015 covering the Brewton Prospect, Escambia County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration LLC, et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated January 23, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

2. Letter Agreement dated March 6, 2015 amending the Brewton Prospect Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration, LLC, et al., as Participants

3. Second Amendment to Brewton Prospect Participation Agreement and JOA dated effective as of January 23, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration, LLC, et al., as Participants

4. Amended And Restated Participation Agreement dated effective as of April 8, 2015 covering the Mt. Carmel Prospect, Escambia County, AL and Santa Rosa County, FL, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated April 8, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

5. JOA (AAPL 610-1982) dated July 1, 2008, covering NW/4 Section 17, T4N, R13E, Conecuh County, AL (Craft Mack 17-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators

6. Unit Agreement dated March 20, 2014 concerning operation of the Little Cedar Creek Oil Unit II, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

7. Unit Operating Agreement dated March 20, 2014 concerning operation of the Little Cedar Creek Oil Unit II, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

8. Gas Purchase Contract dated September 23, 2014, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Little Cedar Creek Oil Unit II, as Buyer, and the North Beach Prospect Working Interest Owners, as Sellers

9. Gas Purchase Contract dated September 23, 2014, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Little Cedar Creek Oil Unit II, as Buyer, and the Escambia Prospect Working Interest Owners, as Sellers

10. Gas Purchase Contract dated April 6, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Shipps Creek Prospect Working Interest Owners, as Sellers

11.     Unit Agreement dated October 1, 2016 concerning operation of the Little Cedar Creek Oil Unit IV, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

12.     Unit Operating Agreement dated October 1, 2016 concerning operation of the Little Cedar Creek Oil Unit IV, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

13.     Participation Agreement covering the Escambia Prospect (Escambia and Conecuh Counties, AL), by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 1, 2006 covering the Escambia Prospect (Escambia and Conecuh Counties, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

14.     Amendment to Operating Agreement dated effective as of November 1, 2011 covering the Escambia Prospect (Escambia and Conecuh Counties, Alabama), by and between Sklar Exploration Company L.L.C., et al., which Amendment extended the term of the AMI and added additional lands to the Contract Area and AMI

15.     JOA (AAPL 610-1982) dated March 1, 2011, covering NE/4 Section 31, T4N, R13E, Conecuh County, AL (Mary-Mack 31-2 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators

16.     Farmout Agreement dated February 15, 2011, covering the SE/4 Section 29, T4N, R13E, Conecuh County, AL (Thomasson 29-10 #1), by and between Anderson Exploration Energy Company, L.C., et al., as Farmor, and Sklar Exploration Company L.L.C., as Farmee

17.     JOA (AAPL 610-1982) dated February 15, 2011, covering the SE/4 Section 29, T4N, R13E, Conecuh County, AL (Thomasson 29-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators

18.     JOA (AAPL 610-1982) dated May 1, 2011, covering the SE/4 Section 35, T4N, R12E, Conecuh County, AL (CCL&T 35-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

19.     JOA (AAPL 610-1982) dated July 1, 2011, covering the NE/4 Section 30, T4N, R13E, Conecuh County, AL (Ralls 30-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

20.     JOA (AAPL 610-1982) dated September 15, 2011, covering the NE/4 Section 30, T4N, R13E, Conecuh County, AL (Ralls 30-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and BSAP I, Inc., et al., as Non-Operators

21.     JOA (AAPL 610-1982) dated December 7, 2011, covering NW/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-6 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C. and BSAP I, Inc., as Non-Operators

22.   JOA (AAPL 610-1982) dated December 7, 2011, covering NW/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-6 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., Pruet Production Co., and Midroc Operating Company and others, as Non-Operators

23.   JOA (AAPL 610-1982) dated February 1, 2012, covering NE/4 Section 33, T4N, R12E, Conecuh County, AL (CCL&T 33-2 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

24.   JOA (AAPL 610-1982) dated March 15, 2012, covering NE/4 Section 34, T4N, R12E, Conecuh County, AL (Grady 34-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

25.   JOA (AAPL 610-1982) dated June 1, 2012, covering NW/4 Section 34, T4N, R12E, Conecuh County, AL (Jones 34-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Texar Exploration, LLC, et al., as Non-Operators

26.   JOA (AAPL 610-1982) dated March 15, 2012, covering NW/4 Section 35, T4N, R12E, Conecuh County, AL (CCL&T 35-5 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Avery Producing, LLC, et al., as Non-Operators

27.   JOA (AAPL 610-1982) dated May 1, 2012, covering SE/4 Section 34, T4N, R12E, Conecuh County, AL (Grady 34-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

28.   JOA (AAPL 610-1982) dated July 13, 2012, covering NW/4 Section 4, T3N, R12E, Escambia County, AL (CCL&T 4-3 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

29.   JOA (AAPL 610-1982) dated January 10, 2013, covering SE/4 Section 4, T4N, R13E, Conecuh County, AL (CCL&T 32-9 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

30.   JOA (AAPL 610-1982) dated April 1, 2013, covering SW/4 Section 36, T4N, R12E, Conecuh County, AL (Kennedy 36-12 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

31.   JOA (AAPL 610-1982) dated February 17, 2014, covering SW/4 Section 33, T4N, R13E, Conecuh County, AL (Thomasson 33-12 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

32.   JOA (AAPL 610-1982) dated August 1, 2014, covering SE/4 Section 2, T3N, R12E, Escambia County, AL (CCL&T 2-9 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Central Petroleum, Inc., et al., as Non-Operators

33.   JOA (AAPL 610-1982) dated September 1, 2014, covering NW/4 Section 3, T3N, R13E, Conecuh County, AL (CCL&T 3-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

34. JOA (AAPL 610-1982) dated August 15, 2014, covering NE/4 Section 4, T3N, R13E, Conecuh County, AL (CCL&T 4-1 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

35. Unit Agreement dated May 11, 2015 concerning operation of the Fishpond Oil Unit, Fishpond Field, Escambia County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

36. Unit Operating Agreement dated May 11, 2015 concerning operation of the Fishpond Oil Unit, Fishpond Field, Escambia County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

37. Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the North Beach Prospect Working Interest Owners, as Sellers

38. Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Escambia Prospect Working Interest Owners, as Sellers

39. Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Shipps Creek Prospect Working Interest Owners, as Sellers

40. Participation Agreement covering the Shipps Creek Prospect (Conecuh & Escambia Counties, AL) dated effective as of June 1, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "F" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated June 1, 2012 covering the Shipps Creek Prospect (Conecuh & Escambia Counties, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

41. Agreement to Participate in 3D Seismic Acquisition and To Share Information dated effective as of June 1, 2012, by and between Sklar Exploration Company L.L.C., the Shipps Creek Prospect Participants, the Escambia Prospect Participants and Windancer Operating of Alabama, LLC

42. Letter Agreement dated August 14, 2015 regarding Extension of Shipps Creek Prospect AMI and Acquisition of Additional Seismic Data, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, as amended by that certain Correction Letter dated August 18, 2015, by and between the same parties

43. Letter Agreement dated May 23, 2017 regarding Shipps Creek Prospect AMI Extension, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for a 1 year extension of the AMI.

44. Letter Agreement dated May 16, 2018 regarding Shipps Creek Prospect AMI Extension (Second Extension), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for an additional 1 year extension of the AMI.

45. Letter Agreement dated April 23, 2019 regarding Shipps Creek Prospect AMI Extension (Third Extension), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for an additional 1 year extension of the AMI.

46. Participation Agreement covering the Castleberry Prospect (Conecuh County, AL) dated effective as of November 7, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 7, 2012 covering the Castleberry Prospect (Conecuh County, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

47. Participation Agreement covering the L-Pond Prospect (Conecuh County, AL) dated effective as of November 7, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 7, 2012 covering the L-Pond Prospect (Conecuh County, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

48. Gathering Agreement dated November 16, 2011, by and between Sklar Exploration Company L.L.C., as Gatherer, and CDM MAX, LLC, as Plant Operator, concerning gas gathering from the Fletcher Petroleum Corp. Godwin 36-1 #1 well

49. First Amendment to Gas Gathering Agreement dated April 21, 2015 and Second Amendment to Gas Gathering Agreement dated September 1, 2016, by and between Sklar Exploration Company L.L.C., as Gatherer, and Plains Gas Solutions, LLC, formerly known as CDM MAX, LLC, as Plant Operator, concerning the gathering of gas from the Fletcher Petroleum Corp. Godwin 36-1 #1 well

50. Gas Purchase Contract dated August 7, 2009, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller

    a.   Counterparties:       Southeast Alabama Gas District
                                   715 Dr. MLK Jr. Expressway
                                   Andalusia, Alabama 36420
                                   Attn: Greg Henderson

51. Pipeline Construction Agreement dated August 7, 2009, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller, concerning the construction of a pipleline from Seller's North Beach Plant to the Castleberry Extension

    a.   Counterparties:       Southeast Alabama Gas District
                                   715 Dr. MLK Jr. Expressway
                                   Andalusia, Alabama 36420
                                   Attn: Greg Henderson

52. First Amendment to Gas Purchase Contract dated April 28, 2010, by and between the Southeast Alabama Gas District, as Buyer and Sklar Exploration Company L.L.C., as Seller

    a.   Counterparties:       Southeast Alabama Gas District
                                   715 Dr. MLK Jr. Expressway
                                   Andalusia, Alabama 36420
                                   Attn: Greg Henderson

53. Gas Purchase Contract (South Field) dated June 1, 2011, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller

a.   Counterparties:       Southeast Alabama Gas District
                           715 Dr. MLK Jr. Expressway
                           Andalusia, Alabama 36420
                           Attn: Greg Henderson

54.   JOA (AAPL 610-1982) dated August 1, 2015, covering Sections 1 & 2, T13N, R7W, Natchitoches Parish, LA (Rushing Et Al #2), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

55.   JOA (AAPL 610-1982) dated January 1, 2016 (East Castor Prospect), covering certain property in, T14N, R7W, Bienville Parish, LA (Echo Papa 10-10 #1 and JB Evans 11-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

56.   Letter Agreement dated April 29, 2016 regarding Amendment East Castor Prospect JOA, by and between Sklar Exploration Company L.L.C., as Operator, and AEEC II, LLC, et al., as Non-Operators

57.   Partial Termination of Restated Participation Agreement (Bodcaw 3D Project) dated effective as of March 1, 2016, by and between AEEC II, LLC et al.

58.   Termination of Restated Participation Agreement (Bodcaw 3D Project) dated effective as of December 1, 2018, by and between AEEC II, LLC et al.

59.   Participation Agreement covering the Red River Prospect (Caddo & Bossier Parishes, LA) dated effective as of April 1, 2006, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (AAPL Form 610-1982) dated April 1, 2006, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

60.   JOA (AAPL 610-1982) dated February 15, 1999, covering S/2 of Section 16 and N/2 of Section 21, T18N, R7W, Bienville Parish, LA (Willamette 21 #1), by and between Brammer Engineering, Inc., as Operator, and Wheless TDL Exploration Company, L.L.C., et al., as Non-Operators

61.   Participation Agreement dated effective as of December 1, 2012 covering the West Bryceland Saddle Prospect, by and between AEEC II, L.L.C., Sklar Exploration Company L.L.C., Sklarco L.L.C., and Marshall-Wuellner, Inc., which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated December 1, 2012, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

62.   JOA (AAPL 610-1982) dated May 26, 2004, covering Section 28, T18N, R6W, Bienville Parish, LA (Cindy Lou Cloyd 28 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

63.   JOA (AAPL 610-1982) dated February 1, 2008, covering Section 34, T19N, R6W, Bienville & Claiborne Parishes, LA (CS Shaffer 34 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

64.     JOA (AAPL 610-1982) dated August 15, 2007, covering Section 33, T18N, R6W, Bienville Parish, LA (JC Merritt #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

65.     JOA (AAPL 610-1982) dated May 1, 2009, covering Section 33, T19N, R6W, Claiborne Parish, LA (Kimberly Lay 33 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

66.     JOA (AAPL 610-1982) dated March 5, 2003, covering Section 3, T18N, R6W, Bienville Parish, LA (LA Minerals #1 Alt), by and between Cypress Operating, Inc., as Operator, and Sklarco L.L.C., et al., as Non-Operators

67.     Operating Agreement of West Arcadia Pipeline L.L.C. dated effective as of July 20, 2009, by and between Sklarco L.L.C., McCombs Energy, LTD., and Tensas Delta Exploration Company, LLC, as Members of the Company

        a.    Counterparties:        Tensas Delta Exploration Company, LLC
                                      333 Texas Street, Suite 2121
                                      Shreveport, Louisiana 71101

                                      McCombs Energy LTD
                                      Attn: Gary Woods
                                      750 E. Mulberry Ave. Suite 403
                                      San Antonio, Texas 78212

68.

69.     Assignment And Bill of Sale dated effective as of September 1, 2009, by and between Tensas Delta Exploration Company, LLC and Sklar Exploration Company L.L.C., as Assignors, and West Arcadia Pipeline L.L.C., as Assignee

        a.    Counterparties:        West Arcadia Pipeline L.L.C.
                                      401 Edwards Street, Suite 1601
                                      Shreveport, Louisiana 71101

                                      Tensas Delta Exploration Company, LLC
                                      333 Texas Street, Suite 2121
                                      Shreveport, Louisiana 71101

70.     Assignment And Bill of Sale dated effective as of September 1, 2009, by and between McCombs Energy, LTD. And Sklarco L.L.C., as Assignors, and West Arcadia Pipeline L.L.C., as Assignee

        a.    Counterparties:        West Arcadia Pipeline L.L.C.
                                      401 Edwards Street, Suite 1601
                                      Shreveport, Louisiana 71101

                                      McCombs Energy LTD
                                      Attn: Gary Woods
                                      750 E. Mulberry Ave. Suite 403
                                      San Antonio, Texas 78212

71.     Natural Gas Purchase and Sale Agreement dated September 1, 2009, by and between Texla Energy Management, Inc., as Buyer, and Sklar Exploration Company L.L.C., as Seller

      a.   Counterparties:       Texla Energy Management, Inc.
1100 Louisiana, Suite 4700
Houston, TX 77002

72.     Gas Gathering Agreement dated effective as of October 1, 2009, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

      a.   Counterparties:       West Arcadia Pipeline L.L.C.
401 Edwards Street, Suite 1601
Shreveport, Louisiana 71101
Texla Energy Management, Inc.
1100 Louisiana, Suite 4700
Houston, TX 77002

73.     First Amendment to Gas Gathering Agreement dated December 16, 2009, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

      a.   Counterparties:       West Arcadia Pipeline L.L.C.
401 Edwards Street, Suite 1601
Shreveport, Louisiana 71101

Texla Energy Management, Inc.
1100 Louisiana, Suite 4700
Houston, TX 77002

74.     Agreement to Distribute Proceeds dated December 16, 2009, by and between West Arcadia Pipeline L.L.C., as Gatherer, Texla Energy Management, Inc., as Buyer, and Sklar Exploration Company L.L.C. and Tensas Delta Exploration Company, LLC, as Sellers

      a.   Counterparties:       West Arcadia Pipeline L.L.C.
401 Edwards Street, Suite 1601
Shreveport, Louisiana 71101

Texla Energy Management, Inc.
1100 Louisiana, Suite 4700
Houston, TX 77002

75.     Second Amendment to Gas Gathering Agreement dated November 1, 2010, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

      a.   Counterparties:       West Arcadia Pipeline L.L.C.
401 Edwards Street, Suite 1601
Shreveport, Louisiana 71101

Texla Energy Management, Inc.
1100 Louisiana, Suite 4700
Houston, TX 77002

76.     Third Amendment to Gas Gathering Agreement dated June 11, 2014, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

a.  Counterparties:      West Arcadia Pipeline L.L.C.
401 Edwards Street, Suite 1601
Shreveport, Louisiana 71101

Texla Energy Management, Inc.
1100 Louisiana, Suite 4700
Houston, TX 77002

77.  Participation Agreement dated effective as of March 1, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Resource Ventures, LLC, et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

78.  Participation Agreement dated effective as of June 30, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Petro-Chem Operating Co., Inc., et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

79.  Participation Agreement dated effective as of June 30, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Tiembo, LTD., et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

80.  JOA dated April 17, 1997, covering Sections 19-22, 25-29 and 36-41, T17N, R4E, and Sections 2-7, T16N, R4E, Warren County, Mississippi (Feld Heirs #1 and Feld Heirs #3), by and between Stroud & Luke Production Company, as Operator, and Robert A. Stroud LLC, et al., as Non-Operators

81.  Participation and Exploration Agreement dated effective as of October 1, 2013 covering the West Tyler 3D Seismic Prospect, Smith County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1989) dated October 1, 2013 covering the Swan Prospect, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

82.  Letter Agreement dated January 7, 2014 regarding amendments to West Tyler 3D Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators

83.  Letter Agreement dated October 30, 2014 regarding amendments to West Tyler 3D Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators

84.  Participation Agreement dated effective as of March 1, 2013 covering the South Woodlawn Prospect, Marion County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating

Agreement (AAPL Form 610-1989) dated March 1, 2013, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

85. Letter Agreement dated May 23, 2013 regarding amendments to Participation Agreement and JOA (South Woodlawn Prospect), Marion County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators

86. Farmout Agreement dated January 7, 2014, by and between Penn Virginia Oil & Gas, L.P., as Farmor, and Sklar Exploration Company L.L.C., as Farmee covering certain oil, gas and mineral leases located in Marion County, TX

    a. Counterparties:     Penn Virginia Oil & Gas, L.P.
                                  840 Gessner, Suite 800
                                  Houston, Texas 77024

87. Letter Agreement dated March 14, 2014, by and between Sklar Exploration Company L.L.C., as Farmee and Penn Virginia Oil & Gas, L.P., as Farmor, amended certain terms in the Farmout Agreement

    a. Counterparties:     Penn Virginia Oil & Gas, L.P.
                                    840 Gessner, Suite 800
                                  Houston, Texas 77024

88. JOA (AAPL 610-1982) dated October 20, 1999, covering the Steeles Creek Prospect, Limestone County, TX, by and between Sklar-Tex L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

89. JOA (AAPL 610-1982) dated November 1, 2009, covering the Claude Hayes Unit, Willow Springs Field, Gregg County, TX, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

90. Participation Agreement dated effective as of July 1, 2014 covering the Mule Creek and Bridge Creek Prospects, Niobrara County, Wyoming, by and between Sklar Exploration Company L.L.C., as Operator, and G&H Production Company, LLC, et al., as Participants, which includes as Exhibit "D-1" an Operating Agreement (AAPL Form 610-1989) dated July 1, 2014 covering the Mule Creek Prospect and as Exhibit "D-2" an Operating Agreement (AAPL Form 610-1989) covering the Bridge Creek Prospect

91. First Amendment to Participation Agreement (Mule Creek & Bridge Creek Prospects) dated effective January 1, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and G&H Production Company, LLC, et al., as Participants

92. Participation Agreement dated July 1, 2017 covering the South Harmony Prospect, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., as Participant, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1989) dated July 1, 2017, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

93. Crude Oil Purchase Contract (PMLP Contract No. 3796-1005) dated September 20, 2011, but effective as of July 1, 2011, by and between Sklar Exploration Company L.L.C., as Seller, and Plains Marketing, L.P., as Buyer

     a.   Counterparties:     Plains Marketing, LP
                                       12700 Hillcrest Road, Suite 158
                                       Dallas, Texas 75230

94.    Crude Oil Exchange Contract (PMLP Contract No. 3796-1007) dated September 20, 2011, but effective as of July 1, 2011, by and between Sklar Exploration Company L.L.C., as Seller, and Plains Marketing, L.P., as Buyer

     a.   Counterparties:     Plains Marketing, LP
                                         12700 Hillcrest Road, Suite 158
                                       Dallas, Texas 75230

95.    Base Contract for Sale and Purchase of Natural Gas dated October 1, 2016, by and between GEP Haynesville, LLC, as Buyer, and Sklar Exploration Company L.L.C., as Seller.

     a.   Counterparties:     GEP Haynesville, LLC
                                         Attn: Larry Gregory
                                       1425 Lake Front Circle
                                       The Woodlands, TX 77380

96.    Interconnect Agreement dated October 5, 2016, by and between Gulf South Pipeline Company, LP and Sklar Exploration Company L.L.C. concerning the construction, operation and maintenance of certain interconnecting facilities in Bienville Parish, Louisiana.

     a.   Counterparties:     Gulf South Pipeline Company, LP
                                         Attn: Legal Dept
                                       9 Greenway Plaza, Suite 2800
                                       Houston, TX 77046

97.    Participation Agreement dated effective as of February 20, 2019 covering the North Pachuta Prospect, Clarke County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (AAPL Form 610-1989) dated February 20, 2019, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

98.    Participation Agreement dated effective as of July 1, 2019 covering the Bowdoin Dome Prospect, Phillips and Valley Counties, Montana, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "A" a Restated Farmout Agreement dated effective as of May 21, 2019, by and between Twin Bridges Resources, LLC and Charter Energy Partners, LLC, as Farmees, and Scout Energy Partners II, LP, as Farmor

99.    JOA (AAPL 610-1982) dated December 15, 2019, covering the E ½ of Section 35 and W ½ of Section 36 (Castleberry Prospect), Township 4 North, Range 10 East, Conecuh County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

100.   Unit Agreement dated November 1, 2018 concerning operation of the Southwest Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

101.  Unit Operating Agreement dated November 1, 2018 concerning operation of the Southwest Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

102.  Unit Agreement dated November 1, 2018 concerning operation of the Southeast Brooklyn Oil Unit II, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

103.  Unit Operating Agreement dated November 1, 2018 concerning operation of the Southeast Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

104.  Y-Grade Purchase Agreement dated January 21, 2020, by and between Concord Energy, LLC, as Purchaser, and Sklar Exploration Company L.L.C., as Seller, concerning the purchase and sale of certain Y-Grade products in Conecuh County, Alabama

    a.  Counterparties:    Concord Energy LLC
                                      Attn: Kyle McKinnell
                                      1401 17th Street, Suite 500
                                      Denver, CO 80202

105.  Condensate Purchase Agreement dated January 21, 2020, by and between Concord Energy, LLC, as Purchaser, and Sklar Exploration Company L.L.C., as Seller, concerning the purchase and sale of certain condensate products in Conecuh County, Alabama

    a.  Counterparties:    Concord Energy LLC
                                        Attn: Kyle McKinnell
                                      1401 17th Street, Suite 500
                                      Denver, CO 80202

106.  Asset Transfer Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the transfer of ownership of the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

    a.  Counterparties:    Plains Gas Solutions, LLC
                                        Attn: General Counsel
                                      333 Clay Street, Suite 1600
                                      Houston, TX 77002

107.  Assignment and Assumption Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the assignment of certain rights and obligations relating to the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

    a.  Counterparties:    Plains Gas Solutions, LLC
                                        Attn: General Counsel
                                      333 Clay Street, Suite 1600
                                      Houston, TX 77002

108.    Bill of Sale dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the transfer of ownership of the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

    a.   Counterparties:        Plains Gas Solutions, LLC
                                            Attn: General Counsel
                                            333 Clay Street, Suite 1600
                                            Houston, TX 77002

109.    Termination Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the termination of certain Service Agreements for the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

    a.   Counterparties:        Plains Gas Solutions, LLC
                                            Attn: General Counsel
                                            333 Clay Street, Suite 1600
                                            Houston, TX 77002

110.    Custody Transfer Certificate dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the transfer of custody of certain NGL and condensate products at the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

    a.   Counterparties:        Plains Gas Solutions, LLC
                                            Attn: General Counsel
                                            333 Clay Street, Suite 1600
                                            Houston, TX 77002

111.    Termination Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning termination of a lease covering certain real property in Conecuh County, Alabama

    a.   Counterparties:        Plains Gas Solutions, LLC
                                            Attn: General Counsel
                                            333 Clay Street, Suite 1600
                                            Houston, TX 77002

112.    Termination Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the termination of a Condensate Processing Agreement dated August 18, 2014

    a.   Counterparties:        Plains Gas Solutions, LLC
                                            Attn: General Counsel
                                            333 Clay Street, Suite 1600
                                            Houston, TX 77002

113.    Amended and Restated Interruptible Gas Gathering and Processing Service Agreement North Beach Plant Conecuh County, Alabama between Plains Gas Solutions, LLC and Fletcher Petroleum Corp., dated July 1, 2014

    a.   Counterparties:        Fletcher Petroleum Corp.
                                            Attn: Rick Fletcher, CEO

25 Spring Run Dr.
Fairhope, AL 36532

114.  Gas Contract Compression Agreement dated as of April 25, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 005)

    a.  Counterparties:    Kodiak Gas Services, LLC
        Attn: Legal Dept.
        15320 Hwy 105 W, Suite 210
        Montgomery, TX 77356

115.  Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 009)

    a.  Counterparties:    Kodiak Gas Services, LLC
        Attn: Legal Dept.
        15320 Hwy 105 W, Suite 210
        Montgomery, TX 77356

116.  Gas Contract Compression Agreement dated as of January 5, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0011)

    a.  Counterparties:    Kodiak Gas Services, LLC
        Attn: Legal Dept.
        15320 Hwy 105 W, Suite 210
        Montgomery, TX 77356

117.  Gas Contract Compression Agreement dated as of January 30, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0012)

    a.  Counterparties:    Kodiak Gas Services, LLC
        Attn: Legal Dept.
        15320 Hwy 105 W, Suite 210
        Montgomery, TX 77356

118.  Gas Contract Compression Agreement dated as of January 30, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0013)

    a.  Counterparties:    Kodiak Gas Services, LLC
        Attn: Legal Dept.
        15320 Hwy 105 W, Suite 210
        Montgomery, TX 77356

119.  Compression Operations Agreement, dated March 2, 2018, between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC and/or affiliates (Unit #5011)

    a.  Counterparties:    Kodiak Gas Services, LLC
        Attn: Legal Dept.
        15320 Hwy 105 W, Suite 210
        Montgomery, TX 77356

120. Gas Contract Compression Agreement dated as of January 5, 2012, between Kodiak Gas Services, LLC and CDM Max, LLC (Unit #11011)

    a. Counterparties:    Kodiak Gas Services, LLC
           Attn: Legal Dept.
           15320 Hwy 105 W, Suite 210
           Montgomery, TX 77356

121. Gas Contract Compression Agreement dated as of January 30, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12012)

    a. Counterparties:    Kodiak Gas Services, LLC
           Attn: Legal Dept.
           15320 Hwy 105 W, Suite 210
           Montgomery, TX 77356

122. Gas Contract Compression Agreement dated as of January 30, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12013)

    a. Counterparties:    Kodiak Gas Services, LLC
           Attn: Legal Dept.
           15320 Hwy 105 W, Suite 210
           Montgomery, TX 77356

123. Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0006)

    a. Counterparties:    Kodiak Gas Services, LLC
           Attn: Legal Dept.
           15320 Hwy 105 W, Suite 210
           Montgomery, TX 77356

124. Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0007)

    a. Counterparties:    Kodiak Gas Services, LLC
           Attn: Legal Dept.
           15320 Hwy 105 W, Suite 210
           Montgomery, TX 77356

125. Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0008)

    a. Counterparties:    Kodiak Gas Services, LLC
           Attn: Legal Dept.
           15320 Hwy 105 W, Suite 210
           Montgomery, TX 77356

126. Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12-0006)

     a.   Counterparties:    Kodiak Gas Services, LLC
                                     Attn: Legal Dept.
                                     15320 Hwy 105 W, Suite 210
                                     Montgomery, TX 77356

127.   Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12-0007)

     a.   Counterparties:    Kodiak Gas Services, LLC
                                       Attn: Legal Dept.
                                     15320 Hwy 105 W, Suite 210
                                     Montgomery, TX 77356

128.   Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12-0008)

     a.   Counterparties:    Kodiak Gas Services, LLC
                                       Attn: Legal Dept.
                                     15320 Hwy 105 W, Suite 210
                                     Montgomery, TX 77356

129.   Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12-0009)

     a.   Counterparties:    Kodiak Gas Services, LLC
                                       Attn: Legal Dept.
                                     15320 Hwy 105 W, Suite 210
                                     Montgomery, TX 77356

130.   Master Agreement dated April 17, 2012, by and between P2ES Holdings, LLC, and Sklar Exploration Company L.L.C, as amended by Tobin All-Access Order Form dated April 30, 2018.

     a.   Counterparties:    P2ES Holdings, LLC
                                       Attn: General Counsel
                                     1670 Broadway, Suite 2900
                                     Denver, CO 80202

131.   PetroDE Order Form dated July 20, 2018, by and between Vesmir, Inc. and Sklar Exploration Company L.L.C.

     a.   Counterparties:    Vesmir, Inc.
                                         2150 W 6th Ave., Suite H
                                     Broomfield, CO 80020

132.   IADC Drilling Bid Proposal and Daywork Drilling Contract dated September 19, 2019, by and between Sklar Exploration Company L.L.C, as Operator, and Stoneham Drilling Corporation, as Contractor.

     a.   Counterparties:    Stoneham Drilling Corporation
                                       707 17th Street, Suite 3250
                                   Denver, CO 80202

133. GPIS Software Subscription Agreement dated February 26, 2020, by and between Exigent Information Solutions, LLC and Sklar Exploration Company L.L.C.

    a.   Counterparties:       Exigent Information Solutions, LLC
                                     8310 S. Valley Highway, Suite 300
                                     Englewood, CO 80112

134. Mineral & Royalty Acquisition Agreement dated June 24, 2019, by and between Sklar Exploration Company L.L.C. and Maevlo Company, LLC.

    a.   Counterparties:       Maevlo Company, LLC
                                     Attn: Matthew Montgomery
                                     P.O. Box 287
                                     6140 S. Gun Club Rd K6
                                     Aurora, CO 80237

135. Gas Gathering Agreement dated September 16, 2016, by and between Sklar Exploration Company L.L.C., as Gatherer, Sklarco L.L.C., as Farmor, and McCombs Energy, LTD., as Farmee.

    a.   Counterparties:       McCombs Energy LTD
                                       Attn: Gary Woods
                                     750 E. Mulberry Ave. Suite 403
                                   San Antonio, Texas 78212

136. Crude Oil Purchase Contract dated November 1, 2013, by and between Sklar Exploration Company L.L.C. and Goodway Refining LLC.

    a.   Counterparties:       Goodway Refining, LLC
                                     Attn: Roger Chapman
                                     P.O. Box 649
                                   Brewton, AL 36427

137. Master Gas Purchase Contract dated September 20, 2018, by and between The Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C. and Pruet Production Co., as Sellers.

    a.   Counterparties:       The Southeast Alabama Gas District
                                     Attn: J. Gregory Henderson
                                   715 Dr. MLK Jr. Expressway
                                   Andalusia, Alabama 36420

138. Amended and Restated JOA (AAPL 610-1982) dated December 15, 2019, covering the E/2 of Section 35 and W/2 of Section 36 (Myrtice Ellis Et Al 35-9 #1 well), Township 4 North, Range 10 East, Conecuh County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

139. JOA (AAPL 610-1989) dated July 15, 2019, covering the Bowdoin Dome Initial Block, Phillips County, Montana, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

**Fill in this information to identify the case:**

Debtor name **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) **20-12377-EEB**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Sklarco, LLC** | **5395 Pearl Parkway Suite 200 Boulder, CO 80301** | **East West Bank Treasury Department** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.2 | **3 Lloyds Exploration Company LLC** | **1847 Broken Bend Drive Westlake, TX 76262** | **See attached** | ☐ D _____ ☐ E/F _____ ■ G ___2.12___ |
| 2.3 | **Accelerated Funding LLC** | **1109 South Congress Ave. West Palm Beach, FL 33406** | **See attached** | ☐ D _____ ☐ E/F _____ ■ G ___2.12___ |
| 2.4 | **AEEC II, L.L.C.** | **333 Texas Street, Suite 2020 Shreveport, LA 71101** | **See attached** | ☐ D _____ ☐ E/F _____ ■ G ___2.12___ |
| 2.5 | **AEH Investments LLC** | **Attn: Angela Harris 333 Texas Street, Ste. 1414 Shreveport, LA 71101-3678** | **See attached** | ☐ D _____ ☐ E/F _____ ■ G ___2.12___ |

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 **Alabama Oil Company** | Attn: Walker Sturdivant, Partner P.O. Box 230 Glendora, MS 38928 | See attached | ☐ D ____ ☐ E/F ____ ■ G __2.12__ |
| 2.7 **Alan Brittain** | 7521 University Drive Shreveport, LA 71105 | See attached | ☐ D ____ ☐ E/F ____ ■ G __2.12__ |
| 2.8 **Alan Sklar Trust** | 5395 Pearl Parkway Suite 200 Boulder, CO 80301 | Howard F. Sklar Trust | ☐ D ____ ☐ E/F ____ ■ G __2.6__ |
| 2.9 **Ansaben Trust** | David A. Barlow, Trustee 321 Paseo Encinal St San Antonio, TX 78212 | See attached | ☐ D ____ ☐ E/F ____ ■ G __2.12__ |
| 2.10 **Apple River Investments, L.L.C.** | Attn: Robert M. Boeve, President 1503 Garfield Road North Traverse City, MI 49696 | See attached | ☐ D ____ ☐ E/F ____ ■ G __2.12__ |
| 2.11 **Aspect Resources, LLC** | 1775 Sherman Street,Suite 2400 Denver, CO 80203 | See attached | ☐ D ____ ☐ E/F ____ ■ G __2.12__ |
| 2.12 **Aspen Energy Inc.** | 161 St. Matthews Avenue, Suite 16 Louisville, KY 40207 | See attached | ☐ D ____ ☐ E/F ____ ■ G __2.12__ |

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.13 | **August C. Erickson Mineral Trust** | 59 Knight Circle, Unit 1<br>Pawleys Island, SC 29585 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G __2.12__ |
| 2.14 | **August C. Erickson Mineral Trust** | 6412 S. Quebec St.<br>Centennial, CO 80111 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G __2.12__ |
| 2.15 | **Babe Development, LLC** | P. O. Box 758<br>Roswell, NM 88202 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G __2.12__ |
| 2.16 | **Bantam Creek LLC** | 4712 Lakeside Drive<br>Colleyville, TX 76034 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G __2.12__ |
| 2.17 | **Barbara M. Sugar Estate** | Thomas P. Youngblood, Exec.<br>PO Box 52149<br>Shreveport, LA 71135 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G __2.12__ |
| 2.18 | **Barnes Creek Drilling, LLC** | 320 Second Street<br>Columbia, MS 39429 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G __2.12__ |
| 2.19 | **Baxterville, LLC** | 4323 Snowberry Lane<br>Naples, FL 34119 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G __2.12__ |
| 2.20 | **Jacob Sklar Trust** | 5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301 | **Howard F. Sklar Trust** | ☐ D _____<br>☐ E/F _____<br>■ G __2.6__ |

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.21 | **Miriam Sklar, LLC** | **Howard F. Sklar Trust** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.6__ |
| 2.22 | **Sklarco, LLC** <br> 5395 Pearl Parkway <br> Suite 200 <br> Boulder, CO 80301 | **5395 Pearl Parkway, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.23 | **Sklarco, LLC** <br> 5395 Pearl Parkway <br> Suite 200 <br> Boulder, CO 80301 | **Howard F. Sklar Trust** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.6__ |
| 2.24 | **Succession of Miriam Mandel Sklar** | **Howard F. Sklar Trust** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.6__ |

---

**Fill in this information to identify the case:**

Debtor name  **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  **20-12377-EEB**

■ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to Filing Date | ■ Operating a business<br>**Revenue from Oil and Gas Sales; Includes Revenue Attributed**<br>■ Other  **to Interest Holders** | **$14,558,673.60** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>**Revenue from Oil and Gas Sales; Includes Revenue Attributed**<br>■ Other  **to Interest Holders** | **$78,596,095.07** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>**Revenue from Oil and Gas Sales; Includes Revenue Attributed**<br>■ Other  **to Interest Holders** | **$85,054,640.52** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to Filing Date | **Payments from Hedging Agreements** | **$173,000.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | Sklar Exploration Company, LLC | | Case number *(if known)* | 20-12377-EEB |
|---|---|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See attached** | **1/1/20-3/31/2 0** | **$10,097,684.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **David A. Barlow**<br>**321 Paseo Encinal Street**<br>**San Antonio, TE 78212**<br>**Former COO** | **April 1, 2019-**<br>**April 1, 2020** | **$64,658.00** | **Payments on Overriding Royalty Interest** |
| 4.2. **Donald Eustes**<br><br>**Geophysicist** | **April 1, 2019**<br>**- 1pril 1, 2020** | **$437,773.00** | **Payments for Expenses $8,960**<br>**Salary $165,000**<br>**Payments on ORRIs $263,813** |
| 4.3. **Cory Ezelle**<br><br>**Exploration Manager** | **April 1, 2019**<br>**- April 1,**<br>**2020** | **$477,400.00** | **Payments for Expenses $4,448**<br>**Salary $207,917**<br>**Payments on ORRIs through company owned by Ezelle $265,075** |
| 4.4. **Tristan Farel**<br><br>**Former Controller** | **April 1, 2019**<br>**- April 1,**<br>**2020** | **$194,634.00** | **Payments for Expenses $1,396**<br>**Salary $193,238** |
| 4.5. **Christopher Farell**<br><br>**Former CFO** | **April 1, 2019**<br>**- April 1,**<br>**2020** | **$26,398.00** | **Payments for ORRIs** |
| 4.6. **Steven Hatcher**<br><br>**VP - Land and Legal** | **April 1, 2019** | **$310,948.00** | **Payments for Expenses $50,699**<br>**Salary $260,249** |
| 4.7. **Marshall Jones**<br><br>**COO** | **April 1, 2019**<br>**- April 1,**<br>**2020** | **$347,290.00** | **Payments for Expenses $32,035**<br>**Salary $315,255** |
| 4.8. **John Strausser**<br><br>**Controller/CFO** | **April 1,**<br>**2019-April 1,**<br>**2020** | **$101,657.00** | **Payments for Expenses $20,109**<br>**Salary $81,548** |

Debtor    **Sklar Exploration Company, LLC**                                  Case number *(if known)*  **20-12377-EEB**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.9.  **Sklarco, LLC** | **April 1, 2019 - April 1, 2020** | **$2,644,700.00** | **See attached** |
| 4.10<br>.  **Miriam Trust**<br><br>**Non-Statutory Insider** | **2019-2020** | **$16,680.00** | |
| 4.11<br>.  **Maren Trust**<br><br>**Non-Statutory Insider** | **2019-2020** | **$3,000.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **GULF COAST MINERAL, LLC ET AL V. EMERALD OIL & MINING CO. ET AL**<br>**21-CV-2019-900011** | **Breach of contract action between working interest owners concerning back-in working interest and override royalty interest. SEC involved only as operator/stakeholder and was paying revenues into Court prior to Ch. 11 filing.** | **Circuit Court of Conecuh County, Alabama**<br>**111 Court St.**<br>**Evergreen, AL 36401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **WILLIE FRANK JONES ET AL V. FRED W. HARTIN ET AL 21-CV-2015-900083** | **Quiet title action between competing mineral owners concerning mineral tract. SEC involved only as operator/stakeholder, holding royalties for benefit of prevailing party.** | **Circuit Court of Conecuh County, Alabama<br>111 Court St.<br>Evergreen, AL 36401** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **NOTICE OF VIOLATION CONCERNING CASTLEBERRY FIELD AREA 1, FACILTIY NO. 103-0021 AND CASTLEBERRY FIELD AREA 2, FACILITY NO. 103-0026** | **Alleged violation of air permits issued by the Alabama Dept. of Environmental Management due to leaking pressure relief safety valves on well production equipment.** | **Alabama Department of Environmental Management<br>1400 Coliseum Blvd.<br>Montgomery, AL 36130** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **PETITION FOR REFUND OF SEVERANCE TAXES** | **Petition by Sklar Exploration Company and Sklarco for the refund of $493,777.91 in excess oil and gas severance taxes paid to the Alabama Department of Revenue concerning the Fishpond Oil Unit in Escambia County, Alabama.** | **Alabama Department of Revenue<br>Business and License Tax Division<br>Severance and License Section<br>P.O. Box 327550<br>Montgomery, AL 36132** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)*  **20-12377-EEB** |
|---|---|---|

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **University of Colorado Foundation**<br>4740 Walnut Street<br>Boulder, CO 80301 | **Atudent-Athlete Excellence Fund for general scholarship** | **5/1/19** | **$10,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.2. | **Ability Connection Colorado Inc**<br>801 Yosemite Street<br>Denver, CO 8020 | **Benefiting the programs and services "Ability Connection Colorado** | **7/19/19** | **$1,250.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.3. | **University of Colorado Athletic Office**<br>372 UCB<br>Boulder, CO 80307 | **Football Season Tickets, Tailgate Experience, Franklin Field Donation** | **3/1/19** | **$13,250.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.4. | **University of Colorado Foundation**<br>2700 Vista Parkway<br>Erie, CO 80516 | **CU on the Links Golf Tournament 2019** | **8/1/19** | **$1,700.00** |
| | Recipients relationship to debtor<br>**None** | | | |

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Lightning strike caused damage to certain electrical equioment for CCL&T 35-15 #1 well** | **$24,258.13** | **June 29,2019** | **$29,258.13** |

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Sklar Exploration Company, LLC**                    Case number *(if known)*   **20-12377-EEB**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kutner Brinen, P.C. 1660 Lincoln Street, Suite 1850 Denver, CO 80264** | **Retainer and Filing Fees** | **March 19, 2020 - $20,000 March 30, 2020 - $100,000** | **$120,000.00** |

Email or website address
**lmk@kutnerlaw.com**

Who made the payment, if not debtor?

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

| Debtor | Sklar Exploration Company, LLC | Case number *(if known)* | 20-12377-EEB |
|---|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

<u>Social Security Numbers and Tax ID Information</u>

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Boulder Self Storage<br>6439 Arapahoe Rd Unit 4012<br>Boulder, CO 80303 | Kate Eggleston 8852<br>Flattop St. Arvada CO 80007<br>Geoff Nenninger  2933 Golden Eagle Circle Lafayette CO 80026 | (1) Box Labelled "Howard's Airplanes"<br>(4) Howard's Painting<br>(1) Black Sqaure Foldable Table<br>(1) Striped Chair<br>(1) Map Table<br>(1) Glass<br>(7) Clear Bins<br>(5) Blue Seated chairs<br>(2) Filing Cabinets | ☐ No<br>■ Yes |

Debtor   **Sklar Exploration Company, LLC**          Case number *(if known)* **20-12377-EEB**

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
| --- | --- |

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Various Interest Holders** | **Debtor's East West Bank Accounts** | **Retention of funds belonging to royalty interest holders and ORRI holders only (not including working interest holders).  Approximate balance attributable to January Revenue is $599,877.05.  Amounts for royalty interest holders and ORRI holders for January and February revenue were paid out on a post-petition basis in accordance with the Orders entered by the Court.** | **$0.00** |
| **Sklarco, LLC**<br>**5395 Pearl Parkway**<br>**Suite 200**<br>**Boulder, CO 80301** | **Debtor's East West Bank Accounts** | **Currently holding funds and A/R arrtibutable to Sklarco, LLC.  Amounts attributable to Sklarco are approximately 20% of cash balance, and A/R from production of $643,351.34** | **Unknown** |

---

| **Part 12:** | **Details About Environment Information** |
| --- | --- |

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐   No.
■   Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |
| **IN RE: SKLAR EXPLORATION COMPANY L.L.C.**<br>**Docket No. CWA-04-2011-5129(b)** | **U.S. Environmental Protection Agency Region 4 Atlanta Federal Center 61 Forsyth Street Atlanta, GA 30303-8960** | **CWA Section 311 Class II Consent Agreement and Final Order concerning spill near Vicksburg, Mississippi** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Sklar Exploration Company, LLC**                                          Case number (if known)  **20-12377-EEB**

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| NOTICE OF VIOLATION CONCERNING CASTLEBERRY FIELD AREA 1, FACILTIY NO. 103-0021 AND CASTLEBERRY FIELD AREA 2, FACILITY NO. 103-0026 | Alabama Department of Environmental Management 1400 Coliseum Blvd. Montgomery, AL 36130 | Alleged violation of air permits issued by the Alabama Dept. of Environmental Management due to leaking pressure relief safety valves on well production equipment. | ☐ Pending ☐ On appeal ■ Concluded |
| NOTICE OF VIOLATION CONCERNING CASTLEBERRY FIELD AREA 4, FACILITY NO. 502-0100 15-054-CAP | Alabama Department of Environmental Management 1400 Coliseum Blvd. Montgomery, AL 36130 | Alleged violation of air permits issued by Alabama Dept. of Environmental Management due to non-approved production equipment. | ☐ Pending ☐ On appeal ■ Concluded |
| NOTICE OF VIOLATION CONCERNING CASTLEBERRY FIELD AREA 3, FACILITY NO. 502-0090 12-038-CAP | Alabama Department of Environmental Management 1400 Coliseum Blvd. Montgomery, AL 36130 | Alleged violation of air permits issued by Alabama Dept. of Environmental Management due to operations conducted without a Temporary Authorization to Operate. | ☐ Pending ☐ On appeal ■ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1.  **TPH Partners II, L.P.**[1] **1111 Bagby St. Suite 4950 Houston, TX 77002-2551** | **Investment** | **EIN:**  80-0812716 **From-To** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

**1 The Debtors' investigation of the ownership of the companies is ongoing and subject to further review and revision as additional information becomes available.**

Debtor   **Sklar Exploration Company, LLC**                                   Case number *(if known)*  **20-12377-EEB**

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Exigent Information Solutions, LLC**<br>**8310 South Valley Highway, Suite 300**<br>**Englewood, CO 80112** | **March 2020-current** |
| 26a.2. | **Plant Moran**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | **2018-Current** |
| 26a.3. | **EKS&H**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | **2018; Acquired by Plant Moran** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

  ☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **Exigent Information Solutions, LLC**<br>**8310 South Valley Highway, Suite 300**<br>**Englewood, CO 80112** | |

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.2. | **EKS&H**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | |

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.3. | **Plant Moran**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

  ☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **EKS&H**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | |
| 26c.2. | **Exigent Information Solutions, LLC**<br>**8310 South Valley Highway, Suite 300**<br>**Englewood, CO 80112** | |
| 26c.3. | **Plant Moran**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | |
| 26c.4. | **Howard Sklar**<br>**5395 Pearl Parkway**<br>**Suite 200**<br>**Boulder, CO 80301** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

  ☐ None

| Debtor | Sklar Exploration Company, LLC | Case number *(if known)* | 20-12377-EEB |

| Name and address |
|---|
| 26d.1. | **East West Bank Treasury Department**<br>**135 North Los Robles Avenue**<br>**Suite 600**<br>**ATTN: Linda Cox**<br>**Pasadena, CA 91101** |
| 26d.2. | **Ford Motor Company**<br>**P.O. Box 650575**<br>**Dallas, TX 75265** |
| 26d.3. | **C&J Energy Services**<br>**3990 Rogerdale**<br>**Houston, TX 77042** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Howard Sklar** | **5395 Pearl Parkway**<br>**Suite 200**<br>**Boulder, CO 80301** | **Manager** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Howard F. Sklar Trust** | **5395 Pearl Parkway**<br>**Suite 200**<br>**Boulder, CO 80301** | **Equity Holder** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Corey Ezelle** | | **VP - Exploration Manager** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **J. Marshall Jones, III** | | **VP & COO** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Steven Hatcher** | | **VP - Land and Legal** | **0%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Sklar Exploration Company, LLC**                    Case number *(if known)*    **20-12377-EEB**

loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Flexjet**<br>**26180 Curtiss Wright Pkwy**<br>**Cleveland, OH 44143** | **$503,173.35** | **2019-2020** | Amounts paid attributed to personal travel expenses of **Howard Sklar** |
|  | Relationship to debtor<br>**None** |  |  |  |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 23, 2020**

**/s/ James Katchadurian**                    **James Katchadurian**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/23/2020 | 11,287.03 | A & B PUMP & SUPPLY, INC. | 01/28/2020 | Goods & Services |
| 02/14/2020 | 3,075.23 | A & B PUMP & SUPPLY, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 4,656.33 | A & B PUMP & SUPPLY, INC. | 02/25/2020 | Goods & Services |
| 02/20/2020 | 3,065.00 | A. F. WHATLEY CONSTRUCTION | 02/26/2020 | Goods & Services |
| 01/23/2020 | 14,210.00 | A1 CONDUCTOR & RATHOLE, LLC | 02/06/2020 | Goods & Services |
| 02/14/2020 | 4,290.00 | A1 CONDUCTOR & RATHOLE, LLC | 03/02/2020 | Goods & Services |
| 02/20/2020 | 3,708.04 | A1 CONDUCTOR & RATHOLE, LLC | 03/20/2020 | Goods & Services |
| 01/16/2020 | 2,171.17 | ACME TRUCK LINE, INC. | 01/22/2020 | Goods & Services |
| 03/23/2020 | 100,285.00 | Acstar Insurance Company | 03/23/2020 | Plug and Abandonment Bond |
| 01/30/2020 | 35,228.19 | AFCO | 02/07/2020 | Insurance |
| 02/27/2020 | 35,228.19 | AFCO | 03/06/2020 | Insurance |
| 03/17/2020 | 25,000.00 | AL Dept of Environmental Mgmt | 03/17/2020 | Government Fine |
| 02/20/2020 | 420.00 | ALABAMA 811 | 02/26/2020 | Goods & Services |
| 01/17/2020 | 194.68 | Alabama Department of Revenue | 01/17/2020 | Taxes |
| 02/20/2020 | 149.78 | Alabama Department of Revenue | 02/20/2020 | Taxes |
| 03/16/2020 | 100.00 | Alabama Department of Revenue | 03/16/2020 | Taxes |
| 03/20/2020 | 149.14 | Alabama Department of Revenue | 03/20/2020 | Taxes |
| 01/16/2020 | 230.74 | ALABAMA POWER PAYMENTS | 01/23/2020 | Utilities |
| 02/14/2020 | 202.95 | ALABAMA POWER PAYMENTS | 02/18/2020 | Utilities |
| 03/23/2020 | 198.30 | ALABAMA POWER PAYMENTS | 03/26/2020 | Utilities |
| 02/20/2020 | 1,639.00 | ALEXANDRIA GRAVEL PRODUCTS | 02/26/2020 | Goods & Services |
| 02/07/2020 | 500.00 | ALEXIS NAN HAYNES | 02/11/2020 | Goods & Services |
| 01/30/2020 | 219.14 | ALL COPY PRODUCTS, INC. | 02/03/2020 | Goods & Services |
| 02/20/2020 | 243.00 | ALL COPY PRODUCTS, INC. | 02/24/2020 | Goods & Services |
| 02/27/2020 | 219.14 | ALL COPY PRODUCTS, INC. | 03/03/2020 | Goods & Services |
| 02/20/2020 | 1,378.30 | ALLEGRA PRINT-MAIL-SIGNS | 02/26/2020 | Goods & Services |
| 01/10/2020 | 558.72 | ALLY | 01/17/2020 | Secured Debt Payments |
| 02/07/2020 | 558.72 | ALLY | 02/12/2020 | Secured Debt Payments |
| 02/27/2020 | 558.72 | ALLY | 03/09/2020 | Secured Debt Payments |
| 01/10/2020 | 1,087.82 | AMERICAN EAGLE LOGISTICS | 01/15/2020 | Goods & Services |
| 01/30/2020 | 224.67 | AMERICAN EXPRESS | 02/03/2020 | Goods & Services |
| 02/27/2020 | 204.72 | AMERICAN EXPRESS | 03/02/2020 | Goods & Services |
| 03/06/2020 | 19.95 | AMERICAN EXPRESS | 03/09/2020 | Goods & Services |
| 01/30/2020 | 475.00 | AMERICAN REMEDIATION & ENVIRONMENTAL INC | 02/06/2020 | Goods & Services |
| 01/23/2020 | 7,560.66 | ANDERSON EXPLORATION ENERGY CO, Lc | 01/28/2020 | Royalty Payments |
| 01/10/2020 | 93.98 | ANITA BELOUSOV | 01/21/2020 | Expense Reimbursement |
| 02/14/2020 | 34,910.19 | ARMBRECHT JACKSON LLP | 02/19/2020 | Legal Fees |
| 02/20/2020 | 61,285.47 | ARMBRECHT JACKSON LLP | 02/25/2020 | Legal Fees |
| 03/30/2020 | 25,000.00 | Armbrecht Jackson LLP | 03/30/2020 | Legal Fees |
| 03/30/2020 | 45,431.35 | Armbrecht Jackson LLP | 03/30/2020 | Legal Fees |
| 01/23/2020 | 233.87 | AT&T | 01/31/2020 | Utilities |
| 01/23/2020 | 419.33 | AT&T | 01/31/2020 | Utilities |
| 01/23/2020 | 251.93 | AT&T | 01/30/2020 | Utilities |
| 01/23/2020 | 129.25 | AT&T | 01/29/2020 | Utilities |
| 01/30/2020 | 206.26 | AT&T | 02/06/2020 | Utilities |
| 02/14/2020 | 216.15 | AT&T | 02/26/2020 | Utilities |
| 02/20/2020 | 215.53 | AT&T | 02/27/2020 | Utilities |
| 02/20/2020 | 415.24 | AT&T | 02/27/2020 | Utilities |
| 02/20/2020 | 204.54 | AT&T | 02/27/2020 | Utilities |
| 02/20/2020 | 120.00 | AT&T | 02/26/2020 | Utilities |
| 03/23/2020 | 215.32 | AT&T | 03/30/2020 | Utilities |
| 03/23/2020 | 444.04 | AT&T | 03/30/2020 | Utilities |
| 03/23/2020 | 204.84 | AT&T | 03/30/2020 | Utilities |
| 03/23/2020 | 120.00 | AT&T | 03/31/2020 | Utilities |
| 02/14/2020 | 1,740.85 | ATROPOS EXPLORATION CO. | 02/21/2020 | Royalty Payments |
| 02/20/2020 | 617.30 | ATROPOS EXPLORATION CO. | 02/27/2020 | Royalty Payments |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/10/2020 | 55.39 | B & L PIPECO SERVICES, L.L.C. | 01/14/2020 | Goods & Services |
| 01/30/2020 | 43,815.24 | B & L PIPECO SERVICES, L.L.C. | 02/03/2020 | Goods & Services |
| 02/14/2020 | 59,714.35 | B & L PIPECO SERVICES, L.L.C. | 02/18/2020 | Goods & Services |
| 01/10/2020 | 2,186.85 | BAKER HUGHES, A GE COMPANY, LLC | 01/14/2020 | Goods & Services |
| 01/16/2020 | 14,935.54 | BAKER HUGHES, A GE COMPANY, LLC | 01/21/2020 | Goods & Services |
| 01/23/2020 | 93,616.80 | BAKER HUGHES, A GE COMPANY, LLC | 01/27/2020 | Goods & Services |
| 02/14/2020 | 94,058.67 | BAKER HUGHES, A GE COMPANY, LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 124,589.38 | BAKER HUGHES, A GE COMPANY, LLC | 02/24/2020 | Goods & Services |
| 02/27/2020 | 57,350.44 | BAKER HUGHES, A GE COMPANY, LLC | 03/04/2020 | Goods & Services |
| 02/14/2020 | 3,500.00 | BARNETTE & BENEFIELD, INC. | 02/21/2020 | Goods & Services |
| 02/20/2020 | 643.75 | BASIC ENERGY SERVICES, LP | 02/24/2020 | Utilities |
| 03/04/2020 | 1,606.25 | BASIC ENERGY SERVICES, LP | 03/09/2020 | Utilities |
| 01/30/2020 | 6,940.00 | BENOIT PREMIUM THREADING, LLC | 02/06/2020 | Goods & Services |
| 01/10/2020 | 769.50 | BERG HILL GREENLEAF RUSCITTI LLP | 01/15/2020 | Legal Fees |
| 03/30/2020 | 50,000.00 | Berg Hill Greenleaf Ruscitti LLP | 03/30/2020 | Legal Fees |
| 04/01/2020 | 12,946.00 | Berg Hill Greenleaf Ruscitti LLP | 04/01/2020 | Legal Fees |
| 02/27/2020 | 500.00 | BETTY JOYCE SCOTT BURKHEAD | 03/13/2020 | Goods & Services |
| 01/30/2020 | 3,750.00 | BETTYE LACOUR | 02/10/2020 | Goods & Services |
| 03/03/2020 | 3,750.00 | BETTYE LACOUR | 03/09/2020 | Goods & Services |
| 01/30/2020 | 105.00 | BIENVILLE PARISH CLERK OF COURT | 02/14/2020 | Taxes |
|  |  | BIENVILLE PARISH SALES & USE TAX |  | Taxes |
| 01/21/2020 | 162.99 | COMMISS | 01/24/2020 |  |
| 01/30/2020 | 42.08 | BOBBIE GORE | 02/03/2020 | Expense Reimbursement |
| 02/20/2020 | 3,093.00 | BONAVENTURE SAFETY, LLC | 02/25/2020 | Goods & Services |
|  |  | BOOTS SMITH COMPLETION SERVICES, LLC |  | Goods & Services |
| 01/10/2020 | 56,188.33 |  | 01/13/2020 |  |
|  |  | BOOTS SMITH COMPLETION SERVICES, LLC |  | Goods & Services |
| 01/23/2020 | 30,139.67 |  | 01/27/2020 |  |
|  |  | BOOTS SMITH COMPLETION SERVICES, LLC |  | Goods & Services |
| 02/14/2020 | 4,500.00 |  | 02/18/2020 |  |
|  |  | BOOTS SMITH COMPLETION SERVICES, LLC |  | Goods & Services |
| 02/20/2020 | 4,500.00 |  | 02/24/2020 |  |
|  |  | BOOTS SMITH COMPLETION SERVICES, LLC |  | Goods & Services |
| 02/27/2020 | 4,247.90 |  | 03/02/2020 |  |
| 02/20/2020 | 4,102.30 | BOULDER COUNTY TREASURER | 02/26/2020 | Taxes |
| 02/07/2020 | 276.00 | BOULDER SELF STORAGE | 02/19/2020 | Storage Fees |
| 02/27/2020 | 276.00 | BOULDER SELF STORAGE | 03/04/2020 | Storage Fees |
| 01/16/2020 | 4,349.00 | BRAMMER ENGINEERING, INC. | 01/22/2020 | Goods & Services |
| 02/07/2020 | 910.42 | BRAMMER ENGINEERING, INC. | 02/13/2020 | Goods & Services |
| 02/14/2020 | 2,950.00 | BRAMMER ENGINEERING, INC. | 02/21/2020 | Goods & Services |
| 01/30/2020 | 1,800.00 | BREWTON AREA PROPERTIES, LLC | 02/04/2020 | Rent |
| 02/27/2020 | 1,800.00 | BREWTON AREA PROPERTIES, LLC | 03/04/2020 | Rent |
| 03/23/2020 | 1,800.00 | BREWTON AREA PROPERTIES, LLC | 03/27/2020 | Rent |
| 01/10/2020 | 99.00 | BRISTOL, INC. | 01/21/2020 | Goods & Services |
| 02/07/2020 | 3,564.00 | BRISTOL, INC. | 02/20/2020 | Goods & Services |
| 02/14/2020 | 3,465.00 | BRISTOL, INC. | 02/25/2020 | Goods & Services |
| 02/20/2020 | 22,326.60 | BRISTOL, INC. | 03/03/2020 | Goods & Services |
| 01/10/2020 | 7,609.34 | BTECH SERVICE & SUPPLY INC. | 01/17/2020 | Goods & Services |
| 01/23/2020 | 1,276.98 | BTECH SERVICE & SUPPLY INC. | 01/30/2020 | Goods & Services |
| 02/14/2020 | 39,677.58 | BTECH SERVICE & SUPPLY INC. | 02/20/2020 | Goods & Services |
| 02/20/2020 | 4,053.05 | BTECH SERVICE & SUPPLY INC. | 02/27/2020 | Goods & Services |
| 01/10/2020 | 5,116.88 | BUCK CREEK FREIGHT, INC. | 01/22/2020 | Goods & Services |
| 01/23/2020 | 1,962.40 | BUCK CREEK FREIGHT, INC. | 02/03/2020 | Goods & Services |
| 02/14/2020 | 723.45 | BUCK CREEK FREIGHT, INC. | 03/06/2020 | Goods & Services |
| 02/14/2020 | 66,571.79 | C&J SPEC-RENT SERVICES, INC. | 02/20/2020 | Goods & Services |
| 02/20/2020 | 123,591.99 | C&J SPEC-RENT SERVICES, INC. | 02/24/2020 | Goods & Services |
| 01/16/2020 | 7,310.00 | CAMP SERVICE AND REPAIR, LLC | 01/31/2020 | Goods & Services |
| 01/23/2020 | 7,190.00 | CAMP SERVICE AND REPAIR, LLC | 02/20/2020 | Goods & Services |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/30/2020 | 4,665.00 | CAMP SERVICE AND REPAIR, LLC | 02/20/2020 | Goods & Services |
| 02/14/2020 | 8,300.00 | CAMP SERVICE AND REPAIR, LLC | 02/20/2020 | Goods & Services |
| 02/14/2020 | 220,000.00 | CAPSTAR DRILLING, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 310,125.33 | CAPSTAR DRILLING, INC. | 02/24/2020 | Goods & Services |
| 01/16/2020 | 11,314.50 | CARNLEY ELECTRIC INC | 01/24/2020 | Goods & Services |
| 01/23/2020 | 6,300.00 | CARNLEY ELECTRIC INC | 01/31/2020 | Goods & Services |
| 01/30/2020 | 7,020.00 | CARNLEY ELECTRIC INC | 02/07/2020 | Goods & Services |
| 02/07/2020 | 3,240.00 | CARNLEY ELECTRIC INC | 02/21/2020 | Goods & Services |
| 02/14/2020 | 1,800.00 | CARNLEY ELECTRIC INC | 02/21/2020 | Goods & Services |
| 02/20/2020 | 21,793.31 | CARNLEY ELECTRIC INC | 02/28/2020 | Goods & Services |
| 03/06/2020 | 2,391.35 | CARNLEY ELECTRIC INC | 03/13/2020 | Goods & Services |
| 01/30/2020 | 17,700.84 | CASS COUNTY TAX ASSESSOR | 02/19/2020 | Taxes |
| 01/16/2020 | 13,431.41 | CAWLEY, GILLESPIE & ASSOCIATES, INC | 01/23/2020 | Consulting Services |
| 01/10/2020 | 227.16 | CENTURYLINK | 01/15/2020 | Utilities |
| 02/14/2020 | 224.33 | CENTURYLINK | 02/18/2020 | Utilities |
| 03/13/2020 | 224.33 | CENTURYLINK | 03/18/2020 | Utilities |
| 01/23/2020 | 44.77 | CENTURYTEL/CENTURYLINK | 01/28/2020 | Utilities |
| 02/14/2020 | 44.03 | CENTURYTEL/CENTURYLINK | 02/20/2020 | Utilities |
| 01/23/2020 | 420.12 | CGG SERVICES (US) INC. | 01/28/2020 | Goods & Services |
| 02/20/2020 | 420.12 | CGG SERVICES (US) INC. | 02/25/2020 | Goods & Services |
| 03/13/2020 | 420.12 | CGG SERVICES (US) INC. | 03/18/2020 | Goods & Services |
| 01/10/2020 | 188.33 | CHEROKEE COUNTY ELECTRIC CO-OP ASSN. | 01/16/2020 | Utilities |
| 02/07/2020 | 227.58 | CHEROKEE COUNTY ELECTRIC CO-OP ASSN. | 02/12/2020 | Utilities |
| 03/13/2020 | 234.38 | CHEROKEE COUNTY ELECTRIC CO-OP ASSN. | 03/17/2020 | Utilities |
| 02/14/2020 | 946.46 | CHOICE COPY SERVICE, LLC | 02/24/2020 | Goods & Services |
| 03/06/2020 | 5,625.00 | CHRISTENSEN CONSULTING, LLC | 03/16/2020 | Goods & Services |
| 03/06/2020 | 7,960.00 | CICON & ASSOCIATES, L.L.P. | 03/12/2020 | Goods & Services |
| 01/30/2020 | 161.08 | CITY OF BREWTON | 02/05/2020 | Taxes |
| 03/13/2020 | 243.88 | CITY OF BREWTON | 03/18/2020 | Taxes |
| 03/23/2020 | 419.89 | CITY OF BREWTON | 03/30/2020 | Taxes |
| 01/10/2020 | 6,465.20 | CLARKCO OILFIELD SERVICES, INC. | 01/15/2020 | Goods & Services |
| 01/23/2020 | 4,997.97 | CLARKCO OILFIELD SERVICES, INC. | 01/29/2020 | Goods & Services |
| 02/14/2020 | 214.00 | CLARKCO OILFIELD SERVICES, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 2,564.79 | CLARKCO OILFIELD SERVICES, INC. | 02/27/2020 | Goods & Services |
| 02/27/2020 | 747.93 | CLARKCO OILFIELD SERVICES, INC. | 03/04/2020 | Goods & Services |
| 01/16/2020 | 345.65 | CLARKE COUNTY TAX ASSESSOR COLLECTOR | 01/27/2020 | Taxes |
| 01/30/2020 | 1,792.29 | CLARKE COUNTY TAX ASSESSOR COLLECTOR | 02/06/2020 | Taxes |
| 01/10/2020 | 5,420.30 | COASTAL CHEMICAL CO., LLC | 01/16/2020 | Goods & Services |
| 01/16/2020 | 2,446.34 | COASTAL CHEMICAL CO., LLC | 01/24/2020 | Goods & Services |
| 01/21/2020 | 13,500.43 | COASTAL CHEMICAL CO., LLC | 01/28/2020 | Goods & Services |
| 01/30/2020 | 1,484.85 | COASTAL CHEMICAL CO., LLC | 02/07/2020 | Goods & Services |
| 02/07/2020 | 6,059.92 | COASTAL CHEMICAL CO., LLC | 02/13/2020 | Goods & Services |
| 02/27/2020 | 525.94 | COCHRAN CHEMICAL CO., INC. | 03/05/2020 | Goods & Services |
| 01/30/2020 | 155.02 | COMCAST | 02/10/2020 | Utilities |
| 02/20/2020 | 155.02 | COMCAST | 02/27/2020 | Utilities |
| 03/23/2020 | 155.02 | COMCAST | 03/30/2020 | Utilities |
| 01/30/2020 | 4,702.00 | COMPLETE ENVIRONMENTAL & REMEDIATION CO | 02/05/2020 | Goods & Services |
| 02/20/2020 | 24,503.56 | COMPLETE ENVIRONMENTAL & REMEDIATION CO | 02/25/2020 | Goods & Services |
| 02/14/2020 | 5,395.23 | COMPRESSION CONTROLS & RENTALS, LLC | 02/21/2020 | Goods & Services |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| | | COMPRESSION CONTROLS & RENTALS, LLC | | Goods & Services |
| 02/20/2020 | 5,395.23 | | 02/28/2020 | |
| | | CONSOLIDATED ELECTRICAL DISTRIBUTORS | | Goods & Services |
| 01/30/2020 | 2,317.68 | INC | 02/04/2020 | |
| | | CONSOLIDATED ELECTRICAL DISTRIBUTORS | | Goods & Services |
| 02/20/2020 | 5,881.86 | INC | 02/26/2020 | |
| 01/30/2020 | 24,275.71 | CORPORATE PAYMENT SYSTEMS | 02/06/2020 | Goods & Services |
| 02/20/2020 | 37,365.44 | CORPORATE PAYMENT SYSTEMS | 02/27/2020 | Goods & Services |
| 03/23/2020 | 24,520.45 | CORPORATE PAYMENT SYSTEMS | 03/30/2020 | Goods & Services |
| 01/30/2020 | 199.02 | CORY EZELLE | 02/06/2020 | |
| 02/20/2020 | 199.02 | CORY EZELLE | 02/26/2020 | |
| 02/27/2020 | 7,500.00 | COUNTERPOINT CONSULTING, LLC | 03/03/2020 | Consulting Services |
| 01/10/2020 | 17,998.00 | CROWLEY FLECK PLLP | 01/14/2020 | Goods & Services |
| 01/30/2020 | 348.00 | CROWLEY FLECK PLLP | 02/05/2020 | Goods & Services |
| 01/30/2020 | 8,560.00 | CSI COMPRESSCO OPERATING, LLC | 02/03/2020 | Goods & Services |
| 02/14/2020 | 6,250.00 | CSI COMPRESSCO OPERATING, LLC | 02/18/2020 | Goods & Services |
| 03/13/2020 | 14,810.00 | CSI COMPRESSCO OPERATING, LLC | 03/18/2020 | Goods & Services |
| 02/20/2020 | 16,048.20 | CSI TECHNOLOGIES, LLC | 03/02/2020 | Goods & Services |
| 01/10/2020 | 35.00 | CT CORPORATION SYSTEM | 01/21/2020 | Goods & Services |
| 02/20/2020 | 417.00 | CT CORPORATION SYSTEM | 02/26/2020 | Goods & Services |
| 03/06/2020 | 658.00 | CT CORPORATION SYSTEM | 03/13/2020 | Goods & Services |
| 01/10/2020 | 59.92 | CULKIN WATER DISTRICT | 01/16/2020 | Utilities |
| 02/07/2020 | 59.92 | CULKIN WATER DISTRICT | 02/13/2020 | Utilities |
| 03/13/2020 | 59.92 | CULKIN WATER DISTRICT | 03/18/2020 | Utilities |
| 01/10/2020 | 3,591.00 | D & M DRILLING FLUIDS, INC. | 01/29/2020 | Goods & Services |
| 01/23/2020 | 3,591.00 | D & M DRILLING FLUIDS, INC. | 01/29/2020 | Goods & Services |
| 01/30/2020 | 7,110.00 | D & M DRILLING FLUIDS, INC. | 02/04/2020 | Goods & Services |
| 02/20/2020 | 10,567.60 | D & M DRILLING FLUIDS, INC. | 02/28/2020 | Goods & Services |
| 01/10/2020 | 1,100.00 | DAVIS HOT SHOT SERVICE, LLC | 01/22/2020 | Goods & Services |
| 01/23/2020 | 2,200.00 | DAVIS HOT SHOT SERVICE, LLC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 2,520.00 | DAVIS HOT SHOT SERVICE, LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 6,000.00 | DAVIS HOT SHOT SERVICE, LLC | 02/25/2020 | Goods & Services |
| 01/10/2020 | 5,093.20 | DEEPWELL ENERGY SERVICES, LLC | 01/14/2020 | Utilities |
| 02/14/2020 | 5,831.50 | DEEPWELL ENERGY SERVICES, LLC | 02/19/2020 | Utilities |
| 02/20/2020 | 4,750.00 | DEEPWELL ENERGY SERVICES, LLC | 02/25/2020 | Utilities |
| 02/27/2020 | 1,100.00 | DEEPWELL ENERGY SERVICES, LLC | 03/03/2020 | Utilities |
| 01/30/2020 | 131.98 | DIRECTV | 02/10/2020 | Utilities |
| 02/20/2020 | 5,768.84 | DON EUSTES | 02/25/2020 | Goods & Services |
| 03/13/2020 | 469.12 | DON EUSTES | 03/18/2020 | Goods & Services |
| 02/20/2020 | 526.44 | DOUBLE D DYNAMICS | 02/25/2020 | Goods & Services |
| 01/30/2020 | 1,000.00 | DOUGLAS PARKING, LLC | 02/19/2020 | Goods & Services |
| 01/10/2020 | 875.00 | EAGLE EXPRESS HOTSHOT SER. LLC | 01/22/2020 | Goods & Services |
| 02/14/2020 | 4,067.70 | EAGLE EXPRESS HOTSHOT SER. LLC | 02/20/2020 | Goods & Services |
| 02/20/2020 | 3,134.84 | EAGLE EXPRESS HOTSHOT SER. LLC | 02/27/2020 | Goods & Services |
| 02/27/2020 | 1,698.00 | EAGLE EXPRESS HOTSHOT SER. LLC | 03/05/2020 | Goods & Services |
| 01/30/2020 | 11,602.72 | EAST RIDGE COUNTRY CLUB | 02/05/2020 | Goods & Services |
| 01/10/2020 | 2,204.32 | East West Bank Treasury Department | 01/10/2020 | Payments on Secured Debt |
| 01/30/2020 | 102,689.38 | East West Bank Treasury Department | 01/30/2020 | Payments on Secured Debt |
| 02/11/2020 | 150.00 | East West Bank Treasury Department | 02/11/2020 | Payments on Secured Debt |
| 03/02/2020 | 103,569.21 | East West Bank Treasury Department | 03/02/2020 | Payments on Secured Debt |
| 02/24/2020 | 3,450.00 | East West Bank Treasury Department | 02/24/2020 | Payments on Secured Debt |
| 03/18/2020 | 125.00 | East West Bank Treasury Department | 03/18/2020 | Payments on Secured Debt |
| 03/16/2020 | 250,000.00 | East West Bank Treasury Department | 03/16/2020 | Payments on Secured Debt |
| 03/30/2020 | 87,691.85 | East West Bank Treasury Department | 03/30/2020 | Payments on Secured Debt |
| 03/06/2020 | 125.00 | East West Bank Treasury Department | 03/06/2020 | Payments on Secured Debt |
| 03/20/2020 | 985.55 | East West Bank Treasury Department | 03/20/2020 | Payments on Secured Debt |
| 01/10/2020 | 21,410.19 | EASTERN FISHING & RENTAL TOOLS INC | 01/17/2020 | Goods & Services |
| 01/16/2020 | 33,703.23 | EASTERN FISHING & RENTAL TOOLS INC | 01/22/2020 | Goods & Services |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/23/2020 | 19,663.89 | EASTERN FISHING & RENTAL TOOLS INC | 01/28/2020 | Goods & Services |
| 01/30/2020 | 85,967.86 | EASTERN FISHING & RENTAL TOOLS INC | 02/05/2020 | Goods & Services |
| 02/07/2020 | 10,103.67 | EASTERN FISHING & RENTAL TOOLS INC | 02/19/2020 | Goods & Services |
| 02/14/2020 | 21,299.36 | EASTERN FISHING & RENTAL TOOLS INC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 1,767.50 | EASTERN FISHING & RENTAL TOOLS INC | 02/25/2020 | Goods & Services |
| 02/27/2020 | 66,106.41 | EASTERN FISHING & RENTAL TOOLS INC | 03/03/2020 | Goods & Services |
| 03/06/2020 | 6,022.01 | EASTERN FISHING & RENTAL TOOLS INC | 03/10/2020 | Goods & Services |
| 03/13/2020 | 2,100.00 | EASTERN FISHING & RENTAL TOOLS INC | 03/17/2020 | Goods & Services |
| 01/10/2020 | 2,098.42 | ECS | 01/15/2020 | Goods & Services |
| 01/30/2020 | 5,819.06 | ECS | 02/05/2020 | Goods & Services |
| 02/07/2020 | 2,126.27 | ECS | 02/12/2020 | Goods & Services |
| 02/20/2020 | 8,533.26 | ECS | 02/26/2020 | Goods & Services |
| 03/06/2020 | 2,349.99 | ECS | 03/11/2020 | Goods & Services |
| 02/20/2020 | 2,573.50 | EICHE, MAPES, AND COMPANY, INC | 02/28/2020 | Goods & Services |
| 01/30/2020 | 289.50 | ELDORADO ARTESIAN SPRINGS | 02/06/2020 | Goods & Services |
| 03/13/2020 | 176.65 | ELDORADO ARTESIAN SPRINGS | 03/23/2020 | Goods & Services |
| 01/23/2020 | 4,814.00 | ENGINEERING SERVICE | 01/29/2020 | Goods & Services |
| 01/30/2020 | 184.00 | ENGINEERING SERVICE | 02/05/2020 | Goods & Services |
| 01/16/2020 | 169.02 | ENTERGY | 01/21/2020 | Goods & Services |
| 02/14/2020 | 182.24 | ENTERGY | 02/18/2020 | Goods & Services |
| 03/13/2020 | 183.82 | ENTERGY | 03/17/2020 | Goods & Services |
| 01/10/2020 | 3,000.00 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 01/22/2020 | Utilities |
| 01/30/2020 | 5,500.00 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 02/06/2020 | Utilities |
| 01/30/2020 | 6,113.14 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 02/06/2020 | Utilities |
| 02/07/2020 | 155.20 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 02/12/2020 | Utilities |
| 03/09/2020 | 5,985.92 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 03/12/2020 | Utilities |
| 03/09/2020 | 155.20 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 03/12/2020 | Utilities |
| 03/09/2020 | 37.05 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 03/12/2020 | Utilities |
| 03/23/2020 | 6,249.11 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 03/30/2020 | Utilities |
| 01/30/2020 | 9,041.76 | EXCEL CONSULTING, LLC | 02/05/2020 | Consulting Services |
| 01/10/2020 | 23,102.94 | EZZIE'S WHOLESALE, INC. | 01/14/2020 | Goods & Services |
| 01/16/2020 | 12,603.89 | EZZIE'S WHOLESALE, INC. | 01/22/2020 | Goods & Services |
| 01/23/2020 | 15,965.49 | EZZIE'S WHOLESALE, INC. | 01/28/2020 | Goods & Services |
| 01/30/2020 | 12,626.28 | EZZIE'S WHOLESALE, INC. | 02/04/2020 | Goods & Services |
| 02/07/2020 | 12,091.68 | EZZIE'S WHOLESALE, INC. | 02/12/2020 | Goods & Services |
| 02/14/2020 | 12,609.50 | EZZIE'S WHOLESALE, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 9,283.49 | EZZIE'S WHOLESALE, INC. | 02/25/2020 | Goods & Services |
| 03/06/2020 | 1,223.16 | EZZIE'S WHOLESALE, INC. | 03/11/2020 | Goods & Services |
| 03/10/2020 | 10,515.84 | EZZIE'S WHOLESALE, INC. | 03/12/2020 | Goods & Services |
| 03/23/2020 | 2,978.70 | EZZIE'S WHOLESALE, INC. | 03/30/2020 | Goods & Services |
| 01/10/2020 | 3,735.00 | FDEP OIL & GAS PROGRAM | 01/28/2020 | Goods & Services |
| 01/10/2020 | 3,735.00 | FDEP OIL & GAS PROGRAM | 01/28/2020 | Goods & Services |
| 01/30/2020 | 162.52 | FEDEX | 02/06/2020 | Goods & Services |
| 03/13/2020 | 43.33 | FEDEX | 03/18/2020 | Goods & Services |
| 01/16/2020 | 167.79 | FERRELLGAS | 01/27/2020 | Goods & Services |
| 01/30/2020 | 35,829.59 | FLETCHER PETROLEUM CO., LLC | 02/04/2020 | Goods & Services |
| 03/06/2020 | 2,762.54 | FLETCHER PETROLEUM CO., LLC | 03/11/2020 | Goods & Services |
| 01/10/2020 | 23,111.22 | FLEXJET, LLC | 01/14/2020 | Goods & Services |
| 02/14/2020 | 22,946.12 | FLEXJET, LLC | 02/19/2020 | Goods & Services |
| 01/15/2020 | 1,392.20 | FLORIDA DEPARTMENT OF REVENUE | 01/21/2020 | Taxes |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|-----------|----------|-----------|-----------|---------------------|
| 02/20/2020 | 6,774.02 | FOOTE OIL & GAS PROPERTIES, LLC | 03/17/2020 | Goods & Services |
| 01/16/2020 | 770.44 | FORD MOTOR COMPANY | 01/21/2020 | Secured Debt Payments |
| 01/16/2020 | 1,021.22 | FORD MOTOR COMPANY | 01/21/2020 | Secured Debt Payments |
| 01/16/2020 | 829.56 | FORD MOTOR COMPANY | 01/21/2020 | Secured Debt Payments |
| 01/23/2020 | 1,022.82 | FORD MOTOR COMPANY | 01/27/2020 | Secured Debt Payments |
| 01/23/2020 | 680.52 | FORD MOTOR COMPANY | 01/27/2020 | Secured Debt Payments |
| 01/23/2020 | 818.90 | FORD MOTOR COMPANY | 01/27/2020 | Secured Debt Payments |
| 01/30/2020 | 714.80 | FORD MOTOR COMPANY | 02/03/2020 | Secured Debt Payments |
| 01/30/2020 | 921.17 | FORD MOTOR COMPANY | 02/03/2020 | Secured Debt Payments |
| 01/30/2020 | 814.02 | FORD MOTOR COMPANY | 02/03/2020 | Secured Debt Payments |
| 02/14/2020 | 770.44 | FORD MOTOR COMPANY | 02/19/2020 | Secured Debt Payments |
| 02/14/2020 | 1,021.22 | FORD MOTOR COMPANY | 02/19/2020 | Secured Debt Payments |
| 02/14/2020 | 829.56 | FORD MOTOR COMPANY | 02/19/2020 | Secured Debt Payments |
| 02/14/2020 | 1,022.82 | FORD MOTOR COMPANY | 02/19/2020 | Secured Debt Payments |
| 02/20/2020 | 680.52 | FORD MOTOR COMPANY | 02/24/2020 | Secured Debt Payments |
| 02/20/2020 | 818.90 | FORD MOTOR COMPANY | 02/24/2020 | Secured Debt Payments |
| 02/20/2020 | 840.32 | FORD MOTOR COMPANY | 02/24/2020 | Secured Debt Payments |
| 02/27/2020 | 714.80 | FORD MOTOR COMPANY | 03/02/2020 | Secured Debt Payments |
| 02/27/2020 | 921.17 | FORD MOTOR COMPANY | 03/02/2020 | Secured Debt Payments |
| 02/27/2020 | 814.02 | FORD MOTOR COMPANY | 03/02/2020 | Secured Debt Payments |
| 03/13/2020 | 770.44 | FORD MOTOR COMPANY | 03/18/2020 | Secured Debt Payments |
| 03/13/2020 | 1,021.22 | FORD MOTOR COMPANY | 03/18/2020 | Secured Debt Payments |
| 03/23/2020 | 829.56 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 03/23/2020 | 1,022.82 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 03/23/2020 | 680.52 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 03/23/2020 | 818.90 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 03/23/2020 | 840.32 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 02/14/2020 | 840.32 | Ford Motor Company | 02/14/2020 | Secured Debt Payments |
| 01/10/2020 | 4,421.88 | FRANDSON SAFETY, INC. | 01/17/2020 | Goods & Services |
| 02/07/2020 | 766.54 | FRANK MONTALVO | 02/11/2020 | Expense Reimbursement |
| 03/13/2020 | 205.69 | FRANK MONTALVO | 03/24/2020 | Expense Reimbursement |
| 01/30/2020 | 11,580.20 | FREESTONE COUNTY TAX OFFICE | 02/07/2020 | Taxes |
| 01/16/2020 | 4,724.87 | FUELMAN | 01/24/2020 | Fuel Cards |
| 01/30/2020 | 5,715.14 | FUELMAN | 02/07/2020 | Fuel Cards |
| 02/14/2020 | 5,352.46 | FUELMAN | 02/20/2020 | Fuel Cards |
| 02/27/2020 | 5,748.33 | FUELMAN | 03/05/2020 | Fuel Cards |
| 03/13/2020 | 5,468.43 | FUELMAN | 03/20/2020 | Fuel Cards |
| 02/14/2020 | 5,467.70 | FULL THROTTLE ENERGY SERVICE, LLC | 02/20/2020 | Goods & Services |
| 02/20/2020 | 2,123.95 | FULL THROTTLE ENERGY SERVICE, LLC | 02/25/2020 | Goods & Services |
| 02/27/2020 | 2,123.95 | FULL THROTTLE ENERGY SERVICE, LLC | 03/04/2020 | Goods & Services |
| 01/10/2020 | 17,525.22 | GE OIL & GAS | 01/14/2020 | Goods & Services |
| 02/07/2020 | 12,544.64 | GE OIL & GAS | 02/12/2020 | Goods & Services |
| 02/14/2020 | 911.84 | GE OIL & GAS | 02/18/2020 | Goods & Services |
| 02/20/2020 | 86,320.07 | GE OIL & GAS | 02/24/2020 | Goods & Services |
| 02/27/2020 | 1,583.34 | GE OIL & GAS | 03/02/2020 | Goods & Services |
| 02/27/2020 | 220.50 | GENCO TRANSPORT, LLC | 03/04/2020 | Goods & Services |
| 01/30/2020 | 15,221.78 | GHD SERVICES, INC. | 02/05/2020 | Goods & Services |
| 01/30/2020 | 900.00 | GLEN WHITE & | 02/10/2020 | Goods & Services |
| 02/27/2020 | 900.00 | GLEN WHITE & | 03/03/2020 | Goods & Services |
| 02/14/2020 | 437.52 | GLOBAL VESSEL & TANK LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 2,307.15 | GLOBAL VESSEL & TANK LLC | 02/25/2020 | Goods & Services |
| 01/10/2020 | 488.70 | GLOBALSTAR USA | 01/15/2020 | Goods & Services |
| 02/07/2020 | 482.44 | GLOBALSTAR USA | 02/13/2020 | Goods & Services |
| 03/13/2020 | 482.44 | GLOBALSTAR USA | 03/18/2020 | Goods & Services |
| 02/27/2020 | 37,051.36 | GRAVITY OILFIELD SERVICES, LLC | 03/03/2020 | Goods & Services |
| 02/20/2020 | 4,000.00 | GRS SERVICES, LLC | 03/04/2020 | Goods & Services |
| 01/23/2020 | 4,012.61 | GTT COMMUNICATIONS, INC. | 01/27/2020 | Goods & Services |
| 02/20/2020 | 4,001.61 | GTT COMMUNICATIONS, INC. | 02/24/2020 | Goods & Services |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 03/23/2020 | 3,973.41 | GTT COMMUNICATIONS, INC. | 03/30/2020 | Goods & Services |
| 02/20/2020 | 4,670.87 | GULF COAST LAND SERVICES, INC. | 02/25/2020 | Goods & Services |
| 03/13/2020 | 5,057.81 | GULF COAST LAND SERVICES, INC. | 03/17/2020 | Goods & Services |
| 01/23/2020 | 22,000.00 | GUSTAVSON ASSOCIATES, LLC | 01/29/2020 | Goods & Services |
| 01/10/2020 | 62,796.00 | H&H CONSTRUCTION, LLC | 01/15/2020 | Goods & Services |
| 01/23/2020 | 900.00 | H&H CONSTRUCTION, LLC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 1,968.00 | H&H CONSTRUCTION, LLC | 02/26/2020 | Goods & Services |
| 02/20/2020 | 123,750.00 | H&H CONSTRUCTION, LLC | 02/26/2020 | Goods & Services |
| 02/27/2020 | 2,424.00 | H&H CONSTRUCTION, LLC | 03/04/2020 | Goods & Services |
| 03/13/2020 | 16,329.00 | H&H CONSTRUCTION, LLC | 03/18/2020 | Goods & Services |
| 01/16/2020 | 18,807.25 | H2SZERO, LLC | 01/24/2020 | Goods & Services |
| 01/10/2020 | 187.31 | HAROLD J. DE LEON | 01/24/2020 | Expense Reimbursement |
| 03/13/2020 | 517.50 | HAROLD J. DE LEON | 03/23/2020 | Expense Reimbursement |
| 02/20/2020 | 4,365.60 | HEAP SERVICES LLC | 02/25/2020 | Goods & Services |
| 01/23/2020 | 534.54 | HERRING GAS COMPANY, INC. | 01/30/2020 | Utilities |
| 02/20/2020 | 648.41 | HERRING GAS COMPANY, INC. | 02/26/2020 | Utilities |
| 01/30/2020 | 260.12 | HIGH TECH FORMS LLC | 02/06/2020 | Goods & Services |
| 03/06/2020 | 13,023.00 | HIIG SSERVICE COMPANY | 03/10/2020 | Goods & Services |
| 02/14/2020 | 8,292.50 | HI-VAC, LLC | 02/20/2020 | Goods & Services |
| 02/20/2020 | 1,219.80 | HI-VAC, LLC | 02/03/2020 | Goods & Services |
| 03/06/2020 | 2,614.50 | HLP ENGINEERING, INC. | 03/10/2020 | Goods & Services |
| 01/30/2020 | 7,496.31 | HOPPING GREEN & SAMS, P.A. | 02/05/2020 | Goods & Services |
| 01/30/2020 | 170.41 | HUGHES NETWORK SYSTEMS, LLC | 02/05/2020 | Goods & Services |
| 03/13/2020 | 170.41 | HUGHES NETWORK SYSTEMS, LLC | 03/20/2020 | Goods & Services |
| 03/06/2020 | 28,932.04 | HURLEY ENTERPRISES, INC. | 03/11/2020 | Goods & Services |
| 01/10/2020 | 1,000.00 | HURST PUMPING, INC. | 01/14/2020 | Goods & Services |
| 02/14/2020 | 1,000.00 | HURST PUMPING, INC. | 02/20/2020 | Goods & Services |
| 03/06/2020 | 1,000.00 | HURST PUMPING, INC. | 03/10/2020 | Goods & Services |
| 01/30/2020 | 1,846.67 | IHS GLOBAL, INC. | 02/03/2020 | Goods & Services |
| 03/23/2020 | 1,663.74 | IHS GLOBAL, INC. | 03/30/2020 | Goods & Services |
| 02/27/2020 | 630.00 | INFINISOURCE BENEFIT SERVICES | 03/10/2020 | Employee Benefits |
| 03/23/2020 | 157.25 | INFINISOURCE BENEFIT SERVICES | 03/30/2020 | Employee Benefits |
| 01/10/2020 | 200.00 | INTER-MOUNTAIN PIPE & THREADING COMPANY | 01/16/2020 | Goods & Services |
| 02/27/2020 | 1,641.15 | INTER-MOUNTAIN PIPE & THREADING COMPANY | 03/06/2020 | Goods & Services |
| 02/14/2020 | 143.26 | IRON MOUNTAIN RECORDS MANAGEMENT | 02/18/2020 | Goods & Services |
| 02/20/2020 | 214.89 | IRON MOUNTAIN RECORDS MANAGEMENT | 02/24/2020 | Goods & Services |
| 01/16/2020 | 6,208.22 | J & H INSURANCE SERVICES, INC. | 01/27/2020 | Insurance |
| 02/14/2020 | 2,500.00 | J & H INSURANCE SERVICES, INC. | 02/21/2020 | Insurance |
| 03/03/2020 | 12,622.89 | J & H INSURANCE SERVICES, INC. | 03/09/2020 | Insurance |
| 03/06/2020 | 40,988.96 | J & H INSURANCE SERVICES, INC. | 03/11/2020 | Insurance |
| 01/10/2020 | 1,100.00 | J NICHOLS LLC | 01/31/2020 | Goods & Services |
| 01/23/2020 | 1,100.00 | J NICHOLS LLC | 01/31/2020 | Goods & Services |
| 02/20/2020 | 4,900.00 | J NICHOLS LLC | 02/26/2020 | Goods & Services |
| 02/27/2020 | 2,000.00 | J NICHOLS LLC | 03/04/2020 | Goods & Services |
| 02/07/2020 | 4,508.67 | JAMES MUSLOW, JR. | 02/12/2020 | Goods & Services |
| 02/07/2020 | 1,500.00 | JAMES W. MURDOCK | 02/21/2020 | Goods & Services |
| 01/10/2020 | 9,502.00 | JIMCO PUMPS | 01/14/2020 | Goods & Services |
| 01/23/2020 | 5,212.51 | JIMCO PUMPS | 01/28/2020 | Goods & Services |
| 02/07/2020 | 16,871.76 | JIMCO PUMPS | 02/19/2020 | Goods & Services |
| 02/14/2020 | 13,582.53 | JIMCO PUMPS | 02/25/2020 | Goods & Services |
| 02/20/2020 | 60,676.11 | JIMCO PUMPS | 02/25/2020 | Goods & Services |
| 03/13/2020 | 5,484.52 | JIMCO PUMPS | 03/17/2020 | Goods & Services |
| 02/20/2020 | 50,022.50 | JOHN PIKE CONSTRUCTION, INC. | 03/02/2020 | Goods & Services |
| 01/23/2020 | 4,617.51 | JOHN STRASSER | 02/03/2020 | Goods & Services |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 02/07/2020 | 1,701.21 | JOHN STRAUSSER | 02/18/2020 | Goods & Services |
| 02/20/2020 | 2,811.64 | JOHN STRAUSSER | 02/25/2020 | Goods & Services |
| 03/23/2020 | 2,720.93 | JOHN STRAUSSER | 03/27/2020 | Goods & Services |
| 01/10/2020 | 350.00 | JTC OPERATING, INC. | 01/14/2020 | Goods & Services |
| 01/10/2020 | 1,350.00 | K&T WELDING SERVICES, LLC | 01/16/2020 | Goods & Services |
| 01/30/2020 | 46.99 | KATE EGGLESTON | 01/31/2020 | Expense Reimbursement |
| 02/20/2020 | 289.99 | KATE EGGLESTON | 02/24/2020 | Expense Reimbursement |
| 01/23/2020 | 22,011.60 | KCS AUTOMATION, LLC | 01/30/2020 | Goods & Services |
| 02/12/2020 | 69,666.84 | KCS Automation, LLC | 02/12/2020 | Goods & Services |
| 01/10/2020 | 60,788.57 | KELLEY BROTHERS CONTRACTORS, INC. | 01/14/2020 | Goods & Services |
| 01/16/2020 | 87,166.53 | KELLEY BROTHERS CONTRACTORS, INC. | 01/22/2020 | Goods & Services |
| 01/23/2020 | 55,730.61 | KELLEY BROTHERS CONTRACTORS, INC. | 01/28/2020 | Goods & Services |
| 01/30/2020 | 21,022.90 | KELLEY BROTHERS CONTRACTORS, INC. | 02/04/2020 | Goods & Services |
| 02/07/2020 | 15,847.38 | KELLEY BROTHERS CONTRACTORS, INC. | 02/11/2020 | Goods & Services |
| 02/20/2020 | 88,685.45 | KELLEY BROTHERS CONTRACTORS, INC. | 02/25/2020 | Goods & Services |
| 03/06/2020 | 27,501.20 | KELLEY BROTHERS CONTRACTORS, INC. | 03/10/2020 | Goods & Services |
| 03/13/2020 | 24,160.05 | KELLEY BROTHERS CONTRACTORS, INC. | 03/17/2020 | Goods & Services |
| 01/10/2020 | 2,128.05 | KELLEY OIL COMPANY | 01/14/2020 | Goods & Services |
| 01/23/2020 | 8,140.43 | KELLEY OIL COMPANY | 01/28/2020 | Goods & Services |
| 02/14/2020 | 11,759.15 | KELLEY OIL COMPANY | 02/19/2020 | Goods & Services |
| 02/20/2020 | 22,372.65 | KELLEY OIL COMPANY | 02/25/2020 | Goods & Services |
| 02/07/2020 | 5,175.24 | Kelly L. Baker | 02/07/2020 | Goods & Services |
| 01/30/2020 | 35,757.84 | KENNY COPELAND | 02/06/2020 | Goods & Services |
| 02/14/2020 | 13,208.16 | KENNY COPELAND | 02/19/2020 | Goods & Services |
| 02/27/2020 | 1,047.00 | KENNY COPELAND | 03/04/2020 | Goods & Services |
| 03/13/2020 | 16,018.10 | KENNY COPELAND | 03/18/2020 | Goods & Services |
| 01/10/2020 | 70.76 | KEY-RITE SECURITY | 01/17/2020 | Goods & Services |
| 02/20/2020 | 70.76 | KEY-RITE SECURITY | 02/26/2020 | Goods & Services |
| 03/13/2020 | 70.76 | KEY-RITE SECURITY | 03/24/2020 | Goods & Services |
| 01/10/2020 | 2,862.10 | KEYSTONE ENGINEERING, INC. | 01/16/2020 | Goods & Services |
| 01/23/2020 | 5,684.60 | KEYSTONE ENGINEERING, INC. | 01/30/2020 | Goods & Services |
| 01/30/2020 | 2,643.00 | KEYSTONE ENGINEERING, INC. | 02/05/2020 | Goods & Services |
| 02/20/2020 | 1,046.00 | KEYSTONE ENGINEERING, INC. | 02/27/2020 | Goods & Services |
| 01/10/2020 | 50.00 | KIM ANDERSON | 01/22/2020 | Expense Reimbursement |
| 03/06/2020 | 66,180.90 | KING CANYON BUFFALO, INC. | 03/12/2020 | Goods & Services |
| 01/10/2020 | 1,090.00 | KIRK WEAVER CONTRACT PUMPING, INC. | 01/17/2020 | Goods & Services |
| 03/06/2020 | 750.00 | KIRK WEAVER CONTRACT PUMPING, INC. | 03/11/2020 | Goods & Services |
| 03/23/2020 | 750.00 | KIRK WEAVER CONTRACT PUMPING, INC. | 03/30/2020 | Goods & Services |
| 01/30/2020 | 640.00 | KLATT MOVING & STORAGE | 02/24/2020 | Goods & Services |
| 01/10/2020 | 17,439.00 | KLEINFELDER, INC. | 01/15/2020 | Goods & Services |
| 01/30/2020 | 2,541.00 | KLEINFELDER, INC. | 02/06/2020 | Goods & Services |
| 02/20/2020 | 3,000.00 | KLEINFELDER, INC. | 02/26/2020 | Goods & Services |
| 01/10/2020 | 26,967.62 | KODIAK GAS SERVICES, LLC | 01/14/2020 | Goods & Services |
| 01/21/2020 | 55,013.65 | KODIAK GAS SERVICES, LLC | 01/28/2020 | Goods & Services |
| 02/20/2020 | 27,595.31 | KODIAK GAS SERVICES, LLC | 02/26/2020 | Goods & Services |
| 03/19/2020 | 20,000.00 | Kutner Brinen, P.C. Coltaf Account | 03/19/2020 | Legal Fees - Retainer for Bankruptcy Counsel |
| 03/30/2020 | 100,000.00 | Kutner Brinen, P.C. Coltaf Account | 03/30/2020 | Legal Fees - Retainer for Bankruptcy Counsel |
| 02/27/2020 | 3,000.00 | LARSON ENVIRONMENTAL, LLC | 03/05/2020 | Goods & Services |
| 01/16/2020 | 1,396.00 | LEON E. WERNTZ & ASSOCIATES, INC. | 01/22/2020 | Employee Benefits - Insurance |
| 01/30/2020 | 305.50 | LEON E. WERNTZ & ASSOCIATES, INC. | 02/05/2020 | Employee Benefits - Insurance |
| 02/20/2020 | 211.50 | LEON E. WERNTZ & ASSOCIATES, INC. | 02/25/2020 | Employee Benefits - Insurance |
| 03/13/2020 | 216.00 | LEON E. WERNTZ & ASSOCIATES, INC. | 03/17/2020 | Employee Benefits - Insurance |
| 03/23/2020 | 500.00 | LEON E. WERNTZ & ASSOCIATES, INC. | 03/26/2020 | Employee Benefits - Insurance |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 02/27/2020 | 914.07 | LIBERTY SUPPLY, INC. | 03/04/2020 | Goods & Services |
| 01/30/2020 | 958.39 | LIMESTONE COUNTY TAX COLLECTOR | 02/06/2020 | Taxes |
| 02/20/2020 | 2,357.25 | LONEWOLF ENERGY, INC. | 02/26/2020 | Goods & Services |
| 01/23/2020 | 80.00 | LOUISIANA - EDWARDS TOWER | 01/30/2020 | Rent |
| 01/30/2020 | 7,000.13 | LOUISIANA - EDWARDS TOWER | 02/05/2020 | Rent |
| 02/27/2020 | 7,238.75 | LOUISIANA - EDWARDS TOWER | 03/06/2020 | Rent |
| 03/23/2020 | 7,238.75 | LOUISIANA - EDWARDS TOWER | 03/27/2020 | Rent |
| 01/13/2020 | 63.00 | Louisiana Dept. of Revenue | 01/13/2020 | Taxes |
| 02/11/2020 | 1,521.00 | Louisiana Dept. of Revenue | 02/11/2020 | Taxes |
| 02/27/2020 | 104.50 | LOUISIANA ONE CALL SYSTEM | 03/09/2020 | Goods & Services |
| 03/23/2020 | 4.50 | LOUISIANA ONE CALL SYSTEM | 03/27/2020 | Goods & Services |
| 01/06/2020 | 210,000.00 | Maevlo Smackover, LLC | 01/06/2020 | Payment of Royalty Interests |
| 02/07/2020 | 100.00 | MARIE GARDNER | 02/10/2020 | Expense Reimbursement |
| 01/30/2020 | 4,310.18 | MARION COUNTY TAX OFFICE | 02/06/2020 | Taxes |
| 01/10/2020 | 1,475.00 | MARTY CHERRY ENTERPRISE LLC | 01/22/2020 | Goods & Services |
| 02/27/2020 | 1,475.00 | MARTY CHERRY ENTERPRISE LLC | 03/12/2020 | Goods & Services |
| 03/23/2020 | 1,475.00 | MARTY CHERRY ENTERPRISE LLC | 03/31/2020 | Goods & Services |
| 01/23/2020 | 2,633.81 | MASCO WIRELINE, INC. | 02/03/2020 | Goods & Services |
| 01/30/2020 | 2,648.25 | MASCO WIRELINE, INC. | 02/10/2020 | Goods & Services |
| 03/04/2020 | 4,993.03 | MAVERICK WELL SERVICE, LLC | 03/10/2020 | Goods & Services |
| 01/30/2020 | 75.78 | MCADAMS PROPANE COMPANY | 02/05/2020 | Goods & Services |
| 02/20/2020 | 9,896.78 | MCDAVID, NOBLIN & WEST PLLC | 02/25/2020 | Goods & Services |
| 02/27/2020 | 545.00 | MCDAVID, NOBLIN & WEST PLLC | 03/09/2020 | Goods & Services |
| 01/10/2020 | 264.79 | MEDIACOM | 01/21/2020 | Goods & Services |
| 02/07/2020 | 256.90 | MEDIACOM | 02/18/2020 | Goods & Services |
| 03/13/2020 | 256.90 | MEDIACOM | 03/20/2020 | Goods & Services |
| 02/20/2020 | 25,825.00 | MENDOZA'S BARRIRER FENCE CO. | 02/28/2020 | Goods & Services |
| 01/10/2020 | 7.50 | MERCHANTS CREDIT BUREAU OF SAVANNAH | 01/14/2020 | Goods & Services |
| 02/27/2020 | 7.50 | MERCHANTS CREDIT BUREAU OF SAVANNAH | 03/10/2020 | Goods & Services |
| 03/06/2020 | 50,000.00 | MESA FLUIDS, LLC | 03/11/2020 | Goods & Services |
| 01/30/2020 | 10,156.07 | Metropolitan Life Insurance Company | 01/30/2020 | Employee Benefits - Life Insurance |
| 03/27/2020 | 10,128.72 | Metropolitan Life Insurance Company | 03/27/2020 | Employee Benefits - Life Insurance |
| 04/01/2020 | 13,337.51 | Metropolitan Life Insurance Company | 04/01/2020 | Employee Benefits - Life Insurance |
| 01/10/2020 | 1,922.79 | MID SOUTH ANCHOR SERVICE, LLC | 01/16/2020 | Goods & Services |
| 02/20/2020 | 3,043.08 | MID SOUTH ANCHOR SERVICE, LLC | 03/02/2020 | Goods & Services |
| 01/10/2020 | 500.00 | MIKE PHILLIPS | 01/27/2020 | Goods & Services |
| 02/07/2020 | 500.00 | MIKE PHILLIPS | 03/02/2020 | Goods & Services |
| 03/06/2020 | 500.00 | MIKE PHILLIPS | 03/16/2020 | Goods & Services |
| 03/06/2020 | 2.85 | MILDRED LEIGH STINSON | 03/30/2020 | Goods & Services |
| 01/16/2020 | 1,633.75 | MISSISSIPPI GAUGE & SUPPLY CO. | 01/27/2020 | Goods & Services |
| 01/23/2020 | 1,719.94 | MISSISSIPPI GAUGE & SUPPLY CO. | 02/03/2020 | Goods & Services |
| 02/07/2020 | 1,322.30 | MISSISSIPPI GAUGE & SUPPLY CO. | 02/25/2020 | Goods & Services |
| 01/10/2020 | 5,186.33 | MISSISSIPPI POWER | 01/15/2020 | Utilities |
| 02/07/2020 | 8,819.70 | MISSISSIPPI POWER | 02/11/2020 | Goods & Services |
| 03/13/2020 | 6,447.28 | MISSISSIPPI POWER | 03/17/2020 | Goods & Services |
| 01/30/2020 | 232.37 | MISSISSIPPI STATE OIL & GAS BOARD | 02/07/2020 | Permitting Fees |
| 02/27/2020 | 164.85 | MISSISSIPPI STATE OIL & GAS BOARD | 03/06/2020 | Permitting Fees |
| 03/23/2020 | 172.97 | MISSISSIPPI STATE OIL & GAS BOARD | 03/31/2020 | Permitting Fees |
| 02/27/2020 | 9,172.00 | MONCLA SLICKLINE, LLC | 03/04/2020 | Goods & Services |
| 01/10/2020 | 86,545.77 | MONCLA WORKOVER & DRILLING | 01/15/2020 | Goods & Services |
| 02/14/2020 | 66,575.00 | MONCLA WORKOVER & DRILLING | 02/19/2020 | Goods & Services |
| 02/20/2020 | 94,816.99 | MONCLA WORKOVER & DRILLING | 02/25/2020 | Goods & Services |
| 01/30/2020 | 63.54 | MUSIC MOUNTAIN WATER, LLC | 02/05/2020 | Goods & Services |
| 02/14/2020 | 13,577.23 | NATIONAL OILWELL DHT, LP | 02/18/2020 | Goods & Services |
| 02/20/2020 | 12,647.40 | NATIONAL OILWELL DHT, LP | 02/24/2020 | Goods & Services |
| 01/10/2020 | 1,548.51 | NATIONAL OILWELL VARCO | 01/13/2020 | Goods & Services |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|-----------|----------|-----------|-----------|--------------------|
| 01/23/2020 | 7,710.75 | NATIONAL OILWELL VARCO | 01/27/2020 | Goods & Services |
| 01/23/2020 | 66,089.80 | NATIONAL OILWELL VARCO | 01/27/2020 | Goods & Services |
| 02/07/2020 | 19.49 | NATIONAL OILWELL VARCO | 02/11/2020 | Goods & Services |
| 02/07/2020 | 10,775.03 | NATIONAL OILWELL VARCO, LP | 02/11/2020 | Goods & Services |
| 01/10/2020 | 22.50 | NAVASOTA VALLEY ELECTRIC COOPERATIVE INC | 01/16/2020 | Utilities |
| 02/07/2020 | 23.74 | NAVASOTA VALLEY ELECTRIC COOPERATIVE INC | 02/12/2020 | Utilities |
| 03/19/2020 | 22.50 | NAVASOTA VALLEY ELECTRIC COOPERATIVE INC | 03/26/2020 | Utilities |
| 01/10/2020 | 16,338.70 | NAVIGATOR SRT, LLC | 01/21/2020 | Goods & Services |
| 01/23/2020 | 50.88 | NELSON'S OIL & GAS INC | 01/30/2020 | Goods & Services |
| 01/30/2020 | 451.28 | NELSON'S OIL & GAS INC | 02/05/2020 | Goods & Services |
| 02/27/2020 | 3,190.00 | NEURALOG | 03/05/2020 | Goods & Services |
| 03/13/2020 | 208.50 | NEW BENEFITS, LTD. | 03/17/2020 | Goods & Services |
| 01/10/2020 | 10,572.20 | OILFIELD PARTNERS ENERGY SERVICES, LLC | 01/15/2020 | Goods & Services |
| 02/14/2020 | 27,888.41 | OILFIELD PARTNERS ENERGY SERVICES, LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 33,113.98 | OILFIELD PARTNERS ENERGY SERVICES, LLC | 02/25/2020 | Goods & Services |
| 02/24/2020 | 28,151.00 | OMNI INTERLOCKEN GOLF CLUB | 03/04/2020 | Benefits |
| 01/16/2020 | 44.45 | O'NEAL GAS, INC. | 01/22/2020 | Goods & Services |
| 02/07/2020 | 150.00 | ONLINE PRESENCE  BUILDERS | 02/12/2020 | Goods & Services |
| 02/07/2020 | 65.00 | OWASSA BROWNVILLE WATER ATH | 02/11/2020 | Goods & Services |
| 03/13/2020 | 65.00 | OWASSA BROWNVILLE WATER ATH | 03/19/2020 | Goods & Services |
| 02/27/2020 | 8,610.00 | PANTHER PRESSURE TESTERS, INC. | 03/03/2020 | Goods & Services |
| 01/23/2020 | 1,581.59 | PCS FERGUSON INC. | 01/28/2020 | Goods & Services |
| 02/14/2020 | 866.55 | PCS FERGUSON INC. | 02/18/2020 | Goods & Services |
| 02/20/2020 | 817.50 | PCS FERGUSON INC. | 02/26/2020 | Goods & Services |
| 01/30/2020 | 43,136.94 | PEARL PARKWAY, LLC | 02/06/2020 | Rent |
| 02/27/2020 | 43,136.94 | PEARL PARKWAY, LLC | 03/04/2020 | Rent |
| 01/16/2020 | 7,886.01 | PERFORMANCE WELLHEAD & FRAC | 01/22/2020 | Goods & Services |
| 02/14/2020 | 4,578.98 | PERFORMANCE WELLHEAD & FRAC | 02/19/2020 | Goods & Services |
| 01/23/2020 | 4,950.72 | PINE ISLAND CHEMICAL SOLUTIONS LLC | 01/28/2020 | Goods & Services |
| 02/07/2020 | 1,013.30 | PINE ISLAND CHEMICAL SOLUTIONS LLC | 02/11/2020 | Goods & Services |
| 01/10/2020 | 13,675.00 | PIPE PROS, LLC | 01/14/2020 | Goods & Services |
| 01/30/2020 | 1,554.27 | PITNEY BOWES | 02/10/2020 | Goods & Services |
| 02/14/2020 | 278.90 | PITNEY BOWES | 02/25/2020 | Goods & Services |
| 02/14/2020 | 1,079.74 | PITNEY BOWES | 02/24/2020 | Goods & Services |
| 03/06/2020 | 190.00 | PITNEY BOWES | 03/17/2020 | Goods & Services |
| 03/13/2020 | 95.94 | PITNEY BOWES | 03/24/2020 | Goods & Services |
| 03/13/2020 | 639.09 | PITNEY BOWES GLOBAL FINANCIAL SVCS., LLC | 03/24/2020 | Goods & Services |
| 02/27/2020 | 1,000.00 | PITNIC LIMITED | 03/11/2020 | Goods & Services |
| 01/23/2020 | 3,335.00 | PITTS SWABBING SERVICE, INC. | 01/28/2020 | Goods & Services |
| 02/14/2020 | 5,110.00 | PITTS SWABBING SERVICE, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 27,839.70 | PITTS SWABBING SERVICE, INC. | 02/25/2020 | Goods & Services |
| 03/13/2020 | 11,581.15 | PITTS SWABBING SERVICE, INC. | 03/17/2020 | Goods & Services |
| 01/10/2020 | 24,960.97 | PLANNING THRU COMPLETION, LLC | 01/15/2020 | Goods & Services |
| 01/23/2020 | 25,290.00 | PLANNING THRU COMPLETION, LLC | 01/29/2020 | Goods & Services |
| 01/30/2020 | 24,720.00 | PLANNING THRU COMPLETION, LLC | 02/06/2020 | Goods & Services |
| 02/07/2020 | 24,830.06 | PLANNING THRU COMPLETION, LLC | 02/13/2020 | Goods & Services |
| 01/30/2020 | 1,500.00 | PLANTE & MORAN, PLLC | 02/07/2020 | Goods & Services |
| 02/20/2020 | 7,606.00 | POWERLIGHTS & EQUIPMENT CO., LLC | 02/26/2020 | Goods & Services |
| 02/27/2020 | 22,577.23 | PREMIUM OILFIELD SERVICES, LLC | 03/09/2020 | Goods & Services |
| 01/30/2020 | 1,276.88 | PROCESS PIPING MATERIALS, INC. | 02/05/2020 | Goods & Services |
| 02/14/2020 | 194.80 | PROCESS PIPING MATERIALS, INC. | 02/20/2020 | Goods & Services |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/10/2020 | 38,271.40 | PRYOR PACKERS INC. | 01/22/2020 | Goods & Services |
| 01/16/2020 | 5,452.80 | PRYOR PACKERS INC. | 01/23/2020 | Goods & Services |
| 01/23/2020 | 32,537.89 | PRYOR PACKERS INC. | 01/30/2020 | Goods & Services |
| 02/20/2020 | 24,218.88 | PRYOR PACKERS INC. | 02/27/2020 | Goods & Services |
| 02/27/2020 | 3,085.88 | PRYOR PACKERS INC. | 03/04/2020 | Goods & Services |
| 03/13/2020 | 25,864.21 | PRYOR PACKERS INC. | 03/17/2020 | Goods & Services |
| 01/10/2020 | 25,999.62 | QUALITY DRILLING FLUIDS, INC. | 01/22/2020 | Goods & Services |
| 02/14/2020 | 22,114.67 | QUITMAN TANK SOLUTIONS LLC | 03/02/2020 | Goods & Services |
| 01/10/2020 | 13,305.09 | R & R RENTALS & HOT SHOT, INC. | 01/17/2020 | Goods & Services |
| 01/23/2020 | 30,221.06 | R & R RENTALS & HOT SHOT, INC. | 01/30/2020 | Goods & Services |
| 01/30/2020 | 10,081.00 | R & R RENTALS & HOT SHOT, INC. | 02/12/2020 | Goods & Services |
| 02/07/2020 | 12,704.20 | R & R RENTALS & HOT SHOT, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 2,204.00 | R & R RENTALS & HOT SHOT, INC. | 02/27/2020 | Goods & Services |
| 03/06/2020 | 1,526.00 | R & R RENTALS & HOT SHOT, INC. | 03/17/2020 | Goods & Services |
| 01/16/2020 | 48,508.00 | RAPAD WELL SERVICE CO INC | 01/22/2020 | Goods & Services |
| 01/23/2020 | 74,564.80 | RAPAD WELL SERVICE CO INC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 15,690.00 | RAPAD WELL SERVICE CO INC | 02/21/2020 | Goods & Services |
| 02/20/2020 | 14,010.00 | RAPAD WELL SERVICE CO INC | 02/25/2020 | Goods & Services |
| 03/06/2020 | 69,746.44 | RAPAD WELL SERVICE CO INC | 03/10/2020 | Goods & Services |
| 02/14/2020 | 2,354.00 | REAGAN EQUIPMENT CO., INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 5,633.09 | REAGAN EQUIPMENT CO., INC. | 02/25/2020 | Goods & Services |
| 02/14/2020 | 7,981.00 | REBEL TESTERS, INC. | 02/20/2020 | Goods & Services |
| 02/20/2020 | 2,224.50 | REBEL TESTERS, INC. | 02/25/2020 | Goods & Services |
| | | RED RIVER PARISH SHERIFF - TAX | | Taxes |
| 01/30/2020 | 811.66 | COLLECTOR | 02/05/2020 | |
| 02/14/2020 | 2,181.00 | REGARD RESOURCES COMPANY, INC. | 02/24/2020 | Goods & Services |
| 01/23/2020 | 1,050.00 | REGISTER OILFIELD SERVICES, INC. | 01/29/2020 | Goods & Services |
| 02/14/2020 | 1,050.00 | REGISTER OILFIELD SERVICES, INC. | 02/21/2020 | Goods & Services |
| 01/10/2020 | 168.06 | REPUBLIC SERVICES #808 | 01/16/2020 | Utilities |
| 01/23/2020 | 11.93 | REPUBLIC SERVICES #808 | 01/29/2020 | Utilities |
| 02/07/2020 | 134.19 | REPUBLIC SERVICES #808 | 02/14/2020 | Utilities |
| 02/14/2020 | 163.15 | REPUBLIC SERVICES #808 | 02/20/2020 | Utilities |
| 02/14/2020 | 207.44 | REPUBLIC SERVICES #808 | 02/20/2020 | Utilities |
| 03/13/2020 | 162.77 | REPUBLIC SERVICES #808 | 03/25/2020 | Utilities |
| 03/13/2020 | 61.98 | REPUBLIC SERVICES #808 | 03/25/2020 | Utilities |
| 03/23/2020 | 206.96 | REPUBLIC SERVICES #808 | 03/30/2020 | Utilities |
| 01/10/2020 | 6,504.91 | RHONDA B. CARTER | 01/14/2020 | Goods & Services |
| 02/20/2020 | 6,102.27 | RHONDA B. CARTER | 02/25/2020 | Goods & Services |
| 03/06/2020 | 6,007.98 | RHONDA B. CARTER | 03/10/2020 | Goods & Services |
| 02/07/2020 | 185.73 | RICOH USA, INC. | 02/10/2020 | Goods & Services |
| 03/13/2020 | 181.09 | RICOH USA, INC. | 03/20/2020 | Goods & Services |
| 01/23/2020 | 1,740.00 | ROBERSON TRUCKING CO., INC. | 01/28/2020 | Goods & Services |
| 02/20/2020 | 885.00 | ROBERSON TRUCKING CO., INC. | 02/25/2020 | Goods & Services |
| 01/16/2020 | 7,647.50 | ROBERT CAVES | 03/03/2020 | Goods & Services |
| 02/20/2020 | 4,341.11 | ROBIN USA, INC | 02/26/2020 | Goods & Services |
| 03/13/2020 | 3,588.63 | ROBIN USA, INC | 03/17/2020 | Goods & Services |
| 01/10/2020 | 639.86 | ROBINE & WELCH | 01/30/2020 | Goods & Services |
| 01/30/2020 | 5,530.83 | ROBINE & WELCH | 02/06/2020 | Goods & Services |
| 02/14/2020 | 27,411.26 | ROBINE & WELCH | 03/02/2020 | Goods & Services |
| 02/27/2020 | 250,235.59 | Rodan Transport (U.S.A.), Ltd. | 02/27/2020 | Goods & Services |
| 01/23/2020 | 17,114.46 | RWLS, LLC DBA RENEGADE SERVICES | 01/28/2020 | Goods & Services |
| 02/20/2020 | 116,543.40 | RWLS, LLC DBA RENEGADE SERVICES | 02/25/2020 | Goods & Services |
| 03/09/2020 | 1,672.37 | Santa Rosa County, Tax Collector | 03/09/2020 | Taxes |
| | | SCIENTIFIC DRILLING INTERNATIONAL, INC. | | Goods & Services |
| 01/23/2020 | 4,317.66 | | 01/27/2020 | |
| 01/17/2020 | 230,601.12 | Scientific Drilling International, Inc. | 01/17/2020 | Goods & Services |
| 01/23/2020 | 8,391.74 | SECORP INDUSTRIES | 01/28/2020 | Goods & Services |
| 01/30/2020 | 15,488.21 | SECORP INDUSTRIES | 02/04/2020 | Goods & Services |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|-----------|----------|-----------|-----------|--------------------|
| 02/07/2020 | 5,159.00 | SECORP INDUSTRIES | 02/13/2020 | Goods & Services |
| 02/14/2020 | 680.00 | SECORP INDUSTRIES | 02/19/2020 | Goods & Services |
| 02/20/2020 | 37,760.39 | SECORP INDUSTRIES | 02/25/2020 | Goods & Services |
| 03/06/2020 | 21,532.36 | SECORP INDUSTRIES | 03/10/2020 | Goods & Services |
| 02/20/2020 | 362.00 | SGS NORTH AMERICA, INC. | 03/02/2020 | Goods & Services |
| 02/20/2020 | 253.56 | SHRED-IT USA - SHREVEPORT | 02/28/2020 | Goods & Services |
| 01/23/2020 | 483.63 | SHREVEPORT CLUB | 01/28/2020 | Goods & Services |
| 02/20/2020 | 199.02 | SHREVEPORT CLUB | 02/24/2020 | Goods & Services |
| 01/23/2020 | 300.00 | SHREVEPORT PETROLEUM DATA ASSO | 01/29/2020 | Goods & Services |
| 02/20/2020 | 300.00 | SHREVEPORT PETROLEUM DATA ASSO | 02/24/2020 | Goods & Services |
| 01/10/2020 | 5,019.20 | SLICKLINE SOUTH, LLC | 01/29/2020 | Goods & Services |
| 01/23/2020 | 18,606.80 | SLICKLINE SOUTH, LLC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 7,456.00 | SLICKLINE SOUTH, LLC | 02/24/2020 | Goods & Services |
| 02/20/2020 | 32,114.20 | SLICKLINE SOUTH, LLC | 02/26/2020 | Goods & Services |
| 01/30/2020 | 15,208.54 | SMITH COUNTY | 02/10/2020 | Taxes |
| 01/30/2020 | 6,208.69 | SMITH COUNTY | 02/06/2020 | Taxes |
| 01/10/2020 | 6,127.80 | SOUND AND CELLULAR, INC. | 01/21/2020 | Goods & Services |
| 01/10/2020 | 5,288.00 | SOUTHERN EROSION CONTROL | 01/21/2020 | Goods & Services |
| 02/20/2020 | 1,324.00 | SOUTHERN EROSION CONTROL | 02/26/2020 | Goods & Services |
| 02/14/2020 | 16,928.00 | SOUTHERN OILFIELD INSPECTION, LLC | 03/04/2020 | Goods & Services |
| 01/10/2020 | 60.39 | SOUTHERN PINE ELECTRIC COOPERATIVE | 01/15/2020 | Utilities |
| 01/16/2020 | 156,817.81 | SOUTHERN PINE ELECTRIC COOPERATIVE | 01/23/2020 | Utilities |
| 02/07/2020 | 62.67 | SOUTHERN PINE ELECTRIC COOPERATIVE | 02/12/2020 | Utilities |
| 02/20/2020 | 168,449.59 | SOUTHERN PINE ELECTRIC COOPERATIVE | 02/26/2020 | Utilities |
| 03/19/2020 | 152,839.50 | SOUTHERN PINE ELECTRIC COOPERATIVE | 03/24/2020 | Utilities |
| 01/10/2020 | 8,868.43 | SOUTHERN PROPANE, INC. | 01/15/2020 | Utilities |
| 01/23/2020 | 2,101.32 | SOUTHERN PROPANE, INC. | 01/28/2020 | Utilities |
| 02/07/2020 | 6,471.59 | SOUTHERN PROPANE, INC. | 02/12/2020 | Utilities |
| 02/20/2020 | 8,541.58 | SOUTHERN PROPANE, INC. | 02/25/2020 | Utilities |
| 03/23/2020 | 10,088.60 | SOUTHERN PROPANE, INC. | 03/26/2020 | Utilities |
| 01/30/2020 | 108.32 | SOUTHWESTERN ELECTRIC POWER COMPANY | 02/07/2020 | Utilities |
| 02/20/2020 | 279.34 | SOUTHWESTERN ELECTRIC POWER COMPANY | 02/26/2020 | Utilities |
| 03/13/2020 | 108.32 | SOUTHWESTERN ELECTRIC POWER COMPANY | 03/24/2020 | Utilities |
| 02/14/2020 | 2,816.00 | SPL, INC. | 02/18/2020 | Goods & Services |
| 02/20/2020 | 16,016.75 | SPL, INC. | 02/24/2020 | Goods & Services |
| 02/10/2020 | 30,073.44 | SPOC Automation, Inc. | 02/10/2020 | Goods & Services |
| 01/23/2020 | 16,363.00 | SRT OIL FIELD SERVICE, LLC | 01/28/2020 | Goods & Services |
| 01/30/2020 | 6,100.00 | SRT OIL FIELD SERVICE, LLC | 02/05/2020 | Goods & Services |
| 02/14/2020 | 3,764.00 | SRT OIL FIELD SERVICE, LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 2,400.00 | SRT OIL FIELD SERVICE, LLC | 02/25/2020 | Goods & Services |
| 03/06/2020 | 3,300.00 | SRT OIL FIELD SERVICE, LLC | 03/10/2020 | Goods & Services |
| 01/10/2020 | 2,489.15 | STABIL DRILL | 01/16/2020 | Goods & Services |
| 01/23/2020 | 1,068.70 | STABIL DRILL | 01/30/2020 | Goods & Services |
| 02/20/2020 | 15,165.70 | STABIL DRILL | 02/26/2020 | Goods & Services |
| 01/23/2020 | 1,320.55 | STAPLES BUSINESS CREDIT | 01/28/2020 | Goods & Services |
| 02/27/2020 | 1,473.79 | STAPLES BUSINESS CREDIT | 03/03/2020 | Goods & Services |
| 01/17/2020 | 29,248.71 | State of Florida | 01/17/2020 | Severance Taxes |
| 02/19/2020 | 4,641.77 | State of Florida | 02/19/2020 | Severance Taxes |
| 03/18/2020 | 436.03 | State of Florida | 03/18/2020 | Severance Taxes |
| 01/21/2020 | 650.00 | STATE POLICE RIGHT TO KNOW | 01/31/2020 | Goods & Services |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/13/2020 | 300.00 | STATE TREASURER, STATE OF ALABAMA | 01/21/2020 | Taxes |
| 01/30/2020 | 224,211.58 | Steel Service Oilfield Tubular, Inc. | 01/30/2020 | Goods & Services |
| 02/27/2020 | 1,600.00 | STEWART TRANSPORT, LLC | 03/16/2020 | Goods & Services |
| 01/30/2020 | 66,909.57 | STONEHAM DRILLING CORPORATION | 02/06/2020 | Goods & Services |
| 02/20/2020 | 50,000.00 | STONEHAM DRILLING CORPORATION | 02/27/2020 | Goods & Services |
| 03/06/2020 | 278,883.85 | STONEHAM DRILLING CORPORATION | 03/11/2020 | Goods & Services |
| 02/07/2020 | 423.10 | STUART'S INC. OF SHREVEPORT | 02/13/2020 | Goods & Services |
| 01/23/2020 | 2,349.00 | SUPPORT.COM | 01/31/2020 | Goods & Services |
| 02/27/2020 | 11,071.67 | SUPPORT.COM | 03/06/2020 | Goods & Services |
| 01/23/2020 | 83.98 | SUTTON LLOYD | 01/30/2020 | Goods & Services |
| 01/30/2020 | 6,422.00 | T & T COMMUNICATIONS | 02/06/2020 | Goods & Services |
| 02/20/2020 | 1,310.00 | T & T COMMUNICATIONS | 03/20/2020 | Goods & Services |
| 01/10/2020 | 2,510.00 | T & T WELDING SERVICE | 02/19/2020 | Goods & Services |
| 01/16/2020 | 11,954.00 | T & T WELDING SERVICE | 03/04/2020 | Goods & Services |
| 01/23/2020 | 7,135.00 | T & T WELDING SERVICE | 03/04/2020 | Goods & Services |
| 01/30/2020 | 4,599.00 | T & T WELDING SERVICE | 03/11/2020 | Goods & Services |
| 02/07/2020 | 7,430.00 | T & T WELDING SERVICE | 03/18/2020 | Goods & Services |
| 01/10/2020 | 48,983.76 | T.W. MCGUIRE & ASSOCIATES, INC. | 01/15/2020 | Goods & Services |
| 01/23/2020 | 1,215.00 | T.W. MCGUIRE & ASSOCIATES, INC. | 02/19/2020 | Goods & Services |
| 01/23/2020 | 29,831.75 | TCP SPECIALISTS, LLC | 01/28/2020 | Goods & Services |
| 03/13/2020 | 5,000.00 | TCP SPECIALISTS, LLC | 03/18/2020 | Goods & Services |
| 01/07/2020 | 2,850.11 | THE MCPHERSON COMPANIES, INC. | 01/13/2020 | Goods & Services |
| 02/20/2020 | 1,150.00 | THOMAS HOOPER | 02/28/2020 | Goods & Services |
| 01/15/2020 | 1,790.20 | THOMPSON GAS | 01/30/2020 | Goods & Services |
| 01/23/2020 | 300.26 | THOMPSON GAS | 02/14/2020 | Goods & Services |
| 02/07/2020 | 10.40 | THOMPSON GAS | 02/20/2020 | Goods & Services |
| 02/20/2020 | 755.03 | THOMPSON GAS | 03/04/2020 | Goods & Services |
| 01/10/2020 | 400.00 | TIM MCCURRY | 01/17/2020 | Goods & Services |
| 02/20/2020 | 400.00 | TIM MCCURRY | 02/25/2020 | Goods & Services |
| 03/13/2020 | 400.00 | TIM MCCURRY | 03/17/2020 | Goods & Services |
| 01/16/2020 | 1,350.00 | TIM ROSS | 01/28/2020 | Goods & Services |
| 02/07/2020 | 1,200.00 | TIM ROSS | 02/12/2020 | Goods & Services |
| 03/04/2020 | 1,200.00 | TIM ROSS | 03/16/2020 | Goods & Services |
| 01/23/2020 | 5,701.80 | TOM JOINER & ASSOCIATES INC. | 02/03/2020 | Goods & Services |
| 02/14/2020 | 22,223.74 | TOM JOINER & ASSOCIATES INC. | 02/24/2020 | Goods & Services |
| 01/10/2020 | 2,023.84 | TOOL PUSHERS SUPPLY CO. | 01/15/2020 | Goods & Services |
| 01/23/2020 | 31,295.45 | TOOL PUSHERS SUPPLY CO. | 01/28/2020 | Goods & Services |
| 02/07/2020 | 27,270.74 | TOOL PUSHERS SUPPLY CO. | 02/12/2020 | Goods & Services |
| 02/20/2020 | 15,392.76 | TOOL PUSHERS SUPPLY CO. | 02/25/2020 | Goods & Services |
| 02/10/2020 | 63,090.92 | Tool Pushers Supply Co. | 02/10/2020 | Goods & Services |
| 02/14/2020 | 1,680.10 | TOTAL PUMP & SUPPLY LLC | 02/20/2020 | Goods & Services |
| 02/20/2020 | 11,325.38 | TOTAL PUMP & SUPPLY LLC | 02/25/2020 | Goods & Services |
| 01/30/2020 | 1,051.30 | TOTAL SAFETY U.S., INC. | 02/06/2020 | Goods & Services |
| 02/20/2020 | 2,780.80 | TOTAL SAFETY U.S., INC. | 02/27/2020 | Goods & Services |
| 01/10/2020 | 19.00 | TOWN OF ARCADIA | 01/15/2020 | Taxes |
| 01/10/2020 | 134.67 | TOWN OF ARCADIA | 01/15/2020 | Taxes |
| 01/30/2020 | 25.76 | TOWN OF ARCADIA | 02/07/2020 | Taxes |
| 02/07/2020 | 19.00 | TOWN OF ARCADIA | 02/12/2020 | Taxes |
| 03/13/2020 | 19.00 | TOWN OF ARCADIA | 03/18/2020 | Taxes |
| 01/23/2020 | 430.20 | TRACKNET | 01/28/2020 | Goods & Services |
| 02/20/2020 | 430.20 | TRACKNET | 02/25/2020 | Goods & Services |
| 02/24/2020 | 17,280.07 | Transamerica (401k) | 02/29/2020 | 401(k) Contributions |
| 01/08/2020 | 15,179.14 | Transamerica (401k) | 01/08/2020 | 401(k) Contributions |
| 01/09/2020 | 15,692.59 | Transamerica (401k) | 01/09/2020 | 401(k) Contributions |
| 01/21/2020 | 16,289.48 | Transamerica (401k) | 01/21/2020 | 401(k) Contributions |
| 03/17/2020 | 20,300.24 | Transamerica (401k) | 03/17/2020 | 401(k) Contributions |
| 02/06/2020 | 16,761.40 | Transamerica (401k) | 02/06/2020 | 401(k) Contributions |
| 03/09/2020 | 17,899.21 | Transamerica (401k) | 03/09/2020 | 401(k) Contributions |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/23/2020 | 638.52 | TRANSZAP, INC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 301.56 | TRANSZAP, INC | 02/21/2020 | Goods & Services |
| 03/13/2020 | 404.52 | TRANSZAP, INC | 03/20/2020 | Goods & Services |
| 01/30/2020 | 3,000.00 | TREY BURTON | 02/10/2020 | Goods & Services |
| 01/30/2020 | 35,255.78 | UHS PREMIUM BILLING | 02/11/2020 | Goods & Services |
| 02/14/2020 | 10,898.92 | ULTERRA DRILLING TECHNOLOGIES, LP | 02/19/2020 | Goods & Services |
| 01/10/2020 | 10,423.70 | UNION OILFIELD SUPPLY, INC. | 01/22/2020 | Goods & Services |
| 01/16/2020 | 4,143.08 | UNION OILFIELD SUPPLY, INC. | 01/22/2020 | Goods & Services |
| 01/23/2020 | 5,048.59 | UNION OILFIELD SUPPLY, INC. | 01/28/2020 | Goods & Services |
| 02/14/2020 | 2,444.37 | UNION OILFIELD SUPPLY, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 48,713.76 | UNION OILFIELD SUPPLY, INC. | 02/25/2020 | Goods & Services |
| 03/06/2020 | 30,641.95 | UNION OILFIELD SUPPLY, INC. | 03/10/2020 | Goods & Services |
| 01/10/2020 | 88.59 | UNISHIPPERS DEN | 01/14/2020 | Goods & Services |
| 01/23/2020 | 148.56 | UNISHIPPERS DEN | 01/28/2020 | Goods & Services |
| 01/30/2020 | 74.04 | UNISHIPPERS DEN | 02/05/2020 | Goods & Services |
| 02/07/2020 | 85.63 | UNISHIPPERS DEN | 02/11/2020 | Goods & Services |
| 02/14/2020 | 155.24 | UNISHIPPERS DEN | 02/20/2020 | Goods & Services |
| 02/20/2020 | 159.09 | UNISHIPPERS DEN | 02/26/2020 | Goods & Services |
| 02/27/2020 | 92.10 | UNISHIPPERS DEN | 03/03/2020 | Goods & Services |
| 03/06/2020 | 140.98 | UNISHIPPERS DEN | 03/10/2020 | Goods & Services |
| 03/13/2020 | 315.79 | UNISHIPPERS DEN | 03/17/2020 | Goods & Services |
| 01/10/2020 | 279.34 | UNISHIPPERS FRT | 01/14/2020 | Goods & Services |
| 01/23/2020 | 471.18 | UNISHIPPERS FRT | 01/28/2020 | Goods & Services |
| 01/30/2020 | 133.92 | UNISHIPPERS FRT | 02/05/2020 | Goods & Services |
| 02/07/2020 | 201.82 | UNISHIPPERS FRT | 02/11/2020 | Goods & Services |
| 02/14/2020 | 198.53 | UNISHIPPERS FRT | 02/20/2020 | Goods & Services |
| 02/20/2020 | 21.40 | UNISHIPPERS FRT | 02/26/2020 | Goods & Services |
| 02/27/2020 | 54.81 | UNISHIPPERS FRT | 03/03/2020 | Goods & Services |
| 03/06/2020 | 67.66 | UNISHIPPERS FRT | 03/10/2020 | Goods & Services |
| 03/13/2020 | 1,596.87 | UNISHIPPERS FRT | 03/17/2020 | Goods & Services |
| | | UNITED RENTALS (NORTH AMERICA) INC. | | Goods & Services |
| 02/14/2020 | 94.52 | | 02/18/2020 | |
| 01/30/2020 | 4,313.76 | UNITED VISION LOGISTICS | 02/05/2020 | Goods & Services |
| 03/06/2020 | 8,581.00 | UNIVERSITY OF DENVER | 03/10/2020 | Employee Benefits |
| 01/16/2020 | 258.97 | UPSHUR RURAL ELECTRIC COOPERATIVE | 01/24/2020 | Utilities |
| 02/07/2020 | 464.21 | UPSHUR RURAL ELECTRIC COOPERATIVE | 02/14/2020 | Utilities |
| 02/14/2020 | 263.64 | UPSHUR RURAL ELECTRIC COOPERATIVE | 02/21/2020 | Utilities |
| 03/13/2020 | 631.19 | UPSHUR RURAL ELECTRIC COOPERATIVE | 03/19/2020 | Utilities |
| 01/30/2020 | 4,050.25 | VERIZON WIRELESS | 02/04/2020 | Utilities |
| 02/27/2020 | 2,763.31 | VERIZON WIRELESS | 03/03/2020 | Utilities |
| 03/23/2020 | 3,006.69 | VERIZON WIRELESS | 03/27/2020 | Utilities |
| 02/20/2020 | 4,532.12 | VINCENT A. ZITO | 02/26/2020 | Goods & Services |
| 01/10/2020 | 1,262.60 | W.S. RED HANCOCK, INC. | 01/15/2020 | Goods & Services |
| 02/20/2020 | 2,097.20 | W.S. RED HANCOCK, INC. | 03/03/2020 | Goods & Services |
| 02/20/2020 | 1,625.00 | W4 CONSULTING LLC | 02/27/2020 | Goods & Services |
| 02/07/2020 | 2,428.90 | WADE SERVICES, INC. | 02/20/2020 | Goods & Services |
| 01/10/2020 | 1,900.00 | WALKER INSPECTION LLC | 01/23/2020 | Goods & Services |
| 01/30/2020 | 29,906.20 | WARREN COUNTY CLERK | 02/07/2020 | Taxes |
| 01/30/2020 | 1,124.46 | WARREN COUNTY CLERK | 02/07/2020 | Taxes |
| | | WASTEWATER DISPOSAL SERVICES, INC. | | Goods & Services |
| 01/16/2020 | 26,462.00 | | 02/05/2020 | |
| | | WASTEWATER DISPOSAL SERVICES, INC. | | Goods & Services |
| 03/06/2020 | 6,972.00 | | 03/17/2020 | |
| 02/07/2020 | 5,225.44 | WEATHERFORD LABORATORIES, INC. | 02/12/2020 | Goods & Services |
| 02/14/2020 | 3,434.00 | WEATHERFORD LABORATORIES, INC. | 02/25/2020 | Goods & Services |
| 02/20/2020 | 83,861.25 | WEATHERFORD LABORATORIES, INC. | 03/02/2020 | Goods & Services |
| | | WELLEZ INFORMATION MANAGEMENT, LLC | | Goods & Services |
| 01/30/2020 | 750.00 | | 02/05/2020 | |

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| | | WELLEZ INFORMATION MANAGEMENT, LLC | | Goods & Services |
| 02/07/2020 | 750.00 | | 02/12/2020 | |
| 01/30/2020 | 727.00 | WESTERN WATER CONSULTANTS, INC. | 02/05/2020 | Goods & Services |
| 02/07/2020 | 890.50 | WESTERN WATER CONSULTANTS, INC. | 02/13/2020 | Goods & Services |
| | | WHIRLWIND METHANE RECOVERY | | Goods & Services |
| 01/10/2020 | 11,070.00 | SYSTEMS, LLC | 01/16/2020 | |
| | | WHIRLWIND METHANE RECOVERY | | Goods & Services |
| 02/14/2020 | 7,106.96 | SYSTEMS, LLC | 02/25/2020 | |
| | | WHIRLWIND METHANE RECOVERY | | Goods & Services |
| 02/20/2020 | 16,454.02 | SYSTEMS, LLC | 02/25/2020 | |
| | | WHIRLWIND METHANE RECOVERY | | Goods & Services |
| 02/27/2020 | 3,671.82 | SYSTEMS, LLC | 03/06/2020 | |
| 02/14/2020 | 16,369.08 | WHITE RESOURCES LLC | 02/24/2020 | Goods & Services |
| 02/20/2020 | 14,537.93 | WHITE RESOURCES LLC | 02/25/2020 | Goods & Services |
| 02/07/2020 | 707.80 | WOLFEPAK SOFTWARE, LLC | 02/12/2020 | Software Licensing |
| 01/23/2020 | 3,319.85 | WP SOFTWARE CONSULTANTS, LLC | 01/28/2020 | Software Licensing |
| 02/27/2020 | 3,319.85 | WP SOFTWARE CONSULTANTS, LLC | 03/03/2020 | Software Licensing |
| 03/19/2020 | 3,319.85 | WP SOFTWARE CONSULTANTS, LLC | 03/24/2020 | Software Licensing |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 01/23/2020 | 5,294.62 | ASSOCIATION | 01/29/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 01/23/2020 | 4,903.64 | ASSOCIATION | 01/29/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 02/07/2020 | 145.07 | ASSOCIATION | 02/12/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/12/2020 | 6,159.17 | ASSOCIATION | 03/17/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/12/2020 | 6,844.97 | ASSOCIATION | 03/17/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/12/2020 | 145.07 | ASSOCIATION | 03/17/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/23/2020 | 4,265.15 | ASSOCIATION | 03/27/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/23/2020 | 6,534.73 | ASSOCIATION | 03/27/2020 | |
| 01/10/2020 | 129.90 | YOUR MESSAGE CENTER, INC. | 01/15/2020 | Goods & Services |
| 02/14/2020 | 102.85 | YOUR MESSAGE CENTER, INC. | 02/20/2020 | Goods & Services |
| 03/13/2020 | 103.92 | YOUR MESSAGE CENTER, INC. | 03/24/2020 | Goods & Services |
| 01/10/2020 | 53.50 | ZEDI USA | 01/30/2020 | Goods & Services |
| 01/30/2020 | 53.50 | ZEDI USA | 02/07/2020 | Goods & Services |
| | **10,097,684.81** | | | |

## Transfers from SEC to Sklarco

| | Transfers to Sklarco For Howard F. Sklar | Transfers to Sklarco to Pay Sklarco JIBs | |
|---|---|---|---|
| 5/1/2019 | $ 225,000.00 | | |
| 7/11/2019 | $ 50,000.00 | | |
| 7/24/2019 | $ 50,000.00 | | |
| 7/24/2019 | $ 200,000.00 | | |
| 8/22/2019 | $ 90,000.00 | | |
| 9/3/2019 | $ 110,000.00 | | |
| 10/2/2019 | $ 160,000.00 | | |
| 10/16/2019 | $ 20,000.00 | | |
| 10/21/2019 | | $ 684,000.00 | |
| 10/21/2019 | $ 2,700.00 | | |
| 10/22/2019 | $ 11,000.00 | | |
| 10/28/2019 | | $ 42,000.00 | |
| 10/29/2019 | $ 7,500.00 | $ 7,500.00 | |
| 11/1/2019 | $ 60,000.00 | | |
| 11/8/2019 | $ 50,440.00 | $ 24,560.00 | |
| 11/25/2019 | | $ 360,000.00 | |
| 11/27/2019 | | $ 180,000.00 | |
| 12/23/2019 | $ 100,000.00 | | |
| 1/6/2020 | $ 125,000.00 | $ 85,000.00 | Total |
| | $ 1,261,640.00 | $ 1,383,060.00 | **$ 2,644,700.00** |