**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re Sklar Exploration Company, LLC | ) | Case No. 20-12377-EEB |
| Debtor, | ) | Chapter 11 |
| | ) | |

| | | |
|---|---|---|
| | ) | |
| In re Sklarco, LLC. | ) | Case No. 20-12380-EEB |
| Debtor. | ) | Chapter 11 |
| | ) | |

## LIQUID GOLD WELL SERVICES, INC.'S NOTICE OF PERFECTION OF LIEN PURSAUNT TO 11 U.S.C. § 546(b)(2)

Liquid Gold Well Service, Inc. (the "Creditor") hereby gives notice of perfection of lien pursuant to 11 U.S.C. § 546(b)(2) as follows (the "Notice"):

1. The Creditor is an oilfield service company that provides contract drilling services.

2. Between March 9, 2020 and March 27, 2020, at the special insistence and request of Sklar Exploration Company, LLC (the "Debtor"), the Creditor provided certain services to the Debtor and the owners of the following real property and lands in Phillips County, Montana in addition to the following described well:
   Township 32 North, Range 33 East, MPM
   Section 05: NE1/4 NE1/4
   Well: Corwin 5 #1 (API NO. 2507123339)
   (the "Property").

3. The Debtor and other owners of the Property have failed and refused to pay the Creditor for the balance owing for goods and services provided.

4. On June 4, 2020, the Creditor timely filed with the County Clerk of Phillips County, Montana a valid Notice of Oil and Gas Lien under Instrument No. 356189, Bk. 88-DOC Pg 703-722 confirming that Creditor is a secured creditor to the extent of said lien against the Property (the "Lien"). A true and correct copy of the Lien is attached hereto as Exhibit 1 and is incorporated herein by this reference.

5. Pursuant to the Lien against the Property, Creditor hereby claims a perfected, secured claim against the Debtor in the amount of $93,582.50 plus interest at the statutory rate of 10% per annum pursuant to M.C.A. § 31-1-106.

6. The Lien filed by the Creditor is properly perfected pursuant to Title 71 of the Montana Code and all other applicable laws, including, but not limited to, M.C.A. § 71-3-1002 and M.C.A. § 71-3-1004 (the "Perfected Lien").

7. The Creditor hereby provides notice of the Perfected Lien against the Property in accordance with 11 U.S.C. § 546(b)(2) to the Debtor, to the Office of the United States Trustee, and to other parties in interest via ECF case filing system.

8. The Creditor reserves all rights with respect to the scope of the Perfected Lien and its interests in (i) the whole of the leaseholds on the Property as identified in the Perfected Lien, (ii) the appurtenances on the Property, (iii) all materials owned by the owners of the leaseholds and used in digging, drilling, torpedoing, completing, operating, or repairing of the oil or gas wells or oil or gas pipelines on the Property, (iv) all oil or gas wells located on the leaseholds on the Property, (v) all oil or gas produced from the leaseholds on the Property, (vi) all other property or property interests identified in the Lien, and (vii) any other property or property interests subject to the Lien as provided in Title 71 of the Montana Code or other applicable law.

9. The Creditor further provides notice that it objects and does not consent to (i) any effort to prime the Perfected Lien against the Property and all other property or property interests identified in the Lien, or (ii) the use of any cash collateral subject to the Perfected Lien.

10. The Creditor reserves the right to request relief from the automatic stay of 11 U.S.C. § 362, or any other appropriate relief, to enforce and defend the Perfected Lien against the Property or any other property or property interests of the Debtor.

11. The Notice shall not be deemed an admission that any filing is necessary to perfect or maintain perfection of the Lien under the Bankruptcy Code, the Montana Code, or any other applicable law.

12. The Creditor reserves the right to supplement or amend the Notice, including, but not limited to, the amounts owed and to itemize any attorneys' fees, costs, interest, or other amounts recoverable under applicable law.

13. The Creditor reserves the right to request allowance and payment of administrative expense claims under 11 U.S.C. § 503.

14. Liquid Gold files the Notice without limitation or waiver of all rights, claims, and defenses against the Debtor, its bankruptcy estate, and any third parties.

Dated: September ___, 2020

Respectfully Submitted,

**FELDMANN NAGEL CANTAFIO PLLC**

Chris Crowley (CO# 44222)
1875 Lawrence St., Ste. 730
Denver, Colorado 80202
Office: (303) 813-1200
Direct: (303) 615-2724
Cellular: (303) 525-8877
Facsimile (303) 813-1201
Email: ccrowley@fncmlaw.com
**ATTORNEY OF RECORD FOR CREDITOR
LIQUID GOLD WELL SERVICE, INC.**

**CERTIFICATE OF SERVICE OF LIQUID GOLD WELL SERVICES, INC.'S NOTICE OF PERFECTION OF LIEN PURSAUNT TO 11 U.S.C. § 546(b)(2)**

The undersigned certifies that on this **29** day of September, 2020, I served the above and foregoing Liquid Gold Well Services, Inc.'s Notice of Perfection of Lien Pursuant to 11 U.S.C. § 546(b)(2) as follows:

Lee M. Kutner, Esq.
KUTNER BRINEN, P.C.
1660 Lincoln St., Ste. 1850
Denver, Colorado 80264
**ATTORNEY OF RECORD FOR DEBTOR**
**SKLAR EXPLORATION COMPANY, LLC**
(*via ECF case filing system only*)

Keri L. Riley, Esq.
KUTNER BRINEN, P.C.
1660 Lincoln St., Ste. 1850
Denver, Colorado 80264
**ATTORNEY OF RECORD FOR DEBTOR**
**SKLAR EXPLORATION COMPANY, LLC**
(*via ECF case filing system only*)

Office of the United States Trustee
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, Colorado 80294
**UNITED STATES TRUSTEE**
(*via ECF case filing system only*)

Respectfully Submitted,

**FELDMANN NAGEL CANTAFIO PLLC**

Chris Crowley (CO# 44222)
**ATTORNEY OF RECORD FOR CREDITOR**
**LIQUID GOLD WELL SERVICE, INC.**

# Exhibit 1

Doc BK 88  Pg 703

Return to:
Lee Law Office PC
P.O. Box 790
Shelby, MT 59474

356189

356189 Fee: $140.00  20 Pgs Bk 88-DOC Pg 703-722
**PHILLIPS COUNTY, MT** Recorded 6/4/2020 At 3:25 PM
Lynnel LaBrie, Clk & Rcdr By
Return to: LEE LAW OFFICE PC
PO BOX 790
158 MAIN STREET
SHELBY MT  59474

# NOTICE OF OIL AND GAS LIEN

**LIQUID GOLD WELL SERVICE, INC.**, a Montana corporation, P.O. Box 757, Cut Bank, Montana 59427 ("Liquid Gold"), pursuant to Title 71, Chapter 3, Part 10, Montana Code Annotated, hereby gives notice that it claims a lien (the "Lien") against the right, title and interest of **SKLAR EXPLORATION COMPANY LLC**, a Louisiana limited liability partnership, 401 Edwards Street, Suite 1601, Shreveport, Louisiana 71101 ("Sklar") in and to following described lands in Phillips County, Montana (the "Subject Lands") in addition to the following described well (the "Well"):

> Township 32 North, Range 33 East, MPM
> Section 05: NE¼NE¼
> Well: Corwin 5 #1 (API No. 2507123339)

This Lien is intended to cover all oil, gas and other mineral interests that Sklar may own in and to the Subject Lands and the Well including, without limitation, all personal property, improvements, easements, permits, licenses, services and rights-of-way used or useful in connection with the exploration, development or operation of the oil, gas and other minerals underlying the Subject Lands and the production, treatment, storage, transportation, processing and compressing of oil, gas, casinghead gas and other minerals, including, but not limited to wells, casing, tubing, in-hole and wellhead fixtures and equipment, lines, separators, treaters, pumps, buildings and all other oilfield machinery, equipment and supplies, pipelines, power lines, roads and all other appurtenances and fixtures relating to the Subject Lands and the interests of Sklar therein.

From March 9, 2020, through March 27, 2020, Liquid Gold performed labor and furnished materials and/or services in the maintenance and operation of the Well. The total value of all labor performed, and materials and/or services furnished by Liquid Gold for the benefit of Sklar is $93,582.50. Copies of the Liquid Gold's invoices detailing the labor, materials and/or services furnished with respect to the Well and the dates on which the foregoing were performed/furnished are attached hereto as Exhibit A. The materials and/or services furnished, and labor performed by Liquid Gold was at the express request of John Vittitow in his capacity as Operations Engineer for Sklar.

Notice of Oil and Gas Lien

Page 1 of 2

88:704

Dated ~~May 29~~ June 2, 2020.

LIQUID GOLD WELL SERVICE, INC.

By: *Kristine A Schwindt, Sec*
Kristine E. Schwindt, Secretary

## VERIFICATION, CERTIFICATE AND AFFIDAVIT OF MAILING

STATE OF MONTANA        )
                                          :ss
County of Glacier            )

Kristine E. Schwindt, being duly sworn and under oath, states as follows:

1)  I am the Secretary for Liquid Gold Well Service, Inc. and have executed this "**NOTICE OF OIL AND GAS LIEN**" in such capacity;

2)  I have read this "**NOTICE OF OIL AND GAS LIEN**" and the recitations contained herein are true and correct to the best of my knowledge, information and belief; and

3)  In accordance with Title 71, Chapter 3, Part 10, Montana Code Annotated, a photocopy of this "**NOTICE OF OIL AND GAS LIEN**" has been sent by certified mail on ~~May 29, 2020,~~ June 2, 20 to 401 Edwards Street, Suite 1601,  Shreveport, Louisiana 71101 which is the last known address for Sklar Exploration Company LLC.

LIQUID GOLD WELL SERVICE, INC.

By: *Kristine A Schwindt, Sec*
Kristine E. Schwindt, Secretary

Subscribed and sworn to before me on ~~May 29,~~ June 2 2020, by Kristine E. Schwindt.

BRITTANY FRYDENLUND
·NOTARY PUBLIC for the
State of Montana
Residing at Shelby, Montana
My Commission Expires
June 06, 2020

_____
Notary Public for the State of Montana

88:705

# LIQUID GOLD WELL SERVICE, INC. R.W.O.# 29318
## WELL SERVICE LOG - FIELD COPY
*field copy...subject to changes...Invoice to follow*

**Rig Work Order**
Phone (406) 873-2966
Fax (406) 873-2997

P.O. Box 757
Cut Bank, MT 59427

Company: SKLAR                                Date: 3-9-20

Lease: Craven                                 Well #: SL1

Type of Pump: Traveling plunger Insert _____ Traveling barrel Insert _____ Valves _____

Diameter of Pump: 1½" _____ 1⅛" _____ 11/16" _____ 125/32" _____ 2" _____ 2½" _____ 2¾" _____ Other _____

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API _____ 5/8" _____ 3/4" _____ 7/8" _____ Other _____

Tubing: API _____ 2" _____ 2⅜" _____ 27/8" _____ Other _____

Other Comments: Moved Rig #10 from Cut Bank to Malta

| Item | Time | Total Hours | Rate | Total |
|------|------|-------------|------|-------|
| Rig Travel | 730 830 | 6.5 | 295 | 1917.50 |
| Rig Hours | | | | |
| Daily Pickup | | | | |
| Pickup Travel | | X1 | 55 | 55 |
| Fuel Surcharge for Rig & Equipment | | | | |
| Environmental & Safety | | X1 | 295 | 2000 N/C |
| Supervisor / Tool Pusher | | | | |
| Subsistance | | 4 men | 125/pr | 500.00 |
| | | | | |
| | | | | |
| **EMPLOYEE NAMES** | | | | |
| Marcus S | | | | |
| Jerod L | | | | |
| Tyler R | | | | |
| Justin | | | | 2472.50 |

Signature: _____

TOTAL DUE: 2472.50

# EXHIBIT "A"

88.706

# LIQUID GOLD WELL SERVICE, INC. R.W.O. # 29299

**WELL SERVICE LOG - FIELD COPY**

*field copy...subject to changes...invoice to follow*

**Rig Work Order**
Phone (406) 873-2966
Fax (406) 873-2997

P.O. Box 757
Cut Bank, MT 59427

Company **SKLAR**     Date **3-10-20**

Lease **Corwin**     Well # **5-1**

Type of Pump: Traveling plunger insert _____ Traveling barrel insert _____ Valves _____

Diameter of Pump: 1½" ___ 1⅛" ___ 1¹¹/₁₆" ___ 1²⁵/₃₂" ___ 2" ___ 2½" ___ 2¾" ___ Other ___

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API _____ ·⅝" _____ ¾" _____ ⅞" _____ Other _____

Tubing: API _____ 2" _____ 2⅜" _____ 2⅞" _____ Other _____

Other Comments: Moved Rig from Malta to location, Rigged up on location & spotted
equipment, secured Rig Shut down travel to town

| Item | Time | Total Hours | Rate | Total |
|------|------|-------------|------|-------|
| Rig Travel | | | | |
| Rig Hours | 7:00-2:30 | 6.5 | 295⁰⁰ | 1917⁵⁰ |
| Daily Pickup | | | 55⁰⁰ | 55⁰⁰ |
| Pickup Travel | 6:30-7:00 | 2:30-3:00 | 135⁰⁰ | 135⁰⁰ |
| Fuel Surcharge for Rig & Equipment | | | O | |
| Environmental & Safety | | | 200⁰⁰ | 200⁰⁰ |
| Supervisor / Tool Pusher  Todd M | | | 500⁰⁰ | 500⁰⁰ |
| Substance | | X5 | 125⁰⁰ | 625⁰⁰ |
| | | | | |
| | | | | |
| | | | | |
| EMPLOYEE NAMES | | | | |
| Mirae S | | | | |
| Brad L | | | | |
| Tyler R | | | | |
| Sam W | | | | 2432 50 |

Signature _Joel D. Allibere_

TOTAL DUE **3367⁵⁰**

EXHIBIT "A"

# LIQUID GOLD WELL SERVICE, INC. R.W.O. # 29300

**Rig Work Order**
Phone (406) 873-2966
Fax (406) 873-2997

## WELL SERVICE LOG - FIELD COPY
*field copy...subject to changes...invoice to follow*

P.O. Box 757
Cut Bank, MT 59427

Company _SKLAR_           Date _3-11-20_

Lease _Corum_           Well # _5-1_

Type of Pump: Traveling plunger Insert _____ Traveling barrel Insert _____ Valves _____

Diameter of Pump: 1½" ____ 11/8" ____ 11/16" ____ 125/32" ____ 2" ____ 2½" ____ 2¾" ____ Other ____

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API _____ 5/8" _____ 3/4" _____ 7/8" _____ Other ____

Tubing: API _____ 2" _____ 23/8" _____ 27/8" _____ Other _____

Other Comments: _Travel to Rig, laramie p, broke off well flange, stripped on Bop_
_Rank bit, screw to xovers in, stripped on washington head, Tallijard it Ran_
_in 102 Jts tagging 7' on #103, pulled 3 Jts, several kills & well, shut down_
_travel to town_

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | | | |
| Rig Hours | 7:00 - 6:00 | 11 | 295⁰⁰ | 3245⁰⁰ |
| Daily Pickup | | | 55⁰⁰ | 55⁰⁰ |
| Pickup Travel | 6:30-7:00   6:00-6:30 | 1 | 135⁰⁰ | 135⁰⁰ |
| Fuel Surcharge for Rig & Equipment | | | | |
| Environmental & Safety | | X 1 | 200⁰⁰ | 200⁰⁰ |
| Supervisor / Tool Pusher  Todd M | | | 500⁰⁰ | 500⁰⁰ |
| Rec pump | | X 1 | 500⁰⁰ | 500⁰⁰ |
| tole handler | | perday | 300⁰⁰ | 300⁰⁰ |
| Sub | | @ 5 | 125⁰⁰ | 625⁰⁰ |
| | | | | |
| | | | | |

**EMPLOYEE NAMES**

_Micaw S_
_Jerad L_                          5060.00
_Tyler VR_
_Jared F_                          5360.00

Signature _Joel S Whitlow_           TOTAL DUE  5435⁰⁰

# EXHIBIT "A"

88:708

# LIQUID GOLD WELL SERVICE, INC. R.W.O.#29301

**Rig Work Order**
Phone (408) 873-2966
Fax (406) 873-2997

**WELL SERVICE LOG - FIELD COPY**
*field copy...subject to changes...invoice to follow*

P.O. Box 757
Cut Bank, MT 59427

Company _SKLAR_                           Date _3-12-00_

Lease _Corwin_                            Well # _S-1_

Type of Pump:  Traveling plunger Insert _____ Traveling barrel Insert _____ Valves _____

Diameter of Pump: 1½" _____ 1⅛" _____ 1¹¹/₁₆" _____ 1²⁵/₃₂" _____ 2" _____ 2½" _____ 2¾" _____ Other _____

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API _____ 5/8" _____ 3/4" _____ 7/8" _____ Other _____

Tubing:  API _____ 2" _____ 2⅜" _____ 2⅞" _____ Other _____

Other Comments: _Rig Stand by_

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | | | |
| Rig Hours | | 8 | 200⁰⁰ | 1600⁰⁰ |
| Daily Pickup | | | | |
| Pickup Travel | | | | |
| Fuel Surcharge for Rig & Equipment | | | | |
| Environmental & Safety | | | | |
| Supervisor / Tool Pusher   Todd M | | | | 500.00 |
| Sudo | | 4 | 125⁰⁰ | 500⁰⁰ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| EMPLOYEE NAMES | | | | |
| Marcus S | | | | |
| Scrad L | | | | 1600.00 |
| Tyler R | | | | 2160.00 |
| | | | | |

Signature _Joe S Vittitow_                TOTAL DUE _2300⁰⁰_

# EXHIBIT "A"

88.709

# LIQUID GOLD WELL SERVICE, INC. R.W.O. # 29302

**Rig Work Order**
Phone (406) 873-2966
Fax (406) 873-2997

## WELL SERVICE LOG - FIELD COPY
*field copy...subject to changes...invoice to follow*

P.O. Box 757
Cut Bank, MT 59427

Company _SKLAR_ ___ Date _3-13-20_

Lease _Corwin_ ___ Well # _S-1_

Type of Pump: Traveling plunger insert _____ Traveling barrel insert _____ Valves _____

Diameter of Pump: 1½" ___ 1⅛" ___ 1¹¹/₁₆" ___ 1²⁵/₃₂" ___ 2" ___ 2½" ___ 2¾" ___ Other _____

Insert Pump/Barrel: 6' ___ 8' ___ 10' ___ Other _____

Rod Type: API _____ 5/8" ___ 3/4" ___ 7/8" ___ Other _____

Tubing: API _____ 2" ___ 2⅜" ___ 2⅞" ___ Other _____

Other Comments: _Travel to Rig, warmed up, Ran in to 102, Setup to circulated circulated 150 bbl of fresh + 315 bbl of KCL, TOH, laiding out 65t Rocking back 96 to BHA, stripped off head, Secured Rig, teleculter Shutdown_

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | | | |
| Rig Hours | 7:00 - 5:30 | 10.5 | 295 | 3097.50 |
| Daily Pickup | | | 55.00 | 55.00 |
| Pickup Travel | 6:30-7:00  5:30-6:00 | 1 | 135.00 | 135.00 |
| Fuel Surcharge for Rig & Equipment | | | | |
| Environmental & Safety | | | | |
| Supervisor / Tool Pusher  Todd M | | | 200.00 | 200.00 |
| Pump + tank | | | 500.00 | 500.00 |
| Sub | | X4.5 | 750.00 | 750.00 |
| tele handler | | | 135.00 | 625.00 |
| | | | 300.00 | 300.00 |
| | | | | |
| | | | | |
| **EMPLOYEE NAMES** | | | | |
| Murius S | | | | |
| Serodl | | | | |
| Tyler R | | | | |
| Jack R | | | | 5662.50 |

Signature _Joel S Vittitow_

TOTAL DUE _5837.50_

# EXHIBIT "A"

88.716

# LIQUID GOLD WELL SERVICE, INC. R.W.O.# 29304

**Rig Work Order**
Phone (406) 873-2966
Fax (406) 873-2997

**WELL SERVICE LOG - FIELD COPY**
*field copy...subject to changes...invoice to follow*

P.O. Box 757
Cut Bank, MT 59427

Company _SKLAR_                                    Date _3-14-20_

Lease _Corwin_                                     Well # _5-1_

Type of Pump: Traveling plunger insert _____ Traveling barrel insert _____ Valves _____

Diameter of Pump: 1½" ____ 11⁄8" ____ 11⁄16" ____ 125⁄32" ____ 2" ____ 2½" ____ 23⁄4" ____ Other ____

Insert Pump/Barrel: 6' ____ 8' ____ 10' ____ Other ____

Rod Type: API ____ 5⁄8" ____ 3⁄4" ____ 7⁄8" ____ Other ____

Tubing: API ____ 2" ____ 23⁄8" ____ 27⁄8" ____ Other ____

Other Comments: Travel to Rig, warmed up, Rigged up for wireline, Ran log with 1000psi, perforated, had flow, pressured up to 310-820 Shut the, opened up & logged out wireline, Shut in  Shutdown

| Item | Time | Total Hours | Rate | Total |
|------|------|-------------|------|-------|
| Rig Travel | | | | |
| Rig Hours | 7:00-2:00 | 7 | 295⁰⁰ | 2065⁰⁰ |
| Daily Pickup | | X1 | 55⁰⁰ | 55⁰⁰ |
| Pickup Travel | 6:30-7:00  2:00-2:30 | 1 | 155⁰⁰ | 175⁰⁰ |
| Fuel Surcharge for Rig & Equipment | | | — | |
| Environmental & Safety | | X1 | 200⁰⁰ | 200⁰⁰ |
| Supervisor / Tool Pusher  Todd M | | | 500⁰⁰ | 500⁰⁰ |
| Pump & tank | | per day | 750⁰⁰ | 750⁰⁰ |
| Telehandler | | | 300⁰⁰ | 300⁰⁰ |
| Sub | | X5 | 125⁰⁰ | 2500⁰⁰ |
| | | | | |
| | | | | |
| | | | | |

**EMPLOYEE NAMES**
Marcus S
Bond K
Tyler R
Jack C

4630.00

Signature _Joel S Ottletere_                        TOTAL DUE _4505 00_

EXHIBIT "A"

# LIQUID GOLD WELL SERVICE, INC. R.W.O.#29305

**Rig Work Order**
**WELL SERVICE LOG - FIELD COPY**

Phone (406) 873-2966
*field copy...subject to changes...invoice to follow*
Fax (406) 873-2997

P.O. Box 757
Cut Bank, MT 59427

Company __SKLAR__  Date __3-15-20__

Lease __Corwin__  Well # __S-1__

Type of Pump: Traveling plunger insert _____ Traveling barrel insert _____ Valves _____

Diameter of Pump: 1½" _____ 1⅛" _____ 1¹¹⁄₁₆" _____ 1²⁵⁄₃₂" _____ 2" _____ 2½" _____ 2¾" _____ Other _____

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API _____ 5/8" _____ 3/4" _____ 7/8" _____ Other _____

Tubing: API _____ 2" _____ 2⅜" _____ 2⅞" _____ Other _____

Other Comments: Travel to Rig, warmed up, waited on tools, rig. Thawed out Dog Leg ice
behind blind rams, set up for wire line, Ran Gauge tool, Shut down due to
Rig filters, secured Rig & location, travel to town

| Item | Time | Total Hours | Rate | Total |
|------|------|-------------|------|-------|
| Rig Travel | | | | |
| Rig Hours | 7:30 - 4:00 | 8.5 | 295 | 2507.50 |
| Daily Pickup | | | 55.00 | 55.00 |
| Pickup Travel | 7:00-7:30  4:00-4:30 | 1 | 125.00 | 135.00 |
| Fuel Surcharge for Rig & Equipment | | | — | — |
| Environmental & Safety | | X1 | 200.00 | 200.00 |
| Supervisor / Tool Pusher  Todd M | | X1 | 500.00 | 500.00 |
| Pumpt truck | | per day | 750.00 | 750.00 |
| Tool handler | | X1 | 300.00 | 300.00 |
| Sud | | X5 | 125.00 | 625.00 |
| Sunday Charge | | 8.5 | 150.00 | 1275.00 |
| | | | | |
| | | | | |
| **EMPLOYEE NAMES** | | | | |
| Marcos | | | | |
| Jerrell | | | | 5847.50 |
| Tyler R | | | | |
| Jacke | | | | |

Signature __JLS Ottetori__  TOTAL DUE __6222.00__

EXHIBIT "A"

88.712

# LIQUID GOLD WELL SERVICE, INC. R.W.O. # 29306

**Rig Work Order**
Phone (406) 873-2966
Fax (406) 873-2997

**WELL SERVICE LOG - FIELD COPY**
*field copy...subject to changes...invoice to follow*

P.O. Box 757
Cut Bank, MT 59427

Company __SKLAR__ Date __3-16-20__

Lease __Concin__ Well # __5-1__

Type of Pump: Traveling plunger insert _____ Traveling barrel insert _____ Valves _____

Diameter of Pump: 1½" ___ 1⅛" ___ 1¹¹⁄₁₆" ___ 1²⁵⁄₃₂" ___ 2" ___ 2½" ___ 2¾" ___ Other ___

Insert Pump/Barrel: 6' ___ 8' ___ 10' ___ Other ___

Rod Type: API ___ ⅝" ___ ¾" ___ ⅞" ___ Other ___

Tubing: API ___ 2" ___ 2⅜" ___ 2⅞" ___ Other ___

Other Comments: __Travel to Rig warmed upp Set up for under line perfed set Retainer__
__Leaked, on pressure test, potter called Set second Retainer, Tripped in hole__
__Squeezed, Shut down down secured rig__

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | | | |
| Rig Hours | 7:00 - 7:30 | 12.5 | 295 | 3687⁵⁰ |
| Daily Pickup | | | 55⁰⁰ | 55⁰⁰ |
| Pickup Travel | 6:30-7:00 7:30-8:00 | 1 | 135⁰⁰ | 135⁰⁰ |
| Fuel Surcharge for Rig & Equipment | | | | |
| Environmental & Safety | | | 200⁰⁰ | 200⁰⁰ |
| Supervisor / Tool Pusher | Todd M | | 500⁰⁰ | 500⁰⁰ |
| Pump Tank | | | 750⁰⁰ | 750⁰⁰ |
| Subs | | X4 | 125⁰⁰ | 2500⁰⁰ |
| Tele Handler | | | 300⁰⁰ | 300⁰⁰ |
| | | | | |
| | | | | |
| **EMPLOYEE NAMES** | | | | |
| Micus S | | | | |
| Jarod L | | | | |
| Tyler R | | | | |
| Corbbe | | | | |

Signature __Jol D Vittleter__

TOTAL DUE __6252.50__ 6127⁵⁰

# EXHIBIT "A"

88:713

# LIQUID GOLD WELL SERVICE, INC. R.W.O. #29307

**Rig Work Order**
Phone (406) 873-2966
Fax (406) 873-2997

**WELL SERVICE LOG - FIELD COPY**
*field copy...subject to changes...invoice to follow*

P.O. Box 757
Cut Bank, MT 59427

Company __GILLAK__          Date __3-17-20__

Lease __Corwin__          Well # __S-1__

Type of Pump: Traveling plunger insert _____ Traveling barrel insert _____ Valves _____

Diameter of Pump: 1½" ___ 1⅛" ___ 11/16" ___ 125/32" ___ 2" ___ 2½" ___ 2¾" ___ Other ___

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API _____ 5/8" _____ 3/4" _____ 7/8" _____ Other _____

Tubing. API _____ 2" _____ 2⅜" _____ 27/8" _____ Other _____

Other Comments: Travel to by nerved up Rig, set up to squeeze, TOH, set
uptor wire line; perforated, Ran in Retainer, had to pump past it pressure
set Retainer, TIH, did squeeze, Shut in, put heater on Bop,
travel to town

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | | | |
| Rig Hours | 7:00 - 8:00 | 13 | 295 | 3835⁰⁰ |
| Daily Pickup | | | 55⁰⁰ | 55 |
| Pickup Travel | 6:30-7:00 | 8:00-8:30 / 1 | 175⁰⁰ | 175⁰⁰ |
| Fuel Surcharge for Rig & Equipment | | | 0 | 0 |
| Environmental & Safety | | | 200⁰⁰ | 200⁰⁰ |
| Supervisor / Tool Pusher | Todd M | | 500⁰⁰ | 500⁰⁰ |
| Pump Tank | | | 750⁰⁰ | 750⁰⁰ |
| Teleb. trailer | | | 200⁰⁰ | 200⁰⁰ |
| Subs | | X5 | 125⁰⁰ | 625⁰⁰ |
| | | | | |
| | | | | |

**EMPLOYEE NAMES**

Martin S
Jarod L
Tyler L
Jake L

5900.00

Signature __J.L. Dittebener__          TOTAL DUE __6275__

# EXHIBIT "A"

88. 114

# LIQUID GOLD WELL SERVICE, INC. R.W.O. # 29308

## WELL SERVICE LOG - FIELD COPY

**Rig Work Order**
Phone (406) 873-2966
Fax (406) 873-2997

*field copy...subject to changes...invoice to follow*

P.O. Box 757
Cut Bank, MT 59427

Company __SKLAR__     Date __3-18-20__

Lease __Corwin__     Well # __5-1__

Type of Pump: Traveling plunger insert _____ Traveling barrel insert _____ Valves _____

Diameter of Pump: 1½" ___ 1⅛" ___ 1¹¹/₁₆" ___ 1²⁵/₃₂" ___ 2" ___ 2½" ___ 2¾" ___ Other _____

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API _____ ⅝" ___ ¾" ___ ⅞" ___ Other _____

Tubing: API _____ 2" ___ 2⅜" ___ 2⅞" ___ Other _____

Other Comments: Travel to Rig, unreadies, TOH, perfed Ran final Reducing
Gear, TH did squeeze, TOH, shut in for 3-19-20, Standb,
Secured Rig, travel to town

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | | | |
| Rig Hours | 7:00 - 7:00 | 12 | 295 | 3540⁰⁰ |
| Daily Pickup | | | 55⁰⁰ | 55⁰⁵ |
| Pickup Travel | 6:30 - 7:30 | 1 | 135 | 136⁰⁰ |
| Fuel Surcharge for Rig & Equipment | | | 0 | 0 |
| Environmental & Safety | | | 200⁰⁰ | 200⁰⁰ |
| Supervisor / Tool Pusher | Todd M | | 500⁰⁰ | 500⁰⁰ |
| Pump & Stand | | | 750⁰⁰ | 750⁰⁰ |
| Sub 2 day | | X5x2 | 128⁰⁰ | 1000⁰⁰ |
| Standb 3-19-20 | | 8 | 200⁰⁰ | 1600⁰⁰ |
| | | | | |
| | | | | |
| **EMPLOYEE NAMES** | | | | |
| Marcus S | | | | |
| Jerod L | | | | |
| Tyler R | | | | |
| Seth C | | | | |

Signature __J & S Utilities__     TOTAL DUE __7780⁰⁰__

# EXHIBIT "A"

88.715

# LIQUID GOLD WELL SERVICE, INC. R.W.O.# 29309

**Rig Work Order**
**WELL SERVICE LOG - FIELD COPY**
*field copy...subject to changes...invoice to follow*

Phone (406) 873-2966
Fax (406) 873-2997

P.O. Box 757
Cut Bank, MT 59427

Company _SKLAR_  Date _3-20-20_

Lease _Corenin_  Well # _5-1_

Type of Pump: Traveling plunger insert _____ Traveling barrel insert _____ Valves _____

Diameter of Pump: 1½"____ 1⅛"____ 1 11/16"____ 125/32"____ 2"____ 2½"____ 2¾"____ Other ____

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API _____ 5/8"____ 3/4"____ 7/8"____ Other _____

Tubing: API _____ 2"____ 2⅜"____ 2⅞"____ Other _35.485_

Other Comments: _Travel to Rig, warmed up, Ran 64½ collars & 64 to tag_
_BJJts In milled, dropped Retaliner, Closed down to 5+H 65, circulated_
_bottoms up, layed out 5ts, drained stacks, secured leg, shutdown_

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | | | |
| Rig Hours | 7:00-6:30 | 11.5 | 295⁰⁰ | 3392⁵⁰ |
| Daily Pickup | | | 55⁰⁰ | 55⁰⁰ |
| Pickup Travel | 6:30-7:00 | 6:30-7:00 | 1 | 135⁰⁰ | 135⁰⁰ |
| Fuel Surcharge for Rig & Equipment | | | 0 | 0 |
| Environmental & Safety | | | 200⁰⁰ | 200⁰⁰ |
| Supervisor / Tool Pusher | Todd M | | 500⁰⁰ | 500⁰⁰ |
| Purple Tank | | | 750⁰⁰ | 750⁰⁰ |
| Telehandler | | | 300⁰⁰ | 300 |
| | | x5 | 188 | 625⁰⁰ |
| | | | | |

**EMPLOYEE NAMES**

_Maria S_
_Scra L_
_Tyler R_
_Isin D_

5457.50

5957.50

Signature _Joe S Attilar_  **TOTAL DUE** 5832⁵⁰

## EXHIBIT "A"

88.716

# LIQUID GOLD WELL SERVICE, INC. R.W.O.# 29310
## WELL SERVICE LOG - FIELD COPY
*field copy...subject to changes...invoice to follow*

**Rig Work Order**
Phone (406) 873-2966
Fax (406) 873-2997

P.O. Box 757
Cut Bank, MT 59427

Company __SKLAR__     Date __3-21-20__

Lease __Corwin__     Well # __5-1__

Type of Pump: Traveling plunger insert _____ Traveling barrel insert _____ Valves _____

Diameter of Pump: 1½"_____ 1⅛"_____ 1 1/16"_____ 1 25/32"_____ 2"_____ 2½"_____ 2¾"_____ Other_____

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API _____ 5/8" _____ ¾" _____ 7/8" _____ Other _____

Tubing: API _____ 2" _____ 2⅜" _____ 2 7/8" _____ Other _____

Other Comments: Travel to Rg, unorodup, & Set up to well, got cika h.lm
mill run not much progress, TOH, changed bit, TIH, to tag, had issues
getting circulation, made 6" circulated bottons up, layed out St,
secured Rg shut down

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | | | |
| Rig Hours | 7:00-6:30 | 11.5 | 295⁰⁰ | 3392.50 |
| Daily Pickup | | X 1 | 55⁰⁰ | 55⁰⁰ |
| Pickup Travel | 6:30 7:00 | 6:30-7:00 | 135 | 135⁰⁰ |
| Fuel Surcharge for Rig & Equipment | | | 0 | 0 |
| Environmental & Safety | | | 200⁰⁰ | 200⁰⁰ |
| Supervisor / Tool Pusher | Todd M | | 500⁰⁰ | 500⁰⁰ |
| Pump & Tank | | | 750⁰⁰ | 750⁰⁰ |
| Jet handler | | | 300⁰⁰ | 300⁰⁰ |
| Sub | | X 5 | 128⁰⁰ | 6260⁰⁰ |
| | | | | |
| | | | | |

**EMPLOYEE NAMES**
Marcus S
Serah
Tyler R
Justin O

5957.50

Signature: _Joel S Pitta_     **TOTAL DUE** 5832⁰⁰

EXHIBIT "A"

88,117

# LIQUID GOLD WELL SERVICE, INC. R.W.O.# 30013

**Rig Work Order**
Phone (406) 873-2966
Fax (406) 873-2997

**WELL SERVICE LOG - FIELD COPY**
*field copy...subject to changes...invoice to follow*

P.O. Box 757
Cut Bank, MT 59427

Company ___Sklar___   Date __3-22-20__

Lease ___Corwin___   Well # __S-1__

Type of Pump: Traveling plunger insert _____ Traveling barrel insert _____ Valves _____

Diameter of Pump: 1½" ___ 11/8" ___ 111/16" ___ 125/32" ___ 2" ___ 2½" ___ 2¾" ___ Other ___

Insert Pump/Barrel: 6' ___ 8' ___ 10' ___ Other ___

Rod Type: API ___ 5/8" ___ 3/4" ___ 7/8" ___ Other ___

Tubing: API ___ 2" ___ 23/8" ___ 27/8" ___ Other ___

Other Comments: Travel to Rig, warm up, cleaned out hoses, hoses cleaned of debri, switch to mill not much progress, trip out, change to Reele Bit, Trip in drilled, no progress pulled 54 Jts, secure rig, shut down

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | | | |
| Rig Hours | 7am - 7pm | 12 | 295 | 3540.00 |
| Daily Pickup | | 1 | 55 | 55 |
| Pickup Travel | 6:30-7/7-7:30 | 1 | 135.00 | 135.00 |
| Fuel Surcharge for Rig & Equipment | | | | |
| Environmental & Safety | | | 200 ea | 200 |
| Supervisor / Tool Pusher  Todd M | | | 500 | 500 |
| Subsistance | | x 5 | 125 | 625.00 |
| Pump tank | | 1 | 750 | 750 |
| Telehandler | | 1 | 300 | 300 |
| Sunday Pay Dif | | 12 hour | 150 | 1800 |
| | | | | |
| | | | | |
| **EMPLOYEE NAMES** | | | | |
| Marcus | | | | |
| Jerod | | | | |
| Tyler | | | | |
| Justin | | | | 7405.00 |

Signature _(signature)_   TOTAL DUE  7905.00

EXHIBIT "A"

88.718

# LIQUID GOLD WELL SERVICE, INC. R.W.O. # 29669

**Rig Work Order**

**WELL SERVICE LOG - FIELD COPY**

*field copy...subject to changes...invoice to follow*

Phone (406) 873-2966
Fax (406) 873-2997

P.O. Box 757
Cut Bank, MT 59427

Company    SKLAR                          Date   3-23-20

Lease   Corwin                            Well #   S-1

Type of Pump:  Traveling plunger insert _____  Traveling barrel insert _____  Valves _____

Diameter of Pump: 1½" ___  1⅛" ___  1 11/16" ___  1 25/32" ___  2" ___  2½" ___  2¾" ___  Other ___

Insert Pump/Barrel: 6' _____  8' _____  10' _____  Other _____

Rod Type: API _____  ⅝" _____  ¾" _____  ⅞" _____  Other _____

Tubing:  API _____  2" _____  2⅜" _____  2⅞" _____  Other _____

Other Comments:  Travel to Rig, warmed up, & finished tripping out the bar, set up for
wireline & Ran Magnet, drilled out 40 ft #91, circulated down frac sand, layback
Swivel, Secured Rig & bitstorm, Shutdown, travel to town

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | | | |
| Rig Hours | 7:00 - 7:00 | 12 | 295⁰⁰ | 3540⁰⁰ |
| Daily Pickup | | X1 | 55⁰⁰ | 55⁰⁰ |
| Pickup Travel | 6:30 - 7:00 | 7:00 - 7:30  1 | 135⁰⁰ | 135⁰⁰ |
| Fuel Surcharge for Rig & Equipment | | | 0 | 0 |
| Environmental & Safety | | X1 | 200⁰⁰ | 200⁰⁰ |
| Supervisor / Tool Pusher | TGoo M | V1 | 500⁰⁰ | 500⁰⁰ |
| Pump & Tank | | V1 | 750⁰⁰ | 750⁰⁰ |
| Tele handler | | V1 | 300⁰⁰ | 300⁰⁰ |
| Sub | | X4 | 125⁰⁰ | 6350⁰⁰ |
| | | | | |
| | | | | |
| | | | | |

**EMPLOYEE NAMES**

Marcas S
Sarad L
Tyler R
Justin O

6105,00

Signature  Jerl D Wittit

TOTAL DUE  5980⁰⁰

# EXHIBIT "A"

88. 119

# LIQUID GOLD WELL SERVICE, INC. R.W.O.# 29671

**WELL SERVICE LOG - FIELD COPY**

*field copy...subject to changes...invoice to follow*

**Rig Work Order**
Phone (406) 873-2966
Fax (406) 873-2997

P.O. Box 757
Cut Bank, MT 59427

Company _SKLAR_     Date _3-24-20_

Lease _CORWIN_     Well # _S-1_

Type of Pump: Traveling plunger insert _____ Traveling barrel Insert _____ Valves _____

Diameter of Pump: 1½" ___ 1⅛" ___ 1¹¹/₁₆" ___ 1²⁵/₃₂" ___ 2" ___ 2½" ___ 2¾" ___ Other ___

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API _____ 5/8" _____ 3/4" _____ 7/8" _____ Other _____

Tubing: API _____ 2" _____ 2⅜" _____ 2⅞" _____ Other _____

Other Comments: _Travel to Rig warmed up, went to drilling got insiders, TOH_
_Run Magnet, pulled out big hunk of bottom of Rod + TIH, secured Rig Shut dwn_
_trave Ho town._

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | | | |
| Rig Hours | 7:00-5:30 | 10.5 | 295 | 3097.50 |
| Daily Pickup | | | 55.00 | 55.00 |
| Pickup Travel | 6:30-7:00  5:30-6:00 | 1 | 135.00 | 135.00 |
| Fuel Surcharge for Rig & Equipment | | | 0 | 0 |
| Environmental & Safety | | | 200.00 | 200.00 |
| Supervisor / Tool Pusher | | | 500.00 | 500.00 |
| Pump & team | | | 750.00 | 750.00 |
| Telehandler | | | 300.00 | 300.00 |
| Sub | | 545 | 1.25 | 6760.05 |
| | | | | |
| | | | | |
| **EMPLOYEE NAMES** | | | | |
| Marcus S | | | | |
| Jerald | | | | 5162.50 |
| Tyler R | | | | |
| Justin O | | | | 5662.50 |

Signature _Joe Sutton_

TOTAL DUE _5577.50_

# EXHIBIT "A"

88:720

# LIQUID GOLD WELL SERVICE, INC. R.W.O. # 29293

## WELL SERVICE LOG - FIELD COPY

**Rig Work Order**
Phone (406) 873-2966
Fax (406) 873-2997

*field copy...subject to changes...invoice to follow*

P.O. Box 757
Cut Bank, MT 59427

Company __SKLAR__     Date __3-25-20__

Lease __CORWIN__     Well # __51__

Type of Pump: Traveling plunger insert _____ Traveling barrel insert _____ Valves _____

Diameter of Pump: 1½" ___ 1⅛" ___ 1 11/16" ___ 1 25/32" ___ 2" ___ 2½" ___ 2¾" ___ Other ___

Insert Pump/Barrel: 6' ___ 8' ___ 10' ___ Other ___

Rod Type: API ___ 5/8" ___ 3/4" ___ 7/8" ___ Other ___

Tubing: API ___ 2" ___ 2⅜" ___ 2⅞" ___ Other ___

Other Comments: Travel to Rig, picked up Joints of steel to drill, drilled out 8", made no hole, went to the beat, No brakes, Shut down due to brakes, secured rig & location.

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | | | |
| Rig Hours | 7:00-2:30 | 7.5 | 295.00 | 2212.50 |
| Daily Pickup | | | 55.00 | 55.00 |
| Pickup Travel | 6:30-7:00  2:30-3:00 | 1 | 135.00 | 135.00 |
| Fuel Surcharge for Rig & Equipment | | | 0 | |
| Environmental & Safety | | | 200 | 260.00 |
| Supervisor / Tool Pusher  Todd M | | | 500.00 | 500.00 |
| Pump Tank | | | 350.00 | 750.00 |
| Telehandler | | | 300 | 300.00 |
| Subsistance | | 5 men | 125 | 625.00 |
| | | | | |
| | | | | |
| | | | | |
| **EMPLOYEE NAMES** | | | | |
| Myers | | | | |
| Jordan | | | | |
| Tyler R | | | | |
| Justin O | | | | (4777.50) |

Signature _____     TOTAL DUE __4652.50__

# EXHIBIT "A"

88.721

# LIQUID GOLD WELL SERVICE, INC. R.W.O. # 29294

**Rig Work Order**

WELL SERVICE LOG - FIELD COPY

*field copy...subject to changes...invoice to follow*

Phone (406) 873-2966
Fax (406) 873-2997

P.O. Box 757
Cut Bank, MT 59427

Company __SKLAR__   Date __3-26-20__

Lease __CORWIN__   Well # __5-1__

Type of Pump: Traveling plunger insert _____ Traveling barrel insert _____ Valves _____

Diameter of Pump: 1½" ____ 1⅝" ____ 1¹¹/₁₆" ____ 1²⁵/₃₂" ____ 2" ____ 2½" ____ 2¾" ____ Other ____

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API _____ ⅝" _____ ¾" _____ ⅞" _____ Other _____

Tubing: API _____ 2" _____ 2⅜" _____ 2⅞" _____ Other _____

Other Comments: __Travel to Rig, warmed up & tripod out to bit set up for wire line,__
__Ran on gap, TIH with bit Made little hole tripped out SS, secured Rig__
__Shut down__

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | | | |
| Rig Hours | 7:00 - 7:00 | 12 | 295⁰⁰ | 3540⁰⁰ |
| Daily Pickup | | X1 | 55⁰⁵ | 55⁰⁵ |
| Pickup Travel | 6:30-7:00 7:00-7:00 | 1 | 135⁰⁰ | 135⁰⁰ |
| Fuel Surcharge for Rig & Equipment | | | 0 | 0 |
| Environmental & Safety | | | 200⁰⁰ | 200⁰⁰ |
| Supervisor / Tool Pusher | | X1 | 500⁰⁰ | 500⁰⁰ |
| Pump & Tank | | X1 | 750⁰⁰ | 750⁰⁰ |
| Tele handler | | X1 | 300⁰⁰ | 300⁰⁰ |
| SLb | | X50 | 125⁰⁰ | 6250⁰⁰ |
| | | | | |
| | | | | |
| | | | | |
| EMPLOYEE NAMES | | | | |
| Marcus S | | | | |
| Scred L | | | | 5605.⁰⁰ |
| Tyler R | | | | |
| Justin O | | | | 6105.⁰⁰ |

Signature _____   TOTAL DUE __5785⁰⁰__

# EXHIBIT "A"

88:722

# LIQUID GOLD WELL SERVICE, INC. R.W.O.# 29295

**WELL SERVICE LOG - FIELD COPY**

*field copy...subject to changes...invoice to follow*

**Rig Work Order**
Phone (406) 873-2966
Fax (406) 873-2997

P.O. Box 757
Cut Bank, MT 59427

Company __SKLAR__                    Date __3-27-20__

Lease __CORUM__                    Well # __S-1__

Type of Pump: Traveling plunger insert _____ Traveling barrel insert _____ Valves _____

Diameter of Pump: 1½" _____ 1⅛" _____ 1 1/16" _____ 1 25/32" _____ 2" _____ 2½" _____ 2¾" _____ Other _____

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API _____ 5/8" _____ 3/4" _____ 7/8" _____ Other _____

Tubing: API _____ 2" _____ 2 3/8" _____ 2 7/8" _____ Other _____

Other Comments: Travel to Popar, moved up & pulled to BHA, changed BHA, Ran in to tag, Chem leted, drilled out cleant 1' of J + #9#, lost circulater, Kod in on Stuch on tool, layed out St, & swivel Shut down, travel to Malta Malta to cut Bank

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | | | |
| Rig Hours | 7:00 – 5:00 | 8 | 295⁰⁰ | 2360⁰⁰ |
| Daily Pickup | | | 55⁰⁰ | 55⁰⁰ |
| Pickup Travel | 6:30–7:00 | 3:00 – 8:53 · 6 | 135⁰⁰ | 810⁰⁰ |
| Fuel Surcharge for Rig & Equipment | | | 25⁰⁰ | 0 |
| Environmental & Safety | | X1 | 200⁰⁰ | 200⁰⁰ |
| Supervisor / Tool Pusher  Todd M | | X1 | 500⁰⁰ | 500⁰⁰ |
| | | X | 750⁰⁰ | 750⁰⁰ |
| | | X1 | 300⁰⁰ | 300⁰⁰ |
| NO SUB | AFC | X4 | 125⁰⁰ | 50⁰⁰ |
| | | | | |
| | | | | |
| **EMPLOYEE NAMES** | | | | |
| Marcos | | | | 4475.00 |
| Serch | | | | |
| Sustin D | | | | |
| | | | | |
| | | | | |

Signature _____

TOTAL DUE __5475__

# EXHIBIT "A"