## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC, | |
| Debtor. | Chapter 11 |
| In re: | Case No. 20-12380-EEB |
| SKLARCO, LLC | |
| Debtor. | Chapter 11 |
| | **Jointly Administered Under Case No. 20-12377-EEB** |

### PRUET PRODUCTION CO.'S RESPONSE TO DEBTOR'S MOTION FOR CLARIFICATON

Comes now, Pruet Production Co. ("PPC") both in its individual capacity and as agent for certain owners of working interests (the "Owners")[1] and files this response to the Debtor's Motion for Clarification of Orders and to Authorize Immediate Offset of Joint Interest Billing Obligations [Doc. 551] (the "Motion"). In support of this response, PPC states the following:

PPC does not oppose the relief sought in the Motion so long as (1) any offset or other collection effort undertaken by the Debtors is in fact expressly authorized by the applicable agreements; (2) the Debtors do not attempt to offset unpaid JIBs owed under one joint operating agreement against revenues owed a working interest owner under a different joint operating agreement (given that many of the working interest owners have ownership interest in multiple properties operated by Sklar Exploration Company, LLC); and (3) the WI holders rights and

---

[1] A list of the Owners is included in the Verified Rule 2019 Statement of Multiple Representation filed at Docket No. 162 as amended by Docket No. 211.

9022637.1

defenses under the applicable agreements are preserved including, without limitation, the right to challenge an assessed JIB. Attached as **Exhibit A** is a redline of the proposed order provided by the Debtor's with proposed changes to address PPC's concerns.

## RESERVATION OF RIGHTS

PPC makes no admission of fact or law and reserves any and all rights, claims, objections, and defenses that may be available to them before this Court and any other court with competent jurisdiction over the parties and the matters at issue, including in connection with the Motion or any other related motions, pleadings, or orders, asserted liens and interests, and any other matters involving the administration of this case, the estate, and PPC's interests, any and all rights available to them under the Bankruptcy Code and applicable non-bankruptcy law. PPC reserves any and all rights to supplement or amend this Joinder and at any hearing.

## JOINDER

PPC joins the support of all other parties responding to the Motion to the extent such objections are not inconsistent with this Joinder.

## CONCLUSION

PPC requests that to the extent the Motion is granted, the changes to the proposed order provided herein by incorporated into the order entered by the Court on the Motion. PPC seeks such other and different relief as the Court deems proper and just.

9022637.1

Dated: September 29, 2020

/s/ *Matthew J. Ochs*
Matthew J. Ochs
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
P.O. Box 8749
Denver, CO 80201-8749
Telephone: (303) 295-8299
Facsimile: (303) 416-8951
Email: mjochs@hollandhart.com

-and-

/s/ *Jeremy L. Retherford*
Jeremy L. Retherford
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203-4642
Telephone: (205) 226-3479
Facsimile: (205) 488-5693
Email: jretherford@balch.com

*Attorneys for Pruet Production Co. in its individual capacity and as agent of the Owners.*

9022637.1

## CERTIFICATE OF SERVICE

  I certify that on September 29, 2020, the foregoing was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

                */s/ Jeremy L. Retherford*
                Jeremy L. Retherford

9022637.1