UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING MOTION FOR CLARIFICATION OF ORDERS AND TO AUTHORIZE IMMEDIATE OFFSET OF JOINT INTEREST BILLING OBLIGATIONS**

THIS MATTER, having come before the Court on the Debtors' Motion for Clarification of Orders and to Authorize Immediate Offset of Joint Interest Billing Obligations, ("Motion"), the Court having reviewed the Motion, notice have been provided and no objections having been received, finding good cause for granting the requested relief, does hereby

ORDER

1. That the Motion is GRANTED:

2. The Final Cash Collateral Order[1] is hereby clarified such that it:

    a. Requires SEC to pay revenue to WI holders subject to the applicable Participation Agreements, Joint Operating Agreements, and any other applicable agreement;

    b. Does not limit SEC's ability to undertake collection efforts in accordance with the applicable Participation Agreements, Joint Operating Agreements, and any other applicable agreements, including without limitation, offsetting unpaid JIBs against post-petition revenue owed to a WI holder and/or foreclosing on a non-compliant WI holder's interest *so long as (i) such collection efforts are*

---

[1] Capitalized terms shall have the same meaning as defined in the Motion unless otherwise define herein.

expressly authorized by the applicable agreements; (ii) SEC does not offset unpaid JIBs owed by a WI holder under one joint operating agreement against revenues owed that WI holder under a different joint operating agreement; and (iii) the WI holders rights and defenses under the applicable agreements are preserved including, without limitation, the right to challenge an assessed JIB;

c. Does not require written consent from a non-compliant WI holder prior to SEC exercising its rights under the applicable agreements to offset JIBs against revenue so long as the applicable agreements expressly grant SEC such rights; and

d. Does not allow WI holders to offset unpaid JIBs against pre-petition revenue owed to such WI holder or pre-petition cash call advances;

3. SEC is authorized to immediately offset JIBS owed by all non-compliant WI Holders as identified on Exhibit B to the Motion against post-petition revenue owed to such WI Holders.

DONE and entered this _____ day of _____, 2020 at Denver, Colorado.

_____

BY THE COURT:


Honorable Elizabeth E. Brown iil