**Tim M. Swanson**

| | |
|---|---|
| **From:** | Tim M. Swanson |
| **Sent:** | Tuesday, August 25, 2020 9:48 PM |
| **To:** | Keri Riley; Craig Geno |
| **Cc:** | Ben Y. Ford ; Lee Kutner; Duane Graham; James Katchadurian |
| **Subject:** | RE: Kudzu Parties/Sklar Exploration Company |

Thanks, Keri.  The Kudzu Parties would also reserve all rights under applicable agreements and applicable non-bankruptcy law with respect to any future action as well.  Tim

**From:** Keri Riley <KLR@kutnerlaw.com>
**Sent:** Tuesday, August 25, 2020 9:15 PM
**To:** Tim M. Swanson <Tim.Swanson@moyewhite.com>; Craig Geno <cmgeno@cmgenolaw.com>
**Cc:** Ben Y. Ford <BYF@ajlaw.com>; Lee Kutner <LMK@kutnerlaw.com>; Duane Graham <DAG@ajlaw.com>; James Katchadurian <James.Katchadurian@cr3partners.com>
**Subject:** RE: Kudzu Parties/Sklar Exploration Company

Caution: This email originated from outside Moye White LLP.

Tim,

That is correct, however I would note that the Debtors are not foreclosing on the Kudzu Parties interest at this time, but reserve all rights in that regard in accordance with the applicable operating agreements and state law.

Thanks,


Keri L. Riley, Esq.
Kutner Brinen, P.C.
1660 Lincoln St., Suite 1850
Denver, CO  80264
303-832-2910 Direct
303-832-2400 Main



E-MAIL CONFIDENTIALITY NOTICE:
The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

**From:** Tim M. Swanson <Tim.Swanson@moyewhite.com>
**Sent:** Tuesday, August 25, 2020 5:22 PM
**To:** Keri Riley <KLR@kutnerlaw.com>; Craig Geno <cmgeno@cmgenolaw.com>
**Cc:** Ben Y. Ford <BYF@ajlaw.com>; Lee Kutner <LMK@kutnerlaw.com>; Duane Graham <DAG@ajlaw.com>; James

Katchadurian <James.Katchadurian@cr3partners.com>
**Subject:** RE: Kudzu Parties/Sklar Exploration Company

Hi Keri –

Thanks for the call earlier—especially in the middle of your AC being replaced.  That sounds miserable given how August has been!

Just wanted to confirm our telephone conversation from this afternoon.  Kudzu Parties will start paying their JIBs from August 1, 2020, forward.  With respect to all other prepetition claims and post-petition claims, the parties (Debtor and Kudzu Parties) reserve all rights.  Further, the Debtors agree that they are not seeking to exercise any rights with respect to terminating, foreclosing, executing on or otherwise impairing the Kudzu Parties' interests.

If I am mistaken on any of this, please feel free to let me know.  Stay cool!

Best,
Tim

---

**From:** Keri Riley <KLR@kutnerlaw.com>
**Sent:** Friday, August 21, 2020 11:09 AM
**To:** Craig Geno <cmgeno@cmgenolaw.com>; Tim M. Swanson <Tim.Swanson@moyewhite.com>
**Cc:** Ben Y. Ford <BYF@ajlaw.com>; Lee Kutner <LMK@kutnerlaw.com>; Duane Graham <DAG@ajlaw.com>; James Katchadurian <James.Katchadurian@cr3partners.com>
**Subject:** Kudzu Parties/Sklar Exploration Company

Caution: This email originated from outside Moye White LLP.
Craig,

I got your voicemail yesterday regarding the offer from the Kudzu Parties with respect to the JIBs owed by the Kudzu Parties.  It is my understanding that you spoke with Ben Ford at Armbrecht Jackson yesterday afternoon, and that he advised that we were not willing to accept the Kudzu Parties' offer. I would note that we have also advised other working interest holders that we would not agree to offset post-petition JIBs against pre-petition revenue. If you would like to discuss this matter further, I am generally available this afternoon.

Thanks,

Keri L. Riley, Esq.
Kutner Brinen, P.C.
1660 Lincoln St., Suite 1850
Denver, CO  80264
303-832-2910 Direct
303-832-2400 Main



E-MAIL CONFIDENTIALITY NOTICE:
The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not

the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

*Partner*
303-292-7954

▸ *Profile* | ▸ *vCard* | ▸ *Linkedin*

*1400 16th Street 6th Floor Denver, Colorado 80202-1486*
**Office:** 303 292 2900 **Fax:** 303 292 4510 www.moyewhite.com

The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.