| Fill in this information to identify your case | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1: Sklar Exploration Company, LLC, et al.<br>　　　　　　First Name | Case #: | 20-12377-EEB |
| Debtor 2: | Chapter: | 11 |

## Local Bankruptcy Form 9013-1.3
## Movant's Certificate of Non-Contested Matter and Request for Entry of Order

**Complete applicable sections.**

### Part 1  Certificate

On August 21, 2020, Munsch Hardt Kopf & Harr, P.C. ("Munsch Hardt" or "Movant") as counsel to The Official Committee of Unsecured Creditors of Sklar Exploration Company, LLC ("SEC"), appointed in the above-captioned, jointly-administered bankruptcy cases, of SEC and Sklarco, LLC ("Sklarco", and collectively with SEC, the "Debtors"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled, *First Interim Application of Munsch Hardt Kopf & Harr P.C., as Counsel for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period From April 16, 2020 Through July 31, 2019* (the "Motion") at docket no. 534. Movant hereby certifies that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on August 21, 2020.
    a. Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on August 26, 2020.
2. The docket numbers for each of the following relevant documents are:
    a. the Motion and all documents attached thereto and served therewith, docket no., 534;
    b. the Notice, docket no., 534;
    c. the Certificate of Service of the Motion and the Notice, docket nos., 540 & 541;
    d. the Proposed Order, docket no., 534; and
3. No objections to or requests for hearing on the Motion were received by the undersigned, or filed with the Court by the date designated in the Notice, or all objections have been resolved by Court Order.

Accordingly, Movant requests that the Court enter an order granting the requested relief.

### Part 2  Signature of Movant's Attorney or Movant (if unrepresented)

Dated: ___September 30, 2020_____

By: *Christopher D. Johnson*__
　　　Signature

Tex. Bar Number: 24012913
Mailing Address: 700 Milam Street, Suite 2700,
　　　　　　　　　Houston, TX 77002
Telephone number: 713-222-1470
Facsimile number: 713-222-1475
E-mail address: cjohnson@munsch.com

4833-9505-0445v.1