UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER APPROVING STIPULATION TO EXTENSION OF DEADLINE TO FILE PLAN OF REORGANIZATION UNDER FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL, GRANTING ADEQUATE PROTECTION, AND PROVIDING RELATED RELIEF**

THIS MATTER, having come before the Court on the Stipulation to Extension of Deadline to File Plan of Reorganization Under Final Order Authorizing Use of Cash Collateral, Granting Adequate Protection and Providing Related Relief ("Stipulation"), the Court having review the Stipulation and finding good cause for granting the requested relief, does hereby

ORDER

That the Stipulation is approved. The date by which the Debtors must file a Plan of Reorganization under the *Final Order Authorizing Use of Cash Collateral, Granting Adequate Protection, and Providing Related Relief* (Docket No. 433) is hereby extended through and including November 1, 2020.

Dated: October 1. 2020

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge