| Fill in this information to identify your case | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1:  SKLAR EXPLORATION COMPANY, LLC | Case #: | 20-12377-EEB |
|   First Name   Middle Name   Last Name | | |
| Debtor 2: | Chapter: | 11 |
|   First Name   Middle Name   Last Name | | |

## Local Bankruptcy Form 9013-1.4
## Movant's Certificate of Contested Matter and Request for Hearing

**Complete applicable sections.**

### Part 1   Certificate and Request for Hearing

On September 4, 2020, Sklar Exploration Company, LLC (the "Movant"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled Motion for Clarification of Orders and to Authorize Immediate Offset of Joint Interest Billing Obligations (the "Motion") at docket no. 551.  Movant hereby certifies that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Loal Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, at docket no. 551 and 559.

2. Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the Certificate of Service, L.B.F. 9013-1.2, at docket No. 551 and 559.

3. Objections and requests for hearing on the motion/application have been filed by the following party/parties:
    a. Pruet Production Co. (Docket No. 564);
    b. Fant Energy Limited (Docket No. 565);
    c. JF Howell Interests, LP (Docket #566);
    d. Alabama Oil Company; Apple River Investments, LLC; Kudzu Oil Properties, LLC (Docket No. 567);
    e. McCombs Energy, Ltd. (Docket No. 568); and
    f. JJ Interests Escambia, LLC; JJ Interests Steele Kings, LLC; JJS Working Interests, LLC (Docket #569)

4. The docket numbers for each of the following relevant documents are:
    a. the Motion and all documents attached thereto and served therewith, docket no. 551;
    b. the Notice, Docket No. 558;
    c. the Certificate of Service of the Motion and Notice, docket no. 559; and
    d. the Proposed Order, docket no. 551

5. Resolution of this contested matter will require a determination of a legal issue.  Movant estimates the hearing will proceed as follows:
    a. The hearing is anticipated to take 2 hours;
    b. The Movant anticipates 1 witness;
    c. the Movant does not anticipate the use of expert testimony; and
    d. the Movant does not anticipate that any discovery will be required..

Accordingly, Movant requests that the Court set this matter for hearing pursuant to L.B.R. 9013-1.

| Part 2 | Signature of Movant's Attorney or Movant (if unpresented) |

DATED: October 2, 2020  Respectfully submitted,

By: */s/ Keri L. Riley*
Lee M. Kutner #10966
Keri L. Riley #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
Facsimile: (303) 832-1510
Email: klr@kutnerlaw.com