**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC, *et al.*,[2]<br><br>Debtors. | § Chapter 11<br>§<br>§<br>§ Case No. 20-12377-EEB<br>§<br>§<br>§ (Jointly Administered) |

**ORDER GRANTING EX PARTE MOTION FOR EXAMINATION OF DEBTORS PURSUANT TO FED. R. BANKR. P. 2004 AND LOCAL BANKR. R. 2004-1**

Having considered the Ex Parte Motion for Examination of Debtors (the "2004 Motion") filed by the Official Committee of Unsecured Creditors (the "Committee") and the record of the case, and pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1, and having found good and just cause shown for the relief requested in the 2004 Motion, the Court

HEREBY ORDERS that the Committee's 2004 Motion is GRANTED; and it is further

ORDERED that the Committee is authorized to serve the requests identified on Exhibit A to the 2004 Motion pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule of Bankruptcy Procedure 2004-1 and the Debtors are ordered to comply with the same no later than October 20, 2020; and it is further

ORDERED that the Committee is authorized to examine the Debtors pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule of Bankruptcy Procedure 2004-1 with respect

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

15

4836-5497-6971v.5

to the documents identified on Exhibit A to the Rule 2004 Motion and issues raised therein and related to this case at a date no earlier than seven (7) days from the date of production of documents.

Dated this _____ day of _____, 2020

BY THE COURT:

_____
Elizabeth E. Brown
United States Bankruptcy Judge

4836-5497-6971v.5