IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: § § § Chapter 11 § SKLAR EXPLORATION COMPANY, § LLC, *et al.*,[2] § Case No. 20-12377-EEB § § § Debtors. § (Jointly Administered) | |

**ORDER GRANTING EX PARTE MOTION FOR EXAMINATION OF HOWARD SKLAR PURSUANT TO FED. R. BANKR. P. 2004 AND LOCAL BANKR. R. 2004-1**

Having considered the Ex Parte Motion for Examination of Howard Sklar (the "2004 Motion") filed by the Official Committee of Unsecured Creditors (the "Committee") and the record of the case, and pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1, and having found good and just cause shown for the relief requested in the 2004 Motion, the Court

HEREBY ORDERS that the Committee's 2004 Motion is GRANTED; and it is further

ORDERED that the Committee is authorized to examine Howard Sklar, individually, pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule of Bankruptcy Procedure 2004-1 with respect to the pre-petition operation of the Debtors, as well as the Debtors' transactions with Howard Sklar and various related corporate entities, trusts, individuals and other insiders, and other issues related to this case at a date no earlier than fourteen (14) days from the date of service of this Order.

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

5

4837-6444-1291v.1

Dated this _____ day of _____, 2020

                                    BY THE COURT:

                                    _____
                                    Elizabeth E. Brown
                                    United States Bankruptcy Judge