IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SKLAR EXPLORATION | § | Case No. 20-12377-EEB |
| COMPANY, LLC, *et al.*[6] | § | |
| | § | (Jointly Administered) |
| Debtors. | | |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF MUNSCH HARDT
KOPF & HARR P.C., AS COUNSEL FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
APRIL 16, 2020 THROUGH JULY 31, 2020**
[Docket No. 533]

This matter came on for consideration upon the *First Interim Fee Application of Munsch Hardt Kopf & Harr P.C., as Counsel for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period From April 16, 2020 Through July 31, 2020* (the "Fee Application"), filed by Munsch Hardt Kopf & Harr PC (the "Applicant"); and it appearing to the Court that notice of the Application is sufficient and appropriate and in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules of this District, and that good causes exist to grant the relief requested in the Fee Application for the reasons stated therein. Accordingly, it is hereby

ORDERED that the Fee Application is APPROVED and Applicant is hereby allowed, on an interim basis, compensation in the amount of $306,891.50, and reimbursement in the amount of $366.66, for a total interim award corresponding to the Application Period of $307,258.16,

---

[6] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930), and Sklarco, LLC (5432).

21

which amount constitutes an allowed (on an interim basis) administrative expense of the estates; it is further

ORDERED that the Debtors are authorized to disburse to Applicant the total amount of $97,551.76, comprising the unpaid compensation owed to Applicant pursuant to this Order.

Dated: October 5, 2020

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown,
United States Bankruptcy Judge