**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

**ORDER AND NOTICE OF VIDEO CONFERENCE NON-EVIDENTIARY HEARING**

**IT IS HEREBY ORDERED** that the Debtors' Motion for Clarification of Orders and to Authorize Immediate Offset of Joint Interest Billing Obligations (Docket No. 551) and all objections thereto are set for <u>non-evidentiary</u> hearing by Zoom video conference before Judge Elizabeth E. Brown on **Thursday, October 22, 2020, at 10:00 a.m.** in the United States Bankruptcy Court for the District of Colorado.

1. **<u>Zoom Video Conferences:</u>**

   a. For security reasons, the Zoom video conference details will not be posted publicly. The Court will send Zoom invitations via email to counsel, parties and/or witnesses within one day of the trial. Counsel and/or parties <u>shall not</u>, under any circumstances, share, post, and/or transmit the Zoom video conference link, meeting ID, or password.

   b. It is counsel's and/or the parties' responsibility to ensure that they and their witnesses have the proper equipment to attend the Zoom video conference. Participants should ensure that their equipment is connected to strong WIFI signal or internet connection during the trial.

   c. The Court <u>strongly</u> encourages anyone who will be speaking during the trial to use a headset (headphones with mic) and not rely on an internal microphone built into a computer or webcam. Using a headset will to ensure that you can be heard by other participants and in the Court's official recording.

    d. Parties should check into the Zoom video conference at least 15 minutes prior to the scheduled start time of the trial.

    e. Zoom displays a screen name for each participant in a video conference. Typically, Zoom will default to the name you gave at the time you initially set up your Zoom account (e.g. smithj or XYZCorp) or the phone number or device name from which you are calling. To enable the Judge to identify participants, each participant should ensure that their screen name is their full first name and last name (e.g. John Smith). You can change your screen name after being admitted to the video conference by using the rename function in Zoom. To rename, hover your cursor over your picture and either right click or click the blue button in the upper right corner of your picture and select "Rename" and then type your first name and last name into the box that appears. If you fail to identify yourself in this manner by the start of the trial, you will be removed from the video conference.

    f. The Court will not provide any type of support on Zoom for participants or attendees. For assistance, please contact the Zoom Help Center, your local IT support, or seek other online guidance

    g. The Court's general guidelines regarding Zoom hearings are available at: https://www.cob.uscourts.gov/zoom-video-conferences.

2. **List of Participants: On or before 5:00 p.m. on Monday, October 19, 2020,** the parties shall email to chambers (CourtroomF@cob.uscourts.gov) a list of the name, phone number and email address of each individual (counsel and parties) that will be participating in the hearing. **Only those individuals on the list will receive a Zoom invitation to attend the hearing**. Counsel and/or parties shall not, under any circumstances, share, post, or transmit the Zoom video conference link, meeting ID, or password. The Court's telephone conference line will <u>not</u> be available during the Zoom video conference trial. The only way to attend the hearing is to obtain a Zoom invitation as described above.

3. **Court Copies of Key Documents:** Although this is not an evidentiary hearing, if there are key documents that parties wish to refer to in their arguments, counsel should consider emailing an electronic copy of that document(s) to Chambers at courtroomF@cob.uscourts.gov. Documents should be emailed at least 24 hours prior to the hearing.

4. **Court Appearances:** If a party does not join the Zoom video conference, it will be deemed a failure to appear. Failure to connect to the Zoom video conference in a timely manner will preclude participation in the trial.

5. **No Recordings:** Counsel and/or the parties are strictly prohibited from recording any court proceeding held by video or teleconference, including taking

2

"screen shots" or other visual copies. Violation of this prohibition may result in sanctions as deemed necessary by the Court.

DATED this 5th day of October, 2020.

BY THE COURT:

*Elizabeth E. Brown*

Elizabeth E. Brown, Bankruptcy Judge