# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re: <br><br> Sklar Exploration Company, LLC, <br> Debtor. | Case No. 20-12377 EEB <br> Chapter 11 |
| In re: <br><br> Sklarco, LLC, <br> Debtor. | Case No. 20-12380 EEB <br> Chapter 11 <br><br><br> **Joint Administered Under** <br> **Case No. 20-12377 EEB** |

## ORDER

CONSIDERING the *Ex Parte* Motion for Examination of Howard Sklar (the "2004 Motion") filed by JF Howell Interests, LP, the record of the case, and pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1, and having found good and just cause shown for the relief requested in the 2004 Motion;

IT IS ORDERED that the 2004 Motion be and hereby is GRANTED.

IT IS FURTHER ORDERED that JF Howell Interests, LP is authorized to examine Howard Sklar, individually, pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule of Bankruptcy Procedure 2004-1 with respect to the pre-petition operation of the Debtors, as well as the Debtors' transactions with Howard Sklar and various related corporate entities, trusts, individuals and other insiders, and other issues related to this case at a date no earlier than fourteen (14) days from the date of service of this Order.

2

IT IS FURTHER ORDERED that the examination of Howard Sklar, individually, occur simultaneously with the examination by the Unsecured Creditors Committee at which examination JF Howell Interests, LP shall be entitled to fully participate.

Dated this _____ day of October, 2020.

BY THE COURT:

_____
Elizabeth E. Brown
United States Bankruptcy Judge