# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11 |
| | **Joint Administered Under**<br>**Case No. 20-12377 EEB** |

## ORDER

CONSIDERING the *Ex Parte* Motion for Examination of Debtors (the "2004 Motion") filed by JF Howell Interests, LP, the record of the case, and pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1, and having found good and just cause shown for the relief requested in the 2004 Motion;

IT IS ORDERED that the 2004 Motion be and hereby is GRANTED.

IT IS FURTHER ORDERED that JF Howell Interests, LP is authorized to serve the requests identified on Exhibit A to the 2004 Motion pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule of Bankruptcy Procedure 2004-1 and that Debtors are ordered to comply with the same no later than October 20, 2020.

IT IS FURTHER ORDERED that Howell Interests is authorized to examine Debtors Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule of Bankruptcy Procedure 2004-1 with respect to the documents identified on Exhibit A to the Rule 2004 Motion and issues

2

raised therein, and related to this case at a date no earlier than seven (7) days from the date of production of documents.

IT IS FURTHER ORDERED that the examination of Debtors occur simultaneously with the examination by the Unsecured Creditors Committee at which examination JF Howell Interests, LP shall be entitled to fully participate.

Dated this ___ day of October, 2020.

BY THE COURT:

Elizabeth E. Brown
United States Bankruptcy Judge