UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |

## ORDER APPROVING GLOBAL SETTLEMENT AGREEMENT TO RESOLVE ADVERSARY PROCEEDINGS

THIS MATTER having come before the Court on the Debtors' Motion to Approve Global Settlement Agreement to Resolve Adversary Proceedings, ("Motion"), cause being shown to the Court for the granting of the requested relief, and no timely or substantiated objections being filed, it is hereby

ORDERED

1. That the Motion is GRANTED; and
2. That the Settlement Agreement attached to the Motion as Exhibit A is hereby **APPROVED**.

DATED this _____ day of October, 2020

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge