UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | Chapter 11 |
| Debtor. | ) | |
| SKLARCO, LLC, | ) | Case No. 20-12380-EEB |
| Debtor. | ) | Chapter 11 |

## NOTICE OF MOTION TO APPROVE GLOBAL SETTLEMENT AGREEMENT TO RESOLVE ADVERSARY PROCEEDINGS

### OBJECTION DEADLINE: October 26, 2020

**YOU ARE HEREBY NOTIFIED** that the Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together "Debtors"), filed a Motion to Approve Global Settlement Agreement to Resolve Adversary Proceedings ("Motion") and request the following relief: approval of a Settlement Agreement filed as Exhibit A to the Motion, which resolves two pending adversary proceedings filed in the relevant Bankruptcy cases: (1) *The Southeast Alabama Gas District v. Sklar Exploration Company, LLC, Sklarco, LLC, Kelley Brothers Contractors, Inc., GE Oil & Gas Pressure Control LP, and Baker Hughes Oilfield Operations*, Case No. 20-01210-EEB; and (2) *Plains Marketing, L.P. v. Sklar Exploration Company, LLC, Kelley Brothers Contractors, Inc., GE Oil & Gas Pressure Control LP, and Lufkin Industries, LLC*, Case No. 20-01191-EEB. The Settlement Agreement resolves all claims, counterclaims, and crossclaims alleged in the cases, and allows certain interplead funds to be released to the Debtors, less a $5,000 allowance to one of the Plaintiffs to cover attorneys fees and costs. The Settlement Agreement will result payment to the Debtors of approximately $196,303 representing net funds currently being withheld by the two Plaintiffs in the adversary proceedings. Settlement is in the best interest of the Debtor's its estate, and creditors, as it will result in a resolution of the claims without the need for costly litigation.

A copy of the pleading is available for inspection in the Bankruptcy Court Clerk's Office, 721 - 19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney. If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections. In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: October 7, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: */s/ Jenny M.F. Fujii*
　　　　　　　　　　　　　　　　　　Lee M. Kutner, #10966
　　　　　　　　　　　　　　　　　　Jenny M.F. Fujii, #30091
　　　　　　　　　　　　　　　　　　**KUTNER BRINEN, P.C.**
　　　　　　　　　　　　　　　　　　1660 Lincoln St., Suite 1850
　　　　　　　　　　　　　　　　　　Denver, CO 80264
　　　　　　　　　　　　　　　　　　Telephone: (303) 832-2400
　　　　　　　　　　　　　　　　　　Telecopy: (303) 832-1510
　　　　　　　　　　　　　　　　　　E-Mail: jmf@kutnerlaw.com