# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

## ORDER FOR COMPLIANCE WITH LOCAL BANKRUPTCY RULE 9013-1 OR OTHER APPLICABLE RULES OF PROCEDURE REGARDING SERVICE AND NOTICE

THIS MATTER comes before the Court on the Motion to Approve Global Settlement Agreement to Resolve Adversary Proceedings and associated Amended 9013-1 Notice filed by Debtors. The Court finds that Debtors has failed to comply with applicable rules of procedure, noted more specifically below:

☒ <u>L.B.R. 9013-1</u>: failure to file a certificate of service showing service of the Amended 9013-1 Notice.

Accordingly, IT IS HEREBY ORDERED that Debtors must cure the above-noted deficiency by the cure date listed below, failing which the Motion will be denied without further notice.

**Deficiency Cure Date:** <u>October 13, 2020.</u>

DATED this 9th day of October, 2020.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge