# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377 EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | Case No. 20-12380 EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

### EX PARTE MOTION FOR EXAMINATION OF HOWARD SKLAR
### PURSUANT TO FED.R.BANKR.P. 2004 AND L.B.R. 2004-1

Fant Energy Limited ("Fant Energy"), by and through its undersigned attorneys, hereby moves pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2004-1 to conduct an examination of Howard Sklar, and states as follows:

1. The Court has recently entered orders authorizing Rule 2004 examinations of Howard Sklar by the Unsecured Creditors Committee (the "Committee") and JF Howell Interests, LP. *See* Order Granting Motion for 2004 Examination [ECF No. 586] and Order Granting Motion for 2004 Examination. [ECF No. 589]

2. Fant Energy desires to participate in the Rule 2004 examinations authorized by the Court's orders and review the documents produced pursuant thereto.

3. Accordingly, Fant Energy requests authority to examine Howard Sklar.

4. Rule 2004 permits examination of any entity with regard to the "acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter to which may affect the administration of the debtor's estate, or to the debtor's right to a discharge." The scope of inquiry under Rule 2004 is broad. *See In re Martino*, 211WL5856327 (Bankr. Colo., November 17, 2011); *In re Blinder Robinson & Co., Inc.*, 127 B.R. 267, 275 (D. Colo. 1991).

5. Fant Energy desires to participate in the Rule 2004 examination of Howard Sklar conducted by the Committee and to review the documents obtained by the Committee. Fant

112505970.1

Energy agrees to conduct the examination simultaneously with the Committee and to seek only those documents requested by the Committee in connection with its 2004 examination.

6. Fant Energy has previously provided to counsel for the debtors executed affidavits by the undersigned counsel and Fant Energy's representative, Stephen Swan, pursuant to the Protective Order Concerning Confidentiality of Documents and Information. [ECF No. 460]

WHEREFORE, Fant Energy respectfully requests that the Court enter its order authorizing the examination of Howard Sklar to occur simultaneously with that conducted by the Committee, and for such other and further relief as is appropriate.

DATED: October 12, 2020　　　　　　　　　　　Respectfully submitted,

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

*/s/ Brent R. Cohen*
Brent R. Cohen, No. 11297
1200 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 623-9000
Email: bcohen@lrrc.com

112505970.1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 12, 2020, a true and correct copy of the foregoing EX PARTE MOTION FOR EXAMINATION OF HOWARD SKLAR PURSUANT TO FED.R.BANKR.P. 2004 AND L.B.R. 2004-1 was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1 and 2082-1(a) and (b) and was served upon the following listed below by depositing same in the United States mail, first-class postage prepaid, addressed to the following**:**

**James B. Bailey**
jbailey@bradley.com

**Joseph Eric Bain**
jbain@joneswalker.com

**Grant Matthew Beiner**
Munsch Hardt Kopf & Harr, PC
gbeiner@munsch.com

**Jordan B. Bird**
Cook, Yancey, King & Galloway
jordan.bird@cookyancey.com

**Duane Brescia**
Clark Hill Strasburger
dbrescia@clarkhill.com

**Jeffrey S. Brinen**
jsb@kutnerlaw.com

**John Cornwell**
Munsch Hardt Kopf & Harr PC
jcornwell@munsch.com

**Shay L. Denning**
sdenning@mbssllp.com

**Benjamin Y. Ford**
RSA Tower, 27th Floor
11 North Water Street
Mobile, AL 36602

**Craig M. Geno**
Law Offices of Craig M. Geno, PLLC
cmgeno@cmgenolaw.com

**Michael J. Guyerson**
mike@kjblawoffice.com

**Christopher D. Johnson**
Munsch Hardt Kopf & Harr PC
cjohnson@munsch.com

**Lee M. Kutner**
lmk@kutnerlaw.com

**Stephen K. Lecholop, II**
Rosenthal Pauerstein Sandoloski Agather LLP
slecholop@rpsalaw.com

**Eric Lockridge**
eric.lockridge@keanmiller.com

**Armistead Mason Long**
Gordon, Arata, Montgomery, Barnett,
McCollam, Duplantis & Eagan, LLC
along@gamb.law

**Ryan Lorenz**
RLorenz@ClarkHill.com

**Christopher Meredith**
Copeland, Cook, Taylor & Bush P.A.
cmeredith@cctb.com

**David M. Miller**
Spencer Fane LLP
dmiller@spencerfane.com

**Timothy C. Mohan**
tmohan@foley.com

**Paul Moss**
Byron G. Rogers Federal Building
Paul.Moss@usdoj.gov

**Kevin S. Neiman**
kevin@ksnpc.com

112505970.1

**Jennifer Norris Soto**
Ayres, Shelton, Williams, Benson & Paine, LLC
jennifersoto@arklatexlaw.com

**Matthew J. Ochs**
mjochs@hollandhart.com

**Matthew Okin**
Okin Adams LLP
mokin@okinadams.com

**John Thomas Oldham**
joldham@okinadams.com

**Robert L Paddock**
Buck Keenan
rpaddock@buckkeenan.com

**Robert Padjen**
Robert.padjen@coag.gov

**Jeremy L Retherford**
Balch & Bingham
jretherford@balch.com

**Brian Rich**
Berger Singerman LLP
brich@bergersingerman.com

**Keri L. Riley**
klr@kutnerlaw.com

**Timothy Michael Riley**
Hopping Green & Sams
timothyr@hgslaw.com

**Katherine A Ross**
katherine.ross@usdoj.gov

**Michael D Rubenstein**
Liskow and Lewis
mdrubenstein@liskow.com

**Craig K. Schuenemann**
craig.schuenemann@bryancave.com

**Ryan Seidemann**
Louisiana Department of Justice
seidemannr@ag.louisiana.gov

**Thomas H Shipps**
Maynes, Bradford, Shipps & Sheftel, LLP
tshipps@mbssllp.com

**Barnet B Skelton, Jr**
Barnet B. Skelton, Jr.,
barnetbjr@msn.com

**Jim F Spencer, Jr**
Watkins & Eager PLLC
jspencer@watkinseager.com

**Bryce Suzuki**
Bryce Suzuki
bryce.suzuki@bclplaw.com

**Timothy M. Swanson**
tim.swanson@moyewhite.com

**David R Taggart**
Bradley Murchison Kelly & Shea
dtaggart@bradleyfirm.com

**Glenn Taylor**
Copeland, Cook, Taylor & Bush P.A.
gtaylor@cctb.com

**Madison M. Tucker**
Jones Walker LLP
mtucker@joneswalker.com

**Amy Vazquez**
Jones Walker LLP
avazquez@joneswalker.com

**Deanna L. Westfall**
Office of the Colorado Attorney General
deanna.westfall@coag.gov

*s/Christina Marquez*
LEWIS ROCA ROTHGERBER CHRISTIE LLP