(COB 245 vo2004Exam)(02/11)

# IN THE UNITED STATES BANKRUPTCY COURT
### District of Colorado ,
HONORABLE Elizabeth E. Brown

In re:

    Sklar Exploration Company, LLC
    Sklarco, LLC

Debtor(s)

|  |  |
|---|---|
| Case No.: | 20–12377–EEB |
| Chapter: | 11 |

## ORDER GRANTING MOTION FOR 2004 EXAMINATION

On October 12, 2020 , Brent R. Cohen on behalf of Fant Energy Limited ("Movant") filed a motion for examination under Rule 2004 ("Motion"). This court, having considered the Motion, hereby

ORDERS that the Movant is authorized to conduct an examination of Howard Sklar pursuant to Fed.R.Bankr.P 2004 and L.B.R. 2004–1; and

FURTHER ORDERS that Movant may compel the attendance of witnesses and production of documents in the manner prescribed by Fed.R.BankrP. 2004(c) and 9016.

Dated:  10/13/20

BY THE COURT:
s/ Elizabeth E. Brown
United States Bankruptcy Judge