UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING MOTION TO ASSUME NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365**

Upon Consideration of the Debtors' Motion to Assume or Reject Nonresidential Real Property Leases Pursuant 11 U.S.C. § 365 (the "Motion"), notice having been provided and no objections having been received, the Court having reviewed the Motion and finding good cause for granting the requested relief, the Court does

**HEREBY ORDER THAT:**

1. The Motion is GRANTED.

2. Sklarco, LLC ("Sklarco") is authorized to assume the oil and gas leases identified on Exhibit A to the Motion;

3. This Order is without prejudice to the rights of the working interest owners under the Unit Operating Agreements and Joint Operating Agreements (collectively, "JOAs") of the various properties to take such action as any such working interest owner deems appropriate under the JOAs or other applicable contractual rights in accordance with applicable bankruptcy and non-bankruptcy law, including but not limited to, seeking to compel SEC to assume or reject one or more JOAs, exercising their rights under the JOAs, or seeking to enforce any rights under the JOAs against any other working interest owner, including Sklarco or SEC as operator.

4. With regard to Sklarco, this Order shall not prejudice the ownership rights of any co-owner with Sklarco in any such oil & gas leases under governing law or the rights of any

7

working interest owners under the JOAs to enforce the terms of the JOAs in accordance with the terms contained therein, and in accordance with applicable bankruptcy and non-bankruptcy law.

DONE and entered this _____ day of _____, 2020 at Denver, Colorado.

                                        BY THE COURT:

                                        _____
                                        Honorable Elizabeth E. Brown
                                        United States Bankruptcy Judge