UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**NOTICE OF MOTION TO ASSUME NONRESIDENTIAL REAL PROPERTY MINERAL LEASES PURSUANT TO 11 U.S.C. § 365**

**OBJECTION DEADLINE: OCTOBER 27, 2020**

TO ALL PARTIES IN INTEREST:

**YOU ARE HEREBY NOTIFIED** that the Debtors, Sklar Exploration Company, LLC and Sklarco, LLC ("Debtors") has filed a Motion to Assume Nonresidential Real Property Mineral Leases Pursuant to 11 U.S.C. § 365 ("Motion") and requests the following relief: authorization to assume the Oil and Gas Leases held by Sklarco, LLC to the extent such leases are nonresidential real property leases. The Mineral Leases include all mineral leases in Alabama, Louisiana, Texas, Arkansas, Florida, Mississippi, and Wyoming, and are more specifically identified on Exhibit A to the Motion. The Debtors are ONLY seeking to assume the Mineral Leases, and the Debtors assert that <u>no cure obligation is owed in connection with the assumption of the oil and gas leases</u>, as all leases are paid in full at the time Sklarco enters into the lease with the lessor, and the Debtors are current on all remaining obligations under the lease comprised of royalty interests granted to lessors upon drilling a producing well on the subject property. Any assumption or rejection of Operating Agreements and similar executory contracts for personal property will be addressed through separate motion or under a Plan(s) of Reorganization. A copy of the pleading is available for inspection in the Bankruptcy Court Clerk's Office, 721 - 19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: October 13, 2020

Respectfully submitted,

By: ___/s/ Keri L. Riley___
Lee M. Kutner, # 10966
Keri L. Riley, #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
E-mail: klr@kutnerlaw.com