**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11 |
| | **Joint Administered Under**<br>**Case No. 20-12377 EEB** |

**ORDER GRANTING *EX PARTE* MOTION FOR 2004 EXAMINATION**

On October 16, 2020, Thomas H. Shipps and Barnet B. Skelton, Jr., on behalf of Pickens Financial Group, LLC, The Rudman Partnership, and Tauber Exploration & Production Co. ("Movants"), filed a motion for examination under Rule 2004 ("Motion"). This court, having considered the Motion, hereby

ORDERS that the Motion is Granted, and that the Movants are authorized to conduct an examination of SKLAR EXPLORATION COMPANY, LLC and SKLARCO, LLC pursuant to Fed.R.Bankr.P 2004 and L.B.R. 2004−1; and FURTHER ORDERS that Movants may compel the attendance of witnesses and production of documents in the manner prescribed by Fed.R.BankrP. 2004(c) and 9016.

Dated: _____2020

                                        By:_____
                                                  Elizabeth E. Brown
                                                  United States Bankruptcy Judge