UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**MOTION TO RECONSIDER, ALTER OR AMEND ORDER GRANTING *EX PARTE*  MOTION FOR EXAMINATION OF DEBTORS PURSUANT TO FED. R. BANKR. P. 2004 AND L.B.R. 2004-1**

The Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together "Debtors"), by and through their attorneys, Kutner Brinen, P.C., move the Court to reconsider and vacate, or alternatively alter or amend the Order Granting the *Ex Parte* Motion for Examination of the Debtors Pursuant to Fed. R. Bankr. P. 2004 and L.B.R. 2004-1 (Docket No. 617) filed by the Tauber Group as follows:

1. The Debtors filed for relief under chapter 11 of the Bankruptcy Code on April 1, 2020. The Debtors remain Debtors-in-Possession.

2. The Office of the United States Trustee appointed an Official Committee of Unsecured Creditors ("Committee") on April 16, 2020.

3. SEC is engaged in business as an independent exploration and production company in the oil and gas industry. SEC is an operating company and does not own oil or gas properties. SEC has its principal business office in Boulder, Colorado and has additional offices in Shreveport, Louisiana and Brewton, Alabama. SEC's exploration and production activities are primarily located in East Texas, North Louisiana, South Mississippi, South Alabama and the Florida Panhandle. SEC is also developing properties and opportunities in the western United States, though no oil or gas production has been produced from the wells in the western United States.

1

4. Sklarco is a Louisiana limited liability company engaged in business as the owner of certain oil and gas leases and property interests in East Texas, North Louisiana, South Mississippi, South Alabama, the Florida Panhandle, and the western United States.

5. Pre-petition, on or about March 1, 2020, SEC took over operations at the Abbyville Gas Plant ("Gas Plant"), located in the Conecuh County, Alabama from Plains Gas Solutions, LLC.

6. Similar to the ownership of the wells operated by SEC on the Escambia Prospect, the Gas Plant is operated for the benefit of the working interest holders ("WI Holders") with an interest in the wells.

7. On February 13, 2020, SEC sent WI Holders a letter advising WI Holders of the transfer of ownership, and proposing an amendment to the Escambia Prospect Operating Agreement (the "February 13 Letter").

8. Consistent with the February 13 Letter, the amendments proposed to assess a management fee to compensate SEC for its ongoing expenses associated with the operation of the Gas Plant. The February 13 Letter further states that the amendment would be binding on those parties who agreed to accept the amendment.

9. After sending the February 13 Letter, approximately 86% agreed to the proposed amendment and the assessment of the management fee for the Gas Plant. A minority, including the Rudman Family Partnership and the Pickens Financial Group, have not yet agreed to the proposed amendment.

10. On October 16, 2020, the Tauber Group filed their *Ex Parte* Motion for Examination of the Debtors Pursuant to Fed. R. Bankr. P. 2004 and L.B.R. 2004 ("Motion for Rule 2004 Examination"), seeking to examine the Debtors and obtain documents related to the Gas Plant.

11. The Court entered an Order Granting the Motion for Rule 2004 Examination on October 19, 2020 (Docket No. 619).

12. The Debtors do not object the Tauber Group conducting an examination pursuant to Rule 2004 to seek documents and examine the Debtors regarding the Gas Plant. However, Debtors object to Motion for Rule 2004 Examination to the extent it requests information prior to SEC's ownership of the Gas Plant on March 1, 2020 and the communication related thereto.

13. Bankruptcy Rule 2004 allows a party to examine the "acts, conduct, or property or the liabilities and financial condition of the debtor" or "any matter which might affect the administration of the debtor's estate." Fed. R. Bankr. P. 2004. The proponent of a Bankruptcy Rule 2004 examination bears the burden of establishing "good cause" for the requested discovery and some reasonable basis for the requested examination that relates to matters contemplated under that rule. See *In re Countrywide Home Loans, Inc.*, 384 B.R. 373, 393 (Bankr. W.D. Pa. 2008) (requiring the proponent to "meet a threshold standard of 'good cause' before she was permitted to conduct examinations and require the production of documents pursuant to Rule 2004").

14. The purpose generally of Rule 2004 is to enable parties in interest to locate assets of the debtor and make those assets available for the creditors of the estate. *In re Continental Forge Co., Inc.*, 73 B.R. 1005 (Bankr. W.D. Pa. 1987). While the scope of a Rule 2004 examination may be broad, a Rule 2004 examination may not be used for purposes of abuse or harassment and it cannot stray into matters which are not relevant to the basic inquiry. *In re Strecker*, 251 B.R. 878, 882-83 (Bankr. D. Colo. 2000)(declining to authorize a Rule 2004 Examination where such examination was intended to intimidate or harass the debtor and incur burdensome and unnecessary attorney fees); *In re Wash. Mut. Inc.*, 408 B.R. 45, 50 (Bankr. D. Del. 2009). A Rule 2004 examination "may not be used as a device to launch into a wholesale investigation of a non-debtor's private business affairs." *Continental Forge*, 73 B.R. at 1007.

15. The Motion for Rule 2004 Examination is overbroad, and seeks discovery of information and documents that go well beyond the scope of SEC's management of the gas plant, and are intended to harass and intimidate the Debtors, as opposed to seeking information related to the Debtors' business affairs.

16. By way of example, one of the document requests proposed by the Tauber Group seeks:

> Documents stating, depicting or describing all payments to working interest owners (each to be described by name) derived from the sale, processing, treating and transporting of gas, raw make, residue gas, natural gas liquids, condensate and other plant products through the Abbyville Plant, for each month from January 2014 until SEC took over its operation on or after March 1, 2020.

3

17. As drafted, this would require SEC to scour its records to find and provides copies of every payment made to a holder of an interest in the Escambia Prospect and related joint interest billing statements for a six-year period. This request would not only require SEC and its attorneys to dedicate significant time to locating and compiling these documents, distracting from the Debtors' ongoing reorganization efforts, but it would also require the review and production of thousands of pages of information with minimal relevance to the Debtors' operations.

18. Additionally, SEC was not in control of or responsible for operations of the Gas Plant prior to March 1, 2020. As a result, SEC has limited access to documents, and could not ensure that the production of any documents prior to March 1, 2020 was accurate or complete, nor could any corporate representative of SEC testify to any operations of the Gas Plant prior to March 1, 2020. Cause does not exist for an examination of Gas Plant operations for discovery under the Rule 2004 Examination to the extent it predates SEC's management of the Gas Plant.

19. Several other document requests have no time frame for the requested information, and could result in the required production of information that relates solely to SEC's historical operations, and does not relate to SEC's ownership or operation of the Gas Plant.

20. The Motion for Rule 2004 Examination further requests documents for all expenses for the Gas Plant. This request, while more limited in time, is drafted in such a manner that it would nonetheless require the production of significant information that could easily go beyond the operation of the Gas Plant.

21. Accordingly, because the scope of the proposed examination and document requests are overbroad and seek production of documents and information that predates SEC's management of Gas Plant, the Rule 2004 examination must be limited in its scope to prevent an undue burden to or harassment of the Debtors. Cause therefore exists to vacate the Order Granting the Motion for Rule 2004 Examination or otherwise substantially limit the scope of the examination to SEC's operation of the Gas Plant and communication related to the acquisition of the Gas Plant on March 1, 2020.

**[remainder of page intentionally left blank]**

WHEREFORE, the Debtors pray the Court make and enter an Order vacating the Order Granting Motion for Rule 2004 Examination (Docket No. 619) or otherwise limiting the scope of the examination, and for such further and additional relief as to the Court may appear just and proper.

Dated: October 20, 2020.

Respectfully submitted,

By:/s/ *Keri L. Riley*
    Lee M. Kutner, #10966
    Jeffrey S. Brinen, #20565
    Keri L. Riley, #47605
    **KUTNER BRINEN P.C.**
    1660 Lincoln St., Suite 1850
    Denver, CO 80264
    Telephone: (303) 832-2400
    E-Mail: klr@kutnerlaw.com

**CERTIFICATE OF SERVICE**

  I certify that on October 20, 2020, I served a complete copy of the foregoing **MOTION TO RECONSIDER, ALTER OR AMEND ORDER GRANTING EX PARTE MOTION FOR EXAMINATION OF DEBTORS PURSUANT TO FED. R. BANKR. P. 2004 AND L.B.R. 2004-1** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Stoneham Drilling Corporation
(Representative: Heather Stickel)
c/o James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Mesa Fluids, LLC
(Representative: Aaron W. Merrell)
1669 South 580 East
American Fork, UT 84057

TCP Cottonwood, L.P.
(Representative: Kyle C. McInnis)
c/o Eric Lockridge
400 Convention Street
Suite 700
Baton Rouge, LA 70801

Rapad Well Service Company, Inc.
(Representative: Chesley James)
c/o Jeremy Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203-4642

Kelley Brothers Contractors, Inc.
(Representative: Jerry Kelley)
401 County Farm Road
Waynesboro, MS 39367

Baker Hughes Company
(Representative: Christopher J. Ryan)
2001 Rankin Road
Houston, TX 77073

Timothy C. Mohan, Esq.
Foley & Lardner, LLP
600 17th Street
Suite 2020 South
Denver, CO 80202

J. Eric Lockridge, Esq.
Kean Miller LLP
400 Convention Street
Suite 700
P.O. Box 3513
Baton Rouge, LA 70802

Craig K. Schuenemann, Esq.
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Giovanni M. Ruscitti, Esq.
Berg Hill Greenleaf Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

Bryce A. Suzuki, Esq.
Bryan Cave Leighton Paisner, LLP
Two North Central Avenue
Suite 2100
Phoenix, AZ 85004-4406

1

James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Timothy M. Riley, Esq.
Hopping Green & Sams, P.A.
P.O. Box 6526
Tallahassee, FL 32314

Michel D. Rubenstein, Esq.
Liskow & Lewis
1001 Fannin Street
Suite 1800
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos
Suite 700
Austin, TX 78701

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
999 18th Street
Suite 1230 South
Denver, CO 80202

Robert L. Paddock, Esq.
Buck Keenan LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Jeremy L. Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203

Matthew J. Ochs, Esq.
Holland & Hart, LLP
555 Seventeenth Street
Suite 3200
P.O. Box 8749
Denver, CO 80201-8749

Shay L. Denning, Esq.
Thomas H. Shipps, Esq.
Maynes, Bradford, Shipps & Sheftel, LLP
835 East Second Avenue
Suite 123
Durango, CO 81301

Robert Padjen, Esq.
Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202-1486

Joseph E. Bain, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Madison Tucker, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, Louisiana 70170

Barnet B. Skelton, Jr., Esq.
815 Walker
Suite 1502
Houston, TX 77002

Amy L. Vazquez, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams, LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Christopher H. Meredith, Esq.
Copeland Cook Taylor & Bush, P.A.
1076 Highland Colony Parkway
600 Concourse, Suite 200
P.O. Box 6020
Ridgeland, Mississippi 39158-6020

Michael L. Niles, Esq.
Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Victoria Argeroplos, Esq.
Jackson Walker LLP
1401 McKinney Street
Suite 1900
Houston, TX 77010

David R. Taggart, Esq.
Bradley Murchison Kelly & Shea, LLC
401 Edwards Street
Suite 1000
Shreveport, Louisiana 71101

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
P.O Box 22260
Shreveport, Louisiana 71120-2260

Paul H. Stephenson III, Esq.
Jim F. Spencer, Jr., Esq.
Watkins & Eager, PLLC
P.O. Box 650
Jackson, Mississippi 39205

John D. Cornwell, Esq.
Grant M. Beiner, Esq.
Christopher D. Johnson, Esq.
Munsch Hardt Kopf & Harr, P.C.
700 Milam Street
Suite 2700
Houston, TX 77002

Michael J. Guyerson, Esq.
Buechler Law Office, LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
Shreveport, Louisiana 71120-2260

Robert L. Paddock, Esq.
Buck Keenan, LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Ryan M. Seidemann, Esq.
Assistant Attorney General
Civil Division/Lands and Natural Resources
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005

David M. Miller, Esq.
Spencer Fane LLP
1700 Lincoln Street
Suite 2000
Denver, CO 80203

Jennifer J. Hardy, Esq.
Willkie Farr & Gallagher, LLP
600 Travis Street
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos Street
Suite 700
Austin, TX 78701

Andrew G. Edson, Esq.
Clark Hill Strasburger
901 Main Street
Suite 6000
Dallas, TX 75202

Craig M. Geno, Esq.
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157

Christopher H. Meredith, Esq.
Glenn Gates Taylor, Esq.
Copeland Cook Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Curtis R. Shelton, Esq.
Jennifer Norris Soto, Esq.
Ayres Shelton Williams Benson & Paine, LLC
333 Texas Street, Suite 1400
P.O. Box 1764
Shreveport, Louisiana 71166

Armistead M. Long, Esq.
Gordon Arata Montgomery Barnett McCollam Duplantis & Eagan, LLC
400 East Kaliste Saloon Road
Suite 4200
Lafayette, Louisiana 70508

Ryan J. Lorenz, Esq.
Clark Hill PLC
14850 North Scottsdale Road
Suite 500
Scottsdale, Arizona 85254

Brian G. Rich, Esq.
Michael J. Niles, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Katherine A. Ross, Esq.
U.S. Attorney's Office for the
  District of Colorado
Assistant United States Attorney
1801 California Street
Suite 1600
Denver, CO 80202

Ryco Exploration, LLC
401 Edwards Street
Suite 915
Shreveport, LA 71101
ATTN: M. Robin Smith

Ryco Exploration, LLC
40 Golf Club Drive
Haughton, LA 71037
ATTN: M. Robin Smith

Stephen K. Lecholop II, Esq.
Rosenthal Pauerstein, Esq.
Sandoloski Agather LLP
755 East Mulberry
Suite 200
San Antonio, TX 78212

Katherine Guidry Douthitt, Esq.
Blanchard Walker O'Quin & Roberts
P.O. Box 1126
Shreveport, Louisiana 71163

4

Andrew J. Shaver, Esq.
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Theodore J. Hartl, Esq.
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596

John H. Smith
Quitman Tank Solutions, LLC
P.O. Box 90
Quitman, MS 39355

Belinda Harrison
58 County Road 5033
Heidelberg, MS 39439

Casey C. Breese, Esq.
Welborn Sullivan Meck & Tooley, P.C.
1125 17th Street
Suite 2200 South
Denver, CO 80202

Jeff Carruth, Esq.
Weycer Kaplan Pulaski & Zuber, P.C.
11 Greenway Plaza
Suite 1400
Houston, TX 77046

Michael E. Riddick, Esq.
Katherine Guidry Douthill, Esq.
Blanchard Walker O'Quin & Roberts, P.C.
333 Texas Street
Regions Tower
Suite 700
Shreveport, Louisiana 71101

Chris Crowley, Esq.
Feldmann Nagel Cantafio, PLLC
1875 Lawrence Street
Suite 730
Denver, CO 80202

**/s/Vicky Martina**
**Vicky Martina**
**Kutner Brinen PC**

5