UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER RECONSIDERING ORDER GRANTING *EX PARTE* MOTION FOR EXAMINATION OF DEBTORS PURSUANT TO FED. R. BANKR. P. 2004 AND L.B.R. 2004-1**

THIS MATTER having come before the Court on the Debtors' Motion to Reconsider, Alter or Amend Order Granting *Ex Parte* Motion for Examination of Debtors Pursuant to Fed. R. Bankr. P. 2004 and L.B.R. 2004-1, cause being shown to the Court for the granting of the requested relief, it is hereby

ORDERED

[   ] That the Order Granting Motion for 2004 Examination (Docket No. 619) entered by the Court on October 20, 2020 is hereby vacated.

[   ] That the Order Granting Motion for 2004 Examination (Docket No. 619) is hereby amended to limit the scope of any examination and production of documents pursuant to Fed. R. Bankr. P. 2004 to Sklar Exploration Company, LLC's management or operation of the Abbyville Gas Plant and communication related to the acquisition of the Gas Plant on March 1, 2020.

DONE and entered this _____ day of _____, 2020 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge