## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

## ORDER

THIS MATTER comes before the Court on the Motion to Reconsider, Alter or Amend Order Granting Ex Parte Motion for Examination of Debtors Pursuant to Fed. R. Bankr. P. 2004 and L.B.R. 2004-1 ("Motion") filed by Debtors. The Court, having considered the Motion, and being otherwise fully advised in the premises, hereby

ORDERS that this matter shall proceed under the Discovery Dispute procedures in L.B.R. 7026-1(d). If the parties are unable to resolve their disputes after an attempt to meaningfully confer, they should follow the procedures and request a hearing by email as provided for in the procedures.

DATED this 21st day of October, 2020.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge