# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | Case No. 20-12377-EEB |
| | Chapter 11 |
| SKLAR EXPLORATION COMPANY, LLC | |
| EIN: 72-1417930 | |
| Debtor | |
| _____ | |
| SKLARCO, LLC | Case No. 20-12380-EEB |
| EIN: 72-1425432 | Chapter 11 |
| Debtor | *Jointly Administered Under Case No. 20-12377-EEB* |

### *EX PARTE* MOTION FOR EXAMINATION OF HOWARD SKLAR PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 AND LOCAL RULE 2004.1(b)

NOW INTO COURT, through undersigned counsel, comes FRANKS EXPLORATION COMPANY, LLC, AEH INVESTMENT LLC, J & A HARRIS, LP, BUNDERO INVESTMENT COMPANY, LLC, KINGSTON, LLC, HALL MANAGEMENT, LLC, KMR INVESTMENTS and HUGHES OIL SOUTH, LLC (the "Movers"), who hereby moves pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004.1(b) to conduct an examination of Howard Sklar and in support thereof state as follows:

### I. BACKGROUND

1. On April 1, 2020, the Debtors filed their voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code.

2. Movers have been made aware of the document requests on debtors' counsel by the unsecured creditor's committee and hereby requests authority to obtain such documents and examine Howard Sklar with respect to pre-petition operations, assets, liabilities, intercompany

transactions with debtor and non-debtor affiliates, as well as any transactions with Howard Sklar, any insider connected with Howard Sklar and the "Sklar" trusts.

3. Mover requests that it be allowed to participate in the Rule 2004 examinations authorized by the Court and review the documents produced for the examinations.

4. Federal Rule of Bankruptcy Procedure 2004 and Local Rule of Bankruptcy Procedure 2004-1 permit the examination of any entity with regard to the "acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter to which may affect the administration of the debtor's estate, or to the debtor's right to discharge." Fed. R. Bankr. P. 2004; L.R.B.P. 2004-1.

## II. JOINDER

5. Mover was provided with notice through the Court's ECF of the Unsecured Creditors Committee's Motion for 2004 Examination of Debtors and Howard Sklar. Mover is agreeable to conducting the examination of the same date, place, and time also sought by the Unsecured Creditor's Committee.

WHEREFORE, Movers, FRANKS EXPLORATION COMPANY, LLC, AEH INVESTMENT LLC, J & A HARRIS, LP, BUNDERO INVESTMENT COMPANY, LLC, KINGSTON, LLC, HALL MANAGEMENT, LLC, KMR INVESTMENTS and HUGHES OIL SOUTH, LLC, respectfully request that the Court enter its order authorizing the examination of Howard Sklar to occur simultaneously with the Committee's examination, and for such further relief as is appropriate.

- 3 -

DATED: October 21, 2020  Respectfully submitted,

COOK, YANCEY, KING & GALLOWAY
A Professional Law Corporation

By: s/ Jordan B. Bird
    Jordan B. Bird
    La. Bar Roll No. 32344

333 Texas Street, Suite 1700
P.O. Box 22260
Shreveport, La 71120-2260
Telephone: (318) 221-6277
Direct Dial: (318) 227-7751
Facsimile: (318) 227-7850
Email: jordan.bird@cookyancey.com

ATTORNEYS FOR FRANKS EXPLORATION COMPANY, LLC, BUNDERO INVESTMENT COMPANY, LLC, KINGSTON, LLC, AEH INVESTMENTS, LLC, J & A HARRIS LP, HUGHES OIL SOUTH, LLC, KMR INVESTMENTS, LLC, and HALL MANAGEMENT, LLC

## **CERTIFICATE**

I HEREBY CERTIFY that I electronically filed the foregoing *Ex-Parte Motion for Examination of Howard Sklar pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1(b)* with the Clerk of Court using the Court's electronic filing system. Notice of this filing was sent to all counsel of record and parties-in-interest by operation of the Court's electronic filing system at the email address registered with the Court.

Shreveport, Louisiana, this 21st day of October, 2020.

s/ Jordan B. Bird
OF COUNSEL
