# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado
HONORABLE Elizabeth E. Brown

In re:

    Sklar Exploration Company, LLC
    Sklarco, LLC

Debtor(s)

    Case No.:    20−12377−EEB
    Chapter:    11

### ORDER GRANTING MOTION FOR 2004 EXAMINATION

On October 21, 2020, Jordan B. Bird ("Movant") filed an Ex Parte Motion for Examination of Howard Sklar Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004.1(b) ("Motion"). This court, having considered the Motion, hereby

ORDERS that the Movant is authorized to conduct an examination of Howard Sklar pursuant to Fed.R.Bankr.P 2004 and L.B.R. 2004−1; and

FURTHER ORDERS that Movant may compel the attendance of witnesses and production of documents in the manner prescribed by Fed.R.BankrP. 2004(c) and 9016.

Dated: 10/22/2020

BY THE COURT:
s/ Elizabeth E. Brown
United States Bankruptcy Judge