In re Sklar Exploration Company, LLC, et al.; Case No. 20-12377-EEB
Exhibit C - Accounts Receivables as of October 20, 2020

| Customer Name | Inv Amount | Current | 30 days | 60 days | 90 days | Noncurrent |
|---|---:|---:|---:|---:|---:|---:|
| McCombs Energy Ltd., LLC | 368,155.58 | 82,103.29 | 83,008.73 | 54,605.07 | 148,438.49 | 286,052.29 |
| Kudzu Oil Properties, LLC | 121,807.03 | 12,806.85 | 0.20 | 34,871.66 | 74,128.32 | 109,000.18 |
| JJS Interests Escambia, LLC | 132,822.62 | 30,584.24 | 22,756.94 | 16,002.92 | 63,478.52 | 102,238.38 |
| Fant Energy Limited | 77,048.68 | 8,326.09 | 7,110.68 | 0.00 | 61,611.91 | 68,722.59 |
| TDX Energy, LLC | 71,465.01 | 2,938.06 | 4,535.78 | 3,369.43 | 60,621.74 | 68,526.95 |
| McCombs Exploration, LLC | 80,829.75 | 17,787.33 | 13,791.75 | 10,977.42 | 38,273.25 | 63,042.42 |
| Tenexco, Inc. | 56,050.84 | 3,572.70 | 6,684.42 | 6,893.76 | 38,899.96 | 52,478.14 |
| Carl Herrin Oil and Gas, L.L.C. | 50,535.82 | 3,923.97 | 6,566.71 | 6,571.57 | 33,473.57 | 46,611.85 |
| FPCC USA, Inc. | 75,060.72 | 43,418.27 | 31,642.45 | 0.00 | 0.00 | 31,642.45 |
| K.C. Whittemore | 28,967.73 | -838.90 | -1,237.59 | -463.33 | 31,507.55 | 29,806.63 |
| McCombs Energy Ltd., LLC | 33,122.90 | 3,961.08 | 6,772.19 | 6,781.94 | 15,607.69 | 29,161.82 |
| JJS Interests North Beach LLC | 37,797.61 | 12,993.61 | 0.00 | 0.00 | 24,804.00 | 24,804.00 |
| Craft Exploration Company L.L.C. | 25,050.28 | 1,319.68 | 2,801.05 | 3,008.75 | 17,920.80 | 23,730.60 |
| Parous Energy, L.L.C. | 23,970.19 | 1,874.33 | 3,127.45 | 3,115.84 | 15,852.57 | 22,095.86 |
| Resource Ventures, LLC | 24,326.15 | 2,426.65 | 3,867.48 | 3,768.93 | 14,263.09 | 21,899.50 |
| Coastal Exploration, Inc. | 20,648.50 | 1,676.20 | 3,156.83 | 3,256.27 | 12,559.20 | 18,972.30 |
| Pruet Production Co. | 31,676.76 | 13,317.86 | 18,358.90 | 0.00 | 0.00 | 18,358.90 |
| Embayment Production, LLC | 17,063.37 | 1,223.87 | 2,057.34 | 0.00 | 13,782.16 | 15,839.50 |
| Pflanzer Partners, Ltd | 12,576.74 | 814.12 | 1,378.43 | 1,382.62 | 9,001.57 | 11,762.62 |
| Sepulga River Fuels, LLC | 12,452.74 | 847.97 | 1,599.34 | 1,650.63 | 8,354.80 | 11,604.77 |
| Cayman Resources, Inc. | 11,749.07 | 211.99 | 399.84 | 412.64 | 10,724.60 | 11,537.08 |
| Vickery Exploration, LLC | 10,580.57 | 806.82 | 1,368.78 | 1,375.57 | 7,029.40 | 9,773.75 |
| Chanse Resources, L.L.C. | 8,238.43 | 1,325.91 | 1,406.82 | 1,045.41 | 4,460.29 | 6,912.52 |
| Apple River Investments, L.L.C. | 8,975.70 | 2,166.40 | 0.00 | 0.00 | 6,809.30 | 6,809.30 |
| Tisdale Natural Resources, LLC | 5,966.85 | 252.29 | 2,881.34 | 0.00 | 2,833.22 | 5,714.56 |
| Yelbom Oil, Inc. | 5,000.13 | 116.40 | 187.35 | 145.35 | 4,551.03 | 4,883.73 |
| Craft Exploration Company L.L.C. | 8,508.83 | 3,731.84 | 4,776.99 | 0.00 | 0.00 | 4,776.99 |
| Strago Petroleum Corporation | 5,189.87 | 620.36 | 623.99 | 595.99 | 3,349.53 | 4,569.51 |
| Sellars Family, LLC | 5,343.38 | 835.28 | 1,394.68 | 1,391.64 | 1,721.78 | 4,508.10 |
| ELBA Exploration LLC | 4,967.50 | 466.15 | 534.53 | 416.32 | 3,550.50 | 4,501.35 |
| In2tex 3LP | 3,614.18 | 445.98 | 573.25 | 600.60 | 1,994.35 | 3,168.20 |
| WEMO, Inc. | 3,233.29 | 116.40 | 187.35 | 145.35 | 2,784.19 | 3,116.89 |
| Martha McKenzie | 3,158.97 | 72.06 | 70.44 | 54.83 | 2,961.64 | 3,086.91 |

In re Sklar Exploration Company, LLC, et al.; Case No. 20-12377-EEB

Exhibit C - Accounts Receivables as of October 20, 2020

| Name | | | | | | | |
|---|---|---|---|---|---|---|---|
| Gateway Exploration, LLC | 3,889.84 | 981.86 | 1,047.50 | 918.84 | 941.64 | | 2,907.98 |
| Quantina Newby | 2,858.06 | 7.32 | 15.53 | 16.68 | 2,818.53 | | 2,850.74 |
| Clark Rabren | 2,707.46 | 56.85 | 70.98 | 55.30 | 2,524.33 | | 2,650.61 |
| Rawls Resources, Inc. | 3,020.72 | 435.12 | 436.43 | 317.84 | 1,831.33 | | 2,585.60 |
| Pelican Energy, LLC | 2,623.49 | 128.04 | 271.77 | 291.92 | 1,931.76 | | 2,495.45 |
| Longleaf Energy Group, Inc. | 2,682.24 | 447.44 | 749.21 | 737.46 | 748.13 | | 2,234.80 |
| McCombs Energy Ltd., LLC | 3,539.92 | 1,323.24 | 481.02 | 840.24 | 895.42 | | 2,216.68 |
| Robert Israel | 2,262.03 | 96.57 | 137.67 | 104.54 | 1,923.25 | | 2,165.46 |
| Robert Israel Trust UW Joan Israel | 2,262.03 | 96.57 | 137.67 | 104.54 | 1,923.25 | | 2,165.46 |
| Gerry Burford | 2,106.03 | 48.04 | 46.96 | 36.56 | 1,974.47 | | 2,057.99 |
| Charles A. Frazier, for life | 2,053.38 | 43.11 | 53.83 | 41.94 | 1,914.50 | | 2,010.27 |
| B. C. Young | 1,935.72 | 3.35 | 4.99 | 7.99 | 1,919.39 | | 1,932.37 |
| Sundance Resources, LLC | 1,896.83 | 0.00 | 0.00 | 0.00 | 1,896.83 | | 1,896.83 |
| Stateside Oil, Inc. | 2,120.48 | 261.07 | 0.00 | 0.00 | 1,859.41 | | 1,859.41 |
| Hanson Operating Co. Inc. | 22,724.67 | 21,036.19 | 1,688.48 | 0.00 | 0.00 | | 1,688.48 |
| Black Stone Energy Company, L.L.C. | 1,944.86 | 269.53 | 272.21 | 269.53 | 1,133.59 | | 1,675.33 |
| Longleaf Energy Group, Inc. | 2,074.30 | 400.53 | 850.13 | 823.64 | 0.00 | | 1,673.77 |
| Pruet Oil Company LLC | 1,718.82 | 57.75 | 0.00 | 82.50 | 1,578.57 | | 1,661.07 |
| Gardner Energy Corporation | 1,812.43 | 261.07 | 261.86 | 190.71 | 1,098.79 | | 1,551.36 |
| Glenn Douglas Brye | 1,534.00 | 7.32 | 15.53 | 16.69 | 1,494.46 | | 1,526.68 |
| Mesapro, LLC | 1,458.96 | 29.60 | 162.45 | 771.05 | 495.86 | | 1,429.36 |
| Paul M. Griswold | 1,297.01 | 2.20 | 0.00 | 0.00 | 1,294.81 | | 1,294.81 |
| Geotech Production, Inc. | 1,618.73 | 361.79 | 387.44 | 361.79 | 507.71 | | 1,256.94 |
| Carl E. Gungoll Exploration, LLC | 1,850.10 | 706.01 | 1,144.09 | 0.00 | 0.00 | | 1,144.09 |
| W. Harlan Beene, III | 1,190.00 | 51.08 | 42.80 | 46.29 | 1,049.83 | | 1,138.92 |
| Nine Forks LLC | 1,301.18 | 188.75 | 188.13 | 137.49 | 786.81 | | 1,112.43 |
| Spaulding Oil & Gas Corp | 1,225.25 | 130.83 | 98.36 | 31.28 | 964.78 | | 1,094.42 |
| Janie M. Johnston | 1,076.70 | 22.61 | 28.23 | 21.99 | 1,003.87 | | 1,054.09 |
| August C. Erickson Mineral Trust | 1,115.09 | 170.38 | 178.33 | 156.35 | 610.03 | | 944.71 |
| Janet Smith Dunn | 766.56 | 1.30 | 0.00 | 0.00 | 765.26 | | 765.26 |
| Stacy Dunn | 766.55 | 1.30 | 0.00 | 0.00 | 765.25 | | 765.25 |
| Steven R. Bledsoe | 759.02 | 1.55 | 0.00 | 0.00 | 757.47 | | 757.47 |
| Estate of Rhondos C. Brye | 645.12 | 2.44 | 5.18 | 5.56 | 631.94 | | 642.68 |
| J. Michael Garner & | 674.42 | 32.68 | 32.97 | 32.68 | 576.09 | | 641.74 |

| Name | | | | | | | |
|---|---|---|---|---|---|---|---|
| Northedge Corporation | 637.74 | 5.44 | 0.00 | 7.77 | 624.53 | | 632.30 |
| Miles McDowell | 631.10 | 0.34 | 0.83 | 0.12 | 629.81 | | 630.76 |
| Rock Springs Minerals I, LLC | 635.66 | 11.08 | 10.83 | 8.43 | 605.32 | | 624.58 |
| Elana Oil & Gas Co. | 1,200.26 | 610.59 | 589.67 | 0.00 | 0.00 | | 589.67 |
| Joel Davis | 714.97 | 135.25 | 127.94 | 99.77 | 352.01 | | 579.72 |
| Felton A. Brye | 546.15 | 2.44 | 5.18 | 5.56 | 532.97 | | 543.71 |
| Jaquita Natahasa Brye | 546.15 | 2.44 | 5.18 | 5.56 | 532.97 | | 543.71 |
| Joycelyn Brye Edwards | 546.15 | 2.44 | 5.18 | 5.56 | 532.97 | | 543.71 |
| Central Petroleum, Inc. | 792.35 | 269.46 | 293.97 | 228.92 | 0.00 | | 522.89 |
| Kernon De-Vaughn Brye, Sr. | 514.72 | 2.44 | 5.18 | 5.56 | 501.54 | | 512.28 |
| Jeanette Purifoy | 503.64 | 12.56 | 12.27 | 9.55 | 469.26 | | 491.08 |
| Lawrence M. Cushman Trust | 513.92 | 43.26 | 75.95 | 192.64 | 202.07 | | 470.66 |
| Scott D Stroud | 577.08 | 112.10 | 113.37 | 108.35 | 243.26 | | 464.98 |
| David Carl Deutsch | 461.94 | 8.66 | 11.79 | 12.50 | 428.99 | | 453.28 |
| Annie P. Jones Smith | 443.45 | 0.95 | 0.00 | 0.00 | 442.50 | | 442.50 |
| L. R. Fitzgerald | 445.39 | 3.98 | 3.30 | 2.98 | 435.13 | | 441.41 |
| Phyllis Williams Frazier | 432.63 | 0.16 | 0.00 | 0.00 | 432.47 | | 432.47 |
| Teekell Oil & Gas, Inc. | 561.37 | 145.50 | 234.18 | 181.69 | 0.00 | | 415.87 |
| Estate of Willie L. Jones | 392.55 | 0.14 | 0.00 | 0.00 | 392.41 | | 392.41 |
| Goodrich Petroleum of LA | 514.44 | 134.76 | 136.11 | 134.76 | 108.81 | | 379.68 |
| John D Procter | 389.82 | 29.83 | 40.62 | 43.07 | 276.30 | | 359.99 |
| Andrea Davis | 365.82 | 37.67 | 36.82 | 28.66 | 262.67 | | 328.15 |
| Estate of Walter Wayne Dammier | 323.94 | 0.83 | 1.24 | 1.98 | 319.89 | | 323.11 |
| Carl Elmer Nelson | 294.60 | 36.25 | 44.28 | 36.25 | 177.82 | | 258.35 |
| Carlton D. Brye | 254.53 | 0.49 | 1.04 | 1.11 | 251.89 | | 254.04 |
| Mike Rogers Oil & Gas, Inc. | 275.81 | 24.83 | 22.99 | 22.81 | 205.18 | | 250.98 |
| Bennett Energy Corporation | 253.11 | 4.33 | 5.89 | 6.25 | 236.64 | | 248.78 |
| SD Resources Ltd | 465.15 | 224.61 | 240.54 | 0.00 | 0.00 | | 240.54 |
| Alex Smith III | 269.60 | 37.67 | 36.82 | 28.66 | 166.45 | | 231.93 |
| Beazley Petroleum, LLC | 249.13 | 18.42 | 30.92 | 30.97 | 168.82 | | 230.71 |
| Bernice Bouldin | 232.48 | 5.80 | 5.67 | 4.41 | 216.60 | | 226.68 |
| Jimmie Lee Walker | 232.48 | 5.80 | 5.67 | 4.41 | 216.60 | | 226.68 |
| Andala Enterprises, Inc. | 209.96 | 1.55 | 0.00 | 0.00 | 208.41 | | 208.41 |
| Horace, LLC | 245.67 | 38.14 | 37.28 | 29.02 | 141.23 | | 207.53 |

Case:20-12377-MER Doc#:624-3 Filed:10/21/20 Entered:10/21/20 16:34:30 Page4 of 8
In re Sklar Exploration Company, LLC, et al.; Case No. 20-12377-EEB
Exhibit C - Accounts Receivables as of October 20, 2020

| Name | | | | | | | |
|---|---|---|---|---|---|---|---|
| Carlos S. Brye | 206.25 | 0.49 | 1.04 | 1.11 | 203.61 | | 205.76 |
| M. Carl Rice | 188.70 | 0.00 | 0.00 | 0.00 | 188.70 | | 188.70 |
| Harkness A Duncan Trust | 384.44 | 196.37 | 0.00 | 0.00 | 188.07 | | 188.07 |
| Harkness A. Duncan Trust | 384.44 | 196.37 | 0.00 | 0.00 | 188.07 | | 188.07 |
| Susan Lombard Wilkinson | 178.59 | 3.11 | 3.04 | 2.37 | 170.07 | | 175.48 |
| TE-RAY Resources Inc | 242.07 | 74.20 | 68.70 | -209.32 | 308.49 | | 167.87 |
| Dunbar Investments | 174.92 | 9.31 | 7.00 | 2.23 | 156.38 | | 165.61 |
| Schlachter Operating Corp | 595.37 | 436.20 | 0.00 | 159.17 | 0.00 | | 159.17 |
| Gloria Gale Minker | 158.13 | 0.00 | 0.00 | 0.00 | 158.13 | | 158.13 |
| Cheryle D. Paluska | 165.10 | 8.66 | 11.79 | 12.50 | 132.15 | | 156.44 |
| Ahamad Ansari | 150.15 | 0.49 | 1.04 | 1.11 | 147.51 | | 149.66 |
| Joe L. Samuel, Jr. | 154.29 | 6.26 | 6.12 | 4.77 | 137.14 | | 148.03 |
| Joe K. Rawdon | 134.49 | 0.23 | 0.34 | 0.55 | 133.37 | | 134.26 |
| Plains Production Inc | 225.09 | 93.61 | 131.48 | 0.00 | 0.00 | | 131.48 |
| Breitburn Operating LP | 129.05 | 2.89 | 3.93 | 4.17 | 118.06 | | 126.16 |
| Ruthie Ann Phillips, Deceased | 121.12 | 0.00 | 0.00 | 0.00 | 121.12 | | 121.12 |
| Upton Family Living Trust | 115.16 | 0.00 | 0.00 | 0.00 | 115.16 | | 115.16 |
| Mona L Schlachter | 195.73 | 92.26 | 103.47 | 0.00 | 0.00 | | 103.47 |
| Joe Brunson Butler | 103.34 | 1.42 | 3.03 | 2.27 | 96.62 | | 101.92 |
| Gloria Jan Butler Riser | 103.34 | 1.42 | 3.03 | 2.27 | 96.62 | | 101.92 |
| Bevon Brye | 97.42 | 0.24 | 0.52 | 0.56 | 96.10 | | 97.18 |
| Tara Rudman | 986.13 | 890.33 | 0.00 | 0.00 | 95.80 | | 95.80 |
| John E. Downing | 97.63 | 4.93 | 4.81 | 3.75 | 84.14 | | 92.70 |
| Harkness A Duncan Family Trust | 288.39 | 196.37 | 0.00 | 0.00 | 92.02 | | 92.02 |
| Murkco Exploration Co., L.L.C. | 93.76 | 4.31 | 4.14 | 4.14 | 81.17 | | 89.45 |
| Quad Gas Corp | 109.23 | 23.10 | 31.45 | 33.35 | 21.33 | | 86.13 |
| Mary Jeanette Reynolds Wimberly | 81.85 | 2.08 | 2.54 | 2.08 | 75.15 | | 79.77 |
| W.C. Deutsch | 73.69 | 0.00 | 0.00 | 0.00 | 73.69 | | 73.69 |
| Doris Verna Atwood, deceased | 74.69 | 1.30 | 1.27 | 0.99 | 71.13 | | 73.39 |
| Alice Yvonne Brye-Vela | 64.34 | 0.49 | 1.04 | 1.11 | 61.70 | | 63.85 |
| Brock Resources, LLC | 81.34 | 18.75 | 31.30 | 31.29 | 0.00 | | 62.59 |
| Stroud Petroleum Inc | 79.24 | 16.92 | 15.67 | 15.55 | 31.10 | | 62.32 |
| Openwood Plantation, Inc. | 61.11 | 0.00 | 0.00 | 0.00 | 61.11 | | 61.11 |
| Demetrius Walker | 54.88 | -5.82 | -5.27 | -2.29 | 68.26 | | 60.70 |

In re Sklar Exploration Company, LLC, et al.; Case No. 20-12377-EEB

Exhibit C - Accounts Receivables as of October 20, 2020

| Name | | | | | | | |
|---|---|---|---|---|---|---|---|
| James Timothy Calvert | 59.53 | 1.04 | 1.01 | 0.79 | 56.69 | | 58.49 |
| Patrick J. McBride | 79.34 | 23.93 | 18.90 | 27.27 | 9.24 | | 55.41 |
| Huland & Company | 51.11 | 0.00 | 0.00 | 0.00 | 51.11 | | 51.11 |
| Jacqueline Royster | 50.39 | 1.26 | 1.23 | 0.96 | 46.94 | | 49.13 |
| Vernita Wilks | 50.39 | 1.26 | 1.23 | 0.96 | 46.94 | | 49.13 |
| Aspect Resources, LLC | 714.75 | 669.02 | 0.00 | 0.00 | 45.73 | | 45.73 |
| Benjamen Baxter Brye | 38.22 | 0.24 | 0.52 | 0.56 | 36.90 | | 37.98 |
| Phil Grasty, Executor | 35.68 | 0.62 | 0.61 | 0.47 | 33.98 | | 35.06 |
| Reorganized Church of Jesus Christ | 35.68 | 0.62 | 0.61 | 0.47 | 33.98 | | 35.06 |
| John W. Griffin | 33.80 | 0.00 | 0.00 | 0.00 | 33.80 | | 33.80 |
| Estate of Naftel Inogene Swygart | 32.30 | 0.00 | 0.00 | 0.00 | 32.30 | | 32.30 |
| Betty W Upton Trust | 40.90 | 8.94 | 9.58 | 8.94 | 13.44 | | 31.96 |
| James Berry | 31.69 | 0.07 | 0.00 | 0.00 | 31.62 | | 31.62 |
| Venetia Berry | 31.69 | 0.07 | 0.00 | 0.00 | 31.62 | | 31.62 |
| Myrtle C. Fuller, Deceased | 52.61 | 21.88 | 30.73 | 0.00 | 0.00 | | 30.73 |
| J.C. Ogden, Deceased | 48.35 | 17.93 | 30.42 | 0.00 | 0.00 | | 30.42 |
| WSK Properties, LLC | 27.62 | 0.46 | 0.57 | 0.44 | 26.15 | | 27.16 |
| Jim Whitehead Oil & Gas LLC | 267.70 | 240.90 | 26.80 | 0.00 | 0.00 | | 26.80 |
| SDMF Holdings, LLC | 25.99 | 0.00 | 0.00 | 0.00 | 25.99 | | 25.99 |
| Mary M. Charlton | 33.27 | 8.18 | 6.77 | 6.10 | 12.22 | | 25.09 |
| Jones Energy Company, LLC | 22.27 | 0.00 | 0.00 | 0.00 | 22.27 | | 22.27 |
| Rosebud Energy Development, LLC | 22.27 | 0.00 | 0.00 | 0.00 | 22.27 | | 22.27 |
| Gwendolyn Walker | 23.05 | 3.58 | 3.50 | 2.72 | 13.25 | | 19.47 |
| Amy Brundle | 17.84 | 0.31 | 0.30 | 0.24 | 16.99 | | 17.53 |
| Sara Grasty Bukowski | 17.84 | 0.31 | 0.30 | 0.24 | 16.99 | | 17.53 |
| Ralph L. Henderson | 17.47 | 0.16 | 0.13 | 0.12 | 17.06 | | 17.31 |
| Pauline Sterne Wolff Memorial | 28.22 | 11.55 | 0.00 | 16.67 | 0.00 | | 16.67 |
| Harper Family Limited Partnership | 20.80 | 5.11 | 4.23 | 3.82 | 7.64 | | 15.69 |
| Martha Elizabeth O'Brien Jones | 20.19 | 5.70 | 3.50 | 3.70 | 7.29 | | 14.49 |
| Barbara Irene Pardue | 14.31 | 0.00 | 0.00 | 0.00 | 14.31 | | 14.31 |
| Judy Crow, LLC | 153.48 | 139.63 | 13.85 | 0.00 | 0.00 | | 13.85 |
| Patsy R. Champion | 12.83 | 0.00 | 0.00 | 0.00 | 12.83 | | 12.83 |
| Alexis Samuel | 13.41 | 0.75 | 0.74 | 0.57 | 11.35 | | 12.66 |
| Catherine O'Brien Sturgis | 18.20 | 5.70 | 3.50 | 3.70 | 5.30 | | 12.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Kirkiez LLC | 12.01 | 0.00 | 0.00 | 0.00 | 12.01 | 12.01 |
| Trinity Exploration LLC | 12.01 | 0.00 | 0.00 | 0.00 | 12.01 | 12.01 |
| Rebecca Thames Savage | 20.26 | 9.01 | 11.25 | 0.00 | 0.00 | 11.25 |
| Robert W. Dance | 10.77 | 0.00 | 0.00 | 0.00 | 10.77 | 10.77 |
| Estate of Douglas Gene Rabren | 9.71 | 0.00 | 0.00 | 0.00 | 9.71 | 9.71 |
| Venator, LLC | 9.70 | 0.13 | 0.11 | 0.10 | 9.36 | 9.57 |
| Phyllis Doss | 10.30 | 1.26 | 1.23 | 0.96 | 6.85 | 9.04 |
| Simco Energy, LLC | 8.97 | 0.00 | 0.00 | 0.00 | 8.97 | 8.97 |
| Patricia Ann Reynolds Boyle | 11.05 | 2.08 | 2.54 | 2.08 | 4.35 | 8.97 |
| Roosevelt Phillips, Jr. | 11.61 | 2.90 | 2.83 | -2.79 | 8.67 | 8.71 |
| Laura Gallagher | 16.58 | 8.27 | 8.31 | 0.00 | 0.00 | 8.31 |
| James Muslow, Jr. | 11.71 | 4.01 | 3.85 | 3.85 | 0.00 | 7.70 |
| Shifting Sands, LLC | 10.86 | 3.27 | 2.71 | 2.44 | 2.44 | 7.59 |
| Garner & Takach, LLC | 13.54 | 6.74 | 6.80 | 0.00 | 0.00 | 6.80 |
| Tara Conrad Ogletree | 6.15 | 0.02 | 0.02 | 0.04 | 6.07 | 6.13 |
| Rachael Conrad Sharber | 6.15 | 0.02 | 0.02 | 0.04 | 6.07 | 6.13 |
| Gladys Williams Stewart | 5.97 | 0.00 | 0.00 | 0.00 | 5.97 | 5.97 |
| Sam Kelly | 5.89 | 0.00 | 0.00 | 0.00 | 5.89 | 5.89 |
| Sean A. Kelly | 5.89 | 0.00 | 0.00 | 0.00 | 5.89 | 5.89 |
| Delta-T Geophysical Consulting | 5.52 | 0.00 | 0.00 | 0.00 | 5.52 | 5.52 |
| John David Crow | 12.16 | 6.65 | 5.51 | 0.00 | 0.00 | 5.51 |
| Billy R. Powell | 4.92 | 0.00 | 0.00 | 0.00 | 4.92 | 4.92 |
| Mary Olivia Cornwell | 4.62 | 0.00 | 0.00 | 0.00 | 4.62 | 4.62 |
| Russell Reed Pardue | 4.62 | 0.00 | 0.00 | 0.00 | 4.62 | 4.62 |
| Willard Wendell Pardue, Jr. | 4.62 | 0.00 | 0.00 | 0.00 | 4.62 | 4.62 |
| Sherry Fite | 4.51 | 0.24 | 0.18 | 0.06 | 4.03 | 4.27 |
| Spindletop Exploration Company, | 4.22 | 0.00 | 0.00 | 0.00 | 4.22 | 4.22 |
| George Murray Stinson, Jr. | 3.42 | 0.00 | 0.00 | 0.00 | 3.42 | 3.42 |
| The Estate of Byrda Zell Hacker | 3.25 | 0.00 | 0.00 | 0.00 | 3.25 | 3.25 |
| Pamela Smith | 3.14 | 0.00 | 0.00 | 0.00 | 3.14 | 3.14 |
| Lawrence C. Biendenharn | 3.11 | 0.06 | 0.09 | 0.14 | 2.82 | 3.05 |
| Robert M. Biendenharn | 3.11 | 0.06 | 0.09 | 0.14 | 2.82 | 3.05 |
| Perry Biendenharn Hicks | 3.11 | 0.06 | 0.09 | 0.14 | 2.82 | 3.05 |
| Rodney Phillips | 3.93 | 0.96 | 0.94 | -0.92 | 2.95 | 2.97 |

| Name | | | | | | | |
|---|---|---|---|---|---|---|---|
| Roxanne Phillips | 3.82 | 0.96 | 0.94 | -0.94 | 2.86 | | 2.86 |
| Roosevelt Phillips, III | 3.49 | 0.97 | 0.95 | -0.93 | 2.50 | | 2.52 |
| Carl E. Nelson | 2.51 | 0.00 | 0.00 | 0.00 | 2.51 | | 2.51 |
| Range Louisiana Operating, LLC | 7.81 | 5.53 | 0.00 | 0.00 | 2.28 | | 2.28 |
| Dean Deas | 2.25 | 0.00 | 0.01 | 0.01 | 2.23 | | 2.25 |
| Damon Deas | 2.25 | 0.00 | 0.01 | 0.01 | 2.23 | | 2.25 |
| Tracy Deas Humphrey | 2.25 | 0.00 | 0.01 | 0.01 | 2.23 | | 2.25 |
| Kenneth R. Walters | 2.25 | 0.00 | 0.01 | 0.01 | 2.23 | | 2.25 |
| Jane T. Morris | 2.54 | 0.31 | 0.30 | 0.24 | 1.69 | | 2.23 |
| Frank Burks, Jr. | 1.86 | 0.00 | 0.00 | 0.00 | 1.86 | | 1.86 |
| Barbara Lee O'Brien Burke | 7.44 | 5.70 | 1.74 | 0.00 | 0.00 | | 1.74 |
| LBD Operations, Inc. | 1.72 | 0.00 | 0.00 | 0.00 | 1.72 | | 1.72 |
| James Troy Brown | 1.59 | 0.00 | 0.00 | 0.00 | 1.59 | | 1.59 |
| Gary Gordon Gantt | 1.49 | 0.00 | 0.00 | 0.00 | 1.49 | | 1.49 |
| James Dion Gantt | 1.49 | 0.00 | 0.00 | 0.00 | 1.49 | | 1.49 |
| Charles Grady Fite | 1.69 | 0.24 | 0.18 | 0.06 | 1.21 | | 1.45 |
| Ronny Dean Fite | 1.69 | 0.24 | 0.18 | 0.06 | 1.21 | | 1.45 |
| Michael Adrian Shaffer | 1.45 | 0.00 | 0.00 | 0.00 | 1.45 | | 1.45 |
| Hornet Holdings LLC | 2.90 | 1.48 | 1.42 | 0.00 | 0.00 | | 1.42 |
| Patricia Gilmore Bonner | 1.37 | 0.00 | 0.00 | 0.00 | 1.37 | | 1.37 |
| Alan Brittain | 2.12 | 1.16 | 0.96 | 0.00 | 0.00 | | 0.96 |
| Jackie T. Pry, III | 0.76 | 0.00 | 0.00 | 0.00 | 0.76 | | 0.76 |
| Kristin S. Pry | 0.76 | 0.00 | 0.00 | 0.00 | 0.76 | | 0.76 |
| Khloe S. Pry, a minor | 0.76 | 0.00 | 0.00 | 0.00 | 0.76 | | 0.76 |
| Annie Avant | 0.66 | 0.00 | 0.00 | 0.00 | 0.66 | | 0.66 |
| Walter Lovelace | 0.66 | 0.00 | 0.00 | 0.00 | 0.66 | | 0.66 |
| Terry G. Smith | 0.66 | 0.00 | 0.00 | 0.00 | 0.66 | | 0.66 |
| Donnie Knott Jones | 0.50 | 0.00 | 0.00 | 0.00 | 0.50 | | 0.50 |
| Stephanie Maria Banks | 0.50 | 0.00 | 0.00 | 0.00 | 0.50 | | 0.50 |
| J.P. Jones Family, LLC | 0.50 | 0.00 | 0.00 | 0.00 | 0.50 | | 0.50 |
| Deanna Deas Shepard | 0.48 | 0.00 | 0.01 | 0.01 | 0.46 | | 0.48 |
| Patricia Lovelace | 0.33 | 0.00 | 0.00 | 0.00 | 0.33 | | 0.33 |
| Falon Deas Stephenson | 0.31 | 0.00 | 0.01 | 0.01 | 0.29 | | 0.31 |
| Cas Minerals, LLC | 0.54 | 0.28 | 0.26 | 0.00 | 0.00 | | 0.26 |

In re Sklar Exploration Company, LLC, et al.; Case No. 20-12377-EEB
Exhibit C - Accounts Receivables as of October 20, 2020

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Queen Benjamin | 0.25 | 0.00 | 0.00 | 0.00 | 0.25 | | 0.25 |
| Cathy W. Bradley | 0.25 | 0.00 | 0.00 | 0.00 | 0.25 | | 0.25 |
| Stacey Jones | 0.25 | 0.00 | 0.00 | 0.00 | 0.25 | | 0.25 |
| Sheila Shannon, Conservator for | 0.25 | 0.00 | 0.00 | 0.00 | 0.25 | | 0.25 |
| Sheila Shannon, Conservator for | 0.25 | 0.00 | 0.00 | 0.00 | 0.25 | | 0.25 |
| Robert Earl Williams | 0.25 | 0.00 | 0.00 | 0.00 | 0.25 | | 0.25 |
| Arvil Dale Feazell | 0.14 | 0.00 | 0.00 | 0.00 | 0.14 | | 0.14 |
| Marvin Gaye Jones | 0.13 | 0.00 | 0.00 | 0.00 | 0.13 | | 0.13 |
| Courtney Lovelace | 0.11 | 0.00 | 0.00 | 0.00 | 0.11 | | 0.11 |
| Gary R. Lovelace, Jr. | 0.11 | 0.00 | 0.00 | 0.00 | 0.11 | | 0.11 |
| Shaun C. Lovelace | 0.11 | 0.00 | 0.00 | 0.00 | 0.11 | | 0.11 |
| Fairfax Oil Company | 0.05 | 0.00 | 0.00 | 0.00 | 0.05 | | 0.05 |
| Sara Lou Summerlin, deceased | 0.02 | 0.00 | 0.00 | 0.00 | 0.02 | | 0.02 |
| | | | | | | | |
| | 1,609,789.96 | 595,039.63 | 247,267.91 | 171,895.72 | 595,586.70 | | 1,204,584.20 |