UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING MOTION TO CONTINUE HEARING ON MOTION FOR CLARIFICATION OF ORDERS AND TO AUTHORIZE IMMEDIATE OFFSET OF JOINT INTEREST BILLING OBLIGATIONS**

THIS MATTER, having come before the Court on the Debtors' *Motion to Continue Hearing on Motion for Clarification of Order and to Authorize Immediate Offset of Joint Interest Billing Obligations* ("Motion"), the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby

ORDER

That the Motion is GRANTED. The hearing on the Debtors' *Motion for Clarification of Orders and to Authorize Immediate Offset of Joint Interest Billing Obligations* (Docket No. 551) is hereby continued to _____ __, 2020 at __:__ _.m.

DONE and entered this _____ day of _____, 2020 at Denver, Colorado.

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge