# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br><br>**Joint Administered Under**<br>**Case No. 20-12377 EEB** |

## JF HOWELL INTEREST, LP'S OBJECTION TO DEBTORS' MOTION TO CONTINUE HEARING ON MOTION FOR CLARIFICATION OF ORDERS AND TO AUTHORIZE IMMEDIATE OFFSET OF JOINT INTEREST BILLING OBLIGATIONS

**NOW INTO COURT**, through undersigned counsel, comes JF Howell Interests, LP ("Howell Interests"), a creditor and party in interest of Sklar Exploration Company, LLC, ("SEC") in the jointly-administered bankruptcy cases (the "Cases") of SEC and Sklarco, LLC ("Sklarco", and collectively with SEC, the "Debtors"), who files its objection to Debtor's Motion to Continue Hearing on Motion for Clarification of Orders and to Authorize Immediate Offset of Joint Interest Billing Obligations (the "Continuance Motion"), and respectfully submits as follows:

First, the record needs to be clear, Howell Interests is not in negotiation with the Debtors and indeed undersigned counsel has not even been contacted by Debtors or their counsel about a possible resolution of the "Motion for Clarification of Orders and to Authorize Immediate Offset

1

of Joint Interest Billing Obligations" [Doc. 551] ("Motion").  The late night, after hours Continuance Motion is simply a blatantly transparent attempt by the Debtors to avoid what is surely a denial of the Motion.

Second, the various late filings of Debtors attempting to buttress a deficient Motion do not support the arbitrary relief sought by the Debtors.  The Debtors cannot ignore either the terms of the contracts, the Joint Operating Agreements and Participation Agreements (collectively "JOAs") at their whim.  Indeed, SEC has not even assumed the JOAs and there is great concern among the working interest owners that SEC is causing irreparable damage to some of the oil and gas properties.

Howell Interests joins in the objection filed by East West Bank [Doc. 626] and prays that the Continuance Motion be denied and that the hearing on the Motion proceed as noticed.

Dated: October 22, 2020.

        Respectfully submitted,

        BRADLEY MURCHISON KELLY & SHEA LLC

        By:   /s/ David R. Taggart
             David R. Taggart (Texas Bar # 00793102)
        401 Edwards Street, Suite 1000
        Shreveport, Louisiana 71101
        Telephone: (318) 227-1131
        Facsimile: (318) 227-1141
        Email: dtaggart@bradleyfirm.com

- -  **Attorneys for JF Howell Interests, LP**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed on October 22, 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            /s/ David R. Taggart
                                   OF COUNSEL