# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SKLAR EXPLORATION COMPANY, LLC ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 ) | |
| ) | Chapter 11 |
| Debtor-in-Possession. ) | |
| ) | |
| IN RE: ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
| ) | Chapter 11 |
| ) | |
| Debtor-in-Possession. ) | |

**KUDZU PARTIES' JOINDER IN EAST WEST BANK'S OBJECTION
TO DEBTORS' MOTION TO CONTINUE HEARING ON MOTION FOR
CLARIFICATION OF ORDERS AND TO AUTHORIZE IMMEDIATE OFFSET OF
<u>JOINT INTEREST BILLING OBLIGATIONS</u>**

**COMES NOW**, Kudzu Oil Properties, LLC, Alabama Oil Company, and Apple River Investments, LLC (collectively, the "**Kudzu Parties**"), by and through their undersigned counsel, for their Joinder in East West Bank's Objection (the "**Objection**") to Debtors' Motion to Continue Hearing on Motion for Clarification of Order and to Authorize Immediate Offset of Joint Interest Billing Obligations (the "**Motion**").

### Joinder

The Kudzu Parties join in the Objection and request that the hearing scheduled for October 22, 2020, at 10:00 a.m. MT (the "**Hearing**") proceed as intended. The Kudzu Parties have not been in negotiations with the Debtors regarding a resolution to the Motion. If the Court is inclined to grant a continuance of the Hearing, pending settlement discussions, the Court should hear

4841-2529-3519.1

argument with respect to the pending Motion, and reserve ruling for a short period of time so the settlement discussions could materialize in earnest. It is difficult to find a new date that is convenient to counsel and their clients, and all counsel in this case have spent time in preparing for today's hearing that would be duplicated in the event of a continuance. To the extent not inconsistent, the Kudzu Parties join in any other parties objecting to the Debtors' request to continue the Hearing.

Dated: October 22, 2020.   Respectfully submitted,

**ALABAMA OIL COMPANY, APPLE RIVER INVESTMENTS, LLC, AND KUDZU OIL PROPERTIES, LLC**

By: */s/Timothy M. Swanson*
Timothy M. Swanson (Colorado No. 47267)
MOYE WHITE LLP
1400 16th Street
6th Floor
Denver, Colorado 80202-1486
Tel: (303) 292-2900
Fax: (303) 292 4510
Tim.Swanson@moyewhite.com
*Counsel to Alabama Oil Company, Apple River Investments, LLC, and Kudzu Oil Properties, LLC*

--and--

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, Mississippi 39157
Tel: (601) 427-0048
Fax: (601) 427-0050
cmgeno@cmgenolaw.com
*Counsel to Alabama Oil Company, Apple River Investments, LLC, and Kudzu Oil Properties, LLC*

**Certificate of Service**

I hereby certify that on this 22nd day of October 2020, I caused the foregoing ***Kudzu Parties' Joinder in East West Bank's Objection to Debtors' Motion to Continue Hearing on Motion for Clarification of Orders and to Authorize Immediate Offset of Joint Interest Billing Obligations*** to be served *via* CM/ECF to all parties that have filed electronic appearances and requested service in this case.

                                                *s/Timothy M. Swanson*
                                                Timothy M. Swanson