UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minute Order*

| | |
|---|---|
| Date: October 22, 2020 | **Honorable Elizabeth E. Brown, Presiding**<br>Kerstin Cass, Law Clerk |

| | | |
|---|---|---|
| In re:  Sklar Exploration Company, LLC,<br>Debtor. | | **Case. No. 20-12377 EEB**<br>Chapter 11 |
| Sklarco, LLC,<br>Debtor. | | **Case. No. 20-12380 EEB**<br>Chapter 11 |
| | | **Jointly Administered Under 20-12377 EEB** |

| | Video Conference Appearances | | Representing |
|---|---|---|---|
| Counsel | | UST | |
| Counsel | Keri Riley, Jeff Brinen, John Strausser, Marshall Jones, James Katchadurian | Debtor(s) | |
| Counsel | Christopher Johnson, Grant Beiner | Committee | Creditors' Committee |
| Counsel | Bryce Suzuki, Stuart Bonomo, Mary Lou Allen | Creditor | East West Bank |
| Counsel | Brent Cohen | Creditor | Fant Energy Ltd., |
| Counsel | Joseph Bain | Creditor | FPCC USA |
| Counsel | Jordan Bird | Creditor | Franks Exploration Co., AEH Investment, Bundero Investment Co., Hall Management, LLC, Hughes Oil South, LLC, J & A Harris, LLC, Kingston, LLC, KMR Investments, LLC, Tommy Youngblood |
| Counsel | David R. Taggart, David Morgan | | J.F. Howell Interests |
| Counsel | Jennifer Hardy | Creditor | JJS Interests Escambia, LLC, JJS Interests Steele Kings, LLC, JJS Working Interests, LLC |
| Counsel | Timothy Swanson | Creditor | Kudzu Oil Properties, Alabama Oil Co. & Apple River Investments, Alabama Oil & Gas, LLC |
| Counsel | Duane Brescia | Creditor | Lucas Petroleum Oil |
| Counsel | Steve Lecholop | Creditor | McCombs Energy |
| Counsel | Jeremy Retherford, Matt Ochs, Stan Kynerd | Creditor | Pruet Oil Company, LLC, Pruet Production Co. (individually and as agent), RAPAD Well Service Co., Inc |
| Counsel | Robert Paddock, Louis Goza | Creditor | Strago Petroleum Corporation, Meritage Energy Ltd, Gateway Exploration, Harvest Gas Management, G Crew Properties |
| Counsel | Thomas Shipps | Creditor | Tauber Exploration & Prod., CTM 2005, Pickens Financial Group, I & L Miss I, LP, MER Energy, Ltd, MR Oil & Gas, LLC, Tara Rudman Revocable Trust, |

|  | Feather River 75, Rudman Family Trust, and The Rudman Partnership |
|---|---|

Proceedings: Non-Evidentiary Zoom Hearing on Debtors' Motion for Clarification of Orders and to Authorize Immediate Offset of Joint Interest Billing Obligations and all objections thereto

Orders:

☒ The Court held the Debtors' Motion for Clarification in abeyance pending further order of the Court.

☒ On or before **November 5, 2020**, the Debtors shall complete the reserve report and upload it to the data room.

☒ By the close of business today, **October 22, 2020**, the Debtors shall upload to the data room the CRO's cash analysis report (summary and full report).

☒ By the close of business today, **October 22, 2020**, counsel for Fant Energy, JJS parties, Kudzu parties and McCombs Energy shall provide to the Debtors' CRO a list of the properties in which they hold interests and the outstanding amounts they owe to Debtors.

| Date: October 22, 2020 | BY THE COURT: |
|---|---|
| | _Elizabeth E. Brown_ |
| | Elizabeth E. Brown, U.S. Bankruptcy Judge |