

Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

J. Marshall Jones, III
Vice President – COO

Telephone: 303-647-6011
E-Mail: jmjones@sklarexploration.com

February 13, 2020

<u>VIA EMAIL & UPS</u>

TO:   Working Interest Owners

RE:   Abbyville Gas Plant Transfer
      Escambia Prospect
      Conecuh & Escambia Counties, Alabama

Dear Owners:

As you are aware, Sklar Exploration Company L.L.C. ("**SEC**") and the Escambia Prospect working interest group (the "**Customers**"), entered into a Service Agreement dated September 14, 2011 (the "**Service Agreement**") with CDM Max, LLC (now Plains Gas Solutions, LLC; "**CDM/Plains**"), whereby CDM/Plains agreed to construct, own and operate a gas processing and treatment plant (the "**Abbyville Plant**" or "**Plant**") to process and treat gas produced from wells located within the Escambia Prospect, Conecuh and Escambia Counties, Alabama. Pursuant to Section 3.6 of the Service Agreement, ownership in the Plant is scheduled to vest in SEC, on behalf of the Customers, effective as of March 1, 2020 (the "**Effective Date**"). We have been preparing to take over operations of the Plant for quite some time and the purpose of this letter to propose terms for operation of the Plant after the transition. In addition, the working interest group also co-owns a gathering system to transport gas from wells located in the contract area to the Plant (the "**Gathering System**") and this letter also proposes terms for continued operation of the Gathering System. Enclosed for your review and execution is a proposed Amendment to the Escambia Prospect Joint Operating Agreement (the "**Amendment**"), which adds as Exhibit "F" a "Gathering and Processing Addendum" which will govern operation of the Gathering System and Plant after the Effective Date.

CDM/Plains has agreed to provide transition services for a sixty (60) day period following the Effective Date to ensure a smooth transition. There are currently eight (8) full-time Plant

**EXHIBIT "A"**

Abbyville Gas Plant Transfer
Escambia Prospect
February 13, 2020
Page 2 of 3

employees, some of which have been employed there since its inception. (These employees also work at the North Beach Plant which is located on the same property and which services nearby Little Cedar Creek Field). We recently offered employment to all Plant employees in order to retain their institutional knowledge of Plant operations and to provide business continuity after the transition. Consolidating operational control of the Plant with our field operations will improve communication between the Plant and our field engineers, allowing us to operate both in a more productive and efficient manner. For example, ensuring that the Plant is running at optimal capacity reduces back pressure on the Gathering System, which in turn can result in better productivity of individual wells in the field.

The arrangement under the CDM/Plains Service Agreement provided for a sharing of proceeds between CDM/Plains and Customers (known as a "percent of proceeds" or "POP" arrangement). Under that agreement, CDM/Plains retained twenty-five percent (25%) the net proceeds (gross proceeds generated from sales of residue gas, raw make (unprocessed NGLs) and condensate, less operating expenses) in consideration for the services it provided. Under the proposed Amendment, the working interest group will retain 100% of their allocated share of net proceeds from sales of residue gas, raw make and condensate, eliminating the POP arrangement. In consideration for the services provided by SEC in managing the Plant, a management fee of $0.65 per MCF (calculated at the Plant inlet) will be included in the monthly operating costs.

In addition to managing operations of the Plant and Gathering System, the Amendment also contemplates that SEC will be responsible for marketing NGL's and condensate produced at the Plant. Over the past several months, we've been evaluating ways to improve net back pricing on NGLs and condensate. We are pleased to inform you that, effective April 1, 2020, we've secured a long term, local market for our NGLs and condensate at Grizzly Energy's Big Escambia Creek plant, near Atmore, Alabama. The significance of this new marketing arrangement cannot be overstated, as it will substantially reduce marketing, transportation and fractionation fees and improve realized pricing over the long term.

Also enclosed for your review are pro-forma financials for the Plant, which show 2018-19 actual performance under the CDM/Plains Service Agreement versus modeled performance under the proposed Amendment for those same years. Based on 2018 volumes and pricing, the working interest group would have realized a 24% increase in net proceeds (a $0.74/MCF improvement) under the proposed Amendment versus the CDM/Plains Service Agreement and, based on 2019 volume and pricing, a 38% increase in net proceeds (a $0.66/MCF improvement). This increase in net proceeds is due primarily to value of the additional product retained by the working interest group (through elimination of the POP), plus the value of the new marketing arrangement. It is also important to note that the increase in net proceeds under the proposed Amendment is despite low commodity prices and that the working interest group will retain 100% of the upside in price improvement.

In summary, we have been preparing for the transfer of ownership and operation of the Plant for quite some time. Not only will the consolidation of Plant and field operations provide productivity and efficiency gains in the field and at the Plant, it will also provide direct economic benefit to the working interest group. We are currently working with CDM/Plains in order to

Abbyville Gas Plant Transfer
Escambia Prospect
February 13, 2020
Page 3 of 3

finalize the transfer documents and we will forward those documents to the working interest group for approval prior to execution by SEC. Of note, we recently conducted a Phase 2 environmental assessment at the Plant, and we are pleased to report that the assessment showed no substantial change in soil conditions since the Plant was built. In short, the Plant and site appear to be in sound environmental condition.

   If you have any questions regarding the enclosed pro-forma economics or the proposed Amendment, feel free to give us a call. After your review, please execute the Amendment in the space provided and return your executed Amendment to us using the self-addressed, postage prepaid, UPS envelope.

              Sincerely,

              *[signature]*

              J. Marshall Jones, III
              Vice President – Chief Operating Officer

Enclosures:  Pro-forma Plant Economics
       Amendment to Escambia Prospect JOA, including new Exhibit F

| Abbyville Plant Pro-Forma Economics | | Actual | | Modeled | | Modeled vs. Actual | |
|---|---|---|---|---|---|---|---|
| | | 2018 | 2019 | 2018 | 2019 | | |
| Products POP % | WI % of product value | 75% | 75% | 100% | 100% | 25% | 25% |
| | $000's | $7,989 | $4,696 | $10,652 | $6,261 | $2,663 | $1,565 |
| NGL Marketing Changes | % NGL Pricing Uplift | 0% | 0% | 100% | 100% | 100% | 100% |
| | $000's | $0 | $0 | $503 | $1,252 | $503 | $1,252 |
| Opex Sharing % | % WI pays of Midstream opex | 75% | 75% | 100% | 100% | 25% | 25% |
| | $000's | -$1,383 | -$1,175 | -$1,844 | -$1,567 | -$461 | -$392 |
| Midstream/Management Fee | $/mcf | -$0.08 | -$0.08 | -$0.65 | -$0.65 | -$0.57 | -$0.57 |
| | $000's | -$163 | -$153 | -$1,335 | -$1,285 | -$1,172 | -$1,132 |
| Working Interest Check | $/mcf | $3.14 | $1.70 | $3.88 | $2.36 | $0.74 | $0.66 |
| | $000's | $6,443 | $3,368 | $7,976 | $4,661 | $1,533 | $1,293 |
| | % Improvement | - | - | - | - | 24% | 38% |