

Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

David A. Barlow, President-Chief Operating Officer

Telephone: 720-836-1082

E-Mail: dbarlow@sklarexploration.com

February 28, 2014

TO:   Escambia Prospect Working Interest Owners

Re:   Abbyville Plant, Conecuh County, Alabama

Dear Owners:

By letter dated September 15, 2011, we informed you about our plans to enter into a Service Agreement with Plains Gas Solutions (formerly CDM Max, LLC) to handle gas produced from wells we operate in Brooklyn Field at a new plant to be called the Abbyville Plant. We also solicited and obtained your consent to and ratification of the Service Agreement. The Plant became fully operational in November of 2012. In January of 2014, we reached payout of the costs to construct the Abbyville Plant (approximately $9 million), and the 7.5% preferred rate of return on the cost of capital (+/-$517,458). Under the terms of the Service Agreement, the working interest owners are now entitled to obtain a release or termination of any liens or security interests Plains held in connection with our gas reserves (which we have requested from Plains) and we are further entitled, effective from and after payout, to 75% of the net revenue attributable to the proceeds from the sale of residue gas, natural gas liquids and condensate produced from our wells in Brooklyn Field and handled at the Plant. We appreciate your support of this project and look forward to it continuing to work for our mutual benefit.

Yours very truly,

David A. Barlow

**EXHIBIT "B"**