**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11 |
| | **Joint Administered Under-<br>Case No. 20-12377 EEB** |

**LIMITED OBJECTION OF JF HOWELL INTERESTS, LP
TO THE DEBTORS' MOTION TO ASSUME NONRESIDENTIAL
<u>REAL PROPERTY MINERAL LEASES</u>**

**NOW INTO COURT**, through undersigned counsel, comes JF Howell Interests, LP ("Howell Interests"), a creditor and party in interest, who files this limited objection to the Motion to Assume Nonresidential Real Property Mineral Leases Pursuant to 11 U.S.C. § 365 filed October 13, 2020 [Doc. #607] (the "Motion") by Debtors, and respectfully represents as follows:

1. The Court is well versed on Howell Interests' concerns with the wells and property subject of these proceedings. As stated by Debtors, Sklar Exploration Company ("SEC"), is an operating company and does not own any of the oil or gas properties that it operates for the working interest owners under the governing written agreements. (Motion at ¶ 3). However, SEC has repeatedly acknowledged that it does not own any of the oil and gas leases on which they operate. In fact, Debtors go on to further state that the wells **<u>operated</u>** by SEC are subject to a number of

- 1 -

different property interests, including royalty interests, overriding royalty interests, and working interests (Motion at ¶ 6). Consequently, it is axiomatic that SEC cannot assume something which it does not own.

2. As stated by Debtors, the Motion relates only to the assumption of leases (Motion at ¶10). As SEC does not own any interest in the oil and gas leases which are the subject of the Motion, and to make sure that the record is perfectly clear on this point, Howell Interests objects to the Motion to the extent that SEC is purporting to assume the oil and gas leases unless and until SEC can demonstrate, contrary to their many prior assertions herein, that SEC owns any such assumable interest in the oil and gas leases which are the subject of the Motion.

3. In addition, Howell Interests objects to the Motion to the extent, but only to the extent, that the Motion implies that Sklarco, LLC ("Sklarco") "owns" the oil and gas leases which are the subject of the Motion. Rather, it is Howell Interests' understanding that Sklarco acquired the various oil and gas leases which are the subject of the Motion and then assigns interests in those leases to various working interest owners, including Howell Interests.

4. Sklarco can only accept or reject an oil and gas lease to the extent of its ownership interest. It cannot accept or reject any oil and gas lease in whole, as it does not own the lease in whole. Although it may be a moot point given that the Motion is for the assumption of all of the oil and gas leases in which Sklarco has an interest, Howell Interests objects to the Motion to the extent that it appears to give Sklarco the right to assume any oil and gas lease interest that it does not own.

5. Finally, although the Motion states that there is nothing to cure related to the oil and gas leases because the royalty owners have been paid currently (Motion at ¶ 25), SEC as operator and Sklarco as an interest holder, should affirmatively represent to the Court and the other

parties that a) all oil and gas lease royalties have been timely and properly paid, and b) Debtors have not received any notice or demand from any oil and gas lease royalty owner claiming any failure to timely or properly pay any lease royalty.

WHEREFORE, Howell Interests files this limited objection to both clarify the allegations of the Motion and to seek additional clarification from Debtors confirming that they have not received any notice or demand by any oil and gas lease royalty owner claiming improper or untimely payment of oil and gas lease royalties.

Dated: October 27, 2020

        Respectfully submitted,

        BRADLEY MURCHISON KELLY & SHEA LLC

        By:   /s/ David R. Taggart
             David R. Taggart (Texas Bar # 00793102)
        401 Edwards Street, Suite 1000
        Shreveport, Louisiana 71101
        Telephone: (318) 227-1131
        Facsimile: (318) 227-1141

        Email: dtaggart@bradleyfirm.com

- - **Attorneys for JF Howell Interests, LP**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed on October 27, 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                   /s/ David R. Taggart
                                                   OF COUNSEL