**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER APPROVING GLOBAL SETTLEMENT AGREEMENT
TO RESOLVE ADVERSARY PROCEEDINGS**

THIS MATTER having come before the Court on the Debtors' Motion to Approve Global Settlement Agreement to Resolve Adversary Proceedings, (the "Motion"), cause being shown to the Court for the granting of the requested relief, and no timely or substantiated objections being filed, it is hereby

ORDERED

1. That the Motion is **GRANTED** in part as modified by this Order;
2. That the Settlement Agreement attached to the Motion as Exhibit A is hereby **APPROVED**, subject to the reservations of rights as set forth in this Order;
3. That notwithstanding anything to the contrary in the Motion or the Settlement, nothing in the Settlement shall prejudice the rights of any working interest owners to assert any and all rights, actions, claims and causes of action that they have or may have against Debtors or other persons or entities, under the governing agreements to address the failure of Debtors to pay the suppliers, including breach of contract or arising in tort; and
4. That all funds paid to the Debtors as a result of this Order shall be held by the Debtors pending the further order of this Court, after notice and a hearing, by Debtors on the proposed use of the funds if any reason other than the full and final payment and discharge of the liens against the properties which are the subject of the Liens.

**EXHIBIT A**

DATED this \_\_\_\_ day of October, 2020.

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge