## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | § § | **Chapter 11** |
| **SKLAR EXPLORATION COMPANY, LLC, *et al.*,[1]** | § § § | **Case No. 20-12377-EEB** |
| | § § | **(Jointly Administered)** |
| Debtors. | § | |

### MONTHLY FEE STATEMENT OF CR3 PARTNERS, LLC AND JAMES KATCHADURIAN AS CRO AND FINANCIAL ADVISOR TO THE DEBTORS <u>FOR THE PERIOD SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020</u>

| Name of Applicant: | CR3 Partners, LLC | |
|---|---|---|
| **Applicant's Role in Case:** | **Chief Restructuring Officer and Financial Advisor to the Debtors** | |
| **Date Order of Employment Entered:** | **June 15, 2020 [Dkt. No. 429]** | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this statement:** | **9/1/20** | **9/30/20** |
| | | |
| **Summary of Total Fees and Expenses Requested** | | |
| Total Fees for Services Rendered During Statement Period | | $153,280.00 |
| Expenses (100%) | | $1,812.25 |
| **TOTAL FEES AND EXPENSES** | | **$155,092.25** |

Pursuant to the Order Approving Interim Advance Payment Procedures ("<u>Interim Compensation Order</u>") [Dkt. No. 322] entered by the Court on May 18, 2020, CR3 Partners, LLC ("<u>CR3</u>"), CRO and Financial Advisor to the Debtors, submits this Monthly Fee Statement of services rendered and expenses incurred in this case for the period from September 1, 2020 through September 30, 2020, (the "<u>Statement Period</u>").

### <u>ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED</u>

**A.      Summary of Services Rendered by Each Professional**

The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each providing services during the Statement Period for which CR3 seeks compensation.

| Name | Position | Hours | Hourly Rate | Total Compensation |
|---|---|---|---|---|
| James Katchadurian | Partner | 56.1 | $725.00 | $40,672.50 |
| William Snyder [2] | Partner | 0.3 | $795.00 | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

| | | | | |
|---|---|---|---|---|
| Avery Alcorn | Director | 44.1 | $525.00 | $23,152.50 |
| Todd Bearup | Director | 160.6 | $550.00 | $88,330.00 |
| Manny Chavira | Manager | 2.5 | $450.00 | $1,125.00 |
| **TOTAL FEES BY CONSULTANT** | | **263.3** | | **$153,280.00** |

The time records of CR3 consisting of a daily breakdown of the tasks performed organized by project category, and detail as to the disbursements incurred are attached as **Exhibit A** to this Monthly Fee Statement.

> **B.**     **Summary of Services Rendered By Category**

The following itemization presents a summary of the services rendered by CR3 by Task Category.

| Task Category | Hours | Fees Earned |
|---|---|---|
| Bankruptcy Case Admin | 2.7 | $1,417.50 |
| Business Analysis | 6.9 | $3,745.00 |
| Business Operations | 111.1 | $70,177.50 |
| Cash Management | 51.9 | $28,545.00 |
| Creditor Issues | 7.1 | $3,905.00 |
| CRO | 10.6 | $5,565.00 |
| Debtor Issues | 45.4 | $25,043.50 |
| Discount | | $(238.50) |
| Fee Applications | 7.9 | $4,345.00 |
| Operating Reports | 2.8 | $1,530.00 |
| Plan Issues | 6.7 | $3,517.50 |
| Schedules | 10.2 | $5,570.00 |
| Statements | 0.3 | $157.50 |
| | | |
| | | |
| **TOTAL HOURS AND FEES** | **263.6** | **$153,280.00** |

> **C.**     **Summary of Expenses Incurred By Category**

The following itemization presents a summary of the expenses incurred for the Statement Period by category of disbursement.

| Expense Category | Total Expenses |
|---|---|
| Admin Fee | $1,532.80 |
| Expenses – Mileage | $279.45 |
| | |
| **TOTAL EXPENSES** | **$1,812.25** |

---

[2] All time incurred by William Snyder is written off in accordance with the agreement with the Debtors

WHEREFORE, pursuant to the Interim Compensation Order, CR3 requests payment of compensation in the amount of (i) $153,280.00 on account of actual, reasonable and necessary professional services rendered to the Debtor by CR3 and (ii) reimbursement of actual and necessary costs and expenses in the amount of $1,812.25 incurred on behalf of the Debtor.

DATED: October 5, 2020

Respectfully submitted,

**CR3 Partners, LLC**

By: */s/ James Katchadurian*
_____

# EXHIBIT A

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 9/7/2020 | Avery Alcorn | Bankruptcy Case Admi | 525.00 | 0.50 | 262.50 | Call with Keri Riley, JK RE status of Debtor reserve report, lease operating statement review, discussion RE plan, mineral liens |
| 9/7/2020 | Avery Alcorn | Bankruptcy Case Admi | 525.00 | 0.10 | 52.50 | Make Time Entries in Nexonia for WE 09/05 |
| 9/14/2020 | Avery Alcorn | Bankruptcy Case Admi | 525.00 | 0.30 | 157.50 | Call with Keri Riley, TB, JK RE status of motions in draft status, plan strategy |
| 9/14/2020 | Avery Alcorn | Bankruptcy Case Admi | 525.00 | 0.30 | 157.50 | Call with TB RE status of reporting for CRO Order report |
| 9/14/2020 | Avery Alcorn | Bankruptcy Case Admi | 525.00 | 0.20 | 105.00 | Make Time Entries in Nexonia for WE 09/12 |
| 9/18/2020 | Avery Alcorn | Bankruptcy Case Admi | 525.00 | 0.20 | 105.00 | Call with TB, JK RE status of cash forecast, CRO Order analysis, gas plant analysis for bank |
| 9/20/2020 | Avery Alcorn | Bankruptcy Case Admi | 525.00 | 0.10 | 52.50 | Make Time Entries in Nexonia for WE 09/19 |
| 9/25/2020 | Avery Alcorn | Bankruptcy Case Admi | 525.00 | 0.30 | 157.50 | Call with MC, JK RE Sklar background, introduction to case status |
| 9/27/2020 | Avery Alcorn | Bankruptcy Case Admi | 525.00 | 0.10 | 52.50 | Make Time Entries in Nexonia for WE 09/26 |
| 9/28/2020 | Avery Alcorn | Bankruptcy Case Admi | 525.00 | 0.60 | 315.00 | Call with Keri Riley, TB, JK RE open issues and tasking for this week |
| 9/14/2020 | Todd Bearup | Business Analysis | 550.00 | 1.90 | 1,045.00 | Continue to work on and analyze full model in preperation for today's meeting. |
| 9/14/2020 | Todd Bearup | Business Analysis | 550.00 | 1.90 | 1,045.00 | Meeting w/ CFO, CEO, COO to walk through full model foundation to get on same page around information required and timeline. |
| 9/16/2020 | Todd Bearup | Business Analysis | 550.00 | 0.30 | 165.00 | Correspondence w/ CFO re: full model info required from TW McGuire. |
| 9/17/2020 | Todd Bearup | Business Analysis | 550.00 | 1.80 | 990.00 | A/P call w/ CFO, COO, Ops to discuss A/P for week. Follow-up modifications in forecast and convey to CRO for approval. |
| 9/18/2020 | Todd Bearup | Business Analysis | 550.00 | 0.50 | 275.00 | Update from Richard and Harold re: latest information relative to Hurricane damage and access to wells. |
| 9/29/2020 | Manny Chavira | Business Analysis | 450.00 | 0.50 | 225.00 | Looking through projection model to get oriented with Sklar names and lease locations. |
| 9/1/2020 | Avery Alcorn | Business Operations | 525.00 | 0.30 | 157.50 | Call with Lily Cheung, Chad Ireton RE Sklar base assumptions, effective date for report |
| 9/1/2020 | Avery Alcorn | Business Operations | 525.00 | 0.30 | 157.50 | Call with NSAI, Sklar management team RE reserve report status, status of data exchange RE same |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 9/1/2020 | Avery Alcorn | Business Operations | 525.00 | 0.30 | 157.50 | Call with Lily Cheung, JK RE Sklar reserve report, expectations for timing |
| 9/1/2020 | James Katchadurian | Business Operations | 725.00 | 0.80 | 580.00 | Call w NSAI \ Sklar \ CR3 teams re status and call w L Chung re next steps (0.8); |
| 9/1/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | review and comment on motion to clarify cash collateral order re unpaid JIB's (0.5); |
| 9/1/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | review plains settlement agreement and related correspondence from counsel (0.5); |
| 9/1/2020 | James Katchadurian | Business Operations | 725.00 | 0.20 | 145.00 | Catchup call w T Bearup (0.2) |
| 9/1/2020 | Todd Bearup | Business Operations | 550.00 | 1.10 | 605.00 | Discussion w/ Netherland Sewell engineers, CRO, COO and CEO, CRO to facilitate additional information flow (.3) plus post-call discussion to walk through production curves. |
| 9/2/2020 | Avery Alcorn | Business Operations | 525.00 | 0.30 | 157.50 | Call with TB RE Sklar lease operating statement update |
| 9/2/2020 | Avery Alcorn | Business Operations | 525.00 | 0.20 | 105.00 | Call with MC, JK RE lease operating statement update, status of review of properties |
| 9/2/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Correspondence w S Kynerd relating to information requests and review of underlying data re same (1.0); |
| 9/2/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | various emails re ops issues and technical committee (0.5); |
| 9/2/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | review of plains stipulation and related correspondence w T Bearup (0.5) |
| 9/2/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Status update call w T Bearup and A Alcorn and related followup (0.5); |
| 9/2/2020 | Todd Bearup | Business Operations | 550.00 | 1.20 | 660.00 | Correspondence and discussions w/ CFO and EWB re: trying to fix the positive pay issues so it's easier to reconcile cash balances. |
| 9/3/2020 | Avery Alcorn | Business Operations | 525.00 | 0.90 | 472.50 | Call with Lily Cheung, Chad Ireton, JK RE progress on reserve report, initial impressions |
| 9/3/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Call w L Chung re reserve report status (1.0); |
| 9/3/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | review of schedules\statements data. (1.0); |
| 9/3/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Review of various emails and operational issues (1.0); |
| 9/3/2020 | Todd Bearup | Business Operations | 550.00 | 1.40 | 770.00 | Discussion w/ Harold and COO re: technical committee meeting review. View re: acid wash jobs and timing. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|------------------|------|-------|-----------|-------------|
| 9/3/2020 | Todd Bearup | Business Operations | 550.00 | 0.30 | 165.00 | Correspondence w/ CFO and CRO re; reimbursement for CFO's expense report including moving expenses. |
| 9/4/2020 | Avery Alcorn | Business Operations | 525.00 | 0.20 | 105.00 | Follow up with TB RE lease operating statement for June 2020 |
| 9/4/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Call w K Riley, J Strausser, A Alcorn re schedule amendment (1.0); |
| 9/4/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | review of schedules data (0.5) |
| 9/4/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Review of gas plan analysis and comment on same (0.5) |
| 9/4/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Call w K Riley re open issues and followup re same (0.5); |
| 9/4/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | ; review of ap run and related analysis (0.5); |
| 9/4/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Notes review \ to do list for team (0.5) |
| 9/4/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | review of 13 week and comment on same (0.5) |
| 9/4/2020 | James Katchadurian | Business Operations | 725.00 | 0.20 | 145.00 | Call w J Hardy re JJS interests questions (0.2) |
| 9/4/2020 | Todd Bearup | Business Operations | 550.00 | 0.80 | 440.00 | Work w/ Bobbie and CFO re: cash disbursements, checks vs. wires. Approve wires in EWB interface. |
| 9/4/2020 | Todd Bearup | Business Operations | 550.00 | 0.60 | 330.00 | Correspondence w/ CFO and accounting staff re: cash forecast, next week's A/P, balance of revenue vs. operating accounts. |
| 9/7/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Status call w K Riley and A Alcorn (0.5); |
| 9/7/2020 | Todd Bearup | Business Operations | 550.00 | 0.90 | 495.00 | Call with operations, COO, CFO to walk through latest ops and impact to cash forecast. Modify cash forecast based on on input |
| 9/7/2020 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Discussions w/ COO re: latest AFE assumptions and operations movements. |
| 9/8/2020 | Avery Alcorn | Business Operations | 525.00 | 0.20 | 105.00 | Call with TB, JK RE status of Sklar reserve report, lease operating statement and updates to cash forecast |
| 9/8/2020 | Avery Alcorn | Business Operations | 525.00 | 0.10 | 52.50 | Follow up with company, Sirius Solutions, TB RE lease operating statement refresh |
| 9/8/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | various emails re ops issues and various emails re reserve report information requests (1.0) |
| 9/8/2020 | James Katchadurian | Business Operations | 725.00 | 0.80 | 580.00 | review fee statement time detail and comment on same (0.8); |
| 9/8/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | status call w T Bearup and A Alcorn and related followup (0.5) |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|------------------|------|-------|-----------|-------------|
| 9/8/2020 | Todd Bearup | Business Operations | 550.00 | 1.20 | 660.00 | Review NGL pricing forecast model from CFO to determine whether to add to cash fcst. |
| 9/8/2020 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Review daily production, pricing model from head of marketing to review differentials and updated pricing. |
| 9/8/2020 | Todd Bearup | Business Operations | 550.00 | 0.20 | 110.00 | Correspondence w/ Bobbie re: upcoming A/P meeting. |
| 9/9/2020 | Avery Alcorn | Business Operations | 525.00 | 0.80 | 420.00 | Call with John Strausser, Marshall Jones, Howard Sklar, Richard West, JK, TB RE assumptions in cash forecast model |
| 9/9/2020 | Avery Alcorn | Business Operations | 525.00 | 0.10 | 52.50 | Call with TB, JK RE Sklar status of JIB make-up billing, lease operating statement refresh |
| 9/9/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | call re gas plant with D Graham, J Strausser, M Jones, K Riley and related followup\data review (1.0); |
| 9/9/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Call w Sklar team \ T Bearup & A Alcorn re updated 13 week budget assumptions (1.0) |
| 9/9/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | emails re plan process and reserve report status (0.5) |
| 9/9/2020 | Todd Bearup | Business Operations | 550.00 | 0.60 | 330.00 | Discussion w/ CRO and VP of Marketing to walk through daily production and pricing. Follow-up w/ Dana re: additional production information. |
| 9/9/2020 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Follow-up discussions/correspondence w/ CFO re: NGL forecasting and calendar close. |
| 9/9/2020 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Work w/ Bobbie relative to weekly A/P in preperation for the call w/ Ops. |
| 9/9/2020 | Todd Bearup | Business Operations | 550.00 | 0.40 | 220.00 | Call w/ ops, CFO, Bobbie re: A/P spend for the week. Quick reconciliation and follow-up with Bobbie. |
| 9/10/2020 | Avery Alcorn | Business Operations | 525.00 | 0.10 | 52.50 | Respond to email inquiry from Chad Ireton at Netherland and Sewell RE the Sklar lease operating statement |
| 9/10/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Call w J Nenninger\T Bearup re pricing and related data review (0.5) |
| 9/10/2020 | James Katchadurian | Business Operations | 725.00 | 0.30 | 217.50 | Status call w T Bearup (0.3) |
| 9/10/2020 | James Katchadurian | Business Operations | 725.00 | 0.20 | 145.00 | review of payroll file\budget (0.2); |
| 9/10/2020 | Todd Bearup | Business Operations | 550.00 | 0.80 | 440.00 | Correspondence w/ CFO, CRO, Bobbie re: updating A/P run, seek new approval, break-up payroll between Gas Plant and G&A. Seek clarification re: P&A costs for Corwin and timing. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|------------|------------------|------|-------|------------|-------------|
| 9/10/2020 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Work w/ Jesse at EWB relative to pulling down information from EWB site in excel format. Follow-up w/ Avery re: 6 months of account informatoin from EWB. |
| 9/10/2020 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Correspondence w/ Bobbie re: A/P run and adding payroll for re-approval. Provide latest model and variance report to CRO. |
| 9/11/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Review of AP and related payments model (1.0) |
| 9/11/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Call w L Kutner, K Riley, T Bearup, A Alcorn re planning meeting and related prep (1.0) |
| 9/11/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Debrief meeting w A Alcorn \ T Bearup and related data review (1.0) |
| 9/11/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Call w possible investor (0.5) |
| 9/12/2020 | James Katchadurian | Business Operations | 725.00 | 2.00 | 1,450.00 | Data\Document Review and Organization (2.0) |
| 9/13/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | review 13 week cash forecast and send same to EW Bank (1.0) |
| 9/14/2020 | Avery Alcorn | Business Operations | 525.00 | 1.00 | 525.00 | Update Lease Operating Statement for HOW, ALA, SAM, JUD, SMMS through June 2020 production, consolidate for review |
| 9/14/2020 | Avery Alcorn | Business Operations | 525.00 | 0.90 | 472.50 | Review questions from Chad Ireton at NSAI RE Sklar Lease Operating Statement |
| 9/14/2020 | Avery Alcorn | Business Operations | 525.00 | 0.60 | 315.00 | Call with Chad Ireton with NSAI RE Sklar structure, net and gross lease operating information request |
| 9/14/2020 | Avery Alcorn | Business Operations | 525.00 | 0.60 | 315.00 | Call with John Strausser, Marshall Jones RE lease operating statement, SMMS, JUD interest in various SklarCo properties |
| 9/14/2020 | Avery Alcorn | Business Operations | 525.00 | 0.20 | 105.00 | Introductory email to Ron Smith and Frank Butler to Chad Ireton as NSAI to assist in specific lease operating expense reports |
| 9/14/2020 | Avery Alcorn | Business Operations | 525.00 | 0.20 | 105.00 | Call with TB RE update on lease operating statement, reserve report status |
| 9/14/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | call w K Riley \ T Bearup re open issues and next steps - related data review (1.0); |
| 9/14/2020 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Correspondence re: operations/productions over the weekend. Prep for hurricane. Upcoming meetings. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|-----------------|------|-------|-----------|-------------|
| 9/14/2020 | Todd Bearup | Business Operations | 550.00 | 0.40 | 220.00 | Discussion w/ COO re: hurricane prep. AFE impact. Discussions w/ Ops. |
| 9/15/2020 | Avery Alcorn | Business Operations | 525.00 | 0.30 | 157.50 | Call with JK RE Sklar trust entities, inclusion of same in reserve report |
| 9/15/2020 | Avery Alcorn | Business Operations | 525.00 | 0.20 | 105.00 | Call with TB, JK RE Sklar operations model forecast, reserve report update |
| 9/15/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | review of open issues list and related (1.0) |
| 9/15/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | call w M Jones (0.5) |
| 9/15/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Call w T Bearup and A Alcorn re status and open issues (0.5) |
| 9/16/2020 | Todd Bearup | Business Operations | 550.00 | 1.30 | 715.00 | Review Bobbie's A/P reports and ask questions/modifications in prep for tomorrow's A/P call. |
| 9/16/2020 | Todd Bearup | Business Operations | 550.00 | 0.70 | 385.00 | Various correspondence w/ CFO, COO and discussion w/ land manager re: track down information for Schedules, cash forecast, ops update. |
| 9/17/2020 | Avery Alcorn | Business Operations | 525.00 | 0.40 | 210.00 | Call with JK RE SMMS, Maren Trust interest property of Debtor |
| 9/17/2020 | Todd Bearup | Business Operations | 550.00 | 1.40 | 770.00 | Discussions w/ COO, CFO, Ops re: hurricane related decrease in production as well as expenses, increase in expense and timing for repairing roads, etc. |
| 9/17/2020 | Todd Bearup | Business Operations | 550.00 | 0.60 | 330.00 | Various correspondence w/ A/P, debtor's counsel, MH for July billings. |
| 9/18/2020 | Avery Alcorn | Business Operations | 525.00 | 1.40 | 735.00 | Call with Lily Cheung, Chad Ireton, JK RE progress on Sklar reserve report, technical discussion of Brooklyn, Cedar Creek fields |
| 9/18/2020 | James Katchadurian | Business Operations | 725.00 | 1.50 | 1,087.50 | Call w L Cheung and C Ireton re Reserve Report Status (1.5); |
| 9/18/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Calls w M Jones re various open issues (1.0) |
| 9/18/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Catch Up call w A Alcorn and T Bearup (0.5) |
| 9/18/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | emails re NGL's and other revenue analysis with UCC Counsel and T Bearup (0.5) |
| 9/18/2020 | Todd Bearup | Business Operations | 550.00 | 1.30 | 715.00 | Receive phdWin file from TWM for analysis then begin to feed into full model and transposition of data. |
| 9/19/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Review of LOS (1.0) |
| 9/19/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Review of schedules draft (1.0) |
| 9/21/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | review of 13 week budget and related variance report (1.0) |
| 9/21/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Call w M Jones re status and related followup (1.0); |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|------------------|------|-------|-----------|-------------|
| 9/21/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | various ops emails and correspondence related to storm damage (1.0); |
| 9/21/2020 | James Katchadurian | Business Operations | 725.00 | 0.60 | 435.00 | Call w L Kutner\K Riley and A Alcorn re status and next steps (0.6) |
| 9/21/2020 | Todd Bearup | Business Operations | 550.00 | 0.30 | 165.00 | Ops/Cash conference call to discuss latest hurricane related cleanup costs and timing. |
| 9/22/2020 | Avery Alcorn | Business Operations | 525.00 | 0.30 | 157.50 | Call with JK RE Sklar cash flow model |
| 9/22/2020 | Avery Alcorn | Business Operations | 525.00 | 0.20 | 105.00 | Call with JK, TB RE Sklar model assumptions, coordination for follow up with company |
| 9/22/2020 | Avery Alcorn | Business Operations | 525.00 | 0.10 | 52.50 | Follow up with Holmes Gwin RE cash account reconciliations |
| 9/22/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Call w A Alcorn re modela and review of same (1.0); |
| 9/22/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | review of model and related assumptions (1.0); |
| 9/22/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Call w T Bearup re open issues (0.5); |
| 9/22/2020 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Correspondence from Avery, Thomas Till, CFO. |
| 9/23/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Call w H Sklar\M Jones\J Strausser\T Bearup and A Alcorn re forecast model review (1.0); |
| 9/23/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Call w M Jones. K Riley, L Kutner and T Bearup and related followup (1.0 |
| 9/23/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | various discussions, document \ data review and fact finding relating to financial statements and UCC 2014 exam (1.0); |
| 9/23/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Call w M Jones re 2014 (0.5); |
| 9/23/2020 | Todd Bearup | Business Operations | 550.00 | 0.80 | 440.00 | Ops/Cash call re: A/P payables for the week. Analyze and summarize for CRO approval. |
| 9/24/2020 | Avery Alcorn | Business Operations | 525.00 | 0.60 | 315.00 | Call with Kristi Chickering RE Sklar project, results versus expectations |
| 9/24/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | review of various operational emails (0.5); |
| 9/24/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | review of ap payments for the week (0.5) |
| 9/24/2020 | Todd Bearup | Business Operations | 550.00 | 1.70 | 935.00 | Correspondence and discussions with Kim re: revenue run and JIB run. With Bobbie re: A/P run. Holmes re: payroll run. CFO re: payroll and Gas analysis. |
| 9/24/2020 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Correspondence w/ Bobbie throughout the day relative to logging onto EWB site and approving various outbound wires for ops. |
| 9/25/2020 | Avery Alcorn | Business Operations | 525.00 | 0.80 | 420.00 | Review Lease Operating Statement assumptions from NSAI |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|------------------|------|-------|-----------|-------------|
| 9/25/2020 | Avery Alcorn | Business Operations | 525.00 | 0.40 | 210.00 | Call with JK RE Rsv Report initial indications |
| 9/25/2020 | Avery Alcorn | Business Operations | 525.00 | 0.20 | 105.00 | Call with JK RE ACH issues with EastWest Bank, personnel matters |
| 9/25/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Call w K Riley re schedule amendment and related notes (0.5) |
| 9/25/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | emails and calls re ach issues (0.5); |
| 9/25/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Review of Lead Notes (0.5); |
| 9/25/2020 | Todd Bearup | Business Operations | 550.00 | 1.90 | 1,045.00 | Continue to work with Holmes, Kim and Jesse at EWB to try to get RevRun ACH out. |
| 9/25/2020 | Todd Bearup | Business Operations | 550.00 | 1.80 | 990.00 | Work w/ EWB rep, Bobbie, Holmes, CFO to try to get ACH revenue run approved. Technical difficulties on side EWB. |
| 9/26/2020 | Avery Alcorn | Business Operations | 525.00 | 0.10 | 52.50 | Follow up with NSAI for data request for preliminary database report |
| 9/27/2020 | Avery Alcorn | Business Operations | 525.00 | 0.80 | 420.00 | Review NSAI Database compared to Sklar internal database |
| 9/27/2020 | Avery Alcorn | Business Operations | 525.00 | 0.70 | 367.50 | Update Reserve Report review model for initial preliminary database from NSAI |
| 9/27/2020 | Avery Alcorn | Business Operations | 525.00 | 0.40 | 210.00 | Create summaries and comparisons for key reserve categories for Sklar Internal and NSAI Preliminary database |
| 9/27/2020 | Avery Alcorn | Business Operations | 525.00 | 0.40 | 210.00 | Follow up with Chad Ireton RE realized price differential for Oil in preliminary NSAI database |
| 9/28/2020 | Avery Alcorn | Business Operations | 525.00 | 1.50 | 787.50 | Call with Chad Ireton, JK RE Sklar NSAI preliminary report, analysis of economic assumptions by field |
| 9/28/2020 | Avery Alcorn | Business Operations | 525.00 | 1.00 | 525.00 | Analyze reserve reports from TW and NSAI, create comparison tables |
| 9/28/2020 | Avery Alcorn | Business Operations | 525.00 | 0.90 | 472.50 | Review TW and NSAI Preliminary database, create direct comparisons for review with JK |
| 9/28/2020 | Avery Alcorn | Business Operations | 525.00 | 0.60 | 315.00 | Analyze differences between TW McGuire report and NSAI preliminary report in key fields |
| 9/28/2020 | Avery Alcorn | Business Operations | 525.00 | 0.60 | 315.00 | Call with JK, MC RE Sklar reserve report comparison, overview of major deviations |
| 9/28/2020 | James Katchadurian | Business Operations | 725.00 | 2.00 | 1,450.00 | Call w NSAI - C Ireton and A Alcorn re current status of reserve report and related followup\data review (2.0) |
| 9/28/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Review of NSAI questions and other related data w M Chavira and A Alcorn - further data and document review (1.0) |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|------------------|------|-------|-----------|-------------|
| 9/28/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Call w K Riley re open issue and next steps (0.5) |
| 9/28/2020 | Todd Bearup | Business Operations | 550.00 | 1.10 | 605.00 | and layer into cash forecast into correct line items. (1.1) |
| 9/28/2020 | Todd Bearup | Business Operations | 550.00 | 0.60 | 330.00 | Conference call w/ COO, CFO, Ops and Bobbie to walk through upcoming operations, timing, expense (.6) |
| 9/28/2020 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Correspondence w/ CFO, COO, Ops to coordinate meeting re: Gas Plant analysis. |
| 9/28/2020 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Facilitate information request re: SW Brooklyn production for July and August from Avery. |
| 9/29/2020 | Avery Alcorn | Business Operations | 525.00 | 0.80 | 420.00 | Call with Marshall Jones, Richard West, John Strausser, JK, TB RE Gas plant comparison analysis |
| 9/29/2020 | Avery Alcorn | Business Operations | 525.00 | 0.50 | 262.50 | Call with Marshall Jones, Richard West, John Strausser, JK, TB RE gas plant operational deducts in relation to reserve report |
| 9/29/2020 | James Katchadurian | Business Operations | 725.00 | 1.50 | 1,087.50 | Call w M Chavira \ A Alcorn re forecast model (1.5); |
| 9/29/2020 | James Katchadurian | Business Operations | 725.00 | 1.50 | 1,087.50 | review of gas plant analysis - call w J Strausser, M Jones, A Alcorn re same (1.5); |
| 9/29/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | MOR Review (1.0) |
| 9/29/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Review of MOR and comments on same (0.5) |
| 9/29/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | call w J Martin re payments to emmployees pre-filing and related analysis (0.5); |
| 9/29/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | review and send variance report and related correspondence w EW Bank (0.5) |
| 9/29/2020 | Manny Chavira | Business Operations | 450.00 | 1.50 | 675.00 | Sklar Internal call with A Alcorn and J Katchadurian. Walkthrough of case concepts and build out of upcoming model functionality to assess various post confirmation needs. Discussed various concepts bottoms up around financials and concept builds as I ramp up on Sklar background. |
| 9/29/2020 | Manny Chavira | Business Operations | 450.00 | 0.50 | 225.00 | Sklar discussion around NSAI report from the company and Avery findings. |
| 9/29/2020 | Todd Bearup | Business Operations | 550.00 | 0.80 | 440.00 | Respond to dozens of emails from COO, CFO, Ops and accounting. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|-----------------|------|-------|-----------|-------------|
| 9/30/2020 | Avery Alcorn | Business Operations | 525.00 | 0.60 | 315.00 | Review field designations from NSAI and cross-reference against lease operating statement fields to generate forecasted field names |
| 9/30/2020 | Avery Alcorn | Business Operations | 525.00 | 0.40 | 210.00 | Update field assumptions for pricing to be used in operating model |
| 9/30/2020 | Avery Alcorn | Business Operations | 525.00 | 0.20 | 105.00 | Follow up with Ron Smith, Frank Butler RE lease operating statement that matches NSAI field designations |
| 9/30/2020 | Avery Alcorn | Business Operations | 525.00 | 0.10 | 52.50 | Follow up with Frank Butler RE field designations for revised lease operating statement |
| 9/30/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | review of August MOR for filing (1.0); |
| 9/30/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Call w A Hirsch \ K Riley re 2004 Exam and related (1.0) |
| 9/30/2020 | Todd Bearup | Business Operations | 550.00 | 1.50 | 825.00 | Call w/ CFO, Ops to walk through A/P for the week. Compare to forecast, modify accordingly and seek approval from CRO. |
| 9/1/2020 | Todd Bearup | Cash Management | 550.00 | 1.50 | 825.00 | Work on budget-to-actual report for week ended 8/28/20. |
| 9/1/2020 | Todd Bearup | Cash Management | 550.00 | 0.70 | 385.00 | Continue work on budget-to-actual report for week ended 8/28/20. |
| 9/1/2020 | Todd Bearup | Cash Management | 550.00 | 1.90 | 1,045.00 | Update cash forecast re: input from CFO and operations re: various upcoming expenses. |
| 9/2/2020 | Todd Bearup | Cash Management | 550.00 | 1.80 | 990.00 | Continue to work on reconciliation issues re: variance report. |
| 9/2/2020 | Todd Bearup | Cash Management | 550.00 | 0.70 | 385.00 | Finalize VAR report. Update cash forecast with latest information. |
| 9/3/2020 | Todd Bearup | Cash Management | 550.00 | 1.80 | 990.00 | Walk through proposed A/P from Bobbie. Call w/ ops, COO and CFO to discuss this week's operations and upcoming expenses. Modify cash forecast based on input. |
| 9/3/2020 | Todd Bearup | Cash Management | 550.00 | 0.40 | 220.00 | Craft email to convey latest updated cash forecast to mgmt team and CR3 team for review, highlighting significant changes are areas that require additional input/discussion. |
| 9/4/2020 | Todd Bearup | Cash Management | 550.00 | 0.70 | 385.00 | Modify cash forecast based on updated Copus assumptions and info from ops. |
| 9/7/2020 | Todd Bearup | Cash Management | 550.00 | 1.90 | 1,045.00 | Begin updating cash forecast for week and prep for budget-to-actuals. |
| 9/7/2020 | Todd Bearup | Cash Management | 550.00 | 1.70 | 935.00 | Work on budget-to-actual analysis out of Wolfepak for modification by Bobbie and Julie. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 9/8/2020 | Todd Bearup | Cash Management | 550.00 | 1.90 | 1,045.00 | Work on variance report. Update cash model in preperation for discussion w/ Ops re: assumptions. |
| 9/8/2020 | Todd Bearup | Cash Management | 550.00 | 1.90 | 1,045.00 | Work through major production assumptions w/ Ops, Richard, COO, CFO, CEO and CRO. Post call discussion with CFO, CEO re: fcst. modification and differential analysis. |
| 9/9/2020 | Todd Bearup | Cash Management | 550.00 | 1.80 | 990.00 | Modify cash forecast based on updated Non-Operated receipts analysis as well as NGL input from CFO. |
| 9/9/2020 | Todd Bearup | Cash Management | 550.00 | 0.70 | 385.00 | Walk through updated cash model w/ CFO, particulary related to how NGLs flow through each section. |
| 9/10/2020 | Todd Bearup | Cash Management | 550.00 | 0.80 | 440.00 | Modify cash forecast based on latest intel from operations and latest pricing information. |
| 9/14/2020 | Todd Bearup | Cash Management | 550.00 | 0.90 | 495.00 | Call w/ operations and CFO, COO to walk through current operations, upcoming cash flow requirements, hurricane prep, chemicals, new medai. |
| 9/14/2020 | Todd Bearup | Cash Management | 550.00 | 0.40 | 220.00 | Walk through Ambrecht Jackson August invoice and include in cash model. |
| 9/15/2020 | Todd Bearup | Cash Management | 550.00 | 1.90 | 1,045.00 | Continue work on variance report. |
| 9/15/2020 | Todd Bearup | Cash Management | 550.00 | 1.90 | 1,045.00 | Work on variance report and extending cash forecast. |
| 9/16/2020 | Todd Bearup | Cash Management | 550.00 | 1.70 | 935.00 | Continue to extend the cash forecast. |
| 9/16/2020 | Todd Bearup | Cash Management | 550.00 | 1.50 | 825.00 | Finish variance report and continue to extend forecast |
| 9/17/2020 | Todd Bearup | Cash Management | 550.00 | 1.90 | 1,045.00 | Further update model extension based on input from Ops, CFO, A/P. |
| 9/21/2020 | Todd Bearup | Cash Management | 550.00 | 1.90 | 1,045.00 | Begin work on updating model and budget-to-actuals. |
| 9/21/2020 | Todd Bearup | Cash Management | 550.00 | 1.30 | 715.00 | Review various emails and inputs from various sources re: hurricane impacts on ops, production, expenses. |
| 9/22/2020 | Todd Bearup | Cash Management | 550.00 | 1.90 | 1,045.00 | Finalize variance report. Continue updating cash forecast. |
| 9/22/2020 | Todd Bearup | Cash Management | 550.00 | 1.50 | 825.00 | Work w/ Bobbie and Julie and in Wolfepak to gather data for variance report. |
| 9/23/2020 | Todd Bearup | Cash Management | 550.00 | 0.80 | 440.00 | Respond to various emails from accounting staff and CFO re: cash flow related items, approvals, etc. |
| 9/23/2020 | Todd Bearup | Cash Management | 550.00 | 0.20 | 110.00 | Correspondence w/ Bobbie re: upcoming A/P call. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|------------------|------|-------|-----------|-------------|
| 9/24/2020 | Todd Bearup | Cash Management | 550.00 | 1.40 | 770.00 | Correspondence and discussions w/ Bobbie and Harold re: current and upcoming hurricane related expenses, timing and approvals. |
| 9/24/2020 | Todd Bearup | Cash Management | 550.00 | 1.10 | 605.00 | Update cash forecast based on dozen emails received in last 24-hours. |
| 9/25/2020 | Todd Bearup | Cash Management | 550.00 | 1.30 | 715.00 | Update cash forecast w/ latest input from Harold/Richard. Email to CRO, Avery. |
| 9/28/2020 | Todd Bearup | Cash Management | 550.00 | 1.90 | 1,045.00 | Work on cash forecast extension and prep for budget-to-actuals. |
| 9/28/2020 | Todd Bearup | Cash Management | 550.00 | 1.50 | 825.00 | Approve several wires on EWB website. Continue to work on cash forecast. |
| 9/29/2020 | Todd Bearup | Cash Management | 550.00 | 1.90 | 1,045.00 | Work on variance report w/ Bobbie and Julie. |
| 9/29/2020 | Todd Bearup | Cash Management | 550.00 | 1.70 | 935.00 | Extend variance report. Map cash flows. Begin extension of model thru January. |
| 9/30/2020 | Todd Bearup | Cash Management | 550.00 | 1.80 | 990.00 | Finish variance report and update cash forecast. |
| 9/30/2020 | Todd Bearup | Cash Management | 550.00 | 1.30 | 715.00 | Continue to modify cash forecast based on latest ops info. |
| 9/2/2020 | Todd Bearup | Creditor Issues | 550.00 | 1.90 | 1,045.00 | Review debtor's counsel (Duane) re: complicated Gas Plant issues inquired about by creditor's counsel. Review Abbyville Plant service agreement. |
| 9/2/2020 | Todd Bearup | Creditor Issues | 550.00 | 1.00 | 550.00 | Finish explanatory doc to provide to CFO for his input re: Gas Plant ops and accounting explanation to address creditor concerns. |
| 9/2/2020 | Todd Bearup | Creditor Issues | 550.00 | 0.50 | 275.00 | Review eXigent monthly statements in order to facilitate the creation of a response to the creditors re: Gas Plant questions and clarification. |
| 9/3/2020 | Todd Bearup | Creditor Issues | 550.00 | 0.40 | 220.00 | Discussion w/ COO re: Liquid Gold pre and post petition claims. Correspondence w/ Bobbie re: details of post-petition invoice. Read Liquid Gold filing Docket 550. |
| 9/7/2020 | Todd Bearup | Creditor Issues | 550.00 | 0.80 | 440.00 | Get parties to fill-out new account forms for new EWB account to segregate funds associated w/ "outside investments". |
| 9/8/2020 | Todd Bearup | Creditor Issues | 550.00 | 0.50 | 275.00 | Follow-up w/ debtor's counsel re: provide information for lease rejection/assumption analysis re: real estate. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|------------|------------------|------|-------|------------|-------------|
| 9/14/2020 | Todd Bearup | Creditor Issues | 550.00 | 0.50 | 275.00 | Corresponndence w/ debtor's counsel re: UCC's info request. Track down requested info and provide to Debtor's counsel. |
| 9/21/2020 | Todd Bearup | Creditor Issues | 550.00 | 0.90 | 495.00 | Work on Misc. revenue analysis for 12-weeks of actuals in cash forecast. |
| 9/23/2020 | Todd Bearup | Creditor Issues | 550.00 | 0.40 | 220.00 | Discuss 2004 examination request with CRO, COO and Debtor's counsel. |
| 9/24/2020 | Todd Bearup | Creditor Issues | 550.00 | 0.20 | 110.00 | Discussion w/ counsel for Consolidated Electric distributor re: claim and upcoming timeline, potential restructure plan |
| 9/7/2020 | Avery Alcorn | CRO | 525.00 | 1.30 | 682.50 | Update transaction data from September 2019 for all Sklar and SklarCo bank accounts, populate workbook for review |
| 9/7/2020 | Avery Alcorn | CRO | 525.00 | 1.30 | 682.50 | Review Cash Intercompany transctions between SklarEx Operating, SklarCo, SklarEx Payroll and SklarEx Benefits |
| 9/7/2020 | Avery Alcorn | CRO | 525.00 | 0.30 | 157.50 | Call with JK RE CRO Order, timing expectation for review material from accounting system |
| 9/7/2020 | Avery Alcorn | CRO | 525.00 | 0.10 | 52.50 | Run cash reports for Sklar Exploration and SklarCo for 6 month period prior to petition date |
| 9/10/2020 | Avery Alcorn | CRO | 525.00 | 0.90 | 472.50 | Review intercompany cash transactions from SklarEx Operating account |
| 9/10/2020 | Avery Alcorn | CRO | 525.00 | 0.60 | 315.00 | Review intercompany cash transactions from Sklar Revenue account to Sklar Exploration |
| 9/10/2020 | Avery Alcorn | CRO | 525.00 | 0.10 | 52.50 | Send TB, JK status update on CRO Order cash sources and uses reconciliation for prepetition activity |
| 9/14/2020 | Avery Alcorn | CRO | 525.00 | 0.80 | 420.00 | Review SklarEx Revenue account, SklarCo Operating account transactions, classify and summarize same |
| 9/14/2020 | Avery Alcorn | CRO | 525.00 | 0.70 | 367.50 | Review SklarEx Operating transactions, classify and summarize same |
| 9/18/2020 | Avery Alcorn | CRO | 525.00 | 0.20 | 105.00 | Call with JK RE plan strategy RE working interest partners |
| 9/20/2020 | Avery Alcorn | CRO | 525.00 | 0.70 | 367.50 | Review Lease Operating Statement for net income versus cash transfers |
| 9/20/2020 | Avery Alcorn | CRO | 525.00 | 0.70 | 367.50 | Complete classification of 6 month pre petition transactions for SklarEx and SklarCo accounts |
| 9/20/2020 | Avery Alcorn | CRO | 525.00 | 0.50 | 262.50 | Review cash reconciliations provided by company; follow up with TB RE updates for historical periods |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|------------------|------|-------|-----------|-------------|
| 9/21/2020 | Avery Alcorn | CRO | 525.00 | 0.20 | 105.00 | Call with JK RE Sklar CRO Order analysis |
| 9/24/2020 | Avery Alcorn | CRO | 525.00 | 0.20 | 105.00 | Call with Holmes Gwin RE cash accounting practices at Sklar, book balances for Sklar accounts prepetition |
| 9/30/2020 | Avery Alcorn | CRO | 525.00 | 1.00 | 525.00 | Update detail for SklarEx Operating account disbursements |
| 9/30/2020 | Avery Alcorn | CRO | 525.00 | 0.70 | 367.50 | Review SklarCo transfers to SklarEx operating account, summarize SklarEx disbursements |
| 9/30/2020 | Avery Alcorn | CRO | 525.00 | 0.30 | 157.50 | Call with JK RE CRO Order cash analysis document |
| 9/1/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.90 | 1,045.00 | Work w/ CFO to address creditor questions around Gas Plant and info to provide in order to clarify concerns. Review docs provided by CFO. |
| 9/1/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.80 | 990.00 | Review and comment on debtor's motion for clarification of orders and to authorize immediate offset of JIBs. Review correspondence w/ debtor's counsel input, CFOs input, CRO's input. |
| 9/2/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.30 | 165.00 | Update discussion w/ CR3 team. |
| 9/2/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.30 | 165.00 | Review filing docket #549. |
| 9/3/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.90 | 1,045.00 | Begin review and modification of full financial model. |
| 9/3/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.50 | 825.00 | Continue to review and modify full financial model. |
| 9/3/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.50 | 275.00 | Discussion w/ CFO re: setting up new account at EWB. Discuss paperwork. Next steps and timing. |
| 9/4/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.90 | 1,045.00 | Continue work on full financial model for potential restructuring. |
| 9/4/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.10 | 55.00 | Review correspondence between debtor and landlord |
| 9/7/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.50 | 275.00 | Update discussion w/ CR3 team and follow-up correspondence. |
| 9/8/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.60 | 330.00 | Discussion w/ debtor's counsel, CRO, CFO, COO re: approach to best answer creditor's questions re: gas plant. Follow-up discussion w/ CFO and accounting team. |
| 9/8/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.60 | 330.00 | Plan discussion w/ CEO. |
| 9/8/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.40 | 220.00 | Update discussion w/ CR3 team. follow-up correspondence. |
| 9/9/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.90 | 495.00 | Work on full financial model. |
| 9/9/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.20 | 110.00 | Update discussion w/ CRO re: current issues and tasks. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 9/10/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.80 | 440.00 | Discussion w/ CEO re: walking through analysis relative to non-SEC operated properties and performance from Jan-Aug compared to cash flow establishing that SKC has been JIB-netted. |
| 9/10/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.70 | 385.00 | Discussion with debtors's counsel, CRO and Avery re:initial plan strategy. |
| 9/10/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.40 | 220.00 | Follow-up debrief w/CR3 team to discuss go forward task and assignments. |
| 9/10/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.30 | 165.00 | Discussion w/ CRO. Daily update re: progress on Gas Plant memo, variance report, cash model, etc. |
| 9/10/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.30 | 165.00 | Establish upcoming meeting w/ CEO, CFO, COO re: full financial model and strategy for restructuring for base-case, medium case and upside case. |
| 9/12/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.90 | 1,045.00 | Analyze and work on full model. |
| 9/12/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.70 | 935.00 | Continue to work on full model. |
| 9/14/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.70 | 385.00 | Conf call w/ CR3 team and Debtor's counsel. Follow-up tasks and correspondence re: Eqip invoices, full model discussion. |
| 9/14/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.40 | 220.00 | Correspondence w/ Linda at EWB re: new account doc signatures. Request COO's signature, scan and return to Lina. |
| 9/14/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.40 | 220.00 | Follow up with Avery re: full model, TW McGuire data set request, entity discussion. |
| 9/14/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.30 | 165.00 | Updated discussion w/ Avery re: LOS statement info. 120 report info required. |
| 9/15/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.80 | 990.00 | Download 180-day activity for all debtor's bank accounts. Work w/ CFO and Controller to located/provide bank recs going back 1 years from filing. |
| 9/15/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.90 | 495.00 | Correspondence w/ debtor's counsel & CRO re: CR3 fee accrual calculation. |
| 9/15/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.50 | 275.00 | correspondence w/ Bobbie, Avery, Lily re: W-9 for Netherland Sewell. Review MHKH's August invoice. |
| 9/16/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.20 | 110.00 | CR3 team update call and follow-up re: tasks identified in call. |
| 9/16/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.20 | 110.00 | Write-up update summary for CR3 team. |
| 9/16/2020 | William Snyder | Debtor Issues | 795.00 | 0.30 | 238.50 | .3 check in with James |
| 9/17/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.70 | 935.00 | Analysis of full model in preparation for getting full data into model for production build. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 9/17/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.50 | 825.00 | Discussion w/ Howard and CFO re: inclusion of SMMS and Merin trusts in model, reserve report. Write-up summary for CR3 team to discuss. |
| 9/18/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.90 | 1,045.00 | Work on full model for restructuring. |
| 9/18/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.80 | 990.00 | Continue work on full model for restructuring. |
| 9/18/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.50 | 825.00 | Discussion with Holmes to get bank recs going back 12-months prior to filing emailed to me so I can get on outside server. |
| 9/19/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.60 | 880.00 | Continue work on full model. |
| 9/21/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.40 | 220.00 | Analysis of cash and wire approvals. |
| 9/22/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.80 | 990.00 | work and analysis of production forecast. Correspondence w/ CRO, CFO, COO and Avery re: model assumptions. |
| 9/22/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.50 | 825.00 | work and analysis of production forecast. Correspondence w/ CRO, CFO, COO and Avery re: model assumptions. |
| 9/22/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.20 | 110.00 | CR3 team update discussion. |
| 9/23/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.90 | 1,045.00 | Call with CRO, CFO, COO, CEO, Avery to discuss info request and model for restructuring. Post call meeting w/ CFO, CEO to walk thru CEO analysis and thoughts. |
| 9/23/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.40 | 220.00 | Review updated 2004 exam doc from debtor's counsel. |
| 9/24/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.30 | 165.00 | Daily update discussion with CRO. |
| 9/28/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.80 | 440.00 | Discussion w/ COO re: real estate leases. Review AL and LA leases and current status to determine to accept or reject at debtor's counsel request. |
| 9/28/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.60 | 330.00 | Weekly update call w/ CRO, Debtor's counsel and Avery to discuss current issues, tasks and strategies. |
| 9/29/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.40 | 770.00 | Read recent filings. |
| 9/29/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.30 | 165.00 | Daily CR3 update call to discuss tasks and follow-ups. |
| 9/30/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.80 | 440.00 | Read additional court filings and objections. |
| 9/16/2020 | William Snyder | Discount | 795.00 | 0.00 | -238.50 | Discount |
| 8/31/2020 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Round trip between home/client |
| 9/1/2020 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Round trip between home/client |
| 9/2/2020 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Round trip between home/client |
| 9/3/2020 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Round trip between home/client |
| 9/4/2020 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Round trip between home/client |
| 9/8/2020 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Round-trip between home/client |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|------------------|------|-------|-----------|-------------|
| 9/9/2020 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Round-trip between home/client |
| 9/10/2020 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Round-trip between home/client |
| 9/11/2020 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Round-trip between home/client |
| 9/14/2020 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Roundtrip between home/client |
| 9/15/2020 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Roundtrip between home/client |
| 9/16/2020 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Roundtrip between home/client |
| 9/17/2020 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Roundtrip between home/client |
| 9/18/2020 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Roundtrip between home/client |
| 9/23/2020 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Roundtrip between home/client. |
| 9/1/2020 | Todd Bearup | Fee Applications | 550.00 | 0.70 | 385.00 | Receive CRO expenses from prior period, add those and adjust output for July. |
| 9/2/2020 | Todd Bearup | Fee Applications | 550.00 | 0.80 | 440.00 | Finalize first draft of fee app and provide to CRO for review/input. |
| 9/7/2020 | Todd Bearup | Fee Applications | 550.00 | 1.70 | 935.00 | Begin work on August Fee App. |
| 9/7/2020 | Todd Bearup | Fee Applications | 550.00 | 0.90 | 495.00 | Final pdf creation and correspondence w/ debtor's counsel re: CR3 July Fee Statement. |
| 9/8/2020 | Todd Bearup | Fee Applications | 550.00 | 0.50 | 275.00 | Continue work on August Fee App. |
| 9/9/2020 | Todd Bearup | Fee Applications | 550.00 | 1.80 | 990.00 | Work on August Fee App |
| 9/10/2020 | Todd Bearup | Fee Applications | 550.00 | 0.90 | 495.00 | Work on August Fee App. |
| 9/25/2020 | Todd Bearup | Fee Applications | 550.00 | 0.60 | 330.00 | Review CRO suggested modifications to fee app. Modify in preperation for providing to debtor's counsel. |
| 9/3/2020 | Todd Bearup | Operating Reports | 550.00 | 0.40 | 220.00 | Correspondence w/ CR3 team, CFO and debtor's counsel re: rescheduling page turn of proposed amended SoFAs and Schedules. |
| 9/9/2020 | Todd Bearup | Operating Reports | 550.00 | 0.30 | 165.00 | Correspondence w/ Mary Lou, Linda and Jesse at EWB re: assistance w/ data request as well as new account setup. |
| 9/29/2020 | Avery Alcorn | Operating Reports | 525.00 | 0.40 | 210.00 | Call with Marshall Jones, Richard West, John Strausser, JK, TB RE clarification on changes to opening balance sheet to match amended statements and schedules |
| 9/29/2020 | Todd Bearup | Operating Reports | 550.00 | 1.70 | 935.00 | Work through Gas Plant analysis and Aug MOR review and questions w/ CFO, Controller, COO, Ops, CRO and Avery. |
| 9/11/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.70 | 367.50 | Call with Keri Riley, Lee Kutner, TB, JK RE plan structure and strategy |
| 9/11/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.40 | 210.00 | Call with TB, JK RE Plan Structure, division of tasks RE same |
| 9/11/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.30 | 157.50 | Call with JK RE plan process and strategy |
| 9/21/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.60 | 315.00 | Call with Keri Riley, Lee Kutner, JK RE plan process, strategy |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 9/22/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.80 | 420.00 | Update Cash Forecast to be used for plan purposes; send update to TB, JK for review and comment |
| 9/23/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.80 | 420.00 | Call with Marshall Jones, John Strausser, Howard Sklar, TB, JK RE model assumptions and process |
| 9/23/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.40 | 210.00 | Call with JK RE plan strategy, operating model |
| 9/23/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.10 | 52.50 | Follow up With John Eppinette with T.W. McGuire RE PHDWin output in excel for operating model |
| 9/24/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.20 | 630.00 | Review TW McGuire detailed reserve report data, generated production model, share same with Sklar team |
| 9/29/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.20 | 630.00 | Call with MC, JK RE Sklar model base assumptions and discussion |
| 9/29/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.20 | 105.00 | Update base model for review and modification by JK, MC |
| 9/1/2020 | Avery Alcorn | Schedules | 525.00 | 0.30 | 157.50 | Aggregate documents for schedule amendments and send to counsel for review |
| 9/4/2020 | Avery Alcorn | Schedules | 525.00 | 0.50 | 262.50 | Call with Keri Riley, John Strausser, TB, JK RE amendments to SEC schedules |
| 9/4/2020 | Avery Alcorn | Schedules | 525.00 | 0.30 | 157.50 | Call with Keri Riley, John Strausser, TB, JK RE amendments to Sklarco schedules |
| 9/4/2020 | Avery Alcorn | Schedules | 525.00 | 0.20 | 105.00 | Update unpaid revenue to flag unknown owners, send updated version to counsel for review |
| 9/4/2020 | Todd Bearup | Schedules | 550.00 | 1.90 | 1,045.00 | Review latest version of SoFA and Schedules w/ Debtors counsel, CFO and CR3 team. Follow up providing additional info to CFO and/or debtor's counsel. |
| 9/15/2020 | Todd Bearup | Schedules | 550.00 | 1.80 | 990.00 | Review amended updated SoFA and Schedules from debtor's counsel. |
| 9/16/2020 | Todd Bearup | Schedules | 550.00 | 0.90 | 495.00 | Work w/ land team and accounting dept to try to track down missing addresses in Schedules E/F. |
| 9/22/2020 | Todd Bearup | Schedules | 550.00 | 0.80 | 440.00 | Prep for and discussion w/ CFO re: insider payments update to amended Schedules and SoFA. |
| 9/23/2020 | Todd Bearup | Schedules | 550.00 | 0.80 | 440.00 | Follow-up correspondence w/ debtor's counsel, CFO, Kim re: data and information for amended updated schedules |
| 9/24/2020 | Avery Alcorn | Schedules | 525.00 | 0.30 | 157.50 | Call with JK RE Sklar schedule amendments |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 9/24/2020 | Todd Bearup | Schedules | 550.00 | 1.90 | 1,045.00 | Review updated amended SoFA/Schedules prior to filing. |
| 9/25/2020 | Todd Bearup | Schedules | 550.00 | 0.50 | 275.00 | Review updated wording in SoFA/Schedule docs. |
| 9/4/2020 | Avery Alcorn | Statements | 525.00 | 0.30 | 157.50 | Call with Keri Riley, John Strausser, TB, JK RE amendments to Sklarco SOFAs |