| **Fill in this information to identify your case** | | |
|---|---|---|
| Debtor: SKLAR EXPLORATION COMPANY, LLC, et al. | Case #: | 20-12377-EEB |
| | Chapter: | 11 |

**Local Bankruptcy Form 9013-1.3**
**Movant's Certificate of Non-Contested Matter and Request for Entry of Order**

**Complete applicable sections.**

### Part 1 Certificate

On October 13, 2020 and October 28, 2020, Sklar Exploration Company, LLC (the "Movant"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled Motion to Assume Nonresidential Real Property Mineral Leases pursuant to 11 U.S.C. Section 365 and Supplement to Motion to Assume Nonresidential Real Property Mineral Leases pursuant to 11 U.S.C. Section 365 (the "Motion") at docket nos. 607 and 640.  Movant hereby certifies that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on October 13, 2020.
    a. Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on October 14, 2020 and docket no. 611.
2. The docket numbers for each of the following relevant documents are:
    a. the Motion and all documents attached thereto and served therewith, docket nos. 607, 638 and 640
    b. the Notice, docket no. 608 and 611;
    c. the Certificate of Service of the Motion and Notice, docket nos. 607 and 611;
    d. the Proposed Order, attached hereto.
3. One limited objection was filed by JF Howell Interests, LP at Docket No. 639.  The Limited Objection was resolved by the filing of the Supplement at Docket No. 640.  Additional informal objections were received which were resolved by the Proposed Order, attached hereto.

Accordingly, Movant requests that the Court enter an order granting the requested relief.

### Part 2 Signature of Movant's Attorney or Movant (if unrepresented)

Dated: October 29, 2020                     Respectfully submitted,

                                            By:   /s/Keri L. Riley
                                                  Lee M. Kutner #10966
                                                  Keri L. Riley #47605
                                                  **KUTNER BRINEN, P.C.**
                                                  1660 Lincoln Street, Suite 1850
                                                  Denver, CO  80264
                                                  Telephone:  (303) 832-2400
                                                  E-Mail: klr@kutnerlaw.com