UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br>EIN NO: 72-1417930<br><br><u>Debtor.</u> | Bankruptcy Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br>EIN NO: 72-1425432<br><br>Debtor. | Bankruptcy Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

### ORDER CONCERNING CERTIFICATE OF NON-CONTESTED MATTER

THIS MATTER comes before the Court on the Certificate of Non-Contested Matter ("CNC") filed by the Debtors at Docket No. 644 relating to Debtors' Motion to Assume Executory Contracts Re: Nonresidential Real Property Mineral Lease ("Motion") at Docket No. 607. The Court, being advised in the premises, hereby

FINDS that on October 27, 2020, JF Howell Interests, LP filed a Limited Objection to the Motion. Although the Debtors indicate in their CNC that their Supplement to the Motion resolves the Limited Objection, the objecting party has not withdrawn the Limited Objection and no stipulation with the objecting party has been filed. *See* L.B.R. 9013.1(c)(1). Accordingly, it is hereby

ORDERED that until the Limited Objection is withdrawn or a stipulation is filed, the Court will not enter an order regarding Debtor's Motion.

DATED this 29th day of October, 2020.

BY THE COURT:

_____
Elizabeth E. Brown, Bankruptcy Judge