UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ———————————————— ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**STIPULATION TO FURTHER EXTENSION OF DEADLINE TO FILE PLAN OF REORGANIZATION UNDER FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL, GRANTING ADEQUATE PROTECTION, AND PROVIDING RELATED RELIEF**

The Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together "Debtors"), and East West Bank ("EWB"), by and through their undersigned attorneys, state their Stipulation to an extension of the date by which the Debtors are required to file a Plan of Reorganization under the Final Cash Collateral Order as follows:

1. The Debtors filed their voluntary petitions for relief pursuant to Chapter 11 of the Bankruptcy Code on April 1, 2020.

2. On July 2, 2020, the Debtors filed a *Motion Pursuant to 11 U.S.C. § 1121 for an Order Extending the Exclusivity Periods for Filing and Gaining Acceptance of a Plan of Reorganization* ("Motion to Extend Exclusivity"), seeking an extension of the exclusive period in within which the Debtors may file a Plan of Reorganization through and including November 25, 2020. The Court entered an Order granting the Motion to Extend Exclusivity on July 27, 2020 (Docket No. 500).

3. On June 15, 2020, the Court entered the *Final Order Authorizing Use of Cash Collateral, Granting Adequate Protection, and Providing Related Relief* ("Final Cash Collateral Order") (Docket No. 433).

4. Notwithstanding the extension of exclusivity, the Final Cash Collateral Order

required the Debtors to file a Plan of Reorganization and Disclosure Statement on or before October 1, 2020, barring which the Debtors' use of cash collateral will terminate.

5. On September 30, 2020, the Debtors and East West Bank filed a *Stipulation to Extension of Deadline to File Plan of Reorganization Under Final Order Authorizing Use of Cash Collateral, Granting Adequate Protection, and Providing Related Relief* (Docket No. 572), pursuant to which East West Bank agreed to extend the Debtors' use of cash collateral subject to the filing of a Plan of Reorganization and Disclosure Statement by November 1, 2020.

6. The Debtors have been working diligently on a Plan of Reorganization, but discussions regarding the Plan have been limited due to the time required to complete the reserve report to assist in the valuation of the oil and gas interests held by Sklarco. Consistent with the *Minute Order Dated October 22, 2020* (Docket No. 630), a final reserve report will be uploaded to the public data room on or before November 5, 2020.

7. To facilitate negotiations over the Plan of Reorganization between the Debtors, East West Bank, and the Official Committee of Unsecured Creditors, East West Bank has agreed to extend the date by which the Debtors are required to file a Plan of Reorganization under the Final Cash Collateral Order through and including November 25, 2020.

**[remainder of page intentionally left blank]**

WHEREFORE, the Parties pray the Court make and enter an Order approving this Stipulation, extending the date by which the Debtors are required to file a Plan of Reorganization in accordance with the Final Cash Collateral Order, and for such further and additional relief may appear just and proper.

Dated: October 29, 2020

Respectfully submitted,

By: */s/ Keri L. Riley*
Lee M. Kutner, #10966
Jeffrey S. Brinen, #20565
Keri L. Riley, #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone:  (303) 832-2400
E-Mail: klr@kutnerlaw.com
*Attorneys for the Debtors*

By: /s/ *Bryce A. Suzuki*
Bryce A. Suzuki, AZ Bar No. 022721
**BRYAN CAVE LEIGHTON PAISNER, LLP**
Two North Central Avenue, Suite 2100
Phoenix, AZ 85004-4406
Phone: (602) 364-7000
Facsimile: (602) 364-7070
Email: bryce.suzuki@bclplaw.com
*Attorneys for East West Bank*