UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) |
| EIN: 72-1417930 | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| | ) Case No. 20-12380-EEB |
| SKLARCO, LLC | ) |
| EIN: 72-1425432 | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**SECOND MOTION TO EXTEND TIME TO ASSUME OR REJECT NONRESIDENTIAL REAL PROPERTY LEASE PURSUANT TO 11 U.S.C. § 365(d)(4) (5395 Pearl Parkway, Suite 200, Boulder, Colorado)**

The Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together "Debtors"), by and through their attorneys, Kutner Brinen, P.C., move the Court for an entry of an Order extending the time in which the Debtors are required to assume or reject nonresidential real property leases pursuant to Bankruptcy Code § 365(d)(4) and as grounds therefor, respectfully state as follows:

### BACKGROUND

1. The Debtors filed for relief under chapter 11 of the Bankruptcy Code on April 1, 2020. The Debtors remain Debtors-in-Possession.

2. The Office of the United States Trustee appointed an Official Committee of Unsecured Creditors ("Committee") on April 16, 2020.

3. SEC is engaged in business as an independent exploration and production company in the oil and gas industry. SEC is an operating company and does not own oil or gas properties. SEC has its principal business office at 5395 Pearl Parkway, Suite, 110, Boulder, Colorado ("Boulder Property").

4. SEC also has additional offices in Shreveport, Louisiana and Brewton, Alabama. SEC's exploration and production activities are primarily located in East Texas, North Louisiana, South Mississippi, South Alabama and the Florida Panhandle. SEC is also

developing properties and opportunities in the western United States, though no oil or gas production has been produced from the wells in the western United States.

5. Sklarco is a Louisiana limited liability company engaged in business as the owner of certain oil and gas leases and property interests in East Texas, North Louisiana, South Mississippi, South Alabama, the Florida Panhandle, and the western United States.

6. SEC is a party to an unexpired, nonresidential real property lease with 5395 Pearl Parkway, LLC ("Landlord") for the Boulder Property.

7. The Debtors' restructuring efforts are ongoing, and the Debtors are in the process of formulating a Plan of Reorganization. As a result, SEC requires additional time to evaluate whether to assume or reject the lease for the Boulder Property.

## RELIEF REQUESTED

8. Pursuant to 11 U.S.C. § 365(d)(4)(A), an unexpired nonresidential real property lease is "deemed rejected" if the debtor does not assume or reject such lease by the earlier of 120-days after the petition date, or the date of the entry of an order confirming a plan.

9. Pursuant to 11 U.S.C. § 365(d)(4)(B), the court may extend the 120-period in which the debtor is required to assume or reject non-residential real property leases up to an additional 90 days for cause shown. Any subsequent extensions may only be granted with written permission from the landlord. *See* 11 U.S.C. § 365(d)(4)(B)(ii).

10. On July 27, 2020, the Court entered an Order extending the deadline by which the Debtors are required to assume or reject nonresidential real property leases through and including October 29, 2020.

11. This is SEC's second motion to extend the time to assume or reject the lease for the Boulder Property.

12. SEC seeks an extension of the date by which SEC is required to assume or reject the lease for the Boulder Property by sixty (60) days, through and including December 28, 2020.

13. Cause exists to grant an extension of the deadline by which SEC is required to assume or reject the lease for the Boulder Property. If the date is not extended and the lease is deemed rejected, SEC may be required to immediately vacate its offices, disrupting SEC's ongoing operations and requiring SEC to incur significant additional expenses to move its offices to a new location. Extending the deadline to assume or reject the lease for the Boulder

Property will ensure that SEC can maintain its operations in the same location until it determines if it intends to assume or reject the lease for the Boulder Property.

14. In accordance with 11 U.S.C. § 365(d)(4)(B)(ii), the Landlord has consented to the requested extension of the deadline to assume or reject the lease for the Boulder Property. *See* E-Mail from John Bernstein Dated October 29, 2020, attached hereto as Exhibit A.

WHEREFORE the Debtors pray that the Court make and enter an Order granting the Debtors a sixty (60) day extension of the deadline by which it is required to assume or reject the lease for the Boulder Property, and granting such further and additional relief as to the Court may appear proper.

Dated: October 29, 2020     Respectfully submitted,

By: */s/ Keri L. Riley*
    Lee M. Kutner, #10966
    Keri L. Riley, #47605
    **KUTNER BRINEN, P.C.**
    1660 Lincoln Street, Suite 1850
    Denver, CO 80264
    Telephone: (303) 832-2400
    E-Mail: lmk@kutnerlaw.com