# Keri Riley

| | |
|---|---|
| **From:** | Bernstein, John H. <John.Bernstein@KutakRock.com> |
| **Sent:** | Thursday, October 29, 2020 2:09 PM |
| **To:** | Keri Riley |
| **Subject:** | Sklar Exploration Company, LLC; United States Bankruptcy Court for the District of Colorado, Case No. 20-12377-EEB |

Keri—

We represent Debtor's landlord, Pearl Parkway, LLC, successor in title to 5395 Pearl Parkway, LLC ("**Landlord**"), in connection with that certain Lease Agreement dated April 8, 2013, as amended ("**Lease**"), entered into by Debtor and Landlord.  Pursuant to Section 365(d)(4)(B)(ii) of the Bankruptcy Code, Landlord consents to an extension of time for Debtor to assume or reject the Lease for an additional sixty (60) days, through and including December 28, 2020.

As you know, we have not entered a formal appearance in this case on behalf of Landlord.  Accordingly, please email to me your court filing seeking approval of this extension.

Should you have any questions, please do not hesitate to contact me.

**John H. Bernstein**
Partner

KUTAKROCK

**Kutak Rock LLP**   1801 California Street, Suite 3000 | Denver, CO 80202
**p:** 303.292.7730  **o:** 303.297.2400  **m:** 720.308.4321  john.bernstein@kutakrock.com
**Stay Informed:**  Visit our COVID-19 and CARES Act Legal Resource Portal

This E-mail message is confidential, is intended only for the named recipients above and may contain information that is privileged, attorney work product or otherwise protected by applicable law. If you have received this message in error, please notify the sender at 402-346-6000 and delete this E-mail message. Thank you.