UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER EXTENDING TIME FOR DEBTOR TO ASSUME OR REJECT
NONRESIDENTIAL REAL PROPERTY LEASE PURSUANT TO BANKRUPTCY
CODE § 365(d)(4)
(5395 Pearl Parkway, Suite 200, Boulder, Colorado)**

Upon Consideration of the Debtors' Motion to Extend Time to Assume or Reject Nonresidential Real Property Leases Pursuant to Bankruptcy Code § 365(d)(4) (5395 Pearl Parkway, Suite 200, Boulder, Colorado) (the "Motion"), the Court having reviewed the Motion and finding good cause for granting the requested relief, the Court does

**HEREBY ORDER THAT:**

1.      The Motion is GRANTED.

2.      The date by which the Debtors are required to assume or reject the lease for the property located at 5395 Pearl Parkway, Suite 200, Boulder, Colorado is hereby extended for an additional 60 days, through and including December 28, 2020.


DONE and entered this _____ day of _____, 2020 at Denver, Colorado, effective October 29, 2020.

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge