<div style="text-align:center">

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

</div>

| | |
|---|---|
| In re: <br><br> Sklar Exploration Company, LLC, <br> Debtor. | Case No. 20-12377 EEB <br> Chapter 11 |
| In re: <br><br> Sklarco, LLC, <br> Debtor. | Case No. 20-12380 EEB <br> Chapter 11 |
| | **Joint Administered Under-** <br> **Case No. 20-12377 EEB** |

**WITHDRAWAL OF LIMITED OBJECTION OF JF HOWELL INTERESTS, LP
TO THE DEBTORS' MOTION TO ASSUME NONRESIDENTIAL
<u>REAL PROPERTY MINERAL LEASES</u>**

**NOW INTO COURT**, through undersigned counsel, comes JF Howell Interests, LP ("Howell Interests"), a creditor and party in interest, who hereby withdraws its "Limited Objection to the Motion to Assume Nonresidential Real Property Mineral Leases" filed October 27, 2020 [Doc. #639] due to the "Supplement To Motion to Assume Nonresidential Real Property Mineral Leases Pursuant to 11 U.S.C. 365" filed by Debtors on October 28, 2020 [Doc. #640] which filing cures the issues raised by Howell Interests in its limited objection.

Dated: October 30, 2020

<div style="margin-left:50%">

Respectfully submitted,

BRADLEY MURCHISON KELLY & SHEA LLC

By:   /s/ David R. Taggart

</div>

- 1 -

- 2 -

      David R. Taggart (Texas Bar # 00793102)
401 Edwards Street, Suite 1000
Shreveport, Louisiana 71101
Telephone: (318) 227-1131
Facsimile: (318) 227-1141

Email: dtaggart@bradleyfirm.com

**- - Attorneys for JF Howell Interests, LP**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed on October 30, 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  /s/ David R. Taggart
                                               OF COUNSEL