UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING MOTION TO ASSUME NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365**

Upon Consideration of the Debtors' Motion to Assume or Reject Nonresidential Real Property Leases Pursuant 11 U.S.C. § 365 (the "Motion"), notice having been provided and no objections having been received, the Court having reviewed the Motion and finding good cause for granting the requested relief, the Court does

**HEREBY ORDER THAT:**

1. The Motion is GRANTED.

2. Sklarco, LLC ("Sklarco") is authorized to assume the oil and gas leases identified at Docket No. 638, as may be supplemented or amended. Nothing herein shall be deemed a determination that any contract, agreement, document or instrument identified at Docket No. 638, as supplemented or amended, is in fact an executory contract or unexpired lease of any Debtor. This Order shall not be deemed to limit nor restrict the subsequent sale, assignment, or transfer of any contract, agreement, document or instrument upon approval by the Court as necessary, nor to affect or prejudice the rights, if any, of any party under sections 363, 365, or 1123 of the Bankruptcy or other applicable law pertaining to a subsequent sale, transfer, or assignment of any contract, agreement, document or instrument subject to this Order.

3. This Order is without prejudice to the rights of the working interest owners under the Unit Operating Agreements and Joint Operating Agreements (collectively, "JOAs") of the various properties to take such action as any such working interest owner deems appropriate under the JOAs or other applicable contractual rights in accordance with applicable bankruptcy

and non-bankruptcy law, including but not limited to, seeking to compel SEC to assume or reject one or more JOAs, exercising their rights under the JOAs, or seeking to enforce any rights under the JOAs against any other working interest owner, including Sklarco or SEC as operator.

4. With regard to Sklarco, this Order shall not prejudice the ownership rights of any co-owner with Sklarco in any such oil & gas leases under governing law or the rights of any working interest owners under the JOAs to enforce the terms of the JOAs in accordance with the terms contained therein, and in accordance with applicable bankruptcy and non-bankruptcy law.

5. Nothing in this Order shall be construed as reviving any mineral or oil and gas lease that has terminated by its own terms prior to filing the voluntary petition for relief.

Dated: October 30, 2020

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge