| **Fill in this information to identify your case** | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: SKLAR EXPLORATION COMPANY, LLC, *et al.* | Case #: | 20-12377-EEB |
| First Name       Middle Name       Last Name | | |
| Debtor 2: | Chapter: | 11 |
| First Name       Middle Name       Last Name | | |

## Local Bankruptcy Form 9013-1.4
## Movant's Certificate of Contested Matter and Request for Hearing

**Complete applicable sections.**

| Part 1 | Certificate and Request for Hearing |
|---|---|

On October 7, 2020, Sklar Exploration Company, LLC and Sklarco, LLC (the "Movants"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled Motion to Approve Global Settlement Agreement to Resolve Adversary Proceedings (the "Motion") at docket no. 591.  Movant hereby certifies that the following is true and correct:

1.  Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Loal Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on October 7, 2020.
2.  Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on October 12, 2020.

3.  Objections and requests for hearing on the motion/application have been filed by the following party/parties:
    a.   JF Howell Interests, LP (Docket No. .641)

4.  Movant certifies that it has conferred with the objecting party to resolve the limited objection, however, the parties have not been able to come to an agreement.

5.  The docket numbers for each of the following relevant documents are:
    a.   the Motion and all documents attached thereto and served therewith, docket no. 591;
    b.   the Notice, docket no. 592 and 593;
    c.   the Certificate of Service of the Motion and Notice, docket nos. 591 and 604;
    d.   the Proposed Order, docket no. 591; and
    e.   the Objection to the Motion, docket no. 641.

6.  Resolution of this contested matter will require a determination of a legal issue.  Movant estimates the hearing will proceed as follows:
    a.   The hearing is anticipated to take 1.5 hours;
    b.   To the extent an evidentiary hearing is necessary, the Movant anticipates 2 witness;
    c.   the Movant does not anticipate the use of expert testimony; and
    d.   the Movant does not anticipate that any discovery will be required..

Accordingly, Movant requests that the Court set this matter for hearing pursuant to L.B.R. 9013-1.

| Part 2 | **Signature of Movant's Attorney or Movant (if unpresented)** |

DATED: November 6, 2020                    Respectfully submitted,

                             By:    */s/ Keri L. Riley*

                                       Lee M. Kutner #10966

                                       Keri L. Riley #47605

                                       **KUTNER BRINEN, P.C.**

                                       1660 Lincoln Street, Suite 1850

                                       Denver, CO 80264

                                       Telephone: (303) 832-2400

                                       Facsimile: (303) 832-1510

                                       Email:  klr@kutnerlaw.com