# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

## ORDER AND NOTICE OF NON-EVIDENTIARY HEARING

**IT IS HEREBY ORDERED** that a non-evidentiary hearing on the Debtors' Motion to Approve Global Settlement Agreement to Resolve Adversary Proceedings and the objection filed by JF Howell Interests, LP are set for a non-evidentiary telephonic hearing on **Monday, November 23, 2020, at 10:00 a.m.** in the United States Bankruptcy Court for the District of Colorado.

Parties shall appear telephonically by calling the Court prior to the hearing at 1-888-684-8852.  The meeting access code is **345 4024** followed by the # sign.  Please state your name clearly.  Please stay on the line until the court operator takes the roll call and the hearing begins. **The Court will not contact parties by telephone.  If a party has not called in to the conference line or is not present in court, it will be deemed a failure to appear, and be subject to imposition of sanctions as appropriate.**

DATED this 6th day of November, 2020.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge