## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) | |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |
| | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor-in-Possession. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Timothy M. Swanson and the Law Offices of Moye White LLP ("**MW**")[1] hereby enters his appearance as counsel for the *Ad Hoc* Committee of Working Interest Holders of Sklar Exploration Company, LLC and Sklarco, LLC (the "***Ad Hoc Committee***"), in the above referenced bankruptcy case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and such counsel hereby requests, pursuant to Rules 2002, 3017, 9007 and 9010 of the Bankruptcy Rules and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings given or filed in this case, be given and served upon it at the following address, telecopy, e-mail and telephone numbers:

---

[1] In addition to representing the *Ad Hoc* Committee, MW along with Craig M. Geno of the Craig M. Geno Law Firm, PLLC, also represents Alabama Oil Company, Apple River Investments and Kudzu Oil Properties, LLC.

4828-2392-2129.1

Timothy M. Swanson
MOYE WHITE LLP
1400 16th Street, Suite 600
Denver, CO 80206
Tel: (303) 292-7954
Fax: (303) 291-4510
tim.swanson@moyewhite.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plan or plans of reorganization or liquidation, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, courier service, telegraph, telephone, e-mail,  facsimile, telex, or otherwise, that affect the above-captioned debtors or the debtors' estates.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to waive and shall not constitute a waiver of (i) the *Ad Hoc* Committee's right to have final orders in non-core matters entered only after de novo review by a District Court; (ii) the *Ad Hoc* Committee's right to a jury trial in any proceedings so triable herein, or in any case, controversy, or proceeding related hereto; (iii) the *Ad Hoc* Committee's right to request to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the *Ad Hoc* Committee is or may be entitled to under agreements, documents or instruments, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

2

Dated: November 6, 2020.        Respectfully submitted,

By:   /s/Timothy M. Swanson
Timothy M. Swanson
MOYE WHITE LLP
1400 16th Street, Suite 600
Denver, CO 80206
Tel: (303) 292-7954
Fax: (303) 291-4510
tim.swanson@moyewhite.com

*Counsel to the Ad Hoc Committee of Working Interest Owners of Sklar Exploration Company, LLC and Sklarco, LLC*

## Certificate of Service

I hereby certify that on this 6th day of November 2020, I caused the foregoing *Notice of Appearance and Request for Notice* to be served *via* CM/ECF to all parties that have filed electronic appearances and requested service in this case.


                                                *s/Timothy M. Swanson*
                                                Timothy M. Swanson