IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SKLAR EXPLORATION COMPANY, LLC ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 ) | |
| ) | Chapter 11 |
| Debtor-in-Possession. ) | |
| ) | |
| ) | |
| IN RE: ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
| ) | Chapter 11 |
| ) | |
| ) | |
| Debtor-in-Possession. ) | |

**VERIFIED STATEMENT PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the law firms of Moye White LLP ("**MW**") and The Craig M. Geno Firm, PLLC ("**CMG**", together with MW, the "**Firms**"), hereby submit this verified statement (the "**Verified Statement**") in connection with the Firms' joint representation of the *Ad Hoc* Committee of Working Interest Owners of Sklar Exploration Company, LLC and Sklarco, LLC (the "***Ad Hoc* Committee**").[1]

1.     The present members of the *Ad Hoc* Committee are working interest holders and, thus, hold disclosable economic interests in certain of the Debtors' estates and assets. Pursuant to

---

[1] In addition to the *Ad Hoc* Committee, the Firms jointly represent Alabama Oil Company, Apple River Investments, LLC, and Kudzu Oil Properties, LLC (the "**Kudzu Parties**"). The Kudzu Parties are presently not members of the *Ad Hoc* Committee.

1

Bankruptcy Rule 2019, attached hereto as <u>Exhibit A</u> is a list of the names, addresses, and "the nature and amount of each disclosable economic interest" held by each present member of the *Ad Hoc* Committee. *See* Fed. R. Bankr. P. 2019(c). The information contained in <u>Exhibit A</u> is based upon information provided to the Firms by the members of the *Ad Hoc* Committee and is subject to change.

2. On or about October 28, 2020, the *Ad Hoc* Committee retained the Firms to represent them in connection with the *Ad Hoc* Committee's interests as working interest owners. Each member of the *Ad Hoc* Committee, in its capacity as such, is aware of, has requested and consented to the Firm's representation of the *Ad Hoc* Committee.

3. No member of the *Ad Hoc* Committee represents or purports to represent any other entities in connection with these chapter 11 cases.

4. Nothing contained in this Verified Statement or <u>Exhibit A</u> shall be construed as a limitation upon, or waiver of, any rights of any member of the *Ad Hoc* Committee to assert, file and/or amend its proofs of claims or interests in accordance with applicable law and any orders entered in these chapter 11 cases. The information contained herein is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other purpose.

5. The Firms do not hold any claims against, or interests in, the Debtors.

6. The Firms will amend or supplement this Verified Statement as necessary to comply with Bankruptcy Rule 2019.

**[INTENTIONAL PAGE BREAK – SIGNATURE PAGE FOLLOWS]**

4849-6202-7729.1

Dated: November 6th, 2020.  Respectfully submitted,

**AD HOC COMMITTEE OF WORKING INTEREST OWNERS OF SKLAR EXPLORATION COMPANY, LLC, AND SKLARCO, LLC**

By:  /s/Timothy M. Swanson
Timothy M. Swanson (Colorado No. 47267)
MOYE WHITE LLP
1400 16th Street, 6th Floor
Denver, Colorado 80202-1486
Tel: (303) 292-2900
Fax: (303) 292 4510
Tim.Swanson@moyewhite.com
*Counsel to the Ad Hoc Committee of Working Interest Owners of Sklar Exploration Company, LLC and Sklarco, LLC*

--and--

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, Mississippi 39157
Tel: (601) 427-0048
Fax: (601) 427-0050
cmgeno@cmgenolaw.com
*Counsel to the Ad Hoc Committee of Working Interest Owners of Sklar Exploration Company, LLC and Sklarco, LLC*

4849-6202-7729.1

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 6th day of November 2020, I caused the foregoing ***Verified Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure*** to be served *via* CM/ECF to all parties that have filed electronic appearances and requested service in this case.

                */s/Timothy M. Swanson*
                Timothy M. Swanson

4849-6202-7729.1

**Exhibit 1**

**Members of the *Ad Hoc* Committee of Working Interest Owners**

| Member | Address | Disclosable Economic Interest |
|---|---|---|
| JF Howell Interests, LP | 350 North St. Paul Street, Suite 2900 Dallas, Texas 75201 | Working Interest Owner |
| McCombs Energy, Ltd. | 750 East Mulberry Avenue, Suite 403 San Antonio, Texas 78212 | Working Interest Owner |
| Pruet Production Co. | 217 West Capital Street, Suite 201 Jackson, Mississippi 39201 | Working Interest Owner |

4849-6202-7729.1