# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) | |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | |

**ORDER GRANTING *AD HOC* COMMITTEE OF WORKING INTEREST OWNERS' *EX PARTE* MOTION FOR: (I) A SEPARATE RULE 2004 EXAMINATION OF DEBTORS SKLAR EXPLORATION COMPANY, LLC, AND SKLARCO, LLC; AND (II) JOINDER IN PENDING RULE 2004 EXAMINATIONS**

This matter having come before the Court upon the *Ad Hoc* Committee of Working Interest Owners of Debtor Sklar Exploration Company, LLC (the "***Ad Hoc* Committee**"), for their *Ex Parte* Motion for: (I) A Separate Rule 2004 Examination of Debtors Sklar Exploration Company, LLC, and Sklarco, LLC; and (II) Joinder in Pending Rule 2004 Examinations (the "**Motion**");[1] the Court having jurisdiction to consider the Motion; and upon consideration of the Motion; and due and appropriate notice having been given and no further notice being needed; and upon the proceedings before the Court; and good and sufficient cause having been shown; it is hereby

---

[1] Capitalized terms not expressly defined herein shall have the meanings ascribed to them in the Motion.

1

4825-9326-9200.2

2

**ORDERED**:

1. The Motion is granted;

2. The Debtors, Sklar Exploration Company, LLC ("**SEC**"), and Sklarco, LLC ("**Sklarco**" collectively with SEC, the "**Debtors**"), shall each individually respond to and produce documents to the *Ad Hoc* Committee in response to the Request for Documents, attached as <u>Exhibit 1</u> to the Motion, within fourteen (14) days after service of a copy of this Order and any subpoena issued pursuant thereto;

3. The Debtors shall make themselves available for deposition by the *Ad Hoc* Committee on the topics set forth on <u>Exhibit 1</u> to the Motion promptly after the receipt of all documents produced in connection with any subpoena issued pursuant to this Order;

4. The *Ad Hoc* Committee is authorized to issue a subpoena, pursuant to Fed. R. Civ. P. 45 as incorporated by Fed. R. Bankr. P. 9016, for the documents requested on <u>Exhibit 1</u> to the Motion and to command the Debtors to appear for a deposition;

5. The *Ad Hoc* Committee is authorized to appear at the Pending Rule 2004 Examinations of the Debtors (*see* Docket Nos. 585, 586, 589, 590, 605, 606, 619, and 631) and Notice of Pending Rule 2004 Examinations (Docket Nos. 636 and 637), as may be amended by the Committee) and to examine all witnesses on the topics already requested by the movants thereof;

6. The Debtors and Howard Sklar are ordered to produce all documents previously produced in connection with the Pending Rule 2004 Examinations to the *Ad Hoc* Committee within three (3) business days after entry of this Order;

7. This Order shall be effective and enforceable immediately upon entry;

8. This Court retains jurisdiction with respect to any matters or disputes arising from or related to the implementation of this Order; and

9. This Order is without prejudice to the ability of the *Ad Hoc* Committee to request from the Court further discovery from the Debtors or any other persons or entities.

DATED: November __, 2020

                                                       _____
                                                       Honorable Elizabeth E. Brown
                                                       United States Bankruptcy Judge

4825-9326-9200.2