# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:  ) | |
| ) | Case No. 20-12377 EEB |
| SKLAR EXPLORATION COMPANY, LLC  ) | |
| EIN: 72-1417930  ) | Chapter 11 |
| ) | |
| Debtor.  ) | |
| ) | |
| ) | Case No. 20-12380 EEB |
| SKLARCO, LLC  ) | |
| EIN: 72-1425432  ) | Chapter 11 |
| ) | |
| Debtor.  ) | |
| ) | |

## ORDER GRANTING MOTION FOR 2004 EXAMINATION

On November 11, 2020, Fant Energy Limited ("Movant") filed its Second Ex Parte Motion for Examination of Debtors Pursuant to Fed. R. Bankr. P. 2004 and L.B.R. 2004-1 ("Motion"). The Court, having considered the Motion, hereby

ORDERS that the Movant is authorized to conduct the examination pursuant to Fed. R. Bankr. P. 2004 and L.B.R. 2004-1; and

FURTHER ORDERS that Movant may compel the attendance of witnesses and production of documents in the manner prescribed by Fed. R. Bankr. P. 2004 and 9016.

Dated this _____ day of November, 2020.

BY THE COURT:

Honorable Elizabeth E. Brown
United States Bankruptcy Judge

112787041.1