IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC, *et al.*,[1]<br><br>Debtors. | § § Chapter 11<br>§<br>§<br>§<br>§ Case No. 20-12377-EEB<br>§<br>§<br>§ (Jointly Administered) |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' AMENDED
NOTICE OF RULE 2004 EXAMINATION OF
<u>SKLAR EXPLORATION COMPANY, LLC AND SKLARCO, LLC</u>**

PLEASE TAKE NOTICE, that pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and Bankruptcy Local Rule 2004-1, the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Sklar Exploration Company, LLC ("<u>SEC</u>"), appointed in the above-captioned, jointly administered bankruptcy cases of the SEC and Sklarco, LLC, (collectively, with SEC, the "<u>Debtors</u>"), files and serves this Notice of Rule 2004 Examination of Sklar Exploration Company, LLC and Sklarco, LLC.

By agreement with the Debtors, the Committee, along with Fant Energy Limited ("<u>Fant Energy</u>"), JF Howell Interests, LP ("<u>Howell Interest</u>"), and any other parties authorized by Court order or by agreement with the Committee and the Debtors, intends to conduct the examination on November 24, 2020, at 9:30 a.m. (MST), via Zoom. The examination will continue from day to day until completed.

The subjects of the examination are those stated in the Committee's *Ex Parte Motion for Examination of Debtors Pursuant to Fed. R. Bankr. P. 2004 and Local Bankr. R. 2004-1* [Dkt. No.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

4847-1559-2145v.1

577]; Howell Interests' *Ex Parte Motion for Examination of Debtors Pursuant to Fed. R. Bankr. P. 2004 and Local Bankr. R. 2004-1* [Dkt. No. 588]; and Fant Energy's *Ex Parte Motion for Examination of Debtors Pursuant to Fed. R. Bankr. P. 2004 and Local Bankr. R. 2004-1* [Dkt. No. 602] (collectively, the "2004 Motions"), including, but not limited to, Debtors' prepetition operations, assets, and liabilities, intercompany transaction with both debtor and non-debtor affiliates, as well as any transactions with Howard Sklar, any insider connected to Howard Sklar, and the various trusts.

Dated: November 11, 2020                Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Christopher D. Johnson*
Christopher D. Johnson
Texas Bar No. 24012913
Ross H.. Parker
Texas Bar No. 24007804
Grant M. Beiner
Texas Bar No. 24116090
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone: (713) 222-1470
Facsimile: (713) 222-1475
cjohnson@munsch.com
rparker@munsch.com
gbeiner@munsch.com

**COUNSEL FOR
THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on November 11, 2020.

*/s/ Grant M. Beiner*
Grant M. Beiner

4847-1559-2145v.1