IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | § <br> § Chapter 11 <br> § <br> SKLAR EXPLORATION COMPANY, § <br> LLC, *et al.*,[1] § Case No. 20-12377-EEB <br> § <br> § <br> Debtors. § (Jointly Administered) |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' AMENDED NOTICE OF
RULE 2004 EXAMINATION OF HOWARD SKLAR**

PLEASE TAKE NOTICE, that pursuant to Rule 2004 and 9016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Bankruptcy Rule 2004-1, the Official Committee of Unsecured Creditors (the "Committee") of Sklar Exploration Company, LLC ("SEC"), appointed in the above-captioned, jointly administered bankruptcy cases of SEC and Sklarco, LLC (collectively, with SEC, the "Debtors"), files and serves this Notice of Rule 2004 Examination of Howard Sklar.

By agreement with the Debtors, the Committee, along with Fant Energy Limited ("Fant Energy"), JF Howell Interests, LP ("Howell Interest"), and any other parties authorized by Court order or by agreement with the Committee and the Debtors, intends to conduct the examination on November 24, 2020, at 9:30 a.m. (MST), via Zoom. The examination will continue from day to day until completed.

The subjects of the examination are those stated in the Committee's *Ex Parte Motion for Examination of Howard Sklar Pursuant to Fed. R. Bankr. P. 2004 and Local Bankr. R. 2004-1*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

4834-2132-1681v.1

[Dkt. No. 578]; Howell Interests' *Ex Parte Motion for Examination of Howard Sklar Pursuant to Fed. R. Bankr. P. 2004 and Local Bankr. R. 2004-1* [Dkt. No. 587]; and Fant Energy's *Ex Parte Motion for Examination of Debtors Pursuant to Fed. R. Bankr. P. 2004 and Local Bankr. R. 2004-1* [Dkt. No. 603] (collectively, the "2004 Motions"), including, but not limited to, prepetition operations of the Debtors, as well as the Debtors' transactions with Howard Sklar and various related corporate entities, trusts, individuals and other insiders.

Dated: November 11, 2020

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By:  */s/ Christopher D. Johnson*
Christopher D. Johnson
Texas Bar No. 24012913
Ross H.. Parker
Texas Bar No. 24007804
Grant M. Beiner
Texas Bar No. 24116090
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone: (713) 222-1470
Facsimile: (713) 222-1475
cjohnson@munsch.com
rparker@munsch.com
gbeiner@munsch.com

**COUNSEL FOR
THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on November 11, 2020.

 */s/ Grant M. Beiner*
Grant M. Beiner