United States Bankruptcy Court
District of Colorado

In re:  Case No. 20-12377-EEB
Sklar Exploration Company, LLC  Chapter 11
Sklarco, LLC
    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 1082-1 | User: admin | Page 1 of 8 |
|---|---|---|
| Date Rcvd: Nov 09, 2020 | Form ID: 245 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Sklar Exploration Company, LLC, Sklarco, LLC, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301-2541 |
| aty | + | Benjamin Y. Ford, RSA Tower, 27th Floor, 11 North Water Street, Mobile, AL 36602-3809 |
| aty | + | Cook, Yancey, King & Galloway, APLC, 333 Texas Street, Suite 1700, P.O. Box 22260, Shreveport, LA 71120-2260 |
| cr | + | AEEC II, LLC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | AEH Investments, LLC, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| cr | + | Anderson Exploration Energy Company, LC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Baker Hughes Holdings, LLC FKA Baker Hughes, a GE, C/O Christopher J. Ryan, 17021 Aldine Westfield Road, Houston, TX 77073-5101 |
| cr | + | Barbara P Lawrence, 55 Hill Circle, Evergreen, CO 80439-4618 |
| cr | + | Barnette & Benefield, Inc., PO Box 550, Haynesville, LA 71038-0550 |
| cr | + | Bundero Investment Company, LLC, 401 Edwards Street, Suite 820, Shreveport, LA 71101-5521 |
| cr | + | Estate of Pamela Page, Deceased, P.O. Box 374, Evergreen, CO 80437-0374 |
| cr | + | Franks Exploration Company, LLC, P.O. Box 7655, Shreveport, LA 71137-7655 |
| cr | + | Hughes Oil South, LLC, P.O. Box 608, Oxford, MS 38655-0608 |
| cr | + | I & L Miss I, LP, 4761 Frank Luck Dr, Addison, TX 75001-3202 |
| cr | + | J&A Harris, LP, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| cr | + | John H. Smith, c/o Quitman Tank Solutions, LLC, PO Box 90, Quitman, MS 39355-0090 |
| cr | + | KMR Investments, LLC, P.O. Box 417, Homer, LA 71040-0417 |
| cr | + | Kingston, LLC, 2790 South Thompson Street, Suite 102, Springdale, AR 72764-6303 |
| cr | + | Kodiak Gas Services, LLC, 15320 Hwy. 105, Suite 210, Montgomery, TX 77356-2602 |
| cr | + | Pickens Financial Group, LLC, 10100 N. Central Expressway, Suite 200, Dallas, TX 75231-4169 |
| cr | + | Stoneham Drilling Corporation, c/o Bradley, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | + | Sugar Oil Properties, L.P., 625 Market Street, Suite 100, Shreveport, LA 71101-5392 |
| cr | + | TCP Cottonwood, L.P., 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Tauber Exploration & Production Company, 55 Waugh Drive, Suite 700, Houston, TX 77007-5837 |
| intp | | The Juneau Group, 2386A Rice Blvd. #232, Houston, TX 77005 |
| 18754408 | + | Anderson Investment Holdings, LP, AEEC II, LLC, 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754411 | + | Apple River Investments, L.L.C., Attn Robert M. Boeve, President, 1503 Garfield Road North, Traverse City, MI 49696-1111 |
| 18754484 | + | East West Bank Treasury Department, 135 North Los Robles Avenue, Suite 600, ATTN Linda Cox, Pasadena, CA 91101-4549 |
| 18754510 | + | FPCC USA, Inc., 245 Commerce Green Blvd, Ste 250, Sugar Land, TX 77478-3760 |
| 18754497 | + | Fant Energy Limited, P.O. Box 55205, Houston, TX 77255-5205 |
| 18754529 | + | H&H Construction, LLC, Ladon E. Hall, Sole Manager, P.O. Box 850, Flomaton, AL 36441-0850 |
| 18754560 | | JD Fields & Company, Inc., P.O. Box 134401, Houston, TX 77219-4401 |
| 18754567 | + | JJS Working Interest LLC, 2001 Kirby Dr, Suite 1110, Houston, TX 77019-6081 |
| 18754578 | + | Kelley Brothers Contractors, Inc., P.O. Drawer 1079, Waynesboro, MS 39367-1079 |
| 18754588 | + | Kudzu Oil Properties, LLC, 300 Concourse Blvd, Suite 101, Ridgeland, MS 39157-2091 |
| 18754598 | | Lucas Petroleum Group, Inc., 327 Congress Avenue, Suite 500, Austin, TX 78701-3656 |
| 18754612 | + | Meritage Energy, Ltd., C/O BKD, LLP, 2700 Post Oak Blvd, Ste 1500, Houston, TX 77056-5829 |
| 18754613 | | Mesa Fluids, LLC, c/o Juno Financial, P.O. Box 173928, Denver, CO 80217-3928 |
| 18754664 | | Pro-Tek Field Services, LLC, P.O. Box 919269, Dallas, TX 75391-9269 |
| 18754666 | + | Pruet Oil Company, LLC, 217 West Capitol St. Ste 201, Jackson, MS 39201-2099 |
| 18754673 | + | Rapad Well Service Co., Inc., 217 West Capitol Street, Jackson, MS 39201-2004 |
| 18754720 | + | Stoneham Drilling Corporation, 707 17th Street, Suite 3250, Denver, CO 80202-3433 |
| 18754721 | # | Strago Petroleum Corporation, 3209 Hamm Road, Pearland, TX 77581-5503 |

| District/off: 1082-1 | User: admin | Page 2 of 8 |
|---|---|---|
| Date Rcvd: Nov 09, 2020 | Form ID: 245 | Total Noticed: 49 |

| | | |
|---|---|---|
| 18754735 | + | TCP Cottonwood, L.P., 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754760 | + | Union Oilfield Supply, Inc., 12 John Dykes Road, Waynesboro, MS 39367-8371 |

TOTAL: 45

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: cmccord@mccordprod.com | Nov 09 2020 23:07:00 | CTM 2005, Ltd., 55 Waugh Drive, Suite 515, Houston, TX 77007-5840 |
| cr | + Email/PDF: dor_tac_bankruptcy@state.co.us | Nov 09 2020 23:21:05 | Colorado Department Of Revenue, 1375 Sherman St., Room 504, Attention Bankruptcy Unit, Denver, CO 80261-3000 |
| cr | + Email/Text: bankruptcy@coag.gov | Nov 09 2020 23:09:00 | Colorado Department of Law, 1300 Broadway, 8th Floor, Denver, CO 80203-2104 |
| cr | Email/Text: tim.swanson@moyewhite.com | Nov 09 2020 23:08:00 | Kudzu Oil Properties, LLC, c/o Timothy M. Swanson, Moye White LLP, 1400 16th Street, 6th Floor, Denver, CO 80202 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Hall Management, LLC, 4913 Oak Point Drive |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2020          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy Vazquez | on behalf of Creditor FPCC USA  Inc. avazquez@joneswalker.com |
| Andrew James Shaver | on behalf of Creditor Premium Oilfield Services  LLC ashaver@bradley.com |
| Armistead Mason Long | on behalf of Creditor Pine Island Chemical Solutions  L.L.C. along@gamb.law |
| Barnet B Skelton, Jr | on behalf of Creditor Tauber Exploration & Production Company barnetbjr@msn.com |
| Barnet B Skelton, Jr | |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 3 of 8 |
| Date Rcvd: Nov 09, 2020 | Form ID: 245 | Total Noticed: 49 |

Barnet B Skelton, Jr
    on behalf of Creditor Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor MER Energy LTD barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor I & L Miss I LP barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor MR Oil & Gas LLC barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor The Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor Pickens Financial Group LLC barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor CTM 2005 Ltd. barnetbjr@msn.com

Belinda Harrison
    belindapittsharrison@gmail.com belindapittsharrison@gmail.com

Brent R. Cohen
    on behalf of Creditor Fant Energy Limited bcohen@lrrc.com brent-cohen-8759@ecf.pacerpro.com,cmarquez@lrrc.com

Brian Rich
    on behalf of Creditor Fletcher Exploration LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich
    on behalf of Creditor Fletcher Petroleum Company LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich
    on behalf of Creditor Fletcher Petroleum Corp. brich@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com

Bryce Suzuki
    on behalf of Creditor East-West Bank bryce.suzuki@bclplaw.com tina.daniels@bclplaw.com

Casey Carlton Breese
    on behalf of Creditor The Southeast Alabama Gas District cbreese@wsmtlaw.com lhayter@wsmtlaw.com

Casey Carlton Breese
    on behalf of Plaintiff Southeast Alabama Gas District cbreese@wsmtlaw.com lhayter@wsmtlaw.com

Christopher Meredith
    on behalf of Attorney Copeland Cook, Taylor & Bush, P.A. cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher Meredith
    on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher Meredith
    on behalf of Creditor PAR Minerals Corporation cmeredith@cctb.com bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher Meredith
    on behalf of Creditor Coastal Exploration Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher D. Johnson
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors cjohnson@munsch.com scurry@munsch.com

Christopher M. Crowley
    on behalf of Creditor Liquid Gold Well Service Inc. ccrowley@fncmlaw.com

Craig K. Schuenemann
    on behalf of Creditor East-West Bank craig.schuenemann@bryancave.com alicia.berry@bryancave.com,44Team_DEN@bryancave.com

Craig M. Geno
    on behalf of Creditor Alabama Oil Company cmgeno@cmgenolaw.com kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

Craig M. Geno
    on behalf of Creditor Kudzo Oil Properties LLC cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

Craig M. Geno
    on behalf of Creditor Apple River Investments LLC cmgeno@cmgenolaw.com,

| | |
|---|---|
| | kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com |
| Daniel L. Bray | |
| | on behalf of Creditor Weatherford U.S. L.P. daniel.bray@huschblackwell.com, ann.stolfa@huschblackwell.com;LegalSupportTeam-Litigation-DEN@huschblackwell.com;daniel-bray-5348@ecf.pacerpro.com |
| David M. Miller | |
| | on behalf of Creditor Bri-Chem Supply Corp. LLC dmiller@spencerfane.com, nschacht@spencerfane.com |
| David R Taggart | |
| | on behalf of Creditor JF Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com |
| David R Taggart | |
| | on behalf of Creditor JH Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com |
| Deanna L. Westfall | |
| | on behalf of Creditor Colorado Department Of Revenue deanna.westfall@coag.gov bncmail@w-legal.com |
| Duane Brescia | |
| | on behalf of Creditor Lucas Petroleum Group Inc. dbrescia@clarkhill.com, kalexander@clarkhill.com;djaenike@clarkhill.com |
| Duane Brescia | |
| | on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com kalexander@clarkhill.com;djaenike@clarkhill.com |
| Duane Brescia | |
| | on behalf of Creditor Seitel Data Ltd. dbrescia@clarkhill.com, kalexander@clarkhill.com;djaenike@clarkhill.com |
| Eric Lockridge | |
| | on behalf of Creditor Sugar Oil Properties L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com |
| Eric Lockridge | |
| | on behalf of Creditor Anderson Exploration Energy Company L.C. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com |
| Eric Lockridge | |
| | on behalf of Creditor Anderson Exploration Energy Company LC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com |
| Eric Lockridge | |
| | on behalf of Creditor TCP Cottonwood L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com |
| Eric Lockridge | |
| | on behalf of Creditor AEEC II LLC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com |
| Glenn Taylor | |
| | on behalf of Creditor Coastal Exploration Inc. gtaylor@cctb.com |
| Glenn Taylor | |
| | on behalf of Creditor PAR Minerals Corporation gtaylor@cctb.com |
| Glenn Taylor | |
| | on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. gtaylor@cctb.com |
| Grant Matthew Beiner | |
| | on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbeiner@munsch.com |
| James B. Bailey | |
| | on behalf of Creditor Stoneham Drilling Corporation jbailey@bradley.com ashaver@bradley.com,jbailey@ecf.courtdrive.com |
| Jeffery Dayne Carruth | |
| | on behalf of Creditor Halliburton Energy Services Inc. jcarruth@wkpz.com |
| Jeffrey S. Brinen | |
| | on behalf of Debtor Sklar Exploration Company LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com |
| Jeffrey S. Brinen | |
| | on behalf of Debtor Sklarco LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com |
| Jennifer Hardy | |
| | on behalf of Creditor JJS Interests Steele Kings LLC jhardy2@willkie.com, mao@willkie.com |
| Jennifer Hardy | |
| | on behalf of Creditor JJS Working Interests LLC jhardy2@willkie.com, mao@willkie.com |
| Jennifer Hardy | |
| | on behalf of Creditor JJS Interests Escambia LLC jhardy2@willkie.com, mao@willkie.com |
| Jennifer Norris Soto | |
| | on behalf of Creditor Barnette & Benefield Inc. jennifersoto@arklatexlaw.com, curtisshelton@arklatexlaw.com,stephanieparker@arklatexlaw.com |
| Jenny M.F. Fujii | |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 5 of 8 |
| Date Rcvd: Nov 09, 2020 | Form ID: 245 | Total Noticed: 49 |

on behalf of Defendant Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii

on behalf of Debtor Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii

on behalf of Cross-Claimant Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii

on behalf of Debtor Sklarco LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jeremy L Retherford

on behalf of Creditor RAPAD Well Service Co. Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford

on behalf of Creditor Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford

on behalf of Creditor Pruet Oil Company LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford

on behalf of Interested Party Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com

Jim F Spencer, Jr

on behalf of Creditor Landmark Exploration LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr

on behalf of Creditor Lexington Investments LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr

on behalf of Creditor Landmark Oil and Gas LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr

on behalf of Creditor Stone Development LLC jspencer@watkinseager.com, mryan@watkinseager.com

John Cornwell

on behalf of Creditor Committee The Official Committee of Unsecured Creditors jcornwell@munsch.com hvalentine@munsch.com

John Thomas Oldham

on behalf of Creditor Kodiak Gas Services LLC joldham@okinadams.com, bmoore@okinadams.com

Jordan B. Bird

on behalf of Creditor Bundero Investment Company LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Attorney Cook Yancey, King & Galloway, APLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor J&A Harris LP jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor Hughes Oil South LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor Franks Exploration Company LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor Hall Management LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor Kingston LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor AEH Investments LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor KMR Investments LLC jordan.bird@cookyancey.com

Joseph Eric Bain

on behalf of Creditor FPCC USA Inc. jbain@joneswalker.com, kvrana@joneswalker.com

Katherine A Ross

on behalf of Creditor Bureau of Land Management katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov

Katherine A Ross

on behalf of Creditor Office of Natural Resources Revenue katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov

Katherine Guidry Douthitt

on behalf of Creditor Dickson Oil & Gas L.L.C. kdouthitt@bwor.com

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 6 of 8 |
| Date Rcvd: Nov 09, 2020 | Form ID: 245 | Total Noticed: 49 |

Katherine Guidry Douthitt
    on behalf of Creditor C. Bickham Dickson III kdouthitt@bwor.com

Keri L. Riley
    on behalf of Debtor Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley
    on behalf of Debtor Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Kevin S. Neiman
    on behalf of Plaintiff Plains Marketing L.P. kevin@ksnpc.com

Kevin S. Neiman
    on behalf of Counter-Defendant Plains Marketing L.P. kevin@ksnpc.com

Kevin S. Neiman
    on behalf of Creditor Plains Marketing L.P. kevin@ksnpc.com

Kevin S. Neiman
    on behalf of Creditor Plains Gas Solutions LLC kevin@ksnpc.com

Lee M. Kutner
    on behalf of Debtor Sklar Exploration Company LLC lmk@kutnerlaw.com, vlm@kutnerlaw.com

Lee M. Kutner
    on behalf of Debtor Sklarco LLC lmk@kutnerlaw.com, vlm@kutnerlaw.com

Madison M. Tucker
    on behalf of Creditor FPCC USA Inc. mtucker@joneswalker.com

Matthew Okin
    on behalf of Creditor Kodiak Gas Services LLC mokin@okinadams.com

Matthew J. Ochs
    on behalf of Creditor Pruet Oil Company LLC mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J. Ochs
    on behalf of Creditor RAPAD Well Service Co. Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J. Ochs
    on behalf of Creditor Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com

Michael Niles
    on behalf of Creditor Fletcher Exploration LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles
    on behalf of Creditor Fletcher Petroleum Company LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles
    on behalf of Creditor Fletcher Petroleum Corp. mniles@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael D Rubenstein
    on behalf of Interested Party BPX Properties (NA) LP mdrubenstein@liskow.com

Michael D Rubenstein
    on behalf of Interested Party BP America Production Company mdrubenstein@liskow.com

Michael J. Guyerson
    on behalf of Creditor Estate of Pamela Page Deceased mike@kjblawoffice.com, celina@kjblawoffice.com;teresa@kjblawoffice.com

Michael J. Guyerson
    on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com celina@kjblawoffice.com;teresa@kjblawoffice.com

Paul Moss
    on behalf of U.S. Trustee US Trustee Paul.Moss@usdoj.gov

Robert Padjen
    on behalf of Creditor Colorado Department of Law Robert.padjen@coag.gov

Robert L Paddock
    on behalf of Creditor Strago Petroleum Corporation rpaddock@buckkeenan.com myers@buckkeenan.com

Robert L Paddock
    on behalf of Creditor Gateway Exploration LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock
    on behalf of Creditor Meritage Energy Ltd rpaddock@buckkeenan.com myers@buckkeenan.com

Robert L Paddock

Case:20-12377-MER Doc#:665 Filed:11/11/20 Entered:11/11/20 22:21:44 Page7 of 9

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 7 of 8 |
| Date Rcvd: Nov 09, 2020 | Form ID: 245 | Total Noticed: 49 |

| | |
|---|---|
| | on behalf of Creditor Harvest Gas Management LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Robert L Paddock | |
| | on behalf of Creditor GCREW Properties LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Ryan Lorenz | |
| | on behalf of Creditor Juno Financial LLC RLorenz@ClarkHill.com |
| Ryan Seidemann | |
| | on behalf of Creditor State of Louisiana Depatment of Natural Resources, Office of Mineral Resources seidemannr@ag.louisiana.gov |
| Ryco Exploration, LLC. | |
| | rsmith.ryco@att.net |
| Shay L. Denning | |
| | on behalf of Creditor I & L Miss I LP sdenning@mbssllp.com |
| Shay L. Denning | |
| | on behalf of Creditor MR Oil & Gas LLC sdenning@mbssllp.com |
| Shay L. Denning | |
| | on behalf of Creditor CTM 2005 Ltd. sdenning@mbssllp.com |
| Shay L. Denning | |
| | on behalf of Creditor Rudman Partnership sdenning@mbssllp.com |
| Shay L. Denning | |
| | on behalf of Creditor Pickens Financial Group LLC sdenning@mbssllp.com |
| Shay L. Denning | |
| | on behalf of Creditor MER Energy LTD sdenning@mbssllp.com |
| Shay L. Denning | |
| | on behalf of Creditor Tauber Exploration & Production Company sdenning@mbssllp.com |
| Stephen K. Lecholop, II | |
| | on behalf of Creditor McCombs Energy Ltd. slecholop@rpsalaw.com, amartinez@rpsalaw.com |
| Stephen K. Lecholop, II | |
| | on behalf of Creditor McCombs Exploration LLC slecholop@rpsalaw.com, amartinez@rpsalaw.com |
| Theodore J. Hartl | |
| | on behalf of Interested Party Louisiana Tower Operating LLC hartlt@ballardspahr.com blessingb@ballardspahr.com |
| Thomas H Shipps | |
| | on behalf of Creditor MER Energy LTD tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor Tauber Exploration & Production Company tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor I & L Miss I LP tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor The Rudman Partnership tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor Pickens Financial Group LLC tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor CTM 2005 Ltd. tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor MR Oil & Gas LLC tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor Rudman Partnership tshipps@mbssllp.com |
| Timothy C. Mohan | |
| | on behalf of Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Creditor Lufkin Industries LLC tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Creditor Baker Petrolite LLC tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Creditor GE Oil & Gas Pressure Control US tmohan@foley.com tim.mohan4@gmail.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 8 of 8 |
| Date Rcvd: Nov 09, 2020 | Form ID: 245 | Total Noticed: 49 |

| | |
|---|---|
| Timothy C. Mohan | on behalf of Creditor Baker Hughes Oilfield Operations LLC tmohan@foley.com  tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Cross Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com  tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Defendant Baker Hughes Oilfield Operations  Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor Baker Hughes Holdings  LLC FKA Baker Hughes, a GE Company LLC tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Cross Defendant Kelley Brothers Contractors  Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy M. Swanson | on behalf of Creditor Alabama Oil & Gas  LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Kudzu Oil Properties  LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company  LLC and Sklarco, LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Alabama Oil Company tim.swanson@moyewhite.com audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Kudzo Oil Properties  LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Apple River Investments  LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy Michael Riley | on behalf of Attorney Hopping Green & Sams timothyr@hgslaw.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 148

(COB 245 vo2004Exam)(02/11)

# IN THE UNITED STATES BANKRUPTCY COURT
**District of Colorado** ,
HONORABLE Elizabeth E. Brown

In re:

    Sklar Exploration Company, LLC
    Sklarco, LLC

Debtor(s)

Case No.:   20−12377−EEB
Chapter:    11

## ORDER GRANTING MOTION FOR 2004 EXAMINATION

On 11/6/2020 , Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company, LLC and Sklarco, LLC. ("Movant") filed a motion for examination under Rule 2004 ("Motion"). This court, having considered the Motion, hereby

ORDERS that the Movant is authorized to conduct an examination of Debtor Sklar Exploration Company, LLC, and Sklarco, LLC pursuant to Fed.R.Bankr.P 2004 and L.B.R. 2004−1; and

FURTHER ORDERS that Movant may compel the attendance of witnesses and production of documents in the manner prescribed by Fed.R.BankrP. 2004(c) and 9016.

Dated:  11/9/20

BY THE COURT:
s/ Elizabeth E. Brown
United States Bankruptcy Judge