UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|    Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|    Debtor. ) | |

## MOTION TO EXPAND AUTHORITY OF SPECIAL COUNSEL ARMBRECHT JACKSON, LLP

The Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together "Debtors"), by and through their attorneys, Kutner Brinen, P.C., move the Court for entry of an Order expanding the authority of Armbrecht Jackson, LLP ("Special Counsel") pursuant to 11 U.S.C. § 327(e), and support thereof states as follows:

1. The Debtors filed their voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code on April 1, 2020 ("Petition Date"). The Debtors remain Debtors-in-Possession.

2. The Debtors are limited liability companies engaged in business as an oil and gas operating company in the case of SEC and the holder of mineral interests, including oil and gas leases and non-operated working interests in the case of Sklarco.

3. On April 3, 2020, the Debtors filed an Application to Employ Armbrecht Jackson, LLP ("Application to Employ") seeking authorization to employ Special Counsel to represent the Debtor with respect to oil and gas issues, including but not limited to providing advice and legal representation with respect to the Debtors' ongoing operations, ownership and interest issues, and regulatory compliance with respective State and Federal Agencies. The Court entered an Order Granting the Application to Employ Armbrecht Jackson, LLP as Special Counsel on April 24, 2020 (Dkt. #168).

4. The Debtors now seek to expand the authority of Special Counsel so that Special Counsel is authorized to represent the Debtors regarding litigation matters, including without

limitation handling examinations and discovery requests issued pursuant to Fed.R.Bankr.P. 2004, and contested matters pursuant to Fed.R.Bankr.P. 9014.

5. Since October 1, 2020, three primary examinations pursuant to Fed.R.Bank.P. 2004 have been commenced by the Committee, the Tauber Group, and the *Ad Hoc* Committee of Working Interest Holders, with numerous parties joining in the various examinations. Each of the examinations included extensive requests for documents in addition to the documents.

6. Undersigned counsel has completed production of documents for the Committee's Rule 2004 examination, and has been diligently preparing for the examination with the Debtors. However, the additional time demands required to handle litigation and discovery matters are substantial during a time when undersigned counsel is currently focused on drafting a plan and disclosure statement for the Debtors.

7. Special Counsel's hourly rate and terms of retention remain the same as those disclosed in the Application to Employ.

8. Pursuant to the Affidavit of Benjamin Y. Ford attached to the Application to Employ as Exhibit 1, Special Counsel does not have an interest materially adverse to the Debtors or their estates on any matter for which it will be employed.

9. Special Counsel has previously represented the Debtors with respect to oil and gas issues, including but not limited to providing advice and legal representation with respect to the Debtors' ongoing operations, ownership and interest issues, and regulatory compliance with respective State and Federal Agencies. Thus, Special Counsel is already familiar with the Debtors' operations and several matters that are the subject of some of the Rule 2004 examinations. It is therefore in the best interest of the Debtors, their estates, and their creditors that Special Counsel's services be expanded to include the additional services as set forth herein.

**[remainder of page intentionally left blank]**

WHEREFORE, the Debtors request that the Court make and enter an Order expanding the authority for which Armbrecht Jackson, LLP was employed in these bankruptcy cases to include the additional services as set forth herein, and for such further and additional relief as to the Court may appear proper.

Dated: November 18, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By:*/s/ Jeffrey S. Brinen*
　　　　　　　　　　　　　　　　　　　　　　　Jeffrey S. Brinen, #20565
　　　　　　　　　　　　　　　　　　　　　　　Keri L. Riley, #47605
　　　　　　　　　　　　　　　　　　　　　　　**KUTNER BRINEN, P.C.**
　　　　　　　　　　　　　　　　　　　　　　　1660 Lincoln Street, Suite 1850
　　　　　　　　　　　　　　　　　　　　　　　Denver, CO 80264
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (303) 832-2400
　　　　　　　　　　　　　　　　　　　　　　　E-Mail: jsb@kutnerlaw.com