UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

## ORDER GRANTING MOTION TO EXPAND AUTHORITY OF SPECIAL COUNSEL ARMBRECHT JACKSON, LLP

THIS MATTER having come before the Court on the Debtors' Motion to Expand Authority of Special Counsel Armbrecht Jackson, LLP ("Motion") seeking to expand the services of Special Counsel is authorized to provide to the Debtors to include representation of the Debtors in litigation matters, including without limitation, handling examinations and discovery requests issued pursuant to Fed.R.Bankr.P. 2004 and contested matters pursuant to Fed.R.Bankr.P. 9014, the Court being satisfied that Special Counsel does not represent any interest materially adverse to the estate of the Debtors with respect to the matter upon which it is to be engaged, that its employment is necessary and in the best interests of the estate, good cause having been shown and no notice being required, does hereby

ORDER

That the Motion is GRANTED. Debtors are authorized to employ Armbrecht Jackson, LLP pursuant to 11 U.S.C. § 327(e) as special counsel with respect to those matters identified in the Motion. The fees and costs charged by Armbrecht Jackson, LLP remain subject to allowance or review by the Court in accordance with 11 U.S.C. §§ 330 and 331.

Done and entered this _____ day of November, 2020 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Court Judge