IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br><br>Debtor-in-Possession. | )<br>)<br>)  Case No. 20-12377-EEB<br>)<br>)  Chapter 11<br>)<br>)<br>) |
| IN RE:<br><br>SKLARCO, LLC<br>EIN: 72-1425432<br><br><br>Debtor-in-Possession. | )<br>)<br>)<br>)  Case No. 20-12380-EEB<br>)<br>)  Chapter 11<br>)<br>)<br>)<br>) |

**PROPOSED ORDER GRANTING THE *AD HOC* COMMITTEE OF WORKING INTEREST OWNERS' MOTION TO MODIFY THE AUTOMATIC STAY TO: (A) HOLD A MEETING OF THE WORKING INTEREST OWNERS IN THE BROOKLYN OIL UNITS; AND (B) TAKE A CONTRACTUALLY AUTHORIZED VOTE TO REMOVE DEBTOR SKLAR EXPLORATION COMPANY, LLC, AS OPERATOR OF THE BROOKLYN OIL UNITS**

This matter having come before the Court upon the *Ad Hoc* Committee of Working Interest Owners of Debtor Sklar Exploration Company, LLC (the "***Ad Hoc*** **Committee**"), for their Motion to Modify the Automatic Stay to: (A) Hold a Meeting of the Working Interest Owners in the Brooklyn Oil Units; and (B) Take a Contractually Authorized Vote to Remove Debtor Sklar Exploration Company, LLC, as Operator of the Brooklyn Oil Units (the "**Motion**");[1] the Court having jurisdiction to consider the Motion; and upon consideration of the Motion; and due and

---

[1] Capitalized terms not expressly defined herein shall have the meanings ascribed to them in the Motion.

1

appropriate notice having been given and no further notice being needed; and upon the proceedings before the Court; and good and sufficient cause having been shown;

**THE COURT FINDS**:

1. "Cause" exists in order to permit the Working Interest Owners in the Brooklyn Oil Units to hold a meeting in accordance with the applicable provisions of the Brooklyn Agreements; and

2. "Cause" further exists in order to authorize the Working Interest Owners to take a vote to remove SEC as Unit Operator in accordance with the applicable provisions of the Brooklyn Agreements;

**ACCORDINGLY**, it is hereby **ORDERED THAT**:

3. The Motion is granted; the Working Interest Owners under the Brooklyn Agreements are authorized to exercise their rights under such agreements and applicable non-bankruptcy law with respect to seeking and, as applicable, enforcing a change in Unit Operator.

4. The Working Interest Owners are further authorized to take all steps necessary to effectuate the removal of SEC as the Unit Operator of the Brooklyn Oil Units, in accordance with the terms of the Brooklyn Agreements, including, but not limited to, the obtaining of approval of such removal from the AOGB and that SEC cooperate in good faith with the Working Interest Owners with the removal.

5. This Order shall be effective and enforceable immediately upon entry and the stay provided in Rule 4001(a)(3) is hereby waived; and

6. This Court retains jurisdiction with respect to any matters or disputes arising from or related to the implementation of this Order.

4813-4165-6529.2

DATED: November __, 2020

                                                      Honorable Elizabeth E. Brown
                                                      United States Bankruptcy Judge

4813-4165-6529.2