# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | **(Jointly Administered)** |
| | ) | |
| FOOTE OIL & GAS PROPERTIES, LLC | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) ) | |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

FOOTE OIL & GAS PROPERTIES, LLC ("Foote"), has filed herein a motion for relief from stay to allow it relief from the automatic stay to setoff the sum of $12,548.21 in funds it received from Sklar Exploration Company, LLC, and which remain in Foote's possession.

The Court, being duly advised, and any objections having been resolved, withdrawn, or overruled, hereby orders that the relief sought by the motion should be granted subject to the following:

1.   The automatic stay of Bankruptcy Code Section 362 is hereby lifted to allow Foote to setoff the sum of $12,548.21 in its possession against the prepetition debt Sklar Exploration Company, LLC owes to Foote. Foote shall file an amended proof of claim acknowledging the setoff.

Dated: _____                      BY THE COURT:

                                                   _____
                                                   Honorable Elizabeth E. Brown
                                                   United States Bankruptcy Judge