**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| IN RE: | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | **(Jointly Administered)** |
| _____ | ) | |
| FOOTE OIL & GAS PROPERTIES, LLC | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | |

**NOTICE OF MOTION FOR RELIEF FROM STAY
AND OPPORTUNITY FOR HEARING PURSUANT TO 11 U.S.C. §362(d)**

**OBJECTION DEADLINE: DECEMBER 10, 2020**

YOU ARE HEREBY NOTIFIED that a Motion for Relief From Stay has been filed, a copy of which is attached hereto.

A hearing on the motion has been set for December 17, 2020, at 1:30 p.m. in Courtroom F, at the U.S. Custom House, 721 19th Street, Denver, Colorado 80202. **The hearing will be conducted by telephone. Parties wishing to appear shall call 1-888-684-8852, access code 3454024 followed by the # sign.** The hearing will be conducted in accordance with the provisions of L.B.R. 4001-1.

IF YOU DESIRE TO OPPOSE THIS MOTION, you must file with this Court a WRITTEN OBJECTION to the motion on or before the objection deadline stated above and serve a copy upon the movant's attorney whose address is listed below.

If you file an objection, you are REQUIRED to comply with L.B.R. 4001-1 regarding hearing procedures, including (1) the timely submission and exchange of witness lists and exhibits, and (2) attendance at the above-scheduled hearing in person or through counsel, if required.

IF YOU FAIL TO FILE AN OBJECTION, the scheduled hearing will be vacated and an order

granting the relief requested may be granted without further notice to you.

DATED this 18th day of November, 2020.  Respectfully submitted,
BUECHLER LAW OFFICE, L.L.C.

*/s/Jonathan M. Dickey*

_____
Jonathan M. Dickey, #46981
999 18th Street, Suite 1230-S
Denver, Colorado 80202
Tel: 720-381-0045/Fax: 720-381-0382
jonathan@kjblawoffice.com