UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, ) | |
| LLC ) | |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| _____ ) | |
| IN RE: ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | (**Jointly Administered**) |
| _____ ) | |
| ) | |
| FOOTE OIL & GAS PROPERTIES, LLC ) | |
| ) | |
| v. ) | |
| ) | |
| SKLAR EXPLORATION COMPANY, ) | |
| LLC ) | |

**CERTIFICATE OF SERVICE**

**L.B.R. 9013-1 CERTIFICATE OF SERVICE OF MOTION, NOTICE AND PROPOSED ORDER**

      The undersigned certifies that on November 18, 2020, I served by prepaid first class mail [or (other acceptable means, i.e. via hand delivery] a copy of the **Motion for Relief from Stay, Notice and Proposed Order** order on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

**Via U.S. Mail**:

Foote Oil & Gas Properties, LLC
1655 Prudential Drive, #161B
Jacksonville, FL 32207

**Via CM/ECF**:

| | |
|---|---|
| Lee M. Kutner | Jeremy L. Retherford |
| Craig K. Schuenemann | James B. Bailey |
| Eric Lockridge | Keri L. Riley |
| Bryce Suzuki | Shay L. Denning |
| Paul Moss | Katherine A. Ross |
| US Trustee | |

**L.B.R. 2002-1 CERTIFICATE OF SERVICE OF NOTICE**

      The undersigned further certifies that on November 18, 2020, I served by prepaid first class mail [or (other acceptable means, i.e. via hand delivery] a copy of the foregoing Notice in accordance with FED.R.BANKR.P. 2002 and 11 U.S.C. §342(c) (as applicable) on parties in interest contained on the attached list, which is a copy of the Court's Creditor Address Mailing Matrix for this case, obtained from PACER on November 18, 2020, and, if applicable, other interested parties the movant mailed notice at the following addresses:

                                                /s/ *Teresa White*
                             By: _____
                             For Buechler Law Office, L.L.C.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 20-12380-EEB<br>District of Colorado<br>Denver<br>Wed Nov 18 15:37:43 MST 2020 | AEEC II, LLC<br>333 Texas Street<br>#2020<br>Shreveport, LA 71101-3680 | Aethon Energy Operating, LLC<br>PO Box 733448<br>Dallas, TX 75373-3448 |
| Alabama Department of Revenue<br>50 North Ripley Street<br>Montgomery, AL 36104 | Amplify Energy Operating, LLC<br>500 Dallas St., STE 1700<br>Houston, TX 77002-4732 | Anderson Exploration Energy Company, L.C.<br>333 Texas Street<br>#2020<br>Shreveport, LA 71101-3680 |
| Atlantis Oil Company, Inc.<br>727 S. Chilton Ave.,<br>Tyler, TX 75701-1554 | BP America Production Co.<br>P.O. Box 848155<br>Dallas, TX 75284-8155 | BPX Operating Company<br>501 Westlake Park Blvd<br>Houston, TX 77079-2604 |
| BRP Energy, LLC<br>P. O. Box 2718<br>San Angelo, TX 76902-2718 | James B. Bailey<br>1819 5th Ave. North<br>Birmingham, AL 35203-2120 | Basa Resources, Inc<br>14875 Landmark Blvd., 4th Floor<br>Dallas, TX 75254-1489 |
| Beebe & Beebe, Inc.<br>P.O. Box 386<br>El Dorado, AR 71731-0386 | Benbrook, Jean<br>2820 County Road 3540<br>Hawkins, TX 75765 | Berry Petroleum, Inc. Martin Resource<br>Management Corp.<br>4925 Greenville Ave.<br>Suite 900<br>Dallas, TX 75206-4021 |
| Blackbird Company<br>900 Pierremont Rd.,Suite 221<br>Shreveport, LA 71106-2055 | Bonanza Creek Energy Inc.<br>410 17th Street, Suite 1400<br>Denver, CO 80202-4427 | CCI East Texas Upstream, LLC<br>Castleton Commodities Upstream, LLC<br>811 Main Street, Suite 1500<br>Houston, TX 77002-6114 |
| CTM 2005, Ltd.<br>55 Waugh Drive, Suite 515<br>Houston, TX 77007-5840 | Camterra Resources, Inc.<br>2615 East End Blvd South<br>P.O. Box 2069<br>Marshall, TX 75671-2069 | Chesapeake Energy, Inc.<br>Chesapeak Operating, LLC<br>PO Box 207295<br>Dallas, TX 75320-7295 |
| Cimarex Energy Co.<br>#774023<br>4023 Solutions Center<br>Chicago, IL 60677-4000 | Cobra Oil & Gas Corporation<br>P.O. Box 8206<br>Wichita Falls, TX 76307-8206 | Coleman Revocable Trust - Bobby Coleman<br>4532 Arcady Avenue<br>Dallas, TX 75205-3607 |
| Colorado Department Of Revenue<br>1375 Sherman St.<br>Room 504<br>Attention Bankruptcy Unit<br>Denver CO 80261-3000 | Colorado Department of Revenue<br>1375 Sherman Street, Room 511<br>Denver, CO 80261-2200 | Conoco Phillips  Burlington Resources<br>Oil & Gas Co LP<br>21873 Network Place<br>Chicago, IL 60673-1218 |
| Continental Resources, Inc.<br>PO Box 952724<br>Saint Louis, MO 63195-2724 | Cranford, Gary M.<br>5537 Highway 512<br>Quitman, MS 39355-8414 | Culver & Cain Production, LLC RD Account<br>PO Box 8085<br>Tyler, TX 75711-8085 |

| | | |
|---|---|---|
| Cypress Operating, Inc.<br>330 Marshall St.<br>Suite 930<br>Shreveport, LA 71101-3018 | DBC Resources II, LP<br>Post Office Box 670725<br>Dallas, TX 75367-0725 | DBC Resources, LP<br>Post Office Box 670725<br>Dallas, TX 75367-0725 |
| DCOD, LLC<br>16390 Addison Road<br>Addison, TX 75001-3249 | DEDE, LLC<br>4450 Old Canton Road., Ste. 203<br>Jackson, MS 39211-5991 | Darlene K. Hall<br>6121 Fern Avenue, Unit 117<br>Shreveport, LA 71105-4167 |
| (p)DAVIS BROS  LLC<br>ATTN LANCE DAVIS<br>1500 MCGOWEN ST STE 200<br>HOUSTON TX 77004-1154 | Denbury Onshore, LLC<br>P.O. Box 972555<br>Dallas, TX 75397-2555 | Shay L. Denning<br>835 E. Second Ave.<br>Ste., 123<br>PO Box 2717<br>Durango, CO 81302-2717 |
| Derendinger, Cornella<br>2906 Rayado Court South<br>College Station, TX 77845-7715 | Devon Energy Production Co., LP<br>P O Box 842485<br>Dallas, TX 75284-2485 | Diversified Production, LLC<br>Diversified Gas & Oil Corporation<br>4150 Belden Village St. NW<br>Suite 401<br>Canton, OH 44718-2553 |
| Don B. Sanders Trust<br>Don Sanders<br>340 Cherokee Lane<br>Winter Park, FL 32789-2603 | Dorfman Production Company<br>4925 Greenville Ave, St 900<br>Dallas, TX 75206-4021 | East West Bank Treasury Department<br>135 N. Los Robles Ave, Ste 600<br>Pasadena, CA 91101-4549 |
| Endeavor Energy Resources L.P.<br>PO Box 679478<br>Dallas, TX 75267-9478 | Fairway Resources III, LLC<br>PO Box 671349<br>Dallas, TX 75267-1349 | Fiddler Investments, LP<br>P.O. Box 708<br>Addison, TX 75001-0708 |
| Florida Department of Revenue<br>P. O. Box 6668<br>Tallahassee, FL 32314-6668 | Four-D LLC<br>488 Tucker Lane<br>Bayfield, CA 81122-9237 | GJR Investments, Inc.<br>304 Santiago Dr.<br>Winter Park, Fl 32789-5623 |
| Gallery Petroleum, LLC<br>8700 Commerce Park Dr.<br>Suite 116<br>Houston, TX 77036-7428 | Gaston Oil Company, Inc.<br>9306 Milbank Drive<br>Shreveport, LA 71115-3860 | Goth,  Julie M.<br>P.O. Box 105835<br>Jefferson City, MO 65110-5835 |
| Grigsby Petroleum Inc.<br>333 Texas St.<br>Suite 2285<br>Shreveport, LA 71101-3665 | Grizzly Operating, LLC<br>Grizzly Energy, LLC<br>PO Box 46094<br>Houston, TX 77210-6094 | Hall & Hall, LLC<br>Attn: Simon Hall<br>116 Timbercrest Lane<br>Brandon, MS 39047-6032 |
| Hanna Oil and Gas Company<br>P.O. Box 1356<br>Fort Smith, AR 72902-1356 | Hanson Operating Company, INc.<br>P.O. Box 1515<br>Roswell, NM 88202-1515 | Harleton Oil & Gas, Inc.<br>P.O. Box 345<br>Tyler, TX 75710-0345 |

| | | |
|---|---|---|
| Herman L. Loeb, LLC<br>P.O. Box 838<br>Lawrenceville, IL 62439-0838 | Highmark Energy Operating, LLC<br>c/o Oil & Gas Business Solutions, Inc.<br>4849 Greenville Ave., Ste 1250<br>Dallas, TX 75206-4188 | Hilcorp Energy Company<br>Dept. 412<br>P.O. Box 4346<br>Houston, TX 77210-4346 |
| Hites, Melanie D.<br>719 North County Line Road<br>Tuttle, OK 73089-8201 | Hughes 2000 Ct LLC<br>Attn: Pamela A. Kynerd<br>304 Thorngate Drive<br>Brandon, MS 39042-4206 | I & L Miss I, LP<br>4761 Frank Luck Dr<br>Addison, TX 75001-3202 |
| IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Indigo Resources, LLC<br>P. O. Box 733183<br>Dallas, TX 75373-3183 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | J-O'B Operating Company<br>P.O. Box 5928<br>Shreveport, LA 71135-5928 | JCE Galbraith Oil & Gas, LLC<br>2032 Alameda Avenue<br>Orlando, FL 32804-6904 |
| JMS Oil & Gas Holdings, LLC<br>450 S> Orange Avenue, 14th Floor<br>Orlando, Fl 32801 | Jeems Bayou Production Corp.<br>P.O. Box 639<br>Oil City, LA 71061-0639 | John Linder Operating Company, LLC<br>100 Independence Place, Suite 307<br>Tyler, TX 75703-1328 |
| John O. Farmer, Inc.<br>P.O. Box 352<br>370 West Wichita Ave.<br>Russell, KS 67665-2635 | Kirkpatrick Oil Company, Inc.<br>PO Box 248885<br>Oklahoma City, OK 73124-8885 | Lee M. Kutner<br>1660 Lincoln St.<br>Ste. 1850<br>Denver, CO 80264-9911 |
| LIS Real Estate & Minerals, LLC<br>P.O. Box 906<br>El Campo, TX 77437-0906 | Lance Ruffel Oil & Gas Corp.<br>210 Park Avenue<br>Suite 2150<br>Oklahoma City, OK 73102-5632 | Leonard E. Williams<br>1603 E. Marks St.<br>Orlando, FL 32803-4135 |
| Eric Lockridge<br>400 Convention St., Ste. 700<br>Baton Rouge, LA 70802-5628 | Louisiana Department of Revenue<br>617 North Third Street<br>Baton Rouge, LA 70802-5432 | Louisiana Department of Revenue<br>P.O. Box 201<br>Baton Rouge, LA 70821-0201 |
| Magnum Producing, LP Ahuja Holdings, LLP<br>500 N. Shoreline, Suite 322<br>Corpus Christi, TX 78401-0313 | Marathon Oil Co Joint Venture Receipts<br>PO Box 732309<br>Dallas, TX 75373-2309 | Marathon Oil Permian LLC<br>PO Box 732309<br>Dallas, TX 75373-2309 |
| Martindale Consultants, Inc.<br>4242 N. Meridian Ave.<br>Oklahoma City, OK 73112-2457 | Maximus Operating, LTD<br>PO Box 1706<br>Longview, TX 75606-1706 | Meridian Resources  USA , Inc.<br>c/o Excalibur Operating, LLC<br>2020 W Pinhook, Ste 201<br>Lafayette, LA 70508-3211 |

| | | |
|---|---|---|
| Merit Energy Company<br>PO Box 843755<br>Dallas, TX 75284-3755 | Mission Creek Resources, LLC<br>25511 Budde Rd, Ste 601<br>Spring, TX 77380-2081 | Mississippi Department of Revenue<br>P.O. Box 1033<br>Jackson, MS 39215-1033 |
| Montana Department of Revenue<br>PO Box 6577<br>Helena, MT 59604-6577 | Paul Moss<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Mrs. Tracy G. Davis<br>1753 Cypress Rapids Drive<br>New Braunfels, TX 78130-3036 |
| Mustang Fuel Corporation<br>P. O. Box 960006<br>Oklahoma City, OK 73196-0006 | Nadel & Gussman - Jetta Operating Co<br>15 East 5th Street, Ste 3300<br>Tulsa, OK 74103-4340 | OBannon, Robert Clayton<br>13312 Highway 63<br>Moss Point, MS 39562-8704 |
| Office of the Attorney General<br>State of Colorado<br>1300 Broadway<br>Denver, CO 80203-2104 | Office of the Attorney General<br>US Department of Justice<br>950 Pennsylvania Avenue, NW<br>Suite 4400<br>Washington, DC 20530-0001 | Office of the US Attorney<br>District of Colorado<br>1801 California Street, Suite 1600<br>Denver, CO 80202-2628 |
| Palmer Petroleum Inc.<br>330 Marshall Street<br>Suite 1200<br>Shreveport, LA 71101-3143 | Pam Lin Corporation<br>PO Box 50635<br>Midland, TX 79710-0635 | Par Minerals Corporation<br>701 Texas Street<br>Shreveport, LA 71101-3513 |
| Paul Sulllivan<br>Administrator Estate of Terry D. Sulliva<br>505 East Jackson Street<br>Suite 200<br>Tampa, FL 33602-4901 | Paula W. Denley LLC<br>PO Box 720548<br>Byram, MS 39272-0548 | Petro-Chem Operating Co., Inc.<br>416 Travis Street, Suite 812<br>Shreveport, LA 71101-6138 |
| Petro-Chem Operating Co., Inc.<br>PO Box 670<br>Minden, LA 71058-0670 | Petroleum Investments Inc.<br>416 Travis St. Suite 612<br>Shreveport, LA 71101-5502 | Phillips Energy, Inc<br>330 Marshall Street<br>Suite 300<br>Shreveport, LA 71101-3025 |
| Pickens Financial Group, LLC<br>10100 N. Central Expressway, Suite 200<br>Dallas, TX 75231-4169 | Presidio Petroleum, LLC<br>500 W. 7th St., Ste. 803<br>Fort Worth, TX 76102-4703 | Priest, Rebecca Lynn<br>2301 Broken Wagon Drive<br>Leander, TX 78641-3512 |
| Prima Exploration, Inc.<br>250 Fillmore, Suite #500<br>Denver, CO 80206-5012 | (p)LAW OFFICES OF JOHN A MOUTON III<br>PO BOX 82438<br>LAFAYETTE LA 70598-2438 | Pruet Production Co<br>PO Box 11407<br>Birmingham, AL 35246-1129 |
| Pruet Production Co.<br>217 West Capitol Street<br>Jackson, MS 39201-2099 | QEP Energy Company<br>PO Box 204033<br>Dallas, TX 75320-4033 | Quanico Oil & Gas, Inc.<br>PO Box 10519<br>El Dorado, AR 71730-0003 |

| | | |
|---|---|---|
| RAB Oil & Gas Holdings, LLC<br>450 S. Orange Avenue, 14th Floor<br>Orlando, FL 32801-3383 | RAPAD Wells Service Company Inc.<br>217 West Capitol Street<br>Jackson, MS 39201-2004 | Rabalais Oil & Gas, Inc.<br>P.O. Box 1567<br>Fort Worth, TX 76101-1567 |
| Redline Energy, LLC<br>P. O. Box 317<br>Dover, OK 73734-0317 | Jeremy L Retherford<br>Balch & Bingham<br>1901 Sixth Ave N Suite 1500<br>Birmingham, AL 35203-4642 | Keri L. Riley<br>1660 Lincoln St., Ste.1850<br>Denver, CO 80264-9911 |
| Riviera Operating, LLC<br>P. O. Box 671631<br>Dallas, TX 75267-1631 | Rockcliff Energy Mgmt., LLC<br>1301 McKinney<br>Suite 1300<br>Houston, TX 77010-3035 | Katherine A Ross<br>1801 California St.<br>Ste. 1600<br>Denver, CO 80202-2628 |
| Roszel, Norman Riki<br>321 Granite Blvd.<br>Marble Falls, TX 78654-9202 | S & P Co.<br>330 Marshall St.<br>Suite 300<br>Shreveport, LA 71101-3025 | S & S Operating Company, Inc.<br>P.O. Box 1250<br>Winnie, TX 77665-1250 |
| Sabine Oil & Gas LLC<br>PO Box 206634<br>Dallas, TX 75320-6634 | Samson Resources Company<br>PO Box 972282<br>Dallas, TX 75397-2282 | Sawyer Drilling & Service LLC<br>P.O. Box 5275<br>Bossier City, LA 71171-5275 |
| Craig K. Schuenemann<br>1700 Lincoln St., Ste. 4100<br>Denver, CO 80203-4541 | Securities and Exchange Commission<br>Central Regional Office<br>1961 Stout St.<br>Ste. 1700<br>Denver CO 80294-1700 | Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 |
| Shelby Operating Company<br>5535 SMU Blvd., Ste. 200<br>Dallas, TX 75206-5027 | Shuler Drilling Company, Inc.<br>3340 West Hillsboro Street<br>El Dorado, AR 71730-6736 | Silver Creek Oil & Gas, LLC<br>5525 N. MacArthur Blvd.<br>Ste 775<br>Irving, TX 75038-2665 |
| Sinclair, Emily and Robert E.<br>2200 Ross Avenue<br>Suite 420<br>Dallas, TX 75201-2711 | Sklarco, LLC<br>5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301-2541 | Southwest Operating Inc.<br>727 S. CHILTON<br>Tyler, TX 75701-1554 |
| Speller Oil Corporation<br>3535 N.W. 58th Street, Ste 900<br>Oklahoma City, OK 73112-4889 | State of Colorado<br>Division of Securities<br>1560 Broadway, Suite 900<br>Denver, CO 80202-5150 | Stoneham Drilling Corporation<br>c/o Bradley<br>Attn: James B. Bailey<br>1819 Fifth Avenue North<br>Birmingham, AL 35203-2120 |
| Stoneham Drilling Corporation<br>c/o Bradley, Attn: James Bailey<br>1819 Fifth Avenue North<br>Birmingham, AL 35203-2120 | Stovall, Lynn Ann<br>P.O. Box 906<br>El Campo, TX 77437-0906 | Stroud Petroleum, Inc.<br>P.O. Box 565<br>Shreveport, LA 71162-0565 |

| | | |
|---|---|---|
| Sugar Creek Producing Co.<br>P.O Box 1756<br>Shreveport, LA 71166-1756 | Summit LLC<br>229 Dogwood LN<br>Madison, MS 39110-8795 | Bryce Suzuki<br>Bryce Suzuki<br>Suite 2200<br>Two North Central Avenue<br>Phoenix, AZ 85004-4406 |
| TCP Cottonwood, L.P.<br>333 Texas Street<br>#2020<br>Shreveport, LA 71101-3680 | TDX Energy LLC<br>401 Edwards St, Ste 1510<br>Shreveport, LA 71101-5528 | TO Kimbrell LLC<br>PO Box 11407<br>Dept #5868<br>Birmingham, AL 35246-5868 |
| TYGR Operating Company, LLC<br>PO Box 6764<br>Shreveport, LA 71136-6764 | Tanos Exploration, LLC<br>PO Box 208222<br>Dallas, TX 75320-8222 | Tauber Exploration & Production Company<br>55 Waugh Drive, Suite 700<br>Houston, TX 77007-5837 |
| Tellurian Operating, LLC<br>1201 Louisiana Street<br>Suite 3100<br>Houston, TX 77002-5631 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | The Long Trusts<br>P.O. Box 3096<br>Kilgore, TX 75663-3096 |
| Titan Rock Exploration & Production, LLC<br>1601 Elm Street, Suite 3500<br>Dallas, TX 75201-4703 | Toland & Johnston, Inc.<br>P.O. Box 189<br>Edmond, OK 73083-0189 | Trivium Operating, LLC<br>301 Commerce Street<br>Suite 3635<br>Fort Worth, TX 76102-4143 |
| US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Upshur County<br>215 N Titus<br>Gilmer, TX 75644-1924 | Urban Oil & Gas Group, LLC<br>Department #41380<br>P. O. Box 650823<br>Dallas, TX 75265-0823 |
| Vernon E. Faulconer, Inc.<br>P.O. Box 7995<br>Tyler, TX 75711-7995 | Vine Oil & Gas LP<br>5800 Granite Parkway, Suite 550<br>Plano, TX 75024-6642 | WPX Energy, Inc.<br>WPX Energy Williston, LLC<br>25061 Network Place<br>Chicago, IL 60673-1250 |
| Wallace & Wallace, LLC<br>6163 Kay Brook Drive<br>Byram, MS 39272-9660 | Weiser-Brown Operating, Co.<br>PO Box 500<br>Magnolia, AR 71754-0500 | William Ashton Martin<br>2 Saint James Place<br>Brooklyn, NY 11205-5002 |
| Wyoming Department of Revenue<br>122 West 25th Street, Suite E301<br>Herschler Building East<br>Cheyenne, WY 82002-0001 | XTO Energy, Inc.<br>P.O. Box 840791<br>Dallas, TX 75284-0791 | Xtreme Energy Company<br>P. O. Box 2326<br>Victoria, TX 77902-2326 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Davis Southern Operating Company, LLC<br>1500 McGowen Street, Suite 200<br>Houston, TX 77004 | Internal Revenue Service<br>1999 Broadway<br>MS 5012 DEN<br>Denver, CO 80202-3025 | (d)Internal Revenue Service<br>Insolvency Unit<br>1999 Broadway<br>MS 5012 DEN<br>Denver, CO 80202-3025 |
| Process Piping Materials, Inc.<br>c/o John A. Mouton, III<br>PO Box 82438<br>Lafayette, LA 70598 | Texas Comptroller<br>111 East 17th Street<br>Austin, TX 78701 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bureau of Land Management | (u)East-West Bank | (u)Office of Natural Resources Revenue |
| (u)Pruet Production Co. | (u)U.S. Dep't of Interior<br>Bureau of Land Management (BLM), Wyoming | End of Label Matrix<br>Mailable recipients   176<br>Bypassed recipients     5<br>Total                 181 |