**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) | |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |
| | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor-in-Possession. | ) | |
| | ) | |

**LBR 4001-1.1 NOTICE OF MOTION FOR RELIEF FROM STAY AND OPPORTUNITY FOR HEARING**

**OBJECTION DEADLINE: DECEMBER 10, 2020**

**NOTICE IS HEREBY GIVEN** that a Motion for Relief from Stay (the "**Motion**") has been filed. If you would like to receive a full and complete copy of the Motion, the exhibits attached thereto, and/or a proposed order granting the Motion, at no charge, please send an email to either counsel for the *Ad Hoc* Committee: Mr. Timothy M. Swanson (tim.swanson@moyewhite.com), or Mr. Craig M. Geno (cmgeno@cmgenolaw.com).

A hearing on the Motion has been set for **December 17, 2020 at 1:30 p.m. MT** at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom F, Fifth Floor, Denver, Colorado 80202 (the "**Hearing**"). The Hearing will be conducted in accordance with the provisions of L.B.R. 4001-1. Please take further notice that pursuant to the *United States Bankruptcy Court for the District of Colorado Current Operational Status during COVID-19 Pandemic (rev. Sept. 23, 2020)*, https://www.cob.uscourts.gov/files/covid19/Operational_Status.pdf, the Hearing will be held telephonically as follows:

**Telephone number: 1-888-684-8852**

**Meeting Access Code: 3454024 followed by the # sign.**

4835-6574-2546.1

**Parties need make arrangements to electronically file their witness and exhibit lists and exhibits with the Court at least 24 hours prior to the hearing**

If you desire to oppose the Motion, you must file with this court a written objection to the Motion on or before the objection deadline stated above and serve a copy upon movant's attorney, whose address is listed below.

If you file an objection, you are required to comply with L.B.R. 4001-1 regarding hearing procedures, including (i) the timely submission and exchange of witness lists and exhibits and (ii) attendance at the above-scheduled hearing in person or through counsel, if represented.

If you fail to file an objection, the scheduled hearing will be vacated, and an order granting the relief requested may be granted without further notice to you.

Dated: November 18th, 2020.

By: */s/Timothy M. Swanson*
Timothy M. Swanson (Colorado No. 47267)
MOYE WHITE LLP
1400 16th Street, 6th Floor
Denver, Colorado 80202-1486
Tel: (303) 292-2900
Fax: (303) 292 4510
Tim.Swanson@moyewhite.com
*Counsel to the Ad Hoc Committee of Working Interest Owners of Sklar Exploration Company, LLC and Sklarco, LLC*

--and--

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, Mississippi 39157
Tel: (601) 427-0048
Fax: (601) 427-0050
cmgeno@cmgenolaw.com
*Counsel to the Ad Hoc Committee of Working Interest Owners of Sklar Exploration Company, LLC and Sklarco, LLC*

4835-6574-2546.1