# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) | |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | |

## PROPOSED ORDER GRANTING *EX PARTE* MOTION OF THE *AD HOC* COMMITTEE OF WORKING INTEREST OWNERS TO LIMIT NOTICE OF A PREVIOUSLY FILED MOTION FOR RELIEF FROM AUTOMATIC STAY (DOCKET NO. 671)

This matter having come before the Court upon the *Ex Parte* Motion of the *Ad Hoc* Committee of Working Interest Owners to Limit Notice of a Previously Filed Motion for Relief From Automatic Stay (Docket No. 671) (the "**Motion**");[1] the Court having jurisdiction to consider the Motion; and upon consideration of the Motion; and due and appropriate notice having been given and no further notice being needed; and upon the proceedings before the Court; and good and sufficient cause having been shown;

---

[1] Capitalized terms not expressly defined herein shall have the meanings ascribed to them in the Motion.

1

4850-1094-2674.1
4850-1094-2674.1

**THE COURT FINDS**:

1. "Cause" exists in order to limit notice of the Stay Relief Motion;

**ACCORDINGLY**, it is hereby **ORDERED THAT**:

2. The Motion is granted as provided for herein;

3. The Modified Notice, attached to the Motion as <u>Exhibit 1</u>, is hereby approved in its entirety;

4. Within three (3) business days of the entry of this Order on the Court's docket, the *Ad Hoc* Committee shall serve *via* electronic mail a full copy of the Stay Relief Motion including the Exhibits, Proposed Order and Notice upon: (i) the Debtors; (ii) Debtors' counsel; (iii) counsel for the United States Trustee; (iv) counsel for East-West Bank; (v) counsel for the Official Committee of Unsecured Creditors; and (vi) counsel for all parties who have filed a notice of appearance in these Chapter 11 cases;

5. Within two (2) business days of the entry of this Order on the Court's docket, the Debtors shall provide counsel for the *Ad Hoc* Committee a full and complete record of the names and addresses of all Working Interest Owners in the Brooklyn Oil Units according to their books and records;

6. Within two (2) business days of the Debtors providing counsel for the *Ad Hoc* Committee full and complete record of the names and addresses all Working Interest Owners in the Brooklyn Oil Units according to their books and records, the *Ad Hoc* Committee shall serve such parties *via* first class mail: (i) the Stay Relief Motion; and (ii) the Modified Notice;

7. Within three (3) business days of the entry of this Order on the Court's docket, the *Ad Hoc* Committee shall serve *via* first class mail the Modified Notice upon the entire creditor matrix maintained by Epiq *excluding* those persons identified in paragraphs 4 and 6 of this Order;

8. Any mailings sent under this Order may be printed with four (4) pages per sheet, *i.e.*, two pages per side of each sheet;

9. This Order shall be effective and enforceable immediately upon entry; and

10. This Court retains jurisdiction with respect to any matters or disputes arising from or related to the implementation of this Order.

DATED: November __, 2020

                                                  Honorable Elizabeth E. Brown
                                                  United States Bankruptcy Judge