IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: § § | Chapter 11 | |
| SKLAR EXPLORATION COMPANY, LLC, *et al.*,[1] § § § | Case No. 20-12377-EEB | |
| Debtors. § | (Jointly Administered) | |

## ORDER APPROVING FOURTH STIPULATION EXTENDING THE COMMITTEE'S CHALLENGE PERIOD UNDER THE FINAL CASH COLLATERAL ORDER

THIS MATTER, having come before the Court on the stipulation by and between the Official Committee of Unsecured Creditors of Sklar Exploration Company, LLC, and East West Bank (the "Stipulation"), the Court having reviewed the Stipulation and finding good cause for granting the requested relief, does hereby

ORDER

1.  That the Stipulation is APPROVED;

2.  The Challenge Period is hereby extended through and including December 31, 2020, as may be further extended in writing by EWB and the Committee; and

3.  The Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Stipulation.

DATED:_____        BY THE COURT:

                                          _____
                                          Elizabeth E. Brown,
                                          United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

4851-8939-3362v.1