# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11 |
| | **Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

### ORDER GRANTING *EX PARTE* MOTION OF THE *AD HOC* COMMITTEE OF WORKING INTEREST OWNERS TO LIMIT NOTICE OF A PREVIOUSLY FILED MOTION FOR RELIEF FROM AUTOMATIC STAY

THIS MATTER comes before the Court on the *Ex Parte* Motion of the *Ad Hoc* Committee of Working Interest Owners to Limit Notice of a Previously Filed Motion for Relief From Automatic Stay (Docket No. 671) (the "**Motion**").[1] The Court hereby

ORDERS:

1. The Motion is GRANTED as provided for herein. This Order applies only to the notice procedures for the Motion. It is not meant to determine the notice required, if any, pursuant to the parties' underlying agreements.

2. The Modified Notice, attached to the Motion as Exhibit 1, is hereby approved.

3. Within three (3) business days of the entry of this Order on the Court's docket, the *Ad Hoc* Committee shall serve *via* electronic mail a full copy of the Stay Relief Motion including the Exhibits, Proposed Order and Notice upon: (i) the Debtors; (ii) Debtors' counsel; (iii) counsel for the United States Trustee; (iv) counsel for East-West Bank; (v) counsel for the Official Committee of Unsecured Creditors; and (vi) counsel for all parties who have filed a notice of appearance in these Chapter 11 cases.

4. Within two (2) business days of the entry of this Order on the Court's docket, the

---

[1] Capitalized terms not expressly defined herein shall have the meanings ascribed to them in the Motion.

Debtors shall provide counsel for the *Ad Hoc* Committee a full and complete record of the names and addresses of all Working Interest Owners in the Brooklyn Oil Units according to their books and records.

5. Within two (2) business days of the Debtors providing counsel for the *Ad Hoc* Committee full and complete record of the names and addresses all Working Interest Owners in the Brooklyn Oil Units according to their books and records, the *Ad Hoc* Committee shall serve such parties *via* first class mail: (i) the Stay Relief Motion; and (ii) the Modified Notice.

6. Within three (3) business days of the entry of this Order on the Court's docket, the *Ad Hoc* Committee shall serve *via* first class mail the Modified Notice upon the entire creditor matrix maintained by Epiq *excluding* those persons identified in paragraphs 4 and 6 of this Order;

7. Any mailings sent under this Order may be printed with four (4) pages per sheet, *i.e.*, two pages per side of each sheet.

DATED this 20th day of November, 2020.   BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge