

2386A Rice BLVD #232|Houston, Texas 77005| Phone: 337.288.9562| Email: jakejuneau@live.com

To: Honorable Elizabeth E Brown  Date: November 20th, 2020
Colorado Bankruptcy Court
U.S. Custom House
721 19th St. Denver, CO 80202
*Case NO. 1:20-bk-12377*

To: Judge Elizabeth E Brown:

<u>Preclusionary Motion to Quash Debtor and Affiliates Attempt to Delay Plan of Reorganization Past November 25, 2020</u>

    Judge Brown herein *lies a preclusionary motion to quash any attempt to extend the Debtor's period of exclusivity toward a reorganization plan due November 25, 2020*. I first addressed the court on June 1st, 2020, to address the negligence and mismanagement of Sklar Exploration Company, LLC and Sklarco, LLC. I pleaded with the court to allow my firm to work-out an out-of-court solution for all parties involved (excluding management in place). Looking back, I believe creditors (secured and unsecured) would have preferred this option in comparison to the continued delays and excuses the debtor and advisors have provided.

    Since then, the debtor and advisors have failed to provide appropriate financial records and have been late providing evidence of third-party reserves. Reserve reports by any of the major third-party consulting firms take no longer than 2-3 weeks – customarily. This case has drug-out for nearly a year with the same sorry excuses. Furthermore, when reaching out to Debtor's counsel and advisors regarding access to the *public data room*, I was rejected access to the reserve report. I realize there is a period of exclusivity for the Debtor to come up with a reorganization plan by November 25, but does that suggest the public cannot access public information? This is obviously a stalling tactic to rob all creditors further from their already substantial losses.

    If a delay in receiving the reserve report is used to delay the November 25th deadline, I encourage you to use your wisdom to <u>see *the debtor has no reorganization plan*</u>. The debtor is stalling so <u>management can continue to collect general and administrative expenses while praying for oil price recovery</u>. I do not believe creditors should be subsidizing this prayer. I also ask that you order Debtor counsel and restructuring advisors to grant my firm access to *public information.*

Kind Regards,

Jacob Juneau
President

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Submitted: 11/20/2020 10:42:31 AM

User Information

Jacob Juneau
2386a Rice Blvd #232
Houston
TX
77005

jakejuneau@live.com
337-288-9562