**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re: | Bankruptcy Case No. 20-12377 EEB |
| Sklar Exploration Company, LLC, <br> EIN NO: 72-1417930 | Chapter 11 |
| Debtor. | |
| In re: | Bankruptcy Case No. 20-12380 EEB |
| Sklarco, LLC, <br> EIN NO: 72-1425432 | Chapter 11 |
| Debtor. | **Jointly Administered Under** <br> **Case No. 20-12377 EEB** |

**ORDER REGARDING COMPLIANCE WITH RULES**

THIS MATTER having come before the Court on the Preclusionary (sic) Motion to Quash Debtor and Affiliates Attempt to Delay Plan of Reorganization Past November 25, 2020, ("Motion") filed by The Juneau Group ("Juneau") on November 20, 2020. A review of the Motion indicates that provisions of the Federal Bankruptcy Rules, and Local Bankruptcy Rules of this Court have not been complied with. The Court being further advised in the premises, hereby

FINDS that Juneau may not appear before a bankruptcy court in this district unless it is represented by counsel:

> No corporation, partnership, or other unincorporated organization, or entity may file a petition under Title 11, of the United States Code, or otherwise appear in cases or proceedings before this court, unless it is represented by an attorney authorized to practice this court. Where a corporate debtor is involved, the attorney representing such an entity must sign the petition and pleadings.

L.B.R. 9010-1(e).

Accordingly, it is hereby

ORDERED that The Juneau Group has to and including **December 4, 2020,** to comply with L.B.R. 9010-1(e), failing which Juneau's Motion will be stricken from the docket.

DATED this 23rd day of November, 2020.

BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown, Bankruptcy Judge