UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
|    Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
| | ) | |
|    Debtor. | ) | |

**ORDER EXTENDING THE EXCLUSIVITY PERIODS FOR
FILING AND GAINING ACCEPTANCE OF A PLAN OF REORGANIZATION**

UPON CONSIDERATION of the Motion of the Debtors Pursuant to 11 U.S.C. § 1121 for an Order Extending the Exclusivity Periods for Filing and Gaining Acceptance of a Plan of Reorganization (the "Motion"), notice having been provided and no objections having been filed, and for good cause shown:

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED;

2.    The exclusive period for the Debtors to file a Plan of Reorganization is hereby extended for 23 days up to and including December 18, 2020;

3.    The exclusive period for the Debtors to gain acceptance of a Plan of Reorganization filed in the exclusive period is hereby extended for an additional 23 days; and

4.    This Order is without prejudice to the Debtors to seek additional extensions.

Done and entered this _____ day of _____, 2020 at Denver, Colorado.

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Court Judge

1

2