**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

## *Minute Order*

| | |
|---|---|
| Date: November 23, 2020 | **Honorable Elizabeth E. Brown, Presiding** <br> Kerstin Cass, Law Clerk |
| In re:   Sklar Exploration Company, LLC, <br>                    Debtor. | **Case. No. 20-12377 EEB** <br> Chapter 11 |
| Sklarco, LLC, <br>                    Debtor. | **Case. No. 20-12380 EEB** <br> Chapter 11 |
| | **Jointly Administered Under 20-12377 EEB** |

| | Telephonic Appearances | | Representing |
|---|---|---|---|
| Counsel | | UST | |
| Counsel | Keri Riley | Debtor(s) | |
| Counsel | Christopher Johnson | Committee | Creditors' Committee |
| Counsel | Bryce Suzuki | Creditor | East West Bank |
| Counsel | David R. Taggart | Creditor | J.F. Howell Interests |
| Counsel | Kevin Neiman | Creditor | Plains Marketing, L.P. |
| Counsel | Timothy Mohan | Creditor | Kelley Brothers Contractors, Inc., GE Oil & Gas Pressure Control LP, Baker Hughes Oilfield Operations, Inc. |
| Counsel | Eric Lockridge | Creditor | AEEC II, LLC, Anderson Exploration Energy Company, LC, Sugar Oil Properties, L.P., TCP Cottonwood, L.P. |
| Counsel | Jeremy Rutherford | Creditor | Pruet Oil Company, LLC, Pruet Production Co. (individually and as agent), RAPAD Well Service Co., Inc |
| Counsel | Thomas Shipps | Creditor | Tauber Exploration & Prod., CTM 2005, Pickens Financial Group, I & L Miss I, LP, MER Energy, Ltd, MR Oil & Gas, LLC, Tara Rudman Revocable Trust, Feather River 75, Rudman Family Trust, and The Rudman Partnership |

Proceedings: Non-Evidentiary Hearing on Debtors' Motion to Approve Global Settlement Agreement to Resolve Adversary Proceedings and the objection filed by JF Howell Interests, LP

Orders:

☒ For the reasons stated on the record, the Court OVERRULED the objection.  A separate order will enter approving the Global Settlement Agreement.

☒ By separate order, the Court will set a zoom status conference for December 4, 2020, at 10:00 a.m.

Date: November 23, 2020

BY THE COURT:

*Elizabeth E. Brown*

Elizabeth E. Brown, U.S. Bankruptcy Judge