**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

**ORDER FOR COMPLIANCE WITH LOCAL BANKRUPTCY RULE 9013-1 OR OTHER APPLICABLE RULES OF PROCEDURE REGARDING SERVICE AND NOTICE**

THIS MATTER comes before the Court on the Second Motion to Extend Time to Extend the Exclusivity Period filed by Debtors. The Court finds that Debtors has failed to comply with applicable rules of procedure, noted more specifically below:

☒ L.B.R. 9013-1: failure to file a 9013-1 Notice with the Motion, as required by this rule and Fed.R.B.P. 2002;

☒ Fed.R.B.P. 2002 (c), (g): failure to serve a copy of the notice upon all creditors and other parties in interest at their addresses of record, as modified by the order allowing limited notice.

Accordingly, IT IS HEREBY ORDERED that Debtors must cure the above-noted deficiency by the cure date listed below, failing which the Motion will be denied without further notice.

**Deficiency Cure Date: November 24, 2020.**

DATED this 23rd day of November, 2020.

BY THE COURT:

*Elizabeth E. Brown*

2

_____
Elizabeth E. Brown, Bankruptcy Judge