UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF UNOPPOSED SECOND MOTION PURSUANT TO 11 U.S.C. § 1121 FOR AN ORDER EXTENDING THE EXCLUSIVITY PERIODS FOR FILING AND GAINING ACCEPTANCE OF A PLAN OF REORGANIZATION**

**OBJECTION DEADLINE: DECEMBER 7, 2020**

**YOU ARE HEREBY NOTIFIED** that the Debtors have filed a Second Motion Pursuant to 11 U.S.C. § 1121 for an Order Extending the Exclusivity Period for Filing and Gaining Acceptance of a Plan of Reorganization ("Motion") with the Bankruptcy Court and requests the following relief: Extending the exclusive period for filing a Plan of Reorganization for an additional 23 days, through and including December 23, 2020 and extending the exclusive period for gaining acceptance of a Plan of Reorganization for an additional 23 days, through and including February 16, 2021 to allow the Debtors to continue to negotiate with parties in interest over the terms of Plan of Reorganization.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: November 23, 2020               Respectfully submitted,

                                       By:   */s/ Keri L. Riley*
                                             Jeffrey S. Brinen, #20565
                                             Keri L. Riley, #47605
                                             **KUTNER BRINEN, P.C.**
                                             1660 Lincoln St., Suite 1850
                                             Denver, CO 80264
                                             Telephone: (303) 832-2400
                                             E-Mail: klr@kutnerlaw.com