**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | Case No. 20-12377-EEB |
| | ) | |
| SKLAR EXPLORATORY COMPANY, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | |
| | ) | |
| In re: | ) | Case No. 20-12380-EEB |
| | ) | |
| SKLARCO, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | |

**CERTIFICATE OF SERVICE**

I certify that on November 24, 2020, I served *via* electronic mail a full and complete copy of the *Ad Hoc Committee of Working Interest Owners' Motion to Modify the Automatic Stay to: (A) Hold a Meeting of the Working Interest Owners in the Brooklyn Oil Units; (B) Take a Contractually Authorized Vote to Remove Debtor Sklar Exploration Company, LLC, as Operator of the Brooklyn Oil Units; (C) Upon an Affirmative Vote to Remove SEC as Operator in Order to Take All Steps Necessary to Effectuate the Removal* [Docket No. 671] (the "**Motion**") on the parties listed on **Exhibit 1** in compliance with, and as required by, the *Order Granting Ex Parte Motion of the* Ad Hoc *Committee of Working Interest Owners to Limit Notice of a Previously Filed Motion for Relief from Automatic Stay* [Docket No. 682] (the "**Order Limiting Notice**").[1]  I further certify that on November 25, 2020, I served *via* electronic mail a full and compete copy of the Motion, in compliance with, and as required by, the Order Limiting Notice on the Debtor parties identified on **Exhibit 1**.

---

[1] The Order Limiting Notice required the *Ad Hoc* Committee of Working Interest Owners of the Debtors to serve, within three (3) days of the entry of the Order Limiting Notice, a full copy of the Motion, including the Exhibits, Proposed Order, and Notice, *via* electronic mail on the following: (i) the Debtors; (ii) the Debtors' counsel; (iii) counsel for the United States Trustee; (iv) counsel for East-West Bank; (v) counsel for the Official Committee of Unsecured Creditors; and (vi) counsel for all partis who have filed a notice of appearance in these chapter 11 cases. The *Ad Hoc* Committee served a copy of the Motion, Exhibits, Proposed Order, and Notice on these parties in compliance with, and as required by, the Order Limiting Notice.

/s/ Timothy M. Swanson
Timothy M. Swanson (47267)

*Counsel to the Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company, LLC and Sklarco, LLC*