| Party | Attorney | Type | Email |
|---|---|---|---|
| AEEC II, LLC | Eric Lockridge | Creditor | eric.lockridge@keanmiller.com |
| AEH Investments, LLC | Jordan B. Bird | Creditor | jordan.bird@cookyancey.com |
| Anderson Exploration Energy Company, LC | Eric Lockridge | Creditor | eric.lockridge@keanmiller.com |
| Baker Hughes Holdings, LLC FKA Baker Hughes, a GE Company LLC | Timothy C. Mohan | Creditor | tmohan@foley.com |
| Baker Hughes Oilfield Operations LLC | Timothy C. Mohan | Creditor | tmohan@foley.com |
| Baker Petrolite LLC | Timothy C. Mohan | Creditor | tmohan@foley.com |
| Barbara P Lawrence | Michael J. Guyerson | Creditor | mike@kjblawoffice.com |
| Barnette & Benefield, Inc. | Jennifer Norris Soto | Creditor | jennifersoto@arklatexlaw.com |
| BP America Production Company | Michael D Rubenstein | Interested Party | mdrubenstein@liskow.com |
| BPX Properties (NA) LP | Michael D Rubenstein | Interested Party | mdrubenstein@liskow.com |
| Bri-Chem Supply Corp., LLC | David M. Miller | Creditor | dmiller@spencerfane.com |
| Bundero Investment Company, LLC | Jordan B. Bird | Creditor | jordan.bird@cookyancey.com |
| Bureau of Land Management | Katherine A Ross | Creditor | katherine.ross@usdoj.gov |
| C. Bickham Dickson, III | Katherine Guidry Douthitt | Creditor | bickham@bdicksonproperties.com |
| Clark Hill Strasburger | Duane Brescia | Creditor | dbrescia@clarkhill.com |
| Coastal Exploration, Inc. | Christopher Meredith | Creditor | cmeredith@cctb.com |
| Coastal Exploration, Inc. | Glenn Taylor | Creditor | gtaylor@cctb.com |
| Colorado Department of Law | Robert Padjen | Creditor | Robert.padjen@coag.gov |
| Colorado Department Of Revenue | Deanna L. Westfall | Creditor | deanna.westfall@coag.gov |
| Cook, Yancey, King & Galloway, APLC | Jordan B. Bird | Creditor | jordan.bird@cookyancey.com |
| Copeland, Cook, Taylor & Bush, P.A. | Christopher Meredith | Creditor | cmeredith@cctb.com |
| CTM 2005, Ltd. | Shay L. Denning | Creditor | sdenning@mbssllp.com |
| CTM 2005, Ltd. | Thomas H Shipps | Creditor | tshipps@mbssllp.com |
| CTM 2005, Ltd. | Barnet B Skelton, Jr | Creditor | barnetbjr@msn.com |
| Dickson Oil & Gas, L.L.C. | Katherine Guidry Douthitt | Creditor | kdouthitt@bwor.com |
| Dickson Oil & Gas, L.L.C. | Katherine Guidry Douthitt | Creditor | bickham@bdicksonproperties.com |
| Eastern Fishing & Rental Tool Company, Inc. | Christopher Meredith | Creditor | cmeredith@cctb.com |
| Eastern Fishing & Rental Tool Company, Inc. | Glenn Taylor | Creditor | gtaylor@cctb.com |
| East-West Bank | Craig K. Schuenemann | Creditor | craig.schuenemann@bryancave.com |
| East-West Bank | Bryce Suzuki | Creditor | bryce.suzuki@bclplaw.com |
| Estate of Pamela Page, Deceased | Michael J. Guyerson | Creditor | mike@kjblawoffice.com |
| Fant Energy Limited | Brent R. Cohen | Creditor | bcohen@lrrc.com |
| Feather River 75, LLC | John Childers | Creditor | jchilders@chmslaw.com |
| Feather River 75, LLC | Thomas H Shipps | Creditor | tshipps@mbssllp.com |
| Feather River 75, LLC | Barnet B Skelton, Jr | Creditor | barnetbjr@msn.com |
| Fletcher Exploration, LLC | Michael Niles | Creditor | mniles@bergersingerman.com |
| Fletcher Exploration, LLC | Brian Rich | Creditor | brich@bergersingerman.com |
| Fletcher Petroleum Company, LLC | Michael Niles | Creditor | mniles@bergersingerman.com |
| Fletcher Petroleum Company, LLC | Michael Niles | Creditor | mniles@bergersingerman.com |
| Fletcher Petroleum Company, LLC | Brian Rich | Creditor | brich@bergersingerman.com |
| Fletcher Petroleum Corp. | Michael Niles | Creditor | mniles@bergersingerman.com |
| Fletcher Petroleum Corp. | Brian Rich | Creditor | brich@bergersingerman.com |
| Foote Oil and Gas Properties, LLC | Jonathan Dickey | Creditor | jonathan@kjblawoffice.com |
| FPCC USA, Inc. | Joseph Eric Bain | Creditor | jbain@joneswalker.com |
| FPCC USA, Inc. | Madison M. Tucker | Creditor | mtucker@joneswalker.com |

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| FPCC USA, Inc. | Amy Vazquez | Creditor | avazquez@joneswalker.com |
| Franks Exploration Company, LLC | Jordan B. Bird | Creditor | jordan.bird@cookyancey.com |
| Gateway Exploration, LLC | Robert L Paddock | Creditor | rpaddock@buckkeenan.com |
| GCREW Properties, LLC | Robert L Paddock | Creditor | rpaddock@buckkeenan.com |
| GE Oil & Gas Pressure Control US | Timothy C. Mohan | Creditor | tmohan@foley.com |
| Hall Management, LLC | Jordan B. Bird | Creditor | jordan.bird@cookyancey.com |
| Halliburton Energy Services, Inc. | Jeffery Dayne Carruth | Creditor | jcarruth@wkpz.com |
| Harvest Gas Management, LLC | Robert L Paddock | Creditor | rpaddock@buckkeenan.com |
| Hopping Green & Sams | Timothy Michael Riley | Creditor | timothyr@hgslaw.com |
| Hughes Oil South, LLC | Jordan B. Bird | Creditor | jordan.bird@cookyancey.com |
| I & L Miss I, LP | Shay L. Denning | Creditor | sdenning@mbssllp.com |
| I & L Miss I, LP | Thomas H Shipps | Creditor | tshipps@mbssllp.com |
| I & L Miss I, LP | Barnet B Skelton, Jr | Creditor | barnetbjr@msn.com |
| J&A Harris, LP | Jordan B. Bird | Creditor | jordan.bird@cookyancey.com |
| JF Howell Interests ,LP | David R Taggart | Creditor | dtaggart@bradleyfirm.com |
| JH Howell Interests, LP | David R Taggart | Creditor | dtaggart@bradleyfirm.com |
| JJS Interests Escambia, LLC | Jennifer Hardy | Creditor | jhardy2@willkie.com |
| JJS Interests Steele Kings, LLC | Jennifer Hardy | Creditor | jhardy2@willkie.com |
| JJS Working Interests, LLC | Jennifer Hardy | Creditor | jhardy2@willkie.com |
| Juno Financial LLC | Ryan Lorenz | Creditor | RLorenz@ClarkHill.com |
| Kingston, LLC | Jordan B. Bird | Creditor | jordan.bird@cookyancey.com |
| KMR Investments, LLC | Jordan B. Bird | Creditor | jordan.bird@cookyancey.com |
| Kodiak Gas Services, LLC | Matthew Okin | Creditor | mokin@okinadams.com |
| Kodiak Gas Services, LLC | John Thomas Oldham | Creditor | joldham@okinadams.com |
| Landmark Exploration, LLC | Jim F Spencer, Jr | Creditor | jspencer@watkinseager.com |
| Landmark Oil and Gas, LLC | Jim F Spencer, Jr | Creditor | jspencer@watkinseager.com |
| Lexington Investments, LLC | Jim F Spencer, Jr | Creditor | jspencer@watkinseager.com |
| Liquid Gold Well Service, Inc. | Christopher M. Crowley | Creditor | ccrowley@fncmlaw.com |
| Louisiana Tower Operating LLC | Theodore J. Hartl | Creditor | hartlt@ballardspahr.com |
| Lucas Petroleum Group, Inc. | Duane Brescia | Creditor | dbrescia@clarkhill.com |
| Lufkin Industries, LLC | Timothy C. Mohan | Creditor | tmohan@foley.com |
| McCombs Energy, Ltd. | Stephen K. Lecholop, II | Creditor | slecholop@rpsalaw.com |
| McCombs Exploration, LLC | Stephen K. Lecholop, II | Creditor | slecholop@rpsalaw.com |
| MER Energy, LTD | Shay L. Denning | Creditor | sdenning@mbssllp.com |
| MER Energy, LTD | Thomas H Shipps | Creditor | tshipps@mbssllp.com |
| MER Energy, LTD | Barnet B Skelton, Jr | Creditor | barnetbjr@msn.com |
| Meritage Energy Ltd | Robert L Paddock | Creditor | rpaddock@buckkeenan.com |
| MR Oil & Gas, LLC | Shay L. Denning | Creditor | sdenning@mbssllp.com |
| MR Oil & Gas, LLC | Thomas H Shipps | Creditor | tshipps@mbssllp.com |
| MR Oil & Gas, LLC | Barnet B Skelton, Jr | Creditor | barnetbjr@msn.com |
| Office of Natural Resources Revenue | Katherine A Ross | Creditor | katherine.ross@usdoj.gov |
| PAR Minerals Corporation | Christopher Meredith | Creditor | cmeredith@cctb.com |
| PAR Minerals Corporation | Glenn Taylor | Creditor | gtaylor@cctb.com |
| Pickens Financial Group, LLC | Shay L. Denning | Creditor | sdenning@mbssllp.com |
| Pickens Financial Group, LLC | Thomas H Shipps | Creditor | tshipps@mbssllp.com |
| Pickens Financial Group, LLC | Barnet B Skelton, Jr | Creditor | barnetbjr@msn.com |
| Pine Island Chemical Solutions, L.L.C. | Armistead Mason Long | Creditor | along@gamb.law |
| Plains Gas Solutions, LLC | Kevin S. Neiman | Creditor | kevin@ksnpc.com |
| Plains Marketing, L.P. | Kevin S. Neiman | Creditor | kevin@ksnpc.com |
| Premium Oilfield Services, LLC | Andrew James Shaver | Creditor | ashaver@bradley.com |
| Pruet Oil Company, LLC | Matthew J. Ochs | Creditor | mjochs@hollandhart.com |

| Name | Contact | Role | Email |
|---|---|---|---|
| Pruet Oil Company, LLC | Jeremy L Retherford | Creditor | jretherford@balch.com |
| Pruet Production Co. | Matthew J. Ochs | Creditor | mjochs@hollandhart.com |
| Pruet Production Co. | Jeremy L Retherford | Creditor | jretherford@balch.com |
| RAPAD Well Service Co., Inc. | Matthew J. Ochs | Creditor | mjochs@hollandhart.com |
| RAPAD Well Service Co., Inc. | Jeremy L Retherford | Creditor | jretherford@balch.com |
| Rudman Family Trust | John Childers | Creditor | jchilders@chmslaw.com |
| Rudman Family Trust | Thomas H Shipps | Creditor | tshipps@mbssllp.com |
| Rudman Family Trust | Barnet B Skelton, Jr | Creditor | barnetbjr@msn.com |
| Rudman Partnership | Shay L. Denning | Creditor | sdenning@mbssllp.com |
| Rudman Partnership | Thomas H Shipps | Creditor | tshipps@mbssllp.com |
| Rudman Partnership | Barnet B Skelton, Jr | Creditor | barnetbjr@msn.com |
| Seitel Data, Ltd. | Duane Brescia | Creditor | dbrescia@clarkhill.com |
| Sklar Exploration Company, LLC | Jeffrey S. Brinen | Debtor | jsb@kutnerlaw.com |
| Sklar Exploration Company, LLC | Benjamin Y. Ford, RSA Tower, 27th Floor, 11 North Water Street, Mobile, AL 36602 | Debtor | N/A |
| Sklar Exploration Company, LLC | Attn: J. Marshall Jones III, COO, VP-Land, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301 | Debtor | N/A |
| Sklar Exploration Company, LLC | Jenny M.F. Fujii | Debtor | jmf@kutnerlaw.com |
| Sklar Exploration Company, LLC | Lee M. Kutner | Debtor | lmk@kutnerlaw.com |
| Sklar Exploration Company, LLC | Keri L. Riley | Debtor | klr@kutnerlaw.com |
| Sklar Exploration Company, LLC | J. Strausser | Debtor | Jstrausser@sklarexploration.com |
| Sklar Exploration Company, LLC | | Debtor | jmjones@sklarexploration.com |
| Sklar Exploration Company, LLC | James Katchadurian | Debtor | James.Katchadurian@cr3partners.com |
| Sklar Exploration Company, LLC | | Debtor | hfskalr@sklarexploration.com |
| Sklarco, LLC | Jeffrey S. Brinen | Debtor | jsb@kutnerlaw.com |
| Sklarco, LLC | Benjamin Y. Ford, RSA Tower, 27th Floor, 11 North Water Street, Mobile, AL 36602 | Debtor | N/A |
| Sklarco, LLC | 5395 Pearl Parkway, Suite 200, Boulder, CO 80301 | Debtor | N/A |
| Sklarco, LLC | Jenny M.F. Fujii | | jmf@kutnerlaw.com |
| Sklarco, LLC | Lee M. Kutner | | lmk@kutnerlaw.com |
| Sklarco, LLC | Keri L. Riley | Creditor | klr@kutnerlaw.com |
| State of Louisiana, Depatment of Natural Resources, Office of Mineral Resources | Ryan Seidemann | Creditor | seidemannr@ag.louisiana.gov |
| Stone Development, LLC | Jim F Spencer, Jr | Creditor | jspencer@watkinseager.com |
| Stoneham Drilling Corporation | James B. Bailey | Creditor | jbailey@bradley.com |
| Strago Petroleum Corporation | Robert L Paddock | Creditor | rpaddock@buckkeenan.com |
| Sugar Oil Properties, L.P. | Eric Lockridge | Creditor | eric.lockridge@keanmiller.com |
| Tara Rudman Revocable Trust | John Childers | Creditor | jchilders@chmslaw.com |
| Tara Rudman Revocable Trust | Thomas H Shipps | Creditor | tshipps@mbssllp.com |
| Tara Rudman Revocable Trust | Barnet B Skelton, Jr | Creditor | barnetbjr@msn.com |
| Tauber Exploration & Production Company | Shay L. Denning | Creditor | sdenning@mbssllp.com |
| Tauber Exploration & Production Company | Thomas H Shipps | Creditor | tshipps@mbssllp.com |

| | | | |
|---|---|---|---|
| Tauber Exploration & Production Company | Barnet B Skelton, Jr | Creditor | barnetbjr@msn.com |
| TCP Cottonwood, L.P. | Eric Lockridge | Creditor | eric.lockridge@keanmiller.com |
| The Official Committee of Unsecured Creditors | Grant Matthew Beiner | Committee | gbeiner@munsch.com |
| The Official Committee of Unsecured Creditors | John Cornwell | Committee | jcornwell@munsch.com |
| The Official Committee of Unsecured Creditors | Christopher D. Johnson | Committee | cjohnson@munsch.com |
| The Rudman Partnership | Thomas H Shipps | Creditor | tshipps@mbssllp.com |
| The Rudman Partnership | Barnet B Skelton, Jr | Creditor | barnetbjr@msn.com |
| The Southeast Alabama Gas District | Casey Carlton Breese | Creditor | cbreese@wsmtlaw.com |
| US Trustee | Paul Moss | US Trustee | Paul.Moss@usdoj.gov |
| US Trustee | Paul Moss | US Trustee | USTPRegion19.DV.ECF@usdoj.gov |
| Weatherford U.S., L.P. | Daniel L. Bray | Creditor | daniel.bray@huschblackwell.com |
| Weatherford U.S., L.P. | Daniel L. Bray | Creditor | greg.koush@weatherford.com |