## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. 20-12377-EEB |
| | ) | |
| SKLAR EXPLORATORY COMPANY, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | |
| | ) | |
| In re: | ) | Case No. 20-12380-EEB |
| | ) | |
| SKLARCO, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | |

## CERTIFICATE OF SERVICE

I certify that on November 24, 2020, I served *via* first class mail a copy of the *Ad Hoc Committee of Working Interest Owners' Motion to Modify the Automatic Stay to: (A) Hold a Meeting of the Working Interest Owners in the Brooklyn Oil Units; (B) Take a Contractually Authorized Vote to Remove Debtor Sklar Exploration Company, LLC, as Operator of the Brooklyn Oil Units; (C) Upon an Affirmative Vote to Remove SEC as Operator in Order to Take All Steps Necessary to Effectuate the Removal* [Docket No. 671] (the "**Motion**") on the parties listed on **Exhibit 1** in compliance with, and as required by, the *Order Granting Ex Parte Motion of the Ad Hoc Committee of Working Interest Owners to Limit Notice of a Previously Filed Motion for Relief from Automatic Stay* [Docket No. 682] (the "**Order Limiting Notice**").[1]

---

[1] The Order Limiting Notice required Debtors' counsel to provide, within two (2) business days of the entry of the Order Limiting Notice, the names and addresses of all Working Interest Owners in the Brooklyn Oil Units (the "**WIOs**") according to their books and records (the "**WIO Service List**"). The Debtors provided the WIO Service List to the *Ad Hoc* Committee on November 23, 2020.[1] The WIO Service List is attached as **Exhibit 1**. The Order Limiting Notice required the *Ad Hoc* Committee to serve, within two (2) days of receipt of the WIO Service List, the Motion and the Modified Notice (as such term is defined in the Order Limiting Notice), *via* first class mail on the WIOs identified on the WIO Service List as provided by the Debtors. The WIO Service List did not provide an address for James Timothy Calvert and only contained a possible address for Reorganized Church of Jesus Christ of Latter-Day Saints (the "**Church**"). Debtors' counsel informed the *Ad Hoc* Committee's counsel that "[t]hose two are force-pooled owners, and [the Debtors] do not have current contact information for them. The company has tried to find them previously but has not had any success in doing so." The *Ad Hoc* Committee sent the Motion and Modified Notice to the Church at the "possible address," but has not sent the Motion or Notice to Mr. Calvert because it does not have (and could not find after a reasonable search) his address. The *Ad Hoc* Committee served a copy of the Motion and Amended Notice on the WIOs in compliance with, and as required by, the Order Limiting Notice.

/s/ Timothy M. Swanson
Timothy M. Swanson (47267)

*Counsel to the Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company, LLC and Sklarco, LLC*