# SOUTHEAST BROOKLYN OIL UNIT

**Sklarco, L.L.C.**
Attn: J. Marshall Jones III, COO, VP-Land
5395 Pearl Parkway, Ste 200
Boulder, CO 80301

**JJS Interests Escambia LLC**
Attn: Mr. Justin Simons
2001 Kirby Drive, Ste 1110
Houston, Texas 77019

**Bantam Creek LLC**
Attn: Terry Dorris
4712 Lakeside Drive
Colleyville, Texas 76034

**Bundero Investment Company, L.L.C.**
Attn: Robert P. Bowman, Manager
401 Edwards Street, Suite 820
Shreveport, LA 71101

**Craft Exploration Company, L.L.C.**
Attn:  Steven H. Craft, Managing Member
PO Box 2430
Madison, MS 39130

**Dickson Oil & Gas, LLC**
Attn: Mr. C. Bickham Dickson, III
P. O. Box 52479
Shreveport, LA  71135

**DoublePine Investments, Ltd.**
Attn: Mr. W. R. "Trey" Sibley, III
Co-Manager of General Partner
4851 LBJ Freeway, Suite 210
Dallas, Texas 75244

**Fant Energy Limited**
Richard Fant
Attn: Stephen Swan
P. O. Box 55205
Houston, TX  77255

**Fant Energy Limited**
c/o Sabrina McTopy
Jackson Walker, L.L.P.
1401 McKinney St Ste 1900
Houston, TX 77010

**EXHIBIT 1**

**FPCC USA, Inc.**
Weez Jian Chen, Assistant VP
Attn: William Hu
245 Commerce Green Blvd, Ste 250
Sugar Land, Texas 77478

**JF Howell Interests, LP**
Attn: David Morgan, Managing Member
416 Travis Street, Suite 715
Shreveport, LA  71101

**Landmark Exploration, LLC**
Attn: Michael Johnson
P.O. Box 12004
Jackson, MS 39236

**Marksco, LLC**
Attn: Mark Sealy
333 Texas Street, Ste. 1050
Shreveport, LA 71101

**McCombs Energy, LTD, LLC**
Attn: Gary Woods
750 E Mulberry Ave, Ste 403
San Antonio, TX 78212

**Pickens Financial Group, LLC**
Attn: Michael K. Pickens, President
10100 N. Central Expressway, Ste. 200
Dallas, TX 75231-4159

**Resource Ventures, LLC**
ATTN:  Mark A. Arnold
7112 W. Jefferson Ave, Ste 106
Lakewood, CO 80235

**Rudman Family Trust**
Attn: R. Hiram Lucius, Business Manager
5910 N. Central Expressway, Ste 1662
Dallas, Texas 75206

**Tara Rudman Revocable Trust**
Attn: R. Hiram Lucius, Business Manager
5910 N. Central Expressway, Ste 1662
Dallas, Texas 75206

**The Rudman Partnership**
Attn: Mr. W. R. "Trey" Sibley, III
4851 LBJ Freeway, Suite 210
Dallas, Texas 75244

**Tauber Exploration & Production Co.**
Attn: Richard E. Tauber, President
55 Waugh Drive, Suite 600
Houston, TX 77007

**Tiembo, Ltd**.
Attn: Mark Rauch
P.O. Box 270415
Houston, TX 77277-0415

**Trimble Energy LLC**
Attn: James C. Trimble
5331 Lobello Drive
Dallas, Texas 75229

**Anderson Exploration Energy Company, L.C.**
Attn: T. Cole Anderson
333 Texas Street, Suite 2020
Shreveport, LA  71101

**Aspen Energy, Inc.**
Attn: Michael S. Reed, President
161 St. Matthews Avenue, Suite 16
Louisville, KY 40207

**Barnes Creek Drilling, LLC**
Attn: Robin Thomas
320 Second Street
Columbia, MS 39429

**Steven E. Calhoun**
P.O. Box 7621
Tyler, TX 75711

**Central Exploration Co, Inc.**
c/o William E. Hathorn
733 Highway 583 SE
Brookhaven MS 39601

**Central Petroleum, Inc.**
Attn: George Dennis
P. O. Box 2547
Madison, MS 39130-2547

**CFBR Partners**
Daniel S. Cliff, Managing Member
91 Montford Avenue
Mill Valley CA 94941

**C. H. Oil and Gas, LLC**
Attn: Mr. Scott H. Noblitt, Vice President
493 Canyon Point Circle
Golden, CO 80403

**Chateau Blanche, LLC**
Attn: Geoffrey G. Hambach, Manager
P.O. Box 1311
Brookhaven, MS 39602

**Ms. Shelley M. Chavanne**
7 Switchbud Place, Ste 192-209
The Woodlands, TX 77380

**Crow Partners, Ltd.**
Attn: Joel Davis
P.O. Box 540988
Houston, Texas 77254-0988

**Janet Faulkner Dunn**
5790 Dunridge Dr.
Pace, FL 32571

**ELBA Exploration LLC**
Julie K. Nix, Managing Member
P.O. Box 807
Milton, FL 32572

**El Dorado Gulf Coast Production LLC**
Robert Smith, Manager
PO Box 195868
Dallas, TX 75219

**Fletcher Exploration, LLC**
Rick Fletcher
PO Box 2147
Fairhope, AL 36533-2147

**Rhodna F. Fouts**
AKA Ronnie Fouts
P.O. Box 660566
Birmingham, AL 35266

**Harvest Gas Management**
10050 Bayou Glen Road
Houston, TX 77042

**Jeffreys Drilling**
Attn: Mr. Bradley Jeffreys
3839 McKinney Ave. STE 155-269
Dallas, TX 75204

**KKS Oil & Gas, Ltd**
4532 Arcady Ave
Dallas, TX 75205

**Max C. Johnson**
P.O. Box 111
Midfield, TX 77458

**Jura-Search, Inc.**
Attn: Lawrence R. Baria, President
P.O. Box 320426
Flowood, MS 39232

**John Kubala**
1021 E Lighton Trail
Fayetteville, AR 72701

**Opal L. Kidd Family Partnership, Ltd**
Attn: Kimberly Maddox, Temporary Administrator
Assistant: Debbie Hasting
1428 E. Richards
Tyler, TX 75702

**Kidd Production, Ltd.**
Attn: Kimberly Maddox, Temporary Administrator
Assistant: Debbie Hasting
102 North College Suite 106
Tyler, TX 75702

**Trant K Kidd Family Partnership, Ltd.**
Attn: Kimberly Maddox, Temporary Administrator
Assistant: Debbie Hasting
102 North College Ste 106
Tyler, Texas 75702

**King Oil, LLC**
Attn: Mr. Robert E. Braswell, Jr. Manager
416 Travis Street, Ste 1100
Shreveport, LA 71101

**Kwazar Resources, LLC**
PO Box 7417
Spanish Fort, AL 36577

**Lamancha Investments II, LLC**
Attn: Glenn E. Pitts, Manager
P.O. Box 320566
Flowood, MS 39232

**The Marcy Beach 2011 Irrevocable Trust**
3131 Maple Ave Apt 10 H
Dallas, TX 75201

**Marlin Exploration, Inc.**
Attn: Autie J. Orjias, VP
P.O. Box 1367
Shreveport, LA 71164-1367

**Patrick J. McBride**
501 Seville Circle
El Dorado Hills, CA 95762

**Michael Management, Inc.**
Attn: Mr. M. Timothy Michael
P.O. Box 922
Fairhope, AL 36533

**Northstar Producing I, Ltd.**
Terry Stanislav, Partner
Attn: Kurt M. Ley
7607 Fern Avenue, Suite 602
Shreveport, LA 71105

**Parous Energy, LLC.**
Attn: George Dennis
P. O. Box 2547
Madison, MS 39130-2547

**Party Hat Enterprises, LLC**
850 South Donner Way Apt 503
Salt Lake City, UT 84108

**PetroDrill, LLC**
Attn: Donnie W. Lambert, Manager
P.O. Box 5098
Brandon, MS 39047

**Pflanzer Partners, Ltd.**
Attn: Dr. Joseph Pflanzer
1225 Sunset Ridge Circle
Cedar Hill, TX 75104

**Porter Estate Company Oakley Ranch, Inc.**
Attn: Alexandra Kromelow
100 Bush Street #550
San Francisco, CA 94104

**Ridgway Management, Inc.**
Attn: C. R. Ridgway, IV
P.O. Box 187
Jackson, MS 39205-0187

**Roosth 806, Ltd, a Texas Ltd Partnership**
**c/o Regions Bank, AIF, Agent and Attorney-in-Fact**
Trust Dept.
Attn: Patty Swain
P.O. Box 2020
Tyler, TX 75710

**Royalty Exploration, LLC**
ATTN:  Mark A. Arnold
7112 W. Jefferson Ave, Ste 106
Lakewood, CO 80235

**(Estate of) Wolfe Rudman**
Attn: R. Hiram Lucius, Business Manager
5910 N. Central Expressway, Ste 1662
Dallas, Texas 75206

**William S. Schreier**
8 Spruce St, Apt 68 H
New York, NY 10038

**Sellars Family LLC**
Attn: Mrs. Jodi Smith, Managing Member
11128 Windjammer Dr.
Frisco, TX 75034

**Spanish Fort Royalty, LLC**
P.O. Box 7429
Spanish Fort, AL 36577

**Spindletop Oil & Gas Co.**
Attn: Chris G. Mazzini
12850 Spurling Road, Ste 200
Dallas, TX 75230

**Stroud Family, L.P.**
ATTN: Mr. Robert Stroud
333 Texas Ave., Ste. 860
Shreveport, LA 71101

**Strago Petroleum Corporation**
3209 Hamm Road
Pearland, TX 77581

**Sugar Oil Properties, LP**
Attn: Mickey Quinlan, President
625 Market Street, Suite 100
Shreveport, LA 71101

**Tyler Oil & Gas, LLC**
Tiffany Tyler Steadman and BT Steadman
P.O. Box 12761
Jackson, MS 39236

**WSK Properties, LLC**
Attn: Mr. Scott Knight
PO Box 508
Tyler, TX 75710

**Bellis Investments LP**
Attn: Gordon Bellis
100 Bush Street, Suite #550
San Francisco, CA 94104

**Efraim Brody**
310 NW 171 Street
Miami, Florida 33169

**Dolkas Investments LP**
Attn: Gordon Bellis
100 Bush Street, Suite #550
San Francisco, CA 94104

**Ed L. Dunn**
P.O. Box 94
Milton, Florida 32572

**John C. Nix, Jr.**
P.O. Box 807
Milton, Florida 32572

**William R. Rollo & Gloria R. Rollo Revocable Trust**
Attn: William R. Rollo & Gloria R. Rollo, Co-Trustees
P.O. Box 894
Milton, Florida 32572

**Sesnon Oil Company**
Attn: Gordon Bellis
100 Bush Street, Suite #550
San Francisco, CA 94104

**Gulf Coast Mineral, LLC**
Attn: Gary Billingsley
109 East 14th Avenue
Gulf Shores, AL 36542

**Emerald Oil & Mining Co.**
Attn: Marcy Beach, Executor
3131 Maple Ave #10H
Dallas, TX 75201

**John W. Tisdale, Jr.**
P.O. Box 1803
Andalusia, AL 36420

**Pruet Production Company**
Attn: James Rigney
217 West Capitol Street, Suite 201
Jackson, MS 39201

**AEH Investments**
Attn: Angela Harris
333 Texas Street, Ste. 1414
Shreveport LA 71101

**THE COLEMAN REVOC LIVING TRUST**
Bobby Coleman, Trustee
4600 Greenville Ave., Suite 300
Dallas, TX  75206-5038

**DBC RESOURCES LP**
Attn: Don Clark
PO Box 670725
Dallas, TX 75367

**DCOD LLC**
c/o Warren Clark Development
Attn: Dale Clark
16390 Addison Rd
Addison, TX 75001

**DEDE LLC**
Attn: Billy Mounger
Attn: Bobby Mounger
4450 Old Canton Road, Ste. 203
Jackson, MS 39211

**DON B. SAUNDERS TRUST**
Trustee: Don B. Saunders
340 Cherokee Ln
Winter Park, FL 32789

**FIDDLER INVESTMENTS**
Attn: Darrell J. Mueller, Manager
PO Box 708
Addison, TX 75001

**Four D LLC**
Attn: Chris Douglass
PO Box 2173
Durango, CO 81302-2173

**Leanne D. Ford**
516 Featherstone Ct
Ridgeland, MS 39157-2908

**Franks Exploration Co. LLC**
Bobby E. Jelks, President
PO Box 7665
Shreveport, LA 7113

**Gaston Oil Company**
Attn: Robert S. Gaston
9306 Milbank DR
Shreveport, LA 71115

**GJR Investments Inc.**
**Grady Cooksey, Jr.**
304 Santiago Dr.
Winter Park, FL 32789

**Darlene K Hall**
6121 Fern Ave Unit 117
Shreveport, LA 71105

**Hall & Hall LLC**
Attn: Rita Hall
Attn: Simon Hall, CFO
116 Timbercrest Ln.
Brandon, MS 39047

**Hall Management LLC**
Attn: Donald Hall
4913 Oak Point Dr.
Shreveport, LA 71107

**Hanson Operating Company, Inc.**
Attn: Ray Willis, President
P. O. Box 1515
Roswell, NM 88202-1515

**Harkness A. Duncan Family Trust**
**William E. Duncan**
Attn: Connie Hoff, Accounting, JIBs
Send elections to: Travis Gist
Wells Fargo Bank NA as trustee
PO Box 41779
Austin, TX 78704

**Harkness A. Duncan Family Trust**
**Melissa A. Duncan**
Attn: Connie Hoff
Travis Gist
Wells Fargo Bank NA as trustee
PO Box 41779
Austin, TX 78704

**Harkness A. Duncan Family Trust**
**Katherine Lynne Matlack**
Attn: Connie Hoff
Travis Gist:
Wells Fargo Bank NA as trustee
PO Box 41779
Austin, TX 78704

**Hughes 2000 CT LLC**
Attn: Pam Kynerd
331 Redding Rd.
Redding, CT 06896
PO Box 1868
Brandon, MS 39043

**Hughes Oil South LLC**
R. Price Johnson, Manager, Strata Management
Attn: Dee-Dee Bell
PO Box 608
Oxford, MS 38655

**J & A Harris LP**
Attn: Angela Harris
333 Texas St. Ste. 1414
Shreveport, LA 71101

**JCE Galbraith Oil & Gas**
Attn: Joan McDonough
Attn: Jim Galbraith
2032 Alameda Ave
Orlando, FL 32804

**JMS Oil & Gas Holdings LLC**
Attn: Rob Campbell
PO Box 4920
Orlando, FL 32802

**KMR Investments LLC**
Attn: Tim Brown, Manager
PO Box 417
Homer, LA 71040

**M. Johnson Investment PTN**
Attn: Dr. Melvin Johnson
100 S Eola Dr. PH 215
Orlando, FL 32801

**Pam Lin Corporation**
Attn: Craig Clark
PO Box 50635
Midland, TX 79710

**Paula W. Denley LLC**
PO Box 720548
Byram, MS 39272

**Petroleum Investments Inc**.
Attn: Braden C Despot
Asst: Sabrina Guillory
416 Travis St. Ste. 612
Shreveport, LA 71101

**Ryco Exploration, LLC**
Attn: Robin Smith
401 Edwards St. Ste. 915
Shreveport, LA 71101

**Sawyer Drilling & Service Inc.**
Ronald L. Sawyer
PO Box 5275
Bossier City, LA 71171

**Barbara M. Sugar Estate**
Tommy Youngblood, Executor
PO Box 52149
Shreveport, LA 71135

**Sugar Oil Properties, L.P.**
Attn: Mr. Mickey Quinlan, President
625 Market St. STE 100
Shreveport, LA 71101

**Summit LLC**
Attn: Alvin Byrd
229 Dogwood Ln.
Madison, MS 39110

**Wallace & Wallace LLC**
6163 Kay Brook Dr.
Byram, MS 39272

**Leonard E. Williams**
2510 Norfolk Rd.
Orlando, FL 32803

**Edward L. Yarbrough, Jr.**
PO Box 11
Belcher, LA 71004

**Tom Youngblood**
PO Box 5926
Shreveport, LA 71135

**RAB Oil & Gas Holdings LLC**
Attn: Rob Campbell
PO Box 4920
Orlando, FL 32802

**Benjamin O. Barlow**
105 Crestview Dr
Clanton, AL 35045

**Mary Katherine Jones**
4432 County Road 11
Repton, AL 36475

**Robert Cary**
307 West Orange Street
Troy, AL 36081

**Henry George Foster & Velma B. Foster**
5270 Windham Rd.
Milton, FL 32570

**Charles A. Frazier, for life**
31778 County Road 6
Evergreen, AL 3642

**Dorothy Jones Gates Revocable Trust**
3640 Stratford Way
Birmingham, AL 35242

**Janie M. Johnston**
1203 Avondale Road
Montgomery, AL 36109

**Clark Rabren**
14 County Rd. 1348
Vinemont, AL 35179

**Rebecca Thames Savage**
PO Box 10853
Jacksonville, FL 32247

**Larry Dwight Taylor 2012 Irrevocable Trust**
PO Box 803
Evergreen, AL 36401
Phone: (251)578-2562

# SOUTHWEST BROOKLYN OIL UNIT

**Sklarco, L.L.C.**
Attn: J. Marshall Jones III, COO, VP-Land
5395 Pearl Parkway, Ste 200
Boulder, CO 80301

**JJS Interests Escambia LLC**
Attn: Mr. Justin Simons
2001 Kirby Drive, Ste 1110
Houston, Texas 77019

**Bantam Creek LLC**
Attn: Terry Dorris
4712 Lakeside Drive
Colleyville, Texas 76034

**Bundero Investment Company, L.L.C.**
Attn: Robert P. Bowman, Manager
401 Edwards Street, Suite 820
Shreveport, LA 71101

**Craft Exploration Company, L.L.C.**
Attn:  Steven H. Craft, Managing Member
PO Box 2430
Madison, MS 39130

**Dickson Oil & Gas, LLC**
Attn: Mr. C. Bickham Dickson, III
P. O. Box 52479
Shreveport, LA  71135

**DoublePine Investments, Ltd.**
Attn: Mr. W. R. "Trey" Sibley, III
4851 LBJ Freeway, Suite 210
Dallas, Texas 75244

**Fant Energy Limited**
Richard Fant
Attn: Stephen Swan
P. O. Box 55205
Houston, TX  77255

**FPCC USA, Inc.**
Attn: William Hu
245 Commerce Green Blvd, Ste 250
Sugar Land, Texas 77478

**JF Howell Interests, LP**
Attn: David Morgan, Managing Member
416 Travis Street, Suite 715
Shreveport, LA  71101

**Landmark Exploration, LLC**
Attn: Michael Johnson
P.O. Box 12004
Jackson, MS 39236

**Marksco, LLC**
Attn: Mark Sealy
333 Texas Street, Ste. 1050
Shreveport, LA 71101

**McCombs Energy, LTD, LLC**
Attn: Gary Woods
750 E Mulberry Ave, Ste 403
San Antonio, TX 78212

**Pickens Financial Group, LLC**
Attn: Michael K. Pickens, President
10100 N. Central Expressway, Ste. 200
Dallas, Texas 75231-4159

**Resource Ventures, LLC**
ATTN:  Mark A. Arnold
7112 W. Jefferson Ave, Ste 106
Lakewood, CO 80235

**Rudman Family Trust**
Attn: R. Hiram Lucius, Business Manager
5910 N. Central Expressway, Ste 1662
Dallas, Texas 75206

**Tara Rudman Revocable Trust**
Attn: R. Hiram Lucius, Business Manager
5910 N. Central Expressway, Ste 1662
Dallas, Texas 75206

**The Rudman Partnership**
Attn: Mr. W. R. "Trey" Sibley, III
4851 LBJ Freeway, Suite 210
Dallas, Texas 75244

**Tauber Exploration & Production Co.**
Attn: Richard E. Tauber, President
55 Waugh Drive, Suite 600
Houston, TX 77007

**Tiembo, Ltd**.
Attn: Mark Rauch
P.O. Box 270415
Houston, TX 77277-0415

**Tisdale Natural Resources**
Gregory B. White, Personal Representative
P.O. Box 281
Andalusia, AL 36420

**Trimble Energy LLC**
Attn: James C. Trimble
5331 Lobello Drive
Dallas, Texas 75229

**Central Petroleum, Inc.**
Attn: George Dennis
P. O. Box 2547
Madison, MS 39130-2547

**Bellis Investments LP**
Attn: Gordon Bellis
100 Bush Street, Suite #550
San Francisco, CA 94104

**Dolkas Investments LP**
Attn: Gordon Bellis
100 Bush Street, Suite #550
San Francisco, CA 94104

**Ed L. Dunn**
P.O. Box 94
Milton, Florida 32572

**John C. Nix, Jr.**
P.O. Box 807
Milton, Florida 32572

**Lovelace Properties, LLC**
Barbara L. Burton, Managing Partner
3263 Dell Road
Birmingham, AL 35223

**William R. Rollo & Gloria R. Rollo Revocable Trust**
Attn: William R. Rollo & Gloria R. Rollo, Co-Trustees
P.O. Box 894
Milton, Florida 32572

**Sesnon Oil Company**
Attn: Gordon Bellis
100 Bush Street, Suite #550
San Francisco, CA 94104

**Baxterville, LLC**
4323 Snowberry Lane
Naples, FL 34119

**Carl Herrin Oil and Gas LLC**
Attn: Mr. Scott H. Noblitt, Vice President
493 Canyon Point Circle
Golden, CO 80403

**Central Exploration Co., Inc.**
c/o William E. Hathorn
733 Highway 583 SE
Brookhaven MS 39601

**Delta S Ventures LP**
615 Longview Drive
Sugar Land, TX 77478

**James B. Dunn**
5826 Dunridge Dr
Pace, FL 32571

**Judy Dunn**
5843 Dunridge Dr
Pace, FL 32571

**Eaton Finance Corp.**
7302 Rustling Oaks Drive
Richmond, TX 77469

**ELBA Exploration LLC**
PO Box 807
Milton, FL 32572

**Fletcher Exploration, LLC**
PO Box 2147
Fairhope, AL 36533-2147

**Horace, LLC**
493 Canyon Point Circle
Golden, CO 80403

**Janus Enterprises, LLC**
Raymond Joseph Lasseigne
PO Box 5625
Bossier City, LA 71171

**JDGP, LLC**
4323 Snowberry Lane
Naples, FL 34119

**T.A. Leonard**
7817 Petersen Point Road
Milton, FL 32583

**Marco Land & Petroleum, Inc.**
Attn: Mr. Cosby H. Martin, Jr.
2811 Keego Road
Brewton, AL 36426

**Daniel W. McMillan FP**
PO Box 867
Brewton, AL 36427

4320 Club Drive NE
Atlanta, GA 30319

**Ed Leigh McMillan, III FP**
PO BOX 867
Brewton, AL 36427

**Robert C. McMillan 2011 Rev Trust FP**
Attn: Chip Walker – Personal Trust Dept.
PO Box 291 STE 1030
Jackson, MS 39205

**Robert C. & Candy M. McMillan FP**
PO Box 867
Brewton, AL 36427

**Mountain Air Enterprises, LLC**
Attn: John S. Turner Jr.
820 Garrett Drive
Bossier City, LA 71111

**Katherine E. McMillan Owens FP**
PO Box 1229
Brewton, AL 36427

**Shadow Hill, LLC**
P.O. Box 6212
Bossier City, LA 71171

**Sawyer Drilling & Service Inc.**
PO Box 5275
Bossier City, LA 71171

**Spanish Fort Royalty, LLC**
P.O. Box 7429
Spanish Fort, AL 36577

**Strago Petroleum Corporation**
3209 Hamm Road
Pearland, TX 77581

**Thomas Energy, LLC**
PO Box 809
Brewton, AL 36427

**Triumphant Management, LLC**
Attn: Stefano Feo
3757 Gulf Shores Pkwy Suite BA-1
Gulf Shores, AL 36542

**Doris Verna Atwood**
14 Wild Good Lane
Narragansett, RI 02882

**Bernice Boothe**
339 Harvey Watkin Drive
Canton, MS 39046

**Gerry Burford**
431 Clifton Street
Camden, AL 36726

**James Timothy Calvert**
Unknown

**Betty Ann Darden**
1624 Ulster Drive
Elizabeth City, NC 27909

**Andrea Davis**
145 West 47th Street, #6
Los Angeles, CA 90037

**Betty Dickerson**
605 Coalfire Avenue
Hueytown, AL 35023

**Phyllis Doss**
8180 Highway 51
Wesson, MS 39191

**John E. Downing**
c/o Jane Downing Dunaway
1413 Mill Street
Camden, SC 29020

**Amy Brundle**
7251 Corvette Ct
Raleigh, NC 27613

**Sara Grasty Bukowski**
811 Riverway Ln
Knightdale, NC 27545

**Lillie Jones**
4004 Keys Avenue
Brighton, AL 35020

**JoAnne Kelly**
2513 Thoreau Street
Inglewood, CA 90303

**Suzanne C. Leander**
45 Hidden Lane
Westbury, NC 11590

**Martha McKenzie**
1771 Country Club Rd
Eufaula, AL 36027

**Ed Leigh McMillan Trust**
P.O. Box 867
Brewton, AL 36427

**Elvira M. Mannelly**
4320 Club Drive NE
Atlanta, GA 30319

**Robert C. & Candy M. McMillan**
PO Box 867
Brewton, AL 36427

**Thomas E. McMillan Jr.**
P.O. Box 809
Brewton, AL 36427

**Jane T. Morris**
6016 Southview Rd
Laramie, WY 82070-6898

**Katherine E. McMillan Owens**
PO Box 1229
Brewton, AL 36427

**Ruthie Ann Phillips (Deceased)**
625 Yellowbird Lane
Hueytown, AL 35023
Roosevelt Phillips, husband.

**Jeanette Purifoy**
2220 Dockvale Drive
Fayetteville, NC 28306

**Reorganized Church of Jesus Christ of Latter-Day Saints**
220 W. Moore Street
Independence, MO 64050

**Jackie Royster**
791 Spring Hill Road
Evergreen, AL 36401

**Alexis Samuel**
25 Corey Lane
Princeton, KY 42445

**Angela Samuel**
941 Lynn Dale Ln
Birmingham, AL 35214

**Earlene Samuel**
767 Springhill Road
Evergreen, AL 36401

**Eric Earl Samuel**
2500 Boddie Lane Apt #H103
Gulf Shores, AL 36542

**Frederick Samuel**
941 Lynn Dale Ln
Birmingham, AL 35214

**Joe L. Samuel, Jr (Deceased)**
1444 Ambrose Ave
Cincinnati, OH 45224

**Joseph Samuel**
P.O. Box 535
Fairfield, AL 35064

**Leon Samuel**
13531 S. Doty Ave. #33
Hawthorne, CA 90250

**Michael Adrian Shaffer**
15927 Ellsworth Drive
Tampa, FL 33646

**Alex Smith**
2600 W. Michigan Ave Lot #390-C
Pensacola, FL 32526

**Demetrius Walker**
10057 Malmsbury Road
Orlando, FL 32829

**Judy Ann Walker**
941 Lynn Dale Ln
Birmingham, AL 35214

**Jimmie Lee Walker**
3152 NW 65th Street
Miami, FL 33147

**Gwendolyn Walker**
720 NW 207th Street
Miami Garden, FL 33169

**Susan Lombard Wilkinson**
4028 Lombard Way
Moody, AL 35004

**Vernita Wilks**
2106 Springhill Road
Evergreen, AL 36401

**Pruet Production Company**
Attn: James Rigney
217 West Capitol Street, Suite 201
Jackson, MS 39201

**AEH Investments**
Attn: Angela Harris
333 Texas Street, Ste. 1414
Shreveport LA 71101

**THE COLEMAN REVOC LIVING TRUST**
Bobby Coleman, Trustee
4600 Greenville Ave., Suite 300
Dallas, TX 75206-5038

**DBC RESOURCES LP**
Attn: Don Clark
PO Box 670725
Dallas, TX 75367

**DBC RESOURCES II LP**
Attn: Don Clark
PO Box 670725
Dallas, TX 75367

**DCOD LLC**
c/o Warren Clark Development
Dale Clark
16390 Addison Rd
Addison, TX 75001

**FIDDLER INVESTMENTS**
Attn: Darrell J. Mueller, Manager
PO Box 708
Addison, TX 75001

**Four D LLC**
C/O Chris Douglass
PO Box 2173
Durango, CO 81302-2173

**Franks Exploration Co. LLC**
Bobby Jelks
Edward Yarbrough
PO Box 7665
Shreveport, LA 7113

**Gaston Oil Company**
Attn: Robert S. Gaston
9306 Milbank DR
Shreveport, LA 71115

**Hall Management LLC**
Attn: Donald Hall
4913 Oak Point Dr.
Shreveport, LA 71107

**Hanson Operating Company, Inc.**
Attn: Ray Willis, President
P. O. Box 1515
Roswell, NM 88202-1515

**Hughes 2000 CT LLC**
Attn: Pam Kynerd
331 Redding Rd.
Redding, CT 06896
PO Box 1868
Brandon, MS 39043

**Hughes Oil South LLC**
R. Price Johnson, Strata Management
Attn: Dee-Dee Bell
PO Box 608
Oxford, MS 38655

**J & A Harris LP**
Attn: Angela Harris
333 Texas St. STE 1414
Shreveport, LA 71101

**JCE Galbraith Oil & Gas**
Attn: Joan McDonough
2032 Alameda Ave
Orlando, FL 32804

**KMR Investments LLC**
Attn: Tim Brown
PO Box 417
Homer, LA 71040

**Pam Lin Corporation**
Attn: Craig Clark
PO Box 50635
Midland, TX 79710

**Paula W. Denley LLC**
PO Box 720548
Byram, MS 39272

**Petroleum Investments Inc.**
Attn: Braden C Despot
416 Travis St. STE 612
Shreveport, LA 71101

**Ryco Exploration, LLC**
Attn: Robin Smith
401 Edwards St. STE 915
Shreveport, LA 71101

**Barbara M. Sugar Estate**
Tommy Youngblood, Executor
PO Box 52149
Shreveport, LA 71135

**Sugar Oil Properties, L.P.**
Attn: Mr. Mickey Quinlan, President
625 Market St. STE 100
Shreveport, LA 71101

**Edward L. Yarbrough, Jr.**
PO Box 11
Belcher, LA 71004

**Tom Youngblood**
PO Box 5926
Shreveport, LA 71135