United States Bankruptcy Court
District of Colorado

In re:     Case No. 20-12377-EEB
Sklar Exploration Company, LLC     Chapter 11
Sklarco, LLC
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 8
Date Rcvd: Nov 23, 2020     Form ID: pdf904     Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Sklar Exploration Company, LLC, Sklarco, LLC, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301-2541 |
| aty | + | Benjamin Y. Ford, RSA Tower, 27th Floor, 11 North Water Street, Mobile, AL 36602-3809 |
| aty | + | Cook, Yancey, King & Galloway, APLC, 333 Texas Street, Suite 1700, P.O. Box 22260, Shreveport, LA 71120-2260 |
| cr | + | AEEC II, LLC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | AEH Investments, LLC, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| cr | + | Anderson Exploration Energy Company, LC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Baker Hughes Holdings, LLC FKA Baker Hughes, a GE, C/O Christopher J. Ryan, 17021 Aldine Westfield Road, Houston, TX 77073-5101 |
| cr | + | Barbara P Lawrence, 55 Hill Circle, Evergreen, CO 80439-4618 |
| cr | + | Barnette & Benefield, Inc., PO Box 550, Haynesville, LA 71038-0550 |
| cr | + | Bundero Investment Company, LLC, 401 Edwards Street, Suite 820, Shreveport, LA 71101-5521 |
| cr | + | Estate of Pamela Page, Deceased, P.O. Box 374, Evergreen, CO 80437-0374 |
| cr | + | Foote Oil and Gas Properties, LLC, 1655 Prudential Drive, #161B, Jacksonville, FL 32207-8105 |
| cr | + | Franks Exploration Company, LLC, P.O. Box 7655, Shreveport, LA 71137-7655 |
| cr | + | Hughes Oil South, LLC, P.O. Box 608, Oxford, MS 38655-0608 |
| cr | + | I & L Miss I, LP, 4761 Frank Luck Dr, Addison, TX 75001-3202 |
| cr | + | J&A Harris, LP, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| cr | + | John H. Smith, c/o Quitman Tank Solutions, LLC, PO Box 90, Quitman, MS 39355-0090 |
| cr | + | KMR Investments, LLC, P.O. Box 417, Homer, LA 71040-0417 |
| cr | + | Kingston, LLC, 2790 South Thompson Street, Suite 102, Springdale, AR 72764-6303 |
| cr | + | Kodiak Gas Services, LLC, 15320 Hwy. 105, Suite 210, Montgomery, TX 77356-2602 |
| cr | + | Pickens Financial Group, LLC, 10100 N. Central Expressway, Suite 200, Dallas, TX 75231-4169 |
| cr | + | Stoneham Drilling Corporation, c/o Bradley, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | + | Sugar Oil Properties, L.P., 625 Market Street, Suite 100, Shreveport, LA 71101-5392 |
| cr | + | TCP Cottonwood, L.P., 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Tauber Exploration & Production Company, 55 Waugh Drive, Suite 700, Houston, TX 77007-5837 |
| intp | | The Juneau Group, 2386A Rice Blvd. #232, Houston, TX 77005 |
| 18754408 | + | Anderson Investment Holdings, LP, AEEC II, LLC, 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754411 | + | Apple River Investments, L.L.C., Attn Robert M. Boeve, President, 1503 Garfield Road North, Traverse City, MI 49696-1111 |
| 18754484 | + | East West Bank Treasury Department, 135 North Los Robles Avenue, Suite 600, ATTN Linda Cox, Pasadena, CA 91101-4549 |
| 18754510 | + | FPCC USA, Inc., 245 Commerce Green Blvd, Ste 250, Sugar Land, TX 77478-3760 |
| 18754497 | + | Fant Energy Limited, P.O. Box 55205, Houston, TX 77255-5205 |
| 18754529 | + | H&H Construction, LLC, Ladon E. Hall, Sole Manager, P.O. Box 850, Flomaton, AL 36441-0850 |
| 18754560 | | JD Fields & Company, Inc., P.O. Box 134401, Houston, TX 77219-4401 |
| 18754567 | + | JJS Working Interest LLC, 2001 Kirby Dr, Suite 1110, Houston, TX 77019-6081 |
| 18754578 | + | Kelley Brothers Contractors, Inc., P.O. Drawer 1079, Waynesboro, MS 39367-1079 |
| 18754588 | + | Kudzu Oil Properties, LLC, 300 Concourse Blvd, Suite 101, Ridgeland, MS 39157-2091 |
| 18754598 | | Lucas Petroleum Group, Inc., 327 Congress Avenue, Suite 500, Austin, TX 78701-3656 |
| 18754612 | + | Meritage Energy, Ltd., C/O BKD, LLP, 2700 Post Oak Blvd, Ste 1500, Houston, TX 77056-5829 |
| 18754613 | | Mesa Fluids, LLC, c/o Juno Financial, P.O. Box 173928, Denver, CO 80217-3928 |
| 18754664 | | Pro-Tek Field Services, LLC, P.O. Box 919269, Dallas, TX 75391-9269 |
| 18754666 | + | Pruet Oil Company, LLC, 217 West Capitol St. Ste 201, Jackson, MS 39201-2099 |
| 18754673 | + | Rapad Well Service Co., Inc., 217 West Capitol Street, Jackson, MS 39201-2004 |
| 18754720 | + | Stoneham Drilling Corporation, 707 17th Street, Suite 3250, Denver, CO 80202-3433 |

| District/off: 1082-1 | User: admin | Page 2 of 8 |
|---|---|---|
| Date Rcvd: Nov 23, 2020 | Form ID: pdf904 | Total Noticed: 50 |

| | | |
|---|---|---|
| 18754721 | # | Strago Petroleum Corporation, 3209 Hamm Road, Pearland, TX 77581-5503 |
| 18754735 | + | TCP Cottonwood, L.P., 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754760 | + | Union Oilfield Supply, Inc., 12 John Dykes Road, Waynesboro, MS 39367-8371 |

TOTAL: 46

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: cmccord@mccordprod.com | Nov 23 2020 23:35:00 | CTM 2005, Ltd., 55 Waugh Drive, Suite 515, Houston, TX 77007-5840 |
| cr | + | Email/PDF: dor_tac_bankruptcy@state.co.us | Nov 24 2020 00:13:37 | Colorado Department Of Revenue, 1375 Sherman St., Room 504, Attention Bankruptcy Unit, Denver, CO 80261-3000 |
| cr | + | Email/Text: bankruptcy@coag.gov | Nov 23 2020 23:38:00 | Colorado Department of Law, 1300 Broadway, 8th Floor, Denver, CO 80203-2104 |
| cr | | Email/Text: tim.swanson@moyewhite.com | Nov 23 2020 23:38:00 | Kudzu Oil Properties, LLC, c/o Timothy M. Swanson, Moye White LLP, 1400 16th Street, 6th Floor, Denver, CO 80202 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Hall Management, LLC, 4913 Oak Point Drive |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Nov 25, 2020 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy Vazquez | on behalf of Creditor FPCC USA  Inc. avazquez@joneswalker.com |
| Andrew James Shaver | on behalf of Creditor Premium Oilfield Services  LLC ashaver@bradley.com |
| Armistead Mason Long | on behalf of Creditor Pine Island Chemical Solutions  L.L.C. along@gamb.law |
| Barnet B Skelton, Jr | on behalf of Creditor Tauber Exploration & Production Company barnetbjr@msn.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 3 of 8 |
| Date Rcvd: Nov 23, 2020 | Form ID: pdf904 | Total Noticed: 50 |

Barnet B Skelton, Jr
    on behalf of Creditor Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor MER Energy LTD barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor I & L Miss I LP barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor MR Oil & Gas LLC barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor The Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor Pickens Financial Group LLC barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor CTM 2005 Ltd. barnetbjr@msn.com

Belinda Harrison
    belindapittsharrison@gmail.com belindapittsharrison@gmail.com

Brent R. Cohen
    on behalf of Creditor Fant Energy Limited bcohen@lrrc.com brent-cohen-8759@ecf.pacerpro.com,cmarquez@lrrc.com

Brian Rich
    on behalf of Creditor Fletcher Exploration LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich
    on behalf of Creditor Fletcher Petroleum Company LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich
    on behalf of Creditor Fletcher Petroleum Corp. brich@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com

Bryce Suzuki
    on behalf of Creditor East-West Bank bryce.suzuki@bclplaw.com tina.daniels@bclplaw.com

Casey Carlton Breese
    on behalf of Creditor The Southeast Alabama Gas District cbreese@wsmtlaw.com lhayter@wsmtlaw.com

Casey Carlton Breese
    on behalf of Plaintiff Southeast Alabama Gas District cbreese@wsmtlaw.com lhayter@wsmtlaw.com

Christopher Meredith
    on behalf of Attorney Copeland Cook, Taylor & Bush, P.A. cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher Meredith
    on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher Meredith
    on behalf of Creditor PAR Minerals Corporation cmeredith@cctb.com bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher Meredith
    on behalf of Creditor Coastal Exploration Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher D. Johnson
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors cjohnson@munsch.com scurry@munsch.com

Christopher M. Crowley
    on behalf of Creditor Liquid Gold Well Service Inc. ccrowley@fncmlaw.com

Craig K. Schuenemann
    on behalf of Creditor East-West Bank craig.schuenemann@bryancave.com alicia.berry@bryancave.com,44Team_DEN@bryancave.com

Craig M. Geno
    on behalf of Creditor Alabama Oil Company cmgeno@cmgenolaw.com kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

Craig M. Geno
    on behalf of Creditor Kudzo Oil Properties LLC cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

Craig M. Geno

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 4 of 8 |
| Date Rcvd: Nov 23, 2020 | Form ID: pdf904 | Total Noticed: 50 |

    on behalf of Creditor Apple River Investments LLC cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

Daniel L. Bray
    on behalf of Creditor Weatherford U.S. L.P. daniel.bray@huschblackwell.com, ann.stolfa@huschblackwell.com;LegalSupportTeam-Litigation-DEN@huschblackwell.com;daniel-bray-5348@ecf.pacerpro.com

David M. Miller
    on behalf of Creditor Bri-Chem Supply Corp. LLC dmiller@spencerfane.com, nschacht@spencerfane.com

David R Taggart
    on behalf of Creditor JF Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David R Taggart
    on behalf of Creditor JH Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

Deanna L. Westfall
    on behalf of Creditor Colorado Department Of Revenue deanna.westfall@coag.gov bncmail@w-legal.com

Duane Brescia
    on behalf of Creditor Seitel Data Ltd. dbrescia@clarkhill.com, kalexander@clarkhill.com;djaenike@clarkhill.com

Duane Brescia
    on behalf of Creditor Lucas Petroleum Group Inc. dbrescia@clarkhill.com, kalexander@clarkhill.com;djaenike@clarkhill.com

Duane Brescia
    on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com kalexander@clarkhill.com;djaenike@clarkhill.com

Eric Lockridge
    on behalf of Creditor Sugar Oil Properties L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Eric Lockridge
    on behalf of Creditor Anderson Exploration Energy Company L.C. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Eric Lockridge
    on behalf of Creditor Anderson Exploration Energy Company LC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Eric Lockridge
    on behalf of Creditor TCP Cottonwood L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Eric Lockridge
    on behalf of Creditor AEEC II LLC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Glenn Taylor
    on behalf of Creditor Coastal Exploration Inc. gtaylor@cctb.com

Glenn Taylor
    on behalf of Creditor PAR Minerals Corporation gtaylor@cctb.com

Glenn Taylor
    on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. gtaylor@cctb.com

Grant Matthew Beiner
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbeiner@munsch.com

James B. Bailey
    on behalf of Creditor Stoneham Drilling Corporation jbailey@bradley.com ashaver@bradley.com,jbailey@ecf.courtdrive.com

Jeffery Dayne Carruth
    on behalf of Creditor Halliburton Energy Services Inc. jcarruth@wkpz.com

Jeffrey S. Brinen
    on behalf of Debtor Sklar Exploration Company LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jeffrey S. Brinen
    on behalf of Debtor Sklarco LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jennifer Hardy
    on behalf of Creditor JJS Interests Steele Kings LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
    on behalf of Creditor JJS Working Interests LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
    on behalf of Creditor JJS Interests Escambia LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Norris Soto
    on behalf of Creditor Barnette & Benefield Inc. jennifersoto@arklatexlaw.com, curtisshelton@arklatexlaw.com,stephanieparker@arklatexlaw.com

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 5 of 8 |
| Date Rcvd: Nov 23, 2020 | Form ID: pdf904 | Total Noticed: 50 |

Jenny M.F. Fujii
    on behalf of Defendant Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
    on behalf of Debtor Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
    on behalf of Cross-Claimant Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
    on behalf of Debtor Sklarco  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jeremy L Retherford
    on behalf of Creditor RAPAD Well Service Co.  Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Creditor Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Creditor Pruet Oil Company  LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Interested Party Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com

Jim F Spencer, Jr
    on behalf of Creditor Landmark Exploration  LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
    on behalf of Creditor Lexington Investments  LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
    on behalf of Creditor Landmark Oil and Gas  LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
    on behalf of Creditor Stone Development  LLC jspencer@watkinseager.com, mryan@watkinseager.com

John Cornwell
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors jcornwell@munsch.com hvalentine@munsch.com

John Thomas Oldham
    on behalf of Creditor Kodiak Gas Services  LLC joldham@okinadams.com, bmoore@okinadams.com

Jonathan Dickey
    on behalf of Creditor Foote Oil and Gas Properties  LLC jonathan@kjblawoffice.com, sharon@kjblawoffice.com;Teresa@kjblawoffice.com

Jonathan Dickey
    on behalf of Creditor Foote Oil & Gas Properties  LLC jonathan@kjblawoffice.com, sharon@kjblawoffice.com;Teresa@kjblawoffice.com

Jordan B. Bird
    on behalf of Creditor Bundero Investment Company  LLC jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Attorney Cook  Yancey, King & Galloway, APLC jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Creditor J&A Harris  LP jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Creditor Hughes Oil South  LLC jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Creditor Franks Exploration Company  LLC jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Creditor Hall Management  LLC jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Creditor Kingston  LLC jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Creditor AEH Investments  LLC jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Creditor KMR Investments  LLC jordan.bird@cookyancey.com

Joseph Eric Bain
    on behalf of Creditor FPCC USA  Inc. jbain@joneswalker.com, kvrana@joneswalker.com

Katherine A Ross
    on behalf of Creditor Bureau of Land Management katherine.ross@usdoj.gov

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 6 of 8 |
| Date Rcvd: Nov 23, 2020 | Form ID: pdf904 | Total Noticed: 50 |

USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov

Katherine A Ross
 on behalf of Creditor Office of Natural Resources Revenue katherine.ross@usdoj.gov
 USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov

Katherine Guidry Douthitt
 on behalf of Creditor Dickson Oil & Gas  L.L.C. kdouthitt@bwor.com

Katherine Guidry Douthitt
 on behalf of Creditor C. Bickham Dickson  III kdouthitt@bwor.com

Keri L. Riley
 on behalf of Debtor Sklar Exploration Company  LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley
 on behalf of Debtor Sklarco  LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Kevin S. Neiman
 on behalf of Plaintiff Plains Marketing  L.P. kevin@ksnpc.com

Kevin S. Neiman
 on behalf of Counter-Defendant Plains Marketing  L.P. kevin@ksnpc.com

Kevin S. Neiman
 on behalf of Creditor Plains Marketing  L.P. kevin@ksnpc.com

Kevin S. Neiman
 on behalf of Creditor Plains Gas Solutions  LLC kevin@ksnpc.com

Lee M. Kutner
 on behalf of Debtor Sklar Exploration Company  LLC lmk@kutnerlaw.com, vlm@kutnerlaw.com

Lee M. Kutner
 on behalf of Debtor Sklarco  LLC lmk@kutnerlaw.com, vlm@kutnerlaw.com

Madison M. Tucker
 on behalf of Creditor FPCC USA  Inc. mtucker@joneswalker.com

Matthew Okin
 on behalf of Creditor Kodiak Gas Services  LLC mokin@okinadams.com

Matthew J. Ochs
 on behalf of Creditor Pruet Oil Company  LLC mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J. Ochs
 on behalf of Creditor RAPAD Well Service Co.  Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J. Ochs
 on behalf of Creditor Pruet Production Co. mjochs@hollandhart.com  tldevlin@hollandhart.com

Michael Niles
 on behalf of Creditor Fletcher Exploration  LLC mniles@bergersingerman.com,
 efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles
 on behalf of Creditor Fletcher Petroleum Company  LLC mniles@bergersingerman.com,
 efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles
 on behalf of Creditor Fletcher Petroleum Corp. mniles@bergersingerman.com
 efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael D Rubenstein
 on behalf of Interested Party BPX Properties (NA) LP mdrubenstein@liskow.com

Michael D Rubenstein
 on behalf of Interested Party BP America Production Company mdrubenstein@liskow.com

Michael J. Guyerson
 on behalf of Creditor Estate of Pamela Page  Deceased mike@kjblawoffice.com,
 celina@kjblawoffice.com;teresa@kjblawoffice.com

Michael J. Guyerson
 on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com  celina@kjblawoffice.com;teresa@kjblawoffice.com

Paul Moss
 on behalf of U.S. Trustee US Trustee Paul.Moss@usdoj.gov

Robert Padjen
 on behalf of Creditor Colorado Department of Law Robert.padjen@coag.gov

Robert L Paddock

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 7 of 8 |
| Date Rcvd: Nov 23, 2020 | Form ID: pdf904 | Total Noticed: 50 |

| | |
|---|---|
| | on behalf of Creditor Strago Petroleum Corporation rpaddock@buckkeenan.com myers@buckkeenan.com |
| Robert L Paddock | |
| | on behalf of Creditor Gateway Exploration LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Robert L Paddock | |
| | on behalf of Creditor Meritage Energy Ltd rpaddock@buckkeenan.com myers@buckkeenan.com |
| Robert L Paddock | |
| | on behalf of Creditor Harvest Gas Management LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Robert L Paddock | |
| | on behalf of Creditor GCREW Properties LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Ryan Lorenz | |
| | on behalf of Creditor Juno Financial LLC RLorenz@ClarkHill.com |
| Ryan Seidemann | |
| | on behalf of Creditor State of Louisiana Depatment of Natural Resources, Office of Mineral Resources seidemannr@ag.louisiana.gov |
| Ryco Exploration, LLC. | |
| | rsmith.ryco@att.net |
| Shay L. Denning | |
| | on behalf of Creditor I & L Miss I LP sdenning@mbssllp.com |
| Shay L. Denning | |
| | on behalf of Creditor MR Oil & Gas LLC sdenning@mbssllp.com |
| Shay L. Denning | |
| | on behalf of Creditor CTM 2005 Ltd. sdenning@mbssllp.com |
| Shay L. Denning | |
| | on behalf of Creditor Rudman Partnership sdenning@mbssllp.com |
| Shay L. Denning | |
| | on behalf of Creditor Pickens Financial Group LLC sdenning@mbssllp.com |
| Shay L. Denning | |
| | on behalf of Creditor MER Energy LTD sdenning@mbssllp.com |
| Shay L. Denning | |
| | on behalf of Creditor Tauber Exploration & Production Company sdenning@mbssllp.com |
| Stephen K. Lecholop, II | |
| | on behalf of Creditor McCombs Energy Ltd. slecholop@rpsalaw.com, amartinez@rpsalaw.com |
| Stephen K. Lecholop, II | |
| | on behalf of Creditor McCombs Exploration LLC slecholop@rpsalaw.com, amartinez@rpsalaw.com |
| Theodore J. Hartl | |
| | on behalf of Interested Party Louisiana Tower Operating LLC hartlt@ballardspahr.com blessingb@ballardspahr.com |
| Thomas H Shipps | |
| | on behalf of Creditor MER Energy LTD tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor Tauber Exploration & Production Company tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor I & L Miss I LP tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor The Rudman Partnership tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor Pickens Financial Group LLC tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor CTM 2005 Ltd. tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor MR Oil & Gas LLC tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor Rudman Partnership tshipps@mbssllp.com |
| Timothy C. Mohan | |
| | on behalf of Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Creditor Lufkin Industries LLC tmohan@foley.com, tim.mohan4@gmail.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 8 of 8 |
| Date Rcvd: Nov 23, 2020 | Form ID: pdf904 | Total Noticed: 50 |

| | |
|---|---|
| Timothy C. Mohan | on behalf of Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor Baker Petrolite LLC tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor GE Oil & Gas Pressure Control US tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor Baker Hughes Oilfield Operations LLC tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Cross Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Defendant Baker Hughes Oilfield Operations Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor Baker Hughes Holdings LLC FKA Baker Hughes, a GE Company LLC tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Cross Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy M. Swanson | on behalf of Creditor Alabama Oil & Gas LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Kudzu Oil Properties LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company LLC and Sklarco, LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Alabama Oil Company tim.swanson@moyewhite.com audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Kudzo Oil Properties LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Apple River Investments LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy Michael Riley | on behalf of Attorney Hopping Green & Sams timothyr@hgslaw.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 150

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER APPROVING GLOBAL SETTLEMENT AGREEMENT
TO RESOLVE ADVERSARY PROCEEDINGS**

THIS MATTER having come before the Court on the Debtors' Motion to Approve Global Settlement Agreement to Resolve Adversary Proceedings, ("Motion"), cause being shown to the Court for the granting of the requested relief, and no timely or substantiated objections being filed, it is hereby

ORDERED

1. That the Motion is GRANTED; and
2. That the Settlement Agreement attached to the Motion as Exhibit A is hereby **APPROVED**.

Dated: November 23, 2020

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge