# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11 |
| | **Joint Administered Under<br>Case No. 20-12377 EEB** |

### NOTICE OF EXAMINATION BY PICKENS FINANCIAL GROUP, LLC, THE RUDMAN PARTNERSHIP, AND TAUBER EXPLORATION & PRODUCTION CO. OF DEBTORS PURSUANT TO FED. R. BANKR. P. 2004 AND LOCAL BANKR. R. 2004-1

PLEASE TAKE NOTICE that pursuant to the Court's Order Granting 2004 Examination entered October 19, 2020 [Docket No. 619], Pickens Financial Group, LLC, The Rudman Partnership, and Tauber Exploration & Production Company ("Movants"), creditors and parties in interest in the jointly-administered bankruptcy cases (the "Cases") of Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco"), collectively, the "Debtors", shall conduct an examination of Debtors, by and through their designated corporate representatives, pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1.

The documents to be produced and the subjects of examination are described in Movants' *Ex Parte Motion for Examination of Debtors Pursuant to Fed. R. Bankr. P. 2004 and Local Bankr. R. 2004-1* (the "2004 Motion") filed on October 16, 2020 [Docket No. 617], as limited by agreement of the parties described below.

1

The documents to be produced pursuant to the 2004 Motion are limited by agreement of the parties to change items g. and h. on Exhibit "A" attached to the 2004 Motion to the time period "January 1, 2018 until SEC took over its operation on or after March 1, 2020", and shall be produced and delivered to the undersigned counsel for Movants not later than December 4, 2020 at 3:00 p.m. Mountain Time. The revised Exhibit "A" is attached hereto.

Movants will examine Debtors' designated corporate representative(s) regarding the matters set forth on paragraph 13 of the 2004 Motion, (except that items j. and k. of paragraph 13 thereof has been changed by agreement of the parties to cover the time period "January 1, 2018 until SEC took over its operation on or after March 1, 2020"). The examination shall take place commencing on December 10, 2020 at 11:00 a.m. Mountain Time and continue from day to day until completed. The examination shall be conducted by Zoom or other video conferencing media, shall be videotaped by a videographer, and shall be transcribed by a court reporter authorized to administer oaths in the State of Colorado.

Dated this 1st day of December, 2020.

        Respectfully submitted,

        **Maynes, Bradford, Shipps & Sheftel, LLP**

        */s/ Thomas H. Shipps*
        Thomas H. Shipps
        */s/ Shay L. Denning*
        Shay L. Denning
        Maynes, Bradford, Shipps & Sheftel, LLP
        835 E. Second Ave., Suite 123
        Durango, CO 81301
        Telephone: (970) 247-1755
        Facsimile: (970) 247-8827
        Email: tshipps@mbssllp.com;
                sdenning@mbssllp.com

        and

>*/s/ Barnet B. Skelton, Jr.*
>Barnet B. Skelton, Jr.
>Attorney at Law
>815 Walker, Suite 1502
>Houston, TX 77002
>Telephone: (713) 516-7450
>Facsimile: (713)659-8764
>Email: barnetbjr@msn.com
>
>Counsel for Movants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on December 1, 2020, the foregoing instrument was electronically filed and served via email on Debtors' counsel and via CM/ECF on all attorneys and parties identified with the Court for electronic service on the record in this case, who were served by electronic service in accordance with the CM/ECF system on the date of filing

>/s/ *Barnet B. Skelton, Jr.*
>Barnet B. Skelton, Jr.

3

## EXHIBIT "A"

## DOCUMENTS TO BE PRODUCED

a. Documents stating, depicting or describing the volumes of gas, raw make, residue gas, natural gas liquids, condensate and other plant products processed, treated and transported through the Abbyville Plant for each month since SEC took over its operation on or after March 1, 2020.

b. Documents stating, depicting or describing the gross and net revenues received from the sale, processing, treating or transporting of gas, raw make, residue gas, natural gas liquids, condensate and other plant products processed, treated and transported through the Abbyville Plant for each month since SEC took over its operation on or after March 1, 2020.

c. Documents stating, depicting or describing all capital expenditures, operating expenditures, or other costs or expenses incurred relating to the sale, processing, treating and transporting of gas, raw make, residue gas, natural gas liquids, condensate and other plant products processed through the Abbyville Plant for each month since SEC took over its operation on or after March 1, 2020.

d. Documents stating, depicting or describing all payments to working interest owners (each to be described by name) derived from the sale, processing, treating and transporting of gas, raw make, residue gas, natural gas liquids, condensate and other plant products through the Abbyville Plant, for each month since SEC took over its operation on or after March 1, 2020.

e. Documents stating, depicting or describing all payments withheld from any working interest owners (each to be described by name) arising from the sale, processing, treating and transporting of gas, raw make, residue gas, natural gas liquids, condensate and other plant products through the Abbyville Plant for each month since SEC took over its operation on or after March 1, 2020, the account number and name of financial institution where such funds are being held, and the legal or contractual basis for such withholding of funds.

f. Documents stating, depicting or describing the amounts of any management fees charged and received by SEC respecting the Abbyville Plant, for each month since SEC took over its operations on or after March 1, 2020, and the amounts of such fees charged to each working interest owner (or third parties) each month.

g. Documents stating, depicting or describing the gross revenues and net revenues

4

(or losses) received by SEC arising from the Abbyville Gas Plant for each month from January 1, 2018 until SEC took over its operation on or after March 1, 2020.

  h. Documents stating, depicting or describing all payments to working interest owners (each to be described by name) derived from the sale, processing, treating and transporting of gas, raw make, residue gas, natural gas liquids, condensate and other plant products through the Abbyville Plant, for each month from January 1, 2018 until SEC took over its operation on or after March 1, 2020.

  i. All insurance policies maintained by Debtors respecting the Abbyville Plant and its operations.

  j. All returns and other documents depicting the state and federal taxes incurred and paid respecting revenues from the Abbyville Plant.

  k. The documents and inforamtion reviewed in preparing the financial projections contained in and attached to the letter dated February 13, 2020 signed by J. Marshall Jones, III on behalf of SEC to the Escambia Working Interest Owners regarding the Abbyville Gas Plant,

  l. The marketing agreement with Grizzly Energy Big Escambia Creek plant referenced in the February 13, 2020 letter to the Escambia Working Interest Owners.