# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br><br>        Debtor. | )<br>)  Case No. 20-12377-EEB<br>)<br>)  Chapter 11<br>)<br>) |
| In re:<br><br>Sklarco, LLC,<br><br>Debtor. | )<br>)  Case No. 20-12380-EEB<br>)<br>)  Chapter 11<br>)<br>)<br>)<br>)  **Jointly Administered Under**<br>)  **Case No. 20-12377-EEB**<br>) |

## NOTICE OF ENTRY OF APPEARANCE, REQUEST FOR NOTICES, AND RESERVATION OF RIGHTS

The undersigned counsel hereby enters his appearance in the above-captioned cases for Howard F. Sklar and the Howard Sklar Trust. Pursuant to 11 U.S.C. §§ 342 and 1109(b) and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, Howard F. Sklar and the Howard Sklar Trust request that all notices given or required to be given in these cases or in any proceeding in these cases, and all papers served or required to be served in these cases or in any proceeding in these cases, including, without limitation, any proposed plan or disclosure statement, be given to and served upon the undersigned, with the office address, telephone number, fax number, and e-mail address below:

>Adam L. Hirsch
>Davis Graham & Stubbs LLP
>1550 Seventeenth Street, Suite 500
>Denver, Colorado 80202
>Phone:   303-892-9400
>Fax:       303-893-1379
>E-mail: adam.hirsch@dgslaw.com

4781280.1

The foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders on and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, telegraph, telex, or otherwise that affects the above-captioned debtors (the "Debtors") or property of the Debtors or their estates.

Neither this entry of appearance, nor any subsequent appearance, pleading, claim, or suit, is intended to waive any rights, including, without limitation (i) Howard F. Sklar's and the Howard Sklar Trust's right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) Howard F. Sklar's and the Howard Sklar Trust's right to a jury trial in any proceeding so triable in this case or in any case, controversy, or proceeding related to these cases; (iii) Howard F. Sklar's and the Howard Sklar Trust's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal or abstention; or (iv) any other right, claim, action, defense, setoff, or recoupment to which Howard F. Sklar and the Howard Sklar Trust are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Howard F. Sklar and the Howard Sklar Trust expressly reserve. Howard F. Sklar and the Howard Sklar Trust do not, by this Entry of Appearance, Request for Notice, and Reservation of Rights, submit to the jurisdiction of this Court or any other Court in this case.

Dated: December 2, 2020

By: */s/ Adam L. Hirsch*
Adam L. Hirsch, Reg. No. 44306
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, Colorado 80202
Telephone: 303.892.9400
Facsimile: 303.893.1379
Email: adam.hirsch@dgslaw.com

*Counsel to Howard F. Sklar and the Howard Sklar Trust*