**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

## *Minute Order*

| | |
|---|---|
| Date: December 4, 2020 | **Honorable Elizabeth E. Brown, Presiding**<br>Kerstin Cass, Law Clerk |
| In re:   Sklar Exploration Company, LLC,<br>              Debtor. | **Case. No. 20-12377 EEB**<br>Chapter 11 |
| Sklarco, LLC,<br>              Debtor. | **Case. No. 20-12380 EEB**<br>Chapter 11 |
| | **Jointly Administered Under 20-12377 EEB** |

| | Video Conference Appearances | | Representing |
|---|---|---|---|
| Counsel | Paul Moss | UST | |
| Counsel | Keri Riley, Jeff Brinen, James Katchadurian | Debtor(s) | |
| Counsel | Chris Johnson, Grant Beiner | Committee | Creditors' Committee |
| Counsel | Bryce Suzuki, Mary Lou Allen, Stuart Bonomo | Creditor | East West Bank |
| Counsel | Eric Lockridge, Kyle McInnis | Creditor | Anderson Exploration Energy Co., TCP Cottonwood, L.P., AEEC II, LLC and Sugar Oil Properties |
| Counsel | Glenn Taylor | Creditor | Coastal Exploration, Inc.<br>Eastern Fishing & Rental Tool Company, Inc.<br>PAR Minerals Corporation |
| Counsel | Brent Cohen | | Fant Energy Ltd. |
| Counsel | Michael Niles | Creditor | Fletcher Petroleum Co., Fletcher Exploration, LLC, Fletcher Petroleum Group |
| Counsel | Joseph Bain | Creditor | FPCC USA |
| Counsel | Jordan Bird | Creditor | Franks Exploration Co, AEH Investments, J & A Harris Bundero Investment Co., Kingston, Hughes Oil South, KMR Investments, Tommy Youngblood |
| Counsel | David R. Taggart, David Morgan | Creditor | J.F. Howell Interests |
| Counsel | Chris Truman | Creditor | JJS Interests Escambia, LLC, JJS Interests Steele Kings, LLC, JJS Working Interests, LLC |
| Counsel | Timothy Swanson | Creditor | Kudzu Oil Properties, Alabama Oil Co. & Apple River Investments, Alabama Oil & Gas, LLC |
| Counsel | Jim Spencer | Creditor | Landmark Oil and Gas, Landmark Exploration, Lexington Investments, Stone Development, |
| Counsel | Chris Crowley | Creditor | Liquid Gold Well Service, Inc |
| Counsel | Duane Brescia | Creditor | Lucas Petroleum Oil |
| Counsel | Steve Lecholop | Creditor | McCombs Energy |

| | | | |
|---|---|---|---|
| Counsel | Jeremy Retherford, Matt Ochs, Randy James, Rick Calhoon, David Hilton | Creditor | Pruet Oil Company, LLC, Pruet Production Co. (individually and as agent) |
| Counsel | Adam Hirsch | Creditor | Howard Sklar, Howard Sklar Trust |
| Counsel | Robert Paddock, Louis Goza | Creditor | Strago Petroleum Corporation, Meritage Energy Ltd, Gateway Exploration, Harvest Gas Management, G Crew Properties |
| Counsel | Thomas Shipps, Barnet Skelton Jr., Shay Denning | Creditor | Tauber Exploration & Production Co, CTM 2005, Ltd., I & L Miss I, LP, Pickens Financial Group, LLC, MER Energy, Ltd., The MR Trust, Tara Rudman Revocable Trust, Rudman Family Trust, The Rudman Partnership, Feather River 75, LLC |

Proceedings: Zoom Status Conference

Orders:

☒ The Debtors updated the Court on their efforts to file a plan and disclosure statement. The parties may seek to employ a mediator to assist with plan negotiations.

Date: December 4, 2020

BY THE COURT:

_Elizabeth E. Brown_

Elizabeth E. Brown, U.S. Bankruptcy Judge