# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br>EIN NO: 72-1417930<br><br><u>Debtor.</u> | Bankruptcy Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br>EIN NO: 72-1425432<br><br>Debtor. | Bankruptcy Case No. 20-12380 EEB<br>Chapter 11<br><br><br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

## ORDER STRIKING MOTION

THIS MATTER comes before the Court on the filing of Preclusionary [sic] Motion to Quash Debtor and Affiliates Attempt to Delay Plan of Reorganization Past November 25, 2020, filed by The Juneau Group ("Movant") on November 20, 2020. The Court, having reviewed the pleadings and being advised,

FINDS that the Court entered an Order Regarding Compliance with Rules on December 23, 2020, requiring the Movant to comply with L.B.R. 9010-1(e) or its Motion will be stricken. Movant has not timely complied by retaining counsel. It is therefore

ORDERED that the of Preclusionary [sic] Motion to Quash Debtor and Affiliates Attempt to Delay Plan of Reorganization Past November 25, 2020 is hereby STRICKEN from the docket.

DATED this 8th day of December, 2020.

BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown, Bankruptcy Judge