# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

## NOTICE OF HEARING ON DISCOVERY DISPUTE

**IT IS HEREBY ORDERED** that a telephonic hearing on the discovery dispute between the Ad Hoc Committee of Working Interest Owners and the Debtors is set on a trailing docket on **Thursday, December 17, 2020, at 1:30 p.m.**, before Judge Elizabeth E. Brown in the United States Bankruptcy Court for the District of Colorado.

Parties shall appear telephonically by calling the Court prior to the hearing at 1-888-684-8852. The meeting access code is **345 4024** followed by the # sign. Please state your name clearly. Please stay on the line until the court operator takes the roll call and the hearing begins. **The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in court, it will be deemed a failure to appear, and be subject to imposition of sanctions as appropriate.**

The parties shall follow the procedures (including, but not limited to, the deadline to file a pre-hearing report) set forth on the court's website in the Courtroom Procedures section under "Expedited Discovery Dispute Procedures" at https://www.cob.uscourts.gov/content/judge-elizabeth-e-brown-eeb.

DATED this 9th day of December, 2020.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge