**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | Chapter 11 |
| EIN: 72-1417930 | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | Chapter 11 |
| EIN: 72-1425432 | ) | |
| | ) | ***Jointly Administered Under*** |
| Debtor. | ) | ***Case No. 20-12377-EEB*** |

**UNITED STATES TRUSTEE'S SECOND AMENDED[1] APPOINTMENT OF**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Patrick S. Layng, the United States Trustee for Region 19, hereby files this second amended appointment of the Official Committee of Unsecured Creditors in the case of Sklar Exploration Company, LLC, Case No. 20-12377-EEB. The Official Committee of Unsecured Creditors is now comprised of the following:

Stoneham Drilling Corporation (Representative: Heather Stickel)
c/o James B. Bailey
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203
(205) 521-8913 - phone
(205) 488-6913 - fax
jbailey@bradley.com

Mesa Fluids, LLC (Representative: Aaron W. Merrell)
1669 S. 580 East
American Fork, UT, 84057
(801) 372-2219 - phone
aaron.merrell@mesafluids.com

TCP Cottonwood, L.P. (Representative: Kyle C. McInnis)
c/o Eric Lockridge
400 Convention St., Suite 700
Baton Rouge, LA 70802
(225) 389-3756 - phone
eric.lockridge@keanmiller.com

---

[1] The creditor RAPAD Well Service Company, Inc. resigned from the committee on November 24, 2020. No creditors were added to the Unsecured Creditors' Committee. The remaining members of the Official Unsecured Creditors Committee in the case of Sklar Exploration Company, LLC, are reflected herein.

Kelley Brothers Contractors, Inc. (Representative: Jerry Kelley)
401 County Farm Rd.
Waynesboro, MS 39367
(601) 323-4175 - phone
(601) 735-2809 - fax
kelleybros@kelleycompanies.com

Baker Hughes Company (Representative: Christopher J. Ryan)
2001 Rankin Road
Houston, TX 77073
(713) 879-1063 - phone
chris.ryan@bakerhughes.com

Wherefore the UST files this Second Amended Notice of Appointment of Creditors' Committee in the chapter 11 case of Sklar Exploration Company, Inc. (Case No. 20-12377-EEB).

Dated: December 9, 2020                Respectfully submitted,

                                                             PATRICK S. LAYNG
                                                            UNITED STATES TRUSTEE

                                                            /s/ Paul Moss
                                                            By: Paul Moss, #26903
                                                            Trial Attorney for the U.S. Trustee
                                                            1961 Stout Street, Suite 12-200
                                                            Denver, CO  80294
                                                            (303) 312-7995
                                                            (303) 312-7259 fax
                                                            Paul.Moss@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 9, 2020, a copy of the UNITED STATES TRUSTEE'S SECOND AMENDED APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS was served electronically through the CM/ECF system on the following parties (and any other parties requesting electronic notice through the court):

*VIA CM/ECF:*

| | |
|---|---|
| Lee M. Kutner | Christopher Meredith |
| Keri L. Riley | David M. Miller |
| Jeffrey S. Brinen | Timothy C. Mohan |
| Christopher D. Johnson | Kevin S. Neiman |
| James B. Bailey | Michael Niles |
| Victoria N. Argeroplos | Matthew J. Ochs |
| Joseph Eric Bain | Matthew Okin |
| Grant Matthew Beiner | Jennifer Norris Soto |
| Jordan B. Bird | John Thomas Oldham |
| Duane Brescia | Robert L. Paddock |
| Daniel L. Bray | Robert Padjen |
| Casy Carlton Breese | Jeremy L. Retherford |
| Jeffrey Dayne Carruth | Brian Rich |
| John Childers | Timothy Michael Riley |
| John Cornwell | Katherine A. Ross |
| Christopher M. Crowley | Michael D. Rubenstein |
| Shay L. Denning | Craig K. Schuenemann |
| Jonathan Dickey | Ryan Seidemann |
| Katherine Guidry Douthitt | Andrew James Shaver |
| Benjamin Y. Ford | Thomas H. Shipps |
| Jenny M.F. Fujii | Barnet B. Skeleton, Jr. |
| Craig M. Geno | Jim F. Spencer, Jr. |
| Michael J. Guyerson | Bryce Suzuki |
| Jennifer Hardy | Timothy M. Swanson |
| Theodore J. Hartl | David R. Taggart |
| Adam L. Hirsch | Glenn Taylor |
| Stephen K. Lecholop II | Madison M. Tucker |
| Eric Lockridge | Amy Vazquez |
| Armistead Mason Long | Deanna L. Westfall |
| Ryan Lorenz | |

s/ Paul Moss
Office of the United States Trustee