### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) |
| | ) |
| | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| IN RE: | ) |
| | ) Case No. 20-12380-EEB |
| SKLARCO, LLC | ) |
| | ) |
| | ) Chapter 11 |
| | ) |
| Debtor. | ) (**Jointly Administered**) |
| | ) |
| FOOTE OIL & GAS PROPERTIES, LLC | ) |
| | ) |
| v. | ) |
| | ) |
| SKLAR EXPLORATION COMPANY, LLC | ) |

### MOTION TO EXTEND DEADLINE TO RESPOND TO MOTION FOR RELIEF FROM STAY AND TO CONTINUE HEARING SET FOR DECEMBER 17, 2020

FOOTE OIL & GAS PROPERTIES, LLC ("Foote"), respectfully submits its Motion to Extend Deadline to Respond to Motion for Relief from Stay and to Continue Hearing Set for December 17, 2020, and states as follows:

1. Sklar Exploration Company, LLC ("Exploration") filed for relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") on April 1, 2020 (the "Petition Date"). The case is jointly administered with the case of Sklarco, LLC.

2. Foote moved for relief from the automatic stay on November 19, 2020, seeking an

-1-

order lifting the stay and allowing Foote to offset the sum of $12,548.21 against the debt owed to it.

3. The deadline to object to Foote's motion is December 10, 2020, and the preliminary hearing on Foote's motion is set for December 17, 2020 at 1:30 p.m.

4. Counsel for Foote has discussed the motion with counsel for Exploration. Exploration has requested, and Foote has consented to, an extension of the deadline to respond to Foote's motion for three weeks, through and including December 31, 2020, with the hearing continued to the Court's stay relief docket on January 7, 2021 at 1:30 p.m.

5. As a result of the above, Foote respectfully requests the Court enter an Order extending the deadline to respond to its Motion for Relief from Stay through and including December 31, 2020, and continuing the hearing on the same to January 7, 2021.

WHEREFORE, Foote Oil & Gas Properties, LLC respectfully requests this Court enter an Order extending the deadline to respond to its motion for relief from stay through and including December 31, 2020, continuing the preliminary hearing on the same until January 7, 2021 at 1:30 p.m., and for such other and further relief as the Court deems appropriate.

DATED: December 9, 2020.

Respectfully submitted,
BUECHLER LAW OFFICE, L.L.C.

*/s/Jonathan M. Dickey*

_____
Jonathan M. Dickey, #46981
999 18th Street, Suite 1230-S
Denver, Colorado 80202

Tel: 720-381-0045
Fax: 720-381-0382
jonathan@kjblawoffice.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 10, 2020, I served by prepaid first class mail [or (other acceptable means, i.e. via hand delivery] a copy of the **Motion to Extend Deadline to Respond to Motion for Relief from Stay and to Continue Hearing Set for December 17, 2020, and Proposed Order** order on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

**Via U.S. Mail**:

Foote Oil & Gas Properties, LLC
1655 Prudential Drive, #161B
Jacksonville, FL 32207


The foregoing was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.


By: */s/ Teresa White*
For Buechler Law Office, L.L.C.

-3-