## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | (**Jointly Administered**) |
| | ) | |
| | ) | |
| FOOTE OIL & GAS PROPERTIES, LLC | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) ) | |

### ORDER GRANTING MOTION TO EXTEND DEADLINE TO RESPOND TO MOTION FOR RELIEF FROM STAY AND TO CONTINUE HEARING SET FOR DECEMBER 17, 2020

This matter comes before the Court on the motion of Foote Oil & Gas Properties, LLC to extend the deadline to respond to its motion for relief from stay through and to continue the preliminary hearing set for December 17, 2020. The Court, having reviewed the motion and being duly advised, does hereby

ORDER the deadline to respond to Foote's motion for relief from stay is hereby extended, through and including December 31, 2020. The preliminary hearing on Foote's motion is hereby continued until January 7, 2021 at 1:30 p.m. in Courtroom F, at the U.S. Custom House, 721 19th Street, Denver, Colorado 80202. **The hearing will be conducted by telephone. Parties wishing to appear shall call 1-888-684-8852, access code 3454024 followed by the # sign.**

Dated: _____          BY THE COURT:


                                         _____
                                         Honorable Elizabeth E. Brown
                                         United States Bankruptcy Judge