

DEER STREET
P. O. BOX 1769

**Cedar Creek**
Land & Timber, Inc.
BREWTON, ALABAMA 36427

(205) 867-6165

Re: In re Sklar Exploration Company L.L.C.
In re Sklarco L.L.C.
Case Nos. 20-12377 and 20-12380
U.S. Bankruptcy Court for the
District of Colorado

Dear Judge Brown:

Cedar Creek Land & Timber, Inc. is a large land and mineral owner in southwest Alabama. Over the past 10 to 15 years, we have granted a number of oil and gas leases to the Sklar companies. Many of these leases are currently in production, are owned by Sklarco and other non-operating working interest owners, and are operated by Sklar Exploration Company. It is my understanding that we are the largest royalty owner under Sklar operated leases in Alabama. We also own minerals and royalty interests under thousands of acres covered by oil and gas leases owned and operated by other lessees and operators in south Alabama.

We have had a very good relationship with the Sklar companies for many years. Sklar has been a dependable and honorable operator during all those years. They have been a good steward in developing and producing oil and gas from our properties for many years. We have been very satisfied with our relationship with the Sklar companies and hope that it will continue.

We understand that some parties are trying to interfere with the Sklar companies' efforts to reorganize. We strongly oppose those efforts. We think Sklar Exploration Company should continue to operate the many wells in which we have an interest and believe our interest might be negatively impacted if a new operator came into place. We do not want a court trustee appointed to take over control of the Sklar companies, and we do not want to see the Sklar companies forced into liquidation. We do support the motion filed by the Sklar companies to appoint a CRO.

Sincerely,

Paul D. Owens
Chairman of the Board