United States Bankruptcy Court
District of Colorado

In re:                                                                                    Case No. 20-12377-EEB
Sklar Exploration Company, LLC                                                            Chapter 11
Sklarco, LLC
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 1082-1             User: admin             Page 1 of 8
Date Rcvd: Dec 08, 2020         Form ID: pdf904          Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Sklar Exploration Company, LLC, Sklarco, LLC, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301-2541 |
| aty | + | Benjamin Y. Ford, RSA Tower, 27th Floor, 11 North Water Street, Mobile, AL 36602-3809 |
| aty | + | Cook, Yancey, King & Galloway, APLC, 333 Texas Street, Suite 1700, P.O. Box 22260, Shreveport, LA 71120-2260 |
| cr | + | AEEC II, LLC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | AEH Investments, LLC, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| cr | + | Anderson Exploration Energy Company, LC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Barbara P Lawrence, 55 Hill Circle, Evergreen, CO 80439-4618 |
| cr | + | Barnette & Benefield, Inc., PO Box 550, Haynesville, LA 71038-0550 |
| cr | + | Bundero Investment Company, LLC, 401 Edwards Street, Suite 820, Shreveport, LA 71101-5521 |
| cr | + | Estate of Pamela Page, Deceased, P.O. Box 374, Evergreen, CO 80437-0374 |
| cr | + | Foote Oil and Gas Properties, LLC, 1655 Prudential Drive, #161B, Jacksonville, FL 32207-8105 |
| cr | + | Franks Exploration Company, LLC, P.O. Box 7655, Shreveport, LA 71137-7655 |
| cr | + | Hughes Oil South, LLC, P.O. Box 608, Oxford, MS 38655-0608 |
| cr | + | I & L Miss I, LP, 4761 Frank Luck Dr, Addison, TX 75001-3202 |
| cr | + | J&A Harris, LP, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
|  | + | Jacob Juneau, 2386a Rice Blvd., #232, Houston, TX 77005 |
| cr | + | John H. Smith, c/o Quitman Tank Solutions, LLC, PO Box 90, Quitman, MS 39355-0090 |
| cr | + | KMR Investments, LLC, P.O. Box 417, Homer, LA 71040-0417 |
| cr | + | Kingston, LLC, 2790 South Thompson Street, Suite 102, Springdale, AR 72764-6303 |
| cr | + | Kodiak Gas Services, LLC, 15320 Hwy. 105, Suite 210, Montgomery, TX 77356-2602 |
| cr | + | Pickens Financial Group, LLC, 10100 N. Central Expressway, Suite 200, Dallas, TX 75231-4169 |
| cr | + | Sugar Oil Properties, L.P., 625 Market Street, Suite 100, Shreveport, LA 71101-5392 |
| cr | + | TCP Cottonwood, L.P., 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| intp | | The Juneau Group, 2386A Rice Blvd. #232, Houston, TX 77005 |
| 18754408 | + | Anderson Investment Holdings, LP, AEEC II, LLC, 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754411 | + | Apple River Investments, L.L.C., Attn Robert M. Boeve, President, 1503 Garfield Road North, Traverse City, MI 49696-1111 |
| 18754484 | + | East West Bank Treasury Department, 135 North Los Robles Avenue, Suite 600, ATTN Linda Cox, Pasadena, CA 91101-4549 |
| 18754510 | + | FPCC USA, Inc., 245 Commerce Green Blvd, Ste 250, Sugar Land, TX 77478-3760 |
| 18754497 | + | Fant Energy Limited, P.O. Box 55205, Houston, TX 77255-5205 |
| 18754529 | + | H&H Construction, LLC, Ladon E. Hall, Sole Manager, P.O. Box 850, Flomaton, AL 36441-0850 |
| 18754560 | | JD Fields & Company, Inc., P.O. Box 134401, Houston, TX 77219-4401 |
| 18754567 | + | JJS Working Interest LLC, 2001 Kirby Dr, Suite 1110, Houston, TX 77019-6081 |
| 18754578 | + | Kelley Brothers Contractors, Inc., P.O. Drawer 1079, Waynesboro, MS 39367-1079 |
| 18754588 | + | Kudzu Oil Properties, LLC, 300 Concourse Blvd, Suite 101, Ridgeland, MS 39157-2091 |
| 18754598 | | Lucas Petroleum Group, Inc., 327 Congress Avenue, Suite 500, Austin, TX 78701-3656 |
| 18754612 | + | Meritage Energy, Ltd., C/O BKD, LLP, 2700 Post Oak Blvd, Ste 1500, Houston, TX 77056-5829 |
| 18754613 | | Mesa Fluids, LLC, c/o Juno Financial, P.O. Box 173928, Denver, CO 80217-3928 |
| 18754664 | | Pro-Tek Field Services, LLC, P.O. Box 919269, Dallas, TX 75391-9269 |
| 18754666 | + | Pruet Oil Company, LLC, 217 West Capitol St. Ste 201, Jackson, MS 39201-2099 |
| 18754673 | + | Rapad Well Service Co., Inc., 217 West Capitol Street, Jackson, MS 39201-2004 |
| 18754720 | + | Stoneham Drilling Corporation, 707 17th Street, Suite 3250, Denver, CO 80202-3433 |
| 18754721 | # | Strago Petroleum Corporation, 3209 Hamm Road, Pearland, TX 77581-5503 |
| 18754735 | + | TCP Cottonwood, L.P., 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754760 | + | Union Oilfield Supply, Inc., 12 John Dykes Road, Waynesboro, MS 39367-8371 |

| District/off: 1082-1 | User: admin | Page 2 of 8 |
|---|---|---|
| Date Rcvd: Dec 08, 2020 | Form ID: pdf904 | Total Noticed: 48 |

TOTAL: 44

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: cmccord@mccordprod.com | Dec 09 2020 00:09:00 | CTM 2005, Ltd., 55 Waugh Drive, Suite 515, Houston, TX 77007-5840 |
| cr | + Email/PDF: dor_tac_bankruptcy@state.co.us | Dec 09 2020 00:32:34 | Colorado Department Of Revenue, 1375 Sherman St., Room 504, Attention Bankruptcy Unit, Denver, CO 80261-3000 |
| cr | + Email/Text: bankruptcy@coag.gov | Dec 09 2020 00:10:00 | Colorado Department of Law, 1300 Broadway, 8th Floor, Denver, CO 80203-2104 |
| cr | Email/Text: tim.swanson@moyewhite.com | Dec 09 2020 00:10:00 | Kudzu Oil Properties, LLC, c/o Timothy M. Swanson, Moye White LLP, 1400 16th Street, 6th Floor, Denver, CO 80202 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Hall Management, LLC, 4913 Oak Point Drive |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2020       Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam L. Hirsch | on behalf of Interested Party Howard F. Sklar adam.hirsch@dgslaw.com robin.anderson@dgslaw.com |
| Adam L. Hirsch | on behalf of Interested Party Howard Sklar Trust adam.hirsch@dgslaw.com robin.anderson@dgslaw.com |
| Amy Vazquez | on behalf of Creditor FPCC USA Inc. avazquez@joneswalker.com |
| Andrew James Shaver | on behalf of Creditor Premium Oilfield Services LLC ashaver@bradley.com |
| Armistead Mason Long | on behalf of Creditor Pine Island Chemical Solutions L.L.C. along@gamb.law |
| Barnet B Skelton, Jr | on behalf of Creditor Tauber Exploration & Production Company barnetbjr@msn.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 3 of 8 |
| Date Rcvd: Dec 08, 2020 | Form ID: pdf904 | Total Noticed: 48 |

Barnet B Skelton, Jr
 on behalf of Creditor Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr
 on behalf of Creditor MER Energy LTD barnetbjr@msn.com

Barnet B Skelton, Jr
 on behalf of Creditor I & L Miss I LP barnetbjr@msn.com

Barnet B Skelton, Jr
 on behalf of Creditor MR Oil & Gas LLC barnetbjr@msn.com

Barnet B Skelton, Jr
 on behalf of Creditor The Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr
 on behalf of Creditor Pickens Financial Group LLC barnetbjr@msn.com

Barnet B Skelton, Jr
 on behalf of Creditor CTM 2005 Ltd. barnetbjr@msn.com

Belinda Harrison
 belindapittsharrison@gmail.com belindapittsharrison@gmail.com

Brent R. Cohen
 on behalf of Creditor Fant Energy Limited bcohen@lrrc.com brent-cohen-8759@ecf.pacerpro.com,cmarquez@lrrc.com

Brian Rich
 on behalf of Creditor Fletcher Exploration LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich
 on behalf of Creditor Fletcher Petroleum Company LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich
 on behalf of Creditor Fletcher Petroleum Corp. brich@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com

Bryce Suzuki
 on behalf of Creditor East-West Bank bryce.suzuki@bclplaw.com tina.daniels@bclplaw.com

Casey Carlton Breese
 on behalf of Creditor The Southeast Alabama Gas District cbreese@wsmtlaw.com lhayter@wsmtlaw.com

Casey Carlton Breese
 on behalf of Plaintiff Southeast Alabama Gas District cbreese@wsmtlaw.com lhayter@wsmtlaw.com

Christopher Meredith
 on behalf of Attorney Copeland Cook, Taylor & Bush, P.A. cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher Meredith
 on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher Meredith
 on behalf of Creditor PAR Minerals Corporation cmeredith@cctb.com bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher Meredith
 on behalf of Creditor Coastal Exploration Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher D. Johnson
 on behalf of Creditor Committee The Official Committee of Unsecured Creditors cjohnson@munsch.com scurry@munsch.com

Christopher M. Crowley
 on behalf of Creditor Liquid Gold Well Service Inc. ccrowley@fncmlaw.com

Craig K. Schuenemann
 on behalf of Creditor East-West Bank craig.schuenemann@bryancave.com alicia.berry@bryancave.com,44Team_DEN@bryancave.com

Craig M. Geno
 on behalf of Creditor Alabama Oil Company cmgeno@cmgenolaw.com kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

Craig M. Geno
 on behalf of Creditor Kudzo Oil Properties LLC cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

Craig M. Geno

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 4 of 8 |
| Date Rcvd: Dec 08, 2020 | Form ID: pdf904 | Total Noticed: 48 |

on behalf of Creditor Apple River Investments LLC cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

Daniel L. Bray
on behalf of Creditor Weatherford U.S. L.P. daniel.bray@huschblackwell.com, ann.stolfa@huschblackwell.com;LegalSupportTeam-Litigation-DEN@huschblackwell.com;daniel-bray-5348@ecf.pacerpro.com

David M. Miller
on behalf of Creditor Bri-Chem Supply Corp. LLC dmiller@spencerfane.com, nschacht@spencerfane.com

David R Taggart
on behalf of Creditor JF Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David R Taggart
on behalf of Creditor JH Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

Deanna L. Westfall
on behalf of Creditor Colorado Department Of Revenue deanna.westfall@coag.gov bncmail@w-legal.com

Duane Brescia
on behalf of Creditor Lucas Petroleum Group Inc. dbrescia@clarkhill.com, kalexander@clarkhill.com;djaenike@clarkhill.com

Duane Brescia
on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com kalexander@clarkhill.com;djaenike@clarkhill.com

Duane Brescia
on behalf of Creditor Seitel Data Ltd. dbrescia@clarkhill.com, kalexander@clarkhill.com;djaenike@clarkhill.com

Eric Lockridge
on behalf of Creditor Sugar Oil Properties L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Eric Lockridge
on behalf of Creditor Anderson Exploration Energy Company L.C. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Eric Lockridge
on behalf of Creditor Anderson Exploration Energy Company LC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Eric Lockridge
on behalf of Creditor TCP Cottonwood L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Eric Lockridge
on behalf of Creditor AEEC II LLC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Glenn Taylor
on behalf of Creditor Coastal Exploration Inc. gtaylor@cctb.com

Glenn Taylor
on behalf of Creditor PAR Minerals Corporation gtaylor@cctb.com

Glenn Taylor
on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. gtaylor@cctb.com

Grant Matthew Beiner
on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbeiner@munsch.com

James B. Bailey
on behalf of Creditor Stoneham Drilling Corporation jbailey@bradley.com ashaver@bradley.com,jbailey@ecf.courtdrive.com

Jeffery Dayne Carruth
on behalf of Creditor Halliburton Energy Services Inc. jcarruth@wkpz.com

Jeffrey S. Brinen
on behalf of Debtor Sklar Exploration Company LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jeffrey S. Brinen
on behalf of Debtor Sklarco LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jennifer Hardy
on behalf of Creditor JJS Interests Steele Kings LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
on behalf of Creditor JJS Working Interests LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
on behalf of Creditor JJS Interests Escambia LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Norris Soto
on behalf of Creditor Barnette & Benefield Inc. jennifersoto@arklatexlaw.com, curtisshelton@arklatexlaw.com,stephanieparker@arklatexlaw.com

District/off: 1082-1                                    User: admin                                         Page 5 of 8
Date Rcvd: Dec 08, 2020                                 Form ID: pdf904                                     Total Noticed: 48

Jenny M.F. Fujii
    on behalf of Defendant Sklar Exploration Company   LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
    on behalf of Debtor Sklar Exploration Company   LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
    on behalf of Cross-Claimant Sklar Exploration Company   LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
    on behalf of Debtor Sklarco   LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jeremy L Retherford
    on behalf of Creditor RAPAD Well Service Co.   Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Creditor Pruet Production Co. jretherford@balch.com   kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Creditor Pruet Oil Company   LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Interested Party Pruet Production Co. jretherford@balch.com   kskelton@balch.com,skynerd@pruet.com

Jim F Spencer, Jr
    on behalf of Creditor Landmark Exploration   LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
    on behalf of Creditor Lexington Investments   LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
    on behalf of Creditor Landmark Oil and Gas   LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
    on behalf of Creditor Stone Development   LLC jspencer@watkinseager.com, mryan@watkinseager.com

John Cornwell
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors jcornwell@munsch.com
    hvalentine@munsch.com

John Thomas Oldham
    on behalf of Creditor Kodiak Gas Services   LLC joldham@okinadams.com, bmoore@okinadams.com

Jonathan Dickey
    on behalf of Creditor Foote Oil and Gas Properties   LLC jonathan@kjblawoffice.com,
    sharon@kjblawoffice.com;Teresa@kjblawoffice.com

Jonathan Dickey
    on behalf of Creditor Foote Oil & Gas Properties   LLC jonathan@kjblawoffice.com,
    sharon@kjblawoffice.com;Teresa@kjblawoffice.com

Jordan B. Bird
    on behalf of Creditor Bundero Investment Company   LLC jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Attorney Cook   Yancey, King & Galloway, APLC jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Creditor J&A Harris   LP jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Creditor Hughes Oil South   LLC jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Creditor Franks Exploration Company   LLC jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Creditor Hall Management   LLC jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Creditor Kingston   LLC jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Creditor AEH Investments   LLC jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Creditor KMR Investments   LLC jordan.bird@cookyancey.com

Joseph Eric Bain
    on behalf of Creditor FPCC USA   Inc. jbain@joneswalker.com, kvrana@joneswalker.com

Katherine A Ross
    on behalf of Creditor Bureau of Land Management katherine.ross@usdoj.gov

Case:20-12377-MER Doc#:716 Filed:12/10/20 Entered:12/10/20 22:20:16 Page6 of 9

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 6 of 8 |
| Date Rcvd: Dec 08, 2020 | Form ID: pdf904 | Total Noticed: 48 |

| | |
|---|---|
| | USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine A Ross | |
| | on behalf of Creditor Office of Natural Resources Revenue katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine Guidry Douthitt | |
| | on behalf of Creditor Dickson Oil & Gas  L.L.C. kdouthitt@bwor.com |
| Katherine Guidry Douthitt | |
| | on behalf of Creditor C. Bickham Dickson  III kdouthitt@bwor.com |
| Keri L. Riley | |
| | on behalf of Debtor Sklar Exploration Company  LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | |
| | on behalf of Debtor Sklarco  LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Kevin S. Neiman | |
| | on behalf of Plaintiff Plains Marketing  L.P. kevin@ksnpc.com |
| Kevin S. Neiman | |
| | on behalf of Counter-Defendant Plains Marketing  L.P. kevin@ksnpc.com |
| Kevin S. Neiman | |
| | on behalf of Creditor Plains Marketing  L.P. kevin@ksnpc.com |
| Kevin S. Neiman | |
| | on behalf of Creditor Plains Gas Solutions  LLC kevin@ksnpc.com |
| Lee M. Kutner | |
| | on behalf of Debtor Sklar Exploration Company  LLC lmk@kutnerlaw.com, vlm@kutnerlaw.com |
| Lee M. Kutner | |
| | on behalf of Debtor Sklarco  LLC lmk@kutnerlaw.com, vlm@kutnerlaw.com |
| Madison M. Tucker | |
| | on behalf of Creditor FPCC USA  Inc. mtucker@joneswalker.com |
| Matthew Okin | |
| | on behalf of Creditor Kodiak Gas Services  LLC mokin@okinadams.com |
| Matthew J. Ochs | |
| | on behalf of Creditor Pruet Oil Company  LLC mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Matthew J. Ochs | |
| | on behalf of Creditor RAPAD Well Service Co.  Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Matthew J. Ochs | |
| | on behalf of Creditor Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com |
| Michael Niles | |
| | on behalf of Creditor Fletcher Exploration  LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael Niles | |
| | on behalf of Creditor Fletcher Petroleum Company  LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael Niles | |
| | on behalf of Creditor Fletcher Petroleum Corp. mniles@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael D Rubenstein | |
| | on behalf of Interested Party BPX Properties (NA) LP mdrubenstein@liskow.com |
| Michael D Rubenstein | |
| | on behalf of Interested Party BP America Production Company mdrubenstein@liskow.com |
| Michael J. Guyerson | |
| | on behalf of Creditor Estate of Pamela Page  Deceased mike@kjblawoffice.com, celina@kjblawoffice.com;teresa@kjblawoffice.com |
| Michael J. Guyerson | |
| | on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com  celina@kjblawoffice.com;teresa@kjblawoffice.com |
| Paul Moss | |
| | on behalf of U.S. Trustee US Trustee Paul.Moss@usdoj.gov |
| Robert Padjen | |
| | on behalf of Creditor Colorado Department of Law Robert.padjen@coag.gov |
| Robert L Paddock | |

Case:20-12377-MER   Doc#:716   Filed:12/10/20   Entered:12/10/20 22:20:16   Page7 of 9

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 7 of 8 |
| Date Rcvd: Dec 08, 2020 | Form ID: pdf904 | Total Noticed: 48 |

| | |
|---|---|
| | on behalf of Creditor Strago Petroleum Corporation rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L Paddock | |
| | on behalf of Creditor Gateway Exploration  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Robert L Paddock | |
| | on behalf of Creditor Meritage Energy Ltd rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L Paddock | |
| | on behalf of Creditor Harvest Gas Management  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Robert L Paddock | |
| | on behalf of Creditor GCREW Properties  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Ryan Lorenz | |
| | on behalf of Creditor Juno Financial LLC RLorenz@ClarkHill.com |
| Ryan Seidemann | |
| | on behalf of Creditor State of Louisiana  Depatment of Natural Resources, Office of Mineral Resources seidemannr@ag.louisiana.gov |
| Ryco Exploration, LLC. | |
| | rsmith.ryco@att.net |
| Shay L. Denning | |
| | on behalf of Creditor I & L Miss I  LP sdenning@mbssllp.com |
| Shay L. Denning | |
| | on behalf of Creditor MR Oil & Gas  LLC sdenning@mbssllp.com |
| Shay L. Denning | |
| | on behalf of Creditor CTM 2005  Ltd. sdenning@mbssllp.com |
| Shay L. Denning | |
| | on behalf of Creditor Rudman Partnership sdenning@mbssllp.com |
| Shay L. Denning | |
| | on behalf of Creditor Pickens Financial Group  LLC sdenning@mbssllp.com |
| Shay L. Denning | |
| | on behalf of Creditor MER Energy  LTD sdenning@mbssllp.com |
| Shay L. Denning | |
| | on behalf of Creditor Tauber Exploration & Production Company sdenning@mbssllp.com |
| Stephen K. Lecholop, II | |
| | on behalf of Creditor McCombs Energy  Ltd. slecholop@rpsalaw.com, amartinez@rpsalaw.com |
| Stephen K. Lecholop, II | |
| | on behalf of Creditor McCombs Exploration  LLC slecholop@rpsalaw.com, amartinez@rpsalaw.com |
| Theodore J. Hartl | |
| | on behalf of Interested Party Louisiana Tower Operating LLC hartlt@ballardspahr.com  blessingb@ballardspahr.com |
| Thomas H Shipps | |
| | on behalf of Creditor MER Energy  LTD tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor Tauber Exploration & Production Company tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor I & L Miss I  LP tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor The Rudman Partnership tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor Pickens Financial Group  LLC tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor CTM 2005  Ltd. tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor MR Oil & Gas  LLC tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor Rudman Partnership tshipps@mbssllp.com |
| Timothy C. Mohan | |
| | on behalf of Defendant Kelley Brothers Contractors  Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Creditor Lufkin Industries  LLC tmohan@foley.com, tim.mohan4@gmail.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 8 of 8 |
| Date Rcvd: Dec 08, 2020 | Form ID: pdf904 | Total Noticed: 48 |

| | |
|---|---|
| Timothy C. Mohan | on behalf of Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor Baker Petrolite LLC tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor GE Oil & Gas Pressure Control US tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor Baker Hughes Oilfield Operations LLC tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Cross Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Defendant Baker Hughes Oilfield Operations Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor Baker Hughes Holdings LLC FKA Baker Hughes, a GE Company LLC tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Cross Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy M. Swanson | on behalf of Creditor Alabama Oil & Gas LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Kudzu Oil Properties LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company LLC and Sklarco, LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Alabama Oil Company tim.swanson@moyewhite.com audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Kudzo Oil Properties LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Apple River Investments LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy Michael Riley | on behalf of Attorney Hopping Green & Sams timothyr@hgslaw.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 152

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br>EIN NO: 72-1417930<br><br><u>Debtor.</u> | Bankruptcy Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br>EIN NO: 72-1425432<br><br>Debtor. | Bankruptcy Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

## ORDER STRIKING MOTION

THIS MATTER comes before the Court on the filing of Preclusionary [sic] Motion to Quash Debtor and Affiliates Attempt to Delay Plan of Reorganization Past November 25, 2020, filed by The Juneau Group ("Movant") on November 20, 2020. The Court, having reviewed the pleadings and being advised,

FINDS that the Court entered an Order Regarding Compliance with Rules on December 23, 2020, requiring the Movant to comply with L.B.R. 9010-1(e) or its Motion will be stricken. Movant has not timely complied by retaining counsel. It is therefore

ORDERED that the of Preclusionary [sic] Motion to Quash Debtor and Affiliates Attempt to Delay Plan of Reorganization Past November 25, 2020 is hereby STRICKEN from the docket.

DATED this 8th day of December, 2020.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge