**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |
| Foote Oil & Gas Properties, LLC,<br>Movant,<br><br>vs.<br><br>Sklar Exploration Company, LLC,<br>Respondent. | |

### ORDER CONTINUING RELIEF FROM STAY HEARING

THIS MATTER comes before the Court on the Movant's Motion to Continue Preliminary Hearing on its Motion for Relief from Stay filed on December 10, 2020. The Court, being advised hereby

ORDERS that the Motion to Continue is GRANTED. The deadline to respond to Movant's motion for relief from stay is hereby extended, through and including **December 31, 2020**. The relief from stay hearing originally set on December 17, 2020 at 1:30 p.m., is VACATED and CONTINUED to **Thursday, January 7, 2021, at 1:30 p.m.,** in the United States Bankruptcy Court for the District of Colorado. The hearing will be conducted by telephone. Parties wishing to appear shall call 1-888-684-8852, access code 3454024 followed by the # sign. The Court

FURTHER ORDERS that the stay provided for under 11 U.S.C. § 362 is continued in effect pending the conclusion of a final hearing and determination on the Movant's motion for relief from stay.

DATED this 11th day of December, 2020.

BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown, Bankruptcy Judge