# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) | |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |

## DISCOVERY REPORT

**COMES NOW**, the *Ad Hoc* Committee of Working Interest Owners of the Debtors (the "***Ad Hoc* Committee**"), for their Discovery Report.

On November 9, 2020, the Court granted the *Ad Hoc* Committee's request for a Rule 2004 Examination in accordance with F.R.B.P. 2004 and L.B.R. 2004-1 (the "**2004 Order**"). (Docket No. 661).[1] On November 18, 2020, at the request of the *Ad Hoc* Committee, Chapter 11 counsel for the Debtors and *Ad Hoc* Committee had a telephone call where the Debtors raised informal objections to certain of the document requests (the "**Informal Objections**"), and otherwise did not object to the remaining document requests (the "**Uncontested Requests**"). At present, the issues necessary for the Court's resolution are the following:[2]

---

[1] On November 12, 2020, Chapter 11 counsel for the Debtors agreed to accept service of the subpoena authorized under the 2004 Order.

[2] Chapter 11 counsel for the Debtors has delegated responding to the Rule 2004 Order to the Armbrecht Jackson law firm ("**AJ**"). On December 14, 2020, the undersigned and AJ held a telephone call to attempt to work through the issues raised herein in advance of the hearing set for December 17, 2020. Such discussions remain ongoing.

4826-2166-8820.2

- **Issue**: The appropriate timing for the Debtors to begin producing documents responsive to the Uncontested Requests and Informal Objections.[3]

    - *Ad Hoc* **Committee's Position**. The *Ad Hoc* Committee suggested, *via* email, that the Debtors begin production of documents on November 30, 2020, eighteen (18) days after the Debtors accepted service of the subpoena under the Rule 2004 Order, subject to any reasonable extensions requested by the Debtors. The *Ad Hoc* Committee asserts that the Debtors should begin producing responsive documents as soon as possible as no documents have been produced to date.

    - **Debtors' Position**. On December 3, 2020, the Debtors' Chapter 11 counsel stated that they cannot guarantee to make production of documents by December 17, 2020, let alone sooner. On December 14, 2020, AJ stated the Debtors intend to begin producing responsive documents the week of December 14, 2020, and hope to achieve a rolling production of documents on an ongoing basis.

- **Issue**: Whether the Debtors may refuse to produce documents responsive to Document Request No. 17 which requests "All drafts of the Reserve Report prepared by NSAI."

    - *Ad Hoc* **Committee's Position**. The *Ad Hoc* Committee asserts that the Debtors must produce all drafts of the Reserve Report prepared by NSAI as the Debtors have not retained NSAI in accordance with Fed. R. Bankr. P. 7026, 9014(c)(3) and F.R.C.P. 26(a)(2) which would preclude discovery of such documents under F.R.C.P. 26(b)(3)-(5). Further, the Debtors have purportedly shared drafts of the Reserve Report with the UCC and East-West Bank, thus, waiving any privilege or work-product assertions over the drafts.

    - **Debtors' Position**. The Debtors have asserted that production of documents responsive to this Document Request is inappropriate and requires this Court's determination.

---

[3] On December 1, 2020, the *Ad Hoc* Committee agreed to narrow the scope of certain document requests to address the Debtors' Informal Objections. The Debtors have neither raised an issue with nor responded to the *Ad Hoc* Committee's narrowed requests addressing the Debtors' Informal Objections. On December 14, 2020, AJ asked the *Ad Hoc* Committee to consider further narrowing the scope of Document Requests No. 4 and 9. Discussions remain ongoing.

Dated: December 14, 2020.    Respectfully submitted,

*AD HOC* **COMMITTEE OF WORKING INTEREST HOLDERS OF SKLAR EXPLORATION COMPANY, LLC, AND SKLARCO, LLC**

By:  */s/Timothy M. Swanson*
Timothy M. Swanson (Colorado No. 47267)
MOYE WHITE LLP
1400 16th Street
6th Floor
Denver, Colorado 80202-1486
Tel: (303) 292-2900
Fax: (303) 292 4510
Tim.Swanson@moyewhite.com
*Counsel to the Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company, LLC, and Sklarco, LLC*

--and--

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, Mississippi 39157
Tel: (601) 427-0048
Fax: (601) 427-0050
cmgeno@cmgenolaw.com
*Counsel to the Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company, LLC, and Sklarco, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 14, 2020, the foregoing Discovery Report was filed on the Court's electronic filing system CM/ECF and was electronically served upon all parties receiving electronic notice.

/s/Timothy M. Swanson
Timothy M. Swanson