# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: )<br>)<br>SKLAR EXPLORATION COMPANY, LLC )<br>EIN: 72-1417930 )<br>)<br>)<br>Debtor-in-Possession. )<br>)<br>_____ )<br>)<br>IN RE: )<br>)<br>SKLARCO, LLC )<br>EIN: 72-1425432 )<br>)<br>)<br>Debtor-in-Possession. ) | Case No. 20-12377-EEB<br><br>Chapter 11<br><br><br><br><br><br>Case No. 20-12380-EEB<br><br>Chapter 11 |

***AD HOC* COMMITTEE OF WORKING INTEREST OWNERS' <u>UNOPPOSED</u> *EX PARTE* MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO MODIFY THE AUTOMATIC STAY TO: (A) HOLD A MEETING OF THE WORKING INTEREST OWNERS IN THE BROOKLYN OIL UNITS; (B) TAKE A CONTRACTUALLY AUTHORIZED VOTE TO REMOVE DEBTOR SKLAR EXPLORATION COMPANY, LLC, AS OPERATOR OF THE BROOKLYN OIL UNITS; (C) UPON AN AFFIRMATIVE VOTE TO REMOVE SEC AS OPERATOR IN ORDER TO TAKE ALL STEPS NECESSARY TO EFFECTUATE THE REMOVAL (DOCKET NO. 671)**

**COMES NOW**, the *Ad Hoc* Committee of Working Interest Owners of Debtors Sklar Exploration Company, LLC, and Sklarco, LLC (the "***Ad Hoc* Committee**"), by and through their undersigned counsel, for their <u>Unopposed</u> *Ex Parte* Motion for Leave ("**Motion for Leave**") to file a Reply in Support of *Motion to Modify the Automatic Stay to: (A) Hold a Meeting of the Working Interest Owners in the Brooklyn Oil Units; (B) Take a Contractually Authorized Vote to Remove Debtor Sklar Exploration Company, LLC, as Operator of the Brooklyn Oil Units; (C) Upon an Affirmative Vote to Remove SEC as Operator in Order to Take all Steps Necessary to*

4810-7759-2788.1

*Effectuate the Removal* (Docket No. 671) (the "**Motion**").¹ In support of this Motion for Leave, the *Ad Hoc* Committee states as follows:

1. On November 18, 2020, the *Ad Hoc* Committee filed its Motion.

2. On December 10, 2020, the Debtors filed their *Response in Opposition to Ad Hoc Committee Motion to Modify the Automatic Stay* (Docket No. 715) (the "**Response**").

3. The *Ad Hoc* Committee respectfully requests leave of this Court to address the Response in a reply in support of its Motion. The *Ad Hoc* Committee submits such a reply will assist the Court by providing it with additional argument and information from the parties involved in this contested matter. In order to not delay these proceedings beyond the preliminary hearing set on the Motion for December 17, 2020, at 1:30 p.m. MT, the *Ad Hoc* Committee attaches a copy of the reply to this Motion for Leave as <u>Exhibit 1</u>. The *Ad Hoc* Committee submits that filing a reply is not unreasonable considering the myriad of issues raised in the Response and will assist the Court at the preliminary hearing.

4. On December 14, 2020, counsel for the *Ad Hoc* Committee conferred *via* telephone with Armbrecht Jackson, litigation counsel for the Debtors, who does **not** oppose the relief requested herein.

[INTENTIONAL PAGE BREAK – SIGNATURE PAGE FOLLOWS]

---

¹ Capitalized terms not expressly defined herein shall have the meanings ascribed to them in the Motion.

Dated: December 14, 2020.    Respectfully submitted,

**AD HOC COMMITTEE OF WORKING INTEREST HOLDERS OF SKLAR EXPLORATION COMPANY, LLC, AND SKLARCO, LLC**

By: /s/Timothy M. Swanson
Timothy M. Swanson (Colorado No. 47267)
MOYE WHITE LLP
1400 16th Street
6th Floor
Denver, Colorado 80202-1486
Tel: (303) 292-2900
Fax: (303) 292 4510
Tim.Swanson@moyewhite.com
*Counsel to the Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company, LLC, and Sklarco, LLC*

--and--

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, Mississippi 39157
Tel: (601) 427-0048
Fax: (601) 427-0050
cmgeno@cmgenolaw.com
*Counsel to the Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company, LLC, and Sklarco, LLC*

4810-7759-2788.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 14, 2020, the foregoing ***AD HOC* COMMITTEE OF WORKING INTEREST OWNERS' UNOPPOSED *EX PARTE* MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO MODIFY THE AUTOMATIC STAY TO: (A) HOLD A MEETING OF THE WORKING INTEREST OWNERS IN THE BROOKLYN OIL UNITS; (B) TAKE A CONTRACTUALLY AUTHORIZED VOTE TO REMOVE DEBTOR SKLAR EXPLORATION COMPANY, LLC, AS OPERATOR OF THE BROOKLYN OIL UNITS; (C) UPON AN AFFIRMATIVE VOTE TO REMOVE SEC AS OPERATOR IN ORDER TO TAKE ALL STEPS NECESSARY TO EFFECTUATE THE REMOVAL (DOCKET NO. 671)** was filed on the Court's electronic filing system CM/ECF and was electronically served upon all parties receiving electronic notice.

                                         /s/*Timothy M. Swanson*
                                         Timothy M. Swanson

4810-7759-2788.1