**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SKLAR EXPLORATION COMPANY, LLC ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 ) | |
| ) | Chapter 11 |
| Debtor-in-Possession. ) | |
| ) | |
| IN RE: ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
| ) | Chapter 11 |
| Debtor-in-Possession. ) | |

**PROPOSED ORDER GRANTING *AD HOC* COMMITTEE OF WORKING INTEREST OWNERS' <u>UNOPPOSED</u> *EX PARTE* MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO MODIFY THE AUTOMATIC STAY TO: (A) HOLD A MEETING OF THE WORKING INTEREST OWNERS IN THE BROOKLYN OIL UNITS; (B) TAKE A CONTRACTUALLY AUTHORIZED VOTE TO REMOVE DEBTOR SKLAR EXPLORATION COMPANY, LLC, AS OPERATOR OF THE BROOKLYN OIL UNITS; (C) UPON AN AFFIRMATIVE VOTE TO REMOVE SEC AS OPERATOR IN ORDER TO TAKE ALL STEPS NECESSARY TO EFFECTUATE THE REMOVAL (DOCKET NO. 671)**

THIS MATTER comes before the Court on the <u>unopposed</u> *ex parte* motion filed by the *Ad Hoc* Committee of Working Interest Owners of Sklar Exploration Company, LLC, and Sklarco, LLC (the "***Ad Hoc* Committee**") for leave (the "**Motion for Leave**") to file a reply in support of its *Motion to Modify the Automatic Stay to: (A) Hold a Meeting of the Working Interest Owners in the Brooklyn Oil Units; (B) Take a Contractually Authorized Vote to Remove Debtor Sklar Exploration Company, LLC, as Operator of the Brooklyn Oil Units; (C) Upon an Affirmative Vote to Remove SEC as Operator in Order to Take all Steps Necessary to Effectuate the Removal*

4853-2951-0356.1

*(Docket No. 671)* (the "**Motion**").[1]  The Court, having reviewed the Motion for Leave and being duly advised in the premises thereof, finds cause exists to permit the *Ad Hoc* Committee leave to file a reply in support of the Motion. **NOW, THEREFORE**:

  **IT IS HEREBY ORDERED** that the Motion for Leave is **GRANTED**.

  **IT IS FURTHER ORDERED** that the *Ad Hoc* Committee shall file its reply in support of the Motion, attached to the Motion for Leave as Exhibit 1, within one (1) day of the entry of this Order.

Dated: December ____, 2020       BY THE COURT:

                       _____
                       Hon. Elizabeth E. Brown
                       United States Bankruptcy Court Judge

---

[1] Capitalized terms not expressly defined herein shall have the meanings ascribed to them in the Motion.