UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor-in-Possession. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor-in-Possession. ) | |

**REPORT REGARDING DISCOVERY DISPUTE WITH**
***AD HOC* COMMITTEE OF WORKING INTEREST OWNERS**

The Debtors, Sklar Exploration Company, LLC ("SEC"), and Sklarco, LLC ("Sklarco" and together "Debtors") state their Report Regarding Discovery Dispute with the *Ad Hoc* Committee of Working Interest Owners ("*Ad Hoc* Committee") as follows:

1. The *Ad Hoc* Committee filed its *Ex Parte* Motion for: (I) Separate Rule 2004 Examination of Debtors; and (II) Joinder in Pending Rule 2004 Examinations ("Motion for 2004 Examination").

2. The Motion for 2004 Examination included eighteen (18) separate requests for production of documents, in addition to requesting copies of documents produced in accordance with the Rule 2004 Examinations conducted by the Official Committee of Unsecured Creditors Committee and by the Pickens Group.

3. Certain of the document requests were so broad as to request " All Documents and Communications relating to working interest owners in the Brooklyn Unit" for a three (3) year period following the Petition Date.[1]

4. On November 18, 2020, counsel for the Debtors conferred by phone with counsel for the *Ad Hoc* Committee regarding the scope of the document requests, and the timing for production. At that time, counsel advised counsel for the *Ad Hoc* Committee that production

---

[1] For additional context, there are over 100 parties holding an interest in each of the two Brooklyn Oil Units operated by SEC.

would require at least 30 days to produce a narrowed scope of documents, a number of which are already in the possession of the members of the *Ad Hoc* Committee, given the limited staffing available at the Debtors offices, and at counsel's offices.

5. The Debtors and the *Ad Hoc* Committee continue to confer regarding the scope of production of documents to narrow the scope of certain documents request that are overbroad and burdensome.

6. The Debtors have not agreed to produce, "All drafts of Reserve Report prepared by NSAI."

7. The *Ad Hoc* Committee has received a final draft of the report, as have all other creditors of the Debtors who have requested access to the Data Room. Any prior drafts are irrelevant.

8. The Debtors have been diligently working towards assembling documents requested by the *Ad Hoc* Committee. However, the *Ad* Hoc Committee's request comes at a time when the Debtors are also focused on filing a Plan and Disclosure Statement that will be filed on December 18, 2020, and were previously occupied with production of documents for the other two Rule 2004 Examinations.

9. The Debtors sought and received authorization to expand the scope of special counsel, Armbrecht Jackson, to assist in the *Ad Hoc* Committee's Motion for 2004 Examination and any other litigation matters that arise. Special Counsel is focusing their attention on completing the document requests, and the Debtors are also preparing to produce documents this week, with substantial additional documents to be produced prior to Christmas.

DATED: December 14, 2020

Respectfully submitted,

By: */s/ Keri L. Riley*
      Keri L. Riley, #47605
      **KUTNER BRINEN, P.C.**
      1660 Lincoln Street, Suite 1850
      Denver, CO 80264
      Telephone: (303) 832-2400
      Email: klr@kutnerlaw.com