UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11 |
| | **Joint Administered Under<br>Case No. 20-12377 EEB** |

**JOINDER OF PICKENS FINANCIAL GROUP, LLC, THE RUDMAN PARTNERSHIP AND TAUBER EXPLORATION & PRODUCTION COMPANY TO MOTION OF AD HOC COMMITTEE OF WORKING INTEREST OWNERS TO MODIFY THE AUTOMATIC STAY TO: (A) HOLD A MEETING OF THE WORKING INTEREST OWNERS IN THE BROOKLYN OIL UNITS; (B) TAKE A CONTRACTUALLY AUTHORIZED VOTE TO REMOVE DEBTOR SKLAR EXPLORATION COMPANY, LLC, AS OPERATOR OF THE BROOKLYN OIL UNITS; (C) UPON AN AFFIRMATIVE VOTE TO REMOVE SEC AS OPERATOR IN ORDER TO TAKE ALL STEPS NECESSARY TO EFFECTUATE THE REMOVAL (DOCKET NO. 671)**

Pickens Financial Group, LLC, The Rudman Partnership, and Tauber Exploration & Production Company ("Movants"), creditors and parties in interest, file this *Joinder in Support of Motion to Modify the Automatic Stay to: (A) Hold a Meeting of the Working Interest Owners in the Brooklyn Oil Units; (B) Take a Contractually Authorized Vote to Remove Debtor Sklar Exploration Company, LLC, as Operator of the Brooklyn Oil Units; (C) Upon an Affirmative Vote to Remove SEC as Operator in Order to Take all Steps Necessary to Effectuate the Removal* (Docket No. 671) (the "**Motion**"), and respectfully represent as follows:

1. Movants are working interest owners in the Southeast Brooklyn Oil Unit and the Southwest Brooklyn Oil Unit located in Conecuh and Escambia Counties, Alabama.

2. Each Unit is governed by a Unit Agreement and a Unit Operating Agreement. Movants have the contractual right under each Unit Operating Agreements to vote for removal of Sklar Exploration Company, LLC as the Unit Operator and, to the extent that relief from the automatic stay is required to accomplish that end, join and support the Motion and the relief requested therein.

## PRAYER

Movants respectfully pray that this Court enter an order lifting the automatic stay to authorize the holding of a vote of working interest owners to remove Sklar Exploration Company, LLC under the terms of the Unit Operating Agreements for the Southeast Brooklyn Oil Unit and the Southwest Brooklyn Oil Units.

Dated this 15th day of December, 2020

Respectfully submitted,

**Maynes, Bradford, Shipps & Sheftel, LLP**

/s/ Thomas H. Shipps
Thomas H. Shipps
/s/ Shay L. Denning
Shay L. Denning
Maynes, Bradford, Shipps & Sheftel, LLP
835 E. Second Ave., Suite 123
Durango, CO 81301
Telephone: (970) 247-1755
Facsimile: (970) 247-8827
Email: tshipps@mbssllp.com;
sdenning@mbssllp.com

>/s/ *Barnet B. Skelton, Jr.*
>Barnet B. Skelton, Jr.
>815 Walker, Suite 1502
>Houston, TX 77002
>Telephone: (713) 659-8761
>Cell: (713) 516-7450
>Facsimile: (713)659-8764
>Email: barnetbjr@msn.com
>
>**Attorneys for Movants, Pickens Financial Group, LLC, The Rudman Partnership and Tauber Exploration & Production Company**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on December 15, 2020, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing

>/s/ *Barnet B. Skelton, Jr.*
>Barnet B. Skelton, Jr.

3