# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SKLAR EXPLORATION COMPANY, LLC ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 ) | |
| ) | Chapter 11 |
| Debtor-in-Possession. ) | |
| ) | |
| IN RE: ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
| ) | Chapter 11 |
| Debtor-in-Possession. ) | |

**ORDER GRANTING *AD HOC* COMMITTEE OF WORKING
INTEREST OWNERS' <u>UNOPPOSED</u> *EX PARTE* MOTION FOR LEAVE TO FILE
REPLY IN SUPPORT OF MOTION TO MODIFY THE AUTOMATIC STAY TO: (A)
HOLD A MEETING OF THE WORKING INTEREST OWNERS IN THE BROOKLYN
OIL UNITS; (B) TAKE A CONTRACTUALLY AUTHORIZED VOTE TO REMOVE
DEBTOR SKLAR EXPLORATION COMPANY, LLC, AS OPERATOR OF THE
BROOKLYN OIL UNITS; (C) UPON AN AFFIRMATIVE VOTE TO REMOVE SEC AS
OPERATOR IN ORDER TO TAKE ALL STEPS NECESSARY TO EFFECTUATE THE
REMOVAL (DOCKET NO. 671)**

THIS MATTER comes before the Court on the <u>unopposed</u> *ex parte* motion filed by the *Ad Hoc* Committee of Working Interest Owners of Sklar Exploration Company, LLC, and Sklarco, LLC (the "***Ad Hoc* Committee**") for leave (the "**Motion for Leave**") to file a reply in support of its *Motion to Modify the Automatic Stay to: (A) Hold a Meeting of the Working Interest Owners in the Brooklyn Oil Units; (B) Take a Contractually Authorized Vote to Remove Debtor Sklar Exploration Company, LLC, as Operator of the Brooklyn Oil Units; (C) Upon an Affirmative Vote to Remove SEC as Operator in Order to Take all Steps Necessary to Effectuate the Removal*

4853-2951-0356.1

*(Docket No. 671)* (the "**Motion**").[1]  The Court, having reviewed the Motion for Leave and being duly advised in the premises thereof, finds cause exists to permit the *Ad Hoc* Committee leave to file a reply in support of the Motion. **NOW, THEREFORE**:

**IT IS HEREBY ORDERED** that the Motion for Leave is **GRANTED**.

**IT IS FURTHER ORDERED** that the *Ad Hoc* Committee shall file its reply in support of the Motion, attached to the Motion for Leave as Exhibit 1, within one (1) day of the entry of this Order.

Dated: December 15, 2020

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge

---

[1] Capitalized terms not expressly defined herein shall have the meanings ascribed to them in the Motion.