# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SKLAR EXPLORATION COMPANY, LLC ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 ) | |
| ) | Chapter 11 |
| Debtor-in-Possession. ) | |
| ) | |
| IN RE: ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
| ) | Chapter 11 |
| ) | |
| Debtor-in-Possession. ) | |

## *AD HOC* COMMITTEE OF WORKING INTEREST OWNERS' WITNESS AND EXHIBIT LIST

**COMES NOW**, the *Ad Hoc* Committee of Working Interest Owners of Sklar Exploration Company, LLC, and Sklarco, LLC (the "***Ad Hoc* Committee**"), by and through their undersigned counsel, file their Witness and Exhibit List ("**Witness & Exhibit List**") for the preliminary hearing on the *Motion to Modify the Automatic Stay to: (A) Hold a Meeting of the Working Interest Owners in the Brooklyn Oil Units; (B) Take a Contractually Authorized Vote to Remove Debtor Sklar Exploration Company, LLC, as Operator of the Brooklyn Oil Units; (C) Upon an Affirmative Vote to Remove SEC as Operator in Order to Take All Steps Necessary to Effectuate the Removal* (Docket No. 671) (the "**Stay Relief Motion**"), set for December 17, 2020 at 1:30 p.m. (the "**Hearing**") before the Honorable Elizabeth E. Brown, U.S. Bankruptcy Court, 721 19th Street, Courtroom F, Fifth Floor, Denver, Colorado 80202, to be conducted by telephone.

4832-4291-2980.2

## WITNESSES

The *Ad Hoc* Committee **may** call the following witnesses at the Hearing:

1. Mr. David Hilton. Mr. Hilton is a Petroleum Engineer and is employed by Pruet Production Co. as the Vice President-Production. Mr. Hilton would testify to the failure of Sklar Exploration Company LLC ("SEC") to comply with the terms of the Unit Operating Agreements, and the failure of SEC to operate the Southwest and Southeast Brooklyn Oil Units as a prudent operator for the benefit of the working interest owners. Mr. Hilton may be further designated by the *Ad Hoc* Committee as a testifying witness, under F.R.C.P. 26(a)(2) as incorporated by Fed. R. Bankr. P. 7026, if the Court determines a final hearing is necessary on the Motion.

2. Mr. John Maxey. Mr. Maxey is a Petroleum Engineer and is employed by Hanson Operating Co as the Vice President-Drilling and Production. Mr. Hanson would testify to the failure of SEC to comply with the terms of the Unit Operating Agreements, and the failure of SEC to operate the Southwest and Southeast Brooklyn Oil Units as a prudent operator for the benefit of the working interest owners.

3. Mr. Stan Kynerd. Mr. Kynerd is General Counsel with Pruet Production Co and would testify regarding SEC's failure to comply with the terms of the Unit Operating Agreements governing operations on the Southwest and Southeast Brooklyn Oil Units.

4. Any witness listed or used by any other party.

5. Any witness necessary to rebut the testimony of a witness called or designated by another party.

6. Any witness for the purpose of foundation, rebuttal, or impeachment.

7. Any other witnesses present at the Hearing the *Ad Hoc* Committee deems necessary.

4832-4291-2980.2

**EXHIBITS**

The *Ad Hoc* Committee may introduce the following exhibits at the Hearing:

1. Any exhibit enumerated on Attachment 1 to this Witness & Exhibit List.

2. Any exhibit or demonstrative designated or used by any other party, and to which the *Ad Hoc* Committee does not object to its admissibility.

3. Any exhibits necessary to rebut the testimony of witnesses called or designated by another party or the evidence or arguments presented by another party.

**RESERVATION OF RIGHTS**

As the Court and parties are already familiar, the Debtors have failed to timely produce documents in connection with the *Ad Hoc* Committee's Rule 2004 Examination (the "**2004 Exam**") as detailed by the Discovery Report filed with the Court. (*See* Docket Nos. 661 and 722).[1] Accordingly, the *Ad Hoc* Committee reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing or in advance of a final hearing on the Stay Relief Motion, including, but not limited to, designating other witnesses under F.R.C.P. 26(a)(2) as incorporated by Fed. R. Bankr. P. 7026.

**[INTENTIONAL PAGE BREAK – SIGNATURE PAGE FOLLOWS]**

---

[1] On December 15, 2020, the Debtors made a partial production of some documents responsive to the 2004 Exam. The *Ad Hoc* Committee has not had ample time to determine whether such documents would be necessary for the Hearing or a final hearing on the Motion and, thus, further reserve the right to supplement this Witness and Exhibit List with any documents the Debtors produce on account of the significant delay in receiving such documents from the Debtors.

Dated: December 15, 2020.			Respectfully submitted,

			***AD HOC*** **COMMITTEE OF WORKING INTEREST HOLDERS OF SKLAR EXPLORATION COMPANY, LLC, AND SKLARCO, LLC**

			By: */s/Timothy M. Swanson*
			Timothy M. Swanson (Colorado No. 47267)
			MOYE WHITE LLP
			1400 16th Street
			6th Floor
			Denver, Colorado 80202-1486
			Tel: (303) 292-2900
			Fax: (303) 292 4510
			Tim.Swanson@moyewhite.com
			*Counsel to the Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company, LLC, and Sklarco, LLC*

			--and--

			Craig M. Geno
			Law Offices of Craig M. Geno, PLLC
			587 Highland Colony Parkway
			Ridgeland, Mississippi 39157
			Tel: (601) 427-0048
			Fax: (601) 427-0050
			cmgeno@cmgenolaw.com
			*Counsel to the Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company, LLC, and Sklarco, LLC*

**Attachment 1**

**(Exhibits)**

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| AHC - 1 | Southwest Brooklyn Unit Agreement | | | |
| AHC – 2 | Southwest Brooklyn Unit Operating Agreement | | | |
| AHC – 3 | Southeast Brooklyn Unit Agreement | | | |
| AHC - 4 | Southeast Brooklyn Unit Operating Agreement | | | |
| AHC - 5 | Email dated May 1, 2020 | | | |
| AHC - 6 | Email dated May 18, 2020 | | | |
| AHC - 7 | Email dated May 28, 2020 from Richard West to David Hilton | | | |
| AHC – 8 | Email dated June 2, 2020 from Stan Kynerd to Marshall Jones | | | |
| AHC – 9 | Email chain dated July 8, 2020 from Stan Kynerd to James Katchadurian | | | |
| AHC – 10 | Email dated July 10, 2020 from Stan Kynerd to James Katchadurian (with attachments) | | | |
| AHC – 11 | Email dated July 10, 2020 from Stan Kynerd to James Katchadurian | | | |
| AHC – 12 | Email dated July 17, 2020 from Stan Kynerd to James Katchadurian (with attachments) | | | |
| AHC – 13 | Email dated July 20, 2020 from Stan Kynerd to James Katchadurian (with attachments) | | | |
| AHC – 14 | Email dated July 22, 2020 from Stan Kynerd to James Katchadurian | | | |
| AHC – 15 | Email dated July 23, 2020 from Stan Kynerd to James Katchadurian | | | |

4832-4291-2980.2

| | | | | |
|---|---|---|---|---|
| **AHC – 16** | Email dated July 28, 2020 from Stan Kynerd to James Katchadurian | | | |
| **AHC – 17** | Email chain dated July 29, 2020 from Stan Kynerd to James Katchadurian | | | |
| **AHC – 18** | Email dated August 4, 2020, from Stan Kynerd to James Katchadurian | | | |
| **AHC – 19** | Email dated August 14, 2020 from Stan Kynerd to James Katchadurian | | | |
| **AHC – 20** | Email dated September 2, 2020 from Stan Kynerd to James Katchadurian, Keri Riley and Marshall Jones | | | |
| **AHC – 21** | Email dated October 21, 2020 from John Maxey to Stan Kynerd and David Hilton | | | |
| **AHC – 22** | Letter dated July 3, 2019 from Alabama Oil and Gas Board to Sklar Exploration Company, LLC | | | |
| **AHC – 23** | Letter dated July 17, 2020 from Sklar Exploration Company, LLC to Working Interest Owners (with attachment) | | | |
| **AHC – 24** | Excerpts of Meeting Minutes of the Alabama Oil and Gas Board (September 12, 2018) | | | |
| **AHC – 25** | SEC Study Group Minutes dated July 30, 2020 | | | |
| **AHC – 26** | SEC Study Group Minutes dated September 2, 2020 | | | |
| **AHC – 27** | SEC Study Group Minutes dated September 30, 2020 | | | |
| **AHC – 28** | Order of the Alabama Oil and Gas Board No. 2018-34 | | | |
| **AHC – 29** | Order of the Alabama Oil and Gas Board No. 2018-48 | | | |
| **AHC – 30** | Order of the Alabama Oil and Gas Board No. 2018-49 | | | |

4832-4291-2980.2

| | | | | |
|---|---|---|---|---|
| **AHC - 31** | Letter dated January 30, 2019 from Sklar Exploration Company, LLC | | | |
| **AHC – 32** | Letter dated January 30, 2019 from Sklar Exploration Company, LLC | | | |
| **AHC – 33** | Letter dated March 4, 2019 from Sklar Exploration Company, LLC | | | |
| **AHC – 34** | Undated Cash Call Cover Sheet from Sklar Exploration, LLC | | | |
| **AHC – 35** | Brooklyn Units Production Injection Spreadsheet | | | |
| **AHC – 36** | Northwest Brooklyn Unit Production | | | |
| **AHC – 37** | Northeast Brooklyn Unit Production | | | |
| **AHC – 38** | Brooklyn Oil Unit Monthly Graphs | | | |
| **AHC – 39** | Workover Reports (Acid Testing Reports) | | | |
| * | Any pleading, order, or document filed or entered in this case | | | |
| * | Any exhibit offered or listed by another party | | | |
| * | Any exhibit for purposes of rebuttal or impeachment | | | |

4832-4291-2980.2

## Certificate of Service

I hereby certify that on this 15th day of December 2020, I caused the foregoing *Ad Hoc Committee's Witness and Exhibit List* to be served *via* CM/ECF to all parties that have filed electronic appearances and requested service in this case.

/s/ Timothy M. Swanson
Timothy M. Swanson

8

4832-4291-2980.2