**From:** Stan Kynerd <skynerd@pruet.com>
**Sent:** Friday, May 1, 2020 7:09 AM
**To:** Marshall Jones <jmjones@sklarexploration.com>
**Cc:** J. David Hilton (dhilton@pruet.com) <dhilton@pruet.com>
**Subject:** SW and SE Brooklyn Oil Units

Marshall:

We are reviewing the water injection programs in the four (4) Brooklyn Oil Units, and in that connection, we would like to visit with your engineers to discuss the issues Sklar is encountering in the water injection program, and the results thus far obtained. Could you please let us know a time next week that we can host either a video or phone conference with your engineers?

Thanks Marshall.

Stan Kynerd
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*
*(601) 672-6388 (Mobile)*

5



**Exhibit**

**AHC-5**

AHC 000168