|  |
|---|
| Exhibit<br>**AHC-6** |

**From:** Stan Kynerd [mailto:skynerd@pruet.com]
**Sent:** Monday, May 18, 2020 4:00 PM
**To:** Marshall Jones <jmjones@sklarexploration.com>
**Cc:** J. David Hilton <dhilton@pruet.com>
**Subject:** RE: SW and SE Brooklyn Oil Units

Marshall:

By email dated May 1, 2020, I requested that Sklar Exploration Company participate in a video conference with Pruet Production Co. to discuss and review the issues that Sklar is encountering with the water injection program in the SW and SE Brooklyn Oil Units. To date, we have not received a response from Sklar.

Prior to and throughout the year 2018, Sklar and Pruet presented substantial testimony to the Alabama Oil and Gas Board, in meetings prior to the hearings, and during the hearings, as to the necessity for implementing secondary recovery operations as soon as possible. The concern was that the failure to implement a proper injection program as soon as possible would likely have a significant adverse impact on the overall secondary recovery program, with loss of asset value resulting. This concern remains valid today.

Prior to the January 1, 2019 effective date of unitization, after consultation with our owners, Pruet ordered the equipment and materials necessary to begin the implementation of secondary recovery in the NW and NE Brooklyn Oil Units. Pruet began injecting into both the NW and NE Brooklyn Oil Units in March of 2019. As of March 1, 2020, Pruet has injected 4,855,558 barrels of water into the NW Brooklyn Oil Unit, and 425,911 barrels of water into the NE Brooklyn Oil Unit. Pruet's daily injections of water exceed the volume of oil produced, and we continue to fill the void on a daily basis.

Records reflect that Sklar did not begin injecting into the SW Brooklyn Oil Unit until September of 2019, and into the SE Brooklyn Oil Unit until November of 2019. As of March 1, 2020, it appears that Sklar has injected only 137,875 barrels of water into the SW Brooklyn Oil Unit and only 3,047 barrels of water into the SE Brooklyn Oil Unit. The daily reports indicate that Sklar is injecting about 475 barrels of water per day into the SW Brooklyn Oil Unit, but producing from the SW Unit about 900 barrels of oil per day. It appears that as of the end of February, Sklar is injecting about 100 barrels of water per day into the SE Brooklyn Oil Unit, while producing over 700 barrels of oil per day. The void is continuing to expand in both the SW and SE Brooklyn Oil Units.

The Sklar operated SW and SE Brooklyn Oil Units produce from the Upper Smackover, as does the Pruet Operated NE Brooklyn Oil Unit. We recognize that it is much more difficult to inject water into the Upper Smackover of the SW, SE and NE Brooklyn Oil Units, as compared to the Lower Smackover of the NW Brooklyn Oil Unit, but Pruet is injecting approximately 1000 barrels of water per day into the NE Brooklyn Oil Unit through two (2) injection wells, while Sklar is injecting only about 475 barrels of water per day through four (4) injection wells in the SW Brooklyn Oil Unit.

During the hearings on the Sklar Bankruptcy, a comment was made as to the basis for the increased oil production by Sklar, and you referred to the Brooklyn secondary recovery operation. However, several months ago, Sklar acidized the wells in the SW and SE Brooklyn Units, which did result in an increased rate of production, albeit temporary. We believe the increase in production was a direct result of the acid jobs, which is temporary, and not the injection program.

Pruet's concern is that Sklar's failure to arrest the continuing reservoir void, will result in a loss of value to the owners in the field. In addition, the Alabama Oil and Gas Board was adamant that the field be operated in such a manner so as to minimize any migration of oil across boundary lines.

In connection with Paragraph 3.1 of the Unit Operating Agreement for both the SW and SE Brooklyn Oil Units, Pruet is making this request on behalf of itself and the parties identified in the Amended and Restated Verified Rule 2019 Statement of Multiple Representation filed by Pruet's attorneys in Case Nos. 20-12377-EEB and 20-12380-EEB (Document 211). By virtue of Article 3 of the Unit Operating Agreements, overall supervision of operations is granted to the Working Interest Owners.

Please reply promptly to our request for a conference with Sklar's engineers to review these issues.

Thanking you in advance,

Stan Kynerd
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*
*(601) 672-6388 (Mobile)*

AHC 000170

**From:** Stan Kynerd <skynerd@pruet.com>
**Sent:** Friday, May 1, 2020 7:09 AM
**To:** Marshall Jones <jmjones@sklarexploration.com>
**Cc:** J. David Hilton (dhilton@pruet.com) <dhilton@pruet.com>
**Subject:** SW and SE Brooklyn Oil Units

Marshall:

We are reviewing the water injection programs in the four (4) Brooklyn Oil Units, and in that connection, we would like to visit with your engineers to discuss the issues Sklar is encountering in the water injection program, and the results thus far obtained. Could you please let us know a time next week that we can host either a video or phone conference with your engineers?

Thanks Marshall.

Stan Kynerd
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*
*(601) 672-6388 (Mobile)*

AHC 000171