**From:** Richard West <rwest@sklarexploration.com>
**Sent:** Thursday, May 28, 2020 4:17 PM
**To:** David Hilton <dhilton@pruet.com>
**Subject:** SW & SE Brooklyn

We have been averaging injecting 850 BWPD in SW Brooklyn since we turned the pumps back on line. Unfortunately, SE Brooklyn is only taking about 90 – 100 BPD. We'll keep trying to improve.

Richard M. West
Operations Manager
Sklar Exploration Company LLC
Office: 318-212-0914
Cell: 318-453-9676



**Exhibit**

**AHC-7**

AHC 000172