

**Subject**: RE: Sklar Processing Plants
**From**: Stan Kynerd <skynerd@pruet.com>
**To**: James Katchadurian <James.Katchadurian@cr3partners.com>
**Cc**: David Hilton <dhilton@pruet.com>
**Date Sent**: Wednesday, July 8, 2020 5:18:20 PM GMT-05:00
**Date Received**: Wednesday, July 8, 2020 5:18:20 PM GMT-05:00

Thanks

Stan Kynerd

**From:** James Katchadurian <James.Katchadurian@cr3partners.com>
**Sent:** Wednesday, July 8, 2020 5:17 PM
**To:** Stan Kynerd <skynerd@pruet.com>
**Cc:** J. David Hilton <dhilton@pruet.com>
**Subject:** Re: Sklar Processing Plants

Stan – thanks for the note.  Will review with the team and revert.  Best, james

**James Katchadurian |** Partner
450 Lexington Avenue, 4th Floor, New York, NY 10017
4801 Woodway Drive, Suite 300 East, Houston, TX 77056
Office: (800) 728-7176 ext. 128 | Direct: (914) 646-9451
Bio | Website | LinkedIn



This communication may contain information that is confidential and/or privileged. It is for the exclusive use of the intended recipient(s) and must not be read, used or disseminated by anyone else. If you have received this communication in error, please notify us immediately by replying to the message and delete it from your computer. No responsibility is accepted by sender for any loss or damage arising in any way from accepting or using this email.

**From:** Stan Kynerd <skynerd@pruet.com>
**Date:** Wednesday, July 8, 2020 at 6:12 PM
**To:** James Katchadurian <James.Katchadurian@cr3partners.com>
**Cc:** "J. David Hilton" <dhilton@pruet.com>
**Subject:** Sklar Processing Plants

James:

I am writing on behalf of Pruet Production Co., individually and as agent for a number of working interest owners in the SE and SW Brooklyn Oil Units. (see Doc 211-Amended and Restated Verified Rule 2019 Statement of Multiple Representation in the Sklar Exploration bankruptcy proceedings).

It is my understanding that as of March 1, 2020, Sklarco and various parties represented by Sklar Exploration assumed ownership from Plains of the North Beach and Abbyville Gas Plants (collectively the "Sklar Plant") in Conecuh County. Raw gas produced from wells in the SW and SE Brooklyn Units operated by Sklar Exploration (or in a few instances from wells now operated by Pruet in the NW or NE Brooklyn Oil Units but formerly operated by Sklar and connected to the Sklar Plant) is delivered to the Sklar Plant. We are attempting to ascertain the financial terms upon which the raw gas is gathered and processed, and in particular:

1. Any gathering fee charged by Sklar to gather and transport the gas from the wells to the Sklar Plant;
2. The financial terms/fees upon which the raw gas is processed as between Sklar as operator and the Sklar Plant, including the allocation of proceeds from the sale of residue gas and plant products;

AHC 000178

3. The management fee that has apparently been implemented by Sklar Exploration for the Sklar Plant, and who bears this fee.

Basically, we are attempting to determine the basis upon which the raw gas is processed, the plant products sold, and how the transaction impacts Pruet and the parties we represent. We also request that a copy of any agreements regarding the forgoing be emailed to me, other than the Southeast Alabama Gas District contract, as to which Pruet is also a party.

Thanks

Stan Kynerd
217 West Capitol Street
Jackson, Mississippi 39201
(601) 718-9396 (Office Direct)
(601) 672-6388 (Mobile)