**Subject**: RE: WIO Meeting
**From**: Stan Kynerd <skynerd@pruet.com>
**To**: James Katchadurian <James.Katchadurian@cr3partners.com>
**Cc**: David Hilton <dhilton@pruet.com>, Randy James <rjames@pruet.com>, "Clark, Don" <dlclark1@airmail.net>, Ray Willis <rayw@dfn.com>, Robert Gaston <bob@gastonoil.com>, "Cindy Meehl (HughesNorth)" <cmeehl@hughesnorth.com>
**Date Sent**: Friday, July 10, 2020 10:26:37 AM GMT-05:00
**Date Received**: Friday, July 10, 2020 10:26:37 AM GMT-05:00

James:

We have been attempting to determine what is wrong with the Sklar injection program for months.

Stan

**From:** James Katchadurian <James.Katchadurian@cr3partners.com>
**Sent:** Friday, July 10, 2020 10:25 AM
**To:** Stan Kynerd <skynerd@pruet.com>
**Cc:** J. David Hilton <dhilton@pruet.com>; William R James <rjames@pruet.com>; Clark, Don <dlclark1@airmail.net>; Ray Willis <rayw@dfn.com>; Robert Gaston <bob@gastonoil.com>; Cindy Meehl (HughesNorth) <cmeehl@hughesnorth.com>
**Subject:** Re: WIO Meeting

Stan – thanks for the note.  I will review and come back with questions.

Have you voiced your concerns to the Sklar team directly?

Thanks – james

**James Katchadurian | Partner**
450 Lexington Avenue, 4th Floor, New York, NY 10017
4801 Woodway Drive, Suite 300 East, Houston, TX 77056
Office: (800) 728-7176 ext. 128 | Direct: (914) 646-9451
Bio | Website | LinkedIn





Exhibit
**AHC-11**

This communication may contain information that is confidential and/or privileged. It is for the exclusive use of the intended recipient(s) and must not be read, used or disseminated by anyone else. If you have received this communication in error, please notify us immediately by replying to the message and delete it from your computer. No responsibility is accepted by sender for any loss or damage arising in any way from accepting or using this email.

**From:** Stan Kynerd <skynerd@pruet.com>
**Date:** Friday, July 10, 2020 at 11:21 AM
**To:** James Katchadurian <James.Katchadurian@cr3partners.com>
**Cc:** "J. David Hilton" <dhilton@pruet.com>, William R James <rjames@pruet.com>, "Clark, Don" <dlclark1@airmail.net>, Ray Willis <rayw@dfn.com>, Robert Gaston <bob@gastonoil.com>, "Cindy Meehl (HughesNorth)" <cmeehl@hughesnorth.com>
**Subject:** WIO Meeting

James:

Regarding the upcoming meeting of the working interest owners, attached is a memo we have prepared regarding the SW and SE Brooklyn Oil Units.  The memo sets forth our concerns regarding the Sklar injection program; we would like to have these matters discussed at the meeting.

AHC 000228

If you would like to discuss prior to the meeting, please let me know.

Stan Kynerd
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*
*(601) 672-6388 (Mobile)*

AHC 000229