Exhibit
**AHC-12**

**Subject**: RE: WIO Meeting
**From**: Stan Kynerd <skynerd@pruet.com>
**To**: James Katchadurian <James.Katchadurian@cr3partners.com>
**Cc**: "Clark, Don" <dlclark1@airmail.net>, Ray Willis <rayw@dfn.com>, "Gaston Oil Co." <bob@gastonoil.com>, "Cindy Meehl (HughesNorth)" <cmeehl@hughesnorth.com>, Tommy Echols <techols@rockspringsoil.com>, Bobby Coleman <bcoleman@pittsoil.com>, "Paul D. Owens Jr" <powens@leighplace.com>, TCP Cottonwood/Anderson J Crooks <jcrooks@andersonoilandgas.com>, AEEC II LLC <david@andersonoilandgas.com>, TCP Cottonwood/Anderson Frank F <frank.flowers@andersonoilandgas.com>, TCP Cottonwood/Anderson Cole A <cole@andersonoilandgas.com>, AEEC II LLC <kyle.mcinnis@andersonoilandgas.com>, AEEC II LLC <pennys@andersonoilandgas.com>, AEH Investments <vickied@aehinvestments.com>, AEH Investments <davidwendallhall@gmail.com>, "Aspen Energy Inc./Marco Land & Petro." <mike@aspenenergyinc.com>, Avery Alcorn <avery.alcorn@cr3partners.com>, Ben Ford <BYF@ajlaw.com>, Longleaf Roger C <rchapman@leighplace.com>, Conrad Connie Armbrecht <CPA@ajlaw.com>, Cory Ezelle <cezelle@sklarexploration.com>, "Craft Exploration Co." <stevecraft@att.net>, "Darlene K. Hall" <darlenekhall@gmail.com>, DCOD LLC <dc@wcdevelopment.com>, Genesis William M <wmmounger@tstarlg.com>, DEDE LLC <bmounger@comcast.net>, "Delta S. Ventures LP" <robert@dsvconsult.com>, Dickson Oil & Gas LLC <bickham@bdicksonproperties.com>, Don Eustes <done@sklarexploration.com>, Duane Graham <DAG@ajlaw.com>, Elba Exploration <jnix@nixandkirkland.com>, Fant Stephen S <SSwan@nps.cc>, Fiddlers Investments <dbldarre@gmail.com>, Four D LLC <dougfour711@hotmail.com>, FPCC USA <ian22402915@gmail.com>, FPCC USA <emerson_chen@fpcc.com.tw>, FPCC William H <liweihu@fpcc.com.tw>, "Franks Exploration/Edward L. Yarbrough Jr." <edward@fmcllc.com>, Geology Conference <GeoConf@sklarexploration.com>, Hall & Hall <shallbills77@gmail.com>, Hall Management <dhallhrh@gmail.com>, Harvest Gas Management <harvestgas@att.net>, Hughes 2000 CT LLC <pkynerd@hughesnorth.com>, John Bush <westarenergy@comcast.net>, Hughes Oil South LLC <pjohnson@hughesoil.net>, Hughes Oil South LLC <egross@hughesoil.net>, Janus Enterprises LLC <rlasseigne@tmrex.com>, JCE Galbraith Oil & Gas LLC <jmcdonough@cfl.rr.com>, JF Howell Interests LP <dtaggart@bradleyfirm.com>, JF Howell Interests LP <david@jfhowell.com>, JJS Justin S <justin@hbcapllc.com>, JMS/RAB Oil & Gas Holdings LLC <jennifer.allen@cnl.com>, John Strausser <JStrausser@sklarexploration.com>, "JuraSearch Inc." <bearlear@bellsouth.net>, Keri Riley <KLR@kutnerlaw.com>, King Oil LLC <Robert.Braswell@kingwoodexploration.com>, Landmark Michael J <mej@lmhomes.net>, Lee Kutner <LMK@kutnerlaw.com>, Marlin Exploration LLC <clenert@marlinexploration.com>, Marlin Exploration LLC <jon@marlinexploration.com>, Marlin Exploration LLC <rqp@marlinexploration.com>, Marshall Jones <jmjones@sklarexploration.com>, McCombs Greg B <gbelisle@mccombshq.com>, Miles McDowell <milesm@sklarexploration.com>, "Northstar Producing I Ltd." <kurt.ley@kingwoodexploration.com>, "Northstar Producing I Ltd." <tstanislav@reagan.com>, "Pam Lin Corp." <cclark@crownquest.com>, "Paula W. Denley LLC" <pnrdenley@gmail.com>, Petroleum Investments <braden@basinex.com>, Pickens Financial Group <mike@pickensenergy.com>, Pickens Financial Group LLC <pjackson33@msn.com>, Porter Estate/Oakley Ranch Company <akromelow@porterestate.com>, Pruet Production Company <rjames@pruet.com>, Pruet Production Company <dhilton@pruet.com>, Pruet Production Company <jretherford@balch.com>, Pruet Production Company <twatson@wplawllc.com>, Pruet Production Company <mjochs@hollandhart.com>, Pruet Production Company <skynerd@pruet.com>, Resource Ventures <arnold@royaltyexploration.com>, Richard West <rwest@sklarexploration.com>, Rudman Family Trust <hiramlucius@sbcglobal.net>, Rudman Partnership <whern@sbcglobal.net>, Rudman Partnership <tsibley@rudmangroup.com>, Ryco Exploration <rsmith.ryco@att.net>, "Spindletop Oil & Gas Co." <cmazzini@spindletopoil.com>, Strago Petroleum <lfgoza@strago.net>, Sugar Oil Mickey Q <mickey@sugaroilproperties.com>, Summit LLC <awbyrd@comcast.net>, "Tauber Exploration & Production Co." <andrewh@tauberoil.com>, Lechwe/Tiembo Mark R <markr@ptmc.us>,

Todd Bearup <todd.bearup@cr3partners.com>
**Date Sent**: Friday, July 17, 2020 4:40:02 PM GMT-05:00
**Date Received**: Friday, July 17, 2020 4:40:02 PM GMT-05:00
**Attachments**: Email 2020 6-2 Pruet Request for WI Meeting.pdf,Email 2020 5-18 Kynerd to Jones.pdf,SW and SE Brooklyn Oil Unit Daily Water Injection April - July 2020.xlsx

---

James:

We appreciate that you are still getting up to speed on the Brooklyn Units and other Sklar matters, and that you are still absorbing the information you receive from us and others. With that in mind, to characterize the situation as that of a fight between Pruet and Sklar is a deflection of the issue, and is not accurate. Pruet does not view the situation as a fight, nor is it personal. But Pruet does believe there is a substantial problem with the Sklar operated secondary recovery program and the potential wasting of assets which, as you can appreciate, effects all concerned. In that regard, we agree that our interests are aligned and that ongoing communication, without characterization or editorial, will be to our mutual benefit.

Our concerns, as we expressed yesterday, are operational in nature. Sklar yesterday asserted that it believes its secondary recovery program is a success. We offer the following as further context, to help inform your thinking:

For a year, Pruet has reached out to Sklar in an attempt to determine the problems with the Sklar secondary recovery program, first as to the significant delays in implementation, and for the last several months, the failure of the injection program that was finally implemented. See my email to Marshall Jones dated May 18, 2020, which includes my email dated May 1, 2020. Pruet then insisted that Sklar call a meeting of the Working Interest Owners to discuss the issues with the secondary recovery program in the SW and SE Brooklyn Oil Units (email dated June 2, 2020), which was finally held yesterday. Even with my email to you dated July 10, 2020, I invited discussion. No one from Sklar contacted me.

Pruet's emails of May 1 and May 18, 2020 did result in one telephone conference on May 20, 2020 between Sklar's Richard West and Pruet's David Hilton. I strongly disagree with Sklar's characterization of that phone conference (Sklar slide # 23). During the May 20, 2020 phone call, Sklar advised that because Sklar was not seeing significant injection rates over gravity, Sklar made the decision to turn off its pumps, as it viewed operating the pumps as a "waste of electricity". David Hilton/Pruet advised Richard West/Sklar of a method to operate its pumps so as to maintain continuous pressure on the injection wells, which Sklar apparently finally implemented on July 1, 2020 (we don't know if Sklar has properly configured the pumps, but since July 1, 2020, the injection rates are higher). Although Sklar is finally making an attempt to increase the injection rates, the rate of injection is still not filling the reservoir void, which is continuing to grow. Although Sklar asserted yesterday that, since July 1, 2020, the void is being filled in the SW Unit, Sklar incorrectly calculated the effect of the injection over production by failing to recognize the difference between stock tank barrels and reservoir barrels. As demonstrated by the attached spreadsheet, the reservoir void in both the SW and SE Brooklyn Oil Units is continuing to expand. Sklar does not provide the daily injection or production data for the SW Unit for the weekends or holidays, and the attached is based on the information that Sklar does provide. As to the SE Brooklyn Oil Unit, Sklar does not provide daily injection rates, except as to the three days on the CCLT 4-1 Workover completed earlier this week. We request that Sklar provide daily injection rates for both units on a daily basis.

Pruet attempted to discuss these matters with Sklar "one on one"; I do not believe continuing such process is proper, as there are significant other parties impacted by the unitization of the SW and SE Brooklyn Oil Units. During the meeting yesterday, we requested that a Technical Committee be implemented to review the secondary recovery program of Sklar in the SW and SE Brooklyn Oil Units. We are again requesting that a Technical Committee be implemented, with invitations extended to the following:

1. Pruet's Technical Committee, which consists of Don Clark (DBC Resources), Ray Willis and John Maxey (Hanson Operating Company), Bob Gaston (Gaston Oil Company), John Bush (Hughes 2000 CT LLC), and David Hilton, Randy James and Stan Kynerd (Pruet Production Co);
2. William Hu (FPCC);
3. A representative(s) for Tauber, Rudman and Pickens;
4. A representative(s) for JF Howell Interests;
5. Representatives for Sklar Exploration Company/Sklarco.

Again, Pruet does not view this situation as a fight between Pruet and Sklar; we do however, believe there

AHC 000231

are substantial issues with the SW and SE Brooklyn Oil Units which need to be reviewed and addressed. We look forward to working with you and the Sklar team to achieve the goals that benefit us all.

Because Sklar sent its letter earlier today to all working interest owners in the SW and SE Brooklyn Oil Units (I assume that all owners were included, but the email was sent by blind copy), I am copying this email to all owners included on the Sklar *Zoom* distribution list. Sklar indicates that its letter was sent to all owners in the units, which would include others not included on the *Zoom* call. We believe it would be proper that Sklar forward this email to those owners also. I am also including Chris Johnson, counsel for the Creditor's Committee, in view of our discussion today.

Stan Kynerd
217 West Capitol Street
Jackson, Mississippi 39201
(601) 718-9396 (Office Direct)
(601) 672-6388 (Mobile)

---

**From:** James Katchadurian <James.Katchadurian@cr3partners.com>
**Sent:** Friday, July 17, 2020 3:49 AM
**To:** Stan Kynerd <skynerd@pruet.com>
**Cc:** David Hilton <dhilton@pruet.com>; Randy James <rjames@pruet.com>; Clark, Don <dlclark1@airmail.net>; Ray Willis <rayw@dfn.com>; Robert Gaston <bob@gastonoil.com>; Cindy Meehl (HughesNorth) <cmeehl@hughesnorth.com>
**Subject:** Re: WIO Meeting

Good morning – I hope you and your families are well.

Stan I wanted to reiterate as was said on the WI call yesterday, that we would be happy to setup a follow-on discussion between David and our relative operations teams to further discuss and collaborate. The success of all the Brooklyn units is to our mutual benefit and too much time and effort has been expended on fighting which isn't benefiting anyone.

Many thanks, james

**James Katchadurian | Partner**
CR3 Partners, LLC
Direct: (914) 646-9451
**Bio** | **Website** | **LinkedIn**

---

**From:** Stan Kynerd <skynerd@pruet.com>
**Date:** Friday, July 10, 2020 at 11:26 AM
**To:** James Katchadurian <James.Katchadurian@cr3partners.com>
**Cc:** David Hilton <dhilton@pruet.com>, Randy James <rjames@pruet.com>, "Clark, Don" <dlclark1@airmail.net>, Ray Willis <rayw@dfn.com>, Robert Gaston <bob@gastonoil.com>, "Cindy Meehl (HughesNorth)" <cmeehl@hughesnorth.com>
**Subject:** RE: WIO Meeting

James:

We have been attempting to determine what is wrong with the Sklar injection program for months.

Stan

**From:** James Katchadurian <James.Katchadurian@cr3partners.com>
**Sent:** Friday, July 10, 2020 10:25 AM
**To:** Stan Kynerd <skynerd@pruet.com>
**Cc:** J. David Hilton <dhilton@pruet.com>; William R James <rjames@pruet.com>; Clark, Don

<dlclark1@airmail.net>; Ray Willis <rayw@dfn.com>; Robert Gaston <bob@gastonoil.com>; Cindy Meehl (HughesNorth) <cmeehl@hughesnorth.com>
**Subject:** Re: WIO Meeting

Stan – thanks for the note.  I will review and come back with questions.

Have you voiced your concerns to the Sklar team directly?

Thanks – james


**James Katchadurian | Partner**
450 Lexington Avenue, 4th Floor, New York, NY 10017
4801 Woodway Drive, Suite 300 East, Houston, TX 77056
Office: (800) 728-7176 ext. 128 | Direct: (914) 646-9451
**Bio** | **Website** | **LinkedIn**



This communication may contain information that is confidential and/or privileged. It is for the exclusive use of the intended recipient(s) and must not be read, used or disseminated by anyone else. If you have received this communication in error, please notify us immediately by replying to the message and delete it from your computer. No responsibility is accepted by sender for any loss or damage arising in any way from accepting or using this email.

**From:** Stan Kynerd <skynerd@pruet.com>
**Date:** Friday, July 10, 2020 at 11:21 AM
**To:** James Katchadurian <James.Katchadurian@cr3partners.com>
**Cc:** "J. David Hilton" <dhilton@pruet.com>, William R James <rjames@pruet.com>, "Clark, Don" <dlclark1@airmail.net>, Ray Willis <rayw@dfn.com>, Robert Gaston <bob@gastonoil.com>, "Cindy Meehl (HughesNorth)" <cmeehl@hughesnorth.com>
**Subject:** WIO Meeting

James:

Regarding the upcoming meeting of the working interest owners, attached is a memo we have prepared regarding the SW and SE Brooklyn Oil Units.  The memo sets forth our concerns regarding the Sklar injection program; we would like to have these matters discussed at the meeting.

If you would like to discuss prior to the meeting, please let me know.

Stan Kynerd
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*
*(601) 672-6388 (Mobile)*

AHC 000233

**Subject**: RE: SW and SE Brooklyn Oil Units
**From**: Stan Kynerd <skynerd@pruet.com>
**To**: Marshall Jones <jmjones@sklarexploration.com>
**Cc**: "J. David Hilton" <dhilton@pruet.com>
**Date Sent**: Monday, May 18, 2020 4:59:53 PM GMT-05:00
**Date Received**: Monday, May 18, 2020 4:59:53 PM GMT-05:00

---

Marshall:

By email dated May 1, 2020, I requested that Sklar Exploration Company participate in a video conference with Pruet Production Co. to discuss and review the issues that Sklar is encountering with the water injection program in the SW and SE Brooklyn Oil Units. To date, we have not received a response from Sklar.

Prior to and throughout the year 2018, Sklar and Pruet presented substantial testimony to the Alabama Oil and Gas Board, in meetings prior to the hearings, and during the hearings, as to the necessity for implementing secondary recovery operations as soon as possible. The concern was that the failure to implement a proper injection program as soon as possible would likely have a significant adverse impact on the overall secondary recovery program, with loss of asset value resulting. This concern remains valid today.

Prior to the January 1, 2019 effective date of unitization, after consultation with our owners, Pruet ordered the equipment and materials necessary to begin the implementation of secondary recovery in the NW and NE Brooklyn Oil Units. Pruet began injecting into both the NW and NE Brooklyn Oil Units in March of 2019. As of March 1, 2020, Pruet has injected 4,855,558 barrels of water into the NW Brooklyn Oil Unit, and 425,911 barrels of water into the NE Brooklyn Oil Unit. Pruet's daily injections of water exceed the volume of oil produced, and we continue to fill the void on a daily basis.

Records reflect that Sklar did not begin injecting into the SW Brooklyn Oil Unit until September of 2019, and into the SE Brooklyn Oil Unit until November of 2019. As of March 1, 2020, it appears that Sklar has injected only 137,875 barrels of water into the SW Brooklyn Oil Unit and only 3,047 barrels of water into the SE Brooklyn Oil Unit. The daily reports indicate that Sklar is injecting about 475 barrels of water per day into the SW Brooklyn Oil Unit, but producing from the SW Unit about 900 barrels of oil per day. It appears that as of the end of February, Sklar is injecting about 100 barrels of water per day into the SE Brooklyn Oil Unit, while producing over 700 barrels of oil per day. The void is continuing to expand in both the SW and SE Brooklyn Oil Units.

The Sklar operated SW and SE Brooklyn Oil Units produce from the Upper Smackover, as does the Pruet Operated NE Brooklyn Oil Unit. We recognize that it is much more difficult to inject water into the Upper Smackover of the SW, SE and NE Brooklyn Oil Units, as compared to the Lower Smackover of the NW Brooklyn Oil Unit, but Pruet is injecting approximately 1000 barrels of water per day into the NE Brooklyn Oil Unit through two (2) injection wells, while Sklar is injecting only about 475 barrels of water per day through four (4) injection wells in the SW Brooklyn Oil Unit.

During the hearings on the Sklar Bankruptcy, a comment was made as to the basis for the increased oil production by Sklar, and you referred to the Brooklyn secondary recovery operation. However, several months ago, Sklar acidized the wells in the SW and SE Brooklyn Units, which did result in an increased rate of production, albeit temporary. We believe the increase in production was a direct result of the acid jobs, which is temporary, and not the injection program.

Pruet's concern is that Sklar's failure to arrest the continuing reservoir void, will result in a loss of value to the owners in the field. In addition, the Alabama Oil and Gas Board was adamant that the field be operated in such a manner so as to minimize any migration of oil across boundary lines.

In connection with Paragraph 3.1 of the Unit Operating Agreement for both the SW and SE Brooklyn Oil Units, Pruet is making this request on behalf of itself and the parties identified in the Amended and Restated Verified Rule 2019 Statement of Multiple Representation filed by Pruet's attorneys in Case Nos. 20-12377-EEB and 20-12380-EEB (Document 211). By virtue of Article 3 of the Unit Operating Agreements, overall supervision of operations is granted to the Working Interest Owners.

AHC 000234

Please reply promptly to our request for a conference with Sklar's engineers to review these issues.

Thanking you in advance,

Stan Kynerd
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*
*(601) 672-6388 (Mobile)*

---

**From:** Stan Kynerd <skynerd@pruet.com>
**Sent:** Friday, May 1, 2020 7:09 AM
**To:** Marshall Jones <jmjones@sklarexploration.com>
**Cc:** J. David Hilton (dhilton@pruet.com) <dhilton@pruet.com>
**Subject:** SW and SE Brooklyn Oil Units

Marshall:

We are reviewing the water injection programs in the four (4) Brooklyn Oil Units, and in that connection, we would like to visit with your engineers to discuss the issues Sklar is encountering in the water injection program, and the results thus far obtained. Could you please let us know a time next week that we can host either a video or phone conference with your engineers?

Thanks Marshall.

Stan Kynerd
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*
*(601) 672-6388 (Mobile)*

AHC 000235

# Stan Kynerd

| | |
|---|---|
| **From:** | Stan Kynerd |
| **Sent:** | Tuesday, June 2, 2020 11:57 AM |
| **To:** | 'Marshall Jones' |
| **Cc:** | David Hilton |
| **Subject:** | RE: SW and SE Brooklyn Oil Units |
| **Attachments:** | Exhibit J Plan for Unit Operations Order 2018-49 SE Oil Unit.pdf; Email 2020 5-28 West.pdf |

Marshall:

On May 19, 2020, Richard West, Sklar's Operations Manager, called David Hilton, Pruet's VP of Operations, leaving a message requesting that Mr. Hilton call him. Mr. Hilton returned Mr. West's phone call the next day, May 20, 2020. Mr. West advised Mr. Hilton that he was calling in response to my emails of May 1 and May 18, 2020, and that (i) Sklar was not operating the pumps on the injection wells, as Sklar was not realizing a significant increase in the rate of injection over gravity, and (ii) Sklar believed it would be a waste of electricity to run the pumps. Mr. Hilton and Mr. West discussed the necessity of a proper injection program to prevent migration of oil across unit lines and to enhance secondary recovery. Mr. Hilton advised Mr. West of a process being used by Pruet on its pumps. After the phone call between Mr. West and Mr. Hilton, Sklar reimplemented use of the pumps on the injection wells, and Sklar's water injection rate has increased in the Southwest Brooklyn Oil Unit, from approximately 475 barrels of water per day prior to the May 20, 2020 phone call between Mr. Hilton and Mr. West, to approximately 850 barrels of water per day as of today. Sklar has not experienced an increase in the water injection rate on the Southeast Brooklyn Oil Unit, which remains at approximately 100 barrels of water per day.

The current daily production of oil from the Southwest and Southeast Brooklyn Units continues to decline, with current production from the SW Brooklyn Oil Unit being approximately 750 barrels of oil per day, and from the SE Brooklyn Oil Unit being approximately 640 barrels of oil.

The Plan of Unit Operations for the SE Brooklyn Oil unit proposed by Sklar (copy attached), and approved by the Alabama Oil and Gas Board in Order No. 2018-49 dated December 17, 2018, includes the following:

> A pipeline system will be installed to assist in moving water from the source wells to the injection wells and <u>the expected rate of injection will be between 1,000-3,000 barrels of water per day</u>. Upon commencement of water injection and evaluation of pending results, other water injection wells and possibly additional source wells will be considered to enhance the recovery from the proposed SE Unit. (*emphasis added*).

> Injection operations will be closely monitored and will be evaluated and adjusted as appropriate on an ongoing basis in accordance with good engineering practices and in an effort to enhance recovery from proposed SE Unit.

Although the Plan of Unit Operations proposed by Sklar was based upon an expected injection rate of between 1,000-3,000 barrels of water per day, the actual rate of injection by Sklar for the Southeast Brooklyn Oil Unit is approximately 100 barrels of water per day. See the attached email from Richard West to David Hilton dated May 28, 2020.

The Unit Operating Agreement for the Southeast Brooklyn Oil Unit states as follows:

> 3.1 OVERALL SUPERVISION. Working Interest Owners shall exercise overall supervision and control of all matters pertaining to Unit Operations pursuant to this Agreement and the Unit Agreement. In the exercise of such authority, each Working Interest Owner shall act solely in its own behalf in the capacity of an individual owner and not on behalf of the owners as an entirety; provided, however, that nothing herein shall prevent one or more Working Interest Owners from appointing someone or some entity (which may

be another Working Interest Owner or a third party) to act on behalf of such Working Interest Owner(s) in any or all matters relating to this Agreement.

3.2 SPECIFIC AUTHORITIES AND DUTIES. The matters with respect to which the Working Interest Owners shall decide and take action shall include, but not be limited to, the following:

3.2.1 METHOD OF OPERATION. The method of operation, including any type of pressure maintenance, secondary recovery, or other recovery program to be employed.

4.2 MEETINGS. All meetings of Working Interest Owners shall be called by Unit Operator upon its own motion or at the request of one or more Working Interest Owners having a combined Unit Participation totaling not less than Twenty-Five Percent (25%). If Unit Operator fails to call a meeting of the Working Interest Owners for a period of ten (10) days after having been requested to do so by one or more of the Working Interest Owners, any one of such Working Interest Owners who requested a meeting may call the same. Unless otherwise agreed upon by the Working Interest Owners, no meeting shall be called on less than ten (10) days' advance written notice, with agenda attached.

5.2.2 REPORTS. The right to receive from Unit Operator, upon written request, copies of all reports to any governmental agency, monthly reports of crude oil runs and stocks, inventory reports, and <u>all other information pertaining to the Unit Operations</u>. (*emphasis added*).

7.2 WORKMANLIKE CONDUCT. Unit Operator shall conduct Unit Operations in a good and workmanlike manner and, in the absence of specific instructions from Working Interest Owners, shall have the right and duty to conduct such operations in the same manner as would a prudent operator under the same or similar circumstances. <u>Unit Operator shall freely consult with Working Interest Owners and keep them informed of all matters which Unit Operator, in the exercise of its best judgment, considers important</u>. Unit Operator shall not be liable to Working Interest Owners for damages, unless such damages result from its gross negligence or willful misconduct. (*emphasis added*).

7.6 REPORTS TO WORKING INTEREST OWNERS. Unit Operator shall furnish to Working Interest Owners monthly reports and <u>shall keep the Working Interest Owners fully informed of Unit Operations</u>. (*emphasis added*).

The parties identified in the Amended and Restated Verified Rule 2019 Statement of Multiple Representation filed by Pruet's attorneys in Case Nos. 20-12377-EEB and 20-12380-EEB (Document 211) own approximately 27.15% of the Southeast Brooklyn Oil Unit. Pursuant to Paragraph 4.2 of the Unit Operating Agreement for the Southeast Brooklyn Oil Unit, Pruet Production Co., on behalf of itself and the parties represented by Pruet, request that Sklar Exploration Company call a meeting of all Working Interest Owners in the Southeast Brooklyn Oil Unit to discuss the following, which should be considered as the agenda for the meeting:

1. Discuss whether a delay of the implementation of water injection may have an adverse impact on the overall recovery of oil from the Southeast Brooklyn Oil Unit;
2. Pruet implemented physical injection of water into the NW and NE Brooklyn Oil Units in March of 2019. Records of the Alabama Oil and Gas Board reflect that Sklar did not begin physical injection of water into the Southeast Brooklyn Oil Unit until November of 2019. Discuss the reason for the delay by Sklar to begin physical injection of water into the Southeast Brooklyn Oil Unit;
3. Discuss the results of Sklar's water injection program to date for the Southeast Brooklyn Oil Unit, including a comparison of the results of the injection to date with the results expected as evidenced by documents filed by Sklar in Docket No. Docket No. 4-4-18-01 of the Alabama Oil and Gas Board and the Orders of the Alabama Oil and Gas Board relating thereto;
4. Discuss whether the decline of daily oil production in the Southeast Brooklyn Oil Unit has been arrested;
5. Discuss whether the injection program implemented by Sklar for the Southeast Brooklyn Oil Unit is filling the void in the reservoir or whether the void is continuing to increase;

AHC 000237

6. Discuss the responsibility of Sklar to operate the Southeast Brooklyn Oil Unit in a manner as will enhance the value of the field to the Working Interest Owners and to the royalty owners in the Unit, including the royalty owners of Pruet and Sklar, and including specifically Cedar Creek Land & Timber, Inc;
7. Discuss the responsibility of Sklar to operate the Southeast Brooklyn Oil Unit in a manner as will protect all of the units in the Brooklyn Field from migration of oil across unit lines, and the actions of Sklar to ensure that no migration across unit lines occurs;
8. Advise as to whether Sklar considers the results of operations to date as satisfactory, and if not, the plan of operations proposed by Sklar which will result in the maximum recovery of oil from the Southeast Brooklyn Oil Unit;
9. Advise as to whether Sklar views the results to date of secondary recovery in the Southeast Brooklyn Oil Unit to be of sufficient importance to keep the Working Interest Owners advised as is required by Paragraphs 7.2 and 7.6 of the Unit Operating Agreement for the Southeast Brooklyn Oil Unit.

The parties represented by Pruet own approximately 11.5% of the Southwest Brooklyn Oil Unit. Without limiting or affecting Pruet's request that a meeting be called of the Working Interest Owners in the Southeast Brooklyn Oil Unit, Pruet requests that the meeting also be called of the Working Interest Owners in the Southwest Brooklyn Oil Unit. The issues encountered with the Southeast Brooklyn Oil Unit are common with the issues being encountered in the Southwest Brooklyn Oil Unit, including without limitation a concern as to migration of oil across unit lines.

Because of the restrictions imposed by the Coronavirus, Pruet requests that the meeting be called via a *Zoom* video conference. We request that the meeting of the Working Interest Owners be called during the week of June 15, 2020.

Stan Kynerd
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*
*(601) 672-6388 (Mobile)*

---

**From:** Marshall Jones <jmjones@sklarexploration.com>
**Sent:** Monday, May 18, 2020 5:11 PM
**To:** Stan Kynerd <skynerd@pruet.com>
**Cc:** J. David Hilton <dhilton@pruet.com>
**Subject:** RE: SW and SE Brooklyn Oil Units

Stan-

I will get with my guys and see when a good time to discuss and let you know.

Marshall

---

**From:** Stan Kynerd [mailto:skynerd@pruet.com]
**Sent:** Monday, May 18, 2020 4:00 PM
**To:** Marshall Jones <jmjones@sklarexploration.com>
**Cc:** J. David Hilton <dhilton@pruet.com>
**Subject:** RE: SW and SE Brooklyn Oil Units

Marshall:

By email dated May 1, 2020, I requested that Sklar Exploration Company participate in a video conference with Pruet Production Co. to discuss and review the issues that Sklar is encountering with the water injection program in the SW and SE Brooklyn Oil Units. To date, we have not received a response from Sklar.

3

AHC 000238

Prior to and throughout the year 2018, Sklar and Pruet presented substantial testimony to the Alabama Oil and Gas Board, in meetings prior to the hearings, and during the hearings, as to the necessity for implementing secondary recovery operations as soon as possible. The concern was that the failure to implement a proper injection program as soon as possible would likely have a significant adverse impact on the overall secondary recovery program, with loss of asset value resulting. This concern remains valid today.

Prior to the January 1, 2019 effective date of unitization, after consultation with our owners, Pruet ordered the equipment and materials necessary to begin the implementation of secondary recovery in the NW and NE Brooklyn Oil Units. Pruet began injecting into both the NW and NE Brooklyn Oil Units in March of 2019. As of March 1, 2020, Pruet has injected 4,855,558 barrels of water into the NW Brooklyn Oil Unit, and 425,911 barrels of water into the NE Brooklyn Oil Unit. Pruet's daily injections of water exceed the volume of oil produced, and we continue to fill the void on a daily basis.

Records reflect that Sklar did not begin injecting into the SW Brooklyn Oil Unit until September of 2019, and into the SE Brooklyn Oil Unit until November of 2019. As of March 1, 2020, it appears that Sklar has injected only 137,875 barrels of water into the SW Brooklyn Oil Unit and only 3,047 barrels of water into the SE Brooklyn Oil Unit. The daily reports indicate that Sklar is injecting about 475 barrels of water per day into the SW Brooklyn Oil Unit, but producing from the SW Unit about 900 barrels of oil per day. It appears that as of the end of February, Sklar is injecting about 100 barrels of water per day into the SE Brooklyn Oil Unit, while producing over 700 barrels of oil per day. The void is continuing to expand in both the SW and SE Brooklyn Oil Units.

The Sklar operated SW and SE Brooklyn Oil Units produce from the Upper Smackover, as does the Pruet Operated NE Brooklyn Oil Unit. We recognize that it is much more difficult to inject water into the Upper Smackover of the SW, SE and NE Brooklyn Oil Units, as compared to the Lower Smackover of the NW Brooklyn Oil Unit, but Pruet is injecting approximately 1000 barrels of water per day into the NE Brooklyn Oil Unit through two (2) injection wells, while Sklar is injecting only about 475 barrels of water per day through four (4) injection wells in the SW Brooklyn Oil Unit.

During the hearings on the Sklar Bankruptcy, a comment was made as to the basis for the increased oil production by Sklar, and you referred to the Brooklyn secondary recovery operation. However, several months ago, Sklar acidized the wells in the SW and SE Brooklyn Units, which did result in an increased rate of production, albeit temporary. We believe the increase in production was a direct result of the acid jobs, which is temporary, and not the injection program.

Pruet's concern is that Sklar's failure to arrest the continuing reservoir void, will result in a loss of value to the owners in the field. In addition, the Alabama Oil and Gas Board was adamant that the field be operated in such a manner so as to minimize any migration of oil across boundary lines.

In connection with Paragraph 3.1 of the Unit Operating Agreement for both the SW and SE Brooklyn Oil Units, Pruet is making this request on behalf of itself and the parties identified in the Amended and Restated Verified Rule 2019 Statement of Multiple Representation filed by Pruet's attorneys in Case Nos. 20-12377-EEB and 20-12380-EEB (Document 211). By virtue of Article 3 of the Unit Operating Agreements, overall supervision of operations is granted to the Working Interest Owners.

Please reply promptly to our request for a conference with Sklar's engineers to review these issues.

Thanking you in advance,

Stan Kynerd
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*
*(601) 672-6388 (Mobile)*

AHC 000239

**From:** Stan Kynerd <skynerd@pruet.com>
**Sent:** Friday, May 1, 2020 7:09 AM
**To:** Marshall Jones <jmjones@sklarexploration.com>
**Cc:** J. David Hilton (dhilton@pruet.com) <dhilton@pruet.com>
**Subject:** SW and SE Brooklyn Oil Units

Marshall:

We are reviewing the water injection programs in the four (4) Brooklyn Oil Units, and in that connection, we would like to visit with your engineers to discuss the issues Sklar is encountering in the water injection program, and the results thus far obtained. Could you please let us know a time next week that we can host either a video or phone conference with your engineers?

Thanks Marshall.

*Stan Kynerd*
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*
*(601) 672-6388 (Mobile)*

AHC 000240

Daily Water Injection Rates

SW Brooklyn Oil Unit                                                                                                     Formation Volume Factor

| | CCL&T 32-9 #1 WI | CCL&T 2-4 #1 WI | CCL&T 3-2 #1 WI | CCL&T 34-14 #1 WI | Daily Aggregate Water Injection | Daily Oil Production | 1.62 | Water | Total Production (Adjusted Oil + Water) | Daily Void (Increase) / Decrease |
|---|---|---|---|---|---|---|---|---|---|---|
| 31-Mar-20 | 126 | 127 | 210 | 120 | 583 | 827 | 1340 | 23 | 1363 | (780) |
| 1-Apr-20 | 128 | 235 | 160 | 120 | 643 | 820 | 1328 | 30 | 1358 | (715) |
| 2-Apr-20 | | | | | | | | | | |
| 3-Apr-20 | | | | | | | | | | |
| 4-Apr-20 | | | | | | | | | | |
| 5-Apr-20 | 127 | 354 | 232 | 67 | 780 | 797 | 1291 | 32 | 1323 | (543) |
| 6-Apr-20 | 127 | 252 | 202 | 113 | 694 | 862 | 1396 | -2 | 1394 | (700) |
| 7-Apr-20 | | | | | | | | | | |
| 8-Apr-20 | 126 | 178 | 199 | 120 | 623 | 814 | 1319 | 35 | 1354 | (731) |
| 9-Apr-20 | 126 | 339 | 175 | 120 | 760 | 811 | 1314 | 117 | 1431 | (671) |
| 10-Apr-20 | | | | | | | | | | |
| 11-Apr-20 | | | | | | | | | | |
| 12-Apr-20 | 127 | 353 | 187 | 120 | 787 | 857 | 1388 | 66 | 1454 | (667) |
| 13-Apr-20 | 126 | 101 | 177 | 120 | 524 | 809 | 1311 | 72 | 1383 | (859) |
| 14-Apr-20 | 126 | 311 | 179 | 120 | 736 | 809 | 1311 | 64 | 1375 | (639) |
| 15-Apr-20 | 126 | 105 | 175 | 120 | 526 | 863 | 1398 | 58 | 1456 | (930) |
| 16-Apr-20 | 127 | 365 | 196 | 120 | 808 | 837 | 1356 | 48 | 1404 | (596) |
| 17-Apr-20 | | | | | | | | | | |
| 18-Apr-20 | | | | | | | | | | |
| 19-Apr-20 | 126 | 72 | 206 | 120 | 524 | 811 | 1314 | 33 | 1347 | (823) |
| 20-Apr-20 | 126 | 87 | 187 | 120 | 520 | 745 | 1207 | 40 | 1247 | (727) |
| 21-Apr-20 | 126 | 100 | 185 | 120 | 531 | 839 | 1359 | 16 | 1375 | (844) |
| 22-Apr-20 | | | | | | | | | | |
| 23-Apr-20 | 125 | 127 | 77 | 120 | 449 | 804 | 1302 | 42 | 1344 | (895) |
| 24-Apr-20 | | | | | | | | | | |
| 25-Apr-20 | | | | | | | | | | |
| 26-Apr-20 | 126 | 92 | 107 | 120 | 445 | 815 | 1320 | 15 | 1335 | (890) |
| 27-Apr-20 | 126 | 107 | 107 | 126 | 466 | 762 | 1234 | 43 | 1277 | (811) |
| 28-Apr-20 | 125 | 87 | 105 | 140 | 457 | 784 | 1270 | 43 | 1313 | (856) |
| 29-Apr-20 | 124 | 107 | 105 | 133 | 469 | 770 | 1247 | 25 | 1272 | (803) |
| 30-Apr-20 | | | | | | | | | | |
| 1-May-20 | | | | | | | | | | |
| 2-May-20 | | | | | | | | | | |
| 3-May-20 | | | | | | | | | | |
| 4-May-20 | 123 | 100 | 103 | 133 | 459 | 805 | 1304 | 14 | 1318 | (859) |
| 5-May-20 | | | | | | | | | | |
| 6-May-20 | 122 | 109 | 106 | 148 | 485 | 787 | 1275 | 25 | 1300 | (815) |
| 7-May-20 | | | | | | | | | | |
| 8-May-20 | | | | | | | | | | |
| 9-May-20 | | | | | | | | | | |
| 10-May-20 | 122 | 137 | 107 | 133 | 499 | 784 | 1270 | 45 | 1315 | (816) |
| 11-May-20 | 122 | 107 | 107 | 153 | 489 | 801 | 1298 | 41 | 1339 | (850) |
| 12-May-20 | 122 | 113 | 105 | 132 | 472 | 771 | 1249 | 38 | 1287 | (815) |
| 13-May-20 | | | | | | | | | | |
| 14-May-20 | 121 | 100 | 107 | 140 | 468 | 775 | 1256 | 57 | 1313 | (845) |
| 15-May-20 | | | | | | | | | | |
| 16-May-20 | | | | | | | | | | |
| 17-May-20 | 122 | 113 | 103 | 140 | 478 | 779 | 1262 | 10 | 1272 | (794) |
| 18-May-20 | 120 | 100 | 104 | 120 | 444 | 780 | 1264 | 29 | 1293 | (849) |
| 19-May-20 | 119 | 113 | 104 | 133 | 469 | 763 | 1236 | 36 | 1272 | (803) |
| 20-May-20 | 119 | 107 | 105 | 140 | 471 | 770 | 1247 | 27 | 1274 | (803) |
| 21-May-20 | 241 | 107 | 389 | 406 | 1143 | 764 | 1238 | 44 | 1282 | (139) |
| 22-May-20 | | | | | | | | | | |
| 23-May-20 | | | | | | | | | | |
| 24-May-20 | 84 | 232 | 305 | 119 | 740 | 766 | 1241 | 24 | 1265 | (525) |
| 25-May-20 | | | | | | | | | | |
| 26-May-20 | 186 | 207 | 298 | 46 | 737 | 736 | 1192 | 40 | 1232 | (495) |
| 27-May-20 | 63 | 145 | 295 | 113 | 616 | 697 | 1129 | 16 | 1145 | (529) |
| 28-May-20 | 224 | 233 | 294 | | 751 | 765 | 1239 | 38 | 1277 | (526) |
| 29-May-20 | | | | | | | | | | |
| 30-May-20 | | | | | | | | | | |
| 31-May-20 | 205 | 212 | 291 | 120 | 828 | 730 | 1183 | 52 | 1235 | (407) |
| 1-Jun-20 | 179 | 214 | 290 | 160 | 843 | 789 | 1278 | 41 | 1319 | (476) |
| 2-Jun-20 | 183 | 205 | 290 | 127 | 805 | 776 | 1257 | 24 | 1281 | (476) |
| 3-Jun-20 | 198 | 202 | 289 | 132 | 821 | 771 | 1249 | 44 | 1293 | (472) |
| 4-Jun-20 | | | | | | | | | | |
| 5-Jun-20 | | | | | | | | | | |
| 6-Jun-20 | | | | | | | | | | |
| 7-Jun-20 | 175 | 131 | 181 | 133 | 620 | 757 | 1226 | 32 | 1258 | (638) |
| 8-Jun-20 | 175 | 155 | 199 | 140 | 669 | 734 | 1189 | 66 | 1255 | (586) |
| 9-Jun-20 | | | | | | | | | | |
| 10-Jun-20 | | | | | | | | | | |
| 11-Jun-20 | | | | | | | | | | |
| 12-Jun-20 | | | | | | | | | | |
| 13-Jun-20 | | | | | | | | | | |
| 14-Jun-20 | | 201 | 212 | 137 | 550 | 754 | 1221 | 21 | 1242 | (692) |
| 15-Jun-20 | 168 | 200 | 162 | 133 | 663 | 740 | 1199 | 27 | 1226 | (563) |
| 16-Jun-20 | 172 | 180 | 212 | 140 | 704 | 719 | 1165 | 73 | 1238 | (534) |
| 17-Jun-20 | 187 | 190 | 200 | 138 | 715 | 737 | 1194 | 26 | 1220 | (505) |
| 18-Jun-20 | 84 | 190 | 213 | 159 | 646 | 753 | 1220 | 26 | 1246 | (600) |
| 19-Jun-20 | | | | | | | | | | |
| 20-Jun-20 | | | | | | | | | | |
| 21-Jun-20 | 199 | 200 | 216 | 133 | 748 | 751 | 1217 | 21 | 1238 | (490) |
| 22-Jun-20 | 180 | 189 | 202 | 135 | 706 | 728 | 1179 | 27 | 1206 | (500) |
| 23-Jun-20 | 168 | 130 | 173 | 133 | 604 | 718 | 1163 | 38 | 1201 | (597) |
| 24-Jun-20 | 184 | 150 | 196 | 137 | 667 | 736 | 1192 | 26 | 1218 | (551) |
| 25-Jun-20 | 198 | 149 | 172 | 133 | 652 | 716 | 1160 | 42 | 1202 | (550) |
| 26-Jun-20 | | | | | | | | | | |
| 27-Jun-20 | | | | | | | | | | |
| 28-Jun-20 | 178 | 209 | 195 | 136 | 718 | 739 | 1197 | 37 | 1234 | (516) |
| 29-Jun-20 | 190 | 179 | 204 | 138 | 711 | 726 | 1176 | 28 | 1204 | (493) |
| 30-Jun-20 | 210 | 132 | 202 | 132 | 676 | 710 | 1150 | 37 | 1187 | (511) |
| 1-Jul-20 | 576 | 314 | 289 | 134 | 1313 | 729 | 1181 | 24 | 1205 | 108 |
| 2-Jul-20 | | | | | | | | | | |
| 3-Jul-20 | | | | | | | | | | |
| 4-Jul-20 | | | | | | | | | | |
| 5-Jul-20 | 332 | 316 | 256 | 133 | 1037 | 758 | 1228 | 25 | 1253 | (216) |
| 6-Jul-20 | 330 | 307 | 254 | | 891 | 731 | 1184 | 46 | 1230 | (339) |
| 7-Jul-20 | 319 | 264 | 254 | 158 | 995 | 738 | 1196 | 42 | 1238 | (243) |
| 8-Jul-20 | 293 | 333 | 253 | 174 | 1053 | 733 | 1187 | 50 | 1237 | (184) |
| 9-Jul-20 | 289 | 300 | 275 | 578 | 1442 | 712 | 1153 | 67 | 1220 | 222 |
| 10-Jul-20 | | | | | | | | | | |
| 11-Jul-20 | | | | | | | | | | |
| 12-Jul-20 | 240 | 296 | 290 | 485 | 1311 | 699 | 1132 | 27 | 1159 | 152 |
| 13-Jul-20 | 294 | 280 | 278 | 311 | 1163 | 697 | 1129 | 60 | 1189 | (26) |
| 14-Jul-20 | 300 | 380 | 287 | 151 | 1118 | 694 | 1124 | 24 | 1148 | (30) |
| 15-Jul-20 | 293 | 324 | 271 | 148 | 1036 | 694 | 1124 | 29 | 1153 | (117) |
| 16-Jul-20 | | | | | | | | | | |

| | Average Daily Aggregate Water Injection for Period | Average Daily Oil Production for Period | 1.62 | Average Daily Water Production for Period | Average Daily Total Production for Period (Reservoir Adjusted Oil + Water) | Average Daily Void (Increase) / Decrease for Period |
|---|---|---|---|---|---|---|
| June 2020 Average Daily Water Injection | 695 | | | | | |
| June 2020 Average Daily Oil Production | | 742 | | | | |
| June 2020 Daily Volume Production | | | | 35 | 1237 | (542) |
| July 1-15 2020 Average Daily Water Injection | 1136 | | | | | |
| July 1-15 2020 Average Daily Oil Production | | 719 | | | 1203 | (67) |
| July 1-15 2020 Daily Volume Production | | | | 39 | | |

AHC 000241

Daily Water Injection Rates

| SW Brooklyn Oil Unit | CCL&T 4-1 #1 WI | Daily Aggregate | Daily Oil Production | Formation Volume Factor 1.62 | Water | Total Production (Adjusted Oil + Water) | Daily Void (Increase) / Decrease |
|---|---|---|---|---|---|---|---|
| 31-Mar-20 | | | | | | | |
| 1-Apr-20 | | | | | | | |
| 2-Apr-20 | | | | | | | |
| 3-Apr-20 | | | | | | | |
| 4-Apr-20 | | | | | | | |
| 5-Apr-20 | | | | | | | |
| 6-Apr-20 | | | | | | | |
| 7-Apr-20 | | | | | | | |
| 8-Apr-20 | | | | | | | |
| 9-Apr-20 | | | | | | | |
| 10-Apr-20 | | | | | | | |
| 11-Apr-20 | | | | | | | |
| 12-Apr-20 | | | | | | | |
| 13-Apr-20 | | | | | | | |
| 14-Apr-20 | | | | | | | |
| 15-Apr-20 | | | | | | | |
| 16-Apr-20 | | | | | | | |
| 17-Apr-20 | | | | | | | |
| 18-Apr-20 | | | | | | | |
| 19-Apr-20 | | | | | | | |
| 20-Apr-20 | | | | | | | |
| 21-Apr-20 | | | | | | | |
| 22-Apr-20 | | | | | | | |
| 23-Apr-20 | | | | | | | |
| 24-Apr-20 | | | | | | | |
| 25-Apr-20 | | | | | | | |
| 26-Apr-20 | | | | | | | |
| 27-Apr-20 | | | | | | | |
| 28-Apr-20 | | | | | | | |
| 29-Apr-20 | | | | | | | |
| 30-Apr-20 | | | | | | | |
| 1-May-20 | | | | | | | |
| 2-May-20 | | | | | | | |
| 3-May-20 | | | | | | | |
| 4-May-20 | | | | | | | |
| 5-May-20 | | | | | | | |
| 6-May-20 | | | | | | | |
| 7-May-20 | | | | | | | |
| 8-May-20 | | | | | | | |
| 9-May-20 | | | | | | | |
| 10-May-20 | | | | | | | |
| 11-May-20 | | | | | | | |
| 12-May-20 | | | | | | | |
| 13-May-20 | | | | | | | |
| 14-May-20 | | | | | | | |
| 15-May-20 | | | | | | | |
| 16-May-20 | | | | | | | |
| 17-May-20 | | | | | | | |
| 18-May-20 | | | | | | | |
| 19-May-20 | | | | | | | |
| 20-May-20 | | | | | | | |
| 21-May-20 | | | | | | | |
| 22-May-20 | | | | | | | |
| 23-May-20 | | | | | | | |
| 24-May-20 | | | | | | | |
| 25-May-20 | | | | | | | |
| 26-May-20 | | | | | | | |
| 27-May-20 | | | | | | | |
| 28-May-20 | | | | | | | |
| 29-May-20 | | | | | | | |
| 30-May-20 | | | | | | | |
| 31-May-20 | | | | | | | |
| 1-Jun-20 | | | | | | | |
| 2-Jun-20 | | | | | | | |
| 3-Jun-20 | | | | | | | |
| 4-Jun-20 | | | | | | | |
| 5-Jun-20 | | | | | | | |
| 6-Jun-20 | | | | | | | |
| 7-Jun-20 | | | | | | | |
| 8-Jun-20 | | | | | | | |
| 9-Jun-20 | | | | | | | |
| 10-Jun-20 | | | | | | | |
| 11-Jun-20 | | | | | | | |
| 12-Jun-20 | | | | | | | |
| 13-Jun-20 | | | | | | | |
| 14-Jun-20 | | | | | | | |
| 15-Jun-20 | | | | | | | |
| 16-Jun-20 | | | | | | | |
| 17-Jun-20 | | | | | | | |
| 18-Jun-20 | | | | | | | |

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 19-Jun-20 | | | | | | | |
| 20-Jun-20 | | | | | | | |
| 21-Jun-20 | | | | | | | |
| 22-Jun-20 | | | | | | | |
| 23-Jun-20 | | | | | | | |
| 24-Jun-20 | | | | | | | |
| 25-Jun-20 | | | | | | | |
| 26-Jun-20 | | | | | | | |
| 27-Jun-20 | | | | | | | |
| 28-Jun-20 | | | | | | | |
| 29-Jun-20 | | | | | | | |
| 30-Jun-20 | | | | | | | |
| 1-Jul-20 | | | | | | | |
| 2-Jul-20 | | | | | | | |
| 3-Jul-20 | | | | | | | |
| 4-Jul-20 | | | | | | | |
| 5-Jul-20 | | | | | | | |
| 6-Jul-20 | | | | | | | |
| 7-Jul-20 | | | | | | | |
| 8-Jul-20 | | | | | | | |
| 9-Jul-20 | | | | | | | |
| 10-Jul-20 | | | | | | | |
| 11-Jul-20 | | | | | | | |
| 12-Jul-20 | 652 | 652 | 657 | 1064 | 16 | 1080 | (428) |
| 13-Jul-20 | 398 | 398 | 593 | 961 | 11 | 972 | (574) |
| 14-Jul-20 | 388 | 388 | 748 | 1212 | 11 | 1223 | (835) |
| 15-Jul-20 | | | | | | | |
| 16-Jul-20 | | | | | | | |
| 17-Jul-20 | | | | | | | |
| 18-Jul-20 | | | | | | | |
| 19-Jul-20 | | | | | | | |
| 20-Jul-20 | | | | | | | |
| 21-Jul-20 | | | | | | | |
| 22-Jul-20 | | | | | | | |
| 23-Jul-20 | | | | | | | |
| 24-Jul-20 | | | | | | | |
| 25-Jul-20 | | | | | | | |
| 26-Jul-20 | | | | | | | |
| 27-Jul-20 | | | | | | | |
| 28-Jul-20 | | | | | | | |
| 29-Jul-20 | | | | | | | |
| 30-Jul-20 | | | | | | | |
| 31-Jul-20 | | | | | | | |
| | Average Daily Aggregate Water Injection for Period | Average Daily Oil Production for Period | 1.62 | Average Daily Water Production for Period | Average Daily Total Production for Period (Reservoir Adjusted Oil + Water) | Average Daily Void (Increase) / Decrease for Period | |
| | 479 | 666 | | 13 | 1092 | (612) | |

AHC 000243