Exhibit

**AHC-13**

**Subject**: RE: WIO Meeting
**From**: Stan Kynerd <skynerd@pruet.com>
**To**: James Katchadurian <James.Katchadurian@cr3partners.com>
**Cc**: "J. David Hilton" <dhilton@pruet.com>, William R James <rjames@pruet.com>, "Clark, Don" <dlclark1@airmail.net>, Ray Willis <rayw@dfn.com>, "Gaston Oil Co." <bob@gastonoil.com>, "Cindy Meehl (HughesNorth)" <cmeehl@hughesnorth.com>, "John C. Maxey" <jcm@dfn.com>, John Bush <westarenergy@comcast.net>
**Date Sent**: Monday, July 20, 2020 3:36:42 PM GMT-05:00
**Date Received**: Monday, July20, 2020 3:36:42 PM GMT-05:00
**Attachments**: Comments of Pruet Production Co. to Sklar Slide Presentation.pdf,SW Brooklyn Aggregate.Jan 2017 - May 31 2020 Trend.pdf,SW Brooklyn Aggregate.Jan 2017 - May 31 2020.pdf,SW Brooklyn Oil Unit CCLT 33-6 Jan 2019 - May 31 2020 Acid Job.pdf,SW Brooklyn Oil Unit CCLT 33-10. Jan 2019 - May 31 2020 Acid job.pdf,SW Brooklyn Oil Unit CCLT 33-12 Jan 2019 - May 31 2020 Acid Job.pdf,SW Brooklyn Oil Unit CCLT 35-5 Jan 2019 - May 31 2020 Acid Job.pdf,SW Brooklyn Oil Unit CCLT 35-11 Jan 2019 - May 31 2020 Acid Job.pdf,SW Brooklyn Oil Unit Graddy 34-8 Jan 2019 - May 31, 2020 Acid Job.pdf,SW Brooklyn Oil Unit Graddy 34-10 Jan 2019 - May 31 2020 Acid job.pdf

---

James:

Thank you for instructing the Sklar staff to provide a copy of the slides presented by Sklar for the meeting of the Working Interest Owners held Thursday afternoon, July 16, 2020. We received the slide presentation Friday afternoon, and our comments to each of the slides are attached.

The purpose of the Working Interest Owners' meeting was to review the progress of the secondary recovery program implemented by Sklar for the SW and SE Brooklyn Oil Units. Operations for secondary recovery involve a process of repressuring the reservoir to enable the recovery of additional reserves not otherwise recoverable during the initial or primary life of the field. The process of repressuring the reservoir proposed by both Pruet and Sklar for secondary recovery in Brooklyn Field, and approved by the Alabama Oil and Gas Board, is based upon water injection.

Rather than address the status of the secondary recovery program, Sklar focused almost exclusively on the acid jobs performed by Sklar on the producing wells within the SW and SE Brooklyn Oil Units. Acid jobs are performed routinely on wells in the normal course of operations, during both primary and secondary recovery operations, but as relates to producing wells, do not serve to repressure the reservoir.

In connection with the hearings on the partial field wide unitization of Brooklyn Field, Sklar presented evidence to the Alabama Oil and Gas Board that secondary recovery operations would result in:

   a. an additional 1,227,699 barrels of oil produced over primary from the SE Brooklyn Oil Unit, representing an additional $31,711,643 to the working interest owners in undiscounted cash flow based upon the factors of the analysis, and

   b. an additional 4,010,254 barrels of oil produced over primary from the SW Brooklyn Oil Unit, representing an additional $138,675,976 to the working interest owners in undiscounted cash flow based upon the factors of the analysis.

Although Sklar is asserting that the Working Interest Owners have realized significant economic benefit from the acid jobs, acid jobs on producing wells do not relate to secondary recovery, and do not serve to repressure the reservoir. In fact, especially as relates to the SW Brooklyn Oil Unit, we believe strongly that prior to any further acid jobs being performed on the producing wells, a review should be conducted to determine whether the acid jobs are in fact having a detrimental impact on the overall success of secondary recovery. Our concern is that the operations of Sklar may have the effect of short-term gain, to the detriment of long-term value.

The Smackover formation of the Brooklyn Field is primarily a gas expansion reservoir. As is evidenced by (i) the continuing increase of the gas-oil ratio ("GOR") of the wells in the Southeast and Southwest Brooklyn Oil Units, and (ii) the continuing expansion of the reservoir void in such units, the reservoir pressure in the SE and SW Brooklyn Oil Units is continuing to decline. It is an accepted industry fact that when reservoir pressure falls below the bubble point, continuing declines in reservoir pressure will have an adverse effect upon the reserves which are ultimately recovered through secondary recovery operations. The reservoir pressure in the SW Brooklyn Oil Unit is significantly below the bubble point. On January 1, 2019, the effective date of unitization, the GOR for the SW Brooklyn Oil Unit was 2198; on May 31, 2020, the latest date for which information is available, the GOR for the SW Brooklyn Oil Unit was 5842.

The wells within the SW Brooklyn Oil Unit were unitized for secondary recovery purposes effective January 1, 2019. Attached are two graphs reflecting the average daily oil and gas production from the wells within the SW Brooklyn Oil Unit, for the period from January 1, 2017 through May 31, 2020. The graphs also reflect the

AHC 000244

GOR for such wells for the same period of time. The graphs clearly reflect (a) a decline in oil produced from the wells, (b) an increase in gas produced from the wells, and (c) an increasing GOR attributable the wells within the SW Brooklyn Oil Unit. Also attached is the same graph, with the trend lines noted on the graph. Unless a successful injection program is implemented to repressure the reservoir, the Working Interest Owners in the SW Brooklyn will suffer a significant adverse economic loss. The same holds true for the SE Brooklyn Oil Unit, although the reservoir pressure has likely not dropped nearly as much as the SW Brooklyn Oil Unit.

Since January 1, 2019, Sklar has performed acid jobs on the CCLT 33-6, CCLT 33-10, CCLT 33-12, Graddy 34-8, Graddy 34-10, CCLT 35-11 and the CCLT 35-5 Wells within the SW Brooklyn Oil Unit. Attached are graphs of the average daily oil and gas produced and the GOR for each of such wells. The significant "dips" in the gas produced and GOR reflected by the graphs for the CCLT 33-12 and CCLT 35-11 Wells are likely due to incorrect gas production reflected by the records of the Alabama Oil and Gas Board. The graphs clearly reflect that the increase in oil production resulting from the acid jobs is temporary. The graphs also clearly reflect that the increase in production from the acid job also results in an increase of the GOR due to the fact that there is no effective secondary recovery/injection program in place. An increasing GOR reflects a decrease in reservoir pressure. As noted previously, continuing declines in reservoir pressure will have an adverse effect upon the reserves which are ultimately recovered through secondary recovery.

Pruet remains committed to working with Sklar and the Working Interest Owners for the common goal of implementing a successful secondary recovery program for the SW and SE Brooklyn Oil Units. Paragraph 3.1 of the Unit Operating Agreement for both units provides that "Working Interest Owners shall exercise overall supervision and control of all matters pertaining to Unit Operations…." As such, Pruet believes it imperative that a Technical Committee of representative Working Interest Owners be established to review the secondary recovery program, and all operations within the SW and SE Brooklyn Oil Units, and to make recommendations to the Working Interest Owners of the Units. As was set forth by our email to you on Friday, July 17, 2020, we are reiterating our recommendation that an invitation be extended to the following representative owners:

1. Pruet's Technical Committee, which consists of Don Clark (DBC Resources), Ray Willis and John Maxey (Hanson Operating Company), Bob Gaston (Gaston Oil Company), John Bush (Hughes 2000 CT LLC), and David Hilton, Randy James and Stan Kynerd (Pruet Production Co);

2. William Hu (FPCC);

3. A representative(s) for Tauber, Rudman and Pickens;

4. A representative(s) for JF Howell Interests;

5. Representatives for Sklar Exploration Company/Sklarco.

We look forward to a favorable response. If you have any questions, please email or call.

I am copying with this email Pruet's technical committee.

Thanks.

Stan Kynerd
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*
*(601) 672-6388 (Mobile)*

---

**From:** Stan Kynerd <skynerd@pruet.com>
**Sent:** Friday, July 17, 2020 4:40 PM
**To:** 'James Katchadurian' <James.Katchadurian@cr3partners.com>
**Cc:** J. David Hilton (dhilton@pruet.com) <dhilton@pruet.com>; William R James (rjames@pruet.com) <rjames@pruet.com>; Clark, Don <dlclark1@airmail.net>; Ray Willis (rayw@dfn.com) <rayw@dfn.com>; 'Gaston Oil Co.' <bob@gastonoil.com>; Cindy Meehl (HughesNorth) <cmeehl@hughesnorth.com>; Jeremy L. Retherford (jretherford@balch.com) <jretherford@balch.com>; Matt Ochs (mjochs@hollandhart.com) <mjochs@hollandhart.com>; 'Tom Watson' <twatson@wplawllc.com>; 'Tommy Echols' <techols@rockspringsoil.com>; Bobby Coleman (bcoleman@pittsoil.com) <bcoleman@pittsoil.com>; Paul D. Owens Jr (powens@leighplace.com) <powens@leighplace.com>; 'TCP Cottonwood/Anderson J Crooks' <jcrooks@andersonoilandgas.com>; 'AEEC II LLC' <david@andersonoilandgas.com>; 'TCP Cottonwood/Anderson Frank F' <frank.flowers@andersonoilandgas.com>; 'TCP Cottonwood/Anderson Cole A' <cole@andersonoilandgas.com>; 'AEEC II LLC' <kyle.mcinnis@andersonoilandgas.com>; 'AEEC II LLC'

AHC 000245

<pennys@andersonoilandgas.com>; 'AEH Investments' <vickied@aehinvestments.com>; 'AEH Investments' <davidwendallhall@gmail.com>; 'Aspen Energy Inc./Marco Land & Petro.' <mike@aspenenergyinc.com>; 'Avery Alcorn' <avery.alcorn@cr3partners.com>; 'Ben Ford' <BYF@ajlaw.com>; 'Longleaf Roger C' <rchapman@leighplace.com>; 'Conrad "Connie" Armbrecht' <CPA@ajlaw.com>; 'Cory Ezelle' <cezelle@sklarexploration.com>; 'Craft Exploration Co.' <stevecraft@att.net>; 'Darlene K. Hall' <darlenekhall@gmail.com>; 'DCOD LLC' <dc@wcdevelopment.com>; 'Genesis William M' <wmmounger@tstarlg.com>; 'DEDE LLC' <bmounger@comcast.net>; 'Delta S. Ventures LP' <robert@dsvconsult.com>; 'Dickson Oil & Gas LLC' <bickham@bdicksonproperties.com>; 'Don Eustes' <done@sklarexploration.com>; 'Duane Graham' <DAG@ajlaw.com>; 'Elba Exploration' <jnix@nixandkirkland.com>; 'Fant Stephen S' <SSwan@nps.cc>; 'Fiddlers Investments' <dbldarre@gmail.com>; 'Four D LLC' <dougfour711@hotmail.com>; 'FPCC USA' <ian22402915@gmail.com>; 'FPCC USA' <emerson_chen@fpcc.com.tw>; 'FPCC William H' <liweihu@fpcc.com.tw>; 'Franks Exploration/Edward L. Yarbrough Jr.' <edward@fmcllc.com>; 'Gaston Oil Co.' <bob@gastonoil.com>; 'Geology Conference' <GeoConf@sklarexploration.com>; 'Hall & Hall' <shallbills77@gmail.com>; 'Hall Management' <dhallhrh@gmail.com>; 'Harvest Gas Management' <harvestgas@att.net>; 'Hughes 2000 CT LLC' <cmeehl@hughesnorth.com>; 'Hughes 2000 CT LLC' <pkynerd@hughesnorth.com>; 'John Bush' <westarenergy@comcast.net>; 'Hughes Oil South LLC' <pjohnson@hughesoil.net>; 'Hughes Oil South LLC' <egross@hughesoil.net>; 'James Katchadurian' <James.Katchadurian@cr3partners.com>; 'Janus Enterprises LLC' <rlasseigne@tmrex.com>; 'JCE Galbraith Oil & Gas LLC' <jmcdonough@cfl.rr.com>; 'JF Howell Interests LP' <dtaggart@bradleyfirm.com>; 'JF Howell Interests LP' <david@jfhowell.com>; 'JJS Justin S' <justin@hbcapllc.com>; 'JMS/RAB Oil & Gas Holdings LLC' <jennifer.allen@cnl.com>; 'John Strausser' <JStrausser@sklarexploration.com>; 'JuraSearch Inc.' <bearlear@bellsouth.net>; 'Keri Riley' <KLR@kutnerlaw.com>; 'King Oil LLC' <Robert.Braswell@KingwoodExploration.com>; 'Landmark Michael J' <mej@lmhomes.net>; 'Lee Kutner' <LMK@kutnerlaw.com>; 'Marlin Exploration LLC' <clenert@marlinexploration.com>; 'Marlin Exploration LLC' <jon@marlinexploration.com>; 'Marlin Exploration LLC' <rgp@marlinexploration.com>; 'Marshall Jones' <jmjones@sklarexploration.com>; 'McCombs Greg B' <gbelisle@mccombshq.com>; 'Miles McDowell' <milesm@sklarexploration.com>; 'Northstar Producing I Ltd.' <kurt.ley@kingwoodexploration.com>; 'Northstar Producing I Ltd.' <tstanislav@reagan.com>; 'Pam Lin Corp.' <cclark@crownquest.com>; 'Paula W. Denley LLC' <pnrdenley@gmail.com>; 'Petroleum Investments' <braden@basinex.com>; 'Pickens Financial Group' <mike@pickensenergy.com>; 'Pickens Financial Group LLC' <pjackson33@msn.com>; 'Porter Estate/Oakley Ranch Company' <akromelow@porterestate.com>; 'Pruet Production Company' <rjames@pruet.com>; 'Pruet Production Company' <dhilton@pruet.com>; 'Pruet Production Company' <jretherford@balch.com>; 'Pruet Production Company' <twatson@wplawllc.com>; 'Pruet Production Company' <mjochs@hollandhart.com>; 'Pruet Production Company' <skynerd@pruet.com>; 'Resource Ventures' <arnold@royaltyexploration.com>; 'Richard West' <rwest@sklarexploration.com>; 'Rudman Family Trust' <hiramlucius@sbcglobal.net>; 'Rudman Partnership' <whern@sbcglobal.net>; 'Rudman Partnership' <tsibley@rudmangroup.com>; 'Ryco Exploration' <rsmith.ryco@att.net>; 'Spindletop Oil & Gas Co.' <cmazzini@spindletopoil.com>; 'Strago Petroleum' <lfgoza@strago.net>; 'Sugar Oil Mickey Q' <mickey@sugaroilproperties.com>; 'Summit LLC' <awbyrd@comcast.net>; 'Tauber Exploration & Production Co.' <andrewh@tauberoil.com>; 'Lechwe/Tiembo Mark R' <markr@ptmc.us>; 'Todd Bearup' <todd.bearup@cr3partners.com>

**Subject:** RE: WIO Meeting

James:

We appreciate that you are still getting up to speed on the Brooklyn Units and other Sklar matters, and that you are still absorbing the information you receive from us and others.  With that in mind, to characterize the situation as that of a fight between Pruet and Sklar is a deflection of the issue, and is not accurate. Pruet does not view the situation as a fight, nor is it personal. But Pruet does believe there is a substantial problem with the Sklar operated secondary recovery program and the potential wasting of assets which, as you can appreciate, effects all concerned.  In that regard, we agree that our interests are aligned and that ongoing communication, without characterization or editorial, will be to our mutual benefit.

Our concerns, as we expressed yesterday, are operational in nature.  Sklar yesterday asserted that it believes its secondary recovery program is a success.  We offer the following as further context, to help inform your thinking:

For a year, Pruet has reached out to Sklar in an attempt to determine the problems with the Sklar secondary recovery program, first as to the significant delays in implementation, and for the last several months, the failure of the injection program that was finally implemented. See my email to Marshall Jones dated May 18, 2020, which includes my email dated May 1, 2020. Pruet then insisted that Sklar call a meeting of the

Working Interest Owners to discuss the issues with the secondary recovery program in the SW and SE Brooklyn Oil Units (email dated June 2, 2020), which was finally held yesterday. Even with my email to you dated July 10, 2020, I invited discussion. No one from Sklar contacted me.

Pruet's emails of May 1 and May 18, 2020 did result in one telephone conference on May 20, 2020 between Sklar's Richard West and Pruet's David Hilton. I strongly disagree with Sklar's characterization of that phone conference (Sklar slide # 23). During the May 20, 2020 phone call, Sklar advised that because Sklar was not seeing significant injection rates over gravity, Sklar made the decision to turn off its pumps, as it viewed operating the pumps as a "waste of electricity". David Hilton/Pruet advised Richard West/Sklar of a method to operate its pumps so as to maintain continuous pressure on the injection wells, which Sklar apparently finally implemented on July 1, 2020 (we don't know if Sklar has properly configured the pumps, but since July 1, 2020, the injection rates are higher). Although Sklar is finally making an attempt to increase the injection rates, the rate of injection is still not filling the reservoir void, which is continuing to grow. Although Sklar asserted yesterday that, since July 1, 2020, the void is being filled in the SW Unit, Sklar incorrectly calculated the effect of the injection over production by failing to recognize the difference between stock tank barrels and reservoir barrels. As demonstrated by the attached spreadsheet, the reservoir void in both the SW and SE Brooklyn Oil Units is continuing to expand. Sklar does not provide the daily injection or production data for the SW Unit for the weekends or holidays, and the attached is based on the information that Sklar does provide. As to the SE Brooklyn Oil Unit, Sklar does not provide daily injection rates, except as to the three days on the CCLT 4-1 Workover completed earlier this week. We request that Sklar provide daily injection rates for both units on a daily basis.

Pruet attempted to discuss these matters with Sklar "one on one"; I do not believe continuing such process is proper, as there are significant other parties impacted by the unitization of the SW and SE Brooklyn Oil Units. During the meeting yesterday, we requested that a Technical Committee be implemented to review the secondary recovery program of Sklar in the SW and SE Brooklyn Oil Units. We are again requesting that a Technical Committee be implemented, with invitations extended to the following:

1. Pruet's Technical Committee, which consists of Don Clark (DBC Resources), Ray Willis and John Maxey (Hanson Operating Company), Bob Gaston (Gaston Oil Company), John Bush (Hughes 2000 CT LLC), and David Hilton, Randy James and Stan Kynerd (Pruet Production Co);
2. William Hu (FPCC);
3. A representative(s) for Tauber, Rudman and Pickens;
4. A representative(s) for JF Howell Interests;
5. Representatives for Sklar Exploration Company/Sklarco.

Again, Pruet does not view this situation as a fight between Pruet and Sklar; we do however, believe there are substantial issues with the SW and SE Brooklyn Oil Units which need to be reviewed and addressed. We look forward to working with you and the Sklar team to achieve the goals that benefit us all.

Because Sklar sent its letter earlier today to all working interest owners in the SW and SE Brooklyn Oil Units (I assume that all owners were included, but the email was sent by blind copy), I am copying this email to all owners included on the Sklar *Zoom* distribution list. Sklar indicates that its letter was sent to all owners in the units, which would include others not included on the *Zoom* call. We believe it would be proper that Sklar forward this email to those owners also. I am also including Chris Johnson, counsel for the Creditor's Committee, in view of our discussion today.

Stan Kynerd
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*
*(601) 672-6388 (Mobile)*

---

**From:** James Katchadurian <James.Katchadurian@cr3partners.com>
**Sent:** Friday, July 17, 2020 3:49 AM
**To:** Stan Kynerd <skynerd@pruet.com>
**Cc:** David Hilton <dhilton@pruet.com>; Randy James <rjames@pruet.com>; Clark, Don <dlclark1@airmail.net>; Ray Willis <rayw@dfn.com>; Robert Gaston <bob@gastonoil.com>; Cindy Meehl (HughesNorth) <cmeehl@hughesnorth.com>
**Subject:** Re: WIO Meeting

AHC 000247

Good morning – I hope you and your families are well.

Stan I wanted to reiterate as was said on the WI call yesterday, that we would be happy to setup a follow-on discussion between David and our relative operations teams to further discuss and collaborate. The success of all the Brooklyn units is to our mutual benefit and too much time and effort has been expended on fighting which isn't benefiting anyone.

Many thanks, james


**James Katchadurian** | Partner
CR3 Partners, LLC
Direct: (914) 646-9451
**Bio** | **Website** | **LinkedIn**

---

**From:** Stan Kynerd <skynerd@pruet.com>
**Date:** Friday, July 10, 2020 at 11:26 AM
**To:** James Katchadurian <James.Katchadurian@cr3partners.com>
**Cc:** David Hilton <dhilton@pruet.com>, Randy James <rjames@pruet.com>, "Clark, Don" <dlclark1@airmail.net>, Ray Willis <rayw@dfn.com>, Robert Gaston <bob@gastonoil.com>, "Cindy Meehl (HughesNorth)" <cmeehl@hughesnorth.com>
**Subject:** RE: WIO Meeting

James:

We have been attempting to determine what is wrong with the Sklar injection program for months.

Stan

---

**From:** James Katchadurian <James.Katchadurian@cr3partners.com>
**Sent:** Friday, July 10, 2020 10:25 AM
**To:** Stan Kynerd <skynerd@pruet.com>
**Cc:** J. David Hilton <dhilton@pruet.com>; William R James <rjames@pruet.com>; Clark, Don <dlclark1@airmail.net>; Ray Willis <rayw@dfn.com>; Robert Gaston <bob@gastonoil.com>; Cindy Meehl (HughesNorth) <cmeehl@hughesnorth.com>
**Subject:** Re: WIO Meeting

Stan – thanks for the note.  I will review and come back with questions.

Have you voiced your concerns to the Sklar team directly?

Thanks – james


**James Katchadurian** | Partner
450 Lexington Avenue, 4th Floor, New York, NY 10017
4801 Woodway Drive, Suite 300 East, Houston, TX 77056
Office: (800) 728-7176 ext. 128 | Direct: (914) 646-9451
**Bio** | **Website** | **LinkedIn**



CR3 PARTNERS
PARTNERS FOR THE ROAD AHEAD

This communication may contain information that is confidential and/or privileged. It is for the exclusive use of the intended recipient(s) and must not be read, used or disseminated by anyone else. If you have received this communication in error, please notify us immediately by replying to the message and delete it from your computer. No responsibility is accepted by sender for any loss or damage arising in any way from accepting or using this email.

AHC 000248

**From:** Stan Kynerd <skynerd@pruet.com>
**Date:** Friday, July 10, 2020 at 11:21 AM
**To:** James Katchadurian <James.Katchadurian@cr3partners.com>
**Cc:** "J. David Hilton" <dhilton@pruet.com>, William R James <rjames@pruet.com>, "Clark, Don" <dlclark1@airmail.net>, Ray Willis <rayw@dfn.com>, Robert Gaston <bob@gastonoil.com>, "Cindy Meehl (HughesNorth)" <cmeehl@hughesnorth.com>
**Subject:** WIO Meeting

James:

Regarding the upcoming meeting of the working interest owners, attached is a memo we have prepared regarding the SW and SE Brooklyn Oil Units.  The memo sets forth our concerns regarding the Sklar injection program; we would like to have these matters discussed at the meeting.

If you would like to discuss prior to the meeting, please let me know.

Stan Kynerd
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*
*(601) 672-6388 (Mobile)*

AHC 000249

Working Interest Owner Meeting Held July 16, 2020 for the SW and SE Brooklyn Oil Units
July 20, 2020 Comments of Pruet Production Co. to the Slide Presentation of Sklar Exploration Company

| Slide | Sklar Comment | Pruet Comment |
|-------|---------------|---------------|
| 1 | Cover Sheet | |
| 2 | Meeting Agenda | |
| 3 | Zone 1 Isopach Map (Upper Smackover) | Isopach map reflects communication between the NE and SE Brooklyn Oil Units |
| 4-8 | Sklar asserts a 15.8% increase in oil production and 18.35% increase in gas production due to acid washes performed on wells within the SE BOU since August 20, 2019, at a cost of $510,000 and providing an incremental income of $1,812,049.<br><br>Slide 7 notes that water injection through the CCLT 4-1 commenced November 10, 2019, with an injection rate of 480 BPD and declined to 110 BPD by February 2020. The | Secondary recovery involves a process of repressuring the reservoir to enable the recovery of additional reserves not otherwise recoverable during primary production.<br><br>Acid washes are performed routinely on wells in the normal course of operations, during both primary and secondary recovery operations, but as relates to producing wells, do not serve to repressure the reservoir. The incremental income is due entirely to the acid washes and not from secondary recovery operations.<br><br>It is Pruet's understanding that for some period between February of 2020 and July 8, 2020, the CCLT 4-1 Injection Well was shut in. On July 8, 2020, workover operations on the well commenced and resulted in an initial injection rate on July 12, 2020 of 653 BWPD, declining to 388 by July 14, 2020. Sklar currently does not provide daily injection rates for the SE Brooklyn Oil Unit. Production of oil from the SE Brooklyn Unit is currently approximately 700 BOPD, with the reservoir void continuing to expand.<br><br>Slide 4 indicates that Sklar intends to conduct additional acid washes on the CCLT 34-12 and CCLT 3-4 Wells. Pruet recommends that no additional acid washes be approved prior to a review of the impact on secondary recovery in the reservoir. |
| 9-10 | Slides 9 -10 reflect production data for the period January 2020 through May 2020, with the assertion being that there is no evidence of boundary line migration across the unit line between the NE and SE Brooklyn Oil Units. | Pruet is successfully filling the reservoir void in the NE Brooklyn Oil Unit, while the reservoir void in the SE Brooklyn Oil Unit is continuing to expand. Pruet's expressed concerns relate to the potential for cross unit migration of oil should Sklar fail to implement successful secondary recovery operations for the SE Brooklyn Oil Unit. In hearings before the AOGB in the Brooklyn Dockets, Duane Graham, an attorney for Sklar, questioned Mr. Ken Hanby, expert engineer for Sklar as to the following: "Does conducting the secondary recovery operations at the same time help to minimize drainage or migration?". Mr. Hanby responded: "Well-, yes, sir. It will simultaneously inject water, and these different reservoirs will build the pressures up in each of them." Transcript September 12, 2018, Page 21. Pruet did |

Working Interest Owner Meeting Held July 16, 2020 for the SW and SE Brooklyn Oil Units
July 20, 2020 Comments of Pruet Production Co. to the Slide Presentation of Sklar Exploration Company

| | | |
|---|---|---|
| | | not assert that cross boundary migration is currently occurring, but that such will be possibility should Sklar fail to implement a successful injection program. |
| 11-19 | Slides 11 and 16-19 relate to the injection rate of the four injection wells in the SW Brooklyn Oil Unit, with Slide 11 asserting a current injection rate equal to 1163 BWPD.<br><br>Slide 11 asserts that production of oil has increased by 12.18% due to the acid washes, while noting on Slide 14, that production of oil has <u>decreased</u> by 14.44% since the commencement of water injection<br><br>Sklar notes on Slide 11 that upcoming acid washes will be performed on the CCLT 2-11 and CCLT 2-2 Wells.<br><br>Slide 13 asserts that the acid washes performed on the wells within the SW Brooklyn Oil Unit have resulted in incremental income equal to $6,495,965 at a cost of $600,100. | These slides fail to demonstrate the history of the injection rate into the SW Brooklyn Oil Unit. The records of the AOGB reflect an average daily injection rate for the 4 injection wells for the period from October 2019 through May 2020 as follows:<br><br>Oct-19  1385    Jan-20  185<br>Nov-19  1339    Feb-20  558<br>Dec-19   952     Mar-20  775<br>Apr-20  587<br>May-20  606<br><br>For the period from October 2019 through May 31, 2020, the reservoir void expanded from (7,574,839) to (7,720,736), an increase of 145,897 reservoir barrels. From January 1, 2019 (the effective date of unitization) through May 31, 2020, the reservoir void expanded from (7,115,366) to (7,720,736), an increase of 605,370 barrels. Effective July 1, 2020, it appears that Sklar implemented a method to operate the pumps on its injection wells suggested by Pruet so as to be able to maintain a constant pressure on the injection wells. Although Sklar asserted during the July 16, 2020 meeting of the working interest owners that it is now filling the reservoir void, the reservoir void is in fact continuing to expand, as Sklar failed to properly calculate the ongoing void, using stock tank barrels rather than the proper reservoir barrels to determine the ongoing void.<br><br>For a discussion of the reservoir void, see Pruet;s memorandum dated July 10, 2020 submitted by email of the same date.<br><br>As to the acid washes to be proposed by Sklar on the CCLT 2-11 and CCLT 2-2 Wells, Pruet believes that no further acid washes should be performed on the wells within the SW Brooklyn Oil Unit until the impact on secondary recovery is reviewed.<br><br>Regarding the different assertions of Sklar as to production of oil in the SW Brooklyn Oil Unit, the fact is that as of January 1, 2019, the daily average production of oil was 1,243 BOPD, as of October 2019 the daily average production of oil was 948 BOPD, and as of May 31, 2020, 758 BOPD. |
| 20 | Slide 20 asserts a 15.8% increase of oil production on the SE | Sklar is asserting that the Working Interest Owners have realized significant financial benefit from its operations on |

AHC 000251

Working Interest Owner Meeting Held July 16, 2020 for the SW and SE Brooklyn Oil Units
July 20, 2020 Comments of Pruet Production Co. to the Slide Presentation of Sklar Exploration Company

| | | |
|---|---|---|
| | Brooklyn Oil Unit, and a 12.18% increase of oil on the SW Brooklyn Oil Unit, with a total incremental income equal to $8,308,014. | the SW and SE Brooklyn Oil Units. We do not have the data to confirm the asserted incremental income stated by Sklar. However, any increase in production of oil was due entirely and solely to the acid washes and not from secondary recovery operations. As noted supra, acid washes are performed routinely on wells in the normal course of operations, during both primary and secondary recovery operations, but as relates to producing wells, do not serve to repressure the reservoir. The incremental income is due entirely to the acid washes and not from secondary recovery operations. |
| | | Slide 6 reflects a cost of the acid washes for wells in the SE Brooklyn Oil Unit equal to $510,000, while Slide 13 reflects a cost for the acid washes for wells in the SW Brooklyn Oil Unit equal to $600,100. It is unclear whether the asserted $8,308,014 incremental income is net of the cost of the acid washes. |
| | | Sklar has submitted Cash Calls for AFE operations on the SW and SE Brooklyn Oil Units since January 1, 2019 (the effective date of unitization) to July 1, 2020 equal to $2,728,700 (AFEs submitted in the amount of $2,920,700). These Cash Calls and AFEs represent work for the implementation of secondary recovery operations and workovers, including the acid washes discussed. Sklarco's interest in the Cash Calls is equal to $702,135.75. Documents indicate that Sklarco failed to pay its share of the Cash Calls. It also appears that Sklar failed to pay many of the third party vendors that provided services on the workovers/acid jobs since December of 2019 (several of whom have asserted liens on the interest of the Working Interest Owners) and that Sklar owes to various Working Interest Owners in the SW and SE Brooklyn Oil Units several million dollars for unpaid production revenues for the months of January and February 2020. |
| 21 | Agenda Item 1: Sklar advises that there is no indication that a delay in implementation of water injection has had an adverse impact on overall recovery. | The reservoir pressure in the SW Brooklyn Oil Unit is below the bubble point as is clearly reflected by the increasing GOR. It is less clear as to the status of the bubble point on the SE Brooklyn Oil Unit. Throughout 2017 and 2018, representatives of Pruet and Sklar met to discuss various issues relating to unitization and the formulation of the units, with the impetus being the adverse impact on secondary recovery should implementation of an injection program be delayed. In February and March of 2018, prior to filing petitions in the Brooklyn Dockets, representatives of Pruet and Sklar met with the staff of the AOGB to review the plans by Pruet and Sklar to implement secondary recovery |

AHC 000252

Working Interest Owner Meeting Held July 16, 2020 for the SW and SE Brooklyn Oil Units
July 20, 2020 Comments of Pruet Production Co. to the Slide Presentation of Sklar Exploration Company

| | | |
|---|---|---|
| | | operations in the Brooklyn Field. During these meetings, the urgency of implementing secondary recovery operations due to the continuing decline of reservoir pressure was discussed and emphasized. |
| | | During the hearings on the Brooklyn Dockets, in response to questioning by Duane Graham, an attorney for Sklar in the hearings, Mr. Ken Hanby, an expert engineer for Sklar, testified as follows (Transcript dated September 12, 2018, Pages 10-11): |
| | | Q. Is the Brooklyn Field a depletion drive reservoir or a water drive? |
| | | A. It is a depletion drive reservoir. |
| | | Q. And so does that mean that as oil is produced, the natural pressure declines? |
| | | A. Yes. |
| | | Q. And as that pressure declines, does it make the effectiveness of secondary recovery operations less successful the more there is a decline? |
| | | A. Yes, it does. The ideal time is to start injection before you reach the bubble point. And, of course, we are -- in most of the Brooklyn, we are below the bubble point or right at the bubble point. |
| | | Q. Okay. So a delay in commencing secondary recovery threatens to reduce the ultimate recovery of oil; is that correct? |
| | | A. Yes. That's the result of delaying |
| | | In addition, by Order No. 2018-34, dated September 24, 2018, the Alabama Oil and Gas Board granted the Petitions of Sklar and Pruet, with designated stipulations. In Article XV of the Order, the AOGB found: "… the evidence shows that there is need for the Brooklyn Field to be unitized. <u>An enhanced recovery program of water injection should be implemented expeditiously in order to</u> ensure the continuation of orderly and proper development, to protect correlative rights of mineral interest owners, and to <u>prevent waste</u>." *emphasis added*. By Article XII of the Order, the AOGB noted that "… <u>Petitioners presented evidence that delay in unitization will result in the loss of hydrocarbons</u>, and that the enhanced recovery program of water injection should be initiated." *emphasis added*. |
| 22 | Agenda Item 2:<br>This agenda item requested a discussion as to the reason for the delay by Sklar to begin | Sklar failed to address the reasons for its delay in implementing physical injection of water into the SW and SE Brooklyn Oil Units. |

AHC 000253

Working Interest Owner Meeting Held July 16, 2020 for the SW and SE Brooklyn Oil Units
July 20, 2020 Comments of Pruet Production Co. to the Slide Presentation of Sklar Exploration Company

|  |  |  |
|---|---|---|
|  | physical injection into the SE Brooklyn Oil Unit. |  |
| 23 | Agenda Item 3:<br><br>This agenda item requested a discussion of Sklar's water injection program, including a comparison of the results of injection to date as compared to the results expected as evidenced by documents filed by Sklar in the unitization hearings. | Sklar has asserted that its water injection program, in conjunction with the "coil tubing stimulations", has caused an expected increase in oil and gas production above prior production rates. Sklar states that it "…view[s] the program as a success." Sklar also states that when its efforts were discussed with David Hilton, Pruet's VP of operations, that Mr. Hilton "… commented that it appeared [Sklar] had made every effort to increase injection, and he [David Hilton] offered no suggestions or alternative recommendations."<br><br>The reservoir void in both the SW and SE Brooklyn Oil Units is continuing to expand, with the GOR on both units continuing to increase. Any increase in production is due solely to the acid jobs performed by Sklar, with the production increase temporary.<br><br>Richard West, the operations manager for Sklar, and David Hilton, Pruet's VP of operations, spoke by telephone on May 20, 2020. We strongly disagree with Sklar's characterization of that phone conference (Sklar slide # 23). During the May 20, 2020 phone call, Sklar advised that because Sklar was not seeing significant injection rates over gravity, Sklar made the decision to turn off its pumps, as it viewed operating the pumps as a "waste of electricity". David Hilton/Pruet advised Richard West/Sklar of a method to operate its pumps so as to maintain continuous pressure on the injection wells, which Sklar apparently finally implemented on July 1, 2020 (we don't know if Sklar has properly configured the pumps, but since July 1, 2020, the injection rates have increased).<br><br>Although the injection rates are higher, the reservoir void is continuing to expand. |
| 24 | Agenda Item 4:<br>Discuss whether the decline in daily oil production in the SE Brooklyn Oil Unit has been arrested. | Sklar advised that there is currently no decline in production, with production rates higher today than prior to commencing injection.<br><br>Contrary to the assertion of Sklar, any increase in production is temporary and due solely to the acid jobs and not water injection. |
| 25 | Agenda Item 5:<br>Discuss whether the injection program implemented by Sklar is filling the void in the reservoir | Rather than respond to the agenda item, Sklar asserted that the is "no evidence … to suggest the 'void' is the SEBOU is not being 'filled' adequately to prevent reservoir damage or cause a potential decrease in oil recovery." |

AHC 000254

Working Interest Owner Meeting Held July 16, 2020 for the SW and SE Brooklyn Oil Units
July 20, 2020 Comments of Pruet Production Co. to the Slide Presentation of Sklar Exploration Company

| | | |
|---|---|---|
| | or whether the void is continuing to increase. | As clearly demonstrated by Pruet's July 10, 2020 memorandum to Sklar, the reservoir void in both the SE and SW Brooklyn Oil Units is continuing to expand. |
| 26 | Agenda Item 6:<br>Discuss the responsibility of Sklar to operate the SE Brooklyn Oil Unit in a manner as will enhance the value of the field to the Working Interest Owners and the royalty owners in the unit. | Sklar failed to address the question as to its responsibility to operate the field in a manner to enhance the value of the field to the working interest and royalty owners in the field. Sklar instead asserts that the production in the SE Unit is higher than prior to starting injection. However, the increase in production is due solely to the acid jobs and not water injection. In addition, an analysis of the situation should be made to determine if the field is being operated for short term gain (acid jobs) to the detriment of long-term value (repressuring the reservoir). |
| 27 | Agenda Item 7:<br>Discuss the responsibility of Sklar to operate the unit in a manner as will protect all of the units in Brooklyn Field from migration of oil across unit lines. | Sklar advised that it is "...fully committed to the operation of its units to protect against cross-border migration." Sklar further asserted that there is no evidence to suggest that oil migration across unit lines has occurred.<br>Although Sklar may be committed to operate its units in a manner to protect against cross border migration, the fact remains that Pruet is continuing to fill the reservoir void in the NE Brooklyn Unit, while the reservoir void in the SE Brooklyn unit is continuing to expand. Pruet concurs that there is at present no evidence that cross border migration has occurred, but Pruet's concern relates to the future in the event that Sklar fails to implement a successful injection program. |
| 28 | Agenda Item 8<br>Advise as to whether Sklar considers the results of operations to date as satisfactory and if not, the plan of operations proposed by Sklar which will result in the maximum recovery of oil. | Sklar advised that it considers the results as satisfactory, that production has increased, and that Sklar proposes two additional coil tubing stimulations to further increase production.<br>As noted throughout, the increase in production is due solely to the acid jobs, and not secondary recovery. In addition, because of the increase in the GOR, a study should be performed to determine if the acid jobs are having a detrimental and adverse impact on the ultimate recovery of oil through secondary recovery operations. |
| 29 | Agenda Item 9<br>Advise as to whether Sklar views the results to date of secondary recovery to be of sufficient importance to keep the working | Sklar advised that it has kept all working interest owners informed of unit operations, and has sent production and injection reports to working interest owners requesting them. |

Page 6 of 7

AHC 000255

Working Interest Owner Meeting Held July 16, 2020 for the SW and SE Brooklyn Oil Units
July 20, 2020 Comments of Pruet Production Co. to the Slide Presentation of Sklar Exploration Company

| | interest owners advised as is required by the Unit Operating Agreement. | Notwithstanding such assertion, Sklar has failed to advise the working interest owners of the reasons for the significant delays in the implementation of secondary operations. In addition, Sklar has either failed to analyze its operations to determine whether the injection program is working or has failed to advise the working interest owners of the problems with the injection program. Finally, Sklar has never provided the injection rates on the SE Brooklyn Oil Unit. |
|---|---|---|

AHC 000256

**Measure Names**
- Average Daily Gas Production SW Brooklyn
- Average Daily Oil Production SW Brooklyn
- GOR SW Brooklyn

## SW Brooklyn Trend Jan 2017-May 2020



**Measure Names**
- Average Daily Gas Production SW Brooklyn
- Average Daily Oil Production SW Brooklyn
- GOR SW Brooklyn

## SW Brooklyn Jan 2017-May 2020



**Measure Names**
- Max. Average Daily Production Gas
- Max. Average Daily Production Oil
- Max. GOR

## CCLT 33-6



AHC 000259



AHC 000260



AHC 000261

**Measure Names**
- Max. Daily Average Production Gas
- Max. Daily Average Production Oil
- Max. GOR

## CCLT 35-5







AHC 000264



AHC 000265