**Subject**: RE: Brooklyn Oil Units
**From**: Stan Kynerd <skynerd@pruet.com>
**To**: James Katchadurian <James.Katchadurian@cr3partners.com>
**Cc**: "J. David Hilton" <dhilton@pruet.com>, William R James <rjames@pruet.com>, "Clark, Don" <dlclark1@airmail.net>, Ray Willis <rayw@dfn.com>, Robert Gaston <bob@gastonoil.com>, "Cindy Meehl (HughesNorth)" <cmeehl@hughesnorth.com>
**Date Sent**: Wednesday, July 22, 2020 4:49:40 PM GMT-05:00
**Date Received**: Wednesday, July 22, 2020 4:49:40 PM GMT-05:00

James:

Thank you for responding to our request for the formation of a technical committee.

I am receiving a number of "forwards" to your email; it appears that you have "blind copied" your email to a number of individuals. Please advise me as to whom you sent your email.

We'll review and get back to you.

Again, thank you for responding.

Stan Kynerd
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*
*(601) 672-6388 (Mobile)*

**Exhibit**

**AHC-14**

---

**From:** James Katchadurian <James.Katchadurian@cr3partners.com>
**Sent:** Wednesday, July 22, 2020 4:10 PM
**To:** Stan Kynerd <skynerd@pruet.com>
**Subject:** Brooklyn Oil Units

Dear Stan:

We have received and reviewed your emails and are happy to form a Technical Committee to consider ways to enhance the ultimate recovery of production from all four Brooklyn Units.  We think this committee should be composed of technical people only, such an engineers, geologists, and geophysicists, so that the discussions can focus solely on the technical and operational issues at hand without unnecessary distraction into other issues.  We also think that the number of people on this committee should be reasonably limited so as not to become unwieldy.  Sklar proposes to have Richard West, our chief engineer, Harold DeLeon, our production engineer, and Don Eustes, one of our geologists.  We suggest that Pruet have David Hilton plus two of the technical folks from its committee.  William Hu with FPCC should serve on the committee if he is willing to do so.  Marshall Jones has already spoken with Roger Chapman, who is a geologist with Cedar Creek Land & Timber, and he is willing to serve on the committee. That would give us a total of eight which is the right size committee to be productive. We suggest a Zoom meeting for early next week so the committee can convene and develop a plan of action.  How about Tuesday, July 28, at 10:00 CDT?  If that doesn't work, please let us know what works next week so we can coordinate schedules.

Of course, any member of the committee is free to consult with any additional technical people that they think could have positive input, and if the committee believes that such input would be helpful to the work of the committee, one or more additional technical personnel could be requested to attend a future meeting of the committee.   But for now, the committee will be limited to the eight mentioned above.  This committee will not have any decision-making authority, but, rather, once the committee has completed its work, a report of the issues discussed and resolution of those issues will be submitted to all working interest owners.  Any decisions would be made by the operator or working interest owners, as the case may be, in accordance with the applicable Unit Operating Agreements.

AHC 000266

In addition to a discussion about issues involving Southeast and Southwest Brooklyn, the committee should also consider some issues that Sklar has concerning the two northern units. One of these questions is the high level of flaring that is occurring in both the Northeast and Northwest units, especially at night. This flaring includes gas produced from the former Sklar-operated wells, which remain connected to the Sklar plant that has plenty of capacity to receive the gas. We do not know the reasons for this flaring, but perhaps the technical people could address ways to minimize it so this gas can be processed and sold.

Happy to discuss at any time.

Sincerely – James


**James Katchadurian |** Partner
450 Lexington Avenue, 4th Floor, New York, NY 10017
4801 Woodway Drive, Suite 300 East, Houston, TX 77056
Office: (800) 728-7176 ext. 128 | Direct: (914) 646-9451
**Bio** | **Website** | **LinkedIn**



This communication may contain information that is confidential and/or privileged. It is for the exclusive use of the intended recipient(s) and must not be read, used or disseminated by anyone else. If you have received this communication in error, please notify us immediately by replying to the message and delete it from your computer. No responsibility is accepted by sender for any loss or damage arising in any way from accepting or using this email.

**From:** Stan Kynerd <skynerd@pruet.com>
**Date:** Monday, July 20, 2020 at 4:37 PM
**To:** James Katchadurian <James.Katchadurian@cr3partners.com>
**Cc:** "J. David Hilton" <dhilton@pruet.com>, William R James <rjames@pruet.com>, "Clark, Don" <dlclark1@airmail.net>, Ray Willis <rayw@dfn.com>, "Gaston Oil Co." <bob@gastonoil.com>, "Cindy Meehl (HughesNorth)" <cmeehl@hughesnorth.com>, "John C. Maxey" <jcm@dfn.com>, John Bush <westarenergy@comcast.net>
**Subject:** RE: WIO Meeting

James:

Thank you for instructing the Sklar staff to provide a copy of the slides presented by Sklar for the meeting of the Working Interest Owners held Thursday afternoon, July 16, 2020. We received the slide presentation Friday afternoon, and our comments to each of the slides are attached.

The purpose of the Working Interest Owners' meeting was to review the progress of the secondary recovery program implemented by Sklar for the SW and SE Brooklyn Oil Units. Operations for secondary recovery involve a process of repressuring the reservoir to enable the recovery of additional reserves not otherwise recoverable during the initial or primary life of the field. The process of repressuring the reservoir proposed by both Pruet and Sklar for secondary recovery in Brooklyn Field, and approved by the Alabama Oil and Gas Board, is based upon water injection.

Rather than address the status of the secondary recovery program, Sklar focused almost exclusively on the acid jobs performed by Sklar on the producing wells within the SW and SE Brooklyn Oil Units. Acid jobs are performed routinely on wells in the normal course of operations, during both primary and secondary recovery operations, but as relates to producing wells, do not serve to repressure the reservoir.

In connection with the hearings on the partial field wide unitization of Brooklyn Field, Sklar presented evidence to the Alabama Oil and Gas Board that secondary recovery operations would result in:

  a. an additional 1,227,699 barrels of oil produced over primary from the SE Brooklyn Oil Unit, representing an additional $31,711,643 to the working interest owners in undiscounted cash flow based upon the factors of the analysis, and
  b. an additional 4,010,254 barrels of oil produced over primary from the SW Brooklyn Oil Unit, representing an additional $138,675,976 to the working interest owners in undiscounted cash flow based upon the factors of the analysis.

Although Sklar is asserting that the Working Interest Owners have realized significant economic benefit from

AHC 000267

the acid jobs, acid jobs on producing wells do not relate to secondary recovery, and do not serve to repressure the reservoir. In fact, especially as relates to the SW Brooklyn Oil Unit, we believe strongly that prior to any further acid jobs being performed on the producing wells, a review should be conducted to determine whether the acid jobs are in fact having a detrimental impact on the overall success of secondary recovery. Our concern is that the operations of Sklar may have the effect of short-term gain, to the detriment of long-term value.

The Smackover formation of the Brooklyn Field is primarily a gas expansion reservoir. As is evidenced by (i) the continuing increase of the gas-oil ratio ("GOR") of the wells in the Southeast and Southwest Brooklyn Oil Units, and (ii) the continuing expansion of the reservoir void in such units, the reservoir pressure in the SE and SW Brooklyn Oil Units is continuing to decline. It is an accepted industry fact that when reservoir pressure falls below the bubble point, continuing declines in reservoir pressure will have an adverse effect upon the reserves which are ultimately recovered through secondary recovery operations. The reservoir pressure in the SW Brooklyn Unit is significantly below the bubble point. On January 1, 2019, the effective date of unitization, the GOR for the SW Brooklyn Oil Unit was 2198; on May 31, 2020, the latest date for which information is available, the GOR for the SW Brooklyn Oil Unit was 5842.

The wells within the SW Brooklyn Oil Unit were unitized for secondary recovery purposes effective January 1, 2019. Attached are two graphs reflecting the average daily oil and gas production from the wells within the SW Brooklyn Oil Unit, for the period from January 1, 2017 through May 31, 2020. The graphs also reflect the GOR for such wells for the same period of time. The graphs clearly reflect (a) a decline in oil produced from the wells, (b) an increase in gas produced from the wells, and (c) an increasing GOR attributable the wells within the SW Brooklyn Oil Unit. Also attached is the same graph, with the trend lines noted on the graph. Unless a successful injection program is implemented to repressure the reservoir, the Working Interest Owners in the SW Brooklyn will suffer a significant adverse economic loss. The same holds true for the SE Brooklyn Oil Unit, although the reservoir pressure has likely not dropped nearly as much as the SW Brooklyn Oil Unit.

Since January 1, 2019, Sklar has performed acid jobs on the CCLT 33-6, CCLT 33-10, CCLT 33-12, Graddy 34-8, Graddy 34-10, CCLT 35-11 and the CCLT 35-5 Wells within the SW Brooklyn Oil Unit. Attached are graphs of the average daily oil and gas produced and the GOR for each of such wells. The significant "dips" in the gas produced and GOR reflected by the graphs for the CCLT 33-12 and CCLT 35-11 Wells are likely due to incorrect gas production reflected by the records of the Alabama Oil and Gas Board. <u>The graphs clearly reflect that the increase in oil production resulting from the acid jobs is temporary</u>. <u>The graphs also clearly reflect that the increase in production from the acid job also results in an increase of the GOR</u> due to the fact that there is no effective secondary recovery/injection program in place. <u>An increasing GOR reflects a decrease in reservoir pressure. As noted previously, continuing declines in reservoir pressure will have an adverse effect upon the reserves which are ultimately recovered through secondary recovery</u>.

Pruet remains committed to working with Sklar and the Working Interest Owners for the common goal of implementing a successful secondary recovery program for the SW and SE Brooklyn Oil Units. Paragraph 3.1 of the Unit Operating Agreement for both units provides that "Working Interest Owners shall exercise overall supervision and control of all matters pertaining to Unit Operations…." As such, Pruet believes it imperative that a Technical Committee of representative Working Interest Owners be established to review the secondary recovery program, and all operations within the SW and SE Brooklyn Oil Units, and to make recommendations to the Working Interest Owners of the Units. As was set forth by our email to you on Friday, July 17, 2020, we are reiterating our recommendation that an invitation be extended to the following representative owners:

1. Pruet's Technical Committee, which consists of Don Clark (DBC Resources), Ray Willis and John Maxey (Hanson Operating Company), Bob Gaston (Gaston Oil Company), John Bush (Hughes 2000 CT LLC), and David Hilton, Randy James and Stan Kynerd (Pruet Production Co);
2. William Hu (FPCC);
3. A representative(s) for Tauber, Rudman and Pickens;
4. A representative(s) for JF Howell Interests;
5. Representatives for Sklar Exploration Company/Sklarco.

We look forward to a favorable response. If you have any questions, please email or call.

I am copying with this email Pruet's technical committee.

Thanks.

Stan Kynerd
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*
*(601) 672-6388 (Mobile)*

AHC 000268

**From:** Stan Kynerd <skynerd@pruet.com>
**Sent:** Friday, July 17, 2020 4:40 PM
**To:** 'James Katchadurian' <James.Katchadurian@cr3partners.com>
**Cc:** J. David Hilton (dhilton@pruet.com) <dhilton@pruet.com>; William R James (rjames@pruet.com) <rjames@pruet.com>; Clark, Don <dlclark1@airmail.net>; Ray Willis (rayw@dfn.com) <rayw@dfn.com>; 'Gaston Oil Co.' <bob@gastonoil.com>; Cindy Meehl (HughesNorth) <cmeehl@hughesnorth.com>; Jeremy L. Retherford (jretherford@balch.com) <jretherford@balch.com>; Matt Ochs (mjochs@hollandhart.com) <mjochs@hollandhart.com>; 'Tom Watson' <twatson@wplawllc.com>; 'Tommy Echols' <techols@rockspringsoil.com>; Bobby Coleman (bcoleman@pittsoil.com) <bcoleman@pittsoil.com>; Paul D. Owens Jr (powens@leighplace.com) <powens@leighplace.com>; 'TCP Cottonwood/Anderson J Crooks' <jcrooks@andersonoilandgas.com>; 'AEEC II LLC' <david@andersonoilandgas.com>; 'TCP Cottonwood/Anderson Frank F' <frank.flowers@andersonoilandgas.com>; 'TCP Cottonwood/Anderson Cole A' <cole@andersonoilandgas.com>; 'AEEC II LLC' <kyle.mcinnis@andersonoilandgas.com>; 'AEEC II LLC' <pennys@andersonoilandgas.com>; 'AEH Investments' <vickied@aehinvestments.com>; 'AEH Investments' <davidwendallhall@gmail.com>; 'Aspen Energy Inc./Marco Land & Petro.' <mike@aspenenergyinc.com>; 'Avery Alcorn' <avery.alcorn@cr3partners.com>; 'Ben Ford' <BYF@ajlaw.com>; 'Longleaf Roger C' <rchapman@leighplace.com>; 'Conrad "Connie" Armbrecht' <CPA@ajlaw.com>; 'Cory Ezelle' <cezelle@sklarexploration.com>; 'Craft Exploration Co.' <stevecraft@att.net>; 'Darlene K. Hall' <darlenekhall@gmail.com>; 'DCOD LLC' <dc@wcdevelopment.com>; 'Genesis William M' <wmmounger@tstarlg.com>; 'DEDE LLC' <bmounger@comcast.net>; 'Delta S. Ventures LP' <robert@dsvconsult.com>; 'Dickson Oil & Gas LLC' <bickham@bdicksonproperties.com>; 'Don Eustes' <done@sklarexploration.com>; 'Duane Graham' <DAG@ajlaw.com>; 'Elba Exploration' <jnix@nixandkirkland.com>; 'Fant Stephen S' <SSwan@nps.cc>; 'Fiddlers Investments' <dbldarre@gmail.com>; 'Four D LLC' <dougfour711@hotmail.com>; 'FPCC USA' <ian22402915@gmail.com>; 'FPCC USA' <emerson_chen@fpcc.com.tw>; 'FPCC William H' <liweihu@fpcc.com.tw>; 'Franks Exploration/Edward L. Yarbrough Jr.' <edward@fmcllc.com>; 'Gaston Oil Co.' <bob@gastonoil.com>; 'Geology Conference' <GeoConf@sklarexploration.com>; 'Hall & Hall' <shallbills77@gmail.com>; 'Hall Management' <dhallrh@gmail.com>; 'Harvest Gas Management' <harvestgas@att.net>; 'Hughes 2000 CT LLC' <cmeehl@hughesnorth.com>; 'Hughes 2000 CT LLC' <pkynerd@hughesnorth.com>; 'John Bush' <westarenergy@comcast.net>; 'Hughes Oil South LLC' <pjohnson@hughesoil.net>; 'Hughes Oil South LLC' <egross@hughesoil.net>; 'James Katchadurian' <James.Katchadurian@cr3partners.com>; 'Janus Enterprises LLC' <rlasseigne@tmrex.com>; 'JCE Galbraith Oil & Gas LLC' <jmcdonough@cfl.rr.com>; 'JF Howell Interests LP' <dtaggart@bradleyfirm.com>; 'JF Howell Interests LP' <david@jfhowell.com>; 'JJS Justin S' <justin@hbcapllc.com>; 'JMS/RAB Oil & Gas Holdings LLC' <jennifer.allen@cnl.com>; 'John Strausser' <JStrausser@sklarexploration.com>; 'JuraSearch Inc.' <bearlear@bellsouth.net>; 'Keri Riley' <KLR@kutnerlaw.com>; 'King Oil LLC' <Robert.Braswell@KingwoodExploration.com>; 'Landmark Michael J' <mej@lmhomes.net>; 'Lee Kutner' <LMK@kutnerlaw.com>; 'Marlin Exploration LLC' <clenert@marlinexploration.com>; 'Marlin Exploration LLC' <jon@marlinexploration.com>; 'Marlin Exploration LLC' <rqp@marlinexploration.com>; 'Marshall Jones' <jmjones@sklarexploration.com>; 'McCombs Greg B' <gbelisle@mccombshq.com>; 'Miles McDowell' <milesm@sklarexploration.com>; 'Northstar Producing I Ltd.' <kurt.ley@kingwoodexploration.com>; 'Northstar Producing I Ltd.' <tstanislav@reagan.com>; 'Pam Lin Corp.' <cclark@crownquest.com>; 'Paula W. Denley LLC' <pnrdenley@gmail.com>; 'Petroleum Investments' <braden@basinex.com>; 'Pickens Financial Group' <mike@pickensenergy.com>; 'Pickens Financial Group LLC' <pjackson33@msn.com>; 'Porter Estate/Oakley Ranch Company' <akromelow@porterestate.com>; 'Pruet Production Company' <rjames@pruet.com>; 'Pruet Production Company' <dhilton@pruet.com>; 'Pruet Production Company' <jretherford@balch.com>; 'Pruet Production Company' <twatson@wplawllc.com>; 'Pruet Production Company' <mjochs@hollandhart.com>; 'Pruet Production Company' <skynerd@pruet.com>; 'Resource Ventures' <arnold@royaltyexploration.com>; 'Richard West' <rwest@sklarexploration.com>; 'Rudman Family Trust' <hiramlucius@sbcglobal.net>; 'Rudman Partnership' <whern@sbcglobal.net>; 'Rudman Partnership' <tsibley@rudmangroup.com>; 'Ryco Exploration' <rsmith.ryco@att.net>; 'Spindletop Oil & Gas Co.' <cmazzini@spindletopoil.com>; 'Strago Petroleum' <lfgoza@strago.net>; 'Sugar Oil Mickey Q' <mickey@sugaroilproperties.com>; 'Summit LLC' <awbyrd@comcast.net>; 'Tauber Exploration & Production Co.' <andrewh@tauberoil.com>; 'Lechwe/Tiembo Mark R' <markr@ptmc.us>; 'Todd Bearup' <todd.bearup@cr3partners.com>
**Subject:** RE: WIO Meeting

James:

We appreciate that you are still getting up to speed on the Brooklyn Units and other Sklar matters, and that you are still absorbing the information you receive from us and others.  With that in mind, to characterize the situation as that of a fight between Pruet and Sklar is a deflection of the issue, and is not accurate. Pruet does not view the situation as a fight, nor is it personal. But Pruet does believe there is a substantial problem with the Sklar operated secondary recovery program and the potential wasting of assets which, as you can appreciate, effects all concerned.  In that regard, we agree that our interests are aligned and that ongoing communication, without characterization or editorial, will be to our mutual benefit.

Our concerns, as we expressed yesterday, are operational in nature.  Sklar yesterday asserted that it believes its secondary recovery program is a success.  We offer the following as further context, to help inform your thinking:

For a year, Pruet has reached out to Sklar in an attempt to determine the problems with the Sklar secondary recovery program, first as to the significant delays in implementation, and for the last several months, the failure of the injection program that was finally implemented. See my email to Marshall Jones dated May 18, 2020, which includes my email dated May 1, 2020. Pruet then insisted that Sklar call a meeting of the Working Interest Owners to discuss the issues with the secondary recovery program in the SW and SE Brooklyn Oil Units (email dated June 2, 2020), which was finally held yesterday. Even with my email to you dated July 10, 2020, I invited discussion. No one from Sklar contacted me.

Pruet's emails of May 1 and May 18, 2020 did result in one telephone conference on May 20, 2020 between Sklar's Richard West and Pruet's David Hilton. I strongly disagree with Sklar's characterization of that phone conference (Sklar slide # 23). During the May 20, 2020 phone call, Sklar advised that because Sklar was not seeing significant injection rates over gravity, Sklar made the decision to turn off its pumps, as it viewed operating the pumps as a "waste of electricity". David Hilton/Pruet advised Richard West/Sklar of a method to operate its pumps so as to maintain continuous pressure on the injection wells, which Sklar apparently finally implemented on July 1, 2020 (we don't know if Sklar has properly configured the pumps, but since July 1, 2020, the injection rates are higher). Although Sklar is finally making an attempt to increase the injection rates, the rate of injection is still not filling the reservoir void, which is continuing to grow. Although Sklar asserted yesterday that, since July 1, 2020, the void is being filled in the SW Unit, Sklar incorrectly calculated the effect of the injection over production by failing to recognize the difference between stock tank barrels and reservoir barrels. As demonstrated by the attached spreadsheet, the reservoir void in both the SW and SE Brooklyn Oil Units is continuing to expand. Sklar does not provide the daily injection or production data for the SW Unit for the weekends or holidays, and the attached is based on the information that Sklar does provide. As to the SE Brooklyn Oil Unit, Sklar does not provide daily injection rates, except as to the three days on the CCLT 4-1 Workover completed earlier this week. We request that Sklar provide daily injection rates for both units on a daily basis.

Pruet attempted to discuss these matters with Sklar "one on one"; I do not believe continuing such process is proper, as there are significant other parties impacted by the unitization of the SW and SE Brooklyn Oil Units. During the meeting yesterday, we requested that a Technical Committee be implemented to review the secondary recovery program of Sklar in the SW and SE Brooklyn Oil Units. We are again requesting that a Technical Committee be implemented, with invitations extended to the following:

1. Pruet's Technical Committee, which consists of Don Clark (DBC Resources), Ray Willis and John Maxey (Hanson Operating Company), Bob Gaston (Gaston Oil Company), John Bush (Hughes 2000 CT LLC), and David Hilton, Randy James and Stan Kynerd (Pruet Production Co);
2. William Hu (FPCC);
3. A representative(s) for Tauber, Rudman and Pickens;
4. A representative(s) for JF Howell Interests;
5. Representatives for Sklar Exploration Company/Sklarco.

Again, Pruet does not view this situation as a fight between Pruet and Sklar; we do however, believe there are substantial issues with the SW and SE Brooklyn Oil Units which need to be reviewed and addressed.  We look forward to working with you and the Sklar team to achieve the goals that benefit us all.

Because Sklar sent its letter earlier today to all working interest owners in the SW and SE Brooklyn Oil Units (I assume that all owners were included, but the email was sent by blind copy), I am copying this email to all owners included on the Sklar *Zoom* distribution list. Sklar indicates that its letter was sent to all owners in the units, which would include others not included on the *Zoom* call. We believe it would be proper that Sklar forward this email to those owners also. I am also including Chris Johnson, counsel for the Creditor's Committee, in view of our discussion today.

AHC 000270

Stan Kynerd
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*
*(601) 672-6388 (Mobile)*

---

**From:** James Katchadurian <James.Katchadurian@cr3partners.com>
**Sent:** Friday, July 17, 2020 3:49 AM
**To:** Stan Kynerd <skynerd@pruet.com>
**Cc:** David Hilton <dhilton@pruet.com>; Randy James <rjames@pruet.com>; Clark, Don <dlclark1@airmail.net>; Ray Willis <rayw@dfn.com>; Robert Gaston <bob@gastonoil.com>; Cindy Meehl (HughesNorth) <cmeehl@hughesnorth.com>
**Subject:** Re: WIO Meeting

Good morning – I hope you and your families are well.

Stan I wanted to reiterate as was said on the WI call yesterday, that we would be happy to setup a follow-on discussion between David and our relative operations teams to further discuss and collaborate. The success of all the Brooklyn units is to our mutual benefit and too much time and effort has been expended on fighting which isn't benefiting anyone.

Many thanks, james

**James Katchadurian | Partner**
CR3 Partners, LLC
Direct: (914) 646-9451
Bio | Website | LinkedIn

---

**From:** Stan Kynerd <skynerd@pruet.com>
**Date:** Friday, July 10, 2020 at 11:26 AM
**To:** James Katchadurian <James.Katchadurian@cr3partners.com>
**Cc:** David Hilton <dhilton@pruet.com>, Randy James <rjames@pruet.com>, "Clark, Don" <dlclark1@airmail.net>, Ray Willis <rayw@dfn.com>, Robert Gaston <bob@gastonoil.com>, "Cindy Meehl (HughesNorth)" <cmeehl@hughesnorth.com>
**Subject:** RE: WIO Meeting

James:

We have been attempting to determine what is wrong with the Sklar injection program for months.

Stan

---

**From:** James Katchadurian <James.Katchadurian@cr3partners.com>
**Sent:** Friday, July 10, 2020 10:25 AM
**To:** Stan Kynerd <skynerd@pruet.com>
**Cc:** J. David Hilton <dhilton@pruet.com>; William R James <rjames@pruet.com>; Clark, Don <dlclark1@airmail.net>; Ray Willis <rayw@dfn.com>; Robert Gaston <bob@gastonoil.com>; Cindy Meehl (HughesNorth) <cmeehl@hughesnorth.com>
**Subject:** Re: WIO Meeting

Stan – thanks for the note. I will review and come back with questions.

Have you voiced your concerns to the Sklar team directly?

Thanks – james

AHC 000271

**James Katchadurian | Partner**
450 Lexington Avenue, 4th Floor, New York, NY 10017
4801 Woodway Drive, Suite 300 East, Houston, TX 77056
Office: (800) 728-7176 ext. 128 | Direct: (914) 646-9451
Bio | Website | LinkedIn



This communication may contain information that is confidential and/or privileged. It is for the exclusive use of the intended recipient(s) and must not be read, used or disseminated by anyone else. If you have received this communication in error, please notify us immediately by replying to the message and delete it from your computer. No responsibility is accepted by sender for any loss or damage arising in any way from accepting or using this email.

**From:** Stan Kynerd <skynerd@pruet.com>
**Date:** Friday, July 10, 2020 at 11:21 AM
**To:** James Katchadurian <James.Katchadurian@cr3partners.com>
**Cc:** "J. David Hilton" <dhilton@pruet.com>, William R James <rjames@pruet.com>, "Clark, Don" <dlclark1@airmail.net>, Ray Willis <rayw@dfn.com>, Robert Gaston <bob@gastonoil.com>, "Cindy Meehl (HughesNorth)" <cmeehl@hughesnorth.com>
**Subject:** WIO Meeting

James:

Regarding the upcoming meeting of the working interest owners, attached is a memo we have prepared regarding the SW and SE Brooklyn Oil Units. The memo sets forth our concerns regarding the Sklar injection program; we would like to have these matters discussed at the meeting.

If you would like to discuss prior to the meeting, please let me know.

Stan Kynerd
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*
*(601) 672-6388 (Mobile)*

AHC 000272