**Subject**: RE: SKlar - Brooklyn Unit Technical Committee
**From**: Stan Kynerd <skynerd@pruet.com>
**To**: David W Hall <davidwendallhall@gmail.com>,James Katchadurian <James.Katchadurian@cr3partners.com>
**Cc**: 060AP0/胡立威 <liweihu@fpcc.com.tw>, Marshall Jones <jmjones@sklarexploration.com>, 060AP0/陳世耘 <emerson_chen@fpcc.com.tw>, David Hilton <dhilton@pruet.com>, John Bush <westarenergy@comcast.net>, "John C. Maxey" <jcm@dfn.com>, "Clark, Don" <dlclark1@airmail.net>, Ray Willis <rayw@dfn.com>, Robert Gaston <bob@gastonoil.com>, Randy James <rjames@pruet.com>, Cindy Meehl <cindym@cedarcreekmedia.com>, Bobby Jelks <bjelks@fmcllc.com>, Angie Harris <angie@aehinvestments.com>, "Edward Yarbrough Jr." <edward@fmcllc.com>
**Date Sent**: Tuesday, July 28, 2020 1:52:01 PM GMT-05:00
**Date Received**: Tuesday, July 28, 2020 1:52:01 PM GMT-05:00

The Working Interest Owners in the SW and SE Brooklyn Oil Units own and are paying for the operation of the units pursuant to the terms and provisions of the Unit Operating Agreements. Paragraph 3.2.10 of the Unit Operating Agreements clearly provide that committees "…to study any problems in connection with Unit Operations" are within the control of the Working Interest Owners (see Paragraph 3.2). Article 4 provides for the manner of exercising supervision.

I feel strongly that any the manager of any working interest owner who desires to monitor the meetings should be permitted to do so.

If we are unable to agree on the matter, then we can easily resolve by use of a poll vote under Paragraph 4.3.4.

Stan Kynerd
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*
*(601) 672-6388 (Mobile)*

Exhibit

**AHC-16**

**From:** David W Hall <davidwendallhall@gmail.com>
**Sent:** Tuesday, July 28, 2020 12:28 PM
**To:** James Katchadurian <James.Katchadurian@cr3partners.com>
**Cc:** Stan Kynerd <skynerd@pruet.com>; 060AP0/胡立威 <liweihu@fpcc.com.tw>; Marshall Jones <jmjones@sklarexploration.com>; 060AP0/陳世耘 <emerson_chen@fpcc.com.tw>; David Hilton <dhilton@pruet.com>; John Bush <westarenergy@comcast.net>; John C. Maxey <jcm@dfn.com>; Clark, Don <dlclark1@airmail.net>; Ray Willis <rayw@dfn.com>; Robert Gaston <bob@gastonoil.com>; Randy James <rjames@pruet.com>; Cindy Meehl <cindym@cedarcreekmedia.com>; Bobby Jelks <bjelks@fmcllc.com>; Angie Harris <angie@aehinvestments.com>; Edward Yarbrough Jr. <edward@fmcllc.com>
**Subject:** Re: SKlar - Brooklyn Unit Technical Committee

James
I agree with your comments.  The outputs and recommendations of the technical committee will obviously be reviewed by Owners prior to implementation.
Too many folks monitoring will dampen input and problem solving by technical folks.   My professional opinion.

Thanks for your ideas.

AHC 000282

David

> On Jul 28, 2020, at 12:20 PM, James Katchadurian <James.Katchadurian@cr3partners.com> wrote:
>
> Stan – having a 30 person committee is not workable – if the true intent is to be productive here then my suggestion is to limit the group to technical people and then have the technical group report to the broader WI owners of their conclusions.
>
> Happy to discuss but I want there to be meaningful dialogue and be productive and I believe that this format works best.
>
> Thanks
>
> **James Katchadurian | Partner**
> CR3 Partners, LLC
> Direct: (914) 646-9451
> Bio | Website | LinkedIn
>
> **From:** Stan Kynerd <skynerd@pruet.com>
> **Date:** Tuesday, July 28, 2020 at 1:17 PM
> **To:** James Katchadurian <James.Katchadurian@cr3partners.com>, 060AP0/胡立威 <liweihu@fpcc.com.tw>
> **Cc:** Marshall Jones <jmjones@sklarexploration.com>, 060AP0/陳世耘 <emerson_chen@fpcc.com.tw>, David Hilton <dhilton@pruet.com>, John Bush <westarenergy@comcast.net>, "John C. Maxey" <jcm@dfn.com>, "Clark, Don" <dlclark1@airmail.net>, Ray Willis <rayw@dfn.com>, Robert Gaston <bob@gastonoil.com>, Randy James <rjames@pruet.com>, Cindy Meehl <cindym@cedarcreekmedia.com>, Bobby Jelks <bjelks@fmcllc.com>, Angie Harris <angie@aehinvestments.com>, David W Hall <davidwendallhall@gmail.com>, "Edward Yarbrough Jr." <edward@fmcllc.com>
> **Subject:** RE: SKlar - Brooklyn Unit Technical Committee
>
> James:
>
> Committees under the Unit Operating Agreement are under the auspices of the Working Interest Owners, not the operator. This is a committee requested by Pruet as a working interest owner in the SW and SE Brooklyn Oil Units, on behalf of 27.15% of the ownership in the SE Brooklyn Oil Unit, and 11.5% of the ownership in the SW Brooklyn Oil Unit.
>
> The purpose of the Technical Committee is to review the injection program implemented by Sklar for the SW and SE Brooklyn Oil Units, and to recommend to the working interest owners solutions to the issues which have arisen; this will necessarily entail not only technical aspects, but also business decisions. While we are agreeable to limiting the membership of the committee to engineers and geologists, we are not agreeable to prohibiting observation of the proceedings by the managers of the working interest owners.
>
> Stan Kynerd
> *217 West Capitol Street*
> *Jackson, Mississippi 39201*
> *(601) 718-9396 (Office Direct)*
> *(601) 672-6388 (Mobile)*

AHC 000283

**From:** James Katchadurian <James.Katchadurian@cr3partners.com>
**Sent:** Tuesday, July 28, 2020 12:06 PM
**To:** Stan Kynerd <skynerd@pruet.com>; 060AP0/胡立威 <liweihu@fpcc.com.tw>
**Cc:** Marshall Jones <jmjones@sklarexploration.com>; 060AP0/陳世耘 <emerson_chen@fpcc.com.tw>; David Hilton <dhilton@pruet.com>; John Bush <westarenergy@comcast.net>; John C. Maxey <jcm@dfn.com>; Clark, Don <dlclark1@airmail.net>; Ray Willis <rayw@dfn.com>; Robert Gaston <bob@gastonoil.com>; William R James <rjames@pruet.com>; Cindy Meehl <cindym@cedarcreekmedia.com>; Bobby Jelks <bjelks@fmcllc.com>; Angie Harris <angie@aehinvestments.com>; David W Hall <davidwendallhall@gmail.com>; Edward Yarbrough Jr. <edward@fmcllc.com>
**Subject:** Re: SKlar - Brooklyn Unit Technical Committee

Stan – I will check on our groups availability.

We are going to limit the participation to technical people at this time. We want this to be a productive session and to keep to numbers small to make the most of this opportunity. I don't feel the need to include more managers than technical people – once the technical group comes to a conclusion I would be happy to do a broader call with managers but the working group should be limited to engineers and geologists.

We will confirm if Thursday works as soon as we can and follow-up with a zoom invite.

Call me if you want to discuss.

Thanks, james


**James Katchadurian | Partner**
CR3 Partners, LLC
Direct: (914) 646-9451

Bio | Website | LinkedIn


**From:** Stan Kynerd <skynerd@pruet.com>
**Date:** Tuesday, July 28, 2020 at 12:51 PM
**To:** 060AP0/胡立威 <liweihu@fpcc.com.tw>, James Katchadurian <James.Katchadurian@cr3partners.com>
**Cc:** Marshall Jones <jmjones@sklarexploration.com>, 060AP0/陳世耘 <emerson_chen@fpcc.com.tw>, David Hilton <dhilton@pruet.com>, John Bush <westarenergy@comcast.net>, "John C. Maxey" <jcm@dfn.com>, "Clark, Don" <dlclark1@airmail.net>, Ray Willis <rayw@dfn.com>, Robert Gaston <bob@gastonoil.com>, William R James <rjames@pruet.com>, Cindy Meehl <cindym@cedarcreekmedia.com>, Bobby Jelks <bjelks@fmcllc.com>, Angie Harris <angie@aehinvestments.com>, David W Hall <davidwendallhall@gmail.com>, "Edward Yarbrough Jr." <edward@fmcllc.com>
**Subject:** RE: SKlar - Brooklyn Unit Technical Committee

James:

Some of our folks are not available tomorrow; we can participate in a *Zoom* conference Thursday, July 30 @ 10:00 am. Our technical folks participating will be as follows:

1. David Hilton/Pruet:            dhilton@pruet.com
2. John Maxey/Hanson:          jcm@dfn.com

AHC 000284

    3.  John Bush/Hughes 2000 CT:      [westarenergy@comcast.net](mailto:westarenergy@comcast.net)

Our managers who will observe the proceedings are:

1. Randy James/Pruet:    [rjames@pruet.com](mailto:rjames@pruet.com)
2. Don Clark/DBC:    [dlclark1@airmail.net](mailto:dlclark1@airmail.net)
3. Ray Willis/Hanson:    [rayw@dfn.com](mailto:rayw@dfn.com)
4. Bob Gaston:    [bob@gastonoil.com](mailto:bob@gastonoil.com)
5. Stan Kynerd/Pruet:    [skynerd@pruet.com](mailto:skynerd@pruet.com)

William Hu has indicated that he and his geologist are available Thursday.

Franks Exploration Company and AEH/J&A Harris have also requested participation on the technical committee; by copy of this email, I am requesting that they advise as to their availability for an initial meeting of the technical committee on Thursday at 10:00 am.

Thanks

Stan Kynerd
*217 West Capitol Street
Jackson, Mississippi 39201
(601) 718-9396 (Office Direct)
(601) 672-6388 (Mobile)*

---

**From:** 060AP0/胡立威 <[liweihu@fpcc.com.tw](mailto:liweihu@fpcc.com.tw)>
**Sent:** Tuesday, July 28, 2020 10:24 AM
**To:** James Katchadurian <[James.Katchadurian@cr3partners.com](mailto:James.Katchadurian@cr3partners.com)>
**Cc:** Stan Kynerd <[skynerd@pruet.com](mailto:skynerd@pruet.com)>; Marshall Jones <[jmjones@sklarexploration.com](mailto:jmjones@sklarexploration.com)>; 060AP0/陳世耘 <[emerson_chen@fpcc.com.tw](mailto:emerson_chen@fpcc.com.tw)>; J. David Hilton <[dhilton@pruet.com](mailto:dhilton@pruet.com)>
**Subject:** Re: SKlar - Brooklyn Unit Technical Committee

James,

We can do 10 am on Wednesday or Thursday as I would like to invite our geologist to join the meeting. There are 13 hours time difference between our time zones.

William

> On Jul 28, 2020, at 10:49 PM, James Katchadurian <[James.Katchadurian@cr3partners.com](mailto:James.Katchadurian@cr3partners.com)> wrote:
>
> Trying to coordinate everyone for 10am cst via zoom – will confirm asap.  Does that work for you and William.
>
> Stan – will reach out separately.
>
> thanks
>
> **James Katchadurian** | Partner
> CR3 Partners, LLC
> Direct: (914) 646-9451
> **Bio** | **Website** | **LinkedIn**
>
> ---
>
> **From:** 060AP0/胡立威 <[liweihu@fpcc.com.tw](mailto:liweihu@fpcc.com.tw)>

**Date:** Tuesday, July 28, 2020 at 10:39 AM
**To:** James Katchadurian <James.Katchadurian@cr3partners.com>
**Cc:** Stan Kynerd <skynerd@pruet.com>, Marshall Jones <jmjones@sklarexploration.com>, 060AP0/陳世耘 <emerson_chen@fpcc.com.tw>, "J. David Hilton" <dhilton@pruet.com>
**Subject:** Re: SKlar - Brooklyn Unit Technical Committee

Good morning James,

Do you have a suggested time for the first technical meeting except for today?

Thanks,
William

> On Jul 24, 2020, at 7:49 PM, Stan Kynerd <skynerd@pruet.com> wrote:
>
> Thanks William; we concur that the initial meeting should be rescheduled.
>
> Stan Kynerd
> *217 West Capitol Street*
> *Jackson, Mississippi 39201*
> *(601) 718-9396 (Office Direct)*
> *(601) 672-6388 (Mobile)*
>
> ---
>
> **From:** William Hu <liweihu@fpcc.com.tw>
> **Sent:** Friday, July 24, 2020 1:03 AM
> **To:** 'James Katchadurian' <James.Katchadurian@cr3partners.com>
> **Cc:** 'Marshall Jones' <jmjones@sklarexploration.com>; Stan Kynerd <skynerd@pruet.com>; '060AP0/宋時驊' <pokisung@fpcc.com.tw>; '060AP0/陳世耘' <emerson_chen@fpcc.com.tw>
> **Subject:** RE: SKlar - Brooklyn Unit Technical Committee
>
> James,
>
> I just noticed that Judge Brown set a Zoom hearing on July 28th 9:30 AM. I suggest we push back the technical meeting to Wednesday or Thursday same time. Please let me know if it works for Sklar.
>
> Also, I am going to invite our Senior Geologist Poki Sung to serve on the Technical Committee with me. The results of our recent research regarding the Upper Smackover pore types and distribution in the Brooklyn Field could be important information for evaluating the water injection performance or selecting alternative injectors. We can share the geological findings with Sklar and Pruet.
>
> Thanks,
> William Hu
>
> Manager, Petroleum and Reservoir Engineering
> Oil and Gas E&P Department
> Formosa Petrochemical Corporation
> Office: +886-2-2712-2211 Ext. 7376
> Cell: +1(281)690-8860
> Email: liweihu@fpcc.com.tw
>
> **From:** James Katchadurian <James.Katchadurian@cr3partners.com>

AHC 000286

**Sent:** Friday, July 24, 2020 2:42 AM
**To:** liweihu@fpcc.com.tw
**Cc:** Marshall Jones <jmjones@sklarexploration.com>
**Subject:** SKlar - Brooklyn Unit Technical Committee

William – I am the CRO of Sklar and would like to formally ask if you would serve on the technical committee that is being formed in relation to these units.

We are proposing a call for July 28, at 10:00 CDT? If that doesn't work, please let us know what works for you next week so we can coordinate schedules.

Happy to discuss.

Thanks, james


**James Katchadurian** | Partner
450 Lexington Avenue, 4th Floor, New York, NY 10017
4801 Woodway Drive, Suite 300 East, Houston, TX 77056
Office: (800) 728-7176 ext. 128 | Direct: (914) 646-9451
Bio | Website | LinkedIn

<image001.png>

PARTNERS FOR THE ROAD AHEAD

This communication may contain information that is confidential and/or privileged. It is for the exclusive use of the intended recipient(s) and must not be read, used or disseminated by anyone else. If you have received this communication in error, please notify us immediately by replying to the message and delete it from your computer. No responsibility is accepted by sender for any loss or damage arising in any way from accepting or using this email.

---

本郵件及其附件可能包含機密或非公開資訊，故請勿擅自揭露、散佈、轉寄或複製本郵件之任何內容，否則本公司可能針對相關侵權行為進行法律追訴。若您非本郵件原寄件人指定之收件者且未經原寄件人同意取得本郵件，煩請立即自電腦及電子郵件伺服器完全刪除本郵件及其附件，並以郵件或電話通知寄件人，對於您的合作，我們先此致謝。
網路通訊可能含有電腦病毒，收件者應自行確認郵件內容是否安全，若因此造成任何損害，寄件人及本公司恕不負責。
This mail and any attachments may contain confidential or non-public information. Any disclosure, dissemination or copying of this mail without the sender's consent is strictly prohibited and illegal. If you are not the intended recipient or receive it accidentally, please immediately notify the sender by mail or telephone and delete the e-mail and any attachments from your computer system and mail server. Thank you for your cooperation.
Internet communications cannot be guaranteed to be virus-free. The recipient is responsible for ensuring that this mail is virus free and the sender accepts no liability for any damages caused by virus transmitted by this mail.

---

本郵件及其附件可能包含機密或非公開資訊，故請勿擅自揭露、散佈、轉寄或複製本郵件之任何內容，否則本公司可能針對相關侵權行為進行法律追訴。若您非本郵件原寄件人指定之收件者且未經原寄件人同意取得本郵件，煩請立即自電腦及電子郵件伺服器完全刪除本郵件及其附件，並以郵件或電話通知寄件人，對於您的合作，我們先此致謝。
網路通訊可能含有電腦病毒，收件者應自行確認郵件內容是否安全，若因此造成任何損害，寄件人及本公司恕不負責。
This mail and any attachments may contain confidential or non-public information. Any disclosure, dissemination or copying of this mail without the sender's consent is strictly prohibited and illegal. If you are not the intended recipient or receive it accidentally, please immediately notify the sender by mail or telephone and delete the e-mail and any attachments from your computer system and mail server. Thank you for your cooperation.
Internet communications cannot be guaranteed to be virus-free. The recipient is responsible for ensuring that this mail is virus free and the sender accepts no liability for any damages caused by virus transmitted by this mail.

---

本郵件及其附件可能包含機密或非公開資訊，故請勿擅自揭露、散佈、轉寄或複製本郵件之任何內容，否則本公司可能針對相關侵權行為進行法律追訴。若您非本郵件原寄件人指定之收件者且未經原寄件人同意取得本郵件，煩請立即自電腦及電子郵件伺服器完全刪除本郵件及其附件，並以郵件或電話通知寄件人，對於您的合作，我們先此致謝。
網路通訊可能含有電腦病毒，收件者應自行確認郵件內容是否安全，若因此造成任何損害，寄件人及本公司恕不負責。
This mail and any attachments may contain confidential or non-public information. Any disclosure, dissemination or copying of this mail without the sender's consent is strictly prohibited and illegal. If you are not the intended recipient or receive it accidentally, please immediately notify the sender by mail or telephone and delete the e-

AHC 000287

mail and any attachments from your computer system and mail server. Thank you for your cooperation. Internet communications cannot be guaranteed to be virus-free. The recipient is responsible for ensuring that this mail is virus free and the sender accepts no liability for any damages caused by virus transmitted by this mail.

AHC 000288