**Subject**: RE: SKlar - Brooklyn Unit Technical Committee
**From**: Stan Kynerd <skynerd@pruet.com>
**To**: James Katchadurian <James.Katchadurian@cr3partners.com>
**Cc**: David W Hall <davidwendallhall@gmail.com>, 060AP0/胡立威 <liweihu@fpcc.com.tw>, Marshall Jones <jmjones@sklarexploration.com>, 060AP0/陳世耘 <emerson_chen@fpcc.com.tw>, David Hilton <dhilton@pruet.com>, John Bush <westarenergy@comcast.net>, "John C. Maxey" <jcm@dfn.com>, "Clark, Don" <dlclark1@airmail.net>, Ray Willis <rayw@dfn.com>, Robert Gaston <bob@gastonoil.com>, Randy James <rjames@pruet.com>, Cindy Meehl <cindym@cedarcreekmedia.com>, Bobby Jelks <bjelks@fmcllc.com>, Angie Harris <angie@aehinvestments.com>, "Edward Yarbrough Jr." <edward@fmcllc.com>
**Date Sent**: Wednesday, July 29, 2020 5:47:54 PM GMT-05:00
**Date Received**: Wednesday, July 29, 2020 5:47:54 PM GMT-05:00

---

James:

Pruet suggested the committee, and Pruet has made it abundantly clear that we view the situation with urgency. We have expressed our concerns as to the lack of progress by Sklar for quite some time.

Our concern relates to the conditions imposed by Sklar. This is a matter which should be controlled by the Working Interest Owners, who own the units and pay the bills. I have also made it abundantly clear that unless a successful injection program is implemented in the SW and SE Brooklyn Units, the Working Interest Owners will suffer a severe economic loss.

Stan Kynerd
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*
*(601) 672-6388 (Mobile)*

---

**From:** James Katchadurian <James.Katchadurian@cr3partners.com>
**Sent:** Wednesday, July 29, 2020 5:37 PM
**To:** Stan Kynerd <skynerd@pruet.com>
**Cc:** David W Hall <davidwendallhall@gmail.com>; 060AP0/胡立威 <liweihu@fpcc.com.tw>; Marshall Jones <jmjones@sklarexploration.com>; 060AP0/陳世耘 <emerson_chen@fpcc.com.tw>; David Hilton <dhilton@pruet.com>; John Bush <westarenergy@comcast.net>; John C. Maxey <jcm@dfn.com>; Clark, Don <dlclark1@airmail.net>; Ray Willis <rayw@dfn.com>; Robert Gaston <bob@gastonoil.com>; Randy James <rjames@pruet.com>; Cindy Meehl <cindym@cedarcreekmedia.com>; Bobby Jelks <bjelks@fmcllc.com>; Angie Harris <angie@aehinvestments.com>; Edward Yarbrough Jr. <edward@fmcllc.com>
**Subject:** Re: SKlar - Brooklyn Unit Technical Committee

Stan - Received your email and i am hopeful that Pruet is going to participate in a constructive manner in these discussions.

Why don't we all try to look forward here and come up with a beneficial path forward for all.

Thanks

**James Katchadurian** | Partner
CR3 Partners, LLC
Direct: (914) 646-9451

1 / 9

**Exhibit**

**AHC-17**

AHC 000289

Bio | Website | LinkedIn

On Jul 29, 2020, at 6:18 PM, Stan Kynerd <skynerd@pruet.com> wrote:

James:

We appreciate your interest in improving Sklar's operations of the SW and SE Brooklyn Units. We disagree strongly with your approach to the mechanics of the technical meeting, but because of the urgency with which we view the situation, and Pruet's interest in improving production for everyone's benefit, the technical representatives for the parties represented by Pruet will participate in the July 30, 2020 *Zoom* meeting, without our management representatives observing. Our participation should not be viewed as an acquiesce to the conditions imposed by Sklar, and we strongly object to Sklar's condition that the meeting be closed to the management of the Working Interest Owners.

To be clear, it is true that Sklar convened a Working Interest Owner meeting for the SW and SE Brooklyn Oil Units on July 16, 2020; however, as you are aware, that meeting was called only because of the insistence by Pruet and the working interest owners we represent. And although the agenda for the meeting was to discuss the secondary recovery programs approved by the Alabama Oil & Gas Board, Sklar created a great deal of confusion during the meeting by focusing almost exclusively on the short term benefits of acid jobs. It is this confusion that prompted Pruet to suggest a committee be established to review Sklar's secondary recovery programs for the SW and SE Brooklyn Oil Units.

Regarding composition of the committee, I understand the concern you raise as to a large group forming the committee. However, you continue to misstate my requests. We concur that the technical committee should be composed of engineers and geologists who have expertise in the subject matter of the Committee; however, because of the business issues that will necessarily be involved, we believe that management of the Working Interest Owners should also be involved. The issue simply relates as to whether the meetings should be closed to everyone other than the committee members, or whether the working interest owners, who own the units and pay the costs for unit operations, should be permitted to observe the proceedings of the meeting. It is important that these owners make the decision as to the membership of the committee, the focus and method of operation for the committee, and whether the meetings of the committee will be open or closed to monitoring by the working interest owners.

As I have stated repeatedly, committees formed "…to study any problems in connection with Unit Operations", are within the auspices, purview and control of the Working Interest Owners and not the Operator. (Paragraphs 3.2 and 3.2.10 of each Unit Operating Agreement). Although Sklarco LLC is a working interest owner, Sklar Exploration Company is not, and the Unit Operating Agreements in fact do not grant to the operator any authority to form a committee to study problems with Unit Operations; such is entirely within the purview of the Working Interest Owners.

Lastly, I previously requested that you provide to me a complete email list for the Working Interest Owners in the SW and SE Brooklyn Oil Units. I have not yet received such, and I am again requesting that you provide a complete email address list for the Working Interest Owners in the SW and SE Brooklyn Oil Units.

Failure to implement a successful secondary recovery program will result in a severe economic loss to the Working Interest Owners.

Stan Kynerd
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*
*(601) 672-6388 (Mobile)*

---

**From:** James Katchadurian <James.Katchadurian@cr3partners.com>

AHC 000290

**Sent:** Tuesday, July 28, 2020 1:59 PM
**To:** Stan Kynerd <skynerd@pruet.com>; David W Hall <davidwendallhall@gmail.com>
**Cc:** 060AP0/胡立威 <liweihu@fpcc.com.tw>; Marshall Jones <jmjones@sklarexploration.com>; 060AP0/陳世耘 <emerson_chen@fpcc.com.tw>; David Hilton <dhilton@pruet.com>; John Bush <westarenergy@comcast.net>; John C. Maxey <jcm@dfn.com>; Clark, Don <dlclark1@airmail.net>; Ray Willis <rayw@dfn.com>; Robert Gaston <bob@gastonoil.com>; Randy James <rjames@pruet.com>; Cindy Meehl <cindym@cedarcreekmedia.com>; Bobby Jelks <bjelks@fmcllc.com>; Angie Harris <angie@aehinvestments.com>; Edward Yarbrough Jr. <edward@fmcllc.com>
**Subject:** Re: SKlar - Brooklyn Unit Technical Committee

Stan – our emails crossed – we are going to proceed as I previously suggested on Thursday.

Thanks


**James Katchadurian | Partner**
450 Lexington Avenue, 4th Floor, New York, NY 10017
4801 Woodway Drive, Suite 300 East, Houston, TX 77056
Office: (800) 728-7176 ext. 128 | Direct: (914) 646-9451
**Bio** | **Website** | **LinkedIn**

<image001.png>

**PARTNERS** FOR THE ROAD AHEAD

This communication may contain information that is confidential and/or privileged. It is for the exclusive use of the intended recipient(s) and must not be read, used or disseminated by anyone else. If you have received this communication in error, please notify us immediately by replying to the message and delete it from your computer. No responsibility is accepted by sender for any loss or damage arising in any way from accepting or using this email.

**From:** Stan Kynerd <skynerd@pruet.com>
**Date:** Tuesday, July 28, 2020 at 2:52 PM
**To:** David W Hall <davidwendallhall@gmail.com>, James Katchadurian <James.Katchadurian@cr3partners.com>
**Cc:** 060AP0/胡立威 <liweihu@fpcc.com.tw>, Marshall Jones <jmjones@sklarexploration.com>, 060AP0/陳世耘 <emerson_chen@fpcc.com.tw>, David Hilton <dhilton@pruet.com>, John Bush <westarenergy@comcast.net>, "John C. Maxey" <jcm@dfn.com>, "Clark, Don" <dlclark1@airmail.net>, Ray Willis <rayw@dfn.com>, Robert Gaston <bob@gastonoil.com>, Randy James <rjames@pruet.com>, Cindy Meehl <cindym@cedarcreekmedia.com>, Bobby Jelks <bjelks@fmcllc.com>, Angie Harris <angie@aehinvestments.com>, "Edward Yarbrough Jr." <edward@fmcllc.com>
**Subject:** RE: SKlar - Brooklyn Unit Technical Committee

The Working Interest Owners in the SW and SE Brooklyn Oil Units own and are paying for the operation of the units pursuant to the terms and provisions of the Unit Operating Agreements. Paragraph 3.2.10 of the Unit Operating Agreements clearly provide that committees "…to study any problems in connection with Unit Operations" are within the control of the Working Interest Owners (see Paragraph 3.2). Article 4 provides for the manner of exercising supervision.

I feel strongly that any the manager of any working interest owner who desires to monitor the meetings should be permitted to do so.

If we are unable to agree on the matter, then we can easily resolve by use of a poll vote under Paragraph 4.3.4.

Stan Kynerd
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*

AHC 000291

(601) 672-6388 (Mobile)

---

**From:** David W Hall <davidwendallhall@gmail.com>
**Sent:** Tuesday, July 28, 2020 12:28 PM
**To:** James Katchadurian <James.Katchadurian@cr3partners.com>
**Cc:** Stan Kynerd <skynerd@pruet.com>; 060AP0/胡立威 <liweihu@fpcc.com.tw>; Marshall Jones <jmjones@sklarexploration.com>; 060AP0/陳世耘 <emerson_chen@fpcc.com.tw>; David Hilton <dhilton@pruet.com>; John Bush <westarenergy@comcast.net>; John C. Maxey <jcm@dfn.com>; Clark, Don <dlclark1@airmail.net>; Ray Willis <rayw@dfn.com>; Robert Gaston <bob@gastonoil.com>; Randy James <rjames@pruet.com>; Cindy Meehl <cindym@cedarcreekmedia.com>; Bobby Jelks <bjelks@fmcllc.com>; Angie Harris <angie@aehinvestments.com>; Edward Yarbrough Jr. <edward@fmcllc.com>
**Subject:** Re: SKlar - Brooklyn Unit Technical Committee

James
I agree with your comments.  The outputs and recommendations of the technical committee will obviously be reviewed by Owners prior to implementation.
Too many folks monitoring will dampen input and problem solving by technical folks.   My professional opinion.

Thanks for your ideas.


David

> On Jul 28, 2020, at 12:20 PM, James Katchadurian <James.Katchadurian@cr3partners.com> wrote:
>
> Stan – having a 30 person committee is not workable – if the true intent is to be productive here then my suggestion is to limit the group to technical people and then have the technical group report to the broader WI owners of their conclusions.
>
> Happy to discuss but I want there to be meaningful dialogue and be productive and I believe that this format works best.
>
> Thanks
>
>
> **James Katchadurian | Partner**
> CR3 Partners, LLC
> Direct: (914) 646-9451
> **Bio** | **Website** | **LinkedIn**
>
> ---
>
> **From:** Stan Kynerd <skynerd@pruet.com>
> **Date:** Tuesday, July 28, 2020 at 1:17 PM
> **To:** James Katchadurian <James.Katchadurian@cr3partners.com>, 060AP0/胡立威 <liweihu@fpcc.com.tw>
> **Cc:** Marshall Jones <jmjones@sklarexploration.com>, 060AP0/陳世耘 <emerson_chen@fpcc.com.tw>, David Hilton <dhilton@pruet.com>, John Bush <westarenergy@comcast.net>, "John C. Maxey" <jcm@dfn.com>, "Clark, Don" <dlclark1@airmail.net>, Ray Willis <rayw@dfn.com>, Robert Gaston

AHC 000292

<bob@gastonoil.com>, Randy James <rjames@pruet.com>, Cindy Meehl <cindym@cedarcreekmedia.com>, Bobby Jelks <bjelks@fmcllc.com>, Angie Harris <angie@aehinvestments.com>, David W Hall <davidwendallhall@gmail.com>, "Edward Yarbrough Jr." <edward@fmcllc.com>
**Subject:** RE: SKlar - Brooklyn Unit Technical Committee

James:

Committees under the Unit Operating Agreement are under the auspices of the Working Interest Owners, not the operator. This is a committee requested by Pruet as a working interest owner in the SW and SE Brooklyn Oil Units, on behalf of 27.15% of the ownership in the SE Brooklyn Oil Unit, and 11.5% of the ownership in the SW Brooklyn Oil Unit.

The purpose of the Technical Committee is to review the injection program implemented by Sklar for the SW and SE Brooklyn Oil Units, and to recommend to the working interest owners solutions to the issues which have arisen; this will necessarily entail not only technical aspects, but also business decisions. While we are agreeable to limiting the membership of the committee to engineers and geologists, we are not agreeable to prohibiting observation of the proceedings by the managers of the working interest owners.

Stan Kynerd
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*
*(601) 672-6388 (Mobile)*

---

**From:** James Katchadurian <James.Katchadurian@cr3partners.com>
**Sent:** Tuesday, July 28, 2020 12:06 PM
**To:** Stan Kynerd <skynerd@pruet.com>; 060AP0/胡立威 <liweihu@fpcc.com.tw>
**Cc:** Marshall Jones <jmjones@sklarexploration.com>; 060AP0/陳世耘 <emerson_chen@fpcc.com.tw>; David Hilton <dhilton@pruet.com>; John Bush <westarenergy@comcast.net>; John C. Maxey <jcm@dfn.com>; Clark, Don <dlclark1@airmail.net>; Ray Willis <rayw@dfn.com>; Robert Gaston <bob@gastonoil.com>; William R James <rjames@pruet.com>; Cindy Meehl <cindym@cedarcreekmedia.com>; Bobby Jelks <bjelks@fmcllc.com>; Angie Harris <angie@aehinvestments.com>; David W Hall <davidwendallhall@gmail.com>; Edward Yarbrough Jr. <edward@fmcllc.com>
**Subject:** Re: SKlar - Brooklyn Unit Technical Committee

Stan – I will check on our groups availability.

We are going to limit the participation to technical people at this time. We want this to be a productive session and to keep to numbers small to make the most of this opportunity. I don't feel the need to include more managers than technical people – once the technical group comes to a conclusion I would be happy to do a broader call with managers but the working group should be limited to engineers and geologists.

We will confirm if Thursday works as soon as we can and follow-up with a zoom invite.

Call me if you want to discuss.

Thanks, james

**James Katchadurian** | Partner
CR3 Partners, LLC

AHC 000293

Direct: (914) 646-9451
**Bio** | **Website** | **LinkedIn**

---

**From:** Stan Kynerd <skynerd@pruet.com>
**Date:** Tuesday, July 28, 2020 at 12:51 PM
**To:** 060AP0/胡立威 <liweihu@fpcc.com.tw>, James Katchadurian <James.Katchadurian@cr3partners.com>
**Cc:** Marshall Jones <jmjones@sklarexploration.com>, 060AP0/陳世耘 <emerson_chen@fpcc.com.tw>, David Hilton <dhilton@pruet.com>, John Bush <westarenergy@comcast.net>, "John C. Maxey" <jcm@dfn.com>, "Clark, Don" <dlclark1@airmail.net>, Ray Willis <rayw@dfn.com>, Robert Gaston <bob@gastonoil.com>, William R James <rjames@pruet.com>, Cindy Meehl <cindym@cedarcreekmedia.com>, Bobby Jelks <bjelks@fmcllc.com>, Angie Harris <angie@aehinvestments.com>, David W Hall <davidwendallhall@gmail.com>, "Edward Yarbrough Jr." <edward@fmcllc.com>
**Subject:** RE: SKlar - Brooklyn Unit Technical Committee

James:

Some of our folks are not available tomorrow; we can participate in a *Zoom* conference Thursday, July 30 @ 10:00 am. Our technical folks participating will be as follows:

1. David Hilton/Pruet:          dhilton@pruet.com
2. John Maxey/Hanson:       jcm@dfn.com
3. John Bush/Hughes 2000 CT:     westarenergy@comcast.net

Our managers who will observe the proceedings are:

1. Randy James/Pruet:        rjames@pruet.com
2. Don Clark/DBC:             dlclark1@airmail.net
3. Ray Willis/Hanson:         rayw@dfn.com
4. Bob Gaston:                  bob@gastonoil.com
5. Stan Kynerd/Pruet:         skynerd@pruet.com

William Hu has indicated that he and his geologist are available Thursday.

Franks Exploration Company and AEH/J&A Harris have also requested participation on the technical committee; by copy of this email, I am requesting that they advise as to their availability for an initial meeting of the technical committee on Thursday at 10:00 am.

Thanks

Stan Kynerd
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*
*(601) 672-6388 (Mobile)*

---

**From:** 060AP0/胡立威 <liweihu@fpcc.com.tw>
**Sent:** Tuesday, July 28, 2020 10:24 AM
**To:** James Katchadurian <James.Katchadurian@cr3partners.com>
**Cc:** Stan Kynerd <skynerd@pruet.com>; Marshall Jones <jmjones@sklarexploration.com>; 060AP0/陳世耘 <emerson_chen@fpcc.com.tw>; J. David Hilton <dhilton@pruet.com>
**Subject:** Re: SKlar - Brooklyn Unit Technical Committee

AHC 000294

James,

We can do 10 am on Wednesday or Thursday as I would like to invite our geologist to join the meeting. There are 13 hours time difference between our time zones.

William

> On Jul 28, 2020, at 10:49 PM, James Katchadurian <James.Katchadurian@cr3partners.com> wrote:
>
> Trying to coordinate everyone for 10am cst via zoom – will confirm asap.  Does that work for you and William.
>
> Stan – will reach out separately.
>
> thanks
>
> **James Katchadurian | Partner**
> CR3 Partners, LLC
> Direct: (914) 646-9451
>
> Bio | Website | LinkedIn
>
> ---
>
> **From:** 060AP0/胡立威 <liweihu@fpcc.com.tw>
> **Date:** Tuesday, July 28, 2020 at 10:39 AM
> **To:** James Katchadurian <James.Katchadurian@cr3partners.com>
> **Cc:** Stan Kynerd <skynerd@pruet.com>, Marshall Jones <jmjones@sklarexploration.com>, 060AP0/陳世耘 <emerson_chen@fpcc.com.tw>, "J. David Hilton" <dhilton@pruet.com>
> **Subject:** Re: SKlar - Brooklyn Unit Technical Committee
>
> Good morning James,
>
> Do you have a suggested time for the first technical meeting except for today?
>
> Thanks,
> William
>
>> On Jul 24, 2020, at 7:49 PM, Stan Kynerd <skynerd@pruet.com> wrote:
>>
>> Thanks William; we concur that the initial meeting should be rescheduled.
>>
>> Stan Kynerd
>> *217 West Capitol Street*
>> *Jackson, Mississippi 39201*
>> *(601) 718-9396 (Office Direct)*
>> *(601) 672-6388 (Mobile)*
>>
>> ---
>>
>> **From:** William Hu <liweihu@fpcc.com.tw>
>> **Sent:** Friday, July 24, 2020 1:03 AM
>> **To:** 'James Katchadurian' <James.Katchadurian@cr3partners.com>
>> **Cc:** 'Marshall Jones' <jmjones@sklarexploration.com>; Stan Kynerd <skynerd@pruet.com>; '060AP0/宋時驊' <pokisung@fpcc.com.tw>; '060AP0/陳世

AHC 000295

耘' <emerson_chen@fpcc.com.tw>
**Subject:** RE: SKlar - Brooklyn Unit Technical Committee

James,

I just noticed that Judge Brown set a Zoom hearing on July 28th 9:30 AM. I suggest we push back the technical meeting to Wednesday or Thursday same time. Please let me know if it works for Sklar.

Also, I am going to invite our Senior Geologist Poki Sung to serve on the Technical Committee with me. The results of our recent research regarding the Upper Smackover pore types and distribution in the Brooklyn Field could be important information for evaluating the water injection performance or selecting alternative injectors. We can share the geological findings with Sklar and Pruet.

Thanks,
William Hu

Manager, Petroleum and Reservoir Engineering
Oil and Gas E&P Department
Formosa Petrochemical Corporation
Office: +886-2-2712-2211 Ext. 7376
Cell: +1(281)690-8860
Email: liweihu@fpcc.com.tw

---

**From:** James Katchadurian <James.Katchadurian@cr3partners.com>
**Sent:** Friday, July 24, 2020 2:42 AM
**To:** liweihu@fpcc.com.tw
**Cc:** Marshall Jones <jmjones@sklarexploration.com>
**Subject:** SKlar - Brooklyn Unit Technical Committee

William – I am the CRO of Sklar and would like to formally ask if you would serve on the technical committee that is being formed in relation to these units.

We are proposing a call for July 28, at 10:00 CDT?  If that doesn't work, please let us know what works for you next week so we can coordinate schedules.

Happy to discuss.

Thanks, james


**James Katchadurian** | Partner
450 Lexington Avenue, 4th Floor, New York, NY 10017
4801 Woodway Drive, Suite 300 East, Houston, TX 77056
Office: (800) 728-7176 ext. 128 | Direct: (914) 646-9451
Bio | Website | LinkedIn

<image001.png>

**PARTNERS** FOR THE ROAD AHEAD

This communication may contain information that is confidential and/or privileged. It is for the exclusive use of the intended recipient(s) and must not be read, used or disseminated by anyone else. If you have received this communication in error, please notify us immediately by replying to the message and delete it from your computer. No responsibility is accepted by sender for any loss or damage arising in any way from accepting or using this email.

---

本郵件及其附件可能包含機密或非公開資訊，故請勿擅自揭露、散佈、轉寄或複製本郵件之任何內容，

否則本公司可能針對相關侵權行為進行法律追訴。若您非本郵件原寄件人指定之收件者且未經原寄件人同意取得本郵件，煩請立即自電腦及電子郵件伺服器完全刪除本郵件及其附件，並以郵件或電話通知寄件人，對於您的合作，我們先此致謝。
網路通訊可能含有電腦病毒，收件者應自行確認郵件內容是否安全，若因此造成任何損害，寄件人及本公司恕不負責。
This mail and any attachments may contain confidential or non-public information. Any disclosure, dissemination or copying of this mail without the sender's consent is strictly prohibited and illegal. If you are not the intended recipient or receive it accidentally, please immediately notify the sender by mail or telephone and delete the e-mail and any attachments from your computer system and mail server. Thank you for your cooperation.
Internet communications cannot be guaranteed to be virus-free. The recipient is responsible for ensuring that this mail is virus free and the sender accepts no liability for any damages caused by virus transmitted by this mail.

本郵件及其附件可能包含機密或非公開資訊，故請勿擅自揭露、散佈、轉寄或複製本郵件之任何內容，否則本公司可能針對相關侵權行為進行法律追訴。若您非本郵件原寄件人指定之收件者且未經原寄件人同意取得本郵件，煩請立即自電腦及電子郵件伺服器完全刪除本郵件及其附件，並以郵件或電話通知寄件人，對於您的合作，我們先此致謝。
網路通訊可能含有電腦病毒，收件者應自行確認郵件內容是否安全，若因此造成任何損害，寄件人及本公司恕不負責。
This mail and any attachments may contain confidential or non-public information. Any disclosure, dissemination or copying of this mail without the sender's consent is strictly prohibited and illegal. If you are not the intended recipient or receive it accidentally, please immediately notify the sender by mail or telephone and delete the e-mail and any attachments from your computer system and mail server. Thank you for your cooperation.
Internet communications cannot be guaranteed to be virus-free. The recipient is responsible for ensuring that this mail is virus free and the sender accepts no liability for any damages caused by virus transmitted by this mail.

本郵件及其附件可能包含機密或非公開資訊，故請勿擅自揭露、散佈、轉寄或複製本郵件之任何內容，否則本公司可能針對相關侵權行為進行法律追訴。若您非本郵件原寄件人指定之收件者且未經原寄件人同意取得本郵件，煩請立即自電腦及電子郵件伺服器完全刪除本郵件及其附件，並以郵件或電話通知寄件人，對於您的合作，我們先此致謝。
網路通訊可能含有電腦病毒，收件者應自行確認郵件內容是否安全，若因此造成任何損害，寄件人及本公司恕不負責。
This mail and any attachments may contain confidential or non-public information. Any disclosure, dissemination or copying of this mail without the sender's consent is strictly prohibited and illegal. If you are not the intended recipient or receive it accidentally, please immediately notify the sender by mail or telephone and delete the e-mail and any attachments from your computer system and mail server. Thank you for your cooperation.
Internet communications cannot be guaranteed to be virus-free. The recipient is responsible for ensuring that this mail is virus free and the sender accepts no liability for any damages caused by virus transmitted by this mail.

AHC 000297