**Subject**: Re: Sklar Processing Plants
**From**: Stan Kynerd <skynerd@pruet.com>
**To**: James Katchadurian <James.Katchadurian@cr3partners.com>
**Cc**: "J. David Hilton" <dhilton@pruet.com>
**Date Sent**: Friday, August 14, 2020 6:56:33 PM GMT-05:00
**Date Received**: Friday, August 14, 2020 6:56:33 PM GMT-05:00

---

James:

I have never received a response to our inquiry as to the fees and costs being charged by Skalr on the plants at Brooklyn; could you please ask the appropriate party to respond.

Thanks

Stan Kynerd

On Wed, Jul 8, 2020 at 5:12 PM Stan Kynerd <skynerd@pruet.com> wrote:

James:

I am writing on behalf of Pruet Production Co., individually and as agent for a number of working interest owners in the SE and SW Brooklyn Oil Units. (see Doc 211-Amended and Restated Verified Rule 2019 Statement of Multiple Representation in the Sklar Exploration bankruptcy proceedings).

It is my understanding that as of March 1, 2020, Sklarco and various parties represented by Sklar Exploration assumed ownership from Plains of the North Beach and Abbyville Gas Plants (collectively the "Sklar Plant") in Conecuh County. Raw gas produced from wells in the SW and SE Brooklyn Units operated by Sklar Exploration (or in a few instances from wells now operated by Pruet in the NW or NE Brooklyn Oil Units but formerly operated by Sklar and connected to the Sklar Plant) is delivered to the Sklar Plant. We are attempting to ascertain the financial terms upon which the raw gas is gathered and processed, and in particular:

1. Any gathering fee charged by Sklar to gather and transport the gas from the wells to the Sklar Plant;
2. The financial terms/fees upon which the raw gas is processed as between Sklar as operator and the Sklar Plant, including the allocation of proceeds from the sale of residue gas and plant products;
3. The management fee that has apparently been implemented by Sklar Exploration for the Sklar Plant, and who bears this fee.

Basically, we are attempting to determine the basis upon which the raw gas is processed, the plant products sold, and how the transaction impacts Pruet and the parties we represent. We also request that a copy of any agreements regarding the forgoing be emailed to me, other than the Southeast Alabama Gas District contract, as to which Pruet is also a party.



Exhibit
**AHC-19**

AHC 000303

Thanks

Stan Kynerd

*217 West Capitol Street*

*Jackson, Mississippi 39201*

*(601) 718-9396 (Office Direct)*

*(601) 672-6388 (Mobile)*

AHC 000304