**Subject**: FW: Skalr
**From**: Stan Kynerd <skynerd@pruet.com>
**To**: James Katchadurian <James.Katchadurian@cr3partners.com>,Keri Riley <KLR@kutnerlaw.com>,Marshall Jones <jmjones@sklarexploration.com>
**Cc**: "J. David Hilton" <dhilton@pruet.com>, "Jeremy L. Retherford" <jretherford@balch.com>, Matt Ochs <mjochs@hollandhart.com>
**Date Sent**: Wednesday, September 2, 2020 3:07:43 PM GMT-05:00
**Date Received**: Wednesday, September 2, 2020 3:07:43 PM GMT-05:00
**Attachments**: Sklar Suspense Master Listing by Owner Pruet Production March - June 2020.pdf,Email August 14 2020 Kynerd to Jones Sklar Revenue Records for Unpaid Amounts.pdf,Email August 21 2020 Kynerd to Riley Reserve Reports.pdf,Emails July 8 and August 14 2020 Plant and Gathering Fees and Agreements.pdf

---

By emails dated July 8 and August 14, 2020 from myself to James Katchadurian (copy attached), I requested information regarding the fees and expenses being charged by Sklar Exploration for gathering and processing gas at the Abbyville and North Beach plants, together with a copy of the agreements documenting such. To date, I have not received a response to this inquiry. Attached is a copy of the Suspense Master Listing prepared by Sklar for Pruet Production Co., which is reflecting that for the period March – June production, Pruet is owed a "negative" ($8,572.36) for production revenues for such period. Sklar's accounting department has verbally advised Pruet's accounting department that the basis for the negative sums owed are the gathering and processing fees being charged by Sklar for these properties. I am again requesting that Sklar provide the fees, expenses, basis and documentation justifying theses costs and expenses.

By email dated August 21, 2020, from myself to Keri, I noted that the reserve reports which were to have been made available pursuant to the protective order are not in the share folder made available to me. Please advise as to when we might expect to receive a copy of the reserve reports. I am inquiring as to the existing reserve reports of Sklar.

By email dated August 14, 2020, from myself to Marshall Jones, I requested that Sklar confirm the accuracy of the data reflected by the file styled "4-25-20 Owner Summary -WI Only", as relates to the unpaid revenues owed to Pruet and the parties represented by Pruet. I have not received a response to this request.

As noted above (with a copy of the file attached for Pruet), Sklar has the ability to prepare a file styled "Suspense Master Listing by Owner"; please advise the proper party in your organization to prepare such report for the following parties represented by Pruet Production Co., and email to me:

  THE COLEMAN REVOC LIVING TRUST
  DBC RESOURCES LP
  DBC RESOURCES II LP
  DCOD LLC
  DEDE, LLC
  PAULA W DENLEY LLC
  FIDDLER INVESTMENTS
  FOUR D LLC
  GASTON OIL COMPANY INC
  GJR INVESTMENTS INC
  HALL AND HALL LLC
  DARLENE K HALL
  HANSON OPERATING CO INC
  HUGHES 2000 CT LLC
  JMS OIL & GAS HOLDINGS LLC
  JCE GALBRAITH OIL & GAS LLC
  PAM LIN CORPORATION
  PETROLEUM INVESTMENTS INC
  PRUET PRODUCTION CO

| Exhibit |
|---|
| **AHC-20** |

RAB OIL & GAS HOLDINGS LLC
DON B SAUNDERS TRUST
SAWYER DRILLING & SERVICE INC
SUGAR OIL PROPERTIES LP
SUMMIT LLC
WALLACE & WALLACE LLC
LEONARD E WILLIAMS

Should you have any questions, please call (601-672-6388) or email.

Stan Kynerd
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*
*(601) 672-6388 (Mobile)*

AHC 000306

# Stan Kynerd

| | |
|---|---|
| **From:** | Stan Kynerd |
| **Sent:** | Friday, August 14, 2020 12:46 PM |
| **To:** | Marshall Jones |
| **Subject:** | Working Interest Monies Owed for January and February Production |

Marshall:

We have no simple basis for determining the revenues owed by Sklar to the parties represented by Pruet for January and February production. The file located in the Sklar data room named "4-25-20 Owner Summary -WI Only", appears to reflect the monies owed to those parties represented by Pruet for January and February production in the column styled "Net Amount" .

Please request the proper party in your organization to confirm that the monies owed by Sklar for January and February 2020 production are properly reflected by this file.

Thanks.

Stan Kynerd
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*
*(601) 672-6388 (Mobile)*

AHC 000307

**Stan Kynerd**

| | |
|---|---|
| **From:** | Stan Kynerd |
| **Sent:** | Friday, August 21, 2020 11:20 AM |
| **To:** | 'Keri Riley' |
| **Cc:** | 'David Hilton'; 'Jeremy L. Retherford' |
| **Subject:** | RE: Keri Rilery has shared the folder 'Sklar Family Trust Legal Docs, Bank and Investment Statements' with you. |

Keri:

Do you know if the reserve reports have been loaded? I don't see a reference to them.

Thanks

Stan Kynerd

---

**From:** Stan Kynerd <skynerd@pruet.com>
**Sent:** Friday, August 21, 2020 11:18 AM
**To:** 'Keri Riley' <KLR@kutnerlaw.com>
**Cc:** David Hilton <dhilton@pruet.com>; 'Jeremy L. Retherford' <jretherford@balch.com>
**Subject:** RE: Keri Rilery has shared the folder 'Sklar Family Trust Legal Docs, Bank and Investment Statements' with you.

Keri:

Everything is now working.

Thanks

Stan Kynerd
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*
*(601) 672-6388 (Mobile)*

---

**From:** Keri Riley <KLR@kutnerlaw.com>
**Sent:** Friday, August 21, 2020 10:49 AM
**To:** Stan Kynerd <skynerd@pruet.com>
**Cc:** David Hilton <dhilton@pruet.com>; Jeremy L. Retherford <jretherford@balch.com>
**Subject:** RE: Keri Rilery has shared the folder 'Sklar Family Trust Legal Docs, Bank and Investment Statements' with you.

Stan and David,

I believe that I have resolved the issue. Would one or both of you mind logging in and letting me know?

Thanks,

AHC 000308

Keri L. Riley, Esq.
Kutner Brinen, P.C.
1660 Lincoln St., Suite 1850
Denver, CO 80264
303-832-2910 Direct
303-832-2400 Main



E-MAIL CONFIDENTIALITY NOTICE:
The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

**From:** Stan Kynerd <skynerd@pruet.com>
**Sent:** Friday, August 21, 2020 8:58 AM
**To:** Keri Riley <KLR@kutnerlaw.com>
**Cc:** David Hilton <dhilton@pruet.com>; Jeremy L. Retherford <jretherford@balch.com>
**Subject:** RE: Keri Rilery has shared the folder 'Sklar Family Trust Legal Docs, Bank and Investment Statements' with you.

Keri:

The issue is with all of the folders; David Hilton is also having the same issue.

Thanks for checking on.

Stan Kynerd
*217 West Capitol Street*
*Jackson, Mississippi 39201*
*(601) 718-9396 (Office Direct)*
*(601) 672-6388 (Mobile)*


**From:** Keri Riley <KLR@kutnerlaw.com>
**Sent:** Friday, August 21, 2020 9:51 AM
**To:** Stan Kynerd <skynerd@pruet.com>
**Cc:** J. David Hilton <dhilton@pruet.com>; Jeremy L. Retherford <jretherford@balch.com>
**Subject:** RE: Keri Rilery has shared the folder 'Sklar Family Trust Legal Docs, Bank and Investment Statements' with you.

Stan,

Was it any folder in particular, or are you having that issue with all of them? Once I figure out what the issue is I will address it.

Thanks,

AHC 000309

Keri L. Riley, Esq.
Kutner Brinen, P.C.
1660 Lincoln St., Suite 1850
Denver, CO  80264
303-832-2910 Direct
303-832-2400 Main



E-MAIL CONFIDENTIALITY NOTICE:
The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

**From:** Stan Kynerd <skynerd@pruet.com>
**Sent:** Friday, August 21, 2020 8:37 AM
**To:** Keri Riley <KLR@kutnerlaw.com>
**Cc:** J. David Hilton <dhilton@pruet.com>; Jeremy L. Retherford <jretherford@balch.com>
**Subject:** RE: Keri Rilery has shared the folder 'Sklar Family Trust Legal Docs, Bank and Investment Statements' with you.

Keri:

Thank you for sending the share folder links; however, there appears to be something wrong with the manner is which the folders are structured. Although we can drill down to the folders with the information and data, and although we can see that the data is there due to the size of the folder, when we drill down, we receive a message that the folder is empty.

Would you please ask someone to look at this.

Thanks

Stan Kynerd

**From:** mail@sf-notifications.com <mail@sf-notifications.com>
**Sent:** Wednesday, August 19, 2020 12:48 PM
**To:** skynerd@pruet.com
**Subject:** Keri Rilery has shared the folder 'Sklar Family Trust Legal Docs, Bank and Investment Statements' with you.

[ x ]

**Keri Rilery** has shared the folder **Sklar Family Trust Legal Docs, Bank and Investment Statements** with you.

Note From Keri:

AHC 000310

I've added you to a folder

To access this f older, you must first activate your account and set your personal password.

Click here to activate your account and view this folder

ShareFile is a tool for sending, receiving, and organizing your business files online. It can be used as a password-protected area for sharing information with clients and partners, and it's an easy way to send files that are too large to e-mail.

Trouble with the above link? You can copy and paste the following URL into your web browser:
**https://cr3partners.sharefile.com/f/foea9052-9c13-4d4d-baaa-9d290140227b?a=41809b75e43becfb**

Powered By Citrix ShareFile 2020

4

AHC 000311

# Stan Kynerd

| | |
|---|---|
| **From:** | Stan Kynerd <skynerd@pruet.com> on behalf of Stan Kynerd |
| **Sent:** | Friday, August 14, 2020 6:57 PM |
| **To:** | James Katchadurian |
| **Cc:** | J. David Hilton |
| **Subject:** | Re: Sklar Processing Plants |

James:

I have never received a response to our inquiry as to the fees and costs being charged by Skalr on the plants at Brooklyn; could you please ask the appropriate party to respond.

Thanks

Stan Kynerd

On Wed, Jul 8, 2020 at 5:12 PM Stan Kynerd <skynerd@pruet.com> wrote:

> James:
>
> I am writing on behalf of Pruet Production Co., individually and as agent for a number of working interest owners in the SE and SW Brooklyn Oil Units. (see Doc 211-Amended and Restated Verified Rule 2019 Statement of Multiple Representation in the Sklar Exploration bankruptcy proceedings).
>
> It is my understanding that as of March 1, 2020, Sklarco and various parties represented by Sklar Exploration assumed ownership from Plains of the North Beach and Abbyville Gas Plants (collectively the "Sklar Plant") in Conecuh County. Raw gas produced from wells in the SW and SE Brooklyn Units operated by Sklar Exploration (or in a few instances from wells now operated by Pruet in the NW or NE Brooklyn Oil Units but formerly operated by Sklar and connected to the Sklar Plant) is delivered to the Sklar Plant. We are attempting to ascertain the financial terms upon which the raw gas is gathered and processed, and in particular:
>
> 1. Any gathering fee charged by Sklar to gather and transport the gas from the wells to the Sklar Plant;
> 2. The financial terms/fees upon which the raw gas is processed as between Sklar as operator and the Sklar Plant, including the allocation of proceeds from the sale of residue gas and plant products;
> 3. The management fee that has apparently been implemented by Sklar Exploration for the Sklar Plant, and who bears this fee.
>
> Basically, we are attempting to determine the basis upon which the raw gas is processed, the plant products sold, and how the transaction impacts Pruet and the parties we represent. We also request that a copy of any agreements regarding the forgoing be emailed to me, other than the Southeast Alabama Gas District contract, as to which Pruet is also a party.

1

AHC 000312

Thanks

Stan Kynerd

*217 West Capitol Street*

*Jackson, Mississippi 39201*

*(601) 718-9396 (Office Direct)*

*(601) 672-6388 (Mobile)*

2

AHC 000313

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
08/31/2020  08:15 am | | | Sklar Exploration Co., L.L.C. | | | | | | | Page   1
Company:00SEC | | | Suspense Master Listing by Owner | | | | | | | |
| | | Print Detail by Owner-Property-Distribution Line | | | | | | | |
| | | Owner PRUP01 | | | | | | | |
| | | Suspense Code PAY | | | | | | | |

| Property | Prd | Property Name Deck | Run Date | Refer# | BBL/MCF | Revenue% | Gross$ | Taxes | Other | Net Amt | Susp |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PRUP01** | | **Pruet Production Co**(Pay code: 2 = $50.00  min) | | | | | | | | | |
| 1BRO04 | CND | Southeast Brooklyn Oil | 03/2020 | PRU0520 | 107.52 | 0.00347459 W | 0.29 | 0.03- | 0.00 | 0.26 | PAY |
| 1BRO04 | CND | Southeast Brooklyn Oil | 04/2020 | CONC0520 | 305.29 | 0.00347459 W | 6.29 | 0.50- | 0.00 | 5.79 | PAY |
| 1BRO04 | CND | Southeast Brooklyn Oil | 05/2020 | CON0520 | 325.53 | 0.00347459 W | 14.68 | 1.18- | 0.00 | 13.50 | PAY |
| 1BRO04 | CND | Southeast Brooklyn Oil | 06/2020 | CONC0620 | 244.85 | 0.00347459 W | 23.88 | 1.91- | 0.00 | 21.97 | PAY |
| 1BRO04 | GAS | Southeast Brooklyn Oil | 03/2020 | PRU0520 | 3,324.00 | 0.00347459 W | 19.55 | 1.17- | 0.00 | 18.38 | PAY |
| 1BRO04 | GAS | Southeast Brooklyn Oil | 03/2020 | PRU0520 | 7,925.00 | 0.00347459 W | 0.00 | 0.00 | 13.77- | 13.77- | PAY |
| 1BRO04 | GAS | Southeast Brooklyn Oil | 03/2020 | SEAG03CR | 10,315.95- | 0.00347459 W | 46.66- | 0.00 | 0.00 | 46.66- | PAY |
| 1BRO04 | GAS | Southeast Brooklyn Oil | 03/2020 | SEAG03CR | 8,151.37 | 0.00347459 W | 46.66 | 0.00 | 0.00 | 46.66 | PAY |
| 1BRO04 | GAS | Southeast Brooklyn Oil | 04/2020 | SEAG0520 | 10,304.10 | 0.00347459 W | 53.07 | 3.18- | 0.00 | 49.89 | PAY |
| 1BRO04 | GAS | Southeast Brooklyn Oil | 05/2020 | SEA0520 | 8,688.36 | 0.00347459 W | 49.50 | 2.97- | 0.00 | 46.53 | PAY |
| 1BRO04 | GAS | Southeast Brooklyn Oil | 06/2020 | SEAG0620 | 10,753.80 | 0.00347459 W | 43.15 | 2.59- | 0.00 | 40.56 | PAY |
| 1BRO04 | OIL | Southeast Brooklyn Oil | 04/2020 | GOOD0520 | 20,471.68 | 0.00347459 W | 1,107.92 | 75.55- | 163.60- | 868.77 | PAY |
| 1BRO04 | OIL | Southeast Brooklyn Oil | 04/2020 | PLAM0520 | 520.72 | 0.00347459 W | 24.38 | 1.95- | 0.00 | 22.43 | PAY |
| 1BRO04 | OIL | Southeast Brooklyn Oil | 05/2020 | GOOW0520 | 21,552.34 | 0.00347459 W | 1,573.41 | 112.09- | 172.24- | 1,289.08 | PAY |
| 1BRO04 | OIL | Southeast Brooklyn Oil | 05/2020 | PLAI0520 | 360.79 | 0.00347459 W | 21.95 | 1.75- | 0.00 | 20.20 | PAY |
| 1BRO04 | OIL | Southeast Brooklyn Oil | 06/2020 | GOOD0620 | 18,566.87 | 0.00347459 W | 2,433.23 | 182.79- | 148.38- | 2,102.06 | PAY |
| 1BRO04 | PRG | Southeast Brooklyn Oil | 03/2020 | PRU0520 | 27,455.00 | 0.00347459 W | 1.73 | 0.00 | 0.00 | 1.73 | PAY |
| 1BRO04 | PRG | Southeast Brooklyn Oil | 04/2020 | CONC0520 | 58,073.27 | 0.00347459 W | 73.07- | 0.00 | 0.00 | 73.07- | PAY |
| 1BRO04 | PRG | Southeast Brooklyn Oil | 05/2020 | CON0520 | 77,164.04 | 0.00347459 W | 33.27- | 0.00 | 0.00 | 33.27- | PAY |
| 1BRO04 | PRG | Southeast Brooklyn Oil | 06/2020 | CONC0620 | 74,644.00 | 0.00347459 W | 66.60 | 0.35- | 60.82- | 5.43 | PAY |
| 1BRO05 | CND | Southwest Brooklyn Oil | 03/2020 | PRU0520 | 19.29 | 0.00041833 R | 0.01 | 0.00 | 0.00 | 0.01 | PAY |
| 1BRO05 | CND | Southwest Brooklyn Oil | 03/2020 | PRU0520 | 19.29 | 0.00151870 W | 0.02 | 0.00 | 0.00 | 0.02 | PAY |
| 1BRO05 | CND | Southwest Brooklyn Oil | 04/2020 | CONC0520 | 1,591.20 | 0.00041833 R | 3.95 | 0.32- | 0.00 | 3.63 | PAY |
| 1BRO05 | CND | Southwest Brooklyn Oil | 04/2020 | CONC0520 | 1,591.20 | 0.00151870 W | 14.33 | 1.15- | 0.00 | 13.18 | PAY |
| 1BRO05 | CND | Southwest Brooklyn Oil | 05/2020 | CON0520 | 1,533.55 | 0.00041833 R | 8.33 | 0.67- | 0.00 | 7.66 | PAY |
| 1BRO05 | CND | Southwest Brooklyn Oil | 05/2020 | CON0520 | 1,533.55 | 0.00151870 W | 30.22 | 2.41- | 0.00 | 27.81 | PAY |
| 1BRO05 | CND | Southwest Brooklyn Oil | 06/2020 | CONC0620 | 1,276.48 | 0.00041833 R | 14.99 | 1.20- | 0.00 | 13.79 | PAY |
| 1BRO05 | CND | Southwest Brooklyn Oil | 06/2020 | CONC0620 | 1,276.48 | 0.00151870 W | 54.42 | 4.35- | 0.00 | 50.07 | PAY |
| 1BRO05 | GAS | Southwest Brooklyn Oil | 03/2020 | PRU0520 | 178.00 | 0.00041833 R | 0.13 | 0.01- | 0.00 | 0.12 | PAY |
| 1BRO05 | GAS | Southwest Brooklyn Oil | 03/2020 | PRU0520 | 593.00 | 0.00041833 R | 0.00 | 0.00 | 0.12- | 0.12- | PAY |
| 1BRO05 | GAS | Southwest Brooklyn Oil | 03/2020 | SEAG03CR | 157,228.75- | 0.00041833 R | 88.96- | 0.00 | 0.00 | 88.96- | PAY |
| 1BRO05 | GAS | Southwest Brooklyn Oil | 03/2020 | SEAG03CR | 129,079.18 | 0.00041833 R | 88.96 | 0.00 | 0.00 | 88.96 | PAY |
| 1BRO05 | GAS | Southwest Brooklyn Oil | 03/2020 | PRU0520 | 178.00 | 0.00151870 W | 0.46 | 0.04- | 0.00 | 0.42 | PAY |
| 1BRO05 | GAS | Southwest Brooklyn Oil | 03/2020 | PRU0520 | 593.00 | 0.00151870 W | 0.00 | 0.00 | 0.45- | 0.45- | PAY |
| 1BRO05 | GAS | Southwest Brooklyn Oil | 03/2020 | SEAG03CR | 157,228.75- | 0.00151870 W | 322.97- | 0.00 | 0.00 | 322.97- | PAY |
| 1BRO05 | GAS | Southwest Brooklyn Oil | 03/2020 | SEAG03CR | 129,079.18 | 0.00151870 W | 322.97 | 0.00 | 0.00 | 322.97 | PAY |
| 1BRO05 | GAS | Southwest Brooklyn Oil | 04/2020 | SEAG0520 | 115,914.30 | 0.00041833 R | 71.88 | 5.75- | 0.00 | 66.13 | PAY |
| 1BRO05 | GAS | Southwest Brooklyn Oil | 04/2020 | SEAG0520 | 115,914.30 | 0.00151870 W | 260.95 | 20.88- | 0.00 | 240.07 | PAY |
| 1BRO05 | GAS | Southwest Brooklyn Oil | 05/2020 | SEA0520 | 106,154.20 | 0.00041833 R | 72.81 | 5.82- | 0.00 | 66.99 | PAY |
| 1BRO05 | GAS | Southwest Brooklyn Oil | 05/2020 | SEA0520 | 106,154.20 | 0.00151870 W | 264.34 | 21.15- | 0.00 | 243.19 | PAY |
| 1BRO05 | GAS | Southwest Brooklyn Oil | 06/2020 | SEAG0620 | 139,264.40 | 0.00041833 R | 71.33 | 5.71- | 0.00 | 65.62 | PAY |
| 1BRO05 | GAS | Southwest Brooklyn Oil | 06/2020 | SEAG0620 | 139,264.40 | 0.00151870 W | 258.96 | 20.72- | 0.00 | 238.24 | PAY |
| 1BRO05 | OIL | Southwest Brooklyn Oil | 04/2020 | GOOD0520 | 22,491.39 | 0.00041833 R | 146.55 | 9.99- | 21.64- | 114.92 | PAY |
| 1BRO05 | OIL | Southwest Brooklyn Oil | 04/2020 | PLAM0520 | 1,819.25 | 0.00041833 R | 10.26 | 0.82- | 0.00 | 9.44 | PAY |
| 1BRO05 | OIL | Southwest Brooklyn Oil | 04/2020 | GOOD0520 | 22,491.39 | 0.00151870 W | 532.03 | 36.27- | 78.57- | 417.19 | PAY |
| 1BRO05 | OIL | Southwest Brooklyn Oil | 04/2020 | PLAM0520 | 1,819.25 | 0.00151870 W | 37.23 | 2.98- | 0.00 | 34.25 | PAY |
| 1BRO05 | OIL | Southwest Brooklyn Oil | 05/2020 | GOOW0520 | 23,613.26 | 0.00041833 R | 207.55 | 14.79- | 22.72- | 170.04 | PAY |
| 1BRO05 | OIL | Southwest Brooklyn Oil | 05/2020 | PLAI0520 | 937.85 | 0.00041833 R | 6.87 | 0.55- | 0.00 | 6.32 | PAY |
| 1BRO05 | OIL | Southwest Brooklyn Oil | 05/2020 | GOOW0520 | 23,613.26 | 0.00151870 W | 753.48 | 53.68- | 82.48- | 617.32 | PAY |
| 1BRO05 | OIL | Southwest Brooklyn Oil | 05/2020 | PLAI0520 | 937.85 | 0.00151870 W | 24.94 | 1.99- | 0.00 | 22.95 | PAY |
| 1BRO05 | OIL | Southwest Brooklyn Oil | 06/2020 | GOOD0620 | 21,203.32 | 0.00041833 R | 334.55 | 25.13- | 20.40- | 289.02 | PAY |
| 1BRO05 | OIL | Southwest Brooklyn Oil | 06/2020 | GOOD0620 | 21,203.32 | 0.00151870 W | 1,214.55 | 91.24- | 74.06- | 1,049.25 | PAY |
| 1BRO05 | PRG | Southwest Brooklyn Oil | 03/2020 | PRU0520 | 4,925.00 | 0.00041833 R | 0.04 | 0.00 | 0.00 | 0.04 | PAY |
| 1BRO05 | PRG | Southwest Brooklyn Oil | 03/2020 | PRU0520 | 4,925.00 | 0.00151870 W | 0.14 | 0.00 | 0.00 | 0.14 | PAY |
| 1BRO05 | PRG | Southwest Brooklyn Oil | 04/2020 | CONC0520 | 475,251.41 | 0.00041833 R | 89.00- | 0.00 | 0.00 | 89.00- | PAY |
| 1BRO05 | PRG | Southwest Brooklyn Oil | 04/2020 | CONC0520 | 475,251.41 | 0.00151870 W | 323.12- | 0.00 | 0.00 | 323.12- | PAY |
| 1BRO05 | PRG | Southwest Brooklyn Oil | 05/2020 | CON0520 | 557,355.17 | 0.00041833 R | 52.75- | 0.00 | 0.00 | 52.75- | PAY |
| 1BRO05 | PRG | Southwest Brooklyn Oil | 05/2020 | CON0520 | 557,355.17 | 0.00151870 W | 191.50- | 0.00 | 0.00 | 191.50- | PAY |
| 1BRO05 | PRG | Southwest Brooklyn Oil | 06/2020 | CONC0620 | 636,429.66 | 0.00041833 R | 57.71 | 0.00 | 79.51- | 21.80- | PAY |
| 1BRO05 | PRG | Southwest Brooklyn Oil | 06/2020 | CONC0620 | 636,429.66 | 0.00151870 W | 209.49 | 0.00 | 288.62- | 79.13- | PAY |
| 1CRA17 | CND | Craft-Mack 17-4 #1 | 04/2020 | CONC0520 | 72.07 | 0.37720686 W | 161.18 | 12.89- | 0.00 | 148.29 | PAY |
| 1CRA17 | CND | Craft-Mack 17-4 #1 | 05/2020 | CON0520 | 74.54 | 0.37720686 W | 364.86 | 29.19- | 0.00 | 335.67 | PAY |
| 1CRA17 | CND | Craft-Mack 17-4 #1 | 06/2020 | CONC0620 | 60.54 | 0.37720686 W | 641.06 | 51.29- | 0.00 | 589.77 | PAY |
| 1CRA17 | GAS | Craft-Mack 17-4 #1 | 03/2020 | SEAG03CR | 3,884.47- | 0.37720686 W | 1,056.49- | 0.00 | 0.00 | 1,056.49- | PAY |
| 1CRA17 | GAS | Craft-Mack 17-4 #1 | 03/2020 | SEAG03CR | 1,699.99 | 0.37720686 W | 1,056.49 | 0.00 | 0.00 | 1,056.49 | PAY |
| 1CRA17 | GAS | Craft-Mack 17-4 #1 | 04/2020 | SEAG0520 | 2,144.21 | 0.37720686 W | 1,198.92 | 71.94- | 0.00 | 1,126.98 | PAY |
| 1CRA17 | GAS | Craft-Mack 17-4 #1 | 05/2020 | SEA0520 | 3,059.49 | 0.37720686 W | 1,892.27 | 113.53- | 0.00 | 1,778.74 | PAY |
| 1CRA17 | GAS | Craft-Mack 17-4 #1 | 06/2020 | SEAG0620 | 3,932.50 | 0.37720686 W | 1,729.24 | 103.76- | 0.00 | 1,625.48 | PAY |
| 1CRA17 | OIL | Craft-Mack 17-4 #1 | 04/2020 | GOOD0520 | 696.32 | 0.37720686 W | 4,091.09 | 278.96- | 604.11- | 3,208.02 | PAY |
| 1CRA17 | OIL | Craft-Mack 17-4 #1 | 05/2020 | GOOW0520 | 905.69 | 0.37720686 W | 7,178.01 | 511.38- | 785.76- | 5,880.87 | PAY |
| 1CRA17 | OIL | Craft-Mack 17-4 #1 | 06/2020 | GOOD0620 | 747.38 | 0.37720686 W | 10,633.14 | 798.77- | 648.41- | 9,185.96 | PAY |
| 1CRA17 | PRG | Craft-Mack 17-4 #1 | 04/2020 | CONC0520 | 17,435.14 | 0.37720686 W | 14,573.63- | 0.00 | 0.00 | 14,573.63- | PAY |
| 1CRA17 | PRG | Craft-Mack 17-4 #1 | 05/2020 | CON0520 | 22,179.02 | 0.37720686 W | 18,948.97- | 0.00 | 0.00 | 18,948.97- | PAY |
| 1CRA17 | PRG | Craft-Mack 17-4 #1 | 06/2020 | CONC0620 | 23,847.70 | 0.37720686 W | 2,144.22 | 0.00 | 23,914.35- | 21,770.13- | PAY |
| 1HAM02 | OIL | Craft-Hamiter 20-11 #1 | 04/2020 | PLAM0520 | 366.35 | 0.08881189 R | 438.46 | 35.08- | 0.00 | 403.38 | PAY |
| 1HAM02 | OIL | Craft-Hamiter 20-11 #1 | 04/2020 | PLAM0520 | 366.35 | 0.35524752 W | 1,753.83 | 140.30- | 0.00 | 1,613.53 | PAY |
| 1HAM02 | OIL | Craft-Hamiter 20-11 #1 | 05/2020 | PLAI0520 | 346.74 | 0.08881189 R | 539.24 | 43.14- | 0.00 | 496.10 | PAY |
| 1HAM02 | OIL | Craft-Hamiter 20-11 #1 | 05/2020 | PLAI0520 | 346.74 | 0.35524752 W | 2,156.98 | 172.56- | 0.00 | 1,984.42 | PAY |

AHC 000314

| 08/31/2020  08:15 am | | | | Sklar Exploration Co., L.L.C. | | | | | | | Page  2 |
| Company:00SEC | | | | Suspense Master Listing by Owner | | | | | | | |
| | | | | Print Detail by Owner-Property-Distribution Line | | | | | | | |
| | | | | Owner PRUP01 | | | | | | | |
| | | | | Suspense Code PAY | | | | | | | |

| Property | Prd | Property Name | Deck | Run Date | Refer# | BBL/MCF | Revenue% | | Gross$ | Taxes | Other | Net Amt | Susp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1HAM02 | OIL | Craft-Hamiter 20-11 #1 | | 06/2020 | PLAM0620 | 172.88 | 0.08881189 | R | 540.71 | 43.25- | 0.00 | 497.46 | PAY |
| 1HAM02 | OIL | Craft-Hamiter 20-11 #1 | | 06/2020 | PLAM0620 | 172.88 | 0.35524752 | W | 2,162.86 | 173.03- | 0.00 | 1,989.83 | PAY |
| 1LIT02 | CND | Little Cedar Creek Oil U | | 04/2020 | CONC0520 | 150.55 | 0.00004835 | O | 0.04 | 0.00 | 0.00 | 0.04 | PAY |
| 1LIT02 | CND | Little Cedar Creek Oil U | | 04/2020 | CONC0520 | 150.55 | 0.00280332 | R | 2.50 | 0.15- | 0.00 | 2.35 | PAY |
| 1LIT02 | CND | Little Cedar Creek Oil U | | 04/2020 | CONC0520 | 150.55 | 0.00923968 | W | 8.25 | 0.50- | 0.00 | 7.75 | PAY |
| 1LIT02 | CND | Little Cedar Creek Oil U | | 05/2020 | CON0520 | 76.82 | 0.00004835 | O | 0.05 | 0.00 | 0.00 | 0.05 | PAY |
| 1LIT02 | CND | Little Cedar Creek Oil U | | 05/2020 | CON0520 | 76.82 | 0.00280332 | R | 2.79 | 0.16- | 0.00 | 2.63 | PAY |
| 1LIT02 | CND | Little Cedar Creek Oil U | | 05/2020 | CON0520 | 76.82 | 0.00923968 | W | 9.21 | 0.55- | 0.00 | 8.66 | PAY |
| 1LIT02 | CND | Little Cedar Creek Oil U | | 06/2020 | CONC0620 | 36.35 | 0.00004835 | O | 0.05 | 0.00 | 0.00 | 0.05 | PAY |
| 1LIT02 | CND | Little Cedar Creek Oil U | | 06/2020 | CONC0620 | 36.35 | 0.00280332 | R | 2.86 | 0.17- | 0.00 | 2.69 | PAY |
| 1LIT02 | CND | Little Cedar Creek Oil U | | 06/2020 | CONC0620 | 36.35 | 0.00923968 | W | 9.43 | 0.57- | 0.00 | 8.86 | PAY |
| 1LIT02 | GAS | Little Cedar Creek Oil U | | 03/2020 | SEAG03CR | 9,116.69- | 0.00004835 | O | 0.32- | 0.00 | 0.00 | 0.32- | PAY |
| 1LIT02 | GAS | Little Cedar Creek Oil U | | 03/2020 | SEAG03CR | 4,059.49 | 0.00004835 | O | 0.32 | 0.00 | 0.00 | 0.32 | PAY |
| 1LIT02 | GAS | Little Cedar Creek Oil U | | 03/2020 | SEAG03CR | 9,116.69- | 0.00280332 | R | 18.75- | 0.00 | 0.00 | 18.75- | PAY |
| 1LIT02 | GAS | Little Cedar Creek Oil U | | 03/2020 | SEAG03CR | 4,059.49 | 0.00280332 | R | 18.75 | 0.00 | 0.00 | 18.75 | PAY |
| 1LIT02 | GAS | Little Cedar Creek Oil U | | 03/2020 | SEAG03CR | 9,116.69- | 0.00923968 | W | 61.80- | 0.00 | 0.00 | 61.80- | PAY |
| 1LIT02 | GAS | Little Cedar Creek Oil U | | 03/2020 | SEAG03CR | 4,059.49 | 0.00923968 | W | 61.80 | 0.00 | 0.00 | 61.80 | PAY |
| 1LIT02 | GAS | Little Cedar Creek Oil U | | 04/2020 | SEAG0520 | 4,141.57 | 0.00004835 | O | 0.30 | 0.02- | 0.00 | 0.28 | PAY |
| 1LIT02 | GAS | Little Cedar Creek Oil U | | 04/2020 | SEAG0520 | 4,141.57 | 0.00280332 | R | 17.21 | 1.03- | 0.00 | 16.18 | PAY |
| 1LIT02 | GAS | Little Cedar Creek Oil U | | 04/2020 | SEAG0520 | 4,141.57 | 0.00923968 | W | 56.73 | 3.41- | 0.00 | 53.32 | PAY |
| 1LIT02 | GAS | Little Cedar Creek Oil U | | 05/2020 | SEA0520 | 3,260.86 | 0.00004835 | O | 0.26 | 0.02- | 0.00 | 0.24 | PAY |
| 1LIT02 | GAS | Little Cedar Creek Oil U | | 05/2020 | SEA0520 | 3,260.86 | 0.00280332 | R | 14.99 | 0.90- | 0.00 | 14.09 | PAY |
| 1LIT02 | GAS | Little Cedar Creek Oil U | | 05/2020 | SEA0520 | 3,260.86 | 0.00923968 | W | 49.40 | 2.96- | 0.00 | 46.44 | PAY |
| 1LIT02 | GAS | Little Cedar Creek Oil U | | 06/2020 | SEAG0620 | 2,806.30 | 0.00004835 | O | 0.16 | 0.01- | 0.00 | 0.15 | PAY |
| 1LIT02 | GAS | Little Cedar Creek Oil U | | 06/2020 | SEAG0620 | 2,806.30 | 0.00280332 | R | 9.30 | 0.56- | 0.00 | 8.74 | PAY |
| 1LIT02 | GAS | Little Cedar Creek Oil U | | 06/2020 | SEAG0620 | 2,806.30 | 0.00923968 | W | 30.65 | 1.84- | 0.00 | 28.81 | PAY |
| 1LIT02 | OIL | Little Cedar Creek Oil U | | 04/2020 | GOOD0520 | 3,205.39 | 0.00004835 | O | 2.41 | 0.12- | 0.36- | 1.93 | PAY |
| 1LIT02 | OIL | Little Cedar Creek Oil U | | 04/2020 | PLAM0520 | 709.02 | 0.00004835 | O | 0.46 | 0.03- | 0.00 | 0.43 | PAY |
| 1LIT02 | OIL | Little Cedar Creek Oil U | | 04/2020 | GOOD0520 | 3,205.39 | 0.00280332 | R | 139.96 | 7.16- | 20.66- | 112.14 | PAY |
| 1LIT02 | OIL | Little Cedar Creek Oil U | | 04/2020 | PLAM0520 | 709.02 | 0.00280332 | R | 26.79 | 2.15- | 0.00 | 24.64 | PAY |
| 1LIT02 | OIL | Little Cedar Creek Oil U | | 04/2020 | GOOD0520 | 3,205.39 | 0.00923968 | W | 461.30 | 23.59- | 68.11- | 369.60 | PAY |
| 1LIT02 | OIL | Little Cedar Creek Oil U | | 04/2020 | PLAM0520 | 709.02 | 0.00923968 | W | 88.28 | 7.06- | 0.00 | 81.22 | PAY |
| 1LIT02 | OIL | Little Cedar Creek Oil U | | 05/2020 | GOOW0520 | 2,319.75 | 0.00004835 | O | 2.36 | 0.13- | 0.26- | 1.97 | PAY |
| 1LIT02 | OIL | Little Cedar Creek Oil U | | 05/2020 | PLAI0520 | 378.15 | 0.00004835 | O | 0.32 | 0.03- | 0.00 | 0.29 | PAY |
| 1LIT02 | OIL | Little Cedar Creek Oil U | | 05/2020 | GOOW0520 | 2,319.75 | 0.00280332 | R | 136.63 | 7.30- | 14.95- | 114.38 | PAY |
| 1LIT02 | OIL | Little Cedar Creek Oil U | | 05/2020 | PLAI0520 | 378.15 | 0.00280332 | R | 18.56 | 1.48- | 0.00 | 17.08 | PAY |
| 1LIT02 | OIL | Little Cedar Creek Oil U | | 05/2020 | GOOW0520 | 2,319.75 | 0.00923968 | W | 450.34 | 24.06- | 49.30- | 376.98 | PAY |
| 1LIT02 | OIL | Little Cedar Creek Oil U | | 05/2020 | PLAI0520 | 378.15 | 0.00923968 | W | 61.18 | 4.89- | 0.00 | 56.29 | PAY |
| 1LIT02 | OIL | Little Cedar Creek Oil U | | 06/2020 | GOOD0620 | 2,378.79 | 0.00004835 | O | 4.34 | 0.25- | 0.26- | 3.83 | PAY |
| 1LIT02 | OIL | Little Cedar Creek Oil U | | 06/2020 | GOOD0620 | 2,378.79 | 0.00280332 | R | 251.52 | 14.17- | 15.34- | 222.01 | PAY |
| 1LIT02 | OIL | Little Cedar Creek Oil U | | 06/2020 | GOOD0620 | 2,378.79 | 0.00923968 | W | 829.00 | 46.71- | 50.55- | 731.74 | PAY |
| 1LIT02 | PRG | Little Cedar Creek Oil U | | 04/2020 | CONC0520 | 32,210.92 | 0.00004835 | O | 3.55- | 0.00 | 0.00 | 3.55- | PAY |
| 1LIT02 | PRG | Little Cedar Creek Oil U | | 04/2020 | CONC0520 | 32,210.92 | 0.00280332 | R | 206.06- | 0.00 | 0.00 | 206.06- | PAY |
| 1LIT02 | PRG | Little Cedar Creek Oil U | | 04/2020 | CONC0520 | 32,210.92 | 0.00923968 | W | 679.18- | 0.00 | 0.00 | 679.18- | PAY |
| 1LIT02 | PRG | Little Cedar Creek Oil U | | 05/2020 | CON0520 | 21,360.53 | 0.00004835 | O | 2.50- | 0.00 | 0.00 | 2.50- | PAY |
| 1LIT02 | PRG | Little Cedar Creek Oil U | | 05/2020 | CON0520 | 21,360.53 | 0.00280332 | R | 144.76- | 0.00 | 0.00 | 144.76- | PAY |
| 1LIT02 | PRG | Little Cedar Creek Oil U | | 05/2020 | CON0520 | 21,360.53 | 0.00923968 | W | 477.14- | 0.00 | 0.00 | 477.14- | PAY |
| 1LIT02 | PRG | Little Cedar Creek Oil U | | 06/2020 | CONC0620 | 13,914.08 | 0.00004835 | O | 0.15 | 0.00 | 2.02- | 1.87- | PAY |
| 1LIT02 | PRG | Little Cedar Creek Oil U | | 06/2020 | CONC0620 | 13,914.08 | 0.00280332 | R | 8.97 | 0.00 | 117.13- | 108.16- | PAY |
| 1LIT02 | PRG | Little Cedar Creek Oil U | | 06/2020 | CONC0620 | 13,914.08 | 0.00923968 | W | 29.57 | 0.00 | 386.07- | 356.50- | PAY |
| 2BRO05 | CND | North East Bro | REV01 | 05/2020 | CON0520 | 20.51 | 1.00000000 | W | 266.11 | 0.00 | 0.00 | 266.11 | PAY |
| 2BRO05 | CND | North East Bro | REV01 | 06/2020 | CONC0620 | 15.49 | 1.00000000 | W | 434.78 | 0.00 | 0.00 | 434.78 | PAY |
| 2BRO05 | GAS | North East Bro | REV01 | 05/2020 | SEA0520 | 2,414.37 | 1.00000000 | W | 3,958.76 | 0.00 | 0.00 | 3,958.76 | PAY |
| 2BRO05 | GAS | North East Bro | REV01 | 06/2020 | SEAG0620 | 2,754.30 | 1.00000000 | W | 3,489.94 | 0.00 | 0.00 | 3,489.94 | PAY |
| 2BRO05 | PRG | North East Bro | REV01 | 05/2020 | CON0520 | 7,666.91 | 1.00000000 | W | 2,852.21- | 0.00 | 0.00 | 2,852.21- | PAY |
| 2BRO05 | PRG | North East Bro | REV01 | 06/2020 | CONC0620 | 7,793.04 | 1.00000000 | W | 1,621.66 | 0.00 | 3,303.14- | 1,681.48- | PAY |
| 2BRO06 | CND | North West Br | REV01 | 04/2020 | CONC0520 | 25.70 | 1.00000000 | W | 152.40 | 0.00 | 0.00 | 152.40 | PAY |
| 2BRO06 | CND | North West Br | REV01 | 05/2020 | CON0520 | 29.09 | 1.00000000 | W | 377.45 | 0.00 | 0.00 | 377.45 | PAY |
| 2BRO06 | CND | North West Br | REV01 | 06/2020 | CONC0620 | 23.98 | 1.00000000 | W | 673.13 | 0.00 | 0.00 | 673.13 | PAY |
| 2BRO06 | GAS | North West Br | REV01 | 03/2020 | SEAG03CR | 3,597.00- | 1.00000000 | W | 4,935.97- | 0.00 | 0.00 | 4,935.97- | PAY |
| 2BRO06 | GAS | North West Br | REV01 | 03/2020 | SEAG03CR | 2,995.94 | 1.00000000 | W | 4,935.97 | 0.00 | 0.00 | 4,935.97 | PAY |
| 2BRO06 | GAS | North West Br | REV01 | 04/2020 | SEAG0520 | 2,604.87 | 1.00000000 | W | 3,861.26 | 0.00 | 0.00 | 3,861.26 | PAY |
| 2BRO06 | GAS | North West Br | REV01 | 05/2020 | SEA0520 | 2,993.47 | 1.00000000 | W | 4,908.29 | 0.00 | 0.00 | 4,908.29 | PAY |
| 2BRO06 | GAS | North West Br | REV01 | 06/2020 | SEAG0620 | 3,718.30 | 1.00000000 | W | 4,685.84 | 0.00 | 0.00 | 4,685.84 | PAY |
| 2BRO06 | PRG | North West Br | REV01 | 04/2020 | CONC0520 | 8,613.04 | 1.00000000 | W | 4,473.24- | 0.00 | 0.00 | 4,473.24- | PAY |
| 2BRO06 | PRG | North West Br | REV01 | 05/2020 | CON0520 | 12,467.28 | 1.00000000 | W | 3,654.45- | 0.00 | 0.00 | 3,654.45- | PAY |
| 2BRO06 | PRG | North West Br | REV01 | 06/2020 | CONC0620 | 13,666.61 | 1.00000000 | W | 2,762.90 | 0.00 | 4,786.18- | 2,023.28- | PAY |
| PRUP01 | | OWNER TOTAL: | | | | | 145 | | 30,868.66 | 3,446.68- | 35,994.34- | 8,572.36- | |

| Grand Total | | | | | | 4,888,048.50 | 145 | | 30,868.66 | 3,446.68- | 35,994.34- | 8,572.36- | |

Total by Owner Balance Being Negative/Positive:

| | | | | | |
|---|---|---|---|---|---|
| Total Owner Positive Balance | | | | 0 | 0.00 |
| Total Owner Negative Balance | | | | 1 | 8,572.36- |

AHC 000315