

Stan Kynerd <skynerd@pruet.com>

## FW: RE: Cash Calls CCL&T 34-12 #1 & CCL&T 3-4 #1 - SEBU
1 message

**John** <jcm@dfn.com>  Wed, Oct 21, 2020 at 6:59 PM
To: Stan Kynerd <skynerd@pruet.com>, David Hilton <dhilton@pruet.com>

Dang this is killing me I didn't get you all on that distribution list correctly the first time. See below.

John Maxey
Sent from Samsung phone

-------- Original message --------
From: Don Eustes <done@sklarexploration.com>
Date: 10/21/20 4:05 PM (GMT-07:00)
To: Edward Yarbrough <edward@fmcllc.com>, John <jcm@dfn.com>, Alex Owen <alex@fletcherpetroleum.com>, David W Hall <davidwendallhall@gmail.com>, Harold De Leon <HDeLeon@sklarexploration.com>, FPCC William H <liweihu@fpcc.com.tw>, FPCC Poki S <pokisung@fpcc.com.tw>, Longleaf Roger C <rchapman@leighplace.com>, Richard West <rwest@sklarexploration.com>, John Bush <westarenergy@comcast.net>
Subject: RE: Cash Calls CCL&T 34-12 #1 & CCL&T 3-4 #1 - SEBU

William,
Good morning in Taiwan. As you can see by this chain of emails we are curious how close FPCC's model of SEBU is to completion. Let us know if you need anything to help the process.

Thanks
Don

-----Original Message-----
From: Edward Yarbrough <edward@fmcllc.com>
Sent: Wednesday, October 21, 2020 2:03 PM
To: John <jcm@dfn.com>; Alex Owen <alex@fletcherpetroleum.com>; David W Hall <davidwendallhall@gmail.com>; Don Eustes <done@sklarexploration.com>; Harold De Leon <HDeLeon@sklarexploration.com>; FPCC William H <liweihu@fpcc.com.tw>; FPCC Poki S <pokisung@fpcc.com.tw>; Longleaf Roger C <rchapman@leighplace.com>; Richard West <rwest@sklarexploration.com>; John Bush <westarenergy@comcast.net>
Subject: RE: Cash Calls CCL&T 34-12 #1 & CCL&T 3-4 #1 - SEBU

John,

On behalf of the Franks group and myself, we did not approve the work and believe the focus should be on having an effective flood prior to increasing deliverability. Especially since the acid proposals are directed at one or more of the injector candidates.

My vote if for recommending a delay in the work, at least until the committee has time to make a recommendation on an additional injector.

Thanks for initiating the discussion,
Ed

Edward Yarbrough
(318) 221-2688  Office
(318) 286-7515  Mobile

-----Original Message-----
From: John [mailto:jcm@dfn.com]

**Exhibit AHC-21**

AHC 000316

Sent: Tuesday, October 20, 2020 3:48 PM
To: Alex Owen <alex@fletcherpetroleum.com>; David W Hall <davidwendallhall@gmail.com>; Don Eustes <done@sklarexploration.com>; Edward Yarbrough <edward@fmcllc.com>; Harold De Leon <HDeLeon@sklarexploration.com>; William Hu <liweihu@fpcc.com.tw>; FPCC Poki S <pokisung@fpcc.com.tw>; Roger Longleaf <rchapman@leighplace.com>; Richard West <rwest@sklarexploration.com>; John Bush <westarenergy@comcast.net>
Cc: Ray Willis <rayw@dfn.com>; Shari Hamilton <shari_hoci@dfn.com>
Subject: Cash Calls CCL&T 34-12 #1 & CCL&T 3-4 #1 - SEBU

SW & SE Brooklyn Tech Group,

Please find attached the minutes and attendees of the last technical meeting held 9/30/2020.

Hanson has received cash calls for CT acid jobs on the subject producing wells in the SEBU.  Receiving cash calls would indicate the two stimulation proposals were approved per the Unit Operating Agreement, which if acted upon, will most likely result in acceleration of withdrawals from the SEBU per the estimated production increase in the proposal letters.  I have had an email conversation with Sklar (Richard), again voicing Hanson's concern with increased withdrawals in the SEBU before the injectivity problem is resolved.  It was my understanding from our meetings that this was also the general consensus of our committee with the minutes reflecting that discussion with no dissent.  I specifically asked Sklar in my email if all the working interest owners were advised by Sklar about the technical groups concerns of increased withdrawals without additional injection support, and the response was no, they were not.

Two of the items reflected in the meeting notes are Sklar's statements that the GOR and production in the SEBU has been flat, specifically the GOR for 6 to 7 months.  My concern with a flat GOR and production coupled with a very low voidage replacement ratio (VRR) that has ranged from less than 0.10 to an approx 0.25 is the possibility this indicates additional SEBU injection support beyond what the single unit injector (CCL&T 4-1 #1) is providing.  I thought the group was in agreement to wait a short period of time on William Hu's reservoir work, which he graciously offered, and utilize same to work diligently towards solving the injection problem.  However, I'm now alarmed that appears not to be the priority, and the prospect of increasing withdrawals on the SEBU is now the priority.   I'm going to be a little provocative and ask, why do we have a technical group?  It's my understanding that some companies that approved the proposals were under the impression they would be non-consent if they didn't approve, which is not the case under a unit operating agreement.  It's also my understanding that some of the technical group members were unaware their company or client had received the proposals, and were not consulted as to the decision to participate in the proposals.  So I would like to poll all the members and ask, who agrees with the subject proposals and who does not?  I think it's important that the technical group makes this formal determination so we all know where the group stands.  If we're going to have a legitimate, bonafide technical group for the SE & SW BU, it's important to know the who and why of agreement or disagreement.

I respectfully ask that you each please reply to this email with your thoughts and whether your in favor of the proposed acid jobs, or not.

Thanks in advance for you time and consideration,

--
John C. Maxey P.E.
Hanson Operating Co Inc
P. O. Box 1515
400 N. Pennsylvania, Suite 1200
Roswell, NM  88202-1515
Off: 575-622-7330 X25

AHC 000317