# STATE OIL AND GAS BOARD OF ALABAMA

**OIL AND GAS BOARD**
*James H. Griggs, Chairman*
*Charles E. (Ward) Pearson, Vice Chairman*
*Stephen P. French, Member*
*Berry H. (Nick) Tew, Jr., Secretary*
*S. Marvin Rogers, General Counsel*



*420 Hackberry Lane*
*P.O. Box 869999*
*Tuscaloosa, Alabama 35486-6999*
*Phone (205)349-2852*
*Fax  (205)349-2861*
*www.ogb.state.al.us*

**Berry H. (Nick) Tew, Jr.**
*Oil and Gas Supervisor*

July 3, 2019

Mr. Richard West
Sklar Exploration Company L.L.C.
401 Edwards Street, Suite 1601
Shreveport, Louisiana 71101

        Re:   SE Brooklyn Oil Unit
                  SW Brooklyn Oil Unit

Dear Mr. West:

    This letter is in regard to the Southeast and the Southwest Brooklyn Oil Units operated by Sklar Exploration Company L.L.C.. The subject units were established by the Board in Order number 2018-34 dated September 24, 2018 and became effective January 1, 2019. Subsequently, Sklar has been granted step 1 approval for six wells to be converted to water injection and another three wells to be converted to water source wells. To date, there have been no request submitted to the Board for step 2 approval to inject. In summary, Sklar has not commenced enhanced recovery operations for the units although unitization has been effective for six months. In contrast, Pruet Production, as operator of the two northern Brooklyn Units have nine wells converted to water injection with step 2 approval to inject. Water injection commenced in April 2019 in the northern units.

    Please provide to the Board an update on the progress Sklar has made toward implementing water flood operations and a timeline for initiating water injection. If you should have any questions regarding this matter, please let us know.

                                          Sincerely,

                                          Butch Gregory
                                          Engineering Manager

**Exhibit AHC-22**

*Mobile Regional Office, 250 N. Water Street, Suite 401 (36602),*
*P.O. Box 1368, Mobile, AL 36633-1368, Phone (251) 438-4848*



July 8, 2019

Mr. Butch Gregory
State Oil and Gas Board of Alabama
420 Hackberry Lane
Tuscaloosa, AL 35486-6999

Re: SE Brooklyn Oil Unit
SW Brooklyn Oil Unit

Dear Mr. Gregory:

In response to your letter dated July 3, 2019, questioning the timing of conversion of wells to water supply wells and to injection wells in the above referenced oil units, we would like to inform you that we have already installed all the water distribution lines for the SW Brooklyn Oil Unit, and have done most of the work to convert the CCL&T 32-11 #1 to a water supply well. All we have left to do on that well is to run the downhole electric submersible pump and tubing. We plan to complete that work this month, and then proceed to converting the remaining proposed conversions to water supply and injector wells. We will perform all proposed work in the SW Brooklyn Oil Unit and then begin the work in the SE Brooklyn Oil Unit.

We apologize for any inconvenience or concern we may have caused. If you have any additional questions or need more information, please let me know.

Sincerely,

*Richard West*

Richard West
Operations Manager

tel: 318.227.8668 • fax: 318.227.9012 • 401 Edwards Street, Ste 1601 • Shreveport, Louisiana 71101