

Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

J. Marshall Jones, III
Vice President- Chief Operating Officer

E-Mail: jmjones@sklarexploration.com

July 17, 2020

Working Interest Owners

     Re:    Southwest and Southeast Brooklyn Oil Units

We attach for your reference a copy of the documentation that Sklar presented at the working interest owner meeting conducted on July 16, 2020.

For the benefit of those of you who were not able to participate in the meeting, the bottom line is that Sklar's operations since unitization have increased production in both the Southwest and the Southeast Units (after taking into account the loss of production from the injection wells). While our water injection quantities have been less than was hoped, the injection rates in both units have recently increased materially. Furthermore, we note that the two northern units have not achieved their projected water injection rates either. This is not a reflection on Pruet's operations but rather is merely indicative of the fact that projections are sometimes just not realized in actual operations. As set forth in our presentation at the meeting, we presently intend to perform some additional coil tubing acid washes in both Units, as these have been quite successful.

There was concern expressed in the meeting about a decline in working interest owner revenues. Given the decline in the price of oil since unitization and the need to take several wells offline to convert to injector wells, this decline in revenue was to be expected. Concern was also expressed concerning whether Sklar was injecting more water into the Southwest Unit than it was producing in oil. Current oil production in the Southwest Unit is around 746 BOPD, whereas water injection is 1163 BWPD.

Exhibit

# AHC-23

AHC 000320

Towards the end of the meeting, our largest royalty owner, Cedar Creek Land & Timber Company, suggested that Sklar and Pruet ought to sit down and work cooperatively, rather than contentiously, in order to improve and maximize operations in all four units. Sklar heartily agrees and has already reached out to Pruet along these lines.

As was mentioned several times, Sklar is happy to respond to any questions that the owners may have. You should feel free to reach out to us and pose those questions or even if you wish to comment about something. Maximizing the present value of all owners' interest in these four Brooklyn units is everyone's mutual goal. Whatever ideas or suggestions might achieve that goal are highly welcome.

Sincerely,

J. Marshall Jones, III

AHC 000321



Brooklyn Units

AHC 000322

# Meeting Agenda

- Introduction [5 minutes]

- Technical Presentation [30 minutes]

- Agenda Discussion [15 minutes]

- Q+A [10 minutes]

AHC 000323

Brooklyn Units – Zone 1



★ WI wells in Zone 1

AHC 000324

## SE Brooklyn OU

Total Production:
1,207,047 BO
1,107,611 MCF
46,614 BW

Production:
- 675 BOPD, 703 MCFGD, 16 BWPD (June 2020 avg)
- Current inj:  398 BWD
- Total Injected:  29,350 BW

Five Coil Tubing Acid Jobs in past Year

Production change due to acid jobs, WI program, and removing 48 BOPD for WI:
- Oil Production  +15.8%
- Gas Production +18.35%
- Water Production -33.3%

Upcoming
- Acid wash:  CCLT 34-12 #1, CCLT 3-4 #1

4

AHC 000325



AHC 000326

## Acid Wash Results and Incremental Production Increase

| SKLAR EXPLORATION COMPANY, L.L.C. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Coil Tubing Freshwater Wash / Acid Treatment Results, as of 7/1/20, with decline rate of 2% Per Month included in Prior Production Rate | | | | | | | | | | |
| WELL NAME | TREATMENT DATE | PRIOR PROD RATE | | POST AVG PROD RATE | | DIFFERENCE | | | TOTAL INCREMENTAL PROD | |
| | | BOPD | MCFD | BOPD | MCFD | BOPD | MCFD | # OF DAYS POST TRTMT | BO | MCF |
| CCL&T 3-7 #1 | 8/20/2019 | 73 | 77 | 98 | 101 | 25 | 24 | 315 | 8,651 | 3,551 | Jet pump |
| CCL&T 33-10 #1 (R13E) | 10/29/2019 | 49 | 29 | 132 | 125 | 83 | 96 | 244 | 19,855 | 25,334 | Jet pump |
| CCL&T 34-15 #1 | 11/2/2019 | 110 | 40 | 153 | 94 | 43 | 54 | 239 | 10,072 | 11,405 | Jet pump |
| CCL&T 35-13 #1 | 3/11/2020 | 15 | 0 | 26 | 0 | 11 | 0 | 111 | 1,448 | 210 | Jet pump |
| Thomasson 33-12 #1 | 3/14/2020 | 9 | 26 | 30 | 78 | 21 | 52 | 107 | 2,570 | 6,437 | Jet pump |
| **TOTAL** | | 256 | 172 | 439 | 398 | 183 | 226 | | 42.596 | 46.937 | |

**Incremental Income: approx. +$1,812,049**
**Cost:  approx. $510,000**

6

SE Brooklyn Water Injection Summary and Plans

CCL&T 4-1 #1:

We began water injection through this well on 11/10/19 and achieved an injection rate of approximately 480 BPD.  The injection rate declined to 110 BPD by February 2020.  We re-perforated the injection interval (12,024' - 12,034', 6 SPF) and stimulated the well with Precise Propellant in February 2020, but the injection rate declined further to 65 BPD. The well recently developed casing/tubing communication.  We just recently pulled the tubing and packer, exchanged the packer, and tested the tubing back in the hole.  The communication was successfully repaired and approved by the AOGB.  We then acidized the well with 3000 gals 15% HCL.  The water injection rate is presently 398 BPD.

7

AHC 000328

SE Brooklyn Production History

**SEBOU**:

11/10/19:  Commenced injection on the CCL&T 4-1 #1 WI.

10/19:  Average production for the month of October (Immediately prior to injection) was 630 BOPD + 628 MCFD + 26 BWPD.

We lost 48 BOPD + 34 MCFD + 2 BWPD when we converted the CCL&T 4-1 #1.

Therefore:  The production rate prior to water injection less what we lost due to the conversion is the difference of the above = 582 BOPD + 594 MCFD + 24 BWPD

Present production rate (June 2020 avg) = 675 BOPD + 703 MCFD + 16 BWPD

**Change in production since commencement of water injection (approximately 7 months**) = 675 BOPD - 582 BOPD, 703 MCFD - 594 MCFD, 16 BWPD - 24 BWPD **= +92 BOPD, +109 MCFD,  - 8 BWPD**

**Change in oil production** = (92/582)(100) = **+15.80%**

**Change in gas production** = (109/594)(100) **= +18.35%**

**Change in water production** = (-8/24)(100) **= -33.3%**

8

## Border Wells Production

| WELL NAME | MONTH | DAYS PRODUCED | BOPD | BWPD | MCFD |
|---|---|---|---|---|---|
| **SKLAR EXPLORATION COMPANY, L.L.C.** | | | | | |
| **NEBOU Monthly Production on wells closest to SEBOU Border, from OGB-14** | | | | | |
| **CCL&T 32-2 #1** | January 2020 | 24 | 49.5 | 4.5 | 146.0 |
| | February 2020 | 29 | 55.1 | 0.4 | 159.6 |
| | March 2020 | 31 | 53.0 | 0.2 | 172.0 |
| | April 2020 | 30 | 49.8 | 0.3 | 229.4 |
| | May 2020 | 31 | 46.1 | 0.1 | 232.0 |
| | | | | | |
| | | | | | |
| **CCL&T 33-4 #1** | January 2020 | 26 | 82.4 | 3.9 | 208.4 |
| | February 2020 | 29 | 90.0 | 0.8 | 263.4 |
| | March 2020 | 31 | 84.9 | 0.9 | 276.5 |
| | April 2020 | 30 | 81.4 | 0.6 | 261.3 |
| | May 2020 | 31 | 53.9 | 0.3 | 179.4 |
| | | | | | |
| | | | | | |
| **CCL&T 32-4, 4-13 #1** | January 2020 | 20 | 95.7 | 5.2 | 62.5 |
| | February 2020 | 29 | 108.7 | 0.5 | 98.8 |
| | March 2020 | 31 | 118.4 | 0.1 | 126.6 |
| | April 2020 | 30 | 115.9 | 0.4 | 155.9 |
| | May 2020 | 31 | 79.2 | 0.2 | 78.2 |
| | | | | | |
| | | | | | |
| **CCL&T 34-4 #1** | January 2020 | 24 | 113.3 | 6.1 | 148.3 |
| | February 2020 | 29 | 120.1 | 1.0 | 144.3 |
| | March 2020 | 31 | 119.6 | 0.7 | 133.8 |
| | April 2020 | 30 | 123.4 | 1.5 | 181.2 |
| | May 2020 | 31 | 81.7 | 1.0 | 103.6 |
| | | | | | |
| | | | | | |
| **CCL&T 34-2 #1** | January 2020 | 31 | 9.1 | 0.0 | 0.0 |
| | February 2020 | 0 | 0.0 | 0.0 | 0.0 |
| | March 2020 | 31 | 8.6 | 0.0 | 0.0 |
| | April 2020 | 30 | 8.6 | 0.0 | 0.0 |
| | May 2020 | 31 | 8.6 | 0.1 | 0.0 |
| | | | | | |

9

AHC 000330

## Border Wells Comparison

| | | | | | |
|---|---|---|---|---|---|
| **SKLAR EXPLORATION COMPANY, L.L.C.** | | | | | |
| **SEBOU Monthly Production on wells closest to NEBOU Border** | | | | | |
| **WELL NAME** | **MONTH** | **DAYS PRODUCED** | **BOPD** | **BWPD** | **MCFD** |
| **CCL&T 32-9 #1** | January 2020 | 31 | 14.4 | 10.6 | 12.2 |
| | February 2020 | 29 | 12.3 | 11.7 | 14.9 |
| | March 2020 | 31 | 12.8 | 14.6 | 52.9 |
| | April 2020 | 30 | 12.0 | 11.4 | 60.2 |
| | May 2020 | 31 | 12.2 | 12.2 | 62.7 |
| | | | | | |
| | | | | | |
| **Thomasson 33-12 #1** | January 2020 | 31 | 22.6 | 0.1 | 52.8 |
| | February 2020 | 29 | 17.9 | 0.0 | 45.0 |
| | March 2020 | 28 | 29.9 | 6.2 | 66.8 |
| | April 2020 | 30 | 31.9 | 0.3 | 91.4 |
| | May 2020 | 31 | 31.4 | 0.2 | 86.2 |
| | | | | | |
| | | | | | |
| **CCL&T 33-10 #1** | January 2020 | 31 | 130.0 | 0.7 | 111.5 |
| | February 2020 | 29 | 131.0 | 3.7 | 148.5 |
| | March 2020 | 31 | 127.6 | 3.9 | 126.9 |
| | April 2020 | 30 | 124.9 | 0.1 | 139.3 |
| | May 2020 | 31 | 119.0 | 2.5 | 134.5 |
| | | | | | |
| | | | | | |
| **CCL&T 34-12 #1** | January 2020 | 31 | 143.2 | 0.0 | 133.3 |
| | February 2020 | 29 | 144.1 | 0.0 | 132.9 |
| | March 2020 | 31 | 144.8 | 0.1 | 132.5 |
| | April 2020 | 30 | 136.0 | 0.0 | 119.9 |
| | May 2020 | 31 | 136.8 | 0.1 | 147.9 |
| | | | | | |
| | | | | | |
| **CCL&T 34-15 #1** | January 2020 | 31 | 146.0 | 0.1 | 89.4 |
| | February 2020 | 29 | 142.8 | 0.3 | 87.8 |
| | March 2020 | 31 | 138.1 | 0.1 | 67.7 |
| | April 2020 | 30 | 140.8 | 0.0 | 76.8 |
| | May 2020 | 31 | 136.8 | 0.0 | 87.0 |
| | | | | | |
| | | | | | |
| **CCL&T 35-13 #1** | January 2020 | 31 | 15.2 | 0.0 | 0.0 |
| | February 2020 | 29 | 17.6 | 0.0 | 0.0 |
| | March 2020 | 28 | 29.9 | 4.8 | 7.3 |
| | April 2020 | 30 | 28.3 | 0.1 | 0.7 |
| | May 2020 | 31 | 27.4 | 0.1 | 0.4 |
| | | | | | |

Well has made water since intial completion.

Flat oil, water, gas rates indicate no cross-unit line movement

10

SW Brooklyn OU

Production:
- 746 BOPD, 4716 MCFGD, 36 BWPD (June 2020 avg)
- Current Injection:  1163 BWPD
- Total Injection: 235,342 BW

| Total Production: |
| :--- |
| 4,307,515 BO |
| 6,944,465 MCF |
| 146,379 BW |

Injectors:
- CCLT 32-9 #1 May 1-June 15 avg:  149 BWPD, current 294 BWPD
- CCLT 2-4 #1  May 1-June 15 avg:  154 BWPD, current 280 BWPD
- CCLT 3-2 #1 May 1-June 15 avg:  189 BWPD, current 278 BWPD
- CCLT 34-14 #1 May 1-June 15 avg:  145 BWPD, current 311 BWPD

Seven Coil Tubing Acid Jobs in last 15 months

Production change due to acid jobs, WI program, and removing 178 BOPD for WI:
- Oil Production +12.18%
- Gas Production -5.47%
- Water Production +44%

Upcoming
- Acid wash:  CCLT 2-11 #1, CCLT 2-2 #1

11



AHC 000333

## Acid Wash Results and Incremental Production Increase

| SKLAR EXPLORATION COMPANY, L.L.C. | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Coil Tubing Freshwater Wash / Acid Treatment Results, as of 7/1/20, with decline rate of 2% Per Month included in Prior Production Rate | | | | | | | | | | | |
| WELL NAME | TREATMENT DATE | PRIOR PROD RATE | | POST AVG PROD RATE | | DIFFERENCE | | # OF DAYS POST TRTMT | TOTAL INCREMENTAL PROD | | |
| | | BOPD | MCFD | BOPD | MCFD | BOPD | MCFD | | BO | MCF | |
| CCL&T 33-6 #1 | 4/5/2019 | 140 | 771 | 182 | 1422 | 42 | 651 | 453 | 19,991 | 316,396 | Flowing |
| CCL&T 33-10 #1 | 7/15/2019 | 75 | 219 | 160 | 721 | 85 | 502 | 349 | 28,516 | 191,220 | Jet pump to flow |
| CCL&T 33-12 #1 | 7/29/2019 | 11 | 54 | 17 | 72 | 6 | 18 | 335 | 1,039 | 4,827 | Jet pump |
| Graddy 34-8 #1 | 8/13/2019 | 64 | 479 | 97 | 765 | 33 | 286 | 322 | 9,969 | 100,447 | Flowing |
| Graddy 34-10 #1 | 8/16/2019 | 79 | 229 | 173 | 942 | 94 | 713 | 319 | 24,864 | 200,630 | Jet pump to flow |
| CCL&T 35-11 #1 | 10/25/2019 | 64 | 179 | 100 | 242 | 36 | 63 | 248 | 8,089 | 20,348 | Jet pump |
| CCL&T 35-5 #1 | 12/15/2019 | 82 | 322 | 163 | 767 | 81 | 445 | 198 | 13,749 | 94,365 | Jet pump to flow |
| **TOTAL** | | 515 | 2253 | 892 | 4931 | 377 | 2678 | | 106,217 | 928,233 | |

**Incremental Income: approx. +$6,495,965**
**Cost:  approx. $600,100**

13

AHC 000334

SW Brooklyn Production History

**SWBOU:**

9/26/19 – 10/03/19:  Commenced injection on the CCL&T 32-9#1 WI, CCL&T 2-4 #1 WI, CCL&T 3-2 #1 WI, and the CCL&T 34-14 #1 WI

9/19:  Average production for 8/26/19 – 9/25/19  (Immediately prior to injection) was 1050 BOPD + 5414 MCFD + 19 BWPD.

We lost 178 BOPD + 243 MCFD + 4 BWPD when we converted the CCL&T 32-9 #1, CCL&T 2-4 #1, CCL&T 3-2 #1 and CCL&T 34-14 #1.

Therefore:  The production rate prior to water injection less what we lost due to the conversions is the difference of the above = 872 BOPD + 5171 MCFD + 15 BWPD.

Present production rate (June 2020 avg) = 746 BOPD + 4716 MCFD + 36 BWPD.
**Change in production since commencement of water injection (approximately 8 months**) = 746 BOPD – 872 BOPD, 4716 MCFD - 5171 MCFD, 36 BWPD - 15 BWPD **= -126 BOPD, -455 MCFD, +21 BWPD.**
**Change in oil production =** (-126/872)(100) **= -14.44%**
**Change in gas production** = (-455/5171)(100) **= -8.79%**
**Change in water production** = (21/15)(100) **= +140%**

14

AHC 000335

SW Production History Cont'd

**However**, to be considered, **our first coil tbg job was performed on 4/5/19.** In fact **5 coil tbg jobs were performed prior to commencement of water injection, all of which increased production and all of which resulted in better "take points" for the water flood.**
If we look at production prior to the first coil tbg job:
3/19:  Average production rate for 3/6/19 – 4/5/19 (prior to injection and immediately prior to first coil tbg job) was 843 BOPD + 5232 MCFD + 29 BWPD. We lost 178 BOPD + 243 MCFD + 4 BWPD due to the conversions.
Therefore:  The production rate prior to water injection and prior to coil tbg jobs is the difference of the above = 665 BOPD + 4989 MCFD + 25 BWPD.

Present production rate (June 2020 avg) = 746 BOPD + 4716 MCFD + 36 BWPD.
**Change in production since the first coil tbg job (approximately 14 months)** = 746 BOPD - 665 BOPD, 4716 MCFD - 4989 MCFD, 36 BWPD - 25 BWPD **= +81 BOPD, -273 MCFD, +11 BWPD.**
**Change in oil production** = (81/665)(100) **= +12.18%**
**Change in gas production** = (-273/4989)(100) **= -5.47%**
**Change in water production** = (11/25)(100) = **+44%**

15

AHC 000336

SW Brooklyn Water Injection Summary and Plans

## CCL&T 2-4 #1-WI:

This well was able to inject little to no water when it was first converted.  We acidized the well on 9/25/19 with 1000 gals 15% HCL.  We resumed injecting on 9/26/19 and achieved an injection rate of approximately 270 BPD.  The injection rate fell to 120 BPD by December 2019, at which time the well developed casing/tubing communication and had to be shut-in as required.  We repaired the communication issue and re-perforated the injection interval (11,948'–11,964', 6 SPF). The well was returned to injection on 2/17/20, and the present injection rate is approximately 280 BPD.

AHC 000337

<u>CCL&T 3-2 #1-WI:</u>

We began water injection through this well on 10/3/19, and achieved an injection rate of approximately 225 BPD.  The injection rate declined to approximately 125 BPD by December 2019, at which time the well developed casing/tubing communication and had to be shut-in as required.  We repaired the communication issue and re-perforated the injection interval (12,084'- 12,096', 6 SPF). The well was returned to injection on 2/14/20, and the present injection rate is approximately 278 BPD.

AHC 000338

<u>CCL&T 32-9 #1-WI</u>:

We began water injection through this well on 9/26/19, and achieved an injection rate of approximately 240 BPD.  The injection rate declined to approximately 155 BPD by December 2019, at which time the well developed casing/tubing communication and had to be shut-in as required.  We repaired the communication issue, re-perforated the injection interval (12,070'–12,082', 6 SPF), and stimulated the well with Precise Propellant.  The well was returned to injection on 1/22/20, and the present injection rate is approximately 294 BPD.

AHC 000339

<u>CCL&T 34-14 #1-WI</u>:

We began water injection through this well on 10/3/19, and achieved an injection rate of approximately 1080 BPD.  The injection rate declined to approximately 840 BPD by January 2020, at which time the well developed casing/tubing communication and had to shut-in as required.  We repaired the communication issue, re-perforated the injection interval (12,046'–12,062', 6 SPF), and stimulated the well with Precise Propellant.  The well was returned to injection on 2/7/20, and the present injection rate is approximately 311 BPD.

19

AHC 000340

# Closing

SE Brooklyn
- +15.8% oil increase, +18.35% gas increase
- Incremental income:  $1,812,049

SW Brooklyn
- +12.18% oil increase, -5.47% gas decrease
- Incremental income:  $6,495,965

Total incremental income:  **$8,308,014**

20

Agenda Discussion

1.  Discuss whether a delay of the implementation of water injection may have an adverse impact on the overall recovery of oil from the Southeast Brooklyn Oil Unit.

There is no indication that a delay in implementation of water injection has had an adverse impact on overall oil recovery.

21

2. Pruet implemented physical injection of water into the NW and NE Brooklyn Oil Units in March of 2019. Records of the Alabama Oil and Gas Board reflect that Sklar did not begin physical injection of water into the Southeast Brooklyn Oil Unit until November of 2019. Discuss the reason for the delay by Sklar to begin physical injection of water into the Southeast Brooklyn Oil Unit.

It was determined from modeling that the CCL&T 4-1 #1 well should be a better candidate than the CCL&T 3-4 #1 as it is further down-dip and has as good or better permeability and porosity as the NEBOU injectors.  The CCL&T 3-4 #1 should also make a better take point.  Converting the CCL&T 3-4 #1 well would have taken 141 BOPD off production vs 48 BOPD for the CCL&T 4-1 #1.  It was also determined that drilling a water source well, the CCL&T 34-13 #1-WS, on the CCL&T 4-1 #1 location would be preferable to re-entering the plugged and abandoned CCL&T 4-9 #1 as originally proposed.  The cost involved would be essentially the same, but would eliminate the need to lay a 6,300' long water supply line, which would involve boring under the Sepulga River and associated wetlands, which would therefore eliminate possible future environmental contamination should a leak in the water supply line  occur.

AHC 000343

3. Discuss the results of Sklar's water injection program to date for the Southeast Brooklyn Oil Unit, including a comparison of the results of the injection to date with the results expected as evidenced by documents filed by Sklar in Docket No. 4-4-18-01 of the Alabama Oil and Gas Board and the Orders of the Alabama Oil and Gas Board relating thereto.

The water injection program for the Southeast Unit, in conjunction with the coil tubing stimulations, has caused an expected increase in oil and gas production above prior production rates.  We therefore view the program as a success.  While the quantity of water injected has been less than originally projected, such projections are estimates only.  As is often the case, actual results vary from expected results. In fact, none of the four units have met their projected estimates.  As described in #5 comments below, diligent efforts have been made to increase injection rates.  When our efforts were discussed with David Hilton, Pruet's Operations Manager, he commented that it appeared we had made every effort to increase injection, and he offered no suggestions or alternative recommendations.

23

AHC 000344

4.  Discuss whether the decline of daily oil production in the Southeast Brooklyn Oil Unit has been arrested.

There is currently no decline in production.  Production rates are higher today than prior to commencing injection.

24

AHC 000345

5.   Discuss whether the injection program implemented by Sklar for the Southeast Brooklyn Oil Unit is filling the void in the reservoir or whether the void is continuing to increase.

There is no evidence based on current GOR or production decline curve data to suggest the "void" in the SEBOU Zone 1 reservoir is not being "filled" adequately to prevent reservoir damage or cause a potential decrease in oil recovery.  There are different recommendations concerning void replacement ratio analysis, based on current field report literature, as to exactly what should be standard for defining efficacy in secondary injection in significantly variable permeability carbonate reservoirs.
It is not as simple as "water in/oil out".  We continue to produce more BOPD than BWPD injected.  We have repaired csg/tbg communication twice on CCL&T 4-1 #1 WI well, re-perforated the injection interval, stimulated with Precise Propellant, and acidized with 3000 gals 15% HCL.  We are presently injecting approximately 400 BWPD, running the injection pump 24 hrs per day.

25

AHC 000346

6.  Discuss the responsibility of Sklar to operate the Southeast Brooklyn Oil Unit in a manner as will enhance the value of the field to the Working Interest Owners and to the royalty owners in the Unit, including the royalty owners of Pruet and Sklar, and including specifically Cedar Creek Land & Timber, Inc.

Current production is 85 BOPD + 121 MCFD  more than prior to starting injection. The current water rate is 9 BWPD less than prior to starting injection.  This is due to the coil tubing stimulations performed on CCL&T 3-7 #1, 33-10 #1, 34-15 #1, 35-13 #1 and the Thomasson 33-12 #1, and also due to water injection.  The incremental increase in production is more than 42 MBO + 46 MMCF, or an increase in income of approximately $1,812,000 at a cost of approximately $510,000.

26

AHC 000347

7.  Discuss the responsibility of Sklar to operate the Southeast Brooklyn Oil Unit in a manner as will protect all of the units in the Brooklyn Field from migration of oil across unit lines, and the actions of Sklar to ensure that no migration across unit lines occurs.

Sklar is fully committed to the operation of its units to protect against cross-border migration.  There is absolutely no evidence to suggest migration of oil has occurred across unit lines as evidenced by the production rates of the wells near the border.  Oil and water production on the Pruet "Border" wells and the Sklar "Border" wells has remained fairly constant.

27

AHC 000348

8.   Advise as to whether Sklar considers the results of operations to date as satisfactory, and if not, the plan of operations proposed by Sklar which will result in the maximum recovery of oil from the Southeast Brooklyn Oil Unit.

Yes, we consider the results as satisfactory.  As indicated in #6 above, Sklar production has increased and two more coil tubing stimulations are planned to further increase production and make better take points.

28

9.  Advise as to whether Sklar views the results to date of secondary recovery in the Southeast Brooklyn Oil Unit to be of sufficient importance to keep the Working Interest Owners advised as is required by Paragraphs 7.2 and 7.6 of the Unit Operating Agreement for the Southeast Brooklyn Oil Unit.

Sklar has kept all WIO's informed of unit operations requiring well work or other significant expenditures, and has sent Production and Injection reports to WIO's that requested them.  We will now send these reports to all WIO's and request them to notify us if they do not wish to continue to receive them.

29