```
 1              STATE OIL AND GAS BOARD OF ALABAMA
 2                     SEPTEMBER 12, 2018
 3                         VOLUME II
 4                         8:30 a.m.
 5
 6        Testimony and proceedings before the State
 7   Oil and Gas Board of Alabama in Special Session at the
 8   University of Alabama, W. B. Jones Hall, 420 Hackberry
 9   Lane, Tuscaloosa, Alabama, pursuant to adjournment, on
10   September 12, 2018, before Anne E. Miller, CCR.
11
12                       IN ATTENDANCE:
13   FOR THE BOARD:
14   James H. Griggs ................... Chairman
     Charles E. (Ward) Pearson ........ Vice President
15
16   FOR THE STAFF:
17
     Dr. Berry H. (Nick) Tew, Jr. ......... Sec/Supervisor
18   S. Marvin Rogers .........General counsel/Hrg.officer
     Kirk McQuillan ..................... Deputy Director
19   Butch Gregory .............................. Engineer
     Randy Oglesby ............................. Geologist
20   Terry Burns ............................... Geologist
     Janet Foster Overton .............. Administrative
21   Assistant
22
23
```

*Certified Original* — 1/7/19

1                    P R O C E E D I N G S
2
3           CHAIRMAN GRIGGS:  State Oil and Gas Board
4  is back in session.  It's Wednesday morning, September
5  the 12th, at 8:35.  Let me mention a couple of house-
6  keeping items this morning.  First of all, we have a
7  different court reporter.  You guys seem to have worn
8  out the court reporter we had yesterday.  So if you
9  will, please identify yourself again before you speak
10 for purposes of our court reporter.
11          The other thing, yesterday I was remiss in
12 mentioning that Board Member French was not present
13 yesterday, and the reason he was not present and will
14 not be present is that he has recused himself from
15 these hearings related to the Brooklyn Field
16 unitization.  Mr. French has had absolutely nothing to
17 do with the matter of the hearing, the review of
18 documents, and in no way has he participated at all
19 with this unitization petition or series of unitization
20 petitions.  Having said that, we will resume.
21 Mr. Armbrecht, I believe your witness was next.
22          MR. ARMBRECHT:  My partner, Duane Graham,
23 will take the next witness, Ken Hanby.

Alabama Oil and Gas Board 09/12/2018 Final

Page 3

1   CHAIRMAN GRIGGS:  Mr. Graham?
2   MR. GRAHAM:  Chairman, we call Mr. Ken
3   Hanby.  He was sworn yesterday.  I don't think he needs
4   to be resworn.
5   CHAIRMAN GRIGGS:  He doesn't need to be
6   resworn.  We just remind him that he is still under
7   oath.
8   MR. GRAHAM:  Thank you, sir.  For the
9   record, my name is Duane Graham.  I represent Sklar
10  Exploration.
11
12  DIRECT EXAMINATION BY MR. GRAHAM:
13     Q.  Mr. Hanby, would you state your name and
14  address, please?
15     A.  Yes.  My name is Kendall P. Hanby, Senior, full
16  name.  And I live at 15431 Sandstone Road, Northport,
17  Alabama, 35475.
18     Q.  And you have a degree from the University of
19  Alabama?
20     A.  Yes, sir.
21     Q.  And what was that degree?
22     A.  My degree is in mineral engineering with a
23  petroleum option.

Alabama Oil and Gas Board 09/12/2018 Final

Page 4

1  Q. Is that essentially a petroleum engineering
2  degree?
3  A. Yes, sir.
4  Q. And by whom are you employed?
5  A. Employed by Tom Joiner and Associates.
6  Q. And what is Tom Joiner and Associates?
7  A. Tom Joiner and Associates is an oil and gas
8  environmental consulting firm.
9  Q. What is your current position with Tom Joiner?
10 A. I am the president.
11 Q. When did you start with Tom Joiner?
12 A. It would be in 1981.
13 Q. And prior to that, by whom were you employed?
14 A. Prior to that, I was employed by the State of
15 Alabama Oil and Gas Board.
16 Q. What was your position with the Oil and Gas
17 Board when you last were with the Board?
18 A. I was the assistant oil and gas supervisor.
19 Q. During your tenure at the Oil and Gas Board, did
20 you have occasion to participate in the drafting and
21 preparation of rules and regulations?
22 A. Yes, sir.
23 Q. Including order number 76-100?

```
 1      A.   Yes, sir.  We did that, completely rewriting of
 2   the rules and regulations.  And it was granted by order
 3   76-100.
 4      Q.   Okay.  During the course of your career since
 5   leaving the Board and being at Tom Joiner and
 6   Associates, have you testified numerous times at Oil
 7   and Gas Board hearings?
 8      A.   Yes, sir, I have.
 9      Q.   You have also testified in various court
10   proceedings as an expert petroleum engineer?
11      A.   I have, yes, sir, and log analyst.
12      Q.   Are you familiar with the Little Cedar Creek
13   Field that is just north of Brooklyn?
14      A.   Yes, sir, I am.
15      Q.   Did you testify as an expert petroleum engineer
16   in the hearings to establish Little Cedar Creek units
17   two and four?
18      A.   Yes, I did.
19      Q.   Are you familiar with the fish pond field just
20   south of Brooklyn?
21      A.   Yes, sir.
22      Q.   And did you testify as an expert petroleum
23   engineer in the hearings to establish the fish pond
```

Alabama Oil and Gas Board 09/12/2018 Final

Page 6

1 unit?

2    A. Yes, sir.

3    Q. Tell the Board about your general familiarity
4 with Smackover fields in the state of Alabama.

5    A. My first introduction to the Smackover in
6 Alabama was while I was employed with the Oil and Gas
7 Board, although that was as an engineer and then as
8 assistant supervisor. After our firm was created, we
9 began various projects in the state, and I have been
10 involved in just about every major Smackover reservoir
11 in Alabama and many of the smaller, as well as Norphlet
12 reservoirs immediately below it, both onshore and
13 offshore, and other reservoirs outside of Smackover,
14 Frisco City and Warrior Basin, coal degasification and
15 Miocene formations. But Smackover, I have been
16 involved in --

17        CHAIRMAN GRIGGS: Mr. Graham, if I can
18 interrupt at this point. Mr. Hanby has appeared before
19 this Board for the last 20 years, I'm sure. And unless
20 there is an objection from Mr. Taylor --

21        MR. TAYLOR: No objection.

22        CHAIRMAN GRIGGS: -- we will recognize him
23 as an expert in petroleum engineering.

Alabama Oil and Gas Board 09/12/2018 Final

Page 7

1    MR. GRAHAM:  Thank you, Mr. Chairman.
2    Q.  Now, Mr. Hanby, you heard Mr. Woods' testimony
3 yesterday concerning the Technical Committee for
4 Brooklyn?
5    A.  Yes, sir.
6    Q.  Did you serve on that committee?
7    A.  I did.
8    Q.  Do you concur with his testimony as to the
9 members of that committee and the number of meetings
10 that they had?
11    A.  Yes, sir.
12    Q.  You have personally spent a great deal of time
13 working on this Brooklyn unitization project, have you
14 not?
15    A.  I have, yes, sir.
16    Q.  Did you recently look at the number of hours you
17 have invested in this project?
18    A.  Yes, sir.
19    Q.  And how many was that?
20    A.  At the end of August, it was over 1800 hours.
21    Q.  And does that go back to March of 2015?
22    A.  Yes, sir.  It goes back to that.  And actually
23 before we were doing any work on a Technical Committee,

Alabama Oil and Gas Board 09/12/2018 Final

Page 8

1   but the work on the Brooklyn Field was begun strictly
2   working for Sklar, looking at the reservoir before the
3   Technical Committee was formed.
4        Q.   Okay, sir.  Now did the Technical Committee for
5   Brooklyn determine that secondary recovery was
6   indicated for the improvement of this field?
7        A.   Yes, sir, we did.
8        Q.   All right.  The proposal that is currently
9   contemplated is that that secondary recovery would use
10  water injection; is that correct?
11       A.   Yes.
12       Q.   Was there discussion of the possibility of using
13  gas injection?
14       A.   Yes, sir.
15       Q.   Why is the initial proposal to start with water
16  instead of gas?
17       A.   We had had a history as well as Sklar -- I say
18  we.  Pruet also had had experience with injecting gas
19  and water in the Little Cedar Creek unit.  The Little
20  Cedar Creek unit two, our initial injection was gas.
21  And prior to that time, Pruet had begun injecting gas
22  in unit one.  We began injecting gas in unit two and
23  continued that until we went back to the Board and

Alabama Oil and Gas Board 09/12/2018 Final

Page 9

1  filed a petition to change that operation to water, to
2  inject water.  And we began our water injection in
3  October of 2017 in unit two, and the results of that
4  have been very positive.  We have had great recovery
5  that has occurred since October of 2017.
6            Of course, prior to the injection of water,
7  we had levelized the decline that had set in in unit
8  two; whereas, our production was fairly constant, at a
9  constant level production.  We really didn't see any
10 increase with our gas injection.  Of course, we began
11 injecting gas in unit two when the pressure was very
12 low, and it takes a lot of gas to replace the barrels
13 of oil that have been recovered from unit two.  So we
14 have seen marked increase in our water production.
15           So in our discussions with Brooklyn, as we
16 talked about that, we also have the fact that it would
17 take tremendous gas in Brooklyn to have filled that
18 reservoir to start building the pressure back up
19 because of a volume of oil that's been produced.  And
20 gas, residual gas from the plants that are available
21 from Pruet and Sklar, simply wasn't of the volume that
22 we could repressure the reservoir with gas.  And we,
23 therefore, had to buy gas from commercial property at

1  their commercial gas sales price. And so the economics
2  of using gas injection by themselves pretty much ruled
3  that water injection would be the selected fluid. Plus
4  we have readily available water in the lower Tuscaloosa
5  to supply the water needed for water injection. So we
6  had discussions on that, and it was decided by the
7  committee that we would use water as our injected
8  source, at least initially in the Brooklyn Field.
9      Q. Has gas injection proven to be less effective in
10 reservoirs where the pressures have fallen to near or
11 below the bubble point?
12     A. Well, I know that's the experience that we have
13 received, and we still have not seen an increase in
14 unit four. We are doing water there. We started off
15 in unit four with water, but it was also lower than
16 unit two. And we have somewhat stabilized some of the
17 decline in unit four, but we are still not seeing
18 increases yet. We are still trying to fill up that
19 reservoir.
20     Q. Is the Brooklyn Field a depletion drive
21 reservoir or a water drive?
22     A. It is a depletion drive reservoir.
23     Q. And so does that mean that as oil is produced,

Alabama Oil and Gas Board 09/12/2018 Final

Page 11

1 the natural pressure declines?

2    A. Yes.

3    Q. And as that pressure declines, does it make the

4 effectiveness of secondary recovery operations less

5 successful the more there is a decline?

6    A. Yes, it does. The ideal time is to start

7 injection before you reach the bubble point. And, of

8 course, we are -- in most of the Brooklyn, we are below

9 the bubble point or right at the bubble point.

10    Q. Okay. So a delay in commencing secondary

11 recovery threatens to reduce the ultimate recovery of

12 oil; is that correct?

13    A. Yes. That's the result of delaying.

14    Q. You have mentioned a couple of times your

15 experiences with the Little Cedar Creek Field. Is that

16 field very similar to Brooklyn in a lot of ways?

17    A. It's very similar, as Mr. Wood testified. The

18 upper zone in the Little Cedar Creek and the zone one

19 in Brooklyn are very similar. The lower Smackover in

20 the Little Cedar Creek and the zones two, three, four

21 and five are very similar in Brooklyn to that lower in

22 Little Cedar Creek. And then there is zone six, which

23 is the Dolomite zone.

Alabama Oil and Gas Board 09/12/2018 Final

Page 20

1  yesterday that the Big Escambia Creek is a gas
2  condensate reservoir as opposed to an oil reservoir; is
3  that correct?
4      A.  Yes, sir.
5      Q.  Is that the reason that it didn't succeed?  It's
6  gas condensate instead of oil?  Did that have anything
7  to do with the failure of unitization?
8      A.  No, sir.  We have gas condensate reservoirs that
9  have been unitized in this state.  And that didn't have
10 any effect, the reason it wasn't unitized.
11          MR. PEARSON:  Mr. Hanby, will you speak
12 into the microphone so the people in the back can hear?
13          THE WITNESS:  I will speak louder.
14          MR. PEARSON:  The people just said that's
15 fine.  Thank you.
16     Q.  (BY MR. GRAHAM)  Did the failure to unitize Big
17 Escambia Creek cause a loss in ultimate recoverable oil
18 and gas from that field?
19     A.  It will, yes, because there would have been some
20 additional -- if it had been unitized, it would have
21 helped the owners, both royalty and operating, working
22 interest owners.
23     Q.  All right, sir.  Now there have been some issues

Freedom Court Reporting
877-373-3660    A Veritext Company    205-397-2397

AHC 000362

Alabama Oil and Gas Board 09/12/2018 Final

Page 21

```
 1   raised and concerns expresssed from various quarters
 2   about the possibility of there being migration of oil
 3   across these four unit boundaries.  Are you familiar
 4   with that issue?
 5       A.   Yes, sir.
 6       Q.   In your opinion, is there likely to be any net
 7   migration of oil between these units?
 8       A.   In my opinion, there is not.  Very minor.  If it
 9   does exist, anything net migration is going to be very,
10   very small.
11       Q.   All right.  Was this -- was the secondary
12   recovery plan here intentionally designed to minimize
13   any potential for drainage?
14       A.   Yes, sir.
15       Q.   Does conducting the secondary recovery
16   operations at the same time help to minimize drainage
17   or migration?
18       A.   Well, yes, sir.  It will simultaneously inject
19   water, and these different reservoirs will build the
20   pressures up in each of them.
21       Q.   All right.  Let's look back at this Exhibit
22   TC-5.  We just talked a second ago about the secondary
23   recovery in the zone three area on the north side of
```

Alabama Oil and Gas Board 09/12/2018 Final

Page 22

```
 1   the Northwest Brooklyn unit.  There is no possibility
 2   of any kind that there would be migration from that
 3   zone three area into northeast, southeast or southwest
 4   Brooklyn, is there?
 5        A.   No, sir.
 6        Q.   All right.  Let's look at the Southeast Brooklyn
 7   unit.  The Exhibit TC-5 shows a single injection well
 8   sort of in the middle of that unit?
 9        A.   Yes, sir.
10        Q.   All right.  And what is there to prevent
11   migration of oil during secondary recovery operations
12   from the southeast unit across into the northeast unit?
13        A.   If you will look at the TC-5 across the boundary
14   of the southeast unit and the northeast unit, in the
15   southeast unit, there is a well in each of the
16   sections, each of the tracts, that is adjacent to the
17   boundary.  And the injection well is in the center of
18   the proposed unit.  Likewise, in the northeast unit,
19   there are wells located in each of the tracts that abut
20   the boundary.  And once again, the injection well is on
21   the interior of the northeast, and those producing
22   wells along the border will prevent the drainage that
23   would be caused by secondary recovery operations from
```

Freedom Court Reporting
877-373-3660   A Veritext Company   205-397-2397

AHC 000364

Alabama Oil and Gas Board 09/12/2018 Final

Page 23

```
 1   these two units into the adjoining unit.
 2      Q.  Similarly, will the production wells to the
 3   southeast of the proposed injection well in the
 4   southeast unit prevent migration outside of the unit
 5   boundary into the area to the southeast?
 6      A.  Yes, sir.  We have got boundary wells, producing
 7   wells, there also.
 8           CHAIRMAN GRIGGS:  Mr. Graham, can I
 9   interrupt you just for a moment?  In an effort to
10   expedite this, it sounds like the evidence that
11   Mr. Hanby is giving, we received yesterday largely from
12   Mr. Wood.  Maybe if Mr. Hanby could agree with
13   Mr. Wood's evidence so we don't repeat that.  I'm just
14   trying to expedite the hearing, and we want you to put
15   whatever new evidence you wish into the record.
16           MR. GRAHAM:  Well, our only concern is we
17   are aware that there is some issue that has been raised
18   about migration with these four units.  Mr. Wood talked
19   about that from a geology standpoint.  Mr. Hanby, we
20   thought, was talking about that from an engineering
21   standpoint.  We don't -- since there has been some
22   concern raised about that, we don't want to leave any
23   stone unturned.
```