Minutes of Meeting July 30, 2020
SE and SW Brooklyn Oil Units
Page 1 of 3

SE & SW Brooklyn Oil Units Technical Group Meeting 7/30/20

Purpose and Scope of the Meeting:

Partial fieldwide unitization of the Smackover formation within Brooklyn Field was approved by the Alabama Oil and Gas Board effective January 1, 2019. The Smackover formation is primarily a gas expansion reservoir, consisting of heterogeneous pools. The Smackover formation in Brooklyn Field consists of six zones. Pruet Production Co. operates the NW and NE Brooklyn Oil Units, while Sklar Exploration Company LLC operates the SW and SE Brooklyn Oil Units. As relates to current secondary recovery operations, the NW Brooklyn Oil Unit produces from Zones 1, 3 and 4, while the NE, SW and SE Brooklyn Oil Units produce from Zone 1[1]. Water injection was commenced in the SW BOU in September of 2019, and was commenced in the SE BOU in November of 2019. The pumps on the injection wells in the SW and SE Brooklyn Oil Units were configured as of July 1, 2020 so as to permit continuous pressure on the injection wells. As of this date, the injection program for the SW and SE Brooklyn Oil Units is not performing in a satisfactory manner. A proper injection program for the units is necessary for a successful secondary recovery program on the units. The purpose and scope of the meeting was to review the injection program implemented for the SW and SE Brooklyn Oil Units, and based upon the information available, suggest actions that might be considered to improve the injection program.

Attendance via *Zoom*:

| | |
|---|---|
| William Hu | FPCC (engineer) |
| Harold De Leon | Sklar (Sklar production superintendent) |
| Richard West | Sklar (engineer) |
| Alex Owen | Fletcher (geologist) |
| Don Eustes | Sklar (geophysicist) |
| Ed Yarbrough | Franks (geologist) |
| David Hall | AEH (engineer) |
| John Bush | Hughes 2000 (engineer and geologist) |
| John Maxey | Hanson (engineer) |
| Roger Chapman | Cedar Creek (geologist) |
| David Hilton | Pruet (engineer) |

Meeting started at 10:00 am CST.

Before the discussion started on the SE & SW Units, Alex Owen requested that an overview be provided of Pruet's operations on the NE BOU. David Hilton advised that injection into Zone 1 commenced in March of 2019, and through July 28, 2020, 569,839 barrels of water have been injected into the reservoir through 2 injection wells for the NE Unit, averaging in the aggregate about 1000 barrels of water per day. Zone 1 of the NE Unit has now responded favorably with an increase in oil production resulting from water

---

[1] The Units also produce from other zones in the Smackover formation, in which injection operations are not currently being conducted.

August 4, 2020

**Exhibit**
**AHC-25**

AHC 000366

Minutes of Meeting July 30, 2020
SE and SW Brooklyn Oil Units
Page 2 of 3

injection and not other factors. As to the NW BOU, injection was commenced in March of 2019, with total water injection through July 28, 2020 being 7,116,465 barrels of water. There are two Zone 1 injection wells in the NW BOU, with average injection being about 1000 barrels per day per well (2000 barrels of water in the aggregate). Total water injection into the Zone 1 injection wells within the NW BOU is 906,888 through July 28, 2020. The NW Brooklyn Oil Unit has responded in a favorable manner to water injection, and not other factors, with increases in oil production and a drop in the GOR. The reservoir void in both the NW and NE Units is being diminished through water injection. There has been no water break-through in the NW and NE Units. Bottom hole pressure is now increasing in the CCLT 29-16 Well, and it is expected to increase in other wells. No suggestions were made as to Pruet's operations on the NW and NE BOUs.

It was suggested that Sklar give a summary of their injection efforts. Richard West said that some of the injection wells had been acidized & some had not but they all had been re-perforated and been shot with Precision Propellant. He said that they were injecting 1200-1400 BWPD into 4 injection wells in the SW with 3700 psi pump pressure & 275-300 BWPD into 1 injection well in the SE with 3700 psi pp.

David Hilton asked why the CCLT 34-14 injected 800-1000 BWPD in the 1st 3 months & then dropped to a little over a 100 BWPD after that. Richard West said he did not know that anything had happened other than it just started pressuring up and the injected volumes decreased. David Hall asked had the well been acidized & then we had a technical issue with the meeting.

The meeting re-convened after a few minutes: Ed Yarbrough had looked up the well history & determined that the CCLT 34-14 & the CCLT 3-2 had not been acidized. It was suggested that these 2 wells need to be acidized.

Discussion moved to the SE Unit injection problems. John Maxey asked if they had run any Millipore test and Harold said that they had not. David Hall asked what caused all of the tubing leaks on all of their injection wells.[2] Richard West said that it was the packers & that they were putting 30,000 lbs compression on them now & haven't had any other problems. David Hilton asked about their report showing that the tubing test tool on the recent workover on the CCLT 4-1 kept hanging up with sand. They said that they had investigated this & found that the sand came from the workover tank. William Hu said his calculation were that they needed to be injecting 700-800 BWPD just to balance the production using a Bo, formation volume factor, of 1.45 calculated at 1500 psi.[3] David Hall mention that hydraulic sand fracturing may be a solution but the consensus was that this was probably not an option. John Maxey asked about running step rate test & possibly pumping in at a higher pressure than frac pressure for a test to determine injectability if allowed by the AOGB. John Maxey also asked if there was any produced water being mixed with the source water & Sklar said there was no produced water being mixed at this time. John Maxey

---

[2] The question and response as to the tubing leaks relates to the SW and SE BOU.

[3] William Hu's comment as to the required injection required to balance production was an estimate given during the meeting. The July 31, 2020 daily report of Sklar is reflecting 685 barrels of oil and 73 barrels of water produced on July 30, 2020. Using a Bo factor of 1.45 would equate to an injection rate of 1066 barrels required to balance the production in the SE BOU. The Bo factor is a function of the bottom hole pressure of the wells within the unit, and will likely vary from 1.45 to 1.62 within the field.

August 4, 2020

Minutes of Meeting July 30, 2020
SE and SW Brooklyn Oil Units
Page 3 of 3

requested daily injection pressures be provided from the CCLT 4-1. Sklar said they had telemetry on the wells to acquire data and they would provide the data to the group. Richard West indicated that the injection pressure would decrease to a vacuum after the injection pumps were shut down for a relatively short amount of time. Sklar mentioned that they had filters on the injection water and they were asked what size mesh filters they were using and they responded that they were not sure what size. Ed Yarbrough stated that there were 2 lobes of permeability and that the bottom set had a lot less permeability that the top set. David Hilton mentioned that the bottom lobe is actually what we referred to in the AOGB hearing as Zone 2 and was not connected to the Zone 1 reservoir but that its low permeability made it a non-issue unless this zone is the taking all of the injected water.   It was also discussed that the core permeabilities in the 4-1 were similar to the injection wells in the NEB Unit. William Hu indicated that he thought the reservoir thickness was an issue in the 4-1 & that another injection well would be needed. Some general discussion on this subject was made & the consensus was that the current well needed some diagnostics run on it before adding another injection well.

The diagnostic tests were talked about & it was determined that a pressure fall off test would be run for skin & permeability calculations, a spinner survey to determine how many perforations were taking water, a Millipore test on the water for water quality and run scale analysis on the water.

It was established that another meeting would be scheduled for follow up on or before August 30th.
The meeting was ended at 1152 am CST.

August 4, 2020

AHC 000368