**SEB SWB JOINT TECHNICAL COMMITTEE MEETING**

**September 30, 2020**

Attendance via *Zoom*:

| | |
|---|---|
| William Hu | FPCC (engineer) |
| Harold De Leon | Sklar (Sklar production superintendent) |
| Richard West | Sklar (engineer) |
| Alex Owen | Fletcher (geologist) |
| Don Eustes | Sklar (geophysicist) |
| Ed Yarbrough | Franks (geologist) |
| David Hall | AEH (engineer) |
| John Bush | Hughes 2000 (engineer and geologist) |
| John Maxey | Hanson (engineer) |
| Roger Chapman | Cedar Creek (geologist) |
| David Hilton | Pruet (engineer) |

Don Eustes with Sklar opened meeting, turned discussion over to Richard West with Sklar
Richard-Asked for input as to items to be discussed. Talked about pkr leak in 4-1 hope to eliminate future leaks with permanent pkr. Current pkr set w/30k in compression. No indication of tbg or csg leak.
Ed Yarbrough- How much water is currently being injected in SEB
Richard-200-250 BWPD
Harold De Leon-Probably closer to 270 BWPD
Richard-Everyone should have results from PTA and Production Logging-just a tight reservoir.
David Hilton-Affirmed low permeability around 3 md – not much fluid injection.
Roger Chapman-Asked about timing of 4-1 wo.
Richard-Probably middle of next week should take 1.5-2 days
Richard-SWB current inj rate around 1200-1300 BWPD. Plan on acid stimulation on 3-2 and 34-14 after coil tubing work on 2-2 and 2-11. Rates are slowly increasing in SWB from initial 1100 BWPD to current 1300 BWPD.
David Hall asked what is required volume to exceed withdrawal in SWB
Richard- GOR possibly decreasing in SWB while SEB GOR has been steady for 6-7 months.
Don-Asked if anyone would like to have a conference with the engineer that ran original simulation models.
William Hu-Would like to review simulation report first. William is currently building a reservoir model to run his own simulation. Trying to history match produced and injected water.
Alex-Is there still discussion about adding 3-4 as an injector?
William Hu. Plan on modeling 3-4 as well as Thomasson.
David Hilton-Asked William if his geologic model was similar to unitization maps.
William Calculating reservoir volume with a 6% phie cutoff. Zone 1 and 2 correspond to Smk A & B Zone 3 and 4 correspond to Smk C & D. Geologic model connects NEB and SEB although low perm and limited pay between the two
David Hilton-Thomasson 33-12 possibly would help NEB more than SEB according to unitization maps. Connected to SEB but edge well.

**Exhibit**

**AHC-27**

AHC 000393

David Hall-Did we reach a consensus on adding additional injection well to SEB?
Ed Yarbrough-Need another injection well in SEB to have an effective flood.
David Hall- Probably 60 days away to convert an additional well.
Don-Worried about pulling 3-4 production off-20% of unit total.
David Hilton-NWB pulled 27% of production off with injectors and have made that up with increased produced volumes.
David Hilton-NWB GOR BELOW 2000 close to 1200 average
Richard-SEB GOR 1100 with flat production.
Richard-Hard to take production off when GOR and production is flat
David Hall-Not an effective flood though when withdrawal is exceeding injection
William Hu-Eventually will have to take off producer and convert to injection. Concerned 3-4 is too close to 4-1 and too far away from take points.
David Hilton-William would we harm SEB by injecting into 3-4?
William-3-4 concerns as to distance from take points, probably would choose a well closer to producers. If we sacrifice 100 BOPD then there are several possibilities. Should have history matching finished next week and ready to start simulation runs. History matching time consuming due to limited produced and injected water volumes.
Ed-Will AOGB allow boundary injection wells.?
David Hilton-Lots of testimony that boundary wells would not be used to prevent cross unit oil movement.
Roger-Would recommend to CCL&T to approve a boundary well.
David Hall- Guess we will wait on Sklar modeling runs.
Richard-Sklar's position is that no one wants to push oil across unit boundaries. Modeling would have to show no potential for cross unit oil movement.
David Hall-Possibly drill a boundary well to aid in injection for both SEB and NEB.
David Hilton-Wait on William simulation runs to make a decision on plan of action.
Don-Will talk to engineer about Sklar simulation runs.
William Hu- Sklar will need to update model to reflect water injection and produced water. William will try to finish simulation runs next Thursday and send out projections to everyone.
Don Wait on William's results next week and adjourned the meeting

AHC 000394