

Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Richard West – Operations Manager

Telephone: 318-212-0914
E-Mail: rwest@sklarexploration.com

January 30, 2019

**(Via Email)**
TO:    Working Interest Owners

RE:    Sklar Exploration Company, LLC
Secondary Recovery
Southeast Brooklyn Oil Unit
Conecuh & Escambia Counties, Alabama

Dear Owner:

The Southeast Brooklyn Oil Unit was approved by the Alabama Oil & Gas Board and became effective on January 1, 2019. In order to implement secondary recovery by water flood, Sklar Exploration Company LLC proposes to convert one producing well to a water injection well and to drill and complete one water source well on the same location.

The injection well will require cleaning of the current tanks. The PXD sleeve will be shifted closed and the standing valve pulled. The well will then be required to pass a Mechanical Integrity Pressure Test.

The water source well will be drilled and cased to 4850' and approximately 60' of the Lower Tuscaloosa Massive Sand will be perforated. The well will then be swabbed clean and an electric submersible pump will be installed.

The well to be converted to water injection and the estimated conversion expense is shown below:

| Well | Estimated AFE Expense |
|---|---|
| CCL&T 3-4 #1 (R13E Sklar) | $68,900.00 |

The well to be drilled and completed as a water source well and the estimated cost to do so is shown below.

| Well | Estimated AFE Expense |
|---|---|
| CCL&T 34-13 #1-WS | $705,000.00 |

**Exhibit AHC-31**

SE Brooklyn OU
Secondary Recovery
January 30, 2019
Page 2 of 3

Attached are the individual AFEs with detailed estimated expenses to convert the existing well to an injection well and to drill and complete the water source well. These forms are provided for information only. Please sign, date, and return the ballot on the following page acknowledging your approval.

If you have any questions, please let me know.

Sincerely,

*Richard West*

Richard West
Operations Manager

SE Brooklyn OU
Secondary Recovery
January 30, 2019
Page **3** of **3**

## SKLAR EXPLORATION COMPANY L.L.C.
## SOUTHEAST BROOKLYN OIL UNIT
## SECONDARY RECOVERY OPERATIONS
## ESCAMBIA AND CONECUH COUNTIES, ALABAMA

### BALLOT

_____ I/We hereby approve Sklar Exploration Company L.L.C.'s proposed implementation of water flood operations in the Southeast Brooklyn Oil Unit

_____ I/We hereby **reject** Sklar Exploration Company L.L.C.'s proposed implementation of water flood operations in the Southeast Brooklyn Oil Unit

SIGNATURE: _____

PRINTED NAME: _____

COMPANY NAME: _____

TITLE: _____

DATE: _____

AHC 000663

CCL&T 3-4 #1 (R13E) Convert to Injector AFE 011519,1/30/2019,1:27 PM

## SKLAR Exploration Company L.L.C.
401 Edwards St. Suite 1601
Shreveport, LA 71101
(318) 227-8668

### AUTHORITY FOR EXPENDITURE

| DATE: | January 15, 2019 | FIELD: | Brooklyn |
|---|---|---|---|
| OPERATOR: | Sklar Exploration Company L.L.C. | STATE: | Alabama |
| WELL: | CCL&T 3-4 #1 (R13E) | HORIZON: | Upper Smackover |
| LOCATION: | Section 3 (BHL), T3N, R13E | PROJ. T.D.: | 12,010' |

**PROPOSAL:** Convert to water injection well in the Upper Smackover.

| CODE or SUB | CLASSIFICATION: | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| 9100 | **LEASEHOLD COSTS** | | | |
| 81 | LEGAL FEES, TITLE OPINIONS, CURATIVE | | | |
| 86 | LEASE BONUS | | | |
| 84 | LEASE EXTENSION | | | |
| 88 | DELAY RENTALS | | | |
| 89 | BROKERAGE | | | |
| 90 | LANDMAN COSTS | | | |
| 91 | RECORDING FEES | | | |
| | **TOTAL LEASEHOLD COSTS** | $0 | $0 | $0 |
| 9200/9300 | **INTANGIBLE DRILLING & COMPLETION** | | | |
| 01 | SURVEY, DOC HEARINGS, PERMITS | | | |
| 02 | LOCATION PREPARATION/DIRT WORK | | | |
| 03 | LOCATION CLEAN UP & PIT CLOSURE | | | |
| 04 | SURFACE DAMAGES & ROW | | | |
| 05 | SETTING CONDUCTOR CASING | | | |
| 06 | RIG MOBILIZE/DEMOBILIZE | | | |
| 07 | DRILLING - FOOTAGE | | | |
| 08 | DRILLING - TURNKEY | | | |
| 10 | DAYWORK WITH DRILL PIPE | | | |
| 11 | DAYWORK WITHOUT DRILL PIPE | | | |
| 12 | DAYWORK - RIG EQUIPMENT & REPAIR | | | |
| 13 | ENGINEERING & SUPERVISION: | | 4,800 | 4,800 |
| 14 | RIG INSTRUMENTATION & MONITORING | | | |
| 15 | COIL TUBING UNIT | | | |
| 16 | DIRECTIONAL DRILLING TOOLS & SVCS | | | |
| 17 | MUD & CHEMICALS | | | |
| 18 | MUD DISPOSAL | | | |
| 23 | MUD LOGGING | | | |
| 24 | CEMENTING & EQUIPMENT | | | |
| 25 | CASING CREW & LAYDOWN MACHINE: | | | |
| 26 | PIPE TESTING | | 3,000 | 3,000 |
| 27 | EQUIPMENT RENTALS | | | |
| 28 | FISHING TOOLS & SVCS | | | |
| 29 | TELEPHONE & COMMUNICATIONS: | | | |
| 30 | WATER | | | |
| 31 | FUEL | | | |
| 32 | BITS | | | |
| 33 | TRANSPORTATION & TRUCKING | | | |
| 34 | CONTRACT LABOR | | 15,000 | 15,000 |
| 35 | SAFETY & H2S TRAINING | | | |
| 36 | LOGGING & WIRELINE (SLICKLINE) | | 3,500 | 3,500 |
| 37 | DRILL STEM & PRODUCTION TESTING | | | |
| 38 | CORING & ANALYSIS | | | |
| 39 | GEOLOGICAL | | | |
| 40 | GEOPHYSICAL | | | |
| 46 | WORKOVER RIG | | | |
| 47 | PERFORATION SERVICES | | | |
| 48 | COMPLETION FLUIDS | | | |
| 49 | STIMULATION SERVICES | | | |
| 50 | INSTALLATION OF WELL EQUIPMENT | | | |
| 51 | PIPELINE EXPENSES & ROW | | | |
| 58 | AUTO EXPENSE | | | |
| 61 | SALT WATER DISPOSAL | | 4,000 | 4,000 |
| 63 | VACUUM TRUCK | | 2,000 | 2,000 |
| 64 | SWABBING UNIT | | | |
| 65 | PLUG & ABANDON COSTS | | | |
| 78 | INSURANCE | | | |
| 79 | COPAS OVERHEAD - DRILLING/COMPLETION | | | |
| 82 | MISCELLANEOUS: ±5% contingency | 0 | 1,600 | 1,600 |
| | **TOTAL INTANGIBLE DRILLING & COMPLETION** | $0 | $33,900 | $33,900 |
| 9500 | **TANGIBLE EQUIPMENT - DRILLING** | | | |
| 01 | CONDUCTOR CASING | | | |
| 02 | SURFACE CASING | | | |
| 03 | INTERMEDIATE CASING & LINERS | | | |
| 04 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 05 | WELLHEAD EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - DRILLING** | $0 | $0 | $0 |
| 9520 | **TANGIBLE EQUIPMENT - COMPLETION** | | | |
| 21 | PRODUCTION CASING & LINERS | | | 0 |
| 22 | TUBING | | | 0 |
| 23 | PACKERS | | | 0 |
| 24 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 25 | WELLHEAD EQUIPMENT | | 5,000 | 5,000 |
| 27 | ARTIFICIAL LIFT EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - COMPLETION** | $0 | $5,000 | $5,000 |
| 9540 | **SURFACE PRODUCTION EQUIPMENT** | | | |
| 41 | SURFACE PRODUCTION EQUIPMENT | | 10,000 | 10,000 |
| 42 | COMPRESSION | | | |
| 43 | TANK BATTERY COSTS | | | |
| 44 | FLOWLINES, FITTINGS, CONNECTIONS | | 20,000 | 20,000 |
| 45 | PIPELINE & GATHERING SYSTEM COSTS | | | |
| 46 | SALES METERING EQUIPMENT | | | |
| | **TOTAL SURFACE PRODUCTION EQUIPMENT** | $0 | $30,000 | $30,000 |
| | **TOTAL EQUIPMENT** | $0 | $35,000 | $35,000 |
| | **TOTAL WELL COST** | $0 | $68,900 | $68,900 |

APPROVED:_____, 2019.

BY:_____

OEE Insurance Election (Please check your election below):
☐ Coverage under own policy with limits not less than_____.

☐ Coverage under Operator's policy

NOTE: If no election is checked or owner has not supplied proof of coverage prior to spud, owner will be included under and charged for SEC's OEE coverage.

AHC 000664


CCL&T 34-13 #1-WS D&C AFE 012919,1/30/2019,1:27 PM

## SKLAR Exploration Company L.L.C.
401 Edwards St. Suite 1601
Shreveport, LA 71101
(318) 227-8668

### AUTHORITY FOR EXPENDITURE

| DATE: | January 29, 2019 | FIELD: | SE Brooklyn Oil Unit |
|---|---|---|---|
| OPERATOR: | Sklar Exploration Company LLC | STATE: | AL |
| WELL: | CCL&T 34-13 #1-WS | HORIZON: | Lower Tuscaloosa Massive |
| LOCATION: | Section 34, T4N - R13E, Conecuh County | PROJ. T.D.: | 4850' MD = TVD |

**PROPOSAL:**

Set 9-5/8" at 1800'
Set 5-1/2" at 4850'

Date last revised:

| CODE or SUB | CLASSIFICATION: | DRY HOLE | COMPLETION | TOTAL |
|---|---|---|---|---|
| 9100 | **LEASEHOLD COSTS** | | | |
| 81 | LEGAL FEES, TITLE OPINIONS, CURATIVE | | | |
| 86 | LEASE BONUS | | | |
| 84 | LEASE EXTENSION | | | |
| 88 | DELAY RENTALS | | | |
| 89 | BROKERAGE | | | |
| 90 | LANDMAN COSTS | | | |
| 91 | RECORDING FEES | | | |
| | **TOTAL LEASEHOLD COSTS** | $0 | $0 | $0 |
| | | | | |
| 9200/9300 | **INTANGIBLE DRILLING & COMPLETION** | | | |
| 01 | SURVEY, DOC HEARINGS, PERMITS | | | |
| 02 | LOCATION PREPARATION/DIRT WORK | 40,000 | | 40,000 |
| 03 | LOCATION CLEAN UP & PIT CLOSURE | 8,000 | | 8,000 |
| 04 | SURFACE DAMAGES & ROW | | | |
| 05 | SETTING CONDUCTOR CASING | 9,000 | | 9,000 |
| 06 | RIG MOBILIZE/DEMOBILIZE | 60,000 | | 60,000 |
| 07 | DRILLING - FOOTAGE | | | |
| 08 | DRILLING - TURNKEY | | | |
| 10 | DAYWORK WITH DRILL PIPE | 62,500 | 12,500 | 75,000 |
| 11 | DAYWORK WITHOUT DRILL PIPE | | | |
| 12 | DAYWORK - RIG EQUIPMENT & REPAIR | | | |
| 13 | ENGINEERING & SUPERVISION: | 12,500 | 15,000 | 27,500 |
| 14 | RIG INSTRUMENTATION & MONITORING | | | |
| 15 | COIL TUBING UNIT | | | |
| 16 | DIRECTIONAL DRILLING TOOLS & SVCS | | | |
| 17 | MUD & CHEMICALS | 10,000 | | 10,000 |
| 18 | MUD DISPOSAL | | | |
| 23 | MUD LOGGING | | | |
| 24 | CEMENTING & EQUIPMENT | 20,000 | 22,000 | 42,000 |
| 25 | CASING CREW & LAYDOWN MACHINE | 10,000 | 15,000 | 25,000 |
| 26 | PIPE TESTING | | | |
| 27 | EQUIPMENT RENTALS | 18,000 | | 18,000 |
| 28 | FISHING TOOLS & SVCS | | | |
| 29 | TELEPHONE & COMMUNICATIONS | | | |
| 30 | WATER | | | |
| 31 | FUEL | 12,000 | | 12,000 |
| 32 | BITS | 8,000 | | 8,000 |
| 33 | TRANSPORTATION & TRUCKING | 7,500 | | 7,500 |
| 34 | CONTRACT LABOR | 5,000 | | 5,000 |
| 35 | SAFETY & H2S TRAINING | | | |
| 36 | LOGGING & WIRELINE | 12,000 | 2,000 | 14,000 |
| 37 | DRILL STEM & PRODUCTION TESTING | | | |
| 38 | CORING & ANALYSIS | | | |
| 39 | GEOLOGICAL | | | |
| 40 | GEOPHYSICAL | | | |
| 46 | WORKOVER RIG | | 15,000 | 15,000 |
| 47 | PERFORATION SERVICES | | 9,000 | 9,000 |
| 48 | COMPLETION FLUIDS | | 1,000 | 1,000 |
| 49 | STIMULATION SERVICES | | | |
| 50 | INSTALLATION OF WELL EQUIPMENT | | | |
| 51 | PIPELINE EXPENSES & ROW | | | |
| 58 | AUTO EXPENSE | | | |
| 61 | SALT WATER DISPOSAL | | | |
| 63 | HOT OIL SERVICE | | | |
| 64 | SWABBING UNIT | | 12,000 | 12,000 |
| 65 | PLUG & ABANDON COSTS | | | |
| 78 | INSURANCE | | | |
| 79 | COPAS OVERHEAD - DRILLING/COMPLETION | 6,000 | 600 | 6,600 |
| 82 | MISCELLANEOUS: ±5% contingency | 15,000 | 5,200 | 20,200 |
| | **TOTAL INTANGIBLE DRILLING & COMPLETION** | $316,000 | $109,000 | $425,000 |
| | | | | |
| 9500 | **TANGIBLE EQUIPMENT - DRILLING** | | | |
| 02 | SURFACE CASING (9-5/8") | 38,700 | | 38,700 |
| 03 | INTERMEDIATE CASING & LINERS (9-5/8") | | | |
| 04 | FLOAT EQUIPMENT, HANGERS & RELATED | 3,000 | | 3,000 |
| 05 | WELLHEAD EQUIPMENT | 4,400 | | 4,400 |
| 06 | CONDUCTOR CASING | | | |
| | **TOTAL TANGIBLE EQUIPMENT - DRILLING** | $46,000 | $0 | $46,000 |
| | | | | |
| 9520 | **TANGIBLE EQUIPMENT - COMPLETION** | | | |
| 21 | PRODUCTION CASING & LINERS (5-1/2") | | 67,900 | 67,900 |
| 22 | TUBING | | 24,000 | 24,000 |
| 23 | PACKERS | | | |
| 24 | FLOAT EQUIPMENT, HANGERS & RELATED | | 2,000 | 2,000 |
| 25 | WELLHEAD EQUIPMENT | | 10,000 | 10,000 |
| 26 | RODS, DOWNHOLE PUMPS & RELATED | | | |
| 27 | ARTIFICIAL LIFT EQUIPMENT | | 130,000 | 130,000 |
| | **TOTAL TANGIBLE EQUIPMENT - COMPLETION** | $0 | $234,000 | $234,000 |
| | | | | |
| 9535 | **SURFACE PRODUCTION EQUIPMENT** | | | |
| 36 | SURFACE ARTIFICIAL LIFT EQUIPMENT | | | |
| 41 | SURFACE PRODUCTION EQUIPMENT | | | |
| 42 | COMPRESSION (VRU) | | | |
| 43 | TANK BATTERY COSTS | | | |
| 44 | FLOWLINES, FITTINGS, CONNECTIONS | | | |
| 45 | PIPELINE & GATHERING SYSTEM COSTS | | | |
| 46 | SALES METERING EQUIPMENT | | | |
| | **TOTAL SURFACE PRODUCTION EQUIPMENT** | $0 | $0 | $0 |
| | | | | |
| | **TOTAL EQUIPMENT** | $46,000 | $234,000 | $280,000 |
| | | | | |
| | **TOTAL WELL COST** | $362,000 | $343,000 | $705,000 |

APPROVED:_____, 2019.

BY:_____

OEE Insurance Election (Please check your election below):
☐ Coverage under own policy with limits not less than_____.

☐ Coverage under Operator's policy

NOTE: If no election is checked or owner has not supplied proof of coverage prior to spud, owner will be included under and charged for SEC's OEE coverage.

AHC 000665