

March 4, 2019

RECEIVED
MAR 10 2019

**(Via Email)**
TO:  Working Interest Owners

Re:  Sklar Exploration Company L.L.C. –
Cash Calls, CCL&T 34-13 #1 WS,
CCL&T 3-4 #1 WI, Southeast Brooklyn Oil
Unit, Conecuh County, Alabama

Dear Owners:

Enclosed to each owner is a Cash Call Invoice covering your share of the estimated costs to drill the CCL&T 34-14 #1 for the purpose of a water source well. Also enclosed is a Cash Call Invoice covering your share of the estimated costs to convert the CCL&T 3-4 #1 to a water injection well. Should you have any questions, please contact our office.

Yours very truly,

Sutton Lloyd
Landman

Enclosures
cc:  Land

**Exhibit**

**AHC-33**

tel: 318.227.8668 • fax: 318.227.9012 • 401 Edwards Street, Ste 1601 • Shreveport, Louisiana 71101
tel: 303.541.1559 • fax: 303.443.1551 • 5395 Pearl Parkway, Ste 200 • Boulder, Colorado 80301

AHC 000677

**Sklar Exploration Co., L.L.C.**
401 Edwards Street, Suite 1601
Shreveport, LA 71101
(303)541-1559
Fax: (318)227-9012

# Cash Call

Hughes 2000 CT LLC
PO Box 1868
Brandon, MS 39043-1868

Account: HUG201

Date: 03/05/2019

## Cash Call

| | | | |
|---|---|---|---|
| **Cash Call#** | 309 | **Property#** | 1BRO04 |
| **Description** | CCL&T 34-13 #1-WS | **Property Desc** | Southeast Brooklyn Oil Unit |
| | Southeast Brooklyn Oil Unit | **County/State** | CONECUH, AL |

To invoice you for your proportionate share of the estimated costs to drill and complete as a water source well per the AFE dated January 29, 2019, for the CCL&T 34-13 #1-WS, Southeast Brooklyn Unit, Conecuh County, Alabama.

| Description | BCP |
|---|---:|
| **IDC** | |
| Location Preparation/Dirt Work | 40,000.00 |
| Location Clean Up/Pit Closure | 8,000.00 |
| Setting Conductor Casing | 9,000.00 |
| Rig Mobilize/Demobilize | 60,000.00 |
| Daywork with Drill Pipe | 62,500.00 |
| Engineering & Supervision Svcs | 12,500.00 |
| Mud & Chemicals | 10,000.00 |
| Cementing & Equipment | 20,000.00 |
| Casing Crew & Laydown Machine | 10,000.00 |
| Equipment Rentals | 18,000.00 |
| Fuel | 12,000.00 |
| Bits | 8,000.00 |
| Transportation & Trucking | 7,500.00 |
| Contract Labor | 5,000.00 |
| Logging & Wireline | 12,000.00 |
| COPAS Overhead | 6,000.00 |
| Miscellaneous | 15,000.00 |
| **Total - IDC** | **315,500.00** |
| **TANGIBLE** | |
| Surface Casing | 38,700.00 |
| Float Equip, Hangers & Related | 3,000.00 |
| Wellhead Equipment | 4,400.00 |
| **Total - TANGIBLE** | **46,100.00** |
| **TOTAL BCP** | **361,600.00** |

**Summary by Owner**

| Owner# | Owner Name | BCP Decimal Interest | Amount | Running Total Amount |
|---|---|---:|---:|---:|
| HUG201 | Hughes 2000 CT LLC | 0.07264526 | 26,268.52 | 26,268.52 |

AHC 000678

From: Sklar Exploration Co., L.L.C.  
To: Hughes 2000 CT LLC  

Cash Call: 309  
Property: 1BRO04  

Page 2

| Description | ACP |
|---|---|
| **ICC** | |
| Daywork with Drill Pipe | 12,500.00 |
| Engineering & Supervision Svcs | 15,000.00 |
| Cementing & Equipment | 22,000.00 |
| Casing Crew & Laydown Machine | 15,000.00 |
| Logging & Wireline | 2,000.00 |
| Workover Rig | 15,000.00 |
| Perforation Services | 9,000.00 |
| Completion Fluids | 1,000.00 |
| Swabbing Unit | 12,000.00 |
| COPAS Overhead | 600.00 |
| Miscellaneous | 5,400.00 |
| **Total - ICC** | **109,500.00** |
| **TANGIBLE** | |
| Production Casing & Liners | 67,900.00 |
| Tubing | 24,000.00 |
| Float Equip, Hangers & Related | 2,000.00 |
| Wellhead Equipment | 10,000.00 |
| Sub-Surface Artificial Lift Eq | 130,000.00 |
| **Total - TANGIBLE** | **233,900.00** |
| **TOTAL ACP** | **343,400.00** |

**Summary by Owner**

| Owner# | Owner Name | ACP Decimal Interest | Amount | Please Pay Cash Call Total Amount |
|---|---|---|---|---|
| HUG201 | Hughes 2000 CT LLC | 0.07264526 | 24,946.38 | 51,214.90 |

AHC 000679

**Sklar Exploration Co., L.L.C.**
401 Edwards Street, Suite 1601
Shreveport, LA 71101
(303)541-1559
Fax: (318)227-9012

# Cash Call

Hughes 2000 CT LLC
PO Box 1868
Brandon, MS 39043-1868

Account: HUG201

Date: 03/05/2019

## Cash Call

**Cash Call#** 309-W
**Description** CCL&T 3-4 #1
Southeast Brooklyn Oil Unit

**Property#** 1BRO04
**Property Desc** Southeast Brooklyn Oil Unit
**County/State** CONECUH, AL

To invoice you for your proportionate share of the estimated costs to convert to a water injection well per the AFE dated January 15, 2019, for the CCL&T 3-4 #1, Southeast Brooklyn Unit, Conecuh County, Alabama.

| Description | Workover |
|---|---|
| **Intangible Completion Costs** | |
| Engineering & Supervision Svcs | 4,800.00 |
| Pipe Testing | 3,000.00 |
| Contract Labor | 15,000.00 |
| Logging & Wireline | 3,500.00 |
| Salt Water Disposal | 4,000.00 |
| Vacuum Truck | 2,000.00 |
| Miscellaneous | 1,600.00 |
| **Total - Intangible Completion Costs** | **33,900.00** |
| | |
| **Tangible Completion Costs** | |
| Wellhead Equipment | 5,000.00 |
| Surface Production Equipment | 10,000.00 |
| Flowlines, Fittings, Connects | 20,000.00 |
| **Total - Tangible Completion Costs** | **35,000.00** |
| | |
| **TOTAL Workover** | **68,900.00** |

| Summary by Owner | | Workover | | Running Total |
|---|---|---|---|---|
| Owner# | Owner Name | Decimal Interest | Amount | Amount |
| HUG201 | Hughes 2000 CT LLC | 0.07264526 | 5,005.25 | 5,005.25 |

AHC 000680