

Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Tyler C. Robbins, In-House Counsel
Telephone: 720-253-1267
E-Mail: trobbins@sklarexploration.com

TO:   Working Interest Owners

RE:   Reminder Concerning Cash Calls

Dear Owner,

Please find the enclosed Cash Call for your proportionate share of the cost to perform the operation described therein. This letter serves to remind you of your obligations under the applicable Joint Operating Agreement (JOA) upon receipt of a Cash Call or request for advanced payment. Pursuant to Article VII.C. and Article XV of the JOA, you have fifteen (15) days from the date you receive the Cash Call to remit payment to Sklar Exploration Company L.L.C. of your proportionate share of the estimated expense of the operation. Failure to remit payment within such time period will result in a default of your obligations under the JOA and a continuing default may result in you being deemed a non-consenting party to such operation, subject to the applicable risk compensation provisions of the JOA.

This notice is not directed to any particular working interest owner, but rather serves as a reminder to all of your obligations under the JOA. Should you have any questions, please do not hesitate to contact our office.

Sincerely,

Tyler C. Robbins

Encl.

**Exhibit**

**AHC-34**

AHC 000681