Southwest Brooklyn Unit

| | | |
|---|---|---|
| Total Reservoir Voidage | 8059358 | |
| Total Water Injection | 322,494 | |
| Voidage Replacement Ratio, VRR | 0.040015 | |

| Date | Oil | Gas | Water | Total WI | Cum WI | CCLT 3-2 WI | CCLT 34-14 WI | CCLT 2-4 WI | CCLT 32-9 WI | Monthly Reservoir Voidage | Cumulative Reservoir Voidage | GOR cu ft/bbl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals | 4870954 | 7029137 | 168413 | 322494 | | 62098 | 132118 | 62078 | 66200 | 8059358 | 0.0400148 | |
| Jun-11 | 1656 | 2187 | 50 | | | | | | | -2732.72 | -2732.72 | 1321 |
| Jul-11 | 2688 | 2428 | 438 | | | | | | | -4792.56 | -7525.28 | 903 |
| Aug-11 | 57 | 0 | 147 | | | | | | | -239.34 | -7764.62 | 0 |
| Sep-11 | 0 | 0 | 0 | | | | | | | 0 | -7764.62 | 0 |
| Oct-11 | 2763 | 1710 | 648 | | | | | | | -5124.06 | -12888.68 | 619 |
| Nov-11 | 4583 | 2500 | 648 | | | | | | | -8072.46 | -20961.14 | 545 |
| Dec-11 | 4153 | 4197 | 697 | | | | | | | -7424.86 | -28386 | 1011 |
| Jan-12 | 4545 | 5469 | 1029 | | | | | | | -8391.9 | -36777.9 | 1203 |
| Feb-12 | 3984 | 4988 | 1279 | | | | | | | -7733.08 | -44510.98 | 1252 |
| Mar-12 | 4329 | 4386 | 840 | | | | | | | -7852.98 | -52363.96 | 1013 |
| Apr-12 | 4108 | 5487 | 942 | | | | | | | -7596.96 | -59960.92 | 1336 |
| May-12 | 4023 | 5809 | 1079 | | | | | | | -7596.26 | -67557.18 | 1444 |
| Jun-12 | 20254 | 22341 | 1173 | | | | | | | -33984.5 | -101541.66 | 1103 |
| Jul-12 | 27126 | 27680 | 1147 | | | | | | | -45091.1 | -146632.78 | 1020 |
| Aug-12 | 43855 | 44072 | 791 | | | | | | | -71836.1 | -218468.88 | 1005 |
| Sep-12 | 68625 | 71365 | 766 | | | | | | | -111939 | -330407.38 | 1040 |
| Oct-12 | 67534 | 71291 | 784 | | | | | | | -110189 | -440596.46 | 1056 |
| Nov-12 | 72983 | 67008 | 2358 | | | | | | | -120590 | -561186.92 | 918 |
| Dec-12 | 81796 | 75084 | 2496 | | | | | | | -135006 | -696192.44 | 918 |
| Jan-13 | 81402 | 74120 | 2599 | | | | | | | -134470 | -830662.68 | 911 |
| Feb-13 | 73278 | 66306 | 1353 | | | | | | | -120063 | -950726.04 | 905 |
| Mar-13 | 78815 | 63542 | 3313 | | | | | | | -130993 | -1081719.3 | 806 |
| Apr-13 | 74185 | 57001 | 3935 | | | | | | | -124115 | -1205834 | 768 |
| May-13 | 75467 | 61518 | 2502 | | | | | | | -124759 | -1330592.6 | 815 |
| Jun-13 | 80171 | 56766 | 3284 | | | | | | | -133161 | -1463753.6 | 708 |
| Jul-13 | 74852 | 58640 | 2917 | | | | | | | -124177 | -1587930.8 | 783 |
| Aug-13 | 82254 | 66006 | 3086 | | | | | | | -136337 | -1724268.3 | 802 |
| Sep-13 | 88314 | 69144 | 2415 | | | | | | | -145484 | -1869752 | 783 |
| Oct-13 | 94687 | 67444 | 5230 | | | | | | | -158623 | -2028374.9 | 712 |
| Nov-13 | 84389 | 66417 | 2632 | | | | | | | -139342 | -2167717.1 | 787 |
| Dec-13 | 86399 | 64027 | 2156 | | | | | | | -142122 | -2309839.5 | 741 |
| Jan-14 | 66045 | 51834 | 3138 | | | | | | | -110131 | -2419970.4 | 785 |
| Feb-14 | 70984 | 59071 | 2036 | | | | | | | -117030 | -2537000.5 | 832 |
| Mar-14 | 69339 | 61062 | 2479 | | | | | | | -114808 | -2651808.7 | 881 |
| Apr-14 | 67978 | 60833 | 2406 | | | | | | | -112530 | -2764339 | 895 |
| May-14 | 78993 | 60553 | 1528 | | | | | | | -129497 | -2893835.7 | 767 |
| Jun-14 | 71594 | 58510 | 541 | | | | | | | -116523 | -3010359 | 817 |
| Jul-14 | 65233 | 54189 | 619 | | | | | | | -106296 | -3116655.4 | 831 |
| Aug-14 | 63115 | 59907 | 366 | | | | | | | -102612 | -3219267.7 | 949 |
| Sep-14 | 64820 | 56991 | 462 | | | | | | | -105470 | -3324738.1 | 879 |
| Oct-14 | 61108 | 48653 | 451 | | | | | | | -99446 | -3424184.1 | 796 |
| Nov-14 | 61116 | 55116 | 191 | | | | | | | -99198.9 | -3523383 | 902 |
| Dec-14 | 64324 | 61228 | 496 | | | | | | | -104701 | -3628083.9 | 952 |
| Jan-15 | 58507 | 55285 | 1541 | | | | | | | -96322.3 | -3724406.2 | 945 |
| Feb-15 | 53497 | 51306 | 1524 | | | | | | | -88189.1 | -3812595.4 | 959 |
| Mar-15 | 54976 | 54809 | 1850 | | | | | | | -90911.1 | -3903506.5 | 997 |
| Apr-15 | 53060 | 53732 | 2455 | | | | | | | -88412.2 | -3991918.7 | 1013 |
| May-15 | 54688 | 56589 | 2941 | | | | | | | -91535.6 | -4083454.2 | 1035 |
| Jun-15 | 51909 | 53595 | 2460 | | | | | | | -86552.6 | -4170006.8 | 1032 |
| Jul-15 | 56169 | 69265 | 2122 | | | | | | | -93115.8 | -4263122.6 | 1233 |
| Aug-15 | 54468 | 61743 | 1838 | | | | | | | -90076.2 | -4353198.8 | 1134 |
| Sep-15 | 52489 | 52439 | 2379 | | | | | | | -87411.2 | -4440609.9 | 999 |
| Oct-15 | 52601 | 55665 | 2658 | | | | | | | -87871.6 | -4528481.6 | 1058 |
| Nov-15 | 49301 | 50846 | 2458 | | | | | | | -82325.6 | -4610807.2 | 1031 |
| Dec-15 | 49821 | 52134 | 2359 | | | | | | | -83069 | -4693876.2 | 1046 |
| Jan-16 | 45981 | 45955 | 2570 | | | | | | | -77059.2 | -4770935.4 | 999 |
| Feb-16 | 42733 | 38384 | 2416 | | | | | | | -71643.5 | -4842578.9 | 898 |
| Mar-16 | 46240 | 43454 | 2400 | | | | | | | -77308.8 | -4919887.7 | 940 |
| Apr-16 | 44085 | 42128 | 2095 | | | | | | | -73512.7 | -4993400.4 | 956 |
| May-16 | 46539 | 40545 | 1756 | | | | | | | -77149.2 | -5070549.6 | 871 |
| Jun-16 | 52326 | 31438 | 1431 | | | | | | | -86199.1 | -5156748.7 | 601 |
| Jul-16 | 55364 | 41535 | 1350 | | | | | | | -91039.7 | -5247788.4 | 750 |
| Aug-16 | 54056 | 46010 | 906 | | | | | | | -88476.7 | -5336265.1 | 851 |
| Sep-16 | 52626 | 49701 | 1241 | | | | | | | -86495.1 | -5422760.2 | 944 |
| Oct-16 | 54125 | 45937 | 1320 | | | | | | | -89002.5 | -5511762.7 | 849 |
| Nov-16 | 52216 | 46629 | 1395 | | | | | | | -85984.9 | -5597747.6 | 893 |
| Dec-16 | 53025 | 35550 | 1787 | | | | | | | -87687.5 | -5685435.1 | 670 |
| Jan-17 | 50250 | 45514 | 1118 | | | | | | | -82523 | -5767958.1 | 906 |
| Feb-17 | 45226 | 49468 | 1168 | | | | | | | -74434.1 | -5842392.2 | 1094 |
| Mar-17 | 44657 | 67698 | 2753 | | | | | | | -75097.3 | -5917489.6 | 1516 |
| Apr-17 | 42667 | 45071 | 1413 | | | | | | | -70533.5 | -5988023.1 | 1056 |
| May-17 | 43713 | 47641 | 1568 | | | | | | | -72383.1 | -6060406.2 | 1090 |
| Jun-17 | 40785 | 45904 | 1436 | | | | | | | -67507.7 | -6127913.9 | 1126 |
| Jul-17 | 40108 | 52656 | 2026 | | | | | | | -67001 | -6194914.8 | 1313 |
| Aug-17 | 40245 | 55463 | 1364 | | | | | | | -66560.9 | -6261475.7 | 1378 |
| Sep-17 | 38089 | 52522 | 1293 | | | | | | | -62997.2 | -6324472.9 | 1379 |
| Oct-17 | 38660 | 54568 | 1321 | | | | | | | -63950.2 | -6388423.1 | 1411 |
| Nov-17 | 37024 | 53842 | 1243 | | | | | | | -61221.9 | -6449645 | 1454 |
| Dec-17 | 37523 | 55957 | 1446 | | | | | | | -62233.3 | -6511878.3 | 1491 |
| Jan-18 | 35192 | 64702 | 1376 | | | | | | | -58387 | -6570265.3 | 1839 |
| Feb-18 | 32123 | 51531 | 971 | | | | | | | -53010.3 | -6623275.6 | 1604 |
| Mar-18 | 31187 | 47747 | 1355 | | | | | | | -51877.9 | -6675153.5 | 1531 |
| Apr-18 | 31885 | 53930 | 1213 | | | | | | | -52866.7 | -6728020.2 | 1691 |
| May-18 | 32562 | 54301 | 886 | | | | | | | -53636.4 | -6781656.6 | 1668 |
| Jun-18 | 29847 | 53751 | 928 | | | | | | | -49280.1 | -6830936.8 | 1801 |
| Jul-18 | 29028 | 66625 | 1066 | | | | | | | -48091.4 | -6879028.1 | 2295 |
| Aug-18 | 28291 | 65285 | 1118 | | | | | | | -46949.4 | -6925977.6 | 2308 |
| Sep-18 | 25982 | 61678 | 757 | | | | | | | -42847.8 | -6968825.4 | 2374 |
| Oct-18 | 27765 | 64467 | 856 | | | | | | | -45835.3 | -7014660.7 | 2322 |
| Nov-18 | 26199 | 65124 | 1435 | | | | | | | -43877.4 | -7058538.1 | 2486 |
| Dec-18 | 34093 | 74921 | 1598 | | | | | | | -56828.7 | -7115366.7 | 2198 |
| Jan-19 | 35959 | 81876 | 1027 | | | | | | | -59280.6 | -7174647.3 | 2277 |
| Feb-19 | 29922 | 90337 | 1010 | | | | | | | -49483.6 | -7224131 | 3019 |
| Mar-19 | 30453 | 99891 | 1211 | | | | | | | -50544.9 | -7274675.8 | 3280 |
| Apr-19 | 30678 | 107615 | 1233 | | | | | | | -50931.2 | -7325607.2 | 3508 |
| May-19 | 29398 | 121225 | 1373 | | | | | | | -48997.8 | -7374604.9 | 4124 |
| Jun-19 | 26910 | 115617 | 1042 | | | | | | | -44636.2 | -7419241.1 | 4296 |
| Jul-19 | 30171 | 104453 | 956 | | | | | | | -49833 | -7469074.2 | 3462 |
| Aug-19 | 34318 | 132054 | 1019 | | | | | | | -56614.2 | -7525688.3 | 3848 |
| Sep-19 | 31013 | 148036 | 739 | 3354 | 3354 | | | 1805 | 1549 | -47626.1 | -7573314.4 | 4773 |
| Oct-19 | 26958 | 130938 | 793 | 42940 | 46294 | 4916 | 24924 | 6545 | 6555 | -1524.96 | -7574839.3 | 4857 |
| Nov-19 | 26086 | 132673 | 749 | 40160 | 86454 | 3965 | 26492 | 4705 | 4998 | -2848.32 | -7577687.7 | 5086 |
| Dec-19 | 26961 | 140485 | 1022 | 29504 | 115958 | 1544 | 24558 | 1456 | 1946 | -15194.8 | -7592882.5 | 5211 |
| Jan-20 | 26,993 | 144,137 | 1,298 | 5742 | 121700 | 0 | 2,885 | 0 | 2857 | -39284.7 | -7632167.1 | 5340 |
| Feb-20 | 25,394 | 115,978 | 1,080 | 16175 | 137875 | 4446 | 5387 | 1418 | 4924 | -26043.3 | -7658210.4 | 4567 |
| Mar-20 | 26000 | 156519 | 951 | 24030 | 161905 | 4237 | 5697 | 7805 | 4101 | -19041 | -7677251.4 | 6020 |
| Apr-20 | 24258 | 142871 | 1458 | 17613 | 179518 | 4775 | 3985 | 5067 | 3786 | -23143 | -7700394.4 | 5890 |
| May-20 | 23458 | 137046 | 1131 | 18791 | 198309 | 5510 | 4637 | 4409 | 4235 | -20342 | -7720736.3 | 5842 |
| Jun-20 | 21789 | 139265 | 1069 | 21357 | 219666 | 6193 | 4091 | 5479 | 5594 | -15010.2 | -7735746.5 | 6392 |
| Jul-20 | 21805 | 133110 | 1035 | 35965 | 255631 | 8568 | 8714 | 9167 | 9516 | -394.1 | -7736140.6 | 6105 |
| Aug-20 | 20764 | 130511 | 954 | 35885 | 291516 | 8297 | 11068 | 7931 | 8589 | 1293.32 | -7734847.3 | 6285 |
| Sep-20 | 19839 | 122580 | 856 | 30978 | 322494 | 7457 | 9680 | 6291 | 7550 | -2017.18 | -7736864.5 | 6179 |
| Oct-20 | | | | | | | | | | | | |





Exhibit

**AHC-35**

Southeast Brooklyn Unit

| | | |
|---|---|---|
| Total Reservoir Voidage | 3010438 | |
| Total Water Injection | 46,794 | |
| Voidage Replacement Ratio, VRR | 0.015544 | |

| Date | Oil | Gas | Water | Total WI CCLT 4-1 | Cum WI | Monthly Reservoir Voidage | Cumulative Reservoir Voidage | GOR cu ft/bbl | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1158944 | 840924 | 38399 | | | | | | | |
| | 1822947 | 1423914 | 57264 | 46794 | | | | | 3010438 | 0.015544 |
| Oct-07 | 268 | 0 | 82 | | | -516.16 | -516.16 | 0 | | |
| Nov-07 | 236 | 0 | 0 | | | -382.32 | -898.48 | 0 | | |
| Dec-07 | 0 | 0 | 0 | | | 0 | -898.48 | 0 | | |
| Jan-08 | 0 | 0 | 0 | | | 0 | -898.48 | 0 | | |
| Feb-08 | | | | | | 0 | -898.48 | 0 | | |
| Mar-08 | 247 | 13 | 783 | | | -1183.14 | -2081.62 | 53 | | |
| Apr-08 | 503 | 92 | 44 | | | -858.86 | -2940.48 | 183 | | |
| May-08 | 413 | 4 | 26 | | | -695.06 | -3635.54 | 10 | | |
| Jun-08 | 172 | 19 | 10 | | | -288.64 | -3924.18 | 110 | | |
| Jul-08 | 243 | 31 | 9 | | | -402.66 | -4326.84 | 128 | | |
| Aug-08 | 221 | 10 | 0 | | | -358.02 | -4684.86 | 45 | | |
| Sep-08 | 202 | 42 | 0 | | | -327.24 | -5012.1 | 208 | | |
| Oct-08 | 367 | 83 | 0 | | | -594.54 | -5606.64 | 226 | | |
| Nov-08 | 391 | 6 | 3 | | | -636.42 | -6243.06 | 15 | | |
| Dec-08 | 411 | 16 | 17 | | | -682.82 | -6925.88 | 39 | | |
| Jan-09 | 388 | 0 | 0 | | | -628.56 | -7554.44 | 0 | | |
| Feb-09 | 312 | 0 | 8 | | | -513.44 | -8067.88 | 0 | | |
| Mar-09 | 304 | 0 | 0 | | | -492.48 | -8560.36 | 0 | | |
| Apr-09 | 303 | 0 | 0 | | | -490.86 | -9051.22 | 0 | | |
| May-09 | 286 | 0 | 0 | | | -463.32 | -9514.54 | 0 | | |
| Jun-09 | 279 | 0 | 7 | | | -458.98 | -9973.52 | 0 | | |
| Jul-09 | 279 | 0 | 8 | | | -459.98 | -10433.5 | 0 | | |
| Aug-09 | 267 | 0 | 0 | | | -432.54 | -10866.04 | 0 | | |
| Sep-09 | 239 | 0 | 0 | | | -387.18 | -11253.22 | 0 | | |
| Oct-09 | 251 | 0 | 0 | | | -406.62 | -11659.84 | 0 | | |
| Nov-09 | 236 | 0 | 0 | | | -382.32 | -12042.16 | 0 | | |
| Dec-09 | 253 | 0 | 0 | | | -409.86 | -12452.02 | 0 | | |
| Jan-10 | 247 | 0 | 8 | | | -408.14 | -12860.16 | 0 | | |
| Feb-10 | 246 | 0 | 0 | | | -398.52 | -13258.68 | 0 | | |
| Mar-10 | 256 | 0 | 0 | | | -414.72 | -13673.4 | 0 | | |
| Apr-10 | 188 | 435 | 0 | | | -304.56 | -13977.96 | 2314 | | |
| May-10 | 187 | 500 | 0 | | | -302.94 | -14280.9 | 2674 | | |
| Jun-10 | 220 | 441 | 0 | | | -356.4 | -14637.3 | 2005 | | |
| Jul-10 | 195 | 249 | 0 | | | -315.9 | -14953.2 | 1277 | | |
| Aug-10 | 260 | 323 | 0 | | | -421.2 | -15374.4 | 1242 | | |
| Sep-10 | 240 | 583 | 0 | | | -388.8 | -15763.2 | 2429 | | |
| Oct-10 | 173 | 368 | 0 | | | -280.26 | -16043.46 | 2127 | | |
| Nov-10 | 314 | 457 | 0 | | | -508.68 | -16552.14 | 1455 | | |
| Dec-10 | 234 | 374 | 6 | | | -385.08 | -16937.22 | 1598 | | |
| Jan-11 | 212 | 300 | 0 | | | -343.44 | -17280.66 | 1415 | | |
| Feb-11 | 124 | 195 | 0 | | | -200.88 | -17481.54 | 1573 | | |
| Mar-11 | 234 | 297 | 0 | | | -379.08 | -17860.62 | 1269 | | |
| Apr-11 | 190 | 222 | 3 | | | -310.8 | -18171.42 | 1168 | | |
| May-11 | 53 | 238 | 0 | | | -85.86 | -18257.28 | 4491 | | |
| Jun-11 | 198 | 204 | 3 | | | -323.76 | -18581.04 | 1030 | | |
| Jul-11 | 169 | 197 | 3 | | | -276.78 | -18857.82 | 1166 | | |
| Aug-11 | 207 | 227 | 0 | | | -335.34 | -19193.16 | 1097 | | |
| Sep-11 | 156 | 172 | 0 | | | -252.72 | -19445.88 | 1103 | | |
| Oct-11 | 0 | 0 | 50 | | | -50 | -19495.88 | 0 | | |
| Nov-11 | 309 | 0 | 3 | | | -503.58 | -19999.46 | 0 | | |
| Dec-11 | 157 | 0 | 10 | | | -264.34 | -20263.8 | 0 | | |
| Jan-12 | 194 | 0 | 7 | | | -321.28 | -20585.08 | 0 | | |
| Feb-12 | 175 | 0 | 5 | | | -288.5 | -20873.58 | 0 | | |
| Mar-12 | 183 | 0 | 0 | | | -296.46 | -21170.04 | 0 | | |
| Apr-12 | 174 | 0 | 0 | | | -281.88 | -21451.92 | 0 | | |
| May-12 | 174 | 0 | 0 | | | -281.88 | -21733.8 | 0 | | |
| Jun-12 | 162 | 0 | 0 | | | -262.44 | -21996.24 | 0 | | |
| Jul-12 | 182 | 0 | 0 | | | -294.84 | -22291.08 | 0 | | |
| Aug-12 | 167 | 0 | 0 | | | -270.54 | -22561.62 | 0 | | |
| Sep-12 | 161 | 0 | 0 | | | -260.82 | -22822.44 | 0 | | |
| Oct-12 | 188 | 0 | 0 | | | -304.56 | -23127 | 0 | | |
| Nov-12 | 156 | 0 | 0 | | | -252.72 | -23379.72 | 0 | | |
| Dec-12 | 161 | 0 | 0 | | | -260.82 | -23640.54 | 0 | | |
| Jan-13 | 180 | 0 | 0 | | | -291.6 | -23932.14 | 0 | | |
| Feb-13 | 100 | 0 | 0 | | | -162 | -24094.14 | 0 | | |
| Mar-13 | 146 | 0 | 0 | | | -236.52 | -24330.66 | 0 | | |
| Apr-13 | 156 | 0 | 0 | | | -252.72 | -24583.38 | 0 | | |
| May-13 | 159 | 0 | 0 | | | -257.58 | -24840.96 | 0 | | |
| Jun-13 | 1807 | 1839 | 203 | | | -3130.34 | -27971.3 | 1018 | | |
| Jul-13 | 4943 | 5574 | 27 | | | -8034.66 | -36005.96 | 1128 | | |
| Aug-13 | 2493 | 2298 | 188 | | | -4226.66 | -40232.62 | 922 | | |
| Sep-13 | 3343 | 2872 | 0 | | | -5415.66 | -45648.28 | 859 | | |
| Oct-13 | 3260 | 2746 | 0 | | | -5281.2 | -50929.48 | 842 | | |
| Nov-13 | 3028 | 2893 | 0 | | | -4905.36 | -55834.84 | 955 | | |
| Dec-13 | 2712 | 1939 | 0 | | | -4393.44 | -60228.28 | 715 | | |
| Jan-14 | 2096 | 1785 | 72 | | | -3467.52 | -63695.8 | 852 | | |
| Feb-14 | 2628 | 1862 | 13 | | | -4270.36 | -67966.16 | 709 | | |
| Mar-14 | 2087 | 1167 | 222 | | | -3602.94 | -71569.1 | 559 | | |
| Apr-14 | 3689 | 2219 | 275 | | | -6251.18 | -77820.28 | 602 | | |
| May-14 | 4987 | 3057 | 310 | | | -8388.94 | -86209.22 | 613 | | |
| Jun-14 | 5103 | 5199 | 361 | | | -8627.86 | -94837.08 | 1019 | | |
| Jul-14 | 5642 | 4250 | 319 | | | -9459.04 | -104296.12 | 753 | | |
| Aug-14 | 6980 | 5675 | 366 | | | -11673.6 | -115969.72 | 813 | | |
| Sep-14 | 11598 | 13810 | 356 | | | -19144.76 | -135114.48 | 1191 | | |
| Oct-14 | 10997 | 13323 | 312 | | | -18127.14 | -153241.62 | 1212 | | |
| Nov-14 | 11156 | 12067 | 283 | | | -18355.72 | -171597.34 | 1082 | | |
| Dec-14 | 15633 | 14041 | 705 | | | -26030.46 | -197627.8 | 898 | | |
| Jan-15 | 32664 | 26492 | 628 | | | -53543.68 | -251171.48 | 811 | | |
| Feb-15 | 32091 | 23246 | 517 | | | -52504.42 | -303675.9 | 724 | | |
| Mar-15 | 33976 | 30689 | 914 | | | -55955.12 | -359631.02 | 903 | | |
| Apr-15 | 34013 | 26137 | 1176 | | | -56277.06 | -415908.08 | 768 | | |

| Month | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| May-15 | 35254 | 30071 | 1071 | | | -58182.48 | -474090.56 | 853 |
| Jun-15 | 33541 | 29566 | 1027 | | | -55363.42 | -529453.98 | 881 |
| Jul-15 | 34973 | 30809 | 889 | | | -57545.26 | -586999.24 | 881 |
| Aug-15 | 35682 | 29912 | 723 | | | -58527.84 | -645527.08 | 838 |
| Sep-15 | 32835 | 27932 | 837 | | | -54029.7 | -699556.78 | 851 |
| Oct-15 | 32684 | 27707 | 949 | | | -53897.08 | -753453.86 | 848 |
| Nov-15 | 29196 | 24199 | 887 | | | -48184.52 | -801638.38 | 829 |
| Dec-15 | 26855 | 21710 | 1080 | | | -44585.1 | -846223.48 | 808 |
| Jan-16 | 29128 | 22430 | 817 | | | -48004.36 | -894227.84 | 770 |
| Feb-16 | 25248 | 19335 | 826 | | | -41727.76 | -935955.6 | 766 |
| Mar-16 | 25522 | 19652 | 860 | | | -42205.64 | -978161.24 | 770 |
| Apr-16 | 25263 | 17902 | 966 | | | -41892.06 | -1020053.3 | 709 |
| May-16 | 26117 | 14696 | 805 | | | -43114.54 | -1063167.8 | 563 |
| Jun-16 | 25028 | 12466 | 719 | | | -41264.36 | -1104432.2 | 498 |
| Jul-16 | 25088 | 12121 | 724 | | | -41366.56 | -1145798.8 | 483 |
| Aug-16 | 23804 | 14021 | 983 | | | -39545.48 | -1185344.2 | 589 |
| Sep-16 | 30764 | 16644 | 982 | | | -50819.68 | -1236163.9 | 541 |
| Oct-16 | 32072 | 19501 | 1148 | | | -53104.64 | -1289268.6 | 608 |
| Nov-16 | 28328 | 20665 | 910 | | | -46801.36 | -1336069.9 | 729 |
| Dec-16 | 28862 | 16138 | 818 | | | -47574.44 | -1383644.4 | 559 |
| Jan-17 | 26863 | 19127 | 911 | | | -44429.06 | -1428073.4 | 712 |
| Feb-17 | 24608 | 16786 | 988 | | | -40852.96 | -1468926.4 | 682 |
| Mar-17 | 26607 | 19519 | 944 | | | -44047.34 | -1512973.7 | 734 |
| Apr-17 | 24847 | 18757 | 917 | | | -41169.14 | -1554142.9 | 755 |
| May-17 | 25659 | 16212 | 1334 | | | -42901.58 | -1597044.4 | 632 |
| Jun-17 | 24223 | 11985 | 955 | | | -40196.26 | -1637240.7 | 495 |
| Jul-17 | 23954 | 11817 | 935 | | | -39740.48 | -1676981.2 | 493 |
| Aug-17 | 22812 | 10623 | 1006 | | | -37961.44 | -1714942.6 | 466 |
| Sep-17 | 21466 | 12491 | 743 | | | -35517.92 | -1750460.5 | 582 |
| Oct-17 | 23046 | 14499 | 972 | | | -38306.52 | -1788767.1 | 629 |
| Nov-17 | 26013 | 17164 | 947 | | | -43088.06 | -1831855.1 | 660 |
| Dec-17 | 26144 | 17157 | 752 | | | -43105.28 | -1874960.4 | 656 |
| Jan-18 | 24874 | 16032 | 632 | | | -40927.88 | -1915888.3 | 645 |
| Feb-18 | 21165 | 14520 | 668 | | | -34955.3 | -1950843.6 | 686 |
| Mar-18 | 23424 | 15122 | 872 | | | -38818.88 | -1989662.5 | 646 |
| Apr-18 | 22033 | 15733 | 657 | | | -36350.46 | -2026012.9 | 714 |
| May-18 | 21611 | 19203 | 765 | | | -35774.82 | -2061787.7 | 889 |
| Jun-18 | 20826 | 16981 | 320 | | | -34058.12 | -2095845.9 | 815 |
| Jul-18 | 20850 | 18755 | 498 | | | -34275 | -2130120.9 | 900 |
| Aug-18 | 21960 | 18734 | 280 | | | -35855.2 | -2165976.1 | 853 |
| Sep-18 | 21129 | 17760 | 461 | | | -34689.98 | -2200666 | 841 |
| Oct-18 | 21862 | 18844 | 352 | | | -35768.44 | -2236434.5 | 862 |
| Nov-18 | 20860 | 18072 | 374 | | | -34167.2 | -2270601.7 | 866 |
| Dec-18 | 21251 | 18260 | 593 | | | -35019.62 | -2305621.3 | 859 |
| Jan-19 | 21897 | 17401 | 638 | | | -36111.14 | -2341732.4 | 795 |
| Feb-19 | 18961 | 17696 | 743 | | | -31459.82 | -2373192.3 | 933 |
| Mar-19 | 20849 | 18630 | 957 | | | -34732.38 | -2407924.6 | 894 |
| Apr-19 | 20193 | 19059 | 491 | | | -33203.66 | -2441128.3 | 944 |
| May-19 | 19984 | 19687 | 593 | | | -32967.04 | -2474095.4 | 985 |
| Jun-19 | 18714 | 18539 | 703 | | | -31019.68 | -2505115.1 | 991 |
| Jul-19 | 18619 | 17569 | 607 | | | -30769.78 | -2535884.8 | 944 |
| Aug-19 | 19686 | 17862 | 616 | | | -32507.32 | -2568392.2 | 907 |
| Sep-19 | 19139 | 17079 | 499 | | | -31504.18 | -2599896.3 | 892 |
| Oct-19 | 19227 | 18775 | 1007 | | | -32154.74 | -2632051.1 | 976 |
| Nov-19 | 21582 | 13392 | 597 | 6644 | 6644 | -28915.84 | -2660966.9 | 621 |
| Dec-19 | 22261 | 21533 | 399 | 4840 | 11484 | -31621.82 | -2692588.7 | 967 |
| Jan-20 | 22,134 | 19,883 | 365 | 3612 | 15096 | -32610.08 | -2725198.8 | 898 |
| Feb-20 | 20,535 | 18,478 | 593 | 3047 | 18143 | -30812.7 | -2756011.5 | 900 |
| Mar-20 | 21624 | 21290 | 962 | 3140 | 21283 | -32852.88 | -2788864.4 | 985 |
| Apr-20 | 21419 | 23075 | 476 | 2899 | 24182 | -32275.78 | -2821140.2 | 1077 |
| May-20 | 20985 | 23550 | 510 | 2750 | 26932 | -31755.7 | -2852895.9 | 1122 |
| Jun-20 | 20286 | 10724 | 394 | 894 | 27826 | -32363.32 | -2885259.2 | 529 |
| Jul-20 | 19971 | 18197 | 633 | 6213 | 34039 | -26773.02 | -2912032.2 | 911 |
| Aug-20 | 20199 | 18686 | 601 | 8255 | 42294 | -25068.38 | -2937100.6 | 925 |
| Sep-20 | 18767 | 19901 | 641 | 4500 | 46794 | -26543.54 | -2963644.1 | 1060 |
| Oct-20 | | | | | | | | |





Northwest Brooklyn Unnit

| | | |
|---|---|---|
| Total Reservoir Voidage | 23471246 | |
| Total Water Injection | 8,452,969 | |
| Voidage Replacement Ratio, VRR | 0.360141 | |

| | 1171312 | 5544126 | 141071 | 7658120 | | | | | | | | -15,018,277 | 23471245.7 | 0.360141 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 14,194,077 | 29,341,847 | 476,841 | 8,452,969 | | 1,792,960 | 1,799,307 | 522,865 | 425,492 | 626,648 | 1,450,099 | 1,835,598 | | | |
| Date | Oil | Gas | Water | Total WI | Cum WI | CCLT 32-3 WI | Johnston 28-16 WI | Benjamin 26-4 WI | Mary Mack 30-15 WI | Godwin 36-1 | Kendall 25-7 | Lizzie Johnson 26-10 WI | Monthly Reservoir Voidage | Cumulative Reservoir Voidage | GOR cu ft/bbl |
| Nov-10 | 1741 | 1274 | 0 | | | | | | | | | | -2820.42 | -2820.42 | 732 |
| Dec-10 | 0 | 0 | 0 | | | | | | | | | | 0 | -2820.42 | 0 |
| Jan-11 | 3471 | 4412 | 120 | | | | | | | | | | -5743.02 | -8563.44 | 1271 |
| Feb-11 | 10028 | 10135 | 1144 | | | | | | | | | | -17389.4 | -25952.8 | 1011 |
| Mar-11 | 22640 | 25406 | 316 | | | | | | | | | | -36992.8 | -62945.6 | 1122 |
| Apr-11 | 32686 | 46828 | 226 | | | | | | | | | | -53177.3 | -116122.92 | 1433 |
| May-11 | 62957 | 67030 | 620 | | | | | | | | | | -102610 | -218733.26 | 1065 |
| Jun-11 | 65991 | 72060 | 56 | | | | | | | | | | -106961 | -325694.68 | 1092 |
| Jul-11 | 76418 | 77571 | 122 | | | | | | | | | | -123919 | -449613.84 | 1015 |
| Aug-11 | 76567 | 81666 | 174 | | | | | | | | | | -124213 | -573826.38 | 1067 |
| Sep-11 | 72665 | 83362 | 303 | | | | | | | | | | -118020 | -691846.68 | 1147 |
| Oct-11 | 76128 | 80655 | 569 | | | | | | | | | | -123896 | -815743.04 | 1059 |
| Nov-11 | 82028 | 79236 | 158 | | | | | | | | | | -133043 | -948786.4 | 966 |
| Dec-11 | 87942 | 85653 | 242 | | | | | | | | | | -142708 | -1091494.4 | 974 |
| Jan-12 | 96153 | 81795 | 213 | | | | | | | | | | -155981 | -1247475.3 | 851 |
| Feb-12 | 90597 | 87705 | 439 | | | | | | | | | | -147206 | -1394681.4 | 968 |
| Mar-12 | 106580 | 105062 | 451 | | | | | | | | | | -173111 | -1567792 | 986 |
| Apr-12 | 99664 | 101255 | 574 | | | | | | | | | | -162030 | -1729821.7 | 1016 |
| May-12 | 114023 | 117404 | 601 | | | | | | | | | | -185318 | -1915140 | 1030 |
| Jun-12 | 108716 | 117318 | 153 | | | | | | | | | | -176273 | -2091412.9 | 1079 |
| Jul-12 | 122319 | 129766 | 103 | | | | | | | | | | -198260 | -2289672.7 | 1061 |
| Aug-12 | 137076 | 136210 | 341 | | | | | | | | | | -222404 | -2512076.8 | 994 |
| Sep-12 | 138234 | 137522 | 126 | | | | | | | | | | -224065 | -2736141.9 | 995 |
| Oct-12 | 148684 | 145822 | 433 | | | | | | | | | | -241301 | -2977443 | 981 |
| Nov-12 | 151679 | 131607 | 1154 | | | | | | | | | | -246874 | -3224316.9 | 868 |
| Dec-12 | 181032 | 149698 | 381 | | | | | | | | | | -293653 | -3517969.8 | 827 |
| Jan-13 | 189031 | 178437 | 456 | | | | | | | | | | -306686 | -3824656 | 944 |
| Feb-13 | 172823 | 159376 | 570 | | | | | | | | | | -280543 | -4105199.3 | 922 |
| Mar-13 | 192283 | 174947 | 602 | | | | | | | | | | -312100 | -4417299.7 | 910 |
| Apr-13 | 174916 | 159888 | 589 | | | | | | | | | | -283953 | -4701252.6 | 914 |
| May-13 | 180266 | 179170 | 1081 | | | | | | | | | | -293112 | -4994364.6 | 994 |
| Jun-13 | 179130 | 189100 | 608 | | | | | | | | | | -290799 | -5285163.2 | 1056 |
| Jul-13 | 197017 | 211954 | 1091 | | | | | | | | | | -320259 | -5605421.7 | 1076 |
| Aug-13 | 191210 | 207513 | 1747 | | | | | | | | | | -311507 | -5916928.9 | 1085 |
| Sep-13 | 187064 | 201915 | 1316 | | | | | | | | | | -304360 | -6221288.6 | 1079 |
| Oct-13 | 198059 | 214712 | 2855 | | | | | | | | | | -323711 | -6544999.2 | 1084 |
| Nov-13 | 191214 | 202161 | 2932 | | | | | | | | | | -312699 | -6857697.8 | 1057 |
| Dec-13 | 190967 | 202940 | 2471 | | | | | | | | | | -311838 | -7169535.4 | 1063 |
| Jan-14 | 177194 | 189266 | 2017 | | | | | | | | | | -289071 | -7458606.7 | 1068 |
| Feb-14 | 161597 | 177417 | 1702 | | | | | | | | | | -263489 | -7722095.8 | 1098 |
| Mar-14 | 183332 | 207766 | 2140 | | | | | | | | | | -299138 | -8021233.6 | 1133 |
| Apr-14 | 185904 | 220923 | 1500 | | | | | | | | | | -302664 | -8323898.1 | 1188 |
| May-14 | 181047 | 218983 | 508 | | | | | | | | | | -293804 | -8617702.3 | 1210 |
| Jun-14 | 177404 | 206591 | 1371 | | | | | | | | | | -288765 | -8906467.7 | 1165 |
| Jul-14 | 174384 | 199555 | 1390 | | | | | | | | | | -283892 | -9190359.8 | 1144 |
| Aug-14 | 169240 | 207531 | 2210 | | | | | | | | | | -276379 | -9466738.6 | 1226 |
| Sep-14 | 184109 | 227307 | 2105 | | | | | | | | | | -300362 | -9767100.2 | 1235 |
| Oct-14 | 183051 | 227524 | 1531 | | | | | | | | | | -298074 | -10065174 | 1243 |
| Nov-14 | 171780 | 196688 | 1536 | | | | | | | | | | -279820 | -10344993 | 1145 |
| Dec-14 | 174445 | 201239 | 1459 | | | | | | | | | | -284060 | -10629053 | 1154 |
| Jan-15 | 170364 | 204851 | 1910 | | | | | | | | | | -277900 | -10906953 | 1202 |
| Feb-15 | 155216 | 187517 | 2207 | | | | | | | | | | -253657 | -11160610 | 1208 |
| Mar-15 | 181959 | 230823 | 1796 | | | | | | | | | | -296570 | -11457180 | 1269 |
| Apr-15 | 175622 | 224231 | 2271 | | | | | | | | | | -286779 | -11743958 | 1277 |
| May-15 | 179659 | 225626 | 3795 | | | | | | | | | | -294843 | -12038801 | 1256 |
| Jun-15 | 171253 | 233295 | 5330 | | | | | | | | | | -282760 | -12321561 | 1362 |
| Jul-15 | 173735 | 238382 | 6409 | | | | | | | | | | -287860 | -12609420 | 1372 |
| Aug-15 | 172342 | 245507 | 5830 | | | | | | | | | | -285024 | -12894444 | 1425 |
| Sep-15 | 169750 | 233302 | 6695 | | | | | | | | | | -281690 | -13176134 | 1374 |
| Oct-15 | 180615 | 273101 | 7489 | | | | | | | | | | -300085 | -13476220 | 1512 |
| Nov-15 | 168198 | 259002 | 6417 | | | | | | | | | | -278898 | -13755117 | 1540 |
| Dec-15 | 173267 | 296364 | 8870 | | | | | | | | | | -289563 | -14044680 | 1710 |
| Jan-16 | 174259 | 274104 | 8527 | | | | | | | | | | -290827 | -14335507 | 1573 |
| Feb-16 | 157320 | 264494 | 7220 | | | | | | | | | | -262078 | -14597585 | 1681 |
| Mar-16 | 164003 | 287678 | 7393 | | | | | | | | | | -273078 | -14870663 | 1754 |
| Apr-16 | 158434 | 283264 | 10151 | | | | | | | | | | -266814 | -15137477 | 1788 |
| May-16 | 161030 | 311851 | 9535 | | | | | | | | | | -270404 | -15407880 | 1937 |
| Jun-16 | 151927 | 306689 | 9043 | | | | | | | | | | -255165 | -15663045 | 2019 |
| Jul-16 | 161198 | 325176 | 9822 | | | | | | | | | | -270963 | -15934008 | 2017 |
| Aug-16 | 159021 | 350589 | 10127 | | | | | | | | | | -267741 | -16201749 | 2205 |
| Sep-16 | 152095 | 357340 | 10057 | | | | | | | | | | -256451 | -16458200 | 2349 |
| Oct-16 | 154143 | 387157 | 10544 | | | | | | | | | | -260256 | -16718456 | 2512 |
| Nov-16 | 145063 | 372055 | 9915 | | | | | | | | | | -244917 | -16963373 | 2565 |
| Dec-16 | 146206 | 366691 | 10211 | | | | | | | | | | -247065 | -17210437 | 2508 |
| Jan-17 | 139571 | 392666 | 10636 | | | | | | | | | | -236741 | -17447178 | 2813 |
| Feb-17 | 120391 | 348443 | 9578 | | | | | | | | | | -204611 | -17651790 | 2894 |
| Mar-17 | 126371 | 367819 | 9999 | | | | | | | | | | -214720 | -17866510 | 2911 |
| Apr-17 | 120622 | 372358 | 10071 | | | | | | | | | | -205479 | -18071988 | 3087 |
| May-17 | 119626 | 392878 | 7942 | | | | | | | | | | -201736 | -18273725 | 3284 |
| Jun-17 | 112119 | 483050 | 3653 | | | | | | | | | | -185286 | -18459010 | 4308 |
| Jul-17 | 109220 | 386482 | 2719 | | | | | | | | | | -179655 | -18638666 | 3539 |
| Aug-17 | 106578 | 385550 | 2168 | | | | | | | | | | -174824 | -18813490 | 3618 |
| Sep-17 | 100946 | 384161 | 3165 | | | | | | | | | | -166698 | -18980188 | 3806 |
| Oct-17 | 102097 | 381503 | 2574 | | | | | | | | | | -167971 | -19148159 | 3737 |
| Nov-17 | 107103 | 423805 | 3368 | | | | | | | | | | -176875 | -19325034 | 3957 |
| Dec-17 | 107210 | 435572 | 2860 | | | | | | | | | | -176540 | -19501574 | 4063 |
| Jan-18 | 99601 | 413434 | 2253 | | | | | | | | | | -163607 | -19665180 | 4151 |
| Feb-18 | 83232 | 385416 | 3515 | | | | | | | | | | -138351 | -19803531 | 4631 |
| Mar-18 | 97470 | 444040 | 3040 | | | | | | | | | | -160941 | -19964473 | 4556 |
| Apr-18 | 92597 | 413276 | 3573 | | | | | | | | | | -153580 | -20118053 | 4463 |
| May-18 | 91439 | 416389 | 4652 | | | | | | | | | | -152783 | -20270836 | 4554 |
| Jun-18 | 85898 | 423424 | 3878 | | | | | | | | | | -143033 | -20413869 | 4929 |
| Jul-18 | 85944 | 459081 | 4220 | | | | | | | | | | -143449 | -20557318 | 5342 |
| Aug-18 | 84018 | 446188 | 4418 | | | | | | | | | | -140527 | -20697845 | 5311 |
| Sep-18 | 76777 | 418698 | 5730 | | | | | | | | | | -130109 | -20827954 | 5453 |
| Oct-18 | 76704 | 428126 | 4783 | | | | | | | | | | -129043 | -20956997 | 5582 |
| Nov-18 | 78355 | 431685 | 4433 | | | | | | | | | | -131368 | -21088365 | 5509 |
| Dec-18 | 76361 | 431335 | 5051 | | | | | | | | | | -128756 | -21217121 | 5649 |
| Jan-19 | 76205 | 425776 | 4773 | | | | | | | | | | -128225 | -21345346 | 5587 |
| Feb-19 | 65878 | 384723 | 4252 | | | | | | | | | | -110974 | -21456321 | 5840 |
| Mar-19 | 68347 | 412220 | 8634 | 10773 | 10773 | | | | | 3112 | 7661 | | -108583 | -21564904 | 6031 |
| Apr-19 | 57290 | 338686 | 4661 | 197761 | 208534 | 40452 | 52540 | | | 31115 | 73654 | | 100290.2 | -21464614 | 5912 |
| May-19 | 53223 | 271224 | 4834 | 388994 | 597528 | 101513 | 105535 | 24301 | | 26774 | 79344 | 51527 | 297938.7 | -21166675 | 5096 |
| Jun-19 | 49735 | 322455 | 4508 | 449147 | 1046675 | 96259 | 98905 | 34622 | 24842 | 22766 | 67995 | 103758 | 364068.3 | -20802607 | 6483 |
| Jul-19 | 51086 | 325228 | 5661 | 474491 | 1521166 | 100991 | 100329 | 37570 | 24212 | 23729 | 79353 | 108307 | 386070.7 | -20416536 | 6366 |
| Aug-19 | 54492 | 324698 | 6114 | 474706 | 1995872 | 97821 | 101281 | 37381 | 26006 | 38772 | 69872 | 103573 | 380315 | -20036221 | 5959 |
| Sep-19 | 51833 | 306107 | 6375 | 482721 | 2478593 | 95508 | 99106 | 34900 | 29371 | 48556 | 71160 | 104120 | 392376.5 | -19643844 | 5906 |
| Oct-19 | 54425 | 296824 | 7581 | 504542 | 2983135 | 99154 | 102950 | 33278 | 32850 | 55807 | 74397 | 106106 | 408792.5 | -19235052 | 5454 |
| Nov-19 | 54860 | 269594 | 7688 | 481311 | 3464446 | 99154 | 98260 | 32680 | 28766 | 38371 | 78693 | 105387 | 384749.8 | -18850302 | 4914 |
| Dec-19 | 55459 | 260211 | 8146 | 493145 | 3957591 | 99874 | 101680 | 31702 | 27932 | 35701 | 88664 | 107592 | 395155.4 | -18455147 | 4692 |
| Jan-20 | 58,275 | 259,240 | 8,896 | 452070 | 4409661 | 102,387 | 99,480 | 27,951 | 2,717 | 27,646 | 84,767 | 107,122 | 348768.5 | -18106378 | 4449 |
| Feb-20 | 56,457 | 232,549 | 9,076 | 445897 | 4855558 | 93,146 | 90,059 | 27,202 | 26,369 | 25849 | 82771 | 100,501 | 345360.7 | -17761018 | 4119 |
| Mar-20 | 61011 | 246018 | 9306 | 478171 | 5333729 | 101116 | 97010 | 28088 | 27328 | 26454 | 90124 | 108051 | 370027.2 | -17390990 | 4032 |
| Apr-20 | 61626 | 227038 | 10160 | 459821 | 5793550 | 100693 | 94445 | 28507 | 25161 | 31257 | 78685 | 101073 | 349826.9 | -17041164 | 3684 |
| May-20 | 47158 | 152709 | 9801 | 473842 | 6267392 | 100621 | 97374 | 31677 | 24189 | 36364 | 73787 | 109830 | 387645 | -16653519 | 3238 |
| Jun-20 | 56029 | 156342 | 8838 | 440686 | 6708078 | 96920 | 93926 | 27937 | 23797 | 37027 | 61034 | 100045 | 341081 | -16312437 | 2790 |
| Jul-20 | 68157 | 170289 | 9117 | 469199 | 7177277 | 101085 | 96964 | 25255 | 25942 | 27047 | 76065 | 106839 | 349667.7 | -15962770 | 2498 |
| Aug-20 | 69766 | 162195 | 2650 | 480843 | 7658120 | 100911 | 107182 | 30200 | 25894 | 28744 | 80730 | 107182 | 365172.1 | -15597598 | 2325 |
| Sep-20 | 62472 | 135214 | 509 | 382470 | 8040590 | 76162 | 71703 | 27094 | 23937 | 25768 | 63131 | 94675 | 280756.4 | -15316841 | 2164 |
| Oct-20 | 69878 | 138684 | 612 | 412379 | 8452969 | 89193 | 90578 | 2520 | 26179 | 25787 | 68212 | 109910 | 298564.6 | -15018277 | 1985 |



NWB UNIT

| Injection Well | August-20 Water injected Bbls | Cumulative Water injected Bbls |
|---|---|---|
| CCLT 32-3 WI | 100,911 | 1,627,605 |
| Johnston 28-16 WI | 107,182 | 1,637,026 |
| Benjamin 26-4 WI | 30,200 | 493,251 |
| Mary Mack 30-15 WI | 25,894 | 375,376 |
| Godwin 36-1 | 28,744 | 575,093 |
| Kendall 25-7 | 80,730 | 1,318,756 |
| Lizzie Johnson 26-10 WI | 107,182 | 1,631,013 |
| Total | 480,843 | 7,658,120 |

| Injection Well | August-20 Water injected Bbls | Cumulative Water injected Bbls |
|---|---|---|
| CCLT 21-10, 4-13 WI | 9224 | 274664 |
| CCLT 28-15 WI | 22892 | 331728 |
| Total | 32116 | 606392 |

Northeast Brooklyn Unit

| | | |
|---|---|---|
| Total Reservoir Voidage | 6237521 | |
| Total Water Injection | 658,878 | |
| Voidage Replacement Ratio, VRR | 0.105631 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 350508 | 608666 | 23728 | 658878 | | 288230 | 370648 | 67327.04 | | |
| Totals | 3,770,781 | 3,516,274 | 128,856 | 658,878 | | 288,230 | 370,648 | | -5,578,643 | 6237521  0.105631 |

| Date | Oil | Gas | Water | Total WI | Cum WI | CCLT 21-10, 4-13 WI | CCLT 28-15 WI | Monthly Reservoir Voidage | Cumulative Reservoir Voidage | GOR cu ft/bbl |
|---|---|---|---|---|---|---|---|---|---|---|
| Jan-08 | 263 | 0 | 31 | | | | | -457.06 | -457.06 | 0 |
| Feb-08 | 182 | 0 | 337 | | | | | -631.84 | -1088.9 | 0 |
| Mar-08 | 0 | 0 | 0 | | | | | 0 | -1088.9 | 0 |
| Apr-08 | 382 | 364 | 517 | | | | | -1135.84 | -2224.74 | 953 |
| May-08 | 1200 | 904 | 116 | | | | | -2060 | -4284.74 | 753 |
| Jun-08 | 131 | 26 | 1 | | | | | -213.22 | -4497.96 | 198 |
| Jul-08 | 551 | 323 | 310 | | | | | -1202.62 | -5700.58 | 586 |
| Aug-08 | 955 | 661 | 30 | | | | | -1577.1 | -7277.68 | 692 |
| Sep-08 | 628 | 330 | 93 | | | | | -1110.36 | -8388.04 | 525 |
| Oct-08 | 188 | 0 | 205 | | | | | -509.56 | -8897.6 | 0 |
| Nov-08 | 1157 | 501 | 340 | | | | | -2214.34 | -11111.94 | 433 |
| Dec-08 | 1345 | 369 | 310 | | | | | -2488.9 | -13600.84 | 274 |
| Jan-09 | 1111 | 379 | 1774 | | | | | -3573.82 | -17174.66 | 341 |
| Feb-09 | 925 | 76 | 367 | | | | | -1865.5 | -19040.16 | 82 |
| Mar-09 | 1431 | 514 | 182 | | | | | -2500.22 | -21540.38 | 359 |
| Apr-09 | 1392 | 722 | 50 | | | | | -2305.04 | -23845.42 | 519 |
| May-09 | 1018 | 363 | 57 | | | | | -1706.16 | -25551.58 | 357 |
| Jun-09 | 1037 | 442 | 53 | | | | | -1732.94 | -27284.52 | 426 |
| Jul-09 | 1142 | 538 | 42 | | | | | -1892.04 | -29176.56 | 471 |
| Aug-09 | 1186 | 513 | 39 | | | | | -1960.32 | -31136.88 | 433 |
| Sep-09 | 1310 | 697 | 42 | | | | | -2164.2 | -33301.08 | 532 |
| Oct-09 | 1135 | 462 | 63 | | | | | -1901.7 | -35202.78 | 407 |
| Nov-09 | 1111 | 377 | 49 | | | | | -1848.82 | -37051.6 | 339 |
| Dec-09 | 1103 | 415 | 52 | | | | | -1838.86 | -38890.46 | 376 |
| Jan-10 | 960 | 390 | 58 | | | | | -1613.2 | -40503.66 | 406 |
| Feb-10 | 1154 | 363 | 82 | | | | | -1951.48 | -42455.14 | 315 |
| Mar-10 | 1698 | 326 | 35 | | | | | -2785.76 | -45240.9 | 192 |
| Apr-10 | 1951 | 341 | 36 | | | | | -3196.62 | -48437.52 | 175 |
| May-10 | 2975 | 664 | 47 | | | | | -4866.5 | -53304.02 | 223 |
| Jun-10 | 2577 | 461 | 38 | | | | | -4212.74 | -57516.76 | 179 |
| Jul-10 | 2558 | 327 | 32 | | | | | -4175.96 | -61692.72 | 128 |
| Aug-10 | 2594 | 642 | 38 | | | | | -4240.28 | -65933 | 247 |
| Sep-10 | 2314 | 319 | 29 | | | | | -3777.68 | -69710.68 | 138 |
| Oct-10 | 2371 | 217 | 30 | | | | | -3871.02 | -73581.7 | 92 |
| Nov-10 | 1892 | 136 | 48 | | | | | -3113.04 | -76694.74 | 72 |
| Dec-10 | 1671 | 41 | 0 | | | | | -2707.02 | -79401.76 | 25 |
| Jan-11 | 1837 | 14 | 1 | | | | | -2976.94 | -82378.7 | 8 |
| Feb-11 | 1680 | 7 | 0 | | | | | -2721.6 | -85100.3 | 4 |
| Mar-11 | 1655 | 10 | 0 | | | | | -2681.1 | -87781.4 | 6 |
| Apr-11 | 1932 | 2 | 396 | | | | | -3525.84 | -91307.24 | 1 |
| May-11 | 2342 | 3 | 543 | | | | | -4337.04 | -95644.28 | 1 |
| Jun-11 | 8587 | 6167 | 264 | | | | | -14174.9 | -109819.2 | 718 |
| Jul-11 | 14075 | 6385 | 309 | | | | | -23110.5 | -132929.7 | 454 |
| Aug-11 | 19314 | 6448 | 371 | | | | | -31659.7 | -164589.4 | 334 |
| Sep-11 | 23774 | 17721 | 243 | | | | | -38756.9 | -203346.3 | 745 |
| Oct-11 | 26984 | 18357 | 334 | | | | | -44048.1 | -247394.4 | 680 |
| Nov-11 | 37182 | 22456 | 568 | | | | | -60802.8 | -308197.2 | 604 |
| Dec-11 | 42765 | 32472 | 1251 | | | | | -70530.3 | -378727.5 | 759 |
| Jan-12 | 40220 | 28902 | 350 | | | | | -65506.4 | -444233.9 | 719 |
| Feb-12 | 35665 | 25241 | 548 | | | | | -58325.3 | -502559.2 | 708 |
| Mar-12 | 42109 | 27130 | 828 | | | | | -69044.6 | -571603.8 | 644 |
| Apr-12 | 43876 | 30252 | 517 | | | | | -71596.1 | -643199.9 | 689 |
| May-12 | 44595 | 31707 | 951 | | | | | -73194.9 | -716394.8 | 711 |
| Jun-12 | 40589 | 30798 | 414 | | | | | -66168.2 | -782563 | 759 |
| Jul-12 | 42626 | 28490 | 1434 | | | | | -70488.1 | -853051.1 | 668 |
| Aug-12 | 48528 | 36923 | 948 | | | | | -79563.4 | -932614.5 | 761 |
| Sep-12 | 50522 | 42872 | 1033 | | | | | -82878.6 | -1015493 | 849 |
| Oct-12 | 58193 | 50305 | 637 | | | | | -94909.7 | -1110403 | 864 |
| Nov-12 | 62184 | 47550 | 891 | | | | | -101629 | -1212032 | 765 |
| Dec-12 | 59246 | 41886 | 602 | | | | | -96580.5 | -1308612 | 707 |
| Jan-13 | 58624 | 41135 | 1303 | | | | | -96273.9 | -1404886 | 702 |
| Feb-13 | 44184 | 36769 | 1303 | | | | | -72881.1 | -1477767 | 832 |
| Mar-13 | 55057 | 38726 | 1140 | | | | | -90332.3 | -1568100 | 703 |
| Apr-13 | 48542 | 34257 | 604 | | | | | -79242 | -1647342 | 706 |
| May-13 | 54555 | 40003 | 776 | | | | | -89155.1 | -1736497 | 733 |
| Jun-13 | 50423 | 37159 | 803 | | | | | -82488.3 | -1818985 | 737 |
| Jul-13 | 51589 | 39099 | 901 | | | | | -84475.2 | -1903460 | 758 |
| Aug-13 | 56573 | 43555 | 1205 | | | | | -92853.3 | -1996314 | 770 |
| Sep-13 | 51601 | 32389 | 1322 | | | | | -84915.6 | -2081229 | 628 |
| Oct-13 | 54619 | 33026 | 871 | | | | | -89353.8 | -2170583 | 605 |
| Nov-13 | 50238 | 37488 | 568 | | | | | -81953.6 | -2252536 | 746 |
| Dec-13 | 48192 | 34485 | 1006 | | | | | -79077 | -2331614 | 716 |
| Jan-14 | 53183 | 37547 | 1301 | | | | | -87457.5 | -2419071 | 706 |
| Feb-14 | 58823 | 46165 | 783 | | | | | -96076.3 | -2515147 | 785 |
| Mar-14 | 58480 | 47725 | 619 | | | | | -95356.6 | -2610504 | 816 |
| Apr-14 | 53769 | 43124 | 951 | | | | | -88056.8 | -2698561 | 802 |
| May-14 | 53510 | 39989 | 567 | | | | | -87253.2 | -2785814 | 747 |
| Jun-14 | 50518 | 44019 | 966 | | | | | -82805.2 | -2868619 | 871 |
| Jul-14 | 51343 | 47077 | 1376 | | | | | -84551.7 | -2953171 | 917 |
| Aug-14 | 49144 | 44659 | 1090 | | | | | -80703.3 | -3033874 | 909 |
| Sep-14 | 53324 | 45091 | 491 | | | | | -86875.9 | -3120750 | 846 |
| Oct-14 | 53468 | 42245 | 824 | | | | | -87442.2 | -3208192 | 790 |
| Nov-14 | 51015 | 37479 | 804 | | | | | -83448.3 | -3291640 | 735 |
| Dec-14 | 50940 | 38537 | 584 | | | | | -83106.8 | -3374747 | 757 |
| Jan-15 | 50551 | 40972 | 633 | | | | | -82525.6 | -3457273 | 811 |
| Feb-15 | 44614 | 39357 | 754 | | | | | -73028.7 | -3530301 | 882 |
| Mar-15 | 47262 | 45110 | 930 | | | | | -77494.4 | -3607796 | 954 |
| Apr-15 | 45702 | 44119 | 1266 | | | | | -75303.2 | -3683099 | 965 |
| May-15 | 45509 | 35403 | 698 | | | | | -74422.6 | -3757522 | 778 |
| Jun-15 | 38523 | 32129 | 411 | | | | | -62818.3 | -3820340 | 834 |
| Jul-15 | 37339 | 35147 | 906 | | | | | -61395.2 | -3881735 | 941 |
| Aug-15 | 33821 | 27381 | 1869 | | | | | -56659 | -3938394 | 810 |
| Sep-15 | 36710 | 26442 | 1440 | | | | | -60910.2 | -3999304 | 720 |

| Month | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Oct-15 | 36028 | 33784 | 1698 | | | | | -60063.4 | -4059368 | 938 |
| Nov-15 | 33919 | 29738 | 1477 | | | | | -56425.8 | -4115793 | 877 |
| Dec-15 | 33205 | 32673 | 1421 | | | | | -55213.1 | -4171007 | 984 |
| Jan-16 | 34346 | 33521 | 1142 | | | | | -56782.5 | -4227789 | 976 |
| Feb-16 | 30899 | 30972 | 1535 | | | | | -51591.4 | -4279380 | 1002 |
| Mar-16 | 32119 | 29620 | 1228 | | | | | -53260.8 | -4332641 | 922 |
| Apr-16 | 31248 | 31565 | 1143 | | | | | -51764.8 | -4384406 | 1010 |
| May-16 | 30872 | 33905 | 1064 | | | | | -51076.6 | -4435483 | 1098 |
| Jun-16 | 30669 | 34589 | 1114 | | | | | -50797.8 | -4486280 | 1128 |
| Jul-16 | 28029 | 28094 | 1545 | | | | | -46952 | -4533232 | 1002 |
| Aug-16 | 28,884 | 26,787 | 895 | | | | | -47687.1 | -4580919 | 927 |
| Sep-16 | 26,190 | 24,112 | 984 | | | | | -43411.8 | -4624331 | 921 |
| Oct-16 | 28026 | 23552 | 838 | | | | | -46240.1 | -4670571 | 840 |
| Nov-16 | 27645 | 25409 | 966 | | | | | -45750.9 | -4716322 | 919 |
| Dec-16 | 28002 | 25712 | 1304 | | | | | -46667.2 | -4762989 | 918 |
| Jan-17 | 27826 | 25237 | 893 | | | | | -45971.1 | -4808961 | 907 |
| Feb-17 | 21811 | 22761 | 970 | | | | | -36303.8 | -4845264 | 1044 |
| Mar-17 | 28046 | 29169 | 980 | | | | | -46414.5 | -4891679 | 1040 |
| Apr-17 | 25479 | 23042 | 852 | | | | | -42128 | -4933807 | 904 |
| May-17 | 24525 | 24698 | 1016 | | | | | -40746.5 | -4974553 | 1007 |
| Jun-17 | 23748 | 23497 | 1567 | | | | | -40038.8 | -5014592 | 989 |
| Jul-17 | 23806 | 22384 | 1249 | | | | | -39814.7 | -5054407 | 940 |
| Aug-17 | 23696 | 27627 | 1010 | | | | | -39397.5 | -5093804 | 1166 |
| Sep-17 | 21962 | 26774 | 2562 | | | | | -38140.4 | -5131945 | 1219 |
| Oct-17 | 22784 | 25092 | 3087 | | | | | -39997.1 | -5171942 | 1101 |
| Nov-17 | 23200 | 24585 | 3668 | | | | | -41252 | -5213194 | 1060 |
| Dec-17 | 22694 | 24853 | 3227 | | | | | -39991.3 | -5253185 | 1095 |
| Jan-18 | 23542 | 29695 | 1592 | | | | | -39730 | -5292915 | 1261 |
| Feb-18 | 20278 | 33490 | 1880 | | | | | -34730.4 | -5327646 | 1652 |
| Mar-18 | 20775 | 29661 | 1661 | | | | | -35316.5 | -5362962 | 1428 |
| Apr-18 | 20889 | 28237 | 1076 | | | | | -34916.2 | -5397878 | 1352 |
| May-18 | 19772 | 25720 | 1087 | | | | | -33117.6 | -5430996 | 1301 |
| Jun-18 | 18294 | 26352 | 1179 | | | | | -30815.3 | -5461811 | 1440 |
| Jul-18 | 18497 | 25642 | 1244 | | | | | -31209.1 | -5493020 | 1386 |
| Aug-18 | 18290 | 26838 | 1183 | | | | | -30812.8 | -5523833 | 1467 |
| Sep-18 | 16836 | 26683 | 1173 | | | | | -28447.3 | -5552280 | 1585 |
| Oct-18 | 17594 | 24377 | 1153 | | | | | -29655.3 | -5581936 | 1386 |
| Nov-18 | 16921 | 25238 | 1292 | | | | | -28704 | -5610640 | 1492 |
| Dec-18 | 21104 | 28814 | 1142 | | | | | -35330.5 | -5645970 | 1365 |
| Jan-19 | 19730 | 29400 | 1025 | | | | | -32987.6 | -5678958 | 1490 |
| Feb-19 | 15970 | 26134 | 1096 | | | | | -26967.4 | -5705925 | 1636 |
| Mar-19 | 16445 | 27371 | 999 | 56310 | 56310 | 35295 | 21015 | 28670.1 | -5677255 | 1664 |
| Apr-19 | 15552 | 26749 | 927 | 43738 | 100048 | 25432 | 18306 | 17616.76 | -5659638 | 1720 |
| May-19 | 15494 | 26838 | 1263 | 39151 | 139199 | 21460 | 17691 | 12787.72 | -5646851 | 1732 |
| Jun-19 | 14074 | 25546 | 991 | 30263 | 169462 | 15354 | 14909 | 6472.12 | -5640379 | 1815 |
| Jul-19 | 14522 | 28464 | 1164 | 36100 | 205562 | 14909 | 21191 | 11410.36 | -5628968 | 1960 |
| Aug-19 | 14143 | 26452 | 1110 | 41077 | 246639 | 20850 | 20227 | 17055.34 | -5611913 | 1870 |
| Sep-19 | 14396 | 27604 | 1031 | 29925 | 276564 | 10961 | 18964 | 5572.48 | -5606340 | 1917 |
| Oct-19 | 14858 | 26228 | 1158 | 29814 | 306378 | 9406 | 20408 | 4586.04 | -5601754 | 1765 |
| Nov-19 | 14711 | 25232 | 1231 | 27669 | 334047 | 8649 | 19020 | 2606.18 | -5599148 | 1715 |
| Dec-19 | 14981 | 26874 | 1191 | 31492 | 365539 | 12472 | 19020 | 6031.78 | -5593116 | 1794 |
| Jan-20 | 13002 | 20628 | 1693 | 30186 | 395725 | 11967 | 18219 | 7429.76 | -5585687 | 1587 |
| Feb-20 | 16991 | 27035 | 907 | 29032 | 424757 | 12746 | 16286 | 599.58 | -5585087 | 1591 |
| Mar-20 | 17673 | 32191 | 973 | 33607 | 458364 | 15388 | 18219 | 4003.74 | -5581083 | 1821 |
| Apr-20 | 17016 | 34046 | 1011 | 31700 | 490064 | 15959 | 15741 | 3123.08 | -5577960 | 2001 |
| May-20 | 13562 | 25862 | 955 | 27865 | 517929 | 14059 | 13806 | 4939.56 | -5573021 | 1907 |
| Jun-20 | 13273 | 24131 | 937 | 23997 | 541926 | 10474 | 13523 | 1557.74 | -5571463 | 1818 |
| Jul-20 | 18842 | 32361 | 930 | 32350 | 574276 | 10059 | 22291 | 895.96 | -5570567 | 1717 |
| Aug-20 | 18800 | 30493 | 983 | 32116 | 606392 | 9224 | 22892 | 677 | -5569890 | 1622 |
| Sep-20 | 17223 | 26846 | 1184 | 24840 | 631232 | 6116 | 18724 | -4245.26 | -5574135 | 1559 |
| Oct-20 | 19250 | 32181 | 969 | 27646 | 658878 | 7450 | 20196 | -4508 | -5578643 | 1672 |



AHC 000688