

AHC 000690