

# NORTHWEST BROOKLYN UNIT



AHC 000692

## SOUTHEAST BROOKLYN UNIT



AHC 000693

## SOUTHWEST BROOKLYN UNIT



AHC 000694