Minutes of Technical Group Meeting for the SE and SW Brooklyn Oil Units
September 2, 2020 Meeting Date
Page 1 of 3

SE & SW Brooklyn Oil Units Technical Group Meeting 9/2/20

Attendance via Zoom:

| | |
|---|---|
| William Hu | FPCC (engineer) |
| Emerson Chen | FPCC (engineer) |
| Harold De Leon | Sklar (Sklar production superintendent) |
| Richard West | Sklar (engineer) |
| Alex Owen | Fletcher (geologist) |
| Don Eustes | Sklar (geophysicist) |
| Ed Yarbrough | Franks (geologist) |
| David Hall | AEH (engineer) |
| John Maxey | Hanson (engineer) |
| Roger Chapman | Cedar Creek (geologist) |
| David Hilton | Pruet (engineer) |

Meeting started at 2:00 pm CST.

Richard West asked if anyone had any questions concerning the email, he had sent to the group on 8/21/20 which included the water analysis for scaling tendencies and the Millipore test on several of the wells. There were no questions about these.

Richard then gave an update on the production log that was run on 9/1/20 on the CCLT 4-1 injection well. They had some difficulty getting the spinner survey through the perforations. They have not received the analysis from the spinner survey but expected it this week and would forward to the group when they receive it. They also had the BHP gauges in the hole running a fall off test.

John Maxey asked if the gauges were surface readout & Richard replied that they were not but that they run a short BHP section on 9/2/20 and they were expecting this to give them an idea of how long the gauges would need to be left on bottom for a good falloff test.

Alex Owens asked about the scaling tendencies and Harold De Leon said they were small but they were using some scale preventive chemical, oxygen scavenger and corrosions inhibitor on some of the injection wells.

Richard West said they were waiting on some proposals to acidize 2 of the injection wells in the SW Unit, CCLT 34-14 & CCLT 3-2. David Hilton said that he thought the acid job on the CCLT 34-14 would help a great deal since the injection rate decreased considerably after the workover to repair the tubing leak. It appears to have some formation damage.

David Hall asked about the 200 psi decrease in injection pressure that was observed on the CCLT 4-1 WIW after the chemical was started & if Sklar had increased the pressure back up. Harold indicated that they had increase the pressure back up but the increase in water injected was about 24 BWPD. David Hall also asked if Sklar was able to determine what caused the sticking issues with the production logging tool.



Exhibit

**AHC-26**

AHC 000369

Minutes of Technical Group Meeting for the SE and SW Brooklyn Oil Units
September 2, 2020 Meeting Date
Page 2 of 3

Richard West said that they had tried several things to get the logs down and they did not have an indication about the cause.

Richard West did say that the preliminary spinner survey indicated that the lower set of perforations were not taking any water. Roger Chapman asked what were the perforations & Harold answered with 12024' to 12037' & 12049' to 12060'. David Hilton pointed out the lower perforations were Zone 2 which is a thin zone & does not cover much of the SE Unit.

William Hu said that they had gone back and analyzed BHP buildup data from initial completions & had calculated the following permeabilities:

| Well | Perm | Comments |
|---|---|---|
| CCLT 4-1 | 3.23 md | neg skin but used both sets of perfs for KH so could be double the perm if lower set of perfs were not contributing |
| CCLT 3-4 | 15.6 md | Neg skin |
| CCLT 3-7 | 15 md | Neg Skin |
| CCLT 33-10 | 5.1 md | neg skin |
| Logan 5-7 | 0.1 md | |

David Hall asked about the log characteristics on the 4-1 & Ed Yarbrough responded that it had about 10' DN porosity but only 2-3' of microlog separation.

David Hall asked David Hilton if we had any magic formula for injecting into tight wells. David Hilton responded no, injecting into tight wells just doesn't work very well and it is better to inject into good higher perm wells even though they are the better producers. David Hilton also added that the CCLT 3-4 would be the best candidate for additional injection well in the SE Unit even though it is producing 140 BOPD. The current injection well, CCLT 4-1, and the water source well were located on the same location as the CCLT 3-4 so it would be minimal expense to convert to injection. Richard West added that the cost would be less than the cost in the operating agreement for AFE approval.

Ed Yarbrough made the observation that the NE & NW Units were close to being back up to the daily production rates that existed on the effective date of the Units prior to 9 wells being converted to injection.

Richard West said that they wanted to do some additional coil tubing jobs. John Maxey asked if that included acidizing the wells and Richard West said that it did include acidizing. David Hilton asked Richard West if it was prudent to acid wells to increase production before the water injection had been increased. Richard West responded that net present value was important too.

Richard West added that the results from the production log on the CCLT 4-1 would be available in a few days & he would get that out to the group.

Alex Owen ask David Hilton about the gas flaring in the NW Unit and instead of flaring why didn't we just inject it into the reservoir. David Hilton responded that flaring was on a few wells that were still flowing but had low flowing tubing pressure and was not able to enter into the gathering line pressure. The main well being the CCLT 33-2 well that goes into the Sklar gathering lines. This well is still flowing more than

Minutes of Technical Group Meeting for the SE and SW Brooklyn Oil Units
September 2, 2020 Meeting Date
Page 3 of 3

250 BOPD but the GOR is decreasing which results in a lower flowing tubing pressure of about 60 psi. This low pressure is below the gathering line pressure. Alex Owen also stated that in his opinion, the CCLT 3-4 would be a better injection well than the CCLT 4-1.

William Hu mentioned about the possibility of converting the CCLT 32-9 to an injection well. David Hilton pointed out that the CCLT 32-9 was very thin, had some zone 1 & zone 2 and on the edge of the SE Unit. Due to its position=, it would probably help the NE Unit far more than the SE Unit. Richard West said the CCLT 32-9 had not been recently acidized because it was producing some water and the only acidizing that it has had done was the initial completion in May 2013 with 2000 gallons of 15% HCl.

William Hu asked about the CCLT 33-10 that it was the only well that has shown an increase in production since injection started in the SE Unit. David Hilton pointed out the CCLT 33-10 had been acidized just before the injection had begun in the CCLT 4-1. Don Eustes looked it up and the CCLT 33-10 did increase from 49 to 135 BOPD after the acid job in late October 2019 & David Hilton pointed out that injection began on the CCLT 4-1 in mid to late November 2019.

Roger Chapman made the statement that he agrees that the water injection was more important than acid jobs.

David Hall asked what the group thought about drilling an injection well instead of converting a good producing well. Don Eustes made the statement that drilling the well in the optimum location did not guarantee that required porosity and permeability would be present and after some discussion from group over the what a new well would cost estimated the payout to be 18 months or more at the current rate of 140 BOPD and current oil prices.

John Maxey mentioned the possibility of a short wellbore literal. After some discussion from the group that a lateral would help the injection but it would be difficult to "stay in zone".

William Hu offered to use his model to help determine which well to convert to injection.

Harold De Leon asked if David Hilton if Pruet could help with some gas supply to provide a gas blanket on the injections that were previously operated by Pruet, the CCLT 2-4 and 32-9, in the SW unit. David Hilton responded that that could be done.

Richard West asked if there any other questions or comments. There were none so the meeting was adjourned at approximately 3:15 pm with the note that the results of the production logging and falloff test would be forwarded to the group as soon as they were available and that another meeting would be scheduled to discuss the results.

**From:** David Hilton
**To:** Stan Kynerd
**Subject:** FW: Technical Committee Meeting scheduled for 9 AM CT, 8/27/2020
**Date:** Friday, September 11, 2020 10:17:14 AM
**Attachments:** SE & SW Brooklyn OU Injectivity Work 082520.docx
Excel - Sklar WI Wells - Millipore Filter Analysis -recommendations 8-22-2020.docx
Excel- CCLT 3-2 #1 WI 7-28-2020.pdf
Excel- CCLT 2-4 #1 WI 7-28-2020.pdf
Excel- CCLT 4-1 #1 WI 7-28-2020.pdf
Excel- CCLT 32-9 #1 WI 7-28-2020.pdf
Excel- CCLT 34-14 #1 WI 7-28-2020.pdf

David Hilton

Vice President-Production

Pruet Production Co.

Office 601-718-9423

Cell 601-955-8300

dhilton@pruet.com

**From:** Richard West <rwest@sklarexploration.com>
**Sent:** Tuesday, August 25, 2020 12:19 PM
**To:** Don Eustes <done@sklarexploration.com>; Harold De Leon <HDeLeon@sklarexploration.com>;
David Hilton <dhilton@pruet.com>; John <jcm@dfn.com>; John Bush
<westarenergy@comcast.net>; Longleaf Roger C <rchapman@leighplace.com>; FPCC William H
<liweihu@fpcc.com.tw>; FPCC Poki S <pokisung@fpcc.com.tw>; alex@fletcherpetroleum.com;
edward@fmcllc.com; davidwendallhall@gmail.com
**Cc:** Richard West <rwest@sklarexploration.com>
**Subject:** Technical Committee Meeting scheduled for 9 AM CT, 8/27/2020

Fellow Technical Committee members,

If you have time, please look over the attachments prior to our upcoming meeting Thursday.
Please note, the well named as the CCL&T 32-1 #1 on the Millipore attachment is named
incorrectly.  Is actually the CCL&T 3-2 #1 WI.

Unfortunately, Hurricane Laura is forecast to make landfall at or near the Texas/Louisiana border as
a major hurricane early Thursday morning.  If power is lost, It could possibly prevent several of us
from attending the meeting.

Stay safe,

Richard M. West

Operations Manager

Sklar Exploration Company LLC

Office: 318-212-0914

Cell: 318-453-9676



**SE & SW Brooklyn Oil Units**

**Summary of, and Comments Relating to, Efforts to Improve Injectivity**

Acidized the CCL&T 2-4 #1 WI & the CCL&T 32-9 #1 WI w/ 1000 gals 15% HCL.  Acidized the CCL&T 4-1 #1 w/ 3000 gals 15% HCL.

Re-perforated the CCL&T 2-4 #1 WI, CCL&T 3-2 #1 WI, CCL&T 32-9 #1 WI, CCL&T 34-14 #1 WI, and the CCL&T 4-1 #1 WI.

Stimulated the CCL&T 32-9 #1 WI, CCL&T 34-14 #1 WI, and CCL&T 4-1 #1 WI with Precise Propellant.

Downsized triplex pump plungers on all WI wells to 1-3/4".

Installed bypass valves on triplex pumps.  Started incurring motor high temps on motors.

Dropped acid sticks in the CCL&T 34-14 #1 WI and CCL&T 4-1 #1 WI, had slight improvement for 1 -2 days.

Injected diluted surfactant on all WI injection wells, had no improvement.

Repaired packer leaks on all WI wells.

Repaired triplex fluid ends on CCL&T 3-2 #1 WI and CCL&T 2-4 #1 WI.

Installed variable chokes on all bypasses due to excessive repairs on bypass valves.

Obtained water analyses on all WI wells.  Indications of slight scaling tendency.

Replaced 50 micron filters with new 50 micron filters.  Filters are located at suction of triplex pumps.  Observed 12 psi pressure drop across filters, resulting in suction pressure of only 5 psig.  Recommended suction pressure should be 10 – 15 psig to avoid cavitation and pump failure.  Presently reviewing options.

Obtained Millipore and O2 analyses on all injection wells using 0.5 micron filter.

Need access to gas supply for the CCL&T 32-9 #1 WI and the CCL&T 2-4 #1 WI (former Pruet wells) to provide gas blankets on water tanks.  The water tanks on the other three injectors have gas blankets.

Initiated 10 quarts/day chemical treatment of injection water on CCL&T 4-1 #1 WI (scale inhibitor, corrosion inhibitor, and friction reducer) on 8/10/20.  Observed approximate 200 psig decrease in injection pressure, but no appreciable increase in injection rate.

Scheduled Production Logging and Fall-off test for 8/25/20 – 8/29/20, but postponed due to hurricanes forecast.  (Equipment comes out of South Louisiana.)  Will reschedule as soon as possible.

Comparison of total water supply volumes to total injection volumes show less than 4% difference in both SW and SE Brooklyn Oil Units.  Turbine meters on injection wells are located at the wellhead to minimize vibration effects of triplex pumps on the meters, and to insure only injected water is being measured.

Presently awaiting quotes in consideration of acid stimulation of CCL&T 34-14 #1 WI and CCL&T 3-2 #1 WI in SW Brooklyn OU.


Present SEBOU injection rate = 280 BWPD at 3950 psig.

Present SEBOU production rate = 636 BOPD + 719 MCFD + 15 BWPD.  GOR = 1131

Present SWBOU injection rate = 1230 BWPD at 3750 psig.

Present SWBOU production rate = 693 BOPD + 4310 MCFD + 20 BWPD.  GOR = 6219


8/25/2020

AHC 000374



08/22/20

Sklar Exploration Co. LLC.
401 Edwards St.  Shreveport, La.71101

Attn: Mr. Harold Deleon

Re: CCL&T Injection Wells
Millipore filter results

Mr. Harold

Millipore test were run on the five injection wells and Excel has received the results from Petroleum Labs. Test were run with a (.5) micron filter with 500 m/L of H20 from the suction of the triplex pumps. The pressure on all five test were 500 m/L at 5-8psi, at no time did the pressure build above 8 psi. If there were some plugging issues with the injection water the .5 micron filters would have plugged off long before the 500 m/l of injection water passed through them. The only issue noted other than the scaling tendency was the dissolved o2 in the water that ranged from .8 ppm to 1.8 ppm. Excel believes that the o2 problem is caused by the recirculation of the injection water through the triplex pumps, M2 pumps pumping sumps into the closed loop system and /or no gas blankets on injection water holding tanks. Dissolved o2 will turn natural occurring iron in the water to a solid that is capable of causing some permeability issues. The reaction that occurs is Fe2 to Fe3 (Iron Oxide solid). To prevent this excel can incorporate an o2 scavenger in the 4010 SPC  to combat this problem. Dissolved o2 also increases corrosion rates and other issues associated with injection problems.

Attached below are the Millipore test results along with the dissolved o2 on each injection well.

AHC 000375



If you should have any question's, please do not hesitate to call!

Best Regards,

G. Bradford Ware Jr.
Excel Chemical LLC
PH# 337-280-4701

AHC 000376

Intentionally Left blank.

AHC 000377

# PETROLEUM LABORATORIES, INC.

333 East Kaliste Saloom Road
Lafayette, Louisiana 70508
337-234-7414

Company: Excel Consulting
P.O. Box 631
Rayne, LA 70578

Attn: Mr. Brad Ware

Report Date: 08/19/20

Location: Sklar - CCL & T

Lab No: LIE-0200
Non-Regulatory

## *Membrane Filter Analysis*

Sample Time: 0930 hrs.
Sample Date: 08-12-20

| Sample Description | Total Suspended Solids mg/L | Hydrocarbons mg/L | Acid Soluble Solids mg/L | Acid Insoluble Solids mg/L |
|---|---|---|---|---|
| Well: 4-1 #1 | * | 1.0 | 1.6 | * |

Dissolved Oxygen: 1.0
mLs: 500

*Very Large Tear on Filter

ATTEST:

Page 1 of 1

AHC 000378



## PETROLEUM LABORATORIES, INC.

333 East Kaliste Saloom Road
Lafayette, Louisiana  70508
337-234-7414

Company: Excel Consulting
P.O. Box 631
Rayne, LA  70578

Report Date: 08/19/20

Location: Sklar - CCL & T

Lab No: LIE-0199
Non-Regulatory

Attn: Mr. Brad Ware

### *Membrane Filter Analysis*

Sample Time: 0930 hrs.
Sample Date: 08-12-20

| Sample Description | Total Suspended Solids mg/L | Hydrocarbons mg/L | Acid Soluble Solids mg/L | Acid Insoluble Solids mg/L |
|---|---|---|---|---|
| Well: 34-14  #1 | 3.4 | 1.2 | 2.2 | <0.1 |

Dissolved Oxygen: 1.0
mLs: 500

ATTEST: _____

Page 1 of 1



## PETROLEUM LABORATORIES, INC.

333 East Kaliste Saloom Road
Lafayette, Louisiana  70508
337-234-7414

Company: Excel Consulting
P.O. Box 631
Rayne, LA  70578

Attn:  Mr. Brad Ware

Report Date:  08/19/20

Location:  Sklar - CCL & T

Lab No:  LIE-0197

Non-Regulatory

### *Membrane Filter Analysis*

Sample Time: 0930 hrs.
Sample Date: 08-12-20

| Sample Description | Total Suspended Solids mg/L | Hydrocarbons mg/L | Acid Soluble Solids mg/L | Acid Insoluble Solids mg/L |
|---|---|---|---|---|
| Well: 32-1 #1 | 4.6 | 3.8 | 0.4 | 0.4 |

Dissolved Oxygen: 1.0
mLs: 500

ATTEST:  _____

Page 1 of 1



# PETROLEUM LABORATORIES, INC.

333 East Kaliste Saloom Road
Lafayette, Louisiana 70508
337-234-7414

Company: Excel Consulting
P.O. Box 631
Rayne, LA 70578

Report Date: 08/19/20

Location: Sklar - CCL & T

Lab No: LIE-0196

Non-Regulatory

Attn: Mr. Brad Ware

## *Membrane Filter Analysis*

Sample Time: 0930 hrs.
Sample Date: 08-12-20

| Sample Description | Total Suspended Solids mg/L | Hydrocarbons mg/L | Acid Soluble Solids mg/L | Acid Insoluble Solids mg/L |
|---|---|---|---|---|
| Well: 2-4 #1 | 7.2 | 1.8 | 5.4 | <0.1 |

Dissolved Oxygen: 0.8
mLs: 500

ATTEST:

Page 1 of 1



# PETROLEUM LABORATORIES, INC.

333 East Kaliste Saloom Road
Lafayette, Louisiana  70508
337-234-7414

Company: Excel Consulting
P.O. Box 631
Rayne, LA  70578

Report Date:  08/19/20

Location:  Sklar - CCL & T

Lab No:  LIE-0198
Non-Regulatory

Attn:  Mr. Brad Ware

## *Membrane Filter Analysis*

Sample Time: 0930 hrs.
Sample Date: 08-12-20

| Sample Description | Total Suspended Solids mg/L | Hydrocarbons mg/L | Acid Soluble Solids mg/L | Acid Insoluble Solids mg/L |
|---|---|---|---|---|
| Well: 32-9 #1 | 0.6 | 0.2 | <0.1 | <0.4 |

Dissolved Oxygen: 1.8
mLs: 500

ATTEST:

Page 1 of 1



# PETROLEUM LABORATORIES, INC.

333 East Kaliste Saloom Road
Lafayette, Louisiana 70508
337-234-7414

| Company: | Excel Consulting | Report Date: 07/22/20 | Lab No: | LID-0160 |
| | P.O. Box 631 | | | Non-Regulatory |
| | Rayne, LA 70578 | Location: | Sklar Explor. - Pump Suction |
| | | | CC L&T 3-2 #1 |
| Attn: | Mr. Brad Ware | | Sample Date/Time: 07-15-20 / 1130 hrs. |
| | | | Sampled By: B. Ware |

## *Comprehensive Water Analysis*

### Dissolved Solids and Gases

| | Constituent | mg/l |
|---|---|---|
| 1. | Total Solids (Calculated) | 130,095 |
| 2. | Sodium (Calculated) | 42,514 |
| 3. | Potassium | |
| 4. | Iron | 15 |
| 5. | Barium | 101 |
| 6. | Calcium | 6,414 |
| 7. | Magnesium | 1,030 |
| 8. | Boron | |
| 9. | Chloride | 79,954 |
| 10. | Bromide | |
| 11. | Iodide | |
| 12. | Bicarbonate | 81 |
| 13. | Carbonate | |
| 14. | Sulfate | <1 |
| 15. | Hydrogen Sulfide | |
| 16. | Manganese | 17 |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |

### Precipitated and Suspended Solids

| | Constituent | mg/l |
|---|---|---|
| 1. | Iron | 6 |
| 2. | Total Iron | 21 |
| 3. | | |

### Physical Properties

| | | |
|---|---|---|
| Specific Gravity | 1.0896 | |
| pH (s.u.) | 6.68 | |
| Resistivity | 0.06 | Ohm-Meter @ 75 °F |
| Stability Index | +0.07 | @ 100 °F |
| | +1.63 | @ 180 °F |

Mineral Analysis Pattern
(Number Below Ion Indicates meq./l/Scale Unit)



ATTEST:

Page 1 of 1

AHC 000383

**PETROLEUM LABORATORIES, INC.**

109 Cleveland Street
Houma, LA 70363
(985) 868-4820

333 E. Kaliste Saloom Rd.
Lafayette, LA 70508
(337) 234-7414

**CHAIN OF CUSTODY**

Company: EXCEL / SKLAR EXPLORATION

Phone Number: 337 - 280 - 4170

Field / Sample Point: PUMP SUCTION

Regulatory ☐  Non-Regulatory ☑

| Sample Date | Time | Comp | Grab | Sample Location / Identification | Matrix (W=Water, S=Soil, SL=Sludge, O=Other) | Number of Containers | Bottle (P=Plastic, G=Glass, V=40 mL Vial, Sterilized) | Size | Preservation | Analysis Requested | | PLI LAB NUMBER | pH - s.u. | Temp -°C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/15 | 11:30 | | | PUMP SUCTION CCLWT J-4 #1 | 3 | 1 | ✓ | | | Comp (+ Recov) | What is it? | | | |
| 7/15 | 11:30 | | | " CCLWT 34-14 #1 | 2 | 1 | ✓ | | | ✓ | | | | |
| 7/15 | 11:30 | | | CCLWT 4-1 #1 | 3 | 1 | ✓ | | | ✓ | | | | |
| 7/15 | 11:30 | | | CCLWT 3-9 #1 | | | ✓ | | | ✓ | | | | |
| 7/15 | 11:30 | | | CCLWT 32-9-#1 RIDE | | | ✓ | | | ✓ | | LID-0160 | | |
| 7/15 | 11:30 | | | CCLWT 9-9 #1 FILTER | | | ✓ | | | ✓ | | | | |

**FOR OFFICE USE ONLY**
CONDITION OF SAMPLES UPON RECEIPT AT LAB

Sampler (s) (Print): B. WAKE

1. Relinquished By: BRAD WAKE   Date: 7/15   Time: 11:30
2. Received By:   Date:   Time:
3. Relinquished By:   Date:   Time:
4. Received By:   Date:   Time:
5. Relinquished By:   Date:   Time:
6. Received for Laboratory:   Date: 7-15-20   Time: 1130

Data Results To:

Invoice To:

Sample Remarks:

**Turn-Around Time**
Normal Service
☐ 3 - 5 Days
Rush Service
☐ 24 Hrs ☐ 48 Hrs

White = Lab Copy    Yellow = Return with Lab Report

AHC 000384



# PETROLEUM LABORATORIES, INC.

333 East Kaliste Saloom Road
Lafayette, Louisiana 70508
337-234-7414

| | | | |
|---|---|---|---|
| Company: | Excel Consulting | Report Date: 07/22/20 | Lab No: LID-0157 |
| | P.O. Box 631 | | Non-Regulatory |
| | Rayne, LA 70578 | Location: Sklar Explor. - Pump Suction | |
| | | CC L&T 2-4 #1 | |
| Attn: | Mr. Brad Ware | Sample Date/Time: 07-15-20 / 1130 hrs. | |
| | | Sampled By: B. Ware | |

## Comprehensive Water Analysis

### Dissolved Solids and Gases

| | Constituent | mg/l |
|---|---|---|
| 1. | Total Solids (Calculated) | 122,522 |
| 2. | Sodium (Calculated) | 40,399 |
| 3. | Potassium | |
| 4. | Iron | 18 |
| 5. | Barium | 96 |
| 6. | Calcium | 5,734 |
| 7. | Magnesium | 947 |
| 8. | Boron | |
| 9. | Chloride | 75,235 |
| 10. | Bromide | |
| 11. | Iodide | |
| 12. | Bicarbonate | 93 |
| 13. | Carbonate | |
| 14. | Sulfate | <1 |
| 15. | Hydrogen Sulfide | |
| 16. | Manganese | 15 |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |

### Precipitated and Suspended Solids

| | Constituent | mg/l |
|---|---|---|
| 1. | Iron | 3 |
| 2. | Total Iron | 21 |
| 3. | | |

### Physical Properties

| | | | |
|---|---|---|---|
| Specific Gravity | 1.0856 | | |
| pH (s.u.) | 6.73 | | |
| Resistivity | 0.062 | Ohm-Meter @ 75 | °F |
| | | | |
| Stability Index | +0.07 | @ 100 °F | |
| | +1.58 | @ 180 °F | |

Mineral Analysis Pattern
(Number Below Ion Indicates meq.l/Scale Unit)



ATTEST: _____

Page 1 of 1

AHC 000385

**PETROLEUM LABORATORIES, INC.**

109 Cleveland Street
Houma, LA 70363
(985) 868-4820

333 E. Kaliste Saloom Rd.
Lafayette, LA 70508
(337) 234-7414

**CHAIN OF CUSTODY**

Company: EXCEL / SKUNK Exploration

Phone Number: 337-380-4170

Field / Sample Point: PUMP SUCTION

Regulatory ☐   Non-Regulatory ☑

FOR OFFICE USE ONLY

CONDITION OF SAMPLES UPON RECEIPT AT LAB

| Date | Time | Comp | Grab | Sample Location / Identification | Matrix | Number of Containers | Bottle | Size | Preservation | Analysis Requested | PLI LAB NUMBER | pH - s.u. | Temp -°C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/15 | 11:30 | | | PUMP SUCTION CCL&T 0-4 #1 | 3 | 1 | P | | | Comp (+) What is it? | LID-6157 | | |
| 7/15 | 11:30 | | | " CCL&T 34-14 #1 | V | 1 | P | | | ✓ | | | |
| 7/15 | 11:30 | | | " CCL&T 4-1 #1 | 3 | 1 | P | | | ✓ | | | |
| 7/15 | 11:30 | | | CCL&T 3-0 #1 | | | P | | | ✓ | | | |
| 7/15 | 11:30 | | | CCL&T 30-G #1 ) RIDE | | | P | | | ✓ | | | |
| 7/15 | 11:30 | | | CCL&T 0-9 #1 FILTER | | | P | | | ✓ | | | |

Matrix: W = Water  S = Soil  SL = Sludge  O = Other
Bottle: P = Plastic  G = Glass  V = 40 mL Vial  Sterilized
Preservation: 0 = None  1 = Hydrochloric  2 = Nitric  3 = Sulfuric  4 = Phosphoric  5 = Sodium Thiosulfate
Size: 1 = 1 Liter  4 = 4 oz.  6 = 6 oz.  8 = 8 oz.  16 = 16 oz.

Sampler (s) (Print): B. WAKE

| 1. Relinquished By: B. WAKE | Date: 7/15 | Time: 11:30 | 2. Received By: | Date: | Time: |
| 3. Relinquished By: | Date: | Time: | 4. Received By: | Date: | Time: |
| 5. Relinquished By: | Date: | Time: | 6. Received for Laboratory: ✓✓ | Date: 7-15-20 | Time: 1130 |

Invoice To:

Data Results To:

Sample Remarks: ✓✓

Turn-Around Time
Normal Service  ☐ 3 - 5 Days
Rush Service  ☐ 24 Hrs  ☐ 48 Hrs

White = Lab Copy    Yellow = Return with Lab Report

AHC 000386



# PETROLEUM LABORATORIES, INC.

333 East Kaliste Saloom Road
Lafayette, Louisiana  70508
337-234-7414

| | | |
|---|---|---|
| Company: Excel Consulting | Report Date: 07/22/20 | Lab No:  LID-0159 |
| P.O. Box 631 | | Non-Regulatory |
| Rayne, LA  70578 | Location:  Sklar Explor. - Pump Suction | |
| | CC L&T 4-1 #1 | |
| Attn:  Mr. Brad Ware | Sample Date/Time: 07-15-20 / 1130 hrs. | |
| | Sampled By: B. Ware | |

## *Comprehensive Water Analysis*

### Dissolved Solids and Gases

| Constituent | mg/l |
|---|---|
| 1. Total Solids (Calculated) | 110,187 |
| 2. Sodium (Calculated) | 36,359 |
| 3. Potassium | |
| 4. Iron | 16 |
| 5. Barium | 76 |
| 6. Calcium | 5,129 |
| 7. Magnesium | 860 |
| 8. Boron | |
| 9. Chloride | 67,695 |
| 10. Bromide | |
| 11. Iodide | |
| 12. Bicarbonate | 52 |
| 13. Carbonate | |
| 14. Sulfate | <1 |
| 15. Hydrogen Sulfide | |
| 16. Manganese | 14 |
| 17. | |
| 18. | |
| 19. | |
| 20. | |

### Precipitated and Suspended Solids

| Constituent | mg/l |
|---|---|
| 1. Iron | 2 |
| 2. Total Iron | 18 |
| 3. | |

### Physical Properties

| | | |
|---|---|---|
| Specific Gravity | 1.0764 | |
| pH (s.u.) | 6.43 | |
| Resistivity | 0.070 | Ohm-Meter @  75  °F |
| | | |
| Stability Index | -0.59 | @ 100 °F |
| | +0.88 | @ 180 °F |

Mineral Analysis Pattern
(Number Below Ion Indicates meq./l/Scale Unit)



ATTEST:

AHC 000387

# PETROLEUM LABORATORIES, INC.

**CHAIN OF CUSTODY**

109 Cleveland Street
Houma, LA 70363
(985) 868-4820

333 E. Kaliste Saloom Rd.
Lafayette, LA 70508
(337) 234-7414

**FOR OFFICE USE ONLY**

**CONDITION OF SAMPLES UPON RECEIPT AT LAB**

Company: EXCEL / SKLAR EXPLORATION

Phone Number: 337-280-4701

Field / Sample Point: PUMP SUCTION

| Date | Time | Sample Location / Identification | Matrix | No. of Containers | Bottle | Size | Preservation | Analysis Requested | PLI LAB NUMBER | pH – s.u. | Temp – °C |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/15 | 11:30 | Pump Suction #1  CCLdT 0-4 #1 | W | 1 | G | | Comp (+ Temp)  what is IT? | | | | |
| 7/15 | 11:30 | CCLdT 34-14 #1 | S | 1 | G | | | | | | |
| 7/15 | 11:30 | CCLdT 4-1 #1 | W | 3 | G | | | | | | |
| 7/15 | 11:30 | CCLdT 3-0 #1 | | 1 | G | | | | | | |
| 7/15 | 11:30 | CCLdT 32-9 #1 R10E | | 1 | G | | | | | | |
| 7/15 | 11:30 | CCLdT 0-9 #1 FILTER | | 1 | G | | | LID 0159 | 113° | |

Matrix: W = Water   S = Soil   SL = Sludge   O = Other

Bottle: P = Plastic   G = Glass   V = 40 mL Vial   Sterilized

Size: 1 = 1 Liter   4 = 4 oz.   6 = 6 oz.   8 = 8 oz.   16 = 16 oz.

Preservation: 0 = None   1 = Hydrochloric   2 = Nitric   3 = Sulfuric   4 = Phosphoric   5 = Sodium Thiosulfate

Sampler(s) (Print): B. WAKE

1. Relinquished By: BRAD WAKE  Date: 7/15  Time: 11:30
2. Received By: Date: Time:
3. Relinquished By: Date: Time:
4. Received By: Date: Time:
5. Relinquished By: Date: Time:
6. Received for Laboratory: ~~~  Date: 7-15-20  Time: 113°

Invoice To:

Data Results To:

Sample Remarks:

**Turn-Around Time**

Normal Service
☐ 3 - 5 Days

Rush Service
☐ 24 Hrs   ☐ 48 Hrs

White = Lab Copy      Yellow = Return with Lab Report



# PETROLEUM LABORATORIES, INC.

333 East Kaliste Saloom Road
Lafayette, Louisiana 70508
337-234-7414

Company: Excel Consulting
P.O. Box 631
Rayne, LA 70578

Attn: Mr. Brad Ware

Report Date: 07/22/20

Location: Sklar Explor. - Pump Suction
CC L&T 32-9 #1 Rise
Sample Date/Time: 07-15-20 / 1130 hrs.
Sampled By: B. Ware

Lab No: LID-0161
**Non-Regulatory**

---

## *Comprehensive Water Analysis*

### Dissolved Solids and Gases

| | Constituent | mg/l |
|---|---|---|
| 1. | Total Solids (Calculated) | 128,016 |
| 2. | Sodium (Calculated) | 41,900 |
| 3. | Potassium | |
| 4. | Iron | 18 |
| 5. | Barium | 99 |
| 6. | Calcium | 6,227 |
| 7. | Magnesium | 1,025 |
| 8. | Boron | |
| 9. | Chloride | 78,652 |
| 10. | Bromide | |
| 11. | Iodide | |
| 12. | Bicarbonate | 94 |
| 13. | Carbonate | |
| 14. | Sulfate | <1 |
| 15. | Hydrogen Sulfide | |
| 16. | Manganese | 16 |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |

### Precipitated and Suspended Solids

| | Constituent | mg/l |
|---|---|---|
| 1. | Iron | 7 |
| 2. | Total Iron | 25 |
| 3. | | |

### Physical Properties

| | | |
|---|---|---|
| Specific Gravity | 1.0890 | |
| pH (s.u.) | 6.65 | |
| Resistivity | 0.06 | Ohm-Meter @ 75 ºF |
| | | |
| Stability Index | +0.06 | @ 100 ºF |
| | +1.59 | @ 180 ºF |



Mineral Analysis Pattern
(Number Below Ion Indicates meq.l/Scale Unit)

ATTEST: _____

Page 1 of 1

AHC 000389

**PETROLEUM LABORATORIES, INC.**

**CHAIN OF CUSTODY**

109 Cleveland Street
Houma, LA 70363
(985) 868-4820

333 E. Kaliste Saloom Rd.
Lafayette, LA 70508
(337) 234-7414

Company: EXCEL / SKLAR EXPLORATION
Phone Number: 337-380-4701
Field / Sample Point: PUMP SUCTION

Regulatory ☐   Non-Regulatory ☑

| Date | Time | Comp | Grab | Sample Location / Identification | Matrix | Number of Containers | Bottle | Size | Preservation | Analysis Requested | | PLI LAB NUMBER | CONDITION OF SAMPLES UPON RECEIPT AT LAB | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Comp. + what is it? | | | pH - s.u. | Temp - °C | FOR OFFICE USE ONLY |
| 7/15 | 11:30 | | | PUMP SUCTION #1 CCL&T DO-4 #1 | 3 | 1 | | | | ✓ | | | | | |
| 7/15 | 11:30 | | | CCL&T 34-14 #1 | 5 | 1 | | | | ✓ | | | | | |
| 7/15 | 11:30 | | | CCL&T 4-1 #1 | 3 | 1 | | | | ✓ | | | | | |
| 7/15 | 11:30 | | | CCL&T 3-D #1 | | | | | | ✓ | | | | | |
| 7/15 | 11:30 | | | CCL&T 3D-5 #1 RIDE | | | | | | ✓ | | LID-0161 | | | |
| 7/15 | 1:30 | | | CCL&T 3-9 #1 FILTER | | | | | | ✓ | | | | | |

Sampler(s) (Print): B WARE

Turn-Around Time
Normal Service
☐ 3 - 5 Days
Rush Service
☐ 24 Hrs  ☐ 48 Hrs

| 1. Relinquished By: B WARE | Date: 7/15 | Time: 11:30 | 2. Received By: | Date: | Time: |
|---|---|---|---|---|---|
| 3. Relinquished By: | Date: | Time: | 4. Received By: | Date: | Time: |
| 5. Relinquished By: | Date: | Time: | 6. Received for Laboratory: SV | Date: 7-15-20 | Time: 1130 |

Data Results To: _____  Invoice To: _____  Sample Remarks: _____

White = Lab Copy      Yellow = Return with Lab Report

AHC 000390



# PETROLEUM LABORATORIES, INC.

333 East Kaliste Saloom Road
Lafayette, Louisiana 70508
337-234-7414

| | | | |
|---|---|---|---|
| Company: | Excel Consulting | Report Date: 07/22/20 | Lab No: LID-0158 |
| | P.O. Box 631 | | Non-Regulatory |
| | Rayne, LA 70578 | Location: Sklar Explor. - Pump Suction | |
| | | CC L&T 34-14 #1 | |
| Attn: | Mr. Brad Ware | Sample Date/Time: 07-15-20 / 1130 hrs. | |
| | | Sampled By: B. Ware | |

## Comprehensive Water Analysis

### Dissolved Solids and Gases

| | Constituent | mg/l |
|---|---|---|
| 1. | Total Solids (Calculated) | 127,650 |
| 2. | Sodium (Calculated) | 41,685 |
| 3. | Potassium | |
| 4. | Iron | 25 |
| 5. | Barium | 101 |
| 6. | Calcium | 6,290 |
| 7. | Magnesium | 1,025 |
| 8. | Boron | |
| 9. | Chloride | 78,436 |
| 10. | Bromide | |
| 11. | Iodide | |
| 12. | Bicarbonate | 89 |
| 13. | Carbonate | |
| 14. | Sulfate | <1 |
| 15. | Hydrogen Sulfide | |
| 16. | Manganese | 17 |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |

### Precipitated and Suspended Solids

| | Constituent | mg/l |
|---|---|---|
| 1. | Iron | 5 |
| 2. | Total Iron | 30 |
| 3. | | |

### Physical Properties

| | | |
|---|---|---|
| Specific Gravity | 1.0892 | |
| pH (s.u.) | 6.67 | |
| Resistivity | 0.06 | Ohm-Meter @ 75 °F |
| | | |
| Stability Index | +0.06 | @ 100 °F |
| | +1.59 | @ 180 °F |

### Mineral Analysis Pattern
(Number Below Ion Indicates meq.l/Scale Unit)



ATTEST:

AHC 000391

# PETROLEUM LABORATORIES, INC.

109 Cleveland Street
Houma, LA 70363
(985) 868-4820

333 E. Kaliste Saloom Rd.
Lafayette, LA 70508
(337) 234-7414

## CHAIN OF CUSTODY

**Company:** EXCEL / SKLAR EXPLORATION

**Phone Number:** 337-280-4701

**Field / Sample Point:** PUMP SUCTION

Regulatory ☐   Non-Regulatory ☑

| Sample Date | Time | Comp | Grab | Sample Location / Identification | Matrix (W=Water, S=Soil, SL=Sludge, O=Other) | Number of Containers | Bottle (P=Plastic, G=Glass, V=40 mL Vial, Sterilized) | Size (1=1 Liter, 4=4 oz, 6=6 oz, 8=8 oz, 16=16 oz) | Preservation (0=None, 1=Hydrochloric, 2=Nitric, 3=Sulfuric, 4=Phosphoric, 5=Sodium Thiosulfate) | Analysis Requested Comp + (Ros) what is it? | | PLI LAB NUMBER | Temp - °C | pH - s.u. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/15 | 11:30 | | | PUMP SUCTION #1 CCLoT 34-4 #1 | W | 1 | | | | ✓ | | | | |
| 7/15 | 11:30 | | | " CCLoT 34-14 #1 | W | 1 | ✓ | | | ✓ | | LID-0158 | | |
| 7/15 | 11:30 | | | CCLoT 4-1 #1 | W | 1 | ✓ | | | ✓ | | | | |
| 7/15 | 11:30 | | | CCLoT 3-9 #1 | | | ✓ | | | ✓ | | | | |
| 7/15 | 11:30 | | | CCLoT 32-9 #1 RIDE | | | | | | ✓ | | | | |
| 7/15 | 11:30 | | | CCLoT 3-9 #1 FILTER | | | | | | ✓ | | | | |

**Sampler (s) (Print):** B. WARE

1. Relinquished By: B. WARE   Date: 7/15   Time: 11:30
2. Received By:
3. Relinquished By:   Date:   Time:
4. Received By:
5. Relinquished By:   Date:   Time:
6. Received for Laboratory: ___   Date: 7-15-20   Time: 1130

**Data Results To:**

**Invoice To:**

**Sample Remarks:**

**Turn-Around Time**
Normal Service ☐ 3 - 5 Days
Rush Service ☐ 24 Hrs ☐ 48 Hrs

*FOR OFFICE USE ONLY*
CONDITION OF SAMPLES UPON RECEIPT AT LAB

White = Lab Copy    Yellow = Return with Lab Report