

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 303-541-1559
Facsimile: 303-443-1551

Sutton Lloyd – Landman

Telephone: 720-961-5476
E-Mail: slloyd@sklarexploration.com

January 29, 2020

**(Via Email)**
TO:   Working Interest Owners

RE:  Sklar Exploration Company, LLC
     Cedar Creek Land & Timber 2-2 #1
     Southwest Brooklyn Oil Unit
     Escambia County, Alabama

Dear Owner:

Sklar Exploration Company, LLC, as operator of the Southwest Brooklyn Oil Unit, hereby proposes a workover on the Cedar Creek Land & Timber 2-2 #1. The well is currently producing 82 MCFD + 19 BOPD + 0 BWPD on jet pump from the Smackover formation.

The CCL&T 2-2 #1 has a history of salt problems and requires frequent batch treating with freshwater. The workover will consist of tripping the tubing to replace the standard jet pump cavity with a PXD sleeve. Coil tubing will be used to wash out the salt deposits with nitrogen and freshwater, and the three sets of Smackover perforations will then be acidized with a total of 5250 gals nitrogen foamed 15% HCL. The well will be jetted in and returned to production. We anticipate a production rate of approximately 400 MCFD + 100 BOPD.

Enclosed please find a detailed procedure, wellbore diagrams, AFE and a log section for your review. Pursuant to Article 4.3.2 of the Southwest Brooklyn Oil Unit Operating Agreement dated November 1, 2018, Sklar will proceed with the operation after receiving an affirmative vote from three (3) or more working interest owners with a combined majority voting interest. Please make your election on the ballot provided and return it to fmontalvo@sklarexploration.com at your earliest convenience.

Should you have any questions, please feel free to call.

Sincerely,

Sutton Lloyd
Senior Landman

Enclosed:   Ballot, Procedure, AFE, Wellbore Diagram, Wellbore Diagrams, Log Section

**Exhibit**
**AHC-39**

AHC 000695

CCL&T 2-2 #1
Southwest Brooklyn Oil Unit
January 29, 2020
Page **2** of **2**

## SKLAR EXPLORATION COMPANY L.L.C.
## CEDAR CREEK LAND & TIMBER 2-2 #1
## SOUTHWEST BROOKLYN OIL UNIT
## ESCAMBIA COUNTY, ALABAMA

### BALLOT

_____   I/We hereby approve Sklar Exploration Company L.L.C.'s proposal to perform the workover operation the above referenced well.

_____   I/We hereby **reject** Sklar Exploration Company L.L.C.'s proposal to perform the workover operation on the above referenced well.

SIGNATURE: _____

PRINTED NAME: _____

COMPANY NAME: _____

TITLE: _____

DATE: _____

AHC 000696



## CCL&T 2-2 #1 (formerly Pruet)
Southwest Brooklyn Oil Unit
Brooklyn Field
Section 2, T3N, R12E
Escambia County, Alabama
Permit #16844
Workover/Stimulation Procedure
January 28, 2020

**WELLBORE DETAIL:** See attached diagram.

**DRIVING DIRECTIONS (TRUCK):**
From Evergreen, AL, at I-65 & Hwy 84, go east on Hwy 84 for 12 miles. Turn right (So.) on CR 43. Go 12 miles. Turn left (SE) on CR 42. Go 0.4 miles to location on the left.

**PURPOSE:** Pull tbg & packer and re-run replacing standard jet pump cavity w/ PXD sleeve. Remove salt deposits from casing and perforations using coil tubing, freshwater, and nitrogen. Acidize Smackover producing intervals with 5250 gals nitrogen foamed 15% HCL acid.

### WORKOVER PROCEDURE

1. Reverse circulate jet pump to surface. MIRU SLU. RIH with equalizing tool and open equalizing ports in standing valve at 11,773'. POOH. RDMO SLU.

2. MIRU workover rig, pump, and tank. Bleed pressure off tubing and casing. Partially load tbg and csg with lease salt water as needed to control well. ND tree. NU & test BOP's. Pick up on tubing and release AS1-X packer at 11,784'. POOH with 2-7/8" 6.5 #/ft L-80 EUE 8rd tubing, jet pump cavity, packer and WLEG. Send in packer for redress or exchange, and send in jet pump cavity for storage.

3. RIH w/ WLEG, AS1-X 10K pkr with carbide slips, on/off tool with 2.188" 'R' profile, 2 - 4' X 2-7/8" 6.5 #/ft L-80 EUE 8rd tubing subs, PXD sleeve in closed position, and 2-7/8" 6.5 #/ft L-80 EUE 8rd tubing, internally testing with freshwater to 7000 psig while GIH. Space out and set pkr at 11,786' w/ 10K# compression. Fill annulus with inhibited 4% KCL water and pressure test to 1000 psig. Bleed off pressure. ND BOP's. NU & test tree. RDMO WOR.

4. MI rental separator, flare stack and enclosed tank. Connect and test flow-back lines. MIRU NexTier 1-3/4" coil tubing unit, N2 unit, and acid pump. Have swab unit on location standing by.

AHC 000697



**CCL&T 2-2 #1**
**Workover Procedure (Cont'd)**
**January 28, 2020**

5. RIH with 1-3/4" jet nozzle on 1-3/4" coil tubing, pumping 900 SCF N2/min. Begin pumping 0.5 BPM freshwater with 500 SCF N2/min at 11,600'. Continue in hole washing out salt deposits with freshwater and nitrogen to 11,250'. While continuing to wash, work jet nozzle back up to 11,150' and then back down to 12,100'. Work jet nozzle across perforated intervals 12,028'-12,032', 11,992'-11,928', and 11,850'-11,865' while washing. Shut off freshwater and jet well with 900 SCF N2/min until all water is recovered.

6. Pull jet nozzle up to 12,000'. SI returns (tbg/coil tbg annulus) and pressure up with N2 until injection into formation is established. Pump 1000 gals 15% HCL with 900 SCF N2/min, with returns SI. Work jet nozzle from 12,000' to 12,040' while acidizing. Pull up to 11,900'. Pump 500 gals 15% HCL w/ 900 SCF N2/min. Work jet nozzle from 11,900' to 11,940' while acidizing. Pull up to 11,830'. Pump 3750 gals 15% HCL w/ 900 SCF N2/min. Work jet nozzle from 11,830' to 11,875' while acidizing. Pull up to 11,000'. Open tbg/coil tbg annulus. RIH to 12,050' jetting with 900 SCF N2/min. POOH slowly, jetting well with 900 SCF N2/min.

7. RDMO coil tubing unit. Continue flowing well to flow-back tank until well is strong enough to return to production. Place well on production if well continues to flow. Swab well if necessary to recover spent acid. If well will not flow after fluid recovery, MIRU SLU. RIH with standing valve and set same in PXD assembly. POOH. Fill tubing with oil and pressure tubing to 1000 psig. RIH with shifting tool and shift open PXD sleeve. POOH. Break circulation to insure sleeve is open. RDMO SLU. Transfer fluids out of flow-back tank. Move out flow-back tank. Place well on production via jet pump.

**Notify AOGB before starting operations.**
**Field Agent – Paul Matthews (251) 607-8826**

AHC 000698

CCLT 2-2 #1 Workover-Stimulation AFE 012820,1/29/2020,10:54 AM

## SKLAR Exploration Company L.L.C.
401 Edwards St. Suite 1601
Shreveport, LA 71101
(318) 227-8668

### AUTHORITY FOR EXPENDITURE

| DATE: | January 28, 2020 | FIELD: | | Brooklyn | |
|---|---|---|---|---|---|
| OPERATOR: | Sklar Exploration Company L.L.C. | STATE: | | Alabama | |
| WELL: | CCL&T 2-2 #1 | HORIZON: | | Smackover | |
| LOCATION: | Section 2, T3N, R12E, Escambia County | PROJ. T.D.: | | 12,250' | |
| PROPOSAL: | Southwest Brooklyn Oil Unit<br>Pull tbg and packer and re-run replacing standard jet pump cavity w/ PXD sleeve. Using coil tubing, remove salt deposits from producing perforations with nitrogen and freshwater. Acidize w/ nitrogen and 5250 gals 15% HCL. | | | | |

| CODE or SUB | CLASSIFICATION: | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| 9100 | **LEASEHOLD COSTS** | | | |
| 81 | LEGAL FEES, TITLE OPINIONS, CURATIVE | | | |
| 86 | LEASE BONUS | | | |
| 84 | LEASE EXTENSION | | | |
| 88 | DELAY RENTALS | | | |
| 89 | BROKERAGE | | | |
| 90 | LANDMAN COSTS | | | |
| 91 | RECORDING FEES | | | |
| | **TOTAL LEASEHOLD COSTS** | $0 | $0 | $0 |
| 9200/9300 | **INTANGIBLE DRILLING & COMPLETION** | | | |
| 01 | SURVEY, DOC HEARINGS, PERMITS | | | |
| 02 | LOCATION PREPARATION/DIRT WORK | | | |
| 03 | LOCATION CLEAN UP & PIT CLOSURE | | | |
| 04 | SURFACE DAMAGES & ROW | | | |
| 05 | SETTING CONDUCTOR CASING | | | |
| 06 | RIG MOBILIZE/DEMOBILIZE | | | |
| 07 | DRILLING - FOOTAGE | | | |
| 08 | DRILLING - TURNKEY | | | |
| 10 | DAYWORK WITH DRILL PIPE | | | |
| 11 | DAYWORK WITHOUT DRILL PIPE | | | |
| 12 | DAYWORK - RIG EQUIPMENT & REPAIR | | | |
| 13 | ENGINEERING & SUPERVISION: | | 8,300 | 8,300 |
| 14 | RIG INSTRUMENTATION & MONITORING | | | |
| 15 | COIL TUBING UNIT | | 24,000 | 24,000 |
| 16 | DIRECTIONAL DRILLING TOOLS & SVCS | | | |
| 17 | MUD & CHEMICALS | | | |
| 18 | MUD DISPOSAL | | | |
| 23 | MUD LOGGING | | | |
| 24 | CEMENTING & EQUIPMENT | | | |
| 25 | CASING CREW & LAYDOWN MACHINE: | | | |
| 26 | PIPE TESTING | | 4,500 | 4,500 |
| 27 | EQUIPMENT RENTALS | | 19,000 | 19,000 |
| 28 | FISHING TOOLS & SVCS | | | |
| 29 | TELEPHONE & COMMUNICATIONS: | | | |
| 30 | WATER | | | |
| 31 | FUEL | | | |
| 32 | BITS | | | |
| 33 | TRANSPORTATION & TRUCKING | | 2,000 | 2,000 |
| 34 | CONTRACT LABOR | | 8,000 | 8,000 |
| 35 | SAFETY & H2S TRAINING | | | |
| 36 | LOGGING & WIRELINE  (Slickline) | | 3,200 | 3,200 |
| 37 | DRILL STEM & PRODUCTION TESTING | | | |
| 38 | CORING & ANALYSIS | | | |
| 39 | GEOLOGICAL | | | |
| 40 | GEOPHYSICAL | | | |
| 46 | WORKOVER RIG | | 20,000 | 20,000 |
| 47 | PERFORATION SERVICES | | | |
| 48 | COMPLETION FLUIDS | | 2,000 | 2,000 |
| 49 | STIMULATION SERVICES | | 36,000 | 36,000 |
| 50 | INSTALLATION OF WELL EQUIPMENT | | | |
| 51 | PIPELINE EXPENSES & ROW | | | |
| 58 | AUTO EXPENSE | | | |
| 61 | SALT WATER DISPOSAL | | 1,500 | 1,500 |
| 63 | VACUUM TRUCK | | | |
| 64 | SWABBING UNIT | | 4,000 | 4,000 |
| 65 | PLUG & ABANDON COSTS | | | |
| 78 | INSURANCE | | | |
| 79 | COPAS OVERHEAD - DRILLING/COMPLETION | | | |
| 82 | MISCELLANEOUS: ±5% contingency | 0 | 6,600 | 6,600 |
| | **TOTAL INTANGIBLE DRILLING & COMPLETION** | $0 | $139,100 | $139,100 |
| 9500 | **TANGIBLE EQUIPMENT - DRILLING** | | | |
| 01 | CONDUCTOR CASING | | | |
| 02 | SURFACE CASING | | | |
| 03 | INTERMEDIATE CASING & LINERS | | | |
| 04 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 05 | WELLHEAD EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - DRILLING** | $0 | $0 | $0 |
| 9520 | **TANGIBLE EQUIPMENT - COMPLETION** | | | |
| 21 | PRODUCTION CASING & LINERS | | | |
| 22 | TUBING | | | |
| 23 | PACKERS | | | |
| 24 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 25 | WELLHEAD EQUIPMENT | | | |
| 27 | ARTIFICIAL LIFT EQUIPMENT | | 9,000 | 9,000 |
| | **TOTAL TANGIBLE EQUIPMENT - COMPLETION** | $0 | $9,000 | $9,000 |
| 9540 | **SURFACE PRODUCTION EQUIPMENT** | | | |
| 41 | SURFACE PRODUCTION EQUIPMENT | | | |
| 42 | COMPRESSION | | | |
| 43 | TANK BATTERY COSTS | | | |
| 44 | FLOWLINES, FITTINGS, CONNECTIONS | | | |
| 45 | PIPELINE & GATHERING SYSTEM COSTS | | | |
| 46 | SALES METERING EQUIPMENT | | | |
| | **TOTAL SURFACE PRODUCTION EQUIPMENT** | $0 | $0 | $0 |
| | **TOTAL EQUIPMENT** | $0 | $9,000 | $9,000 |
| | **TOTAL WELL COST** | $0 | $148,100 | $148,100 |

APPROVED:_____, 2020.

BY:_____

OEE Insurance Election (Please check your election below):
☐ Coverage under own policy with limits not less than_____.

☐ Coverage under Operator's policy

NOTE: If no election is checked or owner has not supplied proof of coverage prior to spud, owner will be included under and charged for SEC's OEE coverage.

AHC 000699

## Wellbore Diagram
## CCL&T 2-2 #1 (Formerly Pruet)

**Sklar Exploration Company LLC**

| | |
|---|---|
| LEASE: | CCL&T 2-2 #1 |
| FIELD: | Brooklyn Field / Southwest Brooklyn Oil Unit |
| COUNTY: | Escambia |
| STATE: | Alabama |
| LOCATION: | Sec 2, T3N-R12E |
| API #: | 01-053-20649-00-00 |
| Permit NO.: | 16844 |
| SPUD: | 6/22/13 |
| Prepared by: | DM 1/27/20 |

RKB: 219.7'
GL: 197.7'

20" Conductor @ 195'

**4/3/14**
372 jts 2-7/8" 6.5 #/ft L-80 EUE 8rd tbg
Jimco Pump Cavity @ 11,773'
2 - 4' X 2-7/8" 6.5 #/ft L-80 EUE 8rd tbg subs
AS1-X Pkr w/ Carbide slips @ 11,784'
WLEG
EOT @11,791'

**6/24/13:**
9-5/8" 40 #/ft J-55 LTC set @ 2,825' w/1250 sx.
Cement circ'd to Srf.

TOC: 10,275' CBL

Jimco Pump Cavity @ 11,773'

AS1-X Pkr @ 11,784'

**8/16/13: Smackover 'A'**
Perfs: 11,850'-11,867' AIL, 4 SPF, Tested Wet.
**9/5/13:** Sqz'd w/ 85 Sx Cmt in Perfs. Drilled out.
**9/12/13:** Re-Perf 11,850' – 11,865' AIL, 4 SPF.
Swab Test 45 BOPD.
**9/18/13:** Acidized w/ 1500 gals 'FE' Acid. Tested
206 MCFD + 270 BOPD + 0 BWPD, 200 psig FTP.

**8/16/13: Smackover 'B'**
Perfs: 11,922' – 11,928' AIL, 4 SPF. Tested 5 BOPD
**8/27/13:** Acidized w/1500 gals 'FE' Acid. Swab Test
37 BOPD.

**8/15/13:** ArrowDrill 'B' Pkr @ 11,948' AIL
w/ 6' x 2- 7/8" L-80 6.5 #/ft Tbg Sub, 2.188" "R"
Nipple, Dual Disk Sub (Broken) & WLEG.
EOT @ 11,959'

**8/10/13: Smackover 'D"**
Perfs: 12,028' – 12,032' AIL, 4 SPF, Test'd 254
MCFD + 259 BOPD+ 0 BWPD.

**7/10/13:**
5-1/2", 20 #/ft, L-80 LTC SRF –975'
5-1/2", 17 #/ft, L-80 LTC 975' – 9,215'
5-1/2", 20 #/ft, L-80 LTC 9,215' – 12,250'
Cmt'd with 100 sx 12.8 PPG, 1.86 Yld Lead & 500 sx
16.3 PPG, 1.44 Yld Tail

TD: 12,250'
PBTD: 12,079' CBL

AHC 000700

| COMPANY | | | FIELD | | | WELL NAME | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PRUET PRODUCTION CO. | | | WILDCAT | | | C.C.L.&T. 2-2 # 1 | | | | |
| COMPANY REP | | CASING | SIZE | WEIGHT | GRADE | THREAD | COMPLETION FLUID | | | |
| JACKIE KEITH | | | 5 1/2 | 17 & 20 | L-80 | LT&C | 9.3 # INHIBITED SALT WATER | | | |
| COUNTY | STATE | LINER | SIZE | WEIGHT | GRADE | THREAD | TUBING | LOWER | MIDDLE | UPPER |
| ESCAMBIA | AL. | | | | | | WT.ON | 12,000 | | |
| | | UPPER | SIZE | WEIGHT | GRADE | THREAD | TYPE | LOWER | MIDDLE | UPPER |
| | TUBING | | 2 7/8 | 6.5# | L-80 | EUE | LATCH | | | |
| | | MIDDLE | SIZE | WEIGHT | GRADE | THREAD | OPERATOR'S NAME | | | MSO |
| | | | | | | | BEN JACKSON | | | 16821 |
| | | LOWER | SIZE | WEIGHT | GRADE | THREAD | OFFICE | | | DATE |
| | | | | | | | LAUREL MS. | | | 04/02/14 |

| ITEM | DEPTH | LENGTH | JTS | DESCRIPTION | OD | ID |
|---|---|---|---|---|---|---|
| | | | * | STRING WT. W / BLOCK 58,000 | | |
| | 0 | 22.00 | | ELEVATION | | |
| | 22.00 | (-3.00) | | COMPRESSION ON PACKER | | |
| | 19.00 | 30.12 | 1 | SLICK JT. | | |
| | 49.12 | 11723.39 | 371 | JT. TBG. 2 7/8 6.5 # L-80 | | |
| 1 | 11772.51 | 3.10 | | JIMCO PUMP CAVITY | 3.70 | 2.25 |
| | 11775.61 | 4.06 | | PUP JT. 2 7/8 6.5 # L-80 | | |
| | 11779.67 | 4.05 | | PUP JT. 2 7/8 6.5 # L-80 | | |
| | 11783.72 | 7.17 | | ASI-X PACKER 5 1/2 20-23# X 2 7/8 10K W/CARBIDE | 4.50 | 2.36 |
| 3 | 11790.89 | 0.43 | | WIRELINE RE-ENTRY GUIDE | 3.68 | 2.36 |
| | 11791.32 | | | | | |
| | | | | | 3.70 | 2.35 |
| | 11948.00 | 1.94 | | ARROWDRILL 'B' PACKER 5 1/2 17-23# RATCH/LAT. | 4.44 | 3.00 |
| | 11949.94 | 0.54 | | ADAPTOR PACKER TO TBG. | 4.44 | 2.36 |
| | 11950.48 | 5.58 | | PUP JT. 2 7/8 6.5 # L-80 | | |
| | 11956.06 | 1.10 | | 'RN' NIPPLE 2.188 WITH 2.010 NO-GO | 3.250 | 2.01 |
| | 11957.16 | 1.18 | | DUAL CERAMIC DISC SUB | 3.68 | 2.36 |
| | 11958.34 | 0.40 | | WIRELINE RE-ENTRY GUIDE | 3.68 | 2.36 |
| | 11958.74 | | | | | |
| | | | * | UPPER PERFORATIONS | | |
| | | | | 11,850' THRU 11,865' | | |
| | | | * | MIDDLE PERFORATIONS | | |
| | | | | 11,922' THRU 11,928' | | |
| | | | * | LOWER PERFORATIONS | | |
| | | | | 12,028' THRU 12,032' | | |
| | | | * | P.B.T.D. ELECTRIC LINE 12,079' | | |
| | | | | PAGE       1       OF       1 | | |

PRYOR PACKERS INC.
PO BOX 2754
LAUREL, MS 39442-2754
TELEPHONE (601) 649-4535  FAX (601) 649-4620

AHC 000701

# HALLIBURTON

**ARRAY INDUCTION**
**SPECTRAL DENSITY**
**DUAL SPACED NEUTRON**
**MICROLOG**
**WAVESONIC**

| Field | Value |
|---|---|
| COMPANY | PRUET PRODUCTION COMPANY |
| WELL | CEDAR CREEK LAND & TIMBER 2-2 #1 |
| FIELD/BLOCK | WILDCAT |
| COUNTY | ESCAMBIA |
| STATE | AL |
| API No. | 01-053-20649-00-00 |
| Location | 700' FNL & 1900' FEL OF SECTION 2 |
| Other Services | XRMI |
| Sect. | 2 |
| Twp. | 3N |
| Rge. | 12E |

| | | | | |
|---|---|---|---|---|
| Permanent Datum | GL | | Elev. 197.7 ft | Elev.: K.B. 219.7 ft |
| Log measured from | KB | | 22.0 ft above perm. Datum | D.F. 218.2 ft |
| Drilling measured from | KB | | | G.L. 197.7 ft |

| Field | Value | | |
|---|---|---|---|
| Date | 08-Jul-13 | | |
| Run No. | ONE | | |
| Depth - Driller | 12250.00 ft | | |
| Depth - Logger | 12256.0 ft | | |
| Bottom - Logged Interval | 12254 | | |
| Top - Logged Interval | 2819 | | |
| Casing - Driller | 9.625 in | @ 2825.0 ft | |
| Casing - Logger | 2819.0 ft | | |
| Bit Size | 8.750 in | | |
| Type Fluid in Hole | WBM | | |
| Density | 9.6 ppg | Viscosity | 44.00 s/qt |
| PH | 11.00 pH | Fluid Loss | 8.6 cptm |
| Source of Sample | MUD TANK | | |
| Rm @ Meas. Temperature | 0.970 ohmm | @ 72.00 degF | |
| Rmf @ Meas. Temperature | 0.78 ohmm | @ 72.00 degF | |
| Rmc @ Meas. Temperature | 1.160 ohmm | @ 72.00 degF | |
| Source Rmf | MEAS | Rmc | MEAS |
| Rm @ BHT | 0.32 ohmm | @ 217.0 degF | |
| Time Since Circulation | 10.0 hr | | |
| Time on Bottom | 08-Jul-13 08:03 | | |
| Max. Rec. Temperature | 217.0 degF | @ 12256.0 ft | |
| Equipment | 5674 | Location | LAUREL, MS |
| Recorded By | ROLAND VALDEZ | | |
| Witnessed By | R. SMITH | | |

Service Ticket No.: 900524999
API Serial No.: 01-053-20649-00-00
PGM Version: WL INSITE R3.8.4 (Build 5)

## RESISTIVITY SCALE CHANGES

| Type Log | Depth | Scale Up Hole | Scale Down Hole |
|---|---|---|---|

## RESISTIVITY EQUIPMENT DATA

| | Run No. | Tool Type & No. | Pad Type | Tool Pos. | Other |
|---|---|---|---|---|---|
| | ONE | ACRT-9011962 | NONE | 1.5 S.O. | N/A |

## EQUIPMENT DATA

### ACOUSTIC

| Field | Value |
|---|---|
| Run No. | ONE |
| Serial No. | 10875019 |
| Model No. | WSTT |
| No. of Cent. | 2 |
| Spacing | 0.5' |
| LSA [Y/N] | Y |
| FWDA [Y/N] | Y |

### GAMMA

| Field | Value |
|---|---|
| Run No. | ONE |
| Serial No. | 10889018 |
| Model No. | GTET |
| Diameter | 3.625" |
| Detector Model No. | GTET |
| Type | SCINT |
| Length | 8" |
| Distance to Source | 9.4' |

### DENSITY

| Field | Value |
|---|---|
| Run No. | ONE |
| Serial No. | 10895159 |
| Model No. | SDLT |
| Diameter | 4.75" |
| Log Type | GAM-GAM |
| Source Type | CS137 |
| Serial No. | 5108GW |
| Strength | 1.5 Ci |

### NEUTRON

| Field | Value |
|---|---|
| Run No. | ONE |
| Serial No. | 12026041 |
| Model No. | DSNT |
| Diameter | 3.625" |
| Log Type | NEU-NEU |
| Source Type | AM241BE |
| Serial No. | DSN356 |
| Strength | 15 Ci |

## LOGGING DATA

### CHANGE IN MUD TYPE OR ADDITIONAL SAMPLE

| Date | | | | | |
|---|---|---|---|---|---|
| Depth-Driller | | | | | |
| Type Fluid in Hole | | | | | |
| Density | Viscosity | | | | |
| Ph | Fluid Loss | | | | |
| Source of Sample | | | | | |
| Rm @ Meas. Temp. | 0.93 ohmm @ 75 degF | @ | @ | @ | @ |
| Rmf @ Meas. Temp. | 0.74 ohmm @ 75 degF | @ | @ | @ | @ |
| Rmc @ Meas. Temp. | 1.12 ohmm @ 75 degF | @ | @ | @ | @ |
| Source Rmf | Rmc | CALC | CALC | | |
| Rm @ BHT | 0.32 ohmm @ 217 degF | @ | @ | @ | @ |
| Rmf @ BHT | 0.26 ohmm @ 217 degF | @ | @ | @ | @ |
| Rmc @ BHT | 0.39 ohmm @ 217 degF | @ | @ | @ | @ |

Sample No.

AHC 000702



AHC 000703



AHC 000704



AHC 000705



**HALLIBURTON**
Plot Time: 08-Jul-13 14:08:47
Plot Range: 2800 ft to 12266.1 ft
Data: PRU_CCLT_2_2_1\Well Based\*\*
Plot File: \\QUAD\MIDROC Quad Combo

# MAIN PASS 5" = 100'

**HALLIBURTON**
Plot Time: 08-Jul-13 14:08:48
Plot Range: 11600 ft to 12266 ft
Data: PRU_CCLT_2_2_1\Well Based\DAQ-0001-005\*
Plot File: \\QUAD\MIDROC Quad Combo

# REPEAT PASS 5" = 100'

AHC 000706



Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 303-541-1559
Facsimile: 303-443-1551

Sutton Lloyd – Land Manager

Telephone: 720-961-5476
E-Mail: slloyd@sklarexploration.com

September 10, 2020

**(Via Email)**
TO: Working Interest Owners

RE: Sklar Exploration Company, LLC
Cedar Creek Land & Timber 2-11 #1
Southwest Brooklyn Oil Unit
Escambia County, Alabama

Dear Owner:

Sklar Exploration Company, LLC, as operator of the Southwest Brooklyn Oil Unit, hereby proposes a workover on the Cedar Creek Land & Timber 2-11 #1. The well is currently producing 28 MCFD + 36 BOPD + 0 BWPD on jet pump from the Upper Smackover formation.

The CCL&T 2-11 #1 has a history of salt problems and requires frequent batch treating with freshwater. The workover will consist of washing out the salt deposits using coil tubing, nitrogen, and freshwater, then acidizing the producing perforations with 3500 gals nitrogen foamed 15% HCL. The well will then be jetted in and returned to production. We anticipate a production rate of approximately 70 MCFD + 90 BOPD + 0 BWPD.

Enclosed please find a detailed procedure, wellbore diagram, AFE and a log section for your review. Pursuant to Article 4.3.2 of the Southwest Brooklyn Oil Unit Operating Agreement dated November 1, 2018, an affirmative vote from three (3) or more working interest owners with a combined majority voting interest is required to perform the operation. We will then proceed with the previously approved CCL&T 2-2 #1 workover before shifting our efforts to the CCL&T 2-11 #1. Please make your election on the ballot provided and return it to mmcphillips@sklarexploration.com at your earliest convenience.

Should you have any questions, please feel free to call.

Sincerely,

Sutton Lloyd
Land Manager

Enclosed: Ballot, Procedure, AFE, Wellbore Diagram, Log Section

AHC 000707

CCL&T 2-11 #1  
Southwest Brooklyn Oil Unit  
September 10, 2020  
Page 2 of 2

**SKLAR EXPLORATION COMPANY L.L.C.**  
**CEDAR CREEK LAND & TIMBER 2-11 #1**  
**SOUTHWEST BROOKLYN OIL UNIT**  
**ESCAMBIA COUNTY, ALABAMA**

**BALLOT**

_____  I/We hereby approve Sklar Exploration Company L.L.C.'s proposal to perform the workover operation the above referenced well.

_____  I/We hereby **reject** Sklar Exploration Company L.L.C.'s proposal to perform the workover operation on the above referenced well.

SIGNATURE: _____

PRINTED NAME: _____

COMPANY NAME: _____

TITLE: _____

DATE: _____

AHC 000708



CCL&T 2-11 #1
Southwest Brooklyn Oil Unit
Brooklyn Field
Section 2, T3N, R12E
Escambia County, Alabama
Permit #17032-B
Stimulation Procedure
September 10, 2020

**WELLBORE DETAIL:** See attached diagram.

**DRIVING DIRECTIONS:** From Evergreen, Alabama, travel on US Hwy 84 East for 10 miles to CR 43, turn Right (South) onto CR 43. Go 13 miles to stop sign. Turn Left (South East) on CR 42 (Brooklyn Rd) and go 0.4 miles to CR 6 on Right (West). Turn Right on CR 6 and go 3.4 miles to lease rd on Left (South). Turn Left on lease rd and go 0.7 miles to **T (Tee).** Turn left (South East) and go 0.2 miles to lease rd on Left (South East). Turn Left on lease rd and go 0.5 miles to new lease rd on Right (South). Turn Right and go 1.1 miles to location.

**PURPOSE:** Remove salt deposits from tubing, packer assembly, and perforations and acidize with 3500 gals nitrogen foamed 15% HCL acid.

### WORKOVER PROCEDURE

1. Reverse circulate jet pump to surface. MIRU SLU. RIH with shifting tool and shift closed the PXD sleeve at 11,954'. POOH. RIH with equalizing bar and open equalizing ports on standing valve. POOH. Allow pressure to equalize. RIH with pulling tool. Latch onto standing valve and POOH with same. RDMO SLU.

2. MI rental separator, manifold, enclosed flow back tank, and flare stack. Connect and test flow-back lines. MIRU NexTier Energy Services 1-3/4" coil tubing unit, N2 unit, and acid pump. Have swab unit on location standing by.

3. RIH with 1-3/4" jet nozzle on 1-3/4" coil tubing, pumping 900 SCF/min N2. Begin pumping 0.5 BPM freshwater with 500 SCF/min at 10,000'. Continue in hole washing out salt deposits with freshwater and nitrogen to 12,087' (30' below bottom of perforations). While continuing to wash, work jet nozzle back up to 11,940' and then back down to 12,087'. Wash from 12,020' – 12,070' multiple times. Shut off freshwater and jet well with 900 SCF/min N2 until all water is recovered.

AHC 000709



CCL&T 2-11 #1
Stimulation Procedure (Cont'd)
September 10, 2020

4. Pull jet nozzle up to 12,000'. SI returns (tbg/coil tbg annulus) and pressure up with N2 until injection into formation is established. Pump 3500 gals 15% HCL with 900 SCF N2/min, with returns SI. Work coil from 12,065' to 12,030' while pumping acid. SD N2. Pull up to 10,500'. Open tbg/coil tbg annulus. RIH to 12,065' jetting with 900 SCF/min N2. POOH slowly, jetting well with 900 SCF/min N2.

5. RDMO coil tubing unit. Continue flowing well to rental equipment until well is strong enough to return to production. Place well on production. Swab well if necessary. RDMO rental equipment.

6. If well will not flow after swabbing, MIRU slickline unit. RIH & set standing valve in PXD sleeve assembly at 11,954'. POOH. RIH with shifting tool and shift open the PXD sleeve. POOH. RDMO SLU. Insert jet pump into tubing and pump to seat. Return well to production via jet pump.

**Notify AOGB before starting operations.**
**Field Agent – Paul Matthews (251) 607-8826**

AHC 000710



**LEASE:** CCL&T 2-11 #1
**FIELD:** Wildcat
**COUNTY:** Escambia
**STATE:** Alabama
**LOCATION:** 1787' FSL & 1972' FWL
S2-T3N-R12E
**API #:** 01-053-20674-00-00
**Permit NO.:** 17032-B
**SPUD:** 7/3/14
**Prepared by:** BME
**Date Updated:** 3/30/15

**Wellbore Diagram**
**CCL&T 2-11 #1**

KB: 254.1'
GL: 232.0'
DF: 252.6'

Sklar Exploration Company LLC

Bradenhead flange:
Tbghead flange:
Production tree:

20" @ 80'

**10/27/14**
2-7/8" 6.5# L-80 EUE 8rd slick jt
382 jts 2-7/8" 6.5# L-80 EUE 8rd tbg
4' X 2-7/8" 6.5# L-80 8rd locator sub @ 11918'
2-7/8" 6.5# L-80 EUE 8rd tbg jt.
2-7/8" PXD Jet pump sleeve @ 11954'
**opened 3/25/15 on jet pump**
10' X 2-7/8" 6.5# L-80 EUE 8rd tbg pup
On/Off tool 5-1/2" X 2-7/8" EUE
2.188" Otis 'R' profile T-2 Stinger'
ASI-X W Packer 5-1/2" X 2-7/8" 10K @ 11970'
4' X 2-7/8" 6.5# L-80 EUE 8rd tbg pup
Otis type 'R' nipple @ 11981'
6' X 2-7/8" 6.5# L-80 EUE 8rd tbg pup
Underbalanced sub
2-7/8" 6.5# L-80 EUE 8rd tbg jt.
6' X 2-7/8" 6.5# L-80 EUE 8rd tbg pup
EOT @ 12029'

**7/5/14**
67 jts, 9-5/8", 40# J-55 @ 2907'
Lead: 930 sks Std, 12.8#, 1.773 yld
Tail: 270 sks Std Class A, 15#, 1.317 yld
Displ w/ 214 bbls fresh water
Top Out: 100 sks, 15#, 1.317 yld Std Class A cmt w/ 2% CAL Chloride

TOC: 9500'

**Perfs: 10/27/14**
12038' – 12057' AIL = RCBL
UPPR SMKV
6 spf, 60°, SDP

**11/11/14 Acid:** 5000 gal Super Sol EQH-155 & 4000 gal 4% KCL wtr.
Brk @ 7227 psi, 1 bpm; on perfs @ 6212 psi, 2.8 bpm; ISIP 4950 psi, 5 min 3975 psi, 10 min 3500 psi, 15 min 3150 psi

**7/22/14**
4 jts, 5-1/2", 20#, L-80 Srf – 192'
237 jts, 5-1/2", 17#, L-80 192' – 10678'
38 jts, 5-1/2", 20#, L-80 10678' – 12365'
Lead: 100 sks (33 bbl) HTLD, 12.8#, 1.876 yld
Tail: 375 sks (96 bbl) prem., 16.3#, 1.445 yld
Displ w/ 283 bbls fresh water

Gun assembly dropped to PBTD
Top of TCP assembly -12207' AIL = RCBL

PBTD = FC @ 12236' AIL
TD = 12365' AIL

AHC 000711

Copy of CCLT 2-11 #1 Stimulation AFE 031820,9/10/2020,9:57 AM

## SKLAR Exploration Company L.L.C.
401 Edwards St. Suite 1601
Shreveport, LA 71101
(318) 227-8668

### AUTHORITY FOR EXPENDITURE

| DATE: | September 10, 2020 | FIELD: | | Brooklyn | |
|---|---|---|---|---|---|
| OPERATOR: | Sklar Exploration Company L.L.C. | STATE: | | Alabama | |
| WELL: | CCL&T 2-11 #1 | HORIZON: | | Smackover | |
| LOCATION: | Section 2, T3N, R12E, Escambia County | PROJ. T.D.: | | 12,365' | |
| PROPOSAL: | Southwest Brooklyn Oil Unit Remove salt deposits from tubing, packer, jet pump assembly, casing, and perforations. Acidize with 3500 gals 15% HCL using coil tubing and nitrogen. | | | | |

| CODE or SUB | CLASSIFICATION: | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| 9100 | **LEASEHOLD COSTS** | | | |
| 81 | LEGAL FEES, TITLE OPINIONS, CURATIVE | | | |
| 86 | LEASE BONUS | | | |
| 84 | LEASE EXTENSION | | | |
| 88 | DELAY RENTALS | | | |
| 89 | BROKERAGE | | | |
| 90 | LANDMAN COSTS | | | |
| 91 | RECORDING FEES | | | |
| | **TOTAL LEASEHOLD COSTS** | $0 | $0 | $0 |
| 9200/9300 | **INTANGIBLE DRILLING & COMPLETION** | | | |
| 01 | SURVEY, DOC HEARINGS, PERMITS | | | |
| 02 | LOCATION PREPARATION/DIRT WORK | | | |
| 03 | LOCATION CLEAN UP & PIT CLOSURE | | | |
| 04 | SURFACE DAMAGES & ROW | | | |
| 05 | SETTING CONDUCTOR CASING | | | |
| 06 | RIG MOBILIZE/DEMOBILIZE | | | |
| 07 | DRILLING - FOOTAGE | | | |
| 08 | DRILLING - TURNKEY | | | |
| 10 | DAYWORK WITH DRILL PIPE | | | |
| 11 | DAYWORK WITHOUT DRILL PIPE | | | |
| 12 | DAYWORK - RIG EQUIPMENT & REPAIR | | | |
| 13 | ENGINEERING & SUPERVISION: | | 8,000 | 8,000 |
| 14 | RIG INSTRUMENTATION & MONITORING | | | |
| 15 | COIL TUBING UNIT | | 24,500 | 24,500 |
| 16 | DIRECTIONAL DRILLING TOOLS & SVCS | | | |
| 17 | MUD & CHEMICALS | | | |
| 18 | MUD DISPOSAL | | | |
| 23 | MUD LOGGING | | | |
| 24 | CEMENTING & EQUIPMENT | | | |
| 25 | CASING CREW & LAYDOWN MACHINE: | | | |
| 26 | PIPE TESTING | | | |
| 27 | EQUIPMENT RENTALS | | 26,000 | 26,000 |
| 28 | FISHING TOOLS & SVCS | | | |
| 29 | TELEPHONE & COMMUNICATIONS: | | | |
| 30 | WATER | | | |
| 31 | FUEL | | | |
| 32 | BITS | | | |
| 33 | TRANSPORTATION & TRUCKING | | | |
| 34 | CONTRACT LABOR | | | |
| 35 | SAFETY & H2S TRAINING | | | |
| 36 | LOGGING & WIRELINE  (Slickline) | | 4,200 | 4,200 |
| 37 | DRILL STEM & PRODUCTION TESTING | | | |
| 38 | CORING & ANALYSIS | | | |
| 39 | GEOLOGICAL | | | |
| 40 | GEOPHYSICAL | | | |
| 46 | WORKOVER RIG | | | |
| 47 | PERFORATION SERVICES | | | |
| 48 | COMPLETION FLUIDS | | | |
| 49 | STIMULATION SERVICES | | 33,300 | 33,300 |
| 50 | INSTALLATION OF WELL EQUIPMENT | | | |
| 51 | PIPELINE EXPENSES & ROW | | | |
| 58 | AUTO EXPENSE | | | |
| 61 | SALT WATER DISPOSAL | | | |
| 63 | VACUUM TRUCK | | | |
| 64 | SWABBING UNIT | | 4,000 | 4,000 |
| 65 | PLUG & ABANDON COSTS | | | |
| 78 | INSURANCE | | | |
| 79 | COPAS OVERHEAD - DRILLING/COMPLETION | | | |
| 82 | MISCELLANEOUS: ±5% contingency | 0 | 5,000 | 5,000 |
| | **TOTAL INTANGIBLE DRILLING & COMPLETION** | $0 | $105,000 | $105,000 |
| 9500 | **TANGIBLE EQUIPMENT - DRILLING** | | | |
| 01 | CONDUCTOR CASING | | | |
| 02 | SURFACE CASING | | | |
| 03 | INTERMEDIATE CASING & LINERS | | | |
| 04 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 05 | WELLHEAD EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - DRILLING** | $0 | $0 | $0 |
| 9520 | **TANGIBLE EQUIPMENT - COMPLETION** | | | |
| 21 | PRODUCTION CASING & LINERS | | | |
| 22 | TUBING | | | |
| 23 | PACKERS | | | |
| 24 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 25 | WELLHEAD EQUIPMENT | | | |
| 27 | ARTIFICIAL LIFT EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - COMPLETION** | $0 | $0 | $0 |
| 9540 | **SURFACE PRODUCTION EQUIPMENT** | | | |
| 41 | SURFACE PRODUCTION EQUIPMENT | | | |
| 42 | COMPRESSION | | | |
| 43 | TANK BATTERY COSTS | | | |
| 44 | FLOWLINES, FITTINGS, CONNECTIONS | | | |
| 45 | PIPELINE & GATHERING SYSTEM COSTS | | | |
| 46 | SALES METERING EQUIPMENT | | | |
| | **TOTAL SURFACE PRODUCTION EQUIPMENT** | $0 | $0 | $0 |
| | **TOTAL EQUIPMENT** | $0 | $0 | $0 |
| | **TOTAL WELL COST** | $0 | $105,000 | $105,000 |

APPROVED: _____, 2020.

BY: _____

OEE Insurance Election (Please check your election below):
☐ Coverage under own policy with limits not less than _____
☐ Coverage under Operator's policy

NOTE: If no election is checked or owner has not supplied proof of coverage prior to spud, owner will be included under and charged for SEC's OEE coverage.

# Schlumberger

| Company: | SKLAR EXPLORATION CO., LLC. |
|---|---|
| Well: | CEDAR CREEK LAND & TIMBER 2-11 #1 |
| Field: | WILDCAT |
| County: | ESCAMBIA   State: ALABAMA |

ARRAY INDUCTION / SP / GR

LITHODENSITY / COMPENSATED NEUTRON

BOREHOLE COMPENSATED SONIC

| Location: | SHL: 1787' FSL & 1972' FWL | | Elev.: | K.B. | 254.10 ft |
|---|---|---|---|---|---|
| | LAT: 31.25162  LONG: -86.83040 | | | G.L. | 232.00 ft |
| | BHL: 2067' FSL & 1970' FWL | | | D.F. | 252.60 ft |
| | Permanent Datum: | Ground Level | Elev.: | | 232.00 ft |
| | Log Measured From: | Kelly Bushing | 22.10 ft | | above Perm.Datum |
| | Drilling Measured From: | Kelly Bushing | | | |
| | API Serial No. | Section: | Township: | | Range: |
| | 01-053-20674-0000 | 2 | 3N | | 12E |

| Logging Date | 19-Jul-2014 | | | |
|---|---|---|---|---|
| Run Number | ONE | | | |
| Depth Driller | 12350.00 ft | | | |
| Schlumberger Depth | 12365.00 ft | | | |
| Bottom Log Interval | 12357.00 ft | | | |
| Top Log Interval | 2914.00 ft | | | |
| Casing Driller Size @ Depth | 9.625 in | @ | 2907.00 ft | |
| Casing Schlumberger | 2914 ft | | | |
| Bit Size | 8.75 in | | | |
| Type Fluid In Hole | Water Based Mud | | | |
| Density | Viscosity | 9.5 lbm/gal | 47 s | |
| Fluid Loss | PH | | 10.8 | |
| Source of Sample | | AIT Mud Sensor | | |
| RM @ Meas Temp | | 0.75 ohm.m | @ | 93 degF |
| RMF @ Meas Temp | | 0.56 ohm.m | @ | 93 degF |
| RMC @ Meas Temp | | 1.13 ohm.m | @ | 93 degF |
| Source RMF | RMC | Calculated | Calculated | |
| RM @ BHT | RMF @ BHT | 0.37 @ 196 | 0.28 @ 196 | |
| Max Recorded Temperatures | | 196 degF | | |
| Circulation Stopped | Time | 19-Jul-2014 | 14:00:00 | |
| Logger on Bottom | Time | 19-Jul-2014 | 20:00:42 | |
| Unit Number | Location: | 9110 | Laurel, MS | |
| Recorded By | | Mark Butler | | |

**Disclaimer**

THE USE OF AND RELIANCE UPON THIS RECORDED-DATA BY THE HEREIN NAMED COMPANY (AND ANY OF ITS AFFILIATES, PARTNERS, REPRESENTATIVES, AGENTS, CONSULTANTS AND EMPLOYEES) IS SUBJECT TO THE TERMS AND CONDITIONS AGREED UPON BETWEEN SCHLUMBERGER AND THE COMPANY, INCLUDING: (a) RESTRICTIONS ON USE OF THE RECORDED-DATA; (b) DISCLAIMERS AND WAIVERS OF WARRANTIES AND REPRESENTATIONS REGARDING COMPANY'S USE AND RELIANCE UPON THE RECORDED-DATA; AND (c) CUSTOMER'S FULL AND SOLE RESPONSIBILITY FOR ANY INFERENCE DRAWN OR DECISION MADE IN CONNECTION WITH THE USE OF THIS RECORDED-DATA.

**Contents**

1. Header
2. Disclaimer
3. Contents
4. Operational Run Summary
5. Remarks and Equipment Summary
6. Depth Summary
7. ONE 1" MAIN PASS
7.1 Integration Summary
7.2 Composite Summary
7.3 Log ( TWO_INCH )
8. ONE 2" MAIN PASS
8.1 Integration Summary
8.2 Composite Summary
8.3 Log ( TWO_INCH )
9. ONE 5" MAIN PASS
9.1 Integration Summary

11. Tail

AHC 000713



AHC 000714