

12300
TD
12365.00ft
Spontaneous Potential (SP) AIT-M
30 mV 40
GR
gAPI 150
Cable Tension (TENS)
000 lbf 1000
Apparent Formation Water Resistivity (RWA)
ohm.m 0.5
Perm
Synthetic Micro-Inverse Resistivity (SMIN) HDRS-H
0 ohm.m 10
Synthetic Micro-Normal Resistivity (SMNO) HDRS-H
0 ohm.m 10
MUDCAKE
Array Induction Two Foot Resistivity A90 (AT90) AIT-M
0.2 ohm.m 2000
Array Induction Two Foot Resistivity A60 (AT60) AIT-M
0.2 ohm.m 2000
Array Induction Two Foot Resistivity A30 (AT30) AIT-M
0.2 ohm.m 2000
Array Induction Two Foot Resistivity A20 (AT20) AIT-M
0.2 ohm.m 2000
Array Induction Two Foot Resistivity A10 (AT10) AIT-M
0.2 ohm.m 2000
Differential Caliper (DCAL)
-20 in 0
Crossover
Delta-T (also called Slowness or Interval Transit Time) (DT) DSLT-H
140 us/ft 40
Thermal Neutron Porosity (original Ratio Method) in Selected Lithology (NPHI) HGNS-H
0.35 ft3/ft3 -0.15
Standard Resolution Density Porosity (DPHZ) HDRS-H
0.35 ft3/ft3 -0.15
Differential Caliper (DCAL)
0 in 20
Standard Resolution Formation Photoelectric Factor (PEFZ) HDRS-H
0 10
Density Standoff Correction (HDRA) HDRS-H
-0.8 g/cm3 0.2
ICV - Integrated Cement Volume every 100.00 (ft3)



Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 303-541-1559
Facsimile: 303-443-1551

Sutton Lloyd – Landman

Telephone: 720-961-5476
E-Mail: slloyd@sklarexploration.com

February 4, 2020

**(Via Email)**
TO: Working Interest Owners

RE: Sklar Exploration Company, LLC
Cedar Creek Land & Timber 3-2 #1 WI
Southwest Brooklyn Oil Unit
Escambia County, Alabama

Dear Owner:

Sklar Exploration Company, LLC, as operator of the Southwest Brooklyn Oil Unit, hereby proposes a workover on the CCL&T 3-2 #1 WI. The well is currently shut-in due to casing/tubing communication and is not capable of taking fluid at a satisfactory rate.

The workover will consist of pulling the tubing and the packer, re-perforating the Smackover interval 12,084'-12,096' AIL, stimulating the interval with Precise Propellant, re-running the tubing and packer, and testing the tubing while going in the hole.

A Mechanical Integrity Pressure Test will then be performed and witnessed by an AOGB representative. The well will then be returned to water injection service.

Enclosed please find a detailed procedure, wellbore diagrams, AFE, and a log section for your review. Pursuant to Article 4.3.2 of the Southwest Brooklyn Oil Unit Operating Agreement dated November 1, 2018, Sklar will proceed with the operation after receiving an affirmative vote from three (3) or more working interest owners with a combined majority voting interest. Please make your election on the ballot provided and return it to FMontalvo@sklarexploration.com at your earliest convenience. Should you have any questions, please feel free to call.

Sincerely,

Sutton Lloyd
Senior Landman

Encl.

CCL&T 3-2 #1 WI
Southwest Brooklyn Oil Unit
February 4, 2020
Page **2** of **2**

**SKLAR EXPLORATION COMPANY L.L.C.**
**CEDAR CREEK LAND & TIMBER 3-2 #1 WI**
**SOUTHWEST BROOKLYN OIL UNIT**
**ESCAMBIA COUNTY, ALABAMA**

**BALLOT**

_______ I/We hereby approve Sklar Exploration Company L.L.C.'s proposal to perform the workover operation the above referenced well.

_______ I/We hereby **reject** Sklar Exploration Company L.L.C.'s proposal to perform the workover operation on the above referenced well.

SIGNATURE: ______________________________

PRINTED NAME: ______________________________

COMPANY NAME: ______________________________

TITLE: ______________________________

DATE: ______________________________

Page 2 of 2

AHC 000717



**CCL&T 3-2 #1-WI**
**Brooklyn Field**
**Southwest Brooklyn Oil Unit**
**Section 3, T3N, R12E**
**Escambia County, Alabama**
**Permit #16763-B**
**Workover Procedure**
**January 9, 2020**

**WELLBORE DETAIL: See attached diagram.**

**DRIVING DIRECTIONS (TRUCK):**

From Evergreen take Hwy 84 going East to (CR 43), turn right and go approximately 16 or 17miles to (T) in the road. Turn left at (T) onto CR 42, go approximately 0.2 miles and turn right on CR 6 at Brooklyn. Go approximately 5 miles to Johnsonville Vol. Fire Department. Turn left onto Ridge Court Rd. Go through yellow gate and continue straight for approximately 1000' ft. Turn left at the closed gate and you will be on location.

**Purpose:** Repair casing/tubing communication.

**WORKOVER PROCEDURE**

1. MIRU WOR, pump, and tank. Load tubing with water from water source well. ND tree. NU & test BOP's. Pick up on tubing and release AS1-X packer at 12,051'. POOH. LD PXD sleeve, AS1-X on/off overshot, AS1-X pkr and stinger, and packer tailpipe assembly.

2. MIRU TCP Specialists ELU. RIH w/ CCL, Gamma Ray tool, and 12' x 3-3/8" casing gun loaded 6 SPF, 60° phase with big hole charges. Re-perforate 12,084'-12,096' AIL. POOH. RIH w/ 10' Precise Propellant carrier & spot top at 12,085' AIL. Fire propellant. POOH. RDMO ELU. RIH w/ WLEG, redressed AS1-X pkr, and 368 jts 2-7/8" 6.5 #/ft L-80 EUE 8rd tbg, testing internally w/ water to 7000 psig while GIH. Set pkr at ± 12,025'w/ 30K# compression. Land tbg. Fill annulus w/ packer fluid. Pressure test annulus to 1500 psig.

3. Bleed off pressure. ND BOP's. NU tree.

4. Notify the AOGB and allow travel time for a representative to witness the Mechanical Integrity Pressure Test. Once representative has arrived, pressure test the casing/tubing annulus to 1500 psig for 30 minutes and record test on chart recorder. Bleed off pressure.

5. Place well on injection using triplex pump from former hydraulic jet pump system.

**Notify AOGB before starting operations.**
**Field Agent – Paul Matthews (251) 607-8826**

CCLT 3-2 #1-WI Workover AFE 010920,2/4/2020,1:21 PM

# SKLAR Exploration Company L.L.C.

401 Edwards St. Suite 1601
Shreveport, LA 71101
(318) 227-8668

## AUTHORITY FOR EXPENDITURE

| | | | |
|---|---|---|---|
| DATE: | January 9, 2020 | FIELD: | Brooklyn |
| OPERATOR: | Sklar Exploration Company L.L.C. | STATE: | Alabama |
| WELL: | CCL&T 3-2 #1-WI | HORIZON: | Upper Smackover |
| LOCATION: | Section 3, T3N, R12E, Escambia County | PROJ. T.D.: | 12,402' |

Southwest Brooklyn Oil Unit

PROPOSAL: Re-perforate 12,084'-12,096' AIL, 6 SPF, 60° phase. Stimulate with Precise Propellant. Return to injection service.

| CODE or SUB | CLASSIFICATION: | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| 9100 | **LEASEHOLD COSTS** | | | |
| 81 | LEGAL FEES, TITLE OPINIONS, CURATIVE | | | |
| 86 | LEASE BONUS | | | |
| 84 | LEASE EXTENSION | | | |
| 88 | DELAY RENTALS | | | |
| 89 | BROKERAGE | | | |
| 90 | LANDMAN COSTS | | | |
| 91 | RECORDING FEES | | | |
| | **TOTAL LEASEHOLD COSTS** | $0 | $0 | $0 |
| 9200/9300 | **INTANGIBLE DRILLING & COMPLETION** | | | |
| 01 | SURVEY, DOC HEARINGS, PERMITS | | | |
| 02 | LOCATION PREPARATION/DIRT WORK | | | |
| 03 | LOCATION CLEAN UP & PIT CLOSURE | | | |
| 04 | SURFACE DAMAGES & ROW | | | |
| 05 | SETTING CONDUCTOR CASING | | | |
| 06 | RIG MOBILIZE/DEMOBILIZE | | | |
| 07 | DRILLING - FOOTAGE | | | |
| 08 | DRILLING - TURNKEY | | | |
| 10 | DAYWORK WITH DRILL PIPE | | | |
| 11 | DAYWORK WITHOUT DRILL PIPE | | | |
| 12 | DAYWORK - RIG EQUIPMENT & REPAIR | | | |
| 13 | ENGINEERING & SUPERVISION: | | 7,200 | 7,200 |
| 14 | RIG INSTRUMENTATION & MONITORING | | | |
| 15 | COIL TUBING UNIT | | | |
| 16 | DIRECTIONAL DRILLING TOOLS & SVCS | | | |
| 17 | MUD & CHEMICALS | | | |
| 18 | MUD DISPOSAL | | | |
| 23 | MUD LOGGING | | | |
| 24 | CEMENTING & EQUIPMENT | | | |
| 25 | CASING CREW & LAYDOWN MACHINE: | | | |
| 26 | PIPE TESTING | | 5,000 | 5,000 |
| 27 | EQUIPMENT RENTALS | | | |
| 28 | FISHING TOOLS & SVCS | | | |
| 29 | TELEPHONE & COMMUNICATIONS: | | | |
| 30 | WATER | | | |
| 31 | FUEL | | | |
| 32 | BITS | | | |
| 33 | TRANSPORTATION & TRUCKING | | 6,000 | 6,000 |
| 34 | CONTRACT LABOR | | 5,500 | 5,500 |
| 35 | SAFETY & H2S TRAINING | | | |
| 36 | LOGGING & WIRELINE | | | |
| 37 | DRILL STEM & PRODUCTION TESTING | | | |
| 38 | CORING & ANALYSIS | | | |
| 39 | GEOLOGICAL | | | |
| 40 | GEOPHYSICAL | | | |
| 46 | WORKOVER RIG | | 18,000 | 18,000 |
| 47 | PERFORATION SERVICES | | 10,400 | 10,400 |
| 48 | COMPLETION FLUIDS | | 2,000 | 2,000 |
| 49 | STIMULATION SERVICES | | 13,500 | 13,500 |
| 50 | INSTALLATION OF WELL EQUIPMENT | | | |
| 51 | PIPELINE EXPENSES & ROW | | | |
| 58 | AUTO EXPENSE | | | |
| 61 | SALT WATER DISPOSAL | | 1,000 | 1,000 |
| 63 | VACUUM TRUCK | | 1,000 | 1,000 |
| 64 | SWABBING UNIT | | | |
| 65 | PLUG & ABANDON COSTS | | | |
| 78 | INSURANCE | | | |
| 79 | COPAS OVERHEAD - DRILLING/COMPLETION | | | |
| 82 | MISCELLANEOUS: ±5% contingency | 0 | 3,500 | 3,500 |
| | **TOTAL INTANGIBLE DRILLING & COMPLETION** | $0 | $73,100 | $73,100 |
| 9500 | **TANGIBLE EQUIPMENT - DRILLING** | | | |
| 01 | CONDUCTOR CASING | | | |
| 02 | SURFACE CASING | | | |
| 03 | INTERMEDIATE CASING & LINERS | | | |
| 04 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 05 | WELLHEAD EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - DRILLING** | $0 | $0 | $0 |
| 9520 | **TANGIBLE EQUIPMENT - COMPLETION** | | | |
| 21 | PRODUCTION CASING & LINERS | | | 0 |
| 22 | TUBING | | | 0 |
| 23 | PACKERS | | | 0 |
| 24 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 25 | WELLHEAD EQUIPMENT | | | |
| 27 | ARTIFICIAL LIFT EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - COMPLETION** | $0 | $0 | $0 |
| 9540 | **SURFACE PRODUCTION EQUIPMENT** | | | |
| 41 | SURFACE PRODUCTION EQUIPMENT | | | |
| 42 | COMPRESSION | | | |
| 43 | TANK BATTERY COSTS | | | |
| 44 | FLOWLINES, FITTINGS, CONNECTIONS | | | |
| 45 | PIPELINE & GATHERING SYSTEM COSTS | | | |
| 46 | SALES METERING EQUIPMENT | | | |
| | **TOTAL SURFACE PRODUCTION EQUIPMENT** | $0 | $0 | $0 |
| | **TOTAL EQUIPMENT** | $0 | $0 | $0 |
| | **TOTAL WELL COST** | $0 | $73,100 | $73,100 |

APPROVED:______________________________, 2020.

BY:______________________________________

OEE Insurance Election (Please check your election below):

☐ Coverage under own policy with limits not less than________________.

☐ Coverage under Operator's policy

NOTE: If no election is checked or owner has not supplied proof of coverage prior to spud, owner will be included under and charged for SEC's OEE coverage.



LEASE: CCL&T 3-2 #1
FIELD: Wildcat
COUNTY: Escambia
STATE: Alabama
LOCATION: 2596' FEL & 671' FNL
S3-T3N-R12E
API #: 01-053-20636-00-00
Permit NO.: 16763-B
SPUD: November 12, 2012
Prepared by: BME/RMW
Date Updated: 1/8/20
Wellbore Diagram
CCL&T 3-2 #1
KB: 287.1'
GL: 262.9'
DF: 285.6'
Sklar Exploration Company LLC
Bradenhead flange:
Tbghead flange:
Production tree:
20" @ 80'
11/15/12
70 jts, 9-5/8", 40# J-55 @ 2,940'
Lead: 865 sks 35:65:6 Poz , 12.8#, 1.9 yld
Tail: 305 sks C/H, 16#, 1.15 yld
Displ w/ 217 bbls fresh water
Top Out: 100 sks Type I, 15.4#, 1.23 yld
1/18/13
1 jt. 2-7/8" 6.5# L-80 EUE 8rd tbg
8' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
366 jts 2-7/8" 6.5# L-80 EUE 8rd tbg
4' X 2-7/8" 6.5# L-80 EUE 8rd tbg locator sub
1 jt. 2-7/8" 6.5# L-80 EUE 8rd tbg
2-7/8" PXD Jet pump sleeve (closed)
10' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
On/Off tool 5-1/2" X 2-7/8" EUE, T-2 Overshot
On/Off Stinger, 2-7/8" X 2.188 'R' profile
ASI-X Packer 5-1/2" X 2-7/8" 10K @ 12,051'
4' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
2.188" 'R' nipple @ 11,927'
6' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
Ported under balance sub
10' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
Auto release firing head
EOT @ 12,080'
TOC: 9,970'
Perfs:
1/18/2013
12,082' –12,095' RCBL (12,084 – 12,097' AIL)
6 spf, 60°
12/04/12
19 jts, 5-1/2", 20#, L-80 Srf – 849'
219 jts, 5-1/2", 17#, L-80 849' – 10,713'
37 jts, 5-1/2", 20#, L-80 10,713' – 12,402'
Lead: 100 sks, 12.4#, 2.05 yld
Tail: 345 sks , 16.2#, 1.50 yld
Displ w/ 283 bbls water
Gun assembly dropped to PBTD
Top of TCP assembly -12,241' AIL = RCBL
PBTD = FC @ 12,257' AIL
TD = 12,402' AIL

| COMPANY | | FIELD | | | WELL NAME | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SKLAR EXPLORATION CO. | | WILDCAT | | | C.C.L.&T. 3-2 #1 | | | | |
| CO. REPRESENTATIVE: DANNY MCDONALD | CASING | SIZE 5 1/2 | WEIGHT 17 & 20 | GRADE | THREAD | COMPLETION FLUID 4% KCL WATER | | | |
| COUNTY: CONECUH / STATE: AL. | LINER | SIZE | WEIGHT | GRADE | THREAD | TUBING WT.ON | LOWER 10,000 | MIDDLE | UPPER |
| TUBING | UPPER | SIZE 2 7/8 | WEIGHT 6.5# | GRADE L-80 | THREAD EUE | TYPE LATCH | LOWER ON / OFF J-LATCH | MIDDLE | UPPER |
| | MIDDLE | SIZE | WEIGHT | GRADE | THREAD | OPERATORS NAME BEN JACKSON | | | MSO 15166 |
| | LOWER | SIZE | WEIGHT | GRADE | THREAD | OFFICE LAUREL MS. | | | DATE 1/18/13 |

| ITEM | DEPTH | LENGTH | JTS | DESCRIPTION | OD | ID |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | 0 | 24.20 | | ELEVATION | | |
| | 24.20 | (-2.70) | | COMPRESSION ON PACKER | | |
| | 21.50 | 30.94 | 1 | SLICK JT. 2 7/8 6.5 # L-80 | | |
| | 52.44 | 8.20 | | PUP JT. 2 7/8 6.5 # L-80 | | |
| | 60.64 | 11937.39 | 366 | JT. 2 7/8 6.5# L-80 TBG. | | |
| 1 | 11998.03 | 4.22 | | LOCATOR SUB 2 7/8 6.5 # L-80 | | |
| | 12002.25 | 32.80 | 1 | JT. 2 7/8 6.5# L-80 TBG. | | |
| 2 | 12035.05 | 4.16 | | PXD PUMP CAVITY | 3.70 | 2.25 |
| | 12039.21 | 10.00 | | PUP JT. 2 7/8 6.5 # L-80 | | |
| 3 | 12049.21 | 1.45 | | ON/OFF OVERSHOT | 4.50 | 2.36 |
| | 12050.66 | 0.36 | | ON/OFF STINGER 2.188 'R' PROFILE L-80 | 3.25 | 2.188 |
| 4 | 12051.02 | 6.96 | | ASIX PACKER 5 1/2 X 2 7/8 14.5-20 # 10K | 4.625 | 2.36 |
| | 12057.98 | 4.03 | | PUP JT. 2 7/8 6.5# L-80 | | |
| 5 | 12062.01 | 0.83 | | 'R' PROFILE NIPPLE 2.188 L-80 | 3.68 | 2.188 |
| | 12062.84 | 6.04 | | PUP JT. 2 7/8 6.5# L-80 | | |
| 6 | 12068.88 | 0.78 | | UNDERBALANCE SUB PORTED | 3.68 | 2.35 |
| | 12069.66 | 10.04 | | PUP JT. 2 7/8 6.5# L-80 | | |
| 7 | 12079.70 | 2.30 | | AUTO RELEASE FIRUNG HEAD | 3.68 | 2.35 |
| 8 | 12082.00 | 13.00 | | LOADED GUN | 3.375 | xx |
| | 12095.00 | 0.80 | | BULL PLUG | 3.375 | xx |
| | 12095.80 | | | | | |
| | | | | | | |
| | | | * | STRING WT. W / BLOCK 60,000 | | |
| | | | | | | |
| | | | * | ASI-X PACKER 5 1/ 2 14.5-20# X 2 7/8 10 K | | |
| | | | | WITH CARBIDE INLAYED SLIPS | | |
| | | | | | | |
| | | | * | ON / OFF TOOL L / H RELEASE | | |
| | | | | | | |
| | | | * | PXD PUMP CAVITY HAS 'XD' SLIDING SLEEVE | | |
| | | | | OPEN DOWN-CLOSE UP, PART # 288JPSSD1188 | | |
| | | | | MUST USE SPECIAL SHIFTING TOOL TO OPEN @ | | |
| | | | | PRYOR PACKERS SHOP. USE TYPE 'B' TOOL | | |
| | | | | TO CLOSE. | | |
| | | | * | PXD EXTENSION MUST BE USED WITH STANDARD | | |
| | | | | PUMP, AVAILABLE @ PRYOR PACKERS | | |
| | | | | | | |
| | | | * | P.B.T.D. ELECTRIC LINE MEASUREMENT 12,290' | | |

PAGE 1 OF 1

PRYOR PACKERS INC.
PO BOX 2754
LAUREL, MS 39442-2754
TELEPHONE (601 )649-4535 FAX (601 )649-4620



Schlumberger

Company: SKLAR EXPLORATION COMPANY, LLC.

Well: CEDAR CREEK LAND & TIMBER 3-2 #1
Field: WILDCAT
County: ESCAMBIA State: ALABAMA

County: ESCAMBIA
Field: WILDCAT
Location: 2596' FEL & 671' FNL
Well: CEDAR CREEK LAND & TIMBER
Company: SKLAR EXPLORATION COMPA

PLATFORM EXPRESS
ARRAY INDUCTION / SP / GR
NEUTRON / DENSITY / SONIC

LOCATION
2596' FEL & 671' FNL
PERMIT: 16763-B

Elev.: K.B. 287.10 ft; G.L. 262.90 ft; D.F. 285.60 ft

Permanent Datum: GROUND LEVEL — Elev.: 262.90 ft
Log Measured From: KELLY BUSHING — 24.20 ft above Perm. Datum
Drilling Measured From: KELLY BUSHING

| API Serial No. | Section | Township | Range |
|---|---|---|---|
| 01-053-20636-00-00 | 3 | 3N | 12E |

| | | | |
|---|---|---|---|
| Logging Date | 2-DEC-2012 | | |
| Run Number | ONE | | |
| Depth Driller | 12400 ft | | |
| Schlumberger Depth | 12402 ft | | |
| Bottom Log Interval | 12394 ft | | |
| Top Log Interval | 2938 ft | | |
| Casing Driller Size @ Depth | 9.625 in @ 2940 ft | @ | |
| Casing Schlumberger | 2938 ft | | |
| Bit Size | 8.750 in | | |
| Type Fluid In Hole | FRESH MUD | | |
| MUD Density / Viscosity | 9.8 lbm/gal | 55 s | |
| MUD Fluid Loss / PH | 6 cm3 | 10.6 | |
| MUD Source Of Sample | FLOWLINE | | |
| RM @ Measured Temperature | 0.700 ohm.m @ 80 degF | @ | |
| RMF @ Measured Temperature | 0.550 ohm.m @ 76 degF | @ | |
| RMC @ Measured Temperature | 1.200 ohm.m @ 74 degF | @ | |
| Source RMF / RMC | MUD PRESS | MUD PRESS | |
| RM @ MRT / RMF @ MRT | 0.294 @ 200 | 0.220 @ 200 | @ / @ |
| Maximum Recorded Temperatures | 200 degF | | |
| Circulation Stopped / Time | 2-DEC-2012 | 6:30 | |
| Logger On Bottom / Time | 2-DEC-2012 | 13:30 | |
| Unit Number / Location | 2330 | LAUREL | |
| Recorded By | WEST WILSON | | |
| Witnessed By | TODD FAULKINBERRY | | |

12100
12200

--FR BHC--
12400
--TD--
MAIN PASS - 5" = 100'
HILT Caliper (HCAL) (IN) 16
Stuck Stretch (STIT) 0 (F) 50
AIT 10 Inch Investigation (AT10) 0.2 (OHMM) 2000
Std. Res. Density Porosity (DPHZ) 0.35 (V/V) -0.15
RWA (RWA) (OHMM) 0.5
Cable Drag From STIA to STIT
AIT 20 Inch Investigation (AT20) 0.2 (OHMM) 2000
Delta-T (DT) 140 (US/F) 40
SP (SP) 60 (MV) 40
PERM From HMIN to HMNO
AIT 30 Inch Investigation (AT30) 0.2 (OHMM) 2000
Neutron Porosity (NPHI) 0.35 (V/V) -0.15
Tension (TENS) 1000 (LBF) 1000
Tool/Tot. Drag From D3T to STIA
AIT 60 Inch Investigation (AT60) 0.2 (OHMM) 2000
Std. Res. Formation Pe (PEFZ) 0 (---) 10
Density Correction (HDRA) -0.8 (G/C3) 0.2
Gamma Ray (GR) (GAPI) 150
Computed Micro Normal (HMNO) (OHMM) 0 20
AIT 90 Inch Investigation (AT90) 0.2 (OHMM) 2000
CROSSOVER From DPHZ to NPHI
5 INCH MAIN PASS
Computed Micro Inverse (HMIN) (OHMM) 0 20
PIP SUMMARY
Integrated Hole Volume Minor Pip Every 10 F3
Integrated Hole Volume Major Pip Every 100 F3
Integrated Cement Volume Minor Pip Every 10 F3
Integrated Cement Volume Major Pip Every 100 F3
Time Mark Every 60 S

## Parameters

| DLIS Name | Description | Value | |
|---|---|---|---|
| | AIT-M: Array Induction Tool - M | | |
| ABHM | Array Induction Borehole Correction Mode | 2_ComputeStandoff | |
| ABHV | Array Induction Borehole Correction Code Version Number | 900 | |
| ABLM | Array Induction Basic Logs Mode | 6_One_Two_and_Four | |
| ABLV | Array Induction Basic Logs Code Version Number | 223 | |
| ACDE | Array Induction Casing Detection Enable | No | |
| ACEN | Array Induction Tool Centering Flag (in Borehole) | Eccentered | |
| ACSED | Array Induction Casing Shoe Estimated Depth | -50000 | FT |
| AETP | Array Induction Enable Sonde Error Temp&Pres Corr | Yes | |
| AFRSV | Array Induction Response Set Version for Four ft Resolution | 41.70.24.20 | |



Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 303-541-1559
Facsimile: 303-443-1551

J. Marshall Jones – VP & COO

Telephone: 303-647-6011
E-Mail: jmjones@sklarexploration.com

June 17, 2020

**(Via Email)**
TO: Working Interest Owners

RE: Sklar Exploration Company, LLC
Cedar Creek Land & Timber 4-1 #1 WI
Southeast Brooklyn Oil Unit
Conecuh County, Alabama

Dear Owner:

Sklar Exploration Company, LLC, as operator of the Southeast Brooklyn Oil Unit, hereby proposes a workover on the CCL&T 4-1 #1 WI (R13E). The well is currently SI due to high pressure casing/tubing communication.

The workover will consist of pulling the tubing and the packer, re-running the tubing and re-dressed packer, and testing the tubing while going in the hole.

A Mechanical Integrity Pressure Test will then be performed and witnessed by the AOGB representative. The Upper Smackover injection interval will then be stimulated with 3000 gallons HCL acid. The well will then be returned to water injection service.

Enclosed please find a detailed procedure, wellbore diagram and AFE for your review. Pursuant to Article 4.3.2 of the Southeast Brooklyn Oil Unit Operating Agreement dated November 1, 2018, Sklar will proceed with the operation after receiving an affirmative vote from three (3) or more working interest owners with a combined majority voting interest. Please make your election on the ballot provided and return it to mmcphillips@sklarexploration.com at your earliest convenience. Should you have any questions, please feel free to call.

Sincerely,

J. Marshall Jones, III
V.P. & Chief Operating Officer

Encl.

CCL&T 4-1 #1 WI (R13E)
Southeast Brooklyn Oil Unit
June 17, 2020
Page **2** of **2**

**SKLAR EXPLORATION COMPANY L.L.C.**
**CEDAR CREEK LAND & TIMBER 4-1 #1 WI (R13E)**
**SOUTHEAST BROOKLYN OIL UNIT**
**CONECUH COUNTY, ALABAMA**

**BALLOT**

_______ I/We hereby approve Sklar Exploration Company L.L.C.'s proposal to perform the workover operation the above referenced well.

_______ I/We hereby **reject** Sklar Exploration Company L.L.C.'s proposal to perform the workover operation on the above referenced well.

SIGNATURE: ________________________________

PRINTED NAME: ________________________________

COMPANY NAME: ________________________________

TITLE: ________________________________

DATE: ________________________________

Page 2 of 2

AHC 000726



# CCL&T 4-1 #1-WI (R13E)

**Brooklyn Field**
**Southeast Brooklyn Oil Unit**
**Section 34 (surface), T4N, R13E**
**Section 4 (BHL), T3N, R13E**
**Conecuh County (surface), Alabama**
**Permit #17061-B**
**Workover Procedure**
**June 16, 2020**

**WELLBORE DETAIL: See attached diagram.**

**DRIVING DIRECTIONS (TRUCK):**
From Evergreen Alabama travel East on US Hwy 84 for 10 miles to CR 43, turn Right (South) and travel 12.1 miles to gravel road on Left. Turn Left (East) and travel 0.1 miles to location road on Right, turn right and travel 4,603 feet to location.

**PURPOSE:** Pull tubing and packer due to high pressure casing/tubing communication. Re-run tubing with redressed packer, testing tubing while GIH. Perform MIPT. Acidize with 3000 gals 15% HCL. Return to injection service.

## WORKOVER PROCEDURE

1. MIRU WOR, pump, and tank. Load tubing with water from water source well. ND tree. NU & test BOP's. Pick up on tubing and release AS1-X packer at 11,925'. POOH. LD packer. Redress or exchange packer.

2. RIH w/ WLEG, redressed AS1-X pkr, and 365 jts 2-7/8" 6.5 #/ft L-80 EUE 8rd tbg, 10' & 4' x 2-7/8" 6.5 #/ft L-80 tbg subs, and 2-7/8" 6.5 #/ft L-80 EUE 8rd slick jt, testing internally w/ water to 7000 psig while GIH. Set pkr at ± 11,930' w/ 30K# compression. Land tbg. Fill annulus w/ packer fluid. Pressure test annulus to 1500 psig. Bleed off pressure. ND BOP's. NU tree.

3. Notify the AOGB and allow travel time for a representative to witness the Mechanical Integrity Pressure Test. Once representative has arrived, pressure test the casing/tubing annulus to 1500 psig for 30 minutes and record test on chart recorder. Bleed off pressure.

4. MIRU Eastern Energy Services acid pump and lines. Pressure test lines and acidize well with 3000 gals 15% HCL. Displace with injection SW. RDMO Eastern equipment.

5. Place well on injection using triplex pump from former hydraulic jet pump system.

**Notify AOGB before starting operations.**
**Field Agent – Paul Matthews (251) 607-8826**

**LEASE:** CCL&T 4-1 #1 (R13E)
**FIELD:** Wildcat
**COUNTY:** Conecuh
**STATE:** Alabama
**LOCATION:** 839' FWL & 117' FSL S4-T4N-R13E
**API #:** 01-035-20322-00-00
**Permit NO.:** 17061-B –WI-19-17
**SPUD:** 8/20/14
**Prepared by:** BME/RMW
**Date Updated:** 2/10/20 - DM

## Wellbore Diagram
## CCL&T 4-1 #1 WI (R13E)

Sklar Exploration Company LLC

KB: 151.70'
GL: 129.60'
DF: 150.70'

Bradenhead flange:
Tbghead flange:
Production tree:

20" @ 80'

**08/22/14 Surface Csg:**
61 jts, 9-5/8", 40# J-55 @ 2622'
Lead: 840 sks, 12.8#, 1.77 yield
Tail: 270 sks, 15#, 1.28 yld
Top Out: 100 sks, 15#, 1.31 yld

**Tbg Detail (Bttm- up) 2-8-20**
WLEG
AS1-X W Packer 5-1/2" X 2-7/8" 10K @ 11,925'
365 jts 2-7/8" 6.5# L-80 EUE 8rd tbg
10' X 2-7/8" 6.5# L-80 8rd tbg pup jt
2-7/8" 6.5# L-80 EUE 8rd slick jt
EOT @ 11.932.82'

TOC: 6750'

**Perfs: 12/31/14**
12024' – 12037' & 12047' - 12060' AIL = RCBL
SMKV, 6 spf, 60°, SDP
**1/27/15 Acid:** 2500 gals SuperSol EQH, 75 bbls 4% KCL water flush. Max press 4760 psig, STP 1918 psig.

Gun assembly dropped to PBTD
Top of TCP assembly -12161' AIL = RCBL

PBTD = FC @ 12211' AIL
TD = 12340' AIL

**9/10/14 Prod Csg:**
11 jts, 5-1/2", 20#, L-80 Srf – 477'
218 jts, 5-1/2", 17#, L-80 477' – 10230'
47 jts, 5-1/2", 20#, L-80 10230' – 12340'
24 bbl ClayFix, 24 bbl Super Flush, 24 bbl ClayFix
Lead: 100 sks HTLD cmt, 12.8#, 1.875 yld
Tail: 380 sks Prem cmt, 16.3#, 1.446 yld

CCLT 4-1 #1-WI (R13E) Workover AFE 061620,6/17/2020,2:40 PM

# SKLAR Exploration Company L.L.C.

401 Edwards St. Suite 1601
Shreveport, LA 71101
(318) 227-8668

## AUTHORITY FOR EXPENDITURE

| | | | |
|---|---|---|---|
| DATE: | June 16, 2020 | FIELD: | Brooklyn |
| OPERATOR: | Sklar Exploration Company L.L.C. | STATE: | Alabama |
| WELL: | CCL&T 4-1 #1-WI | HORIZON: | Upper Smackover |
| LOCATION: | Section 4, T4N, R13E, Conecuh County (Surface) | PROJ. T.D.: | 12,340' |

Southeast Brooklyn Oil Unit

PROPOSAL: Repair high pressure casing/tubing communication. Acidize with 3000 gals 15% HCL. Return to injection service.

| CODE or SUB | CLASSIFICATION: | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| 9100 | LEASEHOLD COSTS | | | |
| 81 | LEGAL FEES, TITLE OPINIONS, CURATIVE | | | |
| 86 | LEASE BONUS | | | |
| 84 | LEASE EXTENSION | | | |
| 88 | DELAY RENTALS | | | |
| 89 | BROKERAGE | | | |
| 90 | LANDMAN COSTS | | | |
| 91 | RECORDING FEES | | | |
| | TOTAL LEASEHOLD COSTS | $0 | $0 | $0 |
| 9200/9300 | INTANGIBLE DRILLING & COMPLETION | | | |
| 01 | SURVEY, DOC HEARINGS, PERMITS | | | |
| 02 | LOCATION PREPARATION/DIRT WORK | | | |
| 03 | LOCATION CLEAN UP & PIT CLOSURE | | | |
| 04 | SURFACE DAMAGES & ROW | | | |
| 05 | SETTING CONDUCTOR CASING | | | |
| 06 | RIG MOBILIZE/DEMOBILIZE | | | |
| 07 | DRILLING - FOOTAGE | | | |
| 08 | DRILLING - TURNKEY | | | |
| 10 | DAYWORK WITH DRILL PIPE | | | |
| 11 | DAYWORK WITHOUT DRILL PIPE | | | |
| 12 | DAYWORK - RIG EQUIPMENT & REPAIR | | | |
| 13 | ENGINEERING & SUPERVISION: | | 7,200 | 7,200 |
| 14 | RIG INSTRUMENTATION & MONITORING | | | |
| 15 | COIL TUBING UNIT | | | |
| 16 | DIRECTIONAL DRILLING TOOLS & SVCS | | | |
| 17 | MUD & CHEMICALS | | | |
| 18 | MUD DISPOSAL | | | |
| 23 | MUD LOGGING | | | |
| 24 | CEMENTING & EQUIPMENT | | | |
| 25 | CASING CREW & LAYDOWN MACHINE: | | | |
| 26 | PIPE TESTING | | 3,000 | 3,000 |
| 27 | EQUIPMENT RENTALS | | | |
| 28 | FISHING TOOLS & SVCS | | | |
| 29 | TELEPHONE & COMMUNICATIONS: | | | |
| 30 | WATER | | | |
| 31 | FUEL | | | |
| 32 | BITS | | | |
| 33 | TRANSPORTATION & TRUCKING | | 2,500 | 2,500 |
| 34 | CONTRACT LABOR | | 5,200 | 5,200 |
| 35 | SAFETY & H2S TRAINING | | | |
| 36 | LOGGING & WIRELINE | | | |
| 37 | DRILL STEM & PRODUCTION TESTING | | | |
| 38 | CORING & ANALYSIS | | | |
| 39 | GEOLOGICAL | | | |
| 40 | GEOPHYSICAL | | | |
| 46 | WORKOVER RIG | | 13,800 | 13,800 |
| 47 | PERFORATION SERVICES | | | |
| 48 | COMPLETION FLUIDS | | 2,500 | 2,500 |
| 49 | STIMULATION SERVICES | | 15,000 | 15,000 |
| 50 | INSTALLATION OF WELL EQUIPMENT | | | |
| 51 | PIPELINE EXPENSES & ROW | | | |
| 58 | AUTO EXPENSE | | | |
| 61 | SALT WATER DISPOSAL | | | |
| 63 | VACUUM TRUCK | | | |
| 64 | SWABBING UNIT | | | |
| 65 | PLUG & ABANDON COSTS | | | |
| 78 | INSURANCE | | | |
| 79 | COPAS OVERHEAD - DRILLING/COMPLETION | | | |
| 82 | MISCELLANEOUS: ±5% contingency | 0 | 2,500 | 2,500 |
| | TOTAL INTANGIBLE DRILLING & COMPLETION | $0 | $51,700 | $51,700 |
| 9500 | TANGIBLE EQUIPMENT - DRILLING | | | |
| 01 | CONDUCTOR CASING | | | |
| 02 | SURFACE CASING | | | |
| 03 | INTERMEDIATE CASING & LINERS | | | |
| 04 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 05 | WELLHEAD EQUIPMENT | | | |
| | TOTAL TANGIBLE EQUIPMENT - DRILLING | $0 | $0 | $0 |
| 9520 | TANGIBLE EQUIPMENT - COMPLETION | | | |
| 21 | PRODUCTION CASING & LINERS | | | 0 |
| 22 | TUBING | | | 0 |
| 23 | PACKERS | | | 0 |
| 24 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 25 | WELLHEAD EQUIPMENT | | | |
| 27 | ARTIFICIAL LIFT EQUIPMENT | | | |
| | TOTAL TANGIBLE EQUIPMENT - COMPLETION | $0 | $0 | $0 |
| 9540 | SURFACE PRODUCTION EQUIPMENT | | | |
| 41 | SURFACE PRODUCTION EQUIPMENT | | | |
| 42 | COMPRESSION | | | |
| 43 | TANK BATTERY COSTS | | | |
| 44 | FLOWLINES, FITTINGS, CONNECTIONS | | | |
| 45 | PIPELINE & GATHERING SYSTEM COSTS | | | |
| 46 | SALES METERING EQUIPMENT | | | |
| | TOTAL SURFACE PRODUCTION EQUIPMENT | $0 | $0 | $0 |
| | TOTAL EQUIPMENT | $0 | $0 | $0 |
| | TOTAL WELL COST | $0 | $51,700 | $51,700 |

APPROVED:______________________________, 2020.

BY:______________________________

OEE Insurance Election (Please check your election below):

☐ Coverage under own policy with limits not less than________________.

☐ Coverage under Operator's policy

NOTE: If no election is checked or owner has not supplied proof of coverage prior to spud, owner will be included under and charged for SEC's OEE coverage.



Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 303-541-1559
Facsimile: 303-443-1551

Sutton Lloyd – Land Manager

Telephone: 720-961-5476
E-Mail: slloyd@sklarexploration.com

September 29, 2020

**(Via Email)**
TO: Working Interest Owners

RE: Sklar Exploration Company, LLC
Cedar Creek Land & Timber 4-1 #1
Southeast Brooklyn Oil Unit
Conecuh County, Alabama

Dear Owner:

This letter is to notify you that Sklar will be performing workover operations on the CCL&T 4-1 #1 WI well in the SEBOU to repair casing/tubing communication. It appears there is a packer leak.

The workover will consist of pulling the tubing and AS1-X retrievable packer out of the well. We will then set a permanent packer and run back in the hole with an anchor latch seal assembly and the tubing string. The tubing will be tested internally with water to 7000 psig while running in the hole. This operation should eliminate the recurring packer leakage problems we have experienced in the past.

Since the estimated cost for this operation is $40,000, a working interest owner vote is not required. A detailed procedure, wellbore diagram, and AFE are attached for your reference.

Please feel free to reach out with any questions or concerns.

Sincerely,

Sutton Lloyd
Land Manager

Enclosed: Procedure, AFE, Wellbore Diagram



# CCL&T 4-1 #1-WI (R13E)

**Brooklyn Field**
**Southeast Brooklyn Oil Unit**
**Section 34 (surface), T4N, R13E**
**Section 4 (BHL), T3N, R13E**
**Conecuh County (surface), Alabama**
**Permit #17061-B**
**Workover Procedure**
**September 25, 2020**

**WELLBORE DETAIL: See attached diagram.**

**DRIVING DIRECTIONS (TRUCK):**
From Evergreen Alabama travel East on US Hwy 84 for 10 miles to CR 43, turn Right (South) and travel 12.1 miles to gravel road on Left. Turn Left (East) and travel 0.1 miles to location road on Right, turn right and travel 4,603 feet to location.

**PURPOSE:** Pull tubing and packer due to high pressure casing/tubing communication. Set permanent packer on wireline. Re-run tubing with anchor seal assembly, testing tubing while GIH. Perform MIPT. Return to injection service.

## WORKOVER PROCEDURE

1. MIRU WOR, pump, and tank. Load tubing with water from water source well. ND tree. NU & test BOP's. Pick up on tubing and release AS1-X packer at 11,929'. POOH. LD packer. Send in packer for storage.

2. MIRU electric line unit. RIH w/ gauge ring and junk basket, Gamma Ray tool, and CCL to 11,970' AIL. Flag line. POOH. RIH w/ Pryor 5-1/2" Perma Pac packer, 8' x 2-7/8" 6.5 #/ft L-80 EUE 8rd tubing sub, 2.188" 'R' nipple & WLEG, packer setting tool, and CCL. Set packer with top at 11,950'. POOH. RDMO ELU.

3. RIH w/ anchor latch seal assembly & 2-7/8" 6.5 #/ft L-80 EUE 8rd tbg, testing internally w/ water to 7000 psig while GIH. Sting into packer at 11,950'. Unscrew from packer and space out for 20K# compression. Sting back into packer. Land tbg. Fill annulus w/ packer fluid. Pressure test annulus to 1500 psig. Bleed off pressure. ND BOP's. NU tree.

4. Notify the AOGB and allow travel time for a representative to witness the Mechanical Integrity Pressure Test. Once representative has arrived, pressure test the casing/tubing annulus to 1500 psig for 30 minutes and record test on chart recorder. Bleed off pressure.

5. RDMO WOR & equipment. Return well to injection service.

**Notify AOGB before starting operations.**
**Field Agent – Paul Matthews (251) 607-8826**

**LEASE:** CCL&T 4-1 #1 (R13E)
**FIELD:** Wildcat
**COUNTY:** Conecuh
**STATE:** Alabama
**LOCATION:** 839' FWL & 117' FSL S4-T3N-R13E BHL
**API #:** 01-035-20322-00-00
**Permit NO.:** 17061-B –WI-19-17
**SPUD:** 8/20/14
**Prepared by:** BME/RMW
**Date Updated:** 7/10/20 - DM

# Wellbore Diagram
## CCL&T 4-1 #1 WI (R13E)

Sklar Exploration Company LLC

KB: 151.70'
GL: 129.60'
DF: 150.70'

Bradenhead flange:
Tbghead flange:
Production tree:

20" @ 80'

**08/22/14 Surface Csg:**
61 jts, 9-5/8", 40# J-55 @ 2622'
Lead: 840 sks, 12.8#, 1.77 yield
Tail: 270 sks, 15#, 1.28 yld
Top Out: 100 sks, 15#, 1.31 yld

**Tbg Detail 7-10-20**
2-7/8" 6.5# L-80 EUE 8rd slick jt
10' X 2-7/8" 6.5# L-80 8rd tbg pup jt
4' X 2-7/8" 6.5# L-80 8rd tbg pup jt
365 jts 2-7/8" 6.5# L-80 EUE 8rd tbg
AS1-X 10 K Packer 5-1/2" X 2-7/8" 10K @ 11,929'
WLEG
EOT @ 11,936.90'

TOC: 6750'

AS1-X W Packer 5-1/2" X 2-7/8" 10K @ 11,929'

**2/7/20 Re-Perf**: 12,024' – 12,034' AIL= RCBL 6 spf. Stimulated w/ Propellant.

**Perfs: 12/31/14**
12024' – 12037' & 12047' - 12060' AIL = RCBL SMKV, 6 spf, 60°, SDP
**1/27/15 Acid:** 2500 gals SuperSol EQH, 75 bbls 4% KCL water flush. Max press 4760 psig, STP 1918 psig.

Gun assembly dropped to PBTD
Top of TCP assembly -12161' AIL = RCBL

PBTD = FC @ 12211' AIL
TD = 12340' AIL

**9/10/14 Prod Csg:**
11 jts, 5-1/2", 20#, L-80 Srf – 477'
218 jts, 5-1/2", 17#, L-80 477' – 10230'
47 jts, 5-1/2", 20#, L-80 10230' – 12340'
24 bbl ClayFix, 24 bbl Super Flush, 24 bbl ClayFix
Lead: 100 sks HTLD cmt, 12.8#, 1.875 yld
Tail: 380 sks Prem cmt, 16.3#, 1.446 yld

# SKLAR Exploration Company L.L.C.

401 Edwards St. Suite 1601
Shreveport, LA 71101
(318) 227-8668

**AUTHORITY FOR EXPENDITURE**

| | | | |
|---|---|---|---|
| DATE: | September 25, 2020 | FIELD: | Brooklyn |
| OPERATOR: | Sklar Exploration Company L.L.C. | STATE: | Alabama |
| WELL: | CCL&T 4-1 #1-WI | HORIZON: | Upper Smackover |
| LOCATION: | Section 34, T4N, R13E, Conecuh County (Surface) | PROJ. T.D.: | 12,340' |

**Southeast Brooklyn Oil Unit**

PROPOSAL: Repair high pressure casing/tubing communication. Install permanent packer. Return to injection service.

| CODE or SUB | CLASSIFICATION: | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| 9100 | **LEASEHOLD COSTS** | | | |
| 81 | LEGAL FEES, TITLE OPINIONS, CURATIVE | | | |
| 86 | LEASE BONUS | | | |
| 84 | LEASE EXTENSION | | | |
| 88 | DELAY RENTALS | | | |
| 89 | BROKERAGE | | | |
| 90 | LANDMAN COSTS | | | |
| 91 | RECORDING FEES | | | |
| | **TOTAL LEASEHOLD COSTS** | $0 | $0 | $0 |
| 9200/9300 | **INTANGIBLE DRILLING & COMPLETION** | | | |
| 01 | SURVEY, DOC HEARINGS, PERMITS | | | |
| 02 | LOCATION PREPARATION/DIRT WORK | | | |
| 03 | LOCATION CLEAN UP & PIT CLOSURE | | | |
| 04 | SURFACE DAMAGES & ROW | | | |
| 05 | SETTING CONDUCTOR CASING | | | |
| 06 | RIG MOBILIZE/DEMOBILIZE | | | |
| 07 | DRILLING - FOOTAGE | | | |
| 08 | DRILLING - TURNKEY | | | |
| 10 | DAYWORK WITH DRILL PIPE | | | |
| 11 | DAYWORK WITHOUT DRILL PIPE | | | |
| 12 | DAYWORK - RIG EQUIPMENT & REPAIR | | | |
| 13 | ENGINEERING & SUPERVISION: | | 3,000 | 3,000 |
| 14 | RIG INSTRUMENTATION & MONITORING | | | |
| 15 | COIL TUBING UNIT | | | |
| 16 | DIRECTIONAL DRILLING TOOLS & SVCS | | | |
| 17 | MUD & CHEMICALS | | | |
| 18 | MUD DISPOSAL | | | |
| 23 | MUD LOGGING | | | |
| 24 | CEMENTING & EQUIPMENT | | | |
| 25 | CASING CREW & LAYDOWN MACHINE: | | | |
| 26 | PIPE TESTING | | 3,300 | 3,300 |
| 27 | EQUIPMENT RENTALS | | 1,000 | 1,000 |
| 28 | FISHING TOOLS & SVCS | | | |
| 29 | TELEPHONE & COMMUNICATIONS: | | | |
| 30 | WATER | | | |
| 31 | FUEL | | | |
| 32 | BITS | | | |
| 33 | TRANSPORTATION & TRUCKING | | 2,000 | 2,000 |
| 34 | CONTRACT LABOR | | 1,500 | 1,500 |
| 35 | SAFETY & H2S TRAINING | | | |
| 36 | LOGGING & WIRELINE | | 7,000 | 7,000 |
| 37 | DRILL STEM & PRODUCTION TESTING | | | |
| 38 | CORING & ANALYSIS | | | |
| 39 | GEOLOGICAL | | | |
| 40 | GEOPHYSICAL | | | |
| 46 | WORKOVER RIG | | 10,000 | 10,000 |
| 47 | PERFORATION SERVICES | | | |
| 48 | COMPLETION FLUIDS | | 1,500 | 1,500 |
| 49 | STIMULATION SERVICES | | | |
| 50 | INSTALLATION OF WELL EQUIPMENT | | | |
| 51 | PIPELINE EXPENSES & ROW | | | |
| 58 | AUTO EXPENSE | | | |
| 61 | SALT WATER DISPOSAL | | | |
| 63 | VACUUM TRUCK | | | |
| 64 | SWABBING UNIT | | | |
| 65 | PLUG & ABANDON COSTS | | | |
| 78 | INSURANCE | | | |
| 79 | COPAS OVERHEAD - DRILLING/COMPLETION | | | |
| 82 | MISCELLANEOUS: ±5% contingency | 0 | 1,500 | 1,500 |
| | **TOTAL INTANGIBLE DRILLING & COMPLETION** | $0 | $30,800 | $30,800 |
| 9500 | **TANGIBLE EQUIPMENT - DRILLING** | | | |
| 01 | CONDUCTOR CASING | | | |
| 02 | SURFACE CASING | | | |
| 03 | INTERMEDIATE CASING & LINERS | | | |
| 04 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 05 | WELLHEAD EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - DRILLING** | $0 | $0 | $0 |
| 9520 | **TANGIBLE EQUIPMENT - COMPLETION** | | | |
| 21 | PRODUCTION CASING & LINERS | | | 0 |
| 22 | TUBING | | | 0 |
| 23 | PACKERS | | 9,000 | 9,000 |
| 24 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 25 | WELLHEAD EQUIPMENT | | | |
| 27 | ARTIFICIAL LIFT EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - COMPLETION** | $0 | $9,000 | $9,000 |
| 9540 | **SURFACE PRODUCTION EQUIPMENT** | | | |
| 41 | SURFACE PRODUCTION EQUIPMENT | | | |
| 42 | COMPRESSION | | | |
| 43 | TANK BATTERY COSTS | | | |
| 44 | FLOWLINES, FITTINGS, CONNECTIONS | | | |
| 45 | PIPELINE & GATHERING SYSTEM COSTS | | | |
| 46 | SALES METERING EQUIPMENT | | | |
| | **TOTAL SURFACE PRODUCTION EQUIPMENT** | $0 | $0 | $0 |
| | **TOTAL EQUIPMENT** | $0 | $9,000 | $9,000 |
| | **TOTAL WELL COST** | $0 | $39,800 | $39,800 |



Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 303-541-1559
Facsimile: 303-443-1551

Sutton Lloyd – Land Manager

Telephone: 720-961-5476
E-Mail: slloyd@sklarexploration.com

September 29, 2020

**(Via Email)**
TO: Working Interest Owners

RE: Sklar Exploration Company, LLC
Cedar Creek Land & Timber 4-1 #1
Southeast Brooklyn Oil Unit
Conecuh County, Alabama

Dear Owner:

This letter is to notify you that Sklar will be performing workover operations on the CCL&T 4-1 #1 WI well in the SEBOU to repair casing/tubing communication. It appears there is a packer leak.

The workover will consist of pulling the tubing and AS1-X retrievable packer out of the well. We will then set a permanent packer and run back in the hole with an anchor latch seal assembly and the tubing string. The tubing will be tested internally with water to 7000 psig while running in the hole. This operation should eliminate the recurring packer leakage problems we have experienced in the past.

Since the estimated cost for this operation is $40,000, a working interest owner vote is not required. A detailed procedure, wellbore diagram, and AFE are attached for your reference.

Please feel free to reach out with any questions or concerns.

Sincerely,

Sutton Lloyd
Land Manager

Enclosed: Procedure, AFE, Wellbore Diagram



# CCL&T 4-1 #1-WI (R13E)

**Brooklyn Field**
**Southeast Brooklyn Oil Unit**
**Section 34 (surface), T4N, R13E**
**Section 4 (BHL), T3N, R13E**
**Conecuh County (surface), Alabama**
**Permit #17061-B**
**Workover Procedure**
**September 25, 2020**

**WELLBORE DETAIL: See attached diagram.**

**DRIVING DIRECTIONS (TRUCK):**

From Evergreen Alabama travel East on US Hwy 84 for 10 miles to CR 43, turn Right (South) and travel 12.1 miles to gravel road on Left. Turn Left (East) and travel 0.1 miles to location road on Right, turn right and travel 4,603 feet to location.

**PURPOSE:** Pull tubing and packer due to high pressure casing/tubing communication. Set permanent packer on wireline. Re-run tubing with anchor seal assembly, testing tubing while GIH. Perform MIPT. Return to injection service.

## WORKOVER PROCEDURE

1. MIRU WOR, pump, and tank. Load tubing with water from water source well. ND tree. NU & test BOP's. Pick up on tubing and release AS1-X packer at 11,929'. POOH. LD packer. Send in packer for storage.

2. MIRU electric line unit. RIH w/ gauge ring and junk basket, Gamma Ray tool, and CCL to 11,970' AIL. Flag line. POOH. RIH w/ Pryor 5-1/2" Perma Pac packer, 8' x 2-7/8" 6.5 #/ft L-80 EUE 8rd tubing sub, 2.188" 'R' nipple & WLEG, packer setting tool, and CCL. Set packer with top at 11,950'. POOH. RDMO ELU.

3. RIH w/ anchor latch seal assembly & 2-7/8" 6.5 #/ft L-80 EUE 8rd tbg, testing internally w/ water to 7000 psig while GIH. Sting into packer at 11,950'. Unscrew from packer and space out for 20K# compression. Sting back into packer. Land tbg. Fill annulus w/ packer fluid. Pressure test annulus to 1500 psig. Bleed off pressure. ND BOP's. NU tree.

4. Notify the AOGB and allow travel time for a representative to witness the Mechanical Integrity Pressure Test. Once representative has arrived, pressure test the casing/tubing annulus to 1500 psig for 30 minutes and record test on chart recorder. Bleed off pressure.

5. RDMO WOR & equipment. Return well to injection service.

**Notify AOGB before starting operations.**
**Field Agent – Paul Matthews (251) 607-8826**

**LEASE:** CCL&T 4-1 #1 (R13E)
**FIELD:** Wildcat
**COUNTY:** Conecuh
**STATE:** Alabama
**LOCATION:** 839' FWL & 117' FSL S4-T3N-R13E BHL
**API #:** 01-035-20322-00-00
**Permit NO.:** 17061-B –WI-19-17
**SPUD:** 8/20/14
**Prepared by:** BME/RMW
**Date Updated:** 7/10/20 - DM

# Wellbore Diagram
## CCL&T 4-1 #1 WI (R13E)

Sklar Exploration Company LLC

KB: 151.70'
GL: 129.60'
DF: 150.70'

Bradenhead flange:
Tbghead flange:
Production tree:

20" @ 80'

**08/22/14 Surface Csg:**
61 jts, 9-5/8", 40# J-55 @ 2622'
Lead: 840 sks, 12.8#, 1.77 yield
Tail: 270 sks, 15#, 1.28 yld
Top Out: 100 sks, 15#, 1.31 yld

**Tbg Detail 7-10-20**
2-7/8" 6.5# L-80 EUE 8rd slick jt
10' X 2-7/8" 6.5# L-80 8rd tbg pup jt
4' X 2-7/8" 6.5# L-80 8rd tbg pup jt
365 jts 2-7/8" 6.5# L-80 EUE 8rd tbg
AS1-X 10 K Packer 5-1/2" X 2-7/8" 10K @ 11,929'
WLEG
EOT @ 11,936.90'

TOC: 6750'

AS1-X W Packer 5-1/2" X 2-7/8" 10K @ 11,929'

**2/7/20 Re-Perf**: 12,024' – 12,034' AIL= RCBL 6 spf. Stimulated w/ Propellant.

**Perfs: 12/31/14**
12024' – 12037' & 12047' - 12060' AIL = RCBL SMKV, 6 spf, 60°, SDP
**1/27/15 Acid:** 2500 gals SuperSol EQH, 75 bbls 4% KCL water flush. Max press 4760 psig, STP 1918 psig.

Gun assembly dropped to PBTD
Top of TCP assembly -12161' AIL = RCBL

PBTD = FC @ 12211' AIL
TD = 12340' AIL

**9/10/14 Prod Csg:**
11 jts, 5-1/2", 20#, L-80 Srf – 477'
218 jts, 5-1/2", 17#, L-80 477' – 10230'
47 jts, 5-1/2", 20#, L-80 10230' – 12340'
24 bbl ClayFix, 24 bbl Super Flush, 24 bbl ClayFix
Lead: 100 sks HTLD cmt, 12.8#, 1.875 yld
Tail: 380 sks Prem cmt, 16.3#, 1.446 yld

CCL&T 4-1 #1-WI (R13E) Workover AFE 092620,9/29/2020,12:16 PM

# SKLAR Exploration Company L.L.C.

401 Edwards St. Suite 1601
Shreveport, LA 71101
(318) 227-8668

## AUTHORITY FOR EXPENDITURE

| | | | |
|---|---|---|---|
| DATE: | September 25, 2020 | FIELD: | Brooklyn |
| OPERATOR: | Sklar Exploration Company L.L.C. | STATE: | Alabama |
| WELL: | CCL&T 4-1 #1-WI | HORIZON: | Upper Smackover |
| LOCATION: | Section 34, T4N, R13E, Conecuh County (Surface) | PROJ. T.D.: | 12,340' |

Southeast Brooklyn Oil Unit

PROPOSAL: Repair high pressure casing/tubing communication. Install permanent packer. Return to injection service.

| CODE or SUB | CLASSIFICATION: | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| 9100 | **LEASEHOLD COSTS** | | | |
| 81 | LEGAL FEES, TITLE OPINIONS, CURATIVE | | | |
| 86 | LEASE BONUS | | | |
| 84 | LEASE EXTENSION | | | |
| 88 | DELAY RENTALS | | | |
| 89 | BROKERAGE | | | |
| 90 | LANDMAN COSTS | | | |
| 91 | RECORDING FEES | | | |
| | **TOTAL LEASEHOLD COSTS** | $0 | $0 | $0 |
| 9200/9300 | **INTANGIBLE DRILLING & COMPLETION** | | | |
| 01 | SURVEY, DOC HEARINGS, PERMITS | | | |
| 02 | LOCATION PREPARATION/DIRT WORK | | | |
| 03 | LOCATION CLEAN UP & PIT CLOSURE | | | |
| 04 | SURFACE DAMAGES & ROW | | | |
| 05 | SETTING CONDUCTOR CASING | | | |
| 06 | RIG MOBILIZE/DEMOBILIZE | | | |
| 07 | DRILLING - FOOTAGE | | | |
| 08 | DRILLING - TURNKEY | | | |
| 10 | DAYWORK WITH DRILL PIPE | | | |
| 11 | DAYWORK WITHOUT DRILL PIPE | | | |
| 12 | DAYWORK - RIG EQUIPMENT & REPAIR | | | |
| 13 | ENGINEERING & SUPERVISION: | | 3,000 | 3,000 |
| 14 | RIG INSTRUMENTATION & MONITORING | | | |
| 15 | COIL TUBING UNIT | | | |
| 16 | DIRECTIONAL DRILLING TOOLS & SVCS | | | |
| 17 | MUD & CHEMICALS | | | |
| 18 | MUD DISPOSAL | | | |
| 23 | MUD LOGGING | | | |
| 24 | CEMENTING & EQUIPMENT | | | |
| 25 | CASING CREW & LAYDOWN MACHINE: | | | |
| 26 | PIPE TESTING | | 3,300 | 3,300 |
| 27 | EQUIPMENT RENTALS | | 1,000 | 1,000 |
| 28 | FISHING TOOLS & SVCS | | | |
| 29 | TELEPHONE & COMMUNICATIONS: | | | |
| 30 | WATER | | | |
| 31 | FUEL | | | |
| 32 | BITS | | | |
| 33 | TRANSPORTATION & TRUCKING | | 2,000 | 2,000 |
| 34 | CONTRACT LABOR | | 1,500 | 1,500 |
| 35 | SAFETY & H2S TRAINING | | | |
| 36 | LOGGING & WIRELINE | | 7,000 | 7,000 |
| 37 | DRILL STEM & PRODUCTION TESTING | | | |
| 38 | CORING & ANALYSIS | | | |
| 39 | GEOLOGICAL | | | |
| 40 | GEOPHYSICAL | | | |
| 46 | WORKOVER RIG | | 10,000 | 10,000 |
| 47 | PERFORATION SERVICES | | | |
| 48 | COMPLETION FLUIDS | | 1,500 | 1,500 |
| 49 | STIMULATION SERVICES | | | |
| 50 | INSTALLATION OF WELL EQUIPMENT | | | |
| 51 | PIPELINE EXPENSES & ROW | | | |
| 58 | AUTO EXPENSE | | | |
| 61 | SALT WATER DISPOSAL | | | |
| 63 | VACUUM TRUCK | | | |
| 64 | SWABBING UNIT | | | |
| 65 | PLUG & ABANDON COSTS | | | |
| 78 | INSURANCE | | | |
| 79 | COPAS OVERHEAD - DRILLING/COMPLETION | | | |
| 82 | MISCELLANEOUS: ±5% contingency | 0 | 1,500 | 1,500 |
| | **TOTAL INTANGIBLE DRILLING & COMPLETION** | $0 | $30,800 | $30,800 |
| 9500 | **TANGIBLE EQUIPMENT - DRILLING** | | | |
| 01 | CONDUCTOR CASING | | | |
| 02 | SURFACE CASING | | | |
| 03 | INTERMEDIATE CASING & LINERS | | | |
| 04 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 05 | WELLHEAD EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - DRILLING** | $0 | $0 | $0 |
| 9520 | **TANGIBLE EQUIPMENT - COMPLETION** | | | |
| 21 | PRODUCTION CASING & LINERS | | | 0 |
| 22 | TUBING | | | 0 |
| 23 | PACKERS | | 9,000 | 9,000 |
| 24 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 25 | WELLHEAD EQUIPMENT | | | |
| 27 | ARTIFICIAL LIFT EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - COMPLETION** | $0 | $9,000 | $9,000 |
| 9540 | **SURFACE PRODUCTION EQUIPMENT** | | | |
| 41 | SURFACE PRODUCTION EQUIPMENT | | | |
| 42 | COMPRESSION | | | |
| 43 | TANK BATTERY COSTS | | | |
| 44 | FLOWLINES, FITTINGS, CONNECTIONS | | | |
| 45 | PIPELINE & GATHERING SYSTEM COSTS | | | |
| 46 | SALES METERING EQUIPMENT | | | |
| | **TOTAL SURFACE PRODUCTION EQUIPMENT** | $0 | $0 | $0 |
| | **TOTAL EQUIPMENT** | $0 | $9,000 | $9,000 |
| | **TOTAL WELL COST** | $0 | $39,800 | $39,800 |



Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 303-541-1559
Facsimile: 303-443-1551

Sutton Lloyd – Landman

Telephone: 720-961-5476
E-Mail: slloyd@sklarexploration.com

September 30, 2019

**(Via Email)**
TO:    Working Interest Owners

RE:  Sklar Exploration Company, LLC
        Cedar Creek Land & Timber 33-10 #1 (R13E)
        Southeast Brooklyn Oil Unit
        Conecuh County, Alabama

Dear Owner:

Sklar Exploration Company, LLC, as operator of the Southeast Brooklyn Oil Unit, hereby proposes a workover on the Cedar Creek Land & Timber 33-10 #1 (R13E). The well is currently producing 40 MCFD + 45 BOPD + 0 BWPD on jet pump from the Upper Smackover.

As with the other wells in this area, this well has a history of salt problems and requires batch treating with freshwater on a weekly basis.

The work will consist of washing out the salt deposits using coil tubing, nitrogen, and freshwater, and then acidizing the producing perforations with 3000 gals nitrogen foamed 15% HCL. The well will then be jetted in and returned to production. We anticipate a production rate of approximately 85 MCFD + 100 BOPD.

Enclosed please find a detailed procedure, wellbore diagram, AFE and a log section for your review. Pursuant to Article 4.3.2 of the Southeast Brooklyn Oil Unit Operating Agreement dated November 1, 2018, Sklar will proceed with the operation after receiving an affirmative vote from three (3) or more working interest owners with a combined majority voting interest. Please make your election on the ballot provided and return it to keggleston@sklarexploration.com at your earliest convenience.

Cedar Creek Land & Timber 33-10 #1 (R13E)
Southeast Brooklyn Oil Unit
September 30, 2019
Page **2** of **3**

Should you have any questions, please feel free to call.

Sincerely,

Sutton Lloyd
Landman

Enclosed: Ballot, Procedure, AFE, Wellbore Diagram, Log Section

Page 2 of 3

AHC 000739

Cedar Creek Land & Timber 33-10 #1 (R13E)
Southeast Brooklyn Oil Unit
September 30, 2019
Page 3 of 3

**SKLAR EXPLORATION COMPANY L.L.C.**
**CEDAR CREEK LAND & TIMBER 33-10 #1**
**SOUTHEAST BROOKLYN OIL UNIT**
**CONECUH COUNTY, ALABAMA**

**BALLOT**

_______ I/We hereby approve Sklar Exploration Company L.L.C.'s proposal to perform the workover operation the above referenced well.

_______ I/We hereby **reject** Sklar Exploration Company L.L.C.'s proposal to perform the workover operation on the above referenced well.

SIGNATURE: ______________________________

PRINTED NAME: ______________________________

COMPANY NAME: ______________________________

TITLE: ______________________________

DATE: ______________________________

Page 3 of 3

AHC 000740

CCLT 33-10 #1 (R13E formerly Pruet) Stimulation AFE 093019.xls,9/30/2019,3:38 PM

# SKLAR Exploration Company L.L.C.

401 Edwards St. Suite 1601
Shreveport, LA 71101
(318) 227-8668

## AUTHORITY FOR EXPENDITURE

| | | | |
|---|---|---|---|
| DATE: | September 30, 2019 | FIELD: | SE Brooklyn |
| OPERATOR: | Sklar Exploration Company L.L.C. | STATE: | Alabama |
| WELL: | CCL&T 33-10 #1 (R13E, formerly Pruet) | HORIZON: | Smackover |
| LOCATION: | Section 33, T4N, R13E | PROJ. T.D.: | 11,900' AIL |

Southeast Brooklyn Oil Unit

PROPOSAL: Remove salt deposits from tubing, packer, jet pump assembly, and casing. Acidize with 3000 gals 15% HCL, using coil tubing and nitrogen.

| CODE or SUB | CLASSIFICATION: | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| 9100 | LEASEHOLD COSTS | | | |
| 81 | LEGAL FEES, TITLE OPINIONS, CURATIVE | | | |
| 86 | LEASE BONUS | | | |
| 84 | LEASE EXTENSION | | | |
| 88 | DELAY RENTALS | | | |
| 89 | BROKERAGE | | | |
| 90 | LANDMAN COSTS | | | |
| 91 | RECORDING FEES | | | |
| | TOTAL LEASEHOLD COSTS | $0 | $0 | $0 |
| 9200/9300 | INTANGIBLE DRILLING & COMPLETION | | | |
| 01 | SURVEY, DOC HEARINGS, PERMITS | | | |
| 02 | LOCATION PREPARATION/DIRT WORK | | | |
| 03 | LOCATION CLEAN UP & PIT CLOSURE | | | |
| 04 | SURFACE DAMAGES & ROW | | | |
| 05 | SETTING CONDUCTOR CASING | | | |
| 06 | RIG MOBILIZE/DEMOBILIZE | | | |
| 07 | DRILLING - FOOTAGE | | | |
| 08 | DRILLING - TURNKEY | | | |
| 10 | DAYWORK WITH DRILL PIPE | | | |
| 11 | DAYWORK WITHOUT DRILL PIPE | | | |
| 12 | DAYWORK - RIG EQUIPMENT & REPAIR | | | |
| 13 | ENGINEERING & SUPERVISION: | | 4,800 | 4,800 |
| 14 | RIG INSTRUMENTATION & MONITORING | | | |
| 15 | COIL TUBING UNIT | | 18,000 | 18,000 |
| 16 | DIRECTIONAL DRILLING TOOLS & SVCS | | | |
| 17 | MUD & CHEMICALS | | | |
| 18 | MUD DISPOSAL | | | |
| 23 | MUD LOGGING | | | |
| 24 | CEMENTING & EQUIPMENT | | | |
| 25 | CASING CREW & LAYDOWN MACHINE: | | | |
| 26 | PIPE TESTING | | | |
| 27 | EQUIPMENT RENTALS | | 24,000 | 24,000 |
| 28 | FISHING TOOLS & SVCS | | | |
| 29 | TELEPHONE & COMMUNICATIONS: | | | |
| 30 | WATER | | | |
| 31 | FUEL | | | |
| 32 | BITS | | | |
| 33 | TRANSPORTATION & TRUCKING | | | |
| 34 | CONTRACT LABOR | | | |
| 35 | SAFETY & H2S TRAINING | | | |
| 36 | LOGGING & WIRELINE (Slickline) | | 3,200 | 3,200 |
| 37 | DRILL STEM & PRODUCTION TESTING | | | |
| 38 | CORING & ANALYSIS | | | |
| 39 | GEOLOGICAL | | | |
| 40 | GEOPHYSICAL | | | |
| 46 | WORKOVER RIG | | | |
| 47 | PERFORATION SERVICES | | | |
| 48 | COMPLETION FLUIDS | | | |
| 49 | STIMULATION SERVICES | | 33,000 | 33,000 |
| 50 | INSTALLATION OF WELL EQUIPMENT | | | |
| 51 | PIPELINE EXPENSES & ROW | | | |
| 58 | AUTO EXPENSE | | | |
| 61 | SALT WATER DISPOSAL | | | |
| 63 | VACUUM TRUCK | | | |
| 64 | SWABBING UNIT | | 4,000 | 4,000 |
| 65 | PLUG & ABANDON COSTS | | | |
| 78 | INSURANCE | | | |
| 79 | COPAS OVERHEAD - DRILLING/COMPLETION | | | |
| 82 | MISCELLANEOUS: ±5% contingency | 0 | 4,400 | 4,400 |
| | TOTAL INTANGIBLE DRILLING & COMPLETION | $0 | $91,400 | $91,400 |
| 9500 | TANGIBLE EQUIPMENT - DRILLING | | | |
| 01 | CONDUCTOR CASING | | | |
| 02 | SURFACE CASING | | | |
| 03 | INTERMEDIATE CASING & LINERS | | | |
| 04 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 05 | WELLHEAD EQUIPMENT | | | |
| | TOTAL TANGIBLE EQUIPMENT - DRILLING | $0 | $0 | $0 |
| 9520 | TANGIBLE EQUIPMENT - COMPLETION | | | |
| 21 | PRODUCTION CASING & LINERS | | | |
| 22 | TUBING | | | |
| 23 | PACKERS | | | |
| 24 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 25 | WELLHEAD EQUIPMENT | | | |
| 27 | ARTIFICIAL LIFT EQUIPMENT | | | |
| | TOTAL TANGIBLE EQUIPMENT - COMPLETION | $0 | $0 | $0 |
| 9540 | SURFACE PRODUCTION EQUIPMENT | | | |
| 41 | SURFACE PRODUCTION EQUIPMENT | | | |
| 42 | COMPRESSION | | | |
| 43 | TANK BATTERY COSTS | | | |
| 44 | FLOWLINES, FITTINGS, CONNECTIONS | | | |
| 45 | PIPELINE & GATHERING SYSTEM COSTS | | | |
| 46 | SALES METERING EQUIPMENT | | | |
| | TOTAL SURFACE PRODUCTION EQUIPMENT | $0 | $0 | $0 |
| | TOTAL EQUIPMENT | $0 | $0 | $0 |
| | TOTAL WELL COST | $0 | $91,400 | $91,400 |

APPROVED:________________________, 2019.

BY:________________________

OEE Insurance Election (Please check your election below):

☐ Coverage under own policy with limits not less than________________.

☐ Coverage under Operator's policy

NOTE: If no election is checked or owner has not supplied proof of coverage prior to spud, owner will be included under and charged for SEC's OEE coverage.



**CCL&T 33-10 #1 (R13E, formerly Pruet)**
**Southeast Brooklyn Oil Unit**
**Brooklyn Field**
**Section 33, T4N, R13E**
**Conecuh County, Alabama**
**Permit #17022-B**
**Stimulation Procedure**
**September 30, 2019**

**WELLBORE DETAIL: See attached diagram.**

**DRIVING DIRECTIONS:** Not available at this time.

**PURPOSE:** Remove salt deposits from tubing and packer assemblies and acidize with 3000 gals nitrogen foamed 15% HCL acid.

## WORKOVER PROCEDURE

1. Reverse circulate jet pump to surface. MIRU SLU. RIH with shifting tool and shift closed the PXD sleeve at 11,476'. POOH. RIH with equalizing bar and open equalizing ports on standing valve. POOH. Allow pressure to equalize. RIH with pulling tool. Latch onto standing valve and POOH with same. RIH w/ sinker bars to determine if TCP gun has been dropped to bottom. POOH. If gun has not been dropped, RIH with shifting tool for 2.25" mechanical tbg release. Shift tbg release and drop gun to bottom. RIH below perforations to ensure gun dropped. POOH. RDMO SLU.

2. MI rental separator, enclosed flow back tank, and flare stack. Connect and test flow-back lines. MIRU C&J Energy Services 1-3/4" coil tubing unit, N2 unit, and acid pump. Have swab unit on location standing by.

3. RIH with 1-3/4" jet nozzle on 1-3/4" coil tubing, pumping 900 SCF/min N2 + 0.2 BPM freshwater. Begin pumping 0.5 BPM freshwater with 500 SCF/min at 10,000'. Continue in hole washing out salt deposits with freshwater and nitrogen to 11,587' (30' below bottom of perforations). While continuing to wash, work jet nozzle back up to 11,450' and then back down to 11,587'. Shut off freshwater and jet well with 900 SCF/min N2 until all water is recovered.



**CCL&T 33-10 #1 (R13E, formerly Pruet)**
**Stimulation Procedure (Cont'd)**
**September 30, 2019**

4. Pull jet nozzle up to 11,525'. SI returns (tbg/coil tbg annulus) and pressure up with N2 until injection into formation is established. Pump 3000 gals 15% HCL with 900 SCF N2/min, with returns SI. Work coil from 11,525' to 11,570' while pumping acid. SD N2. Pull up to 10,000'. Open tbg/coil tbg annulus. RIH to 11,570' jetting with 900 SCF/min N2. POOH slowly, jetting well with 900 SCF/min N2.

5. RDMO coil tubing unit. Continue flowing well to rental equipment until well is strong enough to return to production. Place well on production. Swab well if necessary. RDMO rental equipment.

6. If well will not flow after swabbing, MIRU slickline unit. RIH & set standing valve in PXD sleeve assembly at 11,476'. POOH. RIH with shifting tool and shift open the PXD sleeve. POOH. RDMO SLU. Insert jet pump into tubing and pump to seat. Return well to production via jet pump.

**Notify AOGB before starting operations.**
**Field Agent – Paul Matthews (251) 607-8826**



LEASE: CCL&T 33-10 #1 (R13E)
FIELD: Brooklyn
COUNTY: Conecuh
STATE: Alabama
LOCATION: 1,959' FEL & 2,072' FSL
S33-T4N-R13E
API #: 01-035-20316-00-00
Permit NO.: 17022-B
SPUD: Prepared by: DM
Date Updated: 9/26/19
Wellbore Diagram
CCL&T 33-10 #1 (R13E) (Formerly Pruet)
SE Brooklyn Oil Unit
Sklar
Exploration Company LLC
KB: 163.5'
GL: 141.4'
DF: 162.0'
20" @ 80'
7/17/14
1 jt 2-7/8" 6.5 #/ft L-80 EUE 8rd tbg
21' x 2-7/8" 6.5 #/ft L-80, 10'-8'-3' EUE 8rd tbg subs
354 jts 2-7/8" 6.5 #/ft L-80 EUE 8rd tbg @ 11,367'
4' x 2-7/8" 6.5 #/ft L-80 Locator Sub
1 jt 2-7/8" 6.5 #/ft L-80 EUE 8rd tbg
2-7/8" PXD Jet pump sleeve @11,476'
2 - 4' x 2-7/8" 6.5 #/ft L-80 tbg subs
5-1/2" 20-23 # x 2-7/8" 10K ASI-X-pkr w/ Carbide slips @ 11,488'
1 jt 2-7/8" 6.5 #/ft -L80 EUE 8rd tbg
Mechanical Tbg Release @ 11,527'
Ported Sub @ 11,529'
6' x 2-7/8" 6.5 #/ft L-80 EUE 8rd tbg sub
Fill Disc
4' x 2-7/8" 6.5 #/ft L-80 EUE 8rd tbg sub
Mechanical Firing Head
4' Safety Spacer
12' x 3-3/8' Loaded TCP Gun
Bull Plug
EOT @ 11,558'
6/08/14
9-5/8" 40 #/ft J-55 LTC @ 2,632'
Cmt'd w/1130 sks, 70 bbls cmt to srf
TOC @ 9470'
PXD Sleeve @ 11,476'
5-½" 20-23 # x 2-7/8" 10k ASI-X-pkr w/ Carbide slips @ 11,488'
Mechanical Tbg Release @ 11,527'
Ported Sub @ 11,529'
Upper Smackover
Perfs: 7/19/14
11,545'-11,557' DLD, 4 SPF
270 BOPD @ 200# FTP
7/23/14
Acidized w/ 2000 gals 15% FE acid
7/24/14
269 BOPD + 260 MCFD + 0 BWPD @ 275 psig FTP
6/24/14
5-1/2", 20 #/ft, L-80 LTC, 11,900' - 8,901'
5-1/2", 17 #/ft, L-80 LTC, 8,901' – 950'
5-1/2", 20 #/ft, L-80 LTC, 950' – srf
Cmt w/ 525 sks 16.3 ppg, 1.44 Yld
PBTD = 11,754'
TD = 11,900'

HALLIBURTON

ARRAY INDUCTION
SPECTRAL DENSITY
DUAL SPACED NEUTRON
WAVE SONIC DELTA-T
MICROLOG

| | |
|---|---|
| COMPANY | PRUET PRODUCTION CO. |
| WELL | CEDAR CREEK LAND AND TIMBER 33-10 #1 |
| FIELD/BLOCK | BROOKLYN - PRODUCTIVE EXTENSION |
| COUNTY | CONECUH |
| STATE | AL |

COMPANY PRUET PRODUCTION CO.
WELL CEDAR CREEK LAND AND TIMBER 33-10 #1
FIELD/BLOCK BROOKLYN - PRODUCTIVE EXTENSION
COUNTY CONECUH STATE AL

API No. 01035203160000
Location SHL: 2072' FSL & 1959' FEL OF SECTION 33
Other Services: SED

Sect. 33 Twp. 4N Rge. 13E

| | | | | |
|---|---|---|---|---|
| Permanent Datum | GL | Elev. 141.4 ft | Elev.: K.B. | 163.5 ft |
| Log measured from | KB | 22.1 ft above perm. Datum | D.F. | 162.0 ft |
| Drilling measured from | KB | | G.L. | 141.4 ft |

| | | | | | |
|---|---|---|---|---|---|
| Date | | 22-Jun-14 | | | |
| Run No. | | 1 | | | |
| Depth - Driller | | 11900.00 ft | | | |
| Depth - Logger | | 11900.0 ft | | | |
| Bottom - Logged Interval | | 11895.0 ft | | | |
| Top - Logged Interval | | 2632.0 ft | | | |
| Casing - Driller | | 9.625 in | @ 2632.0 ft | @ | @ |
| Casing - Logger | | 2632.0 ft | | | |
| Bit Size | | 8.750 in | | @ | @ |
| Type Fluid in Hole | | Water Based Mud | | | |
| Density | Viscosity | 9.5 ppg | 46.00 s/qt | | |
| PH | Fluid Loss | 10.70 pH | 6.8 cptm | | |
| Source of Sample | | MUD TANK | | | |
| Rm @ Meas. Temperature | | 0.84 ohmm | @ 78.00 degF | @ | @ |
| Rmf @ Meas. Temperature | | 0.62 ohmm | @ 77.00 degF | @ | @ |
| Rmc @ Meas. Temperature | | 1.050 ohmm | @ 77.00 degF | @ | @ |
| Source Rmf | Rmc | MEAS | MEAS | | |
| Rm @ BHT | | 0.31 ohmm | @ 207.0 degF | @ | @ |
| Time Since Circulation | | 9.0000 hr | | | |
| Time on Bottom | | 22-Jun-14 03:00 | | | |
| Max. Rec. Temperature | | 207.0 degF | @ 11900.0 ft | @ | @ |
| Equipment | Location | 10745674 | LAUREL, MS | | |
| Recorded By | | P. EYLEY | | | |
| Witnessed By | | R. SMITH | | C. JAMES | |

Fold here

Service Ticket No.: 901412566 API Serial No.: 01035203160000 PGM Version: WL INSITE R4.2.0 (Build 2)

CHANGE IN MUD TYPE OR ADDITIONAL SAMPLE

| | | | | | |
|---|---|---|---|---|---|
| Date | Sample No. | | | | |
| Depth-Driller | | | | | |
| Type Fluid in Hole | | | | | |
| Density | Viscosity | | | | |
| Ph | Fluid Loss | | | | |
| Source of Sample | | | | | |
| Rm @ Meas. Temp | | 0.87 ohmm @ 75 degF | | @ | |
| Rmf @ Meas. Temp. | | 0.64 ohmm @ 75 degF | | @ | |
| Rmc @ Meas. Temp. | | 1.08 ohmm @ 75 degF | | @ | |
| Source Rmf | Rmc | MEAS | MEAS | | |
| Rm @ BHT | | 0.31 ohmm @ 207 degF | | @ | |
| Rmf @ BHT | | 0.23 ohmm @ 207 degF | | @ | |
| Rmc @ BHT | | 0.39 ohmm @ 207 degF | | @ | |

RESISTIVITY SCALE CHANGES

| Type Log | Depth | Scale Up Hole | Scale Down Hole |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

RESISTIVITY EQUIPMENT DATA

| Run No. | Tool Type & No. | Pad Type | Tool Pos. | Other |
|---|---|---|---|---|
| ONE | ACRT | NA | 1.5 IN SO | NA |
| | 90119624 | | | |

EQUIPMENT DATA

| GAMMA | | ACOUSTIC | | DENSITY | | NEUTRON | |
|---|---|---|---|---|---|---|---|
| Run No. | ONE | Run No. | ONE | Run No. | ONE | Run No. | ONE |
| Serial No. | 10889018 | Serial No. | 11238352 | Serial No. | 10808429 | Serial No. | 10889021 |
| Model No. | GTET | Model No. | WSTT | Model No. | SDLT | Model No. | DSNT |
| Diameter | 3.625 | No. of Cent. | 2 | Diameter | 4.5 | Diameter | 3.625 |
| Detector Model No. | NA | Spacing | 1 | Log Type | G-G | Log Type | N-N |
| Type | SCINT | | | Source Type | CS-137 | Source Type | AM241BE |
| Length | 8" | LSA [Y/N] | Y | Serial No. | 5108GW | Serial No. | DSN-356 |
| Distance to Source | 9.3' | FWDA [Y/N ] | Y | Strength | 1.5 Ci | Strength | 15.0 Ci |

LOGGING DATA



SP
Gamma API
Tens
Rwa
Normal
90in Resistivity 2ft Res
45'
57
100.0
Lateral
Neutron Porosity
60in Resistivity 2ft Res
30in Resistivity 2ft Res
20in Resistivity 2ft Res
10in Resistivity 2ft Res
Diff Caliper
Pe
DensityPorosity
DensityCorr
MonoDelta T
11600
100.0
11700

AHC 000746



SP
Gamma API
Tens
Rwa
lateral
Normal
60in Resistivity 2ft Res
Diff Caliper
90in Resistivity 2ft Res
30in Resistivity 2ft Res
20in Resistivity 2ft Res
10in Resistivity 2ft Res
Pe
DensityPorosity
NeutronPorosity
DensityCorr
MonoDeltaT
11800
11900
0 Rwa 0.5 ohmm
21000 TENS 1000 lbs
SP -]20[+
0 Gamma API 150 api
MD 1 : 240 ft
0 Lateral 20 ohmm
0 Normal 20 ohmm
AHV
BHV
0.2 90in Resistivity 2ft Res 2K ohmm
0.2 60in Resistivity 2ft Res 2K ohmm
0.2 30in Resistivity 2ft Res 2K ohmm
0.2 20in Resistivity 2ft Res 2K ohmm
0.2 10in Resistivity 2ft Res 2K ohmm
-20 Diff Caliper 20
0 Pe 10
35 Neutron Porosity -15 %
35 DensityPorosity -15 %
-0.8 DensityCorr 0.2 g/cc
140 MonoDeltaT 40 uspf

AHC 000747



Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 303-541-1559
Facsimile: 303-443-1551

Sutton Lloyd – Landman

Telephone: 720-961-5476
E-Mail: slloyd@sklarexploration.com

May 20, 2019

**(Via Email)**
TO: Working Interest Owners

RE: Sklar Exploration Company, LLC
Cedar Creek Land & Timber 33-10 #1
Southwest Brooklyn Oil Unit
Conecuh County, Alabama

Dear Owner:

Sklar Exploration Company, LLC, as operator of the Southwest Brooklyn Oil Unit, hereby proposes a workover on the Cedar Creek Land & Timber 33-10 #1. The well is currently flowing 287 MCFD + 85 BOPD + 1 BWPD from the Upper Smackover.

As with the CCL&T 33-6 #1, this well has a history of salt problems. The well is treated with 15 bbls freshwater daily by continuous injection, but this only treats the jet pump itself. This does not treat below the standing valve. In addition to the continuous injection, the well must be frequently batch treated with freshwater and shut down to allow the freshwater to dissolve the salt deposits. The production interval has not been previously acidized.

The work will consist of washing out the salt deposits using coil tubing, nitrogen, and freshwater, and then acidizing the producing perforations with 3000 gals nitrogen foamed 15% HCL acid each. The well will then be jetted in and returned to production. We anticipate a production rate of approximately 125 BOPD + 420 MCFD.

Enclosed please find a detailed procedure, wellbore diagram, AFE and a log section for your review. Pursuant to Article 4.3.2 of the Southwest Brooklyn Oil Unit Operating Agreement dated November 1, 2018, Sklar will proceed with the operation after receiving an affirmative vote from three (3) or more working interest owners with a combined

Cedar Creek Land & Timber 33-10 #1
Southwest Brooklyn Oil Unit
May 20, 2019
Page **2** of **3**

majority voting interest. Please make your election on the ballot provided and return it to keggleston@sklarexploration.com at your earliest convenience.

Should you have any questions, please feel free to call.

Sincerely,

Sutton Lloyd
Landman

Enclosed: Ballot, Procedure, AFE, Wellbore Diagram, Log

Page 2 of 3

AHC 000749

Cedar Creek Land & Timber 33-10 #1
Southwest Brooklyn Oil Unit
May 20, 2019
Page **3** of **3**

**SKLAR EXPLORATION COMPANY L.L.C.**
**CEDAR CREEK LAND & TIMBER 33-10 #1**
**SOUTHWEST BROOKLYN OIL UNIT**
**CONECUH COUNTY, ALABAMA**

**BALLOT**

_______ I/We hereby approve Sklar Exploration Company L.L.C.'s proposal to perform the workover operation the above referenced well.

_______ I/We hereby **reject** Sklar Exploration Company L.L.C.'s proposal to perform the workover operation on the above referenced well.

SIGNATURE: ______________________________

PRINTED NAME: ______________________________

COMPANY NAME: ______________________________

TITLE: ______________________________

DATE: ______________________________

Page 3 of 3

AHC 000750

CCLT 33-10 #1 Workover AFE 051719,5/20/2019,11:39 AM

# SKLAR Exploration Company L.L.C.

401 Edwards St. Suite 1601
Shreveport, LA 71101
(318) 227-8668

## AUTHORITY FOR EXPENDITURE

| | | | |
|---|---|---|---|
| DATE: | May 17, 2019 | FIELD: | Brooklyn |
| OPERATOR: | Sklar Exploration Company L.L.C. | STATE: | Alabama |
| WELL: | CCL&T 33-10 #1 | HORIZON: | Smackover |
| LOCATION: | Section 33, T4N, R12E | PROJ. T.D.: | 12,276' AIL |

Southwest Brooklyn Oil Unit

PROPOSAL: Remove salt deposits from tubing, packer, jet pump assembly, and casing. Acidize with 3000 gals 15% HCL, using coil tubing and nitrogen.

| CODE or SUB | CLASSIFICATION: | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| 9100 | LEASEHOLD COSTS | | | |
| 81 | LEGAL FEES, TITLE OPINIONS, CURATIVE | | | |
| 86 | LEASE BONUS | | | |
| 84 | LEASE EXTENSION | | | |
| 88 | DELAY RENTALS | | | |
| 89 | BROKERAGE | | | |
| 90 | LANDMAN COSTS | | | |
| 91 | RECORDING FEES | | | |
| | TOTAL LEASEHOLD COSTS | $0 | $0 | $0 |
| 9200/9300 | INTANGIBLE DRILLING & COMPLETION | | | |
| 01 | SURVEY, DOC HEARINGS, PERMITS | | | |
| 02 | LOCATION PREPARATION/DIRT WORK | | | |
| 03 | LOCATION CLEAN UP & PIT CLOSURE | | | |
| 04 | SURFACE DAMAGES & ROW | | | |
| 05 | SETTING CONDUCTOR CASING | | | |
| 06 | RIG MOBILIZE/DEMOBILIZE | | | |
| 07 | DRILLING - FOOTAGE | | | |
| 08 | DRILLING - TURNKEY | | | |
| 10 | DAYWORK WITH DRILL PIPE | | | |
| 11 | DAYWORK WITHOUT DRILL PIPE | | | |
| 12 | DAYWORK - RIG EQUIPMENT & REPAIR | | | |
| 13 | ENGINEERING & SUPERVISION: | | 4,800 | 4,800 |
| 14 | RIG INSTRUMENTATION & MONITORING | | | |
| 15 | COIL TUBING UNIT | | 13,500 | 13,500 |
| 16 | DIRECTIONAL DRILLING TOOLS & SVCS | | | |
| 17 | MUD & CHEMICALS | | | |
| 18 | MUD DISPOSAL | | | |
| 23 | MUD LOGGING | | | |
| 24 | CEMENTING & EQUIPMENT | | | |
| 25 | CASING CREW & LAYDOWN MACHINE: | | | |
| 26 | PIPE TESTING | | | |
| 27 | EQUIPMENT RENTALS | | 19,000 | 19,000 |
| 28 | FISHING TOOLS & SVCS | | | |
| 29 | TELEPHONE & COMMUNICATIONS: | | | |
| 30 | WATER | | | |
| 31 | FUEL | | | |
| 32 | BITS | | | |
| 33 | TRANSPORTATION & TRUCKING | | | |
| 34 | CONTRACT LABOR | | | |
| 35 | SAFETY & H2S TRAINING | | | |
| 36 | LOGGING & WIRELINE (Slickline) | | 3,200 | 3,200 |
| 37 | DRILL STEM & PRODUCTION TESTING | | | |
| 38 | CORING & ANALYSIS | | | |
| 39 | GEOLOGICAL | | | |
| 40 | GEOPHYSICAL | | | |
| 46 | WORKOVER RIG | | | |
| 47 | PERFORATION SERVICES | | | |
| 48 | COMPLETION FLUIDS | | | |
| 49 | STIMULATION SERVICES | | 29,000 | 29,000 |
| 50 | INSTALLATION OF WELL EQUIPMENT | | | |
| 51 | PIPELINE EXPENSES & ROW | | | |
| 58 | AUTO EXPENSE | | | |
| 61 | SALT WATER DISPOSAL | | | |
| 63 | VACUUM TRUCK | | | |
| 64 | SWABBING UNIT | | 4,000 | 4,000 |
| 65 | PLUG & ABANDON COSTS | | | |
| 78 | INSURANCE | | | |
| 79 | COPAS OVERHEAD - DRILLING/COMPLETION | | | |
| 82 | MISCELLANEOUS: ±5% contingency | 0 | 3,700 | 3,700 |
| | TOTAL INTANGIBLE DRILLING & COMPLETION | $0 | $77,200 | $77,200 |
| 9500 | TANGIBLE EQUIPMENT - DRILLING | | | |
| 01 | CONDUCTOR CASING | | | |
| 02 | SURFACE CASING | | | |
| 03 | INTERMEDIATE CASING & LINERS | | | |
| 04 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 05 | WELLHEAD EQUIPMENT | | | |
| | TOTAL TANGIBLE EQUIPMENT - DRILLING | $0 | $0 | $0 |
| 9520 | TANGIBLE EQUIPMENT - COMPLETION | | | |
| 21 | PRODUCTION CASING & LINERS | | | |
| 22 | TUBING | | | |
| 23 | PACKERS | | | |
| 24 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 25 | WELLHEAD EQUIPMENT | | | |
| 27 | ARTIFICIAL LIFT EQUIPMENT | | | |
| | TOTAL TANGIBLE EQUIPMENT - COMPLETION | $0 | $0 | $0 |
| 9540 | SURFACE PRODUCTION EQUIPMENT | | | |
| 41 | SURFACE PRODUCTION EQUIPMENT | | | |
| 42 | COMPRESSION | | | |
| 43 | TANK BATTERY COSTS | | | |
| 44 | FLOWLINES, FITTINGS, CONNECTIONS | | | |
| 45 | PIPELINE & GATHERING SYSTEM COSTS | | | |
| 46 | SALES METERING EQUIPMENT | | | |
| | TOTAL SURFACE PRODUCTION EQUIPMENT | $0 | $0 | $0 |
| | TOTAL EQUIPMENT | $0 | $0 | $0 |
| | TOTAL WELL COST | $0 | $77,200 | $77,200 |

APPROVED:_______________________________, 2019.

BY:_______________________________

OEE Insurance Election (Please check your election below):

☐ Coverage under own policy with limits not less than_______________.

☐ Coverage under Operator's policy

NOTE: If no election is checked or owner has not supplied proof of coverage prior to spud, owner will be included under and charged for SEC's OEE coverage.



**CCL&T 33-10 #1**
**Southwest Brooklyn Oil Unit**
**Brooklyn Field**
**Section 33, T4N, R12E**
**Conecuh County, Alabama**
**Permit #16686**
**Workover Procedure**
**May 17, 2019**

**WELLBORE DETAIL: See attached diagram.**

**DRIVING DIRECTIONS (TRUCK):**

From Evergreen, AL, take Hwy 84 East to CR 43. Turn right and go approximately 16 To 17miles to (T). Turn left at (T) onto CR 42. Go 0.2 miles and turn right on CR 6 at Brooklyn. Go approx. 7 miles north on CR 6 to lease road on the left. Turn left onto lease road go approx. 0.2 miles, location will be on the right.

**PURPOSE:** Remove salt deposits from tubing, packer, jet pump assembly, and casing using coil tubing. Acidize Upper Smackover with 3000 gals nitrogen foamed 15% HCL acid.

**WORKOVER PROCEDURE**

1. Reverse circulate jet pump to surface. MIRU SLU. RIH with shifting tool and shift closed the PXD sleeve at 11,932'. POOH. RIH with equalizing bar and open equalizing ports on standing valve. POOH. Allow pressure to equalize. RIH with pulling tool. Latch onto standing valve and POOH with same. RDMO SLU.

2. MI gas buster flow-back tank. Connect and test flow-back lines. MIRU C&J Energy Services 1-1/4" coil tubing unit, N2 unit, and acid pump. Have swab unit on location standing by.

3. RIH with 1-1/4" jet nozzle on 1-1/4" coil tubing, pumping 900 SCF N2/min. Begin pumping 0.5 BPM freshwater with 500 SCF N2/min at 10,000'. Continue in hole washing out salt deposits with freshwater and nitrogen to top of jet cut tubing at 12,020'. While continuing to wash, work jet nozzle back up to 11,900' and then back down to 12,020'. Shut off freshwater and jet well with 900 SCF N2/min until all water is recovered.

4. Pull jet nozzle up to 11,980'. SI returns (tbg/coil tbg annulus) and pressure up with N2 until injection into formation is established. Pump 3000 gals 15% HCL with 900 SCF N2/min, with returns SI. Work jet nozzle from 11,980' to 12,000' while acidizing. Pull up to 10,000'. Open tbg/coil tbg annulus. RIH to btm jetting with 900 SCF N2/min. POOH slowly, jetting well with 900 SCF N2/min.



**CCL&T 33-10 #1**
**Workover Procedure (Cont'd)**
**May 17, 2019**

5. RDMO coil tubing unit. Continue flowing well to flow-back tank until well is strong enough to return to production. Place well on production if well continues to flow. Swab well if necessary to recover spent acid. If well will not flow after fluid recovery, MIRU SLU. RIH with standing valve and set same in PXD assembly. POOH. Fill tubing with oil and pressure tubing to 500 psig. RIH with shifting tool and shift open PXD sleeve. POOH. Break circulation to insure sleeve is open. RDMO SLU. Transfer fluids out of flow-back tank. Move out flow-back tank. Place well on production via jet pump.

**Notify AOGB before starting operations.**
**Field Agent – Paul Matthews (251) 607-8826**



LEASE: CCL&T 33-10 #1
FIELD: Wildcat
COUNTY: Conecuh
STATE: Alabama
LOCATION: 1885' FEL & 1818' FSL
S33-T4N-R12E
API #: 01-035-20265-00-00
Permit NO.: 16686
SPUD: 6/29/2012
Prepared by: NMS/CWC/RMW
Date Updated: 05/15/2019
Wellbore Diagram
CCL&T 33-10 #1
Sklar
Exploration Company LLC
KB: 285.6'
GL: 262.0'
DF: 284.0'
Bradenhead flange: 11" 5M
Tbghead flange: 7-1/16" 5M
Production tree: 2-9/16" 5M
20" @ 212'
5/18/2016
1 Jt 2 7/8" 6.5" L-80 EUE 8rd tbg
22' various length 2-7/8" pup jts
360 jts 2-7/8" 6.5" L-80 EUE 8rd tbg
4x4' X 2 7/8" flow sub
"PXD" sleeve in closed position
6x6 X 2 7/8" flow sub
On/Off tool with 2.188" "R" profile
ASI-X 10K Packer with carbide slips @ 11,950'
10' X 2 7/8" Pup joint
2.188" "R" Otis type profile landing nipple
WLEG
EOT=11,968'
7/02/12
70 jts, 9-5/8", 40# J-55 @ 2,945'
Lead: 810 sks, 12.8#, 1.79 yld
Tail: 270 sks, 15#, 1.29 yld
Displ w/ 20 bbls
Top Out: 100 sks, 15#, 1.31 yld
5/18/2016
2-7/8" tbg cut with jet cutter @12,020
(5/14/2016)
2-7/8" PXD Jet pump sleeve (open)
10' X 1 7/8" 6.5# -80 EUE 8rd tbg sub
On/Off tool,T-2 2-7/8" X 2.188 'R' profile
ASI-X Packer 5-1/2" X 2-7/8" 10K @ 12,061'
4' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
2.188" 'R' nipple @ 12,072' w/ "PR"
plug(locked 5/14/2016)
6' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
Ported under balance sub
10' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
Auto release firing head @ 12,089'
TOC: 11,048'
JET CUT TBG
Perfs: 05/17/2016
11,984'-12,000'
Smk A, 6 spf, 60deg
NOT ACIDIZED
'PR' PLUG
31 BOPD + 10 BWP WHEN ABANDONED (ON JETPUMP)
Perfs: 8/22/2012
12,094' – 12,110'
12,135' – 12,148'
Lwr SMKV
AIL = RCBL ,6 spf, 60°
NOT ACIDIZED
7/25/12
14 jts 5-1/2", 20#, L-80 Srf – 584'
231 jts 5-1/2", 17#, L-80 584' – 11,083'
27 jts 5-1/2", 20#, L-80 11,083' – 12,276'
Lead: 100 sks, 12.4#, 2.05 yld
Tail: 300 sks, 16.2#, 1.5 yld
Gun assembly dropped to PBTD
Top of TCP assembly - 12,167' AIL = RCBL
PBTD = FC @ 12,226' AIL
TD = 12,276' AIL



CCL & T
33-10 #1
R-12E
Perf'd 3/17/14
84'
12000
Jet Cut
PXB
BR PLUG
94'
1210
10'
35'
Dolomite
48'

AHC 000755



Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 303-541-1559
Facsimile: 303-443-1551

Sutton Lloyd – Landman

Telephone: 720-961-5476
E-Mail: slloyd@sklarexploration.com

July 18, 2019

**(Via Email)**
TO: Working Interest Owners

RE: Sklar Exploration Company, LLC
Cedar Creek Land & Timber 33-12 #1
Southwest Brooklyn Oil Unit
Conecuh County, Alabama

Dear Owner:

Sklar Exploration Company, LLC, as operator of the Southwest Brooklyn Oil Unit, hereby proposes a workover on the Cedar Creek Land & Timber 33-12 #1. The well is currently producing 60 MCFD + 11 BOPD + 0 BWPD on jet pump from the Upper Smackover.

As with the CCL&T 33-6 #1 and the CCL&T 33-10 #1, this well has a history of salt problems, and it has only had one acid treatment of 1500 gals 15% HCL in October 2012.

The work will consist of washing out salt deposits using coil tubing, nitrogen, and freshwater, and then the producing perforations will be acidized with 3000 gals nitrogen foamed 15% HCL. The well will then be jetted in and returned to production. We anticipate a production rate of approximately 50 BOPD + 250 MCFD.

Enclosed please find a detailed procedure, wellbore diagram, AFE and a log section for your review. Pursuant to Article 4.3.2 of the Southwest Brooklyn Oil Unit Operating Agreement dated November 1, 2018, Sklar will proceed with the operation after receiving an affirmative vote from three (3) or more working interest owners with a combined majority voting interest. Please make your election on the ballot provided and return it to keggleston@sklarexploration.com at your earliest convenience.

Cedar Creek Land & Timber 33-12 #1
Southwest Brooklyn Oil Unit
July 18, 2019
Page **2** of **3**

Should you have any questions, please feel free to call.

Sincerely,

Sutton Lloyd
Landman

Enclosed: Ballot, Procedure, AFE, Wellbore Diagram, Log

Page 2 of 3

AHC 000757

Cedar Creek Land & Timber 33-12 #1
Southwest Brooklyn Oil Unit
July 18, 2019
Page **3** of **3**

**SKLAR EXPLORATION COMPANY L.L.C.**
**CEDAR CREEK LAND & TIMBER 33-12 #1**
**SOUTHWEST BROOKLYN OIL UNIT**
**CONECUH COUNTY, ALABAMA**

**BALLOT**

_______ I/We hereby approve Sklar Exploration Company L.L.C.'s proposal to perform the workover operation the above referenced well.

_______ I/We hereby **reject** Sklar Exploration Company L.L.C.'s proposal to perform the workover operation on the above referenced well.

SIGNATURE: ______________________________

PRINTED NAME: ______________________________

COMPANY NAME: ______________________________

TITLE: ______________________________

DATE: ______________________________

Page 3 of 3

AHC 000758

# SKLAR Exploration Company L.L.C.

401 Edwards St. Suite 1601
Shreveport, LA 71101
(318) 227-8668

**AUTHORITY FOR EXPENDITURE**

| | | | |
|---|---|---|---|
| DATE: | July 18, 2019 | FIELD: | Brooklyn - SW |
| OPERATOR: | Sklar Exploration Company L.L.C. | STATE: | Alabama |
| WELL: | CCL&T 33-12 #1 | HORIZON: | Smackover |
| LOCATION: | Section 33, T4N, R12E | PROJ. T.D.: | 12,333' AIL |

Southwest Brooklyn Oil Unit

PROPOSAL: Remove salt deposits from tubing, packer, jet pump assembly, and casing. Acidize with 3000 gals 15% HCL, using coil tubing and nitrogen.

| CODE or SUB | CLASSIFICATION: | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| 9100 | **LEASEHOLD COSTS** | | | |
| 81 | LEGAL FEES, TITLE OPINIONS, CURATIVE | | | |
| 86 | LEASE BONUS | | | |
| 84 | LEASE EXTENSION | | | |
| 88 | DELAY RENTALS | | | |
| 89 | BROKERAGE | | | |
| 90 | LANDMAN COSTS | | | |
| 91 | RECORDING FEES | | | |
| | **TOTAL LEASEHOLD COSTS** | $0 | $0 | $0 |
| 9200/9300 | **INTANGIBLE DRILLING & COMPLETION** | | | |
| 01 | SURVEY, DOC HEARINGS, PERMITS | | | |
| 02 | LOCATION PREPARATION/DIRT WORK | | | |
| 03 | LOCATION CLEAN UP & PIT CLOSURE | | | |
| 04 | SURFACE DAMAGES & ROW | | | |
| 05 | SETTING CONDUCTOR CASING | | | |
| 06 | RIG MOBILIZE/DEMOBILIZE | | | |
| 07 | DRILLING - FOOTAGE | | | |
| 08 | DRILLING - TURNKEY | | | |
| 10 | DAYWORK WITH DRILL PIPE | | | |
| 11 | DAYWORK WITHOUT DRILL PIPE | | | |
| 12 | DAYWORK - RIG EQUIPMENT & REPAIR | | | |
| 13 | ENGINEERING & SUPERVISION: | | 4,800 | 4,800 |
| 14 | RIG INSTRUMENTATION & MONITORING | | | |
| 15 | COIL TUBING UNIT | | 13,500 | 13,500 |
| 16 | DIRECTIONAL DRILLING TOOLS & SVCS | | | |
| 17 | MUD & CHEMICALS | | | |
| 18 | MUD DISPOSAL | | | |
| 23 | MUD LOGGING | | | |
| 24 | CEMENTING & EQUIPMENT | | | |
| 25 | CASING CREW & LAYDOWN MACHINE: | | | |
| 26 | PIPE TESTING | | | |
| 27 | EQUIPMENT RENTALS | | 19,000 | 19,000 |
| 28 | FISHING TOOLS & SVCS | | | |
| 29 | TELEPHONE & COMMUNICATIONS: | | | |
| 30 | WATER | | | |
| 31 | FUEL | | | |
| 32 | BITS | | | |
| 33 | TRANSPORTATION & TRUCKING | | | |
| 34 | CONTRACT LABOR | | | |
| 35 | SAFETY & H2S TRAINING | | | |
| 36 | LOGGING & WIRELINE (Slickline) | | 3,200 | 3,200 |
| 37 | DRILL STEM & PRODUCTION TESTING | | | |
| 38 | CORING & ANALYSIS | | | |
| 39 | GEOLOGICAL | | | |
| 40 | GEOPHYSICAL | | | |
| 46 | WORKOVER RIG | | | |
| 47 | PERFORATION SERVICES | | | |
| 48 | COMPLETION FLUIDS | | | |
| 49 | STIMULATION SERVICES | | 29,000 | 29,000 |
| 50 | INSTALLATION OF WELL EQUIPMENT | | | |
| 51 | PIPELINE EXPENSES & ROW | | | |
| 58 | AUTO EXPENSE | | | |
| 61 | SALT WATER DISPOSAL | | | |
| 63 | VACUUM TRUCK | | | |
| 64 | SWABBING UNIT | | 4,000 | 4,000 |
| 65 | PLUG & ABANDON COSTS | | | |
| 78 | INSURANCE | | | |
| 79 | COPAS OVERHEAD - DRILLING/COMPLETION | | | |
| 82 | MISCELLANEOUS: ±5% contingency | 0 | 3,700 | 3,700 |
| | **TOTAL INTANGIBLE DRILLING & COMPLETION** | $0 | $77,200 | $77,200 |
| 9500 | **TANGIBLE EQUIPMENT - DRILLING** | | | |
| 01 | CONDUCTOR CASING | | | |
| 02 | SURFACE CASING | | | |
| 03 | INTERMEDIATE CASING & LINERS | | | |
| 04 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 05 | WELLHEAD EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - DRILLING** | $0 | $0 | $0 |
| 9520 | **TANGIBLE EQUIPMENT - COMPLETION** | | | |
| 21 | PRODUCTION CASING & LINERS | | | |
| 22 | TUBING | | | |
| 23 | PACKERS | | | |
| 24 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 25 | WELLHEAD EQUIPMENT | | | |
| 27 | ARTIFICIAL LIFT EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - COMPLETION** | $0 | $0 | $0 |
| 9540 | **SURFACE PRODUCTION EQUIPMENT** | | | |
| 41 | SURFACE PRODUCTION EQUIPMENT | | | |
| 42 | COMPRESSION | | | |
| 43 | TANK BATTERY COSTS | | | |
| 44 | FLOWLINES, FITTINGS, CONNECTIONS | | | |
| 45 | PIPELINE & GATHERING SYSTEM COSTS | | | |
| 46 | SALES METERING EQUIPMENT | | | |
| | **TOTAL SURFACE PRODUCTION EQUIPMENT** | $0 | $0 | $0 |
| | **TOTAL EQUIPMENT** | $0 | $0 | $0 |
| | **TOTAL WELL COST** | $0 | $77,200 | $77,200 |

APPROVED:__________________________, 2019.

BY:__________________________

OEE Insurance Election (Please check your election below):

☐ Coverage under own policy with limits not less than______________.

☐ Coverage under Operator's policy

**NOTE:** If no election is checked or owner has not supplied proof of coverage prior to spud, owner will be included under and charged for SEC's OEE coverage.



**CCL&T 33-12 #1**
**Southwest Brooklyn Oil Unit**
**Brooklyn Field**
**Section 33, T4N, R12E**
**Conecuh County, Alabama**
**Permit #16687**
**Workover Procedure**
**July 18, 2019**

**WELLBORE DETAIL: See attached diagram.**

**DRIVING DIRECTIONS (TRUCK):**
From Evergreen, AL, take Hwy 84 East to CR 43. Turn right and go approximately 16 to 17 miles to (T). Turn left at (T) onto CR 42. Go 0.2 miles and turn right on CR 6 at Brooklyn. Go approx. 7 miles north on CR 6 to 2nd lease road on the left. Turn left onto lease road go approx. 0.2 miles, take a right at the 'Y', go 0.3 miles to location.

**PURPOSE:** Remove salt deposits from tubing, packer, jet pump assembly, and casing using coil tubing. Acidize Upper Smackover with 3000 gals nitrogen foamed 15% HCL acid.

**WORKOVER PROCEDURE**

1. Reverse circulate jet pump to surface. MIRU SLU. RIH with shifting tool and shift closed the PXD sleeve at 11,991'. POOH. RIH with equalizing bar and open equalizing ports on standing valve. POOH. Allow pressure to equalize. RIH with pulling tool. Latch onto standing valve and POOH with same. RDMO SLU.

2. MI gas buster flow-back tank. Connect and test flow-back lines. MIRU C&J Energy Services 1-3/4" coil tubing unit, N2 unit, and acid pump. Have swab unit on location standing by.

3. RIH with 1-3/4" jet nozzle on 1-3/4" coil tubing, pumping 900 SCF N2/min. Begin pumping 0.5 BPM freshwater with 500 SCF N2/min at 10,000'. Continue in hole washing out salt deposits with freshwater and nitrogen to 12,100'. While continuing to wash, work jet nozzle back up to 12,000' and then back down to 12,080'. Shut off freshwater and jet well with 900 SCF N2/min until all water is recovered.

4. Pull jet nozzle up to 12,020'. SI returns (tbg/coil tbg annulus) and pressure up with N2 until injection into formation is established. Pump 3000 gals 15% HCL with 900 SCF N2/min, with returns SI. Work jet nozzle from 12,020' to 12,080' while acidizing. Pull up to 10,000'. Open tbg/coil tbg annulus. RIH to btm jetting with 900 SCF N2/min. POOH slowly, jetting well with 900 SCF N2/min.



**CCL&T 33-12 #1**
**Workover Procedure (Cont'd)**
**July 18, 2019**

5. RDMO coil tubing unit. Continue flowing well to flow-back tank until well is strong enough to return to production. Place well on production if well continues to flow. Swab well if necessary, to recover spent acid. If well will not flow after fluid recovery, MIRU SLU. RIH with standing valve and set same in PXD assembly. POOH. Fill tubing with oil and pressure tubing to 500 psig. RIH with shifting tool and shift open PXD sleeve. POOH. Break circulation to ensure sleeve is open. RDMO SLU. Transfer fluids out of flow-back tank. Move out flow-back tank. Place well on production via jet pump.

**Notify AOGB before starting operations.**
**Field Agent – Paul Matthews (251) 607-8826**

LEASE: CCL&T 33-12 #1
FIELD: Wildcat
COUNTY: Conecuh
STATE: Alabama
LOCATION: 814' FWL & 1834' FSL S33-T4N-R12E
API #: 01-035-20266-00-00
Permit NO.: 16687
SPUD: 6/04/2012
Prepared by: BME/RMW
Date Updated: 10/29/12

# Wellbore Diagram
## CCL&T 33-12 #1

Sklar Exploration Company LLC

KB: 306.5'
GL: 282.4'
DF: 305.1'

Bradenhead flange: 11" 5M
Tbghead flange: 7-1/16" 5M
Production tree: 2-9/16" 5M

20" @ 90'

**6/05/12**
14 jts, 13-3/8",54.5 #, P-55 @ 544'
Lead: 230 sks, 12.8#,1.82 yld
Tail: 375 sks, 15.4#, 1.22 yld
Top Out: 100sks, 15.4#, 1.22 yld

**7/26/12**
1 jt. 2-7/8" 6.5# L-80 EUE 8rd tbg
10' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
6' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
365 jts 2-7/8" 6.5# L-80 EUE 8rd tbg
4' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
1 jt. 2-7/8" 6.5# L-80 EUE 8rd tbg
2-7/8" PXD Jet pump sleeve (closed)
10' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
On/Off tool 5-1/2" X 2-7/8" EUE, T-2 Overshot
On/Off Stinger, 2-7/8" X 2.188 'R' profile
ASI-X Packer 5-1/2" X 2-7/8" 10K @ 12,004'
4' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
2.188" 'R' nipple @ 12,015'
6' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
Ported under balance sub
10' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
Auto release firing head
EOT @ 12,033'

**6/08/12**
70 jts, 9-5/8", 40# J-55 @ 2,941'
Lead: 305 sks CLS H, 16#, 1.15 yld
Tail: 780 sks 35:65:6 Type I gel, 1.81 yld
Top Out: 100 sks Type I

TOC: 10,388'

**10/28/12 Acidize**
Acidize w/ 1500 gal 15% SuperSol EQH-155 HCL. Displ w/ 69.7 bbls 4% KCL wtr. Max pump press 3800 psig @ 1.7 bpm. Inj press decr f/ 3800 psig to 2640 psig. ISIP 2145 psig, 5 min 1440 psig

**Perfs: 7/26/2012**
12,035' – 12,038'
12,042' – 12,046'
12,048' – 12,064'
AIL = RCBL
6 spf, 60°

**6/25/12**
12 jts, 5-1/2", 20#, Srf – 557'
230 jts, 5-1/2", 17#, 557' – 10,895'
31 jts, 5-1/2", 20#, 10,895' – 12,333'
Lead: 100 sks 35:65 POZ, 12.4#, 2.05 yld
Tail: 300 sks Class H, 16.2#, 1.5yld
Displ w/ 283.6 bbls water

Gun assembly dropped to PBTD
Top of TCP assembly - 12,225' AIL = RCBL

PBTD = FC @ 12,257' AIL
TD = 12,333' AIL