

SKLAR EXPLORATION COMPANY
CCL #T 33-12 #1
WILDCAT FIELD
CONECUH COUNTY, ALABAMA
SCHLUMBERGER PEX 6/23/12



Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 303-541-1559
Facsimile: 303-443-1551

Sutton Lloyd – Landman

Telephone: 720-961-5476
E-Mail: slloyd@sklarexploration.com

October 3, 2019

**(Via Email)**
TO:   Working Interest Owners

RE: Sklar Exploration Company, LLC
Cedar Creek Land & Timber 34-15 #1
Southeast Brooklyn Oil Unit
Conecuh County, Alabama

Dear Owner:

Sklar Exploration Company, LLC, as operator of the Southeast Brooklyn Oil Unit, hereby proposes a workover on the Cedar Creek Land & Timber 34-15 #1. The well is currently producing 40 MCFD + 110 BOPD + 0 BWPD on jet pump from the Upper Smackover.

As with the other wells in this area, this well has a history of salt problems and requires batch treating with freshwater on a weekly basis.

The work will consist of washing out the salt deposits using coil tubing, nitrogen, and freshwater, and then acidizing the producing perforations with 3000 gals nitrogen foamed 15% HCL. The well will then be jetted in and returned to production. We anticipate a production rate of approximately 75 MCFD + 180 BOPD.

Enclosed please find a detailed procedure, wellbore diagram, AFE and a log section for your review. Pursuant to Article 4.3.2 of the Southeast Brooklyn Oil Unit Operating Agreement dated November 1, 2018, Sklar will proceed with the operation after receiving an affirmative vote from three (3) or more working interest owners with a combined majority voting interest. Please make your election on the ballot provided and return it to keggleston@sklarexploration.com at your earliest convenience.

Cedar Creek Land & Timber 34-15 #1
Southeast Brooklyn Oil Unit
October 3, 2019
Page **2** of **3**

Should you have any questions, please feel free to call.

Sincerely,

Sutton Lloyd
Landman

Enclosed:     Ballot, Procedure, AFE, Wellbore Diagram, Log Section

AHC 000765

Cedar Creek Land & Timber 34-15 #1
Southeast Brooklyn Oil Unit
October 3, 2019
Page 3 of 3

**SKLAR EXPLORATION COMPANY L.L.C.**
**CEDAR CREEK LAND & TIMBER 34-15 #1**
**SOUTHEAST BROOKLYN OIL UNIT**
**CONECUH COUNTY, ALABAMA**

**BALLOT**

_____     I/We hereby approve Sklar Exploration Company L.L.C.'s proposal to perform the workover operation the above referenced well.

_____     I/We hereby **reject** Sklar Exploration Company L.L.C.'s proposal to perform the workover operation on the above referenced well.


SIGNATURE: _____

PRINTED NAME: _____

COMPANY NAME: _____

TITLE: _____

DATE: _____

AHC 000766

CCLT 34-15 #1 Stimulation AFE 092719.xls,10/3/2019,11:18 AM

# SKLAR Exploration Company L.L.C.
401 Edwards St. Suite 1601
Shreveport, LA 71101
(318) 227-8688

## AUTHORITY FOR EXPENDITURE

| DATE: | September 27, 2019 | FIELD: | SE Brooklyn |
|---|---|---|---|
| OPERATOR: | Sklar Exploration Company L.L.C. | STATE: | Alabama |
| WELL: | CCL&T 34-15 #1 (formerly Pruet) | HORIZON: | Smackover |
| LOCATION: | Section 34, T4N, R13E | PROJ. T.D.: | 11,950' AIL |

**PROPOSAL:** Southeast Brooklyn Oil Unit
Remove salt deposits from tubing, packer, jet pump assembly, and casing. Acidize with 3000 gals 15% HCL, using coil tubing and nitrogen.

| CODE or SUB | CLASSIFICATION: | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| 9100 | **LEASEHOLD COSTS** | | | |
| 81 | LEGAL FEES, TITLE OPINIONS, CURATIVE | | | |
| 86 | LEASE BONUS | | | |
| 84 | LEASE EXTENSION | | | |
| 88 | DELAY RENTALS | | | |
| 89 | BROKERAGE | | | |
| 90 | LANDMAN COSTS | | | |
| 91 | RECORDING FEES | | | |
| | **TOTAL LEASEHOLD COSTS** | $0 | $0 | $0 |
| | | | | |
| 9200/9300 | **INTANGIBLE DRILLING & COMPLETION** | | | |
| 01 | SURVEY, DOC HEARINGS, PERMITS | | | |
| 02 | LOCATION PREPARATION/DIRT WORK | | | |
| 03 | LOCATION CLEAN UP & PIT CLOSURE | | | |
| 04 | SURFACE DAMAGES & ROW | | | |
| 05 | SETTING CONDUCTOR CASING | | | |
| 06 | RIG MOBILIZE/DEMOBILIZE | | | |
| 07 | DRILLING - FOOTAGE | | | |
| 08 | DRILLING - TURNKEY | | | |
| 10 | DAYWORK WITH DRILL PIPE | | | |
| 11 | DAYWORK WITHOUT DRILL PIPE | | | |
| 12 | DAYWORK - RIG EQUIPMENT & REPAIR | | | |
| 13 | ENGINEERING & SUPERVISION: | | 4,800 | 4,800 |
| 14 | RIG INSTRUMENTATION & MONITORING | | | |
| 15 | COIL TUBING UNIT | | 18,000 | 18,000 |
| 16 | DIRECTIONAL DRILLING TOOLS & SVCS | | | |
| 17 | MUD & CHEMICALS | | | |
| 18 | MUD DISPOSAL | | | |
| 23 | MUD LOGGING | | | |
| 24 | CEMENTING & EQUIPMENT | | | |
| 25 | CASING CREW & LAYDOWN MACHINE: | | | |
| 26 | PIPE TESTING | | | |
| 27 | EQUIPMENT RENTALS | | 24,000 | 24,000 |
| 28 | FISHING TOOLS & SVCS | | | |
| 29 | TELEPHONE & COMMUNICATIONS: | | | |
| 30 | WATER | | | |
| 31 | FUEL | | | |
| 32 | BITS | | | |
| 33 | TRANSPORTATION & TRUCKING | | | |
| 34 | CONTRACT LABOR | | | |
| 35 | SAFETY & H2S TRAINING | | | |
| 36 | LOGGING & WIRELINE  (Slickline) | | 3,200 | 3,200 |
| 37 | DRILL STEM & PRODUCTION TESTING | | | |
| 38 | CORING & ANALYSIS | | | |
| 39 | GEOLOGICAL | | | |
| 40 | GEOPHYSICAL | | | |
| 46 | WORKOVER RIG | | | |
| 47 | PERFORATION SERVICES | | | |
| 48 | COMPLETION FLUIDS | | | |
| 49 | STIMULATION SERVICES | | 33,000 | 33,000 |
| 50 | INSTALLATION OF WELL EQUIPMENT | | | |
| 51 | PIPELINE EXPENSES & ROW | | | |
| 58 | AUTO EXPENSE | | | |
| 61 | SALT WATER DISPOSAL | | | |
| 63 | VACUUM TRUCK | | | |
| 64 | SWABBING UNIT | | 4,000 | 4,000 |
| 65 | PLUG & ABANDON COSTS | | | |
| 78 | INSURANCE | | | |
| 79 | COPAS OVERHEAD - DRILLING/COMPLETION | | | |
| 82 | MISCELLANEOUS: ±5% contingency | 0 | 4,400 | 4,400 |
| | **TOTAL INTANGIBLE DRILLING & COMPLETION** | $0 | $91,400 | $91,400 |
| | | | | |
| 9500 | **TANGIBLE EQUIPMENT - DRILLING** | | | |
| 01 | CONDUCTOR CASING | | | |
| 02 | SURFACE CASING | | | |
| 03 | INTERMEDIATE CASING & LINERS | | | |
| 04 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 05 | WELLHEAD EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - DRILLING** | $0 | $0 | $0 |
| | | | | |
| 9520 | **TANGIBLE EQUIPMENT - COMPLETION** | | | |
| 21 | PRODUCTION CASING & LINERS | | | |
| 22 | TUBING | | | |
| 23 | PACKERS | | | |
| 24 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 25 | WELLHEAD EQUIPMENT | | | |
| 27 | ARTIFICIAL LIFT EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - COMPLETION** | $0 | $0 | $0 |
| | | | | |
| 9540 | **SURFACE PRODUCTION EQUIPMENT** | | | |
| 41 | SURFACE PRODUCTION EQUIPMENT | | | |
| 42 | COMPRESSION | | | |
| 43 | TANK BATTERY COSTS | | | |
| 44 | FLOWLINES, FITTINGS, CONNECTIONS | | | |
| 45 | PIPELINE & GATHERING SYSTEM COSTS | | | |
| 46 | SALES METERING EQUIPMENT | | | |
| | **TOTAL SURFACE PRODUCTION EQUIPMENT** | $0 | $0 | $0 |
| | | | | |
| | **TOTAL EQUIPMENT** | $0 | $0 | $0 |
| | | | | |
| | **TOTAL WELL COST** | $0 | $91,400 | $91,400 |

APPROVED:_____, 2019.

BY:_____

OEE Insurance Election (Please check your election below):
☐ Coverage under own policy with limits not less than_____

☐ Coverage under Operator's policy

**NOTE:** If no election is checked or owner has not supplied proof of coverage prior to spud, owner will be included under and charged for SEC's OEE coverage.

AHC 000767



## CCL&T 34-15 #1 (formerly Pruet)
### Southeast Brooklyn Oil Unit
### Brooklyn Field
### Section 34, T4N, R13E
### Conecuh County, Alabama
### Permit #17130-B
### Stimulation Procedure
### September 27, 2019

**WELLBORE DETAIL:** See attached diagram.

**DRIVING DIRECTIONS:** Not available at this time.

**PURPOSE:** Remove salt deposits from tubing and packer assemblies and acidize with 3000 gals nitrogen foamed 15% HCL acid.

### WORKOVER PROCEDURE

1. Reverse circulate jet pump to surface. MIRU SLU. RIH with shifting tool and shift closed the PXD sleeve at 11,568'. POOH. RIH with equalizing bar and open equalizing ports on standing valve. POOH. Allow pressure to equalize. RIH with pulling tool. Latch onto standing valve and POOH with same. RDMO SLU.

2. MI rental separator, enclosed flow back tank, and flare stack. Connect and test flow-back lines. MIRU C&J Energy Services 1-3/4" coil tubing unit, N2 unit, and acid pump. Have swab unit on location standing by.

3. RIH with 1-3/4" jet nozzle on 1-3/4" coil tubing, pumping 900 SCF/min N2 + 0.2 BPM freshwater. Begin pumping 0.5 BPM freshwater with 500 SCF/min at 10,000'. Continue in hole washing out salt deposits with freshwater and nitrogen to 11,640' (30' below bottom of perforations). While continuing to wash, work jet nozzle back up to 11,520' and then back down to 11,640'. Shut off freshwater and jet well with 900 SCF/min N2 until all water is recovered.

AHC 000768



**CCL&T 34-15 #1 (formerly Pruet)**
**Stimulation Procedure (Cont'd)**
**September 27, 2019**

4. Pull jet nozzle up to 11,570'. SI returns (tbg/coil tbg annulus) and pressure up with N2 until injection into formation is established. Pump 3000 gals 15% HCL with 900 SCF N2/min, with returns SI. Work coil from 11,570' to 11,610' while pumping acid. SD N2. Pull up to 10,000'. Open tbg/coil tbg annulus. RIH to 11,620' jetting with 900 SCF/min N2. POOH slowly, jetting well with 900 SCF/min N2.

5. RDMO coil tubing unit. Continue flowing well to rental equipment until well is strong enough to return to production. Place well on production. Swab well if necessary. RDMO rental equipment.

6. If well will not flow after swabbing, MIRU slickline unit. RIH & set standing valve in PXD sleeve assembly at 11,568'. POOH. RIH with shifting tool and shift open the PXD sleeve. POOH. RDMO SLU. Insert jet pump into tubing and pump to seat. Return well to production via jet pump.

**Notify AOGB before starting operations.**
**Field Agent – Paul Matthews (251) 607-8826**

AHC 000769



LEASE:        CCL&T 34-15 #1
FIELD:        Brooklyn
COUNTY:       Conecuh
STATE:        Alabama
LOCATION:     2,228' FEL & 192' FSL
              S34-T4N-R13E
API #:        01-035-20335-00-00
Permit NO.:   17130-B
SPUD:         12/26/14
Prepared by:  DM/RMW
Date Updated: 9/26/19

**Wellbore Diagram**
**CCL&T 34-15 #1 (Formerly Pruet)**
**SE Brooklyn Oil Unit**
KB: 159.7'
GL: 137.6'
DF: 158.2'

20" @ 80'

**2/4/15**
1 jt 2-7/8" 6.5#/Ft L-80 EUE 8rd tbg
13' x 2-7/8" 6.5#/ft L-80 EUE 8rd tbg sub
356 jts 2-7/8" 6.5# L-80 EUE 8rd tbg @ 11,467'
4' x 2-7/8" 6.5# L-80 Locator Sub
1 jt 2-7/8" 6.5# L-80 EUE 8rd tbg
2-7/8" PXD Jet pump sleeve @11,568'
2 – 4' x 2-7/8" 6.5# L-80 EUE 8rd tbg subs
ASI-X Packer 5-1/2" x  2-7/8" 10K @ 11,580'
Ported Sub @ 11,587'
Debris Sub @ 11,588'
4' x 2-7/8" 6.5# L-80 EUE 8rd tbg sub
Auto Release
EOT @ 11,593'

9-5/8", 40 #/ft  J-55 LTC @ 2,762'
Cmt'd w/ 1210 sks, 50 bbls cmt to Srf

TOC @ 9662'

PXD Sleeve @ 11,568'

5-½" 20-23# x 2-7/8" 10K ASI-X-PKR w/
Carbide slips @ 11,580'

Ported Sub @ 11,587'

Upper Smackover

**Perfs:  2/5/15**
11,596'-11,610', 4 SPF
270 BOPD @ 200# FTP
**10/27/17**
Acidized w/ 2100 gals 20% HCL

**1/14/15**
5-1/2", 20#, L-80 LTC,11,950' - 8,944'
5-1/2", 17#, L-80 LTC, 8,944' – 997'
5-1/2", 20#, L-80 LTC, 997' –  Srf
Cmt w/ 550 sks 16.3 ppg, 1.44 Yld

TCP

PBTD = 11,802
TD = 11,950'

**Schlumberger**

Company: PRUET PRODUCTION CO.
Well: CEDAR CREEK LAND & TIMBER 34-15 #1
Field: BROOKLYN
County: CONECUH     State: ALABAMA

# ***PLATFORM EXPRESS***

## COMPENSATED NEUTRON / LITHO-DENSITY
## SONIC / ARRAY INDUCTION / MICROLOG

County: CONECUH
Field: BROOKLYN
Location: SHL: 192' FSL & 2228' FEL
Well: CEDAR CREEK LAND & TIMBER 34-15 #1
Company: PRUET PRODUCTION CO.

Location: SHL: 192' FSL & 2228' FEL
LAT: 31.26197   LONG: -86.74145

| | |
|---|---|
| Permanent Datum: | Ground Level   Elev.: 22.10 ft |
| Log Measured From: | Kelly Bushing |
| Drilling Measured From: | Kelly Bushing   137.60 ft above Perm.Datum |
| Elev.: | K.B. 159.70 ft |
| | G.L. 137.60 ft |
| | D.F. 158.20 ft |

Section: 34   Township: 4   Range: 13E

| | | |
|---|---|---|
| API Serial No. | 01-035-20335-0000 | |
| Logging Date | 12-Jan-2015 | 12-Jan-2015 |
| Run Number | ONE A | ONE B |
| Depth Driller | 11950.00 ft | 11961.00 ft |
| Depth Schlumberger | 11961.00 ft | 11961.00 ft |
| Bottom Log Interval | 11953.00 ft | 11958.00 ft |
| Top Log Interval | 2788.00 ft | 9575.00 ft |
| Casing Driller Size @ Depth | 9.625 in @ 2762.00 ft | 9.625 in @ 2762.00 ft |
| Casing Schlumberger | 2788 ft | 2788 ft |
| Bit Size | 8.75 in | 8.75 in |
| Type Fluid in Hole | Water Based Mud | Water Based Mud |
| MUD  Density | 9.5 lbm/gal | 9.5 lbm/gal |
| Viscosity | 40 s | 40 s |
| Fluid Loss | 8 cm3 | 8 cm3 |
| PH | 10.9 | 10.9 |
| Source of Sample | AT Mud Sensor | AT Mud Sensor |
| RM @ Meas Temp | 0.63 ohm.m @ 76.1 degF | 0.63 ohm.m @ 76.1 degF |
| RMF @ Meas Temp | 0.47 ohm.m @ 76.1 degF | 0.47 ohm.m @ 76.1 degF |
| RMC @ Meas Temp | 0.99 ohm.m @ 76.1 degF | 0.99 ohm.m @ 76.1 degF |
| Source RMF | RMC Calculated | Calculated |
| RM @ BHT   RMF @ BHT | 0.27 @ 0.2 @ 190 | 0.27 @ 0.2 @ 190 |
| Max Recorded Temperatures | 190 degF | 190 degF |
| Circulation Stopped   Time | 11-Jan-2015 19:00:00 | 11-Jan-2015 19:00:00 |
| Logger on Bottom   Time | 12-Jan-2015 01:25:00 | 12-Jan-2015 05:30:00 |
| Location: | Laurel, MS | Laurel, MS |
| Unit Number | 9110 | 9110 |
| Recorded By | Mark Butler | Mark Butler |
| Witnessed By | Robin Smith, Chesley James | Robin Smith, Chesley James |

## Disclaimer

THE USE OF AND RELIANCE UPON THIS RECORDED-DATA BY THE HEREIN NAMED COMPANY (AND ANY OF ITS AFFILIATES, PARTNERS, REPRESENTATIVES, AGENTS, CONSULTANTS AND EMPLOYEES) IS SUBJECT TO THE TERMS AND CONDITIONS AGREED UPON BETWEEN SCHLUMBERGER AND THE COMPANY, INCLUDING: (a) RESTRICTIONS ON USE OF THE RECORDED-DATA; (b) DISCLAIMERS AND WAIVERS OF WARRANTIES AND REPRESENTATIONS REGARDING COMPANY'S USE AND RELIANCE UPON THE RECORDED-DATA; AND (c) CUSTOMER'S FULL AND SOLE RESPONSIBILITY FOR ANY INFERENCE DRAWN OR DECISION MADE IN CONNECTION WITH THE USE OF THIS RECORDED-DATA.

## Contents

1. Header
2. Disclaimer
3. Contents
4. Operational Run Summary
5. Remarks and Equipment Summary
6. Depth Summary
7. ONE A 1" MAIN PASS
   7.1 Integration Summary
   7.2 Composite Summary
   7.3 Log ( Import of ONE_INCH )
8. ONE A 2" MAIN PASS
   8.1 Integration Summary
   8.2 Composite Summary
   8.3 Log ( Import of TWO_INCH )
9. Merge Composite MAIN 5" MAIN PASS
   9.1 Integration Summary
   9.2 Software Version

11. Calibration Report
12. Tail





Description: Triple Combo standard resolution template for Platform Express    Format: Log ( Import of PEX_FIVE_INCH )    Index Scale: 5 in per 100 ft    Index Unit: ft    Index Type: Measured Depth    Creation Date: 12-Jan-2015 10:32:19

## Channel Processing Parameters

### ONE A: Parameters

| Parameter | Description | Tool | Value | Unit |
|---|---|---|---|---|
| A | Constant A of the Archie Formation Factor - Porosity Equation | Borehole | 1 | |
| AAPL | Array Induction Answer Product Level(Depth Log/View only) | AIT-M | Radial | |
| ABHM | Array Induction Borehole Correction Mode | AIT-M | Compute Standoff | |
| ACDE | Array Induction Casing Detection Enable | AIT-M | Yes | |
| ACEN | Array Induction Tool Centering Flag (in Borehole) | AIT-M | Eccentered | |
| AMRF | Array Induction Mud Resistivity Factor | AIT-M | 1 | |
| AMSG | Auxiliary Minimum Sliding Gate | DSLT-H | 140 | us |
| ARPM | Array Induction Radial Processing Mode | AIT-M | One Two Four | |
| ASTA | Array Induction Tool Standoff | AIT-M | 1.7 | in |
| ATSE | Array Induction Temperature Selection(Sonde Error Correction) | AIT-M | Internal | |
| BHS | Borehole Status (Open or Cased Hole) | Borehole | Open | |
| BS | Bit Size | WLSESSION | 8.75 | in |
| CALI_SHIFT | CALI Supplementary Offset | HDRS-H | -0.1 | in |
| CBLG | CBL Gate Width | DSLT-H | 45 | us |
| CBLO | Casing Bottom (Logger) | WLSESSION | 2768 | ft |
| CSODDRL | Casing Outer Diameter - Zoned along driller depths | WLSESSION | 9.625 | in |
| DC_MODE | Depth Correction Mode | DepthCorrection | Real-time | |
| DETE | Delta-T Detection | DSLT-H | E2 | |
| DTCM | Delta-T Computation Mode | DSLT-H | Full | |



Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 303-541-1559
Facsimile: 303-443-1551

Sutton Lloyd – Landman

Telephone: 720-961-5476
E-Mail: slloyd@sklarexploration.com

November 15, 2019

**(Via Email)**
TO:   Working Interest Owners

RE:  Sklar Exploration Company, LLC
      Cedar Creek Land & Timber 35-5 #1
      Southwest Brooklyn Oil Unit
      Conecuh County, Alabama

Dear Owner:

Sklar Exploration Company, LLC, as operator of the Southwest Brooklyn Oil Unit, hereby proposes a workover on the Cedar Creek Land & Timber 35-5 #1.  The well is currently producing 317 MCFD + 84 BOPD + 1 BWPD on jet pump from the Upper and Lower Smackover.  The cumulative oil production from this well is approximately 436,000 bbls.

The CCL&T 35-5 #1 has a history of salt problems since placing the well on jet pump in 2015.  Also, the Upper and Lower Smackover intervals have not been acidized since 2013.

The work will consist of washing out the salt deposits using coil tubing, nitrogen, and freshwater, and then acidizing the producing perforations with 3500 gals nitrogen foamed 15% HCL acid.  The well will then be jetted in and returned to production.  We anticipate a production rate of approximately 150 BOPD + 590 MCFD.

Enclosed please find a detailed procedure, wellbore diagram, AFE and a log section for your review. Pursuant to Article 4.3.2 of the Southwest Brooklyn Oil Unit Operating Agreement dated November 1, 2018, Sklar will proceed with the operation after receiving an affirmative vote from three (3) or more working interest owners with a combined majority voting interest. Please make your election on the ballot provided and return it to mmcphillips@sklarexploration.com at your earliest convenience.

AHC 000774

CCL&T 35-5 #1
Southwest Brooklyn Oil Unit
November 15, 2019
Page **2** of **3**

Should you have any questions, please feel free to call.

Sincerely,

Sutton Lloyd
Landman

Enclosed:    Ballot, Procedure, AFE, Wellbore Diagram, Log

AHC 000775

CCL&T 35-5 #1
Southwest Brooklyn Oil Unit
November 15, 2019
Page **3** of **3**

### SKLAR EXPLORATION COMPANY L.L.C.
### CEDAR CREEK LAND & TIMBER 35-5 #1
### SOUTHWEST BROOKLYN OIL UNIT
### CONECUH COUNTY, ALABAMA

### BALLOT

_____ I/We hereby approve Sklar Exploration Company L.L.C.'s proposal to perform
the workover operation the above referenced well.

_____ I/We hereby **reject** Sklar Exploration Company L.L.C.'s proposal to perform the
workover operation on the above referenced well.

SIGNATURE: _____

PRINTED NAME: _____

COMPANY NAME: _____

TITLE: _____

DATE: _____

AHC 000776



**CCL&T 35-5 #1 #1**
**Southwest Brooklyn Oil Unit**
**Brooklyn Field**
**Section 35, T4N, R12E**
**Conecuh County, Alabama**
**Permit #16714-B**
**Workover Procedure**
**November 14, 2019**

**WELLBORE DETAIL: See attached diagram.**

**DRIVING DIRECTIONS:**

**TRUCK:** From Castleberry, AL, take Hwy 6 east for approximately 11 miles. Turn right through the yellow gate. Proceed past the CCL&T 35-8 #1 location to the next location which will be CCL&T 35-10 #1. Turn right at the 35-10 and go approx. 0.1 miles. Turn right on the 35-5 lease road and follow 0.5 miles to location.

**PURPOSE:** Remove salt deposits from tubing and packer assemblies and acidize with 3500 gals nitrogen foamed 15% HCL acid.

<u>**WORKOVER PROCEDURE**</u>

1. Reverse circulate jet pump to surface. MIRU SLU. RIH with shifting tool and shift closed the PXD sleeve at 11,928'. POOH. RIH with equalizing bar and open equalizing ports on the standing valve. POOH. Allow pressure to equalize. RIH with pulling tool. Latch onto standing valve and POOH with same. RDMO SLU.

2. MI rental separator, enclosed tank, and flare stack. Connect and test flow-back lines. MIRU C&J Energy Services 1-3/4" coil tubing unit, N2 unit, and acid pump.

3. RIH with 1-3/4" jet nozzle on 1-3/4" coil tubing with well flowing, pumping 900 SCF/min N2. Begin pumping 0.5 BPM freshwater with 500 SCF/min at 10,500'. Continue in hole washing out salt deposits with freshwater and nitrogen to 12,155' (20' below bottom set of perforations). While continuing to wash, work jet nozzle back up to 11,900' and then back down to 12,155'. Shut off freshwater and jet well with 900 SCF/min N2 until all water is recovered.

4. Pull jet nozzle up to 12,100'. SI returns (tbg/coil tbg annulus) and pressure up with N2 until injection into formation is established. Pump 3500 gals 15% HCL with 900 SCF N2/min, with returns SI. After 1250 gals acid is out the end of the coil, pull up to 11,950'and pump the remaining 2250 gals of acid out the end of the coil. SD N2. Pull up to 10,000'. Open tbg/coil tbg annulus. RIH to 12,155' jetting with 900 SCF/min N2. POOH slowly, jetting well with 900 SCF/min N2.

AHC 000777



**CCL&T 35-5 #1**
**Workover Procedure (Cont'd)**
**November 14, 2019**

5. RDMO coil tubing unit. Continue flowing well to rental equipment until well is strong enough to return to production. Place well on production. Swab well if necessary. If well will not flow after recovering spent acid, MIRU SLU. RIH with standing valve and set same in PXD assembly. POOH. Fill tubing with oil and pressure tubing to 500 psig using jet pump triplex. RIH with shifting tool and shift open the PXD sleeve. POOH. Break circulation to insure sleeve is open. RDMO SLU. Transfer fluids out of rental separator and tank to production tanks. RDMO rental equipment. Return well to production via jet pump.

**Notify AOGB before starting operations.**
**Field Agent – Paul Matthews (251) 607-8826**

AHC 000778



**LEASE:** CCL&T 35-5 #1
**FIELD:** Wildcat
**COUNTY:** Conecuh
**STATE:** Alabama
**LOCATION:** 600' FWL & 2570' FSL
S35-T4N-R12E
**API #:** 01-035-20271-00-00
**Permit NO.:** 16714-B
**SPUD:** July 24, 2012
**Prepared by:** BME/RMW
**Date:** 3/11/15

**Wellbore Diagram**
**CCL&T 35-5 #1**

KB: 327.2 '
GL: 305'
DF: 325.9'

Bradenhead flange:
Tbghead flange:
Production tree:

20" @ 81'

**7/26/12**
71 jts 9-5/8" 40# J-55 @ 2,985'
Lead: 305 sks C/H, 16#, 1.15 yld
Tail: 890 sks POZ Type I, 12.8#, 1.81 yld
Circulated to surface
Top Out: 100 sks Type I, 15.4#, 1.23 yld

**9/9/13**
2-7/8" 6.5# L-80 EUE 8rd slick jt
6' X 2-7/8" 6.5# L-80 EUE 8rd tbg pup
10' X 2-7/8" 6.5# L-80 EUE 8rd tbg pup
369 jts 2-7/8" 6.5# L-80 EUE 8rd tbg '
2-7/8" PXD pump cavity sleeve
    **opened 3/11/15 - jet pump**
10' X 2-7/8" 6.5# L-80 EUE 8rd tbg pup
On/Off tool 5-1/2" X 2-7/8" EUE, T-2 Overshot
On/Off Stinger, 2-7/8" X 2.188 'R' profile
ASI-X Packer 5-1/2" X 2-7/8" 10K @ 11944'
4' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
2.188" 'R' nipple @ 11955'
6' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
WLEG
EOT @ 11962'

TOC: 8,750'

**Perfs: 9/9/13 UPPR SMKV**
11976' – 11988'
AIL = RCBL, 6 spf, 60°

**9/13/13** Acid: 5000 gals SuperSol
EQH 15% HCL, 72 bbls 4% KCL
wtr. Max press 3210 psi, SITP 0

**9/9/13:**
ArrowDrill Model 'B' pkr @ 12085'
Adapter Pkr to tbg
5' x 2-3/8" 4.7# L-80 8rd pup
'R' profile nipple w/ 'PR' plug in place @ 12092'
    **PR plug removed 2/27/15**
    **Comingled zones**
8' x 2-3/8" 4.7# L-80 8rd pup
WLEG
EOT = 12102'

**Perfs: 9/14/12 LWR SMKV**
12,124' – 12,135' AIL = RCBL, 6 spf, 60°

6/27/13 Acid: 2500 gal SuperSol EQH
15% HCL acid, 70 bbl 4% KCL water
flush. Max P 5779 psi, SITP 2665 psi

Gun assembly dropped to PBTD
Top of TCP assembly  -  12,179' AIL = RCBL

**8/20/12**
9 jts 5-½" 20 # @Srf – 397'
231 jts 5-½" 17 # @397' - 10,832'
32 jts 5-½" 20 # @10,832' – 12,281'
Lead: 100 sks POZ, 12.4#, 2.05 yld
Tail: 350 sks C/H, 16.2#, 1.5 yld
Displ w/ 282 bbl FW

PBTD = FC @ 12,196' AIL
TD = 12,281' AIL

CCLT 35-5 #1 Workover-Stimulation AFE 111419,11/15/2019,11:06 AM

# SKLAR Exploration Company L.L.C.
401 Edwards St. Suite 1601
Shreveport, LA 71101
(318) 227-8668

## AUTHORITY FOR EXPENDITURE

| DATE: | November 14, 2019 | FIELD: | Brooklyn |
|---|---|---|---|
| OPERATOR: | Sklar Exploration Company L.L.C. | STATE: | Alabama |
| WELL: | CCL&T 35-5 #1 | HORIZON: | Smackover |
| LOCATION: | Section 35, T4N, R12E, Conecuh County | PROJ. T.D.: | 12,281' AIL |

**Southwest Brooklyn Oil Unit**

PROPOSAL: Remove salt deposits from tubing, packer, jet pump assembly, and casing. Acidize with 3500 gals 15% HCL, using coil tubing and nitrogen.

| CODE or SUB | CLASSIFICATION: | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| 9100 | **LEASEHOLD COSTS** | | | |
| 81 | LEGAL FEES, TITLE OPINIONS, CURATIVE | | | |
| 86 | LEASE BONUS | | | |
| 84 | LEASE EXTENSION | | | |
| 88 | DELAY RENTALS | | | |
| 89 | BROKERAGE | | | |
| 90 | LANDMAN COSTS | | | |
| 91 | RECORDING FEES | | | |
| | **TOTAL LEASEHOLD COSTS** | $0 | $0 | $0 |
| | | | | |
| 9200/9300 | **INTANGIBLE DRILLING & COMPLETION** | | | |
| 01 | SURVEY, DOC HEARINGS, PERMITS | | | |
| 02 | LOCATION PREPARATION/DIRT WORK | | | |
| 03 | LOCATION CLEAN UP & PIT CLOSURE | | | |
| 04 | SURFACE DAMAGES & ROW | | | |
| 05 | SETTING CONDUCTOR CASING | | | |
| 06 | RIG MOBILIZE/DEMOBILIZE | | | |
| 07 | DRILLING - FOOTAGE | | | |
| 08 | DRILLING - TURNKEY | | | |
| 10 | DAYWORK WITH DRILL PIPE | | | |
| 11 | DAYWORK WITHOUT DRILL PIPE | | | |
| 12 | DAYWORK - RIG EQUIPMENT & REPAIR | | | |
| 13 | ENGINEERING & SUPERVISION | | 6,600 | 6,600 |
| 14 | RIG INSTRUMENTATION  & MONITORING | | | |
| 15 | COIL TUBING UNIT | | 22,000 | 22,000 |
| 16 | DIRECTIONAL DRILLING TOOLS & SVCS | | | |
| 17 | MUD & CHEMICALS | | | |
| 18 | MUD DISPOSAL | | | |
| 23 | MUD LOGGING | | | |
| 24 | CEMENTING & EQUIPMENT | | | |
| 25 | CASING CREW & LAYDOWN MACHINE | | | |
| 26 | PIPE TESTING | | | |
| 27 | EQUIPMENT RENTALS | | 20,000 | 20,000 |
| 28 | FISHING TOOLS & SVCS | | | |
| 29 | TELEPHONE & COMMUNICATIONS | | | |
| 30 | WATER | | | |
| 31 | FUEL | | | |
| 32 | BITS | | | |
| 33 | TRANSPORTATION & TRUCKING | | | |
| 34 | CONTRACT LABOR | | 6,000 | 6,000 |
| 35 | SAFETY & H2S TRAINING | | | |
| 36 | LOGGING & WIRELINE   (Slickline) | | 3,200 | 3,200 |
| 37 | DRILL STEM & PRODUCTION TESTING | | | |
| 38 | CORING & ANALYSIS | | | |
| 39 | GEOLOGICAL | | | |
| 40 | GEOPHYSICAL | | | |
| 46 | WORKOVER RIG | | | |
| 47 | PERFORATION SERVICES | | | |
| 48 | COMPLETION FLUIDS | | | |
| 49 | STIMULATION SERVICES | | 34,000 | 34,000 |
| 50 | INSTALLATION OF WELL EQUIPMENT | | | |
| 51 | PIPELINE EXPENSES & ROW | | | |
| 58 | AUTO EXPENSE | | | |
| 61 | SALT WATER DISPOSAL | | | |
| 63 | VACUUM TRUCK | | | |
| 64 | SWABBING UNIT | | 4,000 | 4,000 |
| 65 | PLUG & ABANDON COSTS | | | |
| 78 | INSURANCE | | | |
| 79 | COPAS OVERHEAD - DRILLING/COMPLETION | | | |
| 82 | MISCELLANEOUS: ±5% contingency | 0 | 4,800 | 4,800 |
| | **TOTAL INTANGIBLE DRILLING & COMPLETION** | $0 | $100,600 | $100,600 |
| | | | | |
| 9500 | **TANGIBLE EQUIPMENT - DRILLING** | | | |
| 01 | CONDUCTOR CASING | | | |
| 02 | SURFACE CASING | | | |
| 03 | INTERMEDIATE CASING & LINERS | | | |
| 04 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 05 | WELLHEAD EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - DRILLING** | $0 | $0 | $0 |
| | | | | |
| 9520 | **TANGIBLE EQUIPMENT - COMPLETION** | | | |
| 21 | PRODUCTION CASING & LINERS | | | |
| 22 | TUBING | | | |
| 23 | PACKERS | | | |
| 24 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 25 | WELLHEAD EQUIPMENT | | | |
| 27 | ARTIFICIAL LIFT EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - COMPLETION** | $0 | $0 | $0 |
| | | | | |
| 9540 | **SURFACE PRODUCTION EQUIPMENT** | | | |
| 41 | SURFACE PRODUCTION EQUIPMENT | | | |
| 42 | COMPRESSION | | | |
| 43 | TANK BATTERY COSTS | | | |
| 44 | FLOWLINES, FITTINGS, CONNECTIONS | | | |
| 45 | PIPELINE & GATHERING SYSTEM COSTS | | | |
| 46 | SALES METERING EQUIPMENT | | | |
| | **TOTAL SURFACE PRODUCTION EQUIPMENT** | $0 | $0 | $0 |
| | | | | |
| | **TOTAL EQUIPMENT** | $0 | $0 | $0 |
| | | | | |
| | **TOTAL WELL COST** | $0 | $100,600 | $100,600 |

APPROVED:_____, 2019.

BY:_____

OEE insurance Election (Please check your election below):
☐ Coverage own own policy with limits not less than_____.

☐ Coverage under Operator's policy

NOTE: If no election is checked or owner has not supplied proof of coverage prior to spud, owner will be included under and charged for SEC's OEE coverage.

AHC 000780



Sklar Exploration Company L.L.C.
CCL&T 35-5 #!
SW Brooklyn Oil Unit
Conecuh County, AL
Schlumberger PEX 8/18/2012

AHC 000781



Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 303-541-1559
Facsimile: 303-443-1551

Sutton Lloyd – Landman

Telephone: 720-961-5476
E-Mail: slloyd@sklarexploration.com

September 26, 2019

**(Via Email)**
TO:   Working Interest Owners

RE:  Sklar Exploration Company, LLC
Cedar Creek Land & Timber 35-11 #1
Southwest Brooklyn Oil Unit
Conecuh County, Alabama

Dear Owner:

Sklar Exploration Company, LLC, as operator of the Southwest Brooklyn Oil Unit, hereby proposes a workover on the Cedar Creek Land & Timber 35-11 #1.  The well is currently producing 200 MCFD + 77 BOPD + 0 BWPD on jet pump from the Upper and Lower Smackover.

As with the other wells in this area, this well has a history of salt problems and requires batch treating with freshwater on a weekly basis.

The work will consist of washing out the salt deposits using coil tubing, nitrogen, and freshwater, and then acidizing the three sets of producing perforations with a total of 4500 gals nitrogen foamed 15% HCL.  The well will then be jetted in and returned to production.  We anticipate a production rate of approximately 300 MCFD + 150 BOPD.

Enclosed please find a detailed procedure, wellbore diagram, AFE and a log section for your review. Pursuant to Article 4.3.2 of the Southwest Brooklyn Oil Unit Operating Agreement dated November 1, 2018, Sklar will proceed with the operation after receiving an affirmative vote from three (3) or more working interest owners with a combined majority voting interest. Please make your election on the ballot provided and return it to keggleston@sklarexploration.com at your earliest convenience.

AHC 000782

Cedar Creek Land & Timber 35-11 #1
Southwest Brooklyn Oil Unit
September 26, 2019
Page 2 of 3

Should you have any questions, please feel free to call.

Sincerely,

Sutton Lloyd
Landman

Enclosed:      Ballot, Procedure, AFE, Wellbore Diagram, Log Section

AHC 000783

Cedar Creek Land & Timber 35-11 #1
Southwest Brooklyn Oil Unit
September 26, 2019
Page 3 of 3

## SKLAR EXPLORATION COMPANY L.L.C.
## CEDAR CREEK LAND & TIMBER 35-11 #1
## SOUTHWEST BROOKLYN OIL UNIT
## CONECUH COUNTY, ALABAMA

### BALLOT

_____ I/We hereby approve Sklar Exploration Company L.L.C.'s proposal to perform the workover operation the above referenced well.

_____ I/We hereby **reject** Sklar Exploration Company L.L.C.'s proposal to perform the workover operation on the above referenced well.

SIGNATURE: _____

PRINTED NAME: _____

COMPANY NAME: _____

TITLE: _____

DATE: _____

AHC 000784

CCLT 35-11 #1 Stimulation AFE 092419.xls,9/26/2019,9:08 AM

# SKLAR Exploration Company L.L.C.
401 Edwards St. Suite 1601
Shreveport, LA 71101
(318) 227-8668

## AUTHORITY FOR EXPENDITURE

| DATE: | September 24, 2019 | FIELD: | SW Brooklyn |
|---|---|---|---|
| OPERATOR: | Sklar Exploration Company L.L.C. | STATE: | Alabama |
| WELL: | CCL&T 35-11 #1 | HORIZON: | Smackover |
| LOCATION: | Section 35, T4N, R12E | PROJ. T.D.: | 12,277' AIL |

**Southwest Brooklyn Oil Unit**

PROPOSAL: Remove salt deposits from tubing, packer, jet pump assembly, and casing. Acidize with 4500 gals 15% HCL, using coil tubing and nitrogen.

| CODE or SUB | CLASSIFICATION: | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| 9100 | **LEASEHOLD COSTS** | | | |
| 81 | LEGAL FEES, TITLE OPINIONS, CURATIVE | | | |
| 86 | LEASE BONUS | | | |
| 84 | LEASE EXTENSION | | | |
| 88 | DELAY RENTALS | | | |
| 89 | BROKERAGE | | | |
| 90 | LANDMAN COSTS | | | |
| 91 | RECORDING FEES | | | |
| | **TOTAL LEASEHOLD COSTS** | $0 | $0 | $0 |
| | | | | |
| 9200/9300 | **INTANGIBLE DRILLING & COMPLETION** | | | |
| 01 | SURVEY, DOC HEARINGS, PERMITS | | | |
| 02 | LOCATION PREPARATION/DIRT WORK | | | |
| 03 | LOCATION CLEAN UP & PIT CLOSURE | | | |
| 04 | SURFACE DAMAGES & ROW | | | |
| 05 | SETTING CONDUCTOR CASING | | | |
| 06 | RIG MOBILIZE/DEMOBILIZE | | | |
| 07 | DRILLING - FOOTAGE | | | |
| 08 | DRILLING - TURNKEY | | | |
| 10 | DAYWORK WITH DRILL PIPE | | | |
| 11 | DAYWORK WITHOUT DRILL PIPE | | | |
| 12 | DAYWORK - RIG EQUIPMENT & REPAIR | | | |
| 13 | ENGINEERING & SUPERVISION: | | 8,300 | 8,300 |
| 14 | RIG INSTRUMENTATION  & MONITORING | | | |
| 15 | COIL TUBING UNIT | | 21,000 | 21,000 |
| 16 | DIRECTIONAL DRILLING TOOLS & SVCS | | | |
| 17 | MUD & CHEMICALS | | | |
| 18 | MUD DISPOSAL | | | |
| 23 | MUD LOGGING | | | |
| 24 | CEMENTING & EQUIPMENT | | | |
| 25 | CASING CREW & LAYDOWN MACHINE: | | | |
| 26 | PIPE TESTING | | | |
| 27 | EQUIPMENT RENTALS | | 24,000 | 24,000 |
| 28 | FISHING TOOLS & SVCS | | | |
| 29 | TELEPHONE & COMMUNICATIONS: | | | |
| 30 | WATER | | | |
| 31 | FUEL | | | |
| 32 | BITS | | | |
| 33 | TRANSPORTATION & TRUCKING | | | |
| 34 | CONTRACT LABOR | | | |
| 35 | SAFETY & H2S TRAINING | | | |
| 36 | LOGGING & WIRELINE   (Slickline) | | 5,000 | 5,000 |
| 37 | DRILL STEM & PRODUCTION TESTING | | | |
| 38 | CORING & ANALYSIS | | | |
| 39 | GEOLOGICAL | | | |
| 40 | GEOPHYSICAL | | | |
| 46 | WORKOVER RIG | | | |
| 47 | PERFORATION SERVICES | | | |
| 48 | COMPLETION FLUIDS | | | |
| 49 | STIMULATION SERVICES | | 39,000 | 39,000 |
| 50 | INSTALLATION OF WELL EQUIPMENT | | | |
| 51 | PIPELINE EXPENSES & ROW | | | |
| 58 | AUTO EXPENSE | | | |
| 61 | SALT WATER DISPOSAL | | | |
| 63 | VACUUM TRUCK | | | |
| 64 | SWABBING UNIT | | 4,000 | 4,000 |
| 65 | PLUG & ABANDON COSTS | | | |
| 78 | INSURANCE | | | |
| 79 | COPAS OVERHEAD - DRILLING/COMPLETION | | | |
| 82 | MISCELLANEOUS: ±5% contingency | 0 | 5,100 | 5,100 |
| | **TOTAL INTANGIBLE DRILLING & COMPLETION** | $0 | $106,400 | $106,400 |
| | | | | |
| 9500 | **TANGIBLE EQUIPMENT - DRILLING** | | | |
| 01 | CONDUCTOR CASING | | | |
| 02 | SURFACE CASING | | | |
| 03 | INTERMEDIATE CASING & LINERS | | | |
| 04 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 05 | WELLHEAD EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - DRILLING** | $0 | $0 | $0 |
| | | | | |
| 9520 | **TANGIBLE EQUIPMENT - COMPLETION** | | | |
| 21 | PRODUCTION CASING & LINERS | | | |
| 22 | TUBING | | | |
| 23 | PACKERS | | | |
| 24 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 25 | WELLHEAD EQUIPMENT | | | |
| 27 | ARTIFICIAL LIFT EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - COMPLETION** | $0 | $0 | $0 |
| | | | | |
| 9540 | **SURFACE PRODUCTION EQUIPMENT** | | | |
| 41 | SURFACE PRODUCTION EQUIPMENT | | | |
| 42 | COMPRESSION | | | |
| 43 | TANK BATTERY COSTS | | | |
| 44 | FLOWLINES, FITTINGS, CONNECTIONS | | | |
| 45 | PIPELINE & GATHERING SYSTEM COSTS | | | |
| 46 | SALES METERING EQUIPMENT | | | |
| | **TOTAL SURFACE PRODUCTION EQUIPMENT** | $0 | $0 | $0 |
| | | | | |
| | **TOTAL EQUIPMENT** | $0 | $0 | $0 |
| | | | | |
| | **TOTAL WELL COST** | $0 | $106,400 | $106,400 |

APPROVED:_____, 2019.

BY:_____

OEE Insurance Election (Please check your election below):
☐ Coverage under own policy with limits not less than_____.

☐ Coverage under Operator's policy

NOTE: If no election is checked or owner has not supplied proof of coverage prior to spud, owner will be included under and charged for SEC's OEE coverage.

AHC 000785



**CCL&T 35-11 #1**
**Southwest Brooklyn Oil Unit**
**Brooklyn Field**
**Section 35, T4N, R12E**
**Conecuh County, Alabama**
**Permit #16672-B**
**Workover Procedure**
**September 24, 2019**

**WELLBORE DETAIL: See attached diagram.**

**DRIVING DIRECTIONS:**
From Castleberry, Alabama, take Hwy 6 East for approx. 11 miles. Turn right through yellow gate. Go past the Sklar CCL&T 35-8 location which is on the right, to the next location (Sklar CCL&T 35-10). Turn right at the 35-10 and go approx. 0.5 miles. The 35-11 location will be on the right.

**PURPOSE:** Remove salt deposits from tubing and packer assemblies and acidize with 4500 gals nitrogen foamed 15% HCL acid.

## WORKOVER PROCEDURE

1.  Reverse circulate jet pump to surface. MIRU SLU. RIH with shifting tool and shift closed the PXD sleeve at 10,937'. POOH. RIH with equalizing bar and open equalizing ports on standing valve. POOH. Allow pressure to equalize. RIH with pulling tool. Latch onto standing valve and POOH with same. RDMO SLU.

2.  MI rental separator, enclosed flow back tank, and flare stack. Connect and test flow-back lines. MIRU C&J Energy Services 1-3/4" coil tubing unit, N2 unit, and acid pump. Have swab unit on location standing by.

3.  RIH with 1-3/4" jet nozzle on 1-3/4" coil tubing, pumping 900 SCF/min N2 + 0.2 BPM freshwater. Begin pumping 0.5 BPM freshwater with 500 SCF/min at 10,000'. Continue in hole washing out salt deposits with freshwater and nitrogen to 12,190' (28' below bottom set of perforations). While continuing to wash, work jet nozzle back up to 11,900' and then back down to 12,190'. Shut off freshwater and jet well with 900 SCF/min N2 until all water is recovered.

AHC 000786



**CCL&T 35-11 #1**
**Stimulation Procedure (Cont'd)**
**September 24, 2019**

4. Pull jet nozzle up to 12,140'. SI returns (tbg/coil tbg annulus) and pressure up with N2 until injection into formation is established. Pump 4500 gals 15% HCL with 900 SCF N2/min, with returns SI. After 2000 gals acid is out the end of the coil, pull up to 11,970'and pump the remaining 2500 gals of acid out the end of the coil. Work coil from 11,970' to 12,020' while pumping final 2500 gals acid. SD N2. Pull up to 10,000'. Open tbg/coil tbg annulus. RIH to 12,190' jetting with 900 SCF/min N2. POOH slowly, jetting well with 900 SCF/min N2.

5. RDMO coil tubing unit. Continue flowing well to rental equipment until well is strong enough to return to production. Place well on production. Swab well if necessary. RDMO rental equipment.

6. If well will not flow after swabbing, MIRU slickline unit. RIH & set standing valve in PXD sleeve assembly at 11,937'. POOH. RIH with shifting tool and shift open the PXD sleeve. POOH. RDMO SLU. Insert jet pump into tubing and pump to seat. Return well to production via jet pump.

**Notify AOGB before starting operations.**
**Field Agent – Paul Matthews (251) 607-8826**

AHC 000787

**LEASE:** CCL&T 35-11 #1
**FIELD:** Brooklyn
**COUNTY:** Conecuh
**STATE:** Alabama
**LOCATION:** 700' FSL & 1952' FWL
S35-T4N-R12E
**API #:** 01-035-20261-00-00
**Permit NO.:** 16672-B
**SPUD:** 4/06/2012
**Prepared by:** NMS/CWC/RMW
**Date:** 7/30/2019

**Wellbore Diagram**
**CCL&T 35-11 #1**

KB: 232.3'
GL: 208.8'
DF: 230.7'



Bradenhead flange:
Tbghead flange:
Production tree:

20" @ 186'

**4/9/12**
68jts, 9-5/8",40 # @ 2,860'
Lead: 900 sks, 12.8#, 1.81 yld
Tail: 305 sks, 16#, 1.15 yld
Displ w/ 211 bbls, cmt circ to srf
Top Out: 100 sks, 15.4#, 1.23 yld

**5/27/2016**
1 Jt 2-7/8" 6.5" L-80 EUE 8rd tbg
3' 2-7/8" 6.5" L-80 EUE 8rd tbg
370 Jts 2-7/8" 6.5" L-80 EUE 8rd tbg
4x4 2-7/8" flow sub
"PXD" sleeve (opened 10/17/2016)
6x6 2-7/8" flow sub
On/Off tool with 2.188" 'R' Otis profile
AS1-X 10K Packer @ 11,954'
10' Pup joint
2.188 "R" Otis type profile landing nipple
WLEG
EOT @ 11,972'

TOC: 9,130'

**6/6/2016 Acid Job:**
250 gals xylene + 3300 gals 15% HCL
with 200 ball sealers. ISIP 3700 psig.
Upper perforations only.

**Perfs: 5/27/2016**
11,980' – 11,992', 12,002-12,023
(Smk A)
AIL = RCBL
6 spf, 60° phasing

**5/25/2016**
Arrowdrill B' Packer 5-1/2" 17-23# @
12,133'
4' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
EOT @ approx. 12,138'- 4' pup joint cut off
6/17/2016

**Perfs: 6/01/2012**
12,151' – 12,162' AIL = RCBL
6 spf, 60°

**4/10/14 Acid/N2 job:**
200 gal Xylene @ 0.5 bpm & 500 SCFN2/min,
2000 gal SuperSol 15% HCl @ 0.5 bpm & 500
SCFN2/min. ISIP 1050 psig

**4/30/12**
11 jts, 5-1/2", 20#, Srf –371 '
252 jts, 5-1/2", 17#, 371' – 10,753'
35 jts, 5-1/2", 20#, 10,753' – 12,277'
Lead: 100 sks Poz Class H, 12.4#, 2.05 yld
Tail: 350 sks Class H, 16.2#, 1.5 yld
Displ w/ 281 bbls water

Gun assembly dropped to PBTD
Top of TCP assembly @12,222' AIL = RCBL

PBTD = FC @ 12,238' AIL
TD = 12,277' AIL

## Schlumberger

| | | Run 1 | Run 2 | Rur |
|---|---|---|---|---|

**Company:** SKLAR EXPLORATION COMPANY, LLC.

**Well:** CCL & T 35-11 #1
**Field:** WILDCAT
**County:** CONECUH   **State:** ALABAMA

PLATFORM EXPRESS/ BOREHOLE SONIC
ARRAY NDUCTION. LITHOLOGY DENSITY
COMPENSATED NEUTRON/ GAMMA RAY/ SP

700' FSL & 1952' FWL

| Elev.: | K.B. | 232.30 ft |
|---|---|---|
| | G.L. | 208.40 ft |
| | D.F. | 230.70 ft |

| | | Elev.: | 208.40 ft |
|---|---|---|---|
| Permanent Datum: | GROUND LEVEL | | |
| Log Measured From: | KELLY BUSHING | 23.90 ft | above Perm. Datum |
| Drilling Measured From: | KELLY BUSHING | | |

| API Serial No. | Section | Township | Range |
|---|---|---|---|
| 01-035-20261-000C | 35 | 4N | 12E |

Sidebar labels: County: CONECUH  Field: WILDCAT  Location: 700' FSL & 1952' FWL  Well: CCL & T 35-11 #1  Company: SKLAR EXPLORATION COMPA  LOCATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Logging Date | 28-Apr-2012 | | | Logging Date | | | |
| Run Number | ONE | | | Run Number | | | |
| Depth Driller | 12290 ft | | | Depth Driller | | | |
| Schlumberger Depth | 12277 ft | | | Schlumberger Depth | | | |
| Bottom Log Interval | 12269 ft | | | Bottom Log Interval | | | |
| Top Log Interval | 2850 ft | | | Top Log Interval | | | |
| Casing Driller Size @ Depth | 9.625 in @ 2860 ft | @ | | Casing Driller Size @ Depth | | @ | |
| Casing Schlumberger | 2850 ft | | | Casing Schlumberger | | | |
| Bit Size | 8.750 in | | | Bit Size | | | |
| Type Fluid In Hole | FRESH MUD | | | Type Fluid In Hole | | | |
| MUD Density / Viscosity | 9.4 lbm/gal / 38 s | | | MUD Density / Viscosity | | | |
| Fluid Loss / PH | 8 cm3 / 10.3 | | | Fluid Loss / PH | | | |
| Source Of Sample | MUD PIT | | | Source Of Sample | | | |
| RM @ Measured Temperature | 0.650 ohm.m @ 79 degF | @ | | RM @ Measured Temperature | | @ | |
| RMF @ Measured Temperature | 0.490 ohm.m @ 79 degF | @ | | RMF @ Measured Temperature | | @ | |
| RMC @ Measured Temperature | 0.980 ohm.m @ 79 degF | @ | | RMC @ Measured Temperature | | @ | |
| Source RMF / RMC | CALCULATED / CALCULATED | | | Source RMF / RMC | | | |
| RM @ MRT / RMF @ MRT | 0.270 @ 200 / 0.203 @ 200 | @ | @ | RM @ MRT / RMF @ MRT | @ | @ | |
| Maximum Recorded Temperatures | 200 degF | | | Maximum Recorded Temperatures | | | |
| Circulation Stopped / Time | 27-Apr-2012 / 22:30 | | . | Circulation Stopped / Time | | | |
| Logger On Bottom / Time | 28-Apr-2012 / 5:30 | | | Logger On Bottom / Time | | | |
| Unit Number / Location | 2330 / LAUREL | | | Unit Number / Location | | | |
| Recorded By | CHARLES BURKE | | | Recorded By | | | |
| Witnessed By | TODD FAULKINBERRY | | | Witnessed By | | | |



AHC 000790



**MAIN PASS – 5" = 100'**

| HILT Caliper (HCAL) | | PERM From HMIN to HMNO | AIT 10 Inch Investigation (AT10) | | Std. Res. Density Porosity (DPHZ) | |
|---|---|---|---|---|---|---|
| 6 (IN) | 16 | | 0.2 (OHMM) | 2000 | 0.35 (V/V) | −0.15 |
| RWA (RWA) | | Computed Micro Normal (HMNO) (OHMM) 0 20 | AIT 20 Inch Investigation (AT20) | | Delta–T (DT) | |
| 0 (OHMM) | 0.5 | | 0.2 (OHMM) | 2000 | 140 (US/F) | 40 |
| SP (SP) | | Computed Micro Inverse (HMIN) (OHMM) 0 20 | AIT 30 Inch Investigation (AT30) | | Neutron Porosity (NPHI) | |
| −160 (MV) | 40 | | 0.2 (OHMM) | 2000 | 0.35 (V/V) | −0.15 |
| Tension (TENS) | | | AIT 60 Inch Investigation (AT60) | | CROSSOVER From DPHZ to NPHI | |
| 21000 (LBF) | 1000 | | 0.2 (OHMM) | 2000 | | |
| Gamma Ray (GR) | | | AIT 90 Inch Investigation (AT90) | | Std. Res. Formation Density Correction | |
| 0 (GAPI) | 150 | | 0.2 (OHMM) | 2000 | Pe (PEFZ) 0 (−−−− 10 | (HDRA) −0.8 (G/C3) 0.2 |

**PIP SUMMARY**



Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 303-541-1559
Facsimile: 303-443-1551

Sutton Lloyd – Landman

Telephone: 720-961-5476
E-Mail: slloyd@sklarexploration.com

February 12, 2020

**(Via Email)**

TO:    Working Interest Owners

RE:    Sklar Exploration Company, LLC
Cedar Creek Land & Timber 35-13 #1
Southeast Brooklyn Oil Unit
Conecuh County, Alabama

Dear Owner:

Sklar Exploration Company, LLC, as operator of the Southeast Brooklyn Oil Unit, hereby proposes a workover on the CCL&T 35-13 #1.  The well is currently producing 0 MCFD + 16 BOPD + 0 BWPD on jet pump from the Upper Smackover.

As with other wells in this area, the CCL&T 35-13 has a history of salt problems.  It requires batch treating with freshwater on a frequent basis.

The work will consist of washing out the salt deposits using coil tubing, nitrogen, and freshwater, and then acidizing the producing perforations with 2700  gals nitrogen foamed 15% HCL.  The well will then be jetted in and returned to production.  We anticipate a production rate of approximately 40 MCFD + 60 BOPD + 0 BWPD.

Enclosed please find a detailed procedure, wellbore diagram, AFE, and a log section for your review. Pursuant to Article 4.3.2 of the Southeast Brooklyn Oil Unit Operating Agreement dated November 1, 2018, Sklar will proceed with the operation after receiving an affirmative vote from three (3) or more working interest owners with a combined majority voting interest. Please make your election on the ballot provided and return it to fmontalvo@sklarexploration.com at your earliest convenience.  Should you have any questions, please feel free to call.

Sincerely,

Sutton Lloyd
Senior Landman

Encl.

AHC 000792

CCL&T 35-13 #1
Southeast Brooklyn Oil Unit
February 12, 2020
Page **2** of **2**

**SKLAR EXPLORATION COMPANY L.L.C.**
**CEDAR CREEK LAND & TIMBER 35-13 #1**
**SOUTHEAST BROOKLYN OIL UNIT**
**CONECUH COUNTY, ALABAMA**

**BALLOT**

_____    I/We hereby approve Sklar Exploration Company L.L.C.'s proposal to perform the workover operation the above referenced well.

_____    I/We hereby **reject** Sklar Exploration Company L.L.C.'s proposal to perform the workover operation on the above referenced well.

SIGNATURE:      _____

PRINTED NAME:    _____

COMPANY NAME:    _____

TITLE:       _____

DATE:       _____

AHC 000793



## CCL&T 35-13 #1 (formerly Pruet)
### Southeast Brooklyn Oil Unit
### Brooklyn Field
### Section 35, T4N, R13E
### Conecuh County, Alabama
### Permit #17205-B
### Stimulation Procedure
### February 11, 2020

**WELLBORE DETAIL:  See attached diagram.**

**DRIVING DIRECTIONS:**  Not available at this time.

**PURPOSE:**  Remove salt deposits from tubing, packer assembly, and perforations and acidize with 2700 gals nitrogen foamed 15% HCL acid.

### <u>WORKOVER PROCEDURE</u>

1. Reverse circulate jet pump to surface.  MIRU SLU.  RIH with shifting tool and shift closed the PXD sleeve at 11,558'.  POOH.  RIH with equalizing bar and open equalizing ports on standing valve.  POOH.  Allow pressure to equalize.  RIH with pulling tool.  Latch onto standing vavle and POOH with same.  RDMO SLU.

2. MI rental separator, enclosed flow back tank, and flare stack.  Connect and test flow-back lines.  MIRU NexTier Energy Services 1-3/4" coil tubing unit, N2 unit, and acid pump.  Have swab unit on location standing by.

3. RIH with 1-3/4" jet nozzle on 1-3/4" coil tubing, pumping 900 SCF/min N2 + 0.2 BPM freshwater.  Begin pumping 0.5 BPM freshwater with 500 SCF/min at 10,000'.  Continue in hole washing out salt deposits with freshwater and nitrogen to 11,696' (30' below bottom of perforations).  While continuing to wash, work jet nozzle back up to 11,540' and then back down to 11,696'.  Shut off freshwater and jet well with 900 SCF/min N2 until all water is recovered.

AHC 000794



**CCL&T 35-13 #1 (formerly Pruet)**
**Stimulation Procedure (Cont'd)**
**February 11, 2020**

4.  Pull jet nozzle up to 11,630'. SI returns (tbg/coil tbg annulus) and pressure up with N2 until injection into formation is established. Pump 2700 gals 15% HCL with 900 SCF N2/min, with returns SI. Work coil from 11,630' to 11,680' while pumping acid. SD N2. Pull up to 10,000'. Open tbg/coil tbg annulus. RIH to 11,680' jetting with 900 SCF/min N2. POOH slowly, jetting well with 900 SCF/min N2.

5.  RDMO coil tubing unit. Continue flowing well to rental equipment until well is strong enough to return to production. Place well on production. Swab well if necessary. RDMO rental equipment.

6.  If well will not flow after swabbing, MIRU slickline unit. RIH & set standing valve in PXD sleeve assembly at 11,558'. POOH. RIH with shifting tool and shift open the PXD sleeve. POOH. RDMO SLU. Insert jet pump into tubing and pump to seat. Return well to production via jet pump.

**Notify AOGB before starting operations.**
**Field Agent – Paul Matthews (251) 607-8826**

AHC 000795

**Wellbore Diagram**
**CCL&T 35-13 #1 (Formerly Pruet)**
**SE Brooklyn Oil Unit**



| | |
|---|---|
| **LEASE:** | **CCL&T 35-13 #1** |
| **FIELD:** | **Brooklyn** |
| **COUNTY:** | **Conecuh** |
| **STATE:** | **Alabama** |
| **LOCATION:** | **BHL 665' FWL & 665' FSL** |
| | **S35-T4N-R13E** |
| **API #:** | **01-035-20345-00-00** |
| **Permit NO.:** | **17205-B** |
| **SPUD:** | **8/4/16** |
| **Prepared by:** | **DM** |
| **Date Updated:** | **02/11/20** |

KB: 158.4'
GL: 138.0'

**Tbg Detail: 10/16/18**
365 jts 2-7/8" 6.5 #/ft L-80 EUE 8rd
PXD Jet pump sleeve @11,558'
2 - 4' x 2-7/8" 6.5 #/ft L-80 EUE 8rd Tbg Subs.
5-1/2" AS1-X Packer @ 11,570' w/ 12k #
Compression.
2-7/8" 6.5 #/ft L-80 EUE 8rd Cplg.
EOT @ 11,578'

20" Conductor @ 80'
Cmt'd w/ 10 cu yds.

**8/6/16 Surface Csg:**
9-5/8", 40 #/ft  J-55 LTC @ 2,754'
Cmt to Srf w/ 870 sks 12.8 ppg Lead,
290 sks 15 ppg Tail
12-1/4" hole

TOC @ 9980'

PXD Sleeve @ 11,558'

5-½" AS1-X-PKR @ 11,570' w/ 12k #
compression.

**9/17/16 Perfs:** 11,657' – 11,666' PEX, 6 spf.
**10/13/16:** Sqz'd w/ 40 sks cmt to 4350 psig.
**10/18/16 Re-Perf:** 11,657' – 11,666' PEX, 4 spf.

**9/21/16:** Tested 100 BSWPD w/ Trace of Oil
**10/21/16:** Acidized w/ 2000 gals 15% HCL.
**10/26/16:** FTP 200 psig, 97 MCFD + 98 BOPD + 0 BWPD.

TCP

**8/26/16 Prod Csg:**
5-1/2", 20 #/ft, L-80 LTC, Srf – 1,403'
5-1/2", 17 #/ft, L-80 LTC, 1,403'' – 8,936'
5-1/2", 20 #/ft, L-80 LTC, 8,936' – 12,025'
Cmt w/ 100 sks 12.8 ppg, 1.85 Yld Lead,
450 sks 16.3 ppg, 1.42 Yld Tail
8-3/4" hole.

PBTD = 11,906'
TD = 12,025'

AHC 000796

CCLT 35-13 #1 Stimulation AFE 021120,2/12/2020,12:42 PM

# SKLAR Exploration Company L.L.C.
401 Edwards St. Suite 1601
Shreveport, LA 71101
(318) 227-8668

## AUTHORITY FOR EXPENDITURE

| DATE: | February 11, 2020 | FIELD: | Brooklyn |
|---|---|---|---|
| OPERATOR: | Sklar Exploration Company L.L.C. | STATE: | Alabama |
| WELL: | CCL&T 35-13 #1 (formerly Pruet) | HORIZON: | Smackover |
| LOCATION: | Section 35, T4N, R13E | PROJ. T.D.: | 12,025' |

Southeast Brooklyn Oil Unit

PROPOSAL: Remove salt deposits from tubing, packer, jet pump assembly, casing, and perforations. Acidize with 2700 gals 15% HCL using coil tubing and nitrogen.

| CODE or SUB | CLASSIFICATION | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| 9100 | LEASEHOLD COSTS | | | |
| 81 | LEGAL FEES, TITLE OPINIONS, CURATIVE | | | |
| 86 | LEASE BONUS | | | |
| 84 | LEASE EXTENSION | | | |
| 88 | DELAY RENTALS | | | |
| 89 | BROKERAGE | | | |
| 90 | LANDMAN COSTS | | | |
| 91 | RECORDING FEES | | | |
| | TOTAL LEASEHOLD COSTS | $0 | $0 | $0 |
| | | | | |
| 9200/9300 | INTANGIBLE DRILLING & COMPLETION | | | |
| 01 | SURVEY, DOC HEARINGS, PERMITS | | | |
| 02 | LOCATION PREPARATION/DIRT WORK | | | |
| 03 | LOCATION CLEAN UP & PIT CLOSURE | | | |
| 04 | SURFACE DAMAGES & ROW | | | |
| 05 | SETTING CONDUCTOR CASING | | | |
| 06 | RIG MOBILIZE/DEMOBILIZE | | | |
| 07 | DRILLING - FOOTAGE | | | |
| 08 | DRILLING - TURNKEY | | | |
| 10 | DAYWORK WITH DRILL PIPE | | | |
| 11 | DAYWORK WITHOUT DRILL PIPE | | | |
| 12 | DAYWORK - RIG EQUIPMENT & REPAIR | | | |
| 13 | ENGINEERING & SUPERVISION | | 8,000 | 8,000 |
| 14 | RIG INSTRUMENTATION  & MONITORING | | | |
| 15 | COIL TUBING UNIT | | 24,500 | 24,500 |
| 16 | DIRECTIONAL DRILLING TOOLS & SVCS | | | |
| 17 | MUD & CHEMICALS | | | |
| 18 | MUD DISPOSAL | | | |
| 23 | MUD LOGGING | | | |
| 24 | CEMENTING & EQUIPMENT | | | |
| 25 | CASING CREW & LAYDOWN MACHINE | | | |
| 26 | PIPE TESTING | | | |
| 27 | EQUIPMENT RENTALS | | 26,000 | 26,000 |
| 28 | FISHING TOOLS & SVCS | | | |
| 29 | TELEPHONE & COMMUNICATIONS | | | |
| 30 | WATER | | | |
| 31 | FUEL | | | |
| 32 | BITS | | | |
| 33 | TRANSPORTATION & TRUCKING | | | |
| 34 | CONTRACT LABOR | | | |
| 35 | SAFETY & H2S TRAINING | | | |
| 36 | LOGGING & WIRELINE   (Slickline) | | 4,200 | 4,200 |
| 37 | DRILL STEM & PRODUCTION TESTING | | | |
| 38 | CORING & ANALYSIS | | | |
| 39 | GEOLOGICAL | | | |
| 40 | GEOPHYSICAL | | | |
| 46 | WORKOVER RIG | | | |
| 47 | PERFORATION SERVICES | | | |
| 48 | COMPLETION FLUIDS | | | |
| 49 | STIMULATION SERVICES | | 33,300 | 33,300 |
| 50 | INSTALLATION OF WELL EQUIPMENT | | | |
| 51 | PIPELINE EXPENSES & ROW | | | |
| 58 | AUTO EXPENSE | | | |
| 61 | SALT WATER DISPOSAL | | | |
| 63 | VACUUM TRUCK | | | |
| 64 | SWABBING UNIT | | 4,000 | 4,000 |
| 65 | PLUG & ABANDON COSTS | | | |
| 78 | INSURANCE | | | |
| 79 | COPAS OVERHEAD - DRILLING/COMPLETION | | | |
| 82 | MISCELLANEOUS: ±5% contingency | 0 | 5,000 | 5,000 |
| | TOTAL INTANGIBLE DRILLING & COMPLETION | $0 | $105,000 | $105,000 |
| | | | | |
| 9500 | TANGIBLE EQUIPMENT - DRILLING | | | |
| 01 | CONDUCTOR CASING | | | |
| 02 | SURFACE CASING | | | |
| 03 | INTERMEDIATE CASING & LINERS | | | |
| 04 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 05 | WELLHEAD EQUIPMENT | | | |
| | TOTAL TANGIBLE EQUIPMENT - DRILLING | $0 | $0 | $0 |
| | | | | |
| 9520 | TANGIBLE EQUIPMENT - COMPLETION | | | |
| 21 | PRODUCTION CASING & LINERS | | | |
| 22 | TUBING | | | |
| 23 | PACKERS | | | |
| 24 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 25 | WELLHEAD EQUIPMENT | | | |
| 27 | ARTIFICIAL LIFT EQUIPMENT | | | |
| | TOTAL TANGIBLE EQUIPMENT - COMPLETION | $0 | $0 | $0 |
| | | | | |
| 9540 | SURFACE PRODUCTION EQUIPMENT | | | |
| 41 | SURFACE PRODUCTION EQUIPMENT | | | |
| 42 | COMPRESSION | | | |
| 43 | TANK BATTERY COSTS | | | |
| 44 | FLOWLINES, FITTINGS, CONNECTIONS | | | |
| 45 | PIPELINE & GATHERING SYSTEM COSTS | | | |
| 46 | SALES METERING EQUIPMENT | | | |
| | TOTAL SURFACE PRODUCTION EQUIPMENT | $0 | $0 | $0 |
| | | | | |
| | TOTAL EQUIPMENT | $0 | $0 | $0 |
| | | | | |
| | TOTAL WELL COST | $0 | $105,000 | $105,000 |

APPROVED:_____, 2020.

BY:_____

OEE Insurance Election (Please check your election below):
☐ Coverage under own policy with limits not less than_____.
☐ Coverage under Operator's policy

NOTE: If no election is checked or owner has not supplied proof of coverage prior to spud, owner will be included under and charged for SEC's OEE coverage.

AHC 000797

# Schlumberger

**Company:** Pruet Production Co

**Well:** Cedar Creek Land & Timber 35-13 #1

**Field:** Brooklyn

**County:** Conecuh   **State:** Alabama

***PLATFORM EXPRESS***

## BOREHOLE COMPENSATED SONIC

## MICROLOG / GR / SP / CALIPER

| | | | |
|---|---|---|---|
| County: | Conecuh | | |
| Field: | Brooklyn | | |
| Location: | 166' FNL & 124' FWL | | |
| Well: | Cedar Creek Land & Timber 35-13 #1 | | |
| Company: | Pruet Production Co | | |

| Location: | | | |
|---|---|---|---|
| Permanent Datum: | Ground Level | Elev.: | 138.00 ft |
| Log Measured From: | Kelly Bushing | 20.40 ft | above Perm.Datum |
| Drilling Measured From: | Kelly Bushing | | |

| API Serial No. | Section: | Township: | Range: |
|---|---|---|---|
| 01-035-20345-00-00 | 2 | 3N | 13E |

| Elev.: | K.B. | 158.40 ft |
|---|---|---|
| | G.L. | 138.00 ft |
| | D.F. | 158.40 ft |

| | | | |
|---|---|---|---|
| Logging Date | 23-Aug-2016 | 24-Aug-2016 | |
| Run Number | ONE | ONE | |
| Depth Driller | 12025.00 ft | 12025.00 ft | |
| Schlumberger Depth | 12025.00 ft | 12006.00 ft | |
| Bottom Log Interval | 11998.00 ft | 11998.00 ft | |
| Top Log Interval | 2757.00 ft | 2757.00 ft | |
| Casing Driller Size @ Depth | 9.625 in @ 2754.00 ft | 9.625 in @ 2754.00 ft | |
| Casing Schlumberger | 2754 ft | 2754 ft | |
| Bit Size | 8.75 in | 8.75 in | |
| Type Fluid In Hole | Water Based Mud | Water Based Mud | |
| Density | 9.6 lbm/gal | 9.6 lbm/gal | |
| Viscosity | 39 s | 39 s | |
| PH | 10.5 | 10.5 | |
| Fluid Loss | | | |
| Source of Sample | AIT Mud Sensor | AIT Mud Sensor | |
| RM @ Meas Temp | 0.32 ohm.m @ 88 degF | 0.32 ohm.m @ 88 degF | |
| RMF @ Meas Temp | 0.24 ohm.m @ 88 degF | 0.24 ohm.m @ 88 degF | |
| RMC @ Meas Temp | 0.48 ohm.m @ 88 degF | 0.48 ohm.m @ 88 degF | |
| Source RMF | Calculated | Calculated | |
| RM @ BHT | 0.15 @ 200 | 0.15 @ 200 | |
| RMF @ BHT | 0.11 @ 200 | 0.11 @ 200 | |
| RMC @ BHT | Calculated | Calculated | |
| Max Recorded Temperatures | 200 degF | 200 degF | |
| Circulation Stopped | 23-Aug-2016 17:00:00 | 23-Aug-2016 17:00:00 | |
| Logger on Bottom | 23-Aug-2016 00:30:00 | 23-Aug-2016 04:30:00 | |
| Time | | | |
| Unit Number | 9110 | 9110 | |
| Location: | Laurel | Laurel | |
| Recorded By | Greg Packhem | Greg Packhem | |
| Witnessed By | Robin Smith, Chesley James | Robin Smith, Chesley James | |

## Disclaimer

THE USE OF AND RELIANCE UPON THIS RECORDED-DATA BY THE HEREIN NAMED COMPANY (AND ANY OF ITS AFFILIATES, PARTNERS, REPRESENTATIVES, AGENTS, CONSULTANTS AND EMPLOYEES) IS SUBJECT TO THE TERMS AND CONDITIONS AGREED UPON BETWEEN SCHLUMBERGER AND THE COMPANY, INCLUDING: (a) RESTRICTIONS ON USE OF THE RECORDED-DATA; (b) DISCLAIMERS AND WAIVERS OF WARRANTIES AND REPRESENTATIONS REGARDING COMPANY'S USE AND RELIANCE UPON THE RECORDED-DATA; AND (c) CUSTOMER'S FULL AND SOLE RESPONSIBILITY FOR ANY INFERENCE DRAWN OR DECISION MADE IN CONNECTION WITH THE USE OF THIS RECORDED-DATA.

## Contents

1. Header
2. Disclaimer
3. Contents
4. Operational Run Summary
5. Remarks and Equipment Summary
6. Depth Summary
7. Merge Composite 1" MAIN PASS
   7.1 Integration Summary
   7.2 Composite Summary
   7.3 Log ( VENTURE_ONE_INCH )
8. Merge Composite 2" MAIN PASS
   8.1 Integration Summary
   8.2 Composite Summary
   8.3 Log ( VENTURE_TWO_INCH )
9. Merge Composite 5" MAIN PASS
   9.1 Integration Summary
   9.2 Software Version

AHC 000798





| Spontaneous Potential (SP) AIT-M | | |
|---|---|---|
| -160 | mV | 40 |

| Apparent Formation Water Resistivity (RWA) | | |
|---|---|---|
| 0 | ohm.m | 0.5 |

| Cable Tension (TENS) | | |
|---|---|---|
| 10000 | lbf | 0 |

| GR | | |
|---|---|---|
| 0 | gAPI | 150 |

| ToolDrag |
|---|

| Perm (From BMIN to BMNO) | | |
|---|---|---|
| 0.2 | ohm.m | 10 |

| Micro Inverse (BMIN) MLT-B | | |
|---|---|---|
| 0 | ohm.m | 10 |

| Micro Normal (BMNO) MLT-B | | |
|---|---|---|
| 0 | ohm.m | 10 |

| Mudcake |
|---|

| Array Induction Two Foot Resistivity A90 (AT90) AIT-M | | |
|---|---|---|
| 0.2 | ohm.m | 2000 |

| Array Induction Two Foot Resistivity A60 (AT60) AIT-M | | |
|---|---|---|
| 0.2 | ohm.m | 2000 |

| Array Induction Two Foot Resistivity A30 (AT30) AIT-M | | |
|---|---|---|
| 0.2 | ohm.m | 2000 |

| Array Induction Two Foot Resistivity A20 (AT20) AIT-M | | |
|---|---|---|
| 0.2 | ohm.m | 2000 |

| Array Induction Two Foot Resistivity A10 (AT10) AIT-M | | |
|---|---|---|
| 0.2 | ohm.m | 2000 |

| Washout |
|---|

| Crossover (From DPHZ to NPHI) |
|---|

| Delta-T (also called Slowness or Interval Transit Time) (DT) DSLT-H | | |
|---|---|---|
| 150 | us/ft | 50 |

| Standard Resolution Density Porosity (DPHZ) HDRS-H | | |
|---|---|---|
| 0.45 | ft3/ft3 | -0.15 |

| Thermal Neutron Porosity (original Ratio Method) in Selected Lithology (NPHI) HGNS-H | | |
|---|---|---|
| 0.45 | ft3/ft3 | -0.15 |

| Sonic Porosity (SPHI) DSLT-H | | |
|---|---|---|
| 0.45 | ft3/ft3 | -0.15 |

| Standard Resolution Formation Photoelectric Factor (PEFZ) HDRS-H | Density Standoff Correction (HDRA) HDRS-H | |
|---|---|---|
| 0 | 10 | |
| | -0.8 | g/cm3 | 0.2 |

Description: Triple Combo standard resolution template for Platform Express    Format: Log ( VENTURE_FIVE_INCH )    Index Scale: 5 in per 100 ft    Index Unit: ft   Index Type: Measured Depth    Creation Date: 24-Aug-2016 05:52:57

## Channel Processing Parameters

### ONE: Parameters

| Parameter | Description | Tool | Value | Unit |
|---|---|---|---|---|
| A | Constant A of the Archie Formation Factor - Porosity Equation | Borehole | 1 | |
| AAPL | Array Induction Answer Product Level(Depth Log/View only) | AIT-M | Radial | |

**Sklar Exploration Co., L.L.C.**
401 Edwards Street, Suite 1601
Shreveport, LA  71101
(303)541-1559
Fax: (318)227-9012

# *Cash Call*

Pruet Production Co.
217 West Capitol Street
Suite 201
Jackson, MS  39201

Account:  PRUP01

Date:  03/12/2019

## Cash Call

| | | | |
|---|---|---|---|
| **Cash Call#** | 308-W7 | **Property#** | 1BRO05 |
| **Description** | CCL&T 35-15 #1 | **Property Desc** | Southwest Brooklyn Oil Unit |
| | Southwest Brooklyn Oil Unit | **County/State** | CONECUH, AL |

To invoice you for your proportionate share of the estimated workover costs per the AFE dated January 19, 2019 for the CCL&T 35-15#1, Southwest Brooklyn Oil Unit, Brooklyn Field, Conecuh County, Alabama.

| Description | Workover |
|---|---|
| ***Intangible Completion Costs*** | |
| Engineering & Supervision Svcs | 6,500.00 |
| Equipment Rentals | 10,000.00 |
| Logging & Wireline | 6,000.00 |
| Stimulation Services | 63,300.00 |
| Salt Water Disposal | 1,000.00 |
| Swabbing Unit | 5,000.00 |
| Vacuum Truck | 1,000.00 |
| Miscellaneous | 4,600.00 |
| ***Total - Intangible Completion Costs*** | **97,400.00** |
| | |
| **TOTAL Workover** | **97,400.00** |

| **Summary by Owner** | | **Workover** | | **Running Total** |
|---|---|---|---|---|
| Owner# | Owner Name | Decimal Interest | Amount | Amount |
| PRUP01 | Pruet Production Co. | 0.00201113 | 195.88 | 195.88 |

AHC 000801



Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 303-541-1559
Facsimile: 303-443-1551

Sutton Lloyd – Landman

Telephone: 720-961-5476
E-Mail: slloyd@sklarexploration.com

January 8, 2020

**(Via Email)**
TO:   Working Interest Owners

RE:   Sklar Exploration Company, LLC
       Cedar Creek Land & Timber 32-9 #1 WI
       Southwest Brooklyn Oil Unit
       Conecuh County, Alabama

Dear Owner:

Sklar Exploration Company, LLC, as operator of the Southwest Brooklyn Oil Unit, hereby proposes a workover on the CCL&T 32-9 #1 WI. The well is currently shut-in due to casing/tubing communication and is not capable of taking fluid at a satisfactory rate.

The workover will consist of pulling the tubing and the packer, re-perforating the Smackover interval 12,070'-12,082' AIL, stimulating the interval with Precise Propellant, re-running the tubing and packer, and testing the tubing while going in the hole.

A Mechanical Integrity Pressure Test will then be performed and witnessed by an AOGB representative. The well will then be returned to water injection service.

Enclosed please find a detailed procedure, wellbore diagram, AFE, and a log section for your review. Pursuant to Article 4.3.2 of the Southwest Brooklyn Oil Unit Operating Agreement dated November 1, 2018, Sklar will proceed with the operation after receiving an affirmative vote from three (3) or more working interest owners with a combined majority voting interest. Please make your election on the ballot provided and return it to FMontalvo@sklarexploration.com at your earliest convenience. Should you have any questions, please feel free to call.

Sincerely,

Sutton Lloyd
Senior Landman

Encl.

AHC 000802

CCL&T 32-9 #1 WI
Southwest Brooklyn Oil Unit
January 8, 2020
Page **2** of **2**

### SKLAR EXPLORATION COMPANY L.L.C.
### CEDAR CREEK LAND & TIMBER 32-9 #1 WI
### SOUTHWEST BROOKLYN OIL UNIT
### CONECUH COUNTY, ALABAMA

### BALLOT

_____ I/We hereby approve Sklar Exploration Company L.L.C.'s proposal to perform the workover operation the above referenced well.

_____ I/We hereby **reject** Sklar Exploration Company L.L.C.'s proposal to perform the workover operation on the above referenced well.

SIGNATURE: _____

PRINTED NAME: _____

COMPANY NAME: _____

TITLE: _____

DATE: _____

AHC 000803



## CCL&T 32-9 #1-WI
### Brooklyn Field
### Southwest Brooklyn Oil Unit
### Section 32, T4N, R12E
### Conecuh County, Alabama
### Permit #16809
### Workover Procedure
### January 8, 2020

**WELLBORE DETAIL: See attached diagram.**

**DRIVING DIRECTIONS (Truck):**
Take Hwy 84 east to Repton, AL. Take Hwy 41 south for 2 miles. Turn left on County Road 6. Go to Castleberry, AL. Stay on County Road 6 for 9.5 miles. Turn right through yellow gate. Go 0.6 miles. Turn right on location.

**PURPOSE:** Pull tubing and packer. Re-perforate 12,070'-12,082' AIL, 6 SPF, 60° phase. Stimulate with 10' Precise Propellant. Run tbg & pkr. Perform MIPT. Return to inj.

## WORKOVER PROCEDURE

1. MIRU WOR, pump, and tank. Load tubing with water from water source well. ND tree. NU & test BOP's. Pick up on tubing and release AS1-X packer at 11,970'. POOH. Redress or exchange packer.

2. MIRU TCP Specialists ELU. RIH w/ CCL, Gamma Ray tool, and 12' x 3-3/8" csg gun loaded 6 SPF, 60° phase with big hole charges. Re-perforate 12,070'-12,082' AIL. POOH. RIH w/ 10' Precise Propellant carrier & spot top at 12,071' AIL. Fire propellant. POOH. RDMO ELU. RIH w/ WLEG, redressed AS1-X pkr, and 377 jts 2-7/8" 6.5 #/ft L-80 EUE 8rd tbg, testing internally w/ water to 7000 psig while GIH. Set pkr at ± 12,000' w/ 30K# compression. Land tbg. Fill annulus w/ packer fluid. Pressure test annulus to 1500 psig.

3. Bleed off pressure. ND BOP's. NU tree.

4. Notify the AOGB and allow travel time for a representative to witness the Mechanical Integrity Pressure Test. Once representative has arrived, pressure test the casing/tubing annulus to 1500 psig for 30 minutes and record test on chart recorder. Bleed off pressure.

5. Place well on injection using triplex pump from former hydraulic jet pump system.

### Notify AOGB before starting operations.
### Field Agent – Paul Matthews (251) 607-8826

AHC 000804



**LEASE:** CCL&T 32-9 #1
**FIELD:** Brooklyn Field
Southwest Brooklyn Oil Unit
**COUNTY:** Conecuh
**STATE:** Alabama
**LOCATION:** Sec 32, T4N-R12E
**API #:** 01-035-20288-00-00
**Permit NO.:** 16809
**SPUD:** 03/23/13
**Prepared by:** CWC
**Date Updated:** 01/24/19

**Wellbore Diagram**
**CCL&T 32-9 #1**

RKB: 323.5'
GL: 301.6'

Bradenhead flange:
Tbghead flange:
Production tree:

20" @ 78' w/15 yds
cement

**03/25/13**
9-5/8", 40#/ft J-55 @ 2,968'
Cmt'd w/50 bbls cmt circ'd to surface

**4/26/13**
2 7/8" 6.5# L80 EUE slick jt
10' X 2-7/8" 6.5#/ft L-80 EUE 8rd tbg sub
375 jts 2-7/8" 6.5#/ft L-80 EUE 8rd tbg
4' X 2-7/8" 6.5#/ft L-80 EUE 8rd tbg sub
1jt 2-7/8" 6.5#/ft L-80 EUE 8rd tbg
2-7/8" PXD Jet pump cavity @ 11,947' **(OPEN)**
4' X 2-7/8" 6.5#/ft L-80 EUE 8rd tbg sub
4' X 2-7/8" 6.5#/ft L-80 EUE 8rd tbg sub
ASI-X Packer 5-1/2" X 2-7/8" 10K @ 12,015'
Ported underbalanced sub
1jt 2-7/8" 6.5#/ft L-80 EUE 8rd tbg
Fill disc assembly
4' firing head pup jt 2 7/8" 6.5 # L-80
Auto release firing head
EOT @ 12,061'

TOC: 9816' per CBL

Current fluid-produced oil and gas
in tubing and annulus (1/24/2018)

**4/23/13**
Upper SMK
Perfs: 12,068'-12,082' 4 SPF
Acidized w/2000 gsl 15% HCl
acid(5/04/13)

Top of TCP gun @ 12,298'

**04/11/13**
5-1/2", 20#/ft, L-80 LTC Srf –993'
5-1/2", 17#/ft, L-80 LTC 993' – 9,344'
5-1/2", 20#/ft, L-80 LTC 9,344' – 12,400'
Cmt'd with 655 sx

PBTD = 12,320'
TD = 12,400'

AHC 000805

CCLT 32-9 #1-WI Workover AFE 010820,1/8/2020,3:51 PM

# SKLAR Exploration Company L.L.C.
401 Edwards St. Suite 1601
Shreveport, LA 71101
(318) 227-8668

## AUTHORITY FOR EXPENDITURE

| DATE: | January 8, 2020 | FIELD: | Brooklyn |
|---|---|---|---|
| OPERATOR: | Sklar Exploration Company L.L.C. | STATE: | Alabama |
| WELL: | CCL&T 32-9 #1-WI | HORIZON: | Upper Smackover |
| LOCATION: | Section 32, T4N, R12E | PROJ. T.D.: | 12,400' |

Southwest Brooklyn Oil Unit

PROPOSAL: Re-perforate 12,070'-12,082' AIL, 6 SPF, 60° phase. Stimulate with Precise Propellant. Return to injection service.

| CODE or SUB | CLASSIFICATION: | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| 9100 | **LEASEHOLD COSTS** | | | |
| 81 | LEGAL FEES, TITLE OPINIONS, CURATIVE | | | |
| 86 | LEASE BONUS | | | |
| 84 | LEASE EXTENSION | | | |
| 88 | DELAY RENTALS | | | |
| 89 | BROKERAGE | | | |
| 90 | LANDMAN COSTS | | | |
| 91 | RECORDING FEES | | | |
| | **TOTAL LEASEHOLD COSTS** | $0 | $0 | $0 |

| 9200/9300 | **INTANGIBLE DRILLING & COMPLETION** | | | |
|---|---|---|---|---|
| 01 | SURVEY, DOC HEARINGS, PERMITS | | | |
| 02 | LOCATION PREPARATION/DIRT WORK | | | |
| 03 | LOCATION CLEAN UP & PIT CLOSURE | | | |
| 04 | SURFACE DAMAGES & ROW | | | |
| 05 | SETTING CONDUCTOR CASING | | | |
| 06 | RIG MOBILIZE/DEMOBILIZE | | | |
| 07 | DRILLING - FOOTAGE | | | |
| 08 | DRILLING - TURNKEY | | | |
| 10 | DAYWORK WITH DRILL PIPE | | | |
| 11 | DAYWORK WITHOUT DRILL PIPE | | | |
| 12 | DAYWORK - RIG EQUIPMENT & REPAIR | | | |
| 13 | ENGINEERING & SUPERVISION: | | 7,200 | 7,200 |
| 14 | RIG INSTRUMENTATION & MONITORING | | | |
| 15 | COIL TUBING UNIT | | | |
| 16 | DIRECTIONAL DRILLING TOOLS & SVCS | | | |
| 17 | MUD & CHEMICALS | | | |
| 18 | MUD DISPOSAL | | | |
| 23 | MUD LOGGING | | | |
| 24 | CEMENTING & EQUIPMENT | | | |
| 25 | CASING CREW & LAYDOWN MACHINE | | | |
| 26 | PIPE TESTING | | 5,000 | 5,000 |
| 27 | EQUIPMENT RENTALS | | | |
| 28 | FISHING TOOLS & SVCS | | | |
| 29 | TELEPHONE & COMMUNICATIONS: | | | |
| 30 | WATER | | | |
| 31 | FUEL | | | |
| 32 | BITS | | | |
| 33 | TRANSPORTATION & TRUCKING | | 6,000 | 6,000 |
| 34 | CONTRACT LABOR | | 5,500 | 5,500 |
| 35 | SAFETY & H2S TRAINING | | | |
| 36 | LOGGING & WIRELINE | | | |
| 37 | DRILL STEM & PRODUCTION TESTING | | | |
| 38 | CORING & ANALYSIS | | | |
| 39 | GEOLOGICAL | | | |
| 40 | GEOPHYSICAL | | | |
| 46 | WORKOVER RIG | | 18,000 | 18,000 |
| 47 | PERFORATION SERVICES | | 10,400 | 10,400 |
| 48 | COMPLETION FLUIDS | | 2,000 | 2,000 |
| 49 | STIMULATION SERVICES | | 13,500 | 13,500 |
| 50 | INSTALLATION OF WELL EQUIPMENT | | | |
| 51 | PIPELINE EXPENSES & ROW | | | |
| 58 | AUTO EXPENSE | | | |
| 61 | SALT WATER DISPOSAL | | 1,000 | 1,000 |
| 63 | VACUUM TRUCK | | 1,000 | 1,000 |
| 64 | SWABBING UNIT | | | |
| 65 | PLUG & ABANDON COSTS | | | |
| 78 | INSURANCE | | | |
| 79 | COPAS OVERHEAD - DRILLING/COMPLETION | | | |
| 82 | MISCELLANEOUS: ±5% contingency | 0 | 3,500 | 3,500 |
| | **TOTAL INTANGIBLE DRILLING & COMPLETION** | $0 | $73,100 | $73,100 |

| 9500 | **TANGIBLE EQUIPMENT - DRILLING** | | | |
|---|---|---|---|---|
| 01 | CONDUCTOR CASING | | | |
| 02 | SURFACE CASING | | | |
| 03 | INTERMEDIATE CASING & LINERS | | | |
| 04 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 05 | WELLHEAD EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - DRILLING** | $0 | $0 | $0 |

| 9520 | **TANGIBLE EQUIPMENT - COMPLETION** | | | |
|---|---|---|---|---|
| 21 | PRODUCTION CASING & LINERS | | | 0 |
| 22 | TUBING | | | 0 |
| 23 | PACKERS | | | 0 |
| 24 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 25 | WELLHEAD EQUIPMENT | | | |
| 27 | ARTIFICIAL LIFT EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - COMPLETION** | $0 | $0 | $0 |

| 9540 | **SURFACE PRODUCTION EQUIPMENT** | | | |
|---|---|---|---|---|
| 41 | SURFACE PRODUCTION EQUIPMENT | | | |
| 42 | COMPRESSION | | | |
| 43 | TANK BATTERY COSTS | | | |
| 44 | FLOWLINES, FITTINGS, CONNECTIONS | | | |
| 45 | PIPELINE & GATHERING SYSTEM COSTS | | | |
| 46 | SALES METERING EQUIPMENT | | | |
| | **TOTAL SURFACE PRODUCTION EQUIPMENT** | $0 | $0 | $0 |

| | **TOTAL EQUIPMENT** | $0 | $0 | $0 |
|---|---|---|---|---|

| | **TOTAL WELL COST** | $0 | $73,100 | $73,100 |
|---|---|---|---|---|

APPROVED:_____, 2020.

BY:_____

OEE Insurance Election (Please check your election below):
☐ Coverage under own policy with limits not less than_____

☐ Coverage under Operator's policy

NOTE: If no election is checked or owner
has not supplied proof of coverage
prior to spud, owner will be included
under and charged for SEC's OEE
coverage.

AHC 000806

# Schlumberger

| Company: | PRUET PRODUCTION, CO. |
|---|---|
| Well: | CEDAR CREEK LAND AND TIMBER 32-9 #1 |
| Field: | BROOKLYN FIELD |
| County: | CONECUH | State: | ALABAMA |

**QUAD COMBO**

**ARRAY INDUCTION / COMPENSATED SONIC**

**LITHODENSITY / COMPENSATED NEUTRON**

Location: 1946' FSL & 661' FEL
X=695944 Y=461,369
LAT=31.26706 LONG=86.87287

| | | |
|---|---|---|
| Elev. | K.B. | 323.50 ft |
| | G.L. | 301.60 ft |
| | D.F. | 322.00 ft |

| Permanent Datum: | Ground Level | Elev.: | 301.60 ft |
|---|---|---|---|
| Log Measured From: | Kelly Bushing | 21.90 ft | above Perm.Datum |
| Drilling Measured From: | Kelly Bushing | | |

| API Serial No. | Section: | Township: | Range: |
|---|---|---|---|
| 01-035-20288-0000 | 32 | 4N | 12E |

| | | | | |
|---|---|---|---|---|
| Logging Date | 08-Apr-2013 | | | |
| Run Number | ONE | | | |
| Depth Driller | 12400.00 ft | | | |
| Schlumberger Depth | 12424.00 ft | | | |
| Bottom Log Interval | 12416.00 ft | | | |
| Top Log Interval | 2970.00 ft | | | |
| Casing Driller Size @ Depth | 9.625 in | @ | 2968.00 ft | |
| Casing Schlumberger | 2968 ft | | | |
| Bit Size | 8.75 in | | | |
| Type Fluid In Hole | Water | | | |
| Density | Viscosity | 10 lbm/gal | 46 s | |
| Fluid Loss | PH | 8.8 cm3 | 10.8 | |
| Source of Sample | | Active Tank | | |
| RM @ Meas Temp | | 1.2 ohm.m | @ | 68 degF |
| RMF @ Meas Temp | | 0.85 ohm.m | @ | 68 degF |
| RMC @ Meas Temp | | 1.65 ohm.m | @ | 68 degF |
| Source RMF | RMC | Calculated | Calculated | |
| RM @ BHT | RMF @ BHT | 0.41 @ 212 | 0.29 @ 212 | |
| Max Recorded Temperatures | | 212 degF | | |
| Circulation Stopped | Time | 08-Apr-2013 | 16:30:00 | |
| Logger on Bottom | Time | 08-Apr-2013 | 23:45:43 | |
| Unit Number | Location: | 9110 | LAUREL, MS | |
| Recorded By | | JOSEPH CURRAN | | |
| Witnessed By | | ROBIN SMITH | | |

**Disclaimer**

THE USE OF AND RELIANCE UPON THIS RECORDED-DATA BY THE HEREIN NAMED COMPANY (AND ANY OF ITS AFFILIATES, PARTNERS, REPRESENTATIVES, AGENTS, CONSULTANTS AND EMPLOYEES) IS SUBJECT TO THE TERMS AND CONDITIONS AGREED UPON BETWEEN SCHLUMBERGER AND THE COMPANY, INCLUDING: (a) RESTRICTIONS ON USE OF THE RECORDED-DATA; (b) DISCLAIMERS AND WAIVERS OF WARRANTIES AND REPRESENTATIONS REGARDING COMPANY'S USE AND RELIANCE UPON THE RECORDED-DATA, AND (c) CUSTOMER'S FULL AND SOLE RESPONSIBILITY FOR ANY INFERENCE DRAWN OR DECISION MADE IN CONNECTION WITH THE USE OF THIS RECORDED-DATA.

**Contents**

1. Header
2. Disclaimer
3. Contents
4. Well Sketch
5. Borehole Size/Casing/Tubing Record
6. Remarks and Equipment Summary
7. Depth Summary
8. ONE
   8.1 Integration Summary
   8.2 Composite Summary
   8.3 Log ( 1Inch )
   8.4 Parameter Listing
9. ONE
   9.1 Integration Summary
   9.2 Composite Summary
   9.3 Log ( TCOM 2 Inch )
   11.2 Composite Summary
   11.3 Log ( TCOM 5 Inch )
   11.4 Parameter Listing
12. Calibration Report
13. Tail

AHC 000807



AHC 000808



| Spontaneous Potential (SP) AIT-M | | | | PERM | | MUDCAKE | | Washout | | |
|---|---|---|---|---|---|---|---|---|---|---|
| -160 | mV | | 40 | Stuck Tool Indicator, Total (STIT) | Array Induction Two Foot Resistivity A90 (AT90) AIT-M | | | Differential Caliper (DCAL) | | |
| Calibrated Gamma Ray (GR_CAL) HGNS-H | | | | | | | | 0 | in | 20 |
| 0 | gAPI | | 150 | 0 ft 50 | 0.2 | ohm.m | 2000 | Delta-T (also called Slowness or Interval Transit Time) (DT) DSLT-H | | |
| Cable Tension (TENS) | | | | Synthetic Micro-Inverse Resistivity (SMIN) HDRS-H | Array Induction Two Foot Resistivity A60 (AT60) AIT-M | | | | | |
| 21000 | lbf | | 1000 | | 0.2 | ohm.m | 2000 | 140 | us/ft | 40 |
| Apparent Formation Water Resistivity (RWA) | | | | | Array Induction Two Foot Resistivity A30 (AT30) AIT-M | | | Crossover | | |
| 0 | ohm.m | | 0.5 | 0 ohm.m 20 | 0.2 | ohm.m | 2000 | Thermal Neutron Porosity (original Ratio Method) in Selected Lithology (NPHI) HGNS-H | | |
| | | | | Synthetic Micro-Normal Resistivity (SMNO) HDRS-H | Array Induction Two Foot Resistivity A20 (AT20) AIT-M | | | 0.35 | ft3/ft3 | -0.15 |
| | | | | | 0.2 | ohm.m | 2000 | Standard Resolution Density Porosity (DPHZ) HDRS-H | | |
| | | | | 0 ohm.m 20 | | | | 0.35 | ft3/ft3 | -0.15 |

| Standard Resolution Formation Photoelectric Factor (PEFZ) HDRS-H | | Density Standoff Correction (HDRA) HDRS-H | | |
|---|---|---|---|---|
| | | -0.8 | g/cm3 | 0.2 |
| 0 | 10 | | | |

TIME_1900 - Time Marked every 60.00 (s)