

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 303-541-1559
Facsimile: 303-443-1551

Sutton Lloyd – Landman

Telephone: 720-961-5476
E-Mail: slloyd@sklarexploration.com

August 1, 2019

**(Via Email)**
TO:    Working Interest Owners

RE:  Sklar Exploration Company, LLC
      Graddy 34-8 #1
      Southwest Brooklyn Oil Unit
      Conecuh County, Alabama

Dear Owner:

Sklar Exploration Company, LLC, as operator of the Southwest Brooklyn Oil Unit, hereby proposes a workover on the Graddy 34-8 #1. The well is currently producing 445 MCFD + 68 BOPD + 0 BWPD flowing at 80 psig from the Upper and Lower Smackover. The Lower Smackover interval was treated with 1500 gals 15% HCL in August, 2012, and the Upper Smackover interval has not been stimulated to date.

The work will consist of washing out salt deposits using coil tubing, nitrogen, and freshwater, and then acidizing the producing perforations with 3500 gals nitrogen foamed 15% HCL acid. The well will then be jetted in and returned to production. We anticipate a production rate of approximately 125 BOPD + 800 MCFD.

Enclosed please find a detailed procedure, wellbore diagram, AFE and a log section for your review. Pursuant to Article 4.3.2 of the Southwest Brooklyn Oil Unit Operating Agreement dated November 1, 2018, Sklar will proceed with the operation after receiving an affirmative vote from three (3) or more working interest owners with a combined majority voting interest. Please make your election on the ballot provided and return it to keggleston@sklarexploration.com at your earliest convenience.

Should you have any questions, please feel free to call.

Graddy 34-8 #1
Southwest Brooklyn Oil Unit
August 1, 2019
Page **2** of **3**

Sincerely,

Sutton Lloyd
Landman

Enclosed:      Ballot, Procedure, AFE, Wellbore Diagram, Log

AHC 000811

Graddy 34-8 #1
Southwest Brooklyn Oil Unit
August 1, 2019
Page 3 of 3

## SKLAR EXPLORATION COMPANY L.L.C.
### GRADDY 34-8 #1
### SOUTHWEST BROOKLYN OIL UNIT
### CONECUH COUNTY, ALABAMA

### BALLOT

_____   I/We hereby approve Sklar Exploration Company L.L.C.'s proposal to perform
the workover operation the above referenced well.

_____   I/We hereby **reject** Sklar Exploration Company L.L.C.'s proposal to perform the
workover operation on the above referenced well.

SIGNATURE: _____

PRINTED NAME: _____

COMPANY NAME: _____

TITLE: _____

DATE: _____

AHC 000812

Graddy 34-8 #1 Workover AFE 072419,8/1/2019,9:50 AM

# SKLAR Exploration Company L.L.C.
401 Edwards St. Suite 1601
Shreveport, LA 71101
(318) 227-8668

## AUTHORITY FOR EXPENDITURE

| DATE: | July 24, 2019 | FIELD: | SW Brooklyn |
|---|---|---|---|
| OPERATOR: | Sklar Exploration Company L.L.C. | STATE: | Alabama |
| WELL: | Graddy 34-8 #1 | HORIZON: | Smackover |
| LOCATION: | Section 34, T4N, R12E | PROJ. T.D.: | 12,218' AIL |

Southwest Brooklyn Oil Unit

PROPOSAL: Remove salt deposits from tubing, packer, jet pump assembly, and casing. Acidize with 3500 gals 15% HCL, using coil tubing and nitrogen.

| CODE or SUB | CLASSIFICATION: | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| 9100 | **LEASEHOLD COSTS** | | | |
| 81 | LEGAL FEES, TITLE OPINIONS, CURATIVE | | | |
| 86 | LEASE BONUS | | | |
| 84 | LEASE EXTENSION | | | |
| 88 | DELAY RENTALS | | | |
| 89 | BROKERAGE | | | |
| 90 | LANDMAN COSTS | | | |
| 91 | RECORDING FEES | | | |
| | **TOTAL LEASEHOLD COSTS** | $0 | $0 | $0 |
| | | | | |
| 9200/9300 | **INTANGIBLE DRILLING & COMPLETION** | | | |
| 01 | SURVEY, DOC HEARINGS, PERMITS | | | |
| 02 | LOCATION PREPARATION/DIRT WORK | | | |
| 03 | LOCATION CLEAN UP & PIT CLOSURE | | | |
| 04 | SURFACE DAMAGES & ROW | | | |
| 05 | SETTING CONDUCTOR CASING | | | |
| 06 | RIG MOBILIZE/DEMOBILIZE | | | |
| 07 | DRILLING - FOOTAGE | | | |
| 08 | DRILLING - TURNKEY | | | |
| 10 | DAYWORK WITH DRILL PIPE | | | |
| 11 | DAYWORK WITHOUT DRILL PIPE | | | |
| 12 | DAYWORK - RIG EQUIPMENT & REPAIR | | | |
| 13 | ENGINEERING & SUPERVISION: | | 4,800 | 4,800 |
| 14 | RIG INSTRUMENTATION  & MONITORING | | | |
| 15 | COIL TUBING UNIT | | 13,500 | 13,500 |
| 16 | DIRECTIONAL DRILLING TOOLS & SVCS | | | |
| 17 | MUD & CHEMICALS | | | |
| 18 | MUD DISPOSAL | | | |
| 23 | MUD LOGGING | | | |
| 24 | CEMENTING & EQUIPMENT | | | |
| 25 | CASING CREW & LAYDOWN MACHINE: | | | |
| 26 | PIPE TESTING | | | |
| 27 | EQUIPMENT RENTALS | | 22,000 | 22,000 |
| 28 | FISHING TOOLS & SVCS | | | |
| 29 | TELEPHONE & COMMUNICATIONS: | | | |
| 30 | WATER | | | |
| 31 | FUEL | | | |
| 32 | BITS | | | |
| 33 | TRANSPORTATION & TRUCKING | | | |
| 34 | CONTRACT LABOR | | 6,000 | 6,000 |
| 35 | SAFETY & H2S TRAINING | | | |
| 36 | LOGGING & WIRELINE   (Slickline) | | 3,200 | 3,200 |
| 37 | DRILL STEM & PRODUCTION TESTING | | | |
| 38 | CORING & ANALYSIS | | | |
| 39 | GEOLOGICAL | | | |
| 40 | GEOPHYSICAL | | | |
| 46 | WORKOVER RIG | | | |
| 47 | PERFORATION SERVICES | | | |
| 48 | COMPLETION FLUIDS | | | |
| 49 | STIMULATION SERVICES | | 25,000 | 25,000 |
| 50 | INSTALLATION OF WELL EQUIPMENT | | | |
| 51 | PIPELINE EXPENSES & ROW | | | |
| 58 | AUTO EXPENSE | | | |
| 61 | SALT WATER DISPOSAL | | | |
| 63 | VACUUM TRUCK | | | |
| 64 | SWABBING UNIT | | 4,000 | 4,000 |
| 65 | PLUG & ABANDON COSTS | | | |
| 78 | INSURANCE | | | |
| 79 | COPAS OVERHEAD - DRILLING/COMPLETION | | | |
| 82 | MISCELLANEOUS: ±5% contingency | 0 | 4,000 | 4,000 |
| | **TOTAL INTANGIBLE DRILLING & COMPLETION** | $0 | $82,500 | $82,500 |
| | | | | |
| 9500 | **TANGIBLE EQUIPMENT - DRILLING** | | | |
| 01 | CONDUCTOR CASING | | | |
| 02 | SURFACE CASING | | | |
| 03 | INTERMEDIATE CASING & LINERS | | | |
| 04 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 05 | WELLHEAD EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - DRILLING** | $0 | $0 | $0 |
| | | | | |
| 9520 | **TANGIBLE EQUIPMENT - COMPLETION** | | | |
| 21 | PRODUCTION CASING & LINERS | | | |
| 22 | TUBING | | | |
| 23 | PACKERS | | | |
| 24 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 25 | WELLHEAD EQUIPMENT | | | |
| 27 | ARTIFICIAL LIFT EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - COMPLETION** | $0 | $0 | $0 |
| | | | | |
| 9540 | **SURFACE PRODUCTION EQUIPMENT** | | | |
| 41 | SURFACE PRODUCTION EQUIPMENT | | | |
| 42 | COMPRESSION | | | |
| 43 | TANK BATTERY COSTS | | | |
| 44 | FLOWLINES, FITTINGS, CONNECTIONS | | | |
| 45 | PIPELINE & GATHERING SYSTEM COSTS | | | |
| 46 | SALES METERING EQUIPMENT | | | |
| | **TOTAL SURFACE PRODUCTION EQUIPMENT** | $0 | $0 | $0 |
| | | | | |
| | **TOTAL EQUIPMENT** | $0 | $0 | $0 |
| | | | | |
| | **TOTAL WELL COST** | $0 | $82,500 | $82,500 |

APPROVED:_____, 2019.

BY:_____

OEE Insurance Election (Please check your election below):
☐ Coverage under own policy with limits not less than_____.

☐ Coverage under Operator's policy

NOTE: If no election is checked or owner has not supplied proof of coverage prior to spud, owner will be included under and charged for SEC's OEE coverage.

AHC 000813



**Graddy 34-8 #1**
**Southwest Brooklyn Oil Unit**
**Brooklyn Field**
**Section 34, T4N, R12E**
**Conecuh County, Alabama**
**Permit #16673**
**Workover Procedure**
**July 24, 2019**

**WELLBORE DETAIL:  See attached diagram.**

**DRIVING DIRECTIONS:**  From Brooklyn go North on CR 6 for approx. 6 miles, go past Hwy 69 to lease road on the left. Follow lease road to well site location.

From Castleberry, Alabama, take Hwy 6 South for approx. 10 miles, turn right through yellow gate and follow lease road to location.

**PURPOSE:**  Remove salt deposits from tubing and packer assemblies and acidize with 3500 gals nitrogen foamed 15% HCL acid.

### WORKOVER PROCEDURE

1.  MI rental separator and flare stack.  Connect and test flow-back lines.  MIRU C&J Energy Services 1-3/4" coil tubing unit, N2 unit, and acid pump.

2.  RIH with 1-3/4" jet nozzle on 1-3/4" coil tubing with well flowing, pumping 900 SCF/min N2.  Begin pumping 0.5 BPM freshwater with 500 SCF/min at 10,000'.  Continue in hole washing out salt deposits with freshwater and nitrogen to 12,040' (22' below bottom set of perforations).  While continuing to wash, work jet nozzle back up to 11,850' and then back down to 12,040'.  Shut off freshwater and jet well with 900 SCF/min N2 until all water is recovered.

3.  Pull jet nozzle up to 11,985'.  SI returns (tbg/coil tbg annulus) and pressure up with N2 until injection into formation is established.  Pump 3500 gals 15% HCL with 900 SCF N2/min, with returns SI.  After 1750 gals acid is out the end of the coil, pull up to 11,875' and pump the remaining 1750 gals of acid out the end of the coil.  SD N2.  Pull up to 10,000'.  Open tbg/coil tbg annulus.  RIH to btm jetting with 900 SCF/min N2.  POOH slowly, jetting well with 900 SCF/min N2.

4.  RDMO coil tubing unit.  Continue flowing well to rental equipment until well is strong enough to return to production.  Place well on production.  Swab well if necessary.  RDMO rental equipment.

**Notify AOGB before starting operations.**
**Field Agent – Paul Matthews (251) 607-8826**

AHC 000814



LEASE:       **Graddy 34-8 #1**
FIELD:       **Brooklyn**
COUNTY:      **Conecuh**
STATE:       **Alabama**
LOCATION:    **1579' FNL & 952' FEL**
             **S34-T4N-R12E**
API #:       **01-035-20262-00-00**
Permit NO.:  **16673**
SPUD:        **5/6/2012**
Prepared by: **NMS/CWC**
Date:        **08/18/2016**
Updated by:  **RMW**
Updated:     **07/24/2019**

**Wellbore Diagram**
**Graddy 34-8 #1**

KB: 340.8'
GL: 317.6'
DF: 339.3'

Bradenhead flange:
Tbghead flange:
Production tree:

20" @ 86'

**7/28/2016**
1 jt 2-7/8" 6.5" L-80 EUE 8rd tbg
8' 2-7/8" 6.5" L-80 EUE 8rd pup jt
10' 2-7/8" 6.5" L-80 EUE 8rd pup jt
10' 2-7/8" 6.5" L-80 EUE 8rd pup jt
367 joints 2-7/8" 6.5" L-80 EUE 8rd tbg
8'X 2-7/8" flow sub (4x4)
"PXD" sleeve in closed position
12'X 2-7/8" flow sub (6x6)
On/Off tool with 2.88" "R" profile
AS1-X 10K packer with carbide slips @ 11,876
10' Pup joint
2.188" "R" Otis type profile landing nipple
WLEG
EOT 11,894'

**5/9/12**
70 jts, 9-5/8", 40# K-55 @ 2,950'
Lead:  300 sks Class H, 12.8#,
Tail: 765 sks Type 1, 16#
Top Out: 100 sks Type 1

**6/13/2012**
Arrowdrill B' Packer 5-1/2" 17-23# @ 11,978'
6' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
2.188" 'R' nipple @ 11,986' ('PR' plug **removed**
**8/22/2016)**
4' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
Ported sub
10' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
Auto release firing head @ 12.002
EOT 12001'

TOC: 10,120'

**Perfs: 7/25/2016**
11,892'-11,900' (Smk A)
AIL 6 spf  60°

**Perfs:  6/15/2012**
12, 004' – 12,018' AIL = RCBL
6 spf, 60°

**Acid Job:  8/20/2012**
1500 gals SuperSol EQH 15% HC: (37.5
bbls), flushed w/ 69..5 bbls 4% KCL water @
1.4 bpm, 6897 psig.  Acid on perfs @ 1.5
bpm, 7000 psig.  Flush @ 2 bpm, 1460 psig.
ISIP = 1490 psig, 5 min SITP = 95 psig,

**5/27/12**
4 jts 5-1/2" L-80, 20# @ Srf – 155'
251 jts 5-1/2" L-80, 17# @ 155' – 10,327'
46 jts 5-1/2" L-80, 20# @ 10,327' – 12,218'
Lead: 100 sks 35:65 POZ H, 12.4#, 2.05 yld
Tail: 400 sks Class H, 16.2#, 1.5 yld
Displ w/ 278 bbl

Gun assembly dropped to PBTD
Top of TCP assembly  @ 12,128' AIL = RCBL

PBTD = 12,145' AIL
TD = 12,218' AIL



SKLAR EXPLORATION COMPANY LLC
GRADDY 34-8 #1
BROOKLYN FIELD
CONECUH CO., AL
SCHLUMBERGER PEX 5/24/12



Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 303-541-1559
Facsimile: 303-443-1551

Sutton Lloyd – Landman

Telephone: 720-961-5476
E-Mail: slloyd@sklarexploration.com

July 29, 2019

**(Via Email)**
TO:    Working Interest Owners

RE:  Sklar Exploration Company, LLC
       Graddy 34-10 #1
       Southwest Brooklyn Oil Unit
       Conecuh County, Alabama

Dear Owner:

Sklar Exploration Company, LLC, as operator of the Southwest Brooklyn Oil Unit, hereby proposes a workover on the Graddy 34-10 #1.  The well is currently producing 250 MCFD + 80 BOPD + 0 BWPD on jet pump from the Upper Smackover.

As you are aware from previous workovers, the wells in this area have problems with salt deposition in the tubing, casing and perforations. This well has not been acidized in the producing Upper Smackover interval.

The work will consist of washing out salt deposits using coil tubing, nitrogen, and freshwater, and then acidizing the producing perforations with 3500 gals nitrogen foamed 15% HCL acid. The well will then be jetted in and returned to production.  We anticipate a production rate of approximately 150 BOPD + 500 MCFD.

Enclosed please find a detailed procedure, wellbore diagram, AFE and a log section for your review. Pursuant to Article 4.3.2 of the Southwest Brooklyn Oil Unit Operating Agreement dated November 1, 2018, Sklar will proceed with the operation after receiving an affirmative vote from three (3) or more working interest owners with a combined majority voting interest. Please make your election on the ballot provided and return it to keggleston@sklarexploration.com at your earliest convenience.

Graddy 34-10 #1
Southwest Brooklyn Oil Unit
July 29, 2019
Page **2** of **3**

Should you have any questions, please feel free to call.

Sincerely,

Sutton Lloyd
Landman

Enclosed:    Ballot, Procedure, AFE, Wellbore Diagram, Log

AHC 000818

Graddy 34-10 #1
Southwest Brooklyn Oil Unit
July 29, 2019
Page **3** of **3**

## SKLAR EXPLORATION COMPANY L.L.C.
## GRADDY 34-10 #1
## SOUTHWEST BROOKLYN OIL UNIT
## CONECUH COUNTY, ALABAMA

### BALLOT

_____  I/We hereby approve Sklar Exploration Company L.L.C.'s proposal to perform the workover operation the above referenced well.

_____  I/We hereby **reject** Sklar Exploration Company L.L.C.'s proposal to perform the workover operation on the above referenced well.


SIGNATURE: _____

PRINTED NAME: _____

COMPANY NAME: _____

TITLE: _____

DATE: _____

AHC 000819

Graddy 34-10 #1 Workover AFE 072619,7/29/2019,4:51 PM

# SKLAR Exploration Company L.L.C.
401 Edwards St. Suite 1601
Shreveport, LA 71101
(318) 227-8668

## AUTHORITY FOR EXPENDITURE

| DATE: | July 26, 2019 | FIELD: | SW Brooklyn |
|---|---|---|---|
| OPERATOR: | Sklar Exploration Company L.L.C. | STATE: | Alabama |
| WELL: | Graddy 34-10 #1 | HORIZON: | Smackover |
| LOCATION: | Section 34, T4N, R12E | PROJ. T.D.: | 12,304' AIL |

Southwest Brooklyn Oil Unit

**PROPOSAL:** Remove salt deposits from tubing, packer, jet pump assembly, and casing.  Acidize with 3500 gals 15% HCL, using coil tubing and nitrogen.

| CODE or SUB | CLASSIFICATION: | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| **9100** | **LEASEHOLD COSTS** | | | |
| 81 | LEGAL FEES, TITLE OPINIONS, CURATIVE | | | |
| 86 | LEASE BONUS | | | |
| 84 | LEASE EXTENSION | | | |
| 88 | DELAY RENTALS | | | |
| 89 | BROKERAGE | | | |
| 90 | LANDMAN COSTS | | | |
| 91 | RECORDING FEES | | | |
| | **TOTAL LEASEHOLD COSTS** | $0 | $0 | $0 |

| CODE or SUB | CLASSIFICATION: | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| **9200/9300** | **INTANGIBLE DRILLING & COMPLETION** | | | |
| 01 | SURVEY, DOC HEARINGS, PERMITS | | | |
| 02 | LOCATION PREPARATION/DIRT WORK | | | |
| 03 | LOCATION CLEAN UP & PIT CLOSURE | | | |
| 04 | SURFACE DAMAGES & ROW | | | |
| 05 | SETTING CONDUCTOR CASING | | | |
| 06 | RIG MOBILIZE/DEMOBILIZE | | | |
| 07 | DRILLING - FOOTAGE | | | |
| 08 | DRILLING - TURNKEY | | | |
| 10 | DAYWORK WITH DRILL PIPE | | | |
| 11 | DAYWORK WITHOUT DRILL PIPE | | | |
| 12 | DAYWORK - RIG EQUIPMENT & REPAIR | | | |
| 13 | ENGINEERING & SUPERVISION: | | 4,800 | 4,800 |
| 14 | RIG INSTRUMENTATION  & MONITORING | | | |
| 15 | COIL TUBING UNIT | | 13,500 | 13,500 |
| 16 | DIRECTIONAL DRILLING TOOLS & SVCS | | | |
| 17 | MUD & CHEMICALS | | | |
| 18 | MUD DISPOSAL | | | |
| 23 | MUD LOGGING | | | |
| 24 | CEMENTING & EQUIPMENT | | | |
| 25 | CASING CREW & LAYDOWN MACHINE: | | | |
| 26 | PIPE TESTING | | | |
| 27 | EQUIPMENT RENTALS | | 22,000 | 22,000 |
| 28 | FISHING TOOLS & SVCS | | | |
| 29 | TELEPHONE & COMMUNICATIONS: | | | |
| 30 | WATER | | | |
| 31 | FUEL | | | |
| 32 | BITS | | | |
| 33 | TRANSPORTATION & TRUCKING | | | |
| 34 | CONTRACT LABOR | | 6,000 | 6,000 |
| 35 | SAFETY & H2S TRAINING | | | |
| 36 | LOGGING & WIRELINE   (Slickline) | | 3,200 | 3,200 |
| 37 | DRILL STEM & PRODUCTION TESTING | | | |
| 38 | CORING & ANALYSIS | | | |
| 39 | GEOLOGICAL | | | |
| 40 | GEOPHYSICAL | | | |
| 46 | WORKOVER RIG | | | |
| 47 | PERFORATION SERVICES | | | |
| 48 | COMPLETION FLUIDS | | | |
| 49 | STIMULATION SERVICES | | 25,000 | 25,000 |
| 50 | INSTALLATION OF WELL EQUIPMENT | | | |
| 51 | PIPELINE EXPENSES & ROW | | | |
| 58 | AUTO EXPENSE | | | |
| 61 | SALT WATER DISPOSAL | | | |
| 63 | VACUUM TRUCK | | | |
| 64 | SWABBING UNIT | | 4,000 | 4,000 |
| 65 | PLUG & ABANDON COSTS | | | |
| 78 | INSURANCE | | | |
| 79 | COPAS OVERHEAD - DRILLING/COMPLETION | | | |
| 82 | MISCELLANEOUS: ±5% contingency | 0 | 4,000 | 4,000 |
| | **TOTAL INTANGIBLE DRILLING & COMPLETION** | $0 | $82,500 | $82,500 |

| CODE or SUB | CLASSIFICATION: | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| **9500** | **TANGIBLE EQUIPMENT - DRILLING** | | | |
| 01 | CONDUCTOR CASING | | | |
| 02 | SURFACE CASING | | | |
| 03 | INTERMEDIATE CASING & LINERS | | | |
| 04 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 05 | WELLHEAD EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - DRILLING** | $0 | $0 | $0 |

| CODE or SUB | CLASSIFICATION: | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| **9520** | **TANGIBLE EQUIPMENT - COMPLETION** | | | |
| 21 | PRODUCTION CASING & LINERS | | | |
| 22 | TUBING | | | |
| 23 | PACKERS | | | |
| 24 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 25 | WELLHEAD EQUIPMENT | | | |
| 27 | ARTIFICIAL LIFT EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - COMPLETION** | $0 | $0 | $0 |

| CODE or SUB | CLASSIFICATION: | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| **9540** | **SURFACE PRODUCTION EQUIPMENT** | | | |
| 41 | SURFACE PRODUCTION EQUIPMENT | | | |
| 42 | COMPRESSION | | | |
| 43 | TANK BATTERY COSTS | | | |
| 44 | FLOWLINES, FITTINGS, CONNECTIONS | | | |
| 45 | PIPELINE & GATHERING SYSTEM COSTS | | | |
| 46 | SALES METERING EQUIPMENT | | | |
| | **TOTAL SURFACE PRODUCTION EQUIPMENT** | $0 | $0 | $0 |

| | **TOTAL EQUIPMENT** | $0 | $0 | $0 |
|---|---|---|---|---|

| | **TOTAL WELL COST** | $0 | $82,500 | $82,500 |
|---|---|---|---|---|

APPROVED:_____, 2019.

BY:_____

OEE Insurance Election (Please check your election below):
☐ Coverage under own policy with limits not less than_____.

☐ Coverage under Operator's policy

NOTE: If no election is checked or owner has not supplied proof of coverage prior to spud, owner will be included under and charged for SEC's OEE coverage.



### Graddy 34-10 #1
**Southwest Brooklyn Oil Unit**
**Brooklyn Field**
**Section 34, T4N, R12E**
**Conecuh County, Alabama**
**Permit #16709**
**Workover Procedure**
**July 26, 2019**

**WELLBORE DETAIL:** See attached diagram.

**DRIVING DIRECTIONS:** From Brooklyn go North on CR 6 approx. 6 miles, go past Hwy 69 to lease road on the left. Follow lease road to well site location, approx. ½ mile.

From Castleberry Alabama take Hwy 6 South for approx. 10 miles. Turn right through yellow gate and follow lease road to location.

**PURPOSE:** Remove salt deposits from tubing, packer, jet pump assembly, and casing using coil tubing. Acidize Upper Smackover with 3500-gals nitrogen foamed 15% HCL acid.

#### WORKOVER PROCEDURE

1. Reverse circulate jet pump to surface. MIRU SLU. RIH with shifting tool and shift closed the PXD sleeve at 11,927'. POOH. RIH with equalizing bar and open equalizing ports on standing valve. POOH. Allow pressure to equalize. RIH with pulling tool. Latch onto standing valve and POOH with same. RDMO SLU.

2. MI rental separator and flare stack. Connect and test flow-back lines. MIRU C&J Energy Services 1-3/4" coil tubing unit, N2 unit, and acid pump. Have swab unit on location standing by.

3. RIH with 1-3/4" jet nozzle on 1-3/4" coil tubing, pumping 900 SCF N2/min. Begin pumping 0.5 BPM freshwater with 500 SCF N2/min at 10,000'. Continue in hole washing out salt deposits with freshwater and nitrogen to 12,020'. While continuing to wash, work jet nozzle back up to 11,900' and then back down to 12,020'. Shut off freshwater and jet well with 900 SCF N2/min until all water is recovered.

4. Pull jet nozzle up to 11,960'. SI returns (tbg/coil tbg annulus) and pressure up with N2 until injection into formation is established. Pump 3500 gals 15% HCL with 900 SCF N2/min, with returns SI. Work jet nozzle from 11,960' to 12,020' while acidizing. Pull up to 10,000'. Open tbg/coil tbg annulus. RIH to btm jetting with 900 SCF N2/min. POOH slowly, jetting well with 900 SCF N2/min.

AHC 000821



**Graddy 34-10 #1**
**Workover Procedure (Cont'd)**
**July 26, 2019**

5.  RDMO coil tubing unit.  Continue flowing well to rental equipment until well is strong enough to return to production.  Place well on production if well continues to flow.  Swab well if necessary, to recover spent acid.  If well will not flow after fluid recovery, MIRU SLU.  RIH with standing valve and set same in PXD assembly.  POOH.  Fill tubing with oil and pressure tubing to 500 psig.  RIH with shifting tool and shift open PXD sleeve.  POOH. Break circulation to ensure sleeve is open.  RDMO SLU. Transfer fluids out of rental separator to production tanks.  Move out rental equipment.  Place well on production via jet pump.

**Notify AOGB before starting operations.**
**Field Agent – Paul Matthews (251) 607-8826**

AHC 000822



**LEASE:** Graddy 34-10 #1
**FIELD:** Wildcat
**COUNTY:** Conecuh
**STATE:** Alabama
**LOCATION:** 1867' FSL & 1823' FEL
S34-T4N-R12E
**API #:** 01-035-20270-00-00
**Permit NO.:** 16709
**SPUD:** July 30, 2012
**Prepared by:** RMW
**Date:** 7/26/19

**Wellbore Diagram**
**Graddy 34-10 #1**

KB: 329.5 '
GL: 305.8'
DF: 328'

Bradenhead flange:
Tbghead flange:
Production tree:

20" @ 84'

**8/01/12**
70 jts, 9-5/8", # @ 2,940'
Lead: 890 sks , 12.8#, 1.81 yld
Tail: 305 sks, 16#, 1.15 yld
Top Out: 100 sks, 15.4#, 1.23 yld

**9/20/12**
1 jt. 2-7/8" 6.5# L-80 EUE 8rd tbg
10' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
3' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
368 jts 2-7/8" 6.5# L-80 EUE 8rd tbg
4' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
1 jt. 2-7/8" 6.5# L-80 EUE 8rd tbg
2-7/8" PXD Jet pump sleeve (**opened 7/14/16**)
10' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
On/Off tool 5-1/2" X 2-7/8" EUE, T-2 Overshot
On/Off Stinger, 2-7/8" X 2.188 'R' profile
ASI-X Packer 5-1/2" X 2-7/8" 10K @ 11,943'
4' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
2.188" 'R' nipple @ 11,954'
6' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
Ported under balance sub
10' X 2-7/8" 6.5# L-80 EUE 8rd tbg sub
Auto release firing head
EOT @ 11,972'

TOC: 10,162'

**Perfs : 9/20/2012**
11,974' – 11,980'
11,986' – 12,003'
Upper SMKV
AIL = RCBL
6 spf, 60°

**8/17/12**
13 jts 5-1/2" , 20# @ Srf – 570'
232 jts 5-1/2" , 17# @ 570' – 11,025'
28 jts 5-1/2" , 20# @ 11,025' – 12,304'
Lead: 100 sks , 12.4#, 2.05 yld
Tail: 350 sks , 16.2#, 1.5 yld

Gun assembly dropped to PBTD
Top of TCP assembly - 12,189' AIL = RCBL

PBTD = FC @ 12,221' GR=AIL
TD = 12,304' AIL

AHC 000823



Sklar Exploration Company LLC
Graddy 34-10 #1
Wildcat Field
Conecuh County, Alabama
Schlumberger PEX 8/19/2012



Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 303-541-1559
Facsimile: 303-443-1551

Sutton Lloyd – Landman

Telephone: 720-961-5476
E-Mail: slloyd@sklarexploration.com

January 6, 2020

**(Via Email)**
TO:     Working Interest Owners

RE:  Sklar Exploration Company, LLC
Pate 3-11 #1
Southeast Brooklyn Oil Unit
Conecuh County, Alabama

Dear Owner:

Sklar Exploration Company, LLC, as operator of the Southeast Brooklyn Oil Unit, hereby proposes a workover on the Pate 3-11 #1.  Prior to going off production, the well was averaging 8.5 BOPD on rod pump.

The work will consist of pulling/fishing the rods and pump.  The tubing will be tripped and tested in the hole only if it fails to pressure test.  A new 1.25" pump will be run to replace the existing 1.50" pump, and 500' of ¾" rods will be replaced with 7/8" rods.  We anticipate the well will return to production at a rate of 10 BOPD.

Enclosed please find a detailed procedure, wellbore diagram, AFE, and a log section for your review. Pursuant to Article 4.3.2 of the Southeast Brooklyn Oil Unit Operating Agreement dated November 1, 2018, Sklar will proceed with the operation after receiving an affirmative vote from three (3) or more working interest owners with a combined majority voting interest. Please make your election on the ballot provided and return it to mmcphillips@sklarexploration.com at your earliest convenience.  Should you have any questions, please feel free to call.

Sincerely,

Sutton Lloyd
Landman

Encl.

AHC 000825

Pate 3-11 #1
Southeast Brooklyn Oil Unit
January 6, 2020
Page **2** of **2**

### SKLAR EXPLORATION COMPANY L.L.C.
### PATE 3-11 #1
### SOUTHEAST BROOKLYN OIL UNIT
### CONECUH COUNTY, ALABAMA

### BALLOT

_____  I/We hereby approve Sklar Exploration Company L.L.C.'s proposal to perform the workover operation the above referenced well.

_____  I/We hereby **reject** Sklar Exploration Company L.L.C.'s proposal to perform the workover operation on the above referenced well.

SIGNATURE: _____

PRINTED NAME: _____

COMPANY NAME: _____

TITLE: _____

DATE: _____

AHC 000826



**Pate 3-11 #1**
**Brooklyn Field**
**Southeast Brooklyn Oil Unit**
**Section 3, T3N, R13E**
**API #01-035-20334-00-00**
**Conecuh County, Alabama**
**Permit #17128**
**Workover Procedure**
**January 3, 2020**

**WELLBORE DETAIL:  See attached diagram.**

**DRIVING DIRECTIONS (TRUCK):**

From Evergreen AL at I-65 take Hwy 84 East for 12 miles. Turn right (South) on CR 43.
Go 12 miles to Tee.  Turn left (SE) on CR 42.  Go 1.6 miles.  Turn left on Callaway Rd and
go 0.6 miles.  Turn right into location.

**PURPOSE:** Pull rods & pump to repair parted rod string.  Pull tubing only if tbg doesn't
pressure test. Change out 500' of ¾" rods with 7/8" rods.  Change pump from 1-1/2"
to 1-1/4".

**WORKOVER PROCEDURE**

1.  MIRU workover rig, pump, and tank.  Bleed tubing and casing to zero.  Partially load
well with lease saltwater as needed to control well.  Pressure test tubing to 500 psig.
Bleed off pressure. Clamp off polish rod.  Disconnect bridle.  LD horse head.  Install
rod stripper head.  POOH with rods. RBIH with overshot and rod string.  Latch onto
parted rod.  Unseat pump and POOH.  Send in pump for exchange with 1-1/4" pump.

2.  If tubing will not test, ND stripper head and NU BOP's.  Release tubing anchor and
POOH with production tubing.  Exchange tbg anchor and clean out mud anchor.
RIH w/ 2 jt 2-7/8" bull-plugged mud anchor, Cavin's de-sander, 6' x 2-7/8" 6.5 #/ft
L-80 EUE 8rd tbg sub, 2.28" pump seating nipple, 2 jts 2.7/8" 6.5 #/ft L-80 EUE 8rd
tbg, tbg anchor/catcher, and 329 jts 2-7/8" 6.5 #/ft L-80 EUE 8rd tbg, 8' x 2-7/8" 6.5
#/ft L-80 EUE 8rd tbg sub, and one jt 2-7/8" 6.5 #/ft L-80 EUE 8rd tbg. Internally
testing tubing with water to 5000 psig while GIH.  ND BOP's.  Set tubing anchor w/
12,000# tension at approximately 10,835'.  Land tubing.  NU wellhead.

Page 1 of 2

AHC 000827



**Pate 3-11 #1**
**Workover Procedure (Cont'd)**
**January 3, 2020**

3.   NU rod stripper head.  RIH with new 2.5" x 1.25" x 30' BHD pump, 10 – 1.5"
     weight bars, 265 - ¾" rods, 161 - 7/8" HD rods.  Visually inspect rod boxes and
     guides, replacing as needed.  Seat pump with 1-1/2" x 22' polish rod.  Check pump
     action.  ND stripper head.  Install horse head.  Bridle polish rod to pumping unit.
     RDMO WOR.  Place well on production via rod pump.


**Notify AOGB before starting operations.**
**Field Agent – Paul Matthews (251) 607-8826**

AHC 000828

**LEASE:**     Pate 3-11 #1
**FIELD:**     Brooklyn
**COUNTY:**    Conecuh
**STATE:**     Alabama
**LOCATION:**  1960' FWL & 1960' FSL
               S3-T3N-R13E
**API #:**     01-035-20334-00-00
**Permit NO.:** 17128
**SPUD:**      12/15/14
**Prepared by:** BME
**Date Updated: 4/16/15**

## Wellbore Diagram
## Pate 3-11 #1

KB: 156.9'
GL: 135.9'
DF: 155.5'

Bradenhead flange:
Tbghead flange:
Production tree:

20" @ 98'

**4/12/15**
2-7/8" 6.5# L-80 EUE 8rd slick jt
8' X 2-7/8" 6.5# L-80 8rd tbg pup jt
327 jts 2-7/8" 6.5# L-80 EUE 8rd tbg
1/4 turn TAC @ 10,771'
5-1/2" X 2-7/8" AS1-X anchor, CI slips 10K
4 jts 2-7/8" 6.5# L-80 EUE 8rd tbg
2-7/8" EUE Seating Nipple @ 10,906'
6' X 2-7/8" 6.5# L-80 EUE 8rd tbg pup
3-1/2" X 2-7/8" Cavins Desander @ 10,914'
2 jts 2-7/8" 6.5# L-80 EUE 8rd tbg – mud anchor
2-7/8" coupling EUE L-80
2-7/8" Bull Plug
EOT @ 10,997'

**4/12/15 – Rod Info:**
22' X 1-1/2" polish rod
1—7/8" X 2' Pony rod
140 – 7/8" X 25' rods
1—3/4" X 7/8" Combination rod box
284--3/4" X 25' rods
10—1-1/2" K Bars w/ 3/4" pins
1-1/2" X 30' Insert pump w/ sucker rod cplg and 1'
            strainer nipple

**12/16/14**
63 jts, 9-5/8", 40ppf  J-55 @ 2645'
20 bbl FW
Lead:  800 sks (252 bbl) Halliburton Light
Standard + add, 12.8 ppg, 1.775 yld
Tail: 270 sks (62 bbl) Standard cmt, 15
ppg, 1.287 yld
Displ w/ 194 bbl fresh water
Top Out:  100 sks (23 bbl) Standard + add,
15 ppg, 1.317 yld

TOC:  10,258'

**Perfs: 2/11/15**
11,673' – 11,675' AIL = RCBL
11,680' – 11,685' AIL = RCBL
11,729' – 11,734' AIL = RCBL
SMKV, 6 spf, 60°, SDP
2/18/15 Acid:  2500 bbl SuperSol EQH-155.
Max Press 6,625 psi @ 2.5 bpm, Flush with
4% KCL wtr to perfs + 5 bbls. ISIP 5,550 psi,
5 min 4401 psi, 10 min 4096 psi, 15 min
4037 psi

**1/5/14**
11 jts, 5-1/2", 20#, L-80  Srf – 494'
220 jts, 5-1/2", 17#, L-80  494' – 10343'
37 jts, 5-1/2", 20#, L-80  10343' –  11996'
23.8 bbl Clay Fix-3, 8.3 ppg, 23.8 bbl Super
Flush, 23.8 bbl Clay Fix-3
Lead:  100 sks HTLD (33 bbl), 12.8 ppg,
1.876 yld
Tail:  400 sks Prem (103 bbl), 16.3 ppg, 1.445
yld, top @ 9741'
Displ w/ 274 bbl fresh wtr

Gun assembly dropped to PBTD
Top of TCP assembly  -' AIL = RCBL

PBTD = FC @ 11,875' AIL
TD = 11996' AIL

Pate 3-11 #1 Workover AFE 010320,1/6/2020,4:50 PM

# SKLAR Exploration Company L.L.C.
401 Edwards St. Suite 1601
Shreveport, LA 71101
(318) 227-8668

## AUTHORITY FOR EXPENDITURE

| DATE: | January 3, 2020 | FIELD: | Brooklyn |
|---|---|---|---|
| OPERATOR: | Sklar Exploration Company L.L.C. | STATE: | Alabama |
| WELL: | Pate 3-11 #1 | HORIZON: | Smackover |
| LOCATION: | Section 3, T3N, R13E, Conecuh County | PROJ. T.D.: | 11,996' |
| PROPOSAL: | Southeast Brooklyn Oil Unit | | |
| | Trip pump, rods and possibly tubing, due to rod part.  Change pump from 1-1/2" to 1-1/4". | | |

| CODE or SUB | CLASSIFICATION: | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| 9100 | **LEASEHOLD COSTS** | | | |
| 81 | LEGAL FEES, TITLE OPINIONS, CURATIVE | | | |
| 86 | LEASE BONUS | | | |
| 84 | LEASE EXTENSION | | | |
| 88 | DELAY RENTALS | | | |
| 89 | BROKERAGE | | | |
| 90 | LANDMAN COSTS | | | |
| 91 | RECORDING FEES | | | |
| | **TOTAL LEASEHOLD COSTS** | $0 | $0 | $0 |

| 9200/9300 | **INTANGIBLE DRILLING & COMPLETION** | | | |
|---|---|---|---|---|
| 01 | SURVEY, DOC HEARINGS, PERMITS | | | |
| 02 | LOCATION PREPARATION/DIRT WORK | | | |
| 03 | LOCATION CLEAN UP & PIT CLOSURE | | | |
| 04 | SURFACE DAMAGES & ROW | | | |
| 05 | SETTING CONDUCTOR CASING | | | |
| 06 | RIG MOBILIZE/DEMOBILIZE | | | |
| 07 | DRILLING - FOOTAGE | | | |
| 08 | DRILLING - TURNKEY | | | |
| 10 | DAYWORK WITH DRILL PIPE | | | |
| 11 | DAYWORK WITHOUT DRILL PIPE | | | |
| 12 | DAYWORK - RIG EQUIPMENT & REPAIR | | | |
| 13 | ENGINEERING & SUPERVISION: | | 8,600 | 8,600 |
| 14 | RIG INSTRUMENTATION  & MONITORING | | | |
| 15 | COIL TUBING UNIT | | | |
| 16 | DIRECTIONAL DRILLING TOOLS & SVCS | | | |
| 17 | MUD & CHEMICALS | | | |
| 18 | MUD DISPOSAL | | | |
| 23 | MUD LOGGING | | | |
| 24 | CEMENTING & EQUIPMENT | | | |
| 25 | CASING CREW & LAYDOWN MACHINE: | | | |
| 26 | PIPE TESTING | | 3,000 | 3,000 |
| 27 | EQUIPMENT RENTALS | | | |
| 28 | FISHING TOOLS & SVCS | | | |
| 29 | TELEPHONE & COMMUNICATIONS: | | | |
| 30 | WATER | | | |
| 31 | FUEL | | | |
| 32 | BITS | | | |
| 33 | TRANSPORTATION & TRUCKING | | 8,400 | 8,400 |
| 34 | CONTRACT LABOR | | | |
| 35 | SAFETY & H2S TRAINING | | | |
| 36 | LOGGING & WIRELINE  (SLICKLINE) | | | |
| 37 | DRILL STEM & PRODUCTION TESTING | | | |
| 38 | CORING & ANALYSIS | | | |
| 39 | GEOLOGICAL | | | |
| 40 | GEOPHYSICAL | | | |
| 46 | WORKOVER RIG | | 21,000 | 21,000 |
| 47 | PERFORATION SERVICES | | | |
| 48 | COMPLETION FLUIDS | | 1,000 | 1,000 |
| 49 | STIMULATION SERVICES | | | |
| 50 | INSTALLATION OF WELL EQUIPMENT | | | |
| 51 | PIPELINE EXPENSES & ROW | | | |
| 58 | AUTO EXPENSE | | | |
| 61 | SALT WATER DISPOSAL | | | |
| 63 | VACUUM TRUCK | | | |
| 64 | SWABBING UNIT | | | |
| 65 | PLUG & ABANDON COSTS | | | |
| 78 | INSURANCE | | | |
| 79 | COPAS OVERHEAD - DRILLING/COMPLETION | | | |
| 82 | MISCELLANEOUS: ±5% contingency | 0 | 2,100 | 2,100 |
| | **TOTAL INTANGIBLE DRILLING & COMPLETION** | $0 | $44,100 | $44,100 |

| 9500 | **TANGIBLE EQUIPMENT - DRILLING** | | | |
|---|---|---|---|---|
| 01 | CONDUCTOR CASING | | | |
| 02 | SURFACE CASING | | | |
| 03 | INTERMEDIATE CASING & LINERS | | | |
| 04 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 05 | WELLHEAD EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - DRILLING** | $0 | $0 | $0 |

| 9520 | **TANGIBLE EQUIPMENT - COMPLETION** | | | |
|---|---|---|---|---|
| 21 | PRODUCTION CASING & LINERS | | | 0 |
| 22 | TUBING | | | 0 |
| 23 | PACKERS | | 1,500 | 1,500 |
| 24 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 25 | WELLHEAD EQUIPMENT | | | |
| 27 | ARTIFICIAL LIFT EQUIPMENT | | 8,500 | 8,500 |
| | **TOTAL TANGIBLE EQUIPMENT - COMPLETION** | $0 | $10,000 | $10,000 |

| 9540 | **SURFACE PRODUCTION EQUIPMENT** | | | |
|---|---|---|---|---|
| 41 | SURFACE PRODUCTION EQUIPMENT | | | |
| 42 | COMPRESSION | | | |
| 43 | TANK BATTERY COSTS | | | |
| 44 | FLOWLINES, FITTINGS, CONNECTIONS | | | |
| 45 | PIPELINE & GATHERING SYSTEM COSTS | | | |
| 46 | SALES METERING EQUIPMENT | | | |
| | **TOTAL SURFACE PRODUCTION EQUIPMENT** | $0 | $0 | $0 |

| | **TOTAL EQUIPMENT** | $0 | $10,000 | $10,000 |

| | **TOTAL WELL COST** | $0 | $54,100 | $54,100 |

APPROVED:_____, 2020.

BY:_____

OEE Insurance Election (Please check your election below):
☐ Coverage under own policy with limits not less than_____.

☐ Coverage under Operator's policy

NOTE: If no election is checked or owner
has not supplied proof of coverage
prior to spud, owner will be included
under and charged for SEC's OEE
coverage.

AHC 000830

SCANNED

# Schlumberger

| | |
|---|---|
| Company: | Sklar Exploration Company, L.L.C. |
| Well: | Pate 3-11 #1 |
| Field: | Brooklyn - Productive Extension |
| County: | Conecuh      State:      Alabama |

ARRAY INDUCTION / SP / GR

LITHODENSITY / COMPENSATED NEUTRON

BOREHOLE COMPENSATED SONIC



| Location: | 1960' FWL & 1960' FSL |
| LAT: 31.25122   LONG: -86.74494 |
| X= 735,955   Y= 455,858 |

| Elev.: | K.B. | 156.90 ft |
| | G.L. | 140.00 ft |
| | D.F. | 155.50 ft |

| Permanent Datum: | Ground Level | Elev.: | 140.00 ft |
| Log Measured From: | Kelly Bushing | 16.90 ft | above Perm.Datum |
| Drilling Measured From: | Kelly Bushing | | |

| API Serial No. | Section: | Township: | Range: |
|---|---|---|---|
| 01-035-20334-00-00 | 3 | 3N | 13E |

County: Conecuh
Field: Brooklyn - Productive Extension
Location: 1960' FWL & 1960' FSL
Well: Pate 3-11 #1
Company: Sklar Exploration Company, L.L.C.

| | | | | |
|---|---|---|---|---|
| Logging Date | | 03-Jan-2015 | | |
| Run Number | | ONE | | |
| Depth Driller | | 11985.00 ft | | |
| Schlumberger Depth | | 11996.00 ft | | |
| Bottom Log Interval | | 11988.00 ft | | |
| Top Log Interval | | 2646.00 ft | | |
| Casing Driller Size @ Depth | | 9.625 In  @  2645.00 ft | | |
| Casing Schlumberger | | 2646 ft | | |
| Bit Size | | 8.5 In | | |
| Type Fluid In Hole | | Water Based Mud | | |
| MUD | Density | Viscosity | 9.6 lbm/gal | 51 s |
| | Fluid Loss | PH | 5.9 cm3 | 11.5 |
| | Source of Sample | | AIT Mud Sensor | |
| RM  @ Meas Temp | | 0.95 ohm.m  @  70.56 degF | | |
| RMF @ Meas Temp | | 0.71 ohm.m  @  70.56 degF | | |
| RMC @ Meas Temp | | 1.42 ohm.m  @  70.56 degF | | |
| Source RMF | RMC | Calculated | Calculated | |
| RM @ BHT | RMF @ BHT | 0.37  @  193 | 0.28  @  193 | |
| Max Recorded Temperatures | | 193 degF | | |
| Circulation Stopped | Time | 02-Jan-2015 | 15:00:00 | |
| ...ger on Bottom | Time | 03-Jan-2015 | 02:40:00 | |
| ...umber | Location: | 9110 | Laurel | |
| ...d By | | Mark Qi | | |
| ...By | | John Bush | | |



AHC 000832



| Spontaneous Potential (SP) AIT-M | Perm | MUDCAKE | Crossover |
|---|---|---|---|
| mV 40 | Synthetic Micro-Inverse Resistivity (SMIN) HDRS-H | Array Induction Two Foot Resistivity A90 (AT90) AIT-M<br>0.2 ohm.m 2000 | Delta-T (also called Slowness or Interval Transit Time) (DT) DSLT-H<br>140 us/ft 40 |
| GR | 0 ohm.m 10 | Array Induction Two Foot Resistivity A60 (AT60) AIT-M | Thermal Neutron Porosity (original Ratio Method) in Selected Lithology (NPHI) HGNS-H |
| gAPI 150 | Synthetic Micro-Normal Resistivity (SMNO) HDRS-H | 0.2 ohm.m 2000 | 0.35 ft3/ft3 -0.15 |
| Cable Tension (TENS) | | Array Induction Two Foot Resistivity A30 (AT30) AIT-M | Standard Resolution Density Porosity (DPHZ) HDRS-H |
| 0 lbf 1000 | 0 ohm.m 10 | 0.2 ohm.m 2000 | 0.35 ft3/ft3 -0.15 |
| Apparent Formation Water Resistivity (RWA) | | Array Induction Two Foot Resistivity A20 (AT20) AIT-M | Differential Caliper (DCAL) |
| ohm.m 0.5 | | 0.2 ohm.m 2000 | 0 in 20 |

Standard Resolution Formation Photoelectric Factor (PEFZ) HDRS-H — 0 ... 10

Density Standoff Correction (HDRA) HDRS-H — -0.8 g/cm3 0.2

Array Induction Two Foot Resistivity A10 (AT10) AIT-M — 0.2 ohm.m 2000

Differential Caliper (DCAL) — -20 in 0

─ ICV - Integrated Cement Volume every 100.00 (ft3)

┤ IHV - Integrated Hole Volume every 100.00 (ft3)

─ ICV - Integrated Cement Volume every 10.00 (ft3)

┤ IHV - Integrated Hole Volume every 10.00 (ft3)

Ξ_1900 - Time Marked every 60.00 (s)

...cription:   Format: Log ( Repeat TCOM 5 Inch Denbury Pearl River )   Index Scale: 5 in per 100 ft   Index Unit: ft   Index Type: Measured Depth   Creation

## Channel Processing Parameters

| ...ameter | Description | Tool | Value | Unit |
|---|---|---|---|---|
| M | Array Induction Borehole Correction Mode | AIT-M | Compute Standoff | |
| Ξ | Array Induction Casing Detection Enable | AIT-M | Yes | |
| A | Array Induction Tool Standoff | AIT-M | 1.6 | in |
| | Barite Mud Presence Flag | Borehole | No | |
| | Borehole Status (Open or Cased Hole) | Borehole | Open | |
| | Bit Size | WLSESSION | Depth Zoned | in |
| _SHIFT | CALI Supplementary Offset | HDRS-H | 0.123 | In |
| D | Casing Bottom (Logger) | WLSESSION | 2646 | ft |

AHC 000833



Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 303-541-1559
Facsimile: 303-443-1551

Sutton Lloyd – Landman

Telephone: 720-961-5476
E-Mail: slloyd@sklarexploration.com

January 6, 2020

**(Via Email)**
TO:     Working Interest Owners

RE:  Sklar Exploration Company, LLC
Pate 3-11 #1
Southeast Brooklyn Oil Unit
Conecuh County, Alabama

Dear Owner:

Sklar Exploration Company, LLC, as operator of the Southeast Brooklyn Oil Unit, hereby proposes a workover on the Pate 3-11 #1.  Prior to going off production, the well was averaging 8.5 BOPD on rod pump.

The work will consist of pulling/fishing the rods and pump.  The tubing will be tripped and tested in the hole only if it fails to pressure test.  A new 1.25" pump will be run to replace the existing 1.50" pump, and 500' of ¾" rods will be replaced with 7/8" rods.  We anticipate the well will return to production at a rate of 10 BOPD.

Enclosed please find a detailed procedure, wellbore diagram, AFE, and a log section for your review. Pursuant to Article 4.3.2 of the Southeast Brooklyn Oil Unit Operating Agreement dated November 1, 2018, Sklar will proceed with the operation after receiving an affirmative vote from three (3) or more working interest owners with a combined majority voting interest. Please make your election on the ballot provided and return it to mmcphillips@sklarexploration.com at your earliest convenience.  Should you have any questions, please feel free to call.

Sincerely,

Sutton Lloyd
Landman

Encl.

AHC 000834

Pate 3-11 #1
Southeast Brooklyn Oil Unit
January 6, 2020
Page **2** of **2**

### SKLAR EXPLORATION COMPANY L.L.C.
### PATE 3-11 #1
### SOUTHEAST BROOKLYN OIL UNIT
### CONECUH COUNTY, ALABAMA

### BALLOT

_____ I/We hereby approve Sklar Exploration Company L.L.C.'s proposal to perform the workover operation the above referenced well.

_____ I/We hereby **reject** Sklar Exploration Company L.L.C.'s proposal to perform the workover operation on the above referenced well.

SIGNATURE: _____

PRINTED NAME: _____

COMPANY NAME: _____

TITLE: _____

DATE: _____

AHC 000835



**Pate 3-11 #1**
**Brooklyn Field**
**Southeast Brooklyn Oil Unit**
**Section 3, T3N, R13E**
**API #01-035-20334-00-00**
**Conecuh County, Alabama**
**Permit #17128**
**Workover Procedure**
**January 3, 2020**

**WELLBORE DETAIL:  See attached diagram.**


**DRIVING DIRECTIONS (TRUCK):**

From Evergreen AL at I-65 take Hwy 84 East for 12 miles. Turn right (South) on CR 43.
Go 12 miles to Tee.  Turn left (SE) on CR 42.  Go 1.6 miles.  Turn left on Callaway Rd and
go 0.6 miles.  Turn right into location.


**PURPOSE:**  Pull rods & pump to repair parted rod string.  Pull tubing only if tbg doesn't
pressure test. Change out 500' of ¾" rods with 7/8" rods.  Change pump from 1-1/2"
to 1-1/4".


**WORKOVER PROCEDURE**

1.  MIRU workover rig, pump, and tank.  Bleed tubing and casing to zero.  Partially load
    well with lease saltwater as needed to control well.  Pressure test tubing to 500 psig.
    Bleed off pressure. Clamp off polish rod. Disconnect bridle.  LD horse head. Install
    rod stripper head.  POOH with rods. RBIH with overshot and rod string.  Latch onto
    parted rod.  Unseat pump and POOH.  Send in pump for exchange with 1-1/4" pump.

2.  If tubing will not test, ND stripper head and NU BOP's.  Release tubing anchor and
    POOH with production tubing.  Exchange tbg anchor and clean out mud anchor.
    RIH w/ 2 jt 2-7/8" bull-plugged mud anchor, Cavin's de-sander, 6' x 2-7/8" 6.5 #/ft
    L-80 EUE 8rd tbg sub, 2.28" pump seating nipple, 2 jts 2.7/8" 6.5 #/ft L-80 EUE 8rd
    tbg, tbg anchor/catcher, and 329 jts 2-7/8" 6.5 #/ft L-80 EUE 8rd tbg, 8' x 2-7/8" 6.5
    #/ft L-80 EUE 8rd tbg sub, and one jt 2-7/8" 6.5 #/ft L-80 EUE 8rd tbg. Internally
    testing tubing with water to 5000 psig while GIH.  ND BOP's.  Set tubing anchor w/
    12,000# tension at approximately 10,835'.  Land tubing.  NU wellhead.


Page 1 of 2

AHC 000836



**Pate 3-11 #1**
**Workover Procedure (Cont'd)**
**January 3, 2020**

3.   NU rod stripper head.  RIH with new 2.5" x 1.25" x 30' BHD pump, 10 – 1.5"
     weight bars, 265 - ¾" rods, 161 - 7/8" HD rods.  Visually inspect rod boxes and
     guides, replacing as needed.  Seat pump with 1-1/2" x 22' polish rod.  Check pump
     action.  ND stripper head.  Install horse head.  Bridle polish rod to pumping unit.
     RDMO WOR.  Place well on production via rod pump.

**Notify AOGB before starting operations.**
**Field Agent – Paul Matthews (251) 607-8826**

AHC 000837

**LEASE:** Pate 3-11 #1
**FIELD:** Brooklyn
**COUNTY:** Conecuh
**STATE:** Alabama
**LOCATION:** 1960' FWL & 1960' FSL
S3-T3N-R13E
**API #:** 01-035-20334-00-00
**Permit NO.:** 17128
**SPUD:** 12/15/14
**Prepared by:** BME
**Date Updated: 4/16/15**

**Wellbore Diagram**
**Pate 3-11 #1**

KB: 156.9'
GL: 135.9'
DF: 155.5'

Bradenhead flange:
Tbghead flange:
Production tree:

20" @ 98'

**4/12/15**
2-7/8" 6.5# L-80 EUE 8rd slick jt
8' X 2-7/8" 6.5# L-80 8rd tbg pup jt
327 jts 2-7/8" 6.5# L-80 EUE 8rd tbg
1/4 turn TAC @ 10,771'
5-1/2" X 2-7/8" AS1-X anchor, CI slips 10K
4 jts 2-7/8" 6.5# L-80 EUE 8rd tbg
2-7/8" EUE Seating Nipple @ 10,906'
6' X 2-7/8" 6.5# L-80 EUE 8rd tbg pup
3-1/2" X 2-7/8" Cavins Desander @ 10,914'
2 jts 2-7/8" 6.5# L-80 EUE 8rd tbg – mud anchor
2-7/8" coupling EUE L-80
2-7/8" Bull Plug
EOT @ 10,997'

**12/16/14**
63 jts, 9-5/8", 40ppf  J-55 @ 2645'
20 bbl FW
Lead:  800 sks (252 bbl) Halliburton Light
Standard + add, 12.8 ppg, 1.775 yld
Tail: 270 sks (62 bbl) Standard cmt, 15
ppg, 1.287 yld
Displ w/ 194 bbl fresh water
Top Out:  100 sks (23 bbl) Standard + add,
15 ppg, 1.317 yld

**4/12/15 – Rod Info:**
22' X 1-1/2" polish rod
1—7/8" X 2' Pony rod
140 – 7/8" X 25' rods
1—3/4" X 7/8" Combination rod box
284--3/4" X 25' rods
10—1-1/2" K Bars w/ 3/4" pins
1-1/2" X 30' Insert pump w/ sucker rod cplg and 1'
        strainer nipple

TOC:  10,258'

**Perfs: 2/11/15**
11,673' – 11,675' AIL = RCBL
11,680' – 11,685' AIL = RCBL
11,729' – 11,734' AIL = RCBL
SMKV, 6 spf, 60°, SDP
2/18/15 Acid:  2500 bbl SuperSol EQH-155.
Max Press 6,625 psi @ 2.5 bpm, Flush with
4% KCL wtr to perfs + 5 bbls. ISIP 5,550 psi,
5 min 4401 psi, 10 min 4096 psi, 15 min
4037 psi

**1/5/14**
11 jts, 5-1/2", 20#, L-80  Srf – 494'
220 jts, 5-1/2", 17#, L-80  494' – 10343'
37 jts, 5-1/2", 20#, L-80  10343' –  11996'
23.8 bbl Clay Fix-3, 8.3 ppg, 23.8 bbl Super
Flush, 23.8 bbl Clay Fix-3
Lead:  100 sks HTLD (33 bbl), 12.8 ppg,
1.876 yld
Tail:  400 sks Prem (103 bbl), 16.3 ppg, 1.445
yld, top @ 9741'
Displ w/ 274 bbl fresh wtr

Gun assembly dropped to PBTD
Top of TCP assembly  -' AIL = RCBL

PBTD = FC @ 11,875' AIL
TD = 11996' AIL

Pate 3-11 #1 Workover AFE 010320,1/6/2020,4:50 PM

## SKLAR Exploration Company L.L.C.
401 Edwards St. Suite 1601
Shreveport, LA 71101
(318) 227-8668

### AUTHORITY FOR EXPENDITURE

| DATE: | January 3, 2020 | FIELD: | Brooklyn |
|---|---|---|---|
| OPERATOR: | Sklar Exploration Company L.L.C. | STATE: | Alabama |
| WELL: | Pate 3-11 #1 | HORIZON: | Smackover |
| LOCATION: | Section 3, T3N, R13E, Conecuh County | PROJ. T.D.: | 11,996' |
| PROPOSAL: | Southeast Brooklyn Oil Unit | | |
| | Trip pump, rods and possibly tubing, due to rod part.  Change pump from 1-1/2" to 1-1/4". | | |

| CODE or SUB | CLASSIFICATION: | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| 9100 | **LEASEHOLD COSTS** | | | |
| 81 | LEGAL FEES, TITLE OPINIONS, CURATIVE | | | |
| 86 | LEASE BONUS | | | |
| 84 | LEASE EXTENSION | | | |
| 88 | DELAY RENTALS | | | |
| 89 | BROKERAGE | | | |
| 90 | LANDMAN COSTS | | | |
| 91 | RECORDING FEES | | | |
| | **TOTAL LEASEHOLD COSTS** | $0 | $0 | $0 |

| 9200/9300 | **INTANGIBLE DRILLING & COMPLETION** | | | |
|---|---|---|---|---|
| 01 | SURVEY, DOC HEARINGS, PERMITS | | | |
| 02 | LOCATION PREPARATION/DIRT WORK | | | |
| 03 | LOCATION CLEAN UP & PIT CLOSURE | | | |
| 04 | SURFACE DAMAGES & ROW | | | |
| 05 | SETTING CONDUCTOR CASING | | | |
| 06 | RIG MOBILIZE/DEMOBILIZE | | | |
| 07 | DRILLING - FOOTAGE | | | |
| 08 | DRILLING - TURNKEY | | | |
| 10 | DAYWORK WITH DRILL PIPE | | | |
| 11 | DAYWORK WITHOUT DRILL PIPE | | | |
| 12 | DAYWORK - RIG EQUIPMENT & REPAIR | | | |
| 13 | ENGINEERING & SUPERVISION: | | 8,600 | 8,600 |
| 14 | RIG INSTRUMENTATION  & MONITORING | | | |
| 15 | COIL TUBING UNIT | | | |
| 16 | DIRECTIONAL DRILLING TOOLS & SVCS | | | |
| 17 | MUD & CHEMICALS | | | |
| 18 | MUD DISPOSAL | | | |
| 23 | MUD LOGGING | | | |
| 24 | CEMENTING & EQUIPMENT | | | |
| 25 | CASING CREW & LAYDOWN MACHINE: | | | |
| 26 | PIPE TESTING | | 3,000 | 3,000 |
| 27 | EQUIPMENT RENTALS | | | |
| 28 | FISHING TOOLS & SVCS | | | |
| 29 | TELEPHONE & COMMUNICATIONS: | | | |
| 30 | WATER | | | |
| 31 | FUEL | | | |
| 32 | BITS | | | |
| 33 | TRANSPORTATION & TRUCKING | | 8,400 | 8,400 |
| 34 | CONTRACT LABOR | | | |
| 35 | SAFETY & H2S TRAINING | | | |
| 36 | LOGGING & WIRELINE  (SLICKLINE) | | | |
| 37 | DRILL STEM & PRODUCTION TESTING | | | |
| 38 | CORING & ANALYSIS | | | |
| 39 | GEOLOGICAL | | | |
| 40 | GEOPHYSICAL | | | |
| 46 | WORKOVER RIG | | 21,000 | 21,000 |
| 47 | PERFORATION SERVICES | | | |
| 48 | COMPLETION FLUIDS | | 1,000 | 1,000 |
| 49 | STIMULATION SERVICES | | | |
| 50 | INSTALLATION OF WELL EQUIPMENT | | | |
| 51 | PIPELINE EXPENSES & ROW | | | |
| 58 | AUTO EXPENSE | | | |
| 61 | SALT WATER DISPOSAL | | | |
| 63 | VACUUM TRUCK | | | |
| 64 | SWABBING UNIT | | | |
| 65 | PLUG & ABANDON COSTS | | | |
| 78 | INSURANCE | | | |
| 79 | COPAS OVERHEAD - DRILLING/COMPLETION | | | |
| 82 | MISCELLANEOUS: ±5% contingency | 0 | 2,100 | 2,100 |
| | **TOTAL INTANGIBLE DRILLING & COMPLETION** | $0 | $44,100 | $44,100 |

| 9500 | **TANGIBLE EQUIPMENT - DRILLING** | | | |
|---|---|---|---|---|
| 01 | CONDUCTOR CASING | | | |
| 02 | SURFACE CASING | | | |
| 03 | INTERMEDIATE CASING & LINERS | | | |
| 04 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 05 | WELLHEAD EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - DRILLING** | $0 | $0 | $0 |

| 9520 | **TANGIBLE EQUIPMENT - COMPLETION** | | | |
|---|---|---|---|---|
| 21 | PRODUCTION CASING & LINERS | | | 0 |
| 22 | TUBING | | | 0 |
| 23 | PACKERS | | 1,500 | 1,500 |
| 24 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 25 | WELLHEAD EQUIPMENT | | | |
| 27 | ARTIFICIAL LIFT EQUIPMENT | | 8,500 | 8,500 |
| | **TOTAL TANGIBLE EQUIPMENT - COMPLETION** | $0 | $10,000 | $10,000 |

| 9540 | **SURFACE PRODUCTION EQUIPMENT** | | | |
|---|---|---|---|---|
| 41 | SURFACE PRODUCTION EQUIPMENT | | | |
| 42 | COMPRESSION | | | |
| 43 | TANK BATTERY COSTS | | | |
| 44 | FLOWLINES, FITTINGS, CONNECTIONS | | | |
| 45 | PIPELINE & GATHERING SYSTEM COSTS | | | |
| 46 | SALES METERING EQUIPMENT | | | |
| | **TOTAL SURFACE PRODUCTION EQUIPMENT** | $0 | $0 | $0 |

| | **TOTAL EQUIPMENT** | $0 | $10,000 | $10,000 |
|---|---|---|---|---|

| | **TOTAL WELL COST** | $0 | $54,100 | $54,100 |
|---|---|---|---|---|

APPROVED:_____, 2020.

BY:_____

OEE Insurance Election (Please check your election below):
☐ Coverage under own policy with limits not less than_____.

☐ Coverage under Operator's policy

NOTE: If no election is checked or owner
has not supplied proof of coverage
prior to spud, owner will be included
under and charged for SEC's OEE
coverage.

AHC 000839



SCANNED

# Schlumberger

| Company: | Sklar Exploration Company, L.L.C. |
|---|---|
| Well: | Pate 3-11 #1 |
| Field: | Brooklyn - Productive Extension |
| County: | Conecuh    State:    Alabama |

ARRAY INDUCTION / SP / GR

LITHODENSITY / COMPENSATED NEUTRON

BOREHOLE COMPENSATED SONIC

**Location:** 1960' FWL & 1960' FSL
LAT: 31.25122   LONG: -86.74494
X= 735,955   Y= 455,858

| Elev.: | K.B. | 156.90 ft |
|---|---|---|
| | G.L. | 140.00 ft |
| | D.F. | 155.50 ft |

| Permanent Datum: | Ground Level | Elev.: | 140.00 ft |
|---|---|---|---|
| Log Measured From: | Kelly Bushing | 16.90 ft | above Perm.Datum |
| Drilling Measured From: | Kelly Bushing | | |

| API Serial No. | Section: | Township: | Range: |
|---|---|---|---|
| 01-035-20334-00-00 | 3 | 3N | 13E |

Left margin: County: Conecuh   Field: Brooklyn - Productive Extension   Location: 1960' FWL & 1960' FSL   Well: Pate 3-11 #1   Company: Sklar Exploration Company, L.L.C.

| Logging Date | | 03-Jan-2015 | |
|---|---|---|---|
| Run Number | | ONE | |
| Depth Driller | | 11985.00 ft | |
| Schlumberger Depth | | 11996.00 ft | |
| Bottom Log Interval | | 11988.00 ft | |
| Top Log Interval | | 2646.00 ft | |
| Casing Driller Size @ Depth | | 9.625 in    @    2645.00 ft | |
| Casing Schlumberger | | 2646 ft | |
| Bit Size | | 8.5 in | |
| Type Fluid In Hole | | Water Based Mud | |
| MUD | Density | Viscosity | |
| | 9.6 lbm/gal | 51 s | |
| | Fluid Loss | PH | |
| | 5.9 cm3 | 11.5 | |
| | Source of Sample | AIT Mud Sensor | |
| RM  @ Meas Temp | | 0.95 ohm.m    @    70.56 degF | |
| RMF @ Meas Temp | | 0.71 ohm.m    @    70.56 degF | |
| RMC @ Meas Temp | | 1.42 ohm.m    @    70.56 degF | |
| Source RMF | RMC | Calculated | Calculated |
| RM @ BHT | RMF @ BHT | 0.37    @    193 | 0.28    @    193 |
| Max Recorded Temperatures | | 193 degF | |
| Circulation Stopped | Time | 02-Jan-2015 | 15:00:00 |
| Logger on Bottom | Time | 03-Jan-2015 | 02:40:00 |
| Number | Location: | 9110 | Laurel |
| Witnessed By | | Mark Qi | |
| Recorded By | | John Bush | |

AHC 000840



AHC 000841



| Spontaneous Potential (SP) AIT-M | Perm | MUDCAKE | Crossover |
|---|---|---|---|
| mV 40 | Synthetic Micro-Inverse Resistivity (SMIN) HDRS-H | Array Induction Two Foot Resistivity A90 (AT90) AIT-M | Delta-T (also called Slowness or Interval Transit Time) (DT) DSLT-H |
| GR | | 0.2  ohm.m  2000 | 140  us/ft  40 |
| gAPI 150 | 0  ohm.m  10 | Array Induction Two Foot Resistivity A60 (AT60) AIT-M | Thermal Neutron Porosity (original Ratio Method) in Selected Lithology (NPHI) HGNS-H |
| Cable Tension (TENS) | Synthetic Micro-Normal Resistivity (SMNO) HDRS-H | 0.2  ohm.m  2000 | 0.35  ft3/ft3  -0.15 |
| 0  lbf  1000 | | Array Induction Two Foot Resistivity A30 (AT30) AIT-M | Standard Resolution Density Porosity (DPHZ) HDRS-H |
| parent Formation Water Resistivity (RWA) | 0  ohm.m  10 | 0.2  ohm.m  2000 | 0.35  ft3/ft3  -0.15 |
| ohm.m 0.5 | | Array Induction Two Foot Resistivity A20 (AT20) AIT-M | Differential Caliper (DCAL) |
| | | 0.2  ohm.m  2000 | 0  in  20 |
| | | Array Induction Two Foot Resistivity A10 (AT10) AIT-M | Standard Resolution Formation Photoelectric Factor (PEFZ) HDRS-H / Density Standoff Correction (HDRA) HDRS-H |
| | | 0.2  ohm.m  2000 | 0 ... 10 / -0.8  g/cm3  0.2 |
| | | Differential Caliper (DCAL) | |
| | | -20  in  0 | |

— ICV - Integrated Cement Volume every 100.00 (ft3)

— IHV - Integrated Hole Volume every 100.00 (ft3)

— ICV - Integrated Cement Volume every 10.00 (ft3)

— IHV - Integrated Hole Volume every 10.00 (ft3)

Ξ_1900 - Time Marked every 60.00 (s)

:ription:   Format: Log ( Repeat TCOM 5 Inch Denbury Pearl River )   Index Scale: 5 in per 100 ft   Index Unit: ft   Index Type: Measured Depth   Creation

## :hannel Processing Parameters

| ımeter | Description | Tool | Value | Unit |
|---|---|---|---|---|
| M | Array Induction Borehole Correction Mode | AIT-M | Compute Standoff | |
| Ξ | Array Induction Casing Detection Enable | AIT-M | Yes | |
| \ | Array Induction Tool Standoff | AIT-M | 1.6 | in |
| | Barite Mud Presence Flag | Borehole | No | |
| | Borehole Status (Open or Cased Hole) | Borehole | Open | |
| | Bit Size | WLSESSION | Depth Zoned | in |
| _SHIFT | CALI Supplementary Offset | HDRS-H | 0.123 | in |
| ) | Casing Bottom (Logger) | WLSESSION | 2646 | ft |
| | | | 100 | |

AHC 000842



Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 303-541-1559
Facsimile: 303-443-1551

Sutton Lloyd – Land Manager

Telephone: 720-961-5476
E-Mail: slloyd@sklarexploration.com

September 14, 2020

**(Via Email)**
TO:     Working Interest Owners

RE:  Sklar Exploration Company, LLC
        Cedar Creek Land & Timber 3-4 #1 (R13E)
        Southeast Brooklyn Oil Unit
        Conecuh County, Alabama

Dear Owner:

Sklar Exploration Company, LLC, as operator of the Southeast Brooklyn Oil Unit, hereby proposes a workover on the Cedar Creek Land & Timber 3-4 #1 (R13E). The well is currently producing 175 MCFD + 133 BOPD + 0 BWPD on jet pump from the Upper Smackover formation.

As with other wells in the area, the CCL&T 3-4 #1 (R13E) has a history of salt problems and requires frequent batch treating with freshwater. The work will consist of washing out the salt deposits using coil tubing, nitrogen, and freshwater, and then acidizing the producing perforations with 3500 gals nitrogen foamed 15% HCL. The well will then be jetted in and returned to production. We anticipate a production rate of approximately 275 MCFD + 210 BOPD + 0 BWPD.

Enclosed please find a detailed procedure, wellbore diagram, AFE and a log section for your review. Pursuant to Article 4.3.2 of the Southeast Brooklyn Oil Unit Operating Agreement dated November 1, 2018, Sklar will proceed with the operation after receiving an affirmative vote from three (3) or more working interest owners with a combined majority voting interest. Please make your election on the ballot provided and return it to mmcphillips@sklarexploration.com at your earliest convenience.

Should you have any questions, please feel free to call.

Sincerely,

Sutton Lloyd
Land Manager

Enclosed:     Ballot, Procedure, AFE, Wellbore Diagram, Log Section

CCL&T 3-4 #1 (R13E)
Southeast Brooklyn Oil Unit
September 14, 2020
Page **2** of **2**

## SKLAR EXPLORATION COMPANY L.L.C.
## CEDAR CREEK LAND & TIMBER 3-4 #1 (R13E)
## SOUTHEAST BROOKLYN OIL UNIT
## CONECUH COUNTY, ALABAMA

### BALLOT

_____     I/We hereby approve Sklar Exploration Company L.L.C.'s proposal to perform the workover operation on the above referenced well.

_____     I/We hereby **reject** Sklar Exploration Company L.L.C.'s proposal to perform the workover operation on the above referenced well.

SIGNATURE:          _____

PRINTED NAME:      _____

COMPANY NAME:    _____

TITLE:                      _____

DATE:                     _____

AHC 000844



**CCL&T 3-4 #1 (R13E)**
**Southeast Brooklyn Oil Unit**
**Brooklyn Field**
**Section 3 (BHL), T4N, R13E**
**Conecuh County, Alabama**
**Permit #17071-B**
**Stimulation Procedure**
**September 14, 2020**

**WELLBORE DETAIL:  See attached diagram.**

**DRIVING DIRECTIONS:**  From Evergreen, AL, travel east on US Hwy 84 for 10 miles.  Turn Right (south) on CR 43.  Go 12.1 miles, turn left (east) on gravel road.  Go 0.1 mile, turn right on location road.  Go 0.9 miles to location.

**PURPOSE:**  Remove salt deposits from tubing, packer assembly, and perforations and acidize with 3500 gals nitrogen foamed 15% HCL acid.

**WORKOVER PROCEDURE**

1.  Reverse circulate jet pump to surface.  MIRU SLU.  RIH with shifting tool and shift closed the PXD sleeve at 11,586'.  POOH.  RIH with equalizing bar and open equalizing ports on standing valve.  POOH.  Allow pressure to equalize.  RIH with pulling tool.  Latch onto standing valve and POOH with same.  RDMO SLU.

2.  MI rental separator, enclosed flow back tank, and flare stack.  Connect and test flow-back lines.  MIRU Eastern 1-3/4" coil tubing unit, N2 unit, and acid pump.  Have swab unit on location standing by.

3.  RIH with 1-3/4" jet nozzle on 1-3/4" coil tubing, pumping 900 SCF/min N2 + 0.2 BPM freshwater.  Begin pumping 0.5 BPM freshwater with 500 SCF/min at 10,000'.  Continue in hole washing out salt deposits with freshwater and nitrogen to 11,750' (30' below bottom of perforations).  Wash across perforations 11,685' - 11,690' and 11,695' - 11,720' several times.  While continuing to wash, work jet nozzle back up to 11,560' and then back down to 11,750'.  Shut off freshwater and jet well with 900 SCF/min N2 until all water is recovered.

AHC 000845



**CCL&T 3-4 #1 (R13E)**
**Stimulation Procedure (Cont'd)**
**June 11, 2020**

4.   Pull jet nozzle up to 11,670'.  SI returns (tbg/coil tbg annulus) and pressure up with N2 until injection into formation is established.  Pump 3500 gals 15% HCL with 900 SCF N2/min, with returns SI.  Work coil from 11,670' to 11,725' several times while pumping acid.  SD N2.  Pull up to 10,000'.  Open tbg/coil tbg annulus.  RIH to 11,750' jetting with 900 SCF/min N2.  POOH slowly, jetting well with 900 SCF/min N2.

5.   RDMO coil tubing unit.  Continue flowing well to rental equipment until well is strong enough to return to production.  Place well on production.  Swab well if necessary.  RDMO rental equipment.

6.   If well will not flow after swabbing, MIRU slickline unit.  RIH & set standing valve in PXD sleeve assembly at 11,586'.  POOH.  RIH with shifting tool and shift open the PXD sleeve.  POOH.  RDMO SLU.  Insert jet pump into tubing and pump to seat.  Return well to production via jet pump.

**Notify AOGB before starting operations.**
**Field Agent – Paul Matthews (251) 607-8826**

AHC 000846



**Wellbore Diagram**
**CCL&T 3-4 #1 (R13E)**

| LEASE: | CCL&T 3-4 #1 (R13E) |
|---|---|
| FIELD: | Wildcat |
| COUNTY: | Conecuh |
| STATE: | Alabama |
| LOCATION: | 894' FWL & 60' FSL |
| | S34-T4N-R13E |
| API #: | 01-035-20323-00-00 |
| Permit NO.: | 17071-B |
| SPUD: | 9/15/14 |
| Prepared by: | BME |

Date Updated: 01/08/2019
Updated by: RMW

KB: 151.6'
GL: 129.8'
DF: 150.3'

Bradenhead flange:
Tbghead flange:
Production tree:

20" @ 100'

**9/16/14**
63 jts, 9-5/8", 40#  J-55 @ 2640'
Lead: 800 sks Extendacem KB II, 12.8#, 1.77 yield
Tail: 270 sks Std. cmt, 15#, 1.286 yld
Displ w/ 194 bbl fresh water
Top Out: 100 sks Swiftcem KB II, 15#, 1.317 yld

**12/27/14**
2-7/8" 6.5# L-80 EUE 8rd slick jt
10' X 2-7/8" 6.5# L-80 8rd tbg pup jt
8' X 2-7/8" 6.5# L-80 8rd tbg pup jt
6' X 2-7/8" 6.5# L-80 8rd tbg pup jt
4' X 2-7/8" 6.5# L-80 8rd tbg pup jt
350 jts 2-7/8" 6.5# L-80 EUE 8rd tbg
4' X 2-7/8" 6.5# L-80 8rd locator sub @ 11549'
2-7/8" 6.5# L-80 EUE 8rd tbg jt.
2-7/8" PXD Jet pump sleeve (**open**) @ 11586'
8' X 2-7/8" 6.5# L-80 EUE 8rd tbg pup
On/Off tool 5-1/2" X 2-7/8" EUE
ASI-X W Packer 5-1/2" X 2-7/8" 10K @ 11600'
10' X 2-7/8" 6.5# L-80 EUE 8rd tbg pup
4' X 2-7/8" 6.5# L-80 EUE 8rd tbg pup
Otis type 'R' nipple @ 11621'
6' X 2-7/8" 6.5# L-80 EUE 8rd tbg pup
Underbalanced sub MDBV
2-7/8" 6.5# L-80 EUE 8rd tbg jt.
6' X 2-7/8" 6.5# L-80 EUE 8rd tbg pup
EOT @ 11670'

TOC: 9900'

**Perfs: 12/31/14**
11685' – 11690' & 11695' - 11720' AIL = RCBL
SMKV, 6 spf, 60°, SDP
1/27/15 Acid: 60 bbls SuperSol EQH, 72 bbl
4% KCL water flush.  Max Press 4412 psi, avg
rate 1.85 bpm, SITP 1530 psig

**10/6/14**
14 jts, 5-1/2", 20#, L-80  Srf – 612'
224 jts, 5-1/2", 17#, L-80  612' – 10663'
30 jts, 5-1/2", 20#, L-80  10663' – 12010'
72 bbl Super flush & clayfix
Lead: 100 sks (33.5 bbl) Thermacem HTLD, 12.8#, 1.88 yld
Tail: 450 sks (116 bbl) Prem., 16.3#, 1.446 yld
Displ w/ 275 bbl fresh wtr

Gun assembly dropped to PBTD
Top of TCP assembly  -11767' AIL = RCBL

PBTD = FC @ 11818' AIL
TD = 12010' AIL

Copy of CCLT 3-4 #1 (R13E) Stimulation AFE 091420,9/14/2020,1:43 PM

# SKLAR Exploration Company L.L.C.
401 Edwards St. Suite 1601
Shreveport, LA 71101
(318) 227-8668

## AUTHORITY FOR EXPENDITURE

| DATE: | September 14, 2020 | FIELD: | Brooklyn |
|---|---|---|---|
| OPERATOR: | Sklar Exploration Company L.L.C. | STATE: | Alabama |
| WELL: | CCL&T 3-4 #1 (R13E) | HORIZON: | Smackover |
| LOCATION: | Section 3, T4N, R13E | PROJ. T.D.: | 12,010' |

**Southeast Brooklyn Oil Unit**

PROPOSAL: Remove salt deposits from tubing, packer, jet pump assembly, casing, and perforations.
Acidize with 3500 gals 15% HCL using coil tubing and nitrogen.

| CODE or SUB | CLASSIFICATION: | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| 9100 | **LEASEHOLD COSTS** | | | |
| 81 | LEGAL FEES, TITLE OPINIONS, CURATIVE | | | |
| 86 | LEASE BONUS | | | |
| 84 | LEASE EXTENSION | | | |
| 88 | DELAY RENTALS | | | |
| 89 | BROKERAGE | | | |
| 90 | LANDMAN COSTS | | | |
| 91 | RECORDING FEES | | | |
| | **TOTAL LEASEHOLD COSTS** | $0 | $0 | $0 |

| 9200/9300 | **INTANGIBLE DRILLING & COMPLETION** | | | |
|---|---|---|---|---|
| 01 | SURVEY, DOC HEARINGS, PERMITS | | | |
| 02 | LOCATION PREPARATION/DIRT WORK | | | |
| 03 | LOCATION CLEAN UP & PIT CLOSURE | | | |
| 04 | SURFACE DAMAGES & ROW | | | |
| 05 | SETTING CONDUCTOR CASING | | | |
| 06 | RIG MOBILIZE/DEMOBILIZE | | | |
| 07 | DRILLING - FOOTAGE | | | |
| 08 | DRILLING - TURNKEY | | | |
| 10 | DAYWORK WITH DRILL PIPE | | | |
| 11 | DAYWORK WITHOUT DRILL PIPE | | | |
| 12 | DAYWORK - RIG EQUIPMENT & REPAIR | | | |
| 13 | ENGINEERING & SUPERVISION | | 8,000 | 8,000 |
| 14 | RIG INSTRUMENTATION  & MONITORING | | | |
| 15 | COIL TUBING UNIT | | 25,000 | 25,000 |
| 16 | DIRECTIONAL DRILLING TOOLS & SVCS | | | |
| 17 | MUD & CHEMICALS | | | |
| 18 | MUD DISPOSAL | | | |
| 23 | MUD LOGGING | | | |
| 24 | CEMENTING & EQUIPMENT | | | |
| 25 | CASING CREW & LAYDOWN MACHINE | | | |
| 26 | PIPE TESTING | | | |
| 27 | EQUIPMENT RENTALS | | 26,000 | 26,000 |
| 28 | FISHING TOOLS & SVCS | | | |
| 29 | TELEPHONE & COMMUNICATIONS | | | |
| 30 | WATER | | | |
| 31 | FUEL | | | |
| 32 | BITS | | | |
| 33 | TRANSPORTATION & TRUCKING | | | |
| 34 | CONTRACT LABOR | | | |
| 35 | SAFETY & H2S TRAINING | | | |
| 36 | LOGGING & WIRELINE   (Slickline) | | 4,200 | 4,200 |
| 37 | DRILL STEM & PRODUCTION TESTING | | | |
| 38 | CORING & ANALYSIS | | | |
| 39 | GEOLOGICAL | | | |
| 40 | GEOPHYSICAL | | | |
| 46 | WORKOVER RIG | | | |
| 47 | PERFORATION SERVICES | | | |
| 48 | COMPLETION FLUIDS | | | |
| 49 | STIMULATION SERVICES | | 37,800 | 37,800 |
| 50 | INSTALLATION OF WELL EQUIPMENT | | | |
| 51 | PIPELINE EXPENSES & ROW | | | |
| 58 | AUTO EXPENSE | | | |
| 61 | SALT WATER DISPOSAL | | | |
| 63 | VACUUM TRUCK | | | |
| 64 | SWABBING UNIT | | 4,000 | 4,000 |
| 65 | PLUG & ABANDON COSTS | | | |
| 78 | INSURANCE | | | |
| 79 | COPAS OVERHEAD - DRILLING/COMPLETION | | | |
| 82 | MISCELLANEOUS: ±5% contingency | 0 | 5,000 | 5,000 |
| | **TOTAL INTANGIBLE DRILLING & COMPLETION** | $0 | $110,000 | $110,000 |

| 9500 | **TANGIBLE EQUIPMENT - DRILLING** | | | |
|---|---|---|---|---|
| 01 | CONDUCTOR CASING | | | |
| 02 | SURFACE CASING | | | |
| 03 | INTERMEDIATE CASING & LINERS | | | |
| 04 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 05 | WELLHEAD EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - DRILLING** | $0 | $0 | $0 |

| 9520 | **TANGIBLE EQUIPMENT - COMPLETION** | | | |
|---|---|---|---|---|
| 21 | PRODUCTION CASING & LINERS | | | |
| 22 | TUBING | | | |
| 23 | PACKERS | | | |
| 24 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 25 | WELLHEAD EQUIPMENT | | | |
| 27 | ARTIFICIAL LIFT EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - COMPLETION** | $0 | $0 | $0 |

| 9540 | **SURFACE PRODUCTION EQUIPMENT** | | | |
|---|---|---|---|---|
| 41 | SURFACE PRODUCTION EQUIPMENT | | | |
| 42 | COMPRESSION | | | |
| 43 | TANK BATTERY COSTS | | | |
| 44 | FLOWLINES, FITTINGS, CONNECTIONS | | | |
| 45 | PIPELINE & GATHERING SYSTEM COSTS | | | |
| 46 | SALES METERING EQUIPMENT | | | |
| | **TOTAL SURFACE PRODUCTION EQUIPMENT** | $0 | $0 | $0 |

| | **TOTAL EQUIPMENT** | $0 | $0 | $0 |
|---|---|---|---|---|

| | **TOTAL WELL COST** | $0 | $110,000 | $110,000 |
|---|---|---|---|---|

APPROVED:_____, 2020.

BY:_____

OEE Insurance Election (Please check your election below):
☐ Coverage under own policy with limits not less than_____.

☐ Coverage under Operator's policy

**NOTE:** If no election is checked or owner has not supplied proof of coverage prior to spud, owner will be included under and charged for SEC's OEE coverage.

AHC 000848

SCANNED



# Schlumberger

| | |
|---|---|
| Company: | Sklar Exploration Company, LLC |
| Well: | Cedar Creek Land & Timber 3-4 #1 (R13E) |
| Field: | Wildcat |
| County: | Conecuh     State:     Alabama |

Platform Express

Compensated Neutron/Lithodensity

Array Induction/BHC Sonic/GR/SP/ML

| SHL: 894' FWL & 60' FSL | | Elev.: | K.B. | 151.60 ft |
|---|---|---|---|---|
| X=734,596  Y=458,872 | | | G.L. | 129.80 ft |
| Lat: 31.27255  Long: -86.75216 | | | D.F. | 150.30 ft |
| Permanent Datum: | Ground Level | Elev.: | | 129.80 ft |
| Log Measured From: | Kelly Bushing | 21.80 ft | | above Perm.Datum |
| Drilling Measured From: | Kelly Bushing | | | |

| API Serial No. | Section: BHL | Township: | Range: |
|---|---|---|---|
| 01-035-20323 | 34 | 3 4N | 13E |

| | |
|---|---|
| Logging Date | 04-Oct-2014 |
| Run Number | One |
| Depth Driller | 12010.00 ft |
| Schlumberger Depth | 12018.00 ft |
| Bottom Log Interval | 12010.00 ft |
| Top Log Interval | 2642.00 ft |
| Casing Driller Size @ Depth | 9.625 in     @     2640.00 ft |
| Casing Schlumberger | 2642 ft |
| Bit Size | 8.75 in |
| Type Fluid In Hole | Fresh Water Mud |

| MUD | Density | Viscosity | 9.2 lbm/gal | 43 s |
|---|---|---|---|---|
| | Fluid Loss | PH | 7.6 cm3 | 10.7 |
| | Source of Sample | | Active Tank | |

| | | |
|---|---|---|
| RM  @ Meas Temp | 0.65 ohm.m     @     100 degF | |
| RMF @ Meas Temp | 0.49 ohm.m     @     100 degF | |
| RMC @ Meas Temp | 0.81 ohm.m     @     100 degF | |
| Source RMF | RMC | Calculated     Calculated |
| RM @ BHT | RMF @ BHT | 0.35   @   190     0.26   @   190 |
| Max Recorded Temperatures | | 190 degF |
| Circulation Stopped | Time | 03-Oct-2014     21:00:00 |
| Logger on Bottom | Time | 04-Oct-2014     05:15:00 |
| Unit Number | Location: | 2368     Laurel, MS |
| Recorded By | | Alex Rudd |
| Witnessed By | | John Bush |

AHC 000849