



SKLAR
CCL&T
3-4 #1
(R-13E)
85'
90'
95'
11700
20'
11800

| | PERM | Array Induction Two Foot Resistivity A90 (AT90) AIT-M | Crossover |
|---|---|---|---|
| Spontaneous Potential (SP) AIT-M | Stuck Tool Indicator, Total (STIT) | 0.2        ohm.m        2000 | Thermal Neutron Porosity (original Ratio Method) in Selected Lithology (NPHI) HGNS-H |
| 160        mV        40 | 0   ft   50 | Array Induction Two Foot Resistivity A60 (AT60) AIT-M | 0.35        ft3/ft3        -0.15 |
| Calibrated Gamma Ray (GR_CAL) HGNS-H | Synthetic Micro-Normal Resistivity (SMNO) HDRS-H | 0.2        ohm.m        2000 | Standard Resolution Density Porosity (DPHZ) HDRS-H |
| 0        gAPI        150 | | Array Induction Two Foot Resistivity A30 (AT30) AIT-M | 0.35        ft3/ft3        -0.15 |
| Cable Tension (TENS) | | 0.2        ohm.m        2000 | Delta-T (also called Slowness or Interval Transit Time) (DT) DSLT-H |
| 1000        lbf        1000 | 0   ohm.m  20 | Array Induction Two Foot Resistivity A20 (AT20) AIT-M | 140        us/ft        40 |
| Caliper (CALI) HDRS-H | Synthetic Micro-Inverse Resistivity (SMIN) HDRS-H | 0.2        ohm.m        2000 | |
| 6        in        16 | | Array Induction Two Foot Resistivity A10 (AT10) AIT-M | Standard Resolution Formation Photoelectric Factor (PEFZ) HDRS-H | Density Standoff Correction (HDRA) HDRS-H |
| Apparent Formation Water Resistivity (RWA) | 0   ohm.m  20 | 0.2        ohm.m        2000 | 0        10 | -0.8   g/cm3   0.2 |
| 0        ohm.m        0.5 | | | |

TIME_1900 - Time Marked every 60.00 (s)

├─ICV - Integrated Cement Volume every 10.00 (ft3)

├─IHV - Integrated Hole Volume every 10.00 (ft3)

├─IHV - Integrated Hole Volume every 100.00 (ft3)

├─ICV - Integrated Cement Volume every 100.00 (ft3)

Description: Format: Log ( SKLAR_ TCOM_ML_5INCH_4DECADE )   Index Scale: 5 in per 100 ft   Index Unit: ft   Index Type: Measured Depth   Creation
Date: 04-Oct-2014 07:39:58

## Channel Processing Parameters

| Parameter | Description | Tool | Value | Unit |
|---|---|---|---|---|
| ABHM | Array Induction Borehole Correction Mode | AIT-M | Compute Standoff | |
| ACDE | Array Induction Casing Detection Enable | AIT-M | Yes | |
| BARI | Barite Mud Presence Flag | Borehole | No | |
| BHS | Borehole Status (Open or Cased Hole) | Borehole | Open | |
| BS | Bit Size | WLSESSION | 8.75 | in |
| CALI_SHIFT | CALI Supplementary Offset | HDRS-H | 0.06 | in |
| CBLO | Casing Bottom (Logger) | WLSESSION | 2642 | ft |
| CDTS | Correction for Delta-T Shale, Empirical | Borehole | 100 | us/ft |
| CSODDRL | Casing Outer Diameter - Zoned along driller depths | WLSESSION | 9.625 | in |



Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 303-541-1559
Facsimile: 303-443-1551

Sutton Lloyd – Land Manager

Telephone: 720-961-5476
E-Mail: slloyd@sklarexploration.com

September 14, 2020

**(Via Email)**

TO:    Working Interest Owners

RE:  Sklar Exploration Company, LLC
          Cedar Creek Land & Timber 34-12 #1
          Southeast Brooklyn Oil Unit
          Conecuh County, Alabama

Dear Owner:

Sklar Exploration Company, LLC, as operator of the Southeast Brooklyn Oil Unit, hereby proposes a workover on the Cedar Creek Land & Timber 34-12 #1. The well is currently producing 140 MCFD + 135 BOPD + 0 BWPD on jet pump from the Upper Smackover formation.

The CCL&T 34-12 #1 has a history of salt problems and requires frequent batch treating with freshwater. The work will consist of washing out the salt deposits using coil tubing, nitrogen, and freshwater, and then acidizing the producing perforations with 3000 gals nitrogen foamed 15% HCL. The well will then be jetted in and returned to production. We anticipate a production rate of approximately 230 MCFD + 220 BOPD + 0 BWPD.

Enclosed please find a detailed procedure, wellbore diagram, AFE and a log section for your review. Pursuant to Article 4.3.2 of the Southeast Brooklyn Oil Unit Operating Agreement dated November 1, 2018, Sklar will proceed with the operation after receiving an affirmative vote from three (3) or more working interest owners with a combined majority voting interest. Please make your election on the ballot provided and return it to mmcphillips@sklarexploration.com at your earliest convenience.

Should you have any questions, please feel free to call.

Sincerely,

Sutton Lloyd
Land Manager

Enclosed:    Ballot, Procedure, AFE, Wellbore Diagram, Log Section

CCL&T 34-12 #1
Southeast Brooklyn Oil Unit
September 14, 2020
Page **2** of **2**

## SKLAR EXPLORATION COMPANY L.L.C.
## CEDAR CREEK LAND & TIMBER 34-12 #1
## SOUTHEAST BROOKLYN OIL UNIT
## CONECUH COUNTY, ALABAMA

### BALLOT

_____    I/We hereby approve Sklar Exploration Company L.L.C.'s proposal to perform the workover operation on the above referenced well.

_____    I/We hereby **reject** Sklar Exploration Company L.L.C.'s proposal to perform the workover operation on the above referenced well.

SIGNATURE: _____

PRINTED NAME: _____

COMPANY NAME: _____

TITLE: _____

DATE: _____

AHC 000853



## CCL&T 34-12 #1 (formerly Pruet)
### Southeast Brooklyn Oil Unit
### Brooklyn Field
### Section 34, T4N, R13E
### Conecuh County, Alabama
### Permit #17085-B
### Stimulation Procedure
### September 14, 2020

**WELLBORE DETAIL:  See attached diagram.**

**DRIVING DIRECTIONS:**  Take Hwy 84 to Evergreen, AL.  Go through town.  At 4th red light, turn right on CR 42.  Go 18 miles.  Turn left on CR 43.  Go 1 mile, location road is on the right.

**PURPOSE:**  Remove salt deposits from tubing, packer assembly, and perforations and acidize with 3000 gals nitrogen foamed 15% HCL acid.

### WORKOVER PROCEDURE

1. Reverse circulate jet pump to surface.  MIRU SLU.  RIH with shifting tool and shift closed the PXD sleeve at 11,537'.  POOH.  RIH with equalizing bar and open equalizing ports on standing valve.  POOH.  Allow pressure to equalize.  RIH with pulling tool.  Latch onto standing valve and POOH with same.  RDMO SLU.

2. MI rental separator, enclosed flow back tank, and flare stack.  Connect and test flow-back lines.  MIRU Eastern 1-3/4" coil tubing unit, N2 unit, and acid pump.  Have swab unit on location standing by.

3. RIH with 1-3/4" jet nozzle on 1-3/4" coil tubing, pumping 900 SCF/min N2 + 0.2 BPM freshwater.  Begin pumping 0.5 BPM freshwater with 500 SCF/min at 10,000'.  Continue in hole washing out salt deposits with freshwater and nitrogen to 11,604' (30' below bottom of perforations).  Wash across perforations 11,564' – 11,574' several times.  While continuing to wash, work jet nozzle back up to 11,500' and then back down to 11,604'.  Shut off freshwater and jet well with 900 SCF/min N2 until all water is recovered.

AHC 000854



**CCL&T 34-12 #1 (formerly Pruet)**
**Stimulation Procedure (Cont'd)**
**June 10, 2020**

4. Pull jet nozzle up to 11,530'. SI returns (tbg/coil tbg annulus) and pressure up with N2 until injection into formation is established. Pump 3000 gals 15% HCL with 900 SCF N2/min, with returns SI. Work coil from 11,540' to 11,595' while pumping acid. SD N2. Pull up to 10,000'. Open tbg/coil tbg annulus. RIH to 11,600' jetting with 900 SCF/min N2. POOH slowly, jetting well with 900 SCF/min N2.

5. RDMO coil tubing unit. Continue flowing well to rental equipment until well is strong enough to return to production. Place well on production. Swab well if necessary. RDMO rental equipment.

6. If well will not flow after swabbing, MIRU slickline unit. RIH & set standing valve in PXD sleeve assembly at 11,537'. POOH. RIH with shifting tool and shift open the PXD sleeve. POOH. RDMO SLU. Insert jet pump into tubing and pump to seat. Return well to production via jet pump.

**Notify AOGB before starting operations.**
**Field Agent – Paul Matthews (251) 607-8826**

AHC 000855



**LEASE:** CCL&T 34-12 #1
**FIELD:** Brooklyn
**COUNTY:** Conecuh
**STATE:** Alabama
**LOCATION:** 414' FWL & 2318' FSL
S34-T4N-R13E
**API #:** 01-035-20325-00-00

**Permit NO.:** 17085-B
**SPUD:** 10/1/14
**Prepared by:** DM 6/10/20

**Wellbore Diagram**
**CCL&T 34-12 #1 Formerly Pruet**
**SEB Oil Unit**
RKB: 175.3'
GL: 153.5'
DF: 173.8'

Conductor: 20" @ 80'

**10/3/14**
**Surf Csg:** 9-5/8", 40 #/ft  LTC @ 2,745'
Lead:  880 sks Class H, 12.8 ppg, 1.77 yld
Tail: 290 sks 15.8 ppg, 1.29 yld
Displ w/ 202 bbls fresh water, 100 bbls cmt
to srf.  Top Out: 100 sks of 15 ppg 1.31 yld
12 ¼" hole

**Tbg Detail**
1 jt 2-7/8" 6.5# L-80 EUE 8rd tbg
10', 4' & 3' x 2- 7/8" 6.5#/ft L-80 EUE 8rd tbg subs
354 jts 2-7/8" 6.5#/ft L-80 EUE 8rd tbg
4' x 2- 7/8" 6.5#/ft L-80 EUE 8rd locator sub
1 jt 2- 7/8" 6.5# L-80 EUE 8rd tbg
PXD Sleeve @ 11,537'
2- 4' x 2-7/8" 6.5#/ft L-80 EUE 8rd tbg subs
AS1-X Packer 5-1/2" X 2-7/8" 10K @ 11,549'
Underbalance Sub
Debris Sub
4' x 2-7/8" 6.5#/ft L-80 EUE 8rd tbg sub
Auto Release

8 ¾" hole

TOC:  9,470' CBL

PXD Sleeve @ 11,537'

AS1-X Packer 5-1/2" x 2-7/8" 10K @ 11,549'

Upper Smackover

**11/6/14 Perfs:** 11,564' - 11,574' PEX, 4 SPF,
323 BOPD & 341 MCFD
**4/16/16- Acid Job** – 2000 gals 15% HCL, 200
BOPD & 121 MCFD

Top of TCP assembly - 11,766' AIL = RCBL

**Prod Csg:**  5-1/2", 20#/ft, L-80 – Srf – 1025'
5-1/2", 17#/ft, L-80 LtC  1025' – 8874'
5-1/2", 20/ft#, L-80  8874' – 11,925'
Lead:  100 sks Class H, 12.8 ppg, 1.87 yld
Tail:  475 sks Class H, 16.3 ppg, 1.44 yld

PBTD = FC @ 11,779' AIL=RCBL
TD = 11,925' AIL

AHC 000856

CCLT 34-12 #1 Stimulation AFE 061020,9/14/2020,1:48 PM

# SKLAR Exploration Company L.L.C.

401 Edwards St. Suite 1601
Shreveport, LA 71101
(318) 227-8668

## AUTHORITY FOR EXPENDITURE

| | | | |
|---|---|---|---|
| DATE: | September 14, 2020 | FIELD: | Brooklyn |
| OPERATOR: | Sklar Exploration Company L.L.C. | STATE: | Alabama |
| WELL: | CCL&T 34-12 #1 (formerly Pruet) | HORIZON: | Smackover |
| LOCATION: | Section 34, T4N, R13E | PROJ. T.D.: | 11,925' |

Southeast Brooklyn Oil Unit

PROPOSAL: Remove salt deposits from tubing, packer, jet pump assembly, casing, and perforations.
Acidize with 3000 gals 15% HCL using coil tubing and nitrogen.

| CODE or SUB | CLASSIFICATION: | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| 9100 | **LEASEHOLD COSTS** | | | |
| 81 | LEGAL FEES, TITLE OPINIONS, CURATIVE | | | |
| 86 | LEASE BONUS | | | |
| 84 | LEASE EXTENSION | | | |
| 88 | DELAY RENTALS | | | |
| 89 | BROKERAGE | | | |
| 90 | LANDMAN COSTS | | | |
| 91 | RECORDING FEES | | | |
| | **TOTAL LEASEHOLD COSTS** | $0 | $0 | $0 |

| | | | | |
|---|---|---|---|---|
| 9200/9300 | **INTANGIBLE DRILLING & COMPLETION** | | | |
| 01 | SURVEY, DOC HEARINGS, PERMITS | | | |
| 02 | LOCATION PREPARATION/DIRT WORK | | | |
| 03 | LOCATION CLEAN UP & PIT CLOSURE | | | |
| 04 | SURFACE DAMAGES & ROW | | | |
| 05 | SETTING CONDUCTOR CASING | | | |
| 06 | RIG MOBILIZE/DEMOBILIZE | | | |
| 07 | DRILLING - FOOTAGE | | | |
| 08 | DRILLING - TURNKEY | | | |
| 10 | DAYWORK WITH DRILL PIPE | | | |
| 11 | DAYWORK WITHOUT DRILL PIPE | | | |
| 12 | DAYWORK - RIG EQUIPMENT & REPAIR | | | |
| 13 | ENGINEERING & SUPERVISION | | 8,000 | 8,000 |
| 14 | RIG INSTRUMENTATION & MONITORING | | | |
| 15 | COIL TUBING UNIT | | 24,500 | 24,500 |
| 16 | DIRECTIONAL DRILLING TOOLS & SVCS | | | |
| 17 | MUD & CHEMICALS | | | |
| 18 | MUD DISPOSAL | | | |
| 23 | MUD LOGGING | | | |
| 24 | CEMENTING & EQUIPMENT | | | |
| 25 | CASING CREW & LAYDOWN MACHINE | | | |
| 26 | PIPE TESTING | | | |
| 27 | EQUIPMENT RENTALS | | 26,000 | 26,000 |
| 28 | FISHING TOOLS & SVCS | | | |
| 29 | TELEPHONE & COMMUNICATIONS | | | |
| 30 | WATER | | | |
| 31 | FUEL | | | |
| 32 | BITS | | | |
| 33 | TRANSPORTATION & TRUCKING | | | |
| 34 | CONTRACT LABOR | | | |
| 35 | SAFETY & H2S TRAINING | | | |
| 36 | LOGGING & WIRELINE   (Slickline) | | 4,200 | 4,200 |
| 37 | DRILL STEM & PRODUCTION TESTING | | | |
| 38 | CORING & ANALYSIS | | | |
| 39 | GEOLOGICAL | | | |
| 40 | GEOPHYSICAL | | | |
| 46 | WORKOVER RIG | | | |
| 47 | PERFORATION SERVICES | | | |
| 48 | COMPLETION FLUIDS | | | |
| 49 | STIMULATION SERVICES | | 33,300 | 33,300 |
| 50 | INSTALLATION OF WELL EQUIPMENT | | | |
| 51 | PIPELINE EXPENSES & ROW | | | |
| 58 | AUTO EXPENSE | | | |
| 61 | SALT WATER DISPOSAL | | | |
| 63 | VACUUM TRUCK | | | |
| 64 | SWABBING UNIT | | 4,000 | 4,000 |
| 65 | PLUG & ABANDON COSTS | | | |
| 78 | INSURANCE | | | |
| 79 | COPAS OVERHEAD - DRILLING/COMPLETION | | | |
| 82 | MISCELLANEOUS: ±5% contingency | 0 | 5,000 | 5,000 |
| | **TOTAL INTANGIBLE DRILLING & COMPLETION** | $0 | $105,000 | $105,000 |

| | | | | |
|---|---|---|---|---|
| 9500 | **TANGIBLE EQUIPMENT - DRILLING** | | | |
| 01 | CONDUCTOR CASING | | | |
| 02 | SURFACE CASING | | | |
| 03 | INTERMEDIATE CASING & LINERS | | | |
| 04 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 05 | WELLHEAD EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - DRILLING** | $0 | $0 | $0 |

| | | | | |
|---|---|---|---|---|
| 9520 | **TANGIBLE EQUIPMENT - COMPLETION** | | | |
| 21 | PRODUCTION CASING & LINERS | | | |
| 22 | TUBING | | | |
| 23 | PACKERS | | | |
| 24 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 25 | WELLHEAD EQUIPMENT | | | |
| 27 | ARTIFICIAL LIFT EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - COMPLETION** | $0 | $0 | $0 |

| | | | | |
|---|---|---|---|---|
| 9540 | **SURFACE PRODUCTION EQUIPMENT** | | | |
| 41 | SURFACE PRODUCTION EQUIPMENT | | | |
| 42 | COMPRESSION | | | |
| 43 | TANK BATTERY COSTS | | | |
| 44 | FLOWLINES, FITTINGS, CONNECTIONS | | | |
| 45 | PIPELINE & GATHERING SYSTEM COSTS | | | |
| 46 | SALES METERING EQUIPMENT | | | |
| | **TOTAL SURFACE PRODUCTION EQUIPMENT** | $0 | $0 | $0 |

| | | | | |
|---|---|---|---|---|
| | **TOTAL EQUIPMENT** | $0 | $0 | $0 |

| | | | | |
|---|---|---|---|---|
| | **TOTAL WELL COST** | $0 | $105,000 | $105,000 |

APPROVED:_____, 2020.

BY:_____

OEE Insurance Election (Please check your election below):
☐ Coverage under own policy with limits not less than_____.

☐ Coverage under Operator's policy

NOTE: If no election is checked or owner
has not supplied proof of coverage
prior to spud, owner will be included
under and charged for SEC's OEE
coverage.

AHC 000857

# Schlumberger

| Company: | PRUET PRODUCTION CO. |
|---|---|
| Well: | CEDAR CREEK LAND & TIMBER 34-12 #1 |
| Field: | WILDCAT |
| County: | CONECUH — State: ALABAMA |

***PLATFORM EXPRESS***

COMPENSATED NEUTRON / LITHO-DENSITY

SONIC / ARRAY INDUCTION / MICROLOG

| Location: | | | |
|---|---|---|---|
| SHL: 414' FWL & 2318' FSL | | Elev.: K.B. | 175.30 ft |
| Lat: 31.26771   Long: -86.75017 | | G.L. | 153.30 ft |
| See Remarks | | D.F. | 173.80 ft |
| Permanent Datum: | Ground Level | Elev.: | 153.30 ft |
| Log Measured From: | Kelly Bushing | 22.00 ft | above Perm.Datum |
| Drilling Measured From: | Kelly Bushing | | |
| API Serial No. | Section: | Township: | Range: |
| 01-035-20325-0000 | 34 | 4N | 13E |

(Left vertical margin text: WILDCAT / SHL.: 414' FWL & 2318' FSL / CEDAR CREEK LAND & TIMBER 34-12 #1 / PRUET PRODUCTION CO. / Field: / Location: / Well: / Company:)

| | | | |
|---|---|---|---|
| Logging Date | 15-Oct-2014 | | |
| Run Number | ONE | | |
| Depth Driller | 11925.00 ft | | |
| Schlumberger Depth | 11937.00 ft | | |
| Bottom Log Interval | 11929.00 ft | | |
| Top Log Interval | 2746.00 ft | | |
| Casing Driller Size @ Depth | 9.625 in   @   2746.00 ft | | |
| Casing Schlumberger | 2746 ft | | |
| Bit Size | 8.75 in | | |
| Type Fluid In Hole | Water Based Mud | | |
| Density | Viscosity | 9.5 lbm/gal | 43 s |
| Fluid Loss | PH | 7.2 cm3 | 10.3 |
| Source of Sample | AIT Mud Sensor | | |
| RM @ Meas Temp | 0.67 ohm.m   @   101.8 degF | | |
| RMF @ Meas Temp | 0.5 ohm.m   @   101.8 degF | | |
| RMC @ Meas Temp | 1.01 ohm.m   @   101.8 degF | | |
| Source RMF | RMC | Calculated | Calculated |
| RM @ BHT | RMF @ BHT | 0.37 @ 188 | 0.28 @ 188 |
| Max Recorded Temperatures | 188 degF | | |
| Circulation Stopped | Time | 15-Oct-2014 | 07:30:00 |
| Logger on Bottom | Time | 15-Oct-2014 | 14:30:00 |
| Unit Number | Location: | 9110 | Laurel, MS |
| Recorded By | Mark Butler | | |

Disclaimer

THE USE OF AND RELIANCE UPON THIS RECORDED-DATA BY THE HEREIN NAMED COMPANY (AND ANY OF ITS AFFILIATES, PARTNERS, REPRESENTATIVES, AGENTS, CONSULTANTS AND EMPLOYEES) IS SUBJECT TO THE TERMS AND CONDITIONS AGREED UPON BETWEEN SCHLUMBERGER AND THE COMPANY, INCLUDING: (a) RESTRICTIONS ON USE OF THE RECORDED-DATA; (b) DISCLAIMERS AND WAIVERS OF WARRANTIES AND REPRESENTATIONS REGARDING COMPANY'S USE AND RELIANCE UPON THE RECORDED-DATA, AND (c) CUSTOMER'S FULL AND SOLE RESPONSIBILITY FOR ANY INFERENCE DRAWN OR DECISION MADE IN CONNECTION WITH THE USE OF THIS RECORDED-DATA.

## Contents

1. Header
2. Disclaimer
3. Contents
4. Operational Run Summary
5. Remarks and Equipment Summary
6. Depth Summary
7. Composite 1 1" MAIN PASS
7.1 Integration Summary
7.2 Composite Summary
7.3 Log ( Import of ONE_INCH )
8. Composite 1 2" MAIN PASS
8.1 Integration Summary
8.2 Composite Summary
8.3 Log ( Import of TWO_INCH )
9. Composite 2 5" MAIN PASS
9.1 Integration Summary



AHC 000859

Apparent Formation Water Resistivity (RWA) TBD

0.5 ohm.m

Cable Tension (TENS)

000 lbf 0

GR

gAPI 150

Stuck Tool Indicator, Total (STIT)

0 ft 50

Micro Inverse (BMIN) MLT-B[1]

0.2 ohm.m 20

Micro Normal (BMNO) MLT-B[1]

0 ohm.m 20

Array Induction Two Foot Resistivity A60 (AT60) AIT_SpliceGroup[1]

0.2 ohm.m 2000

Array Induction Two Foot Resistivity A30 (AT30) AIT_SpliceGroup[1]

0.2 ohm.m 2000

Array Induction Two Foot Resistivity A20 (AT20) AIT_SpliceGroup[1]

0.2 ohm.m 2000

Array Induction Two Foot Resistivity A10 (AT10) AIT_SpliceGroup[1]

0.2 ohm.m 2000

Mudcake

Differential Caliper (DCAL)

-20 in 0

Differential Caliper (DCAL)

0 in 20

Delta-T (also called Slowness or Interval Transit Time) (DT) DSLT-H[1]

140 us/ft 40

Standard Resolution Density Porosity (DPHZ) HDRS[1]

0.35 ft3/ft3 -0.15

Thermal Neutron Porosity (original Ratio Method) in Selected Lithology (NPHI) HGNS[1]

0.35 ft3/ft3 -0.15

Standard Resolution Formation Photoelectric Factor (PEFZ) HDRS[1]

0 10

Density Standoff Correction (HDRA) HDRS[1]

-0.8 g/cm3 0.2

|— IHV - Integrated Hole Volume every 10.00 (ft3)

—| ICV - Integrated Cement Volume every 100.00 (ft3)

—| ICV - Integrated Cement Volume every 10.00 (ft3)

ME_1900 - Time Marked every 60.00 (s)

|— IHV - Integrated Hole Volume every 100.00 (ft3)

scription: Triple Combo standard resolution template for Platform Express   Format: Log ( Import of PEX_FIVE_INCH )   Index Scale: 5 in per 100 ft   Index it: ft  Index Type: Measured Depth   Creation Date: 16-Oct-2014 20:00:46

## Channel Processing Parameters

### NE: Parameters

| arameter | Description | Tool | Value | Unit |
|---|---|---|---|---|
| | Constant A of the Archie Formation Factor - Porosity Equation | Borehole | 1 | |
| PL | Array Induction Answer Product Level(Depth Log/View only) | AIT-M | Radial | |
| HM | Array Induction Borehole Correction Mode | AIT-M | Compute Standoff | |
| DE | Array Induction Casing Detection Enable | AIT-M | Yes | |
| EN | Array Induction Tool Centering Flag (in Borehole) | AIT-M | Eccentered | |
| RF | Array Induction Mud Resistivity Factor | AIT-M | 1 | |
| SG | Auxiliary Minimum Sliding Gate | DSLT-H | 140 | us |
| PM | Array Induction Radial Processing Mode | AIT-M | One Two Four | |
| TA | Array Induction Tool Standoff | AIT-M | 0.75 | in |
| SE | Array Induction Temperature Selection(Sonde Error Correction) | AIT-M | Internal | |
| RI | Barite Mud Presence Flag | Borehole | No | |
| IS | Borehole Status (Open or Cased Hole) | Borehole | Open | |
| | Bit Size | WLSESSION | 8.75 | in |
| LI_SHIFT | CALI Supplementary Offset | HDRS-H | -0.1 | in |
| LG | CBL Gate Width | DSLT-H | 45 | us |
| LO | Casing Bottom (Logger) | WLSESSION | 2746 | ft |
| TS | Correction for Delta-T Shale, Empirical | Borehole | 100 | us/ft |
| ODDRL | Casing Outer Diameter - Zoned along driller depths | WLSESSION | 9.625 | in |
| MODE | Depth Correction Mode | DepthCorrection | Real-time | |

| Well | Unit | Well Type | Proposal Date | Proposal | Cash Call Date | Cash Call Amount | Date Work Performed |
|---|---|---|---|---|---|---|---|
| CCLT 3-7 | SEB | Producer | 8/2/2019 | Acidize | 8/13/2019 | $82,500.00 | 8/18/2019 |
| CCLT 33-10 | SEB | Producer | 9/30/2019 | Acidize | 10/3/2019 | $91,400.00 | 10/27/2019 |
| CCLT 34-15 | SEB | Producer | 10/3/2019 | Acidize | 10/8/2019 | $91,400.00 | 10/31/2019 |
| Pate 3-11 | SEB | Producer | 1/6/2020 | Rod Repair | no cash call | | 2/8/2020 |
| CCLT 4-1 | SEB | Injection | 1/9/2020 | Tubing leak repair reperforate & propellant | 1/24/2020 | $73,100.00 | 2/6/2020 |
| Thomasson 33-12 | SEB | Producer | 2/5/2020 | Acidize | 2/11/2020 | $100,600.00 | 3/12/2020 |
| CCLT 35-13 | SEB | Producer | 2/12/2020 | Acidize | 2/18/2020 | $105,000.00 | 3/9/2020 |
| CCLT 4-1 | SEB | Injection | 6/17/2020 | Repair tubing & acidize | no cash call | | 7/8/2020 |
| CClt 34-12 | SEB | Producer | 9/14/2020 | Acidize | | | 10/26/2020 |
| CCLT 3-4 | SEB | Producer | 9/14/2020 | Acidize | 10/13/2020 | $110,000.00 | 10/23/2020 |
| CCLT 4-1 | SEB | Injection | 9/29/2020 | No AFE just a letter repaired tubing leak | | | 10/10/2020 |
| CCLT 35-15 | SWB | Producer | 2/6/2020 | Acidize | 3/12/2019 | $97,400.00 | |
| CCLT 35-15 | SWB | Producer | 3/19/2019 | Revised procedure to reperforate, add perforations & acidize | Increased AFE amount but no new cash call | | 3/24/2019 |
| CCLT 33-6 | SWB | Producer | 3/29/2019 | Acidize | no cash call | | 4/3/2019 |
| CCLT 33-10 | SWB | Producer | 5/20/2019 | Acidize | no cash call | | 10/27/2019 |
| CCLT 33-12 | SWB | Producer | 7/18/2019 | Acidize | 7/23/2019 | $77,200.00 | 7/28/2019 |
| Graddy 34-10 | SWB | Producer | 7/29/2019 | Acidize | 7/31/2019 | $82,500.00 | 8/16/2019 |
| Graddy 34-8 | SWB | Producer | 8/1/2019 | Acidize | 8/13/2019 | $82,500.00 | 8/12/2019 |
| CCLT 35-11 | SWB | Producer | 9/26/2019 | Acidize | 10/3/2019 | $106,400.00 | 10/26/2019 |
| CCLT 35-5 | SWB | Producer | 11/15/2019 | Acidize | 11/21/2019 | $100,600.00 | 12/13/2019 |
| CCLT 32-9 | SWB | Injection | 1/8/2020 | Tubing leak repair reperforate & propellant | 1/24/2020 | $73,100.00 | 1/16/2020 |
| CCLT 2-4 | SWB | Injection | 1/9/2020 | Tubing leak repair reperforate & propellant | 1/24/2020 | $77,600.00 | 2/14/2020 |
| CCLT 34-14 | SWB | Injection | 1/9/2020 | Tubing leak repair reperforate & propellant | 1/24/2020 | $77,600.00 | 1/31/2020 |
| CCLT 2-2 | SWB | Producer | 1/29/2020 | Acidize | 2/4/2020 | $148,100.00 | 10/17/2020 |
| CCLT 3-2 | SWB | Injection | 2/4/2020 | Tubing leak repair reperforate & propellant | 2/5/2020 | $73,100.00 | 2/11/2020 |
| CCLT 2-11 | SWB | Producer | 9/10/2020 | Acidize | | | 10/20/2020 |
| Graddy 34-10 | SWB | Producer | 12/7/2020 | Acidize | | | |

AHC 000861



Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 303-541-1559
Facsimile: 303-443-1551

Sutton Lloyd – Land Manager

Telephone: 720-961-5476
E-Mail: slloyd@sklarexploration.com

October 12, 2020

**(Via Email)**
TO:     Working Interest Owners

RE:  Sklar Exploration Company, LLC
     Cedar Creek Land & Timber 2-2 #1
     Southwest Brooklyn Oil Unit
     Escambia County, Alabama

Dear Owner:

As operator, we want to update you on the status of the Cedar Creek Land & Timber 2-2 #1. While performing the workover operation, we were unable to retrieve the packer from the well.  The tubing was cut before attempting to jar the packer free with no success.

The tubing and packer must be pulled, as well as the standing valve.  We will then re-run the tubing and packer.  The nitrified freshwater and nitrified acid job will then follow.

Should you have any questions, please feel free to call.

Sincerely,

Sutton Lloyd
Land Manager

AHC 000862



Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 303-541-1559
Facsimile: 303-443-1551

Sutton Lloyd – Land Manager

Telephone: 720-961-5476
E-Mail: slloyd@sklarexploration.com

October 12, 2020

**(Via Email)**
TO:      Working Interest Owners

RE:  Sklar Exploration Company, LLC
     Cedar Creek Land & Timber 2-2 #1
     Southwest Brooklyn Oil Unit
     Escambia County, Alabama

Dear Owner:

As operator, we want to update you on the status of the Cedar Creek Land & Timber 2-2 #1. While performing the workover operation, we were unable to retrieve the packer from the well.  The tubing was cut before attempting to jar the packer free with no success.

The tubing and packer must be pulled, as well as the standing valve.  We will then re-run the tubing and packer.  The nitrified freshwater and nitrified acid job will then follow.

Should you have any questions, please feel free to call.

Sincerely,

Sutton Lloyd
Land Manager

AHC 000863



Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 303-541-1559
Facsimile: 303-443-1551

Sutton Lloyd – Land Manager

Telephone: 720-961-5476
E-Mail: slloyd@sklarexploration.com

December 7, 2020

**(Via Email)**

TO:     Working Interest Owners

RE:  Sklar Exploration Company, LLC
      Graddy 34-10 #1
      Southwest Brooklyn Oil Unit
      Conecuh County, Alabama

Dear Owner:

Sklar Exploration Company, LLC, as operator of the Southwest Brooklyn Oil Unit, hereby proposes a workover on the Graddy 34-10 #1.  The well is currently producing 360 MCFD + 60 BOPD + 0 BWPD flowing from the Upper Smackover formation.

A similar treatment was performed on this well in August 2019, after having been on jet pump for almost 5 years. After the treatment, the well was returned to production and continues to flow.  However, the production rate has recently decreased significantly.   The cost of the previous treatment was approximately $90,000, and it is estimated that it resulted in $1,500,000 in incremental production.

The stimulation will consist of washing out salt deposits using coil tubing, nitrogen, and freshwater.  The producing perforations will then be acidized with 3500 gals nitrogen foamed 15% HCL acid.  The well will then be jetted in and returned to production.  We anticipate a production rate of approximately 110 BOPD + 650 MCFD.  If needed, the well will be placed on hydraulic jet pump.

Enclosed please find a detailed procedure, wellbore diagram, AFE and a log section for your review. Pursuant to Article 4.3.2 of the Southwest Brooklyn Oil Unit Operating Agreement dated November 1, 2018, an affirmative vote from three (3) or more working interest owners with a combined majority voting interest is required to perform the operation. Please make your election on the ballot provided and return it to mmcphillips@sklarexploration.com at your earliest convenience.

Sincerely,

Sutton Lloyd
Land Manager

Enclosed:     Ballot, Procedure, AFE, Wellbore Diagram, Log Section

AHC 000864

Graddy 34-10 #1
Southwest Brooklyn Oil Unit
December 7, 2020
Page **2** of **2**

### SKLAR EXPLORATION COMPANY L.L.C.
### GRADDY 34-10 #1
### SOUTHWEST BROOKLYN OIL UNIT
### CONECUH COUNTY, ALABAMA

### BALLOT

_____     I/We hereby approve Sklar Exploration Company L.L.C.'s proposal to perform the workover operation the above referenced well.

_____     I/We hereby **reject** Sklar Exploration Company L.L.C.'s proposal to perform the workover operation on the above referenced well.

SIGNATURE: _____

PRINTED NAME: _____

COMPANY NAME: _____

TITLE: _____

DATE: _____

AHC 000865



**Graddy 34-10 #1**
**Southwest Brooklyn Oil Unit**
**Brooklyn Field**
**Section 34, T4N, R12E**
**Conecuh County, Alabama**
**Permit #16709**
**Stimulation Procedure**
**December 3, 2020**

**WELLBORE DETAIL: See attached diagram.**

**DRIVING DIRECTIONS:** From Brooklyn go North on CR 6 approx. 6 miles, go past Hwy 69 to lease road on the left. Follow lease road to well site location, approx. ½ mile.

From Castleberry Alabama take Hwy 6 South for approx. 10 miles. Turn right through yellow gate and follow lease road to location.

**PURPOSE:** Remove salt deposits from tubing, packer, casing, and perforations using coil tubing, nitrogen and freshwater. Acidize Upper Smackover with 3500 gals nitrogen foamed 15% HCL acid.

## WORKOVER PROCEDURE

1. MI rental separator and flare stack. Connect and test flow-back lines. MIRU Eastern Energy Services 1-3/4" coil tubing unit, N2 unit, and acid pump. Have swab unit on standby.

2. RIH with 1-3/4" jet nozzle on 1-3/4" coil tubing, pumping 500 SCF N2/min. Begin pumping 0.5 BPM freshwater with 900 SCF N2/min at 10,000'. Continue in hole washing out salt deposits with freshwater and nitrogen to 12,020'. While continuing to wash, work jet nozzle back up to 11,900' and then back down to 12,020'. Wash through perforated intervals several times. At 12,020' shut off freshwater and jet well with 900 SCF N2/min until all water is recovered.

3. Pull jet nozzle up to 11,960'. SI returns (tbg/coil tbg annulus) and pressure up with N2 until injection into formation is established. Pump 3500 gals 15% HCL with 900 SCF N2/min, with returns SI. Work jet nozzle from 11,960' to 12,020' while acidizing. Pull up to 10,000'. Open tbg/coil tbg annulus. RIH to 12,020' jetting with 900 SCF N2/min. POOH slowly, jetting well with 900 SCF N2/min. RDMO coil tubing unit.

Page 1 of 2



**Graddy 34-10 #1**
**Stimulation Procedure (Cont'd)**
**December 3, 2020**

4.  Continue flowing well to rental equipment until well is strong enough to return to production.  Place well on production if well continues to flow.  Swab well if necessary to recover spent acid.  If well will not flow after fluid recovery, MIRU SLU.  RIH with standing valve and set same in PXD assembly.  POOH.  Fill tubing with oil and pressure tubing to 500 psig.  RIH with shifting tool and shift open PXD sleeve.  POOH.  Break circulation to insure sleeve is open.  RDMO SLU. Transfer fluids out of rental separator to production tanks.  Move out rental equipment.  Place well on production via jet pump.

**Notify AOGB before starting operations.**
**Field Agent – Paul Matthews (251) 607-8826**

AHC 000867

Graddy 34-10 #1 Stimulation AFE 120320,12/7/2020,1:39 PM

# SKLAR Exploration Company L.L.C.
401 Edwards St. Suite 1601
Shreveport, LA 71101
(318) 227-8668

## AUTHORITY FOR EXPENDITURE

| DATE: | December 3, 2020 | FIELD: | Brooklyn |
| OPERATOR: | Sklar Exploration Company L.L.C. | STATE: | Alabama |
| WELL: | Graddy 34-10 #1 | HORIZON: | Smackover |
| LOCATION: | Section 34, T4N, R12E | PROJ. T.D.: | 12,304' AIL |

Southwest Brooklyn Oil Unit

PROPOSAL: Remove salt deposits from tubing, packer, casing and perforations. Acidize with 3500 gals 15% HCL, using coil tubing and nitrogen.

| CODE or SUB | CLASSIFICATION: | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| 9100 | **LEASEHOLD COSTS** | | | |
| 81 | LEGAL FEES, TITLE OPINIONS, CURATIVE | | | |
| 86 | LEASE BONUS | | | |
| 84 | LEASE EXTENSION | | | |
| 88 | DELAY RENTALS | | | |
| 89 | BROKERAGE | | | |
| 90 | LANDMAN COSTS | | | |
| 91 | RECORDING FEES | | | |
| | **TOTAL LEASEHOLD COSTS** | $0 | $0 | $0 |

| 9200/9300 | **INTANGIBLE DRILLING & COMPLETION** | | | |
|---|---|---|---|---|
| 01 | SURVEY, DOC HEARINGS, PERMITS | | | |
| 02 | LOCATION PREPARATION/DIRT WORK | | | |
| 03 | LOCATION CLEAN UP & PIT CLOSURE | | | |
| 04 | SURFACE DAMAGES & ROW | | | |
| 05 | SETTING CONDUCTOR CASING | | | |
| 06 | RIG MOBILIZE/DEMOBILIZE | | | |
| 07 | DRILLING - FOOTAGE | | | |
| 08 | DRILLING - TURNKEY | | | |
| 10 | DAYWORK WITH DRILL PIPE | | | |
| 11 | DAYWORK WITHOUT DRILL PIPE | | | |
| 12 | DAYWORK - RIG EQUIPMENT & REPAIR | | | |
| 13 | ENGINEERING & SUPERVISION | | 6,200 | 6,200 |
| 14 | RIG INSTRUMENTATION & MONITORING | | | |
| 15 | COIL TUBING UNIT | | | |
| 16 | DIRECTIONAL DRILLING TOOLS & SVCS | | | |
| 17 | MUD & CHEMICALS | | | |
| 18 | MUD DISPOSAL | | | |
| 23 | MUD LOGGING | | | |
| 24 | CEMENTING & EQUIPMENT | | | |
| 25 | CASING CREW & LAYDOWN MACHINE | | | |
| 26 | PIPE TESTING | | | |
| 27 | EQUIPMENT RENTALS | | 22,000 | 22,000 |
| 28 | FISHING TOOLS & SVCS | | | |
| 29 | TELEPHONE & COMMUNICATIONS | | | |
| 30 | WATER | | | |
| 31 | FUEL | | | |
| 32 | BITS | | | |
| 33 | TRANSPORTATION & TRUCKING | | | |
| 34 | CONTRACT LABOR | | | |
| 35 | SAFETY & H2S TRAINING | | | |
| 36 | LOGGING & WIRELINE   (Slickline) | | 6,000 | 6,000 |
| 37 | DRILL STEM & PRODUCTION TESTING | | | |
| 38 | CORING & ANALYSIS | | | |
| 39 | GEOLOGICAL | | | |
| 40 | GEOPHYSICAL | | | |
| 46 | WORKOVER RIG | | | |
| 47 | PERFORATION SERVICES | | | |
| 48 | COMPLETION FLUIDS | | | |
| 49 | STIMULATION SERVICES | | 55,500 | 55,500 |
| 50 | INSTALLATION OF WELL EQUIPMENT | | | |
| 51 | PIPELINE EXPENSES & ROW | | | |
| 58 | AUTO EXPENSE | | | |
| 61 | SALT WATER DISPOSAL | | | |
| 63 | VACUUM TRUCK | | | |
| 64 | SWABBING UNIT | | 4,000 | 4,000 |
| 65 | PLUG & ABANDON COSTS | | | |
| 78 | INSURANCE | | | |
| 79 | COPAS OVERHEAD - DRILLING/COMPLETION | | | |
| 82 | MISCELLANEOUS: ±5% contingency | 0 | 4,700 | 4,700 |
| | **TOTAL INTANGIBLE DRILLING & COMPLETION** | $0 | $98,400 | $98,400 |

| 9500 | **TANGIBLE EQUIPMENT - DRILLING** | | | |
|---|---|---|---|---|
| 01 | CONDUCTOR CASING | | | |
| 02 | SURFACE CASING | | | |
| 03 | INTERMEDIATE CASING & LINERS | | | |
| 04 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 05 | WELLHEAD EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - DRILLING** | $0 | $0 | $0 |

| 9520 | **TANGIBLE EQUIPMENT - COMPLETION** | | | |
|---|---|---|---|---|
| 21 | PRODUCTION CASING & LINERS | | | |
| 22 | TUBING | | | |
| 23 | PACKERS | | | |
| 24 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 25 | WELLHEAD EQUIPMENT | | | |
| 27 | ARTIFICIAL LIFT EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - COMPLETION** | $0 | $0 | $0 |

| 9540 | **SURFACE PRODUCTION EQUIPMENT** | | | |
|---|---|---|---|---|
| 41 | SURFACE PRODUCTION EQUIPMENT | | | |
| 42 | COMPRESSION | | | |
| 43 | TANK BATTERY COSTS | | | |
| 44 | FLOWLINES, FITTINGS, CONNECTIONS | | | |
| 45 | PIPELINE & GATHERING SYSTEM COSTS | | | |
| 46 | SALES METERING EQUIPMENT | | | |
| | **TOTAL SURFACE PRODUCTION EQUIPMENT** | $0 | $0 | $0 |

| | **TOTAL EQUIPMENT** | $0 | $0 | $0 |
|---|---|---|---|---|

| | **TOTAL WELL COST** | $0 | $98,400 | $98,400 |
|---|---|---|---|---|

APPROVED:_____, 2020.

BY:_____

OEE Insurance Election (Please check your election below):
☐ Coverage under own policy with limits not less than _____.

☐ Coverage under Operator's policy

NOTE: If no election is checked or owner has not supplied proof of coverage prior to spud, owner will be included under and charged for SEC'S OEE coverage.

AHC 000868



# Wellbore Diagram
## Graddy 34-10 #1

**LEASE:** Graddy 34-10 #1
**FIELD:** Brooklyn
**COUNTY:** Conecuh
**STATE:** Alabama
**LOCATION:** 1867' FSL & 1823' FEL
S34-T4N-R12E
**API #:** 01-035-20270-00-00
**Permit NO.:** 16709
**SPUD:** July 30, 2012
**Prepared by:** RMW
**Date:** 7/26/19
**Updated:** 12/3/2020 (RMW)

KB: 329.5 '
GL: 305.8'
DF: 328'

Bradenhead flange:
Tbghead flange:
Production tree:

20" @ 84'

**Tbg Detail: (Top down) 9/20/12**
1 jt. 2-7/8" 6.5 #/ft L-80 EUE 8rd tbg
10' x 2-7/8" 6.5 #/ft L-80 EUE 8rd tbg sub
3' x 2-7/8" 6.5 #/ft L-80 EUE 8rd tbg sub
368 jts 2-7/8" 6.5 #/ft L-80 EUE 8rd tbg
4' x 2-7/8" 6.5 #/ft L-80 EUE 8rd tbg sub
1 jt. 2-7/8" 6.5 #/ft L-80 EUE 8rd tbg
2-7/8" PXD Jet pump sleeve (**closed**)
10' x 2-7/8" 6.5 #/ft L-80 EUE 8rd tbg sub
On/Off tool 5-1/2" x 2-7/8" EUE, T-2 Overshot
On/Off Stinger, 2-7/8" x 2.188 'R' profile
ASI-X Packer 5-1/2" x 2-7/8" 10K @ 11,943'
4' x 2-7/8" 6.5 #/ft L-80 EUE 8rd tbg sub
2.188" 'R' nipple @ 11,954'
6' X 2-7/8" 6.5 #/ft L-80 EUE 8rd tbg sub
Ported under balance sub
10' x 2-7/8" 6.5 #/ft L-80 EUE 8rd tbg sub
Auto release firing head
EOT @ 11,972'

**Surface Csg: 8/1/12**
70 jts, 9-5/8", # @ 2,940'
Lead: 890 sks ,12.8 #/ft, 1.81 yld
Tail: 305 sks, 16 #/ft, 1.15 yld
Top Out: 100 sks, 15.4 #/ft, 1.23 yld

TOC: 10,162'

**Perfs : 9/20/12**
11,974' – 11,980'
11,986' – 12,003'
Upper SMKV
AIL = RCBL
6 spf, 60°

**8/16/19-** Acidized w/ 3500 gals
15% HCL w/900 SCF N2/min

Gun assembly dropped to PBTD
Top of TCP assembly - 12,189' AIL = RCBL

**Prod Csg: 8/17/12**
13 jts 5-1/2" , 20 #/ft @ Srf – 570'
232 jts 5-1/2" , 17 #/ft @ 570' – 11,025'
28 jts 5-1/2" , 20 #/ft @ 11,025' – 12,304'
Lead: 100 sks , 12.4 #/ft, 2.05 yld
Tail: 350 sks , 16.2 #/ft, 1.5 yld

PBTD = FC @ 12,221' GR=AIL
TD = 12,304' AIL



SKLAR EXPLORATION COMPANY LLC
GRADDY 34-10 #1
WILDCAT FIELD
CONECUH COUNTY, ALABAMA
SCHLUMBERGER PEX 8/19/2012
74'
80'
86'
12000
03'
12100



Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 303-541-1559
Facsimile: 303-443-1551

Sutton Lloyd – Landman

Telephone: 720-961-5476
E-Mail: slloyd@sklarexploration.com

February 5, 2020

**(Via Email)**
TO:    Working Interest Owners

RE:    Sklar Exploration Company, LLC
Thomasson 33-12 #1
Southeast Brooklyn Oil Unit
Conecuh County, Alabama

Dear Owner:

Sklar Exploration Company, LLC, as operator of the Southeast Brooklyn Oil Unit, hereby proposes a workover on the Thomasson 33-12 #1.  The well is currently producing 56 MCFD + 27 BOPD + 0 BWPD on jet pump from the Upper Smackover.

This well has a history of salt problems since placing the well on jet pump in 2014.  Also, the Upper Smackover intervals have not been acidized since 2014.  The cumulative oil production from this well is approximately 92,100 bbls.

The work will consist of washing out the salt deposits using coil tubing, nitrogen, and freshwater, and then acidizing the producing perforations with 4000 gals nitrogen foamed 15% HCL acid.  The well will then be jetted in and returned to production.  We anticipate a production rate of approximately 75 BOPD + 150 MCFD.

Enclosed please find a detailed procedure, wellbore diagrams, AFE, and a log section for your review.  Pursuant to Article 4.3.2 of the Southeast Brooklyn Oil Unit Operating Agreement dated November 1, 2018, Sklar will proceed with the operation after receiving an affirmative vote from three (3) or more working interest owners with a combined majority voting interest. Please make your election on the ballot provided and return it to fmontalvo@sklarexploration.com at your earliest convenience.  Should you have any questions, please feel free to call.

Sincerely,

Sutton Lloyd
Senior Landman

Encl.

Thomasson 33-12 #1
Southeast Brooklyn Oil Unit
February 5, 2020
Page **2** of **2**

## SKLAR EXPLORATION COMPANY L.L.C.
## THOMASSON 33-12 #1
## SOUTHEAST BROOKLYN OIL UNIT
## CONECUH COUNTY, ALABAMA

### BALLOT

_____   I/We hereby approve Sklar Exploration Company L.L.C.'s proposal to perform the workover operation the above referenced well.

_____   I/We hereby **reject** Sklar Exploration Company L.L.C.'s proposal to perform the workover operation on the above referenced well.

SIGNATURE:   _____

PRINTED NAME:   _____

COMPANY NAME:   _____

TITLE:   _____

DATE:   _____

AHC 000872



**Thomasson 33-12 #1**
**Southeast Brooklyn Oil Unit**
**Brooklyn Field**
**Section 33, T4N, R13E**
**Conecuh County, Alabama**
**Permit #16983-B**
**Workover-Stimulation Procedure**
**February 5, 2020**

**WELLBORE DETAIL:  See attached diagram.**

**DRIVING DIRECTIONS:**  From Brooklyn, AL, at the Intersection of CR 42 (Brooklyn Rd) and CR 6, go East on CR 42 for 0.4 miles to CR 43.  Turn Right (North) on CR 43 and go 0.2 Miles.  Location on the right.

**PURPOSE:**  Remove salt deposits acidize with 4000 gals nitrogen foamed 15% HCL acid.

## WORKOVER PROCEDURE

1.  Reverse circulate jet pump to surface.  MIRU SLU.  RIH with shifting tool and shift closed the PXD sleeve at 11,628'.  POOH.  RIH with equalizing bar and open equalizing ports on standing valve.  POOH.  Allow pressure to equalize.  RIH with pulling tool.  Latch onto standing valve and POOH with same.  RDMO SLU.

2.  MI rental separator, enclosed tank, and flare stack.  Connect and test flow-back lines.  MIRU NexTier Energy Services 1-3/4" coil tubing unit, N2 unit, and acid pump.

3.  RIH with 1-3/4" jet nozzle on 1-3/4" coil tubing with well flowing, pumping 900 SCF/min N2.  Begin pumping 0.5 BPM freshwater with 500 SCF/min at 11,000'.  Continue in hole washing out salt deposits with freshwater and nitrogen to 11,730' (±24' below bottom set of perforations).  While continuing to wash, work jet nozzle back up to 11,600' and then back down to 11,730'.  Shut off freshwater and jet well with 900 SCF/min N2 until all water is recovered.

4.  Pull jet nozzle up to 11,690'.  SI returns (tbg/coil tbg annulus) and pressure up with N2 until injection into formation is established.  Pump 4000 gals 15% HCL with 900 SCF N2/min, with returns SI.  After 2000 gals acid is out the end of the coil, pull up to 11,660'and pump the remaining 2000 gals of acid out the end of the coil.  SD N2.  Pull up to 10,000'.  Open tbg/coil tbg annulus.  RIH to 11,730' jetting with 900 SCF/min N2.  POOH slowly, jetting well with 900 SCF/min N2.

AHC 000873



**Thomasson 33-12 #1**
**Workover-Stimulation Procedure (Cont'd)**
**February 5, 2020**

5.  RDMO coil tubing unit.  Continue flowing well to rental equipment until well is strong
    enough to return to production.  Place well on production.  Swab well if necessary.  If well
    will not flow after recovering spent acid, MIRU SLU.  RIH with standing valve and set same
    in PXD assembly.  POOH.  Fill tubing with oil and pressure tubing to 500 psig using jet
    pump triplex.  RIH with shifting tool and shift open the PXD sleeve.  POOH.  Break
    circulation to insure sleeve is open.  RDMO SLU.  Transfer fluids out of rental separator and
    tank to production tanks.  RDMO rental equipment.  Return well to production via jet
    pump.

**Notify AOGB before starting operations.**
**Field Agent – Paul Matthews (251) 607-8826**

AHC 000874



**Wellbore Diagram**
**Thomasson 33-12 #1**

LEASE: Thomasson 33-12 #1
FIELD: Brooklyn
COUNTY: Conecuh
STATE: Alabama
LOCATION: 843' FWL & 2371' FSL
S33-T4N-R13E
API #: 01-035-20309-00-00
Permit NO.: 16983-B
SPUD: 2/21/2014
Prepared by: BME/RMW
Date: 6/04/14

KB: 182.2'
GL: 160.0'
DF: 180.8'

Bradenhead flange:
Tbghead flange:
Production tree:

20" @ 100'

**2/23/14**
71 jts 9-5/8" 40# J-55 LTC @ 2920'
12 ¼" hole
Lead: 880 sks Extendacem, 12.8#. 1.76 yld
Tail: 270 sks Halcem, 15#, 1.29 yld
Top Out: 100 sks Swiftcem, 1.31 yld

**4/16/14:**
1 jt 2-7/8" 6.5# L-80 EUE 8rd tbg
8' X 2-7/8" 6.5# L-80 EUE 8rd pup
3' X 2-7/8" 6.5# L-80 EUE 8rd pup
353 jts 2-7/8" 6.5# L-80 EUE 8rd tbg
4' X 2-7/8" 6.5# L-80 EUE 8rd pup
1 jt 2-7/8" 6.5# L-80 EUE 8rd tbg
2-7/8" 'PXD' sleeve (open) at 11,628'
10' X 2-7/8" 6.5# L-80 EUE 8rd pup
T-2 on/off tool w/ 2.188" 'R' profile
5-1/2" X 2-7/8" AS1-X pkr 14-20# @ 11644'
4' X 2-7/8" 6.5# L-80 EUE 8rd pup
2.188" 'R' nipple @ 11655'
6' X 2-7/8" 6.5# L-80 EUE 8rd pup
Ported under-balance sub
10' X 2-72-7/8" 6.5# L-80 EUE 8rd pup
Auto release firing head
EOT @ 11673'

TOC: 9940'

**4/17/14 Perfs:**
11676' – 11684' & 11696' – 11706' AIL = RCBL
Upper Smackover
6SPF 60° SDP

**4/22/14  Acid Job:**
5000 gals SuperSol EQH 15% HCl displ w/ 68
bbl 2% KCl wtr. Brkdwn Press = 4850 psig, ISIP
3131 psig, 5 min 1600 psig, 10 min 1057 psig,
15 min 701 psig

**3/11/14**
12 jts 5-1/2" 20# L-80 LTC Srf – 526'
222 jts 5-1/2" 17# L-80 LTC 526' – 10390'
36 jts 5-1/2" 20# L-80 LTC 10390' – 12000'
8 ¾'' hole
Lead: 100 sks Thermacem, 12.8#, 1.86 yld
Tail: 300 sks Thermacem, 16.3#, 1.44 yld

Gun assembly dropped to PBTD
Top of TCP assembly  - 11874'

PBTD = FC @ 11908'
TD = 12000'

Thomasson 33-12 #1 Workover-Stimulation AFE 020520,2/5/2020,4:23 PM

# SKLAR Exploration Company L.L.C.

401 Edwards St. Suite 1601
Shreveport, LA 71101
(318) 227-8668

## AUTHORITY FOR EXPENDITURE

| DATE: | February 5, 2020 | FIELD: | Brooklyn |
|---|---|---|---|
| OPERATOR: | Sklar Exploration Company L.L.C. | STATE: | Alabama |
| WELL: | Thomasson 33-12 #1 | HORIZON: | Smackover |
| LOCATION: | Section 33, T4N, R13E, Conecuh County | PROJ. T.D.: | 12,000' |

Southeast Brooklyn Oil Unit

PROPOSAL: Remove salt deposits casing and perforations. Acidize with 4000 gals 15% HCL using coil tbg & nitrogen.

| CODE or SUB | CLASSIFICATION: | DRY HOLE | WORKOVER | TOTAL |
|---|---|---|---|---|
| 9100 | **LEASEHOLD COSTS** | | | |
| 81 | LEGAL FEES, TITLE OPINIONS, CURATIVE | | | |
| 86 | LEASE BONUS | | | |
| 84 | LEASE EXTENSION | | | |
| 88 | DELAY RENTALS | | | |
| 89 | BROKERAGE | | | |
| 90 | LANDMAN COSTS | | | |
| 91 | RECORDING FEES | | | |
| | **TOTAL LEASEHOLD COSTS** | $0 | $0 | $0 |
| | | | | |
| 9200/9300 | **INTANGIBLE DRILLING & COMPLETION** | | | |
| 01 | SURVEY, DOC HEARINGS, PERMITS | | | |
| 02 | LOCATION PREPARATION/DIRT WORK | | | |
| 03 | LOCATION CLEAN UP & PIT CLOSURE | | | |
| 04 | SURFACE DAMAGES & ROW | | | |
| 05 | SETTING CONDUCTOR CASING | | | |
| 06 | RIG MOBILIZE/DEMOBILIZE | | | |
| 07 | DRILLING - FOOTAGE | | | |
| 08 | DRILLING - TURNKEY | | | |
| 10 | DAYWORK WITH DRILL PIPE | | | |
| 11 | DAYWORK WITHOUT DRILL PIPE | | | |
| 12 | DAYWORK - RIG EQUIPMENT & REPAIR | | | |
| 13 | ENGINEERING & SUPERVISION: | | 6,600 | 6,600 |
| 14 | RIG INSTRUMENTATION  & MONITORING | | | |
| 15 | COIL TUBING UNIT | | 22,000 | 22,000 |
| 16 | DIRECTIONAL DRILLING TOOLS & SVCS | | | |
| 17 | MUD & CHEMICALS | | | |
| 18 | MUD DISPOSAL | | | |
| 23 | MUD LOGGING | | | |
| 24 | CEMENTING & EQUIPMENT | | | |
| 25 | CASING CREW & LAYDOWN MACHINE: | | | |
| 26 | PIPE TESTING | | | |
| 27 | EQUIPMENT RENTALS | | 20,000 | 20,000 |
| 28 | FISHING TOOLS & SVCS | | | |
| 29 | TELEPHONE & COMMUNICATIONS: | | | |
| 30 | WATER | | | |
| 31 | FUEL | | | |
| 32 | BITS | | | |
| 33 | TRANSPORTATION & TRUCKING | | | |
| 34 | CONTRACT LABOR | | 6,000 | 6,000 |
| 35 | SAFETY & H2S TRAINING | | | |
| 36 | LOGGING & WIRELINE   (Slickline) | | 3,200 | 3,200 |
| 37 | DRILL STEM & PRODUCTION TESTING | | | |
| 38 | CORING & ANALYSIS | | | |
| 39 | GEOLOGICAL | | | |
| 40 | GEOPHYSICAL | | | |
| 46 | WORKOVER RIG | | | |
| 47 | PERFORATION SERVICES | | | |
| 48 | COMPLETION FLUIDS | | | |
| 49 | STIMULATION SERVICES | | 34,000 | 34,000 |
| 50 | INSTALLATION OF WELL EQUIPMENT | | | |
| 51 | PIPELINE EXPENSES & ROW | | | |
| 58 | AUTO EXPENSE | | | |
| 61 | SALT WATER DISPOSAL | | | |
| 63 | VACUUM TRUCK | | | |
| 64 | SWABBING UNIT | | 4,000 | 4,000 |
| 65 | PLUG & ABANDON COSTS | | | |
| 78 | INSURANCE | | | |
| 79 | COPAS OVERHEAD - DRILLING/COMPLETION | | | |
| 82 | MISCELLANEOUS: ±5% contingency | 0 | 4,800 | 4,800 |
| | **TOTAL INTANGIBLE DRILLING & COMPLETION** | $0 | $100,600 | $100,600 |
| | | | | |
| 9500 | **TANGIBLE EQUIPMENT - DRILLING** | | | |
| 01 | CONDUCTOR CASING | | | |
| 02 | SURFACE CASING | | | |
| 03 | INTERMEDIATE CASING & LINERS | | | |
| 04 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 05 | WELLHEAD EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - DRILLING** | $0 | $0 | $0 |
| | | | | |
| 9520 | **TANGIBLE EQUIPMENT - COMPLETION** | | | |
| 21 | PRODUCTION CASING & LINERS | | | |
| 22 | TUBING | | | |
| 23 | PACKERS | | | |
| 24 | FLOAT EQUIPMENT, HANGERS & RELATED | | | |
| 25 | WELLHEAD EQUIPMENT | | | |
| 27 | ARTIFICIAL LIFT EQUIPMENT | | | |
| | **TOTAL TANGIBLE EQUIPMENT - COMPLETION** | $0 | $0 | $0 |
| | | | | |
| 9540 | **SURFACE PRODUCTION EQUIPMENT** | | | |
| 41 | SURFACE PRODUCTION EQUIPMENT | | | |
| 42 | COMPRESSION | | | |
| 43 | TANK BATTERY COSTS | | | |
| 44 | FLOWLINES, FITTINGS, CONNECTIONS | | | |
| 45 | PIPELINE & GATHERING SYSTEM COSTS | | | |
| 46 | SALES METERING EQUIPMENT | | | |
| | **TOTAL SURFACE PRODUCTION EQUIPMENT** | $0 | $0 | $0 |
| | | | | |
| | **TOTAL EQUIPMENT** | $0 | $0 | $0 |
| | | | | |
| | **TOTAL WELL COST** | $0 | $100,600 | $100,600 |

APPROVED:_____, 2020.

BY:_____

OEE Insurance Election (Please check your election below):

☐ Coverage under own policy with limits not less than_____,

☐ Coverage under Operator's policy

NOTE: If no election is checked or owner
has not supplied proof of coverage
prior to spud, owner will be included
under and charged for SEC's OEE
coverage.

AHC 000876

| COMPANY | | | FIELD | | | | WELL NAME | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sklar | | | Brooklyn | | | | Thomasson 33-12#1 | | | |
| COMPANY REP | | | CASING | SIZE | WEIGHT | GRADE | THREAD | COMPLETION FLUID | | | |
| | Kindle Beach | | | 5 1/2" | 17&20# | L-80 | 8 rd | | 2% KCL | | |
| COUNTY | STATE | LINER | SIZE | WEIGHT | GRADE | THREAD | TUBING | LOWER | MIDDLE | UPPER | |
| Conecuh | Al. | | | | | | WT.ON | 10000 ↓ | | | |
| | | UPPER | SIZE | WEIGHT | GRADE | THREAD | TYPE | LOWER | MIDDLE | UPPER | |
| | | | 2 7/8" | 6.5# | L-80 | 8 rd | LATCH | J | | | |
| | TUBING | MIDDLE | SIZE | WEIGHT | GRADE | THREAD | OPERATOR'S NAME | | | MSO |
| | | | | | | | Mitchell Thornton 601-580-0160 | | | 17830 |
| | | LOWER | SIZE | WEIGHT | GRADE | THREAD | OFFICE | | | DATE |
| | | | | | | | Laurel | | | 4/16/2014 |

| | ITEM | DEPTH | LENGTH | JTS | DESCRIPTION | OD | ID |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0.00 | 22.20 | | ELEVATION | | |
| 2 | 2 | 22.20 | 32.70 | 1 | Tubing 2 7/8"eue 8rd L80 | 3.688 | 2.441 |
| 3 | 3 | 54.90 | 8.00 | | 2 7/8"eue 8rd L-80, pup jt. | 3.688 | 2.441 |
| 4 | 4 | 62.90 | 3.04 | | 2 7/8"eue 8rd L-80, pup jt. | 3.688 | 2.441 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 5 | 5 | 65.94 | 11525.17 | 353 | Tubing 2 7/8"eue 8rd L80 | 3.688 | 2.441 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 6 | 6 | 11591.11 | 4.04 | | 2 7/8"eue 8rd L-80, pup jt. | 3.688 | 2.441 |
| 7 | 7 | 11595.15 | 32.74 | 1 | Tubing 2 7/8"eue 8rd L80 | 3.688 | 2.441 |
| 8 | 8 | 11627.89 | 4.15 | | PXD sleeve 2 7/8"eue BxP,L80 mat | 3.72 | 2.329 |
| 9 | 9 | 11632.04 | 10.02 | | 2 7/8"eue 8rd L-80, pup jt. | 3.688 | 2.441 |
| 10 | 10 | 11642.06 | 1.80 | | T-2 on/off tool, 2.188 R profile | 4.5 | 2.188 |
| | | | | | L-80 material | | |
| 11 | 11 | 11643.86 | 6.90 | | 5 1/2" by 2 7/8" eue 8rd 14-20# | 4.625 | 2.36 |
| | | | | | AS1-X 10k w/carbide slips | | |
| | | | | | | | |
| | | | | | | | |
| 12 | 12 | 11650.76 | 4.04 | | 2 7/8"eue 8rd L-80, pup jt. | 3.688 | 2.441 |
| 13 | 13 | 11654.80 | 0.83 | | R nip 2 7/8"eue 8rd BxP, L-80 Mat. | 3.72 | 2.188 |
| 14 | 14 | 11655.63 | 6.10 | | 2 7/8"eue 8rd L-80, pup jt. | 3.688 | 2.441 |
| 15 | 15 | 11661.73 | 0.77 | | Ported UB sub | | |
| 16 | 16 | 11662.50 | 10.20 | | 2 7/8"eue 8rd L-80, pup jt. | 3.688 | 2.441 |
| 17 | 17 | 11672.70 | 3.30 | | Auto release | 3.688 | 1.56 |
| 18 | 18 | 11676.00 | 8.00 | | Perf Gun | 3.375 | |
| 19 | 19 | 11684.00 | 12.00 | | Blank | 3.375 | |
| 20 | 20 | 11696.00 | 10.00 | | Perf Gun | 3.375 | |
| 21 | 21 | 11706.00 | 0.83 | | Bull Plug | 3.375 | |
| | | 11706.83 | | | | | |
| | | | | | | | |
| 22 | | 11908.00 | | | PBTD | | |

| PAGE | | OF | |
|---|---|---|---|

PRYOR PACKERS INC.
PO BOX 2754
LAUREL, MS 39442-2754
TELEPHONE (601 )649-4535 FAX (601 )649-4620



SKLAR EXPLORATION COMPANY LLC
THOMASSON 33-12 #1
BROOKLYN FIELD
CONECUH COUNTY, AL
SCHLUMBERGER QUAD COMBO 3/9/14

11600

11700

AHC 000878