| Customer Name | Inv Amount | Current | 30 days | 60 days | 90 days | > Current |
|---|---:|---:|---:|---:|---:|---:|
| McCombs Energy Ltd., LLC | 452,482.91 | 0.00 | 100,570.31 | 82,358.27 | 269,554.33 | 452,482.91 |
| Kudzu Oil Properties, LLC | 173,764.23 | 0.00 | 64,764.05 | 0.00 | 109,000.18 | 173,764.23 |
| JJS Interests Escambia, LLC | 133,036.58 | 8,891.67 | 0.00 | 21,906.53 | 102,238.38 | 124,144.91 |
| FPCC USA, Inc. | 107,101.53 | 0.00 | 42,197.07 | 33,262.01 | 31,642.45 | 107,101.53 |
| JJS Working Interests LLC | 95,875.41 | 0.00 | 95,875.41 | 0.00 | 0.00 | 95,875.41 |
| McCombs Exploration, LLC | 93,023.10 | 0.00 | 12,193.35 | 17,787.33 | 63,042.42 | 93,023.10 |
| Fant Energy Limited | 77,048.68 | 0.00 | 8,326.09 | 7,110.68 | 61,611.91 | 77,048.68 |
| Charter Energy Partners LLC | 72,484.16 | 0.00 | 72,484.16 | 0.00 | 0.00 | 72,484.16 |
| Twin Bridges Resources LLC | 72,484.16 | 0.00 | 72,484.16 | 0.00 | 0.00 | 72,484.16 |
| TDX Energy, LLC | 72,150.86 | 0.00 | 6,234.23 | 2,938.06 | 62,978.57 | 72,150.86 |
| Carl Herrin Oil and Gas, L.L.C. | 58,934.72 | 0.00 | 8,398.90 | 3,923.97 | 46,611.85 | 58,934.72 |
| Tenexco, Inc. | 58,687.05 | 0.00 | 8,820.05 | 3,572.70 | 46,294.30 | 58,687.05 |
| Lucas Petroleum Group, Inc. | 41,778.92 | 41,778.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| McCombs Energy Ltd., LLC | 41,198.98 | 0.00 | 8,076.08 | 3,961.08 | 29,161.82 | 41,198.98 |
| Hanson Operating Co. Inc. | 29,893.88 | 0.00 | 15,131.73 | 14,762.15 | 0.00 | 29,893.88 |
| Parous Energy, L.L.C. | 27,970.03 | 0.00 | 3,999.84 | 1,874.33 | 22,095.86 | 27,970.03 |
| Craft Exploration Company L.L.C. | 26,827.08 | 0.00 | 3,904.80 | 1,319.68 | 21,602.60 | 26,827.08 |
| K.C. Whittemore | 26,565.84 | -1,349.35 | -1,052.54 | -838.90 | 29,806.63 | 27,915.19 |
| LCJ Resources, LLC | 25,274.38 | 0.00 | 25,274.38 | 0.00 | 0.00 | 25,274.38 |
| Genesis Resources, LLC | 24,943.22 | 0.00 | 24,943.22 | 0.00 | 0.00 | 24,943.22 |
| JJS Interests North Beach LLC | 24,804.00 | 0.00 | 0.00 | 0.00 | 24,804.00 | 24,804.00 |
| Resource Ventures, LLC | 23,690.88 | 0.00 | 5,084.38 | 2,426.65 | 16,179.85 | 23,690.88 |
| Coastal Exploration, Inc. | 21,857.36 | 0.00 | 4,128.37 | 1,676.20 | 16,052.79 | 21,857.36 |
| Embayment Production, LLC | 19,660.02 | 0.00 | 2,596.65 | 1,223.87 | 15,839.50 | 19,660.02 |
| SDMF Holdings, LLC | 17,718.05 | 0.00 | 17,692.06 | 0.00 | 25.99 | 17,718.05 |
| Jones Energy Company, LLC | 15,186.90 | 0.00 | 15,164.63 | 0.00 | 22.27 | 15,186.90 |
| Rosebud Energy Development, LLC | 15,186.90 | 0.00 | 15,164.63 | 0.00 | 22.27 | 15,186.90 |
| Sepulga River Fuels, LLC | 14,546.12 | 0.00 | 2,093.38 | 847.97 | 11,604.77 | 14,546.12 |
| Pflanzer Partners, Ltd | 14,326.72 | 0.00 | 1,749.98 | 814.12 | 11,762.62 | 14,326.72 |
| Pruet Production Co. | 13,188.11 | 0.00 | 13,188.11 | 0.00 | 0.00 | 13,188.11 |
| Vickery Exploration, LLC | 12,316.11 | 0.00 | 1,735.54 | 806.82 | 9,773.75 | 12,316.11 |
| Cayman Resources, Inc. | 11,904.85 | 0.00 | 523.34 | 211.99 | 11,169.52 | 11,904.85 |
| Craft Exploration Company L.L.C. | 10,920.54 | 0.00 | 7,188.70 | 3,731.84 | 0.00 | 10,920.54 |
| Black Banks, LLC | 10,109.76 | 0.00 | 10,109.76 | 0.00 | 0.00 | 10,109.76 |
| Cold Spring Energy LLC | 10,109.76 | 0.00 | 10,109.76 | 0.00 | 0.00 | 10,109.76 |

| Name | | | | | |
|---|---|---|---|---|---|
| Chanse Resources, L.L.C. | 10,035.87 | 0.00 | 1,797.44 | 1,325.91 | 6,912.52 | 10,035.87 |
| Apple River Investments, L.L.C. | 9,336.09 | 0.00 | 2,526.79 | 0.00 | 6,809.30 | 9,336.09 |
| Anderson Investment Holdings, LP | 7,293.89 | 0.00 | 7,293.89 | 0.00 | 0.00 | 7,293.89 |
| Tisdale Natural Resources, LLC | 6,456.87 | 0.00 | 490.02 | 252.29 | 5,714.56 | 6,456.87 |
| Strago Petroleum Corporation | 6,227.20 | 0.00 | 1,037.33 | 620.36 | 4,569.51 | 6,227.20 |
| ELBA Exploration LLC | 5,854.85 | 0.00 | 887.35 | 466.15 | 4,501.35 | 5,854.85 |
| Gateway Exploration, LLC | 5,130.21 | 0.00 | 1,240.37 | 981.86 | 2,907.98 | 5,130.21 |
| Kirkiez LLC | 5,066.88 | 0.00 | 5,054.87 | 0.00 | 12.01 | 5,066.88 |
| Trinity Exploration LLC | 5,066.88 | 0.00 | 5,054.87 | 0.00 | 12.01 | 5,066.88 |
| 3 Lloyds Exploration Company LLC | 5,054.87 | 0.00 | 5,054.87 | 0.00 | 0.00 | 5,054.87 |
| Yelbom Oil, Inc. | 4,935.53 | 0.00 | 186.56 | 116.40 | 4,632.57 | 4,935.53 |
| Ryco Exploration, LLC | 4,803.57 | 0.00 | 4,803.57 | 0.00 | 0.00 | 4,803.57 |
| McCombs Energy Ltd., LLC | 4,700.33 | 0.00 | 1,160.41 | 1,323.24 | 2,216.68 | 4,700.33 |
| In2tex 3LP | 4,570.55 | 0.00 | 956.37 | 445.98 | 3,168.20 | 4,570.55 |
| Sellars Family, LLC | 4,331.80 | -2,758.68 | 1,747.10 | 835.28 | 4,508.10 | 7,090.48 |
| LeFrak Energy Investors, L.P. | 3,985.31 | 0.00 | 3,985.31 | 0.00 | 0.00 | 3,985.31 |
| Rawls Resources, Inc. | 3,748.93 | 0.00 | 728.21 | 435.12 | 2,585.60 | 3,748.93 |
| Martha McKenzie | 3,298.38 | 0.00 | 139.41 | 72.06 | 3,086.91 | 3,298.38 |
| WEMO, Inc. | 3,111.58 | -93.97 | 186.56 | 116.40 | 2,902.59 | 3,205.55 |
| Pelican Energy, LLC | 3,002.34 | 0.00 | 378.85 | 128.04 | 2,495.45 | 3,002.34 |
| Carl E. Gungoll Exploration, LLC | 2,950.95 | 0.00 | 2,244.94 | 706.01 | 0.00 | 2,950.95 |
| Quantina Newby | 2,879.71 | 0.00 | 21.65 | 7.32 | 2,850.74 | 2,879.71 |
| Clark Rabren | 2,815.15 | 0.00 | 107.69 | 56.85 | 2,650.61 | 2,815.15 |
| Black Stone Energy Company, L.L.C. | 2,719.88 | 0.00 | 775.02 | 269.53 | 1,675.33 | 2,719.88 |
| Longleaf Energy Group, Inc. | 2,627.15 | 0.00 | 908.26 | 447.44 | 1,271.45 | 2,627.15 |
| Longleaf Energy Group, Inc. | 2,594.48 | 0.00 | 1,185.12 | 400.53 | 1,008.83 | 2,594.48 |
| El Energy Ltd. LLP | 2,380.03 | 0.00 | 2,380.03 | 0.00 | 0.00 | 2,380.03 |
| Gardner Energy Corporation | 2,249.35 | 0.00 | 436.92 | 261.07 | 1,551.36 | 2,249.35 |
| Gerry Burford | 2,198.97 | 0.00 | 92.94 | 48.04 | 2,057.99 | 2,198.97 |
| Waller Brothers, Inc. | 2,196.02 | 0.00 | 2,196.02 | 0.00 | 0.00 | 2,196.02 |
| Robert Israel | 2,142.89 | 0.00 | 170.56 | 96.57 | 1,875.76 | 2,142.89 |
| Robert Israel Trust UW Joan Israel | 2,142.89 | 0.00 | 170.56 | 96.57 | 1,875.76 | 2,142.89 |
| Charles A. Frazier, for life | 2,135.04 | 0.00 | 81.66 | 43.11 | 2,010.27 | 2,135.04 |
| Petroleum Investments Inc. | 2,126.78 | 0.00 | 2,126.78 | 0.00 | 0.00 | 2,126.78 |

| Name | | | | | |
|---|---:|---:|---:|---:|---:|
| Headington Oil Company LLC | 2,101.48 | 0.00 | 2,101.48 | 0.00 | 0.00 | 2,101.48 |
| B. C. Young | 1,945.76 | 0.00 | 10.04 | 3.35 | 1,932.37 | 1,945.76 |
| Sundance Resources, LLC | 1,896.83 | 0.00 | 0.00 | 0.00 | 1,896.83 | 1,896.83 |
| Mesapro, LLC | 1,749.20 | 0.00 | 290.24 | 29.60 | 1,429.36 | 1,749.20 |
| Pruet Oil Company LLC | 1,718.82 | 0.00 | 0.00 | 57.75 | 1,661.07 | 1,718.82 |
| Elana Oil & Gas Co. | 1,717.29 | 0.00 | 1,106.70 | 610.59 | 0.00 | 1,717.29 |
| Nine Forks LLC | 1,616.34 | 0.00 | 315.16 | 188.75 | 1,112.43 | 1,616.34 |
| Glenn Douglas Brye | 1,555.65 | 0.00 | 21.65 | 7.32 | 1,526.68 | 1,555.65 |
| W. Harlan Beene, III | 1,469.70 | 0.00 | 279.70 | 51.08 | 1,138.92 | 1,469.70 |
| Spaulding Oil & Gas Corp | 1,409.21 | 0.00 | 183.96 | 130.83 | 1,094.42 | 1,409.21 |
| Paul M. Griswold | 1,297.01 | 0.00 | 0.00 | 2.20 | 1,294.81 | 1,297.01 |
| Linder Family Partnership Ltd. | 1,273.94 | 0.00 | 1,273.94 | 0.00 | 0.00 | 1,273.94 |
| Rudman Family Trust | 1,258.36 | 0.00 | 1,258.36 | 0.00 | 0.00 | 1,258.36 |
| Tara Rudman Revocable Trust | 1,161.38 | 0.00 | 1,161.38 | 0.00 | 0.00 | 1,161.38 |
| Janie M. Johnston | 1,119.52 | 0.00 | 42.82 | 22.61 | 1,054.09 | 1,119.52 |
| Schlachter Operating Corp | 1,119.31 | 0.00 | 683.11 | 436.20 | 0.00 | 1,119.31 |
| Central Petroleum, Inc. | 1,080.16 | 0.00 | 516.73 | 269.46 | 293.97 | 1,080.16 |
| August C. Erickson Mineral Trust | 946.33 | 0.00 | 1.62 | 0.00 | 944.71 | 946.33 |
| Tara Rudman | 816.07 | 0.00 | 720.27 | 0.00 | 95.80 | 816.07 |
| Teekell Oil & Gas, Inc. | 794.56 | 0.00 | 233.19 | 145.50 | 415.87 | 794.56 |
| Janet Smith Dunn | 766.56 | 0.00 | 0.00 | 1.30 | 765.26 | 766.56 |
| Stacy Dunn | 766.55 | 0.00 | 0.00 | 1.30 | 765.25 | 766.55 |
| Goodrich Petroleum of LA | 765.84 | 0.00 | 387.51 | 134.76 | 243.57 | 765.84 |
| Steven R. Bledsoe | 759.02 | 0.00 | 0.00 | 1.55 | 757.47 | 759.02 |
| Lawrence M. Cushman Trust | 742.98 | 0.00 | 235.30 | 43.26 | 464.42 | 742.98 |
| Miles McDowell | 736.04 | 0.00 | 104.94 | 0.34 | 630.76 | 736.04 |
| J. Michael Garner & | 733.04 | 0.00 | 83.90 | 32.68 | 616.46 | 733.04 |
| Scott D Stroud | 690.06 | 0.00 | 112.98 | 112.10 | 464.98 | 690.06 |
| Mona L Schlachter | 683.11 | 0.00 | 683.11 | 0.00 | 0.00 | 683.11 |
| Rock Springs Minerals I, LLC | 656.53 | 0.00 | 20.87 | 11.08 | 624.58 | 656.53 |
| Estate of Rhondos C. Brye | 652.34 | 0.00 | 7.22 | 2.44 | 642.68 | 652.34 |
| Northedge Corporation | 637.74 | 0.00 | 0.00 | 5.44 | 632.30 | 637.74 |
| BobMary, LC | 632.06 | 0.00 | 632.06 | 0.00 | 0.00 | 632.06 |
| Joel Davis | 568.06 | 0.00 | 145.67 | 135.25 | 287.14 | 568.06 |

| Name | | | | | |
|---|---:|---:|---:|---:|---:|
| Felton A. Brye | 553.37 | 0.00 | 7.22 | 2.44 | 543.71 | 553.37 |
| Jaquita Natahasa Brye | 553.37 | 0.00 | 7.22 | 2.44 | 543.71 | 553.37 |
| Joycelyn Brye Edwards | 553.37 | 0.00 | 7.22 | 2.44 | 543.71 | 553.37 |
| Jeanette Purifoy | 527.93 | 0.00 | 24.29 | 12.56 | 491.08 | 527.93 |
| Mercury Oil Company, LLC | 524.57 | 0.00 | 524.57 | 0.00 | 0.00 | 524.57 |
| Kernon De-Vaughn Brye, Sr. | 521.94 | 0.00 | 7.22 | 2.44 | 512.28 | 521.94 |
| Comstock Oil & Gas-LA., LLC | 491.35 | 0.00 | 491.35 | 0.00 | 0.00 | 491.35 |
| David Carl Deutsch | 478.17 | 0.00 | 16.23 | 8.66 | 453.28 | 478.17 |
| Harkness A Duncan Family Trust | 468.16 | 0.00 | 0.00 | 0.00 | 468.16 | 468.16 |
| Lane Oil & Gas Corporation | 465.31 | 0.00 | 291.27 | 174.04 | 0.00 | 465.31 |
| L. R. Fitzgerald | 455.13 | 0.00 | 9.74 | 3.98 | 441.41 | 455.13 |
| John D Procter | 445.75 | 0.00 | 55.93 | 29.83 | 359.99 | 445.75 |
| Annie P. Jones Smith | 443.45 | 0.00 | 0.00 | 0.95 | 442.50 | 443.45 |
| Phyllis Williams Frazier | 432.63 | 0.00 | 0.00 | 0.16 | 432.47 | 432.63 |
| Estate of Willie L. Jones | 392.55 | 0.00 | 0.00 | 0.14 | 392.41 | 392.55 |
| Estate of Walter Wayne Dammier | 326.43 | 0.00 | 2.49 | 0.83 | 323.11 | 326.43 |
| Geotech Production, Inc. | 322.34 | 0.00 | 322.34 | 0.00 | 0.00 | 322.34 |
| Horace, LLC | 319.44 | 0.00 | 73.77 | 38.14 | 207.53 | 319.44 |
| TE-RAY Resources Inc | 317.04 | 0.00 | 74.97 | 74.20 | 167.87 | 317.04 |
| Mike Rogers Oil & Gas, Inc. | 300.90 | 0.00 | 25.09 | 24.83 | 250.98 | 300.90 |
| Carl Elmer Nelson | 283.71 | 0.00 | 90.77 | 36.25 | 156.69 | 283.71 |
| Bennett Energy Corporation | 261.23 | 0.00 | 8.12 | 4.33 | 248.78 | 261.23 |
| Regions Bank, Agent and AIF | 260.94 | 0.00 | 260.94 | 0.00 | 0.00 | 260.94 |
| Beazley Petroleum, LLC | 259.92 | 0.00 | 38.95 | 18.42 | 202.55 | 259.92 |
| Carlton D. Brye | 255.97 | 0.00 | 1.44 | 0.49 | 254.04 | 255.97 |
| Bernice Bouldin | 243.69 | 0.00 | 11.21 | 5.80 | 226.68 | 243.69 |
| Jimmie Lee Walker | 243.69 | 0.00 | 11.21 | 5.80 | 226.68 | 243.69 |
| Aspect Resources, LLC | 229.31 | 0.00 | 183.58 | 0.00 | 45.73 | 229.31 |
| Andala Enterprises, Inc. | 209.96 | 0.00 | 0.00 | 1.55 | 208.41 | 209.96 |
| Carlos S. Brye | 207.69 | 0.00 | 1.44 | 0.49 | 205.76 | 207.69 |
| Andrea Davis | 199.09 | 0.00 | 72.88 | 37.67 | 88.54 | 199.09 |
| M. Carl Rice | 188.70 | 0.00 | 0.00 | 0.00 | 188.70 | 188.70 |
| Dunbar Investments | 188.01 | 0.00 | 13.09 | 9.31 | 165.61 | 188.01 |
| Susan Lombard Wilkinson | 184.61 | 0.00 | 6.02 | 3.11 | 175.48 | 184.61 |

| Name | | | | | | |
|---|---|---|---|---|---|---|
| Plains Production Inc | 171.10 | 0.00 | 171.10 | 0.00 | 0.00 | 171.10 |
| Joe L. Samuel, Jr. | 166.41 | 0.00 | 12.12 | 6.26 | 148.03 | 166.41 |
| Cheryle D. Paluska | 165.10 | 0.00 | 16.23 | 8.66 | 140.21 | 165.10 |
| Gloria Gale Minker | 158.13 | 0.00 | 0.00 | 0.00 | 158.13 | 158.13 |
| Ahamad Ansari | 151.59 | 0.00 | 1.44 | 0.49 | 149.66 | 151.59 |
| Alex Smith III | 147.80 | -194.67 | 72.87 | 37.67 | 231.93 | 342.47 |
| Murkco Exploration Co., L.L.C. | 146.48 | 0.00 | 52.72 | 4.31 | 89.45 | 146.48 |
| Joe K. Rawdon | 135.19 | 0.00 | 0.70 | 0.23 | 134.26 | 135.19 |
| Breitburn Operating LP | 134.47 | 0.00 | 5.42 | 2.89 | 126.16 | 134.47 |
| Brock Resources, LLC | 121.13 | 0.00 | 39.79 | 18.75 | 62.59 | 121.13 |
| Ruthie Ann Phillips | 121.12 | 0.00 | 0.00 | 0.00 | 121.12 | 121.12 |
| Upton Family Living Trust | 115.16 | 0.00 | 0.00 | 0.00 | 115.16 | 115.16 |
| Patrick J. McBride | 108.01 | 0.00 | 28.67 | 23.93 | 55.41 | 108.01 |
| Joe Brunson Butler | 107.76 | 0.00 | 4.42 | 1.42 | 101.92 | 107.76 |
| Gloria Jan Butler Riser | 107.76 | 0.00 | 4.42 | 1.42 | 101.92 | 107.76 |
| Lake Investment & Production Co., Ltd. | 101.54 | 0.00 | 65.63 | 35.91 | 0.00 | 101.54 |
| Bevon Brye | 98.14 | 0.00 | 0.72 | 0.24 | 97.18 | 98.14 |
| Stroud Petroleum Inc | 96.34 | 0.00 | 17.10 | 16.92 | 62.32 | 96.34 |
| Mary Jeanette Reynolds Wimberly | 87.05 | 0.00 | 5.20 | 2.08 | 79.77 | 87.05 |
| J.C. Ogden | 86.66 | 0.00 | 38.31 | 17.93 | 30.42 | 86.66 |
| Bellis Investments LP | 80.37 | 0.00 | 80.37 | 0.00 | 0.00 | 80.37 |
| Sesnon Oil Company | 80.37 | 0.00 | 80.37 | 0.00 | 0.00 | 80.37 |
| John E. Downing | 79.76 | -13.37 | 9.53 | 4.93 | 78.67 | 93.13 |
| Doris Verna Atwood | 77.21 | 0.00 | 2.52 | 1.30 | 73.39 | 77.21 |
| Range Louisiana Operating, LLC | 74.01 | 0.00 | 66.20 | 5.53 | 2.28 | 74.01 |
| W.C. Deutsch | 73.69 | 0.00 | 0.00 | 0.00 | 73.69 | 73.69 |
| Judy Crow, LLC | 71.39 | 0.00 | 40.83 | 16.71 | 13.85 | 71.39 |
| Quad Gas Corp | 66.04 | -0.78 | 43.31 | 23.10 | 0.41 | 66.82 |
| Alice Yvonne Brye-Vela | 64.69 | 0.00 | 1.44 | 0.49 | 62.76 | 64.69 |
| Jim Whitehead Oil & Gas LLC | 64.25 | 0.00 | 64.25 | 0.00 | 0.00 | 64.25 |
| John Takach | 63.31 | 0.00 | 62.92 | 0.39 | 0.00 | 63.31 |
| James Timothy Calvert | 61.53 | 0.00 | 2.00 | 1.04 | 58.49 | 61.53 |
| Openwood Plantation, Inc. | 61.11 | 0.00 | 0.00 | 0.00 | 61.11 | 61.11 |
| Lillie Jones | 58.72 | 41.71 | 11.21 | 5.80 | 0.00 | 17.01 |

| Name | | | | | | |
|---|---|---|---|---|---|---|
| GCREW Properties, LLC | 55.43 | 0.00 | 55.43 | 0.00 | 0.00 | 55.43 |
| Jacqueline Royster | 52.82 | 0.00 | 2.43 | 1.26 | 49.13 | 52.82 |
| Vernita Wilks | 52.82 | 0.00 | 2.43 | 1.26 | 49.13 | 52.82 |
| Huland & Company | 51.11 | 0.00 | 0.00 | 0.00 | 51.11 | 51.11 |
| Pauline Sterne Wolff Memorial | 49.88 | 0.00 | 21.66 | 11.55 | 16.67 | 49.88 |
| Procter Mineral Prtshp | 44.13 | 0.00 | 44.13 | 0.00 | 0.00 | 44.13 |
| Demetrius Walker | 43.31 | -9.01 | -2.56 | -5.82 | 60.70 | 52.32 |
| Kaiser-Francis Oil Company | 39.23 | 0.00 | 39.23 | 0.00 | 0.00 | 39.23 |
| Bendel Ventures, LP1 | 39.07 | 0.00 | 39.07 | 0.00 | 0.00 | 39.07 |
| Benjamen Baxter Brye | 38.95 | 0.00 | 0.73 | 0.24 | 37.98 | 38.95 |
| Merrill Properties LLC | 37.09 | 0.00 | 18.64 | 18.45 | 0.00 | 37.09 |
| Phil Grasty, Executor, POA | 36.88 | 0.00 | 1.20 | 0.62 | 35.06 | 36.88 |
| Reorganized Church of Jesus Christ | 36.88 | 0.00 | 1.20 | 0.62 | 35.06 | 36.88 |
| Gates Acquisition Synd. LLC | 35.99 | 0.00 | 35.99 | 0.00 | 0.00 | 35.99 |
| John W. Griffin | 33.80 | 0.00 | 0.00 | 0.00 | 33.80 | 33.80 |
| Witt Oil Production, Inc. | 33.64 | 0.00 | 33.64 | 0.00 | 0.00 | 33.64 |
| Estate of Naftel Inogene Swygart | 32.30 | 0.00 | 0.00 | 0.00 | 32.30 | 32.30 |
| Tract - 13 Dobson Road | 32.09 | 0.00 | 32.09 | 0.00 | 0.00 | 32.09 |
| James Berry | 31.69 | 0.00 | 0.00 | 0.07 | 31.62 | 31.69 |
| Venetia Berry | 31.69 | 0.00 | 0.00 | 0.07 | 31.62 | 31.69 |
| Burman Energy, LLC | 28.66 | 0.00 | 28.66 | 0.00 | 0.00 | 28.66 |
| WSK Properties, LLC | 28.49 | 0.00 | 0.87 | 0.46 | 27.16 | 28.49 |
| John David Crow | 28.41 | 0.00 | 16.25 | 6.65 | 5.51 | 28.41 |
| Catherine O'Brien Sturgis | 24.32 | 0.00 | 6.12 | 5.70 | 12.50 | 24.32 |
| Gene Thrash | 21.66 | 0.00 | 21.66 | 0.00 | 0.00 | 21.66 |
| Shifting Sands, LLC | 18.85 | 0.00 | 7.99 | 3.27 | 7.59 | 18.85 |
| Amy Brundle | 18.45 | 0.00 | 0.61 | 0.31 | 17.53 | 18.45 |
| Sara Grasty Bukowski | 18.45 | 0.00 | 0.61 | 0.31 | 17.53 | 18.45 |
| Ralph L. Henderson | 17.85 | 0.00 | 0.38 | 0.16 | 17.31 | 17.85 |
| J.G. Walker Jr. Ltd, LLP | 17.49 | 0.00 | 5.94 | 11.55 | 0.00 | 17.49 |
| Roosevelt Phillips, Jr. | 17.22 | 0.00 | 5.61 | 2.90 | 8.71 | 17.22 |
| Rebecca Thames Savage | 17.07 | 0.00 | 17.07 | 0.00 | 0.00 | 17.07 |
| Betty Dickerson | 17.01 | 0.00 | 11.21 | 5.80 | 0.00 | 17.01 |
| JoAnne Kelley | 17.01 | 0.00 | 11.21 | 5.80 | 0.00 | 17.01 |

| Name | | | | | | |
|---|---|---|---|---|---|---|
| Angela Samuel | 17.01 | 0.00 | 11.21 | 5.80 | 0.00 | 17.01 |
| Eric Earl Samuel | 17.01 | 0.00 | 11.21 | 5.80 | 0.00 | 17.01 |
| Frederick Samuel | 17.01 | 0.00 | 11.21 | 5.80 | 0.00 | 17.01 |
| Joseph Samuel | 17.01 | 0.00 | 11.21 | 5.80 | 0.00 | 17.01 |
| Leon Samuel | 17.01 | 0.00 | 11.21 | 5.80 | 0.00 | 17.01 |
| Judy Ann Walker | 17.01 | 0.00 | 11.21 | 5.80 | 0.00 | 17.01 |
| Martha Elizabeth O'Brien Jones | 15.38 | 0.00 | 6.12 | 5.70 | 3.56 | 15.38 |
| Alexis Samuel | 14.87 | 0.00 | 1.46 | 0.75 | 12.66 | 14.87 |
| Barbara Irene Pardue | 14.31 | 0.00 | 0.00 | 0.00 | 14.31 | 14.31 |
| Patsy R. Champion | 12.83 | 0.00 | 0.00 | 0.00 | 12.83 | 12.83 |
| Phyllis Doss | 12.73 | 0.00 | 2.43 | 1.26 | 9.04 | 12.73 |
| Sara Lou Summerlin | 11.32 | 0.00 | 11.30 | 0.00 | 0.02 | 11.32 |
| Earlene Samuel | 11.06 | 0.00 | 7.29 | 3.77 | 0.00 | 11.06 |
| Robert W. Dance | 10.77 | 0.00 | 0.00 | 0.00 | 10.77 | 10.77 |
| Lovelace Properties, LLC | 10.65 | 0.00 | 7.02 | 3.63 | 0.00 | 10.65 |
| Aspen Energy Inc. | 10.60 | 10.60 | 0.00 | 0.00 | 0.00 | 0.00 |
| Patricia Ann Reynolds Boyle | 10.43 | 0.00 | 5.20 | 2.08 | 3.15 | 10.43 |
| Venator, LLC | 10.03 | 0.00 | 0.33 | 0.13 | 9.57 | 10.03 |
| Estate of Douglas Gene Rabren | 9.71 | 0.00 | 0.00 | 0.00 | 9.71 | 9.71 |
| Simco Energy, LLC | 8.97 | 0.00 | 0.00 | 0.00 | 8.97 | 8.97 |
| Mary John Cook | 8.93 | 0.00 | 8.93 | 0.00 | 0.00 | 8.93 |
| Gwendolyn Walker | 6.92 | 0.00 | 6.92 | 0.00 | 0.00 | 6.92 |
| Tara Conrad Ogletree | 6.20 | 0.00 | 0.05 | 0.02 | 6.13 | 6.20 |
| Rachael Conrad Sharber | 6.20 | 0.00 | 0.05 | 0.02 | 6.13 | 6.20 |
| Gladys Williams Stewart | 5.97 | 0.00 | 0.00 | 0.00 | 5.97 | 5.97 |
| Cricket Production LP | 5.94 | 0.00 | 5.94 | 0.00 | 0.00 | 5.94 |
| Sam Kelly | 5.89 | 0.00 | 0.00 | 0.00 | 5.89 | 5.89 |
| Sean A. Kelly | 5.89 | 0.00 | 0.00 | 0.00 | 5.89 | 5.89 |
| Rodney Phillips | 5.80 | 0.00 | 1.87 | 0.96 | 2.97 | 5.80 |
| Roxanne Phillips | 5.69 | 0.00 | 1.87 | 0.96 | 2.86 | 5.69 |
| Delta-T Geophysical Consulting | 5.52 | 0.00 | 0.00 | 0.00 | 5.52 | 5.52 |
| Roosevelt Phillips, III | 5.36 | 0.00 | 1.87 | 0.97 | 2.52 | 5.36 |
| Alan Brittain | 4.96 | 0.00 | 2.84 | 1.16 | 0.96 | 4.96 |
| Billy R. Powell | 4.92 | 0.00 | 0.00 | 0.00 | 4.92 | 4.92 |

| Name | | | | | |
|---|---|---|---|---|---|
| Sherry Fite | 4.85 | 0.00 | 0.34 | 0.24 | 4.27 | 4.85 |
| Mary Olivia Cornwell | 4.62 | 0.00 | 0.00 | 0.00 | 4.62 | 4.62 |
| Russell Reed Pardue | 4.62 | 0.00 | 0.00 | 0.00 | 4.62 | 4.62 |
| Willard Wendell Pardue, Jr. | 4.62 | 0.00 | 0.00 | 0.00 | 4.62 | 4.62 |
| Spindletop Exploration Company, Inc. | 4.22 | 0.00 | 0.00 | 0.00 | 4.22 | 4.22 |
| George Murray Stinson, Jr. | 3.42 | 0.00 | 0.00 | 0.00 | 3.42 | 3.42 |
| Lawrence C. Biendenharn | 3.28 | 0.00 | 0.17 | 0.06 | 3.05 | 3.28 |
| Robert M. Biendenharn | 3.28 | 0.00 | 0.17 | 0.06 | 3.05 | 3.28 |
| Perry Biendenharn Hicks | 3.28 | 0.00 | 0.17 | 0.06 | 3.05 | 3.28 |
| The Estate of Byrda Zell Hacker | 3.25 | 0.00 | 0.00 | 0.00 | 3.25 | 3.25 |
| Jane T. Morris | 3.15 | 0.00 | 0.61 | 0.31 | 2.23 | 3.15 |
| Pamela Smith | 3.14 | 0.00 | 0.00 | 0.00 | 3.14 | 3.14 |
| Laura Gallagher | 2.87 | 0.00 | 2.87 | 0.00 | 0.00 | 2.87 |
| Barbara Lee O'Brien Burke | 2.63 | 0.00 | 2.63 | 0.00 | 0.00 | 2.63 |
| Michael Adrian Shaffer | 2.57 | 0.00 | 1.12 | 0.00 | 1.45 | 2.57 |
| Carl E. Nelson | 2.51 | 0.00 | 0.00 | 0.00 | 2.51 | 2.51 |
| Dean Deas | 2.26 | 0.00 | 0.01 | 0.00 | 2.25 | 2.26 |
| Damon Deas | 2.26 | 0.00 | 0.01 | 0.00 | 2.25 | 2.26 |
| Tracy Deas Humphrey | 2.26 | 0.00 | 0.01 | 0.00 | 2.25 | 2.26 |
| Kenneth R. Walters | 2.26 | 0.00 | 0.01 | 0.00 | 2.25 | 2.26 |
| Frank Burks, Jr. | 1.86 | 0.00 | 0.00 | 0.00 | 1.86 | 1.86 |
| LBD Operations, Inc. | 1.72 | 0.00 | 0.00 | 0.00 | 1.72 | 1.72 |
| GEL, Inc. | 1.71 | 0.00 | 0.00 | 1.71 | 0.00 | 1.71 |
| James Troy Brown | 1.59 | 0.00 | 0.00 | 0.00 | 1.59 | 1.59 |
| Gary Gordon Gantt | 1.49 | 0.00 | 0.00 | 0.00 | 1.49 | 1.49 |
| James Dion Gantt | 1.49 | 0.00 | 0.00 | 0.00 | 1.49 | 1.49 |
| Patricia Gilmore Bonner | 1.37 | 0.00 | 0.00 | 0.00 | 1.37 | 1.37 |
| Charles Grady Fite | 0.98 | 0.00 | 0.34 | 0.24 | 0.40 | 0.98 |
| Ronny Dean Fite | 0.98 | 0.00 | 0.34 | 0.24 | 0.40 | 0.98 |
| Cas Minerals, LLC | 0.82 | 0.00 | 0.28 | 0.28 | 0.26 | 0.82 |
| Jackie T. Pry, III | 0.76 | 0.00 | 0.00 | 0.00 | 0.76 | 0.76 |
| Kristin S. Pry | 0.76 | 0.00 | 0.00 | 0.00 | 0.76 | 0.76 |
| Khloe S. Pry, a minor | 0.76 | 0.00 | 0.00 | 0.00 | 0.76 | 0.76 |
| Annie Avant | 0.66 | 0.00 | 0.00 | 0.00 | 0.66 | 0.66 |

| Name | | | | | | |
|---|---|---|---|---|---|---|
| Walter Lovelace | 0.66 | 0.00 | 0.00 | 0.00 | 0.66 | 0.66 |
| Terry G. Smith | 0.66 | 0.00 | 0.00 | 0.00 | 0.66 | 0.66 |
| Donnie Knott Jones | 0.50 | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 |
| Stephanie Maria Banks | 0.50 | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 |
| J.P. Jones Family, LLC | 0.50 | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 |
| Deanna Deas Shepard | 0.49 | 0.00 | 0.01 | 0.00 | 0.48 | 0.49 |
| Patricia Lovelace | 0.33 | 0.00 | 0.00 | 0.00 | 0.33 | 0.33 |
| Falon Deas Stephenson | 0.32 | 0.00 | 0.01 | 0.00 | 0.31 | 0.32 |
| Chris Weiser | 0.28 | 0.00 | 0.28 | 0.00 | 0.00 | 0.28 |
| Queen Benjamin | 0.25 | 0.00 | 0.00 | 0.00 | 0.25 | 0.25 |
| Cathy W. Bradley | 0.25 | 0.00 | 0.00 | 0.00 | 0.25 | 0.25 |
| Stacey Jones | 0.25 | 0.00 | 0.00 | 0.00 | 0.25 | 0.25 |
| Sheila Shannon, Conservator for | 0.25 | 0.00 | 0.00 | 0.00 | 0.25 | 0.25 |
| Sheila Shannon, Conservator for | 0.25 | 0.00 | 0.00 | 0.00 | 0.25 | 0.25 |
| Robert Earl Williams | 0.25 | 0.00 | 0.00 | 0.00 | 0.25 | 0.25 |
| Arvil Dale Feazell | 0.14 | 0.00 | 0.00 | 0.00 | 0.14 | 0.14 |
| Marvin Gaye Jones | 0.13 | 0.00 | 0.00 | 0.00 | 0.13 | 0.13 |
| Courtney Lovelace | 0.11 | 0.00 | 0.00 | 0.00 | 0.11 | 0.11 |
| Gary R. Lovelace, Jr. | 0.11 | 0.00 | 0.00 | 0.00 | 0.11 | 0.11 |
| Shaun C. Lovelace | 0.11 | 0.00 | 0.00 | 0.00 | 0.11 | 0.11 |
| Fairfax Oil Company | 0.05 | 0.00 | 0.00 | 0.00 | 0.05 | 0.05 |
| Ralph Edwin Burton | -0.01 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 |
| Joan Warden Conrad | -0.01 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 |
| John A. Conrad | -0.01 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 |
| Jason T. Conrad | -0.01 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 |
| Mildred Everett | -0.01 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 |
| Melissa Griggs | -0.01 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 |
| Amy Griggs Hetzer | -0.01 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 |
| Joe Ray Swann | -0.01 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 |
| Jacqueline J. Visscher | -0.01 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 |
| Amanda Griggs Williamson | -0.01 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 |
| William Judson Stinson | -0.24 | 0.00 | 0.00 | 0.00 | -0.24 | -0.24 |
| JL Porter Revocable Trust | -0.88 | 0.00 | -12.85 | 11.97 | 0.00 | -0.88 |
| Larry Don Fite | -1.15 | 0.00 | 0.34 | 0.24 | -1.73 | -1.15 |

| Name | | | | | |
|---|---:|---:|---:|---:|---:|
| Bobby Gus Fite | -1.44 | 0.00 | 0.34 | 0.24 | -2.02 | -1.44 |
| Sugar Properties Trust | -1.89 | 0.00 | 0.00 | 0.00 | -1.89 | -1.89 |
| Ivy Minerals, LLC | -2.98 | 0.00 | -2.98 | 0.00 | 0.00 | -2.98 |
| WIRC, LLC | -3.04 | 0.00 | 0.00 | 0.00 | -3.04 | -3.04 |
| Gotham Energy, LLC | -5.09 | 0.00 | 0.00 | 0.00 | -5.09 | -5.09 |
| Max C. Johnson | -6.04 | 0.00 | 0.77 | 0.41 | -7.22 | -6.04 |
| Linda Dance Powers | -9.00 | 0.00 | 0.00 | 0.00 | -9.00 | -9.00 |
| Inez Deutsch | -9.52 | -2.20 | 0.00 | -7.32 | 0.00 | -7.32 |
| LLY Oil & Gas LLC | -11.97 | -11.97 | 0.00 | 0.00 | 0.00 | 0.00 |
| Patricia Lynn O'Brien Ferrell | -13.42 | 0.00 | 6.12 | 5.70 | -25.24 | -13.42 |
| Larry Lee Wozencraft | -14.59 | 0.00 | 0.04 | 0.01 | -14.64 | -14.59 |
| Pine Energies, Inc. | -14.79 | 0.00 | 0.00 | 0.00 | -14.79 | -14.79 |
| Tommy Alan Fite | -16.53 | 0.00 | 0.34 | 0.24 | -17.11 | -16.53 |
| Columbia Petroleum, LLC | -19.27 | 0.00 | 0.00 | 0.00 | -19.27 | -19.27 |
| Crain II Oil & Gas Ltd. | -22.60 | 0.00 | 0.00 | 0.00 | -22.60 | -22.60 |
| Matagorda B1 LP | -30.97 | 0.00 | 0.00 | 0.00 | -30.97 | -30.97 |
| Stroud Family LLC | -33.68 | 0.00 | 214.82 | 44.43 | -292.93 | -33.68 |
| King Oil, LLC | -38.13 | 0.00 | 5.24 | 2.76 | -46.13 | -38.13 |
| Shelley M. Chavanne | -43.86 | 0.00 | 5.24 | 2.76 | -51.86 | -43.86 |
| Trant K. Kidd Family Partnership, Ltd. | -44.50 | 0.00 | 0.87 | 0.46 | -45.83 | -44.50 |
| Lisa Dowling Fuller | -52.61 | -52.61 | 0.00 | 0.00 | 0.00 | 0.00 |
| Opal L. Kidd Family Partnership, Ltd | -53.78 | 0.00 | 6.93 | 3.66 | -64.37 | -53.78 |
| PetroDrill, LLC | -76.23 | 0.00 | 10.47 | 5.53 | -92.23 | -76.23 |
| Estate of Wolfe E. Rudman | -79.00 | 0.00 | 10.47 | 8.56 | -98.03 | -79.00 |
| John W. Tisdale, Jr. | -81.21 | 0.00 | 10.44 | 5.51 | -97.16 | -81.21 |
| Chateau Blanche, L.L.C. | -81.39 | 0.00 | 10.47 | 5.53 | -97.39 | -81.39 |
| Lamancha Investments II, LLC | -81.39 | 0.00 | 10.47 | 5.53 | -97.39 | -81.39 |
| Security Exploration Inc | -82.43 | 0.00 | -82.43 | 0.00 | 0.00 | -82.43 |
| Crow Partners, Ltd. | -122.07 | 0.00 | 15.72 | 8.29 | -146.08 | -122.07 |
| JD Crow, LLC | -123.64 | -123.64 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ridgway Management, Inc. | -162.85 | 0.00 | 20.94 | 11.06 | -194.85 | -162.85 |
| Hutchinson Oil & Gas Corp. | -164.33 | 0.00 | 0.00 | -164.33 | 0.00 | -164.33 |
| Robert C. McMillan | -182.42 | 0.00 | 14.83 | 7.67 | -204.92 | -182.42 |
| El Dorado Gulf Coast Production, LLC | -302.86 | 0.00 | 38.96 | 20.57 | -362.39 | -302.86 |

| Name | | | | | | |
|---|---|---|---|---|---|---|
| KKS Oil & Gas, Ltd. | -302.86 | 0.00 | 38.96 | 20.57 | -362.39 | -302.86 |
| CTM 2005, Ltd. | -330.32 | 0.00 | -330.32 | 0.00 | 0.00 | -330.32 |
| Royalty Exploration, LLC | -402.98 | 0.00 | 51.84 | 27.37 | -482.19 | -402.98 |
| Marlin Exploration, LLC | -427.74 | 0.00 | 52.36 | 27.64 | -507.74 | -427.74 |
| Sticker Resource Investments, LLC | -434.45 | 0.00 | 0.00 | 10.45 | -444.90 | -434.45 |
| Efraim Brody | -438.28 | 0.00 | 56.37 | 29.76 | -524.41 | -438.28 |
| Elvira M. Mannelly | -478.90 | 0.00 | 0.00 | 0.00 | -478.90 | -478.90 |
| C. H. Oil and Gas, LLC | -488.49 | 0.00 | 62.83 | 33.17 | -584.49 | -488.49 |
| Marco Land & Petroleum, Inc. | -506.06 | 0.00 | 140.68 | 72.72 | -719.46 | -506.06 |
| The MR Trust | -542.57 | 0.00 | 2.90 | 1.48 | -546.95 | -542.57 |
| Burk Royalty Co., Ltd. | -660.86 | 0.00 | 0.00 | 0.00 | -660.86 | -660.86 |
| Klondike Oil and Gas, L.P. | -935.99 | -935.99 | 0.00 | 0.00 | 0.00 | 0.00 |
| Spindletop Oil & Gas Co. | -1,017.65 | 0.00 | 130.91 | 69.11 | -1,217.67 | -1,017.65 |
| Daniel W. McMillan | -1,062.05 | 0.00 | 25.39 | 13.12 | -1,100.56 | -1,062.05 |
| Alex Smith | -1,167.67 | 0.00 | 0.00 | 0.00 | -1,167.67 | -1,167.67 |
| Ed Leigh McMillan, III | -1,347.90 | 0.00 | 25.39 | 13.12 | -1,386.41 | -1,347.90 |
| Elvira McMillan Mannelly | -1,464.61 | 0.00 | 58.19 | 30.08 | -1,552.88 | -1,464.61 |
| Katherine E. McMillan Owens | -1,966.56 | 0.00 | 58.19 | 30.08 | -2,054.83 | -1,966.56 |
| Thomas Energy, LLC | -2,076.07 | 0.00 | 51.79 | 26.77 | -2,154.63 | -2,076.07 |
| Robert C. McMillan 2011 Rev Trust | -2,339.99 | 0.00 | 43.36 | 22.42 | -2,405.77 | -2,339.99 |
| Craft Operating XXXV, LLC | -2,793.18 | 0.00 | 0.00 | 1.41 | -2,794.59 | -2,793.18 |
| Conecuh County Circuit Clerk | -3,602.66 | 0.00 | 458.38 | 242.00 | -4,303.04 | -3,602.66 |
| Santo Petroleum LLC | -4,441.46 | 0.00 | -997.19 | 278.71 | -3,722.98 | -4,441.46 |
| Fletcher Petroleum Company, LLC | -154,353.16 | 0.00 | 2,177.46 | 1,125.62 | -157,656.24 | -154,353.16 |
| **Total Balance:** | **1,956,636.97** | **45,176.66** | **756,019.85** | **220,591.64** | **934,848.82** | **1,911,460.31** |
| | | 2% | 39% | 11% | 48% | 98% |