UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re*:                                                                                                                          Chapter 11
Case No. 20-12377-EEB

SKLAR EXPLORATION COMPANY, LLC and SKLARCO, LLC, **Debtors**,

FORD MOTOR CREDIT COMPANY, LLC, **Movant**.

## MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW Movant FORD MOTOR CREDIT COMPANY, LLC ("Movant"), by and through its attorneys Barrett Frappier & Weisserman, LLP, and for its Motion for Relief from Automatic Stay pursuant to 11 U.S.C. § 362(d) states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. § 362(d), as this Motion is related to a pending proceeding in the United States Bankruptcy Court, District of Colorado, Chapter 11 Case No. 20-12377-EEB.

2. SKLAR EXPLORATION COMPANY, LLC and SKLARCO, LLC, the Debtors in the case, are not natural persons and therefore not on active duty as to any of the branches of the United States military. An affidavit in support of this statement is attached hereto as **Exhibit 1**.

3. On or about March 12, 2020, Debtor SKLAR EXPLORATION COMPANY, LLC executed an Alabama Vehicle Retail Installment Contract (the "Contract"), agreeing to purchase a vehicle more fully described as a 2019 Ford Ranger with VIN No. 1FTER1FH6KLA66276 (the "Vehicle"). The Contract was assigned to Movant the same day it was executed, as shown on the Contract attached hereto as **Exhibit 2**, and Movant has possession of the original Contract.

4. Enforcement of the Contract has been automatically stayed by operation of 11 U.S.C. § 362.

5. Movant is the first lienholder on the Vehicle, as is shown on the title attached hereto as **Exhibit 3**.

6. As of the filing of this Motion, Debtor is in default under the terms of the Contract for failure to pay the installment payments due for the months of April, 2020 through November, 2020. No payments have been made on the account, according to the payment history attached hereto as **Exhibit 4**.

7. As shown on **Exhibit 4**, as of the date of filing of this Motion, the total amount owed pursuant to the Contract is $30,425.16.

8. According to the NADA Guide attached hereto as **Exhibit 5**, the clean retail value of the vehicle does not exceed $27,000.00.

9. Movant is unable to take possession of the Vehicle and liquidate it without first obtaining relief from the automatic stay.

10. Movant is entitled to relief from the automatic stay because the Debtor has no equity in the Vehicle and the Vehicle is not necessary for an effective reorganization under 11 U.S.C. § 362(d)(2).

11. Even if there were equity in the Vehicle, Movant is entitled to relief from the automatic stay because Movant has received no payments for months and there is, therefore, a lack of adequate protection of Movant's interest in the Property pursuant to 11 U.S.C. § 362(d)(1).

12. In the event that no response is filed to this Motion, Movant requests that the Court waive the fourteen (14) day stay period pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Movant, FORD MOTOR CREDIT COMPANY, LLC respectfully requests the entry of an Order annulling and/or terminating the automatic stay with respect to the Debtors and the Bankruptcy Estate, and for such other and further relief as this Court deems proper.

DATED:  December 17, 2020            BARRETT FRAPPIER & WEISSERMAN, LLP

/s/Joseph DeGiorgio
Joseph DeGiorgio
1391 SPEEER BOULEVARD, SUITE 700
DENVER, CO  80204
Telephone:  (303) 327-8781
Telecopier:  (972) 661-7725
Email Address:  co.ecf@bdfgroup.com

E-FILED ORIGINAL

Document to be retained in file of Barrett Frappier & Weisserman, LLP

CERTIFICATE OF SERVICE

    The undersigned has confirmed that copies of a Motion for Relief From Automatic Stay (including Exhibits), a Notice of Preliminary Hearing, a Certificate of Service, and an Affidavit Concerning Military Status was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail on the following on December 17, 2020:

Sklar Exploration Company, LLC
5395 Pearl Parkway
Suite 200
Boulder, CO 80301

Sklarco, LLC
5395 Pearl Parkway
Suite 200
Boulder, CO 80301

Jeffrey S. Brinen
1660 Lincoln St.
Ste. 1850
Denver, CO 80264

Benjamin Y. Ford
RSA Tower, 27th Floor
11 North Water Street
Mobile, AL 36602

Jenny M.F. Fujii
1660 Lincoln St.
Ste. 1850
Denver, CO 80264

Lee M. Kutner
1660 Lincoln St.
Ste. 1850
Denver, CO 80264

Keri L. Riley
1660 Lincoln St.
Ste. 1850
Denver, CO 80264

The Official Committee of Unsecured Creditors
Munsch Hardt Kopf &Harr PC
700 Milam St.
Stuie 2700
Houston, TX 77002

Grant Matthew Beiner
Muncsch Hardt Kopf & Harr, PC
700 Milam St.
Stuie 2700
Houston, TX 77002

John Cornwell
Muncsch Hardt Kopf & Harr, PC
700 Milam St.
Stuie 2700
Houston, TX 77002

Christopher D. Johnson
Muncsch Hardt Kopf & Harr, PC
700 Milam St.
Stuie 2700
Houston, TX 77002


U. S. Trustee
*By electronic notice only per written request

A copy of the Motion and Notice were mailed to all parties on the attached list.


                                                   ____/s/Joseph DeGiorgio_____
                                                   Signature

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Sklar Exploration Company, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| East West Bank Treasury Department 135 North Los Robles Avenue Suite 600 ATTN: Linda Cox Pasadena, CA 91101 | | | | $22,350,000.00 | Unknown | Unknown |
| Mesa Fluids, LLC c/o Juno Financial P.O. Box 173928 Denver, CO 80217-3928 | | Trade Debt | | | | $992,275.80 |
| Stoneham Drilling Corporation 707 17th Street Suite 3250 Denver, CO 80202 | | Trade Debt | | | | $729,282.68 |
| TCP Cottonwood, L.P. 333 Texas Street, Suite 2020 Shreveport, LA 71101 | | Cash Call Advance - $465,917.81 Working Interest Revenue - $193,803.34 | | | | $659,721.15 |
| Fant Energy Limited P.O. Box 55205 Houston, TX 77255 | | Cash Call Advance $405,053.86 Working Interest Revenue - $226,857.76 | | | | $631,911.62 |
| JJS Working Interest LLC 2001 Kirby Dr, Suite 1110 Houston, TX 77019 | | Cash Call Advance | | | | $608,311.38 |

| Debtor | Sklar Exploration Company, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **H&H Construction, LLC**<br>Ladon E. Hall, Sole Manager<br>P.O. Box 850<br>Flomaton, AL 36441 | | Trade Debt | | | | $510,449.00 |
| **JD Fields & Company, Inc.**<br>P.O. Box 134401<br>Houston, TX 77219-4401 | | Trade Debt | | | | $474,029.54 |
| **Kudzu Oil Properties, LLC**<br>300 Concourse Blvd, Suite 101<br>Ridgeland, MS 39157 | | Cash Call Advance | | | | $446,353.04 |
| **FPCC USA, Inc.**<br>245 Commerce Green Blvd, Ste 250<br>Sugar Land, TX 77478 | | Cash Call Advance | | | | $414,084.00 |
| **Lucas Petroleum Group, Inc.**<br>327 Congress Avenue, Suite 500<br>Austin, TX 78701-3656 | | Cash Call Advance | | | | $384,201.02 |
| **Meritage Energy, Ltd.**<br>C/O BKD, LLP<br>2700 Post Oak Blvd, Ste 1500<br>Houston, TX 77056 | | Cash Call Advance | | | | $375,193.95 |
| **Strago Petroleum Corporation**<br>3209 Hamm Road<br>Pearland, TX 77581-5503 | | Cash Call Advance | | | | $366,114.75 |
| **Anderson Investment Holdings, LP**<br>AEEC II, LLC<br>333 Texas Street, Suite 2020<br>Shreveport, LA 71101 | | Cash Call Advance $299,473.91<br>Working Interest Revenue $64,799.27 | | | | $364,273.18 |
| **Kelley Brothers Contractors, Inc.**<br>P.O. Drawer 1079<br>Waynesboro, MS 39367 | | Trade Debt | | | | $341,605.44 |

Debtor **Sklar Exploration Company, LLC**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rapad Well Service Co., Inc.**<br>217 West Capitol Street<br>Jackson, MS 39201 | | **Trade Debt** | | | | $330,036.75 |
| **Apple River Investments, L.L.C.**<br>Attn: Robert M. Boeve, President<br>1503 Garfield Road North<br>Traverse City, MI 49696 | | **Cash Call Advance $281,941.42 Working Interest Revenue - $21,283.97** | | | | $303,225.39 |
| **Pruet Oil Company, LLC**<br>217 West Capitol St. Ste 201<br>Jackson, MS 39201-2004 | | **Cash Call Liability** | | | | $274,562.72 |
| **Pro-Tek Field Services, LLC**<br>P.O. Box 919269<br>Dallas, TX 75391-9269 | | **Trade Debt** | | | | $266,228.26 |
| **Union Oilfield Supply, Inc.**<br>12 John Dykes Road<br>Waynesboro, MS 39367 | | **Trade Debt** | | | | $252,725.91 |