# EXHIBIT

# 1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re:*  

Chapter 11
Case No. 20-12377-EEB

SKLAR EXPLORATION COMPANY, LLC and SKLARCO, LLC, **Debtors**,

FORD MOTOR CREDIT COMPANY, LLC, **Movant**,

## AFFIDAVIT OF MILITARY SERVICE

STATE OF Texas )
) ss.
COUNTY OF Harris )

I, Mitchell J. Buchman, being first duly sworn, depose and state as follows:

1. I am over 18 years of age and competent to testify in this matter.

2. I am an employee of the law firm of Barrett Frappier Turner & Engel, LLP.

3. SKLAR EXPLORATION COMPANY, LLC AND SKLARCO, LLC, the Debtor in this case, is not a natural person and therefore not on active duty as to any of the branches of the United States military.

Dated: 12/17/20

Mitchell J. Buchman
Attorney

The foregoing was subscribed and sworn to before me on 12-17-2020.

WITNESS MY HAND AND OFFICIAL SEAL.

My commission expires:_____

Notary Public

VANESSA BROWN
ID # 3564431
Notary Public, State of Texas
My Commission Expires
03/05/2024