# EXHIBIT 3

# STATE OF ALABAMA
## DEPARTMENT OF REVENUE

### CERTIFICATE OF TITLE FOR A VEHICLE

| TITLE NO. | VEHICLE IDENTIFICATION NUMBER | TRANS CODE | DATE ISSUED |
|---|---|---|---|
| 103815406 | 1FTER1FH6KLA66276 | 90 | 03/26/2020 |

| YR. MODEL | MAKE | MODEL | BODY TYPE | PREV AL TITLE NO. |
|---|---|---|---|---|
| 2019 | FORD | RANGER SUPER CA | PK | |

| ONE | NEW | USED | DEMO | PURCHASE DATE | NO. LIENS | COLOR | ODOMETER |
|---|---|---|---|---|---|---|---|
| 04 | | XX | | 03/12/2020 | 1 | SILVER | 000100 |

NAME(S) AND MAILING ADDRESS OF OWNER(S)
SKLAR EXPLORATION COMPANY LLC
319 BELLEVILLE AVE
BREWTON AL 36426

MAIL TO:
FORD MOTOR CREDIT CO
PO BOX 105704
ATLANTA GA 30348

RESIDENT ADDRESS IF DIFFERENT

LEGEND(S)
ODOMETER ACTUAL

1ST LIENHOLDER'S NAME, ADDRESS AND LIEN DATE  03/12/2020
FORD MOTOR CREDIT CO
PO BOX 105704
ATLANTA GA 30348

2ND LIENHOLDER'S NAME, ADDRESS AND LIEN DATE

RELEASE OF LIEN
The holder of lien on the vehicle described in this Certificate does hereby state that the lien described in said Certificate of Title is released and discharged.

First Lienholder
By _____
Signature of Authorized Agent
Date _____

Second Lienholder
By _____
Signature of Authorized Agent
Date _____

CONTROL NUMBER
53236970

This certificate serves as an official document of the Department of Revenue and prima facie evidence that an application for certificate of title has been made for the vehicle described herein, pursuant to the provisions of the Motor Vehicle laws of this state, and the applicant named on the face hereof has been duly recorded as the lawful owner of the vehicle so described. Further, the said vehicle is subject to the security interest by lien(s) show hereon, if any. But, said described vehicle may be subject to a mechanic's lien or a lien given by statute of the United States, this State or any political subdivision of this State or other encumbrances not required to be filed with this Department.

**KEEP IN A SAFE PLACE — ANY ALTERATION OR ERASURE VOIDS THIS TITLE**

**PLEASE DETACH**

