# EXHIBIT

# 4

```
LAAI            12/10/20            ACCOUNT INQUIRY              15:03:48
CUR                                     Ford Credit
CTL2 063   CTL3 000   CTL4 0000   ACCT                    EFF DATE      04/01/20
CTL2 063   CTL3 000   CTL4 0000   CUST                    ACTIVE ACCOUNT
                                  *  MESSAGES   *         SIMPLE INT - FIXED RATE
PAYOFF              30425.16   ******** RATES **********  STATEMENT    BANKRPT
ORIG LOAN AMT       30315.99   CURR RATE     6.5900000    PROD TYPE RSI    NRC
ORIG PROCEEDS       30315.99   ORIG RATE     6.5900000    GL CODE   0001   SC  LG
LT CHG DUE              0.00   PER DIEM      5.4585348    REGION  0029 STATE 01
FEES DUE                0.00   ENTRY DATE     03/16/20    REPO DATE
CURRENT PRIN        30315.99   CONTRACT DATE  03/12/20    ***** REPAYMENTS *****
CUR INT/RENT          109.17   CURR MATURITY  03/11/25    CURR TERM             60
SCH PYMT AMT          594.45   CLOSED DATE                PYMTS MADE             0
CUR PYMT AMT          594.45   NEXT DUE DATE  04/11/20    PYMTS REM             60
PAST DUE AMT            0.00   PAST DUE DATE  04/11/20    MONTHS EXTD    0 REN 000
PARTIAL PAID            0.00   LAST MAINT DT  04/06/20    **** INT/RENT COLL ***
AMT FINANCED       30,315.99   LST BAL CHG DT 03/12/20    YTD                 0.00
SKLAR EXPLORATION COMPANY L.L.                            PREV YTD            0.00
319 BELLEVILLE AVE

BREWTON                    AL 36426       NBR ENDOR    000
PH ( 318 ) 212-0943     (         )       DESC: 2019    FORD        RANGR
PF3-ADDL INFO   PF9-ACCT MSGS

A  +   ls                                                             03/038
```