# EXHIBIT

# 5



4/8/2020

**NADA Used Cars/Trucks**

## Vehicle Information

| | |
|---|---:|
| **Vehicle:** | 2019 Ford Ranger Extended Cab XL 4WD 2.3L I4 Turbo |
| **Region:** | Mountain |
| **Period:** | April 8, 2020 |
| **VIN:** | 1FTER1FH6KLA66276 |
| **Mileage:** | 22,500 |
| **Weight:** | 4,354 |



## NADA Used Cars/Trucks Values

| Trade-In | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---:|---:|---:|---:|
| Clean | $22,525 | N/A | $1,150 | **$23,675** |
| | | | | |
| Clean Retail | $25,700 | N/A | $1,300 | **$27,000** |

### Selected Options

| | Trade-In/Loan | Retail |
|---|---:|---:|
| Aluminum/Alloy Wheels | N/A | N/A |
| Fog Lights | N/A | N/A |
| FX4 Off-Road Pkg. | $750 | $850 |
| Locking/Limited Slip Differential | N/A | N/A |
| STX Pkg | $400 | $450 |

NADA Used Car Guide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report.
NADA Used Car Guide and its logo are registered trademarks of National Automobile Dealers Association, used under license by J.D. Power.
©2020 J.D.Power