**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

## *Minute Order*

| Date: December 17, 2020 | **Honorable Elizabeth E. Brown, Presiding** |
|---|---|
| | Kerstin Cass, Law Clerk |

| | | **Case. No. 20-12377 EEB** |
|---|---|---|
| In re: | Sklar Exploration Company, LLC, | Chapter 11 |
| | Debtor. | |
| | Sklarco, LLC, | **Case. No. 20-12380 EEB** |
| | Debtor. | Chapter 11 |
| | | **Jointly Administered Under 20-12377 EEB** |

| | Telephonic Appearances | | Representing |
|---|---|---|---|
| Counsel | | UST | |
| Counsel | Keri Riley, Duane Graham, Ben Ford, Marshall Jones, John Strausser, James Katchadurian | Debtor(s) | |
| Counsel | Chris Johnson, Grant Beiner | Committee | Creditors' Committee |
| Counsel | Bryce Suzuki, Mary Lou Allen, Stuart Bonomo | Creditor | East West Bank |
| Counsel | Brent Cohen, Steven Swan | | Fant Energy Ltd. |
| Counsel | Brian Rich | Creditor | Fletcher Petroleum Co., Fletcher Exploration, LLC, Fletcher Petroleum Group |
| Counsel | Joseph Bain | Creditor | FPCC USA |
| Counsel | David R. Taggart, David Morgan | Creditor | J.F. Howell Interests |
| Counsel | Timothy Swanson, Craig Geno | Creditor | Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company, LLC and Sklarco, LLC |
| Counsel | Duane Brescia | Creditor | Lucas Petroleum Oil |
| Counsel | Steve Lecholop | Creditor | McCombs Energy, McCombs Exploration |
| Counsel | Jeremy Retherford, Matt Ochs, Stan Kynerd | Creditor | Pruet Oil Company, LLC, Pruet Production Co. (individually and as agent) |
| Counsel | Thomas Shipps, Barnet Skelton Jr. | Creditor | Tauber Exploration & Production Co, CTM 2005, Ltd., I & L Miss I, LP, Pickens Financial Group, LLC, MER Energy, Ltd., The MR Trust, Tara Rudman Revocable Trust, Rudman Family Trust, The Rudman Partnership, Feather River 75, LLC |

Proceedings: Hearing on: (1) Ad Hoc Committee of Working Interest Holders' Motion for Relief from Stay On (A) Hold a Meeting of the Working Interest Owners in the Brooklyn Oil Units; (B) Take a Contractually Authorized Vote to Remove Debtor Sklar Exploration Company, LLC, as Operator of the Brooklyn Oil Units; and (C) Upon an Affirmative Vote to Remove Sklar Exploration Company, LLC, as Operator in Order to Take All Steps Necessary to Effectuate the Removal and Debtors' Response thereto; and (2) Discovery Dispute

☒ Evidentiary Hearing[1]
☒ Exhibits Entered: Movants' Ex. 3, 4, 40

Orders:

☒ A final evidentiary hearing on the Motion for Relief from Stay will be held in conjunction with the hearing on confirmation of the Debtors' soon to be filed plan of reorganization. A further order will enter once the hearing date is determined. If no confirmation hearing has been held by April 1, 2021, Movants may request that a separate hearing be set.

☒ The stay provided for under 11 U.S.C. § 362 is continued in effect pending the conclusion of a final hearing and determination on the Movant's Motion for Relief from Stay.

☒ The parties' discovery dispute on issue number one is held in abeyance while the Debtors continue to produce documents. As to issue number two, the Court ordered to Debtors to produce redlines and prior versions of the Reserve Report.

Date: December 17, 2020

BY THE COURT:

Elizabeth E. Brown, U.S. Bankruptcy Judge

---

[1] This hearing is considered evidentiary for statistical purposes.

2