**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

**ORDER FOR VIDEO CONFERENCE HEARING ON DISCLOSURE STATEMENT**

A Disclosure Statement and a Plan under Chapter 11 of the Bankruptcy Code was filed by Debtors on December 18, 2020. It is ordered and notice is hereby given that:

1. The video conference hearing to consider the adequacy of and to approve the Disclosure Statement will be held at **February 11, 2021 at 9:30 a.m.** via Zoom.

   **To Join the Zoom Hearing:**

   https://www.zoomgov.com/j/1600022136?pwd=UlZ5STVVbGlCNkNRUFg4eHlpeFR3UT09

   One tap mobile
   +16692545252,,1600022136#,,,,,,0#,,727908# US (San Jose)
   +16468287666,,1600022136#,,,,,,0#,,727908# US (New York)

   Dial by your location
   +1 669 254 5252 US (San Jose)
   +1 646 828 7666 US (New York)

   **Meeting ID:** 160 002 2136  **Password:** 727908

2. Objections to the Disclosure Statement shall be filed and served in the manner specified in Fed. R. Bankr. P. 3017(a), not less than 14 days prior to the date of said hearing.

3. The Plan Proponents shall promptly and, in any event, no later than **December 28, 2020**,

   a. mail notice of said hearing in accordance with the Court's Order Granting Ex Parte Motion for Entry of Order Limiting Notice; and,

   b. mail a copy of the Plan, the Disclosure Statement, and the Notice of Hearing, in the form attached, to the U.S. Trustee, counsel for the Creditors' Committee (or if there is no counsel, to the Committee Chairperson), the Trustee in the case, if any, and if the Debtors are not the Proponent of the Plan, to the Debtors and Debtors' counsel, and to applicable regulatory authorities, including without limitation, the Securities and Exchange Commission and the Commissioner of Securities for the State of Colorado (all at their addresses of record as specified by Fed.R.Bankr.P. 2002(g)).

The Plan Proponents shall also file with the Court, at least 14 days prior to said hearing, a certificate of mailing of said Notice, Plan, and Disclosure Statement as ordered.

4. Upon request of interested parties, the Plan Proponents will promptly provide copies of the Plan and Disclosure Statement.

5. Procedures for Zoom Video Conferences:

   a. It is counsel's and/or the parties' responsibility to ensure that they and their witnesses have the proper equipment to attend the Zoom video hearing. Participants should ensure that their equipment is connected to strong WIFI signal or internet connection during the hearing.

   b. The Court encourages anyone who will be speaking during the hearing to use a headset (headphones with mic) and not rely on an internal microphone built into a computer or webcam. Using a headset will to ensure that you can be heard by other participants and in the Court's official recording.

   c. If counsel/parties intend to present exhibits and/or otherwise refer to written documents at the hearing, the Court prefers that they do so by using the "Share Screen" function in Zoom. Counsel/parties should make themsleves familiar with this function prior to the hearing.

   d. Parties should check into the Zoom video conference at least 15 minutes prior to the scheduled start time of the hearing.

   e. Zoom displays a screen name for each participant in a video hearing. Typically, Zoom will default to the name you gave at the time you initially set up your Zoom account (e.g. smithj or XYZCorp) or the phone number or device name from which you are calling. To enable the Judge to identify participants, each participant should ensure that their screen name is their full first name and last name (e.g. John Smith). You can change your screen name after being admitted to the video conference by using the rename function in Zoom. To rename,

2

      hover your cursor over your picture and either right click or click the blue button in the upper right corner of your picture and select "Rename" and then type your first name and last name into the box that appears.  If you fail to identify yourself in this manner by the start of the trial, you may be removed from the video hearing.

    f.  The Court's general guidelines regarding Zoom hearings are available at: https://www.cob.uscourts.gov/zoom-video-conferences.

6. Court Appearances:  If a party does not join the Zoom video hearing, it will be deemed a failure to appear.  Failure to connect to the Zoom video hearing in a timely manner will preclude participation in the hearing.

7. No Recordings:  Counsel and/or the parties are strictly prohibited from recording any court proceeding held by video or teleconference, including taking "screen shots" or other visual copies.  Violation of this prohibition may result in sanctions as deemed necessary by the Court.

    DATED this 21st day of December, 2020.

                                    BY THE COURT:

                                    Elizabeth E. Brown, Bankruptcy Judge

[Form of Notice to be given by Plan Proponent]

INSERT CAPTION

**NOTICE OF HEARING ON ADEQUACY OF DISCLOSURE STATEMENT**

TO THE DEBTOR(S), ITS CREDITORS, EQUITY HOLDERS, AND OTHER PARTIES-IN-INTEREST:

NOTICE IS HEREBY GIVEN that a Disclosure Statement was filed by the Debtors. Pursuant to Order of the Court, a video conference hearing to consider the adequacy of and to approve the Disclosure Statement will be held at **February 11, 2021 at 9:30 a.m.** via Zoom.

**To Join the Zoom Hearing:**

https://www.zoomgov.com/j/1600022136?pwd=UlZ5STVVbGlCNkNRUFg4eHlpeFR3UT09

One tap mobile
+16692545252,,1600022136#,,,,,,0#,,727908# US (San Jose)
+16468287666,,1600022136#,,,,,,0#,,727908# US (New York)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)

**Meeting ID:** 160 002 2136  **Password:** 727908

Additional details about Zoom hearings are available at https://www.cob.uscourts.gov/zoom-video-conferences.

Any objections to the Disclosure Statement shall be made in writing and the original of the objection shall be filed with the Court and a copy served on the attorney for the proponent of the Plan, the Debtor(s), and counsel for Debtor(s), the United States Trustee, and the Trustee, if any, counsel for the Creditors' Committee (or when there is no counsel, to the Committee Chairperson), applicable regulatory agencies, including without limitation, the Securities and Exchange Commission and the Commissioner of Securities of the State of Colorado not less than 14 days prior to the hearing on the adequacy of the Disclosure Statement. Objections shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any, and references to the particular portions of the statement to which objections are made. General objections will not be considered by the Court.

The Disclosure Statement is available for public inspection from 8:00 a.m. to 4:30 p.m. during any regular business day in the Clerk's Office of the U.S. Bankruptcy Court for the District of Colorado, U.S. Custom House, 721 19th Street, Denver, Colorado 80202-2508. Any interested party who desires a copy of the Disclosure Statement or Plan may submit such request to the proponent of the Disclosure Statement or Plan at the address stated below, with a copy of that request to the Clerk of the Bankruptcy Court. The proponent shall promptly provide the requested copy.

The hearing may be continued from time to time by Order made in Open Court without further written notice to creditors.

DATED: _____     PLAN PROPONENT:

                                                 _____
                                                 _____
                                                 _____
                                                 _____