UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

**NOTICE OF MEDIATION AND MOTION TO APPROVE PAYMENT OF FEES TO MEDIATOR AS ADMINISTRATIVE EXPENSE**

The Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco"), state their Notice of Mediation and Motion to Approve Payment of Fees to Mediator as an Administrative Expense as follows:

1. The Debtors filed their voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code on April 1, 2020 ("Petition Date"). The Debtors remain Debtors-in-Possession pursuant to 11 U.S.C. §§ 1107 and 1108.

2. The Debtors are limited liability companies engaged in business as an oil and gas operating company in the case of SEC and the holder of mineral interests, including oil and gas leases and non-operated working interests in the case of Sklarco.

3. The Office of the United States Trustee appointed an Official Committee of Unsecured Creditors ("Committee") in SEC's case on April 16, 2020.

4. The Debtors filed their Joint Plan of Reorganization ("Plan") and Disclosure Statement to Accompany the Plan on December 18, 2020.

5. The Debtors, in consultation with the Debtors' secured creditor, East West Bank ("EWB"), and the Committee, have determined that a mediation regarding the Debtors' Plan will be beneficial to the Debtors' reorganization efforts.

6. The Debtors have scheduled a mediation for January 6, 2020 with Sylvia Mayer, Esq., of Sylvia Mayer Law PLLC (the "Mediator") to be conducted by Zoom. A copy of the Agreement to Mediate is attached hereto as Exhibit A.

7. The parties participating in the mediation include the Committee, EWB, the *Ad Hoc Committee of Working Interest Holders*, the Tauber Group, and Howard Sklar, individually. In selecting parties to be present at the mediation, the intent was to find representative parties who have been active participants in the case, without overwhelming the mediation process.

8. In accordance with the Agreement to Mediate, the total fee to be paid by each party is $1,200. The SEC estate will also pay the fees for the mediation for the Committee, resulting in total fees of $2,400 to be paid by the Debtors ahead of the mediation. If the mediation exceeds one day, participating parties will be required to pay an additional $200 per hour, per party.

9. The Debtors seek the allowance and payment of fees for the Mediator pursuant to 11 U.S.C. § 503(a) and (b).

10. Section 503(a) provides that an entity may timely file a request for payment of an administrative expense. Section 503(b) provides that, after notice and opportunity for a hearing, there shall be an allowed administrative expense for a non-exclusive list of activities in a case, including the actual and necessary expenses incurred by the Debtors and the Committee in making a substantial contribution to a case under Chapter 11. 11 U.S.C. § 503(b)(3)(D).

11. The expenses incurred for the mediation are necessary and will result in a substantial benefit to the Debtors, their estates, and the creditors. The mediation is intended to reach a resolution on as many issues as possible, either narrowing or eliminating issues related to the Plan well ahead of a hearing on the adequacy of the Disclosure Statement and a hearing on confirmation of the Plan.

12. It is therefore in the best interests of the Debtors, their estates, and their creditors that the fees for the Mediator for the Debtors and the Committee be allowed as an administrative expense and paid by the estate.

[remainder of page intentionally left blank]

WHEREFORE, the Debtors pray that the Court make and enter an Order allowing the fees for Sylvia Mayer Law, PLLC as an administrative expense and authorize the estate to pay such expenses, and for such further and additional relief as to the Court may appear just and proper.

DATED: November 20, 2020			Respectfully submitted,

					By:	*/s/ Keri L. Riley*
						Jeffrey S. Brinen, #20565
						Keri L. Riley, #47605
						**KUTNER BRINEN, P.C.**
						1660 Lincoln St., Suite 1850
						Denver, CO 80264
						Telephone: (303) 832-2400
						E-Mail: klr@kutnerlaw.com