UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) |
| EIN: 72-1417930 | ) Chapter 11 |
| | ) |
|   Debtor. | ) |
| | ) |
| _____ | ) |
| | ) Case No. 20-12380-EEB |
| SKLARCO, LLC | ) |
| EIN: 72-1425432 | ) Chapter 11 |
|   Debtor. | ) |

**ORDER GRANTING MOTION TO APPROVE PAYMENT OF FEES TO MEDIATOR AS ADMINISTRATIVE EXPENSE**

THIS MATTER, having come before the Court on the Debtors' Notice of Mediation and Motion to Approve Payment of Fees to Mediator as Administrative Expense ("Motion"), the Court having reviewed the Motion, notice having been provided, and no objection having been received, finding good cause for granting the requested relief, does hereby

ORDER

That the Motion is GRANTED. Mediation fees to Sylvia Mayer Law, PLLC in the amount of $2,400 are allowed as an administrative expense and the Debtors are authorized to pay the administrative expense claim of Sylvia Mayer Law, PLLC.

Done and entered this ____ day of _____, 2020 at Denver, Colorado.

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Court Judge