UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**NOTICE OF MOTION TO APPROVE PAYMENT OF FEES TO MEDIATOR AS ADMINISTRATIVE EXPENSE**

**OBJECTION DEADLINE: JANUARY 5, 2021**

**YOU ARE HEREBY NOTIFIED** that the Debtors have filed a Motion to Approve Payment of Fees to Mediator as Administrative Expense ("Motion") with the Bankruptcy Court and requests the following relief: allowance of mediation fees in the amount of $1,200 for the Debtors, and of $1,200 for the Official Committee of Unsecured Creditors for Sylvia Mayer Law, PLLC as an administrative expense, and authorization for the Debtors to pay such expense.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED:  December 22, 2020                         Respectfully submitted,

By:   */s/ Keri L. Riley*
Jeffrey S. Brinen, #20565
Keri L. Riley, #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln St., Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
E-Mail: klr@kutnerlaw.com