| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1:  Sklar Exploration Company, LLC | Jointly Administered Under Case #: | 20-12377-EEB |
| Debtor 2:  Sklarco, LLC | Chapter: | 11 |

**Local Bankruptcy Form 9013-1.1**
<u>Amended</u> **Notice of Interim Application for Allowance and Payment of Professional Fees for Epiq Corporate Restructuring, LLC**

### Part 1   Objection Deadline

Objection Deadline: **January 13, 2021**

### Part 2   Notice

NOTICE IS HEREBY GIVEN that **Epiq Corporate Restructuring, LLC** ("Epiq"), has filed its **Interim Application for Allowance and Payment of Professional Fees and Reimbursement of Costs for Epiq Corporate Restructuring, LLC** (the "Application"), with the Court and requests the following relief: interim allowance and payment of professional fees in the amount of $24,733.35 for professional fees provided by consultants, directors, or vice presidents in the Debtors' Chapter 11 cases from July 2, 2020 through October 31, 2020.  A copy of the pleading is available for inspection in the Bankruptcy Court Clerk's Office, 721 -19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney.

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

### Part 3   Signature of Movant's Attorney or Movant (if unrepresented)

Dated: December 23, 2020                                   Respectfully submitted,

By: */s/ Keri L. Riley*
         Jeffrey S. Brinen, #20565
         Keri L. Riley, #47605
         1660 Lincoln Street, Suite 1850
         Denver, CO 80264
         Telephone: (303) 832-2400
         E-Mail: klr@kutnerlaw.com