UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

**STIPULATION TO RELIEF FROM STAY WITH
FOOTE OIL & GAS PROPERTIES, LLC**

The Debtor, Sklar Exploration Company, LLC ("SEC" or "Debtor"), and Foote Oil & Gas Properties, LLC ("Foote"), by and through their undersigned attorneys, state their Stipulation to Relief from Stay as follows:

1. SEC filed its voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code on April 1, 2020 ("Petition Date"). SEC remains a Debtor-in-Possession.

2. SEC is a limited liability company engaged in business as an oil and gas operating company.

3. Pre-petition, SEC retained Foote as a landman to negotiate the acquisition of certain oil and gas leases on behalf of the holders of working interests in oil and gas properties operated by SEC.

4. In the ordinary course of business, SEC provided retainers to Foote to be applied against the purchase price for any leases acquired by Foote and for payment of its fees. Foote would then acquire leases in its name to later be transferred to SEC and then to the working interest holders participating in the acquisition.

5. On the Petition Date, Foote was in possession of a retainer in the amount of $12,548.21 and was in possession of a number of oil and gas leases acquired for SEC and its working interest holders. Foote also holds a claim against SEC for pre-petition unpaid invoices in the amount of $20,547,63.

1

6. Foote filed its Motion for Relief from Stay on November 19, 2020, seeking relief from stay to setoff its pre-petition retainer against its pre-petition claim.

7. To avoid the time and expense of further litigation, SEC and Foote stipulate and agree as follows:

   a. The automatic stay shall be lifted to the extent necessary to allow Foote to setoff its pre-petition claim against its pre-petition retainer;

   b. Within (5) business days of entry of an Order approving this Stipulation, Foote shall execute all documents necessary to transfer all oil and gas leases held for SEC, as an agent for its working interest holders, to SEC;

   c. Withing ten (10) business days of entry of an Order approving this Stipulation, Foote shall file an amended claim with Epiq Corporate Restructuring, reducing its claim by the amount of the setoff.

8. Approval of this Stipulation is in the best interests of SEC, its estate, and its creditors. The Stipulation will allow for the reduction of Foote's claim against SEC, and an orderly transfer of the oil and gas leases to SEC, who will then assign the leases to the appropriate working interest holders in accordance with the applicable Operating Agreements.

WHEREFORE, SEC and Foote pray the Court make and enter an Order granting Foote relief from stay to the extent set forth herein, and for such further and additional relief as to the Court may appear proper.

Dated: December 31, 2020

Respectfully submitted,

By: */s/ Keri L. Riley*
  Keri L. Riley, #47605
  **KUTNER BRINEN, P.C.**
  1660 Lincoln Street, Suite 1850
  Denver, CO 80264
  Telephone: (303) 832-2400
  E-Mail: klr@kutnerlaw.com

By: */s/ Jonathan M. Dickey*
  Jonathan M. Dickey, #46981
  **BUECHLER LAW OFFICE, LLC**
  999 18TH Street, Suite 1230-S
  Denver, CO 80202
  Telephone: (720)381-0045
  E-Mail: jonathan@kjblawoffice.com