UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. 20-12377 EEB** |
| Foote Oil & Gas Properties, LLC,<br>Movant,<br><br>v.<br><br>Sklar Exploration Company, LLC, | |

### ORDER APPROVING STIPULATION

THE COURT having considered the Stipulation to Relief from Stay of Movant, Foote Oil & Gas Properties, LLC, and the Debtor, Sklar Exploration Company, LLC, and the file herein,

IT IS HEREBY APPROVED and made an Order of this Court. It is further

ORDERED that the hearing scheduled on January 7, 2021, is hereby VACATED.

DATED this 4th day of January, 2021.

BY THE COURT:

*Elizabeth E. Brown*

Elizabeth E. Brown, Bankruptcy Judge