**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | § | |
| SKLAR EXPLORATION COMPANY, LCC | § | Case No. 20-12377-EEB |
| EIN: 72-1417930 | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |
| | § | |
| SKLARCO, LLC | § | Case No. 20-12380-EEB |
| EIN: 72-1425432 | § | |
| | § | Chapter 11 |
| Debtor. | § | |

**NOTICE OF PERFECTION, CONTINUATION OR MAINTENANCE OF LIENS**
**PURSUANT TO 11 U.S.C. §  546(b)**

PLEASE TAKE NOTICE THAT **Pro-Tek Field Services, LLC** ("Pro-Tek"), creditor in

the above-styled and numbered case, by and through undersigned counsel, hereby gives notice of

its valid, timely filed, and properly perfected statutory mineral liens against Skar Exploration

Company, LLC and Sklarco, LLC ("Debtors") under the laws of the states of Alabama and Florida,

particularly Ala. Code. § 35-11-210, *et seq*. and Fla. Stat. § 713.801, *et seq*.  Pioneer hereby

perfects, maintains, and continues the referenced liens pursuant to 11 U.S.C. §§ 362(b)(3) and

546(b)(2). In support of this Notice, Pioneer will show the following:

1.      Pro-Tek furnished labor, materials, services, equipment, tools, and machinery

under contract with the Debtors in connection with oil and gas operations on real property owned

or leased by the Debtors for which Pro-Tek has not been fully paid. The principal amount due and

owing to Pro-Tek is $236,047.30, exclusive of contractual interest, attorneys' fees and costs. Pro-

Tek's claim is secured by the statutory oil and gas liens as more particularly described below.

2.      Pro-Tek timely filed the following Statements of Lien and Claims of Lien (the

"Liens"):

| Well Name | Lien Amount | Recording Date | Recording Information |
|---|---|---|---|
| Pitnic Limited 16-3 Well No. 1<br>Permit #1382<br>API #09-113-20277 | $ 186,295.29 | 6/11/2020 | Instrument #202028095<br>Book OR, Vol 3961<br>Pages 1992<br>Santa Rosa County, Florida |
| Bates 2-2 Well No. 1<br>Permit #1380<br>PA #360812-002<br>API #09-113-20275 | $18,642.02 | 5/26/2020 | Instrument #20204595<br>Book OR, Vol 3954<br>Pages 791<br>Santa Rosa County, Florida |
| Cedar Creek Land & Timber 34-12<br>Well No. 1<br>Permit #17085-B<br>API #01-035-2035-00-00 | $14,370.45 | 6/10/2020 | Book OR, Vol 2020<br>Pages 721<br>Conecuh County, Alabama |
| Cedar Creek Land & Timber 35-5<br>Well No. 1<br>Permit #16714-B<br>API #01-035-20271-00-00 | $ 17,739.54 | 6/10/2020 | Book 2020<br>Page 728<br>Conecuh County, Alabama |
| **Total** | **$ 236,047.30** | | |

Copies of the Liens filed by Pro-Tek are attached as **Exhibit "A"** and incorporated herein by reference.

3.      Pro-Tek's Liens attach to the property interests identified in Ala. Code. § 35-11-210 and Fla. Stat. § 713.805, including (without limitation): the whole of the oil and gas leasehold for which labor, materials and/or services were furnished by Pro-Tek to the Debtors, including: all materials and fixtures owned by the owner or owners of such leasehold and used or employed, or furnished to be used or employed in the drilling or operating of any oil or gas well located thereon, and all oil and gas wells located on such leasehold, and the oil and gas produced therefrom, and the proceeds thereof inuring to the working interest therein as such working interest existed on the date such labor was first performed or such materials or services were first furnished, including without limitation, those which are described in or provided for under the Liens.

4.      Pro-Tek intends to enforce its interests in the properties which are secured by the Liens.

5.      Pro-Tek further claims all rights concerning the tolling of applicable statutes of limitation.

6.      Pro-Tek gives notice that, to the extent it does not under applicable law already possess a perfected interest in the above-described properties, Pro-Tek hereby perfects its interest pursuant to applicable provisions of the Bankruptcy Code, including but not limited to 11 U.S.C. §§ 362(b)(2) and 546(b)(3).  This Notice is in lieu of seizure of property or commencement of an action to accomplish such perfection of Pro-Tek's rights to the properties which are the subject of the Liens.  By virtue of this notice and applicable law, Pro-Tek demands adequate protection of its interests to the properties which is the subject of the Liens.  Supplemental action to foreclose the Liens or other collection measures shall be authorized only by the Bankruptcy Court including, but not limited to, obtaining relief from the stay.

7.      Pro-Tek reserves the right to supplement and/or amend this Notice.  Pro-Tek further reserves all rights with respect to the Liens under applicable law, including but not limited to seeking relief from the stay.

WHEREFORE PREMISES CONSIDERED, please take notice that all proceeds of any sale of the properties securing the Liens constitutes cash collateral under 11 U.S.C. § 363(a).

Dated this 6th day of January 2021.

**BEATTY & WOZNIAK, P.C.**

By: /s/ *Tyler L. Weidlich*
      Tyler L. Weidlich
      Colorado Bar No. 51706
      216 Sixteenth Street, Suite 1100
      Denver, CO 80202-515
      Telephone: (303) 407-4498
      Fax: (800) 886-6566

*AND*

**DORÉ ROTHBERG MCKAY**

By:     /s/ *Connor Smith*
Connor Smith
Texas Bar No. 24109205
Zachary S. McKay
Texas Bar No. 24073600
csmith@dorelaw.com
zmckay@dorelaw.com
17171 Park Row, Suite 160
Houston, Texas 77084
Telephone: (281) 829-1555
Fax: (281) 200-0751

**ATTORNEYS FOR PRO-TEK
FIELD SERVICES, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was been served upon all counsel of record through the Court's CM/ECF system on January 6, 2021.

By:   */s/ Tyler L. Weidlich*
Tyler L. Weidlich