File # 202028095 OR BK 3961 Pages 1992 RECORDED 06/11/20 at 02:14 PM Donald C.
Spencer Clerk Santa Rosa County Florida DEPUTY CLERK rc Trans #887283

Case:20-12873-AMB Doc#:762-1 Filed:01/06/21 Entered:01/06/21 14:39:16 Page:2 of 42

**INSTRUMENT PREPARED BY AND**
**AFTER RECORDING RETURN TO:**
DORÉ ROTHBERG MCKAY, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084
281-829-1555
281-200-0751 Fax

<div style="text-align:center">WARNING!</div>

THIS LEGAL DOCUMENT REFLECTS THAT A CONSTRUCTION LIEN HAS BEEN
PLACED ON THE REAL PROPERTY LISTED HEREIN. UNLESS THE OWNER OF
SUCH PROPERTY TAKES ACTION TO SHORTEN THE TIME PERIOD, THIS LIEN
MAY REMAIN VALID FOR ONE YEAR FROM THE DATE OF RECORDING, AND
SHALL EXPIRE AND BECOME NULL AND VOID THEREAFTER UNLESS LEGAL
PROCEEDINGS HAVE BEEN COMMENCED TO FORECLOSE OR TO DISCHARGE
THIS LIEN.

**CLAIM OF LIEN**
FLA. STAT. § 713.801, et seq.

| THE STATE OF FLORIDA | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF SANTA ROSA | § | |

1. THAT, the undersigned agent of **PRO-TEK FIELD SERVICES, LLC** Claimant"), as affiant, being duly sworn, makes oath, and affirms the following statements are true and within my personal knowledge, claims a lien for labor performed and/or materials furnished as a contractor under express contract with the interest holder, contractor and/or subcontractor, or their respective agents, for the benefit of and on the hereinafter described land, oil or gas leasehold, or oil or gas pipeline.

2. The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim<br>Oilfield Equipment, Rental Tools<br>Services and Products | Dates of Unpaid<br>Work |
|---|---|---|
| **$186,295.29** | **Invoice No.**<br>142756; 143185; 143026<br>143318; 143319; 143590<br>143639 | From<br>November 29, 2019<br>to<br>March 19, 2020 |

3. To the best knowledge and belief of affiant, the name(s) of the interest holder and/or operator of the land, oil or gas leasehold, or oil or gas pipeline, against which the lien is claimed is:

<div style="text-align:center">–1–</div>

<div style="text-align:center; color:blue">EXHIBIT A</div>

**SKLAR EXPLORATION COMPANY L.L.C.**
401 Edwards Street, Suite 1601
Shreveport, Louisiana 71101

**SKLARCO L.L.C.**
401 Edwards Street, Suite 1601
Shreveport, Louisiana 71101

; and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced labor and/or hauled or delivery of materials in the property described below, (collectively referred to as "Owner").

4. The name of Claimant is **PRO-TEK FIELD SERVICES, LLC,** whose address is 4308 Highway 90 West, New Iberia, Louisiana 70560.

5. Claimant performed labor and/or furnished or hauled material at the request of **SKLAR EXPLORATION COMPANY L.L.C.**, whose address is 401 Edwards Street, Suite 1601, Shreveport, Louisiana 71101.

6. A description of the land, oil or gas leasehold, or oil or gas pipeline, subject of which the lien is claimed is as follows:

All that certain leasehold interest, tract or parcel of land located in **SANTA ROSA** County, Florida, containing approximately **160.0 acres**, more or less, being all of **SECTIONS 15 & 16, TOWNSHIP 5 NORTH, RANGE 29 WEST**; being the same lands more particularly described by that certain:

i.      Oil, Gas & Mineral Lease dated 04/20/2015, by and between Edmund T. Heruy III, as Lessor, and Sklarco, LLC, as Lessee, recorded on 06/23/2015, Book 3439, Pages 248, of the records of Santa Rosa County, Florida;

ii.     Oil, Gas & Mineral Lease dated 04/20/2015, by and between Mary Brooks Pittman, as Lessor, and Sklarco, LLC, as Lessee, recorded on 06/23/2015, Book 3439, Pages 260-263, of the records of Santa Rosa County, Florida;

iii.    Oil, Gas & Mineral Lease dated 04/20/2015, by and between Mary Brooks Pittman POA for Sally Elizabeth Pittman, as Lessor, and Sklarco, LLC, as Lessee, recorded on 06/23/2015, Book 3439, Pages 256-259, of the records of Santa Rosa County, Florida;

iv.     Oil, Gas & Mineral Lease dated 04/20/2015, by and between John Riley Pittman, as Lessor, and Skalrco, LLC, as Lessee, recorded on 06/23/2015, Book 3439, Pages 368-271, of the records of Santa Rosa County, Florida;

v.      Oil, Gas & Mineral Lease dated 04/20/2015, by and between John Riley Pittman, as Lessor, and Skalrco, LLC, as Lessee, recorded on 06/23/2015, Book 3439, Pages 368-271, of the records of Santa Rosa County, Florida;

vi.     Oil, Gas & Mineral Lease dated 04/20/2015, by and between Frances A.

Vonk, as Lessor, and Skalrco, LLC, as Lessee, recorded on 06/23/2015, Book 3439, Pages 252-255, of the records of Santa Rosa County, Florida;

vii.   Oil, Gas & Mineral Lease dated 09/12/2016, by and between Frederick L. Morris, Jr. and Christi Morris, H&W, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/26/2017, Book 3618 Pages 1249-1250, of the records of Santa Rosa County, Florida;

viii.  Oil, Gas & Mineral Lease dated 09/12/2016, by and between Furrel Wilson Bailey, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/26/2017, Book 3618 Pages 1265-1266, of the records of Santa Rosa County, Florida;

ix.    Oil, Gas & Mineral Lease dated 09/12/2016, by and between James A. Gilchrist, Jr., as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/26/2017, Book 3618 Pages 1263-1264, of the records of Santa Rosa County, Florida;

x.     Oil, Gas & Mineral Lease dated 09/12/2016, by and Jeffrey Dean Gilchrist, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/26/2017, Book 3618 Pages 1259-1260, of the records of Santa Rosa County, Florida;

xi.    Oil, Gas & Mineral Lease dated 09/21/2016, by and between Medina Celeste Sharp, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/26/2017, Book 3618 Pages 1267-1268, of the records of Santa Rosa County, Florida;

xii.   Oil, Gas & Mineral Lease dated 09/12/2016, by and between Peggy A. Wilkinson, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/26/2017, Book 3618 Pages 1256-1258, of the records of Santa Rosa County, Florida;

xiii.  Oil, Gas & Mineral Lease dated 09/26/2016, by and between Kathleen **B.** Groves, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/26/**2017,** Book 3618 Pages 1272-1273, of the records of Santa Rosa County, Fl**orida;**

xiv.   Oil, Gas & Mineral Lease dated 09/12/2016, by and between Barbar**a B.** Bone, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/26/**2017,** Book 3618 Pages 1279-1280, of the records of Santa Rosa County, Flo**rida;**

xv.    Oil, Gas & Mineral Lease dated 09/12/2016, by and between James Carlton May, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/26/2017, Book 3618 Pages 1281-1282, of the records of Santa Rosa County, Florida;

xvi.   Oil, Gas & Mineral Lease dated 09/26/2016, by and between Phyllis Bryant Shipp, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/26/2017, Book 3618 Pages 1283-1284, of the records of Santa Rosa County, Florida;

xvii. Oil, Gas & Mineral Lease dated 09/12/2016, by and between Pamela Ann Kenny, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/26/2017, Book 3618 Pages 1285-1286, of the records of Santa Rosa County, Florida;

xviii. Oil, Gas & Mineral Lease dated 10/08/2016, by and between Wanda Ann Horsley and Roy Nolan Nobley, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/26/2017, Book 3618 Pages 1287-1289, of the records of Santa Rosa County, Florida;

xix. Oil, Gas & Mineral Lease dated 09/26/2016, by and between Judy C. Nobley, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/26/2017, Book 3618 Pages 1290-1291, of the records of Santa Rosa County, Florida;

xx. Oil, Gas & Mineral Lease dated 10/24/2016, by and between Preston and Kathy L. Blackmon, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/26/2017, Book 3618 Pages 1292-1294, of the records of Santa Rosa County, Florida;

xxi. Oil, Gas & Mineral Lease dated 09/12/2016, by and between Harold D. Fudge, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/26/2017, Book 3618 Pages 1295-1296, of the records of Santa Rosa County, Florida;

xxii. Oil, Gas & Mineral Lease dated 09/12/2016, by and between Catherine A. Silva, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/26/2017, Book 3619 Page 540, of the records of Santa Rosa County, Florida;

xxiii. Oil, Gas & Mineral Lease dated 09/22/2016, by and between Florence Lavida Williams, as Lessor, and Skalrco, LLC, as Lessee, recorded on 01/27/2017, Book 3594 Pages 537-538, of the records of Santa Rosa County, Florida;

xxiv. Oil, Gas & Mineral Lease dated 12/14/2016, by and between Benita D. Holloway, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/27/2017, Book 3619 Page 593, of the records of Santa Rosa County, Florida;

xxv. Oil, Gas & Mineral Lease dated 12/14/2016, by and between Keith Olen Holloway and Patricia Clark Holloway, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/27/2017, Book 3619 Page 590, of the records of Santa Rosa County, Florida;

xxvi. Oil, Gas & Mineral Lease dated 12/15/2016, by and between Debbie H. Harbin and Jerry W. Allen, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/27/2017, Book 3619 Page 594, of the records of Santa Rosa County, Florida;

xxvii. Oil, Gas & Mineral Lease dated 12/15/2016, by and between David W. Shaw and Vickie Shaw, as Lessor, and Skalrco, LLC, as Lessee, recorded

on 04/27/2017, Book 3619 Page 598, of the records of Santa Rosa County, Florida;

xxviii. Oil, Gas & Mineral Lease dated 12/15/2016, by and between Hugh Sanford Shaw, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/27/2017, Book 3619 Page 600, of the records of Santa Rosa County, Florida;

xxix. Oil, Gas & Mineral Lease dated 12/15/2016, by and between Wanda Harbin Terry ad Robert James Terry, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/27/2017, Book 3619 Page 602, of the records of Santa Rosa County, Florida;

xxx. Oil, Gas & Mineral Lease dated 12/95/2016, by and between Anita F. Smith and Vincent R. Thomas, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/27/2017, Book 3619 Page 612, of the records of Santa Rosa County, Florida;

xxxi. Oil, Gas & Mineral Lease dated 12/15/2016, by and between Pharis Blaine Shaw, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/27/2017, Book 3619 Page 637, of the records of Santa Rosa County, Florida;

xxxii. Oil, Gas & Mineral Lease dated 12/15/2016, by and between Thomas Ray Shaw, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/27/2017, Book 3619 Page 639, of the records of Santa Rosa County, Florida;

xxxiii. Oil, Gas & Mineral Lease dated 09/08/2016, by and between Gregory Alan Holloway and Malinda Dawn Holloway, H&W, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/26/2017, Book 3618 Pages 1251-1253, of the records of Santa Rosa County, Florida;

xxxiv. Oil, Gas & Mineral Lease dated 10/14/2016, by and between Minerals Management, Inc., as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/27/2017, Book 3619 Page 554, of the records of Santa Rosa County, Florida;

xxxv. Oil, Gas & Mineral Lease dated 10/19/2016, by and between Transamerican Royalties, LLC, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/27/2017, Book 3619 Page 552, of the records of Santa Rosa County, Florida;

xxxvi. Oil, Gas & Mineral Lease dated 10/19/2016, by and between Jacaeber Kastor, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/27/2017, Book 3619 Page564, of the records of Santa Rosa County, Florida;

xxxvii. Oil, Gas & Mineral Lease dated 09/12/2016, by and between Carole M. Chapman, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/26/2017, Book 3618 Pages 1261-1262, of the records of Santa Rosa County, Florida;

xxxviii.     Oil, Gas & Mineral Lease dated 09/12/2016, by and between Janice M. Moody, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/26/2017, Book 3618 Pages 1254-1255, of the records of Santa Rosa County, Florida;

xxxix.   Oil, Gas & Mineral Lease dated 09/12/2016, by and between Peggy A. Wilkinson, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/26/2017, Book 3618 Pages 1256-1258, of the records of Santa Rosa County, Florida.

xl.     Oil, Gas & Mineral Lease dated 09/12/2016, by and between James Carlton May, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/26/2017, Book 3618 Pages 1281-1282, of the records of Santa Rosa County, Florida;

xli.    Oil, Gas & Mineral Lease dated 09/12/2016, by and between Harold D. Fudge, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/26/2017, Book 3618 Pages 1295-1296, of the records of Santa Rosa County, Florida;

xlii.   Oil, Gas & Mineral Lease dated 09/12/2016, by and between Catherine A. Silva, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/27/2017, Book 3619 Page 540, of the records of Santa Rosa County, Florida;

xliii.  Oil, Gas & Mineral Lease dated 09/16/2016, by and between Arthur G. Nicholas, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/27/2017, Book 3619 Page 545, of the records of Santa Rosa County, Florida;

xliv.   Oil, Gas & Mineral Lease dated 01/26/2017, by and between Durlyn Yvonne Farish and Ralph Stevens Farish, as Lessor, and Skalrco, LLC, as Lessee, recorded on 04/27/2017, Book 3619 Page 627, of the records of Santa Rosa County, Florida;

Said lands include, but are not to be limited by, that certain wellbore known as the **Pitnic Limited 16-3 Well No. 1,** Permit #1382, API #09-113-20277, being located at a surface location of 1,882.0 feet from the South line and 15.0 feet from the West line of SECTION 15, TOWNSHIP 5 NORTH, RANGE 29 WEST and a bottomhole location of 2,657.0 feet from the South line and 833.0 feet from the East line of SECTION 16, TOWNSHIP 5 NORTH, RANGE 29 WEST, **SANTA ROSA** County, Florida;

and as additionally described by the land survey plat(s) attached hereto as **Exhibit "B",** all of which are incorporated herein by reference, against which this lien is claimed.

7.   The true and correct amount claimed by Claimant is **$186,295.29**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest and attorney fees is due and unpaid, and all just and lawful payments, offsets and credits have been allowed.   Attached hereto, marked **Exhibit "A"** and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the

amounts shown thereon. This lien claim for the amount stated above shall extend to (1) the leasehold interest or that portion thereof covered by an assignment, farmout agreement, or operating agreement held by the operator, whichever shall be the lesser interest, held for oil or gas purposes or for any oil or gas pipeline for which the material or service was furnished or for which the labor was performed, and the appurtenances thereunto belonging as title thereto existed on the date such labor was first performed or such material or service was first furnished. However, neither the land itself, apart from the rights granted under an oil or gas lease, nor any mineral interest or royalty interest shall be subject to such lien. (2) All materials and fixtures owned by the interest holder and used or furnished to be used in the drilling or operating of any oil or gas well, or in the construction of any oil or gas pipeline, located on the land or leasehold held by the interest holder. (3) All oil or gas wells located on such land or leasehold, the oil or gas produced therefrom, and the proceeds from the sale thereof inuring to those interests subject to such lien, and all other property pursuant to FLA. STAT. § 713.805.

8.  Due notice was given by Claimant of said account and lien claim by certified mail, return receipt requested to the property owner described herein, in accordance with applicable law.

9.  Not more than ninety (90) days have elapsed since the indebtedness for the performance of such labor and services and/or the furnishing of such materials and supplies has accrued.

Further Affiant Sayeth Not.

(The remainder of this page intentionally left blank)

DATED this, the 4th day of June, 2020.

**PRO-TEK FIELD SERVICES, LLC**

By: _____
Morial Vallot
Financial Controller

THE STATE OF LOUISIANA §
§
PARISH OF IBERIA §

 BEFORE ME, the undersigned authority, on this day personally appeared Morial Vallot, Financial Controller for PRO-TEK FIELD SERVICES, LLC, personally known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within his personal knowledge and who acknowledged to me that she executed the same for the purposes and consideration therein expressed.

 SWORN TO AND SUBSCRIBED before me, under my hand and seal of office this, the 4th day of June, 2020.

By: _____
Notary Public, the State of Louisiana
Francine Lasseigne #078312



# INVOICE

| | |
|---|---|
| Invoice No: | 142756 |
| Invoice Date: | 12/18/19 |
| Customer Code: | SKLA01 |
| Our Job Number: | |
| Terms: | Net 30 |

**PLEASE REMIT PAYMENT TO:**

PO Box 919269
Dallas, TX 75391-9269

Bill to:
Sklar Exploration Company
5395 PEARL PARKWAY
SUITE 200
Boulder, CO 80301

| | |
|---|---|
| Work Requested By: | Mr. Harold Deleon |
| Well Location: | Pitnic 16-3 #1 |
| AFE/LOE: | |
| | |
| Purchase Order: | |

Ship to:

Remarks: Louisiana 1200 WO#   CR2159

| Description | Quantity | U/M | Unit Price | Extension |
|---|---|---|---|---|
| MATERIAL USED | 1.000 | | 2,550.00 | 2,550.00 |
| MATERIAL USED | 1.000 | | 46,670.00 | 46,670.00 |
| Trucking Charge | 1.000 | | 2,800.00 | 2,800.00 |
| | | | Subtotal: | 52,020.00 |
| | | | Total: | 52,020.00 |



*THANK YOU FOR YOUR BUSINESS! WE LOOK FORWARD TO WORKING WITH YOU IN THE FUTURE!*

**Pro-Tek Field Services, LLC • 4308 HWY 90 West • New Iberia, LA 70560 • 337 551-4010**

Page 1 of 1

# INVOICE

**Pro-Tek**
FIELD SERVICES

| | |
|---|---|
| Invoice No: | 143185 |
| Invoice Date: | 2/3/20 |
| Customer Code: | SKLA01 |
| Our Job Number: | |
| Terms: | Net 30 |

**PLEASE REMIT PAYMENT TO:**

PO Box 919269
Dallas, TX 75391-9269

Bill to:

Sklar Exploration Company
5395 PEARL PARKWAY
SUITE 200
Boulder, CO 80301

| | |
|---|---|
| Work Requested By: | |
| Well Location: | Pitnic 16-3#1 |
| AFE/LOE: | |
| | |
| Purchase Order: | |

Ship to:

Remarks: Louisiana 1200 WO#  CR2172

| Description | Quantity | U/M | Unit Price | Extension |
|---|---|---|---|---|
| MATERIAL USED | 1.000 | | 47,700.00 | 47,700.00 |
| | | | Subtotal: | 47,700.00 |
| | | | Sales Tax: | 3,339.00 |
| | | | Total: | 51,039.00 |

*THANK YOU FOR YOUR BUSINESS!  WE LOOK FORWARD TO WORKING WITH YOU IN THE FUTURE!*

**Pro-Tek Field Services, LLC • 4308 HWY 90 West • New Iberia, LA 70560 • 337 551-4010**

# Pro-Tek
### FIELD SERVICES

# INVOICE

| | |
|---|---|
| Invoice No: | 143026 |
| Invoice Date: | 1/23/20 |
| Customer Code: | SKLA01 |
| Our Job Number: | |
| Terms: | Net 30 |

**PLEASE REMIT PAYMENT TO:**

PO Box 919269
Dallas, TX 75391-9269

Bill to:

Sklar Exploration Company
5395 PEARL PARKWAY
SUITE 200
Boulder, CO 80301

| | |
|---|---|
| Work Requested By: | Mr. Harold Deleon |
| Well Location: | Pitnic 16-3 #1 |
| AFE/LOE: | |
| | |
| Purchase Order: | |

Ship to:

Remarks: Florida 1200 WO#   CR2185

| Description | Quantity | U/M | Unit Price | Extension |
|---|---|---|---|---|
| MATERIAL USED | 1.000 | | 7,460.27 | 7,460.27 |
| | | | Subtotal: | 7,460.27 |
| | | | Sales Tax: | 522.22 |
| | | | Total: | 7,982.49 |

*THANK YOU FOR YOUR BUSINESS!  WE LOOK FORWARD TO WORKING WITH YOU IN THE FUTURE!*

**Pro-Tek Field Services, LLC • 4308 HWY 90 West • New Iberia, LA 70560 • 337 551-4010**

# INVOICE

**Pro-Tek**
FIELD SERVICES

| | |
|---|---|
| **Invoice No:** | 143318 |
| **Invoice Date:** | 2/17/20 |
| **Customer Code:** | SKLA01 |
| **Our Job Number:** | |
| **Terms:** | Net 30 |

**PLEASE REMIT PAYMENT TO:**
PO Box 919269
Dallas, TX 75391-9269

Bill to:

Sklar Exploration Company
5395 PEARL PARKWAY
SUITE 200
Boulder, CO 80301

| | |
|---|---|
| **Work Requested By:** | Harold Deleon |
| **Well Location:** | Pitnic 16-3 #1 |
| **AFE/LOE:** | |
| **Purchase Order:** | |

Ship to:

Remarks: Florida 1200 WO#  CR2192

| Description | Quantity | U/M | Unit Price | Extension |
|---|---|---|---|---|
| LABOR USED | 3.000 | HRS | 80.00 | 240.00 |
| MATERIAL USED | 1.000 | | 6,940.56 | 6,940.56 |
| Trucking Charge | 1.000 | | 600.00 | 600.00 |
| | | | Subtotal: | 7,780.56 |
| | | | Sales Tax: | 502.64 |
| | | | Total: | 8,283.20 |

*THANK YOU FOR YOUR BUSINESS! WE LOOK FORWARD TO WORKING WITH YOU IN THE FUTURE!*

Pro-Tek Field Services, LLC • 4308 HWY 90 West • New Iberia, LA 70560 • 337 551-4010

# INVOICE

**Pro-Tek**
FIELD SERVICES

| | |
|---|---|
| Invoice No: | 143319 |
| Invoice Date: | 2/17/20 |
| Customer Code: | SKLA01 |
| Our Job Number: | |
| Terms: | Net 30 |

**PLEASE REMIT PAYMENT TO:**

PO Box 919269
Dallas. TX 75391-9269

Bill to:

Sklar Exploration Company
5395 PEARL PARKWAY
SUITE 200
Boulder, CO 80301

| | |
|---|---|
| Work Requested By: | Mr. Harold Deleon |
| Well Location: | Pitnic 16-3 #1 |
| AFE/LOE: | |
| | |
| Purchase Order: | |

Ship to

Remarks Florida 1200 WO#  CR2194

| Description | Quantity | U/M | Unit Price | Extension |
|---|---|---|---|---|
| MATERIAL USED | 1.000 | | 47,700.00 | 47,700.00 |
| | | | Subtotal: | 47,700.00 |
| | | | Sales Tax: | 3,339.00 |
| | | | Total: | 51,039.00 |

*THANK YOU FOR YOUR BUSINESS! WE LOOK FORWARD TO WORKING WITH YOU IN THE FUTURE!*

Pro-Tek Field Services, LLC • 4308 HWY 90 West • New Iberia, LA 70560 • 337 551-4010

# INVOICE

**Pro-Tek**
FIELD SERVICES

| | |
|---|---|
| **Invoice No:** | 143590 |
| **Invoice Date:** | 3/23/20 |
| **Customer Code:** | SKLA01 |
| **Our Job Number:** | |
| **Terms:** | Net 30 |

**PLEASE REMIT PAYMENT TO:**

PO Box 919269
Dallas, TX 75391-9269

Bill to:

Sklar Exploration Company
5395 PEARL PARKWAY
SUITE 200
Boulder, CO 80301

| | |
|---|---|
| **Work Requested By:** | Harold Deleon |
| **Well Location:** | Pitnic 16-3 #1 |
| **AFE/LOE:** | |
| **Purchase Order:** | |

Ship to:

Remarks: Florida 1200 WO#   CR2201

| Description | Quantity | U/M | Unit Price | Extension |
|---|---|---|---|---|
| MATERIAL USED | 1.000 | | 7,600.00 | 7,600.00 |
| Trucking Charge | 1.000 | | 3,000.00 | 3,000.00 |
| | | | Subtotal: | 10,600.00 |
| | | | Sales Tax: | 532.00 |
| | | | Total: | 11,132.00 |

*THANK YOU FOR YOUR BUSINESS!  WE LOOK FORWARD TO WORKING WITH YOU IN THE FUTURE!*

**Pro-Tek Field Services, LLC • 4308 HWY 90 West • New Iberia, LA 70560 • 337 551-4010**



# INVOICE

| | |
|---|---|
| **Invoice No:** | 143639 |
| **Invoice Date:** | 4/1/20 |
| **Customer Code:** | SKLA01 |
| **Our Job Number:** | |
| **Terms:** | Net 30 |

**PLEASE REMIT PAYMENT TO:**

PO Box 919269
Dallas, TX 75391-9269

Bill to:

Sklar Exploration Company
5395 PEARL PARKWAY
SUITE 200
Boulder, CO 80301

| | |
|---|---|
| **Work Requested By:** | MR. HAROLD DELEON |
| **Well Location:** | PITNIC 16-3 #1 |
| **AFE/LOE:** | |
| **Purchase Order:** | |

Ship to:

Remarks: Florida 1200 WO#   CR2212

| Description | Quantity | U/M | Unit Price | Extension |
|---|---|---|---|---|
| LABOR USED | 18.000 | HRS | 65.00 | 1,170.00 |
| LABOR USED | 18.000 | HRS | 80.00 | 1,440.00 |
| MATERIAL USED | 1.000 | | 862.41 | 862.41 |
| MILEAGE | 1.000 | | 1,013.20 | 1,013.20 |
| | | | Subtotal: | 4,485.61 |
| | | | Sales Tax: | 313.99 |
| | | | Total: | 4,799.60 |

*THANK YOU FOR YOUR BUSINESS! WE LOOK FORWARD TO WORKING WITH YOU IN THE FUTURE!*

**Pro-Tek Field Services, LLC • 4308 HWY 90 West • New Iberia, LA 70560 • 337 551-4010**

**Exhibit 3.   Location Plat (Application Attachment 4, page 1 of 2)**



WELL LOCATION
FOR
**SKLAR EXPLORATION COMPANY L.L.C.**
PITNIC LIMITED 16 – 3
SECTION 16, T5N – R29W
SANTA ROSA COUNTY, FLORIDA



Sklar Exploration Company L.L.C.                    Drilling Permit No. 1382
Mt. Carmel Field                                    Pitnic Limited Well 16-3

INSTRUMENT PREPARED BY AND
AFTER RECORDING RETURN TO:
DORÉ ROTHBERG MCKAY, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084
281-829-1555
281-200-0751 Fax

<div style="text-align:center">

**WARNING!**

</div>

THIS LEGAL DOCUMENT REFLECTS THAT A CONSTRUCTION LIEN HAS BEEN PLACED ON THE REAL PROPERTY LISTED HEREIN. UNLESS THE OWNER OF SUCH PROPERTY TAKES ACTION TO SHORTEN THE TIME PERIOD, THIS LIEN MAY REMAIN VALID FOR ONE YEAR FROM THE DATE OF RECORDING, AND SHALL EXPIRE AND BECOME NULL AND VOID THEREAFTER UNLESS LEGAL PROCEEDINGS HAVE BEEN COMMENCED TO FORECLOSE OR TO DISCHARGE THIS LIEN.

<div style="text-align:center">

**CLAIM OF LIEN**
FLA. STAT. § 713.801, et seq.

</div>

| THE STATE OF FLORIDA | § | |
| --- | --- | --- |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF SANTA ROSA | § | |

1. THAT, the undersigned agent of **PRO-TEK FIELD SERVICES, LLC** Claimant"), as affiant, being duly sworn, makes oath, and affirms the following statements are true and within my personal knowledge, claims a lien for labor performed and/or materials furnished as a contractor under express contract with the interest holder, contractor and/or subcontractor, or their respective agents, for the benefit of and on the hereinafter described land, oil or gas leasehold, or oil or gas pipeline.

2. The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim Oilfield Equipment, Rental Tools Services and Products | Dates of Unpaid Work |
| --- | --- | --- |
| **$18,642.02** | **Invoice No.**<br>143321<br>143593<br>143540 | From<br>January 31, 2020<br>to<br>February 26, 2020 |

3. To the best knowledge and belief of affiant, the name(s) of the interest holder and/or operator of the land, oil or gas leasehold, or oil or gas pipeline, against which the lien is claimed is:

<div style="text-align:center">

-1-

</div>

**SKLAR EXPLORATION COMPANY L.L.C.**
401 Edwards Street, Suite 1601
Shreveport, Louisiana 71101

**SKLARCO L.L.C.**
401 Edwards Street, Suite 1601
Shreveport, Louisiana 71101

; and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced labor and/or hauled or delivery of materials in the property described below, (collectively referred to as "Owner").

4. The name of Claimant is **PRO-TEK FIELD SERVICES, LLC,** whose address is 4308 Highway 90 West, New Iberia, Louisiana 70560.

5. Claimant performed labor and/or furnished or hauled material at the request of **SKLAR EXPLORATION COMPANY L.L.C.**, whose address is 401 Edwards Street, Suite 1601, Shreveport, Louisiana 71101.

6. A description of the land, oil or gas leasehold, or oil or gas pipeline, subject of which the lien is claimed is as follows:

All that certain leasehold interest, tract or parcel of land located in **SANTA ROSA** County, Florida, containing approximately **160.0 acres**, more or less, being all of **SECTION 2, TOWNSHIP 5 NORTH, RANGE 29 WEST**; being the same lands more particularly described by that certain:

i.   Oil, Gas & Mineral Lease dated 12/31/2016, by an between Glenn Bates as Trustee of the Glenn Davis Bates Living Trust, as Lessor, and Sklarco, L.L.C. as Lessee, recorded on 4/27/2017, Book 3619, Pages 609 et seq., of the Records of the Clerk of Santa Rosa County, Florida;

ii.  Oil, Gas & Mineral Lease dated 12/31/2016, by an between James Milton Bates as Trustee of the The James Milton Bates Living Trust, as Lessor, and Sklarco, L.L.C. as Lessee, recorded on 4/27/2017, Book 3619, Pages 606 et seq., of the Records of the Clerk of Santa Rosa County, Florida;

iii. Oil, Gas & Mineral Lease dated 9/8/2016, by an between William Robert Hendricks and Jason Scott Hendricks, as Lessor, and Sklarco, L.L.C. as Lessee, recorded on 4/27/2017, Book 3619, Pages 652 et seq., of the Records of the Clerk of Santa Rosa County, Florida;

iv.  Oil, Gas & Mineral Lease dated 3/2/2017, by an between James Melvin Hendricks and Mary F. Hendricks, as Lessor, and Sklarco, L.L.C. as Lessee, recorded on 4/27/2017, Book 3619, Pages 660 et seq., of the Records of the Clerk of Santa Rosa County, Florida;

v.   Oil, Gas & Mineral Lease dated 3/2/2017, by an between Joe O. Campbell and Patricia H. Campbell, as Lessor, and Sklarco, L.L.C. as Lessee,

recorded on 4/27/2017, Book 3619, Pages 662 et seq., of the Records of the Clerk of Santa Rosa County, Florida;

vi. Oil, Gas & Mineral Lease dated 3/2/2017, by an between Annie W. Lord and James L. Lord, as Lessor, and Sklarco, L.L.C. as Lessee, recorded on 4/27/2017, Book 3619, Pages 668 et seq., of the Records of the Clerk of Santa Rosa County, Florida;

vii. Oil, Gas & Mineral Lease dated 3/2/2017, by an between John D. Hendricks, as Lessor, and Sklarco, L.L.C. as Lessee recorded on 4/27/2017, Book 3619, Pages 674 et seq., of the Records of the Clerk of Santa Rosa County, Florida;

viii. Oil, Gas & Mineral Lease dated 3/2/2017, by an between Barnett E. Hendricks and Mary Evelyn. Hendricks, as Lessor, and Sklarco, L.L.C. as Lessee, recorded on 4/27/2017, Book 3619, Pages 671 et seq., of the Records of the Clerk of Santa Rosa County, Florida;

ix. Oil, Gas & Mineral Lease dated 3/2/2017, by an between Donald R. Hendricks and Rachel Hendricks, as Lessor, and Sklarco, L.L.C. as Lessee, recorded on 4/27/2017, Book 3619, Pages 666 et seq., of the Records of the Clerk of Santa Rosa County, Florida;

x. Oil, Gas & Mineral Lease dated 3/2/2017, by an between Mildred Louise Gloden and Narvie Lee Golden, as Lessor, and Sklarco, L.L.C. as Lessee, recorded on 4/27/2017, Book 3619, Pages 664 et seq., of the Records of the Clerk of Santa Rosa County, Florida;

xi. Oil, Gas & Mineral Lease dated 3/2/2017, by an between Flora Mae Cole, as Lessor, and Sklarco, L.L.C. as Lessee, recorded on 4/27/2017, Book 3619, Pages 676 et seq., of the Records of the Clerk of Santa Rosa County, Florida;

xii. Oil, Gas & Mineral Lease dated 10/20/2017, by an between Curtis Finlay Foundation, Inc. et al, as Lessor, and Sklarco, L.L.C. as Lessee, recorded on 11/17/2017, Book 3679, Pages 1247 et seq.,; William Douglas O'Rourke Short Form recorded on 11/17/2017, Book 3679, Pages 1246 et seq., Gail Finlay Hefner Short Form recorded on 11/17/2017, Book 3679, Pages 1243 et seq., of the Records of the Clerk of Santa Rosa County, Florida;

xiii. Oil, Gas & Mineral Lease dated 10/20/2017, by an between Richard Douglas Finlay, Sally Ann Finlay, and Herbert Daniel Finlay, as Lessor, and Sklarco, L.L.C. as Lessee, recorded on 11/17/2017, Book 3679, Pages 1244 et seq., of the Records of the Clerk of Santa Rosa County, Florida;

xiv. Oil, Gas & Mineral Lease dated 9/8/2016, by an between Billy Garfield Scott, as Lessor, and Sklarco, L.L.C. as Lessee, recorded on 4/26/2017,

Book 3618, Pages 1247 et seq., of the Records of the Clerk of Santa Rosa County, Florida;

xv. Oil, Gas & Mineral Lease dated 9/8/2016, by an between Opal Ann Scott Hendricks, as Lessor, and Sklarco, L.L.C. as Lessee, recorded on 4/26/2017, Book 3618, Pages 1245 et seq., of the Records of the Clerk of Santa Rosa County, Florida;

xvi. Oil, Gas & Mineral Lease dated 9/28/2016, by an between Betty Joyce Scott Burkhead, as Lessor, and Sklarco, L.L.C. as Lessee, recorded on 4/27/2017, Book 3619, Pages 670 et seq., of the Records of the Clerk of Santa Rosa County, Florida;

xvii. Oil, Gas & Mineral Lease dated 9/8/2016, by an between Brenda Diann Scott, as Lessor, and Sklarco, L.L.C. as Lessee, recorded on 4/27/2017, Book 3619, Pages 678 et seq., of the Records of the Clerk of Santa Rosa County, Florida;

Said lands include, but are not to be limited by, that certain wellbore known as the **Bates 2-2 Well No. 1,** Permit #1380,PA # 360812-002, API #09-113-20275, being located at a surface location of 248.0 feet from the East line and 191.0 feet from the South line of SECTION 2, TOWNSHIP 5 NORTH, RANGE 29 WEST and a bottomhole location of 4.0 feet from the East line and 178.0 feet from the South line of SECTION 2, TOWNSHIP 5 NORTH, RANGE 29 WEST, **SANTA ROSA** County, Florida;

and as additionally described by the land survey plat(s) attached hereto as **Exhibit "B"**, all of which are incorporated herein by reference, against which this lien is claimed.

7. The true and correct amount claimed by Claimant is **$18,642.02**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest and attorney fees is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto, marked **Exhibit "A"** and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon. This lien claim for the amount stated above shall extend to (1) the leasehold interest or that portion thereof covered by an assignment, farmout agreement, or operating agreement held by the operator, whichever shall be the lesser interest, held for oil or gas purposes or for any oil or gas pipeline for which the material or service was furnished or for which the labor was performed, and the appurtenances thereunto belonging as title thereto existed on the date such labor was first performed or such material or service was first furnished. However, neither the land itself, apart from the rights granted under an oil or gas lease, nor any mineral interest or royalty interest shall be subject to such lien. (2) All materials and fixtures owned by the interest holder and used or furnished to be used in the drilling or operating of any oil or gas well, or in the construction of any oil or gas pipeline, located on the land or leasehold held by the interest holder. (3) All oil or gas wells located on such land or leasehold, the oil or gas produced therefrom, and the proceeds from the sale thereof inuring to those interests subject to such lien, and all other property pursuant to FLA. STAT. § 713.805.

-4-

8.  Due notice was given by Claimant of said account and lien claim by certified mail, return receipt requested to the property owner described herein, in accordance with applicable law.

9.  Not more than ninety (90) days have elapsed since the indebtedness for the performance of such labor and services and/or the furnishing of such materials and supplies has accrued.

Further Affiant Sayeth Not.


(The remainder of this page intentionally left blank)

DATED this, the _22_ day of May, 2020.

PRO-TEK FIELD SERVICES, LLC

By: _Maria M Bartlett_

Maria M. Bartlett, Attorney-in-fact

THE STATE OF TEXAS §
§
COUNTY OF HARRIS §

BEFORE ME, the undersigned authority, on this day personally appeared Maria M. Bartlett, Attorney-in-fact for PRO-TEK FIELD SERVICES, LLC, personally known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within his personal knowledge and who acknowledged to me that she executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office this, the _22_ day of May, 2020.

By: _Regan L. Moore_

Regan L. Moore
Notary Public, the State of Texas

REGAN LYNN MOORE
Notary Public, State of Texas
Comm. Expires 08-23-2022
Notary ID 131695423

−6−

# INVOICE

**Pro-Tek**
FIELD SERVICES

| | |
|---|---|
| Invoice No: | 143321 |
| Invoice Date: | 2/17/20 |
| Customer Code: | SKLA01 |
| Our Job Number: | |
| Terms: | Net 30 |

**PLEASE REMIT PAYMENT TO:**

PO Box 919269
Dallas, TX 75391-9269

Bill to:

Sklar Exploration Company
5395 PEARL PARKWAY
SUITE 200
Boulder, CO 80301

| | |
|---|---|
| Work Requested By: | Mr. Harold Deleon |
| Well Location: | Bates 2-2 |
| AFE/LOE: | |
| Purchase Order: | |

Ship to:

Remarks: Florida 1200 WO#  CR2195-1

| Description | Quantity | U/M | Unit Price | Extension |
|---|---|---|---|---|
| MATERIAL USED | 1.000 | | 9,425.00 | 9,425.00 |
| | | | Subtotal: | 9,425.00 |
| | | | Sales Tax: | 659.75 |
| | | | Total: | 10,084.75 |



EXHIBIT
A

*THANK YOU FOR YOUR BUSINESS! WE LOOK FORWARD TO WORKING WITH YOU IN THE FUTURE!*

**Pro-Tek Field Services, LLC • 4308 HWY 90 West • New Iberia, LA 70560 • 337 551-4010**

# INVOICE

**Pro-Tek**
FIELD SERVICES

**PLEASE REMIT PAYMENT TO:**

PO Box 919269
Dallas, TX 75391-9269

Bill to:

Sklar Exploration Company
5395 PEARL PARKWAY
SUITE 200
Boulder, CO 80301

| | |
|---|---|
| Invoice No: | 143593 |
| Invoice Date: | 3/23/20 |
| Customer Code: | SKLA01 |
| Our Job Number: | |
| Terms: | Net 30 |
| | |
| Work Requested By: | Mr. Harold Deleon |
| Well Location: | Bates 2-2 #1 |
| AFE/LOE: | |
| | |
| Purchase Order: | |

Ship to:

Remarks: Florida 1200 WO#   CR2211

| Description | Quantity | U/M | Unit Price | Extension |
|---|---|---|---|---|
| LABOR USED | 16.000 | HRS | 80.00 | 1,280.00 |
| MATERIAL USED | 1.000 | | 2,242.95 | 2,242.95 |
| MILEAGE | 1.000 | | 506.60 | 506.60 |
| | | | Subtotal: | 4,029.55 |
| | | | Sales Tax: | 282.07 |
| | | | Total: | 4,311.62 |

*THANK YOU FOR YOUR BUSINESS! WE LOOK FORWARD TO WORKING WITH YOU IN THE FUTURE!*

Pro-Tek Field Services, LLC • 4308 HWY 90 West • New Iberia, LA 70560 • 337 551-4010

# INVOICE

**Pro-Tek**
FIELD SERVICES

| | |
|---|---|
| **Invoice No:** | 143540 |
| **Invoice Date:** | 3/12/20 |
| **Customer Code:** | SKLA01 |
| **Our Job Number:** | |
| **Terms:** | Net 30 |

**PLEASE REMIT PAYMENT TO:**

PO Box 919269
Dallas, TX 75391-9269

Bill to:

Sklar Exploration Company
5395 PEARL PARKWAY
SUITE 200
Boulder, CO 80301

| | |
|---|---|
| **Work Requested By:** | Mr. Harold Deleon |
| **Well Location:** | Bates 2-2 #1 |
| **AFE/LOE:** | |
| | |
| **Purchase Order:** | |

Ship to:

Remarks: Florida 1100 WO#    RV1790

| Description | Quantity | U/M | Unit Price | Extension |
|---|---|---|---|---|
| LABOR USED | 16.000 | HRS | 65.00 | 1,040.00 |
| LABOR USED | 16.000 | HRS | 80.00 | 1,280.00 |
| MATERIAL USED | 1.000 | | 1,339.65 | 1,339.65 |
| MILEAGE | 1.000 | | 345.68 | 345.68 |
| | | | Subtotal: | 4,005.33 |
| | | | Sales Tax: | 240.32 |
| | | | Total: | 4,245.65 |

*THANK YOU FOR YOUR BUSINESS!  WE LOOK FORWARD TO WORKING WITH YOU IN THE FUTURE!*

**Pro-Tek Field Services, LLC • 4308 HWY 90 West • New Iberia, LA 70560 • 337 551-4010**

**Exhibit 2.    Location Plat (Application Attachment 4, page 1 of 2)**



**SKLAR EXPLORATION COMPANY L.L.C.**
BATES 2 - 2 #1
SECTION 2, T5N — R29W
SANTA ROSA COUNTY, FLORIDA

DRILLING UNIT: S 1344' OF SECTION 2 AND N 1/2 OF THE NW 1/4
SECTION 13 AND S 1342' OF THE W 1302' SECTION 39
ALL IN T5N, R29W  ±160 AC.

FIELD: MT. CARMEL FIELD

SCALE: 1" = 1000.0'
DATED SURVEYED: September 26, 2017

The above survey was made under my direction and meets the Standards
of Practice as per Chapter 5J-17.05, Florida Administrative Code,
pursuant to Section 472.027, Florida Statutes.

Date: 09-26-2017

Donald W. Rowe, RLS
Professional Surveyor and Mapper
Florida Registration No. 4373
Prints not valid unless they bear an original seal

JOB: 60064        DRAWN BY: WJM
FB: 1960/39-43    CHECKED BY: DWR
ACAD: 60064.dwg

NOTES:

1.) Coordinates shown hereon are based on
NAD 83 State Plane Coordinate System,
Florida North Zone (0903).

2.) Special Purpose Survey for well site location.
Basis of Bearings: Referenced to Florida State
Plane Coordinate System (0903) NAD 83 North
Zone established by RTK GPS utilizing(VRS)
Virtual reference station.

3.) This map is intended to be displayed at a
scale of 1/1000 or smaller

4.) Please see Attachment 6 to Drilling Application
#1380 for detailed mineral ownership information.

⚠ REVISED: 3/5/18 TO CORRECT SECTION CORNER REFERENCE
⚠ REVISED: 4/3/18 TO CHANGE WELL NAME AND ADD NOTE 4

**ROWE ENGINEERING & SURVEYING, INC.**
A HIGHLAND TECHNICAL SERVICES COMPANY
CONSULTING ENGINEERS
ALABAMA CA-1094-LS    FLORIDA LB-6191-FS    MISSISSIPPI CA-26106-LS
3608 LAUGHLIN DRIVE SUITE D        MOBILE, ALABAMA 36693
PHONE 851-666-8766            FAX 851-660-1040

1 of 2

**EXHIBIT**
**B**
tabbies

B 2020 P 721
Lien
6/10/2020 1:48:15 PM
Page:1 of 7

Stephen Flemming
Conecuh County, Alabama

**AFTER RECORDING RETURN TO:**
DORÉ ROTHBERG MCKAY, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084
281-829-1555
281-200-0751 Fax

5.00 Indexing Fee
3.00 FirstPage Fee
18.00 AddlPages Fee
Total Fees: $26.00

Sklar Exploration Company L.L.C. – Cedar Creek Land & Timber 34-12 Well No. 1

## STATEMENT OF LIEN
ALA. CODE § 35-11-213, et seq.

| | | |
|---|---|---|
| THE STATE OF ALABAMA | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF CONECUH | § | |

1. THAT, the undersigned agent of **PRO-TEK FIELD SERVICES, LLC** (Claimant"), as affiant, being duly sworn, makes oath, and affirms the following statements are true and within my personal knowledge, claims a lien for labor performed and/or materials furnished as a contractor under express contract with the property owner, contractor and/or subcontractor, or their respective agents, for the benefit of and on the hereinafter described property, oil or gas leasehold, or oil or gas pipeline,

2. The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim Oilfield Equipment, Rental Tools Services and Products | Dates of Unpaid Work |
|---|---|---|
| **$14,370.45** | **Invoice No.:**<br>143320<br>143541 | From<br>January 31, 2020<br>to<br>February 27, 2020 |

3. To the best knowledge and belief of affiant, the name(s) of the operator and/or property owner(s) of the land, oil or gas leasehold, or oil or gas pipeline, against which the lien is claimed is:

**SKLAR EXPLORATION COMPANY L.L.C.**
401 Edwards Street, Suite 1601
Shreveport, Louisiana 71101

**SKLARCO L.L.C.**
401 Edwards Street, Suite 1601
Shreveport, Louisiana 71101

; and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced labor and/or hauled or delivery of materials in the property described below,

-1-

(collectively referred to as "Owner").

4. The name of Claimant is **PRO-TEK FIELD SERVICES, LLC,** whose address is 4308 Highway 90 West, New Iberia, Louisiana 70560.

5. Claimant performed labor and/or furnished or hauled material at the request of **SKLAR EXPLORATION COMPANY L.L.C.**, whose address is 401 Edwards Street, Suite 1601, Shreveport, Louisiana 71101.

6. A description of the property, oil or gas leasehold, or oil or gas pipeline, subject of which the lien is claimed is as follows:

> All that certain leasehold interest, tract or parcel of land located in **CONECUH** County, Alabama, containing approximately **160.0 acres**, more or less, being all of **SECTION 34, TOWNSHIP 4 NORTH, RANGE 13 EAST**. Said lands include, but are not to be limited by, that certain wellbore known as the **Cedar Creek Land & Timber 34-12 Well No. 1,** RRC Permit #17085-B, API #01-035-20325-00-00, being located at a surface location of 414.0 feet from the SOUTH line and 2,318.0 feet from the SOUTH line of SECTION 34, TOWNSHIP 4 NORTH, RANGE 13 EAST and a bottomhole location of 700.0 feet from the WEST line and 1,904.0 feet from the SOUTH line of the SECTION 34, TOWNSHIP 4 NORTH, RANGE 13 EAST, CONECUH County, Alabama;

and as additionally described by the land survey plat(s) attached hereto as **Exhibit "B"**, all of which are incorporated herein by reference, against which this lien is claimed.

7. The true and correct amount claimed by Claimant is **$14,370.45**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest and attorney fees is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto, marked **Exhibit "A"** and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-or-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner, and all other property pursuant to Alabama Code § 35-11-213, et seq.

8. Due notice was given by Claimant of said account and lien claim by certifed mail, return receipt requested to the property owner described herein, in accordance with applicable law.

9. Not more than six (6) months have elapsed since the indebtedness for the performance

of such labor and services and/or the furnishing of such materials and supplies has accrued.

Further Affiant Sayeth Not.

(The remainder of this page intentionally left blank)

DATED this, the 8th day of June, 2020.

PRO-TEK FIELD SERVICES, LLC

By: _Maria M Bartlett_

Maria M. Bartlett
Attorney-in-fact

THE STATE OF TEXAS          §
                            §
COUNTY OF HARRIS            §

BEFORE ME, the undersigned authority, on this day personally appeared Maria M. Bartlett, Attorney-in-fact for PRO-TEK FIELD SERVICES, LLC, personally known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within her personal knowledge and who acknowledged to me that she executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office this, the 8th day of June, 2020.

By: _Regan L Moore_

Notary Public, the State of Texas

REGAN LYNN MOORE
Notary Public, State of Texas
Comm. Expires 08-23-2022
Notary ID 131695423

–4–

# INVOICE

## Pro-Tek
### FIELD SERVICES

| | |
|---|---|
| Invoice No: | 143541 |
| Invoice Date: | 3/12/20 |
| Customer Code: | SKLA01 |
| Our Job Number: | |
| Terms: | Net 30 |

**PLEASE REMIT PAYMENT TO:**

PO Box 919269
Dallas, TX 75391-9269

Bill to:

Sklar Exploration Company
5395 PEARL PARKWAY
SUITE 200
Boulder, CO 80301

| | |
|---|---|
| Work Requested By: | Mr. Harold Deleon |
| Well Location: | CCL&T 34-12 #1 |
| AFE/LOE: | |
| | |
| Purchase Order: | |

Ship to:

Remarks: Florida 1100 WO# RV1791

| Description | Quantity | U/M | Unit Price | Extension |
|---|---|---|---|---|
| LABOR USED | 16.000 | HRS | 65.00 | 1,040.00 |
| LABOR USED | 16.000 | HRS | 80.00 | 1,280.00 |
| MATERIAL USED | 1.000 | | 1,339.65 | 1,339.65 |
| MILEAGE | 1.000 | | 345.68 | 345.68 |
| | | | Subtotal: | 4,005.33 |
| | | | Sales Tax: | 280.37 |
| | | | Total: | 4,285.70 |



EXHIBIT

A

*THANK YOU FOR YOUR BUSINESS! WE LOOK FORWARD TO WORKING WITH YOU IN THE FUTURE!*

Pro-Tek Field Services, LLC • 4308 HWY 90 West • New Iberia, LA 70560 • 337 551-4010

Page 1 of 1

# INVOICE

**Pro-Tek**
FIELD SERVICES

| | |
|---|---|
| **Invoice No:** | 143320 |
| **Invoice Date:** | 2/17/20 |
| **Customer Code:** | SKLA01 |
| **Our Job Number:** | |
| **Terms:** | Net 30 |

**PLEASE REMIT PAYMENT TO:**

PO Box 919269
Dallas, TX 75391-9269

Bill to:

Sklar Exploration Company
5395 PEARL PARKWAY
SUITE 200
Boulder, CO 80301

| | |
|---|---|
| **Work Requested By:** | Mr. Harold Deleon |
| **Well Location:** | CCL&T 34-12#1 |
| **AFE/LOE:** | |
| **Purchase Order:** | |

Ship to:

Remarks: Louisiana 1200 WO#    CR2195

| Description | Quantity | U/M | Unit Price | Extension |
|---|---|---|---|---|
| MATERIAL USED | 1.000 | | 9,425.00 | 9,425.00 |
| | | | Subtotal: | 9,425.00 |
| | | | Sales Tax: | 659.75 |
| | | | Total: | 10,084.75 |

*THANK YOU FOR YOUR BUSINESS!  WE LOOK FORWARD TO WORKING WITH YOU IN THE FUTURE!*

Pro-Tek Field Services, LLC  •  4308 HWY 90 West  •  New Iberia, LA 70560  •  337 551-4010



DRILLING UNIT: SW/4 ±160 Ac.

Coordinates Based On Transverse
Mercator–Alabama West Zone NAD27.

**EXHIBIT**

**B**

WELL LOCATION
FOR

**PRUET PRODUCTION CO.**

SECTION 34, T4N – R13E
CONECUH COUNTY, ALABAMA

BY

ENGINEERING SERVICE – MOBILE, ALABAMA

0      1000      2000      3000

SCALE IN FEET

AUGUST 6, 2014

3102/53      14M–5120      PRUET254      A8349

B: 2020   P: 728
Lien
6/10/2020 1:51:13 PM
Page:1 of 7

Stephen Flemming
Conecuh County, Alabama

5.00 Indexing Fee
3.00 FirstPage Fee
18.00 AddlPages Fee
Total Fees: $26.00

AFTER RECORDING RETURN TO:
DORÉ ROTHBERG MCKAY, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084
281-829-1555
281-200-0751 Fax

Sklar Exploration Company L.L.C. – Cedar Creek Land & Timber 35-5 Well No. 1

## STATEMENT OF LIEN
ALA. CODE § 35-11-213, et seq.

THE STATE OF ALABAMA              §
                                  §      KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF CONECUH                 §

   1.  THAT, the undersigned agent of **PRO-TEK FIELD SERVICES, LLC** (Claimant") , as affiant, being duly sworn, makes oath, and affirms the following statements are true and within my personal knowledge, claims a lien for labor performed and/or materials furnished as a contractor under express contract with the property owner, contractor and/or subcontractor, or their respective agents, for the benefit of and on the hereinafter described property, oil or gas leasehold, or oil or gas pipeline,

   2.  The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim Oilfield Equipment, Rental Tools Services and Products | Dates of Unpaid Work |
|---|---|---|
| **$16,739.54** | **Invoice No.:** 143019 143539 | From December 17, 2019 to February 26, 2020 |

   3.  To the best knowledge and belief of affiant, the name(s) of the operator and/or property owner(s) of the land, oil or gas leasehold, or oil or gas pipeline, against which the lien is claimed is:

**SKLAR EXPLORATION COMPANY L.L.C.**
401 Edwards Street, Suite 1601
Shreveport, Louisiana 71101

**SKLARCO L.L.C.**
401 Edwards Street, Suite 1601
Shreveport, Louisiana 71101

; and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced labor and/or hauled or delivery of materials in the property described below,

(collectively referred to as "Owner").

4.  The name of Claimant is **PRO-TEK FIELD SERVICES, LLC,** whose address is 4308 Highway 90 West, New Iberia, Louisiana 70560.

5.  Claimant performed labor and/or furnished or hauled material at the request of **SKLAR EXPLORATION COMPANY L.L.C.**, whose address is 401 Edwards Street, Suite 1601, Shreveport, Louisiana 71101.

6.  A description of the property, oil or gas leasehold, or oil or gas pipeline, subject of which the lien is claimed is as follows:

> All that certain leasehold interest, tract or parcel of land located in **CONECUH** County, Alabama, containing approximately **160.0 acres**, more or less, being all of **SECTION 35, TOWNSHIP 4 NORTH, RANGE 12 EAST**.  Said lands include, but are not to be limited by, that certain wellbore known as the **Cedar Creek Land & Timber 35-5 Well No. 1,** RRC Permit #16714-B, API #01-035-20271-00-00, being located at a surface location of 660 feet from the WEST line and 2,570.0 feet from the SOUTH line of SECTION 35, TOWNSHIP 4 NORTH, RANGE 12 EAST and a bottomhole location of 850.0 feet from the WEST line and 1,601.0 feet from the NORTH line of the SECTION 35, TOWNSHIP 4 NORTH, RANGE 12 EAST, CONECUH County, Alabama;

and as additionally described by the land survey plat(s) attached hereto as **Exhibit "B"**, all of which are incorporated herein by reference, against which this lien is claimed.

7.  The true and correct amount claimed by Claimant is $**16,739.54**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest and attorney fees is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto, marked **Exhibit "A"** and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon.  This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-or-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner, and all other property pursuant to Alabama Code § 35-11-213, et seq.

8.  Due notice was given by Claimant of said account and lien claim by certifed  mail, return receipt requested to the property owner described herein, in accordance with applicable law.
9.  Not more than six (6) months have elapsed since the indebtedness for the performance

of such labor and services and/or the furnishing of such materials and supplies has accrued.

Further Affiant Sayeth Not.


(The remainder of this page intentionally left blank)

DATED this, the 4th day of June, 2020.

<div align="right">

PRO-TEK FIELD SERVICES, LLC

By: _____
     Morial Vallot
     Financial Controller

</div>

| | |
|---|---|
| THE STATE OF LOUISIANA | § |
| | § |
| PARISH OF IBERIA | § |

    BEFORE ME, the undersigned authority, on this day personally appeared Morial Vallot, Financial Controller for PRO-TEK FIELD SERVICES, LLC, personally known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within his personal knowledge and who acknowledged to me that she executed the same for the purposes and consideration therein expressed.

    SWORN TO AND SUBSCRIBED before me, under my hand and seal of office this, the 4th day of June, 2020.

<div align="right">

By: _____
    Notary Public, the State of Louisiana

Francine Lasseigne #078212

</div>

# INVOICE

**Pro-Tek**
FIELD SERVICES

| | |
|---|---|
| **Invoice No:** | 143539 |
| **Invoice Date:** | 3/12/20 |
| **Customer Code:** | SKLA01 |
| **Our Job Number:** | |
| **Terms:** | Net 30 |

**PLEASE REMIT PAYMENT TO:**

PO Box 919269
Dallas, TX 75391-9269

Bill to:

Sklar Exploration Company
5395 PEARL PARKWAY
SUITE 200
Boulder, CO 80301

| | |
|---|---|
| **Work Requested By:** | Mr. Harold Deleon |
| **Well Location:** | CCL&T 35-5 #1 |
| **AFE/LOE:** | |
| **Purchase Order:** | |

Ship to:

Remarks: Florida 1100 WO#    RV1789

| Description | Quantity | U/M | Unit Price | Extension |
|---|---|---|---|---|
| LABOR USED | 16.000 | HRS | 65.00 | 1,040.00 |
| LABOR USED | 16.000 | HRS | 80.00 | 1,280.00 |
| MATERIAL USED | 1.000 | | 1,352.75 | 1,352.75 |
| MILEAGE | 1.000 | | 345.68 | 345.68 |
| | | | Subtotal: | 4,018.43 |
| | | | Sales Tax: | 241.11 |
| | | | Total: | 4,259.54 |



EXHIBIT
A

*THANK YOU FOR YOUR BUSINESS!  WE LOOK FORWARD TO WORKING WITH YOU IN THE FUTURE!*

Pro-Tek Field Services, LLC  •  4308 HWY 90 West  •  New Iberia, LA 70560  •  337 551-4010

# INVOICE

**Pro-Tek**
FIELD SERVICES

| | |
|---|---|
| **Invoice No:** | 143019 |
| **Invoice Date:** | 1/20/20 |
| **Customer Code:** | SKLA01 |
| **Our Job Number:** | |
| **Terms:** | Net 30 |

**PLEASE REMIT PAYMENT TO:**

PO Box 919269
Dallas, TX 75391-9269

Bill to:

Sklar Exploration Company
5395 PEARL PARKWAY
SUITE 200
Boulder, CO 80301

| | |
|---|---|
| **Work Requested By:** | Mr. Harold Deleon |
| **Well Location:** | CCL&T 35-5 #1 |
| **AFE/LOE:** | |
| **Purchase Order:** | Verbal |

Ship to:

Remarks. Florida 1200 WO#   CR2168

| Description | Quantity | U/M | Unit Price | Extension |
|---|---|---|---|---|
| MATERIAL USED | 1.000 | | 9,000.00 | 9,000.00 |
| Trucking Charge | 1.000 | | 2,850.00 | 2,850.00 |
| | | | Subtotal: | 11,850.00 |
| | | | Sales Tax: | 630.00 |
| | | | Total: | 12,480.00 |

*THANK YOU FOR YOUR BUSINESS!  WE LOOK FORWARD TO WORKING WITH YOU IN THE FUTURE!*

Pro-Tek Field Services, LLC  •  4308 HWY 90 West  •  New Iberia, LA 70560  •  337 551-4010

P.M. 16714-8

P.M. 16587-8
P.M. 16548

Brooklyn Field
Polly Creek Field

35
T4N — R12E

P.M. 16517

P.M. 16672-8

SE/4 SEC. 35
±160 Ac.

Brooklyn Field
Polly Creek Field

340'                7294'

N0747'E-521'

201'                2366'

T4N—R12E
T5N—R12E

Polly Creek Field
Brooklyn Field

CONECUH COUNTY, ALABAMA
ESCAMBIA COUNTY, ALABAMA

Surface
Location
EL 251.0
NAD27—AL WEST ZONE
X= 230151
Y= 459774
LAT= 31.26284°
LONG.= 86.82743'
NAD83
LAT= 31.26281'
LONG.= 86.82740'

P.M. 16798

P.M. 15544

BHL
Cedar Creek Land
& Timber 35–15, No. 1
NAD27—AL WEST ZONE
X= 710222
Y= 460291
LAT= 31.25386'
LONG.= 86.82229'
NAD83
LAT= 31.25403'
LONG.= 86.82218'

2
T5N — R12E

Brooklyn Field

Brooklyn Field

P.M. 17032-8

P.M. 17079-8

Brooklyn Field

Brooklyn Field

Brooklyn Field

OIL AND GAS BOARD

Exhibit No. 8
Petition Sklar
Item No. 9   Date 11-9-17
Testimony Of
Received By

DRILLING UNIT: SE/4 ±160 AC.
FIELD UNIT: BROOKLYN FIELD

NOTE:
Coordinates Based On Transverse
Mercator—NAD27 Alabama West Zone.

WELL LOCATION
FOR
## SKLAR EXPLORATION COMPANY L.L.C.
CEDAR CREEK LAND & TIMBER 35–15, NO. 1
SECTION 35, T4N – R12E
CONECUH COUNTY, ALABAMA

BY

ENGINEERING SERVICE -- RICHLAND, MISSISSIPPI

0        1000        2000        3000
SCALE IN FEET

AUGUST 10, 2017
REVISED: OCTOBER 19, 2017
REVISED: OCTOBER 26, 2017

17-5-0147   6351/53-66   SEC114

CERTIFIED
ENGINEERING SERVICE

BY   Pat L. Martin

EXHIBIT
tabbies
B

SKlar
Exploration Company LLC
## WELL PLAT
### PROPOSED REPLACEMENT WELL
### AND EXCEPTIONAL LOCATION
### CCL&T 35-15 #1
CONECUH COUNTY, ALABAMA
PREPARED BY: TOM JOINER & ASSOCIATES, INC.

Exhibit No.: 8     Docket No.: 11-7-17-03
Date 10/26/2017   Prepared By: Robert T Wood

# INVOICE

**Pro-Tek**
FIELD SERVICES

| | |
|---|---|
| **Invoice No:** | 143468 |
| **Invoice Date:** | 3/9/20 |
| **Customer Code:** | SKLA01 |
| **Our Job Number:** | |
| **Terms:** | Net 30 |

**PLEASE REMIT PAYMENT TO:**

PO Box 919269
Dallas, TX 75391-9269

Bill to:

Sklar Exploration Company
5395 PEARL PARKWAY
SUITE 200
Boulder, CO 80301

| | |
|---|---|
| **Work Requested By:** | Harold Deleon |
| **Well Location:** | Craft Brye 8-4#1 |
| **AFE/LOE:** | |
| **Purchase Order:** | Verbal |

Ship to:

Remarks: Florida 1200 WO#    CR2208

| Description | Quantity | U/M | Unit Price | Extension |
|---|---|---|---|---|
| MATERIAL USED | 1.000 | | 4,620.00 | 4,620.00 |
| Trucking Charge | 1.000 | | 850.00 | 850.00 |
| | | | **Subtotal:** | **5,470.00** |
| | | | **Sales Tax:** | **323.40** |
| | | | **Total:** | **5,793.40** |

*THANK YOU FOR YOUR BUSINESS!  WE LOOK FORWARD TO WORKING WITH YOU IN THE FUTURE!*

**Pro-Tek Field Services, LLC • 4308 HWY 90 West • New Iberia, LA 70560 • 337 551-4010**

# INVOICE

**Pro-Tek**
FIELD SERVICES

| | |
|---|---|
| **Invoice No:** | 143591 |
| **Invoice Date:** | 3/23/20 |
| **Customer Code:** | SKLA01 |
| **Our Job Number:** | |
| **Terms:** | Net 30 |

**PLEASE REMIT PAYMENT TO:**

PO Box 919269
Dallas, TX 75391-9269

Bill to:

Sklar Exploration Company
5395 PEARL PARKWAY
SUITE 200
Boulder, CO 80301

| | |
|---|---|
| **Work Requested By:** | Harold Deleon |
| **Well Location:** | Polk Estate 13-5 #1 |
| **AFE/LOE:** | |
| **Purchase Order:** | |

Ship to:

Remarks: Florida 1200 WO#    CR2210

| Description | Quantity | U/M | Unit Price | Extension |
|---|---|---|---|---|
| MATERIAL USED | 1.000 | | 1,850.00 | 1,850.00 |
| Trucking Charge | 1.000 | | 1,000.00 | 1,000.00 |
| | | | Subtotal: | 2,850.00 |
| | | | Sales Tax: | 129.50 |
| | | | Total: | 2,979.50 |

*THANK YOU FOR YOUR BUSINESS!  WE LOOK FORWARD TO WORKING WITH YOU IN THE FUTURE!*

**Pro-Tek Field Services, LLC • 4308 HWY 90 West • New Iberia, LA 70560 • 337 551-4010**