# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>SKLAR EXPLORATION COMPANY, LCC<br>EIN: 72-1417930<br><br>    Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| SKLARCO, LLC<br>EIN: 72-1425432<br><br>    Debtor. | Case No. 20-12380-EEB<br><br>Chapter 11 |

## NOTICE OF PERFECTION, CONTINUATION OR MAINTENANCE OF LIEN
## PURSUANT TO 11 U.S.C. § 546(b)

PLEASE TAKE NOTICE THAT **PIONEER WIRELINE SERVICES, LLC** ("Pioneer"), creditor in the above-styled and numbered case, by and through undersigned counsel, hereby gives notice of its valid, timely filed, and properly perfected statutory lien against the oil and gas interests of Skar Exploration Company, LLC and Sklarco, LLC ("Debtors") under the laws of the state of Montana, particularly Mont. Code Ann. §§ 71-3-1001, *et seq*. Pioneer hereby perfects, maintains, and continues the referenced lien pursuant to 11 U.S.C. §§ 362(b)(3) and 546(b)(2). In support of this Notice, Pioneer will show the following:

1. Pioneer furnished labor, materials, services, equipment, tools, and machinery under contract with the Debtors in connection with oil and gas operations on real property owned or leased by the Debtors in Philips County, Montana for which Pioneer has not been fully paid. The principal amount due and owing to Pioneer is $39,950.15, exclusive of contractual interest, attorneys' fees and costs. Pioneer's claim is secured by the statutory oil and gas lien as more particularly described below.

2. Pioneer timely filed the following Statement of Oil and Gas Lien (the "Lien"):

| Well Name | Lien Amount | Recording Date | Recording Information |
|---|---|---|---|
| Corwin 5 Well #1<br>API #25-071-23339 | $ 39,950.15 | 06/04/2020 | Instrument #356186<br>Book OR, Vol 88<br>Pages 696-700<br>Phillips County, Monta |
| **Total** | **$ 39,950.15** | | |

A copy of the Lien filed by Pioneer is attached as **Exhibit "A"** and incorporated herein by reference.

3. Pioneer's Lien attaches to the property interests identified in Mont. Code Ann. § 71-3-1002, including (without limitation): the whole of the oil and gas leasehold for which labor, materials and/or services were furnished by Pioneer to the Debtors, including all materials and fixtures owned by the owner or owners of such leasehold and used or employed, or furnished to be used or employed in the drilling or operating of any oil or gas well located thereon, and all oil and gas wells located on such leasehold, and the oil and gas produced therefrom, and the proceeds thereof inuring to the working interest therein as such working interest existed on the date such labor was first performed or such materials or services were first furnished, including without limitation, those which are described in or provided for under the Lien.

4. Pioneer intends to enforce its interests in the properties secured by the Lien.

5. Pioneer further claims all rights concerning the tolling of applicable statutes of limitation.

6. Pioneer gives notice that, to the extent it does not under applicable law already possess a perfected interest in the above-described properties, Pioneer hereby perfects its interest pursuant to applicable provisions of the Bankruptcy Code, including but not limited to 11 U.S.C. §§ 362(b)(2) and 546(b)(3). This Notice is in lieu of seizure of property or commencement of an action to accomplish such perfection of Pioneer's rights to the properties which are the subject of

the Lien. By virtue of this notice and applicable law, Pioneer demands adequate protection of its interest to the properties which is the subject of the Lien. Supplemental action to foreclose the Lien or other collection measures shall be authorized only by the Bankruptcy Court including, but not limited to, obtaining relief from the stay.

7. Pioneer reserves the right to supplement and/or amend this Notice. Pioneer further reserves all rights with respect to the Lien under applicable law, including but not limited to seeking relief from the stay.

WHEREFORE PREMISES CONSIDERED, please take notice that all proceeds of any sale of the properties securing the Lien constitutes cash collateral under 11 U.S.C. § 363(a).

Dated this 6th day of January 2021.

**BEATTY & WOZNIAK, P.C.**

By: /s/ Tyler L. Weidlich
Tyler L. Weidlich
Colorado Bar No. 51706
216 Sixteenth Street, Suite 1100
Denver, CO 80202-515
Telephone: (303) 407-4498
Fax: (800) 886-6566

*AND*

**DORÉ ROTHBERG MCKAY**

By: /s/ Connor Smith
Connor Smith
Texas Bar No. 24109205
Zachary S. McKay
Texas Bar No. 24073600
csmith@dorelaw.com
zmckay@dorelaw.com
17171 Park Row, Suite 160
Houston, Texas 77084
Telephone: (281) 829-1555
Fax: (281) 200-0751

**ATTORNEYS FOR PRO-TEK
FIELD SERVICES, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was been served upon all counsel of record through the Court's CM/ECF system on January 6, 2021.

                                             By:    */s/ Tyler L. Weidlich*
                                                       Tyler L. Weidlich