356186 Fee: $45.00 5 Pgs Bk Doc 88 Pg 696-700
PHILLIPS COUNTY, MT Recorded 06/04/2020 At 01:10 PM
Lynnel LaBrie, Clk & Rcdr By
Return To:DORE LAW GROUP, P.C.
17171 PARK ROW STE. 160, HOUSTON, TEXAS 77084

**AFTER RECORDING RETURN TO:**
DORÉ ROTHBERG MCKAY, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084
281-829-1555
281-200-0751 Fax

Sklar Exploration Company, LLC – Corwin 5 Well # 1     S5 T32N R33E

## STATEMENT OF OIL AND GAS LIEN
MONT. CODE ANN. §§ 71-3-1001, et seq.

| THE STATE OF MONTANA | § | |
|---|---|---|
| | § | KNOW ALL MEN BY THESE PRESENTS THAT: |
| COUNTY OF PHILLIPS | § | |

1. The undersigned agent of **PIONEER WIRELINE SERVICES, LLC** ("Claimant"), claims a lien for labor performed and materials furnished as a contractor under express contract with the owner, original contractor and/or subcontractor, or their respective agents, for the benefit of and on the hereinafter described leasehold for oil or gas purposes, or pipeline.

2. The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim<br>Oilfield Equipment, Rental Tools<br>Services and Products | Dates of Unpaid<br>Labor Was Performed<br>or Material or<br>Services Furnished |
|---|---|---|
| **$39,950.15** | **Invoice Nos.**<br>24850<br>24678 | From<br>December 14, 2019<br>to<br>December 26, 2019 |

3. The name of the operator, owner or owners and working interest of the leasehold for oil or gas purposes, or pipeline against which the lien is claimed is:

**SKLAR EXPLORATION COMPANY, LLC**     **SKLARCO L.L.C.**
401 Edwards Street, Suite 1601            401 Edwards Street, Suite 1601
Shreveport, Louisiana 71101               Shreveport, Louisiana 71101

; and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced labor and/or hauled or delivery of materials in the property described below, (collectively referred to as "Owner").

-1-
**EXHIBIT A**

4. The name of Claimant is **PIONEER WIRELINE SERVICES, LLC** whose address is P.O. Box 202567, Dallas, Texas 75320.

5. The name of the Contractor is **SKLAR EXPLORATION COMPANY, LLC**, whose address is 401 Edwards Street, Suite 1601, Shreveport, Louisiana 71101.

6. A description of the land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil of gas pipeline right-of-way subject of which the lien is claimed is as follows: All that certain tract or parcel of land located in **PHILLIPS** County, Montana, situated in **SECTION 5, TOWNSHIP 32 NORTH, RANGE 33 EAST**. Said lands, include, but are not to be limited by that certain wellbore known as the **Corwin 5 Well # 1**, API #25-071-23339, being located at a surface location in the NORTHEAST QUARTER (NE/4) of SECTION 5, TOWNSHIP 32 NORTH, RANGE 33 EAST, being 1,212.0 feet from the North line and 1,032.0 feet from the East line of SECTION 5, against which this lien is claimed.

7. The true and correct amount claimed by Claimant is **$39,950.15**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest and attorney fees is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto, marked **Exhibit "A"** and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells, and production and the proceeds therefrom, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, pipe casing, and all other personal property and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-of-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner.

8. Due notice was given by Claimant of said account and lien claim by certified mail, return receipt requested to the Owner and Contractor described herein, in accordance with applicable law.

9. Not more than six (6) months have elapsed since the Claimant's labor was last performed or the material or services were last furnished under a single contract.

DATED this, the 4th day of June, 2020.

**PIONEER WIRELINE SERVICES, LLC**

By: _/s/ Maria M. Bartlett_
Maria M. Bartlett
Attorney-in-fact

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Maria M. Bartlett, Attorney-in-fact for Pioneer Wireline Services, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within her personal knowledge and who acknowledged to me that she executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office this, the 4th day of June, 2020.

By: _/s/ Regan L. Moore_
Notary Public, the State of Texas

REGAN LYNN MOORE
Notary Public, State of Texas
Comm. Expires 08-23-2022
Notary ID 131695423



# Invoice

Page: 1

**Pioneer Wireline Services, LLC**
**Service Location: Williston, ND (Wireline)**
**For questions or comments, please call: (701) 572-1087**

| | |
|---|---|
| INVOICE NUMBER: | 0000024850 |
| INVOICE DATE: | 12/26/2019 |
| DUE DATE: | 1/25/2020 |
| CLIENT: | SKLEXP |

## Sold To

Sklar Exploration Company, LLC
Attn: Accounts Payable
401 Edwards Street, Suite 1601
Shreveport, LA 71101 USA

| | |
|---|---|
| Well Name: | Corwin #5-1 |
| Field: | |
| API/OCSG#: | |
| Well Stage: | Pre-production |
| County: | Phillips |
| State: | MT |

| | |
|---|---|
| Primary Service: | Mech. Services |
| AFE #: | |
| Contract #: | |
| PO #: | |
| Unit #: | P-97 |
| Last Work Date: | 12/26/2019 |

| ITEM CODE | DESCRIPTION | TAX | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 10000 | Rig-up on Rig or Crane | | 1.00 | 2,200.00 | 2,200.00 |
| 10020 | Health, Safety, and Environmental Charge | | 1.00 | 550.00 | 550.00 |
| 10050 | Mileage Charge for Wireline/Crane Unit | | 422.00 | 4.25 | 1,793.50 |
| 11001 | Line Wiper Assembly Only | | 1.00 | 300.00 | 300.00 |
| 10160 | Special Material Charge | | 1.00 | 2,600.00 | 2,600.00 |
| 10160 | Special Material Charge | | 1.00 | 400.00 | 400.00 |
| 10060 | Crew and Equipment Standby Charge | | -1.50 | 525.00 | -787.50 |
| 10060 | Crew and Equipment Standby Charge | | 10.66 | 525.00 | 5,596.50 |
| 15001 | Collar Locator Log Depth | | 6,000.00 | 0.09 | 518.40 |
| 15002 | Collar Locator Log Operation | | 2,000.00 | 0.09 | 172.80 |
| 15093 | Operation Charge for 6.96-7.71" CIBP | | 1.00 | 3,064.00 | 3,064.00 |
| 15071 | Setting Service Depth | | 6,000.00 | 0.16 | 960.00 |
| 15022 | Dump Bailer Operation | | 1.00 | 960.00 | 960.00 |
| 15021 | Dump Bailer Depth | | 6,000.00 | 0.12 | 696.00 |
| 10160 | Special Material Charge | | 3.00 | 350.00 | 1,050.00 |
| 15022 | Dump Bailer Operation | | 1.00 | 960.00 | 960.00 |
| 15021 | Dump Bailer Depth | | 6,000.00 | 0.12 | 696.00 |
| 10160 | Special Material Charge | | 3.00 | 350.00 | 1,050.00 |
| | Tickets: T-313-084-0BBA | | | | |

THANK YOU FOR YOUR BUSINESS
**Please remit payment to one of the following locations:**

Wire Transfer & ACH:
Bank: Wells Fargo Bank, N.A.
  Houston, TX 77002
ABA #: 121000248
Acct #: 4121817860
Confirmation: credit@pioneeres.com

Standard US Mail:
Pioneer Wireline Services
PO Box 202567
Dallas, TX 75320-2567

| | |
|---|---|
| Subtotal | 22,779.70 |
| Sales Tax | 0.00 |
| Payment/Credit Amount | 0.00 |
| Balance: | 22,779.70 |

**EXHIBIT A**

TERMS: If Company has an approved open account with Pioneer, invoices are payable NET 30 days from date of invoice. If Company does not have an approved open account with Pioneer, all sums are payable prior to performance of services or delivery of equipment, products, or materials. Company agrees to pay interest on any unpaid balance from the date payable until paid at the highest lawful contract rate applicable, but never to exceed 18% per annum. In the event Pioneer employs an attorney for collection of any account, Company agrees to pay reasonable attorney fees plus all collection and court costs.



# Invoice

**Pioneer Wireline Services, LLC**
**Service Location: Williston, ND (Wireline)**
For questions or comments, please call: (701) 572-1087

Page: 1

| | |
|---|---|
| INVOICE NUMBER: | 0000024678 |
| INVOICE DATE: | 12/15/2019 |
| DUE DATE: | 1/14/2020 |
| CLIENT: | SKLEXP |

## Sold To

Sklar Exploration Company, LLC
Attn: Accounts Payable
401 Edwards Street, Suite 1601
Shreveport, LA 71101  USA

| | | | |
|---|---|---|---|
| Well Name: | Corwin #5-1 | Primary Service: | Pipe Recovery |
| Field: | | AFE #: | |
| API/OCSG#: | | Contract #: | |
| Well Stage: | Pre-production | PO #: | |
| County: | Phillips | Unit #: | P-97 |
| State: | MT | Last Work Date: | 12/15/2019 |

| ITEM CODE | DESCRIPTION | TAX | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 10000 | Rig-up on Rig or Crane | | 1.00 | 1,540.00 | 1,540.00 |
| 10003 | Service Charge for Pipe Recovery Oper | | 1.00 | 1,960.00 | 1,960.00 |
| 10020 | Health, Safety, and Environmental Charge | | 1.00 | 550.00 | 550.00 |
| 10050 | Mileage Charge for Wireline/Crane Unit | | 422.00 | 2.98 | 1,255.45 |
| 10110 | Specialist Engineer/Technician Charge | | 1.00 | 595.00 | 595.00 |
| 11001 | Line Wiper Assembly Only | | 1.00 | 210.00 | 210.00 |
| 16011 | Freepoint 1 3/8-1 5/8" Depth | | -6,000.00 | 0.00 | 0.00 |
| 16012 | Freepoint 1 3/8-1 5/8" Operation | | -1.00 | 0.00 | 0.00 |
| 16011 | Freepoint 1 3/8-1 5/8" Depth | | 6,000.00 | 0.32 | 1,890.00 |
| 16012 | Freepoint 1 3/8-1 5/8" Operation | | 1.00 | 1,890.00 | 1,890.00 |
| 16041 | Back-off Shot 1 3/8" Depth | | 6,000.00 | 0.32 | 1,890.00 |
| 16042 | Back-off Shot 1 3/8" Operation | | 1.00 | 1,890.00 | 1,890.00 |
| 16500 | Back-off Operation Charge over 400 Gr | | 1.00 | 3,500.00 | 3,500.00 |
| | Tickets: T-F28-011-B2B8 | | | | |
| | | LAST ITEM | | | |

THANK YOU FOR YOUR BUSINESS

Please remit payment to one of the following locations:

Wire Transfer & ACH:
Bank: Wells Fargo Bank, N.A.
  Houston, TX 77002
ABA #: 121000248
Acct #: 4121817860
Confirmation: credit@pioneeres.com

Standard US Mail:
Pioneer Wireline Services, LLC
PO Box 202567
Dallas, TX 75320-2567

| | |
|---|---|
| Subtotal | 17,170.45 |
| Sales Tax | 0.00 |
| Payment/Credit Amount | 0.00 |
| Balance: | 17,170.45 |

TERMS: If Company has an approved open account with Pioneer, invoices are payable NET 30 days from date of invoice. If Company does not have an approved open account with Pioneer, all sums are payable prior to performance of services or delivery of equipment, products, or materials. Company agrees to pay interest on any unpaid balance from the date payable until paid at the highest lawful contract rate applicable, but never to exceed 18% per annum. In the event Pioneer employs an attorney for collection of any account, Company agrees to pay reasonable attorney fees plus all collection and court costs.