UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re*:  Chapter 11
Case No. 20-12377-EEB

SKLAR EXPLORATION COMPANY, LLC and SKLARCO, LLC, **Debtors**,

FORD MOTOR CREDIT COMPANY, LLC, **Movant**.

**NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

FORD MOTOR CREDIT COMPANY, LLC ("Movant") by its counsel Barrett Frappier & Weisserman, LLP, hereby withdraws its Motion for Relief from Automatic Stay, filed December 17, 2020 at Docket No. 735.

DATED: January 8, 2021          BARRETT FRAPPIER & WEISSERMAN, LLP

/s/ Joseph DeGiorgio
Joseph DeGiorgio, Atty. Reg. No. 45557
1391 Speer Boulevard, Suite 700
Denver, CO 80204
Telephone: (303) 327-8781
Telecopier: (972) 661-7725
Email Address: co.ecf@bdfgroup.com

E-FILED ORIGINAL

Document to be retained in file of Barrett Frappier & Weisserman, LLP

## CERTIFICATE OF SERVICE

The undersigned has confirmed that copies of a Notice of Withdrawal were mailed, first class, postage prepaid on January 8, 2021 on all parties against whom relief is sought and those otherwise entitled to service at the following addresses:

Sklar Exploration Company, LLC
5395 Pearl Parkway
Suite 200
Boulder, CO 80301

Sklarco, LLC
5395 Pearl Parkway
Suite 200
Boulder, CO 80301

Jeffrey S. Brinen
1660 Lincoln St.
Ste. 1850
Denver, CO 80264

Benjamin Y. Ford
RSA Tower, 27th Floor
11 North Water Street
Mobile, AL 36602

Jenny M.F. Fujii
1660 Lincoln St.
Ste. 1850
Denver, CO 80264

Lee M. Kutner
1660 Lincoln St.
Ste. 1850
Denver, CO 80264

Keri L. Riley
1660 Lincoln St.
Ste. 1850
Denver, CO 80264

The Official Committee of Unsecured Creditors
Munsch Hardt Kopf &Harr PC
700 Milam St.
Stuie 2700
Houston, TX 77002

Grant Matthew Beiner
Muncsch Hardt Kopf & Harr, PC
700 Milam St.
Stuie 2700
Houston, TX 77002

John Cornwell
Muncsch Hardt Kopf & Harr, PC
700 Milam St.
Stuie 2700
Houston, TX 77002

Christopher D. Johnson
Muncsch Hardt Kopf & Harr, PC
700 Milam St.
Stuie 2700
Houston, TX 77002

U. S. Trustee
*By electronic notice only per written request


          /s/ Joseph DeGiorgio
Signature