# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br>EIN NO: 72-1417930<br><br>Debtor. | Bankruptcy Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br>EIN NO: 72-1425432<br><br>Debtor. | Bankruptcy Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |
| FORD MOTOR CREDIT COMPANY, LLC,<br>Movant,<br><br>vs.<br><br>Sklar Exploration Company, LLC and Sklarco, LLC,<br>Respondents. | |

## ORDER VACATING RELIEF FROM STAY HEARING

THIS MATTER comes before the Court on the Notice of Withdrawal of Motion for Relief from Automatic Stay filed by Ford Motor Credit Company, LLC, withdrawing its Motion for Relief from Stay filed on December 17, 2020, at Docket No. 735. The Court being otherwise advised in the premises, hereby

ORDERS that the hearing scheduled for Thursday, January 14, 2021 at 1:30 p.m., is hereby VACATED.

DATED this 11th day of January, 2021.

BY THE COURT:

*Elizabeth E. Brown*
_____
Elizabeth E. Brown, Bankruptcy Judge