**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | § § | **Chapter 11** |
| **SKLAR EXPLORATION COMPANY, LLC,** *et al.*,[1] | § § § | **Case No. 20-12377-EEB** |
| Debtors. | § § | **(Jointly Administered)** |

**MONTHLY FEE STATEMENT OF CR3 PARTNERS, LLC AND JAMES KATCHADURIAN AS CRO AND FINANCIAL ADVISOR TO THE DEBTORS <u>FOR THE PERIOD NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020</u>**

| Name of Applicant: | **CR3 Partners, LLC** | |
|---|---|---|
| **Applicant's Role in Case:** | **Chief Restructuring Officer and Financial Advisor to the Debtors** | |
| **Date Order of Employment Entered:** | **June 15, 2020 [Dkt. No. 429]** | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this statement:** | **11/1/20** | **11/30/20** |
| **Summary of Total Fees and Expenses Requested** | | |
| Total Fees for Services Rendered During Statement Period | | $172,610.00 |
| Expenses (100%) | | $6,042.37 |
| **TOTAL FEES AND EXPENSES** | | **$178,652.37** |

Pursuant to the Order Approving Interim Advance Payment Procedures ("<u>Interim Compensation Order</u>") [Dkt. No. 322] entered by the Court on May 18, 2020, CR3 Partners, LLC ("<u>CR3</u>"), CRO and Financial Advisor to the Debtors, submits this Monthly Fee Statement of services rendered and expenses incurred in this case for the period from November 1, 2020 through November 30, 2020, (the "<u>Statement Period</u>").

<u>**ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED**</u>

**A.    Summary of Services Rendered by Each Professional**

The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each providing services during the Statement Period for which CR3 seeks compensation.

| Name | Position | Hours | Hourly Rate | Total Compensation |
|---|---|---|---|---|
| James Katchadurian | Partner | 103.9 | $725.00 | $75.327.50 |
| William Snyder [(2)] | Partner | 0.5 | $795.00 | |
| Avery Alcorn | Director | 80.1 | $525.00 | $42,052.50 |
| Todd Bearup | Director | 75.3 | $550.00 | $41,415.00 |
| Manny Chavira | Manager | 30.7 | $450.00 | $13,815.00 |
| **TOTAL FEES BY CONSULTANT** | | **290.5** | | **$172,610.00** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

The time records of CR3 consisting of a daily breakdown of the tasks performed organized by project category, and detail as to the disbursements incurred are attached as **Exhibit A** to this Monthly Fee Statement.

**B.     Summary of Services Rendered By Category**

The following itemization presents a summary of the services rendered by CR3 by Task Category.

| Task Category | Hours | Fees Earned |
|---|---|---|
| Bankruptcy Case Admin | 6.8 | $3,545.00 |
| Business Analysis | 3.2 | $1,760.00 |
| Business Operations | 57.1 | $38,615.00 |
| Cash Management | 26.0 | $14,300.00 |
| Claims Management | 1.7 | $935.00 |
| Creditor Interaction | 3.8 | $1,995.00 |
| Creditor Issues | 1.3 | $682.50 |
| Debtor Issues | 27.2 | $14,685.00 |
| Fee Applications | 3.5 | $1,910.00 |
| Litigation | 26.4 | $19,140.00 |
| Operating Reports | 2.3 | $1,432.50 |
| Plan Issues | 131.2 | $73,610.00 |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL HOURS AND FEES** | **290.5** | **$172.610.00** |

---

[2] All time incurred by William Snyder is written off in accordance with the agreement with the Debtors

## C.       Summary of Expenses Incurred By Category

The following itemization presents a summary of the expenses incurred for the Statement Period by category of disbursement.

| Expense Category | Total Expenses |
|---|---|
| Admin Fee | $1,726.10 |
| Expense - Mileage | $167.67 |
| Expense - Meals | $800.61 |
| Expense - Transportation | $240.67 |
| Expense - Hotel | $1,118.69 |
| Expense - Airfare | $1,305.20 |
| Expense - Rental | $683.43 |
|  |  |
| **TOTAL EXPENSES** | **$6,042.37** |

WHEREFORE, pursuant to the Interim Compensation Order, CR3 requests payment of compensation in the amount of (i) $172,610.00 on account of actual, reasonable and necessary professional services rendered to the Debtor by CR3 and (ii) reimbursement of actual and necessary costs and expenses in the amount of $6,042.37 incurred on behalf of the Debtor.

DATED: January 21, 2021

Respectfully submitted,

**CR3 Partners, LLC**

By: */s/ James Katchadurian*

# EXHIBIT A

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|------------------|------|-------|-----------|-------------|
| 11/2/2020 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.30 | 157.50 | Make Time Entries in Nexonia For WE 10/30/20 |
| 11/2/2020 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.20 | 105.00 | Call with Debtor's counsel, TB, JK RE 2004 examination, reserve report, plan discussions |
| 11/2/2020 | Todd Bearup | Bankruptcy Case Admin | 550.00 | 0.30 | 165.00 | Weekly update call w/ Debtor's counsel, CRO and Avery. |
| 11/2/2020 | Manny Chavira | Bankruptcy Case Admin | 450.00 | 0.50 | 225.00 | Time entry for submission billing |
| 11/4/2020 | Manny Chavira | Bankruptcy Case Admin | 450.00 | 0.10 | 45.00 | Time entry on completed items. |
| 11/4/2020 | Manny Chavira | Bankruptcy Case Admin | 450.00 | 0.10 | 45.00 | Time entry on completed items. |
| 11/6/2020 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.20 | 105.00 | Update time entries for 11/06 |
| 11/7/2020 | Todd Bearup | Bankruptcy Case Admin | 550.00 | 0.30 | 165.00 | Correspondence w/ debtor's counsel re: 2004 Exam material. |
| 11/9/2020 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.10 | 52.50 | Call with Debtor's counsel, JK RE UCC 2004 examination |
| 11/9/2020 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.20 | 105.00 | Make Time Entries in Nexonia for WE 11/06 |
| 11/9/2020 | Todd Bearup | Bankruptcy Case Admin | 550.00 | 0.30 | 165.00 | Update call w/ debtor's counsel, CRO, Avery. |
| 11/11/2020 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.10 | 52.50 | Call with TB RE case status, tracking of time versus budget allotted |
| 11/11/2020 | Todd Bearup | Bankruptcy Case Admin | 550.00 | 0.20 | 110.00 | Updated discussion w/ Avery. |
| 11/16/2020 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.40 | 210.00 | Call with Debtor's counsel, TB, JK RE plan term sheet, 2004 examinations, document requests |
| 11/16/2020 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.20 | 105.00 | Update Time Entries through WE 11/14 |
| 11/19/2020 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.70 | 367.50 | Call with Debtor's counsel, JK RE Ad Hoc Committee motion, strategy for plan negotiations |
| 11/23/2020 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.60 | 315.00 | Call with JK RE october fee statement, progress on 2004 deposition preparations |
| 11/23/2020 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.60 | 315.00 | Listen to Hearing RE approval of settlement of adversary cases |
| 11/23/2020 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.10 | 52.50 | Call with JK RE analysis for working interest owner cash flows |
| 11/23/2020 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.40 | 210.00 | Call with debtor's counsel RE 2004 examination, deposition preparations |
| 11/23/2020 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.10 | 52.50 | Make time entries in Nexonia for WE 11/21 |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|------------------|------|-------|-----------|-------------|
| 11/24/2020 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.10 | 52.50 | Call with JK RE 2004 examination, update on fee statement |
| 11/30/2020 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.10 | 52.50 | Make Time Entries in Nexonia for WE 11/28 |
| 11/30/2020 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.60 | 315.00 | Call with Debtor's counsel, JK, TB RE plan negotiations status, preparation for upcoming status conference |
| 11/3/2020 | Todd Bearup | Business Analysis | 550.00 | 0.60 | 330.00 | Meeting w/ CFO, COO, Controller and Landman to walk through beginnings of JOA analysis by well. |
| 11/3/2020 | Todd Bearup | Business Analysis | 550.00 | 1.10 | 605.00 | Review One-Liner NSAI latest info to go into final reserve report. |
| 11/5/2020 | Todd Bearup | Business Analysis | 550.00 | 1.50 | 825.00 | Continued work on 2004 Exam info providing. Interaction w/ Cary Beene and review of word search. |
| 11/2/2020 | Todd Bearup | Business Operations | 550.00 | 0.70 | 385.00 | Review ops report for weekend. Review correspondence from Monday morning. Discussions w/ CFO, COO. |
| 11/2/2020 | James Katchadurian | Business Operations | 725.00 | 0.30 | 217.50 | review of electronic search terms and related comments (0.3) |
| 11/2/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Status Update Call w A Alcorn (0.5); |
| 11/2/2020 | James Katchadurian | Business Operations | 725.00 | 0.70 | 507.50 | Various emails re 2004 exam and document productions (0.7); |
| 11/2/2020 | James Katchadurian | Business Operations | 725.00 | 0.30 | 217.50 | Call w K Riley\J Brinen (0.3) |
| 11/3/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | review of revised draft nsai data (0.5) |
| 11/3/2020 | James Katchadurian | Business Operations | 725.00 | 0.40 | 290.00 | Call w J Brinen\K Riley\ A Alcorn\ M Chavira re legal ownership questions (0.4); |
| 11/3/2020 | James Katchadurian | Business Operations | 725.00 | 1.50 | 1,087.50 | working session re AR \ Model w A Alcorn and M Chavira (1.5); |
| 11/3/2020 | James Katchadurian | Business Operations | 725.00 | 0.20 | 145.00 | Call w W Snyder re operator (0.2); |
| 11/3/2020 | James Katchadurian | Business Operations | 725.00 | 0.30 | 217.50 | meeting coordination (0.3); |
| 11/3/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | working session w A Alcorn\M Chavira re projections and related data review (1.0); |
| 11/4/2020 | Todd Bearup | Business Operations | 550.00 | 1.50 | 825.00 | Work on A/P run for week. Discuss w/ Operations, CFO and accounting. Summarize and provide to CRO for approval. |
| 11/4/2020 | James Katchadurian | Business Operations | 725.00 | 0.80 | 580.00 | Call w K Riley \ J Brinen and D Graham (0.8); |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 11/4/2020 | James Katchadurian | Business Operations | 725.00 | 1.50 | 1,087.50 | Model review working session w A Alcorn\M Chavira and related data review (1.5); |
| 11/4/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | working session w M Chavira and A Alcorn re operating model (1.0) |
| 11/4/2020 | James Katchadurian | Business Operations | 725.00 | 1.50 | 1,087.50 | Call w A Alcorn \ M. Chavira re model review and related data review (1.5) |
| 11/4/2020 | James Katchadurian | Business Operations | 725.00 | 0.30 | 217.50 | call w J Brinen re various (0.3); |
| 11/5/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | followup review of model and cash collateral budget (1.0); |
| 11/5/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Call w Sklar Management team (1.0) |
| 11/5/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Sklar model review and modification (1.0); |
| 11/5/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | variuos emails re document production \ 2004 exam (1.0); |
| 11/6/2020 | Todd Bearup | Business Operations | 550.00 | 0.40 | 220.00 | Approve and execute wires for payments. |
| 11/6/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Various emails and calls re 2004 exam and other related issues (1.0); |
| 11/6/2020 | James Katchadurian | Business Operations | 725.00 | 2.00 | 1,450.00 | Working session w M Jones, J Strausser, H Gwinn, A Alcorn and related data review (2.0); |
| 11/6/2020 | James Katchadurian | Business - Operations | 725.00 | 2.00 | 1,450.00 | Call w EW Bank - S Bonomo, M Allen, B Suzuki, K Riley, J Brinen and A Alcorn and related followup (2.0); |
| 11/7/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | review of data review \ 2004 exam docs and other related emails (1.0) |
| 11/9/2020 | Todd Bearup | Business Operations | 550.00 | 0.30 | 165.00 | Ops update call. |
| 11/9/2020 | James Katchadurian | Business Operations | 725.00 | 0.40 | 290.00 | correspondence w EW Bank re MOR and related followup research (0.4); |
| 11/9/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | call w H Sklar (1.0) |
| 11/9/2020 | James Katchadurian | Business Operations | 725.00 | 0.20 | 145.00 | Follow-up email w NSAI (0.2) |
| 11/9/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | status call w T Bearup and related followup (0.5) |
| 11/9/2020 | James Katchadurian | Business Operations | 725.00 | 0.30 | 217.50 | Call w K Riley (0.3) |
| 11/10/2020 | James Katchadurian | Business Operations | 725.00 | 1.50 | 1,087.50 | Status Update w A Alcorn\M Chavira - G&A Analysis (1.5) |
| 11/10/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | various emails re 2004 exam and plan process (1.0); |
| 11/10/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Call w potential alt operator and wi owner (0.5) |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 11/10/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | call w K Riley and J Brinen re various Plan and 2004 open issues (0.5) |
| 11/11/2020 | Todd Bearup | Business Operations | 550.00 | 1.50 | 825.00 | Conference call w/ accounting to work through this week's A/P run. Adjust entries and summarize. Provide to CRO for approval. |
| 11/12/2020 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Update discussion w/ CFO and COO. Coordinate call w/ CRO and Avery for discussion. |
| 11/12/2020 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Work w/ and correspond w/ controller re: payroll issues. |
| 11/12/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Call w NSAI and UCC (1.0) |
| 11/13/2020 | Todd Bearup | Business Operations | 550.00 | 1.30 | 715.00 | Review production information for week. Discuss JOA analysis progress. Setup up conf call w/ CRO, Avery, CFO and COO. |
| 11/15/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | JOA Review (1.0); |
| 11/15/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | 2004 Doc Review (1.0) |
| 11/16/2020 | Todd Bearup | Business Operations | 550.00 | 0.70 | 385.00 | Discussion w/ CFO re: current cash and cash forecast. |
| 11/16/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Call w A Alcorn re modified WI analysis and other (0.5) |
| 11/17/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Call w K Riley and J Brinen and related emails (0.5) |
| 11/18/2020 | Avery Alcorn | Business Operations | 525.00 | 0.20 | 105.00 | Review cash collateral budget re-cast from TB |
| 11/18/2020 | Avery Alcorn | Business Operations | 525.00 | 0.20 | 105.00 | Review Pruet inspection report provided by Sklar operations on Northwest and Northeast Brooklyn fields |
| 11/18/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | various ops related emails w M Jones (0.5) |
| 11/18/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | review of 13 week budget and related variance report (1.0) |
| 11/19/2020 | Avery Alcorn | Business Operations | 525.00 | 0.10 | 52.50 | Call with TB RE G&A, payroll analysis for Sklar Exploration |
| 11/19/2020 | Todd Bearup | Business Operations | 550.00 | 0.80 | 440.00 | Work w/ accounting to approve and send wires in EWB. Provide pre vs. post G&A analysis to CRO, CFO and COO for discussion and modification. |
| 11/19/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | docket review - ad hoc committee pleadings (1.0) |
| 11/20/2020 | Avery Alcorn | Business Operations | 525.00 | 0.50 | 262.50 | Update G&A analysis of company, analyze potentials areas of savings |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|-----------------|------|-------|-----------|-------------|
| 11/20/2020 | Avery Alcorn | Business Operations | 525.00 | 0.10 | 52.50 | Follow up with JK RE Sklar payroll & benefits breakdown for office, field, gas plant operations |
| 11/20/2020 | Avery Alcorn | Business Operations | 525.00 | 1.00 | 525.00 | Generate AP reports from Wolfepak, generate detailed trend report for further analysis |
| 11/20/2020 | Avery Alcorn | Business Operations | 525.00 | 0.70 | 367.50 | Generate trend report for non-operated working interest partner from Wolfepak |
| 11/20/2020 | Todd Bearup | Business Operations | 550.00 | 1.00 | 550.00 | Review/approve wires. Correspondence w/ accounting and discussion re: 3rd payment of pre-petition severance to AL and clarification. |
| 11/20/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Call w J Strausser H Gwin re G&A (0.5) |
| 11/20/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Review and approve AP (0.5) |
| 11/20/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Call w K Riley\B Ford\D Graham and J Strausser re 2004 for the gas plant (0.5); |
| 11/23/2020 | Todd Bearup | Business Operations | 550.00 | 1.90 | 1,045.00 | Conf call w/ CFO and accounting for weekly A/P run and subsequent correspondence and modification of models to present to CRO for approval. |
| 11/23/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | 2004 exam prep session w K Riley\B Ford \ D Graham (1.0) |
| 11/23/2020 | James Katchadurian | Business Operations | 725.00 | 0.30 | 217.50 | Call w M Jones (0.3) |
| 11/23/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Call w J Hardy re JJS (0.5) |
| 11/25/2020 | James Katchadurian | Business Operations | 725.00 | 1.50 | 1,087.50 | Call w C Johnson \ K Riley\ B Suzuki re projections and plan issues and related followup items (1.5) |
| 11/25/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Internal status call w A Alcorn (0.5); |
| 11/25/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Call w A Hirsch\K Riley and J Brinen (1.0); |
| 11/29/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | review of open item status (1.0) |
| 11/30/2020 | Todd Bearup | Business Operations | 550.00 | 0.70 | 385.00 | Correspondence w/3rd party IT provider re: key-word search and 2004 Exam - Gas Plant. Correspondence w/ COO re: Ops update and info request re: WI holders. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 11/30/2020 | Todd Bearup | Business Operations | 550.00 | 0.90 | 495.00 | Review correspondence over the holiday weekend. Discussion w/ CFO re: October MOR questions. |
| 11/30/2020 | James Katchadurian | Business Operations | 725.00 | 0.30 | 217.50 | Call w J Strausser re MOR (0.3) |
| 11/30/2020 | James Katchadurian | Business Operations | 725.00 | 0.80 | 580.00 | Call w K Riley\J Strausser \ T Bearup \ A Alcorn re status and next steps (0.8); |
| 11/2/2020 | Todd Bearup | Cash Management | 550.00 | 0.80 | 440.00 | Prep cash forecast for actuals. |
| 11/4/2020 | Todd Bearup | Cash Management | 550.00 | 1.80 | 990.00 | Work on variance reporting. |
| 11/5/2020 | Todd Bearup | Cash Management | 550.00 | 1.90 | 1,045.00 | Finalize budget-to-actuals for prior week and provide to CRO. |
| 11/6/2020 | Todd Bearup | Cash Management | 550.00 | 0.50 | 275.00 | Update cash forecast with latest information. |
| 11/9/2020 | Todd Bearup | Cash Management | 550.00 | 1.50 | 825.00 | Prep model for budget to actuals and update w/ latest info. Review claims management invoices. |
| 11/11/2020 | Todd Bearup | Cash Management | 550.00 | 1.90 | 1,045.00 | Finalize variance report in model, finish updating model and email to CRO. |
| 11/11/2020 | Todd Bearup | Cash Management | 550.00 | 1.80 | 990.00 | Work w/ accounting to prep variance piece for forecast. Update forecast with latest info. |
| 11/12/2020 | Todd Bearup | Cash Management | 550.00 | 0.50 | 275.00 | Update cash forecast w/ latest information |
| 11/16/2020 | Todd Bearup | Cash Management | 550.00 | 1.80 | 990.00 | Updated cash model and prep for budget to actuals. |
| 11/17/2020 | Todd Bearup | Cash Management | 550.00 | 1.90 | 1,045.00 | Update cash forecast and work on budget-to-actual coding w/ accounting. |
| 11/17/2020 | Todd Bearup | Cash Management | 550.00 | 1.50 | 825.00 | Finalize cash forecast and variance report to email to CRO. |
| 11/18/2020 | Todd Bearup | Cash Management | 550.00 | 1.90 | 1,045.00 | Discussions w/ CFO and/or accounting re: A/P run for the week as well as cash variance discussion. |
| 11/18/2020 | Todd Bearup | Cash Management | 550.00 | 1.20 | 660.00 | Modify cash forecast and updated actuals from yesterday based on new input. |
| 11/20/2020 | Todd Bearup | Cash Management | 550.00 | 0.50 | 275.00 | Update cash forecast w/ latest info. |
| 11/23/2020 | Todd Bearup | Cash Management | 550.00 | 1.70 | 935.00 | Prep cash model for actuals. Update w/ latest info. |
| 11/24/2020 | Todd Bearup | Cash Management | 550.00 | 1.80 | 990.00 | Work on cash forecast and variance report for prior week. |
| 11/25/2020 | Todd Bearup | Cash Management | 550.00 | 1.50 | 825.00 | Finalize cash variance report. |
| 11/30/2020 | Todd Bearup | Cash Management | 550.00 | 1.50 | 825.00 | Updated cash forecast w/ latest info and prep model for adding actuals tomorrow. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|-----------------|------|-------|-----------|-------------|
| 11/3/2020 | Todd Bearup | Claims Management | 550.00 | 1.70 | 935.00 | Claims analysis. |
| 11/6/2020 | Avery Alcorn | Creditor Interaction | 525.00 | 1.50 | 787.50 | Call with Debtor's counsel, Mary Lou Allen, Stuart Bonomo, Bryce Suzuki RE Sklar Plan, operating model |
| 11/12/2020 | Avery Alcorn | Creditor Interaction | 525.00 | 0.90 | 472.50 | Call with member's of the Official Committee of Unsecured Creditors of SklarEx, JK, Chad Ireton RE NSAI reserve report |
| 11/12/2020 | Avery Alcorn | Creditor Interaction | 525.00 | 1.40 | 735.00 | Call with Stuart Bonomo, Mary Lou Allen, Bryce Suzuki, JK, Debtor's counsel RE Sklar economics, plan discussion |
| 11/8/2020 | Avery Alcorn | Creditor Issues | 525.00 | 0.10 | 52.50 | Call with Debtor's counsel, John Strausser, Marshall Jones, JK RE formation of new Ad Hoc committee of certain working interest partners |
| 11/13/2020 | Avery Alcorn | Creditor Issues | 525.00 | 1.20 | 630.00 | Generate by reserve report field lease operating statement per request from Mary Lou Allen |
| 11/2/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.90 | 1,045.00 | Continue to work on providing information for 2004 Exam. |
| 11/5/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.50 | 275.00 | Correspondence w/ CRO, debtor's counsel and IT consultant to provide correct info in email search. |
| 11/5/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.00 | 550.00 | Call w/ CRO and management team to discuss progress re: JOA analysis, model analysis, 2004 Exam next steps. |
| 11/6/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.90 | 1,045.00 | Continue work on retrieving and uploading email searches for 2004 Exam. |
| 11/6/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.80 | 990.00 | Continue work on retrieving and uploading email searches for 2004 Exam. |
| 11/6/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.50 | 275.00 | Continued phone calls and email correspondence w/ IT consultant to provide correct info for 2004 Exam. |
| 11/9/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.10 | 605.00 | Discussion w/ CRO and follow-up info request w/ IT and CMO. |
| 11/9/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.90 | 1,045.00 | Work w/ CMO, CFO for information request re: 2004 Examination. |
| 11/12/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.30 | 715.00 | Update call w/ CRO, Management Team, CEO, Avery and follow-up discussions. |
| 11/12/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.90 | 495.00 | Review docket #617 re: Tauber Group 2004 Examination. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 11/13/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.80 | 990.00 | Formulate plan to satisfy info request re: Gas Plant. Meeting w/ management team and accounting to walk through strategy to gather information and seek additional clarity. |
| 11/16/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.70 | 385.00 | Updated discussion w/ debtor's counsel, CRO and Avery. |
| 11/17/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.70 | 385.00 | Correspondence w/ CMO re: providing data for Tauber related 2004 examination. |
| 11/18/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.80 | 440.00 | Read flurry of filings and provide to COO/CFO. |
| 11/18/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.30 | 165.00 | Update discussion w/ CRO. |
| 11/19/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.50 | 275.00 | Discussion w/ CFO, CMO and debtor's counsel re: Gas Plant 2004 exam data gathering |
| 11/19/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.60 | 330.00 | Follow-up evening discussion and zoom call w/ CFO and Controller re: savings opportunities and clarificaiton. |
| 11/19/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.90 | 1,045.00 | Various discussions w/ combination of CRO, Avery, CFO, COO and controller re: G&A savings, payroll savings, detail. |
| 11/20/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.30 | 715.00 | Review professional fees re: cap. Review term sheet and supporting models. |
| 11/20/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.60 | 330.00 | Conf call w/ debtor's counsel, CFO, CRO and CMO re: Touber 2004 Examination info. |
| 11/20/2020 | William Snyder | Debtor Issues | 795.00 | 0.50 | 397.50 | .5 checkin and update with James K on potential POR |
| 11/20/2020 | William Snyder | Debtor Issues | 795.00 | 0.00 | -397.50 | .5 checkin and update with James K on potential POR |
| 11/23/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.50 | 275.00 | Update discussion w/ CEO. |
| 11/23/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.50 | 275.00 | Update call w/ CRO, Avery and Debtor's counsel. |
| 11/24/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.90 | 1,045.00 | Work w/ IT firm to procure and upload docs for the 2004 Exam re: Tauber Group. |
| 11/25/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.10 | 605.00 | Review directories ofor 2004 Exam re: Tauber group. |
| 11/30/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.70 | 385.00 | Weekly update discussion w/ CRO, Avery and debtor's counsel. |
| 10/30/2020 | James Katchadurian | Expense - Airfare | | | 1,305.20 | Airfare |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|-----------------|------|-------|-----------|-------------|
| 10/25/2020 | James Katchadurian | Expense - Hotel | | | 564.87 | Marriott Denver |
| 10/30/2020 | James Katchadurian | Expense - Hotel | | | 553.82 | Hotel Denver |
| 10/25/2020 | James Katchadurian | Expense - Meals | | | 44.56 | Drinks |
| 10/25/2020 | James Katchadurian | Expense - Meals | | | 11.72 | Coffee |
| 10/25/2020 | James Katchadurian | Expense - Meals | | | 310.71 | Dinner w H Sklar |
| 10/25/2020 | James Katchadurian | Expense - Meals | | | 65.08 | Lunch w Strausser and Jones--Lunch w Strausser and Jones |
| 10/25/2020 | James Katchadurian | Expense - Meals | | | 263.25 | Dinner |
| 10/27/2020 | James Katchadurian | Expense - Meals | | | 61.23 | Lunch w Strausser and Jones |
| 10/27/2020 | James Katchadurian | Expense - Meals | | | 11.61 | Coffee |
| 10/27/2020 | James Katchadurian | Expense - Meals | | | 13.29 | Dinner |
| 10/30/2020 | James Katchadurian | Expense - Meals | | | 4.97 | Coffee |
| 10/30/2020 | James Katchadurian | Expense - Meals | | | 14.19 | Dinner |
| 11/2/2020 | Todd Bearup | Expense - Mileage | | | 18.63 | Rountrip between home/client |
| 11/3/2020 | Todd Bearup | Expense - Mileage | | | 18.63 | Rountrip between home/client |
| 11/5/2020 | Todd Bearup | Expense - Mileage | | | 18.63 | Rountrip between home/client |
| 11/6/2020 | Todd Bearup | Expense - Mileage | | | 18.63 | Rountrip between home/client |
| 11/9/2020 | Todd Bearup | Expense - Mileage | | | 18.63 | Roundtrip between home/client |
| 11/11/2020 | Todd Bearup | Expense - Mileage | | | 18.63 | Roundtrip between home/client |
| 11/12/2020 | Todd Bearup | Expense - Mileage | | | 18.63 | Roundtrip between home/client |
| 11/13/2020 | Todd Bearup | Expense - Mileage | | | 18.63 | Roundtrip between home/client |
| 11/16/2020 | Todd Bearup | Expense - Mileage | | | 18.63 | Roundtrip between home/client. |
| 10/30/2020 | James Katchadurian | Expense - Rental | | | 683.43 | Hertz |
| 10/25/2020 | James Katchadurian | Expense - Transportation | | | 190.54 | Car Sve to airport |
| 10/27/2020 | James Katchadurian | Expense - Transportation | | | 19.23 | Uber |
| 11/2/2020 | James Katchadurian | Expense - Transportation | | | 30.90 | Tolls Denver / Boulder |
| 11/6/2020 | Todd Bearup | Fee Applications | 550.00 | 1.20 | 660.00 | Work on October Fee Statement. |
| 11/23/2020 | Avery Alcorn | Fee Applications | 525.00 | 0.60 | 315.00 | Review weekly billings cap versus actual billings to date |
| 11/23/2020 | Todd Bearup | Fee Applications | 550.00 | 1.70 | 935.00 | Work on October fee app. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 11/8/2020 | James Katchadurian | Litigation | 725.00 | 1.40 | 1,015.00 | 2004 Exam Prep Session w K Riley\J Brinen\d Graham\A Alcorn\J Strausser\M Jones Part 2 and followup call w K Riley\J Brinen (1.4) |
| 11/8/2020 | James Katchadurian | Litigation | 725.00 | 1.50 | 1,087.50 | 2004 Prep (1.5) |
| 11/8/2020 | James Katchadurian | Litigation | 725.00 | 1.70 | 1,232.50 | 2004 Exam Prep Session w K Riley\J Brinen\d Graham\A Alcorn\J Strausser\M Jones Part 1 (1.7) |
| 11/9/2020 | James Katchadurian | Litigation | 725.00 | 1.80 | 1,305.00 | 2004 Prep (1.8) |
| 11/11/2020 | James Katchadurian | Litigation | 725.00 | 1.00 | 725.00 | 2004 deposition prep w K Riley \ J Brinen\ A Hirsh \ D Holman \ H Sklar (1.0); |
| 11/14/2020 | James Katchadurian | Litigation | 725.00 | 2.00 | 1,450.00 | 2004 Prep (2.0) |
| 11/22/2020 | James Katchadurian | Litigation | 725.00 | 2.00 | 1,450.00 | 2004 document review and related depositiion preparation (2.0) |
| 11/23/2020 | James Katchadurian | Litigation | 725.00 | 2.00 | 1,450.00 | document review re 2004 exam (2.0) |
| 11/23/2020 | James Katchadurian | Litigation | 725.00 | 0.50 | 362.50 | Call w K Riley \ J Brinen re 2004 exam and related matters (0.5) |
| 11/24/2020 | James Katchadurian | Litigation | 725.00 | 4.00 | 2,900.00 | H Sklar Deposition (4.0) (from 4pm to 804pm) |
| 11/24/2020 | James Katchadurian | Litigation | 725.00 | 4.50 | 3,262.50 | Debtors 2004 Exam 1130a to 4pm including sidebar with counsel (4.5) |
| 11/24/2020 | James Katchadurian | Litigation | 725.00 | 2.00 | 1,450.00 | Deposition Preparations (2.0) |
| 11/27/2020 | James Katchadurian | Litigation | 725.00 | 1.00 | 725.00 | review of open item status (1.0) |
| 11/30/2020 | James Katchadurian | Litigation | 725.00 | 1.00 | 725.00 | Transcript review (1.0) |
| 11/9/2020 | Avery Alcorn | Operating Reports | 525.00 | 0.30 | 157.50 | Call with John Strausser, Holmes Gwin, TB, JK RE operating report reconciliation, question from EWB |
| 11/28/2020 | Todd Bearup | Operating Reports | 550.00 | 1.00 | 550.00 | Review October MOR. |
| 11/30/2020 | James Katchadurian | Operating Reports | 725.00 | 1.00 | 725.00 | Review October MOR (1.0) |
| 11/2/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.30 | 157.50 | Review final draft of NSAI report economics provided by NSAI, updated timing for timely issuance of report |
| 11/2/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.60 | 315.00 | Call with John Strausser, Holmes Gwin RE contract cure analysis, reports from Wolfepak and discussion of how to generate A/R by property |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|-----------------|------|-------|-----------|-------------|
| 11/2/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.90 | 472.50 | Call with MC RE operating model toggles for field shut-off, balance sheet build-out for evaluating each debtor's ability to generate cash flow |
| 11/2/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.50 | 262.50 | Call with MC RE operating model, adjustments for annualized versus monthly expense assumptions |
| 11/2/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.90 | 472.50 | Generate property level detail cash flow, production by lease for all properties based on model assumptions |
| 11/2/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.20 | 105.00 | Call with Chad Ireton RE confirmation of timing for issuance of final report, confirmation that no additional data required to move forward to final report |
| 11/2/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.80 | 420.00 | Update A/R from 301 account for all time, compare against most recent A/R aging by owner; follow up with Kim Ramsey for updated aging balance |
| 11/2/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.20 | 105.00 | Call with JK RE operating model status update, reserve report from NSAI |
| 11/2/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.00 | 525.00 | Review COPAS overhead charges by property, update operating model assumptions for gross & net COPAS overhead charges |
| 11/2/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.00 | 525.00 | update operating model for SKlarCo's share of COPAS overhead, update SKC, SEC detailed financials, reconcile differences |
| 11/2/2020 | Manny Chavira | Plan Issues | 450.00 | 0.70 | 315.00 | Internal zoom call with A Alcor. Working session on model with breaking out SEC and SKC. |
| 11/2/2020 | Manny Chavira | Plan Issues | 450.00 | 0.90 | 405.00 | Working session with Avery on model update. Discussed balance sheet update and toggle to shut off certain fields with a date shut off option and binary override. |
| 11/2/2020 | Manny Chavira | Plan Issues | 450.00 | 1.30 | 585.00 | Model build had to create new toggle for field start date and shut off date in order to capture and remove prior historical months that shouldn't be factored in NPV. |
| 11/2/2020 | Manny Chavira | Plan Issues | 450.00 | 1.50 | 675.00 | Model build adding toggle for field shut off and timing. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|------------------|------|-------|------------|-------------|
| 11/3/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.30 | 157.50 | Call with Debtor's counsel, JK RE makeup of bank collateral, plan discussions |
| 11/3/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.60 | 840.00 | Call with MC, JK RE sklar operating model, review cash flow available for debt servicing |
| 11/3/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.40 | 210.00 | Call with MC, JK RE operating model sensitivities, review of model output |
| 11/3/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.10 | 52.50 | Call with MC RE operating model encumbered versus unencumbered assets |
| 11/3/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.40 | 210.00 | Update operating model for latest NSAI economic output |
| 11/3/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.60 | 315.00 | Review economics, reconcile and confirm changes to operating model, verify assumptions for expenses |
| 11/3/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.80 | 420.00 | Call with MC RE operating model G&A dynamic toggles, verify the formulas for field toggles |
| 11/3/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.60 | 315.00 | Call with John Strausser, Holmes Gwin RE cure cost estimates, update for accounts receivable offset for cures, contract organization by lease |
| 11/3/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.10 | 52.50 | Follow up with MC RE loan to value calculation in operating model |
| 11/3/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.80 | 945.00 | Call with MC RE severance tax assumptions in model, compare model output to latest version of NSAI database |
| 11/3/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.00 | 525.00 | Call with MC RE Updating severance taxes payable in consolidated view and separate entity view for operating model |
| 11/3/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.90 | 472.50 | Update operating model for EWB Price Deck as of 9/14/20, run sensitivities based on price scenarios, stress test operating model assumptions |
| 11/3/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.60 | 315.00 | Call with MC RE verification of model output, layering in hedges, gas plant revenue, calculations for assets encumbered by EWB |
| 11/3/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.10 | 52.50 | Call with JK RE Sklar reserve report final numbers from NSAI |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|-----------------|------|-------|-----------|-------------|
| 11/3/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.10 | 52.50 | Follow up with Marshall Jones, John Strausser RE latest and final estimates from NSAI |
| 11/3/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.60 | 315.00 | Update operating model for timing toggle for all cases by month |
| 11/3/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.10 | 52.50 | Call with Chad Ireton RE clarification on changes to reserve values in SW, SE Brooklyn in final estimates |
| 11/3/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.90 | 472.50 | Update accounts receivable database for calculation of contract cures for SklarEx |
| 11/3/2020 | Manny Chavira | Plan Issues | 450.00 | 0.40 | 180.00 | Zoom call with AA and JK to debrief call and discuss next steps and quickly go over real time modeling of debt amortization to see a quick view of what we want to present. |
| 11/3/2020 | Manny Chavira | Plan Issues | 450.00 | 0.30 | 135.00 | Adding sections in model for DSCR, calculated LTV, excess deficit to LTV implied debt capacity to present triggers and indicators where a "covenant" may be breached. |
| 11/3/2020 | Manny Chavira | Plan Issues | 450.00 | 0.40 | 180.00 | Call with Lawyers, JK and AA to discuss various follow ups and review scenarios we are proposing to conduct in the model. |
| 11/3/2020 | Manny Chavira | Plan Issues | 450.00 | 0.60 | 270.00 | Continued working session in model. Adding G&A toggle to adjust and turn off G&A expenses at a detail level. |
| 11/3/2020 | Manny Chavira | Plan Issues | 450.00 | 0.30 | 135.00 | Call with AA to coordinate efforts and discussed concept with toggles and sensitvities. |
| 11/3/2020 | Manny Chavira | Plan Issues | 450.00 | 2.00 | 900.00 | Zoom working session with AA working through QC'ing values and comparing bank deck data vs NSAI. Working on reconciling values and agreeing on what income streams to use for PV values. Created additional calculated fields to review with James. |
| 11/3/2020 | Manny Chavira | Plan Issues | 450.00 | 2.00 | 900.00 | Model working through debt amortization modeling given multi layered traunche debt structure discussed with solving to an LTV balance and debt service payments. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|------------|------------------|------|-------|------------|-------------|
| 11/3/2020 | Manny Chavira | Plan Issues | 450.00 | 1.80 | 810.00 | Zoom working session with AA with newly updated NSAI data. Working through and showing the updates I made and working to reconcile NSAI increased values vs the model. Long working session with testing multiple areas with where variances are coming from. Noted Severance tax in the SEC and SKC needs to be revised to properly account the DTDF parties |
| 11/3/2020 | Manny Chavira | Plan Issues | 450.00 | 1.40 | 630.00 | Model work based on earlier call to build out scenarios and stress testing. Creating structure for debt amortization custom structure to solve for a given LTV and back into debt payments needed to achieve those targets. |
| 11/3/2020 | Manny Chavira | Plan Issues | 450.00 | 1.40 | 630.00 | Internal zoom call with J Katchadurian and A Alcor. Review of model and detail of both SKC and SEC. Discussed scenarios we need to consider and work on. |
| 11/3/2020 | Manny Chavira | Plan Issues | 450.00 | 1.10 | 495.00 | Call with AA and working session on model buildout continuation. Worked on QC the factor to turn off and shut off leases by month. |
| 11/3/2020 | Manny Chavira | Plan Issues | 450.00 | 1.00 | 450.00 | Call with AA and discussed new idea with why consolidated and sum of the parts is not reconciling and determined it was attributed to revenue payable including SKC and SEC portion. Updated model and reconcile amounts. |
| 11/3/2020 | Manny Chavira | Plan Issues | 450.00 | 0.60 | 270.00 | Continued working session with AA. Breaking out calculations piece by piece to account for the complicated accounting with seperating both companies. |
| 11/4/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.50 | 787.50 | Call with MC, JK RE sensitivities on operating model, review of final assumptions, prepare final print version for distribution |
| 11/4/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.30 | 682.50 | Update accounts receivable master file for lease mapping for contract cure analysis |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|------------------|------|-------|------------|-------------|
| 11/4/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.50 | 262.50 | Call with MC RE next steps to operating model, reconciliation of final version of operating model to bank to latest version of live model |
| 11/4/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.70 | 367.50 | Call with MC, JK RE final prepartion of model output for review by EWB, parties in interest |
| 11/4/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.30 | 682.50 | prepare live model, verify assumptions and match output provided to bank in PDF format |
| 11/4/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.70 | 367.50 | Call with JK RE Debtor's counsel strategy RE plan negotiations, gas plant analysis |
| 11/4/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.60 | 315.00 | Update gas plant operating expenses in operating model |
| 11/4/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.10 | 577.50 | Call with JK, MC RE operating model review of assumptions, gas plant economics, presentation format for parties in interest |
| 11/4/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.20 | 105.00 | Call with TB RE Gas Plant Analysis, verification of operating expenses for use in operating model |
| 11/4/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.90 | 472.50 | Generate Gas Plant P&L for North Beach and Abbyville plant for purposes of including in operating model |
| 11/4/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.50 | 787.50 | Review and prepare final operating model summaries for review with JK |
| 11/4/2020 | Manny Chavira | Plan Issues | 450.00 | 0.40 | 180.00 | Working on creating consolidated presentation module as requested with custom presentation. |
| 11/4/2020 | Manny Chavira | Plan Issues | 450.00 | 0.10 | 45.00 | Call with JK to discuss request to create consolidated view and review exhibits I shared. |
| 11/4/2020 | Manny Chavira | Plan Issues | 450.00 | 1.80 | 810.00 | Zoom call with AA and JK to go through Sklar latest model updates with breaking out Gas Plant revenue and expenses. Presented initial concept of summary presentation and began working on JK request for specific view. |
| 11/4/2020 | Manny Chavira | Plan Issues | 450.00 | 1.60 | 720.00 | Zoom call with AA and JK joined in on call. Working session compiling consolidated view. Iterations with exhibit presentation and creating checks in model to ensure values tie. Finalized modeling and shared exhibits with James and team. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|-----------------|------|-------|-----------|-------------|
| 11/4/2020 | Manny Chavira | Plan Issues | 450.00 | 1.60 | 720.00 | Working in model on presentation layer for a way to toggle entity and have it fit within one schedule. Process with seeing LCD of line items for presentation. |
| 11/4/2020 | Manny Chavira | Plan Issues | 450.00 | 1.30 | 585.00 | Completed Amortization model. Adjusted term period to better match LTV that is below 80%. Created additional date mapping given the beginning and ending months for various tabs. Began working on a summary presentation. |
| 11/4/2020 | Manny Chavira | Plan Issues | 450.00 | 1.30 | 585.00 | Zoom call with AA and JK to go through Sklar presentation and detailed calcs. Discussed presentation and what should be included for now with too much detail. Wrote notes on key items to present. |
| 11/4/2020 | Manny Chavira | Plan Issues | 450.00 | 1.20 | 540.00 | Completed working on alternate view and solved issue with print ranges not fitting in one page. Significant detail QC check with exhibits uniform across pages. Sent draft exhibits for review. |
| 11/4/2020 | Manny Chavira | Plan Issues | 450.00 | 0.70 | 315.00 | Zoom call and working session with Avery. Working on consolidated summary view. Linking through model. |
| 11/4/2020 | Manny Chavira | Plan Issues | 450.00 | 0.40 | 180.00 | Post call with Avery. Updated model to make assumptions section a collapse format to organize various drivers in the model. Compared values in model output vs shared exhibits since values were not reconciling. Fixed formula issue with shift in date headers. |
| 11/4/2020 | Manny Chavira | Plan Issues | 450.00 | 1.90 | 855.00 | Continued working in model after call. Working on a solution to bridge model months to years in automated controlled structure. Linked and adjusted amortization modeling to accommodate this. |
| 11/5/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.40 | 210.00 | Call with JK RE contract cure analysis, NSAI reserve report |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|-----------------|------|-------|-----------|-------------|
| 11/5/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.80 | 420.00 | Call with Lily Cheung, Chad Ireton RE probable reserve case presentation in final report versus preliminary estimates |
| 11/5/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.20 | 105.00 | Call with Lily Cheung RE Sklar reserve report probable classification |
| 11/5/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.40 | 735.00 | reconcile and group accounting transactions from Wolfepak into power pivot for evaluation and analysis of contract cure costs |
| 11/5/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.40 | 735.00 | Update Accounts Receivable, Cash Call Liability, Revenue Suspense detail worksheets through current |
| 11/5/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.90 | 472.50 | Call with Marshall Jones, Holmes Gwin, John Strausser, Sutton Loyd, Howard Sklar, TB, JK RE status of analysis on lease rejection and JOA analysis |
| 11/5/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.20 | 630.00 | Call with Holmes Gwin, John Strausser RE operating model, contract cure analysis, lease operating statement, preparation for discussion on leases 11/06 |
| 11/5/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.00 | 525.00 | Generate final summaries and tables for contract cures by lease for further review |
| 11/6/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.00 | 525.00 | Update lease operating statement by lease for historical average cash flow to assist in contract cure analysis |
| 11/6/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.80 | 420.00 | Update joint operating agreement, cure schedule for average monthly cash flow by lease |
| 11/6/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.00 | 525.00 | working session with Marshall Jones, John Strausser, JK, RE contract review, cash flow analysis, revenue payable versus accounts receivable by property |
| 11/6/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.30 | 682.50 | Update Sklar contract assumption, cure cost analysis to include reserve report values, JOA mapping from Sklar land department |
| 11/6/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.50 | 262.50 | Call with JK RE Sklar plan, strategy for contract cures, creditor negotiations |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|-----------------|------|-------|-----------|-------------|
| 11/6/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.90 | 472.50 | Update contract cure analysis to include reserve report values from NSAI Report, update mapping and data model |
| 11/6/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.20 | 105.00 | Call with JK RE sklar JOA rejection, impact on contract cures |
| 11/6/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.00 | 525.00 | Call with Marshall Jones, John Strausser, Sutton Loyd, RE grouping of leases, units by joint operating agreement for evaluation of contract cures |
| 11/6/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.70 | 367.50 | Update contract cure analysis for missing JOA mapping provided by Sklar land department |
| 11/8/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.30 | 682.50 | Call with Debtor's counsel, John Strausser, Marshall Jones RE 2004 examination preparatory discussions |
| 11/8/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.90 | 472.50 | Call with Debtor's counsel, John Strausser, Marshall Jones RE prepetition business practices, cash transactions, liquidity of company |
| 11/9/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.80 | 420.00 | Call with JK RE 2004 examination, plan strategy |
| 11/10/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.40 | 210.00 | Call with JK RE organizational structure of SklarEx and SklarCo Entities, follow up with Sklar management RE organizational documents |
| 11/10/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.20 | 105.00 | Run Wolfepak reports for HOW Trust settlement of JIBS for analysis |
| 11/10/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.90 | 472.50 | Update JIB analysis for period beginning January 2018 through March 2020 |
| 11/10/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.60 | 315.00 | Call with JK RE Howard Trust JIB versus Revenue analysis for two years preceeding petition date |
| 11/10/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.10 | 52.50 | Call with John Strausser, JK RE SEC agency services agreeement fee calculation |
| 11/10/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.60 | 315.00 | Call with JK RE CapEx spending for the 18 month period prior to filing by SklarEx |
| 11/11/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.20 | 105.00 | Create summary of contract analysis, send to Marshall Jones, John Strausser, Sutton Lloyd, JK for review |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 11/11/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.80 | 420.00 | Call with John Strausser, Marshall Jones, Sutton Lloyd RE economics on operated properties, analysis of cure costs versus reserve value for assumption or rejection |
| 11/11/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.30 | 157.50 | Review updated JOA mapping provided by Sutton Lloyd, follow up with Sutton Lloyd RE same |
| 11/11/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.00 | 525.00 | Call with John Strausser, Marshall Jones, Sutton Lloyd, JK RE JOA contract cure analysis |
| 11/11/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.50 | 262.50 | Call with John Strausser, Marshall Jones, Sutton Lloyd RE non-operated contract cures, JOA rejection analysis |
| 11/11/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | review of JOA's M Jones\J Strausser\ A Alcorn (1.0 |
| 11/12/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.40 | 210.00 | Call with JK RE JOA analysis, cash call liability for various operating agreements versus value |
| 11/12/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.70 | 367.50 | Call with Debtor's counsel, JK RE contract cure, JOA analysis |
| 11/12/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.70 | 367.50 | Call with John Strausser, Marshall Jones, Howard Sklar, TB, JK RE JOA cure cost analysis |
| 11/12/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.20 | 105.00 | Call with Debtor's counsel, JK RE plan & disclosure statement, plan negotiations |
| 11/12/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.80 | 420.00 | Call with JK, MC RE JOA analysis, comparison of historical versus projected economics, discussion RE same |
| 11/12/2020 | James Katchadurian | Plan Issues | 725.00 | 1.50 | 1,087.50 | Call w EW Bank and counsel re plan discussions (1.5); |
| 11/12/2020 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | Management strategy call w Sklar and Cr3 teams (0.5) |
| 11/12/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Call w D Graham\B Ford \ K Riley and A Alcorn re JOA analysis and related data review (1.0); |
| 11/12/2020 | James Katchadurian | Plan Issues | 725.00 | 0.80 | 580.00 | Call re JOA Analysis w A Alcorn\M Chavira (0.8); |
| 11/13/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.80 | 420.00 | Call with JK RE Sklar contract cure analysis, discussion of Mt. Carmel prospect area |
| 11/13/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.40 | 210.00 | Call with John Strausser, Marshall Jones, TB, JK RE update on bank conversation RE plan |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 11/13/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | JOA Review w A Alcorn (1.0); |
| 11/13/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Call w M Jones\J Strausser\T Bearup and A Alcorn re next steps and JOA analysis - data review (1.0); |
| 11/14/2020 | James Katchadurian | Plan Issues | 725.00 | 1.50 | 1,087.50 | Draft term sheet and plan formulation (1.5); |
| 11/14/2020 | James Katchadurian | Plan Issues | 725.00 | 1.50 | 1,087.50 | review of JOA Analysis (1.5) |
| 11/16/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.20 | 105.00 | Update JOA analysis by owner and send copy to JK for review and comment |
| 11/16/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.20 | 105.00 | Call with JK RE JOA contract analysis by working interest owner |
| 11/16/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.40 | 210.00 | Call with JK RE JOA analysis, split by owner instead of by JOA |
| 11/16/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.30 | 157.50 | Update JOA contract cure analysis by owner per request from JK |
| 11/16/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | revisions to term sheet (1.0) |
| 11/16/2020 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | Call w K Riley\J Brinen re various (0.5) |
| 11/16/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Term sheet revisions (1.0) |
| 11/17/2020 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | Followup call w K Riley re term sheet and open issues - review of same (0.5); |
| 11/17/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Call w K Riley\J Strausser\M Jones re plan \ term sheet (1.0); |
| 11/17/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Call w H Sklar re Plan Analysis (1.0); |
| 11/17/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | JOA Analysis \ Term Sheet Edits (1.0) |
| 11/18/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.20 | 630.00 | Call with JK RE updated model based on feedback and request from EWB |
| 11/18/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.30 | 157.50 | Review objection filed by Ad Hoc committee related to operatorship of Sklar assets |
| 11/18/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.50 | 262.50 | Call with JK RE updated on bank negotiations, feedback from bank RE plan outline |
| 11/18/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Call w S Bonomo and Mary Lou Allen re Plan term sheet and JOA analysis (1.0) |
| 11/18/2020 | James Katchadurian | Plan Issues | 725.00 | 1.50 | 1,087.50 | Call w UCC \ Sklar Counsel \EW Bank Counsel re Plan discussions and related followup (1.5) |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|------------------|------|-------|-----------|-------------|
| 11/18/2020 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | various emails re term sheet w S Bonomo and related (0.5) |
| 11/18/2020 | James Katchadurian | Plan Issues | 725.00 | 2.00 | 1,450.00 | Working session w A Alcorn re model for EW Bank (2.0) |
| 11/19/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.40 | 210.00 | Review motion to lift stay to removal Sklar as operator of Brooklyn fields |
| 11/19/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.00 | 525.00 | Call with JK RE progress on plan negotiations with bank, UCC, review of model assumptions for G&A |
| 11/19/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.30 | 157.50 | Call with JK, TB RE cash flow forecast reconciliation of G&A assumptions in model, verification of G&A in cash budget |
| 11/19/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.00 | 525.00 | Call with Marshall Jones, John Strausser, Holmes Gwin, JK RE G&A review, discussion of potential savings for Sklar Exploration |
| 11/19/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.30 | 157.50 | Call with JK RE discussion for revisions related to model based on G&A conversations with company |
| 11/19/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Call w Management - J Strausser\M Jones\H Gwin\T Bearup\ A Alcorn re G&A savings (1.0); |
| 11/19/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | working session w A Alcorn \ T Bearup (1.0) |
| 11/19/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Model review (1.0) |
| 11/19/2020 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | Call w K Riley\J Brinen\ A Alcorn (0.5) |
| 11/19/2020 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | Call w M Jones re budget and update (0.5); |
| 11/19/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Call and emails w Mary Lou Allen and S Bonomo and related followup (1.0); |
| 11/20/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.70 | 367.50 | Call with JK RE finalize operating model scenario, final print versions for circulation |
| 11/20/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.80 | 420.00 | Update Sklar operating model with SKC, SEC cash flow sharing |
| 11/20/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.00 | 525.00 | Call with JK RE Sklar operating model, G&A assumptions, update model per request from EWB |
| 11/20/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Call w K Riley re terms sheet (1.0) |
| 11/20/2020 | James Katchadurian | Plan Issues | 725.00 | 1.50 | 1,087.50 | Model working session w A Alcorn and followup items (1.5) |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|-----------------|------|-------|-----------|-------------|
| 11/20/2020 | James Katchadurian | Plan Issues | 725.00 | 0.80 | 580.00 | Call w A Alcorn re Model revisions (0.8) |
| 11/20/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Various call w K Riley and related correspondence re plan negotiations (1.0); |
| 11/20/2020 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | Call w W Snyder re strategy (0.5) |
| 11/20/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Call w H Sklar\A Hirsh\K Riley re plan discussions (1.0) |
| 11/21/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | proof model and termsheet (1.0) |
| 11/21/2020 | James Katchadurian | Plan Issues | 725.00 | 2.00 | 1,450.00 | review of documents in relation to 2004 examinations (2.0) |
| 11/21/2020 | James Katchadurian | Plan Issues | 725.00 | 0.30 | 217.50 | various correspondence re same (0.3) |
| 11/23/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.20 | 105.00 | Update list of working interest parties to include in cash flow analysis |
| 11/23/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.10 | 52.50 | Call with JK RE plan for further negotiations with EWB, UCC |
| 11/23/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.60 | 315.00 | Update cash flow reports from parties in interest in case, consolidate data sheet for combination, additional analysis |
| 11/23/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.80 | 420.00 | Summarize cash flows by working interest owner for Sklar parties in interest |
| 11/23/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.80 | 420.00 | Call with JK RE working interest owner cash flow generated over past 4 years |
| 11/25/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.20 | 105.00 | Call with JK RE 2004 examination, strategy for continued plan negotiations |