IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12377-EEB<br><br>(Jointly Administered) |

**MONTHLY FEE STATEMENT OF CR3 PARTNERS, LLC AND JAMES KATCHADURIAN AS CRO AND FINANCIAL ADVISOR TO THE DEBTORS <u>FOR THE PERIOD DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020</u>**

| Name of Applicant: | CR3 Partners, LLC | |
|---|---|---|
| Applicant's Role in Case: | Chief Restructuring Officer and Financial Advisor to the Debtors | |
| Date Order of Employment Entered: | June 15, 2020 [Dkt. No. 429] | |
| | Beginning of Period | End of Period |
| Time period covered by this statement: | 12/1/20 | 12/31/20 |
| **Summary of Total Fees and Expenses Requested** | | |
| Total Fees for Services Rendered During Statement Period | | $130,277.50 |
| Expenses (100%) | | $1,433.19 |
| **TOTAL FEES AND EXPENSES** | | **$131,710.69** |

Pursuant to the Order Approving Interim Advance Payment Procedures ("<u>Interim Compensation Order</u>") [Dkt. No. 322] entered by the Court on May 18, 2020, CR3 Partners, LLC ("<u>CR3</u>"), CRO and Financial Advisor to the Debtors, submits this Monthly Fee Statement of services rendered and expenses incurred in this case for the period from December 1, 2020 through December 31, 2020, (the "<u>Statement Period</u>").

**ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED**

A.     **Summary of Services Rendered by Each Professional**

The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each providing services during the Statement Period for which CR3 seeks compensation.

| Name | Position | Hours | Hourly Rate | Total Compensation |
|---|---|---|---|---|
| James Katchadurian | Partner | 89.8 | $725.00 | $65,105.00 |
| William Snyder [2] | Partner | 0.0 | $795.00 | |
| Avery Alcorn | Director | 43.1 | $525.00 | $22,627.50 |
| Todd Bearup | Director | 74.5 | $550.00 | $41,195.00 |
| Manny Chavira | Manager | 3.0 | $450.00 | $1,350.00 |
| **TOTAL FEES BY CONSULTANT** | | **210.8** | | **$130,277.50** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

The time records of CR3 consisting of a daily breakdown of the tasks performed organized by project category, and detail as to the disbursements incurred are attached as **Exhibit A** to this Monthly Fee Statement.

B.  Summary of Services Rendered By Category

The following itemization presents a summary of the services rendered by CR3 by Task Category.

| Task Category | Hours | Fees Earned |
|---|---|---|
| Bankruptcy Case Admin | 2.1 | $1,102.50 |
| Business Operations | 45.6 | $28,830.00 |
| Cash Management | 21.2 | $11,660.00 |
| Claims Management | 3.7 | $2,035.00 |
| Creditor Interaction | 0.4 | $210.00 |
| Creditor Issues | 1.2 | $660.00 |
| Debtor Issues | 13.5 | $7,425.00 |
| Fee Applications | 1.6 | $877.50 |
| Litigation | 23.8 | $17,255.00 |
| Operating Reports | 3.1 | $2,055.00 |
| Plan Issues | 84.7 | $52,722.50 |
| Statements | 9.9 | $5,445.00 |
| | | |
| | | |
| | | |
| **TOTAL HOURS AND FEES** | **210.8** | **$130,277.50** |

---

[2] All time incurred by William Snyder is written off in accordance with the agreement with the Debtors

### C. Summary of Expenses Incurred By Category

The following itemization presents a summary of the expenses incurred for the Statement Period by category of disbursement.

| Expense Category | Total Expenses |
|---|---|
| Admin Fee | $1,302.78 |
| Expense - Mileage | $130.41 |
| Expense - Meals | |
| Expense - Transportation | |
| Expense - Hotel | |
| Expense - Airfare | |
| Expense - Rental | |
| | |
| **TOTAL EXPENSES** | **$1,433.19** |

WHEREFORE, pursuant to the Interim Compensation Order, CR3 requests payment of compensation in the amount of (i) $130,277.50 on account of actual, reasonable and necessary professional services rendered to the Debtor by CR3 and (ii) reimbursement of actual and necessary costs and expenses in the amount of $1,433.19 incurred on behalf of the Debtor.

DATED: January 21, 2021

Respectfully submitted,

**CR3 Partners, LLC**

By: */s/ James Katchadurian*

# EXHIBIT A

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 12/6/2020 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.10 | 52.50 | Make Time Entries for WE 12/05 |
| 12/11/2020 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.30 | 157.50 | Call with JK RE 2004 examination on Sklar gas plant |
| 12/14/2020 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.10 | 52.50 | Make Time Entries in Nexonia for WE 12/12 |
| 12/16/2020 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 1.20 | 630.00 | Call with John Strausser, Marshall Jones, Debtor's counsel, JK RE hearing prep, strategy |
| 12/21/2020 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.20 | 105.00 | Make Time entries for WE 12/19 in Nexonia |
| 12/27/2020 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.10 | 52.50 | Make Time Entries in Nexonia for WE 12/26/2020 |
| 12/29/2020 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.10 | 52.50 | Follow up with Debtor's counsel RE document production related to 2004 examination |
| 12/1/2020 | Todd Bearup | Business Operations | 550.00 | 0.60 | 330.00 | Weekly update Ops call w/ Ops, COO, CFO to discuss Ops related to cash flow. |
| 12/1/2020 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Work w/ accounting to approve/send ops wires. |
| 12/1/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Call w Jones\J Strausser re status (0.5) |
| 12/1/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Call w EW Bank - S Bonomo \ Mary Lou Allen (0.5) |
| 12/1/2020 | James Katchadurian | Business Operations | 725.00 | 0.80 | 580.00 | Call w K Riley re term sheet and 2004 (0.8) |
| 12/2/2020 | Todd Bearup | Business Operations | 550.00 | 1.20 | 660.00 | Modify A/P run model after discussion and provide to CRO for final approval. |
| 12/2/2020 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Weekly A/P run call w/ accounting, CFO, Controller and COO. |
| 12/2/2020 | Todd Bearup | Business Operations | 550.00 | 0.70 | 385.00 | Correspondence w/ Kim Ramsey re: A/R balance. Perform A/R analysis and provide to management team and CRO. |
| 12/2/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Call w K Riley \ B Suzuki (0.5) |
| 12/2/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Call w a Alcorn (0.5) |
| 12/2/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Call w C Johnson \ B Suzuki\ K Riley (1.0) |
| 12/2/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Call w B Ford and Strago (1.0) |
| 12/2/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | call w K Riley re Plan (1.0) |
| 12/3/2020 | Todd Bearup | Business Operations | 550.00 | 0.70 | 385.00 | Work w/ accounting and CFO to approve/send wires, update cash forecast w/ latest information. |
| 12/3/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Call w K Riley re hearing (0.5) |
| 12/4/2020 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Review ops report. Work w/ acccounting to approve/send wires. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 12/4/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Call w k Riley re hearing prep (0.5); |
| 12/4/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | followup call re plan w J Brinen and K Riley and related followup (1.0); |
| 12/6/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | review of checklist (0.5) |
| 12/8/2020 | Todd Bearup | Business Operations | 550.00 | 0.60 | 330.00 | Weekly operations calls w/ COO, Ops, CFO to discuss project updates and cash impact. |
| 12/8/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | various emails w EW Bank Mary Lou Allen re hedging and general catch up (0.5) |
| 12/9/2020 | Todd Bearup | Business Operations | 550.00 | 0.70 | 385.00 | Prep for A/P run call, the call w/ Controller and accounting to walk through proposed A/P run for the week. |
| 12/9/2020 | Todd Bearup | Business Operations | 550.00 | 0.90 | 495.00 | Prepare proposed A/P package and email to CRO for approval/modification. |
| 12/9/2020 | James Katchadurian | Business Operations | 725.00 | 2.00 | 1,450.00 | review documents in relation to gas plant 2004 examination (2.0) |
| 12/10/2020 | Avery Alcorn | Business Operations | 525.00 | 0.70 | 367.50 | Update sklar operating model to include production forecast by field, product, reserve category per request from Holmes Gwin |
| 12/10/2020 | Avery Alcorn | Business Operations | 525.00 | 0.10 | 52.50 | Follow up with Holmes Gwin RE sklar hedging scenarios, send updated model for hedge sensitivities |
| 12/10/2020 | Todd Bearup | Business Operations | 550.00 | 0.20 | 110.00 | Work w/ Ben, Keri re: AJ invoice payments. |
| 12/10/2020 | Todd Bearup | Business Operations | 550.00 | 0.30 | 165.00 | Review Duane's summary of Gas Plant related 2004 Exam follow-up issues. |
| 12/10/2020 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Work w/ Controller re: Redwave security deposit issues. |
| 12/11/2020 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Work w/ Holmes re: payroll issues, proposed vs. forecast. |
| 12/11/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Various emails re gas plant and related data\document review (1.0); |
| 12/12/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | review of JOA Analysis (0.5) |
| 12/14/2020 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Correspondence w/ accounting, CFO. Transfer payroll payment. |
| 12/15/2020 | Todd Bearup | Business Operations | 550.00 | 0.60 | 330.00 | Weekly operations call w/ COO, CFO and Ops. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 12/16/2020 | Todd Bearup | Business Operations | 550.00 | 1.40 | 770.00 | Call w/ CFO, Controller and Bobbie to discuss this week's A/P. Modify proposed inputs in spreadsheet, provide commentary and doc to CRO for approval. |
| 12/17/2020 | Todd Bearup | Business Operations | 550.00 | 1.30 | 715.00 | Work w/ accounting re: information for disclosure statements. Send approved wires, correspondence w/ CFO, Controller. |
| 12/17/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Call w EW Bank - Mary Lou Allen\S Bonomo and A Alcorn (0.5) |
| 12/17/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | review of ap file and related variance reporting (0.5); |
| 12/17/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Team catchup call w. Sklar\CR3 and Counsel and related followup (1.0); |
| 12/18/2020 | Todd Bearup | Business Operations | 550.00 | 0.40 | 220.00 | Discussion w/ Controller re: full model production and pricing. Correspondence w/ Kim and CFO re: Florida Severance Tax. |
| 12/20/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Review of to do list (0.5) |
| 12/20/2020 | James Katchadurian | Business Operations | 725.00 | 0.30 | 217.50 | various admin - expense report (0.3) |
| 12/20/2020 | James Katchadurian | Business Operations | 725.00 | 0.20 | 145.00 | Email w W Snyder re Plan and DS (0.2) |
| 12/21/2020 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Weekly operations update call and follow-up discussion w/ CFO, COO. |
| 12/21/2020 | Todd Bearup | Business Operations | 550.00 | 1.50 | 825.00 | Discussions w/ CFO, accounting re: proposed A/P run for week. Subsequent modification of request and issuance of request to CRO. |
| 12/21/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Status call w M Jones re various (0.5); |
| 12/21/2020 | James Katchadurian | Business Operations | 725.00 | 0.30 | 217.50 | Follow on discussion re reserve values for private treaty sales (0.3); |
| 12/21/2020 | James Katchadurian | Business Operations | 725.00 | 0.30 | 217.50 | investor call (0.3) |
| 12/22/2020 | Todd Bearup | Business Operations | 550.00 | 1.20 | 660.00 | Discussion w/ CEO re: reorg plan, accept/reject certain wells. |
| 12/22/2020 | Todd Bearup | Business Operations | 550.00 | 0.80 | 440.00 | Work w/ CFO on past due JIBs analysis. |
| 12/23/2020 | Todd Bearup | Business Operations | 550.00 | 0.80 | 440.00 | Various correspondence w/ CFO and Debtor's counsel re: professional fee apps, timing of payments. |
| 12/23/2020 | Todd Bearup | Business Operations | 550.00 | 1.20 | 660.00 | Discussions w/ CFO and CEO re: Revenue Run vs. unpaid JIBS by WI holders vs. liquidity. |
| 12/23/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | call w J Strausser re cashflow and revenue setoff (0.5); |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 12/28/2020 | Avery Alcorn | Business Operations | 525.00 | 0.40 | 210.00 | Call with John Strausser, Marshall Jones, Howard Sklar, Debtor's counsel, JK RE collections issues for SklarEx on Joint Interest Billings |
| 12/28/2020 | Todd Bearup | Business Operations | 550.00 | 1.50 | 825.00 | Various correspondence w/ CFO, Controller, accounting re: wires, JIB-net discussion, A/P for week, Nov MOR, etc. |
| 12/28/2020 | James Katchadurian | Business Operations | 725.00 | 0.30 | 217.50 | Call w A Alcorn re JIB Nettiing model (0.3) |
| 12/28/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Call w J Strausser\D Graham\B Ford\M Jones and K Riley re unpaid JIB's and related (0.5) |
| 12/28/2020 | James Katchadurian | Business Operations | 725.00 | 0.20 | 145.00 | Call w K Riley re unpaid jibs (0.2) |
| 12/29/2020 | Todd Bearup | Business Operations | 550.00 | 0.90 | 495.00 | Work w/ accounting to send wires and various approvals. |
| 12/29/2020 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Review of Nov 2020 MOR (1.0); |
| 12/29/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Review of Munch Hardt Invoice and emails w EW re same (0.5) |
| 12/29/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | review ar analysis (0.5) |
| 12/30/2020 | Todd Bearup | Business Operations | 550.00 | 1.60 | 880.00 | Conf call w/ accounting to discuss week's A/P run. Modify SEC and SKC requests and plug into model. Provide to CRO for approval. |
| 12/30/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Call w JJS - Justin and J Hardy (0.5); |
| 12/30/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Review fiinal MOR (0.5); |
| 12/30/2020 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Call w K Riley re various (0.5); |
| 12/31/2020 | Todd Bearup | Business Operations | 550.00 | 0.20 | 110.00 | Review pricing production report |
| 12/31/2020 | James Katchadurian | Business Operations | 725.00 | 0.20 | 145.00 | review of foote oil stip (0.2); |
| 12/1/2020 | Todd Bearup | Cash Management | 550.00 | 1.50 | 825.00 | Work w/ accounting re: coding for budget-to-actuals for variance report. |
| 12/2/2020 | Todd Bearup | Cash Management | 550.00 | 1.90 | 1,045.00 | Finalize weekly variance report and update cash forecast and provide to CRO. |
| 12/4/2020 | Todd Bearup | Cash Management | 550.00 | 0.50 | 275.00 | Update cash forecast based on lastet intel. |
| 12/7/2020 | Todd Bearup | Cash Management | 550.00 | 1.90 | 1,045.00 | Review production over the weekend. Update cash forecast. Prep model for inclusion of actuals. |
| 12/8/2020 | Todd Bearup | Cash Management | 550.00 | 1.70 | 935.00 | Work w/ accounting to provide actuals for weekly variance report. |
| 12/9/2020 | Todd Bearup | Cash Management | 550.00 | 1.90 | 1,045.00 | Finalize variance report, update cash forecast with latest intel. |
| 12/9/2020 | Todd Bearup | Cash Management | 550.00 | 0.70 | 385.00 | Walk through updated cash forecast CFO and discuss issues and potential modifications. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 12/10/2020 | Todd Bearup | Cash Management | 550.00 | 0.20 | 110.00 | Review upcoming severance tax approval request from Kim. |
| 12/10/2020 | Todd Bearup | Cash Management | 550.00 | 0.20 | 110.00 | Discuss w/ John re: clarification on upcoming CapEx related payment cash vs. transfer price accouting. |
| 12/14/2020 | Todd Bearup | Cash Management | 550.00 | 1.90 | 1,045.00 | Update cash forecast and modify in preperation for actuals and variance report. |
| 12/15/2020 | Todd Bearup | Cash Management | 550.00 | 1.80 | 990.00 | Work w/ accounting for last week's actuals coded into forecast for variance report. |
| 12/16/2020 | Todd Bearup | Cash Management | 550.00 | 1.50 | 825.00 | Finalize variance report and update cash forecast. Provide to CRO. |
| 12/28/2020 | Todd Bearup | Cash Management | 550.00 | 1.80 | 990.00 | Update forecast, prep model of actuals. |
| 12/29/2020 | Todd Bearup | Cash Management | 550.00 | 1.70 | 935.00 | Work w/ accounting to code in actuals for prior week. Work on VAR report. |
| 12/30/2020 | Todd Bearup | Cash Management | 550.00 | 2.00 | 1,100.00 | Finalize variance report and update cash forecast. Provide to CRO. |
| 12/21/2020 | Todd Bearup | Claims Management | 550.00 | 1.80 | 990.00 | Prep forecast for actuals, update w/ the latest intel. |
| 12/22/2020 | Todd Bearup | Claims Management | 550.00 | 1.90 | 1,045.00 | Work on variance report and update cash forecast. Provide to CRO. |
| 12/17/2020 | Avery Alcorn | Creditor Interaction | 525.00 | 0.40 | 210.00 | Call with Mary Lou Allen, Stuart Bonomo, JK RE draft plan & disclosure statement |
| 12/15/2020 | Todd Bearup | Creditor Issues | 550.00 | 0.50 | 275.00 | Work w/ CFO and accounting to attempt to resolve Bloomberg payment issue. |
| 12/17/2020 | Todd Bearup | Creditor Issues | 550.00 | 0.70 | 385.00 | Discussion and follow-up w/ Bloomberg re: outstanding payment confusion. |
| 12/1/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.70 | 385.00 | Finalize and upload key-word search sans privileged emails re: Tauber Group 2004 Exam. |
| 12/3/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.00 | 550.00 | Read filing re: Ad Hoc Committee info requests from Debtor's counsel. Begin to coordinate with management team to begin gathering data to satisfy requests. |
| 12/7/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.90 | 1,045.00 | Meeting w/ debtor's counsel, CRO and mgmnt team to prep for Gas Plant related 2004 exam. Post meeting discussions w/ management team. Strategy and assignments for plan. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 12/7/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.80 | 440.00 | Management team discussion re: how best to provide info for Ad Hoc Committee 2004 Exam. |
| 12/7/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.50 | 275.00 | Update discussion w/ debtor's counsel and CRO. |
| 12/8/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.30 | 165.00 | Discussion w/ CRO re: update and strategy for case. |
| 12/8/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.60 | 330.00 | Follow-up w/ management team re: Ad Hoc Committee 2004 Exam. |
| 12/10/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.40 | 220.00 | Review/modify AJ's first attempt at search word list related to Ad Hoc Committee 2004 Exam info request list. |
| 12/11/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.90 | 495.00 | Conference call w/ Armbrecht Jackson, CFO, COO, CMO, Landman re: 2004 request responses for Ad Hoc Committee. |
| 12/11/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.20 | 660.00 | Discussion w/ CEO re: 24-week actual cash flow vs. forecast full model including SEC and SKC. |
| 12/14/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.70 | 385.00 | Review filings and provide to COO and CFO. |
| 12/15/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.30 | 165.00 | Review filings and provide to COO and CFO. |
| 12/16/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.50 | 275.00 | Read Ad Hoc Comm filings. And provide to COO and CFO. |
| 12/18/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.20 | 110.00 | Provide CRO w/ fee accrual calculation. |
| 12/21/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.30 | 165.00 | Correspondence w/ CRO, CFO re: liquidity and forecasts. |
| 12/23/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.50 | 275.00 | Read filings. |
| 12/30/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.80 | 440.00 | Discussion w/ controller re: attempt to answer CRO's info request. |
| 12/31/2020 | Todd Bearup | Debtor Issues | 550.00 | 1.30 | 715.00 | Discussion w/ Controller in attempt to begin analysis requested by CRO. |
| 12/31/2020 | Todd Bearup | Debtor Issues | 550.00 | 0.60 | 330.00 | Review monthly SEC JIB runs and transfers from SEC Rev acct. to SEC Op account. |
| 12/2/2020 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Roundtrip between home/client |
| 12/7/2020 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Roundtrip between home/client. |
| 12/7/2020 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Roundtrip between home/client. |
| 12/8/2020 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Roundtrip between home/client. |
| 12/9/2020 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Roundtrip between home/client. |
| 12/22/2020 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Roundtrip between home/client |
| 12/23/2020 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Roundtrip between home/client |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 12/8/2020 | Avery Alcorn | Fee Applications | 525.00 | 0.10 | 52.50 | Call with TB RE October 2020 fee statement, formatting follow up for detailed entries |
| 12/29/2020 | Todd Bearup | Fee Applications | 550.00 | 1.50 | 825.00 | Work on November Fee App, submit to CRO for approval. |
| 12/3/2020 | James Katchadurian | Litigation | 725.00 | 1.00 | 725.00 | Call w Ad Hoc Committee (1.0) |
| 12/3/2020 | James Katchadurian | Litigation | 725.00 | 1.00 | 725.00 | Call w K Riley and related emails\data request review re 2004 exam Ad Hoc (1.0) |
| 12/5/2020 | James Katchadurian | Litigation | 725.00 | 2.00 | 1,450.00 | Review 2004 examination requests and gas plant data review (2.0); |
| 12/7/2020 | James Katchadurian | Litigation | 725.00 | 0.30 | 217.50 | Call w T Bearup re AD Hoc 2004 requests (0.3) |
| 12/7/2020 | James Katchadurian | Litigation | 725.00 | 1.50 | 1,087.50 | Call w D Graham \ B Ford\ M Jones\ J Strausser and T Bearup (1.5); |
| 12/8/2020 | James Katchadurian | Litigation | 725.00 | 2.00 | 1,450.00 | Tauber 2004 - Document review(2.0); |
| 12/9/2020 | James Katchadurian | Litigation | 725.00 | 0.50 | 362.50 | call w K Riley re 2004 Examination (0.5); |
| 12/10/2020 | James Katchadurian | Litigation | 725.00 | 5.00 | 3,625.00 | Gas Plant Depo (1-6pm) (5.0) |
| 12/10/2020 | James Katchadurian | Litigation | 725.00 | 2.00 | 1,450.00 | Deposition Prep (2.0) |
| 12/10/2020 | James Katchadurian | Litigation | 725.00 | 1.00 | 725.00 | 2004 Prep session w D Graham \ B Ford\ K Riley and review (1.0) |
| 12/10/2020 | James Katchadurian | Litigation | 725.00 | 0.50 | 362.50 | Call w K Riley and B Suzuki re plan and related followup (0.5) |
| 12/13/2020 | James Katchadurian | Litigation | 725.00 | 1.00 | 725.00 | various emails re gas plant analysis and related data\document review (1.0); |
| 12/16/2020 | James Katchadurian | Litigation | 725.00 | 2.00 | 1,450.00 | Review of Ad Hoc Committee exhibits (2.0); |
| 12/17/2020 | James Katchadurian | Litigation | 725.00 | 2.00 | 1,450.00 | Hearing w Judge Brown. - Ad Hoc Lift Stay and Discovery Dispute (2.0); |
| 12/17/2020 | James Katchadurian | Litigation | 725.00 | 1.50 | 1,087.50 | hearing preparation (1.5) |
| 12/30/2020 | James Katchadurian | Litigation | 725.00 | 0.50 | 362.50 | Emails re doc production and related research (0.5); |
| 12/2/2020 | James Katchadurian | Operating Reports | 725.00 | 1.00 | 725.00 | Call w M Jones and related followup (1.0) |
| 12/4/2020 | James Katchadurian | Operating Reports | 725.00 | 1.00 | 725.00 | Status conference - judge brown (1.0); |
| 12/28/2020 | Todd Bearup | Operating Reports | 550.00 | 0.60 | 330.00 | Review November MOR. |
| 12/31/2020 | Todd Bearup | Operating Reports | 550.00 | 0.50 | 275.00 | Correspondence w/ Brandon and review of SEC Rev & JIB to Sklarco analysis. |
| 12/2/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.50 | 262.50 | Call with JK RE plan negotiation status, position(s) of parties in interest |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 12/3/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Call w H Sklar (1.0) |
| 12/4/2020 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | Call w R Paddock - Strago re plan (0.5) |
| 12/4/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | call w K Riley and A Hirsh re plan (1.0); |
| 12/7/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.20 | 105.00 | Call with JK RE Sklar plan process, updated on negotiations with parties in interest |
| 12/7/2020 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | Call w K Riley \ T Bearup re status\plan formulation (0.5) |
| 12/8/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.40 | 210.00 | Call with Mary Lou Allen, Stuart Bonomo, JK RE Sklar plan structure |
| 12/8/2020 | James Katchadurian | Plan Issues | 725.00 | 0.10 | 72.50 | Call w K Riley (0.1); |
| 12/8/2020 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | Call w EW Bank - S Bonomo \ Mary Lou Allen and A Alcorn and related. Followup (0.5) |
| 12/9/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.70 | 367.50 | Update Sklar accounts receivable mapping, review JJS Interest North Beach accounts receivable |
| 12/9/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.60 | 315.00 | Call with MC, JK RE Sklar plan process, request to refresh JOA analysis with current data |
| 12/9/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.00 | 525.00 | Generate reports from Wolfepak for updated AR Aging, suspense, cash call liability |
| 12/9/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Call re Plan w K Riley\A Hirsh and related followup (1.0) |
| 12/10/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.70 | 367.50 | Master master power pivot table for JOA contract analysis, review and correct errors |
| 12/10/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.70 | 367.50 | Update Claims Master power pivot for accounts receivable through 12/07 |
| 12/10/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.90 | 472.50 | Finalize cross mapping for accounts receivable without mapping to a well name |
| 12/10/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.80 | 420.00 | Update accounts receivable mapping for missing well names, research JJS North Beach invoices, ED Leigh McMillan |
| 12/10/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.40 | 210.00 | Finalize update, generate summary tables of updated JOA analysis by owner & by JOA, send same to JK for review |
| 12/11/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.20 | 105.00 | Follow up with JK RE JOA anlysis by JOA, and by Owner |
| 12/12/2020 | James Katchadurian | Plan Issues | 725.00 | 0.10 | 72.50 | coordinate call w EW Bank (0.1); |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 12/13/2020 | James Katchadurian | Plan Issues | 725.00 | 2.00 | 1,450.00 | review \ comment on plan and ds (2.0) |
| 12/14/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.50 | 262.50 | Review Sklar operating model assumptions, review price assumptions relative to strip on 12/14, review gas plant changes |
| 12/14/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.40 | 210.00 | Review contract cure analysis by JOA, follow up with JK RE same |
| 12/14/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.80 | 945.00 | Call with Marshall Jones, John Strausser, Howard Sklar, Debtor's counsel, JK, MC RE JOA contract review, discussion of economics for assumption rejection |
| 12/14/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.50 | 262.50 | Update Sklar contract cure analysis based on discussion with Debtor's management team |
| 12/14/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.30 | 157.50 | Review Kottwitz #8 well, check for other well name duplication in master A/R file, update JOA analysis and send to working group for review |
| 12/14/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.00 | 525.00 | Call with JK RE gas plant analysis, economics, contract, JOA review |
| 12/14/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.50 | 262.50 | Call with MC RE Sklar contract cure analysis, review of Mt. Carmel economics |
| 12/14/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.50 | 787.50 | Call with Debtor's counsel, John Strausser, Marshall Jones, Howard Sklar, MC, JK RE gas plant analysis, economics, contract cure analysis |
| 12/14/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.30 | 157.50 | Update Sklar operating model for revised gas plant economics |
| 12/14/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Call w EW Bank and related counsel (1.0) |
| 12/14/2020 | James Katchadurian | Plan Issues | 725.00 | 1.50 | 1,087.50 | Working session w A Alcorn\M Chavira re JOA analysis and Model (1.5): |
| 12/14/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Review of Plan and DS Drafts (1.0); |
| 12/14/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | review of joa anlysis (1.0) |
| 12/14/2020 | James Katchadurian | Plan Issues | 725.00 | 1.50 | 1,087.50 | Working Session w D Graham \ M Jones \ H Sklar \ J Strausser \ K Riley \ A Alcorn (1.5); |
| 12/14/2020 | James Katchadurian | Plan Issues | 725.00 | 2.00 | 1,450.00 | Working sessiion - JOA Analysis w A Alcorn\M Chavira\ M Jones\J Strausser\H Sklar (2.0); |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 12/15/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.40 | 210.00 | Run Model scenarios for reduction in COPAS operating income, Brooklyn loss of operatorship |
| 12/15/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.20 | 105.00 | Read Response and reply related to Ad Hoc Committee efforts to lift stay to vote on Operatorship of Brooklyn units |
| 12/15/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.70 | 367.50 | Review Murder Creek, Kirkland field reserve values, compare cash flow & reserve value from NSAI to TW McGuire report |
| 12/15/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.40 | 735.00 | Call with JK, MC RE Sklar operating model, contract lease rejection, SklarCo versus SklarEx operating income |
| 12/15/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.70 | 367.50 | Update Sklar Operating Model for tentative contracts to be rejected by SklarCo, SklarEx |
| 12/15/2020 | Manny Chavira | Plan Issues | 450.00 | 1.20 | 540.00 | Internal zoom call with J Katchadurian and A Alcorn working session on JOAs and discussions on financials and strategy. |
| 12/15/2020 | Manny Chavira | Plan Issues | 450.00 | 0.50 | 225.00 | Review of Sklar exhibits sent by A Alcorn. |
| 12/15/2020 | James Katchadurian | Plan Issues | 725.00 | 2.00 | 1,450.00 | Review of plan \ ds and joa analysis (2.0) |
| 12/15/2020 | James Katchadurian | Plan Issues | 725.00 | 1.50 | 1,087.50 | working session w A Alcorn\M Chavira re model revsions and JOA analysis (1.5); |
| 12/16/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.70 | 367.50 | Review COPAS overhead charges in lease operating statement by lease, compare to by lease assumptions in Sklar operating model |
| 12/16/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.20 | 630.00 | Call with JK, MC RE Sklar operating model, review of changes relative to gas plant economics, contract rejection |
| 12/16/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.60 | 315.00 | Update Sklar operating model, print presentation layers, provide model output as well as updated JOA analysis to Sklar working group for review |
| 12/16/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.10 | 52.50 | Review COPAS data by lease in lease operating statement |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 12/16/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.20 | 630.00 | Call with John Strausser, Marshall Jones, Debtor's counsel, JK RE JOA analysis changes to Sklar operating model based on new information from gas plant |
| 12/16/2020 | Manny Chavira | Plan Issues | 450.00 | 1.30 | 585.00 | Internal zoom call with J Katchadurian and A Alcorn working session on JOAs and discussing strategy related to fields and latest assumptions running in the model. |
| 12/16/2020 | James Katchadurian | Plan Issues | 725.00 | 2.50 | 1,812.50 | Working session re JOA Analysis and Projections and hearing prep - w M Jones\J Strausser\A Alcorn \. D Graham\B Ford (2.5); |
| 12/16/2020 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | Call w K Riley re Plan comments and other open issues (0.5); |
| 12/16/2020 | James Katchadurian | Plan Issues | 725.00 | 1.50 | 1,087.50 | Working Session w M Chavira\A Alcorn re JOA analysis and Model revisions (1.5); |
| 12/17/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.70 | 367.50 | Call with JK RE contracts within schedule G, progress cross-mapping JOAs |
| 12/17/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.20 | 105.00 | Review Wolfepak contract files for missing joint operating agreements for plan exhibit |
| 12/17/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.30 | 682.50 | Listen to hearing before Honorable Judge Brown RE motion to lift stay by Ad Hoc Committee |
| 12/17/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.50 | 262.50 | Call with JK RE Sklar hearing, updated analysis for joa contract cures |
| 12/17/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.60 | 315.00 | Complete cross-referencing between JOA analysis and Schedule G, follow up with Marshall Jones, Sutton Lloyd for assistance with missing legal descriptions |
| 12/17/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.20 | 105.00 | Review updated comments from Sutton Lloyd RE JOA mapping to Sklar operated properties |
| 12/17/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.30 | 157.50 | Read draft SklarEx and SklarCo Plan, review support for lift stay motion from Ad Hoc Committee |
| 12/17/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.60 | 315.00 | Call with John Strausser, Marshall Jones, Howard Sklar, Debtor's counsel, JK RE plan & disclosure statement |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 12/17/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.50 | 262.50 | Review schedule G contracts, create cross-reference table for JOA assumption & rejection exhibit |
| 12/17/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | review of JOA analysis (1.0); |
| 12/17/2020 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | review of ar analysis and modify same (0.5); |
| 12/17/2020 | James Katchadurian | Plan Issues | 725.00 | 1.50 | 1,087.50 | Review of markup of plan from B Suzuki and disclosure statement draft (1.5); |
| 12/18/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.50 | 262.50 | Generate draft Exhibits for contract rejection for SklarEx and SklarCo |
| 12/18/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.30 | 157.50 | Create summary schedule for Sklar land department review, send to Sutton Lloyd, Mary McPhillips, Marshall Jones for review & comment |
| 12/18/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.50 | 787.50 | Update JOA contract mapping for use in exhibit, cross-reference additional contract descriptions provided by Sutton Lloyd, Mary McPhilips into master assumption, rejection document |
| 12/18/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.10 | 577.50 | Update contract descriptions for various prospects missing from Schedule G for purposes of including in accepted and rejected contract exhibit of Plan |
| 12/18/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.10 | 52.50 | Call with Sutton Lloyd RE coordination of contract descriptions for Plan schedule / exhibit |
| 12/18/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.20 | 105.00 | Call with JK RE Sklar contract schedule for Plan filing |
| 12/18/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.80 | 420.00 | Research, download Sklar agreements from Sklar network to include in Plan filing, Follow up with Sutton Lloyd RE update on remaining contracts |
| 12/18/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.80 | 420.00 | Review non-operated SklarCo folders, download SklarCo missing agreement, send update to |
| 12/18/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.80 | 420.00 | Call(s) with JK RE changes to exhibits to Plan & Disclosure statement, revise, update and send changes to Debtor's counsel |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 12/18/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.50 | 787.50 | Finalize Exhibits E, F, G & H for all contract assumption reject, associated cure costs, send to Debtor's counsel for review, comment |
| 12/18/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.30 | 157.50 | Review Kodiak Compression Services Agreement, office leases, other small supplier contracts to include in Exhibit to Plan |
| 12/18/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.10 | 52.50 | Call with John Strausser RE letters of credit and cash collateralized P&A obligations |
| 12/18/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.20 | 105.00 | Compare draft Exhibit for Rejection & Assumption against master list of all contracts |
| 12/18/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.40 | 210.00 | Call with JK RE non oil & gas contracts to assume and reject |
| 12/18/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.20 | 630.00 | Review contracts to be rejected, confirm other contracts which are related to or arise out of contracts in the exhibit with cure costs |
| 12/18/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | review joa \contract assume and reject analysis (1.0) |
| 12/18/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Review and revise liquidation analysis (1.0) |
| 12/18/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | review plan and ds (1.0) |
| 12/18/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Call w K Riley re plan\ds open issues and related review of the plan markup (1.0) |
| 12/18/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Meeting re JOA anlsysis w A Alcorn and review of related data (1.0); |
| 12/18/2020 | James Katchadurian | Plan Issues | 725.00 | 2.00 | 1,450.00 | working session for final review and revisions to plan, ds, exhibits and related - (2.0) |
| 12/18/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Review of DS Draft comments (1.0) |
| 12/18/2020 | James Katchadurian | Plan Issues | 725.00 | 2.00 | 1,450.00 | final signoff (0.5) |
| 12/19/2020 | James Katchadurian | Plan Issues | 725.00 | 0.20 | 145.00 | email w S Bonomo at EW Bank (0.2); |
| 12/19/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | re-read of plan and ds (1.0); |
| 12/21/2020 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | Call w K Riley re Mediation and analysis of creditors (0.5) |
| 12/22/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Review of JOA analysis (1.0); |
| 12/22/2020 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | Calls w K Riley re mediation and related emails re costs \ structure of mediation (0.5) |
| 12/22/2020 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | Call w J Hardy re JJS Interests (0.5); |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 12/23/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.60 | 315.00 | Research Castleberry Prospect Agreement, Myrtis Ellis JOA question from interested party provided by Debtor's counsel |
| 12/23/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.30 | 157.50 | Call with JK RE plan negotiations status, Unsecured Creditor Committee waiting for mediation to begin negotiating plan |
| 12/28/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.00 | 525.00 | Research contractual counterparties to proposed contract assumption, amounts owed under A/R, generate summary schedule and follow up with JK for review |
| 12/28/2020 | Avery Alcorn | Plan Issues | 525.00 | 0.50 | 262.50 | Call with JK RE analysis on Joint Interest Billing parties who are not paying post-petition amounts owing to SklarEx, impact on plan confirmation |
| 12/28/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Call w H Sklar (1.0); |
| 12/29/2020 | Avery Alcorn | Plan Issues | 525.00 | 1.10 | 577.50 | Follow up with Debtor's counsel, JK RE SklarEx accounts receivable for certain properties proposed to be rejected |
| 12/29/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Review and revise mediation statement (1.0) |
| 12/30/2020 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | review and edit mediation statement (1.0); |
| 12/7/2020 | Todd Bearup | Statements | 550.00 | 1.80 | 990.00 | Begin to review disclosure statement. |
| 12/11/2020 | Todd Bearup | Statements | 550.00 | 1.70 | 935.00 | Continued review of comment on disclosure statement and management teams commentary. |
| 12/17/2020 | Todd Bearup | Statements | 550.00 | 1.40 | 770.00 | Continue correspondence w/ debtor's counsel providing requested information for disclosure statement. |
| 12/17/2020 | Todd Bearup | Statements | 550.00 | 1.70 | 935.00 | Review latest disclosure statement and provide feedback to Debtor's counsel. |
| 12/18/2020 | Todd Bearup | Statements | 550.00 | 1.80 | 990.00 | Review and comment on latest version of the Plan and Disclosure Statement. |
| 12/18/2020 | Todd Bearup | Statements | 550.00 | 1.50 | 825.00 | Provide additional information to Debtor's counsel re: Disclosure Statement |