| Customer Name | Inv Amount | Current | 30 days | 60 days | 90 days |
|---|---:|---:|---:|---:|---:|
| McCombs Energy Ltd., LLC | 609,494.53 | 74,408.99 | 82,602.63 | 84,327.33 | 368,155.58 |
| Kudzu Oil Properties, LLC | 199,418.43 | 13,168.63 | 12,485.57 | 64,764.05 | 109,000.18 |
| FPCC USA, Inc. | 178,878.63 | 31,704.80 | 40,072.30 | 42,197.07 | 64,904.46 |
| JJS Interests Escambia, LLC | 133,036.58 | 0.00 | 8,891.67 | 0.00 | 124,144.91 |
| McCombs Exploration, LLC | 116,996.58 | 12,220.28 | 11,753.20 | 12,193.35 | 80,829.75 |
| TDX Energy, LLC | 83,284.57 | 7,552.07 | 6,638.93 | 6,234.23 | 62,859.34 |
| JJS Working Interests LLC | 75,312.84 | 0.00 | 0.00 | 75,312.84 | 0.00 |
| Charter Energy Partners LLC | 73,101.16 | 617.00 | 0.00 | 72,484.16 | 0.00 |
| Twin Bridges Resources LLC | 73,101.16 | 617.00 | 0.00 | 72,484.16 | 0.00 |
| Carl Herrin Oil and Gas, L.L.C. | 72,834.29 | 7,446.85 | 6,452.72 | 8,398.90 | 50,535.82 |
| Tenexco, Inc. | 70,004.04 | 7,590.94 | 6,631.03 | 8,820.05 | 46,962.02 |
| Fant Energy Limited | 61,611.91 | 0.00 | 0.00 | 0.00 | 61,611.91 |
| McCombs Energy Ltd., LLC | 55,573.64 | 7,695.80 | 6,678.86 | 8,076.08 | 33,122.90 |
| Parous Energy, L.L.C. | 34,535.24 | 3,498.32 | 3,066.89 | 3,999.84 | 23,970.19 |
| Craft Exploration Company L.L.C. | 31,804.04 | 3,476.02 | 2,737.21 | 3,904.80 | 21,686.01 |
| Resource Ventures, LLC | 28,765.27 | 4,198.18 | 3,729.17 | 5,084.38 | 15,753.54 |
| Coastal Exploration, Inc. | 27,208.80 | 3,580.62 | 3,147.94 | 4,128.37 | 16,351.87 |
| K.C. Whittemore | 26,805.05 | -521.78 | -588.36 | -1,052.54 | 28,967.73 |
| LCJ Resources, LLC | 25,459.48 | 185.10 | 0.00 | 25,274.38 | 0.00 |
| Genesis Resources, LLC | 25,289.03 | 692.37 | 488.25 | 24,108.41 | 0.00 |
| Embayment Production, LLC | 23,988.64 | 2,316.57 | 2,012.05 | 2,596.65 | 17,063.37 |
| Hughes 2000 CT LLC | 23,000.62 | 19,731.95 | 3,268.67 | 0.00 | 0.00 |
| Pruet Production Co. | 22,334.04 | 22,334.04 | 0.00 | 0.00 | 0.00 |
| JF Howell Interests, LP | 22,121.39 | 19,067.45 | 3,053.94 | 0.00 | 0.00 |
| The Rudman Partnership | 18,474.57 | 18,474.57 | 0.00 | 0.00 | 0.00 |
| Lucas Petroleum Group, Inc. | 18,410.27 | 18,410.27 | 0.00 | 0.00 | 0.00 |
| Sepulga River Fuels, LLC | 17,956.84 | 1,816.29 | 1,594.43 | 2,093.38 | 12,452.74 |
| SDMF Holdings, LLC | 17,847.62 | 129.57 | 0.00 | 17,692.06 | 25.99 |
| Jones Energy Company, LLC | 15,297.96 | 111.06 | 0.00 | 15,164.63 | 22.27 |
| Rosebud Energy Development, LLC | 15,297.96 | 111.06 | 0.00 | 15,164.63 | 22.27 |

| | | | | | |
|---|---:|---:|---:|---:|---:|
| Vickery Exploration, LLC | 15,199.55 | 1,543.24 | 1,340.20 | 1,735.54 | 10,580.57 |
| Hanson Operating Co. Inc. | 12,620.31 | 12,620.31 | 0.00 | 0.00 | 0.00 |
| Cayman Resources, Inc. | 12,583.70 | 454.06 | 398.60 | 523.34 | 11,207.70 |
| Chanse Resources, L.L.C. | 12,029.91 | 858.28 | 1,135.76 | 1,797.44 | 8,238.43 |
| Franks Exploration Co. LLC | 12,018.24 | 12,018.24 | 0.00 | 0.00 | 0.00 |
| J & A Harris LP | 11,537.75 | 11,537.75 | 0.00 | 0.00 | 0.00 |
| Black Banks, LLC | 10,183.80 | 74.04 | 0.00 | 10,109.76 | 0.00 |
| Cold Spring Energy LLC | 10,183.80 | 74.04 | 0.00 | 10,109.76 | 0.00 |
| Tauber Exploration & Production Co | 9,731.25 | 9,731.25 | 0.00 | 0.00 | 0.00 |
| DCOD LLC | 9,079.55 | 7,817.98 | 1,261.57 | 0.00 | 0.00 |
| Apple River Investments, L.L.C. | 9,058.82 | 2,249.52 | 0.00 | 0.00 | 6,809.30 |
| Sugar Oil Properties, L.P. | 8,537.58 | 8,537.58 | 0.00 | 0.00 | 0.00 |
| Bundero Investment Company, L.L.C. | 8,400.68 | 8,400.68 | 0.00 | 0.00 | 0.00 |
| DBC Resources LP | 8,191.98 | 8,191.98 | 0.00 | 0.00 | 0.00 |
| In2tex 3LP | 7,654.56 | 1,620.04 | 1,463.97 | 956.37 | 3,614.18 |
| McCombs Energy Ltd., LLC | 7,578.19 | 1,910.89 | 966.97 | 1,160.41 | 3,539.92 |
| Strago Petroleum Corporation | 7,408.21 | 552.77 | 628.24 | 1,037.33 | 5,189.87 |
| Anderson Investment Holdings, LP | 7,293.89 | 0.00 | 0.00 | 7,293.89 | 0.00 |
| Sellars Family, LLC | 7,265.76 | 1,560.49 | -1,385.21 | 1,747.10 | 5,343.38 |
| Tisdale Natural Resources, LLC | 7,053.36 | 323.22 | 273.27 | 490.02 | 5,966.85 |
| Gateway Exploration, LLC | 6,991.18 | 963.92 | 897.05 | 1,240.37 | 3,889.84 |
| ELBA Exploration LLC | 6,864.44 | 471.82 | 537.77 | 887.35 | 4,967.50 |
| Craft Exploration Company L.L.C. | 5,532.27 | 4,961.10 | 571.17 | 0.00 | 0.00 |
| Yelbom Oil, Inc. | 5,186.14 | 166.87 | 224.67 | 186.56 | 4,608.04 |
| Kirkiez LLC | 5,103.90 | 37.02 | 0.00 | 5,054.87 | 12.01 |
| Trinity Exploration LLC | 5,103.90 | 37.02 | 0.00 | 5,054.87 | 12.01 |
| 3 Lloyds Exploration Company LLC | 5,091.89 | 37.02 | 0.00 | 5,054.87 | 0.00 |
| Petroleum Investments Inc. | 4,837.59 | 1,343.28 | 1,367.53 | 2,126.78 | 0.00 |
| Rawls Resources, Inc. | 4,681.16 | 556.92 | 375.31 | 728.21 | 3,020.72 |
| KMR Investments LLC | 4,531.05 | 3,949.24 | 581.81 | 0.00 | 0.00 |
| Dickson Oil & Gas, LLC | 4,323.21 | 4,323.21 | 0.00 | 0.00 | 0.00 |

| Name | | | | | |
|---|---:|---:|---:|---:|---:|
| Carl E. Gungoll Exploration, LLC | 3,960.84 | 746.70 | 969.20 | 2,244.94 | 0.00 |
| Landmark Oil and Gas, LLC | 3,957.61 | 3,957.61 | 0.00 | 0.00 | 0.00 |
| Waller Brothers, Inc. | 3,847.47 | 0.00 | 1,651.45 | 2,196.02 | 0.00 |
| Pelican Energy, LLC | 3,605.16 | 337.25 | 265.57 | 378.85 | 2,623.49 |
| Martha McKenzie | 3,468.76 | 92.32 | 78.06 | 139.41 | 3,158.97 |
| WEMO, Inc. | 3,387.28 | 51.03 | 130.70 | 186.56 | 3,018.99 |
| Gaston Oil Company | 3,022.38 | 3,022.38 | 0.00 | 0.00 | 0.00 |
| Quantina Newby | 2,914.17 | 19.28 | 15.18 | 21.65 | 2,858.06 |
| DBC Resources II LP | 2,832.41 | 2,832.41 | 0.00 | 0.00 | 0.00 |
| Gardner Energy Corporation | 2,808.70 | 334.16 | 225.19 | 436.92 | 1,812.43 |
| Ryco Exploration, LLC | 2,735.80 | 2,529.29 | -269.75 | -684.28 | 1,160.54 |
| West Arcadia Pipeline, L. L. C. | 2,732.26 | 2,732.26 | 0.00 | 0.00 | 0.00 |
| Sawyer Drilling & Service Inc. | 2,686.57 | 2,686.57 | 0.00 | 0.00 | 0.00 |
| Shore Energy, L.P. | 2,536.76 | 2,536.76 | 0.00 | 0.00 | 0.00 |
| Fletcher Exploration, LLC | 2,485.03 | 2,485.03 | 0.00 | 0.00 | 0.00 |
| Gerry Burford | 2,312.56 | 61.55 | 52.04 | 92.94 | 2,106.03 |
| Quail Creek Production Company | 2,307.07 | 2,307.07 | 0.00 | 0.00 | 0.00 |
| Alabama Oil Company | 2,249.52 | 2,249.52 | 0.00 | 0.00 | 0.00 |
| Charles A. Frazier, for life | 2,223.93 | 37.19 | 51.70 | 81.66 | 2,053.38 |
| Robert Israel | 2,160.19 | 79.54 | 96.35 | 170.56 | 1,813.74 |
| Robert Israel Trust UW Joan Israel | 2,160.19 | 79.54 | 96.35 | 170.56 | 1,813.74 |
| Mesapro, LLC | 2,035.28 | 130.85 | 155.23 | 290.24 | 1,458.96 |
| Nine Forks LLC | 2,023.30 | 244.26 | 162.70 | 315.16 | 1,301.18 |
| Stone Development, LLC | 1,978.71 | 1,978.71 | 0.00 | 0.00 | 0.00 |
| B. C. Young | 1,952.93 | 3.60 | 3.57 | 10.04 | 1,935.72 |
| Sundance Resources, LLC | 1,896.83 | 0.00 | 0.00 | 0.00 | 1,896.83 |
| Elana Oil & Gas Co. | 1,822.52 | 517.02 | 1,305.50 | 0.00 | 0.00 |
| Pruet Oil Company LLC | 1,718.82 | 0.00 | 0.00 | 0.00 | 1,718.82 |
| Linder Family Partnership Ltd. | 1,714.93 | 608.78 | 1,106.15 | 0.00 | 0.00 |
| Regions Bank, Agent and AIF | 1,702.14 | 1,230.76 | 210.44 | 260.94 | 0.00 |
| AEH Investments LLC | 1,679.10 | 1,679.10 | 0.00 | 0.00 | 0.00 |

| | | | | | |
|---|---:|---:|---:|---:|---:|
| Spaulding Oil & Gas Corp | 1,651.33 | 70.80 | 171.32 | 183.96 | 1,225.25 |
| Caddo Management, Inc. | 1,613.47 | 958.62 | 654.85 | 0.00 | 0.00 |
| W. Harlan Beene, III | 1,611.12 | 101.31 | 40.11 | 279.70 | 1,190.00 |
| Glenn Douglas Brye | 1,590.11 | 19.28 | 15.18 | 21.65 | 1,534.00 |
| Pflanzer Partners, Ltd | 1,545.11 | 1,545.11 | 0.00 | 0.00 | 0.00 |
| Clark Rabren | 1,470.48 | -1,412.83 | 68.16 | 107.69 | 2,707.46 |
| Black Stone Energy Company, L.L.C. | 1,438.46 | 358.13 | 305.31 | 775.02 | 0.00 |
| JJS Interests West Arcadia LLC | 1,433.93 | 1,433.93 | 0.00 | 0.00 | 0.00 |
| The Coleman Revocable Living Trust | 1,343.28 | 1,343.28 | 0.00 | 0.00 | 0.00 |
| Hall Management LLC | 1,343.28 | 1,343.28 | 0.00 | 0.00 | 0.00 |
| JCE Galbraith Oil & Gas LLC | 1,343.28 | 1,343.28 | 0.00 | 0.00 | 0.00 |
| Trimble Energy, LLC | 1,330.63 | 1,330.63 | 0.00 | 0.00 | 0.00 |
| Geotech Production, Inc. | 1,319.89 | 387.44 | 610.11 | 322.34 | 0.00 |
| Paul M. Griswold | 1,297.01 | 0.00 | 0.00 | 0.00 | 1,297.01 |
| Teekell Oil & Gas, Inc. | 1,283.99 | 208.59 | 280.84 | 233.19 | 561.37 |
| August C. Erickson Mineral Trust | 1,168.84 | 222.51 | 0.00 | 1.62 | 944.71 |
| Janie M. Johnston | 1,166.13 | 19.50 | 27.11 | 42.82 | 1,076.70 |
| El Energy Ltd. LLP | 1,111.89 | 1,111.89 | 0.00 | 0.00 | 0.00 |
| Goodrich Petroleum of LA | 1,097.55 | 179.06 | 152.65 | 387.51 | 378.33 |
| Bodcaw 3-D, LLC | 1,070.74 | 1,070.74 | 0.00 | 0.00 | 0.00 |
| Longleaf Energy Group, Inc. | 1,054.99 | 1,054.99 | 0.00 | 0.00 | 0.00 |
| Plains Production Inc | 998.94 | 433.42 | 394.42 | 171.10 | 0.00 |
| HBRada, LLC | 935.73 | 935.73 | 0.00 | 0.00 | 0.00 |
| Aspen Energy Inc. | 897.67 | 858.65 | 39.02 | 0.00 | 0.00 |
| Lawrence M. Cushman Trust | 883.16 | 75.23 | 69.02 | 235.30 | 503.61 |
| Jeffreys Drilling, LLC | 868.32 | 868.32 | 0.00 | 0.00 | 0.00 |
| Mona L Schlachter | 866.83 | 268.27 | 598.56 | 0.00 | 0.00 |
| William R. & Gloria R. Rollo Rev Trust | 866.07 | 866.07 | 0.00 | 0.00 | 0.00 |
| J. Michael Garner & | 854.59 | 90.96 | 47.06 | 83.90 | 632.67 |
| Lane Oil & Gas Corporation | 838.20 | 222.76 | 150.13 | 291.27 | 174.04 |
| JJS Interests Steele Kings LLC | 820.43 | 820.43 | 0.00 | 0.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Comstock Oil & Gas-LA., LLC | 808.30 | 532.72 | 275.58 | 0.00 | 0.00 |
| John C. Nix, Jr., - Life Estate | 799.85 | 799.85 | 0.00 | 0.00 | 0.00 |
| Janet Smith Dunn | 766.56 | 0.00 | 0.00 | 0.00 | 766.56 |
| Stacy Dunn | 766.55 | 0.00 | 0.00 | 0.00 | 766.55 |
| Longleaf Energy Group, Inc. | 761.30 | 761.30 | 0.00 | 0.00 | 0.00 |
| Steven R. Bledsoe | 759.02 | 0.00 | 0.00 | 0.00 | 759.02 |
| Miles McDowell | 741.63 | 2.97 | 2.62 | 104.94 | 631.10 |
| Rudman Family Trust | 729.53 | 729.53 | 0.00 | 0.00 | 0.00 |
| Ed L. Dunn | 711.28 | 711.28 | 0.00 | 0.00 | 0.00 |
| Kelton Company, L.L.C. | 702.98 | 702.98 | 0.00 | 0.00 | 0.00 |
| John D Procter | 691.54 | 127.49 | 118.30 | 55.93 | 389.82 |
| MER Energy, Ltd. | 689.14 | 689.14 | 0.00 | 0.00 | 0.00 |
| Rock Springs Minerals I, LLC | 682.72 | 14.19 | 12.00 | 20.87 | 635.66 |
| CEL Properties, LLC | 677.99 | 677.99 | 0.00 | 0.00 | 0.00 |
| Bantam Creek LLC | 665.31 | 665.31 | 0.00 | 0.00 | 0.00 |
| Tara Rudman Revocable Trust | 665.31 | 665.31 | 0.00 | 0.00 | 0.00 |
| Mike Davis | 663.90 | 663.90 | 0.00 | 0.00 | 0.00 |
| Estate of Rhondos C. Brye | 663.83 | 6.43 | 5.06 | 7.22 | 645.12 |
| Northedge Corporation | 637.74 | 0.00 | 0.00 | 0.00 | 637.74 |
| Joel Davis | 623.82 | 107.69 | 103.00 | 145.67 | 267.46 |
| Felton A. Brye | 564.86 | 6.43 | 5.06 | 7.22 | 546.15 |
| Jaquita Natahasa Brye | 564.86 | 6.43 | 5.06 | 7.22 | 546.15 |
| Joycelyn Brye Edwards | 564.86 | 6.43 | 5.06 | 7.22 | 546.15 |
| Crain Energy, Ltd. | 563.96 | 563.96 | 0.00 | 0.00 | 0.00 |
| Jeanette Purifoy | 557.62 | 16.09 | 13.60 | 24.29 | 503.64 |
| David Carl Deutsch | 549.52 | 37.01 | 34.34 | 16.23 | 461.94 |
| Steven E. Calhoun | 542.91 | 246.15 | 296.76 | 0.00 | 0.00 |
| Kernon De-Vaughn Brye, Sr. | 521.14 | 6.43 | 5.06 | 7.22 | 502.43 |
| Don B. Saunders Trust | 508.14 | 508.14 | 0.00 | 0.00 | 0.00 |
| GJR Investments Inc. | 508.14 | 508.14 | 0.00 | 0.00 | 0.00 |
| Leondard E. Williams | 508.14 | 508.14 | 0.00 | 0.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| TE-RAY Resources Inc | 494.45 | 74.74 | 102.67 | 74.97 | 242.07 |
| Robco Fossil Fuels, LLC | 488.53 | 488.53 | 0.00 | 0.00 | 0.00 |
| L. R. Fitzgerald | 486.25 | 8.63 | 22.49 | 9.74 | 445.39 |
| Carl Elmer Nelson | 457.91 | 141.82 | 81.71 | 90.77 | 143.61 |
| Yates Resources, LP | 454.07 | 454.07 | 0.00 | 0.00 | 0.00 |
| Annie P. Jones Smith | 443.45 | 0.00 | 0.00 | 0.00 | 443.45 |
| Phyllis Williams Frazier | 432.63 | 0.00 | 0.00 | 0.00 | 432.63 |
| Simba Investors, LLC | 429.92 | 429.92 | 0.00 | 0.00 | 0.00 |
| Horace, LLC | 409.61 | 48.86 | 41.31 | 73.77 | 245.67 |
| Estate of Willie L. Jones | 392.55 | 0.00 | 0.00 | 0.00 | 392.55 |
| CTM 2005, Ltd. | 381.88 | 427.46 | 284.74 | -330.32 | 0.00 |
| Eagle Oil & Gas Co | 375.89 | 375.89 | 0.00 | 0.00 | 0.00 |
| Mike Rogers Oil & Gas, Inc. | 360.26 | 25.01 | 34.35 | 25.09 | 275.81 |
| JMS Oil & Gas Holdings LLC | 353.19 | 0.00 | 353.19 | 0.00 | 0.00 |
| Stateside Oil, Inc. | 334.16 | 334.16 | 0.00 | 0.00 | 0.00 |
| Judy Crow, LLC | 333.55 | 167.82 | 94.34 | 40.83 | 30.56 |
| Estate of Walter Wayne Dammier | 328.21 | 0.89 | 0.89 | 2.49 | 323.94 |
| Beazley Petroleum, LLC | 312.01 | 34.99 | 30.59 | 38.95 | 207.48 |
| RLI Properties LLC | 308.48 | 308.48 | 0.00 | 0.00 | 0.00 |
| Bennett Energy Corporation | 296.90 | 18.50 | 17.17 | 8.12 | 253.11 |
| Porter Estate Company Oakley Ranch, Inc. | 295.38 | 295.38 | 0.00 | 0.00 | 0.00 |
| CFBR Partners LLC | 275.69 | 275.69 | 0.00 | 0.00 | 0.00 |
| Schlachter Operating Corp | 268.27 | 268.27 | 0.00 | 0.00 | 0.00 |
| Carlton D. Brye | 258.26 | 1.28 | 1.01 | 1.44 | 254.53 |
| Bernice Bouldin | 257.40 | 7.43 | 6.28 | 11.21 | 232.48 |
| Jimmie Lee Walker | 257.40 | 7.43 | 6.28 | 11.21 | 232.48 |
| Baxterville, LLC | 257.39 | 257.39 | 0.00 | 0.00 | 0.00 |
| Delta S Ventures LP | 257.39 | 257.39 | 0.00 | 0.00 | 0.00 |
| Eaton Finance Corp. | 257.39 | 257.39 | 0.00 | 0.00 | 0.00 |
| JDGP, LLC | 257.39 | 257.39 | 0.00 | 0.00 | 0.00 |
| Quad Gas Corp | 256.33 | 98.70 | 90.81 | 43.31 | 23.51 |

| | | | | | |
|---|---:|---:|---:|---:|---:|
| Granite Creek Partners, LLC | 254.59 | 254.59 | 0.00 | 0.00 | 0.00 |
| The Whitney Corporation | 254.25 | 254.25 | 0.00 | 0.00 | 0.00 |
| Henry George Foster | 252.48 | 252.48 | 0.00 | 0.00 | 0.00 |
| Kwazar Resources, LLC | 246.15 | 246.15 | 0.00 | 0.00 | 0.00 |
| Rhodna F. Fouts | 244.99 | 244.99 | 0.00 | 0.00 | 0.00 |
| Francis Bruce Hock | 244.26 | 244.26 | 0.00 | 0.00 | 0.00 |
| Alex Smith III | 236.86 | 48.26 | -153.87 | 72.87 | 269.60 |
| Cheryle D. Paluska | 236.45 | 37.01 | 34.34 | 16.23 | 148.87 |
| Summit LLC | 233.43 | 233.43 | 0.00 | 0.00 | 0.00 |
| Wallace & Wallace LLC | 233.43 | 233.43 | 0.00 | 0.00 | 0.00 |
| Northstar Producing I, Ltd. | 229.91 | 229.91 | 0.00 | 0.00 | 0.00 |
| GCREW Properties, LLC | 215.34 | 215.34 | 0.00 | 0.00 | 0.00 |
| Goolsby Interests, LLC | 213.73 | 213.73 | 0.00 | 0.00 | 0.00 |
| Mercury Oil Company, LLC | 211.21 | 211.21 | 0.00 | 0.00 | 0.00 |
| Carlos S. Brye | 209.98 | 1.28 | 1.01 | 1.44 | 206.25 |
| Andala Enterprises, Inc. | 209.96 | 0.00 | 0.00 | 0.00 | 209.96 |
| Central Exploration Co, Inc. | 207.74 | 207.74 | 0.00 | 0.00 | 0.00 |
| Triumphant Management, LLC | 205.91 | 205.91 | 0.00 | 0.00 | 0.00 |
| Dunbar Investments | 205.24 | 5.04 | 12.19 | 13.09 | 174.92 |
| William S. Schreier | 196.92 | 196.92 | 0.00 | 0.00 | 0.00 |
| Susan Lombard Wilkinson | 191.96 | 3.98 | 3.37 | 6.02 | 178.59 |
| M. Carl Rice | 188.70 | 0.00 | 0.00 | 0.00 | 188.70 |
| Michael Management, Inc. | 182.89 | 182.89 | 0.00 | 0.00 | 0.00 |
| Joe L. Samuel, Jr. | 181.21 | 8.02 | 6.78 | 12.12 | 154.29 |
| Hutchison Oil & Gas Corporation | 179.06 | 179.06 | 0.00 | 0.00 | 0.00 |
| Janus Enterprises, LLC | 171.59 | 171.59 | 0.00 | 0.00 | 0.00 |
| Mountain Air Enterprises, LLC | 171.59 | 171.59 | 0.00 | 0.00 | 0.00 |
| Aspect Resources, LLC | 171.36 | 125.63 | 0.00 | 0.00 | 45.73 |
| Spanish Fort Royalty, LLC | 169.71 | 169.71 | 0.00 | 0.00 | 0.00 |
| Harkness A Duncan Trust | 169.38 | 169.38 | 0.00 | 0.00 | 0.00 |
| Harkness A Duncan Family Trust | 169.38 | 169.38 | 0.00 | 0.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Harkness A. Duncan Trust | 169.38 | 169.38 | 0.00 | 0.00 | 0.00 |
| JD Crow, LLC | 168.92 | 168.92 | 0.00 | 0.00 | 0.00 |
| Jim Whitehead Oil & Gas LLC | 167.46 | 147.64 | 19.82 | 0.00 | 0.00 |
| John Louis Blalock | 166.37 | 166.37 | 0.00 | 0.00 | 0.00 |
| Range Louisiana Operating, LLC | 165.65 | 48.71 | 42.93 | 66.20 | 7.81 |
| Andrea Davis | 159.56 | 48.26 | 40.80 | 70.50 | 0.00 |
| Turner Family Mississippi Mineral | 159.17 | 159.17 | 0.00 | 0.00 | 0.00 |
| Breitburn Operating LP | 158.26 | 12.34 | 11.45 | 5.42 | 129.05 |
| Gloria Gale Minker | 158.13 | 0.00 | 0.00 | 0.00 | 158.13 |
| Ahamad Ansari | 153.88 | 1.28 | 1.01 | 1.44 | 150.15 |
| Pauline Sterne Wolff Memorial Foundation | 145.03 | 49.35 | 45.80 | 21.66 | 28.22 |
| Leanne D. Ford | 140.06 | 140.06 | 0.00 | 0.00 | 0.00 |
| Patrick J. McBride | 139.22 | 13.06 | 18.15 | 28.67 | 79.34 |
| Joe K. Rawdon | 135.69 | 0.25 | 0.25 | 0.70 | 134.49 |
| Barbara Page Lawrence | 127.88 | 127.88 | 0.00 | 0.00 | 0.00 |
| Pamela Page Estate | 127.88 | 127.88 | 0.00 | 0.00 | 0.00 |
| Procter Mineral Prtshp | 127.49 | 127.49 | 0.00 | 0.00 | 0.00 |
| Robert L. Kreidler | 127.12 | 127.12 | 0.00 | 0.00 | 0.00 |
| Kaiser-Francis Oil Company | 126.70 | 126.70 | 0.00 | 0.00 | 0.00 |
| Joe Brunson Butler | 124.58 | 13.50 | 3.32 | 4.42 | 103.34 |
| Gloria Jan Butler Riser | 124.58 | 13.50 | 3.32 | 4.42 | 103.34 |
| Ruthie Ann Phillips | 121.12 | 0.00 | 0.00 | 0.00 | 121.12 |
| Scott D Stroud | 117.12 | 117.12 | 0.00 | 0.00 | 0.00 |
| Upton Family Living Trust | 115.16 | 0.00 | 0.00 | 0.00 | 115.16 |
| Mary Jeanette Reynolds Wimberly | 99.86 | 8.13 | 4.68 | 5.20 | 81.85 |
| Bevon Brye | 99.28 | 0.64 | 0.50 | 0.72 | 97.42 |
| John Kubala | 98.46 | 98.46 | 0.00 | 0.00 | 0.00 |
| John Takach | 91.16 | 68.22 | 22.94 | 0.00 | 0.00 |
| James B. Dunn | 90.37 | 90.37 | 0.00 | 0.00 | 0.00 |
| Judy Dunn | 90.37 | 90.37 | 0.00 | 0.00 | 0.00 |
| T.A. Leonard | 90.37 | 90.37 | 0.00 | 0.00 | 0.00 |

| Name | | | | | |
|---|---:|---:|---:|---:|---:|
| Robert Cary | 88.17 | 88.17 | 0.00 | 0.00 | 0.00 |
| Security Exploration Inc | 83.43 | 89.53 | 76.33 | -82.43 | 0.00 |
| Wallace Harold Brown CST | 81.93 | 81.93 | 0.00 | 0.00 | 0.00 |
| Merrill Properties LLC | 81.19 | 18.58 | 25.52 | 18.64 | 18.45 |
| John David Crow | 80.35 | 14.40 | 37.54 | 16.25 | 12.16 |
| Doris Verna Atwood | 80.29 | 1.67 | 1.41 | 2.52 | 74.69 |
| John E. Downing | 76.66 | -8.43 | -8.04 | 9.53 | 83.60 |
| W.C. Deutsch | 73.69 | 0.00 | 0.00 | 0.00 | 73.69 |
| 1719W LLC | 72.94 | 72.94 | 0.00 | 0.00 | 0.00 |
| Lillie Jones | 72.43 | 7.43 | 6.28 | 52.92 | 5.80 |
| Dolkas Investments LP | 66.44 | 66.44 | 0.00 | 0.00 | 0.00 |
| Alice Yvonne Brye-Vela | 66.35 | 1.28 | 1.01 | 1.44 | 62.62 |
| Brock Resources, LLC | 66.33 | 35.56 | 30.77 | 0.00 | 0.00 |
| Larry Dwight Taylor 2012 Irr. Trust | 65.63 | 65.63 | 0.00 | 0.00 | 0.00 |
| Lake Investment & Production Co., Ltd. | 64.73 | 166.27 | -101.54 | 0.00 | 0.00 |
| J.C. Ogden | 64.37 | 34.31 | 30.06 | 0.00 | 0.00 |
| Oakland Agency Account | 64.23 | 64.23 | 0.00 | 0.00 | 0.00 |
| James Timothy Calvert | 63.98 | 1.33 | 1.12 | 2.00 | 59.53 |
| Mary M. Charlton | 63.85 | 17.70 | 46.15 | 0.00 | 0.00 |
| Openwood Plantation, Inc. | 61.11 | 0.00 | 0.00 | 0.00 | 61.11 |
| Janet Faulkner Dunn | 60.92 | 60.92 | 0.00 | 0.00 | 0.00 |
| Fisher Exploration, L.L.C. | 56.77 | 56.77 | 0.00 | 0.00 | 0.00 |
| Jacqueline Royster | 55.79 | 1.61 | 1.36 | 2.43 | 50.39 |
| Vernita Wilks | 55.79 | 1.61 | 1.36 | 2.43 | 50.39 |
| LLY Oil & Gas LLC | 55.42 | 55.42 | 0.00 | 0.00 | 0.00 |
| JL Porter Revocable Trust | 55.42 | 55.42 | 0.00 | 0.00 | 0.00 |
| Huland & Company | 51.11 | 0.00 | 0.00 | 0.00 | 51.11 |
| Gene Thrash | 49.35 | 49.35 | 0.00 | 0.00 | 0.00 |
| TSC Oil & Gas Inc | 49.35 | 49.35 | 0.00 | 0.00 | 0.00 |
| Ivy Minerals, LLC | 49.04 | 49.04 | 0.00 | 0.00 | 0.00 |
| Benjamin O. Barlow | 49.03 | 49.03 | 0.00 | 0.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Shifting Sands, LLC | 44.39 | 7.08 | 18.46 | 7.99 | 10.86 |
| Bellis Investments LP | 44.29 | 44.29 | 0.00 | 0.00 | 0.00 |
| Sesnon Oil Company | 44.29 | 44.29 | 0.00 | 0.00 | 0.00 |
| Demetrius Walker | 41.85 | -5.34 | -5.13 | -2.56 | 54.88 |
| Benjamen Baxter Brye | 40.10 | 0.64 | 0.51 | 0.73 | 38.22 |
| Harper Family Limited Partnership | 39.90 | 11.06 | 28.84 | 0.00 | 0.00 |
| Stroud Family LLC | 39.70 | 39.70 | 0.00 | 0.00 | 0.00 |
| Phil Grasty, Executor, POA | 38.35 | 0.80 | 0.67 | 1.20 | 35.68 |
| Reorganized Church of Jesus Christ | 38.35 | 0.80 | 0.67 | 1.20 | 35.68 |
| Burman Energy, LLC | 35.48 | 35.48 | 0.00 | 0.00 | 0.00 |
| John W. Griffin | 33.80 | 0.00 | 0.00 | 0.00 | 33.80 |
| Mary Katherine Jones | 32.81 | 32.81 | 0.00 | 0.00 | 0.00 |
| Dorothy Jones Gates Rev. Trust | 32.81 | 32.81 | 0.00 | 0.00 | 0.00 |
| Estate of Naftel Inogene Swygart | 32.30 | 0.00 | 0.00 | 0.00 | 32.30 |
| Catherine O'Brien Sturgis | 32.10 | 3.50 | 4.28 | 6.12 | 18.20 |
| James Berry | 31.69 | 0.00 | 0.00 | 0.00 | 31.69 |
| Venetia Berry | 31.69 | 0.00 | 0.00 | 0.00 | 31.69 |
| Crain II Oil & Gas Ltd. | 30.51 | 30.51 | 0.00 | 0.00 | 0.00 |
| WSK Properties, LLC | 29.43 | 0.39 | 0.55 | 0.87 | 27.62 |
| Garner & Takach, LLC | 28.46 | 18.76 | 9.70 | 0.00 | 0.00 |
| Cricket Production LP | 27.69 | 43.41 | 0.00 | 0.00 | -15.72 |
| Charles L. Williams | 25.55 | 25.55 | 0.00 | 0.00 | 0.00 |
| Laura Gallagher | 24.82 | 14.56 | 10.26 | 0.00 | 0.00 |
| Betty W Upton Trust | 24.66 | 9.58 | 15.08 | 0.00 | 0.00 |
| Roosevelt Phillips, Jr. | 24.07 | 3.71 | 3.14 | 5.61 | 11.61 |
| Barnes Creek Drilling LLC | 22.80 | 22.80 | 0.00 | 0.00 | 0.00 |
| Patricia Ann Reynolds Boyle | 20.41 | 8.13 | 4.68 | 5.20 | 2.40 |
| Earlene Samuel | 19.97 | 4.83 | 4.08 | 7.29 | 3.77 |
| Amy Brundle | 19.19 | 0.40 | 0.34 | 0.61 | 17.84 |
| Sara Grasty Bukowski | 19.19 | 0.40 | 0.34 | 0.61 | 17.84 |
| Ralph L. Henderson | 19.07 | 0.34 | 0.88 | 0.38 | 17.47 |

| | | | | | |
|---|---|---|---|---|---|
| Gates Acquisition Synd. LLC | 18.13 | 16.25 | 1.88 | 0.00 | 0.00 |
| Martha Elizabeth O'Brien Jones | 17.83 | 3.50 | 4.28 | 6.12 | 3.93 |
| Stroud Petroleum Inc | 17.05 | 17.05 | 0.00 | 0.00 | 0.00 |
| Alexis Samuel | 16.65 | 0.96 | 0.82 | 1.46 | 13.41 |
| William Marvin Hewell | 16.45 | 16.45 | 0.00 | 0.00 | 0.00 |
| Phyllis Doss | 15.70 | 1.61 | 1.36 | 2.43 | 10.30 |
| Gwendolyn Walker | 15.38 | 4.58 | 3.88 | 6.92 | 0.00 |
| Barbara Irene Pardue | 14.31 | 0.00 | 0.00 | 0.00 | 14.31 |
| The Shaffer Family Living Trust | 14.19 | 14.19 | 0.00 | 0.00 | 0.00 |
| Alan Brittain | 14.04 | 2.52 | 6.56 | 2.84 | 2.12 |
| Patsy R. Champion | 12.83 | 0.00 | 0.00 | 0.00 | 12.83 |
| Kelly Walker | 12.34 | 12.34 | 0.00 | 0.00 | 0.00 |
| B&K Exploration Investments, LLC | 12.17 | 12.17 | 0.00 | 0.00 | 0.00 |
| William M. Lonabaugh | 11.37 | 11.37 | 0.00 | 0.00 | 0.00 |
| Venator, LLC | 11.08 | 0.29 | 0.76 | 0.33 | 9.70 |
| CCRC Family Ltd. Partnership | 11.06 | 11.06 | 0.00 | 0.00 | 0.00 |
| Robert W. Dance | 10.77 | 0.00 | 0.00 | 0.00 | 10.77 |
| Estate of Douglas Gene Rabren | 9.71 | 0.00 | 0.00 | 0.00 | 9.71 |
| Herv Oil, LLC | 9.08 | 9.08 | 0.00 | 0.00 | 0.00 |
| Simco Energy, LLC | 8.97 | 0.00 | 0.00 | 0.00 | 8.97 |
| Lovelace Properties, LLC | 8.58 | 4.65 | 3.93 | 0.00 | 0.00 |
| Rodney Phillips | 8.08 | 1.24 | 1.04 | 1.87 | 3.93 |
| Roxanne Phillips | 7.97 | 1.24 | 1.04 | 1.87 | 3.82 |
| Rebecca Thames Savage | 7.77 | 7.77 | 0.00 | 0.00 | 0.00 |
| Roosevelt Phillips, III | 7.65 | 1.24 | 1.05 | 1.87 | 3.49 |
| Betty Dickerson | 7.43 | 7.43 | 0.00 | 0.00 | 0.00 |
| JoAnne Kelley | 7.43 | 7.43 | 0.00 | 0.00 | 0.00 |
| Angela Samuel | 7.43 | 7.43 | 0.00 | 0.00 | 0.00 |
| Eric Earl Samuel | 7.43 | 7.43 | 0.00 | 0.00 | 0.00 |
| Frederick Samuel | 7.43 | 7.43 | 0.00 | 0.00 | 0.00 |
| Joseph Samuel | 7.43 | 7.43 | 0.00 | 0.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Leon Samuel | 7.43 | 7.43 | 0.00 | 0.00 | 0.00 |
| Judy Ann Walker | 7.43 | 7.43 | 0.00 | 0.00 | 0.00 |
| Tara Conrad Ogletree | 6.24 | 0.02 | 0.02 | 0.05 | 6.15 |
| Rachael Conrad Sharber | 6.24 | 0.02 | 0.02 | 0.05 | 6.15 |
| J.G. Walker Jr. Ltd, LLP | 6.10 | 49.35 | -43.25 | 0.00 | 0.00 |
| The Sater Fam Partnership LP | 6.10 | 6.10 | 0.00 | 0.00 | 0.00 |
| Gladys Williams Stewart | 5.97 | 0.00 | 0.00 | 0.00 | 5.97 |
| Sam Kelly | 5.89 | 0.00 | 0.00 | 0.00 | 5.89 |
| Sean A. Kelly | 5.89 | 0.00 | 0.00 | 0.00 | 5.89 |
| Delta-T Geophysical Consulting | 5.52 | 0.00 | 0.00 | 0.00 | 5.52 |
| Sherry Fite | 5.30 | 0.13 | 0.32 | 0.34 | 4.51 |
| Barbara Lee O'Brien Burke | 5.08 | 3.50 | 1.58 | 0.00 | 0.00 |
| Ed Leigh McMillan Trust | 4.92 | 4.92 | 0.00 | 0.00 | 0.00 |
| Billy R. Powell | 4.92 | 0.00 | 0.00 | 0.00 | 4.92 |
| Mary Olivia Cornwell | 4.62 | 0.00 | 0.00 | 0.00 | 4.62 |
| Russell Reed Pardue | 4.62 | 0.00 | 0.00 | 0.00 | 4.62 |
| Willard Wendell Pardue, Jr. | 4.62 | 0.00 | 0.00 | 0.00 | 4.62 |
| Spindletop Exploration Company, Inc. | 4.22 | 0.00 | 0.00 | 0.00 | 4.22 |
| Murkco Exploration Co., L.L.C. | 4.14 | 4.14 | 0.00 | 0.00 | 0.00 |
| Jane T. Morris | 3.89 | 0.40 | 0.34 | 0.61 | 2.54 |
| George Murray Stinson, Jr. | 3.42 | 0.00 | 0.00 | 0.00 | 3.42 |
| Lawrence C. Biendenharn | 3.40 | 0.06 | 0.06 | 0.17 | 3.11 |
| Robert M. Biendenharn | 3.40 | 0.06 | 0.06 | 0.17 | 3.11 |
| Perry Biendenharn Hicks | 3.40 | 0.06 | 0.06 | 0.17 | 3.11 |
| The Estate of Byrda Zell Hacker | 3.25 | 0.00 | 0.00 | 0.00 | 3.25 |
| Pamela Smith | 3.14 | 0.00 | 0.00 | 0.00 | 3.14 |
| Michael Adrian Shaffer | 2.57 | 0.00 | 0.00 | 1.12 | 1.45 |
| Carl E. Nelson | 2.51 | 0.00 | 0.00 | 0.00 | 2.51 |
| Dean Deas | 2.28 | 0.01 | 0.01 | 0.01 | 2.25 |
| Damon Deas | 2.28 | 0.01 | 0.01 | 0.01 | 2.25 |
| Tracy Deas Humphrey | 2.28 | 0.01 | 0.01 | 0.01 | 2.25 |

| | | | | | |
|---|---|---|---|---|---|
| Kenneth R. Walters | 2.28 | 0.01 | 0.01 | 0.01 | 2.25 |
| Frank Burks, Jr. | 1.86 | 0.00 | 0.00 | 0.00 | 1.86 |
| LBD Operations, Inc. | 1.72 | 0.00 | 0.00 | 0.00 | 1.72 |
| GEL, Inc. | 1.71 | 0.00 | 0.00 | 0.00 | 1.71 |
| James Troy Brown | 1.59 | 0.00 | 0.00 | 0.00 | 1.59 |
| Gary Gordon Gantt | 1.49 | 0.00 | 0.00 | 0.00 | 1.49 |
| James Dion Gantt | 1.49 | 0.00 | 0.00 | 0.00 | 1.49 |
| Patricia Gilmore Bonner | 1.37 | 0.00 | 0.00 | 0.00 | 1.37 |
| Charles Grady Fite | 0.92 | 0.13 | 0.32 | 0.34 | 0.13 |
| Ronny Dean Fite | 0.92 | 0.13 | 0.32 | 0.34 | 0.13 |
| Jackie T. Pry, III | 0.76 | 0.00 | 0.00 | 0.00 | 0.76 |
| Kristin S. Pry | 0.76 | 0.00 | 0.00 | 0.00 | 0.76 |
| Khloe S. Pry, a minor | 0.76 | 0.00 | 0.00 | 0.00 | 0.76 |
| Annie Avant | 0.66 | 0.00 | 0.00 | 0.00 | 0.66 |
| Walter Lovelace | 0.66 | 0.00 | 0.00 | 0.00 | 0.66 |
| Terry G. Smith | 0.66 | 0.00 | 0.00 | 0.00 | 0.66 |
| Deanna Deas Shepard | 0.51 | 0.01 | 0.01 | 0.01 | 0.48 |
| Donnie Knott Jones | 0.50 | 0.00 | 0.00 | 0.00 | 0.50 |
| Stephanie Maria Banks | 0.50 | 0.00 | 0.00 | 0.00 | 0.50 |
| J.P. Jones Family, LLC | 0.50 | 0.00 | 0.00 | 0.00 | 0.50 |
| Falon Deas Stephenson | 0.34 | 0.01 | 0.01 | 0.01 | 0.31 |
| Patricia Lovelace | 0.33 | 0.00 | 0.00 | 0.00 | 0.33 |
| Cas Minerals, LLC | 0.28 | 0.28 | 0.00 | 0.00 | 0.00 |
| Chris Weiser | 0.28 | 0.28 | 0.00 | 0.00 | 0.00 |
| Queen Benjamin | 0.25 | 0.00 | 0.00 | 0.00 | 0.25 |
| Cathy W. Bradley | 0.25 | 0.00 | 0.00 | 0.00 | 0.25 |
| Stacey Jones | 0.25 | 0.00 | 0.00 | 0.00 | 0.25 |
| Sheila Shannon, Conservator for | 0.25 | 0.00 | 0.00 | 0.00 | 0.25 |
| Sheila Shannon, Conservator for | 0.25 | 0.00 | 0.00 | 0.00 | 0.25 |
| Robert Earl Williams | 0.25 | 0.00 | 0.00 | 0.00 | 0.25 |
| Arvil Dale Feazell | 0.14 | 0.00 | 0.00 | 0.00 | 0.14 |

| | | | | | |
|---|---:|---:|---:|---:|---:|
| Marvin Gaye Jones | 0.13 | 0.00 | 0.00 | 0.00 | 0.13 |
| Courtney Lovelace | 0.11 | 0.00 | 0.00 | 0.00 | 0.11 |
| Gary R. Lovelace, Jr. | 0.11 | 0.00 | 0.00 | 0.00 | 0.11 |
| Shaun C. Lovelace | 0.11 | 0.00 | 0.00 | 0.00 | 0.11 |
| Fairfax Oil Company | 0.05 | 0.00 | 0.00 | 0.00 | 0.05 |
| Sara Lou Summerlin | 0.02 | 0.00 | -11.30 | 11.30 | 0.02 |
| | 2,660,604.44 | 491,686.53 | 227,675.27 | 641,133.43 | 1,300,109.21 |