UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING EXPEDITED MOTION TO SET HEARING ON MOTION FOR CLARIFICATION OF ORDERS AND TO AUTHORIZE IMMEDIATE OFFSET OF JOINT INTEREST BILLING OBLIGATIONS**

THIS MATTER, having come before the Court on the Debtors' Expedited Motion to Set Hearing on Motion for Clarification of Orders and to Authorize Immediate Offset of Joint Interest Billing Obligations ("Motion"), the Court having reviewed the Motion, finding good cause for granting the requested relief, does hereby

**ORDER**

That the Motion is GRANTED. A hearing on the Debtors' *Motion for Clarification of Orders and to Authorize Immediate Offset of Joint Interest Billing Obligations* (Docket No. 551) is set for _____ \_\_, 2021 at \_\_:\_\_ \_.m.

DONE and entered this _____ day of January, 2021 at Denver, Colorado.

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge