**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

**ORDER FOR NON-EVIDENTIARY HEARING BY VIDEO CONFERENCE**

NOTICE IS HEREBY GIVEN that a non-evidentiary Zoom hearing on the Debtor's Motion for Clarification of Orders and to Authorize Immediate Offset of Joint Interest Billing Obligations (Docket No. 551) and any objections thereto is set for **February 11, 2021 starting at 9:30 a.m**. before the Honorable Elizabeth E. Brown in the United States Bankruptcy Court for the District of Colorado. Due to the unprecedented recent developments concerning the Coronavirus COVID-19, the hearing will be conducted **by Zoom video conference only**. Counsel and/or parties should not appear in person. The hearing will be held in conjunction with the previously scheduled hearing on the adequacy of the Debtor's Disclosure Statement.

> **To Join the Zoom Hearing:**
>
> https://www.zoomgov.com/j/1600022136?pwd=UlZ5STVVbGlCNkNRUFg4eHlpeFR3UT09
>
> **Meeting ID:** 160 002 2136  **Password:** 727908
>
> One tap mobile
> +16692545252,,1600022136#,,,,,,0#,,727908# US (San Jose)
> +16468287666,,1600022136#,,,,,,0#,,727908# US (New York)
>
> Dial by your location
>     +1 669 254 5252 US (San Jose)
>     +1 646 828 7666 US (New York)

1. Procedures for Zoom Video Conferences:

a. It is counsel's and/or the parties' responsibility to ensure that they and their witnesses have the proper equipment to attend the Zoom video hearing. Participants should ensure that their equipment is connected to strong WIFI signal or internet connection during the hearing.

b. The Court encourages anyone who will be speaking during the hearing to use a headset (headphones with mic) and not rely on an internal microphone built into a computer or webcam. Using a headset will to ensure that you can be heard by other participants and in the Court's official recording.

c. If counsel/parties intend to present exhibits and/or otherwise refer to written documents at the hearing, the Court prefers that they do so by using the "Share Screen" function in Zoom. Counsel/parties should make themselves familiar with this function prior to the hearing.

d. Parties should check into the Zoom video conference at least 15 minutes prior to the scheduled start time of the hearing.

e. Zoom displays a screen name for each participant in a video hearing. Typically, Zoom will default to the name you gave at the time you initially set up your Zoom account (e.g. smithj or XYZCorp) or the phone number or device name from which you are calling. To enable the Judge to identify participants, each participant should ensure that their screen name is their full first name and last name (e.g. John Smith). You can change your screen name after being admitted to the video conference by using the rename function in Zoom. To rename, hover your cursor over your picture and either right click or click the blue button in the upper right corner of your picture and select "Rename" and then type your first name and last name into the box that appears. If you fail to identify yourself in this manner by the start of the trial, you may be removed from the video hearing.

f. The Court's general guidelines regarding Zoom hearings are available at: https://www.cob.uscourts.gov/zoom-video-conferences.

2. Court Appearances: If a party does not join the Zoom video hearing, it will be deemed a failure to appear. Failure to connect to the Zoom video hearing in a timely manner will preclude participation in the hearing.

3. No Recordings: Counsel and/or the parties are strictly prohibited from recording any court proceeding held by video or teleconference, including taking "screen shots" or other visual copies. Violation of this prohibition may result in sanctions as deemed necessary by the Court.

DATED this 25st day of January, 2021.   BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown, Bankruptcy Judge