UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
|   Debtor. | ) | |
| | ) | |
| | ) | |
| _____ | ) | Case No. 20-12380-EEB |
| | ) | |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER CONTINUING HEARING ON ADEQUACY OF DISCLOSURE STATEMENT
AND SETTING DATES RELATED THERETO**

THIS MATTER, having come before the Court on the Debtors' Motion to Continue Hearing on the Adequacy of the Disclosure Statement and to Set Related Dates ("Motion"), the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby

ORDER

1.      That the Motion is GRANTED;

2.      The hearing set for February 11, 2021 at 9:30 a.m. shall be treated as a status conference and hearing on the Debtors' *Motion for Clarification of Orders and to Authorize Immediate Offset of Joint Interest Billing Obligations* (Docket No. 551);

3.      The Debtors shall file and Amended Plan and Amended Disclosure Statement on or before February 26, 2021;

4.      Creditors and parties in interest shall have through and including _____ __, 2021 to file objections, if any, to the adequacy of the Amended Disclosure Statement; and

5.      A hearing on the adequacy of the Amended Disclosure Statement is set for _____ ___, 2021 at __:__ _.m.

1

2

DONE and entered this _____ day of _____, 2021 at Denver, Colorado.

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge