# Keri Riley

| | |
|---|---|
| **From:** | Bernstein, John H. <John.Bernstein@KutakRock.com> |
| **Sent:** | Monday, January 25, 2021 6:53 PM |
| **To:** | Keri Riley |
| **Subject:** | Sklar Exploration Company, LLC; United States Bankruptcy Court for the District of Colorado, Case No. 20-12377-EEB; 5395 Pearl Parkway, Suite 200, Boulder, Colorado |

Keri—

Landlord has advised that it will consent to another 90 day extension for Debtors to assume or reject the office lease at the above address. Please prepare an appropriate motion and send it to me for review prior to filing. I trust it will follow the same format of the Second Motion to Extend Time to Assume or Reject filed on October 29, 2020.

Please let me know if you have any questions or comments. Thank you.

**John H. Bernstein**
Partner

**KUTAKROCK**

**Kutak Rock LLP**   1801 California Street, Suite 3000 | Denver, CO 80202
**p:** 303.292.7730   **o:** 303.297.2400   **m:** 720.308.4321   john.bernstein@kutakrock.com
**Stay Informed:**   Visit our COVID-19 and CARES Act Legal Resource Portal

This E-mail message is confidential, is intended only for the named recipients above and may contain information that is privileged, attorney work product or otherwise protected by applicable law. If you have received this message in error, please notify the sender at 402-346-6000 and delete this E-mail message. Thank you.