# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

## ORDER SETTING DATE FOR RESPONSE TO MOTION

THIS MATTER comes before the Court on the Motion to Continue Hearing on Adequacy of Disclosure Statement and Set Related Dates, ("Motion") filed by the Debtors on January 27, 2021. In order to provide adequate opportunity for response and for prompt determination,

IT IS HEREBY ORDERED that any party that wishes to file a response to the Motion shall do so **no later than February 4, 2021**. Objections and requests for hearing shall clearly specify the grounds upon which they are based, including citation of supporting legal authority, if any. General objections will not be considered by the Court. In the absence of a timely and substantial objection and request for hearing by an interested party, the Court may grant the above-described Motion.

DATED this 28th day of January, 2021.

BY THE COURT:

*Elizabeth E. Brown*

Elizabeth E. Brown, Bankruptcy Judge