EXHIBIT A

| Property # | Lease Description | Exhibit E - Assumed Contracts | Exhibit F - Rejected Contracts |
|---|---|---|---|
| 1BRO04 | Southeast Brooklyn Oil Unit | X | |
| 1BRO05 | Southwest Brooklyn Oil Unit | X | |
| 1CED38 | CCL&T 24-1 #1 | | |
| 1CED68 | CCL&T 13-11 #1 | | |
| 1CED69 | CCL&T 18-13 #1 | | |
| 1CED72 | CCL&T 13-15 #1 ST | | |
| 1CED75 | CCL&T 2-15 #1 | | |
| 1EDW01 | Edwards Family Trust 26-6 #1 | | |
| 1ELL01 | Myrtice Ells et al 35-9 #1 | | X |
| 1ESC02 | Escambia Prospect Pipeline | X | |
| 1FIS01 | Fishpond Oil Unit | X | |
| 2FIN02 | Findley 2-5 #1 | X | |
| 2PAT09 | Pate 3-9 #1 (Fletcher Pet) | X | |
| | | | |
| 1BAT03 | Bates 2-2 #1 | | |
| 1PIT01 | Pitnic Limited 16-3 #1 | | |
| 1PIT02 | Pitnic Limited 16-3 #1 Pipline | | |
| 1POL02 | Polk Estate et al 13-5 #1 | | |
| Property # | Project Description | Exhibit E - Assumed Contracts | Exhibit F - Rejected Contracts |
| 1BRO05 | CCL&T 2-2 #1 | | |
| 1BRO05 | CCL&T 2-9 #1 | X | |
| 1BRO05 | CCL&T 4-3 #1 | X | |
| 1CED82 | CCL&T 21-16 #1 | | |
| 1EDW01 | Edwards Family Trust 26-6 #1 | | |
| 1ELL01 | Myrtice Ells et al 35-9 #1 | | X |