UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 721417930 ) | Chapter 11 |
|    Debtor. ) | |
| _____ ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
|    Debtor. ) | Chapter 11 |

**STRAGO GROUP'S JOINDER TO OBJECTION TO DEBTORS'
DISCLOSURE STATEMENT & PLAN OF REORGANIZATION**
*[Relates to Dkt. Nos. 740 and 739]*

Strago Petroleum Corporation, Meritage Energy Limited, Gateway Exploration LLC, GCREW Properties, LLC and Harvest Gas Management, LLC (collectively referred to herein as the "Strago Group") and file this objection to Debtors Disclosure Statement and Plan of Reorganization and would show the Court as follows:

The Strago Group is a creditor and party in interest in this proceeding. On January 27, 2021, Eastern Energy Services, Inc. ("Eastern") filed an objection to the Debtors' Disclosure Statement and Plan. [Dkt. No. 781]. Eastern's objection identified at least five reasons that the Disclosure Statement does not satisfy 11 U.S.C. §1125: (i) lack of adequate information about the amount of Class 5 claims or the amount(s) to be paid to Class 5 Creditors; (ii) lack of adequate information about the amount of Class 6 claims or the amount(s) to be paid to Class 6 creditors; (iii) lack of adequate information about the actual or projected realizable value from recovery of preferential transfer or otherwise voidable transfers; (iv) lack of adequate information regarding the Plan's violation of the

1

absolute priority rule; and (v) lack of adequate information regarding the failure to pay unsecured claims with interest. Eastern also objected on the grounds that the Disclosure Statement cannot be approved because the proposed Plan is not confirmable in accordance with 11 U.S.C. §§1129(a)(5), 1129(b)(1), 1129(b)(2)(B), and 1129(a)(3).

The Strago Group hereby joins, adopts and incorporates all of the Objections asserted by Eastern in Dkt, No. 781. In light of all of their obvious deficiencies, it is clear that the Disclosure Statement and Plan were nothing more than placeholders designed to meet this Court's deadlines and as a starting point for negotiations with the other interested parties. This view is bolstered by the fact that the Debtors are now seeking another thirty days to negotiate a new plan. *See* Dkt. No. 782.[1]

Strago Group reserve their rights to (i) join in any other objections made to the Disclosure Statement, (ii) amend or supplement this Objection and (iii) file objections to any subsequent disclosure statement or plan filed by the Debtors.

For the reasons set forth herein and in Eastern's objection to the Disclosure Statement, Strago asks that this Court sustain its objections and reject the Disclosure Statement [Dkt. No. 740] and the proposed Plan [Dkt. No. 739] and grant it all other relief to which it shows itself entitled.

Date: January 28, 2021

---

[1] Debtors filed their first motion to extend exclusivity in early July 2020 [Dkt. No. 453] and filed their motion to extend exclusivity in November 2020 [Dkt. No. 689].

Respectfully submitted,

BUCK KEENAN LLP

By: */s/ Robert L. Paddock*
    ROBERT L. PADDOCK
    State Bar No.: 24002723
    2229 San Felipe, Suite 1000
    Houston, Texas 77019
    Telephone: (713) 225-4500
    Facsimile: (713) 225-3719
    rpaddock@buckkeenan.com

ATTORNEY FOR STRAGO PETROLEUM CORPORATION, MERITAGE ENERGY, LTD., GATEWAY EXPLORATION, LLC, GCREW PROPERTIES, LLC AND HARVEST GAS MANAGEMENT, LLC

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record via CM/ECF filing and in compliance with the Federal Rules of Civil Procedure, on the 28th day of January, 2021.

    */s/ Robert L. Paddock*
    ROBERT L. PADDOCK