IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) | |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |
| | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |

### *AD HOC* COMMITTEE OF WORKING INTEREST OWNERS' JOINDER AND RESERVATION OF RIGHTS

**COMES NOW**, the *Ad Hoc* Committee of Working Interest Owners of Debtors Sklar Exploration Company, LLC, and Sklarco, LLC (the "***Ad Hoc* Committee**"), by and through their undersigned counsel, for their Joinder and Reservation of Rights to the Debtors' *Disclosure Statement to Accompany Joint Plan of Reorganization Dated December 18, 2020* (Docket No. 740) (the "**Disclosure Statement**").

### Joinder

The *Ad Hoc* Committee files this pleading out of an abundance of caution and in reliance upon the Debtors' representations in their *Motion to Continue Hearing on Adequacy of Disclosure Statement and Set Related Dates* (Docket No. 782) (the "**Motion to Continue**")[1] and the unique posture of this matter. First, the Debtors have yet to withdraw their pending Disclosure Statement

---

[1] The Court entered an order on the Motion to Continue requiring parties to respond or object thereto no later than February 4, 2021. (*See* Docket No. 785).

notwithstanding their representation that they intend to materially amend the Disclosure Statement on account of a purported agreement they have reached with East-West Bank and the Unsecured Creditors Committee. (*See* Docket No. 782 at ¶¶ 5-7). Second, the Court has not yet granted the Debtors' Motion to Continue. Accordingly, the *Ad Hoc* Committee joins in: (i) the objections filed in opposition to the Disclosure Statement at Docket Nos. 781, 787 and 788; and (ii) any other objections that are filed in opposition to the Disclosure Statement to the extent they are not inconsistent with the foregoing objections.

## Reservation of Rights

The Ad Hoc Committee reserves all rights to object to: (i) any future disclosure statement that is filed by the Debtors or any other party; (ii) the existing Disclosure Statement to the extent the Debtors seek approval thereof; (iii) the Motion to Continue; and (iv) any other pleading filed by any party in these Chapter 11 cases.

**[INTENTIONAL PAGE BREAK – SIGNATURE PAGE FOLLOWS]**

Dated: January 28, 2021.	Respectfully submitted,

***AD HOC* COMMITTEE OF WORKING INTEREST HOLDERS OF SKLAR EXPLORATION COMPANY, LLC, AND SKLARCO, LLC**

By: */s/Timothy M. Swanson*
Timothy M. Swanson (Colorado No. 47267)
MOYE WHITE LLP
1400 16th Street
6th Floor
Denver, Colorado 80202-1486
Tel: (303) 292-2900
Fax: (303) 292 4510
Tim.Swanson@moyewhite.com
*Counsel to the Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company, LLC, and Sklarco, LLC*

--and--

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, Mississippi 39157
Tel: (601) 427-0048
Fax: (601) 427-0050
cmgeno@cmgenolaw.com
*Counsel to the Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company, LLC, and Sklarco, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 28, 2021, the foregoing **AD HOC COMMITTEE OF WORKING INTEREST OWNERS' JOINDER AND RESERVATION OF RIGHTS** was filed on the Court's electronic filing system CM/ECF and was electronically served upon all parties receiving electronic notice.

/s/*Timothy M. Swanson*
Timothy M. Swanson