UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|    Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|    Debtor. ) | |

## SUBSTITUTION OF COUNSEL

     K. Jamie Buechler of Buechler Law Office, L.L.C. hereby enters his appearance on behalf of Foote Oil & Gas Properties, LLC, and Jonathan M. Dickey hereby withdraws as counsel of record in the above captioned case.

DATED February 1, 2021                Respectfully submitted

                                                 By:/s/ *K. Jamie Buechler*
                                                 K. Jamie Buechler, #30906
                                                 BUECHLER LAW OFFICE, LLC
                                                 999 18th Street, Suite 1230S
                                                 Denver, CO 80202
                                                 Telephone: 720-831-0045
                                                 Facsimile: 720-831-0382
                                                 jamie@kjblawoffice.com

                                                 -and-

                                                 By:/s/ *Jonathan M. Dickey*
                                                 Jonathan M. Dickey, #46981
                                                 KUTNER BRINEN, P.C.
                                                 1660 Lincoln Street, Suite 1720
                                                 Denver, CO 80264
                                                 Telephone: 303-832-3047
                                                 jmd@kutnerlaw.com

## CERTIFICATE OF SERVICE

  The undersigned certifies that on February 1, 2021 I served by ECF a copy of the **SUBSTITUTION OF COUNSEL** on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

**Via CM/ECF**:

  See Attached List.

                 By: /s/
                   For Buechler Law Office, L.L.C.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 20-12377-EEB<br>District of Colorado<br>Denver<br>Fri Jan 29 14:35:25 MST 2021 | James B. Bailey<br>1819 5th Ave. North<br>Birmingham, AL 35203-2120 | Joseph Eric Bain<br>Jones Walker LLP<br>811 Main Street<br>Suite 2900<br>Houston, TX 77002-6116 |
| Grant Matthew Beiner<br>Munsch Hardt Kopf & Harr, PC<br>700 Milam Street<br>Suite 2700<br>Houston, TX 77002-2730 | Jordan B. Bird<br>Cook, Yancey, King & Galloway<br>333 Texas Street, Suite 1700<br>Shreveport, LA 71101-3621 | Daniel L. Bray<br>1801 Wewatta St.<br>Ste. 1000<br>Denver, CO 80202-6321 |
| Casey Carlton Breese<br>Welborn Sullivan Meck & Tooley, P.C.<br>1125 17th Street<br>Suite 2200<br>Denver, CO 80202-2024 | Duane Brescia<br>Clark Hill Strasburger<br>720 Brazos<br>Suite 700<br>Austin, TX 78701-2531 | Jeffrey S. Brinen<br>1660 Lincoln St.<br>Ste. 1850<br>Denver, CO 80264-9911 |
| Jeffery Dayne Carruth<br>Weycer Kaplan Pulaski & Zuber, P.C.<br>11 Greenway Plaza, #1400<br>Houston, TX 77046-1130 | John Childers<br>8150 N. Central Expressway, 10th Floor<br>Dallas, TX 75206-1815 | Brent R. Cohen<br>1200 17th St.<br>Ste. 3000<br>Denver, CO 80202-5855 |
| John Cornwell<br>Munsch Hardt Kopf & Harr PC<br>700 Milam St.<br>Ste 2700<br>Houston, TX 77002-2730 | Christopher M. Crowley<br>Feldmann Nagel Cantafio PLLC<br>1875 Lawrence Street<br>Suite 730<br>Denver, CO 80202-1847 | Joseph D. DeGiorgio<br>Barrett Daffin Frappier LLP<br>1391 Speer Blvd<br>Suite 700<br>Denver, CO 80204-2554 |
| Shay L. Denning<br>835 E. Second Ave.<br>Ste., 123<br>PO Box 2717<br>Durango, CO 81302-2717 | Jonathan Dickey<br>999 18th St.<br>Ste., 1230 S<br>Denver, CO 80202-2499 | Katherine Guidry Douthitt<br>Blanchard, Walker, O'Quin & Roberts<br>333 Texas Street, Regions Tower, Suite 7<br>Shreveport, LA 71101-3666 |
| Benjamin Y. Ford<br>RSA Tower, 27th Floor<br>11 North Water Street<br>Mobile, AL 36602-3809 | Jenny M.F. Fujii<br>1660 Lincoln St.<br>Ste. 1850<br>Denver, CO 80264-9911 | Craig M. Geno<br>Law Offices of Craig M. Geno, PLLC<br>587 Highland Colony Parkway<br>Ridgeland, MS 39157-8784 |
| Michael J. Guyerson<br>999 18th St.<br>Ste., 1230 South<br>Denver, CO 80202-2414 | Jennifer Hardy<br>Willkie Farr & Gallagher LLP<br>600 Travis Street<br>Houston, TX 77002-3009 | Theodore J. Hartl<br>Ballard Spahr LLP<br>1225 17th Street<br>Suite 2300<br>Denver, CO 80202-5535 |
| Adam L. Hirsch<br>Davis Graham & Stubbs LLP<br>1550 17th Street<br>Suite 500<br>Denver, CO 80202-1500 | Christopher D. Johnson<br>Munsch Hardt Kopf & Harr PC<br>700 Milam St.<br>Ste 2700<br>Houston, TX 77002-2730 | Lee M. Kutner<br>1660 Lincoln St.<br>Ste. 1850<br>Denver, CO 80264-9911 |
| Stephen K. Lecholop II<br>Rosenthal Pauerstein Sandoloski Agather<br>755 E Mulberry Ave<br>Ste 200<br>San Antonio, TX 78212-4285 | Eric Lockridge<br>400 Convention St., Ste. 700<br>Baton Rouge, LA 70802-5628 | Armistead Mason Long<br>Gordon, Arata, Montgomery, Barnett, McCo<br>400 East Kaliste Saloom Road<br>Suite 4200<br>Lafayette, LA 70508-8522 |

| | | |
|---|---|---|
| Ryan Lorenz<br>14850 N. Scottsdale Rd.<br>Ste. 500<br>Scottsdale, AZ 85254-3464 | Christopher Meredith<br>Copeland, Cook, Taylor & Bush P.A.<br>P.O. Box 6020-39158<br>Ridgeland, MS 39158 | David M. Miller<br>Spencer Fane LLP<br>1700 Lincoln St.<br>Suite 2000<br>Denver, CO 80203-4554 |
| Timothy C. Mohan<br>600 17th Street, Ste. 2020S<br>Denver, CO 80202-5415 | Paul Moss<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Kevin S. Neiman<br>999 18th St.<br>Ste., 1230 S<br>Denver, CO 80202-2499 |
| Michael Niles<br>Berger Singerman LLP<br>313 N. Monroe Street<br>Ste 301<br>Tallahassee, FL 32301-7643 | Jennifer Norris Soto<br>Ayres, Shelton, Williams, Benson & Paine<br>P.O. Box 1764<br>Shreveport, LA 71166-1764 | Matthew J. Ochs<br>555 17th St.<br>Ste., 3200<br>Denver, CO 80202-3921 |
| Matthew Okin<br>Okin Adams LLP<br>1113 Vine Street, Suite 240<br>Houston, TX 77002-1044 | John Thomas Oldham<br>1113 Vine St., Ste. 240<br>Houston, TX 77002-1044 | Robert L Paddock<br>Buck Keenan<br>2229 San Felipe<br>Ste 1000<br>Houston, TX 77019-5674 |
| Robert Padjen<br>1300 Broadway<br>8th Floor<br>Denver, CO 80203-2104 | Jeremy L Retherford<br>Balch & Bingham<br>1901 Sixth Ave N Suite 1500<br>Birmingham, AL 35203-4642 | Brian Rich<br>Berger Singerman LLP<br>313 North Monroe Street<br>Suite 301<br>Tallahassee, FL 32301-7643 |
| Keri L. Riley<br>1660 Lincoln St., Ste.1850<br>Denver, CO 80264-9911 | Timothy Michael Riley<br>Hopping Green & Sams<br>119 S. Monroe St.<br>Suite 300<br>Tallahassee, FL 32301-1591 | Katherine A Ross<br>1801 California St.<br>Ste. 1600<br>Denver, CO 80202-2628 |
| Michael D Rubenstein<br>Liskow and Lewis<br>1001 Fannin Street, Suite 1800<br>Houston, TX 77002-6756 | Craig K. Schuenemann<br>1700 Lincoln St., Ste. 4100<br>Denver, CO 80203-4541 | Ryan Seidemann<br>Louisiana Department of Justice<br>1885 North Third Street<br>Baton Rouge, LA 70802-5146 |
| Andrew James Shaver<br>Bradley Arant Boult Cummings<br>One Federal Place<br>1819 5th Avenue North<br>Birmingham, AL 35203-2120 | Thomas H Shipps<br>Maynes, Bradford, Shipps & Sheftel, LLP<br>835 E. Second Avenue<br>P.O. Box 2717<br>Durango, Suite 123<br>Durango, CO 81302-2717 | Barnet B Skelton Jr<br>Barnet B. Skelton, Jr.,<br>815 Walker, Suite 1502<br>Houston, TX 77002-5832 |
| Sklar Exploration Company, LLC<br>5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301-2541 | Sklarco, LLC<br>5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301-2541 | Jim F Spencer Jr<br>Watkins & Eager PLLC<br>P. O. Box 650<br>Jackson, MS 39205-0650 |
| Bryce Suzuki<br>Bryce Suzuki<br>Suite 2200<br>Two North Central Avenue<br>Phoenix, AZ 85004-4406 | (c)TIMOTHY M. SWANSON<br>1400 16TH ST STE 600<br>DENVER CO  80202-1486 | David R Taggart<br>Bradley Murchison Kelly & Shea<br>401 Edwards Street<br>Suite 1000<br>Shreveport, LA 71101-5529 |

| | | |
|---|---|---|
| Glenn Taylor<br>Copeland, Cook, Taylor & Bush P.A.<br>1076 Highland Colony Parkway<br>Concourse 600<br>Suite 200<br>Ridgeland, MS 39157-8804 | Madison M. Tucker<br>Jones Walker LLP<br>201 St. Charles Avenue<br>New Orleans, LA 70170-5100 | US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 |
| Amy Vazquez<br>Jones Walker LLP<br>811 Main Street<br>Ste 2900<br>Houston, TX 77002-6116 | Tyler Lee Weidlich<br>Beatty & Wozniak, P.C.<br>216 16th Street<br>Apt. 323<br>Denver, Ste 1100<br>Denver, CO 80202-5115 | Deanna L. Westfall<br>Office of the Colorado Attorney General<br>1300 Broadway,  8th Floor<br>Denver, CO 80026 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| Timothy M. Swanson<br>1400 16th St.<br>6th Floor<br>Denver, CO 80202 | End of Label Matrix<br>Mailable recipients   65<br>Bypassed recipients    0<br>Total                 65 |