| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1:  Sklar Exploration Company, LLC | Case #: | 20-12377-EEB<br>20-12380-EEB |
| Debtor 2:  Sklarco, LLC | Chapter: | 11 |

## Local Bankruptcy Form 9010-4.1
## Notice of Substitution

**Complete applicable sections.**

### Part 1  Notice

Please be advised that Bryce A. Suzuki, formerly of Bryan Cave Leighton Paisner LLP, has joined the law firm of Snell & Wilmer L.L.P. Craig Schuenemann and Bryan Cave Leighton Paisner LLP hereby withdraw as attorneys of record for East West Bank. Bryce A. Suzuki and Stephanie A. Kanan of Snell & Wilmer L.L.P. are hereby substituted as attorneys of record for East West Bank.  Pursuant to L.B.R. 9010-4(b), the Clerk is authorized to terminate the involvement of the withdrawing attorneys.

### Part 2  Signature of Withdrawing Attorney and Entering Attorney

**BRYAN CAVE LEIGHTON PAISNER LLP**

Dated: February 2, 2021

By: /s/ *Craig Schuenemann*
    Craig Schuenemann

CO Bar Number:  41068
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203-4541
(303) 861-7000
craig.schuenemann@bclplaw.com

**SNELL & WILMER L.L.P**

Dated: February 2, 2021

By: /s/ *Bryce A. Suzuki*
    Bryce A. Suzuki

AZ Bar Number:  022721
400 E Van Buren, Suite 1900
Phoenix, Arizona 85004
(602) 382-6267
bsuzuki@swlaw.com

Stephanie A. Kanan
1200 17th Street, Suite 1900
Denver, Colorado 80202
(303) 634-2086
skanan@swlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on February 2, 2021, the foregoing document was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1, and accordingly, all attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service through the CM/ECF system on the date of filing.

By: /s/ *Bryce. A. Suzuki*
Bryce A. Suzuki