**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: § § | Chapter 11 | |
| **SKLAR EXPLORATION COMPANY, LLC**, *et al.*,[1] § § § | Case No. 20-12377-EEB | |
| Debtors. § § | (Jointly Administered) | |

**MONTHLY FEE STATEMENT OF MUNSCH HARDT KOPF & HARR, P.C.,
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

| Name of Applicant: | Munsch Hardt Kopf & Harr, P.C. | |
|---|---|---|
| **Applicant's Role in Case:** | Counsel to the Official Committee of Unsecured Creditors of Sklar Exploration Company, LLC | |
| **Date Order of Employment Entered:** | April 24, 2020 [Dkt. No. 172] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this statement:** | 8/1/20 | 8/31/20 |

| Summary of Total Fees and Expenses Requested | |
|---|---:|
| Total Fees for Services Rendered During Statement Period | $34,656.00 |
| Twenty Percent (20%) Holdback | ($6,931.20) |
| Fees Minus Holdback | $27,724.80 |
| Expenses (100%) | $143.30 |
| **TOTAL FEES AND EXPENSES** | **$34,799.30** |

Pursuant to the Order Approving Interim Advance Payment Procedures ("Interim Compensation Order") [Dkt. No. 322] entered by the Court on May 18, 2020, Munsch Hardt Kopf & Harr, P.C. ("Munsch Hardt"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of Sklar Exploration Company, LLC, submits this Monthly Fee Statement of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

4842-6230-0619v.1

services rendered and expenses incurred in this case for the period from August 1, 2020 through August 31, 2020 (the "Statement Period").

### ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

A. **Summary of Services Rendered by Each Professional**

The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each providing services during the Statement Period for which Munsch Hardt seeks compensation.

| Name | Position | Year of Bar Admission | Hours | Hourly Rate | Total Compensation |
|---|---|---|---|---|---|
| Christopher D. Johnson | Shareholder | 11/03/99 | 31.50 | $550 | $17,325.00 |
| John D. Cornwell | Shareholder | 11/04/05 | .20 | $480 | $96.00 |
| Ross Parker | Shareholder | 11/06/98 | .20 | $480 | $96.00 |
| Grant M. Beiner | Associate | 10/25/19 | 53.00 | $270 | $14,310.00 |
| Julian P. Vasek | Associate | 11/06/09 | 6.90 | $410 | $2,829.00 |
| | | | | | |
| **TOTALS** | | | **91.80** | | **$34,656.00** |

Hourly Rates listed as N/C were not billed to the estates and are in addition to time written off, which is also not billed to the estates and not shown or included in this application. The time records of Munsch Hardt, consisting of a daily breakdown of the time spent by each person on each day, and detail as to the disbursements incurred are attached as **Exhibit A** to this Monthly Fee Statement.

B. **Summary of Services Rendered By Category**

The following itemization presents a summary of the services rendered by Munsch Hardt by Task Category.

| Task Category | Hours | Fees Earned |
|---|---:|---:|
| B110 Case Administration | 1.10 | $353.00 |
| B120 Asset Analysis and Recovery | 44.20 | $18,262.00 |
| B155 Meetings / Communications with Committee | 9.50 | $3,517.00 |
| B160 Fee/Employment Applications | 23.10 | $7,077.00 |
| B170 Fee/Employment Objections | 1.20 | $324.00 |
| B190 Other Contested Matters | .60 | $204.00 |
| B210 Business Operations | 2.60 | $1,066.00 |
| B230 Financing/Cash Collateral | 7.10 | $3,009.00 |
| B240 Tax Issues | 2.40 | $844.00 |
| **TOTAL HOURS AND FEES** | **91.80** | **$34,656.00** |

C. **Summary of Expenses Incurred By Category**

The following itemization presents a summary of the expenses incurred for the Statement Period by category of disbursement.

| Expense Category | Total Expenses |
|---|---:|
| Lexis Research | $143.30 |
| **TOTAL EXPENSES** | **$143.30** |

WHEREFORE, pursuant to the Interim Compensation Order, Munsch Hardt requests payment of compensation in the amount of (i) $27,724.80 (80% of $34,656.00) on account of actual, reasonable and necessary professional services rendered to the Committee by Munsch Hardt and (ii) reimbursement of actual and necessary costs and expenses in the amount of $143.30 incurred on behalf of the Committee.

DATED: September 14, 2020.

    Respectfully submitted,

    **MUNSCH HARDT KOPF & HARR, P.C.**

    By: */s/ Christopher D. Johnson*
    Christopher D. Johnson
    Tex. Bar No. 24012913
    John D. Cornwell
    Tex. Bar No. 24050450
    Grant M. Beiner
    Tex. Bar No. 24116090
    700 Milam Street, Suite 2700
    Houston, Texas 77002
    713-222-1470 (tel.)
    713-222-1475 (fax)
    cjohnson@munsch.com
    jcornwell@munsch.com
    gbeiner@munsch.com

    **COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

4

4842-6230-0619v.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: § § **SKLAR EXPLORATION COMPANY, LLC**, *et al.*,[1] § § § **Debtors.** § | | Chapter 11<br><br>Case No. 20-12377-EEB<br><br>(Jointly Administered) |

**MONTHLY FEE STATEMENT OF MUNSCH HARDT KOPF & HARR, P.C., COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| Name of Applicant: | Munsch Hardt Kopf & Harr, P.C. | |
|---|---|---|
| Applicant's Role in Case: | Counsel to the Official Committee of Unsecured Creditors of Sklar Exploration Company, LLC | |
| Date Order of Employment Entered: | April 24, 2020 [Dkt. No. 172] | |
| | **Beginning of Period** | **End of Period** |
| Time period covered by this statement: | 9/1/20 | 9/30/20 |
| | | |
| **Summary of Total Fees and Expenses Requested** | | |
| Total Fees for Services Rendered During Statement Period | | $35,378.00 |
| Twenty Percent (20%) Holdback | | ($7,075.60) |
| Fees Minus Holdback | | $28,302.40 |
| Expenses (100%) | | $0.00 |
| **TOTAL FEES AND EXPENSES** | | **$35,378.00** |

Pursuant to the Order Approving Interim Advance Payment Procedures ("Interim Compensation Order") [Dkt. No. 322] entered by the Court on May 18, 2020, Munsch Hardt Kopf & Harr, P.C. ("Munsch Hardt"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of Sklar Exploration Company, LLC, submits this Monthly Fee Statement of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

services rendered and expenses incurred in this case for the period from September 1, 2020 through September 30, 2020 (the "Statement Period").

## ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

### A. Summary of Services Rendered by Each Professional

The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each providing services during the Statement Period for which Munsch Hardt seeks compensation.

| Name | Position | Year of Bar Admission | Hours | Hourly Rate | Total Compensation |
|---|---|---|---|---|---|
| Christopher D. Johnson | Shareholder | 11/03/99 | 40.80 | $550 | $22,440.00 |
| John D. Cornwell | Shareholder | 11/04/05 | .50 | $480 | $240.00 |
| Ross Parker | Shareholder | 11/06/98 | 10.00 | $480 | $4,800.00 |
| Grant M. Beiner | Associate | 10/25/19 | 29.10 | $270 | $7,857.00 |
| Julian P. Vasek | Associate | 11/06/09 | .10 | $410 | $41.00 |
| | | | | | |
| **TOTALS** | | | **80.50** | | **$35,378.00** |

Hourly Rates listed as N/C were not billed to the estates and are in addition to time written off, which is also not billed to the estates and not shown or included in this application. The time records of Munsch Hardt, consisting of a daily breakdown of the time spent by each person on each day, and detail as to the disbursements incurred are attached as **Exhibit A** to this Monthly Fee Statement.

3

**B.     Summary of Services Rendered By Category**

The following itemization presents a summary of the services rendered by Munsch Hardt by Task Category.

| Task Category | Hours | Fees Earned |
|---|---|---|
| B110 Case Administration | .70 | $385.00 |
| B120 Asset Analysis and Recovery | 60.60 | $26,876.00 |
| B150 Meetings / Communications with Creditors | 1.50 | $573.00 |
| B155 Meetings / Communications with Committee | 2.00 | $960.00 |
| B160 Fee/Employment Applications | 8.00 | $2,636.00 |
| B170 Fee/Employment Objections | .20 | $110.00 |
| B210 Business Operations | .70 | $385.00 |
| B230 Financing/Cash Collateral | 4.70 | $2,333.00 |
| B320 Plan and Disclosure Statement (including Business Plan) | 2.10 | $1,120.00 |
| **TOTAL HOURS AND FEES** | **80.50** | **$35,378.00** |

WHEREFORE, pursuant to the Interim Compensation Order, Munsch Hardt requests payment of compensation in the amount of (i) 28,302.40 (80% of $35,378.00) on account of actual, reasonable and necessary professional services rendered to the Committee by Munsch Hardt and (ii) reimbursement of actual and necessary costs and expenses in the amount of $0.00 incurred on behalf of the Committee.

[Remainder of page intentionally left blank.]

4837-2109-9728v.1

DATED: October 27, 2020.

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Christopher D. Johnson*
Christopher D. Johnson
Tex. Bar No. 24012913
John D. Cornwell
Tex. Bar No. 24050450
Grant M. Beiner
Tex. Bar No. 24116090
700 Milam Street, Suite 2700
Houston, Texas 77002
713-222-1470 (tel.)
713-222-1475 (fax)
cjohnson@munsch.com
jcornwell@munsch.com
gbeiner@munsch.com

**COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| In re: | § | Chapter 11 |
|---|---|---|
| | § | |
| **SKLAR EXPLORATION COMPANY, LLC,** *et al.*,[1] | § § | Case No. 20-12377-EEB |
| | § | |
| Debtors. | § | (Jointly Administered) |

**MONTHLY FEE STATEMENT OF MUNSCH HARDT KOPF & HARR, P.C.,
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| **Name of Applicant:** | Munsch Hardt Kopf & Harr, P.C. | |
|---|---|---|
| **Applicant's Role in Case:** | Counsel to the Official Committee of Unsecured Creditors of Sklar Exploration Company, LLC | |
| **Date Order of Employment Entered:** | April 24, 2020 [Dkt. No. 172] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this statement:** | 10/1/20 | 10/31/20 |

| **Summary of Total Fees and Expenses Requested** | |
|---|---|
| Total Fees for Services Rendered During Statement Period | $45,171.00 |
| Twenty Percent (20%) Holdback | ($9,034.20) |
| Fees Minus Holdback | $36,136.80 |
| Expenses (100%) | $1,481.70 |
| **TOTAL FEES AND EXPENSES** | **$46,652.70** |

Pursuant to the Order Approving Interim Advance Payment Procedures ("Interim Compensation Order") [Dkt. No. 322] entered by the Court on May 18, 2020, Munsch Hardt Kopf & Harr, P.C. ("Munsch Hardt"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of Sklar Exploration Company, LLC, submits this Monthly Fee Statement of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

4850-8049-4034v.1

services rendered and expenses incurred in this case for the period from October 1, 2020 through October 31, 2020 (the "Statement Period").

### ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

A. **Summary of Services Rendered by Each Professional**

The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each providing services during the Statement Period for which Munsch Hardt seeks compensation.

| Name | Position | Year of Bar Admission | Hours | Hourly Rate | Total Compensation |
|---|---|---|---|---|---|
| Christopher D. Johnson | Shareholder | 11/03/99 | 31.60 | $550 | $17,380.00 |
| David R. Roth | Shareholder | 11/05/93 | 1.30 | $500 | $650.00 |
| Ross Parker | Shareholder | 11/06/98 | 23.30 | $480 | $11,184.00 |
| Grant M. Beiner | Associate | 10/25/19 | 59.10 | $270 | $15,957.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** |  |  | **115.30** |  | **$45,171.00** |

Hourly Rates listed as N/C were not billed to the estates and are in addition to time written off, which is also not billed to the estates and not shown or included in this application. The time records of Munsch Hardt, consisting of a daily breakdown of the time spent by each person on each day, and detail as to the disbursements incurred are attached as **Exhibit A** to this Monthly Fee Statement.

4850-8049-4034v.1

B. **Summary of Services Rendered By Category**

The following itemization presents a summary of the services rendered by Munsch Hardt by Task Category.

| Task Category | Hours | Fees Earned |
|---|---|---|
| B110 Case Administration | .40 | $108.00 |
| B120 Asset Analysis and Recovery | 88.20 | $32,366.00 |
| B150 Meetings / Communications with Creditors | .70 | $329.00 |
| B155 Meetings / Communications with Committee | 2.00 | $960.00 |
| B160 Fee/Employment Applications | .40 | $220.00 |
| B180 Avoidance Action Analysis | .30 | $165.00 |
| B185 Assumption/Rejection of Leases and Contracts | 1.60 | $880.00 |
| B190 Other Contested Matters | 9.10 | $4,053.00 |
| B195 Non-Working Travel | 4.00 | $1,920.00 |
| B210 Business Operations | .50 | $275.00 |
| B230 Financing/Cash Collateral | 1.30 | $715.00 |
| B310 Claims Administration and Objections | .20 | $110.00 |
| B320 Plan and Disclosure Statement | 6.60 | $3,070.00 |
| **TOTAL HOURS AND FEES** | **115.30** | **$45,171.00** |

WHEREFORE, pursuant to the Interim Compensation Order, Munsch Hardt requests payment of compensation in the amount of (i) $36,136.80 (80% of $45,171.00) on account of actual, reasonable and necessary professional services rendered to the Committee by Munsch Hardt and (ii) reimbursement of actual and necessary costs and expenses in the amount of $1,481.70 incurred on behalf of the Committee.

[Remainder of page intentionally left blank.]

4850-8049-4034v.1

DATED: November 23, 2020.

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Christopher D. Johnson*
Christopher D. Johnson
Tex. Bar No. 24012913
John D. Cornwell
Tex. Bar No. 24050450
Grant M. Beiner
Tex. Bar No. 24116090
700 Milam Street, Suite 2700
Houston, Texas 77002
713-222-1470 (tel.)
713-222-1475 (fax)
cjohnson@munsch.com
jcornwell@munsch.com
gbeiner@munsch.com

**COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re:<br><br>**SKLAR EXPLORATION COMPANY, LLC**, *et al.*,[1]<br><br>Debtors. | §<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 20-12377-EEB<br><br>(Jointly Administered) |

**MONTHLY FEE STATEMENT OF MUNSCH HARDT KOPF & HARR, P.C.,
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Name of Applicant: | Munsch Hardt Kopf & Harr, P.C. | |
|---|---|---|
| Applicant's Role in Case: | Counsel to the Official Committee of Unsecured Creditors of Sklar Exploration Company, LLC | |
| Date Order of Employment Entered: | April 24, 2020 [Dkt. No. 172] | |
| | **Beginning of Period** | **End of Period** |
| Time period covered by this statement: | 11/1/20 | 11/30/20 |
| | | |
| **Summary of Total Fees and Expenses Requested** | | |
| Total Fees for Services Rendered During Statement Period | | $115,758.00 |
| Twenty Percent (20%) Holdback | | ($23,151.60) |
| Fees Minus Holdback | | $92,606.40 |
| Expenses (100%) | | $0.00 |
| **TOTAL FEES AND EXPENSES** | | **$115,758.00** |

Pursuant to the Order Approving Interim Advance Payment Procedures ("Interim Compensation Order") [Dkt. No. 322] entered by the Court on May 18, 2020, Munsch Hardt Kopf & Harr, P.C. ("Munsch Hardt"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of Sklar Exploration Company, LLC, submits this Monthly Fee Statement of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

4847-6727-5221v.1

services rendered and expenses incurred in this case for the period from November 1, 2020 through November 30, 2020 (the "Statement Period").

**ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED**

A. **Summary of Services Rendered by Each Professional**

The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each providing services during the Statement Period for which Munsch Hardt seeks compensation.

| Name | Position | Year of Bar Admission | Hours | Hourly Rate | Total Compensation |
|---|---|---|---|---|---|
| Christopher D. Johnson | Shareholder | 11/03/99 | 69.80 | $550 | $38,390.00 |
| David R. Roth | Shareholder | 11/05/93 | 2.10 | $500 | $1,050.00 |
| John D. Cornwell | Shareholder | 11/04/05 | 16.60 | $480 | $7,968.00 |
| Ross Parker | Shareholder | 11/06/98 | 80.9 | $480 | $38,832.00 |
| Ross Parker | Shareholder | 11/06/98 | 8.50 | $240 | $2,040.00 |
| Grant M. Beiner | Associate | 10/25/19 | 91.90 | $270 | $24,813.00 |
| Julian P. Vasek | Associate | 11/06/09 | 6.50 | $410 | $2,665.00 |
| | | | | | |
| **TOTALS** | | | **276.30** | | **$115,758.00** |

Hourly Rates listed as N/C were not billed to the estates and are in addition to time written off, which is also not billed to the estates and not shown or included in this application. The time records of Munsch Hardt, consisting of a daily breakdown of the time spent by each person on each day, and detail as to the disbursements incurred are attached as **Exhibit A** to this Monthly Fee Statement.

B. **Summary of Services Rendered By Category**

The following itemization presents a summary of the services rendered by Munsch Hardt by Task Category.

| Task Category | Hours | Fees Earned |
|---|---:|---:|
| B110 Case Administration | .10 | $41.00 |
| B120 Asset Analysis and Recovery | 213.50 | $85,344.00 |
| B140 Relief From Stay/Adequate Protection Proceedings | .80 | $440.00 |
| B155 Meetings / Communications with Committee | 10.00 | $4,996.00 |
| B160 Fee/Employment Applications | .60 | $330.00 |
| B190 Other Contested Matters | 3.50 | $1,925.00 |
| B195 Non-Working Travel | 17.10 | $2,040.00 |
| B230 Financing/Cash Collateral | 5.80 | $2,546.00 |
| B320 Plan and Disclosure Statement | 33.50 | $18,096.00 |
| **TOTAL HOURS AND FEES** | **284.90** | **$115,758.00** |

WHEREFORE, pursuant to the Interim Compensation Order, Munsch Hardt requests payment of compensation in the amount of (i) $92,606.40 (80% of $115,758.00) on account of actual, reasonable and necessary professional services rendered to the Committee by Munsch Hardt and (ii) reimbursement of actual and necessary costs and expenses in the amount of $0.00 incurred on behalf of the Committee.

[Remainder of page intentionally left blank.]

4847-6727-5221v.1

DATED: December 29, 2020.

        Respectfully submitted,

        **MUNSCH HARDT KOPF & HARR, P.C.**

        By: */s/ Christopher D. Johnson*
        Christopher D. Johnson
        Tex. Bar No. 24012913
        John D. Cornwell
        Tex. Bar No. 24050450
        Grant M. Beiner
        Tex. Bar No. 24116090
        700 Milam Street, Suite 2700
        Houston, Texas 77002
        713-222-1470 (tel.)
        713-222-1475 (fax)
        cjohnson@munsch.com
        jcornwell@munsch.com
        gbeiner@munsch.com

        **COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

4

4847-6727-5221v.1