IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC, *et al.*,[1]<br><br>Debtors. | § § § § § § § | Chapter 11<br><br>Case No. 20-12377-EEB<br><br>(Jointly Administered) |

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' MOTION TO CONTINUE HEARING ON ADEQUACY OF DISCLOSURE STATEMENT AND SET RELATED DATES**

The Official Committee of Unsecured Creditors (the "Committee") of Sklar Exploration Company, LLC, ("SEC"), appointed in the above-captioned, jointly-administered bankruptcy cases (the "Cases"), of SEC and Sklarco, LLC ("Sklarco", and collectively with SEC, the "Debtors"), hereby files its *Joinder* (this "Joinder") to the Debtors' pending *Motion to Continue Hearing on Adequacy of Disclosure Statement and Set Related Dates* (the "Motion") [Dkt. No. 782], and in support thereof, would respectfully show the Court as follow:

1. On April 1, 2020 ("Petition Date"), each of the Debtors filed a voluntary petition under Chapter 11 of the Bankruptcy Code with this Court, and by order of this Court, their corresponding bankruptcy Cases are jointly administered under Chapter 11 Case No. 20-12377 [Dkt. No. 8]. The Debtor remains in control of its business and affairs as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2. On December 18, 2020, the Debtors filed their *Joint Plan of Reorganization* ("Plan") [Dkt. No. 739] and *Disclosure Statement to Accompany Joint Plan of Reorganization* ("Disclosure Statement") [Dkt. No. 740].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

4819-6857-5450v.2

3. On December 21, 2020, this Court filed its *Order for Video Conference Hearing on Disclosure Statement* (the "Order") [Dkt. No. 743], setting a video conference hearing to consider the adequacy of and to approve the Disclosure Statement on February 11, 2021 at 9:30 a.m. via Zoom.

4. On January 6 and 11, 2021, the Debtors, along with East West Bank ("EWB"), the Ad Hoc Committee of Working Interest Holders, the Tauber Group, and the JJS entities, participated in a productive mediation (the "Mediation"), which resulted in a deal in principal between the Committee and EWB, and general terms and further negotiations between the Committee, EWB, and the Debtors regarding an Amended Plan.

5. As discussed in the Motion, the Debtors seek to continue the hearing regarding the adequacy of the Disclosure Statement and to file their Amended Plan and Amended Disclosure Statement by February 26, 2021, which shall incorporate the material changes and specific terms of the ongoing negotiations since the Mediation between the Committee, EWB, and the Debtors.

6. The Committee joins in the relief requested in the Motion filed by the Debtors. The Committee agrees with the Motion that, while a deal has not been carved in stone as of yet, continued forward progress and negotiations between the Committee, EWB, and the Debtors is in the best interest of the estates and will hopefully narrow the gap raised by creditors and result in a more successful and productive future Plan and Disclosure Statement hearing.

WHEREFORE, the Committee joins in the relief requested in the Motion for the reasons cited therein, and respectfully requests that the Court enter an Order (i) continuing the hearing on the adequacy of the Disclosure Statement; and (ii) setting February 26, 2021 as the date by which the Debtors are required to file their Amended Plan and Amended Disclosure Statement.

4819-6857-5450v.2

Respectfully submitted this 4th day of February, 2021

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Christopher D. Johnson*
Christopher D. Johnson
Texas Bar No. 24012913
John D. Cornwell
Texas Bar No. 24050450
Grant M. Beiner
Texas Bar No. 24116090
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone: (713) 222-1470
Facsimile: (713) 222-1475
cjohnson@munsch.com
jcornwell@munsch.com
gbeiner@munsch.com

**COUNSEL FOR
THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on February 4, 2021.

*/s/ Grant M. Beiner*
Grant M. Beiner

4819-6857-5450v.2