

**From:** Dario Navia <dnavia@cgaus.com>
**Sent:** Thursday, April 30, 2020 2:07 PM
**To:** Steven Hatcher <SHatcher@sklarexploration.com>
**Cc:** Marshall Jones <jmjones@sklarexploration.com>
**Subject:** CGA Revised Ownership & Final SEC YE19 Eco Runs

Gentlemen,

I've applied the provided ownership into our model, the only couple of questions we have are:

1. SW Brooklyn Unit: the 2nd and 3rd ownership reversions are set to occur at the same time: 10/1/2021. We are not sure if you wanted this to occur as proposed. Just confirm this.
2. Well: Cedar Creek Land & Timber 35-15 #1 was not included in your list. However, we applied in the DB the ownership you see in workbook 'in CGA Db Ownership'

I am attaching the revised spreadsheet for you.

Wrapping up an SEC report requires a PV % of 10, also we are dropping ALL negative DCF cases marking them as 'Non-Commercial'. As for the CGA Final economic run files, we are attaching:

1. An economic run Summary by Reserve Category PDF.
2. An excel file with our 'Final run' by well (sorted by DCF value), and an added workbook with the ownership used.
3. A CGA One-liner excel file.

Before calling it final, please, review the numbers thoroughly and let us know if you approve these 'as is' so we can start preparing the report.

Respectfully,

**Dario Navia**
Senior Reservoir Engineer

Cawley, Gillespie & Associates, Inc.
13640 Briarwick Drive, Suite 100
Austin, TX 78729
Main Office: 512-249-7000
Direct Line: 512-354-7947
*Cell Phone: 512-577-7649*
E-mail: dnavia@cgaus.com