IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) | |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | |

**ORDER GRANTING *AD HOC* COMMITTEE OF WORKING INTEREST OWNERS'
*EX PARTE* MOTION FOR A RULE 2004 EXAM OF CAWLEY GILLESPIE &
ASSOCIATES, INC.**

This matter having come before the Court upon the *Ad Hoc* Committee of Working Interest Owners of Debtor Sklar Exploration Company, LLC (the "***Ad Hoc* Committee**"), for their *Ex Parte* Motion for a Rule 2004 Exam of Cawley Gillespie & Associates, Inc. (the "**Motion**");[1] the Court having jurisdiction to consider the Motion; and upon consideration of the Motion; and due and appropriate notice having been given and no further notice being needed; and upon the proceedings before the Court; and good and sufficient cause having been shown; it is hereby

---

[1] Capitalized terms not expressly defined herein shall have the meanings ascribed to them in the Motion.

1

4810-9891-6056.1

**ORDERED**:

1. The Motion is granted;

2. Cawley shall respond to and produce documents to the *Ad Hoc* Committee in response to the Request for Documents, attached as Exhibit 2 to the Motion, within fourteen (14) days after service of a copy of this Order and any subpoena issued pursuant thereto;

3. The *Ad Hoc* Committee is authorized to issue a subpoena, pursuant to Fed. R. Civ. P. 45 as incorporated by Fed. R. Bankr. P. 9016, for the documents requested on Exhibit 2 to the Motion;

4. This Order shall be effective and enforceable immediately upon entry;

5. This Court retains jurisdiction with respect to any matters or disputes arising from or related to the implementation of this Order; and

6. This Order is without prejudice to the ability of the *Ad Hoc* Committee to request from the Court further discovery from the Debtors or any other persons or entities.

DATED: February __, 2021

                                                    _____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge

4810-9891-6056.1