# EXHIBIT 1

## Document Requests and Topics for Deposition

### DEFINITIONS

1. "SEC" means Sklar Exploration Company, LLC.

2. "Sklarco" means Sklarco, LLC.

3. "Debtors" means collectively SEC and Sklarco, along with those Persons acting or purporting to act on their behalf.

4. "Brooklyn Agreements" collectively means: (i) Southwest Brooklyn Oil Unit Agreement; (ii) Southwest Brooklyn Oil Unit Operating Agreement; (iii) Southeast Brooklyn Oil Unit Agreement; and (iv) Southeast Brooklyn Oil Unit Operating Agreement, each dated November 1, 2018, along with all exhibits, amendments, substitutions, replacements, addendums or any ancillary documents referenced therein.

5. "Brooklyn Oil Units" mean the Unit Areas as such terms are defined in the Brooklyn Agreements.

6. "EWB" means East-West Bank.

7. "Person" means both individuals and legal entities.

8. "Document" and/or "documents" means any writing or other form of record (including any writing or data stored on electronic storage devices) within the scope of the word "document" as that term is used in Rules 26 and 34 of the Federal Rules of Civil Procedure (as incorporated by FER. R. BANKR. P. 7026 and 7034).

9. The term "Communication" means, without limitation, any written or electronic exchange between two or more persons, including, but not limited to letters, memos, notes, emails, text messages or messaging via any social network platform such as Twitter, Parler, Instagram, FaceBook etc.

### INSTRUCTIONS

A. The documents responsive to these requests shall be produced as they have been kept in the usual course of business or shall be organized and labeled to correspond with the enumerated categories in this request in accordance with FRCP 45 (e). If a document is responsive to more than one request of this subpoena duces tecum then the document need be produced only once.

B. As required by FRCP 45 (d)(1), an attempt has been made to limit and tailor this subpoena duces tecum to minimize to the extent possible the burden on you in responding to this

subpoena duces tecum. Any objections to this subpoena duces tecum shall be governed by FRCP 45 (d)(2)(B) and any objections to claims of privilege by FRCP 45 (e)(2).

C. Unless otherwise specified in an individual document request, the scope of the documents requested herein shall be limited to March 31, 2019 through the date of the response.

## **DOCUMENT REQUESTS**

**Request No. 1**: Any reserve reports prepared by EWB reflecting conclusions, summaries, opinions and projections of value of any mineral properties owned by Sklarco and/or operated by SEC.

**Request No. 2**: All documents provided to EWB by or on behalf of the Debtors which EWB used in any way in performing its work to prepare such reserve reports.

**Request No. 3**: All Communications between EWB and either NSAI or the Debtors pertaining to the NSAI reserve reports or any draft thereof.

**Request No. 4**: All Communications between EWB and the Debtors pertaining to any reserve reports prepared by McGuire and Associates, Cawley or NSAI pertaining to the conclusions, summaries, opinions and projections of value of any mineral properties owned by Sklarco and/or operated by SEC.

**Request No. 5**: All drafts, work papers and supporting data for each reserve reports prepared by NSAI at the request of either SEC or Sklarco, whether or not such reports were deemed final or draft.