**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930 | Chapter 11 |
| Debtor. | |
| SKLARCO, LLC<br>EIN: 72-1425432 | Case No. 20-12380-EEB |
| Debtor. | **Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

**FPCC USA, INC.'S JOINDER IN OTHER WORKING INTEREST OWNER OBJECTIONS TO: (A) MOTION FOR CLARIFICATION OF ORDERS AND TO AUTHORIZE IMMEDIATE OFFSET OF JOINT INTEREST BILLING OBLIGATIONS; AND (B) SUPPLEMENT TO MOTION FOR CLARIFICATION OF ORDERS AND TO AUTHORIZE IMMEDIATE OFFSET OF JOINT INTEREST BILLING OBLIGATIONS**

FPCC USA, Inc. ("**FPCC USA**") joins in various objections filed by other parties-in-interest  to the *Motion For Clarification Of Orders And To Authorize Immediate Offset Of Joint Interest Billing Obligations And Supplement To Motion For Clarification Of Orders And To Authorize Immediate Offset Of Joint Interest Billing Obligations* [**Dkt. No. 551**] (the "**Purported Clarification Motion**") and the *Supplement to Motion For Clarification Of Orders And To Authorize Immediate Offset Of Joint Interest Billing Obligations And Supplement To Motion For Clarification Of Orders And To Authorize Immediate Offset Of Joint Interest Billing Obligations* [**Dkt. No. 624**] ("**Supplement**") filed by Sklar Exploration Company, LLC ("**SEC**") and Sklarco, LLC ("**Sklarco**" and collectively with SEC, the "**Debtors**") in the above, jointly administered proceedings.  In support thereof, FPCC USA states as follows:

1.     The Debtors filed the Purported Clarification Motion on September 4, 2020.

2.      On January 22, 2021, the Debtors filed their *Expedited Motion to Set Hearing on Motion for Clarification of Orders and to Authorize Immediate Offset of Joint Interest Billing Obligations* ("**Emergency Motion**") [**Dkt. No. 777**].  In response to the Emergency Motion, the Court has set a non-evidentiary hearing for February 11, 2020.

3.      Objections to the Purported Clarification Motion and/ or the Emergency Motion were filed by JF Howell Interests, LP ("**Howell Interests**") [**Dkt. No. 566**]; Kudzu Oil Properties [**Dkt. No. 807**], LLC, Alabama Oil Company and Apple River Investments, LLC [**Dkt. No. 567**], and McCombs Energy, Ltd. ("**McCombs**") [**Dkt. Nos. 568, 804**] (together, "**Other WIO Objections**").

4.      FPCC USA joins in the Other WIO Objections.

WHEREFORE, FPCC USA joins in the Other WIO Objections.  Alternatively, FPCC USA requests such other and further relief as the Court deems just and appropriate.

Dated:  February 6, 2021.                          Respectfully submitted,

**JONES WALKER LLP**

By: */s/Jeffrey R. Barber*
_____

Jeffrey R. Barber
190 East Capitol Street, Suite 800 (39201)
Post Office Box 427
Jackson, Mississippi  39205-0427
Telephone:  (601) 949-4765
Facsimile:  (601) 949-4804
jbarber@joneswalker.com

-and-

Joseph E. Bain
Amy L. Vazquez
811 Main Street, Ste. 2900
Houston, Texas 77002
Tel: 713-437-1800
Fax: 713-437-1801

Email: jbain@joneswalker.com; and
avazquez@joneswalker.com

-and-

Madison M. Tucker
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Tel: 504-582-8000
Fax: 504-589-8261
Email: mtucker@joneswalker.com

**Counsel for FPCC USA, Inc.**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 6, 2021, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in this case.

*/s/ Joseph E. Bain*
Joseph E. Bain