**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

```
-------------------------------------------------------------x
                                                             :
In re                                                        :   Chapter 11
                                                             :
SKLAR EXPLORATION COMPANY, LLC, et al.,                      :   Case No. 20-12377 (EEB)
                                                             :
         Debtors.¹                                           :   (Jointly Administered)
                                                             :
                                                             :   Ref. Docket Nos. 797 & 798
-------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC², located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 4, 2021, I caused to be served the:

   a. "Interim Application for Compensation for The Official Committee of Unsecured Creditors, Creditor Comm. Aty, Period: 8/1/2020 to 11/30/2020, Fees Requested: $230,963.00, Expenses Requested: $1,625.00," dated February 4, 2021, [Docket No. 797], and

   b. "9013-1.1 Notice Filed by Grant Matthew Beiner on behalf of The Official Committee of Unsecured Creditors," dated February 4, 2021, [Docket No. 798],

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432) The Debtors' principal offices are located at 5395 Pearl Parkway; Suite 200; Boulder, CO 80301.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Geoff Zahm
Geoff Zahm

Sworn to before me this
5th day of February, 2021
/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021