(COB 245 vo2004Exam)(02/11)

# IN THE UNITED STATES BANKRUPTCY COURT
**District of Colorado**,
HONORABLE Elizabeth E. Brown

In re:

    Sklar Exploration Company, LLC
    Sklarco, LLC

Debtor(s)

    Case No.:    20−12377−EEB
    Chapter:    11

## ORDER GRANTING MOTION FOR 2004 EXAMINATION

On 2/5/21, Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company, LLC and Sklarco, LLC. ("Movant") filed a motion for examination under Rule 2004 ("Motion"). This court, having considered the Motion, hereby

ORDERS that the Movant is authorized to conduct an examination of Netherland, Sewell & Associates, Inc. pursuant to Fed.R.Bankr.P 2004 and L.B.R. 2004−1; and

FURTHER ORDERS that Movant may compel the attendance of witnesses and production of documents in the manner prescribed by Fed.R.BankrP. 2004(c) and 9016.

Dated: 2/8/21

BY THE COURT:
s/ Elizabeth E. Brown
United States Bankruptcy Judge