IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: § § **SKLAR EXPLORATION COMPANY, LLC**, *et al*.,[1] § § § **Debtors.** § | | **Chapter 11** **Case No. 20-12377-EEB** **(Jointly Administered)** |

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' MOTION FOR CLARIFICATION OF ORDERS AND TO AUTHORIZE IMMEDIATE OFFSET OF JOINT INTEREST BILLING OBLIGATIONS**

The Official Committee of Unsecured Creditors (the "Committee") of Sklar Exploration Company, LLC, ("SEC"), appointed in the above-captioned, jointly-administered bankruptcy cases (the "Cases"), of SEC and Sklarco, LLC ("Sklarco", and collectively with SEC, the "Debtors"), hereby files its *Joinder* (this "Joinder") to the Debtors' pending *Motion for Clarification of Orders and to Authorize Immediate Offset of Joint Interest Billing Obligations* (the "Motion") [Dkt. No. 551], and in support thereof, would respectfully show the Court as follow:

1. On April 1, 2020 ("Petition Date"), each of the Debtors filed a voluntary petition under Chapter 11 of the Bankruptcy Code with this Court, and by order of this Court, their corresponding bankruptcy Cases are jointly administered under Chapter 11 Case No. 20-12377 [Dkt. No. 8]. The Debtor remains in control of its business and affairs as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2. On May 18, 2020, the Court entered its *Order Authorizing Payment of Working Interest Obligations and Limited Offset of Joint Interest Billing Obligations* ("Oil and Gas Order")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

4816-1397-0138v.2

[Dkt. No. 317], whereby authorizing SEC to offset joint interest billing obligations ("JIBs") owed to it against revenue owed to a working interest holder ("WI Holder").

3. On June 15, 2020, the Court entered its *Final Order Authorizing Use of Cash Collateral, Granting Adequate Protection, and Providing Related Relief* ("Final Cash Collateral Order") [Dkt. No. 433], whereby further clarifying the Oil and Gas Order and ensuring that SEC could continue to operate under the applicable Participation and Operating Agreements, including undertaking collection efforts in accordance with such agreements, and authorizing SEC to offset JIB obligations owed to SEC by non-compliant WI Holders.

4. As discussed in the Motion, SEC seeks clarification of the Oil and Gas Order and Final Cash Collateral Order, as it pertains to offsetting unpaid JIB amounts it is owed from post-petition revenue owed to WI holders. The Debtors state that should they not be able to offset JIBs, they will be forced to pay all expenses associated with operating the wells, causing a harmful effect on all creditors involved in these proceedings.

5. The Committee joins in the relief requested in the Motion filed by the Debtors. The Committee agrees with the Motion that, should SEC not be able to offset the unpaid JIBs it is owed, a rapid depletion in SEC's estate will occur to the detriment of all creditors, and hinder the going forward with an effective plan of reorganization.

WHEREFORE, the Committee joins in the relief requested in the Motion for the reasons cited therein, and respectfully requests that the Court enter an Order clarifying the Oil and Gas Order and the Final Cash Collateral Order, authorizing SEC to immediately offset JIBs against post-petition revenue owed to non-compliant WI Holders.

Respectfully submitted this 10th day of February, 2021

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Christopher D. Johnson*
Christopher D. Johnson
Texas Bar No. 24012913
John D. Cornwell
Texas Bar No. 24050450
Grant M. Beiner
Texas Bar No. 24116090
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone: (713) 222-1470
Facsimile: (713) 222-1475
cjohnson@munsch.com
jcornwell@munsch.com
gbeiner@munsch.com

**COUNSEL FOR
THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on February 10, 2021.

*/s/ Grant M. Beiner*
Grant M. Beiner

4816-1397-0138v.2