UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**STIPULATION RESOLVING OBJECTION TO MOTION FOR CLARIFICATION OF ORDERS AND TO AUTHORIZE IMMEDIATE OFFSET OF JOINT INTEREST BILLING OBLIGATIONS (Doc. No. 569) BY AND BETWEEN SKLAR EXPLORATION COMPANY, LLC, JJS INTERESTS ESCAMBIA, LLC, JJS INTERESTS STEELE KINGS, LLC, AND JJS WORKING INTERESTS, LLC**

The Debtor, Sklar Exploration Company, LLC ("SEC"), JJS Interests Escambia, LLC, JJS Interests Steele Kings, LLC, and JJS Working Interests, LLC (collectively "JJS" and together with SEC, the "Parties"), by and through their undersigned attorneys, enter into this Stipulation to resolve the Objection to Motion for Clarification of Orders and to Authorize Immediate Offset of Joint Interest Billing Obligations as follows as follows:

1. The Debtors filed its voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code on April 1, 2020. The Debtors remain Debtors-in-Possession.

2. The Office of the United States Trustee appointed an Official Committee of Unsecured Creditors ("Committee") in SEC's case on April 16, 2020.

3. SEC is engaged in business as an independent exploration and production company in the oil and gas industry. SEC is an operating company and does not own oil or gas properties. SEC has its principal business office in Boulder, Colorado and has additional offices in Shreveport, Louisiana and Brewton, Alabama. SEC's exploration and production activities are primarily located in East Texas, North Louisiana, South Mississippi, South Alabama and the Florida Panhandle. SEC is also developing properties and opportunities in the western United States, though no oil or gas production has been produced from the wells in the western United States.

4. JJS is a holder of working interests in a variety of wells operated by SEC in accordance with various operating agreements and participation agreements (collectively, the "Oil and Gas Agreement").

5. As a working interest holder, JJS is entitled to payments for its proportionate share of revenue generated by sale of oil and gas from the wells operated by SEC. JJS is further obligated to pay its proportionate share of expenses associated with operation of the wells in which it holds an interest through payment of joint interest billings ("JIBs").

6. JJS currently owes $299,380.49 in JIBs, and holds a pre-petition claim for unpaid revenue in the amount of $237,741.62.[1]

7. On September 4, 2020, SEC filed its *Motion for Clarification of Orders and to Authorize Immediate Offset of Joint Interest Billing Obligations* ("Offset Motion") (Docket No. 551), seeking clarification of the seeking clarification of the *Final Order Authorizing Use of Cash Collateral, Granting Adequate Protection, and Providing Related Relief* (Docket No. 433) ("Final Cash Collateral Order") and to offset post-petition JIBs owed by working interest owners to SEC against post-petition revenue owed to such working interest owners.

8. JJS timely filed its Objection to the Offset Motion on September 29, 2020 (Docket No. 569), asserting recoupment rights with respect to some or all of the post-petition JIBs.

9. To resolve the Objection filed by JJS, JJS and SEC stipulate and agree as follows:

    a. Any recoupment rights asserted by JJS with respect to non-payment of JIBs shall be preserved to be addressed in connection with a hearing on confirmation of a Plan of Reorganization;

    b. SEC shall continue to remit post-petition revenue to JJS in accordance with the respective operating agreements and participation agreements;

    c. JJS shall timely pay post-petition JIBs in accordance with invoices issued by SEC following the date of this Stipulation. For the avoidance of doubt, SEC shall not seek payment from JJS prior to confirmation of a Plan of Reorganization with respect to post-petition JIBs that are invoiced and outstanding as of the date of this Stipulation; and

---

[1] All amounts contained herein are presented on collective basis. SEC and JJS maintain records of the amounts owed to and from each of the JJS entity.

   d. Upon filing this Stipulation, JJS shall withdraw its Objection to the Offset Motion at Docket No. 569, without prejudice to JJS's ability to assert its recoupment rights in connection with a hearing on confirmation of a Plan of Reorganization in accordance with this stipulation.

10. Nothing contained herein shall limit or prejudice the Parties' rights to assert a subsequent default arising under the applicable operating agreements and/or participation agreements, nor shall it limit or prejudice the Parties' right to enforce the applicable agreements in the event of a subsequent default.

WHEREFORE, SEC and JJS pray the Court make and enter an Order approving this Stipulation, and for such further and additional relief as to the Court may appear just and proper.

DATED: February 10, 2021     Respectfully submitted,

**KUTNER BRINEN, P.C.**

By: */s/ Keri L. Riley*
  Jeffrey S. Brinen, #20565
  Keri L. Riley, #47605
  1660 Lincoln Street, Suite 1720
  Denver, CO 80264
  Telephone: (303) 832-2400
  E-mail: klr@kutnerlaw.com
  *Counsel to the Debtors*

**WILLKIE FARR & GALLAGHER LLP**

By: */s/ Jennifer J. Hardy*
  Jennifer J. Hardy (Texas Bar No. 24096068)
  600 Travis Street
  Houston, Texas 77002
  Telephone: 713-510-1700
  Facsimile: 713-510-1799
  Email: jhardy2@willkie.com

  *Counsel to JJS Interests North Beach, LLC, JJS Interests Escambia, LLC, JJS Interests West Arcadia, LLC, JJS Interests Steele Kings, LLC and JJS Working Interests, LLC*