UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## Minute Order

| Date: February 11, 2021 | **Honorable Elizabeth E. Brown, Presiding** |
|---|---|
|  | Kerstin Cass, Law Clerk |

| In re: | Sklar Exploration Company, LLC, Debtor. | **Case. No. 20-12377 EEB** Chapter 11 |
|---|---|---|
|  | Sklarco, LLC, Debtor. | **Case. No. 20-12380 EEB** Chapter 11 |

**Jointly Administered Under 20-12377 EEB**

| | Video Conference Appearances | | Representing |
|---|---|---|---|
| Counsel | Paul Moss | UST | |
| Counsel | Keri Riley, James Katchadurian, Duane Graham | Debtor(s) | |
| Counsel | Chris Johnson, Grant Beiner | Committee | Creditors' Committee |
| Counsel | Bryce Suzuki | Creditor | East West Bank |
| Counsel | Eric Lockridge | Creditor | Anderson Exploration Energy Co., TCP Cottonwood, L.P., AEEC II, LLC and Sugar Oil Properties |
| Counsel | Christopher Meredith | Creditor | Eastern Energy Services |
| Counsel | Brent Cohen | | Fant Energy Ltd. |
| Counsel | Joseph Bain | Creditor | FPCC USA |
| Counsel | Jordan Bird | Creditor | Franks Exploration Co, AEH Investments, J & A Harris Bundero Investment Co., Kingston, Hughes Oil South, KMR Investments, Tommy Youngblood |
| Counsel | Timothy Swanson | Creditor | Ad Hoc Committee of Working Interest Owners |
| Counsel | Jennifer Hardy | Creditor | JJS Interests Escambia, LLC, JJS Interests Steele Kings, LLC, JJS Working Interests, LLC |
| Counsel | Craig Geno, Tim Swanson | Creditor | Kudzu Oil Properties, Alabama Oil Co. & Apple River Investments, Alabama Oil & Gas, LLC |
| Counsel | Jim Spencer | Creditor | Landmark Oil and Gas, Landmark Exploration, Lexington Investments, Stone Development, |
| Counsel | Chris Crowley | Creditor | Liquid Gold Well Service, Inc |
| Counsel | Duane Brescia | Creditor | Lucas Petroleum Oil |
| Counsel | Steve Lecholop | Creditor | McCombs Energy |
| Counsel | Jeremy Retherford, Matt Ochs, Stan Kynerd, David Hilton | Creditor | Pruet Oil Company, LLC, Pruet Production Co. (individually and as agent) |
| Counsel | Adam Hirsch | Creditor | Howard Sklar, Howard Sklar Trust |

| Counsel | Robert Paddock, Louis Goza, John Aubrey | Creditor | Strago Petroleum Corporation, Meritage Energy Ltd, Gateway Exploration, Harvest Gas Management, G Crew Properties |
|---|---|---|---|
| Counsel | Thomas Shipps, Barnet Skelton Jr., Shay Denning, Trey Sibley, Mike Pickens | Creditor | Tauber Exploration & Production Co, CTM 2005, Ltd., I & L Miss I, LP, Pickens Financial Group, LLC, MER Energy, Ltd., The MR Trust, Tara Rudman Revocable Trust, Rudman Family Trust, The Rudman Partnership, Feather River 75, LLC |

Proceedings: Zoom Hearing on: (1) Adequacy of Disclosure Statement and any objections thereto; and (2) Debtor's Motion for Clarification of Orders and to Authorize Immediate Offset of Joint Interest Billing Obligations and any objections thereto

Orders:
☒ The Court DENIED the Debtor's Motion for Clarification of Orders and to Authorize Immediate Offset of Joint Interest Billing Obligations as moot.

☒ The Court held that working interest owners must pay outstanding JIBs owed to Debtor Sklar Exploration Co. to the extent that the total amount of JIBs owed by any particular working interest owner exceeds the amount of that working interest owner's pre- and postpetition claim (excluding outstanding cash call advances) against Sklar Exploration Co. Any working interest owner that cannot currently meet this requirement must become compliant on or before **February 26, 2021**, failing which the working interest owner may be held in contempt of court.

☒ On or before **February 26, 2021**, the Debtors' CRO and the Official Committee of Unsecured Creditors shall file reports on their investigations into tracing funds and/or potential avoidance actions.

☒ On or before **February 26, 2021**, the Debtors shall file an amended plan and disclosure statement. The deadline for filing objections to the adequacy of the amended disclosure statement shall be March 11, 2021. The Court set a Zoom hearing on the adequacy of the to-be-filed amended disclosure statement for March 18, 2021 at 2:15 p.m. A further scheduling order will enter. The Debtors shall provide notice of the objection deadline and a copy of the scheduling order when serving the amended plan disclosure statement and file a certificate of service.

☒ On or before **February 26, 2021**, the Debtors shall file motions to assume executory contracts (separate motions for each contract) and an omnibus motion to reject executory contracts. The Debtor may shorten the objection period for Strago Group to object to rejection of their contracts to seven days.

Date: February 11, 2021

BY THE COURT:

Elizabeth E. Brown, U.S. Bankruptcy Judge