# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| SKLAR EXPLORATION COMPANY, LLC ) | Case No. 20-12377-EEB |
| EIN:72-1417930 ) | Chapter 11 |
| Debtor. ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432   Debtor ) | Chapter 11 |
| , ) | |

## ELECTRONIC FILER REQUEST TO TERMINATE
## COURT E-MAIL NOTIFICATION

    PLEASE TAKE NOTICE that the undersigned attorney/electronic filer ("E-Filer") hereby requests termination of electronic notification of actions and events docketed in the above matter. The undersigned understands that registration as an electronic filer serves as consent to receive notice electronically from the court pursuant to Amended General Procedure Order No. 2001-8. The undersigned also understands that upon processing of this request by the clerk, service of orders and notices from the court via E-mail notification will cease, and because the undersigned's general status as a registered E-filer with the court remains in effect, the undersigned will not receive service of orders and notices by conventional mailing from the court.

    PLEASE TAKE FURTHER NOTICE that in the event the undersigned E-filer has previously filed a Waiver of Conventional Notice and Consent to Notice by Electronic Transmission pursuant to Amended General Procedure Order No. 2001-8, undersigned understands said waiver is withdrawn by the filing of this Request.

DATED this 11th day of February 2021

/s/ Michael J. Guyerson

Michael J. Guyerson, #11279

999 18th Street, Suite 1230

Denver, Colorado 80202

720-381-0045 / 720-381-0382 FAX

Mike@kjblawoffice.com