UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

**ORDER APPROVING STIPULATION RESOLVING OBJECTION TO MOTION FOR CLARIFICATION OF ORDERS AND TO AUTHORIZE IMMEDIATE OFFSET OF JOINT INTEREST BILLING OBLIGATIONS (Doc. No. 569)**

THIS MATTER, having come before the Court on the Stipulation Resolving Objection to Motion for Clarification of Orders and to Authorize Immediate Offset of Joint Interest Billing Obligations by and between Sklar Exploration Company, LLC, JJS Interests Escambia, LLC, JJS Interests Steele Kings, LLC, and JJS Working Interests, LLC ("Stipulation"), the Court having reviewed the Stipulation and finding good cause for granting the requested relief, does hereby

ORDER

That the Stipulation is APPROVED.

Dated: February 11, 2021

BY THE COURT:

*Elizabeth E. Brown* (signature)
Elizabeth E. Brown,
United States Bankruptcy Judge