UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
|    Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
| | ) | |
|    Debtor. | ) | |

**ORDER EXTENDING THE EXCLUSIVITY PERIODS FOR
FILING AND GAINING ACCEPTANCE OF A PLAN OF REORGANIZATION**

UPON CONSIDERATION of the Motion of the Debtors Pursuant to 11 U.S.C. § 1121 for an Order Extending the Exclusivity Periods for Filing and Gaining Acceptance of a Plan of Reorganization (the "Motion"), notice having been provided and no objections having been filed, and for good cause shown:

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED;

2.      Pursuant to 11 U.S.C. § 1121(d)(1), the exclusive period for the Debtors to file and gain acceptance of a plan of reorganization is hereby extended through and including April 19, 2021; and

3.      This Order is without prejudice to the Debtors to seek additional extensions.

Done and entered this _____ day of _____, 2021 at Denver, Colorado.

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Court Judge

1