UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ——————————————— ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**NOTICE OF MOTION PURSUANT TO 11 U.S.C. § 1121 FOR AN ORDER EXTENDING THE EXCLUSIVITY PERIODS FOR FILING AND GAINING ACCEPTANCE OF A PLAN OF REORGANIZATION**

**OBJECTION DEADLINE: MARCH 3, 2021**

**YOU ARE HEREBY NOTIFIED** that the Debtors have filed a Motion Pursuant to 11 U.S.C. § 1121 for an Order Extending the Exclusivity Period for Filing and Gaining Acceptance of a Plan of Reorganization ("Motion") with the Bankruptcy Court and requests the following relief: The Debtors are seeking an extension of the exclusivity period by sixty two (62) days, through and including April 19, 2021 to ensure that the Debtors have sufficient time to solicit acceptance of their Plan, as amended, without the possibility of litigating over competing plans. The Debtors are not seeking to extend the deadline to file their Amended Plan, and will be filing their Amended Plan and Amended Disclosure Statement on February 26, 2021.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: February 17, 2021  Respectfully submitted,

By:   */s/ Keri L. Riley*
Keri L. Riley, #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln St., Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
E-Mail: klr@kutnerlaw.com