## Exhibit 2
## Martin Field Joint Operating Agreement - Notice Parties

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Sklar Exploration Company, LLC **(Operator)** | c/o James Katchadurian, CRO | 5395 Pearl Pkwy., #200 | Boulder | CO | 80301 |
| Cas Minerals, LLC | P.O. Box 500 | | Magnolia | AR | 71754 |
| Lawrence M. Cushman Trust | 591 Camino de la Reina, Suite 900 | | San Diego | CA | 92108 |
| Flournoy Family Properties LTD | 526 East Park Ave | | Tallahassee | FL | 32301 |
| Fleet Howell | 416 Travis St. | Suite 715 | Shreveport | LA | 71101 |
| JF Howell Interests, LP | 416 Travis Street, Suite 700 | | Shreveport | LA | 71101 |
| Hughes Oil, Inc. | PO Box 608 | | Oxford | MS | 38655 |
| JJS Working Interests LLC | 4295 San Felipe, Ste 207 | | Houston | TX | 77027 |
| K Enterprises | 4020 Grizzly | | Casper | WY | 82604 |
| Kingston Oil & Gas, Inc. | 700 North Pearl St. Ste. 1100 | | Dallas | TX | 75201-2814 |
| David Malcolm | 700 Front Street, Suite 801 | | San Diego | CA | 92101 |
| Mercury Oil Company, LLC | 9400 North Central Expressway | Suite 309 | Dallas, TX 75231-5 | | |
| Mike Rogers Oil & Gas, Inc. | P O Box 126 | | Magnolia | AR | 71754-0126 |
| Craig Rogers | P O Box 126 | | Magnolia | AR | 71754-0126 |

| Shelby Oil & Gas, Inc. | 6003 East Ridge Dr #37347 | | Shreveport | LA | 71106-2425 |
|---|---|---|---|---|---|
| Simba Investors, LLC | P O Box 270415 | | Houston | TX | 77277-0415 |
| Weiser-Brown Operating Company | P.O. Box 500 | | Magnolia | AR | 71754-0500 |
| Chris Weiser | P.O. Box 500 | | Magnolia | AR | 71754 |