**Exhibit 2**
**Notice Parties for Moncrief Joint Operating Agreement**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Sklar Exploration Company, LLC **(Operator)** | c/o James Katchadurian, CRO | 5395 Pearl Pkwy., #200 | Boulder | CO | 80301 |
| Anderson-Drake Partners, Inc. | 6142 Campbell Road | | Dallas | TX | 75248 |
| David New Operating Company, Inc. | P O Box 1487 | | Natchez | MS | 39121-1487 |
| Dudley Hughes, LLC | P.O. Box 720369 | | Byram | MS | 39272 |
| JJS Working Interests LLC | 4295 San Felipe, Ste 207 | | Houston | TX | 77027 |
| JSS Interests LLC | Attn: Mr. Wayne J. Henderson | 8550 United Plaza Blvd, Suite 1001 | Baton Rouge | LA | 70809 |
| McCombs Energy Ltd., LLC | 472 York Road | | Natchez | MS | 39120 |
| OXY Y-1 | P O Box 27570 | | Houston | TX | 77227 |
| Yates Drilling Company | 105 South Fourth Street | | Artesia | NM | 88210 |