**Exhibit 2**
**Notice Parties for the North Saline Joint Operating Agreement**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Sklar Exploration Company, LLC **(Operator)** | c/o James Katchadurian, CRO | 5395 Pearl Pkwy., #200 | Boulder | CO | 80301 |
| Anderson Investment Holdings, LP | 333 Texas St, Ste 2020 | | Shreveport | LA | 71101 |
| Bodcaw 3-D, LLC | P. O. Box 1689 | | Ruston | LA | 71273 |
| Bundero Investment Company, L.L.C. | 401 Edwards St, Ste 820 | | Shreveport | LA | 71101 |
| JJS Working Interests LLC | 4295 San Felipe, Ste 207 | | Houston | TX | 77027 |
| LeFrak Energy Investors, L.P. | 1301 McKinney, Suite 3150 | | Houston | TX | 77010 |
| Lucas Petroleum Group, Inc. | 327 Congress Avenue | Suite 500 | Austin | TX | 78701-3656 |
| Marshall-Wuellner, Inc. | 625 Blewer Rd. | | Saline | LA | 71070 |
| McCombs Energy Ltd., LLC | 472 York Road | | Natchez | MS | 39120 |
| Wuellner Oil & Gas, Inc. | 333 Texas Street, Ste 607 | | Shreveport | LA | 71101 |