**Exhibit 2**
**Notice Parties for West Bryceland Saddle Participation & Operating Agreement**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Sklar Exploration Company, LLC **(Operator)** | c/o James Katchadurian, CRO | 5395 Pearl Pkwy., #200 | Boulder | CO | 80301 |
| Anderson Investment Holdings, LP | 333 Texas St, Ste 2020 | | Shreveport | LA | 71101 |
| Mike Davis | PO Box 308 | | Magnolia | AR | 71754 |
| McCombs Energy Ltd., LLC | 472 York Road | | Natchez | MS | 39120 |
| Petro-Chem Operating Co, Inc. | 915 Talbot Road | | Thibodaux | LA | 70301 |