**Exhibit 2**
**Notice Parties for Wiggins #1 Joint Operating Agreement**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Sklar Exploration Company, LLC **(Operator)** | c/o James Katchadurian, CRO | 5395 Pearl Pkwy., #200 | Boulder | CO | 80301 |
| CEL Properties, LLC | PO Box 2146 | | Longview | TX | 75606 |
| Crain II Oil & Gas Ltd. | 300 Lees Creek Rd | | Boglusa | LA | 70427 |
| JJS Working Interests LLC | 4295 San Felipe, Ste 207 | | Houston | TX | 77027 |
| Robert L. Kreidler | 2412 Ingleside Ave #5D | | Cincinnati | OH | 45206 |
| Marberkay, L.L.C. | 8669 Chalmette Drive | | Shreveport | LA | 71115 |
| Muslow Oil & Gas, Inc. | 330 Marshall Street, Suite 628 | | Shreveport | LA | 71101-3687 |
| RLI Properties LLC | P.O. Box 2146 | | Longview | TX | 75606 |
| Billie S Robinson, widow | PO Box 5849 | | Shreveport | LA | 71135 |
| Billie S Robinson, Usufruct | PO Box 5849 | | Shreveport | LA | 71135 |
| S & P Co. | 330 Marshall St Ste 300 | | Shreveport | LA | 71101 |
| The Whitney Corporation | 1130 Congress Avenue Ste B | | Cincinnati | OH | 45246 |