UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

### NOTICE OF MOTION TO ASSUME WIGGINS #1 JOINT OPERATING AGREEMENT
(Sklarco, LLC)

**OBJECTION DEADLINE: MARCH 9, 2021**

**YOU ARE HEREBY NOTIFIED** that Sklarco, LLC has filed a Motion to Assume the Wiggins #1 Joint Operating Agreement and requests the following relief: authorization for Sklarco, LLC as a working interest holder to assume the JOA (AAPL 610-1982) dated July 5, 1989 originally by and between Sklar & Phillips Oil Co., as Operator, and Muslow Oil and Gas, Inc., et al, as Non-Operators, as assigned to Sklarco, LLC, for the property more specifically identified as: Lands in the Southeast Quarter and the West Half of the Southwest Quarter of the Southwest Quarter of Section 25, the Northwest Quarter of the Southwest Quarter lying west of Road of Section 31, and entire Section 36 Township 14 North Range 10 West, Red River Parish, Louisiana ("Wiggins #1 JOA").

Sklarco, LLC is current on all obligations under the Wiggins #1 JOA and therefore there is no cure requirement. It is in the best interest of Sklarco, LLC, its creditors, and its estate for the lease to be assumed. A copy of the pleading (excluding exhibits) is attached hereto. Exhibits to the Motion are available for inspection in the Bankruptcy Court Clerk's Office, 721 - 19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: February 23, 2021.                    Respectfully submitted,

                                                          By: */s/ Keri L. Riley*
                                                              Keri L. Riley, #47605
                                                              **KUTNER BRINEN, P.C.**
                                                              1660 Lincoln St. Suite 1850
                                                              Denver, CO  80264
                                                              Telephone:  (303) 832-2400
                                                              E-Mail: klr@kutnerlaw.com