**Exhibit 2**
**Notice Parties for the Fair Oil Ltd #1 Joint Operating Agreement**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| 136W LLC | 12900 Preston Road, Suite 1117 | | Dallas | TX | 75230 |
| 1719W LLC | 12900 Preston Road, Suite 1117 | | Dallas | TX | 75230 |
| Craig C. Barclay | P.O. Box 5991 | | Bryan | TX | 77805 |
| Melody Gaye Barnes | 39 Palisades Blvd. | | Longview | TX | 07560-5473 |
| Bennett Energy Corporation | P.O. Box 507 | | Fate | TX | 75132 |
| Breitburn Operating LP | 1111 Bagby Street, Suite 1600 | | Houston | TX | 77002 |
| Sally Irene Hewell Brown | 2 Friendswood Drive | | Longview | TX | 75605 |
| Caddo Management, Inc. | 401 Market Street, Suite 500 | | Shreveport | LA | 71101 |
| Cricket Production LP | P.O. Box 3098 | | Flint | TX | 75762 |
| David Carl Deutsch | 430 William D. Fitch | | College Station | TX | 77845 |
| Inez Deutsch | 1906 Woodplace | | Longview | TX | 75601 |
| D.M. Alpha, Inc. | P.O. Box 711 | | Yankton | SD | 57078 |

| Elana Oil & Gas Co. | 401 N. Market Street | Suite 500 | Shreveport | LA | 71101 |
|---|---|---|---|---|---|
| El Energy Ltd. LLP | 3800 Paluxy Drive, Suite 132 | | Tyler | TX | 75703 |
| Fair Oil, Ltd. | 2701 State Street | | Dallas | TX | 75204 |
| Estate of Bert Fields Jr. | 12900 Preston Road Suite 1117 | | Dallas | TX | 75230 |
| Michael D. Gollob Oil Company, L.P. | P.O. Box 6653 | | Tyler | TX | 75711 |
| William Marvin Hewell | 18754 N. 95th Way | | Scottsdale | AZ | 85255 |
| Walter Robert Hewell | 265 Edinburgh Rd | | San Angelo | TX | 76901 |
| Hornet Holdings LLC | P.O. Box 7483 | | Houston | TX | 77248 |
| J.G. Walker Jr. Ltd, LLP | P.O. Box 6928 | | Tyler | TX | 75711 |
| JJS Working Interests LLC | 4295 San Felipe, Ste 207 | | Houston | TX | 77027 |
| Jeffery D. Kallenberg | 401 N. Market Street Suite 500 | | Shreveport | LA | 71101 |
| Linder Family Partnership Ltd. | 100 Independence Pl Ste 307 | | Tyler | TX | 75703 |
| The MR Trust | 6500 Greenville Avenue | Suite 110 | Dallas | TX | 75206 |
| Cheryle D. Paluska | 17730 Mossy Ridge Lane | | Houston | TX | 77095 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Steven A Pickett | 102 N College Ave Ste 614 | | Tyler | TX | 07570-2727 |
| John D Procter | PO Box 6250 | | Tyler | TX | 75711 |
| Procter Mineral Prtshp | 209 E Third Street | | Tyler | TX | 75701 |
| Quad Gas Corp | 675 Bering Dr Ste 650 | | Houston | TX | 77057-2276 |
| The Sater Fam Partnership LP | PO Box 2509 | | Evansville | IN | 04772-8050 |
| Mona L Schlachter | P.O. Drawer 550 | | George West | TX | 78022 |
| Schlachter Operating Corp | 6211 W NW Hwy, Ste C256 | | Dallas | TX | 75225 |
| S & P Co. | 330 Marshall St Ste 300 | | Shreveport | LA | 71101 |
| Gene Thrash | 25 Highland Park Village #100-764 | | Dallas | TX | 07520-5278 |
| TSC Oil & Gas Inc | 4925 Breenville Ave., Ste 600 | | Dallas | TX | 75206 |
| Kelly Walker | PO Box 6496 | | Tyler | TX | 75711 |
| Melinda M Walker | 3216 Rice Blvd | | Houston | TX | 77005 |
| Pauline Sterne Wolff Memorial | PO Drawer # 99084 | | Fort Worth | TX | 76199-0084 |