**Exhibit 2**
**Notice Parties for the Findley 2-5 Joint Operating Agreement**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Fletcher Petroleum Corp. **(Operator; Corporate Headquarters)** | c/o Rick Fletcher, CEO | 25 Spring Run Drive | Fairhope | AL | 36532 |
| Fletcher Petroleum Corp. **(Operator; Mailing Address)** | c/o Rick Fletcher, CEO | PO Box 2147 | Fairhope | AL | 36533 |
| Bantam Creek LLC | 4712 Lakeside Drive | | Colleyville | TX | 76034 |
| Bundero Investment Company, L.L.C. | 401 Edwards St, Ste 820 | | Shreveport | LA | 71101 |
| Craft Exploration Company L.L.C. | 222 East Tyler Street | | Longview | TX | 75601 |
| Dickson Oil & Gas, LLC | P.O. Box 52479 | | Shreveport | LA | 71135 |
| DoublePine Investments, Ltd. | 4851 LBJ Freeway, Suite 210 | | Dallas | TX | 75244 |
| Fant Energy Limited | P.O. Box 55205 | | Houston | TX | 77255 |
| FPCC USA, Inc. | 245 Commerce Green Blvd, Ste 250 | | Sugar Land | TX | 77478 |
| JF Howell Interests, LP | 416 Travis Street, Suite 700 | | Shreveport | LA | 71101 |
| JJS Interests Escambia, LLC | 2001 Kirby Dr | Suite 1110 | Houston | TX | 77019 |

| | | | | | |
|---|---|---|---|---|---|
| Kudzu Oil Properties, LLC | 300 Concourse Blvd., Suite 101 | | Ridgeland | MS | 39157 |
| Landmark Exploration, LLC | P O Box 12004 | | Jackson | MS | 39236-2004 |
| Marksco, L.L.C. | 333 Texas Street Suite 1050 | | Shreveport | LA | 71101 |
| McCombs Energy Ltd., LLC | 472 York Road | | Natchez | MS | 39120 |
| Pickens Financial Group, LLC | 10100 N. Central Expressway | Ste 200 | Dallas | TX | 75231-4159 |
| Resource Ventures, LLC | 7112 W Jefferson Ave | Suite 106 | Lakewood | CO | 80235 |
| Rudman Family Trust | 5910 North Central Expressway | Ste 1662 | Dallas | TX | 75206 |
| The Rudman Partnership | 1700 Pacific Ave. | Suite 4700 | Dallas | TX | 75201 |
| Tara Rudman Revocable Trust | 5910 North Central Expressway, Ste 1662 | | Dallas | TX | 75206 |
| Tauber Exploration & Production Co | 55 Waugh Drive, Ste 600 | | Houston | TX | 77007 |
| Tiembo Ltd. | P.O. Box 270415 | | Houston | TX | 77277-0415 |
| Trimble Energy, LLC | 11816 Inwood Road #11 | 5855 Milton Street Apt. 405 | Dallas | TX | 75244 |