**Exhibit 2**
**Notice Parties for the GC Williams #4 Joint Operating Agreement**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Sklar Exploration Company, LLC **(Operator)** | c/o James Katchadurian, CRO | 5395 Pearl Pkwy., #200 | Boulder | CO | 80301 |
| August C. Erickson Mineral Trust | 59 Knight Circle, Unit 1 | | Pawleys Island | SC | 29585 |
| Louis Dorfman | 10440 N Central Expressway | Suite 824 | Dallas | TX | 75231 |
| Florsheim Production Company | 600 Leopard St. | Suite 1012 | Corpus Christi | TX | 78473 |
| Geotech Production, Inc. | P.O. Box 21568 | | Tulsa | OK | 74121-1568 |
| Ivy Minerals, LLC | 3843 N. Braeswood Blvd. Suite 200 | | Houston | TX | 77025 |
| JD Crow, LLC | 900 Pierremont Road, Suite 221 | | Shreveport | LA | 71106 |
| JJS Working Interests LLC | 4295 San Felipe, Ste 207 | | Houston | TX | 77027 |
| Judy Crow, LLC | 900 Pierremont Road, Suite 221 | | Shreveport | LA | 71106 |
| SD Resources Ltd | 909 Fannin St., Ste 2500 | | Houston | TX | 77010 |
| S & P Co. | 330 Marshall St Ste 300 | | Shreveport | LA | 71101 |
| Scott D Stroud | PO Box 565 | 416 Travis Street, Suite 608 | Shreveport | LA | 71162 |
| Betty W Upton Trust | 14934 Bramblewood Dr | | Houston | TX | 77079-6335 |

| Whitaker Petroleum | 8648 Business Park Drive | | Shreveport | LA | 71105 |