**Exhibit 2**
**Notice Parties for the Hilliard Warren #1 Joint Operating Agreement**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| 136W LLC | 12900 Preston Road, Suite 1117 | | Dallas | TX | 75230 |
| 1719W LLC | 12900 Preston Road, Suite 1117 | | Dallas | TX | 75230 |
| August C. Erickson Mineral Trust | 59 Knight Circle, Unit 1 | | Pawleys Island | SC | 29585 |
| Craig C. Barclay | P.O. Box 5991 | | Bryan | TX | 77805 |
| Melody Gaye Barnes | 39 Palisades Blvd. | | Longview | TX | 07560-5473 |
| Bennett Energy Corporation | P.O. Box 507 | | Fate | TX | 75132 |
| Breitburn Operating LP | 1111 Bagby Street, Suite 1600 | | Houston | TX | 77002 |
| Sally Irene Hewell Brown | 2 Friendswood Drive | | Longview | TX | 75605 |
| Burman Energy, LLC | 27622 Hegar Road | | Hockley | TX | 77447 |
| Caddo Management, Inc. | 401 Market Street, Suite 500 | | Shreveport | LA | 71101 |
| Cricket Production LP | P.O. Box 3098 | | Flint | TX | 75762 |
| David Carl Deutsch | 430 William D. Fitch | | College Station | TX | 77845 |
| Inez Deutsch | 1906 Woodplace | | Longview | TX | 75601 |

| Deutsch Joint Ventures | 430 William D. Fitch | | College Station | TX | 77845 |
|---|---|---|---|---|---|
| W.C. Deutsch | 1906 Wood Place | | Longview | TX | 75710 |
| Eagle Oil & Gas Co | 2525 Kell Blvd, Suite 510 | | Wichita Falls | TX | 76308 |
| Estate of Bert Fields Jr. | 12900 Preston Road Suite 1117 | | Dallas | TX | 75230 |
| Myrtle C. Fuller | P.O. Box 6286 | | Shreveport | LA | 71136-6286 |
| Laura Gallagher | 811 Fox Run Apartment One | | Lafayette | LA | 70508 |
| Michael D. Gollob Oil Company, L.P. | P.O. Box 6653 | | Tyler | TX | 75711 |
| Herv Oil, LLC | P.O. Box 3399 | | Shawnee | OK | 74802 |
| William Marvin Hewell | 18754 N. 95th Way | | Scottsdale | AZ | 85255 |
| Walter Robert Hewell | 265 Edinburgh Rd | | San Angelo | TX | 76901 |
| In2tex 3LP | 3303 Titverton Court | | Arlington | TX | 76001 |
| J.G. Walker Jr. Ltd, LLP | P.O. Box 6928 | | Tyler | TX | 75711 |
| JJS Working Interests LLC | 4295 San Felipe, Ste 207 | | Houston | TX | 77027 |
| Kaiser-Francis Oil Company | PO Box 21468 | | Tulsa | OK | 74121 |
| Jeffery D. Kallenberg | 401 N. Market | | Shreveport | LA | 71101 |

| | Street Suite 500 | | | | |
|---|---|---|---|---|---|
| Lake Investment & Production Co., Ltd. | PO Box 701 | | Austin | TX | 79604 |
| Lake Ronel Oil Co | PO Box 179 | | Tyler | TX | 75710 |
| LLY Oil & Gas LLC | PO Box 701 | | Abilene | TX | 79604 |
| Cheryle D. Paluska | 17730 Mossy Ridge Lane | | Houston | TX | 77095 |
| Steven A Pickett | 102 N College Ave Ste 614 | | Tyler | TX | 07570-2727 |
| Plains Production Inc | 10126 Truchas Road | | Laredo | TX | 78045 |
| JL Porter Revocable Trust | P.O. Box 3249 | | Shawnee | OK | 74802 |
| John D Procter | PO Box 6250 | | Tyler | TX | 75711 |
| Procter Mineral Prtshp | 209 E Third Street | | Tyler | TX | 75701 |
| Quad Gas Corp | 675 Bering Dr Ste 650 | | Houston | TX | 77057-2276 |
| The Sater Fam Partnership LP | PO Box 2509 | | Evansville | IN | 04772-8050 |
| Sehoy Energy Ltd Prtshp | 333 Texas St Ste 619 | | Shreveport | LA | 71101-3679 |
| S & P Co. | 330 Marshall St Ste 300 | | Shreveport | LA | 71101 |
| Gene Thrash | 25 Highland Park Village #100-764 | | Dallas | TX | 07520-5278 |

| TSC Oil & Gas Inc | 4925 Breenville Ave., Ste 600 | | Dallas | TX | 75206 |
|---|---|---|---|---|---|
| Kelly Walker | PO Box 6496 | | Tyler | TX | 75711 |
| Melinda M Walker | 3216 Rice Blvd | | Houston | TX | 77005 |
| Pauline Sterne Wolff Memorial | PO Drawer # 99084 | | Fort Worth | TX | 76199-0084 |
| Suzanne Womack | 803 Thornbranch | | Houston | TX | 77079 |