UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

### NOTICE OF MOTION TO ASSUME
### HILLIARD WARREN #1 JOINT OPERATING AGREEMENT
### (Sklarco, LLC)

**OBJECTION DEADLINE: MARCH 11, 2021**

**YOU ARE HEREBY NOTIFIED** that Sklarco, LLC has filed a Motion to Assume the Hillaird Warren #1 Joint Operating Agreement and requests the following relief: authorization for Sklarco, LLC as a working interest holder to assume its Joint Operating Agreement (AAPL 610-1977) dated December 3, 1982, by and between Sklar & Phillips Oil Co., as Operator, and Elana Oil & Gas Co., et al, as Non-Operators, as assigned to Sklarco, LLC as working interest owner ("GC Williams #4 Operating Agreement") for the property more specifically described as: 100.99 acres of the M. E. Barbee Survey, A-82, Smith County, Texas ("Hillaird Warren JOA").

Sklarco, LLC is current on all obligations under the Hillaird Warren JOA and therefore there is no cure requirement. It is in the best interest of Sklarco, LLC, its creditors, and its estate for the lease to be assumed. A copy of the pleading is available for inspection in the Bankruptcy Court Clerk's Office, 721 -19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: February 25, 2021.                    Respectfully submitted,

                              By: */s/ Keri L. Riley*
                                  Keri L. Riley, #47605
                                  **KUTNER BRINEN, P.C.**
                                  1660 Lincoln St. Suite 1850
                                  Denver, CO  80264
                                  Telephone: (303) 832-2400
                                  E-Mail: klr@kutnerlaw.com