**Exhibit 2**
**Notice Parties for Southwest Brooklyn Oil Unit Agreement and Unit Operating Agreement**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Sklar Exploration Company, LLC **(Operator)** | c/o James Katchadurian, CRO | 5395 Pearl Pkwy., #200 | Boulder | CO | 80301 |
| AEH Investments LLC | 333 Texas Street, Ste. 1414 | | Shreveport | LA | 71101-3678 |
| Doris Verna Atwood | 14 Wild Good Lane | | Narragansett | RI | 02882 |
| Avery Producing, LLC | P O Box 807 | | Milton | FL | 32572 |
| Bantam Creek LLC | 4712 Lakeside Drive | | Colleyville | TX | 76034 |
| Barnes Creek Drilling LLC | PO Box 2153, Dept 1906 | | Birmingham | AL | 35287-1906 |
| Baxterville, LLC | 4323 Snowberry Lane | | Naples | FL | 34119 |
| Bellis Investments LP | 100 Bush Street, Suite #550 | | San Francisco | CA | 94104 |
| Bernice Bouldin | 339 Harvey Watkin Drive South | | Canton | MS | 39046 |
| Bundero Investment Company, L.L.C. | 401 Edwards St, Ste 820 | | Shreveport | LA | 71101 |
| Gerry Burford | 2223 Furr Road | | Waskom | TX | 75692 |
| James Timothy Calvert | 210 George Street | | Mobile | AL | 36604 |
| Carl Herrin Oil and Gas, L.L.C. | Attorney in Fact | 7700 Broadway #104-202 | San Antonio | TX | 78209 |
| Central Exploration Co, Inc. | P.O. Box 203295 | | Houston | TX | 77216-3295 |

| | | | | | |
|---|---|---|---|---|---|
| Central Petroleum, Inc. | P. O. Box 2547 | | Madison | MS | 39130-2547 |
| The Coleman Revocable Living Trust | 4600 Greenville Avenue, Suite 300 | | Dallas | TX | 75206 |
| Craft Exploration Company L.L.C. | 222 East Tyler Street | | Longview | TX | 75601 |
| Phil Grasty, Executor | 1624 Ulster Dr | | Elizabeth City | NC | 27909 |
| Andrea Davis | 145 West 47th Street, #6 | | Los Angeles | CA | 90037 |
| DBC Resources LP | PO Box 670725 | | Dallas | TX | 75367 |
| DBC Resources II LP | PO Box 670725 | | Dallas | TX | 75367 |
| DCOD LLC | 16390 Addison Road | | Addison | TX | 75001 |
| Delta S Ventures LP | 1212 W. Sam Houston Pkwy N. | | Houston | TX | 77043 |
| Betty Dickerson | 110 East 42nd St, 17th floor | | New York | NY | 10017 |
| Dickson Oil & Gas, LLC | P.O. Box 52479 | | Shreveport | LA | 71135 |
| Dolkas Investments LP | 1317 West 121st Avenue | | Westminster | CO | 80234 |
| Phyllis Doss | 355 Siwell Road | | Byram | MS | 39272 |
| DoublePine Investments, Ltd. | 4851 LBJ Freeway, Suite 210 | | Dallas | TX | 75244 |
| John E. Downing | P.O. Box 5765 | | Richardson | TX | 75083 |
| Ed L. Dunn | P O Box 94 | | Milton | FL | 32572 |

| Name | Address | | City | State | Zip |
|---|---|---|---|---|---|
| James B. Dunn | 5886 Dunridge Drive | | Pace | FL | 32571 |
| Judy Dunn | 5843 Dunridge Dr. | | Pace | FL | 32571 |
| Eaton Finance Corp. | 7302 Rustling Oaks Drive | | Richmond | TX | 77469 |
| ELBA Exploration LLC | PO Box 807 | | Milton | FL | 32572 |
| Fant Energy Limited | P.O. Box 55205 | | Houston | TX | 77255 |
| Fiddler Investments | PO Box 708 | | Addison | TX | 75001 |
| Fletcher Petroleum Company, LLC | PO Box 916 | | Brookhaven | MS | 39602 |
| Four D LLC | PO Box 2173 | | Durango | CO | 81302-2173 |
| FPCC USA, Inc. | 245 Commerce Green Blvd, Ste 250 | | Sugar Land | TX | 77478 |
| Franks Exploration Co. LLC | 2006 Jay Road | | Brewton | AL | 36426 |
| Gaston Oil Company | 9306 Milbank | | Shreveport | LA | 71115 |
| Gates Acquisition Synd. LLC | 551 Slattery Blvd. | | Shreveport | LA | 71104 |
| Amy Brundle | 145 Garrett Drive | | Dubberly | LA | 71024 |
| Sara Grasty Bukowski | 811 Riverway Ln | | Knightdale | NC | 27545 |
| Hall Management LLC | 4913 Oak Point Drive | | Shreveport | LA | 71107-7408 |

| | | | | | |
|---|---|---|---|---|---|
| Hanson Operating Co. Inc. | P.O. Box 1356 | | Fort Smith | AR | 72902-1356 |
| Horace, LLC | 493 Canyon Point Circle | | Golden | CO | 80403 |
| Fleet Howell | 416 Travis St. | Suite 715 | Shreveport | LA | 71101 |
| JF Howell Interests, LP | 416 Travis Street, Suite 700 | | Shreveport | LA | 71101 |
| Hughes 2000 CT LLC | 55 Whiton Ave. | | Hingham | MS | 02043 |
| Hughes Oil South LLC | PO Box 608 | | Oxford | MS | 38655 |
| J & A Harris LP | 333 Texas Street, Ste. 1414 | | Shreveport | LA | 71101-3679 |
| Janus Enterprises, LLC | PO Box 5625 | | Bossier City | LA | 71171 |
| JCE Galbraith Oil & Gas LLC | 2032 ALameda Avenue | | Orlando | FL | 32804-6904 |
| JDGP, LLC | 4323 Snowberry Lane | | Naples | FL | 34119 |
| JJS Interests Escambia, LLC | 2001 Kirby Dr | Suite 1110 | Houston | TX | 77019 |
| JJS Working Interests LLC | 4295 San Felipe, Ste 207 | | Houston | TX | 77027 |
| Lillie Jones | 4004 Keys Avenue | | Brighton | AL | 35020 |
| JSS Interests LLC | Attn: Mr. Wayne J. Henderson | 8550 United Plaza Blvd, Suite 1001 | Baton Rouge | LA | 70809 |
| JoAnne Kelley | 1402 West Mallory | | Pensacola | FL | 32501 |

| KMR Investments LLC | PO Box 417 | | Homer | LA | 71040-0417 |
|---|---|---|---|---|---|
| Kudzu Oil Properties, LLC | 300 Concourse Blvd., Suite 101 | | Ridgeland | MS | 39157 |
| Landmark Exploration, LLC | P O Box 12004 | | Jackson | MS | 39236-2004 |
| Suzanne C. Leander | 45 Hidden Lane | | Westbury | NY | 11590 |
| T.A. Leonard | 7817 Petersen Point Road | | Milton | FL | 32583 |
| Lovelace Properties, LLC | c/o Yancey E. Lovelace, Sr. | PO Box 6 | Brewton | AL | 36427 |
| Marksco, L.L.C. | 333 Texas Street Suite 1050 | | Shreveport | LA | 71101 |
| Marco Land & Petroleum, Inc. | 21391 Brooklyn Road | | Andalusia | AL | 36420 |
| McCombs Energy Ltd., LLC | 472 York Road | | Natchez | MS | 39120 |
| Martha McKenzie | 1771 Country Club Rd | | Eufaula | AL | 36027 |
| Daniel W. McMillan | P. O. Box 867 | | Brewton | AL | 36427 |
| Ed Leigh McMillan Trust | P. O. Box 867 | | Brewton | AL | 36427 |
| Elvira McMillan Mannelly | 4320 Club Drive NE | | Atlanta | GA | 30319 |
| Ed Leigh McMillan, III | PO Box 867 | | Brewton | AL | 36427 |
| Robert C. McMillan 2011 Rev Trust | 201 Frankllin Road, Suite 250 | Attn: Rhonda Williams | Brentwood | TN | 37027 |

| Robert C. McMillan | P.O. Box 867 | | Brewton | AL | 36427 |
|---|---|---|---|---|---|
| Thomas E. McMillan, Jr. | P.O. Box 809 | | Brewton | AL | 36427 |
| Jane T. Morris | 6016 Southview Road | | Laramie | WY | 82070-6898 |
| Mountain Air Enterprises, LLC | 820 Garrett Drive | | Bossier City | LA | 71111 |
| John C. Nix, Jr. | PO Box 807 | | Milton | FL | 32572-0807 |
| John C. Nix, Jr., - Life Estate | P.O. Box 807 | | Milton | FL | 32572-0807 |
| Katherine E. McMillan Owens | PO Box 1229 | | Brewton | AL | 36427 |
| Pam Lin Corporation | PO Box 50635 | | Midland | TX | 79710-0635 |
| Paula W. Denley LLC | PO Box 720548 | | Byram | MS | 39272-0548 |
| Petroleum Investments Inc. | 23929 Valencia Blvd, Suite 215 | | Valencia | CA | 91355 |
| Ruthie Ann Phillips | 625 Yellowbird Lane | | Hueytown | AL | 35023 |
| Roosevelt Phillips, Jr. | 625 Yellowbird Lane | | Hueytown | AL | 35023 |
| Roosevelt Phillips, III | 1213 16th Street | | Pleasant Grove | AL | 35127 |
| Roxanne Phillips | 625 Yellowbird Lane | | Hueytown | AL | 35023 |
| Rodney Phillips | 625 Yellowbird Lane | | Hueytown | AL | 35023 |

| Pickens Financial Group, LLC | 10100 N. Central Expressway | Ste 200 | Dallas | TX | 75231-4159 |
|---|---|---|---|---|---|
| Pruet Production Co. | PO Box 11407 | | Birmingham | AL | 35246-1129 |
| Jeanette Purifoy | 2220 Dockvale Drive | | Fayetteville | NC | 28306 |
| Reorganized Church of Jesus Christ | 220 W. Moore Street | | Independence | MO | 64050 |
| Resource Ventures, LLC | 7112 W Jefferson Ave | Suite 106 | Lakewood | CO | 80235 |
| Rock Springs Minerals I, LLC | 3838 Oak Lawn Avenue, ste 1220 | | Dallas | TX | 75219 |
| William R. & Gloria R. Rollo Rev Trust | P O Box 894 | | Milton | FL | 32572 |
| Jacqueline Royster | 791 Spring Hill Road | | Evergreen | AL | 36401 |
| Rudman Family Trust | 5910 North Central Expressway | Ste 1662 | Dallas | TX | 75206 |
| The Rudman Partnership | 1700 Pacific Ave. | Suite 4700 | Dallas | TX | 75201 |
| Tara Rudman Revocable Trust | 5910 North Central Expressway, Ste 1662 | | Dallas | TX | 75206 |
| Ryco Exploration, LLC | 401 Edwards Street, Ste 915 | | Shreveport | LA | 71101 |
| Alexis Samuel | 208 E. Green Street | | Princeton | KY | 42445 |
| Angela Samuel | 941 Lynndale Lane | | Birmingham | AL | 35214 |
| Earlene Samuel | 1309 N. Decatur Rd. | | Atlanta | GA | 30306 |

| Eric Earl Samuel | 2500 Boddie Lane | Apt #H103 | Gulf Shores | AL | 36542 |
|---|---|---|---|---|---|
| Frederick Samuel | 941 Lynndale Lane | | Birmingham | AL | 35214 |
| Joe L. Samuel, Jr. | 1444 Ambrose Ave | | Cincinnati | OH | 45224 |
| Joseph Samuel | 2630 Hawthorne Lake Rd | | Helene | AL | 35022 |
| Leon Samuel | 13531 S. Doty Ave. #33 | | Hawthorne | CA | 90250 |
| Sawyer Drilling & Service Inc. | PO Box 5275 | | Bossier City | LA | 71171-5275 |
| Sellars Family, LLC | 11128 Windjammer Drive | | Frisco | TX | 75034 |
| Sesnon Oil Company | 100 Bush Street, Suite 550 | | San Francisco | CA | 94104 |
| The Shaffer Family Living Trust | 3235 Cordoba Ranch Blvd | | Lutz | FL | 33559 |
| Shadow Hill, LLC | P.O. Box 6212 | | Bossier City | LA | 71171-6212 |
| Michael Adrian Shaffer | 3235 Cordoba Ranch Blvd | | Lutz | FL | 33559 |
| Alex Smith III | 173A Atlantic Avenue | | Hampton | VA | 23664 |
| Pamela Smith | 2518 Pulaski Pike Highway | | Columbia | TN | 38401 |
| Terry G. Smith | NO ADDRESS | | | | |
| Spanish Fort Royalty, LLC | P. O. Box 7429 | | Spanish Fort | AL | 36577 |
| Strago Petroleum Corporation | 3209 Hamm Road | | Pearland | TX | 77581-5503 |

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Barbara M. Sugar Estate | PO Box 52149 | | Shreveport | LA | 71135 |
| Sugar Oil Properties, L.P. | 625 Market Street, Suite 100 | | Shreveport | LA | 71101 |
| Sugar Properties Trust | 625 Market St., Suite 100 | | Shreveport | LA | 71101 |
| Tauber Exploration & Production Co | 55 Waugh Drive, Ste 600 | | Houston | TX | 77007 |
| Thomas Energy, LLC | 302 Holly St. | | Vidalia | LA | 71373 |
| Tiembo Ltd. | P.O. Box 270415 | | Houston | TX | 77277-0415 |
| Tisdale Natural Resources, LLC | PO Box 281 | | Andalusia | AL | 36420 |
| Trimble Energy, LLC | 11816 Inwood Road #11 | 5855 Milton Street Apt. 405 | Dallas | TX | 75244 |
| Triumphant Management, LLC | 3824 Forest Glen Drive | | Mountain Brook | AL | 35213 |
| Demetrius Walker | 10057 Malmsbury Road | | Orlando | FL | 32829-7249 |
| Judy Ann Walker | 941 Lynndale Lane | | Birmingham | AL | 35214 |
| Jimmie Lee Walker | 3152 NW 65th Street | | Miami | FL | 33147 |
| WEMO, Inc. | P.O. Box 5326 | | Shreveport | LA | 71135-5326 |
| K.C. Whittemore | 10 Mason Pond Place | | Spring | TX | 77381 |
| Gwendolyn Walker | 720 NW 207th Street | | Miami Garden | FL | 33169 |
| Susan Lombard Wilkinson | Address Unknown | | | | |

| Vernita Wilks | 2106 Springhill Road | | Evergreen | AL | 36401 |
| Edward L. Yarbrough, Jr. | PO Box 11 | | Belcher | LA | 71004-0011 |
| Tom Youngblood | PO Box 5926 | | Shreveport | LA | 71135-5926 |