**Exhibit 2**
**Notice Parties for the Southeast Brooklyn Oil**
**Unit Agreement and Unit Operating Agreement**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Sklar Exploration Company, LLC **(Operator)** | c/o James Katchadurian, CRO | 5395 Pearl Pkwy., #200 | Boulder | CO | 80301 |
| AEH Investments LLC | 333 Texas Street, Ste. 1414 | | Shreveport | LA | 71101-3678 |
| Anderson Exploration Energy Company | 641 Bayou Blvd. | | Pensacola | FL | 35203 |
| Anderson Exploration Energy Company, LC | 5315 East 21st Street | | Casper | WY | 82609-4609 |
| Aspen Energy Inc. | 161 St. Matthews Avenue, Suite 16 | | Louisville | KY | 40207 |
| Bantam Creek LLC | 4712 Lakeside Drive | | Colleyville | TX | 76034 |
| Benjamin O. Barlow | 105 Crestview Dr | | Clanton | AL | 35045 |
| Barnes Creek Drilling LLC | PO Box 2153, Dept 1906 | | Birmingham | AL | 35287-1906 |
| Bellis Investments LP | 100 Bush Street, Suite #550 | | San Francisco | CA | 94104 |
| Efraim Brody | 310 NW 171 Street | | Miami | FL | 33169 |
| Mary Katherine Jones | 4432 County Road 11 | | Repton | AL | 36475 |
| Bundero Investment Company, L.L.C. | 401 Edwards St, Ste 820 | | Shreveport | LA | 71101 |
| Steven E. Calhoun | 7965 Seawall Circle | | Huntington Beach | CA | 92648 |

| Name | Address | | City | State | Zip |
|---|---|---|---|---|---|
| Robert Cary | P O Box 453 | | Brewton | AL | 36426 |
| Central Exploration Co, Inc. | P.O. Box 203295 | | Houston | TX | 77216-3295 |
| Central Petroleum, Inc. | P. O. Box 2547 | | Madison | MS | 39130-2547 |
| CFBR Partners LLC | 91 Montford Avenue | | Mill Valley | CA | 94941 |
| Chateau Blanche, L.L.C. | P.O. Box 1311 | | Brookhaven | MS | 39602 |
| Shelley M. Chavanne | 201 Lake St. | | Shreveport | LA | 71101 |
| C. H. Oil and Gas, LLC | 493 Canyon Point Circle | | Golden | CO | 80403 |
| The Coleman Revocable Living Trust | 4600 Greenville Avenue, Suite 300 | | Dallas | TX | 75206 |
| Conecuh County Circuit Clerk | 204 Main Street | | Evergreen | AL | 36401 |
| Craft Exploration Company L.L.C. | 222 East Tyler Street | | Longview | TX | 75601 |
| Crow Partners, Ltd. | P. O. Box 540988 | | Houston | TX | 77254-0988 |
| DBC Resources LP | PO Box 670725 | | Dallas | TX | 75367 |
| DCOD LLC | 16390 Addison Road | | Addison | TX | 75001 |
| DEDE LLC | 4450 Old Canton Road, Ste. 203 | | Jackson | MS | 39211 |
| C. Bickham Dickson, III | P O Box 52479 | | Shreveport | LA | 71135 |
| Dickson Oil & Gas, LLC | P.O. Box 52479 | | Shreveport | LA | 71135 |

| Name | Address | | City | State | Zip |
|---|---|---|---|---|---|
| Dolkas Investments LP | 1317 West 121st Avenue | | Westminster | CO | 80234 |
| Don B. Saunders Trust | 340 Cherokee Ln | | Winter Park | FL | 32789 |
| DoublePine Investments, Ltd. | 4851 LBJ Freeway, Suite 210 | | Dallas | TX | 75244 |
| Ed L. Dunn | P O Box 94 | | Milton | FL | 32572 |
| Janet Faulkner Dunn | 8576 CR 120 | | Centerville | TX | 75833 |
| ELBA Exploration LLC | PO Box 807 | | Milton | FL | 32572 |
| El Dorado Gulf Coast Production, LLC | 109 Trinica | | El Dorado | AR | 71730 |
| Emerald Oil & Mining Company | 4894 S. Commerce Drive, Suite E | | Salt Lake City | UT | 84107 |
| Fant Energy Limited | P.O. Box 55205 | | Houston | TX | 77255 |
| Fiddler Investments | PO Box 708 | | Addison | TX | 75001 |
| Fletcher Exploration, LLC | 101 Lottie Lane #5 | | Fairhope | AL | 36532 |
| Leanne D. Ford | 2334 Highway 110 North | | Tyler | TX | 75704 |
| Henry George Foster | 5270 Windham Road | | Milton | FL | 32570 |
| Four D LLC | PO Box 2173 | | Durango | CO | 81302-2173 |
| Rhodna F. Fouts | P.O. Box 660566 | | Birmingham | AL | 35266 |
| FPCC USA, Inc. | 245 Commerce Green Blvd, | | Sugar Land | TX | 77478 |

| | Ste 250 | | | | |
|---|---|---|---|---|---|
| Charles A. Frazier, for life | P.O. Box 51729 | | Lafayette | LA | 70505-1729 |
| Franks Exploration Co. LLC | 2006 Jay Road | | Brewton | AL | 36426 |
| Gaston Oil Company | 9306 Milbank | | Shreveport | LA | 71115 |
| Dorothy Jones Gates Rev. Trust | 3640 Stratford Way | | Birmingham | AL | 35242 |
| GJR Investments Inc. | 304 Santiago Drive | | Winter Park | FL | 32789 |
| Gulf Coast Mineral, LLC | P O Box 4652 | Department 969 | Houston | TX | 77210-4652 |
| Darlene K. Hall | 6121 Fern Aven. Unit 117 | | Shreveport | LA | 71105-4167 |
| Hall and Hall LLC | 116 Timbercrest Lane | | Brandon | MS | 39047-6032 |
| Hall Management LLC | 4913 Oak Point Drive | | Shreveport | LA | 71107-7408 |
| Hanson Operating Co. Inc. | P.O. Box 1356 | | Fort Smith | AR | 72902-1356 |
| Harkness A. Duncan Family Trust | PO Box 41779 | | Austin | TX | 78704 |
| Harkness A Duncan Trust | Trustee: Wells Fargo Bank NA | PO Box 41779 | Austin | TX | 78704 |
| Harkness A Duncan Family Trust | Trustee: Wells Fargo Bank NA | PO Box 41779 | Austin | TX | 78704 |
| Harkness A. Duncan Trust | Trustee: Wells Fargo | PO Box 41779 | Austin | TX | 78704 |
| Harvest Gas Management, LLC | 10050 Bayou Glen Road | | Houston | TX | 77042 |

| Fleet Howell | 416 Travis St. | Suite 715 | Shreveport | LA | 71101 |
|---|---|---|---|---|---|
| JF Howell Interests, LP | 416 Travis Street, Suite 700 | | Shreveport | LA | 71101 |
| Hughes 2000 CT LLC | 55 Whiton Ave. | | Hingham | MS | 02043 |
| Hughes Oil South LLC | PO Box 608 | | Oxford | MS | 38655 |
| J & A Harris LP | 333 Texas Street, Ste. 1414 | | Shreveport | LA | 71101-3679 |
| JCE Galbraith Oil & Gas LLC | 2032 ALameda Avenue | | Orlando | FL | 32804-6904 |
| Jeffreys Drilling, LLC | 349 Mockingbird Land | | Madison | MS | 39110 |
| JJS Interests Escambia, LLC | 2001 Kirby Dr | Suite 1110 | Houston | TX | 77019 |
| JJS Working Interests LLC | 4295 San Felipe, Ste 207 | | Houston | TX | 77027 |
| JMS Oil & Gas Holdings LLC | PO Box 4920 | | Orlando | FL | 32802-4920 |
| Janie M. Johnston | PO Box 200 | | Yancey | TX | 78886 |
| Max C. Johnson | 1013 Bayberry Cr. | | Shreveport | LA | 71106 |
| JSS Interests LLC | Attn: Mr. Wayne J. Henderson | 8550 United Plaza Blvd, Suite 1001 | Baton Rouge | LA | 70809 |
| Jura-Search, Inc. | P.O. Box 320426 | | Flowood | MS | 39232 |
| John Kubala | 1021 E Lighton Trail | | Fayetteville | AR | 72701 |

| | | | | | |
|---|---|---|---|---|---|
| Opal L. Kidd Family Partnership, Ltd | 1428 East Richards Street | | Tyler | TX | 75702 |
| Kidd Production, Ltd. | 102 North College, Suite 106 | | Tyler | TX | 75702 |
| King Oil, LLC | 416 Travis Street | Ste 1100 | Shreveport | LA | 71101-5504 |
| KKS Oil & Gas, Ltd. | 3838 Oak Lawn Avenue | Suite 1220 | Dallas | TX | 75219 |
| KMR Investments LLC | PO Box 417 | | Homer | LA | 71040-0417 |
| Kudzu Oil Properties, LLC | 300 Concourse Blvd., Suite 101 | | Ridgeland | MS | 39157 |
| Kudzu Oil Properties, LLC | 300 Concourse Blvd, Suite 101 | | Ridgeland | MS | 39157 |
| Kwazar Resources, LLC | P.O. Box 7417 | | Spanish Fort | AL | 36577 |
| Lamancha Investments II, LLC | P.O. Box 320566 | | Flowood | MS | 39232 |
| Landmark Exploration, LLC | P O Box 12004 | | Jackson | MS | 39236-2004 |
| The Marcy Beach 2011 Irrevocable Trust | 3131 Maple Ave Apt 10H | | Dallas | TX | 75201 |
| Marlin Exploration, LLC | P.O. Box 1367 | | Shreveport | LA | 71164-1367 |
| Marksco, L.L.C. | 333 Texas Street Suite 1050 | | Shreveport | LA | 71101 |
| Patrick J. McBride | 2152 Moonstone Circle | | El Dorado Hills | CA | 00095-7962 |
| McCombs Energy Ltd., LLC | 472 York Road | | Natchez | MS | 39120 |

| Name | Address | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Michael Management, Inc. | P.O. Box 922 | | Fairhope | AL | 36533 |
| M. Johnson Investment PTN I | 100 S. Eola Drive | PH 215 | Orlando | FL | 32801 |
| John C. Nix, Jr., - Life Estate | P.O. Box 807 | | Milton | FL | 32572-0807 |
| Northstar Producing I, Ltd. | 3701 Northwest Parkway | | Broomfield | CO | 80023 |
| Pam Lin Corporation | PO Box 50635 | | Midland | TX | 79710-0635 |
| Parous Energy, L.L.C. | 2408 Timberlock A-5 | | The Woodlands | TX | 77380 |
| Party Hat Enterprises, LLC | 850 South Donner Way | Apt #503 | Salt Lake City | UT | 84108 |
| Paula W. Denley LLC | PO Box 720548 | | Byram | MS | 39272-0548 |
| Petroleum Investments Inc. | 23929 Valencia Blvd, Suite 215 | | Valencia | CA | 91355 |
| PetroDrill, LLC | P.O. Box 5098 | | Brandon | MS | 39047 |
| Pflanzer Partners, Ltd | Attn: Mr. Joseph Pflanzer | 1225 Sunset Ridge Circle | Cedar Hill | TX | 75104 |
| Pickens Financial Group, LLC | 10100 N. Central Expressway | Ste 200 | Dallas | TX | 75231-4159 |
| Porter Estate Company Oakley Ranch, Inc. | 100 Bush Street #550 | | San Francisco | CA | 94104 |
| Pruet Production Co. | PO Box 11407 | | Birmingham | AL | 35246-1129 |
| Clark Rabren | 14 County Rd 1348 | | Vinemont | AL | 35179 |

| Estate of Douglas Gene Rabren | 711 Rural Street Apt 305 | | Evergreen | AL | 36401 |
|---|---|---|---|---|---|
| RAB Oil & Gas Holdings LLC | PO Box 4920 | | Orlando | FL | 32801 |
| Resource Ventures, LLC | 7112 W Jefferson Ave | Suite 106 | Lakewood | CO | 80235 |
| Ridgway Management, Inc. | P.O. Box 187 | | Jackson | MS | 39205-0187 |
| Rivers Number I, L.L.C. | 129 Woodland Circle | | Jackson | MS | 39216 |
| William R. & Gloria R. Rollo Rev Trust | P O Box 894 | | Milton | FL | 32572 |
| Regions Bank, Agent and AIF | NRRE Ops Group | PO Box 11566 | Birmingham | AL | 35202 |
| Royalty Exploration, LLC | 7112 W. Jefferson Ave | Suite 106 | Lakewood | CO | 80235 |
| Rudman Family Trust | 5910 North Central Expressway | Ste 1662 | Dallas | TX | 75206 |
| The Rudman Partnership | 1700 Pacific Ave. | Suite 4700 | Dallas | TX | 75201 |
| Tara Rudman Revocable Trust | 5910 North Central Expressway, Ste 1662 | | Dallas | TX | 75206 |
| Estate of Wolfe E. Rudman | P.O. Box 1797 | | Waskon | TX | 75692 |
| Ryco Exploration, LLC | 401 Edwards Street, Ste 915 | | Shreveport | LA | 71101 |
| Rebecca Thames Savage | P O Box 10853 | | Jacksonville | FL | 32247 |
| Sawyer Drilling & Service Inc. | PO Box 5275 | | Bossier City | LA | 71171-5275 |

| Name | Address | Suite | City | State | Zip |
|---|---|---|---|---|---|
| William S. Schreier | 62 McGregor Drive | | Southampton | NY | 11968 |
| Sellars Family, LLC | 11128 Windjammer Drive | | Frisco | TX | 75034 |
| Sesnon Oil Company | 100 Bush Street, Suite 550 | | San Francisco | CA | 94104 |
| Spanish Fort Royalty, LLC | P. O. Box 7429 | | Spanish Fort | AL | 36577 |
| Spindletop Exploration Company, Inc. | P.O. Box 25163 | | Dallas | TX | 75225 |
| Spindletop Oil & Gas Co. | 12850 Spurling Road, Suite 200 | | Dallas | TX | 75230 |
| Stroud Family LLC | 333 Texas St. | Suite 860 | Shreveport | LA | 71101 |
| Strago Petroleum Corporation | 3209 Hamm Road | | Pearland | TX | 77581-5503 |
| Barbara M. Sugar Estate | PO Box 52149 | | Shreveport | LA | 71135 |
| Sugar Oil Properties, L.P. | 625 Market Street, Suite 100 | | Shreveport | LA | 71101 |
| Sugar Properties Trust | 625 Market St., Suite 100 | | Shreveport | LA | 71101 |
| Summit LLC | 229 Dogwood Lane | | Madison | MS | 39110-8795 |
| Super Rabbit, L.L.C. | P.O. Box 200760 | | Dallas | TX | 75320-0760 |
| Tauber Exploration & Production Co | 55 Waugh Drive, Ste 600 | | Houston | TX | 77007 |
| Larry Dwight Taylor 2012 Irr. Trust | PO Box 803 | | Evergreen | AL | 36401 |

| Tiembo Ltd. | P.O. Box 270415 | | Houston | TX | 77277-0415 |
|---|---|---|---|---|---|
| John W. Tisdale, Jr. | 160 Chelsea Drive | | Shreveport | LA | 71105 |
| Trant K. Kidd Family Partnership, Ltd. | 102 N. College, Suite106 | | Tyler | TX | 75702 |
| Trimble Energy, LLC | 11816 Inwood Road #11 | 5855 Milton Street Apt. 405 | Dallas | TX | 75244 |
| Tyler Oil And Gas, LLC | 137 Bridgewater Crossing | | Ridgeland | MS | 39157 |
| WAC Exploration Company, L.L.C. | 333 Texas Street, Suite 2121 | | Shreveport | LA | 71111 |
| Wallace & Wallace LLC | 6163 Kay Brook Drive | | Byram | MS | 39272-9660 |
| Leondard E. Williams | 2510 Norfolk Road | | Orlando | FL | 32803-1343 |
| WSK Properties, LLC | PO Box 508 | | Tyler | TX | 75710 |
| Edward L. Yarbrough, Jr. | PO Box 11 | | Belcher | LA | 71004-0011 |
| Tom Youngblood | PO Box 5926 | | Shreveport | LA | 71135-5926 |