**Exhibit 2**
**Notice Parties for the North West Brooklyn Oil Unit Agreement**
**and Unit Operating Agreement**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Pruet Production Co. **(Operator; Corporate Headquarters)** | c/o William R. James, President | 217 W. Capitol St., #201 | Jackson | MS | 39201-2006 |
| Andala Enterprises, Inc. | 641 Bayou Blvd | | Pensacola | FL | 35203 |
| Avery Producing, LLC | P O Box 807 | | Milton | FL | 32572 |
| Bantam Creek LLC | 4712 Lakeside Drive | | Colleyville | TX | 76034 |
| Barnes Creek Drilling LLC | PO Box 2153, Dept 1906 | | Birmingham | AL | 35287-1906 |
| Bellis Investments LP | 100 Bush Street, Suite #550 | | San Francisco | CA | 94104 |
| Black Stone Minerals Company, L.P. | 118264 Brooklyn Rd. | | Evergreen | AL | 36401 |
| Black Stone Natural Resources I, L.P. | 1001 Fannin, Suite 2020 | | Houston | TX | 77002 |
| Patricia Gilmore Bonner | 9810 Highway 31 | | Atmore | AL | 36502 |
| James Troy Brown | 11599 Lake Nichol Rd. | | Tuscaloosa | AL | 35406 |
| Bundero Investment Company, L.L.C. | 401 Edwards St, Ste 820 | | Shreveport | LA | 71101 |
| Craft Exploration Company L.L.C. | 222 East Tyler Street | | Longview | TX | 75601 |
| Dickson Oil & Gas, LLC | P.O. Box 52479 | | Shreveport | LA | 71135 |
| Dolkas Investments LP | 1317 West 121st | | Westminster | CO | 80234 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Avenue |  |  |  |  |
| DoublePine Investments, Ltd. | 4851 LBJ Freeway, Suite 210 |  | Dallas | TX | 75244 |
| Ed L. Dunn | P O Box 94 |  | Milton | FL | 32572 |
| Fant Energy Limited | P.O. Box 55205 |  | Houston | TX | 77255 |
| FPCC USA, Inc. | 245 Commerce Green Blvd, Ste 250 |  | Sugar Land | TX | 77478 |
| John W. Griffin | 306 Rural Street |  | Evergreen | AL | 36401 |
| Fleet Howell | 416 Travis St. | Suite 715 | Shreveport | LA | 71101 |
| JF Howell Interests, LP | 416 Travis Street, Suite 700 |  | Shreveport | LA | 71101 |
| Huland & Company | NO ADDRESS |  |  |  |  |
| JJS Interests Escambia, LLC | 2001 Kirby Dr | Suite 1110 | Houston | TX | 77019 |
| JJS Working Interests LLC | 4295 San Felipe, Ste 207 |  | Houston | TX | 77027 |
| Sam Kelly | 59 Woodmont Dr. |  | Brewton | AL | 36426 |
| Sean A. Kelly Trust | P.O. Box 586 |  | Brewton | AL | 36427 |
| Sean A. Kelly | 2224 Ina Avenue |  | Park City | UT | 84060 |
| Kudzu Oil Properties, LLC | 300 Concourse Blvd., Suite 101 |  | Ridgeland | MS | 39157 |

| | | | | | |
|---|---|---|---|---|---|
| Landmark Exploration, LLC | P O Box 12004 | | Jackson | MS | 39236-2004 |
| Patricia H. Lewis | 4862 Kelly Mill Rd. | | Holt | FL | 32564 |
| Marksco, L.L.C. | 333 Texas Street Suite 1050 | | Shreveport | LA | 71101 |
| Matagorda B1 LP | P.O. Box 7247-0178 | | Philadelphia | PA | 19170-0178 |
| McCombs Energy Ltd., LLC | 472 York Road | | Natchez | MS | 39120 |
| John C. Nix, Jr. | PO Box 807 | | Milton | FL | 32572-0807 |
| John C. Nix, Jr., - Life Estate | P.O. Box 807 | | Milton | FL | 32572-0807 |
| Pickens Financial Group, LLC | 10100 N. Central Expressway | Ste 200 | Dallas | TX | 75231-4159 |
| Pruet Production Co. | PO Box 11407 | | Birmingham | AL | 35246-1129 |
| John G. Ralls, Jr. | 12364 Brooklyn Road | | Evergreen | AL | 36401 |
| Resource Ventures, LLC | 7112 W Jefferson Ave | Suite 106 | Lakewood | CO | 80235 |
| William R. & Gloria R. Rollo Rev Trust | P O Box 894 | | Milton | FL | 32572 |
| Rudman Family Trust | 5910 North Central Expressway | Ste 1662 | Dallas | TX | 75206 |
| The Rudman Partnership | 1700 Pacific Ave. | Suite 4700 | Dallas | TX | 75201 |
| Tara Rudman Revocable Trust | 5910 North Central Expressway, Ste 1662 | | Dallas | TX | 75206 |

| Sesnon Oil Company | 100 Bush Street, Suite 550 | | San Francisco | CA | 94104 |
|---|---|---|---|---|---|
| George Murray Stinson, Jr. | 705 12th St. NW | | Alabaster | AL | 35007 |
| Mildred Leigh Stinson | 923 Peachtree Street NE | Unit #1234 | Atlanta | GA | 30309 |
| William Judson Stinson | 2348 Olympus Drive | | Tuscaloosa | AL | 35406 |
| Tauber Exploration & Production Co | 55 Waugh Drive, Ste 600 | | Houston | TX | 77007 |
| Tiembo Ltd. | P.O. Box 270415 | | Houston | TX | 77277-0415 |
| Trimble Energy, LLC | 11816 Inwood Road #11 | 5855 Milton Street Apt. 405 | Dallas | TX | 75244 |