**Exhibit 2**
**Notice Parties for the North East Brooklyn Oil Unit Agreement**
**and Unit Operating Agreement**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Pruet Production Co. **(Operator; Corporate Headquarters)** | c/o William R. James, President | 217 W. Capitol St., #201 | Jackson | MS | 39201-2006 |
| Pruet Production Co. | PO Box 11407 | | Birmingham | AL | 35246-1129 |