Exhibit 2
Notice Parties for South Harmony Participation & Operating Agreement

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Sklar Exploration Company, LLC **(Operator)** | c/o James Katchadurian, CRO | 5395 Pearl Pkwy., #200 | Boulder | CO | 80301 |
| Alabama Oil Company | PO Box 328 | | Brewton | AL | 36427 |
| Apple River Investments, L.L.C. | 1503 Garfield Road North | | Traverse City | MI | 49696 |
| Babe Development, LLC | P. O. Box 758 | | Roswell | NM | 88202 |
| BVS, LLC | 2010 Balsam Drive | | Boulder | CO | 80304 |
| Daboil Resources, LC | 505 Geneva Avenue | | Boulder | CO | 80302 |
| Hanson Operating Co. Inc. | P.O. Box 1356 | | Fort Smith | AR | 72902-1356 |
| HBRada, LLC | 2010 Alpine Drive | | Boulder | CO | 80304 |
| Robert Israel Trust UW Joan Israel | 2920 6th Street | | Boulder | CO | 80304 |
| JOYCO Investments, LLC | PO Box 2104 | | Roswell | NM | 88202 |
| Kelton Company, L.L.C. | 350 East Delwood Drive | | Mobile | AL | 36606 |
| Kingston, LLC | 2790 South Thompson Street Suite 102 | | Springdale | AR | 72764 |

| Klondike Oil and Gas, L.P. | 7720 Old Canton Road, Suite C-2 | | Madison | MS | 39110 |
|---|---|---|---|---|---|
| Kudzu Oil Properties, LLC | 300 Concourse Blvd., Suite 101 | | Ridgeland | MS | 39157 |
| Lechwe LLC | P.O. Box 270415 | | Houston | TX | 77277 |
| Marksco, L.L.C. | 333 Texas Street Suite 1050 | | Shreveport | LA | 71101 |
| Sugar Oil Properties, L.P. | 625 Market Street, Suite 100 | | Shreveport | LA | 71101 |
| TST Energy, LLC | 3238 Barksdale Blvd | | Bossier City | LA | 71112 |