**Exhibit 2**
**Notice Parties for LE Warner #1 Joint Operating Agreement**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Atropos Exploration Company **(Operator; Corporate Headquarters)** | c/o Todd M. Hunt, President | 8235 Douglas Ave. | Dallas | TX | 75225 |
| Barbara Lee O'Brien Burke | 940 McCormick | | Shreveport | LA | 71104 |
| Patricia Lynn O'Brien Ferrell | 249 Robert Ferrington Road | | Wisner | LA | 71378 |
| Jim Whitehead Oil & Gas LLC | PO Box 80735 | | Phoenix | AZ | 85060 |
| JJS Working Interests LLC | 4295 San Felipe, Ste 207 | | Houston | TX | 77027 |
| Martha Elizabeth O'Brien Jones | PO Box 5292 | | Shreveport | LA | 71135 |
| Martha J Harbison Test Trust | PO Box 44064 | | Shreveport | LA | 71134 |
| Oakland Agency Account | P.O. Box 5605 | | Shreveport | LA | 71135-5605 |
| Sehoy Energy Ltd Prtshp | 333 Texas St Ste 619 | | Shreveport | LA | 71101-3679 |
| S & P Co. | 330 Marshall St Ste 300 | | Shreveport | LA | 71101 |
| Catherine O'Brien Sturgis | P O Box 53197 | | Shreveport | LA | 71135-3197 |
| Thomas Family Limited Partnership | PO Box 80123 | | Phoenix | AZ | 85060 |