## Exhibit 2
## Notice Parties for NE Thompsonville Joint Operating Agreement

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Sklar Exploration Company, LLC **(Operator)** | c/o James Katchadurian, CRO | 5395 Pearl Pkwy., #200 | Boulder | CO | 80301 |
| JJS Working Interests LLC | 4295 San Felipe, Ste 207 | | Houston | TX | 77027 |
| McCombs Energy Ltd., LLC | 472 York Road | | Natchez | MS | 39120 |
| Skyline Energy LLC | 2301 Dublin Cr. | | Pearland | TX | 77581 |