**Exhibit 2**
**Notice Parties for Starcke #C-1 Joint Operating Agreement**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Sklar Exploration Company, LLC **(Operator)** | c/o James Katchadurian, CRO | 5395 Pearl Pkwy., #200 | Boulder | CO | 80301 |
| August C. Erickson Mineral Trust | 59 Knight Circle, Unit 1 | | Pawleys Island | SC | 29585 |
| Wallace Harold Brown CST | PO Box 1685 | | Shreveport | LA | 71165 |
| Cas Minerals, LLC | P.O. Box 500 | | Magnolia | AR | 71754 |
| Crain Energy, Ltd. | P. O. Box 2430 | | Madison | MS | 39130 |
| Hood & Linda Properties LLC | 8648 Business Park Drive | | Shreveport | LA | 71105 |
| JJS Working Interests LLC | 4295 San Felipe, Ste 207 | | Houston | TX | 77027 |
| Merrill Properties LLC | 337 Worth Ave | | Lafayette | LA | 70508 |
| Mike Rogers Oil & Gas, Inc. | P O Box 126 | | Magnolia | AR | 71754-0126 |
| Grace U Raney Family Trust | PO Box 1449 | | Longview | TX | 75606 |
| S & P Co. | 330 Marshall St Ste 300 | | Shreveport | LA | 71101 |
| Stroud Petroleum Inc | PO Box 565 | 416 Travis Street, Suite 608 | Shreveport | LA | 71162 |
| Scott D Stroud | PO Box 565 | 416 Travis Street, Suite 608 | Shreveport | LA | 71162 |

| TE-RAY Resources Inc | 13208 N MacArthur Blvd | | Oklahoma City | | OK | 73142 |
|---|---|---|---|---|---|---|
| Chris Weiser | P.O. Box 500 | | Magnolia | | AR | 71754 |
| Whitaker Petroleum | 8648 Business Park Drive | | Shreveport | | LA | 71105 |
| Charles L. Williams | PO Box 1685 | | Shreveport | | LA | 71165 |