**Exhibit 2**
**Notice Parties for Teledyne #1 Joint Operating Agreement**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Sklar Exploration Company, LLC **(Operator)** | c/o James Katchadurian, CRO | 5395 Pearl Pkwy., #200 | Boulder | CO | 80301 |
| August C. Erickson Mineral Trust | 59 Knight Circle, Unit 1 | | Pawleys Island | SC | 29585 |
| Edwin R. Axberg | 1404 Ruth Drive | | Longview | TX | 75601 |
| Craig C. Barclay | P.O. Box 5991 | | Bryan | TX | 77805 |
| Alma Bell | 2004 Shelman Trail | | Fort Worth | TX | 76112 |
| Arlene Rosalind Bergner Life Estate | 1921 South College Avenue | | Tyler | TX | 75701 |
| Bergner Trust | 1921 South College Avenue | | Tyler | TX | 75701 |
| Big Sky Mineral Trust | P. O. Box 206 | | Brighton | CO | 80601 |
| M. Robert Blakeney GF Trust | 2317 County Road 43 | | Evergreen | AL | 36401 |
| Robert M Blakeney | 741 Old Castleberry Road | | Brewton | AL | 36426 |
| Thomas Lowe Blakeney | 9212 Seagrove Dr. | | Dallax | TX | 75243-7228 |
| Thomas L. Blakeney GF Trust | P.O. Box 741283 | | Dallas | TX | 75374-1283 |
| Jon S. Brown | P.O. Box 246 | | Palestine | TX | 75802 |

| Burman Energy, LLC | 27622 Hegar Road | | Hockley | TX | 77447 |
|---|---|---|---|---|---|
| Caddo Management, Inc. | 401 Market Street, Suite 500 | | Shreveport | LA | 71101 |
| Brenda Annette Gaines Campbell | 7252 Bayberry | | Dallas | TX | 75249 |
| Dunbar Investments | P.O. Box 2621 | | Frisco | TX | 75034 |
| Elana Oil & Gas Co. | 401 N. Market Street | Suite 500 | Shreveport | LA | 71101 |
| El Energy Ltd. LLP | 3800 Paluxy Drive, Suite 132 | | Tyler | TX | 75703 |
| Bobby Gus Fite | 13232 CR 1131 | | Flint | TX | 75762 |
| Charles Grady Fite | P.O. Box 6600 | | Shreveport | LA | 71136-6600 |
| Larry Don Fite | 19635 Highway 110 South | | Whitehouse | TX | 75791 |
| Ronny Dean Fite | 113 Nunn Avenue | | Whitehouse | TX | 75791 |
| Sherry Fite | 3559 CR 4807 | | Troup | TX | 75789 |
| Tommy Alan Fite | 20377 Highway 110 South | | Whitehouse | TX | 75791 |
| Laura Gallagher | 811 Fox Run Apartment One | | Lafayette | LA | 70508 |
| JJS Working Interests LLC | 4295 San Felipe, Ste 207 | | Houston | TX | 77027 |
| Jeffery D. Kallenberg | 401 N. Market Street Suite 500 | | Shreveport | LA | 71101 |
| Linder Family Partnership Ltd. | 100 Independence Pl Ste 307 | | Tyler | TX | 75703 |

| Mona L Schlachter | P.O. Drawer 550 | | George West | TX | 78022 |
|---|---|---|---|---|---|
| Schlachter Operating Corp | 6211 W NW Hwy, Ste C256 | | Dallas | TX | 75225 |
| Schlachter Oil & Gas Ltd. | 6211 W Northwest Hwy, Suite C-256 | | Dallas | TX | 75225-9005 |
| Spaulding Oil & Gas Corp | 410 Summercrest Ct | | Sapulpa | OK | 74066 |
| S & P Co. | 330 Marshall St Ste 300 | | Shreveport | LA | 71101 |
| Suzanne Womack | 803 Thornbranch | | Houston | TX | 77079 |