**Exhibit 2**
**Notice Parties for Sun # R-1 Joint Operating Agreement**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Sklar Exploration Company, LLC **(Operator)** | c/o James Katchadurian, CRO | 5395 Pearl Pkwy., #200 | Boulder | CO | 80301 |
| August C. Erickson Mineral Trust | 59 Knight Circle, Unit 1 | | Pawleys Island | SC | 29585 |
| Craig C. Barclay | P.O. Box 5991 | | Bryan | TX | 77805 |
| Bendel Ventures, LP1 | 12345 Jones Road, Suite 124 | | Houston | TX | 77070 |
| Caddo Management, Inc. | 401 Market Street, Suite 500 | | Shreveport | LA | 71101 |
| D.M. Alpha, Inc. | P.O. Box 711 | | Yankton | SD | 57078 |
| Elana Oil & Gas Co. | 401 N. Market Street | Suite 500 | Shreveport | LA | 71101 |
| El Energy Ltd. LLP | 3800 Paluxy Drive, Suite 132 | | Tyler | TX | 75703 |
| Fair Oil, Ltd. | 2701 State Street | | Dallas | TX | 75204 |
| Laura Gallagher | 811 Fox Run Apartment One | | Lafayette | LA | 70508 |
| Headington Oil Company LLC | 1700 North Redbud Blvd. Suite 400 | | McKinney | TX | 75069 |
| JJS Working Interests LLC | 4295 San Felipe, Ste 207 | | Houston | TX | 77027 |
| Jeffery D. Kallenberg | 401 N. Market Street Suite 500 | | Shreveport | LA | 71101 |

| | | | | | |
|---|---|---|---|---|---|
| KTK Joint Venture | PO Box 679016 | | Dallas | TX | 07526-7848 |
| Linder Family Partnership Ltd. | 100 Independence Pl Ste 307 | | Tyler | TX | 75703 |
| S & P Co. | 330 Marshall St Ste 300 | | Shreveport | LA | 71101 |
| Sylvan Resources Co. LLC | 1743 East 71st Street | | Tulsa | OK | 74136 |
| Suzanne Womack | 803 Thornbranch | | Houston | TX | 77079 |