**Exhibit 2**
**Notice Parties for Kings Dome Joint Operating Agreement**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Sklar Exploration Company, LLC **(Operator)** | c/o James Katchadurian, CRO | 5395 Pearl Pkwy., #200 | Boulder | CO | 80301 |
| Lawrence C. Biendenharn | NO ADDRESS | | | | |
| Robert M. Biendenharn | NO ADDRESS | | | | |
| Bundero Investment Company, L.L.C. | 401 Edwards St, Ste 820 | | Shreveport | LA | 71101 |
| Ralph Edwin Burton | P.O. Box 94903 | | Wichita Falls | TX | 76308-0903 |
| Carl E. Gungoll Exploration, LLC | P O Box 769 | | Jay | FL | 32565 |
| Claudia Maye Conrad | 111 Court Square, Room 104 | | Evergreen | AL | 36401 |
| Donald Edward Conrad | P.O. Box 10846 | | Corpus Christi | TX | 78460-0846 |
| Joan Warden Conrad | 3468 W. Kistler Road | | Ludington | MI | 49431 |
| John A. Conrad | 10414 Villa Drive | | Louisville | KY | 40272 |
| Jason T. Conrad | 615 London Avenue | | Marysville | OH | 43040 |
| Spence E. Conrad | P.O. Box 1020 | | Jewett | TX | 75846 |
| Cynthia K. Cox | 6427 Hurst | | Amarillo | TX | 79109 |

| | | | | | |
|---|---|---|---|---|---|
| Jamie Love Crim Trust | 1019 Columbia Road 78 | | Magnolia | AR | 71753 |
| Lawrence M. Cushman Trust | 591 Camino de la Reina, Suite 900 | | San Diego | CA | 92108 |
| Estate of Walter Wayne Dammier | 1106 San Antonio Street | | Austin | TX | 78701 |
| Dean Deas | 432 Jimmy Ramey Road | | Waynesboro | MS | 39367 |
| Damon Deas | 525 Third Street North | Unit #511 | Jacksonville Beach | FL | 32250 |
| Jay Edward Elliott | 745 5th St | | Natchitoches | LA | 71457 |
| Ronald Eugene Elliott | 1232 South Bonham | | Amarillo | TX | 79102 |
| Mildred Everett | 3803 Lenwood Drive | | Amarillo | TX | 79109 |
| Fant Energy Limited | P.O. Box 55205 | | Houston | TX | 77255 |
| Fisher Exploration, L.L.C. | 504 Texas Street, Suite 600 | | Shreveport | LA | 71101 |
| Brian Flournoy | 6003 Arden Rd. | | Shreveport | LA | 71106 |
| Billy W. Formby Estate, Suzanne Formby | 4900 Wing Road | | Austin | TX | 78749 |
| Stephen W. Formby | 4425 Hunter | | San Marcos | TX | 78666 |
| Theo Formby | 1102 County Road #57 | | Hope | AR | 71801 |
| Gates Acquisition Synd. LLC | 551 Slattery Blvd. | | Shreveport | LA | 71104 |
| John George | 504 Texas St., Suite 600 | | Shreveport | LA | 71101 |

| Shelly Conrad Roach Gestes | 231 Ironwood | | Hereford | TX | 79045 |
|---|---|---|---|---|---|
| Melissa Griggs | 255 Saint Paul Street | | Denver | CO | 80206 |
| April Conrad Helms | 4995 Co Rd 26 | | Wildorado | TX | 79098 |
| Amy Griggs Hetzer | PO Box 153 | | Beulah | WY | 82712 |
| Perry Biendenharn Hicks | NO ADDRESS | | | | |
| Tracy Deas Humphrey | 345 Denham Progress Road | | Buckatunna | MS | 39322-9683 |
| JJS Interests West Arcadia LLC | 2001 Kirby Dr | Suite 1110 | Houston | TX | 77019 |
| JJS Interests North Beach LLC | 2001 Kirby Dr | Suite 1110 | Houston | TX | 77019 |
| JJS Interests Steele Kings LLC | 2001 Kirby Dr | Suite 1110 | Houston | TX | 77019 |
| R. D. Jurenka | 10 Oak Forest Drive | | Longview | TX | 75605 |
| Kelly Energy, Inc. | P.O. Box 1822 | | Shreveport | LA | 71166 |
| K Enterprises | 4020 Grizzly | | Casper | WY | 82604 |
| Evelyn Louise Conrad King | 7100 Gainsborough | | Amarillo | TX | 79106 |
| Kingston Oil & Gas, Inc. | 700 North Pearl St. Ste. 1100 | | Dallas | TX | 75201-2814 |
| Michael L. Klein | 600 N. Marienfeld St., Ste 906 | | Midland | TX | 79701-3363 |
| Kudzu Oil Properties, LLC | 300 Concourse Blvd., Suite 101 | | Ridgeland | MS | 39157 |

| Alice P. League | 109 Archer | | White Oak | TX | 75693 |
|---|---|---|---|---|---|
| Damian Luke | 107 Community Blvd., Ste. #2 | | Longview | TX | 75605 |
| David Malcolm | 700 Front Street, Suite 801 | | San Diego | CA | 92101 |
| Jerry Mandel & Mildred Mandel | 430 East Ocean Avenue | Apartment 433 | Lantana | FL | 33462 |
| Marvin Mandel Trust 9/27/95 | 11400 W. Addison | | Franklin Park | IL | 60131 |
| Suzanne Formby Marshall | 4900 Wing Road | | Austin | TX | 78749 |
| McCombs Energy Ltd., LLC | 472 York Road | | Natchez | MS | 39120 |
| Mercury Oil Company, LLC | 9400 North Central Expressway | Suite 309 | Dallas, TX 75231-5 | | |
| Mesapro, LLC | 4835 S. Peoria Ave. Suite 20 | | Tulsa | OK | 74105 |
| MLM Partnership | 11400 W Addison Street | | Franklin Park | IL | 60131 |
| Moneta II Inc. | 3465 Via Mandril | | Bonita | CA | 91902-1239 |
| Tara Conrad Ogletree | PO Box 1177 | | Panhandle | TX | 79068 |
| Marilyn Oshman | P O Box 27969 | | Houston | TX | 77227-7969 |
| Powers Mineral Group, Inc. | 1208 W. 39th St. | | Austin | TX | 78756-3922 |
| Jackie T. Pry, III | 904 Azalea Rd | | Mobile | AL | 36693 |
| Kristin S. Pry | 11325 Timberland Dr S | | Wilmer | AL | 36587 |

| Name | Address | Suite | City | State | Zip |
|---|---|---|---|---|---|
| Khloe S. Pry, a minor | 11325 Timberland Dr S | | Wilmer | AL | 36587 |
| Raboil Resources, LLC | 627 Oneonta Street | | Shreveport | LA | 71106 |
| Ranger Investments | 107 Community Blvd. Ste. 2 | | Longview | TX | 75601 |
| Anita Rauch | 1000 Uptown Park Blvd., #102 | | Houston | TX | 77056 |
| Joe K. Rawdon | Address Unknown | | | MS | |
| Rivers L.P. | 129 Woodland Circle | | Jackson | MS | 39216 |
| Robert A. Stroud, L.L.C. | John D'Arezzo | | | | |
| Rachael Conrad Sharber | 9307 Gaston | | Amarillo | TX | 79119 |
| Deanna Deas Shepard | 521 Boyles Rd | | Waynesboro | MS | 39367 |
| Shelby Oil & Gas, Inc. | 6003 East Ridge Dr #37347 | | Shreveport | LA | 71106-2425 |
| Simba Investors, LLC | P O Box 270415 | | Houston | TX | 77277-0415 |
| W. M. Smith | NO ADDRESS | | | MS | |
| Falon Deas Stephenson | 1630 Highway 29 North | | Ellisville | MS | 39437 |
| Stroud Family LLC | 333 Texas St. | Suite 860 | Shreveport | LA | 71101 |
| Joe Ray Swann | P. O. Box 30847 | | Amarillo | TX | 79120 |
| Stacy Ann Formby Taggart | 7503 Marquette Street | | Dallas | TX | 75225 |

| | | | | | |
|---|---|---|---|---|---|
| TDX Energy, LLC | 401 Edwards Street, Suite1900 | | Shreveport | LA | 71101 |
| Tensas Delta Exploration Co. | 401 Edwards St | Ste 1900 | Shreveport | LA | 71101 |
| Bert S. Turner | P.O. Box 4346 | Dept. 120 | Houston | TX | 77210-4349 |
| Turner Family Mississippi Mineral | 8687 United Plaza Boulevard | | Baton Rouge | LA | 70809 |
| Jacqueline J. Visscher | 3514 West Kistler Road | | Ludington | MI | 49431 |
| Kenneth R. Walters | 328 Clark Cemetery Road | | Laurel | MS | 39443 |
| Amber Conrad Whitehead | PO Box 2354 | | Quinlan | TX | 75474 |
| Amanda Griggs Williamson | 4706 Cambridge Street | | Sugarland | TX | 77479 |
| Larry Lee Wozencraft | P.O. Box 512 | | Lucedale | MS | 39452-0512 |
| B. C. Young | NO ADDRESS | | | MS | |