**Exhibit 2**
**Notice Parties for the Shipps Creek Participation & Operating Agreement**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Sklar Exploration Company, LLC **(Operator)** | c/o James Katchadurian, CRO | 5395 Pearl Pkwy., #200 | Boulder | CO | 80301 |
| Ansaben Trust | 321 Paseo Encinal St | | San Antonio | TX | 78212 |
| Aspen Energy Inc. | 161 St. Matthews Avenue, Suite 16 | | Louisville | KY | 40207 |
| Bundero Investment Company, L.L.C. | 401 Edwards St, Ste 820 | | Shreveport | LA | 71101 |
| BVS, LLC | 2010 Balsam Drive | | Boulder | CO | 80304 |
| Chanse Resources, L.L.C. | P.O. Box 1572 | | Shreveport | LA | 71165 |
| Craft Exploration Company L.L.C. | 222 East Tyler Street | | Longview | TX | 75601 |
| Craft Operating XXXV, LLC | 325 Lakeshire Parkway | | Canton | MS | 39046 |
| Daboil Resources, LC | 505 Geneva Avenue | | Boulder | CO | 80302 |
| Joel Davis | P.O. Box 540988 | | Houston | TX | 77254 |
| Dickson Oil & Gas, LLC | P.O. Box 52479 | | Shreveport | LA | 71135 |
| Eustes Energy Inc | 349 Dogwood South Lane | | Haughton | LA | 71037 |
| Ezelle Energy LLC | 601 Elmwood St | | Shreveport | LA | 71104 |
| Fant Energy Limited | P.O. Box 55205 | | Houston | TX | 77255 |

| | | | | | |
|---|---|---|---|---|---|
| Fletcher Petroleum Corp | PO Box 2147 | | Fairhope | AL | 36533 |
| FPCC USA, Inc. | 245 Commerce Green Blvd, Ste 250 | | Sugar Land | TX | 77478 |
| Gateway Exploration, LLC | 3555 Timmons Lane, Suite 730 | | Houston | TX | 77027 |
| GCREW Properties, LLC | 12323 Rip Van Winkle | | Houston | TX | 77024 |
| HBRada, LLC | 2010 Alpine Drive | | Boulder | CO | 80304 |
| Fleet Howell | 416 Travis St. | Suite 715 | Shreveport | LA | 71101 |
| JF Howell Interests, LP | 416 Travis Street, Suite 700 | | Shreveport | LA | 71101 |
| Robert Israel | 2920 6th Street | | Boulder | CO | 80304 |
| Robert Israel Trust UW Joan Israel | 2920 6th Street | | Boulder | CO | 80304 |
| JJS Working Interests LLC | 4295 San Felipe, Ste 207 | | Houston | TX | 77027 |
| Kudzu Oil Properties, LLC | 300 Concourse Blvd., Suite 101 | | Ridgeland | MS | 39157 |
| Landmark Exploration, LLC | P O Box 12004 | | Jackson | MS | 39236-2004 |
| Marksco, L.L.C. | 333 Texas Street Suite 1050 | | Shreveport | LA | 71101 |
| McCombs Energy Ltd., LLC | 472 York Road | | Natchez | MS | 39120 |

| | | | | | |
|---|---|---|---|---|---|
| MER Energy, Ltd. | PO BOX 843755 | | Dallas | TX | 75284 |
| Meritage Energy, Ltd. | 2700 Post Oak Blvd, Ste 1500 | | Houston | TX | 77056 |
| MJS Interests, LLC | 9266 Hathaway Street | | Dallas | TX | 75220 |
| Pickens Financial Group, LLC | 10100 N. Central Expressway | Ste 200 | Dallas | TX | 75231-4159 |
| Resource Ventures, LLC | 7112 W Jefferson Ave | Suite 106 | Lakewood | CO | 80235 |
| The Rudman Partnership | 1700 Pacific Ave. | Suite 4700 | Dallas | TX | 75201 |
| Tara Rudman | 5910 North Central Expressway | Ste 1662 | Dallas | TX | 75206 |
| Tauber Exploration & Production Co | 55 Waugh Drive, Ste 600 | | Houston | TX | 77007 |
| Tiembo Ltd. | P.O. Box 270415 | | Houston | TX | 77277-0415 |
| TST Energy, LLC | 3238 Barksdale Blvd | | Bossier City | LA | 71112 |
| Windancer Operating of Alabama, LLC | 330 Marshall Street, Suite 300 | | Shreveport | LA | 71101 |