UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF MOTION TO ASSUME SHIPPS CREEK PARTICIPATION AND OPERATING AGREEMENT AND RECORDING SUPPLEMENT**
**(Sklarco, LLC)**

**OBJECTION DEADLINE: MARCH 11, 2021**

**YOU ARE HEREBY NOTIFIED** that Sklarco, LLC has filed a Motion to Assume the Shipps Creek Participation and Operating Agreement and Recording Supplement and requests the following relief: authorization for Sklarco, LLC as a working interest holder to assume its Participation Agreement covering the Shipps Creek Prospect (Conecuh & Escambia Counties, AL) dated effective as of June 1, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "F" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated June 1, 2012 covering the Shipps Creek Prospect (Conecuh & Escambia Counties, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators ("Shipps Creek Operating Agreement").

Sklarco, LLC is current on all obligations under the Shipps Creek Operating Agreement and therefore there is no cure requirement. It is in the best interest of Sklarco, LLC, its creditors, and its estate for the contract to be assumed. A copy of the pleading is included herewith. Exhibit 1 is available for inspection in the Bankruptcy Court Clerk's Office, 721 -19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: February 25, 2021.                              Respectfully submitted,

By: */s/ Keri L. Riley*
Keri L. Riley, #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln St. Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
E-Mail: klr@kutnerlaw.com