**Exhibit 2**
**Notice Parties for South Woodlawn Participation & Operating Agreement**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Sklar Exploration Company, LLC **(Operator)** | c/o James Katchadurian, CRO | 5395 Pearl Pkwy., #200 | Boulder | CO | 80301 |
| Bundero Investment Company, L.L.C. | 401 Edwards St, Ste 820 | | Shreveport | LA | 71101 |
| Chris R. Dawson | 23431 Via Codorniz | | Coto De Caza | CA | 92679 |
| Ronald W. Dawson | 153 Lupine Drive | | Kalispell | MT | 59901 |
| Fant Energy Limited | P.O. Box 55205 | | Houston | TX | 77255 |
| Fleet Howell | 416 Travis St. | Suite 715 | Shreveport | LA | 71101 |
| JJS Working Interests LLC | 4295 San Felipe, Ste 207 | | Houston | TX | 77027 |
| Kudzu Oil Properties, LLC | 300 Concourse Blvd., Suite 101 | | Ridgeland | MS | 39157 |
| Marksco, L.L.C. | 333 Texas Street Suite 1050 | | Shreveport | LA | 71101 |
| McCombs Energy Ltd., LLC | 472 York Road | | Natchez | MS | 39120 |
| Pickens Financial Group, LLC | 10100 N. Central Expressway | Ste 200 | Dallas | TX | 75231-4159 |
| Santo Petroleum LLC | PO Box 1020 | | Artesia | NM | 88211 |
| Tauber Exploration & Production Co | 55 Waugh Drive, Ste 600 | | Houston | TX | 77007 |

| Tiembo Ltd. | P.O. Box 270415 | | Houston | TX | 77277-0415 |