UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:  ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC  ) | |
| EIN: 72-1417930  ) | Chapter 11 |
| ) | |
|   Debtor.  ) | |
| ) | |
| _____  ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC  ) | |
| EIN:  72-1425432  ) | Chapter 11 |
| ) | |

## ORDER AUTHORIZING SKLARCO, LLC TO ASSUME
## SOUTH WOODLAWN PARTICIPATION & OPERATING AGREEMENT

THIS MATTER having come before the Court on Sklarco, LLC's Motion to Assume the South Woodlawn Participation & Operating Agreement, (the "Motion"), notice having been provided, no objection having been received, and for good cause shown, the Court does hereby

**ORDER THAT:**

1. The Motion is GRANTED; and

2. Sklarco, LLC is authorized to assume the Participation Agreement dated effective as of March 1, 2013 covering the South Woodlawn Prospect, Marion County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1989) dated March 1, 2013, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, and is authorized to take any necessary action and execute any necessary documents to effectuate this Order.

DONE and entered this _____ day of _____, 2021 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge