**Exhibit 2**
**Notice Parties LCCOU II Unit Agreement and Unit Operating Agreement**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Sklar Exploration Company, LLC **(Operator)** | c/o James Katchadurian, CRO | 5395 Pearl Pkwy., #200 | Boulder | CO | 80301 |
| Amos, L.L.C. | P.O. Box 5167 | | Jackson | MS | 39296 |
| Ahamad Ansari | 5410 W 3rd PL Apt #3 | | Lakewood | CO | 80226 |
| Ansaben Trust | 321 Paseo Encinal St | | San Antonio | TX | 78212 |
| Aspen Energy Inc. | 161 St. Matthews Avenue, Suite 16 | | Louisville | KY | 40207 |
| Beazley Petroleum, LLC | 411 West St. Elmo Road #24 | | Austin | TX | 78745 |
| BobMary, LC | 5928 East Ridge Drive | | Shreveport | LA | 71106 |
| Brock Resources, LLC | 2634 Henley Drive | | Round Rock | TX | 78681 |
| Alice Yvonne Brye-Vela | 100 Clipper Drive | | Belmont | CA | 94002 |
| Benjamen Baxter Brye | 531 Fort Sumpter Drive | | Modesto | CA | 95354 |
| Bevon Brye | 1045 Mission St APT 489 | | San Francisco | CA | 94103 |
| Carlos S. Brye | 1142 Sunset Point Road, Apt. 23 | | Clearwater | FL | 33755 |
| Carlton D. Brye | 1271 Nicholson Street | | Clearwater | FL | 33755 |

| Frank Brye, III Estate | c/o Glenn Douglas Brye | 222 Monterey Street | Highland Park | MI | 48203 |
|---|---|---|---|---|---|
| Felton A. Brye | 348 Cheri Place | | Jonesboro | GA | 30238 |
| Glenn Douglas Brye | 222 Monterey Street | | Highland Park | MI | 48203 |
| Jaquita Natahasa Brye | 1616 N. Davis Hwy. | | Pensacola | FL | 32503 |
| Kernon De-Vaughn Brye, Sr. | 6531 Allyn Way | | Pensacola | FL | 32504 |
| Estate of Rhondos C. Brye | 851 Cheatham Road | | Griffin | GA | 30223-6242 |
| Wilson Brye Estate | NO ADDRESS | | | | |
| Bundero Investment Company, L.L.C. | 401 Edwards St, Ste 820 | | Shreveport | LA | 71101 |
| Carl Herrin Oil and Gas, L.L.C. | Attorney in Fact | 7700 Broadway #104-202 | San Antonio | TX | 78209 |
| Cayman Resources, Inc. | 5773 Woodway Drive, PMB #412 | | Houston | TX | 77057 |
| Chateau Blanche, L.L.C. | P.O. Box 1311 | | Brookhaven | MS | 39602 |
| Coastal Exploration, Inc. | P.O. Box 16667 | | Jackson | MS | 39236 |
| Conecuh Beach, LLC | P.O. Box 320566 | | Flowood | MS | 39232 |
| Conecuh Oil Company L.L.C. | 599 Northpark Drive | | Ridgeland | MS | 39158 |
| Craft Exploration Company L.L.C. | 222 East Tyler Street | | Longview | TX | 75601 |

| | | | | | |
|---|---|---|---|---|---|
| Craft Exploration Company L.L.C. | P. O. Box 1006 | | Kenner | LA | 70063 |
| C. Bickham Dickson, III | P O Box 52479 | | Shreveport | LA | 71135 |
| Dickson Oil & Gas, LLC | P.O. Box 52479 | | Shreveport | LA | 71135 |
| Joycelyn Brye Edwards | 16727 Summer Cypress Court | | Cypress | TX | 77429 |
| Embayment Production, LLC | P.O. Box 187 | | Jackson | MS | 39205-0187 |
| Fant Energy Limited | P.O. Box 55205 | | Houston | TX | 77255 |
| Gateway Exploration, LLC | 3555 Timmons Lane, Suite 730 | | Houston | TX | 77027 |
| Fleet Howell | 416 Travis St. | Suite 715 | Shreveport | LA | 71101 |
| JF Howell Interests, LP | 416 Travis Street, Suite 700 | | Shreveport | LA | 71101 |
| Jeffreys Drilling, LLC | 349 Mockingbird Land | | Madison | MS | 39110 |
| JJS Interests North Beach LLC | 2001 Kirby Dr | Suite 1110 | Houston | TX | 77019 |
| Max C. Johnson | 1013 Bayberry Cr. | | Shreveport | LA | 71106 |
| JSS Interests LLC | Attn: Mr. Wayne J. Henderson | 8550 United Plaza Blvd, Suite 1001 | Baton Rouge | LA | 70809 |
| Angelia Marie King | PO Box 14 | | Sterling | TX | 76951 |
| Henry Boyd King, Jr. | 4834 Line Avenue | | Shreveport | LA | 71106 |

| Robert Lee King | 2350 78th Avenue | | Baton Rouge | LA | 70807-6040 |
|---|---|---|---|---|---|
| Kudzu Oil Properties, LLC | 300 Concourse Blvd., Suite 101 | | Ridgeland | MS | 39157 |
| Kudzu Pet - Do Not Use | P.O. Box 16910 | | Jackson | MS | 39236 |
| Landmark Exploration, LLC | P O Box 12004 | | Jackson | MS | 39236-2004 |
| Longleaf Energy Group, Inc. | PO Box 809 | | Brewton | AL | 36427-0809 |
| Longleaf Energy Group, Inc. | P. O. Box 81026 | | Billings | MT | 59108 |
| Lucas Petroleum Group, Inc. | 327 Congress Avenue | Suite 500 | Austin | TX | 78701-3656 |
| R. Hiram Lucius | 713 Country Club Drive | | Heath | TX | 75032 |
| Marksco, L.L.C. | 333 Texas Street Suite 1050 | | Shreveport | LA | 71101 |
| Patrick J. McBride | 2152 Moonstone Circle | | El Dorado Hills | CA | 00095-7962 |
| McCombs Energy Ltd., LLC | 750 E. Mulberry Ave. Ste 403 | | San Antonio | TX | 78212 |
| Midroc Operating Company | P.O. Box 678039 | | Dallas | TX | 75267-8039 |
| Quantina Newby | 19155 Prevost St | | Detroit | MI | 48235 |
| North Beach, L.L.C. | P.O. Box 5098 | | Brandon | MS | 39047 |
| J.C. Ogden | 5419 Cedar Creek | | Houston | TX | 77056 |
| Openwood Plantation, Inc. | P.O. Box 821786 | | Vicksburg | MS | 39182 |

| | | | | | |
|---|---|---|---|---|---|
| Parous Energy, L.L.C. | 2408 Timberlock A-5 | | The Woodlands | TX | 77380 |
| Pelican Energy, LLC | P.O. Box 9 | | Ocean Springs | MS | 39566 |
| Joseph Pflanzer, M.D. | 2801 Bolton Boone | Suite 101 | DeSoto | TX | 75115 |
| Pflanzer Partners, Ltd | Attn: Mr. Joseph Pflanzer | 1225 Sunset Ridge Circle | Cedar Hill | TX | 75104 |
| Pruet Production Co. | PO Box 11407 | | Birmingham | AL | 35246-1129 |
| Quail Creek Production Company | P.O. Box 667 | | Camden | AR | 71711 |
| Joe K. Rawdon | Address Unknown | | | MS | |
| Rawls Resources, Inc. | PO Box 2238 | | Ridgeland | MS | 39158-2238 |
| Resource Ventures, LLC | 7112 W Jefferson Ave | Suite 106 | Lakewood | CO | 80235 |
| RG Producers, L.L.C. | PO Box 16351 | | Jackson | MS | 39236 |
| Estate of Wolfe E. Rudman | P.O. Box 1797 | | Waskon | TX | 75692 |
| Sellars Family, LLC | 11128 Windjammer Drive | | Frisco | TX | 75034 |
| Sellars Family Trust | 11128 Windjammer Dr. | | Frisco | TX | 75034 |
| Sepulga River Fuels, LLC | 15 Rodgers Lane | | Brewton | AL | 36426 |
| Super Rabbit, L.L.C. | P.O. Box 200760 | | Dallas | TX | 75320-0760 |
| Tenexco, Inc. | 17W 715C Butterfield | | Oak Brook Terrace | IL | 60181 |

|  | Road |  |  |  |  |
|---|---|---|---|---|---|
| TEPCO, LLC | 2700 Post Oak Blvd, Ste 1500 |  | Houston | TX | 77056 |
| Tiembo Ltd. | P.O. Box 270415 |  | Houston | TX | 77277-0415 |
| Trek Exploration, L.L.C. | 3839 McKinney Ave, Suite 155-269 |  | Dallas | TX | 75204 |
| Henry B. Tyler | 137 Bridgewater Crossing |  | Ridgeland | MS | 39157 |
| Tyler Oil And Gas, LLC | 137 Bridgewater Crossing |  | Ridgeland | MS | 39157 |
| Vickery Exploration, LLC | 333 Summerville Drive |  | Madison | MS | 39110 |
| Waller Brothers, Inc. | PO Box 1 |  | Jackson | MS | 39205 |
| Ann Marie Holmes Williams | 1201-A Arlington Street |  | Mobile | AL | 36605 |
| Yates Resources, LP | 3131 Southwestern Blvd |  | Dallas | TX | 75225 |