UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                          )

                             ) Case No. 20-12377-EEB

SKLAR EXPLORATION COMPANY, LLC )

EIN: 72-1417930                 ) Chapter 11

                             )

   Debtor.                       )

                             )

_____

                             )   Case No. 20-12380-EEB

SKLARCO, LLC                   )

EIN:  72-1425432                )   Chapter 11

                             )

**ORDER AUTHORIZING SKLARCO, LLC TO ASSUME**
**LCCOU II UNIT AGREEMENT AND UNIT OPERATING AGREEMENT**

THIS MATTER having come before the Court on Sklarco, LLC's Motion to Assume the LCCOU II Unit Agreement and Unit Operating Agreement, (the "Motion"), notice having been provided, no objection having been received, and for good cause shown, the Court does hereby

**ORDER THAT:**

1.      The Motion is GRANTED; and

2.      Sklarco, LLC is authorized to assume the Unit Agreement and Unit Operating Agreement dated March 20, 2014 concerning operation of the Little Cedar Creek Oil Unit II, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators, and is authorized to take any necessary action and execute any necessary documents to effectuate this Order.

DONE and entered this _____ day of _____, 2021 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge