1        IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE DISTRICT OF COLORADO
2    IN RE:                    )
                               )
3                              )        Chapter 11
     SKLAR EXPLORATION         )
4    COMPANY, LLC, et al.,     )
                               )        Case No. 20-12377-EEB
5         Debtors.            )
                               )      (Jointly Administered)
6    *************************************
       VIDEOCONFERENCED AND VIDEOTAPED 2004 EXAMINATION OF
7                    HOWARD SKLAR
                   NOVEMBER 24, 2020
8                  (Reported remotely)
     *************************************
9

10      VIDEOCONFERENCED AND VIDEOTAPED 2004 EXAMINATION OF

11   HOWARD SKLAR, produced as a witness at the instance of

12   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, and duly

13   sworn, was taken in the above-styled and numbered cause

14   on November 24, 2020, from 3:26 p.m. until 8:04 p.m.,

15   before Denise Ganz Byers, CSR, RPR, CRR, RMR, in and for

16   the State of Texas, reported remotely by machine

17   shorthand, with the witness located in Boulder,

18   Colorado, pursuant to the Federal Rules of Bankruptcy

19   Procedure, the 29th Emergency Order Regarding the

20   COVID-19 State of Disaster, and the provisions stated on

21   the record or attached hereto.

22

23

24

25                                        EXHIBIT A

1                    A P P E A R A N C E S

2

    FOR THE OFFICIAL COMMITTEE OF
3   UNSECURED CREDITORS:
         Ross Parker
4        Grant Matthew Beiner
         Chris Johnson
5        MUNSCH HARDT KOPF & HARR, PC
         700 Milam Street, Suite 2700
6        Houston, Texas 77002
         713-222-1489
7        713-222-1475 (fax)
         gbeiner@munsch.com:
8        rparker@munsch.com
         cjohnson@munsch.com

9

10  FOR HOWARD SKLAR:
         Adam Hirsch
11       David Holman
         DAVIS GRAHAM & STUBBS LLP
12       1550 17th Street, Suite 500
         Denver, Colorado 80202
13       303.892.7466
         adam.hirsch@dgslaw.com
14       david.holman@dgslaw.com

15

    FOR SKLAR EXPLORATION COMPANY,
16  LLC AND SKLARCO, LLC:
         Keri L. Riley
17       Jeffrey S. Brinen
         KUTNER BRINEN, P.C.
18       1660 Lincoln St., Suite 1850
         Denver, Colorado 80202
19       303-832-2400
         303-832-1510 (fax)
20       klr@kutnerlaw.com
         jsb@kutnerlaw.com

21

22

23

24

25

```
1                    A P P E A R A N C E S

2

     FOR TCP COTTONWOOD, LP:
3         Eric Lockridge
          KEAN MILLER, LP
4         400 Convention St., Suite 700
          Baton Rouge, Louisiana 70802
5         225-387-0999
          225-388-9133 (fax)
6         eric.lockridge@keanmiller.cTa

7

     FOR AD HOC COMMITTEE OF WORKING
8    INTEREST HOLDERS OF SKLAR EXPLORATION
     COMPANY, LLC AND SKLARCO, LLC:
9         Timothy M. Swanson
          MOYE WHITE
10        1400 16th St., 6th Floor
          Denver, Colorado 80202
11        303-292-2900
          303-292-4510 (fax)
12        tim.swanson@moyewhite.com

13

     FOR LUCAS PETROLEUM GROUP:
14        Duane Brescia
          CLARK HILL STRASBURGER
15        720 Brazos, Suite 700
          Austin, Texas 78701
16        512-499-3647
          512-499-3660 (fax)
17        dbrescia@clarkhill.com

18

     FOR EAST WEST BANK:
19        Bryce Suzuki
          BRYAN CAVE LEIGHTON PAISNER
20        Suite 2200
          Two North Central Avenue
21        Phoenix, Arizona 85004-4406
          602-364-7285
22        602-364-7070 (fax)
          bryce.suzuki@bclplaw.com
23

24

25
```

LEXITAS

```
 1            A P P E A R A N C E S

 2   FOR STRAGO PETROLEUM AND MERITAGE ENERGY LTD.:
          Robert L. Paddock
 3        BUCK KEENAN
          2229 San Felipe, Suite 1000
 4        Houston, Texas 77019
          713-546-2447
 5        rpaddock@buckkeenan.com

 6
     FOR JF HOWELL INTERESTS, LP:
 7        David R. Taggart
          BRADLEY MURCHISON KELLY & SHEA
 8        401 Edwards Street, Suite 1000
          Shreveport, Louisiana 71101
 9        318-227-1131
          318-227-1141 (fax)
10        dtaggart@bradleyfirm.com

11
     FOR THE DEBTORS:
12        Duane A. Graham
          Ben Ford
13        ARMBRECHT JACKSON
          RSA Tower, 27th Floor
14        11 North Water Street
          Mobile, Alabama 36602
15        P.O. Box 290
          Mobile, Alabama 36601
16        251-405-1300 (Main)
          251-432-6843 (Fax)
17        dag@ajlaw.com
          byf@ajlaw.com
18

19   ALSO PRESENT:
          Louis Goza
20        John Aubrey
          Jack Crooks
21

22   VIDEOGRAPHER:
          Robert Pierce
23

24

25
```

```
 1                              INDEX
        VIDEOCONFERENCED AND VIDEOTAPED 2004 EXAMINATION OF
 2                           HOWARD SKLAR
                          NOVEMBER 24, 2020
 3
                                                    PAGE
 4    Examination by Mr. Parker                     9
      Examination by Mr. Taggart                    100
 5    Examination by Mr. Suzuki                     124
      Examination by Mr. Paddock                    129
 6
      Appearances                                   2
 7    Changes and Signature                         147
      Certificate                                   149
 8

 9

10

11                           EXHIBITS

12    EXHIBIT NUMBER            DESCRIPTION          PAGE

      Exhibit Number 3          Statement of Financial   23
13                              Affairs for Non-
                                Individuals Filing
14                              for Bankruptcy for
                                Sklarco, LLC
15
      Exhibit Number 5          Global Notes and         41
16                              Statement of Limitations

17    Exhibit Number 7          Statement of Financial   45
                                Affairs for Non-
18                              Individuals Filing
                                for Bankruptcy for
19                              Sklar Exploration
                                Company, LLC
20
      Exhibit Number 11         Series of emails         53
21                              ending with 5/22/19
                                email to Marshall
22                              Jones from Tristan
                                Farel
23
      Exhibit Number 12         Howard's Friday          56
24                              Report 7/27/2012

25
```

```
 1                          INDEX
           VIDEOCONFERENCED AND VIDEOTAPED 2004 EXAMINATION OF
 2                        HOWARD SKLAR
                        NOVEMBER 24, 2020
 3


 4
                           EXHIBITS
 5
       EXHIBIT NUMBER              DESCRIPTION              PAGE
 6
       Exhibit Number 12.1        Cash Receipts of         102
 7                                Outside Operated
                                  Investments for the
 8                                Twelve Months ending
                                  December 31, 2019
 9
       Exhibit Number 12.2        Sklar Exploration        104
10                                Company, LLC Combined
                                  and Consolidated
11                                Balance Sheets

12     Exhibit Number 13          5/5/20 email to          75
                                  Marshall Jones
13                                from Howard Sklar

14     Exhibit Number 13.1        Howard's Friday          75
                                  Report 7/27/2012
15
       Exhibit Number 14          4/25/20 email to         81
16                                Marshall Jones,
                                  John Strausser,
17                                Geoff Nenninger
                                  from Howard Sklar
18
       Exhibit Number 14.1        Sklar Playsheet          101
19                                2/14/2014

20     Exhibit Number 15          10/7/20 email to         83
                                  Clinton Bowers from
21                                Geoff Nenninger

22     Exhibit Number 15.1        Chase Consolidated       88
                                  Balance Summary for
23                                Howard Sklar
                                  5/7-6/4/2020
24


25
```

```
 1                            INDEX
          VIDEOCONFERENCED AND VIDEOTAPED 2004 EXAMINATION OF
 2                        HOWARD SKLAR
                       NOVEMBER 24, 2020
 3

 4
                             EXHIBITS
 5
      EXHIBIT NUMBER           DESCRIPTION              PAGE
 6
      Exhibit Number 15.7      Chase Consolidated       85
 7                             Balance Summary for
                               Howard Sklar
 8                             2/7-3/5/2020

 9    Exhibit Number 15.9      Chase Consolidated       82
                               Balance Summary for
10                             Howard Sklar
                               12/6/19-1/7/2020
11
      Exhibit Number 16        Document regarding       91
12                             M Laurent Senechal

13    Exhibit Number 17        8/21/19 email to         94
                               Marshall Jones from
14                             Bobbie Gore

15    Exhibit Number 18        Flexjet Summary of       97
                               Charges
16

17    REPORTER'S NOTE:
      All quotations from exhibits are reflected in the manner
18    in which they were read into the record and do not
      necessarily denote an exact quote from the document.
19

20

21

22

23

24

25
```

1                    THE VIDEOGRAPHER:  Going on the record.

2      Today's date is November the 24th of 2020.  The time is

3      3:26 p.m. Central Standard Time.  This is the beginning

4      of Media Number 1 in the Rule 2004 Examination of Howard

03:27  5      Sklar.

6                    If counsel will please state their

7      appearances for the record.

8                    MR. PARKER:  My name is Ross Parker and

9      with me is Grant Beiner from Munsch Hardt Kopf & Harr

03:27 10      here on behalf of the Official Committee of Unsecured

11      Creditors.

12                    MR. PADDOCK:  This is Robert Paddock on

13      behalf of the Strago Group and also present are client

14      representatives Louis Goza and John Aubrey.

03:27 15                    MS. RILEY:  This is Keri Riley appearing

16      with Jeff Brinen, Ben Ford and Duane Graham on behalf of

17      Sklar Exploration Company and Sklarco.

18                    MR. HIRSCH:  This is Adam Hirsch on behalf

19      of Howard Sklar.

03:27 20                    MR. SUZUKI:  This is Bryce Suzuki from the

21      law firm Bryan Cave Leighton Paisner on behalf of East

22      West Bank.

23                    MR. TAGGART:  David Taggart of Bradley

24      Murchison Kelly & Shea appearing on behalf of JF Howell

03:28 25      Interests, LP.



Howard Sklar                                                              Pages 9

```
        1              MR. SWANSON:  Tim Swanson on behalf of the

        2   Ad Hoc Committee of Working Interest Owners.

        3              MR. CROOKS:  Jay Crooks here as client rep

        4   for TCP Cottonwood and TCP class as a member of the

03:28   5   Unsecured Creditors Committee.

        6              MR. BRESCIA:  This is Duane Brescia on

        7   behalf of Lucas Petroleum Group, Inc.

        8              THE REPORTER:  Is that everyone?

        9              (No response.)

       10              THE REPORTER:  This deposition is being

       11   conducted remotely by LegalView.  My name is Denise

       12   Byers.

       13              The witness has stated his location as

       14   Boulder, Colorado.

       15                    HOWARD SKLAR

       16   was called as a witness by the Official Committee of

       17   Unsecured Creditors and, having been first duly sworn,

       18   was examined and testified as follows:

       19                    EXAMINATION

03:28  20   BY MR. PARKER:

       21      Q.   Good afternoon, Mr. Sklar.  My name is Ross

       22   Parker.  Can you hear me okay?

       23      A.   Yes, sir, I can hear you.  Can you hear me

       24   okay?

03:29  25      Q.   I can, sir.  Can you see me okay as well?
```



Howard Sklar

```
   1        A.   Yes, I can see you okay as well.

   2        Q.   Excellent.  Mr. Sklar, did you attend the

   3   deposition this morning of Mr. Katchadurian?

   4        A.   Yes, sir, I did.

03:29 5        Q.   And you were present for the entirety of his

   6   testimony?

   7        A.   Yes, I was present for the entirety of his

   8   testimony but for maybe a couple minutes for a bathroom

   9   break.

03:29 10       Q.   Okay.  Thank you.  Do you have access to the

  11   exhibits that were circulated earlier today?

  12        A.   Yes, sir.  I have -- I have my iPad here so I

  13   will -- I can bring them up on an iPad.

  14        Q.   Excellent.  So as we walk through the process

03:29 15  today I'll be referring to specific documents.  If at

  16   any time you're having some technical difficulty or

  17   can't open or review a document, let me know and we'll

  18   make sure to resolve that.  Okay?

  19        A.   Okay.

03:30 20       Q.   And I'll go through some of the same rules with

  21   you that I went through with Mr. Katchadurian and

  22   hopefully I'll do a better job of following them as you

  23   and I talk today.

  24             The biggest one is not talking over each

03:30 25  other.  I'd ask that you let me finish asking my
```



```
 1   question before you answer it and I'll endeavor to allow

 2   you to finish your answer before I ask you a question.

 3              Do we have that agreement?

 4        A.   Yes, sir, we have that agreement.

 5        Q.   And because we're doing this via Zoom there is

 6   always some lag time.  If that becomes an issue we'll

 7   just slow things down a little bit to make sure we're

 8   not talking over each other.  Okay?

 9        A.   Okay.

10        Q.   If you need a break at any time, please feel

11   free to ask for one.  I'd just ask that we don't take a

12   break if there's a pending question.  But other than

13   that, I'm happy to allow you to take a break.  Okay?

14        A.   Okay.

15        Q.   Are you on any medications today that would

16   prevent you from understanding or answering my

17   questions?

18        A.   No, sir.

19        Q.   Do you have any medical conditions that would

20   prevent you from understanding or answering my questions

21   today?

22        A.   No, I do not.

23        Q.   So since you sat through Mr. Katchadurian's

24   testimony many of my questions are going to sound very

25   familiar to you today so we'll do our best to try and
```

03:30  5
03:30  10
03:30  15
03:31  20
03:31  25



Howard Sklar

```
 1   not be redundant but I still need to ask you many of the

 2   same ones.

 3            My first question for you is with regard

 4   to the process that was followed by the debtors in

 5   responding to the Unsecured Creditors Committee Request  03:31

 6   for Production.

 7            Do you recall me asking Mr. Katchadurian

 8   some of those questions this morning?

 9       A.   Yes, I do recall that.

10       Q.   And I'm going to ask you some of the same  03:31

11   questions, sir.  Did you have any involvement in

12   assisting the debtors in providing responsive documents

13   to the Committee's Request for Production?

14       A.   I didn't directly have any involvement in

15   coming up with those documents, no, sir.  03:31

16       Q.   Were you asked to assist in producing

17   responsive documents?

18       A.   No, I was not asked to assist on those

19   documents.

20       Q.   Were you asked to provide any documents you  03:32

21   might have in your possession, custody or control that

22   were responsive to those requests for production?

23       A.   I personally was not.  I personally did not

24   provide those.  Those were -- those were handled by --

25   by people at the -- at this company and by the -- by the  03:32
```



1  CRO and by the representatives of the CRO, so --

2      Q.  Do you -- do you have any documents, either on

3  a personal email address you might have or in hard copy,

4  that would have been responsive to the Request for

03:32  5  Production served by the debtors?

6      A.  No, I do not have any documents.

7      Q.  Mr. Sklar, some of the emails we looked at

8  earlier today bear your Sklar Exploration address email

9  and also your gmail account address.

03:33  10          Do you have any other email addresses

11  besides those two that you may have used between the

12  time frame of April 1st, 2016 to the current date?

13      A.  No, I do not.

14      Q.  Do you conduct business over text message?

03:33  15      A.  No, sir.

16      Q.  That's a good policy.

17          Some of the questions this morning that

18  Mr. Katchadurian and I discussed were related to

19  management at SEC and Sklarco.

03:33  20          My first question for you, sir, on that

21  topic is:  Prior to Mr. Katchadurian being appointed as

22  CRO, who managed Sklarco?

23      A.  I -- Sklarco was a single -- it's a single

24  member LLC and I am the manager of Sklarco.

03:34  25      Q.  And how about SEC?



Howard Sklar

1   A.   SEC is also a single member LLC and I am the

2   manager of Sklar Exploration.  However, Sklar

3   Exploration has other -- other management teaming.  They

4   have -- they have, as Mr. Katchadurian mentioned.

03:34  5          So I would agree with everything that he

6   said as far as the chief operating officer, the chief

7   financial officer, myself.  So that's -- as far as

8   management goes, that's the management of Sklar

9   Exploration.

03:34 10   Q.   And so the -- some of the names that

11  Mr. Katchadurian gave me, he said that David Barlow was

12  the president and COO.

13          Do you agree with that?

14   A.   Yes, I agree with that.

03:35 15   Q.   And his role was transitioned to Marshall

16  Jones; right?

17   A.   His role as the chief operating officer, yes.

18  Marshall is actually a VP as opposed to president,

19  but --

03:35 20   Q.   Okay.

21   A.   -- other than that, that's correct.

22   Q.   And then I believe he mentioned at SEC there

23  were two controllers, Chris, and Tristan Farel?

24   A.   Well, they're not related, but, yes, it's a

03:35 25  coincidental.  But, yes, there was a -- there was a

LEXITAS

Howard Sklar                                                          Pages 15

 1  controller/CFO, Chris Farrell who was here, and then he

 2  was -- then later on Tristan Farel, spelled differently.

 3  And then after Tristan was Mr. Strausser, John Strausser

 4  who's the CFO and president.

03:36  5      Q.   And there also was a general counsel at SEC;

 6  correct?

 7      A.   Yes.  That was Steven Hatcher.

 8      Q.   And he -- when did he leave?

 9      A.   He left in -- sometime, I believe, April or

03:36 10  May.

11      Q.   Of this year?

12      A.   Of this year, yes.

13      Q.   And you said he was not replaced; correct?

14  There is no GC now?

03:36 15      A.   There's no GC, no.

16      Q.   And Mr. Sklar, what was your -- what was your

17  title at SEC?

18      A.   My title at SEC was CEO.

19      Q.   Was there the same management team at Sklar as

03:36 20  there was SEC?

21      A.   Excuse me.  At Sklar, you mean Sklarco?

22      Q.   At Sklarco.

23      A.   I'm sorry.  Sklarco did not have a management

24  team.  Sklarco was only an agent and so Sklarco paid the

03:37 25  Sklar Exploration employees to basically manage its



Howard Sklar

1  affairs.  So Sklarco did not have any -- any actual

2  management or any employees.  Only Sklar Exploration had

3  employees.

4      Q.   Okay.  So SEC and its management team managed

03:37  5  Sklarco's affairs; is that accurate?

6              MR. HOLMAN:  Objection to the form.

7              THE REPORTER:  I'm sorry.  Who objected?

8              MR. HOLMAN:  Sorry.  This is Dave Holman.

9      Q.   (By Mr. Parker)  You can answer the question,

03:37 10  sir, if you understand it.

11     A.   Could you -- just to make sure I understand

12  exactly what --

13     Q.   Yes.  I believe your testimony was that Sklarco

14  just was an agent; right?

03:37 15     A.   It was an agent for the trust and certain other

16  entities, yes.

17     Q.   So it had no employees; is that what you're

18  saying?

19     A.   Yes, that is correct.

03:38 20     Q.   But, still, its affairs had to be managed

21  somehow; correct?

22     A.   Yes.  It was managed -- its affairs were

23  managed by Sklar Exploration.

24     Q.   Correct.  And so what -- when you say Sklar

03:38 25  Exploration, I'm calling it SEC, but those are the same



1   things; right?

2           Okay.  I just want to be clear that we're

3   talking about the same entity.

4       A.   SEC is the same -- excuse me -- SEC is the --

03:38  5   is another way of calling that is -- that's Sklar

6   Exploration where as SKC is Sklarco.

7       Q.   Right.

8       A.   That's the agent that actually owned the

9   properties.

03:38  10      Q.   Right.  But to take a step back to my last

11  question.  Sklarco's affairs, even though it had no

12  employees, it still had issues that had to be managed;

13  correct?  Is that a "yes"?

14      A.   Yes.  Yes, it --

03:38  15      Q.   And because it had no employees, it was SEC's

16  employees, Sklar Exploration's employees, who had to

17  tend to those affairs for Sklarco; is that correct?

18      A.    SEC was paid a fee by the members that were

19  part of Sklarco to manage their -- the trusts' affairs,

03:39  20  yes.

21      Q.   When you say the trusts, what are we talking

22  about here?  What trusts?

23      A.    There's my trust, the Howard Trust, and then

24  there's my son Jacob, his trust, and there's also the

03:39  25  Alan Trust, my other son.  And as Mr. Katchadurian said

1    there's a -- actually, my older son Jacob, his full name

2    is Jacob Sam Sklar, and when you hear of the Sam trust

3    it's also the same as the Jacob Sklar Grantor Trust.  So

4    Sam trust and Jacob Trust are interchangeable.

03:40  5        Q.   Were any other trusts managed --

6              MR. PADDOCK:  Mr. Parker.  Mr. Parker, I'm

7    sorry to interrupt you.  This is Robert Paddock.  Sorry

8    to interrupt you.

9              MR. PARKER:  Sure.

03:40  10             MR. PADDOCK:  I don't know if anybody else

11   is having this issue, but I'm having a really hard

12   time -- it could be my system -- I'm having a hard time

13   hearing Mr. Sklar.  It just sounds a little muted.  I

14   don't know if the court reporter is having this problem,

03:40  15   and maybe he could -- or maybe --

16             MR. PARKER:  I'm actually having the same

17   problem.  It's very hard to hear Mr. Sklar.  I agree

18   with that.

19             THE WITNESS:  We just put the phone closer

03:40  20   to my mouth.  Is it -- is it better now?  The telephone

21   is right -- right by my --

22             MR. PARKER:  It is a little better.  Yeah.

23             THE WITNESS:  Okay.  Okay.  Well --

24             MR. PADDOCK:  Yeah.  I think if you could

03:40  25   move it as close as what's practical and comfortable,

 1   that would help.

 2                    THE WITNESS:  Okay.  I'll try to do that.

 3                    Does that sound -- does that sound a

 4   little better?

03:41  5                  MR. PADDOCK:  Much better.

 6                    THE WITNESS:  Okay.

 7                    MR. PARKER:  Thank you, Mr. Paddock.

 8                    THE WITNESS:  Yes, sir.

 9        Q.   (By Mr. Parker)  So we were talking about these

03:41 10   trusts and you mentioned three, the Howard Sklar Trust,

11   the Jacob/Sam Sklar Trust and the Alan Sklar Trust.

12                    Are there any other trusts that you set up

13   for your family members or yourself?

14        A.   There are no other trusts involved, but there

03:41 15   is -- Sklarco does manage the properties as a nominee

16   for my sister's estate, which is now my niece, Maren, so

17   that would be Maren Silberstein.

18                    And then there's also a -- my mother's

19   estate, the succession of Miriam Mandel Sklar.  Sklarco

03:41 20   also does the accounting and holds title to their

21   properties as well.

22        Q.   Thank you.  I want to go back to some of your

23   management roles at SEC.

24                    Well, let me ask you this, too.  You

03:42 25   mentioned Sklarco had no employees.

Howard Sklar                                                              Pages 20

1            How was it managed?  Who managed Sklarco?

2       A.   As I said, it -- it was a nominee for

3  investments in oil and gas and also certain outside of

4  the oil and gas investments, some investments that had

03:42  5  nothing to do with oil and gas.

6       Q.   So if a decision had to be made by Sklarco, who

7  made it?

8       A.   Either myself or myself in concert with the --

9  the other management at Sklar Exploration.

03:43 10      Q.   And who was the decision maker at SEC

11  ultimately who made those decisions?

12      A.   Well, as I said, there were -- we worked

13  together as a team, but I was the CEO, so I was the CEO

14  at Sklar Exploration.

03:43 15      Q.   Until you were replaced by Mr. Katchadurian;

16  right?

17      A.   That's correct.

18      Q.   And do you currently have any management role

19  at SEC?

03:43 20      A.   No, I do not have a management role at SEC

21  right now.

22      Q.   What is your current role at SEC?

23      A.   I help with the engineering and the general

24  operations of the wells.  I help assist -- I assist

03:44 25  management to the best of my ability in working on



1   anything that's asked of me.  But the majority of my

2   work is on the -- on the production -- production side;

3   on the engineering side, presently.

4        Q.   Mr. Katchadurian testified earlier that the

03:44  5   Howard Sklar Trust is a 100 percent owner of both SEC

6   and Sklarco.  Is that accurate?

7        A.   Yes, sir, that is accurate.

8        Q.   And for how long has that been the case?

9        A.   I'm not -- I'm not exactly sure.  In the case

03:44 10   of -- of Sklar Exploration, I believe -- after my mother

11   passed away I believe it was -- so that would have been

12   in 2010.  So I believe since 2010 Sklar Exploration, the

13   actual LLC, was a single member LLC with me being the

14   owner and member, my trust, Howard Trust.

03:45 15                  (Crosstalk.)

16        Q.   (By Mr. Parker)  And how about Sklarco?

17        A.   I'm not -- I'm not exactly sure.  I think

18   perhaps since inception, but I'm not positive.  I don't

19   want to misspeak.

03:45 20        Q.   Is it fair to say, though, that since

21   January 1st, 2016 that the Howard Sklar Trust has been

22   100 percent owner of Sklarco?

23        A.   Yes, that is correct.

24        Q.   Did SEC have a board of directors?

03:46 25        A.   No.  SEC did not have a board of directors.



1      Q.    Were there formal meetings that occurred on a

2    regular basis where the directors and officers would sit

3    down together and discuss company business?

4      A.    Yes, we had meetings.  Not official board

03:46  5    meetings, but we had meetings.  Obviously management, we

6    would meet as a team often.

7      Q.    Were minutes ever taken?

8      A.    No, sir.  We did not take minutes.

9      Q.    Was there an accounting, a specific accounting

03:47  10   team at SEC?

11     A.    Yes.

12     Q.    And did that same accounting team also serve

13   the needs of Sklarco?

14     A.    Yes.  That accounting team did, as I stated

03:47  15   earlier, did -- the exploration -- the Sklar Exploration

16   employees were paid a fee to manage the affairs of -- of

17   Sklarco and to do the accounting.  Sklarco is an

18   accounting entity along with being a single member LLC

19   as I stated before.

03:47  20     Q.    And I think you also mentioned earlier that

21   there were actually no employees of Sklarco.  Is that

22   correct?

23     A.    Yes, that is correct.

24     Q.    So, I'd like you to take a look at a document

03:48  25   with me.  It's Exhibit 3.  And we're looking at Pages 7

```
 1  and 8, so we'll start with Page 7, please.

 2       A.   Okay.   This is Page -- I see Page 7, yes, and

 3  Page 8, yes.

 4                 (Exhibit Number 3 was referenced.)

 5       Q.   (By Mr. Parker)   Excellent.   So Page 7, I'm

 6  looking at what's called Part 11, it says, "Property the

 7  Debtor Holds or Controls That the Debtor Does Not Own."

 8                 Do you see that?

 9       A.   Yes, I see that.

10       Q.   And I asked Mr. Katchadurian some questions

11  earlier today about some entities that are listed in the

12  lower right-hand corner of that page and I'm going to

13  ask you some similar questions about them.

14                 What is Fugasity Co.?

15       A.   I believe Fugasity was a company that basically

16  made microchips and so it was an investment that -- that

17  certain of the members of Sklarco had invested in.

18       Q.   Which members of Sklarco?

19       A.   Well, as to each one of these investments, we

20  have a red sheet which basically defines the make-up as

21  to which of the members or the trusts own an interest in

22  each investment and so the -- basically the K-1 goes to

23  Sklarco and then in turn the -- the income and the

24  expenses and the accounting entries are made for each

25  individual owner as to -- as to the red sheet, as to the
```

03:48  5
03:49 10
03:49 15
03:49 20
03:50 25



```
     1   make-up of the red sheet, as to which individual

     2   actually owned the property, so --

     3       Q.   What about 21/16 Commerce Park, LP, what does

     4   that entity do?

03:50 5       A.   I believe it's a real estate -- it's a real

     6   estate entity.  I'm not sure if that's even in

     7   existence.  I know Fugasity -- I don't believe Fugasity

     8   is -- I think they had a final distribution and it

     9   doesn't exist anymore.

03:51 10              And as far as I know, I do not know -- I'm

    11   not sure about 21/16 Commerce Park.  I believe it's a

    12   real estate investment, but I don't recall.

    13       Q.   In what types of things, real estate, would it

    14   invest in?

03:51 15      A.   I'm not sure.  This was an old investment and I

    16   do not recall.

    17       Q.   Well, according to the document we're looking

    18   at, it says the owner's name is the Howard F. Sklar

    19   Trust; correct?

03:51 20      A.   I'm not --

    21       Q.   Looking at the left side of the page.  Are you

    22   with me, sir?

    23       A.   Yes.  Yes.  Excuse me.  I see that.

    24              I -- I -- I can't speculate, but I assume

03:52 25   that it's -- that that's the owner of Sklarco, the
```



```
 1  Howard F. Sklar.

 2              So, as I said, the actual divisions of

 3  these interests are reflected in the accounting at

 4  Sklarco level, so --

 5      Q.   Do you know what the LTP Opportunity Fund does

 6  or did?

 7      A.   I believe -- it's a timber fund.  It's a fund

 8  of -- basically they -- they harvest timber and they

 9  sell timber.

10      Q.   And how about the West Arcadia Pipeline?

11      A.   I believe that's a pipeline in a gas field that

12  Sklarco at one time had owned -- or Sklarco owns an

13  interest in that pipeline, I believe.

14      Q.   And then the last one 1908 Brand Bylaws.  Do

15  you know if that's the correct name or should it

16  actually be 1908 Brand?

17      A.   As far as I know, I believe it's 1908 Brand.

18      Q.   And do you know what that company does?

19      A.   It is a company that is basically -- has a

20  bunch of different products that they market under

21  1908 Brands and, as I said, it's an investment that was

22  made by -- by certain of the trusts.

23              In the case of 1908 Brands, I believe it

24  was 50 percent the Howard Trust and 25 percent Jacob and

25  25 percent Alan Trust.
```

03:52  5
03:53  10
03:53  15
03:54  20
03:54  25



Howard Sklar                                                            Pages 26

1      Q.   Let's go to the next page, Page 8 of this

2    document.   These are the three.   And there's a couple

3    more entities I want to ask you about.

4               There's an entity entitled -- called

03:54  5    Boulders on Fern, next to the "Jacob Sklar Grantor

6    Trust."  Do you see that?

7      A.   Yes.   I see the "Boulders on Fern."

8      Q.   Do you know what that is?

9      A.   Yes.   That's an apartment building, a

03:55 10    building -- a group of apartments that my two sons

11    purchased an interest in.   That is -- as I say, I

12    believe it's an apartment.

13               (Crosstalk.)

14      Q.   Where is it located?

03:55 15      A.   It's in Shreveport, Louisiana.

16      Q.   And under that it says, "LTP Timberquest Fund,

17    LP."  Do you know what that is?

18      A.   That is a number -- that is another timber

19    fund.   And as I said, I'm not sure of the allocation on

03:55 20    all of these.   I know the Boulders on Fern is 50 percent

21    Jacob and 50 percent Sam.

22      Q.   Do you have any knowledge regarding the amount

23    that these investments have returned for the interest

24    holders in the last five years?

03:56 25      A.   I wouldn't know the exact figure over the

LEXITAS

Howard Sklar                                                    Pages 27

```
 1   last --
 2        Q.   Could you ballpark it?  Could you ballpark it?
 3        A.   I don't know exactly.  It depends which one.
 4        Q.   Who would know?
03:56  5   A.   Our -- our CFO would be able to tell you that.
 6        Q.   CFO of SEC or of Sklarco?
 7        A.   No.  The CFO of Sklar Exploration who is --
 8        Q.   Okay.
 9        A.   -- Mr. Strausser, so he would know the exact --
03:57 10   he would know those exact numbers.
11        Q.   Where would the proceeds of those investments
12   have gone?  Into what account are they deposited?  Or
13   accounts?
14        A.   Is the question over what -- at what time or I
03:57 15   mean, is --
16        Q.   No.  I'm looking for where the money actually
17   goes.  So let's say Fugasity Company generates a return
18   of $25,000 in the first quarter of 2017.  Where does
19   that money go?
03:57 20   A.   As I stated earlier, it would -- it would
21   depend on the red sheet, which is the actual division of
22   interest between the different members of -- of Sklarco.
23   So depending on the red sheet, as I said, all of the --
24   all of the income -- all of the expenses would be
03:58 25   attributable to that percentile, whichever is on the red
```



1  sheet and also the -- obviously the K-1s go to Sklarco

2  and then the taxes are paid on the individual returns of

3  whoever the beneficial owner was -- was at the time.

4          So, in other words, the -- when the

03:58 5  investment is made, whichever -- whichever the

6  percentage is, each one of those, that amount would be

7  basically applied to the books of each one of the

8  trusts.

9          So, for instance, 50/50, 50 percent of the

03:58 10 cost, 50 percent of the income, and obviously the tax

11 return would show as to that particular owner,

12 beneficial owner.

13     Q.   Who was the trustee of the Howard F. Sklar

14 Trust?

03:59 15    A.   I am the trustee of the Howard F. Sklar Trust.

16     Q.   And who is the trustee of the Jacob Sklar

17 Grantor Trust?

18     A.   I am as well.

19     Q.   And how about for the Alan Sklar Grantor Trust?

03:59 20    A.   That's also myself.

21     Q.   And do you in your capacity as trustee retain

22 accountants to ensure this trust filed whatever

23 appropriate tax documents they need to do on an annual

24 basis?

03:59 25    A.   As I stated, the accounting is done and the --



Howard Sklar

1    everything is attributable to the -- the work is done by

2    Sklar Exploration and the trusts pay a fee to the

3    accounting firm -- I mean, to the accountants at -- at

4    Sklar Exploration.

04:00   5        Q.   Right.  So the accounting staff at SEC prepares

6    these tax documents for the trusts and the trusts pays

7    them a fee; is that what you're saying?

8        A.   Well, there's an outside accounting firm that

9    the trusts pay to do the auditing of the books.  So

04:00  10    there's an outside accounting firm, Plante Moran, who

11    actually does the -- the tax work.

12            But the data is given to them by the

13    accounting staff at Sklar Exploration.  That's correct.

14        Q.   Okay.  We talked a little bit about Sklarco

04:01  15    earlier not having employees.  Do you recall that

16    conversation?

17        A.   Yes, I recall that.

18        Q.   Okay.  So there are -- because there are no

19    employees, there's no board of directors of Sklarco;

04:01  20    right?

21        A.   Yes.  That is correct.

22        Q.   And there were never any meetings that the

23    board called at Sklarco because there's no board; right?

24        A.   That's correct.

04:01  25        Q.   And there's no CEO [sic] or CFO or CEO of



1    Sklarco; is that right -- correct?

2         A.   Yes.   That is correct.

3         Q.   Let's talk about Sklar Transport.   Was there a

4    board of directors for Sklar Transport, LLC?

04:01  5         A.   No, there was not a board of directors of Sklar

6    Transport.

7         Q.   Did Sklar Transport, LLC have any employees?

8         A.   No.   Sklar Transport did not have employees.

9         Q.   Who owned -- let me ask this:   Does -- Sklar

04:02  10   Transport, is it still in operation?

11        A.   It exists, but it does not own an aircraft and

12   it is not leasing an aircraft.

13        Q.   Who owns Sklar Transport?

14        A.   Howard Trust owns Sklar Transport at this

04:02  15   point, yes.

16        Q.   100 percent of it?

17        A.   I believe so.

18        Q.   Did Sklar Transport have any employees?   I'm

19   not sure I've asked that yet.

04:02  20        A.   No.   Sklar Transport did not have any

21   employees.   It --

22        Q.   So who -- who would tend to any administration

23   that was necessary for Sklar Transport?

24        A.   When Sklar Transport owned an aircraft, Sklar

04:03  25   Transport had a -- basically Sklar Exploration had a dry



Howard Sklar

1   lease, and so that dry lease means that Sklar

2   Exploration would pay -- Sklar Transport owned the

3   airplane, but Sklar Exploration would in turn lease the

4   aircraft and tend to the aircraft and would pay the

04:03   5   expenses on the aircraft through --

6       Q.   At some point in time --

7            (Crosstalk.)

8       A.   Oh.

9       Q.   I apologize, sir.  I thought you were finished.

04:04  10   Continue.

11       A.   Through the dry lease, as I said.

12       Q.   Mr. Katchadurian testified earlier that Sklar

13   Transport used to own an aircraft.  Is that accurate?

14       A.   Yes, that's what I just said.

04:04  15       Q.   At what point in time did Sklar Transport sell

16   that aircraft?

17       A.   I believe it was the end -- sometime near the

18   end of 2016.

19       Q.   And what type of aircraft was it?

04:04  20       A.   It was a Cessna a Sovereign, was the name of

21   the aircraft.

22       Q.   And for how much was it sold?

23       A.   I don't remember the exact number, but it was

24   close to $9 million.

04:04  25       Q.   And where do the proceeds of that sale go?



1          A.    The proceeds of that sale went to paying off

2    the bank for the loan on the aircraft and then the rest

3    went to -- went to the company, went to Sklar

4    Exploration.

04:05  5          Q.    How much was still owed to the bank at the time

6    of the sale?

7          A.    I believe it was around $7 million.

8          Q.    So your testimony is that about $2 million in

9    equity was -- SEC still having the plane, and so that

04:05 10   $2 million went into SEC as a result of the sale?

11         A.    Yes.  To the best of my knowledge, yes.

12         Q.    And that $2 million, was it distributed by SEC

13   as any other revenue would be distributed by SEC?

14         A.    No, I don't believe it was distributed as

04:05 15   revenue.  I believe it was put into the general account

16   to pay bills.

17         Q.    But if -- would bills also include compensation

18   for employees?

19         A.    I'm not -- I'm not -- I'm not sure.

04:06 20         Q.    And so you're not really -- you know the

21   $2 million went into the SEC operating account and you

22   think it went to pay bills, but you're not really sure

23   what happened to it other than that?

24         A.    Exactly where every dollar went, I am not

04:06 25   exactly sure.



Howard Sklar

```
 1      Q.   Well, a lot of money went from SEC to Sklarco;

 2   right?

 3            MR. HOLMAN:  Object to the form.

 4            You can answer.

04:06  5      A.   If that's -- if you're asking did -- did -- as

 6   Mr. Katchadurian stated, the SEC income from all oil and

 7   gas that SEC -- basically that would go, based on the

 8   JIBs to -- a portion of SEC's income would go to Sklarco

 9   and that would in turn be put back into SEC, as was

04:07 10   already stated.

11      Q.   (By Mr. Parker)  So my question then is:  With

12   regard to this $2 million from the sale of the aircraft,

13   could that money have gone to Sklarco?

14      A.   I -- I don't believe so, but I'm not positive.

04:07 15   I'm not sure.

16      Q.   Who was Geoffrey Nenninger?

17      A.   Geoffrey Nenninger works for the company.  He

18   is in charge of our investments and also in charge of

19   marketing and he's in charge of our HR.

04:08 20      Q.   When you say "works for the company," is that

21   SEC?

22      A.   Yes.  I'm sorry.  I meant to say SEC.  Yes.

23      Q.   What was his role on behalf of Sklar Transport,

24   if any?

04:08 25      A.   I think he -- he communicated with the people
```



         1    at Flexjet along with the CFO at the time.

         2         Q.   And who had authority to sign contracts on

         3    behalf of Sklar Transport?

         4         A.   I believe it was the controller at the time,

04:09    5    Tristan Farel.

         6         Q.   And I think I asked this earlier but I'm going

         7    to have to ask it again.  What assets, if any, does

         8    Sklar Transport have currently?

         9         A.   Currently Sklar Transport doesn't have an

04:09   10    airplane and it is not -- does not own a fractional

        11    share of -- it is not part of Flexjet anymore so it is

        12    not leasing an aircraft anymore.

        13         Q.   You mentioned that the Cessna Sovereign

        14    aircraft earlier.  When did Sklar Transport acquire that

04:10   15    aircraft?

        16         A.   I'm not sure exactly the date of, but it was a

        17    number of years before.  I'm not sure of the exact date.

        18         Q.   A number of years before when?

        19         A.   I don't know exactly.  It could be three.  It

04:10   20    could be five.  I'm not sure.

        21         Q.   When was it sold again?

        22         A.   It was sold in 2000 -- the end of year 2016,

        23    the aircraft.

        24         Q.   And you said it could be three or it could be

04:11   25    five years, but you think it was acquired somewhere



Howard Sklar

1    around 2012?  Does that sound about right?

2        A.   As I said, I'm not positive, so that could

3    be -- that could be correct.

4        Q.   Was Sklar Transport created as a special

04:11  5    purpose entity to acquire that aircraft?

6        A.   No, I don't believe so.

7        Q.   What other business does Sklar Transport have?

8        A.   It had owned -- it had owned aircraft before

9    that.  So we had owned an aircraft before the Sovereign,

04:12 10   a number --

11       Q.   When was --

12       A.   -- of aircraft.

13       Q.   When was scar -- when was Sklar Transport

14   created?

04:12 15       A.   I'm not positive.

16       Q.   Could you just generally ballpark it for me?  I

17   don't need positivity.  I just need an idea.

18       A.   I'm not positive.  It could be some time

19   after -- after the -- it would be sometime after the --

04:12 20   the beginning of Sklar Exploration and Sklarco.  So

21   sometime after that, I believe.  But I'm not sure --

22       Q.   And --

23       A.   -- exactly how many years.

24       Q.   How many aircraft before that Cessna you just

04:13 25   mentioned did Sklar Transport own?



Howard Sklar

1          A.    I'm just -- excuse me.   I'm thinking.

2          Q.    That's okay.   I appreciate that.

3          A.    I'm not trying to avoid the question.   I'm just

4    trying to think in the back of my mind, because this

04:13  5    goes back perhaps 18 years, so --

6          Q.    Okay.

7          A.    There may have been three aircraft before --

8    before the Sovereign.

9          Q.    So you said it may go back 18 years, so let's

04:13 10    just say it goes back 15 years to be safe.

11          A.    Okay.

12          Q.    Does Sklar Transport have any kind of written

13    protocols regarding to whom expenses would be billed for

14    its aircraft usage?

04:14 15          A.    Yes, I believe it did.

16          Q.    And walk me through that process if you know,

17    Mr. Sklar.   How would a trip, for instance, that was

18    solely for business purposes be billed as opposed to a

19    trip that was solely for personal purposes?

04:14 20          A.    If it was -- if it was a company trip then I

21    assume the lease -- the lease -- the dry lease that

22    Sklar Exploration had from Sklar Transport paid all of

23    the those expenses.

24                So in the case of a personal trip, that

04:15 25    would have been charged -- those -- that time, those



Howard Sklar

1  hours would have been charged personally to whomever

2  basically used the aircraft personally.  So if it was my

3  mother, it would have been my mother.  If it was myself,

4  it would have been myself.  So that would have been

04:15  5  charged to whoever had used the plane.

6          (Crosstalk.)

7      Q.  (By Mr. Parker)  Would it have been -- would it

8  have been a situation where the bill would go to SEC,

9  and SEC would pay for that personal jet usage but then

04:15 10  would seek reimbursement from either you or your mother

11  or whoever was using the jet for their personal usage?

12      A.  I believe SEC would bill -- depending on the

13  hours, SEC would bill that -- whichever individual had

14  used the plane for however many hours they used the

04:16 15  plane.  That was -- that's the best of my understanding

16  of how it was accounted for.

17      Q.  So, for example, let's say you take a trip to

18  Napa Valley for solely a personal purpose and it cost

19  $10,000.  SEC would bill you personally for it.  You

04:16 20  would remit that $10,000 to SEC and then SEC would send

21  the money to Flexjet.

22      A.  Yes.  That's my -- that's my understanding.

23      Q.  And before the contract with Flexjet existed,

24  so before May 1st, 2019, when the Cessna, for

04:16 25  instance, the Cessna Sovereign was owned, how would it

LEXITAS

Howard Sklar                                                      Pages 38

1   occur then?  How would the billings occur?

2        A.   As I just stated, the bill would be sent --

3        Q.   Well --

4        A.   -- to whichever individual.  Okay.  In the case

04:17 5   of someone using the plane, if it was for personal use,

6   that bill would be sent to that individual and then they

7   would pay SEC, they would reimburse -- SEC would bill

8   that individual and the individual would pay for their

9   use of the aircraft.

04:17 10       Q.   And then SEC would just not have to remit that

11  money to anybody else because Sklar Transport actually

12  owned the aircraft; right?

13       A.   Yes.  That's correct.  Sklar Transport owned

14  the aircraft and SEC paid Sklar Transport a lease and

04:17 15  then SEC would basically -- if there was personal use,

16  then SEC would charge that person, or persons, the fee

17  for the hours to use the aircraft.

18       Q.   Were there any internal protocols at SEC when a

19  trip was initially booked to determine whether or not it

04:18 20  was for a personal or a business purpose?

21       A.   Well, in the case of the -- in the case of when

22  Sklarco owned the aircraft, there were the actual -- the

23  actual logbooks of the aircraft that would show -- that

24  would show the hours and who was on the aircraft and

04:18 25  what the trip was basically for.



Howard Sklar

1    Q.   So my question is:  Who made the determination

2  that it was either a personal trip or a business trip?

3    A.   It was -- the accounting staff, the CFO would

4  make that determination, along with the pilot, for

04:19  5  instance, at the time, when there was a pilot.

6    Q.   So is that what happened after a trip occurred,

7  the company -- SEC's CFO would call the pilot and say,

8  you know, "Where did you go?  Who went?  What was the

9  purpose?  Is that what happened?"

04:19 10    A.   I'm not positive of the exact protocol, but --

11  I don't want to speculate exactly.  But as I said, it

12  was -- it was known if it was a company trip, if it was

13  a company trip or a private trip, so --

14    Q.   But how was it known?

04:19 15    A.   As I already said this, the CFO at the time

16  would -- would look and see what the trip was for; and

17  if it was a personal trip, then it would be -- then it

18  would be recorded and charged out as a personal trip.

19    Q.   Do you know, Mr. Sklar, if there were -- there

04:20 20  was ever an occasion where costs associated for the --

21  for the Flexjet usage for a business purpose was billed

22  to working interest owners as an expense?

23    A.   No, I don't think there was ever -- no, there

24  was never a -- to the best of my knowledge, no.  The

04:21 25  working interest owners were never billed for any -- any



Howard Sklar

```
        1  business trip or otherwise.

        2      Q.   Would working interest owners ever get billed

        3  or maybe a JIB request cash call made for travel

        4  expenses associated with any specific project?

04:21   5      A.   In terms of on the aircraft, no.  Not that I

        6  know of.

        7      Q.   We talked a little earlier -- I'm sorry.

        8  Mr. Katchadurian and I talked a little earlier about an

        9  entity named THP Partners and one named THP Partners II.

04:22  10           Do you recall my conversation with him

       11  about those two entities?

       12      A.   Could you -- I remember that you discussed it

       13  with him, but I'm not positive.  I believe those are

       14  also timber funds, but I'm not positive exactly what

04:22  15  those investments were.

       16      Q.   If you want -- if you'll look at Exhibit

       17  Number 5 and I want to go to Page 4, please.

       18      A.   Page 4?

       19      Q.   Correct.  And I want to go to Paragraph 16.

04:22  20      A.   Okay.

       21           (Exhibit Number 5 was referenced.)

       22      Q.   (By Mr. Parker)  It talks about the prior SOFAs

       23  being "Amended to include SEC's ownership interest in

       24  THP Partners."

04:23  25           Do you see that?
```



Howard Sklar                                                    Pages 41

1      A.    Yes, I see that.

2      Q.    Were you involved in any discussions with

3  either Mr. Katchadurian or anyone else from CR3

4  regarding amending the SOFA to now including THP

04:23  5  Partners as actually being owned by SEC as opposed to

6  the Howard Sklar Trust?

7      A.    No, I was not -- I was not a part of that

8  discussion.

9      Q.    Do you disagree with that conclusion?

04:23 10     A.    As to the THP Partners, I am not -- as to that

11  investment, I'm not sure.

12     Q.    Let's go to Page 5 of that same document,

13  please, Paragraph 21.

14     A.    Yes, exactly, I see it.  Yes.

04:24 15     Q.    Okay.  This is a similar issue with regard to

16  Sklarco's ownership interest in these specific entities,

17  "1908 Brands, 9.7 Conroe Ventures, Boulders on Fern, LPT

18  Opportunity Fund I, LTP Timberquest Fund, Sanus

19  Pharmaceuticals, Trout Creek Ventures, and West Arcadia

04:24 20  Pipeline."

21             Do you see that?

22     A.    Yes, I see that.

23     Q.    Do you disagree with the conclusion that it is

24  Sklarco that holds the legal and equitable interests in

04:25 25  all of those investment companies?

Howard Sklar                                                    Pages 42

1        A.    I believe my lawyers have filed saying that we

2    don't -- we have a claim that we don't necessarily agree

3    that that is owned by the debtors.

4        Q.    Do you know why that it's your belief that

04:25 5    those interests are not owned by the debtors?

6        A.    As I stated earlier, through the -- through

7    what we have called the red sheets, all of those

8    ventures were paid for in the proration that is shown on

9    the red sheets and all of the taxes were paid and all of

04:26 10   the -- all of the investments were made on behalf of the

11   trusts in those -- in those particular ventures and that

12   Sklarco was an agent.

13              So that is our -- that is our belief.

14              MS. RILEY:   Sorry.   This is Keri Riley.

04:26 15   Would you mind if we take just a brief five-minute

16   break?

17              MR. PARKER:   Sure.

18              THE VIDEOGRAPHER:   Going off the record.

19   The time is 4:26 p.m.

04:35 20              (Recess from 4:26 p.m. until 4:35 p.m.)

21              THE VIDEOGRAPHER:   Going back on the

22   record.   The time is 4:35 p.m.

23        Q.    (By Mr. Parker)   Mr. Sklar, earlier we talked

24   about Sklarco not having any employees.   Do you recall

04:35 25   that conversation?

1    A.   Yes, I recall that conversation.

2    Q.   Did it have a business address?

3    A.   I -- I imagine that the business address would

4  be the -- the Sklar Exploration, the same address as the

04:36  5  Sklar Exploration business address.

6    Q.   Did SEC ever loan money to Sklarco?

7    A.   Not that I know of.

8    Q.   And vice versa, did Sklarco ever loan money to

9  SEC?

04:36 10    A.   Not that I know of.

11    Q.   You mentioned earlier that SEC handled the

12  Sklarco payroll.  Was that correct?

13    A.   No, I didn't -- I didn't --

14         (Crosstalk.)

04:36 15    A.   I -- excuse me.

16         No, I did not mention that --

17    Q.   Okay.

18    A.   -- SEC --

19    Q.   Well, I was curious about it because I -- you

04:37 20  know, I remember you said there were no employees, so I

21  was curious how there could be a payroll.

22         So there was no Sklarco payroll; right?

23    A.   That's correct.

24    Q.   Okay.  I want to look at Exhibit 7.  We're

04:37 25  going to look at Page 30 and 31 of that document.  Let

Howard Sklar

1   me know when you're there, sir.

2        A.   All right.  I'm here now.  Okay.  I've got

3   Page 30.

4                (Exhibit Number 7 was referenced.)

04:37  5        Q.   (By Mr. Parker)  So this is Page 30 of 31 in

6   Exhibit 7, which is Docket Number 324, and the left

7   column says "Funds into Sklarco."

8                Do you see that?

9        A.   Yes.  Yes.

04:38  10       Q.   And so this is a listing of funds that went

11  into Sklarco either from SEC or non-SEC sources from

12  May 2010 through January of 2020.

13               Do you see that?

14       A.   Yes, I see that.

04:38  15       Q.   I want to ask you first about the non-SEC

16  deposits.  And let's just take May 2019 as an example.

17               It's $544,342.12.  From what sources would

18  those funds deposited into Sklarco be generated?

19       A.   I would assume from the non-operated -- the

04:38  20  properties that Sklarco owned interest in, working

21  interests that were not operated by Sklar Exploration.

22       Q.   And then the deposits from SEC, we'll just keep

23  looking at that same month, May 2019, it says $225,000.

24               Do you see that?

04:39  25       A.   Yes.  Yes, I see that.

LEXITAS

Howard Sklar

```
      1      Q.   And those would be from what source?
      2      A.   I would assume the same answer.  I would assume
      3  the same answer.  I don't know on each accounting entry
      4  here.  But as Mr. Katchadurian stated earlier, all of
04:39 5  the income -- all of the oil and gas income from -- from
      6  SEC to Sklarco then gets put back into SEC.
      7      Q.   So the left-hand column of this page we're
      8  looking at is "Funds into Sklarco," and the right-hand
      9  column is "Transfer/Payments Out of Sklarco"; right?
04:40 10           Do you see that?
      11     A.   That's -- that is correct.
      12     Q.   And let's just look at that same month of
      13 May 2019.  We have "Payments of AP."  That's accounts
      14 payable; right?
04:40 15     A.   Yes.
      16     Q.   And then you have a transfer to the Alan Trust,
      17 transfers to the Howard Sklar/Howard Trust and transfers
      18 to the Jacob Trust?
      19           Do you see that?
04:40 20     A.   Yes, I see those three entries.
      21     Q.   Did Sklar -- I thought you mentioned that
      22 Sklarco sometimes -- well not sometimes, but Sklarco
      23 would then put money back into SEC.  Is that what you
      24 said earlier?
04:41 25     A.   As I said, yes.  Yes, I said that Sklarco --
```



Howard Sklar

1    all of Sklarco's income attributable to oil and gas went

2    to SEC.

3        Q.    So if I'm looking at transferred payments out

4    of Sklarco, why wouldn't there be a line item that says

04:41  5    transfers -- so and on some months we see, yes, the

6    transfer to SEC.  Let's look at June 2019 for -- it's on

7    the right side.

8        A.    Okay.

9        Q.    See it says, "Payments of AP," and the next

04:41 10    item is "Transfers to SEC."

11                   Do you see that?

12        A.    Yes, I see that.

13        Q.    Okay.  But let's look at July.  We don't see

14    transfers to SEC in July, do we?

04:42 15                   Sir?

16        A.    No, no.  No, we don't see any.

17        Q.    Okay.  And how about August?  Same thing,

18    nothing in August; right?

19        A.    That's correct.

04:42 20        Q.    We see transfer to the Alan Trust, we see

21    "Payments of AP," transfers to the Howard Sklar Trust

22    and transfers to Jacob Trust in August of 2019, but we

23    don't see any transfers to SEC; is that accurate?

24        A.    As it's -- as it's stated here, that's what

04:42 25    this says.



Howard Sklar

1     Q.   Well, do you have any reason to believe this is

2  inaccurate?

3     A.   I don't have a reason to believe that this is

4  inaccurate, but as I already stated and as

04:42  5  Mr. Katchadurian stated, the income from oil and gas

6  goes to the JIB and then it gets put into SEC, all of

7  the income.

8           And so I'm not sure what this -- I'm not

9  sure what this actually -- this graph pertains to as far

04:43 10  as the income for oil and gas.

11     Q.   Was SEC profitable?

12     A.   At what time would you be talking about?

13     Q.   From April 1st, 2016 through June of 2019.

14     A.   I don't believe SEC, it -- as stand-alone made

04:44 15  a profit.

16     Q.   And that answer would be the same if I took

17  June 2019 through the petition date of April 1st, right,

18  2020?

19     A.   Yeah.

04:44 20     Q.   And you say it couldn't stand alone.  Meaning

21  it relied upon funds received from Sklarco; right?

22     A.   And funds it received from all sources, from

23  JIB payments and all income.  Everything.

24     Q.   Could SEC have survived if it wasn't receiving

04:44 25  funds from Sklarco?



Howard Sklar

```
 1        A.   I'm not sure.  I'm not sure of what -- it was a
 2   separate company.
 3        Q.   But it did rely upon cash infusions from
 4   Sklarco to operate; correct?
04:45 5   A.   Yes, it relied on cash infusions from Sklarco
 6   to operate as well as working interest owners paying
 7   their JIB and paying for all the -- all the work that it
 8   did.
 9        Q.   And Sklarco also relied upon transfers of funds
04:45 10  from SEC to operate; right?
11        A.   You said Sklarco?
12        Q.   Yes.
13        A.   Yes.  Sklarco got -- Sklarco, just like every
14   working interest owner, got its -- it got income from
04:45 15  oil and gas from SEC, as did every other interest owner.
16        Q.   Right.  The money had to go back and forth to
17   allow both to operate; isn't that accurate?
18             MR. HOLMAN:  Objection to the form of the
19   question.
04:46 20             You can answer.
21        A.   As I said, they were -- both companies -- Sklar
22   Exploration is an operating company and Sklarco invested
23   in oil and gas.
24        Q.   (By Mr. Parker)  So the answer -- is the answer
04:46 25  to my question yes, that SEC and Sklarco relied upon the
```



Howard Sklar

1  transfer of funds between those two entities in order

2  for each to operate?

3          MR. HOLMAN:  Objection to the form of the

4  question.

04:46  5      A.   As stated earlier, Sklarco paid a fee to Sklar

6  Exploration for its JIB and also to pay for G&A and

7  other things that Sklar Exploration did for Sklarco.

8      Q.   (By Mr. Parker)  What would have happened to

9  Sklarco if it -- if it stopped getting money from SEC?

04:47 10     A.   Sklarco got its revenue for oil and gas income

11 from SEC, from the properties that it owned, working

12 interests.  Sklarco also got interest income from

13 properties that other operators operated.

14     Q.   From other working interest owners?

04:48 15     A.   No, no.  Sklarco also invested as a working

16 interest owner with other operators, other than Sklar

17 Exploration.

18     Q.   Earlier we talked about working interest owners

19 and JIB payments I spoke about that with

04:48 20 Mr. Katchadurian.  Do you recall that conversation?

21     A.   Yes, I recall that conversation.

22     Q.   And one of the lines of questions I had was

23 when a cash call was made to a working interest owner

24 and the funds were paid, were those funds earmarked for

04:48 25 a specific project?  Do you remember my questions



1    regarding that?

2        A.   I remember your questions regarding that, yes.

3        Q.   So I want you to explain to me the process, how

4    it worked.

04:49  5             If a cash call is going to be issued to a

6    working interest owner for a payment on a project, how

7    would that working interest owner know the funds it was

8    going to be remitting would be used for that specific

9    purpose?

04:49  10       A.   I would refer to Mr. Katchadurian's answer

11   there.

12       Q.   Well, one of his answers was that $5.8 million

13   in JIB payments was received but not used.

14            Do you agree with that?

04:49  15            MR. HOLMAN:  Objection to the form of the

16   question.

17       Q.   (By Mr. Parker)  Mr. Sklar, do you agree with

18   that?

19       A.   I agree with what he said.

04:50  20       Q.   So where did that $5.8 million go?

21       A.   My answer would be the same as his.

22       Q.   What was that?

23       A.   His answer was that there were a number of

24   projects that Sklar Exploration was -- was operating at

04:50  25   the time and that there was a lot of expense for all of



```
 1   those projects.

 2       Q.    And did you, Mr. Sklar, have any personal

 3   interest in any working interest owners?

 4                MR. HOLMAN:  Objection to the form of the

04:51 5   question.

 6       Q.    (By Mr. Parker)  Let me ask a better question.

 7                Did you ever have a concern that if a

 8   JIB -- if a cash call was made for a payment from an

 9   interest that you had personally, would you -- were you

04:51 10  concerned that that fund -- those funds wouldn't be used

 11  for the purpose for which they were intended?

 12                MR. HOLMAN:  Objection to the form of the

 13  question.

 14                You can answer if you understand it.

04:51 15     A.    I'm not sure.  I'm not sure exactly what you're

 16  asking.

 17     Q.    (By Mr. Parker)  Let me ask you this:  How

 18  would you respond to a working interest owner if they

 19  said to you, "A cash call was issued.  I sent you

04:51 20  $500,000 for a specific project.  There's now a lien on

 21  that project because the money I sent you didn't go to

 22  pay off a materialman who serviced that project"?

 23                What would your response to that be?

 24                MR. HOLMAN:  Objection to the form.

04:52 25     A.    I wouldn't --
```



1      Q.   (By Mr. Parker)  Do you understand the

2   question?

3      A.   I'm not exactly sure I understand what the

4   question is.

04:52 5      Q.   Are you aware of occasions where a cash call

6   was made, money was paid to SEC by a working interest

7   owner, but those funds were not remitted to the specific

8   project and then a lien was filed against the project

9   for work done?

04:52 10     A.   I'm not aware of that.

11     Q.   At some point in time did SEC start using JIB

12   payments to fund its operations?

13               MR. HOLMAN:   Objection to the form.

14     A.   I would repeat what Mr. Katchadurian said.

04:53 15     Q.   (By Mr. Parker)  But I'm interested in your

16   opinion.   What's your opinion of that?

17     A.   My opinion is that --

18     Q.   Let me ask the question again.  Let me ask the

19   question again.

04:53 20               At some point in time did SEC start using

21   JIB payments to fund its operations?

22               MR. HOLMAN:   Same objection.

23     A.   I would say what he said.  Cash came in and

24   bills were paid and --

04:53 25     Q.   (By Mr. Parker)  Let's look at Exhibit Number

Howard Sklar                                                    Pages 53

 1  11, please.

 2              (Exhibit Number 11 was referenced.)

 3       A.    Okay.

 4       Q.    (By Mr. Parker)  Let me know when you're there,

04:54  5  sir.

 6       A.    Okay.  11?

 7       Q.    Correct.  And not 11.1, but 11.

 8       A.    11.  Okay.

 9       Q.    So the email on the bottom is from Bobbie Gore

04:54 10  to Tristan Farel.  Do you see, that?

11       A.    Yes, I see that.

12       Q.    And the date is May 22nd, 2019.  And the

13  contents says, "$1,035,257.60.  Yikes.

14              "Also, please note that Rapad will more

04:54 15  than likely be calling any day now about the $558

16  invoice from April 1st 2019, so I will need to have

17  something to tell them in regards to that."

18              Did I read that correctly?

19       A.    Yes, I'm reading it --

04:54 20       Q.    Excellent.

21       A.    -- along with you.

22       Q.    What was the financial situation of SEC on or

23  about May 22nd, 2019?

24       A.    SEC had done -- had drilled a number of

04:55 25  projects for its working interest owners and -- and

Howard Sklar                                                    Pages 54

1   basically had at the time one or two new discoveries and

2   so SEC was paying -- paying those -- those drilling

3   bills from those discoveries at the time.

4              I'm not aware of exactly which invoice

04:55  5   this is or for which well this is, but SEC had drilled a

6   number of projects at that time and, to the best of my

7   knowledge, those projects had all been -- had good

8   results.  They had found production.

9       Q.   Are you familiar with Rapad and who that is or

04:56 10   what that is?

11      A.   Yes.  I know it is -- it's a drilling company.

12      Q.   So this -- was Rapad a vendor that provided

13  services to SEC?

14      A.   Yes.  They were a vendor.  That's true.

04:56 15      Q.   And the email on top of that from Tristan to

16  Marshall Jones says, "Please have a look.  Rapad is not

17  included in this check run.  It's going to be a right

18  month this month."

19              Do you see that?

04:57 20              "How far out can we push Rapad?"

21      A.   Yes, I see that.

22      Q.   On or about May 22nd, 2019 do you recall having

23  any concern that you couldn't pay your vendors?

24      A.   No, I don't -- I don't recall -- I don't recall

04:57 25  this.



1      Q.   So nobody came to you, for instance,

2  Mr. Farrell or Mr. Jones, in May of 2019 and said, "Hey,

3  Howard, we can't pay our vendors," or "Things are really

4  tight"?

04:57  5      A.   No.

6      Q.   Were you engaged in everyday decision-making at

7  the company at this time in May of 2019?

8      A.   Yes, I was engaged in -- in what was going on

9  in general as far as what we were drilling and the

04:58 10  drilling and completion and the overall state of what

11  the company was doing at the time.

12      Q.   But you don't recall that in May of 2019 that

13  you couldn't pay a vendor $560,000?

14      A.   No, I do not recall that.

04:58 15      Q.   What was East West Bank's lender relationship

16  with the debtors?

17      A.   East West Bank had a reserve back loan with --

18  with the debtors.

19      Q.   With both debtors; right?  SEC and Sklarco?

04:58 20      A.   That's correct.

21      Q.   I want you to look at Exhibit 12, please.

22           (Exhibit Number 12 was referenced.)

23      Q.   (By Mr. Parker)  Let me know when you're ready.

24      A.   Yes.  I'm -- I'm looking at the agreement.  I

04:59 25  haven't read it all.

LEXITAS

Howard Sklar

```
        1    Q.   I'm sorry.  Exhibit 12 should be an email.

        2    A.   Yes.

        3    Q.   Okay.

        4              (Crosstalk.)

04:59   5    A.   I'm --

        6    Q.   I thought you said -- I thought you said

        7    agreement.  I just want to make sure we're looking at

        8    the same document.

        9    A.   It's basically an email from John Strausser to

05:00  10    Mary Lou and Stuart.

       11    Q.   Right.  And the date of this email is March

       12    7th, 2020.  Do you see that?

       13    A.   Yes.

       14    Q.   And the petition date, the date of the filing

05:00  15    of bankruptcy, is April 1st, 2020; is that correct?

       16    A.   That is correct.

       17    Q.   So this email is about three weeks before the

       18    bankruptcy filing; right?

       19    A.   Yes, that's correct.

05:00  20    Q.   And you were copied on this email?  Do you see

       21    your name there on the cc line?

       22    A.   Yes.

       23    Q.   And do you --

       24              (Crosstalk.)

05:00  25    Q.   Do you recall that Sklarco and SEC were unable
```

1   to reach an agreement with East West Bank and ultimately

2   that was one of the factors that led to the bankruptcy

3   filing?  Is that accurate?

4        A.   Yeah.  I would say that is accurate.  Yes.

05:01  5        Q.   Were there other factors that led Sklarco and

6   SEC to determine they should file bankruptcy?

7        A.   Yes.  There were a number of other factors.

8        Q.   And what were they?

9        A.   East West Bank had the right to sweep the

05:01 10   hedges that Sklar Exploration had and pay down the loan

11   and we were worried if they -- since that was our

12   insurance, then that was -- that had over half of our

13   oil properties hedged at $50.  So had they hedged that,

14   that would have been -- that was, if you will, our

05:01 15   lifeline.

16             And so we were worried if they swept, we

17   were in -- we were in communication with them about

18   perhaps splitting the hedges, but we never came to an

19   agreement, and they had the right to sweep the hedges.

05:02 20   So we were worried that if they swept the hedges, that

21   would be -- that would be devastating to our cash flow.

22        Q.   Who at SEC and Sklarco were involved in the

23   decision-making process to file bankruptcy?

24        A.   That would have been Marshall Jones and John

05:02 25   Strausser and Steven Hatcher and myself as well as our



Howard Sklar

1   counsel as well as our corporate counsel when we had --

2   who was working with us before we engaged bankruptcy

3   counsel.

4        Q.   And I think you mentioned this earlier but I

05:03  5   wanted clarification on it.

6             Mr. Jones, he's currently a vice president

7   and COO; is that correct?

8        A.   That is correct.

9        Q.   Okay.  And he had an important -- an important

05:03 10  role in managing and decision-making at SEC; right?  And

11  still does?

12       A.   Mr. Hatcher or Mr. Jones?

13       Q.   Jones, Jones.

14       A.   Yeah.  Oh, no.  Mister -- yes, Mr. Jones, yes.

05:04 15  He had an important role and he still does.  That's

16  correct.

17       Q.   Did you personally guarantee any of either

18  SEC's or Sklarco's indebtedness?

19       A.   No, I do not have a personal guarantee.

05:04 20       Q.   Did any of the trusts -- and when I say "the

21  trusts," I mean the trusts we talked about earlier, the

22  Alan Trust, the Jacob Trust and your trust -- did any of

23  those trusts provide loans to either SEC or Sklarco?

24       A.   You mean other than the DIP loan?

05:04 25       Q.   Yes.  Thank you.  Other than the DIP loan,



Howard Sklar

```
  1  correct.  Yes.
  2      A.  Other than the DIP loan.  I'm not positive.
  3      Q.  So you don't -- you don't know?  That's your
  4  answer?
05:05  5      A.  Yeah.  I don't know exactly.  I mean, there
  6  may -- as I said, they're -- I don't know as far as the
  7  other trusts.  I know the DIP loan from the three
  8  trusts.
  9      Q.  So you know the DIP loan, but you don't know if
05:05 10  there -- there may be others, you're just not sure as
 11  you sit here today?
 12      A.  I don't believe there were any actual loans
 13  memorialized.
 14      Q.  Did you personally loan any money to either SEC
05:05 15  or Sklarco?
 16      A.  No, I did not personally loan money to SEC or
 17  Sklarco.
 18      Q.  Did SEC or Sklarco ever loan money to any of
 19  the three trusts, the Howard Sklar Trust, the Jacob
05:06 20  Sklar Trust or the Alan Sklar Trust?
 21      A.  No.  There are no loans that I know of.
 22      Q.  Mr. Sklar, when you got your salary, was it
 23  provided to you by SEC or Sklarco?
 24      A.  When I got a salary, that was provided to me
05:06 25  from SEC.
```



Howard Sklar                                                    Pages 60

1      Q.   Does SEC have a compensation committee to set

2  salaries?

3      A.   We do not have a committee.

4      Q.   Do you have any organized structure by which

05:07  5  compensation for executives is set?

6      A.   Each -- each individual department head, in

7  consultation with the CFO and the COO, they basically

8  decide on all of the people under their -- under their

9  administration what those salaries should be.

05:07  10      Q.   And you said -- I think you said that the CFO

11  in conjunction with the department heads; right?

12      A.   The CFO and the COO, yes.

13      Q.   And --

14      A.   -- in conjunction with --

05:07  15      Q.   -- how about you?  When you were acting as CEO

16  of the company did you have a role in setting executive

17  salaries?

18      A.   Well, yes, I had a -- we all discussed the

19  executive salaries.  Yeah, we discussed them on an

05:08  20  individual basis.

21      Q.   What was approximately your annual salary in

22  2016?

23      A.   In 2016 and in 2017, I had no salary because

24  it's a single member LLC.  In fact, in '16 -- in '16,

05:08  25  I -- I basically sold stocks, and in '15.  And so I

LEXITAS

Howard Sklar                                                                           Pages 61

1    think I didn't have any net distributions at all in '15

2    and '16.  So I had net contributions in '15 and '16, so

3    I had no salary.

4        Q.   Were you compensated at all by either SEC or

05:09  5    Sklarco in 2015 or 2016 in any -- in any way?

6        A.   I had distributions.  Yes, there were

7    distributions in -- in '16 and '17.  But there was no --

8    there was no salary component.

9        Q.   And those distributions in 2016 and 2017, did

05:09 10   they go to your trust or to you personally?

11       A.   I'm not exactly sure as to which ones went to

12   the trust and then ultimately to me personally, but

13   distributions were made to the trust and obviously I

14   paid personal expenses.

05:10 15       Q.   In both those years, distributions were made to

16   the trusts.  Is that your testimony?  2016 and 2017.

17       A.   Yes.  There was -- there were distributions.

18   But as I said, there was no net distribution because I

19   sold stocks, sold the airplane, sold other assets, such

05:10 20   that the amount I contributed was larger than the amount

21   that was -- was distributed.  So there were no net

22   distributions.

23       Q.   How about amounts distributed to either the

24   Jacob Sklar Trust or the Alan Sklar Trust, did those two

05:11 25   trusts receive distributions in 2016 and 2017?

LEXITAS

1    A.   I'm -- I'm not sure exactly.

2    Q.   How about 2018?  Did those two trusts receive

3  distributions?

4    A.   Yes, those -- well, those trusts in '18, I

05:11  5  believe, they -- when there was a net -- when -- after

6  they paid overhead, if there was any net income from oil

7  and gas, then they would -- then their trusts would --

8  would get a distribution.  And, likewise, if there was

9  had a loss, their trusts would put money back in.

05:12 10    Q.   You mentioned in 2016 and 2017 you took no

11  salary.  Did that change at some point and you started

12  receiving a salary?

13    A.   There was a salary component and a distribution

14  component that began in 2018.

05:12 15    Q.   What was your annual salary in 2018?

16    A.   My salary in '18 was 500.

17    Q.   And was it paid -- amortized monthly?

18    A.   That was -- yes, that was -- in '18, that

19  was -- monthly was my salary, was 40 --

05:12 20            (Crosstalk.)

21    Q.   So -- I'm sorry.

22            Just so we're clear, what was your monthly

23  salary in 2018?

24    A.   My salary was -- I believe it was 41.  I don't

05:13 25  remember the exact number, but it was 500,000 divided by



```
 1   12.

 2        Q.    Okay.  12?

 3        A.    Yes.

 4        Q.    And what about in 2019?

05:13  5        A.    In 2019, in the beginning of the year, it was

 6   130.

 7        Q.    A month?

 8        A.    Yes, sir.

 9        Q.    And when did that change in 2019?

05:13 10        A.    Well, when we -- we sent the financials in the

11   -- for the third quarter -- when the third quarter

12   financials -- after the third quarter financials were

13   sent to the bank, we recast my salary as half million

14   and the rest as distributions.  So that was done after

05:14 15   we did the third quarter financials.

16        Q.    So after Q3 --

17                 (Crosstalk.)

18        A.    It --

19        Q.    (By Mr. Parker)  After Q3 financials were

05:14 20   issued in 2019, what did your monthly salary become?

21        A.    It went back to -- when it was recast, it went

22   back to the 42 --

23        Q.    42,000 a month?

24        A.    Dollars -- yeah.  Plus -- plus the rest was

05:14 25   distributions.
```

LEXITAS

1    Q.   Right.  And how about the beginning part of

2   2020 before bankruptcy was filed, what was your salary?

3    A.   At the beginning of 2020, there was a -- there

4   was a one-time bonus from 2019 that was sent on the 3rd,

05:15  5   actually, so it was from 2019 but it was sent on I

6   believe the 3rd or the 4th.

7    Q.   Of January?

8    A.   Of January.

9    Q.   And what was that bonus amount?

05:15 10    A.   It was 125.

11    Q.   And what was your monthly salary in the first

12   quarter of 2020?

13    A.   I didn't have any salary in the first quarter

14   of 2020, so there was no salary and no distributions

05:15 15   from Sklar Exploration or Sklarco.

16    Q.   Let's look at Exhibit 3, please.  And I'm

17   looking at Page 11.

18    A.   Okay.

19    Q.   And let me know when you're there.

05:16 20    A.   Okay.  Okay.  I'm on Page 11, yes, sir.

21    Q.   Excellent.  Looking at Item 30 it says,

22   "Payments, distributions or withdrawals credited or

23   given to insiders."

24         Do you see that?

05:16 25    A.   Yes, I see that.

Howard Sklar

```
        1        Q.   And underneath that bold heading it then says

        2   "Within 1 year before filing this case did the debtor

        3   provided an insider with value in any form, including

        4   salary," et cetera.

05:17   5                 Do you see that?

        6        A.   Yes, I see that.

        7        Q.   And I want to look at 30.1, which is your name,

        8   Howard F. Sklar.  Do you see that?

        9        A.   That's correct.

05:17  10        Q.   All right.  It shows distributions to you

       11   within one year of petition date of -- let's just say

       12   $357,000; right?

       13                 And then if we go to Page 15 of the same

       14   document on the top of the page --

05:17  15                 And let me know when you're there.

       16        A.   Okay.  I'm there.

       17        Q.   -- we see "Howard F. Sklar Personal" and

       18   "Howard Sklar."  There's four rows from 6-20-2019

       19   through 7-24 of 2019.  Do you see that?

05:18  20        A.   Yes, I see that.

       21        Q.   And on 6-20 you received a distribution or a

       22   salary of $130,000; on 7-05 you got one for $30,000;

       23   7-24, $67,654; and on the same date, 7-24, you got one

       24   for $130,000.

05:18  25                 Do you see that?
```

1      A.   Yes, I see those.

2      Q.   Okay.  These were all paid within 30 days of

3  each other.  Do you see that?

4      A.   Yes, I see that.

05:18  5      Q.   Why?  Why did you receive salary and/or

6  distributions of $357,654 in June and July of 2019?

7      A.   I believe that the 6-20 was -- I believe that

8  the 6-20 and 7-24 were the 130 salary that I just

9  mentioned to you.

05:19 10      Q.   Okay.

11      A.   I believe that the -- I believe -- I'm not

12  positive, but I believe what they -- the SOFA was

13  amended and actually that 67,000 was a reimbursement

14  to -- to me for -- for the company's part of the --

05:19 15  originally, there was a jet card with -- with Flexjet

16  before the lease.  So that was a reimbursement, that 67.

17  I had personally paid for the jet card, and so that was

18  the company reimbursing me for the jet card.

19           And I believe the 30 was a distribution

05:20 20  that they simply -- it was a distribution that was made

21  for me.

22      Q.   For what purpose?  Why would you received a

23  $30,000 distribution?

24      A.   As I said there were -- from time to time there

05:20 25  were distributions and from time to time it was salary.



Howard Sklar                                                                          Pages 67

1    Q.   Who determines your compensation, Mr. Sklar?

2    A.   Well, in consultation with the CFO and other

3    management we -- as I said, we -- we came to that

4    conclusion of how much would be salary and how much

05:21  5    would be distribution out of the -- out of the company,

6    out of Sklarco.

7    Q.   Did you -- did Sklarco or SEC ever meet with

8    any consultants to determine if the metrics it was using

9    to set executive compensation was in line with similarly

05:21  10    situated companies?

11    A.   I'm not positive.  I'm not sure.

12    Q.   You were never present at any such meetings,

13    were you?

14    A.   I was not present at these meetings, no.

05:21  15    Q.   Did those meetings ever occur?  Did SEC and/or

16    Sklarco ever consult with anyone to determine whether or

17    not it was compensating its executives in line with

18    similar companies?

19    A.   Yes, I -- I recall that they did look into how

05:22  20    much the different executives should be -- would be a

21    fair compensation.

22    Q.   Who is --

23    A.   I recall them saying that to me.

24    Q.   Who is they?  You said "they" looked into it.

05:22  25    Who is "they"?



Howard Sklar                                                                      Pages 68

```
 1        A.    It would be the -- the CFO or the COO or the --
 2   the CFO, the COO, or at the time Mr. Hatcher who was --
 3   who was our inhouse counsel and VP of land.  So all of
 4   the above.
```

05:22  5        Q.    Do you know with whom they met?

```
 6        A.    No, I do not.
 7        Q.    Do you recall ever reading a -- any written
 8   work product delivered by this company that discussed
 9   the amount of executive compensation that was
```

05:23 10   appropriate?

```
11        A.    I do not recall reading that.
12        Q.    Do you recall seeing it?
13        A.    I don't recall seeing it.  I just recall them
14   reporting to me.
```

05:23 15        Q.    When?  Do you recall when that -- when they

```
16   reported that to you?
17        A.    This was somewhere around when they -- well,
18   the most recent time was I know Mr. Strausser had
19   discussed what would be a salary component that would --
```

05:24 20   that would be the gap, that would be the gap salary that

```
21   would be -- and that's why we recast it at 40,000
22   because that was what he felt in talking to our auditors
23   at Plante Moran.
24             They thought as far as my actual salary
```

05:24 25   component that the 40 was equivalent for -- was



Howard Sklar

1  reasonable for a company our size.

2      Q.   So let's go back and look at Page 11 of Tab 3.

3  You might still have it open in front of you.  I'm

4  sorry.  Page 11 on Exhibit 3.

05:24  5      A.   Okay.  I'll be on -- making sure I'm on the

6  right exhibit.  Is this the same document we were

7  looking at before?

8      Q.   It is, sir.  It's Exhibit 3.  It's Docket 166-2

9  I'm looking at Page 11 of it.

05:25 10      A.   Okay.

11      Q.   It's the one we looked at earlier that shows

12  the moneys distributed to insiders within one year of

13  the petition date.

14      A.   Yes.

05:25 15      Q.   I want to look at 30.2 which is the Howard F.

16  Sklar Trust.  Do you see that?

17      A.   Yes, I see that.

18      Q.   It shows a distribution of $1.6 million and

19  change.  Do you see that?

05:25 20      A.   Yes, I see that.

21      Q.   Then let's flip back to Page 15 of the same

22  document.  And it shows the dates on which distributions

23  were made and the total of those distributions.

24              Are you on Page 15?  Okay.

05:25 25      A.   Yes.



Howard Sklar

Pages 70

1      Q.    So from April 1st, 2019 through January 3rd,

2    2020, distributions of $1.6 million were put into your

3    trust from Sklarco; is that accurate?

4      A.    That's accurate.

05:26  5      Q.    What was the methodology followed by Sklarco to

6    determine the amount of distributions into your trust?

7      A.    Well, the -- the methodology is, as

8    Mr. Katchadurian already stated, was that all of my

9    income from oil and gas went into this company and so

05:26 10    based on the income, the Sklarco income, and the

11    earnings, the Sklarco earnings, this was the -- this was

12    the amount out of those earnings that was taken out.

13      Q.    Was there a formula that was applied to

14    determine the amount of distributions?

05:27 15      A.    I don't think there was an exact formula.

16      Q.    Who made the determination at Sklarco or SEC

17    regarding how much was going to be distributed into your

18    trust on any given date of a transfer?

19      A.    Well, that was -- that was Mr. Farel while he

05:27 20    was here for that year.

21      Q.    Tristan Farel or Chris Farrell?

22      A.    Tristan Farel.

23      Q.    So you're saying Mr. Farel figured out how much

24    of a distribution Sklarco would make into your trust?

05:28 25      A.    Well, yeah.  He would discuss with me, yeah,



```
 1  what -- what he thought I could afford to take out.
 2      Q.   And you would tell him how much you could
 3  afford to take out and that's what would happen; right?
 4              MR. HOLMAN:  Objection to the form of the
 5  question.
 6      A.   No.
 7      Q.   (By Mr. Parker)  Yes or no, Mr. Sklar?  I'd
 8  like to know how -- how was it determined by Mr. Farrell
 9  for instance on May 1st, 2019 that Sklarco would
10  transfer $225,000 into your trust account and then on --
11  23 days later on that same month Mr. Farrell determined
12  that he would transfer another $130,000 into your trust
13  account from Sklarco.  How did that happen?
14      A.   As I already stated, the 130 was at the time
15  the salary and in distributions based on what he thought
16  I could afford to take out.
17      Q.   So let's go back and look at Page 11 of that
18  same document, please.
19      A.   (Reviewing document.)
20      Q.   And I'm looking at Item 30.3, the Alan Sklar
21  Grantor Trust.  Let me know when you're there, sir.
22      A.   Okay.
23      Q.   It says $339,278.75.  Do you see that?
24      A.   I see that number, yes.
25      Q.   And who would determine how much of a
```

Line timestamps: 05:28 5, 05:28 10, 05:29 15, 05:29 20, 05:30 25



Howard Sklar

1  distribution the Alan Sklar Grantor Trust should

2  receive?

3      A.   I believe there was -- I believe there was an

4  amended SOFA where -- went into the details that were --

05:30  5  that were amended on this particular document.

6           So I believe that there was a description

7  for each one of the Alan -- the distributions from

8  Sklarco to Alan Trust.  I believe that document was

9  amended and it was -- on that document it stated exactly

05:31 10  what each one of those distributions were and also any

11  contributions.

12      Q.   Did it also explain the methodology for

13  quantifying the amount of the distribution?

14      A.   The distribution was made up of income from

05:31 15  outside investments such as the Boulders on Fern and it

16  was also made up of the -- in the case of Alan and

17  Jacob, it was any oil and gas revenue, net revenue, that

18  they had above and beyond the fees that they paid to

19  Sklarex.  So if there was a month where they -- their

05:32 20  oil and gas made more income than their expense on their

21  JIB and their overhead charge, then their checks -- the

22  trusts would get a check.

23           If it was a month -- I'm not sure how

24  many, but if it was a month where their -- their income

05:32 25  from oil and gas was less than -- less than the total



Howard Sklar

1    amount of their -- their overhead fee and their -- and

2    their JIB, then they wrote a check back to -- so they

3    wrote a check back to Sklarco, so it was --

4                    (Crosstalk.)

05:32  5        Q.    And who --

6                    I'm sorry, sir, I interrupted you.

7    Finish -- finish your answer.

8        A.    No.   I was -- what I was saying is that I think

9    there's a detailed accounting of exactly what made up

05:32 10    each one of those distributions and there's also

11    contributions that they made also back into the company,

12    as I said, when there was a month where their overhead

13    and their income was less than their JIB.

14        Q.    Who did the math to determine whether or not

05:33 15    the distribution would be made or a contribution was

16    due?

17        A.    That was done on their monthly JIB.   So on

18    their monthly joint operation -- joint operating

19    account.

05:33 20                    So when they ran the Sklarco JIB, as to

21    the oil and gas part, that was right off of their JIB;

22    and as to the non-oil and gas part, that was just

23    their -- their pro rata amount of the distribution

24    via -- it came from -- in the most case for them, I

05:34 25    think it was mostly Boulders on Fern, but also the --

Howard Sklar

1    they had income from the opportunity from these timber

2    funds that they had invested in.

3         Q.   So was there any protocol that existed at

4    Sklarco to authorize the distribution of funds to either

05:34  5    your trust or the Jacob Trust or the Alan Trust, or did

6    it just happen mathematically every month?

7         A.   No.   The protocol as I -- as I just stated, the

8    protocol was if they got distributions from investments

9    that they had made, then that would be -- that would get

05:35 10   distributed out to their trust if they -- and also in

11   the case of the oil and gas, if they had -- as I said,

12   each month that they had net income, they would get a

13   distribution.   And if they had net loss, they would --

14   they would contribute back into Sklarco for Jake and

05:35 15   Alan.

16        Q.   Let's take a look at Exhibit 13, please, sir.

17             (Exhibit Number 13 was referenced.)

18        Q.   (By Mr. Parker)   And there's a 13 and 13.1, but

19   I want to look at 13 right now.

05:35 20        A.   Okay.

21        Q.   Let me know when it's open.

22        A.   Okay.

23        Q.   And so it's an email that you forwarded to

24   Marshall Jones on May 5th, 2020, but the original email

05:35 25   was from July 27th, 2012, and it says "Subject:

LEXITAS

Howard Sklar

1    Playsheet."

2                   Do you see that?

3        A.   I see "Subject:  Playsheet."  Yes, I see that.

4        Q.   Okay.  Now open up 13.1, please, which was the

05:36  5    attachment to Exhibit 13.

6                   (Exhibit Number 13.1 was referenced.)

7        A.   Sorry.  It's not -- I'm waiting for that

8    particular document to come up.

9        Q.   (By Mr. Parker)  Okay.

05:36 10        A.   I have -- I'm sorry.  I have 12.4 -- or 12.3,

11   12.4, and then it goes to 14.  So for some reason my --

12   I'm waiting for that to populate.

13                   Okay.  13 or -- which one?

14        Q.   13.1.  13.1.

05:36 15        A.   Yes, I see it.

16        Q.   Okay.  This is a document I showed

17   Mr. Katchadurian earlier and it's entitled "Howard's

18   Friday Report, July 27, 2012."

19                   Do you see that?

05:36 20        A.   Yes, I see that.

21        Q.   Do you recall seeing a report like this

22   previously?

23        A.   Meaning?

24        Q.   Did you have any role in creating these

05:37 25   reports, I assume on behalf of either Sklarco or SEC?

Howard Sklar

1      A.    No.   I received this accounting -- the

2  accounting department basically provided this report to

3  me to --

4      Q.    Would you receive it every Friday?

05:37  5            MR. HOLMAN:  Let's let him finish the

6  answer, please.

7            MR. PARKER:  Oh, I'm sorry.  I thought

8  he -- I thought he was done.

9      A.    Excuse me?  So --

05:37 10            This was a report that was done.  It

11  wasn't always Friday, but it was done most weeks, yes.

12  The S --

13      Q.    And --

14            (Crosstalk.)

05:38 15      A.    -- NCS report.

16      Q.    (By Mr. Parker)  And what is this showing us?

17  Why would you receive this report from accounting most

18  weeks?

19      A.    Which part are you referring to?

05:38 20      Q.    Let's look on the --

21            (Crosstalk.)

22      Q.    -- let's -- on the right column, "Howard Sklar

23  ... Personal."  It says "Expenses."

24            Do you see that?

05:38 25      A.    Yes, I see that.

1    Q.   So my first question --

2              (Crosstalk.)

3    Q.   (By Mr. Parker)  My first question for you,

4  sir, is:  Is this like a rolling annualized number?  Is

05:38  5  this a monthly number?  Describe for me what I'm looking

6  at what I look at the "Howard F. Sklar Personal" chart

7  on the right-hand side of this page.

8    A.   I believe that was a report on how much money

9  I'm -- I had actually personally been spending.  That

05:39 10  was my personal -- that was just -- this Friday report

11  did not go to everyone.

12              The personal part only went to me just as

13  a service to me to let me know basically what I was

14  spending my personal money on.

05:39 15    Q.   And at the bottom says "Total Expenses,"

16  $790,041.  Does that mean that's the total amount that

17  you have spent through July 27, 2012 for that calendar

18  year?

19    A.   I'm not -- I'm not positive if that was the

05:40 20  calendar year or if that was a rolling year because --

21    Q.   Well, the reason I ask is because, I mean, some

22  of these expenses I understand.  Some of them are very

23  large, like your dog expenses of almost $50,000.  I know

24  you couldn't have spent that much money in one month,

05:40 25  but I am curious how long it took for you to accrue that

Howard Sklar                                                        Pages 78

1    amount of money in expenses for your dog, if that is, in

2    fact, dog.

3                  Is that actually for a dog or is it an

4    acronym for something?

05:40  5      A.   No.  It's -- I had show dogs at the time.

6      Q.   Okay.

7      A.   So I had a number of show -- in other words,

8    it's like -- for lack of a better word, it's -- it's

9    like people who have racehorses or other hobbies.  So I

05:40 10   had a trainer that actually -- that had a motor home and

11   she would show these dogs, basically, and breed the dogs

12   and show them all over the country.

13     Q.   But as you sit here today, is it your

14   understanding that that amount of money, that $49,899 is

05:41 15   reflective of your personal expenses for that specific

16   line item from January 1, 2012 through July 27, 2012, or

17   not?

18     A.   I'm not sure if that was from January 1 or from

19   the year before.  I'm not -- and I'm not sure if that

05:41 20   includes a payment for the motor -- I'm sure it includes

21   payments for the motor home and -- so, as I said, I

22   don't know exactly.

23     Q.   And are these moneys that SEC or Sklarco were

24   expending on your behalf and then you would pay it back?

05:41 25   Is that how that works?



```
 1        A.   No.  Absolutely not.

 2        Q.   Okay.  So explain -- how -- explain to me how

 3   it did work then.

 4        A.    No.  I would -- from my personal account, from

 5   my trust account, I would get -- receive distributions

 6   and out of my personal, be it stock account or my

 7   personal checking account, this is just simply a general

 8   accounting of what I was spending my personal income --

 9   no.  These were all personal expenses from my

10   personal -- from my own personal income.

11        Q.   Okay.  In the lower right-hand corner of that

12   document, there's another chart that says "Intercompany

13   Due (to)/From SKC."

14             Do you see that?

15        A.   Yes, I see that.

16        Q.   And then we see "ALA," "HOW," "SMMS" and "SAM."

17   ALA, is that the Alan Sklar Trust?

18        A.   Yes.

19        Q.   And "HOW," is that the Howard Sklar Trust?

20        A.   Yes, that's correct.

21        Q.   What is "SMMS"?

22        A.   That's the Succession of Miriam Mandel Sklar.

23        Q.   And "SAM" is the Jacob/Sam Sklar Trust?

24        A.   Yes.

25        Q.   And what are these numbers showing us here?
```



1    For instance, next to the Howard Sklar Trust line item

2    it says, in the parenthetical, 20,284,359.84.  What is

3    that showing us?

4         A.   I am not exactly sure how those numbers were

05:44  5    calculated or exactly their specific significance.

6    Those four numbers.

7         Q.   At some point in time, did these types of

8    reports stop being created on a near weekly basis?

9         A.   I -- I believe these were done through

05:44 10    February, to the best of my knowledge, some form of

11    this -- this report, dashboard report.

12         Q.   Through February of 2020?

13         A.   Yes.

14         Q.   Let's look at Exhibit 14, please.

05:45 15              (Exhibit Number 14 was referenced.)

16         Q.   (By Mr. Parker)  Again, not 14.1, but 14.  It's

17    an email.  Let me know when you've got it open.

18         A.   This is from -- yes, I have it open.

19         Q.   Okay.  So I'm looking at the email in the

05:45 20    middle.  You'll see it's from you to Marshall Jones,

21    John Strausser, Geoff Nenninger, do you see that, dated

22    April 25th, 2020?

23         A.   Yes.

24         Q.   Sorry.  Let -- okay.  What you're doing, it

05:45 25    appears, is forwarding an email back from February 14th,



Howard Sklar

```
 1   2014.  Do you see that?
 2       A.   Yes, I see that.
 3       Q.   Okay.  You say, "Hi John and Marshall, just a
 4   heads-up to show us our play sheet from early in 2014.
05:46  5   You might note that we 'fully funded' our revenue
 6   account by borrowing $14 million from our rbl to invest
 7   in stocks."
 8              Do you recall sending this email on or
 9   about April 25th of 2020?
05:46 10      A.   I don't recall it exactly -- exactly what I was
11   saying, but it seems --
12       Q.   Well, do you -- do you know what you mean when
13   you say, "You might note that we 'fully funded' our
14   revenue account by borrowing $14 million from our rbl to
05:46 15   invest in stocks"?
16              Do you know what you meant when you said
17   that -- when you wrote that?
18       A.   I think what I meant was that -- that we had --
19   at the time we had so much room on our -- on our line
05:47 20   based on the value of our reserves at the time that
21   they -- that they thought we should -- basically have
22   SEC have a stock account.
23       Q.   So when you say, "You might note that we 'fully
24   funded,'" who is the "we"?
05:47 25      A.   That would be Sklar Exploration.
```



Howard Sklar

1    Q.    Then you did say, "Also note we even borrowed

2  money to fund the suspense part of the revenue account."

3          What does that mean?  What is the

4  "suspense part of the revenue account"?

05:47  5    A.    I believe that's the long-term suspense, which

6  means that may or may not ever be payable.  A certain

7  part gets escheated to the state.

8    Q.    And the very end of it says, "WTF idiots."

9          Who are the "idiots" to which you're

05:48 10  referring?

11    A.    I think I was referring to all of us.

12    Q.    Who are the -- who is the "us"?  Are -- am I

13  included in that?

14    A.    I don't know.

05:48 15    Q.    So who's the "us"?  What does that mean?

16    A.    I would say all of us that were management at

17  the time.  We --

18    Q.    Management of SEC?

19    A.    Management of SEC, yes.  Yeah.  This was SEC's

05:48 20  revenue account.

21    Q.    So why?  Why do you think you guys were all

22  being idiots as management of SEC?

23    A.    Well, I guess I just meant that we were being

24  kind of ultraconservative to fully fund those accounts

05:49 25  and to, in fact, have a stock account -- a stock account



Howard Sklar

1   that basically even funded -- even funded revenue that

2   we didn't even know who it was payable to, if anybody,

3   even ourselves.

4       Q.   Mr. Sklar, you just froze on the screen.

05:49  5       A.   I know, I'm sorry.  You did, too.

6       Q.   Oh, okay.  It must be on your end because

7   we're -- we're looking fine on mine.

8       A.   Okay.  Mine just froze for you.

9               MR. HOLMAN:  Maybe this is a good time for

05:50 10   a break and then we can dial back in?

11              MR. PARKER:  Yeah.  Why don't we take five

12   minutes.  That sounds great.

13              THE VIDEOGRAPHER:  Going off the record,

14   the time is 5:50 p.m.

06:08 15              (Recess from 5:50 until 6:09.)

16              THE VIDEOGRAPHER:  Going back on the

17   record.  The time is 6:09 p.m.

18       Q.   (By Mr. Parker)  Mr. Sklar, I'd like you to

19   turn to Exhibit 15, please.

06:09 20              (Exhibit Number 15 was referenced.)

21       A.   Okay.

22       Q.   (By Mr. Parker)  I'm sorry.  It's 15.9.  And

23   let me explain something to you real quick.  15 had to

24   be split into these different -- different sub exhibits

06:09 25   because they're your bank records and they were produced



1  to us in a secured format so we couldn't combine the

2  .pdfs so there's going to be a bunch of different --

3  different documents to look at.

4            And, unfortunately, during the .pdf'ing

06:09 5  process they got out of chronological order, so I'll

6  walk you through all this to make sure we've got the

7  right document.  The first document to look at is 15.9?

8     A.   Okay.  15.9?

9     Q.   Yes, sir.

06:09 10    A.   Okay.

11    Q.   And so this is a statement from your personal

12  bank account at Chase.  Do you see that?

13    A.   Yes.  This is my personal account.  Yes.

14  Exactly.  January '02 -- January '20, yes.

06:10 15    Q.   And just as an aside, obviously I'll work with

16  your counsel to make sure these are -- to the extent

17  they're going to be exhibits, that they are redacted,

18  protected, however we need to make sure your personal

19  banking information doesn't wind up in somebody else's

06:10 20  hands so we'll talk about how to do that.

21            I want to look at Page 2 of 4 of

22  Exhibit 15.9.

23            (Exhibit Number 15.9 was referenced.)

24    Q.   (By Mr. Parker)  And there's two deposits and

06:10 25  additions there.  Do you see that?

Howard Sklar

```
       1        A.   Yes, I see there's two deposits.
       2        Q.   One on 12-31 in the amount of $25,000 and then
       3   one on January 6 in the amount of $125,000.  Do you see
       4   that?
06:10  5        A.   Yes, I see that.  Yes, sir.
       6        Q.   Okay.  They -- and they both appear to be going
       7   into your -- it says Howard Trust Boulder.  Do you see
       8   that?
       9        A.   Yes, I see that.
06:11 10        Q.   So do you have -- is this -- this account that
      11   we're looking at, is it both your personal account and
      12   your trust account, or is this just your personal
      13   account and not your trust account?
      14        A.   No.  This -- this came out of my trust account
06:11 15   and was put into my personal account.
      16        Q.   Okay.  The $25,000 item, was that part of your
      17   salary for December 31st of 2019?
      18        A.   No.  I believe that was a distribution.
      19        Q.   Okay.  And how about the 125 number?
06:11 20        A.   The 125 is the number we just discussed.  That
      21   was the -- that was the distribution for a -- a bonus
      22   from 2019.
      23        Q.   Okay.
      24        A.   That was the number we had -- we just went
06:12 25   over.
```



Howard Sklar

```
          1      Q.    Okay.  Let's go to Exhibit 15.7, please.

          2             (Exhibit Number 15.7 was referenced.)

          3      A.    Okay.  Let me go back.

          4      Q.    (By Mr. Parker)  Sure.

06:12     5      A.    15.7.  Yes.  Okay.  This would have --

          6      Q.    And I want to look at Page -- it's -- I want to

          7  look at Page 2.

          8      A.    Okay.  Page 2?

          9      Q.    Yeah.  And this shows another $125,000 deposit

06:12    10  on February 19th.  Do you see that?

         11      A.    Yes, I see the -- I see the 125 on --

         12      Q.    Was this also a bonus distribution, or what was

         13  the source of this funds -- of these funds?

         14      A.    I think these -- these two -- these two --

06:13    15  these two entries, 2-19 and 2-27.  So the 125, I believe

         16  that was money that went out of my Schwab -- my trust

         17  Schwab account.

         18             In other words, I had a -- Schwab had an

         19  account and so that would be my -- my own trust.  In

06:13    20  other words, that has -- that's not part of the -- part

         21  of the debtors'.  That was my own personal Schwab trust

         22  account.  So --

         23      Q.    Okay.

         24      A.    -- that was money from Schwab to me.

06:13    25      Q.    And what about the February 27th line item, the
```

LEXITAS

Howard Sklar

```
 1  267,296 number?

 2      A.   What that is, is there's a -- I think I

 3  mentioned that there's some property that -- that the

 4  family owns in Louisiana and my trust owns a percentage

 5  of that -- that real estate.  And so this was a -- this

 6  was a distribution for the sale of some property in

 7  what's known as the CSP Trust, which is not part of

 8  Sklarco or Sklar Exploration.  It's just a sale of a

 9  piece of property that my trust owned part of.

10      Q.   So please flip now to Exhibit 21.

11           (Exhibit Number 21 was referenced.)

12      A.   Sorry.  My iPad is kind of slow in --

13      Q.   (By Mr. Parker)  Sure.  That's okay.

14      A.   Yes, I see this.

15      Q.   All right.  So this is dated March 5th, 2020.

16  It's an email from John Strausser to Marshall Jones and

17  Geoff Nenninger.  And it says, "CSP money backup."

18           Do you see that?

19      A.   Yes, I see that.  Yes --

20           (Crosstalk.)

21      Q.   So this is an email regarding what you just

22  discussed; right?

23      A.   Yes.  Yes.

24      Q.   My question for you is this:  John Strausser is

25  asking, "Please send me particulars (emails, deposits
```

06:14 5
06:14 10
06:15 15
06:15 20
06:15 25

LEXITAS

```
 1   ... et cetera) on the approximately $250,000 from the

 2   recent CSP sale that got sent directly to Howard's Chase

 3   account."

 4              This had nothing to do with Sklar

 5   Exploration, did it?

 6        A.   No, no.  It had --

 7        Q.   So --

 8        A.   -- nothing to do with Sklarco or Sklar

 9   Exploration.

10        Q.   So why is John Strausser asking for particulars

11   about this if it has nothing to do with the debtors?

12        A.   Because, as I mentioned before and as -- as

13   James also mentioned, that John Strausser, as far as

14   helping the -- the tax accounting firm, the Plante

15   Moran, on doing my personal books and my personal

16   statement, I have income from sources that are both

17   inside and outside of the debtors, so obviously he has

18   to send all that data to the accounting firm so they can

19   keep track of it.

20        Q.   Okay.  We're going to go back to the exhibits

21   in 15 now.  And I want to look at 15.1, please.

22        A.   Okay.

23              (Exhibit Number 15.1 was referenced.)

24        Q.   (By Mr. Parker)  And let me know when you're

25   there.
```

06:15 5
06:16 10
06:16 15
06:16 20
06:17 25

LEXITAS

Howard Sklar

```
        1      A.   Okay.  I'm -- 15.1?

        2      Q.   Yes, sir.

        3      A.   Yes.  On the -- yes.  Okay.

        4      Q.   I believe your testimony earlier was that in
06:17   5   the first quarter of 2020 your salary went back down to

        6   approximately $41,000 a month.  Was that correct?

        7      A.   No.  That's not correct.

        8      Q.   Okay.

        9      A.   I had no salary in the first quarter and then
06:17  10   it was -- after the bankruptcy the courts originally had

       11   granted me 25,000 per month from Sklar Exploration and

       12   then -- then later that was changed the next month to

       13   15.  And so it remains at 15.  So --

       14      Q.   Okay.

06:18  15      A.   -- so other than the distribution that I

       16   mentioned for the bonus, I had no salary or

       17   distributions out of any of the debtors, January,

       18   February and March.

       19      Q.   So if you look --

06:18  20      A.   And --

       21               (Crosstalk.)

       22      Q.   (By Mr. Parker)  -- at the 15.1 on -- oh, I'm

       23   sorry.  I thought you were done.  I apologize.

       24      A.   No.  I was just going to say that I think the

06:18  25   507 was actually my April -- would have been the April,
```

1  the 25,000 from the debtors for my pay, and then the 6

2  would have been the May -- the May salary.  And since

3  then, it's been 15.

4      Q.  Earlier, Mr. Sklar, I asked Mr. Katchadurian a

06:19  5  question about whether or not he found any evidence that

6  SEC and/or Sklarco were making payments to your ex-wife

7  as arising from your divorce obligations to her.

8          Do you recall me asking that question?

9      A.  Yes, I recall you asking --

06:19  10     Q.  And I'm going to ask you that same question.

11  Do you know, Mr. Sklar, if SEC or Sklarco was making

12  payments directly to your ex-wife to satisfy any payment

13  obligations you might have to her as a result of your

14  divorce?

06:19  15     A.  No.  SEC nor Sklarco was -- was paying any

16  money to my ex-wife.  That was coming from me

17  personally.

18     Q.  Mr. Sklarco, you -- Mr. Sklarco -- Mr. Sklar,

19  you enjoy automobile racing, don't you?

06:20  20     A.  Yes, I've done that in the past.  Yes, it was a

21  hobby that I had.

22     Q.  Were you a member of a racing team?

23     A.  Yes, I raced with a number of teams.  Yes.

24     Q.  From what years to what years did you engage in

06:20  25  this hobby?



Howard Sklar

1        A.   Off and on -- I've engaged in this hobby off

2   and on for -- for many years.

3        Q.   Let's take a look at Exhibit 16.

4        A.   Okay.

06:20  5             (Exhibit Number 16 was referenced.)

6        Q.   (By Mr. Parker)  And unlike the other exhibits,

7   these actually have a Bates stamp on them.  And so on

8   the bottom of each page of Exhibit 16 you're going to

9   see a alphanumeric code so it will be easy for us to

06:20 10  identify what page we're looking at.  So when you open

11  16, let me know and I'll direct you to a specific page.

12       A.   Okay.  16.  Okay.  I see --

13             (Crosstalk.)

14       Q.   (By Mr. Parker)  Excellent.  Let me ask you

06:21 15  another question before we dive into the document.

16             Was your hobby solely a personal endeavor

17  or was there some business purpose for it?

18       A.   No.  It was -- it was solely a personal

19  endeavor.

06:21 20       Q.   Did SEC or Sklarco fund any of the expenses

21  associated with your car racing hobby?

22       A.   No, they did not.

23       Q.   Okay.  Let's look at, in Exhibit 16, SEC 697.

24       A.   Okay.  SEC 697.

06:22 25             Yes, I see that.

Howard Sklar

```
         1        Q.   I want to look at the middle of the page.  It's

         2   on May 25th, 2016 at 12:47 p.m. from Geoff Nenninger.

         3              Do you see that?

         4        A.   Yes, I see that.

06:22    5        Q.   And Mr. Nenninger was an employee of Sklar

         6   Exploration?

         7        A.   Yes, that's correct.

         8        Q.   And he says, "Hi Chris.  Can we send a wire

         9   from the company to France to pay one of Howard's bills?

06:22   10   Is there a form or letter similar to what I use to send

        11   wires from his personal account?"

        12              Do you see that?

        13        A.   Yes, I see that.

        14        Q.   And then above that there's a response on

06:22   15   May 25th by Mr. Farrell to Geoff Nenninger, "Send to

        16   Bobbie for set up out of SEC."

        17              Do you see that?

        18        A.   Yes, I see that.

        19        Q.   And then above is this response Geoff to

06:23   20   Bobbie, "Could you please help me set up a wire transfer

        21   out of SEC?  Information is below.  It is going to a

        22   bank account in France on behalf of Howard."

        23              My question is:  Did SEC make payments on

        24   your behalf for your car racing activities?

06:23   25        A.   What I believe is that the bank at the time,
```



1   our bank in Shreveport, they were not able to wire money

2   out of my personal account to France, and so to my best

3   of my recollection, they basically -- our -- our banking

4   representative -- I think the president of the bank,

06:24   5   his -- his assistant told Geoff it would be easier if we

6   took the money out of my personal account and put it

7   into the SEC account and then SEC -- SEC simply was able

8   to wire the money, whereas you couldn't wire the money

9   personally.

06:24   10                   So, to the best of my knowledge, no,

11   SEC -- in other words, SEC sent the money, but Geoff put

12   the money -- or the money was then accounted for and

13   reimbursed, so SEC would have been reimbursed for all of

14   these expenses by my personal account.  So it was just

06:24   15   to facilitate the --

16          Q.    And these wire transfers went --

17          A.    -- the --

18                   (Crosstalk.)

19          Q.    Oh, I'm sorry, sir.  I -- I thought you were

06:24   20   finished.  I apologize.

21          A.    No.  I just said -- I just said that it was a

22   way to -- to send a wire because you couldn't wire

23   from -- it was very inconvenient to try to wire from a

24   personal account to a business account in France.

06:24   25   That's my understanding.  So SEC was reimbursed.

Howard Sklar

1    Q.   And these funds were sent to a company called

2  LSO.  What is that?

3    A.   That's a racing management company.

4    Q.   And is that Laurent Sénéchal?

06:25  5    A.   Yes.

6    Q.   Let's look at Exhibit 17, please.

7           (Exhibit Number 17 was referenced.)

8    Q.   (By Mr. Parker)  Let me know when you've got

9  that open.

06:25 10    A.   Okay.  I'm waiting.

11    Q.   Sure.

12    A.   Yes, I see that.

13    Q.   So it's an August 21st email from Geoff to

14  Bobbie Gore.  It says "Check Request."

06:26 15           Do you see that?

16    A.   This was August 21st of '19?  Yes?

17    Q.   Yes.

18    A.   Yes, I see that.

19    Q.   And the second page of this exhibit is this

06:26 20  Sklar check request.  Do you see that?

21    A.   Yes, I see -- I see --

22    Q.   Okay.

23    A.   -- those pages, yes.

24    Q.   Excellent.  And the reason for the check was a

06:27 25  cycling team sponsorship.  Do you see that notation?

LEXITAS

Howard Sklar

1        A.    Yes, that's correct.

2        Q.    Okay.  So my question is more about the form of

3   this document.  At the very top it says "Sklar Check

4   Request."

06:27  5              Do you see that?

6        A.    At the top of -- oh, yes.

7        Q.    The -- okay.  And if you look at the very

8   bottom there's a file path there that says "G:\Sklar

9   Accounting Documents\Sklar Check Request."

06:27  10             Is this just a form that either Sklarco or

11   SEC used as an accounting tool when a check request was

12   required?

13       A.    I believe so.

14       Q.    Was it Sklarco or was it SEC that used this

06:27  15   form?

16       A.    This was a -- SEC sponsored a master's cycling

17   team.  This was Sklar Exploration that sponsored a

18   cycling team.  So if you look on -- in Boulder,

19   basically it was a -- a team that I had actually been on

06:28  20   and we sponsored the team.  We were one of many sponsors

21   of the team.  And so our jerseys are seen all over

22   Colorado, basically, worn by these -- among others, all

23   of these people that race, so you would see the Sklar

24   Exploration logo.

06:28  25       Q.    So this is an SEC form check request document;

Lexitas

Howard Sklar                                                                    Pages 96

```
 1  right?

 2       A.   Yes.

 3       Q.   Okay.  On the top there's a bunch of entities

 4  listed there.  Do you see that?  It says "SEC Operating

06:28  5  Account," "Sklar Family Foundation," "Sklarco."

 6              Do you see all those?

 7       A.   Yes, sir.  Yes.

 8       Q.   And so I'm curious what the purpose of this

 9  form was and why it would have all these entities on

06:29 10  top.

11              For instance, why would the Howard Trust

12  ever have a checkmark next to it?  Where would that

13  money be going and coming from?

14       A.   I'm not familiar with how this account -- how

06:29 15  accounting was using these forms, so I can't -- I

16  can't -- I can't attest to particulars about this

17  particular form.

18              (Crosstalk.)

19       Q.   (By Mr. Parker)  Who would know that?  Who --

06:29 20  who in accounting would know that?

21       A.   That would be -- I'm sure the CFO would know

22  that.

23       Q.   Are you familiar with all the entities that are

24  listed on the top of this check request?  For instance,

06:30 25  if I asked you what "Sklar Childrens" meant, would you
```

LEXITAS

Howard Sklar

```
 1  know the answer to that question?
 2      A.   I'm not -- I'm not familiar with all of these,
 3  with all of these entries.  No.  I'm -- this was an
 4  accounting -- this was an accounting document that, as I
 5  say, I am -- the document could go back many, many
 6  years, so I can't -- I can't attest to that.  You would
 7  have to -- I have to rely on the accounting group to do
 8  that.
 9      Q.   Okay.  Thank you, sir.  Let's look at
10  Exhibit 18.
11              (Exhibit Number 18 was referenced.)
12      Q.   (By Mr. Parker)  And these are -- oh, let me
13  know when you have it open.  I'm sorry.
14      A.   Sorry.  Yes, this is -- as I -- as I say, as
15  far as I know, this is a -- is a statement that went to
16  accounting on Flexjet.
17      Q.   Okay.  Let me ask you about some specific
18  entries on these statements.
19              I want to look at SEC 590.
20      A.   As to particular entries on this statement,
21  I -- that would -- I would have to defer to the
22  accounting, the people in accounting on the Flexjet
23  statement.
24      Q.   So let me ask you this:  Do you recall flying
25  from Denver, Colorado to Napa, California on the
```

Column timestamps: 06:30 (line 5), 06:31 (line 10), 06:31 (line 15), 06:32 (line 20), 06:32 (line 25)



Howard Sklar

1    Flexjet?

2        A.   Yes, I do recall that.

3        Q.   How often would you do that?

4        A.   I don't recall exactly how many trips, but it

06:32  5    was a number of trips.  These were -- these were

6    personal trips.  These were not charged to the company.

7        Q.   And so that's my question.  You said they were

8    not charged to the company.

9             But my understanding of how the payment of

06:33  10   these invoices worked is Flexjet would submit it to

11   Sklar Transport; is that correct?

12       A.   As I said, I'm not exactly sure of how this was

13   handled at the accounting level.

14       Q.   So how do you know that you paid back the

06:33  15   company for any personal trips if the company had paid

16   Flexjet for the costs associated with those trips?

17       A.   Once again, I would assume that that would be

18   done at the accounting -- that the accounting department

19   would reimburse those charges.

06:33  20       Q.   You mean the accounting department would seek

21   payment from one of your other accounts and then

22   reimburse SEC or Sklarco for the amounts it expended?

23       A.   That's my understanding.

24       Q.   So who in the accounting department would be

06:34  25   best to talk to about that?



Howard Sklar

1      A.   I think Mr. Strausser would know how it was

2  accounted for.

3      Q.   Mr. Sklar, we talked about your various trusts

4  today.

06:34  5           Was there ever occasion where funds would

6  flow between the individual trusts, or were these silo

7  trusts where money would come in or go out but never in

8  between each other?

9      A.   I -- I don't -- I don't recall there being a --

06:35 10  you know, the different -- the different trusts have --

11  they're accounted for, as I said, how much money they're

12  owed or how much they owe and -- and so that would be

13  Sklarco -- on Sklarco's records.  It would be if any

14  money was due any of these individuals or if anyone

06:35 15  was -- owed money back to Sklarco.

16      Q.   And so I'm going to --

17           (Crosstalk.)

18      Q.   I'm sorry.  Were you not -- I thought you were

19  finished.  I apologize.

06:36 20      A.   Well, anyway.  But as Mr. Katchadurian said, as

21  to all of the income attributable to Howard Trust, that

22  all basically went -- that was -- went to SEC to pay

23  bills and to otherwise fulfill its obligations, so --

24  all of the oil and gas income that came in to Howard

06:36 25  Trust went back to SEC.

Howard Sklar                                                    Pages 100

1      Q.   Are you finished with your answer?

2      A.   Yes.

3      Q.   Okay.

4           MR. PARKER:  At this time, I'm going to

06:36  5   actually pass the witness, I'll review my notes while

6      the other lawyers are doing their exams and I may or may

7      not have some follow-up questions.

8           MR. TAGGART:  Am I up?

9           MR. PARKER:  Yes.

06:37 10          EXAMINATION

11  BY MR. TAGGART:

12     Q.   Good evening, Mr. Sklar.  David Taggart,

13  Bradley Murchison Kelly & Shea, on behalf of JF Howell

14  Interests.  I just have a few follow-up questions and I

06:37 15 am going to be using some of the same exhibits that you

16  talked about with Ross just a minute ago.

17          Could we go back to Exhibit 14, please?

18     A.   Let me --

19     Q.   Sure.

06:37 20    A.   I have to be pulling these up and then it has

21  to refresh and so --

22     Q.   Sure, not a problem.  And really, we'll be

23  using 14 and 14.1.

24     A.   Okay.  Okay.  Yes, I have 14.

06:38 25    Q.   Okay.  I just wanted to understand what you

LEXITAS

Howard Sklar

Pages 101

```
 1   were communicating with this email.  And I know we'll

 2   have to look at 14.1.

 3                 But it says that you borrowed $14 million

 4   from the revenue-based loan to invest in stock.  Was

06:38  5   that a loan from East West Bank?

 6        A.   No, it was not.

 7        Q.   Where -- where did you borrow from?

 8        A.   This was a reserve-backed loan with Bank of

 9   Oklahoma.

06:39 10        Q.   Okay.  So let's look at 14.1.

11                 (Exhibit Number 14.1 was referenced.)

12        Q.   In Exhibit 14 you said you borrowed that

13   $14 million to invest in stocks.  And when I look in the

14   middle column on Exhibit 14.1, there's a category called

06:39 15   "Investments," and under the "SEC" line it's got

16   $13.7 million, which seems to match up in that column in

17   the lower left that says "Revenue Account Float,"

18   "Marketable Securities," $13.7 million?

19                 Do you see that?

06:39 20        A.   Yes, that's correct.

21        Q.   Okay.  So do I understand that Sklar

22   Exploration borrowed approximately $14 million from the

23   bank of Oklahoma and then bought these marketable

24   securities?

06:40 25        A.   That's correct.
```



Howard Sklar

 1     Q.   Did that loan get paid off by Sklar Exploration

 2 or was it rolled into the East West Bank loan?

 3     A.   Oh, no.  That was long since -- that was long

 4 since paid off.  So all that was paid back.

06:40  5     Q.   So there was none of that that rolled forward

 6 into the bankruptcy time?

 7     A.   Oh, no.

 8     Q.   Okay.

 9     A.   None.

06:40 10     Q.   All right.  The next exhibit I want to ask

11 about is Exhibit 12.

12     A.   Yes.

13     Q.   All right.  In Exhibit 12 -- and specifically

14 it is Exhibit 12.1 --

06:41 15          (Exhibit Number 12.1 was referenced.)

16     A.   Okay.  I'm looking at 12.  I have to go back.

17     Q.   Okay.  My apologies.  There's several

18 attachments to Exhibit 12, but they're each a separate

19 attachment.

06:41 20     A.   12.  Okay.  12 -- this is -- this is 12.1?

21     Q.   Yes.  12.1.

22     A.   Uh-huh.

23     Q.   Okay.  12.1 appears to be "Receipts of Outside

24 Operated Investments."

06:41 25          Are these -- and then the list.  Are you



Howard Sklar

1    familiar with who prepared this list of cash receipts?

2         A.   I believe it was Julie Smith.  I believe it was

3    Julie Smith in the Sklar -- in the Shreveport office.

4         Q.   Okay.  And so these different investments

06:42  5    are -- look like Howard Trust and Sklarco.  I think -- I

6    think that's all of them.  Sklarco and Howard Trust.

7              Do you know why that exhibit was prepared?

8         A.   Do I know why?

9         Q.   Yes.

06:42  10        A.   It was an exhibit to -- to show income from

11   properties that -- well, in the case of -- some of them

12   were income from Sklarco, but most of them were income

13   from outside investments that are not part of Sklarco or

14   Sklarex, they're just investments that my trust has an

06:43  15   ownership in.

16        Q.   Right.  Well, let me ask it this way:  Did

17   Sklar Exploration have to provide, in connection with

18   the East West Bank loan, periodic financial statements?

19        A.   Yes.  Sklar Exploration provided financial

06:43  20   statements, combined financial statements, to East West

21   Bank.

22        Q.   Right.  Would you look at Exhibit 12.2, please?

23              (Exhibit Number 12.2 was referenced.)

24        A.   Okay.  I'm sorry.  This is not refreshing very

06:43  25   quickly.



Howard Sklar

1           Yes.

2       Q.   (By Mr. Taggart)  On Exhibit 12.2 it looks like

3  a consolidated financial statement of Sklar Exploration,

4  but it doesn't specifically list what other entities are

06:44  5  consolidated with Sklar Exploration.

6           Do you know which other entities are

7  consolidated in this financial statement with SEC?

8       A.   I believe this financial statement is the

9  combined investments of all of the companies, Sklar --

06:44 10  Sklarco, as well as any income from investments that

11  are -- that are outside of Sklarco and Sklarex, so this

12  is I think a combined statement of all investments.

13      Q.   Right.  I'm assuming --

14      A.   -- on --

06:45 15           (Crosstalk.)

16      Q.   -- if we look down at the bottom of Page 1 of

17  Exhibit 12.2 that this is the balance sheet portion, and

18  it says "Liabilities and Trust Principal."

19           Do you see that?

06:45 20      A.   So on which -- which page are we looking at

21  now?

22      Q.   This is Page 1 of 4 of Exhibit 12.2 and the

23  bottom half of the page says "Liabilities and Trust

24  Principal."

06:45 25           Do you see that?



Howard Sklar

1    A.    Yes.

2    Q.    And the next-to-last line says "Trust

3  Principal" and it's for the year ending December 31,

4  2019, got a $6 million amount.

06:45  5          My question is:  Is that the Howard Trust

6  or is that all three trusts, both Alan as well as the

7  Howard and the Sam and Sklarco?

8    A.    I am not positive.  That would be a question

9  for the accounting, but I believe it's -- I don't know.

06:46 10  I'm not sure so I don't want to say.

11    Q.    Okay.

12    A.    That's a question for --

13    Q.    I know --

14          If you wanted to know the answer to that,

06:46 15  who would you go and ask?

16    A.    I would ask the CFO.  I would ask John

17  Strausser.

18    Q.    Okay.  Bear with me one minute.  I'm looking

19  for another entry.

06:46 20          On that same Exhibit 12.2, Page 1, if you

21  will look down, oh, it's under "Liabilities and Trust

22  Principal," and it says "Cash call prepayments," and

23  there's a $5.3 million number.

24          Do you see that?

06:47 25    A.    Yes, I see that number.

Howard Sklar

1      Q.    Okay.  Now, earlier Mr. Katchadurian testified

2    that pre-bankruptcy filing, that amount had grown to

3    about $5.8 million.

4              Do you have any reason to dispute him on

06:47  5    that?

6      A.    No, I don't have any reason to dispute him on

7    that.

8      Q.    All right.  When he was asked what happened to

9    the 5.8 million, as I recall his testimony, he just said

06:48  10   it went to pay expenses.

11             Do you recall that testimony?

12     A.    Yes.

13     Q.    All right.  My recollection is that his

14   explanation is that there were a lot of expenses

06:48  15   associated with certain drilling programs or drilling

16   ventures in the first part of 2020 that were the CapEx

17   expenses that he was referring to.

18             Do you recall that?

19     A.    I don't recall him saying it was during the

06:48  20   first part of 2020.

21     Q.    I could be wrong.  Do you know --

22     A.    I --

23             (Crosstalk.)

24     Q.    -- when it was?

06:48  25   A.    I believe it was the last part of 2019.

LEXITAS

1      Q.   Okay.  And is it your testimony that it was

2  those capital expenditures in the last part of 2019 that

3  were the reason that the cash call advances were spent

4  on projects other than that for which they had been

06:49  5  tendered?

6      A.   I would repeat what Mr. Katchadurian said, that

7  bills were paid and there were a lot of projects that --

8  Sklar Exploration had lots of capital expenditures

9  and they --

06:49 10      Q.   Well --

11           Forgive me.  I didn't mean to cut you off.

12      A.   No.  I would agree with what he said.

13      Q.   And what I'm -- I want to understand that.

14  Because I had understood, I believe, your testimony that

06:49 15  those expenditures were being incurred by Sklar

16  Exploration for the benefit of the working interest

17  owners in those prospects and were not projects that

18  Sklar Exploration was billing or was drilling

19  100 percent for its own account.

06:50 20           Which is correct?

21           MR. HOLMAN:  Object to the form of the

22  question.

23      Q.   (By Mr. Taggart)  Do you understand the

24  question?  Because I'll try to rephrase it if not.

06:50 25      A.   If the question is that Sklar Exploration was



Howard Sklar

1  drilling those projects on an 8/8 basis for Sklarco, is

2  that the question?

3      Q.  Well, yes.  I was trying to understand whether

4  the CapEx projects that we're referring to were Sklar

06:50  5  Exploration as operator drilling for working interest

6  owners or it was drilling only for itself or Sklarco.

7      A.  Sklar Exploration did operations on behalf of

8  all the working interest owners that were in any

9  project, including -- including Sklarco.

06:51 10      Q.  No.  I understand.  But if the expenses were

11  incurred by Sklar Exploration on behalf of a group of

12  working interest owners, weren't those working interest

13  owners putting up the money to drill?

14            MR. HOLMAN:  Objection to the form.

06:51 15            MR. TAGGART:  Could you please tell me

16  what's objectionable about that question?

17            MR. HOLMAN:  It doesn't make any sense.

18            MR. TAGGART:  Okay.  Your opinion is

19  noted.

06:51 20      Q.  (By Mr. Taggart)  Can you answer the question,

21  Mr. Sklar?

22      A.  As I said, Sklar Exploration was drilling

23  projects for all of its working interest owners.

24      Q.  Were you-all -- was Sklar Exploration also

06:52 25  issuing its joint interest billing for the cost that



Howard Sklar

1    Sklar Exploration incurred in drilling those prospects?

2       A.   Yes.  As James -- as Mr. Katchadurian already

3    answered, yes, it was -- it was billing -- it was

4    billing for all the operations on the JIB itself, yes.

06:52  5       Q.   Okay.  When I -- when I look at Exhibit 12.2,

6    and maybe you can help me with this, is there any

7    reflection on Exhibit 12.2 of these capital expenditures

8    that supposedly caused the problem with Sklar

9    Exploration?

06:52 10            MR. HOLMAN:  Objection; foundation.

11       A.   So -- I'm sorry.  Where were you wanting me to

12   look?

13       Q.   (By Mr. Taggart)  It's Exhibit 12.2, and this

14   is the consolidated balance sheet.  There's a "Joint

06:53 15   interest billing receivable' under "Current assets" at

16   December 31, 2019 of $6 million.  But --

17       A.   I don't see that.  I'm sorry.  I don't see --

18       Q.   The one, two, three -- fourth line down under

19   "Current assets."

06:53 20            Do you see that?

21       A.   Yeah.  That's -- yeah, to the best of my

22   ability, the best of my knowledge, that is the

23   receivable.  That's the -- that's basically the

24   receivable of what has been JIBed out.

06:54 25       Q.   Right.  Do you have an understanding,



Howard Sklar

1   Mr. Sklar, from an accounting perspective, of what a

2   "current asset" is?

3      A.   I mean, I'm not an accountant.  I --

4      Q.   No, no.

06:54  5      A.   -- depended on the accountant for -- I depend

6   on our accounting to -- to do those calculations and to

7   make those judgments.

8      Q.   As a longtime businessman when you look at a

9   financial statement, do you generally understand that a

06:54 10   current asset is one which is convertible to cash

11   generally within 30 days?

12      A.   I mean, I think that depends on specific

13   definitions that I don't want to speculate about.

14      Q.   Okay.

06:55 15      A.   But I understand what assets and liabilities

16   are.

17      Q.   Okay.  So let's look at Page 2 of Exhibit 12.2.

18      A.   Yes.

19      Q.   All right.  This is, again, the consolidated

06:55 20   statement and in -- in this, according to the 12-month

21   period ending December 31, 2019, there was net income on

22   a consolidated basis of $418,000.

23          Do you see that?

24      A.   Yes, I see that.

06:55 25      Q.   So does that tell you that at the end of

1  December 2019 that whatever expenses had been incurred

2  the company was still in a positive cash position by

3  $418,000 on a consolidated basis?

4      A.   That's -- I believe that's what that is

06:56  5  stating.

6      Q.   Okay.  Thank you.  I had one note earlier.  You

7  had referred to red sheets.  Is that R-E-A-D or R-E-D?

8      A.   I'm sorry.  That's R-E-D.  I -- red sheets.

9      Q.   Okay.

06:56  10     A.   Being a scavenger like yourself, yeah.  It's

11  red, meaning a red sheet.  That was R-E-D.

12     Q.   Got you.  And if we wanted to get a copy of the

13  red sheets for the various entities, who would we ask?

14     A.   Once again, I believe the accounting department

06:57  15  would have those red sheets for all of the accounting

16  for all of those outside -- for the oil and gas

17  investments that were held by Sklarco.

18     Q.   Okay.  In the first quarter of 2020, did you

19  have any discussions with any of your management team

06:57  20  about the expenditure of the $5.8 million cash call

21  advances on projects other than that for which they had

22  been tendered?

23     A.   We did not have any direct discussions about --

24  that I know of, that I can recall.

06:58  25     Q.   Did you -- did you have any concern or



1 discussions with the company that the funds that were

2 being placed in trust for particular projects were not

3 being expended for those projects?

4     A.    I would repeat what Mr. Katchadurian said, is

06:58 5 that our counsel does not believe that --

6               MR. HOLMAN:  Hold on.  I instruct you,

7 don't answer to the extent it's going to call for any

8 discussions with counsel.

9               THE WITNESS:  Okay.  I'm sorry.

06:58 10     A.    As -- I would repeat what Mr. Katchadurian

11 said, which is that these were not -- these were not in

12 trusts.  These were simply payments held on an account.

13     Q.    (By Mr. Taggart)  So your testimony is that on

14 behalf of Sklar Exploration you had no responsibility or

06:59 15 duty to the working interest owners who responded to the

16 cash call payment to make sure that those funds were

17 applied only to that project?  Is that your testimony?

18     A.    My testimony is no different from

19 Mr. Katchadurian's, that --

06:59 20               (Crosstalk.)

21               MR. TAGGART:  Move to --

22     A.    -- that --

23               MR. TAGGART:  -- strike as nonresponsive.

24               MR. HOLMAN:  Please let the witness finish

06:59 25 his answer.



Howard Sklar

1          MR. TAGGART:  I'm sorry, Counsel.  I

2     apologize.  I thought he had finished, so --

3          Q.  (By Mr. Taggart)  But please go ahead,

4     Mr. Sklar.

06:59  5          MR. HOLMAN:  Would the reporter please

6     read back the question.

7          MR. HOLMAN:  Sorry, Denise, you're on

8     mute.

9          THE REPORTER:  I know.  I figured -- I've

10    got it here.  Okay.  Sorry about that.

11         MR. HOLMAN:  Thank you.

12         QUESTION:  "So your testimony is that on

13    behalf of Sklar Exploration you had no responsibility or

14    duty to the working interest owners who responded to the

06:59  15   cash call payment to make sure that those funds were

16    applied only to that project?  Is that your testimony?"

17         A.  My -- excuse me.  My testimony is that those --

18    those funds were applied to those specific projects.

19         And I would repeat, my answer is the same

07:00  20   as Mr. Katchadurian's, that we did not keep separate

21    records for every single transaction.  So I would say my

22    answer is the same as James' -- Mr. Katchadurian's.

23         MR. TAGGART:  Mr. Sklar, you -- you're not

24    suggesting, are you, that your company did not

07:01  25   separately maintain records for each of the working

LEXITAS

1   interest owners in its WolfePak accounting system that

2   could separately identify to the penny the amount of the

3   cash call advance that was tendered and for which

4   particular project, are you?

07:01  5          MR. HOLMAN:  Objection; foundation.

6       A.   I never said that the -- that the money was not

7   held on account.  No.  That money -- the money was

8   tracked and held on account as a prepayment for

9   operations as they got -- as they got -- as those

07:01 10  operations were completed.  So that money was prepaid by

11  the working interest owners.

12      Q.   (By Mr. Taggart)  And you will admit that as of

13  the time bankruptcy was filed there was $5.8 million

14  approximately that had been prepaid but which had been

07:02 15  spent but not on the projects for which it was intended;

16  correct?

17      A.   I would say that the money had been spent, but

18  that the money was not -- the money was applied to the

19  projects as the jobs were -- were completed.

07:02 20      Q.   But not necessarily the projects for which the

21  cash call was issued; correct?

22      A.   That's correct.

23      Q.   All right.  In terms of just what was happening

24  in that first part of 2020 before the April 1st

07:03 25  bankruptcy filing, how many times did you meet with the



1  CFO and the CEO to discuss the financial condition of

2  Sklar Exploration?

3      A.  I can't tell you the exact number of times that

4  we -- we all met, but --

07:03 5      Q.  Once a week, once a day, twice a day?  I mean,

6  can you have a -- just give me an estimate?

7      A.  We talked about general operations.  Weekly, if

8  not more often.  I can't give you an exact number.

9      Q.  Okay.  So in the first part of 2020 before the

07:04 10 April 1st bankruptcy filing, you testified earlier about

11 the distributions and the salary and the -- you know,

12 1.6 plus or minus million dollars that went to you and

13 your trust.

14          At any point during that six-month period

07:04 15 before bankruptcy, did you request or direct anyone at

16 Sklar Exploration to make a distribution to you or a

17 payment of any expenses on your behalf?

18          That was a long question.  If I need to

19 restate it, I'll try.

07:05 20     A.  Yeah.  I'm not sure -- I'm not sure what we

21 haven't already gone over, but if you could restate it,

22 in simple terms.

23     Q.  Sure.  In simple terms, I'd like to know if you

24 ever went to anyone at Sklar Exploration and asked them

07:05 25 to cut a check to you, your trust, or anybody that you



1  owed money to?

2      A.   As I said before, in discussions with the CFO

3  they would -- we would -- we would decide roughly how

4  much money I could afford to take out of the company at

07:06  5  the time.

6      Q.   I understand.  At the time -- and this is prior

7  to bankruptcy -- you were the manager of Sklar

8  Exploration, LLC; correct?

9      A.   That's correct.

07:06  10     Q.   And you were the manager of Sklarco, LLC;

11  correct?

12     A.   That is correct.

13     Q.   You were the trustee of the Howard Trust and

14  both trusts for your sons; correct?

07:06  15     A.   That is correct.

16     Q.   And so the Howard Trust was the 100 percent

17  membership owner of Sklar Exploration; correct?

18              MR. HOLMAN:   Objection.  Asked and

19  answered.

07:06  20     A.   Yes.

21     Q.   (By Mr. Taggart)  And also of Sklarco; correct?

22     A.   Yes, that is correct.

23     Q.   All right.  So I just want to be clear that

24  when you say you went and asked these other people that

07:07  25  worked for the company that you and your entities owned



1   and controlled and for which you were the manager, it's

2   a little bit disingenuous, isn't it, to think that they

3   could overturn a request by you to pay you money or to

4   pay an expense that you had incurred in one of your

07:07   5   hobbies?

6              MR. HOLMAN:  Objection to the form of the

7   question.

8      A.   No.

9      Q.   (By Mr. Taggart)  Were you ever turned down --

07:07  10   did you ever make a request to any of these people in

11   that six-month period of time that they did not fulfill?

12   Any.

13      A.   During that time or during any time?  Again I

14   was --

07:08  15              (Crosstalk.)

16      Q.   We'll start six -- six months prior to

17   bankruptcy.

18      A.   I don't recall that Mr. Farrell ever said that

19   I -- as we said before, that was part salary and part

07:08  20   distribution and so Mr. Farrell never -- had he said he

21   didn't think I should take that much money out I would

22   have not taken it out.  So he didn't ever say.  So I

23   relied on the CFO to say that our -- that my income was

24   enough to where I could take salary and my

07:08  25   distributions.



Howard Sklar

1       Q.   But you don't deny that you were the one that

2   was making the request for those distributions, do you?

3       A.   I don't deny that he and I discussed my

4   distributions.

07:09  5       Q.   And your requests for them; correct?

6       A.   As to any salary component, I didn't make a

7   request.  It was -- this was simply what the

8   distributions had been based on what he said I could

9   afford to take out.

07:09 10       Q.   Let me ask a question about that.  What

11   exactly -- you know, what duties were you performing for

12   Sklar Exploration in the six months prior to the filing

13   of the bankruptcy?

14       A.   Well, I was working together with our

07:10 15   engineering team and exploration team and the COO.  And

16   my specific -- my specific mastery, if you will, is on

17   the engineering and the scientific side.

18            So I was working in concert with the --

19   with our exploration team and with the COO and the CFO

07:10 20   on making sure that we could do the best job we could

21   operating and producing the wells that Sklar Exploration

22   operated as well as if we would make any investments

23   into -- into projects that other operators might --

24   might have.

07:11 25       Q.   And where were you principally performing those

Howard Sklar

```
 1 | duties?  Were you in your office there in Boulder or in
 2 | Shreveport?
 3 |     A.   No.  I was principally here in Boulder.
 4 |     Q.   Okay.  And what time would you get into the
07:11 5 | office in the morning on an average day?
 6 |     A.   On an average day, I would say 10:00.
 7 |     Q.   Okay.  And then what time would you leave on an
 8 | average day?
 9 |     A.   Well, that would depend.  It could be 6, 7.  I
07:11 10 | would often have dinner with the CFO or the COO and we
 11 | would discuss business and --
 12 |     Q.   Did you --
 13 |     A.   -- go to dinner, so --
 14 |     Q.   I'm sorry.
07:12 15 |     A.   So, yeah.  So it was from when I got in to
 16 | anywhere from 6:00 at night to whenever we got finished
 17 | with dinner.
 18 |     Q.   Mr. Sklar, do you keep a calendar or an
 19 | appointment book or a Daytimer that would show what
07:12 20 | meetings or appointments you had or attended during the
 21 | day or the week?  And I'm specifically focused now on
 22 | that six-month period before bankruptcy.
 23 |     A.   I don't believe I have an actual hour-by-hour
 24 | calendar.  I mean, in general, I know who I was going to
07:13 25 | go out to dinner with or, you know, if I just stayed
```



Howard Sklar

1   here and worked and then went to work out and then came

2   back.

3       Q.   Do you have any calendar that would identify

4   days on which you were not in Boulder, Colorado but were

07:13  5   somewhere else during that six-month period?

6       A.   During that six-month period, I don't have a

7   Daytimer or anything like that that would -- but as I

8   said --

9       Q.   During that six-month period of time, can you

07:13  10   tell me what specific -- specifically you did.  I know

11   you said you met and you talked.  But, I mean, did

12   you -- can you identify a prospect file that you had put

13   together, or do you have some engineering or some

14   reserve engineering reports or plans that you prepared

07:14  15   that you presented as a proposal to the engineering

16   group?

17            Do you have any tangible work product that

18   you authored and prepared during the six-month period

19   prior to filing bankruptcy?

07:14  20       A.   I would say I went over all of the engineering.

21   I went over the wells every single day -- almost every

22   day with the engineering staff.  So, I mean, literally,

23   I would -- literally, I would refer to my -- my iPad and

24   I would keep track of the production on every single

07:14  25   well, pretty much, on a daily basis --



1      Q.   So --

2      A.   -- and discuss with the engineering -- with our

3   engineers what activities they were working on, what

4   workovers, what -- what was being done, literally every

07:15  5   day.

6      Q.   At any time during the six months prior to the

7   filing of the bankruptcy, did you have any working

8   interest owner meetings?

9             MR. HOLMAN:   Objection to the form.

07:15  10      A.   I don't recall if there were -- if there were

11   working interest owner meetings.

12             I know that the -- our staff kept up with

13   all the working interest owners.

14      Q.   (By Mr. Taggart)   Okay.   Give me one second

07:15  15   here.

16             I had asked Mr. Katchadurian a series of

17   questions about the records that would exist as they

18   relate to the different entities, and he told me that

19   the electronic records would most likely be on the

07:16  20   server there at Sklar Exploration for the three trusts

21   and Sklarco as well as Sklar Exploration.

22             Do you agree with that?

23      A.   Yes, I would agree with that.

24      Q.   Okay.   He was not able to tell me where the

07:16  25   paper records for the Howard Trust or the Jacob Trust or

Howard Sklar                                                    Pages 122

1    the Sam trust were located.

2              Are they also located at SEC's offices in

3    Boulder or Shreveport?

4         A.   Yes, they would be -- they would be located in

07:17  5    one of those two offices.

6         Q.   Okay.

7         A.   And, of course, accounting records are also

8    sent to -- to Plante Moran who does all of the actual

9    accounting and auditing of all of the companies and all

07:17 10    of the investments.

11         Q.   Okay.  Who is the -- in the law we say who's

12    the custodian of the records, but who is the person that

13    if you wanted to get a particular accounting record or a

14    document for one of the trusts or Sklarco or Sklar

07:17 15    Exploration, who is the person that you would go to?

16         A.   An accounting document or otherwise?

17         Q.   Good point.  Let's start with accounting and

18    then we'll ask about the -- you know, the operations

19    side.

07:18 20         A.   Once again, the accounting department is head

21    by Mr. Strausser, so he would on -- on the accounting

22    side.

23         Q.   Okay.

24         A.   As far as service -- process service and all

07:18 25    that goes, we had a -- you know, Mr. Murchison at your



Howard Sklar

```
      1  firm was our -- was who accepted all of our --

      2      Q.   Right.

      3      A.   So that was at your -- at Bradley Murchison &

      4  Shea, so he was our lawyer --

07:18 5      Q.   Right.

      6      A.   -- for 20 years.

      7      Q.   Yep.  Before we were fired in 2016.

      8      A.   I --

      9      Q.   And -- let's talk --

07:18 10     A.   I object.

     11      Q.   Let's talk -- yeah, we do, too.

     12               (Crosstalk.)

     13      A.   So that's not true.  I -- I don't agree with

     14  that.

07:18 15     Q.   (By Mr. Taggart)  Okay.  Let's -- let's --

     16  let's ask the same question about if you wanted to have

     17  information about one of the properties operated by SEC

     18  for the benefit of the working interest owner.

     19               Who would you go to to get documents on a

07:19 20  particular prospect?

     21      A.   Our land department, that would be -- Sutton

     22  Lloyd is the manager of our land department.  And so he

     23  and Marshall Jones who are -- is the -- Marshall is the

     24  COO and he was also head of the land department before.

07:19 25  So I would say Sutton Lloyd would have those or people
```

LEXITAS

Howard Sklar

1    in our land department, as they'd be working interests.

2        Q.   Okay.  And if you wanted to know, for example,

3    my client, JF Howell Interests, LP, if you wanted to

4    know what was the exact amount on your WolfePak records

07:20  5    for the cash call advances to their credit, who would

6    you ask that question to?  Mr. Strausser or Mr. Jones?

7        A.   That would be the accounting department, I

8    assume.

9        Q.   Okay.  Accounting.

07:20 10            MR. TAGGART:  Mr. Sklar, that's all the

11    questions I have.  Thank you.

12            MR. SUZUKI:  My turn?  All right.  I'm not

13    hearing any objections so I will proceed.

14                    EXAMINATION

07:20 15  BY MR. SUZUKI:

16        Q.   Bryce Suzuki, Bryan Cave Leighton Paisner, LLP

17    on behalf of East West Bank.

18            Mr. Sklar, I don't think we've met before.

19    I represent the bank.  I have really just a few

07:20 20    questions and I -- and I think these should go pretty

21    quickly.

22            But let me refer to Exhibit 12 if you

23    could pull that back up.

24        A.   Okay.

07:21 25        Q.   Let me know when you're there.



       1        A.    Okay.   One second.   This is just 12 not 12

       2   point --

       3        Q.    Right.   Just 12.   The cover email; correct?

       4        A.    Yes.

07:21  5        Q.    Okay.   Do you have that in front of you?

       6        A.    Yes, I do.

       7        Q.    Okay.   And you are -- you are on the cc line,

       8   are you not, on that email?

       9        A.    Yes.   Yes, I am.

07:21  10       Q.    hfsklar@sklarexploration.com is your email

      11   address?

      12        A.    Yes.

      13        Q.    Do you recall receiving this email as a copy

      14   recipient?

07:21  15       A.    Yes.   I recall receiving the email.

      16        Q.    And as CEO --

      17              (Crosstalk.)

      18        Q.    I'm sorry.   Go ahead.

      19        A.    Yeah.   And I remember discussing --

07:22  20   discussing --

      21        Q.    The content?

      22        A.    I don't -- yeah, the content.   In general, the

      23   content of this, yes.

      24        Q.    As CEO, were you generally aware of what was

07:22  25   going on in terms of the negotiations with East West

1   Bank as of March 2020?

2        A.   Yes.  I was generally aware.

3        Q.   I just want to make sure the record is clear.

4   At that time, it looks to me from this email as though

07:22 5   the parties were negotiating a forbearance period or

6   some other workout of the loan.

7             Is that fair?

8        A.   That's fair.

9        Q.   And subsequent to this email, did East West

07:22 10  Bank ever say, "Hey, negotiations are over, we're done

11  talking, we're going to go take enforcement actions" or

12  anything along those lines?

13       A.   Not -- not to my knowledge.

14       Q.   And in fact, to your knowledge, they never

07:23 15  broke off communications up to the bankruptcy filing; is

16  that fair?

17       A.   Well, I would say that we were in negotiations

18  and --

19       Q.   The parties were in negotiations all the way to

07:23 20  the point of bankruptcy filing; correct?

21       A.   Yes.  I'm not sure exactly what day or when

22  that broke down and, you know, as to which day.

23       Q.   Were you aware of whether East West Bank was

24  provided advance notice that a bankruptcy filing was

07:23 25  coming?



1    A.   I was not in those negotiations, but I

2  understand our -- our inhouse counsel and our corporate

3  counsel --

4             MR. HOLMAN:  Hold on.  Mr. Sklar, to the

07:24  5  extent you reveal --

6             THE WITNESS:  Okay.  I'm sorry.

7             MR. HOLMAN:  To the extent you reveal any

8  attorney-client communications --

9             THE WITNESS:  Okay.

07:24 10             MR. HOLMAN:  -- I instruct you not to do

11  so.

12             THE WITNESS:  Okay.

13    A.   So excuse me --

14    Q.   (By Mr. Suzuki)  Yeah.  I don't want to know

07:24 15  what you talked about with -- with your lawyers for the

16  company or your personal attorneys.  I'm just wondering

17  whether you're aware --

18             Well, let me ask this:  As CEO did you

19  provide a heads-up to the bank that a bankruptcy filing

07:24 20  was coming?

21    A.   I did not as CEO, no.

22    Q.   To your knowledge, did the bank ever commence a

23  lawsuit to enforce its loan?

24    A.   To my knowledge, it did not.

07:24 25    Q.   To your knowledge, did the bank seek to

LEXITAS

Howard Sklar

1    foreclose on its collateral?

2        A.   No, to my knowledge, it did not.

3        Q.   To your knowledge, did the bank take any

4    enforcement actions with respect to the debt or the

07:25  5    collateral prior to the bankruptcy filing?

6        A.   To my knowledge, the only thing I was told

7    about is that the bank had swept a -- $250,000 out of

8    one of our accounts to reduce the -- to reduce the line;

9    in other words, to reduce what we owed on the -- on the

07:25  10    loan.

11        Q.   And is that --

12        A.   So --

13              (Crosstalk.)

14        Q.   I'm sorry.  Go ahead.

07:26  15        A.   That was -- that was to my knowledge.

16        Q.   Okay.  On what do you base that -- that

17    knowledge?  Did someone tell you that?

18        A.   Yes.  I was told that.

19        Q.   Did you review the bank statements to see

07:26  20    whether in fact that had occurred?

21        A.   I relied on the rest of the management team to

22    say that that's what had happened.

23        Q.   You're aware that at this time the bank had

24    issued a default letter; correct?

07:26  25        A.   Yes, I am aware that they issued a default

LEXITAS

        1    letter.
        2        Q.    And other than this -- this cash sweep that you
        3    say you learned of from others, you're not aware of any
        4    adverse actions taken by the bank before the bankruptcy
07:26   5    filing as to the debtor collateral; is that fair?
        6        A.    That's fair.
        7        Q.    Okay.  That's all from the bank.
        8              MR. SUZUKI:  I'll pass the witness.  I
        9    don't know if anyone else has any other questions.
07:27  10              Thank you, Mr. Sklar.
       11              THE WITNESS:  Thank you.
       12              MR. PADDOCK:  This is Robert Paddock.
       13    I've got a few questions.
       14                        EXAMINATION
07:27  15    BY MR. PADDOCK:
       16        Q.    Mr. Sklar, my name is Robert Paddock.  I
       17    represent Strago Group.
       18              Did I understand your testimony earlier
       19    that you agreed with Mr. Katchadurian that the reason
07:27  20    for Sklar, SEC's, financial distress was three dry holes
       21    and some excess CapEx expense, some projects which had
       22    excess CapEx expenses?
       23        A.    Yes.  I would agree with his -- I would agree
       24    with his --
07:27  25              (Audio distortion.)



Howard Sklar

1        Q.   (By Mr. Paddock)  What were those three dry

2   holes?  What were those wells?  Do you know?

3        A.   Well, there was a -- there were some

4   investments in a -- in a Helium deal, so there was a lot

07:28 5   of investment in a Helium project basically that we had

6   invested in that was a very expensive project and that

7   ended up being a dry hole.

8            And there was a -- there was a dry hole

9   that we had participated in with another operator, I

07:28 10  believe, in South Texas, but I'm -- the name of the

11  project was Matchbox.  It was operated by Davis

12  Southern.

13       Q.   By who?  I'm sorry.  I couldn't hear that.

14       A.   Davis Southern, I believe, was the operator.

07:29 15  So it was Davis brothers..

16           And then we had also invested in a -- in a

17  project that was a very expensive well that was a

18  discovery in Florida that had -- that was not a dry

19  hole, but it was -- after being tested -- after testing

07:29 20  the well for two weeks at over 800 barrels a day, we

21  then were forced to shut it in because the -- because it

22  had -- because it had -- the gas was sour so the gas was

23  poisonous, so we -- we were not able to test the well

24  for the three months, and we thought we would be able to

07:30 25  because of the amount of H2SO4, so we were only able to

Lexitas

1    test that well for two weeks.

2        Q.   So with respect to a Helium project was the

3    SEC -- you said it was an investment.  Was SEC just

4    acting as the operator on that well?

07:30  5        A.   Yes, SEC was the operator of all three of those

6    wells.  Well, no, I'm sorry.  SEC was the operator of

7    the -- of the well, the Pitnik Well which was in

8    Florida, and Davis was the operator of the well in South

9    Texas and then Sklar was the operator of the Helium

07:30 10   project.

11       Q.   You say Sklar, you mean SEC; right?

12       A.   I'm sorry.  Excuse me.  Sklar Exploration was

13   the operator of two of those three operations.

14       Q.   And so what was SEC's role in the Matchbox

07:31 15   project?

16       A.   SEC was not involved.  Sklarco had invested in

17   that.

18       Q.   Okay.  So when Mr. Katchadurian said there was

19   three projects that were dry holes for SEC which caused

07:31 20   an increase of expenses for you, you're combining in a

21   Sklarco investment, the Matchbox was Sklarco?

22       A.   I'm not -- I'm not exactly positive on which --

23   which investments Mr. Katchadurian was -- I assume that

24   he was talking about -- I don't know what other -- what

07:31 25   other projects he was talking about, but as far as I



1  know, I know that he was talking about the -- the Helium

2  and certainly about the -- about the Pitnik Well.

3      Q.   Did you say Pitnik wells?

4      A.   The Pitnik was the one that I said that was --

07:32  5  they'd had to -- the well was shut in because it was

6  sour.

7      Q.   Okay.  So --

8      A.   So those were the two that -- and so I don't

9  know if he was referring to another Sklar Exploration

07:32 10  operated project that was dry.  I'm not -- I'm not

11  positive.

12     Q.   Well, with respect to the Helium well and the

13  Pitnik Wells where SEC was the operator, did SEC

14  actually lose any money acting solely as the operator?

07:32 15     A.   No, SEC was the operator, so --

16     Q.   All right.  So SEC didn't really lose any money

17  on the Helium well or Pitnik Wells because acting as the

18  operator it collected money the most; correct?

19     A.   Yes.  To the extent that they -- the others

07:33 20  were paying their part.  Exactly.

21     Q.   Do you have any reason to believe that the --

22  or do you have any knowledge that would tell you that on

23  the Helium Well or the Pitnik Wells the other working

24  interest owners did not pay their bills?

07:33 25     A.   No, I don't -- I don't have -- I don't know in



1    particular.

2         Q.    Okay.  So let me go back to your statement that

3    you adopted from Mr. Katchadurian, which was part of the

4    reason for the financial distress of SEC was three dry

07:33  5    holes.  We'll just talk about two right now, Helium and

6    the Pitnik.  But those were not financial drags on SEC,

7    were they?

8         A.    Once again, SEC, depends on all the money

9    coming in to SEC to pay its -- to pay its bills.

07:34  10         Q.    So is what you're saying is that because

11    Sklarco lost money on the Helium and the Pitnik wells,

12    it was an overall financial drag on SEC because all the

13    cash was in the same place?

14              MR. HOLMAN:  Objection to the form.

07:34  15         A.    No, I'm not saying that.

16         Q.    (By Mr. Paddock)  Explain to me how those two

17    particular dry holes, the Helium Well and the Pitnik

18    Well, were -- how they detrimentally impacted SEC?

19         A.    As he already stated, as Mr. Katchadurian

07:34  20    already stated, SEC was involved in a number of

21    operations.  Sklar Exploration was involved in a lot of

22    operations and -- and it basically took on more

23    operations than it had money to pay all of the bills.

24    As he said, they overspent.

07:35  25              MR. PADDOCK:  I'm going to object as



1  nonresponsive.

2      Q.   (By Mr. Paddock)  That doesn't answer my

3  question, Mr. Sklar.  To make sure, your testimony was

4  just that -- we're going to talk about specific

07:35  5  operations because --

6      A.   Right.

7      Q.   -- Mr. Katchadurian, you've adopted his

8  statements that --

9      A.   Yes.

07:35  10      Q.   -- these three wells -- and we don't know about

11  this third, but at least with these two --

12      A.   Yeah.

13      Q.   -- that they were financial drags on SEC.

14           But you just said that SEC didn't lose any

07:35  15  money on those wells because it was just the operator;

16  correct?

17      A.   It was SEC's responsibility to pay for all of

18  the -- all of the -- basically all of the work that it

19  had -- that it had taken on as operator.

07:36  20      Q.   But SEC gets its money initially from Sklarco's

21  revenue but also gets it from the working interest

22  owners; correct?

23      A.   I'm sorry.  You said SEC gets its money from

24  the revenue of the working interest owners?  No.

07:36  25      Q.   No.  I said SEC gets its revenue, gets its

Howard Sklar                                                        Pages 135

1    money from revenue that's deposited by Sklarco; correct?

2    That's one source?

3         A.   That's true.

4         Q.   And the other source on a well-by-well basis,

07:37  5    SEC -- we've talked about the Helium Well -- SEC

6    receives either a cash call advance or reimbursement

7    from the working interest owners for expenses on

8    specific wells; correct?

9         A.   SEC, that is correct.

07:37  10        Q.   So, if SEC as an entity didn't lose any money

11   on the Helium Well, didn't lose any money on the Pitnik

12   Wells, there was another big kind of box that

13   Mr. Katchadurian identified and that you adopted of

14   excess capital expenses.

07:37  15             Can you identify for me any of the excess

16   capital expenses that caused this financial drain on

17   SEC?

18        A.   I'm not sure -- I'm not sure I could change

19   what he -- what he said.  He has said that money comes

07:38  20   in from many sources, including cash calls and including

21   revenue.  And I don't know what the -- I'm not sure what

22   you're -- what you're asking.

23        Q.   Okay.  Then I'll try to be clearer with my

24   question.

07:38  25             Mr. Katchadurian said -- and you've



Howard Sklar

1  adopted his statement -- that the reason for Sklar's

2  financial distress was three dry holes -- let me put

3  those aside -- and he said excess capital expenses.

4          So tell me what an example, or as many as

07:38 5  you know of, of the excess capital expenses.

6      A.   I will -- I will restate that cash is fungible

7  and that there were expenses from G&A for bills, all of

8  which, as he said, led to the bankruptcy.

9          MR. PADDOCK:  I'm going to object as

07:39 10  nonresponsive and then again, I'm going to try this

11  again.

12      Q.   (By Mr. Paddock)  You're telling me that Sklar

13  didn't have money because it was broke.  That's not

14  helpful to me.

07:39 15          Tell me an identified project or well that

16  resulted in the excess capital expenditures which was

17  the financial drain on Sklar.

18      A.   You mean Sklarex?

19      Q.   SEC.  Correct.

07:40 20      A.   Yes.  Sklarex, as I said -- as was already

21  stated, Sklarex has funds that come in from many

22  different sources, from income, from G&A and from

23  ongoing operations and from people paying their JIBs, as

24  he said.

07:40 25          And so all of those things together, there



Howard Sklar                                                                    Pages 137

```
 1   were simply more projects being done than -- than it had

 2   money to pay for them all.

 3              MR. PADDOCK:  Objection; nonresponsive.

 4       Q.  (By Mr. Paddock)  Can you identify a project

 5   for me in the latter half of 2019 that -- that cost more

 6   than what it was estimated to cost?

 7       A.  I'm not sure -- I'm not sure how that applies.

 8   There were a number of projects that went overbudget.

 9       Q.  Okay.  Can you identify each one of those that

10   you're aware of?

11       A.  The -- the Helium project.

12       Q.  We've already talked about that one, so let's

13   talk --

14              (Crosstalk.)

15       Q.  -- about but other than Helium or Pitnik.

16       A.  I'm not -- I'm not -- I'm not sure I could give

17   you exactly where every penny was spent.

18       Q.  Mr. Sklar --

19       A.  And so --

20       Q.  -- I'm not asking you where every penny was

21   spent.  I'm simply asking you whether you can identify

22   any particular project that went overbudget in the last

23   half of 2019 other than we talked about the Pitnik and

24   the Helium.

25              Other than those, can you identify any
```

07:40  5
07:41 10
07:41 15
07:42 20
07:42 25

1   particular project that went overbudget?

2       A.   I can't specifically identify.  As I said, I'm

3   not -- I can't identify a specific project that -- that

4   went overbudget other than those two.

07:43  5       Q.   So, I mean, your testimony here today --

6               MS. RILEY:   Sorry.

7       Q.   -- is your  --

8               MS. RILEY:   Sorry.  I just wanted to

9   interrupt you for just a second here.  We've been going

07:43  10  for I would say probably another hour or so.  If we

11  could just take a short break that would be much

12  appreciated.

13              MR. PADDOCK:   Sure.

14              MS. RILEY:   Thank you.

07:43  15              THE VIDEOGRAPHER:   Going off the record.

16  The time is 7:43 p.m.

17              (Recess from 7:43 until 7:48.)

18              THE VIDEOGRAPHER:   Going back on the

19  record.  The time is 7:48 p.m.

07:48  20      Q.   (By Mr. Paddock)  Mr. Sklar, earlier in your

21  testimony you talked about the fact that all of these

22  excess capital expenses and dry hole costs, I believe

23  you said they occurred basically in the latter half

24  of -- the latter part, I believe is the word you used,

07:49  25  of 2019.

Howard Sklar                                                     Pages 139

```
  1            Do you recall that testimony?

  2       A.   Yes, I recall saying that.

  3       Q.   And so going into 2020 -- excuse me -- are you

  4   familiar with the Ellis Number 1 well that was to be
07:49 5   drilled?

  6       A.   Yes, I'm familiar with that well.

  7       Q.   And were you a part of seeking cash call

  8   advances for that well which was sought at the very end

  9   of 2019?
07:49 10       A.   I was not a part of that.  That was --

 11   Mr. Jones was working with -- with Mr. Goza on that

 12   well.

 13       Q.   You understood that Sklarco had an obligation

 14   to pay its cash call advance when it was asked; correct?
07:50 15       A.   As I said, as -- I should say as

 16   Mr. Katchadurian said, Sklarco paid its JIBs on all of

 17   these projects because the funds were always available

 18   to Sklar Exploration.  So the JIBs for Sklarco would be

 19   similar to the JIBs for everyone else.
07:50 20            MR. PADDOCK:  Objection; nonresponsive.

 21       Q.   (By Mr. Paddock)  You understood that Sklarco

 22   had an obligation under the joint operating agreement to

 23   pay a cash call advance when requested by the operator;

 24   correct?
07:50 25       A.   I do -- I do not -- I do not understand that.
```



1 As I said, Sklarco -- Sklarco's money was available to

2 Sklar Exploration to pay for the operations as they were

3 completed.

4              MR. PADDOCK:  Objection; nonresponsive.

07:51 5      Q.  (By Mr. Paddock)  You're familiar with joint

6 operating agreements, aren't you, Mr. Sklar?

7      A.   Operating agreements are not my specialty.

8      Q.   Oh, so you're just -- you're not familiar with

9 what working interest owners -- just generally, what

07:51 10 their obligations are when they're presented with an

11 AFE?

12      A.   I generally understand that.

13      Q.   What is your general understanding?

14              MR. HOLMAN:  Objection to form.

07:52 15      Q.  (By Mr. Paddock)  Sure.  I'll be more specific.

16 What is your general understanding with respect to

17 working interest owners' obligations when it's presented

18 with an AFE by an operator?

19      A.   The working interest owners prepay -- working

07:52 20 interest owners prepay for the operations which then

21 show up on their joint interest bill as the -- as the

22 work is completed.

23      Q.   And you understand that -- that some operating

24 agreements have penalties if a working interest owner

07:52 25 does not pay an AFE?



Howard Sklar

```
 1        A.   Yes, I understand that.
 2        Q.   So at the end of 2019, when there's all these
 3   excess capital expenses that have been discussed, what
 4   was Sklar -- SEC's plan to -- to pay all of these excess
07:53  5   capital expenses?
 6             From what revenue source was it going to
 7   use to pay those expenses that it accrued?
 8        A.   I'm -- the assumption was SEC would pay all of
 9   its bills had it -- as it had always done.
07:53 10        Q.   And where was SEC going to get the money from
11   to pay those bills?
12        A.   SEC gets the money from ongoing operations and
13   from revenue and from all of the things that you earlier
14   stated.
07:54 15        Q.   From revenue --
16             (Crosstalk.)
17        Q.   From Sklarco's revenue?
18        A.   And from JIBs and from cash calls and from all
19   of the things that it does on an ongoing basis.
07:54 20        Q.   And --
21        A.   And as it had always done.
22        Q.   Towards the end of 2019 or very beginning of
23   2020, were you a part of any discussions at Sklar about
24   how SEC was going to fund its obligations going forward
07:54 25   in light of what's been described as excess capital
```



1    expenditures in the latter part of 2019?

2         A.    I'm not sure what you're referring to.

3         Q.    I'm asking whether you were a part of any

4    discussions, either at the very end of 2019 or at the

07:55  5    beginning of 2020 wherein the management of SEC

6    discussed how it was going to fund its going-forward

7    operations in light of all of these excess capital

8    expenditures that we've been talking about?

9         A.    Once again, I'm not -- I'm not sure which

07:55  10   discussions.  It was -- SEC was planning on continuing

11   to operate and perform operations for working interest

12   owners and for Sklarco to -- to pay its bills and to pay

13   for all of the operations that it had taken on with

14   ongoing funds it had coming in, like it had done for

07:56  15   22 years before that.

16        Q.    So is it your testimony that for beginning 2020

17   there really wasn't a cash crisis at SEC?

18              MR. HOLMAN:  Objection to the form.

19        A.    I'm not -- as Mr. Katchadurian said, we --

07:56  20   Sklar Exploration had taken on lots of -- lots of

21   projects.

22        Q.    (By Mr. Paddock)  I understand that.  That's

23   why I'm asking you --

24        A.    Yeah.

07:56  25        Q.    -- in this early 2020, was there a discussion



Howard Sklar
Pages 143

1    of, "Hey, we've took on all these excess expenses, how

2    are we going to handle them going forward?"

3                    Were you a part of any of those types of

4    discussions?

07:57  5    A.   There were always ongoing discussions about

6    whether we would take on new projects or whether we

7    would simply complete the ones that we were involved in.

8    Q.   And --

9    A.   As -- as Mr. Katchadurian said, there's a

07:57 10   timing of when cash comes in and when cash goes out

11   and -- I would say that it was not a whole lot different

12   than --

13   Q.   Any other time in 22 years?

14   A.   Yeah.  I mean, I don't -- I would say it

07:57 15   certainly -- I wouldn't say that -- that we had been

16   conservative.

17                    You know, I would say that we probably

18   were doing more operations, but there was no reason for

19   us to think that we weren't going to carry out all of

07:58 20   the operations and pay for those -- pay for all of the

21   operations that we were planning on doing, as we had

22   done for 22 years before that.

23   Q.   So then what happened between January 1, 2020

24   and let's call it March 1, 2020, from SEC's financial

07:58 25   perspective?



Howard Sklar

1      A.    Well, the price of oil had crashed and --

2      Q.    Let me -- I'm sorry.  I don't mean to interrupt

3  you.  And so my time period is January 1 to March 1,

4  2020.  That's what I'm asking.  During that period, did

07:59  5  anything change?

6      A.    January 1 to March 1, I think even January 1 to

7  March 1 prices had dropped a great deal and -- but I'm

8  not -- I'm not specific on exactly which dates you're

9  referring to, so -- I mean, I don't remember exactly

07:59 10  what the price was on March 1 or what the price was

11  on -- all I know is the prices were much higher in

12  January than they were by the end of March, but I don't

13  know exactly the specifics.

14      Q.    Well, so is it your testimony that the reason

07:59 15  for -- the sole reason for Sklar's failure was the drop

16  in prices in March of 2020?

17            MR. HOLMAN:  Objection to the form.

18      A.    No, that is -- that's not my testimony.  I

19  merely stated that was one of -- one of many issues.

08:00 20      Q.    (By Mr. Paddock)  Okay.  And what were the

21  other ones?  You said one of many issues.  What were the

22  other issues?

23      A.    Well, we had spent a lot of money, for

24  instance, on this Pitnik Well and just when our

08:00 25  income -- when the Sklarco income increased and Sklar



Howard Sklar

1   Exploration also, their revenue, increased, the revenue

2   that Sklar Exploration was collecting on behalf of

3   Sklarco and everyone else, that went up over 20 percent

4   and then that well was shut in.  And that cash was

08:01  5   interrupted, so, among other things, when you have a

6   large discovery on a very expensive well, you don't

7   appreciate that that well is going to get shut in after

8   two weeks of -- of production.  So that would be another

9   thing.

08:01  10       Q.   But SEC --

11       A.   And that was --

12       Q.   -- didn't lose any money on that, did it?

13       A.   No.  As I stated, SEC only saw interruption in

14   March of its operations because sometime in the middle

08:01  15   of March we weren't even allowed to move rigs in and we

16   had people on-site that were forced to basically leave

17   the site.

18       Q.   You testified earlier, I believe, that SEC as a

19   stand-alone company was never profitable; is that

08:02  20   correct?

21       A.   I was asked when -- if -- if it was profitable

22   between 2016 and 2020, I believe, was the question.

23       Q.   That -- well, was there a time period prior to

24   2016 that it was profitable as a stand-alone company?

08:02  25       A.   No.  I don't believe so.

LEXITAS

Howard Sklar

1    Q.   Do you know -- I mentioned earlier the Ellis

2  Number 1 well.

3            Do you know what happened to the cash call

4  advance money that was supposed to be drilled -- that

08:03  5  was supposed to be used to drill the Ellis Number 1

6  well?

7    A.   No, I do not.

8    Q.   Give me just a second here.

9            MR. PADDOCK:  I'll pass the witness.

08:04 10            THE VIDEOGRAPHER:  Anybody else?

11            (No response.)

12            THE VIDEOGRAPHER:  Going off the record,

13  ending Media Number 4.  The time is 8:04 p.m.

14            MS. RILEY:  This is Keri Riley.  We'll

08:04 15  need a copy of the transcript.

16            THE REPORTER:  Of both of them?

17            MS. RILEY:  Yes.

18            THE REPORTER:  Thank you.

19            (Deposition concluded at 8:04 p.m.)

20

21

22

23

24

25

LEXITAS

Howard Sklar

1                    CHANGES AND SIGNATURE

2              HOWARD SKLAR -  NOVEMBER 24, 2020

3    PAGE LINE CHANGE                    REASON

4    _____

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____

1          CHANGES AND SIGNATURE

2          HOWARD SKLAR - NOVEMBER 24, 2020

3   PAGE LINE CHANGE                    REASON

4   _____

5   _____

6   _____

7   _____

8   _____

9   _____

10  _____

11

12      I declare under penalty of perjury that the

13  foregoing is true and correct.

14

15      _____

16      HOWARD SKLAR

17

18

19

20

21

22

23

24

25

LEXITAS

Howard Sklar

```
 1   THE STATE OF TEXAS:

 2   COUNTY  OF  HARRIS:

 3            I, Denise Ganz Byers, Certified Shorthand

 4   Reporter in and for the State of Texas, do hereby

 5   certify that the facts stated by me in the caption

 6   hereto are true; that the foregoing HOWARD SKLAR, the

 7   witness hereinbefore named, was taken by me in machine

 8   shorthand, the said witness having been by me first duly

 9   cautioned and sworn to tell the truth, the whole truth

10   and nothing but the truth, and later transcribed from

11   machine shorthand to typewritten form by me.

12            I further certify that the above and

13   foregoing 2004 Examination, as set forth in typewriting,

14   is  a full, true and correct transcript of the

15   proceedings had at the time of taking said 2004

16   Examination.

17            I further certify that I am neither

18   attorney or counsel for, nor related to or employed

19   by any of the parties to the action in which this 2004

20   Examination is taken, and further that I am not a

21   relative or employee of any attorney or counsel

22   employed by the parties hereto, or financially

23   interested in the action.

24            I further certify that charges for the

25   preparation of the foregoing completed 2004 Examination
```



Howard Sklar                                                    Pages 150

1   were $_____ for the original thereof, charged to

2   Attorney(s) for THE OFFICIAL COMMITTEE OF UNSECURED

3   CREDITORS.

4              GIVEN under my hand and seal of office on

5   this, the 27th day of November, 2020.

6

7

8   _____

9   Denise Ganz Byers, CSR, RPR, RMR, CRR
    Texas CSR No. 2037
10  Expiration Date: 12/31/20
    Lexitas - Firm Registration No. 95
11  13101 Northwest Freeway, Suite 210
    Houston, Texas 77040
12  281.469.5580

13

14

15

16

17

18

19

20

21

22

23

24

25

Howard Sklar                                                      s Index: $1,035,257.60..15

## Exhibits

**Sklar 12.1**

**Sklar 12.2**

**Sklar 003** 5:12 22:25 23:4 64:16 69:4,8

**Sklar 13.1**

**Sklar 005** 5:15 40:16,17, 21

**Sklar 14.1**

**Sklar 007** 5:17 43:24 44:4, 6

**Sklar 15.1**

**Sklar 15.7**

**Sklar 15.9**

**Sklar 011** 5:20 52:25 53:1, 2

**Sklar 012** 5:23 55:21,22 56:1 102:11,13,18 124:22

**Sklar 013** 6:12 74:16,17 75:5

**Sklar 014** 6:15 80:14,15 100:17 101:12

**Sklar 015** 6:20 83:19,20

**Sklar 016** 7:11 91:3,5,8,23

**Sklar 017** 7:13 94:6,7

**Sklar 018** 7:15 97:10,11

## $

**$1,035,257.60** 53:13

**$1.6** 69:18 70:2

**$10,000** 37:19,20

**$125,000** 85:3 86:9

**$13.7** 101:16,18

**$130,000** 65:22,24 71:12

**$14** 81:6,14 101:3,13,22

**$2** 32:8,10,12,21 33:12

**$225,000** 44:23 71:10

**$25,000** 27:18 85:2,16

**$250,000** 88:1 128:7

**$30,000** 65:22 66:23

**$339,278.75** 71:23

**$357,000** 65:12

**$357,654** 66:6

**$41,000** 89:6

**$418,000** 110:22 111:3

**$49,899** 78:14

**$5.3** 105:23

**$5.8** 50:12,20 106:3 111:20 114:13

**$50** 57:13

**$50,000** 77:23

**$500,000** 51:20

**$544,342.12** 44:17

**$558** 53:15

**$560,000** 55:13

**$6** 105:4 109:16

**$67,654** 65:23

**$7** 32:7

**$790,041** 77:16

**$9** 31:24

## (

**(to)/from** 79:13

## 0

**02** 84:14

## 1

**1** 8:4 65:2 78:16,18 104:16,22 105:20 139:4 143:23,24 144:3,6,7,10 146:2,5

**1.6** 115:12

**100** 21:5,22 30:16 107:19 116:16

**10:00** 119:6

**11** 23:6 53:1,2,6,7,8 64:17, 20 69:2,4,9 71:17

**11.1** 53:7

**12** 55:21,22 56:1 63:1,2 102:11,13,16,18,20 124:22 125:1,3

**12-31** 85:2

**12-month** 110:20

**12.1** 102:14,15,20,21,23

**12.2** 103:22,23 104:2,17, 22 105:20 109:5,7,13 110:17

**12.3** 75:10

**12.4** 75:10,11

**125** 64:10 85:19,20 86:11, 15

**12:47** 92:2

**13** 74:16,17,18,19 75:5,13

**13.1** 74:18 75:4,6,14

**130** 63:6 66:8 71:14

**14** 75:11 80:14,15,16 100:17,23,24 101:12

**14.1** 80:16 100:23 101:2, 10,11,14

**14th** 80:25

**15** 36:10 60:25 61:1,2 65:13 69:21,24 83:19,20, 23 88:21 89:13 90:3



**15.1** 88:21,23 89:1,22

**15.7** 86:1,2,5

**15.9** 83:22 84:7,8,22,23

**16** 40:19 60:24 61:2,7 91:3,5,8,11,12,23

**166-2** 69:8

**17** 61:7 94:6,7

**18** 36:5,9 62:4,16,18 97:10,11

**19** 94:16

**1908** 25:14,16,17,21,23 41:17

**19th** 86:10

**1st** 13:12 21:21 37:24 47:13,17 53:16 56:15 70:1 71:9 114:24 115:10

---

### 2

**2** 84:21 86:7,8 110:17

**2-19** 86:15

**2-27** 86:15

**20** 84:14 123:6 145:3

**20,284,359.84** 80:2

**2000** 34:22

**2004** 8:4

**2010** 21:12 44:12

**2012** 35:1 74:25 75:18 77:17 78:16

**2014** 81:1,4

**2015** 61:5

**2016** 13:12 21:21 31:18 34:22 47:13 60:22,23 61:5,9,16,25 62:10 92:2 123:7 145:22,24

**2017** 27:18 60:23 61:9,16, 25 62:10

**2018** 62:2,14,15,23

**2019** 37:24 44:16,23 45:13 46:6,22 47:13,17 53:12, 16,23 54:22 55:2,7,12 63:4,5,9,20 64:4,5 65:19 66:6 70:1 71:9 85:17,22 105:4 106:25 107:2 109:16 110:21 111:1 137:5,23 138:25 139:9 141:2,22 142:1,4

**2020** 8:2 44:12 47:18 56:12,15 64:2,3,12,14 70:2 74:24 80:12,22 81:9 87:15 89:5 106:16,20 111:18 114:24 115:9 126:1 139:3 141:23 142:5,16,25 143:23,24 144:4,16 145:22

**21** 41:13 87:10,11

**21/16** 24:3,11

**21st** 94:13,16

**22** 142:15 143:13,22

**22nd** 53:12,23 54:22

**23** 71:11

**24th** 8:2

**25** 25:24,25

**25,000** 89:11 90:1

**25th** 80:22 81:9 92:2,15

**267,296** 87:1

**27** 75:18 77:17 78:16

**27th** 74:25 86:25

---

### 3

**3** 22:25 23:4 64:16 69:2,4, 8

**30** 43:25 44:3,5 64:21 66:2,19 110:11

**30.1** 65:7

**30.2** 69:15

**30.3** 71:20

**31** 43:25 44:5 105:3 109:16 110:21

**31st** 85:17

**324** 44:6

**3:26** 8:3

**3rd** 64:4,6 70:1

---

### 4

**4** 40:17,18 84:21 104:22 146:13

**40** 62:19 68:25

**40,000** 68:21

**41** 62:24

**42** 63:22

**42,000** 63:23

**4:26** 42:19,20

**4:35** 42:20,22

**4th** 64:6

---

### 5

**5** 40:17,21 41:12

**5.8** 106:9

**50** 25:24 26:20,21 28:9,10

**50/50** 28:9

**500** 62:16

**500,000** 62:25

**507** 89:25

**590** 97:19

**5:50** 83:14,15

**5th** 74:24 87:15

LEXITAS

**6**

**6** 85:3 90:1 119:9

**6-20** 65:21 66:7,8

**6-20-2019** 65:18

**67** 66:16

**67,000** 66:13

**697** 91:23,24

**6:00** 119:16

**6:09** 83:15,17

**7**

**7** 22:25 23:1,2,5 43:24 44:4,6 119:9

**7-05** 65:22

**7-24** 65:19,23 66:8

**7:43** 138:16,17

**7:48** 138:17,19

**7th** 56:12

**8**

**8** 23:1,3 26:1

**8/8** 108:1

**800** 130:20

**8:04** 146:13,19

**9**

**9.7** 41:17

**A**

**ability** 20:25 109:22

**Absolutely** 79:1

**accepted** 123:1

**access** 10:10

**account** 13:9 27:12 32:15, 21 71:10,13 73:19 79:4,5, 6,7 81:6,14,22 82:2,4,20, 25 84:12,13 85:10,11,12, 13,14,15 86:17,19,22 88:3 92:11,22 93:2,6,7, 14,24 96:5,14 101:17 107:19 112:12 114:7,8

**accountant** 110:3,5

**accountants** 28:22 29:3

**accounted** 37:16 93:12 99:2,11

**accounting** 19:20 22:9, 12,14,17,18 23:24 25:3 28:25 29:3,5,8,10,13 39:3 45:3 73:9 76:1,2,17 79:8 88:14,18 95:9,11 96:15, 20 97:4,7,16,22 98:13,18, 20,24 105:9 110:1,6 111:14,15 114:1 122:7,9, 13,16,17,20,21 124:7,9

**accounts** 27:13 45:13 82:24 98:21 128:8

**accrue** 77:25

**accrued** 141:7

**accurate** 16:5 21:6,7 31:13 46:23 48:17 57:3,4 70:3,4

**acquire** 34:14 35:5

**acquired** 34:25

**acronym** 78:4

**acting** 60:15 131:4 132:14,17

**actions** 126:11 128:4 129:4

**activities** 92:24 121:3

**actual** 16:1 21:13 25:2 27:21 38:22,23 59:12 68:24 119:23 122:8

**Ad** 9:2

**Adam** 8:18

**additions** 84:25

**address** 13:3,8,9 43:2,3,4, 5 125:11

**addresses** 13:10

**administration** 30:22 60:9

**admit** 114:12

**adopted** 133:3 134:7 135:13 136:1

**advance** 114:3 126:24 135:6 139:14,23 146:4

**advances** 107:3 111:21 124:5 139:8

**adverse** 129:4

**AFE** 140:11,18,25

**affairs** 16:1,5,20,22 17:11, 17,19 22:16

**afford** 71:1,3,16 116:4 118:9

**afternoon** 9:21

**agent** 15:24 16:14,15 17:8 42:12

**agree** 14:5,13,14 18:17 42:2 50:14,17,19 107:12 121:22,23 123:13 129:23

**agreed** 129:19

**agreement** 11:3,4 55:24 56:7 57:1,19 139:22

**agreements** 140:6,7,24

**ahead** 113:3 125:18 128:14

**aircraft** 30:11,12,24 31:4, 5,13,16,19,21 32:2 33:12 34:12,14,15,23 35:5,8,9, 12,24 36:7,14 37:2 38:9, 12,14,17,22,23,24 40:5

**airplane** 31:3 34:10 61:19

LEXITAS

Howard Sklar                                                                                                          s Index: ALA..bankruptcy

**ALA** 79:16,17

**Alan** 17:25 19:11 25:25 28:19 45:16 46:20 58:22 59:20 61:24 71:20 72:1,7, 8,16 74:5,15 79:17 105:6

**allocation** 26:19

**allowed** 145:15

**alphanumeric** 91:9

**amended** 40:23 66:13 72:4,5,9

**amending** 41:4

**amortized** 62:17

**amount** 26:22 28:6 61:20 64:9 68:9 70:6,12,14 72:13 73:1,23 77:16 78:1, 14 85:2,3 105:4 106:2 114:2 124:4 130:25

**amounts** 61:23 98:22

**and/or** 66:5 67:15 90:6

**annual** 28:23 60:21 62:15

**annualized** 77:4

**answering** 11:16,20

**answers** 50:12

**anymore** 24:9 34:11,12

**AP** 45:13 46:9,21

**apartment** 26:9,12

**apartments** 26:10

**apologies** 102:17

**apologize** 31:9 89:23 93:20 99:19 113:2

**appearances** 8:7

**appearing** 8:15,24

**appears** 80:25 102:23

**applied** 28:7 70:13 112:17 113:16,18 114:18

**applies** 137:7

**appointed** 13:21

**appointment** 119:19

**appointments** 119:20

**appreciated** 138:12

**approximately** 60:21 88:1 89:6 101:22 114:14

**April** 13:12 15:9 47:13,17 53:16 56:15 70:1 80:22 81:9 89:25 114:24 115:10

**Arcadia** 25:10 41:19

**arising** 90:7

**asset** 110:2,10

**assets** 34:7 61:19 109:15, 19 110:15

**assist** 12:16,18 20:24

**assistant** 93:5

**assisting** 12:12

**assume** 24:24 36:21 44:19 45:2 75:25 98:17 124:8 131:23

**assuming** 104:13

**assumption** 141:8

**attachment** 75:5 102:19

**attachments** 102:18

**attend** 10:2

**attended** 119:20

**attest** 96:16 97:6

**attorney-client** 127:8

**attorneys** 127:16

**attributable** 27:25 29:1 46:1 99:21

**Aubrey** 8:14

**audio** 129:25

**auditing** 29:9 122:9

**auditors** 68:22

**August** 46:17,18,22 94:13,16

**authored** 120:18

**authority** 34:2

**authorize** 74:4

**automobile** 90:19

**average** 119:5,6,8

**avoid** 36:3

**aware** 52:5,10 54:4 125:24 126:2,23 127:17 128:23,25 129:3 137:10

## B

**back** 17:10 19:22 33:9 36:4,5,9,10 42:21 45:6,23 48:16 55:17 62:9 63:21, 22 69:2,21 71:17 73:2,3, 11 74:14 78:24 80:25 83:10,16 86:3 88:20 89:5 97:5 98:14 99:15,25 100:17 102:4,16 113:6 120:2 124:23 133:2 138:18

**backup** 87:17

**balance** 104:17 109:14

**ballpark** 27:2 35:16

**bank** 8:22 32:2,5 55:17 57:1,9 63:13 83:25 84:12 92:22,25 93:1,4 101:5,8, 23 102:2 103:18,21 124:17,19 126:1,10,23 127:19,22,25 128:3,7,19, 23 129:4,7

**Bank's** 55:15

**banking** 84:19 93:3

**bankruptcy** 56:15,18 57:2,6,23 58:2 64:2 89:10 102:6 114:13,25 115:10, 15 116:7 117:17 118:13 119:22 120:19 121:7

LEXITAS

126:15,20,24 127:19
128:5 129:4 136:8

**Barlow** 14:11

**barrels** 130:20

**base** 128:16

**based** 33:7 70:10 71:15
81:20 118:8

**basically** 15:25 23:15,20,
22 25:8,19 28:7 30:25
33:7 37:2 38:15,25 54:1
56:9 60:7,25 76:2 77:13
78:11 81:21 83:1 93:3
95:19,22 99:22 109:23
130:5 133:22 134:18
138:23 145:16

**basis** 22:2 28:24 60:20
80:8 108:1 110:22 111:3
120:25 135:4 141:19

**Bates** 91:7

**bathroom** 10:8

**bear** 13:8 105:18

**began** 62:14

**beginning** 8:3 35:20 63:5
64:1,3 141:22 142:5,16

**behalf** 8:10,13,16,18,21,
24 9:1,7 33:23 34:3 42:10
75:25 78:24 92:22,24
100:13 108:7,11 112:14
113:13 115:17 124:17
145:2

**Beiner** 8:9

**belief** 42:4,13

**Ben** 8:16

**beneficial** 28:3,12

**benefit** 107:16 123:18

**big** 135:12

**biggest** 10:24

**bill** 37:8,12,13,19 38:2,6,7
140:21

**billed** 36:13,18 39:21,25
40:2

**billing** 107:18 108:25
109:3,4,15

**billings** 38:1

**bills** 32:16,17,22 52:24
54:3 92:9 99:23 107:7
132:24 133:9,23 136:7
141:9,11 142:12

**bit** 11:7 29:14 117:2

**board** 21:24,25 22:4
29:19,23 30:4,5

**Bobbie** 53:9 92:16,20
94:14

**bold** 65:1

**bonus** 64:4,9 85:21 86:12
89:16

**book** 119:19

**booked** 38:19

**books** 28:7 29:9 88:15

**borrow** 101:7

**borrowed** 82:1 101:3,12,
22

**borrowing** 81:6,14

**bottom** 53:9 77:15 91:8
95:8 104:16,23

**bought** 101:23

**Boulder** 9:14 85:7 95:18
119:1,3 120:4 122:3

**Boulders** 26:5,7,20 41:17
72:15 73:25

**box** 135:12

**Bradley** 8:23 100:13
123:3

**Brand** 25:14,16,17

**Brands** 25:21,23 41:17

**break** 10:9 11:10,12,13
42:16 83:10 138:11

**breed** 78:11

**Brescia** 9:6

**Brinen** 8:16

**bring** 10:13

**broke** 126:15,22 136:13

**brothers** 130:15

**Bryan** 8:21 124:16

**Bryce** 8:20 124:16

**building** 26:9,10

**bunch** 25:20 84:2 96:3

**business** 13:14 22:3 35:7
36:18 38:20 39:2,21 40:1
43:2,3,5 91:17 93:24
119:11

**businessman** 110:8

**Byers** 9:12

**Bylaws** 25:14

---

**C**

**calculated** 80:5

**calculations** 110:6

**calendar** 77:17,20 119:18,
24 120:3

**California** 97:25

**call** 39:7 40:3 49:23 50:5
51:8,19 52:5 105:22
107:3 111:20 112:7,16
113:15 114:3,21 124:5
135:6 139:7,14,23 143:24
146:3

**called** 9:16 23:6 26:4
29:23 42:7 94:1 101:14

**calling** 16:25 17:5 53:15

**calls** 135:20 141:18

**capacity** 28:21

**Capex** 106:16 108:4
129:21,22



**capital** 107:2,8 109:7 135:14,16 136:3,5,16 138:22 141:3,5,25 142:7

**car** 91:21 92:24

**card** 66:15,17,18

**carry** 143:19

**case** 21:8,9 25:23 36:24 38:4,21 65:2 72:16 73:24 74:11 103:11

**cash** 40:3 48:3,5 49:23 50:5 51:8,19 52:5,23 57:21 103:1 105:22 107:3 110:10 111:2,20 112:16 113:15 114:3,21 124:5 129:2 133:13 135:6,20 136:6 139:7,14,23 141:18 142:17 143:10 145:4 146:3

**category** 101:14

**caused** 109:8 131:19 135:16

**Cave** 8:21 124:16

**Central** 8:3

**CEO** 15:18 20:13 29:25 60:15 115:1 125:16,24 127:18,21

**Cessna** 31:20 34:13 35:24 37:24,25

**cetera** 65:4 88:1

**CFO** 15:4 27:5,6,7 29:25 34:1 39:3,7,15 60:7,10,12 67:2 68:1,2 96:21 105:16 115:1 116:2 117:23 118:19 119:10

**change** 62:11 63:9 69:19 135:18 144:5

**changed** 89:12

**charge** 33:18,19 38:16 72:21

**charged** 36:25 37:1,5

39:18 98:6,8

**charges** 98:19

**chart** 77:6 79:12

**Chase** 84:12 88:2

**check** 54:17 72:22 73:2,3 94:14,20,24 95:3,9,11,25 96:24 115:25

**checking** 79:7

**checkmark** 96:12

**checks** 72:21

**chief** 14:6,17

**Childrens** 96:25

**Chris** 14:23 15:1 70:21 92:8

**chronological** 84:5

**circulated** 10:11

**claim** 42:2

**clarification** 58:5

**class** 9:4

**clear** 17:2 62:22 116:23 126:3

**clearer** 135:23

**client** 8:13 9:3 124:3

**close** 18:25 31:24

**closer** 18:19

**code** 91:9

**coincidental** 14:25

**collateral** 128:1,5 129:5

**collected** 132:18

**collecting** 145:2

**Colorado** 9:14 95:22 97:25 120:4

**column** 44:7 45:7,9 76:22 101:14,16

**combine** 84:1

**combined** 103:20 104:9, 12

**combining** 131:20

**comfortable** 18:25

**commence** 127:22

**Commerce** 24:3,11

**committee** 8:10 9:2,5,16 12:5 60:1,3

**Committee's** 12:13

**communicated** 33:25

**communicating** 101:1

**communication** 57:17

**communications** 126:15 127:8

**companies** 41:25 48:21 67:10,18 104:9 122:9

**company** 8:17 12:25 22:3 23:15 25:18,19 27:17 32:3 33:17,20 36:20 39:7, 12,13 48:2,22 54:11 55:7, 11 60:16 66:18 67:5 68:8 69:1 70:9 73:11 92:9 94:1,3 98:6,8,15 111:2 112:1 113:24 116:4,25 127:16 145:19,24

**company's** 66:14

**compensated** 61:4

**compensating** 67:17

**compensation** 32:17 60:1,5 67:1,9,21 68:9

**complete** 143:7

**completed** 114:10,19 140:3,22

**completion** 55:10

**component** 61:8 62:13,14 68:19,25 118:6

**concern** 51:7 54:23 111:25



Howard Sklar

s Index: concerned..date

**concerned** 51:10

**concert** 20:8 118:18

**concluded** 146:19

**conclusion** 41:9,23 67:4

**condition** 115:1

**conditions** 11:19

**conduct** 13:14

**conducted** 9:11

**conjunction** 60:11,14

**connection** 103:17

**Conroe** 41:17

**conservative** 143:16

**consolidated** 104:3,5,7
  109:14 110:19,22 111:3

**consult** 67:16

**consultants** 67:8

**consultation** 60:7 67:2

**content** 125:21,22,23

**contents** 53:13

**Continue** 31:10

**continuing** 142:10

**contract** 37:23

**contracts** 34:2

**contribute** 74:14

**contributed** 61:20

**contribution** 73:15

**contributions** 61:2 72:11
  73:11

**control** 12:21

**controlled** 117:1

**controller** 34:4

**controller/cfo** 15:1

**controllers** 14:23

**Controls** 23:7

**conversation** 29:16 40:10
  42:25 43:1 49:20,21

**convertible** 110:10

**COO** 14:12 58:7 60:7,12
  68:1,2 118:15,19 119:10
  123:24

**copied** 56:20

**copy** 13:3 111:12 125:13
  146:15

**corner** 23:12 79:11

**corporate** 58:1 127:2

**correct** 14:21 15:6,13
  16:19,21,24 17:13,17
  20:17 21:23 22:22,23
  24:19 25:15 29:13,21,24
  30:1,2 35:3 38:13 40:19
  43:12,23 45:11 46:19
  48:4 53:7 55:20 56:15,16,
  19 58:7,8,16 59:1 65:9
  79:20 89:6,7 92:7 95:1
  98:11 101:20,25 107:20
  114:16,21,22 116:8,9,11,
  12,14,15,17,21,22 118:5
  125:3 126:20 128:24
  132:18 134:16,22 135:1,
  8,9 136:19 139:14,24
  145:20

**correctly** 53:18

**cost** 28:10 37:18 108:25
  137:5,6

**costs** 39:20 98:16 138:22

**Cottonwood** 9:4

**counsel** 8:6 15:5 58:1,3
  68:3 84:16 112:5,8 113:1
  127:2,3

**country** 78:12

**couple** 10:8 26:2

**court** 18:14

**courts** 89:10

**cover** 125:3

**CR3** 41:3

**crashed** 144:1

**created** 35:4,14 80:8

**creating** 75:24

**credit** 124:5

**credited** 64:22

**Creditors** 8:11 9:5,17 12:5

**Creek** 41:19

**crisis** 142:17

**CRO** 13:1,22

**Crooks** 9:3

**Crosstalk** 21:15 26:13
  31:7 37:6 43:14 56:4,24
  62:20 63:17 73:4 76:14,
  21 77:2 87:20 89:21
  91:13 93:18 96:18 99:17
  104:15 106:23 112:20
  117:15 123:12 125:17
  128:13 137:14 141:16

**CSP** 87:7,17 88:2

**curious** 43:19,21 77:25
  96:8

**current** 13:12 20:22
  109:15,19 110:2,10

**custodian** 122:12

**custody** 12:21

**cut** 107:11 115:25

**cycling** 94:25 95:16,18

---

**D**

**daily** 120:25

**dashboard** 80:11

**data** 29:12 88:18

**date** 8:2 13:12 34:16,17
  47:17 53:12 56:11,14
  65:11,23 69:13 70:18



**dated** 80:21 87:15

**dates** 69:22 144:8

**Dave** 16:8

**David** 8:23 14:11 100:12

**Davis** 130:11,14,15 131:8

**day** 53:15 115:5 119:5,6, 8,21 120:21,22 121:5 126:21,22 130:20

**days** 66:2 71:11 110:11 120:4

**Daytimer** 119:19 120:7

**deal** 130:4 144:7

**debt** 128:4

**debtor** 23:7 65:2 129:5

**debtors** 12:4,12 13:5 42:3,5 55:16,18,19 88:11, 17 89:17 90:1

**debtors'** 86:21

**December** 85:17 105:3 109:16 110:21 111:1

**decide** 60:8 116:3

**decision** 20:6,10

**decision-making** 55:6 57:23 58:10

**decisions** 20:11

**default** 128:24,25

**defer** 97:21

**defines** 23:20

**definitions** 110:13

**delivered** 68:8

**Denise** 9:11 113:7

**Denver** 97:25

**deny** 118:1,3

**department** 60:6,11 76:2 98:18,20,24 111:14 122:20 123:21,22,24

124:1,7

**depend** 27:21 110:5 119:9

**depended** 110:5

**depending** 27:23 37:12

**depends** 27:3 110:12 133:8

**deposit** 86:9

**deposited** 27:12 44:18 135:1

**deposition** 9:10 10:3 146:19

**deposits** 44:16,22 84:24 85:1 87:25

**Describe** 77:5

**description** 72:6

**detailed** 73:9

**details** 72:4

**determination** 39:1,4 70:16

**determine** 38:19 57:6 67:8,16 70:6,14 71:25 73:14

**determined** 71:8,11

**determines** 67:1

**detrimentally** 133:18

**devastating** 57:21

**dial** 83:10

**differently** 15:2

**difficulty** 10:16

**dinner** 119:10,13,17,25

**DIP** 58:24,25 59:2,7,9

**direct** 91:11 111:23 115:15

**directly** 12:14 88:2 90:12

**directors** 21:24,25 22:2 29:19 30:4,5

**disagree** 41:9,23

**discoveries** 54:1,3

**discovery** 130:18 145:6

**discuss** 22:3 70:25 115:1 119:11 121:2

**discussed** 13:18 40:12 60:18,19 68:8,19 85:20 87:22 118:3 141:3 142:6

**discussing** 125:19,20

**discussion** 41:8 142:25

**discussions** 41:2 111:19, 23 112:1,8 116:2 141:23 142:4,10 143:4,5

**disingenuous** 117:2

**dispute** 106:4,6

**distortion** 129:25

**distress** 129:20 133:4 136:2

**distributed** 32:12,13,14 61:21,23 69:12 70:17 74:10

**distribution** 24:8 61:18 62:8,13 65:21 66:19,20, 23 67:5 69:18 70:24 72:1, 13,14 73:15,23 74:4,13 85:18,21 86:12 87:6 89:15 115:16 117:20

**distributions** 61:1,6,7,9, 13,15,17,22,25 62:3 63:14,25 64:14,22 65:10 66:6,25 69:22,23 70:2,6, 14 71:15 72:7,10 73:10 74:8 79:5 89:17 115:11 117:25 118:2,4,8

**dive** 91:15

**divided** 62:25

**division** 27:21

**divisions** 25:2

**divorce** 90:7,14

Howard Sklar                                                          s Index: Docket..ex-wife

**Docket** 44:6 69:8

**document** 10:17 22:24
24:17 26:2 41:12 43:25
56:8 65:14 69:6,22 71:18,
19 72:5,8,9 75:8,16 79:12
84:7 91:15 95:3,25 97:4,5
122:14,16

**documents** 10:15 12:12,
15,17,19,20 13:2,6 28:23
29:6 84:3 123:19

**Documents\sklar** 95:9

**dog** 77:23 78:1,2,3

**dogs** 78:5,11

**dollar** 32:24

**dollars** 63:24 115:12

**drag** 133:12

**drags** 133:6 134:13

**drain** 135:16 136:17

**drill** 108:13 146:5

**drilled** 53:24 54:5 139:5
146:4

**drilling** 54:2,11 55:9,10
106:15 107:18 108:1,5,6,
22 109:1

**drop** 144:15

**dropped** 144:7

**dry** 30:25 31:1,11 36:21
129:20 130:1,7,8,18
131:19 132:10 133:4,17
136:2 138:22

**Duane** 8:16 9:6

**due** 73:16 79:13 99:14

**duly** 9:17

**duties** 118:11 119:1

**duty** 112:15 113:14

## E

**earlier** 10:11 13:8 21:4
22:15,20 23:11 27:20
29:15 31:12 34:6,14 40:7,
8 42:6,23 43:11 45:4,24
49:5,18 58:4,21 69:11
75:17 89:4 90:4 106:1
111:6 115:10 129:18
138:20 141:13 145:18
146:1

**early** 81:4 142:25

**earmarked** 49:24

**earnings** 70:11,12

**easier** 93:5

**East** 8:21 55:15,17 57:1,9
101:5 102:2 103:18,20
124:17 125:25 126:9,23

**easy** 91:9

**electronic** 121:19

**Ellis** 139:4 146:1,5

**else's** 84:19

**email** 13:3,8,10 53:9
54:15 56:1,9,11,17,20
74:23,24 80:17,19,25
81:8 87:16,21 94:13
101:1 125:3,8,10,13,15
126:4,9

**emails** 13:7 87:25

**employee** 92:5

**employees** 15:25 16:2,3,
17 17:12,15,16 19:25
22:16,21 29:15,19 30:7,8,
18,21 32:18 42:24 43:20

**end** 31:17,18 34:22 82:8
83:6 110:25 139:8 141:2,
22 142:4 144:12

**endeavor** 11:1 91:16,19

**ended** 130:7

**ending** 105:3 110:21
146:13

**enforce** 127:23

**enforcement** 126:11
128:4

**engage** 90:24

**engaged** 55:6,8 58:2 91:1

**engineering** 20:23 21:3
118:15,17 120:13,14,15,
20,22 121:2

**engineers** 121:3

**enjoy** 90:19

**ensure** 28:22

**entirety** 10:5,7

**entities** 16:16 23:11 26:3
40:11 41:16 49:1 96:3,9,
23 104:4,6 111:13 116:25
121:18

**entitled** 26:4 75:17

**entity** 17:3 22:18 24:4,6
26:4 35:5 40:9 135:10

**entries** 23:24 45:20 86:15
97:3,18,20

**entry** 45:3 105:19

**equitable** 41:24

**equity** 32:9

**equivalent** 68:25

**escheated** 82:7

**estate** 19:16,19 24:5,6,12,
13 87:5

**estimate** 115:6

**estimated** 137:6

**evening** 100:12

**everyday** 55:6

**evidence** 90:5

**ex-wife** 90:6,12,16

Howard Sklar                                                    s Index: exact..financial

**exact** 26:25 27:9,10 31:23 34:17 39:10 62:25 70:15 115:3,8 124:4

**Examination** 8:4 9:19 100:10 124:14 129:14

**examined** 9:18

**exams** 100:6

**Excellent** 10:2,14 23:5 53:20 64:21 91:14 94:24

**excess** 129:21,22 135:14, 15 136:3,5,16 138:22 141:3,4,25 142:7 143:1

**excuse** 15:21 17:4 24:23 36:1 43:15 76:9 113:17 127:13 131:12 139:3

**executive** 60:16,19 67:9 68:9

**executives** 60:5 67:17,20

**exhibit** 22:25 23:4 40:16, 21 43:24 44:4,6 52:25 53:2 55:21,22 56:1 64:16 69:4,6,8 74:16,17 75:5,6 80:14,15 83:19,20 84:22, 23 86:1,2 87:10,11 88:23 91:3,5,8,23 94:6,7,19 97:10,11 100:17 101:11, 12,14 102:10,11,13,14, 15,18 103:7,10,22,23 104:2,17,22 105:20 109:5,7,13 110:17 124:22

**exhibits** 10:11 83:24 84:17 88:20 91:6 100:15

**exist** 24:9 121:17

**existed** 37:23 74:3

**existence** 24:7

**exists** 30:11

**expended** 98:22 112:3

**expending** 78:24

**expenditure** 111:20

**expenditures** 107:2,8,15 109:7 136:16 142:1,8

**expense** 39:22 50:25 72:20 117:4 129:21

**expenses** 23:24 27:24 31:5 36:13,23 40:4 61:14 76:23 77:15,22,23 78:1, 15 79:9 91:20 93:14 106:10,14,17 108:10 111:1 115:17 129:22 131:20 135:7,14,16 136:3,5,7 138:22 141:3,5, 7 143:1

**expensive** 130:6,17 145:6

**explain** 50:3 72:12 79:2 83:23 133:16

**explanation** 106:14

**exploration** 8:17 13:8 14:2,3,9 15:25 16:2,23,25 17:6 20:9,14 21:10,12 22:15 27:7 29:2,4,13 30:25 31:2,3 32:4 35:20 36:22 43:4,5 44:21 48:22 49:6,7,17 50:24 57:10 64:15 81:25 87:8 88:5,9 89:11 92:6 95:17,24 101:22 102:1 103:17,19 104:3,5 107:8,16,18,25 108:5,7,11,22,24 109:1,9 112:14 113:13 115:2,16, 24 116:8,17 118:12,15, 19,21 121:20,21 122:15 131:12 132:9 133:21 139:18 140:2 142:20 145:1,2

**Exploration's** 17:16

**extent** 84:16 112:7 127:5, 7 132:19

---

## F

**facilitate** 93:15

**fact** 60:24 78:2 82:25

126:14 128:20 138:21

**factors** 57:2,5,7

**failure** 144:15

**fair** 21:20 67:21 126:7,8, 16 129:5,6

**familiar** 11:25 54:9 96:14, 23 97:2 103:1 139:4,6 140:5,8

**family** 19:13 87:4 96:5

**Farel** 14:23 15:2 34:5 53:10 70:19,21,22,23

**Farrell** 15:1 55:2 70:21 71:8,11 92:15 117:18,20

**February** 80:10,12,25 86:10,25 89:18

**fee** 17:18 22:16 29:2,7 38:16 49:5 73:1

**feel** 11:10

**fees** 72:18

**felt** 68:22

**Fern** 26:5,7,20 41:17 72:15 73:25

**field** 25:11

**figure** 26:25

**figured** 70:23 113:9

**file** 57:6,23 95:8 120:12

**filed** 28:22 42:1 52:8 64:2 114:13

**filing** 56:14,18 57:3 65:2 106:2 114:25 115:10 118:12 120:19 121:7 126:15,20,24 127:19 128:5 129:5

**final** 24:8

**financial** 14:7 53:22 103:18,19,20 104:3,7,8 110:9 115:1 129:20 133:4,6,12 134:13 135:16 136:2,17 143:24



Howard Sklar                                                                    s Index: financials..graph

**financials** 63:10,12,15,19

**fine** 83:7

**finish** 10:25 11:2 73:7 76:5 112:24

**finished** 31:9 93:20 99:19 100:1 113:2 119:16

**fired** 123:7

**firm** 8:21 29:3,8,10 88:14, 18 123:1

**five-minute** 42:15

**Flexjet** 34:11 37:21,23 39:21 66:15 97:16,22 98:1,10,16

**Flexjet along** 34:1

**flip** 69:21 87:10

**Float** 101:17

**Florida** 130:18 131:8

**flow** 57:21 99:6

**flying** 97:24

**focused** 119:21

**follow-up** 100:7,14

**forbearance** 126:5

**forced** 130:21 145:16

**Ford** 8:16

**foreclose** 128:1

**Forgive** 107:11

**form** 16:6 33:3 48:18 49:3 50:15 51:4,12,24 52:13 65:3 71:4 80:10 92:10 95:2,10,15,25 96:9,17 107:21 108:14 117:6 121:9 133:14 140:14 142:18 144:17

**formal** 22:1

**format** 84:1

**forms** 96:15

**formula** 70:13,15

**forward** 102:5 141:24 143:2

**forwarded** 74:23

**forwarding** 80:25

**found** 54:8 90:5

**foundation** 96:5 109:10 114:5

**fourth** 109:18

**fractional** 34:10

**frame** 13:12

**France** 92:9,22 93:2,24

**free** 11:11

**Friday** 75:18 76:4,11 77:10

**front** 69:3 125:5

**froze** 83:4,8

**Fugasity** 23:14,15 24:7 27:17

**fulfill** 99:23 117:11

**full** 18:1

**fully** 81:5,13,23 82:24

**fund** 25:5,7 26:16,19 41:18 51:10 52:12,21 82:2,24 91:20 141:24 142:6

**funded** 81:5,13 83:1

**funded,'** 81:24

**funds** 40:14 44:7,10,18 45:8 47:21,22,25 48:9 49:1,24 50:7 51:10 52:7 74:2,4 86:13 94:1 99:5 112:1,16 113:15,18 136:21 139:17 142:14

**fungible** 136:6

---

## G

**G&a** 49:6 136:7,22

**G:\sklar** 95:8

**gap** 68:20

**gas** 20:3,4,5 25:11 33:7 45:5 46:1 47:5,10 48:15, 23 49:10 62:7 70:9 72:17, 20,25 73:21,22 74:11 99:24 111:16 130:22

**gave** 14:11

**GC** 15:14,15

**general** 15:5 20:23 32:15 55:9 79:7 115:7 119:24 125:22 140:13,16

**generally** 35:16 110:9,11 125:24 126:2 140:9,12

**generated** 44:18

**generates** 27:17

**Geoff** 80:21 87:17 92:2, 15,19 93:5,11 94:13

**Geoffrey** 33:16,17

**give** 115:6,8 121:14 137:16 146:8

**gmail** 13:9

**going-forward** 142:6

**good** 9:21 13:16 54:7 83:9 100:12 122:17

**Gore** 53:9 94:14

**Goza** 8:14 139:11

**Graham** 8:16

**Grant** 8:9

**granted** 89:11

**Grantor** 18:3 26:5 28:17, 19 71:21 72:1

**graph** 47:9



Howard Sklar                                                                    s Index: great..income

**great** 83:12 144:7

**group** 8:13 9:7 26:10 97:7 108:11 120:16 129:17

**grown** 106:2

**guarantee** 58:17,19

**guess** 82:23

**guys** 82:21

---

## H

**H2so4** 130:25

**half** 57:12 63:13 104:23 137:5,23 138:23

**handle** 143:2

**handled** 12:24 43:11 98:13

**hands** 84:20

**happen** 71:3,13 74:6

**happened** 32:23 39:6,9 49:8 106:8 128:22 143:23 146:3

**happening** 114:23

**happy** 11:13

**hard** 13:3 18:11,12,17

**Hardt** 8:9

**Harr** 8:9

**harvest** 25:8

**Hatcher** 15:7 57:25 58:12 68:2

**head** 60:6 122:20 123:24

**heading** 65:1

**heads** 60:11

**heads-up** 81:4 127:19

**hear** 9:22,23 18:2,17 130:13

**hearing** 18:13 124:13

---

**hedged** 57:13

**hedges** 57:10,18,19,20

**held** 111:17 112:12 114:7, 8

**Helium** 130:4,5 131:2,9 132:1,12,17,23 133:5,11, 17 135:5,11 137:11,15,24

**helpful** 136:14

**helping** 88:14

**Hey** 55:2 126:10 143:1

**hfsklar@ sklarexploration.com** 125:10

**higher** 144:11

**Hirsch** 8:18

**hobbies** 78:9 117:5

**hobby** 90:21,25 91:1,16, 21

**Hoc** 9:2

**Hold** 112:6 127:4

**holders** 26:24

**holds** 19:20 23:7 41:24

**hole** 130:7,8,19 138:22

**holes** 129:20 130:2 131:19 133:5,17 136:2

**Holman** 16:6,8 33:3 48:18 49:3 50:15 51:4,12,24 52:13,22 71:4 76:5 83:9 107:21 108:14,17 109:10 112:6,24 113:5,7,11 114:5 116:18 117:6 121:9 127:4,7,10 133:14 140:14 142:18 144:17

**home** 78:10,21

**hour** 138:10

**hour-by-hour** 119:23

**hours** 37:1,13,14 38:17,24

---

**Howard** 8:4,19 9:15 17:23 19:10 21:5,14,21 24:18 25:1,24 28:13,15 30:14 41:6 45:17 46:21 55:3 59:19 65:8,17,18 69:15 76:22 77:6 79:19 80:1 85:7 92:22 96:11 99:21, 24 103:5,6 105:5,7 116:13,16 121:25

**Howard's** 75:17 88:2 92:9

**Howell** 8:24 100:13 124:3

**HR** 33:19

---

## I

**idea** 35:17

**identified** 135:13 136:15

**identify** 91:10 114:2 120:3,12 135:15 137:4,9, 21,25 138:2,3

**idiots** 82:8,9,22

**II** 40:9

**imagine** 43:3

**impacted** 133:18

**important** 58:9,15

**inaccurate** 47:2,4

**inception** 21:18

**include** 32:17 40:23

**included** 54:17 82:13

**includes** 78:20

**including** 41:4 65:3 108:9 135:20

**income** 23:23 27:24 28:10 33:6,8 45:5 46:1 47:5,7, 10,23 48:14 49:10,12 62:6 70:9,10 72:14,20,24 73:13 74:1,12 79:8,10 88:16 99:21,24 103:10,12 104:10 110:21 117:23 136:22 144:25

---



Howard Sklar

**inconvenient** 93:23

**increase** 131:20

**increased** 144:25 145:1

**incurred** 107:15 108:11
109:1 111:1 117:4

**indebtedness** 58:18

**individual** 23:25 24:1 28:2
37:13 38:4,6,8 60:6,20
99:6

**individuals** 99:14

**information** 84:19 92:21
123:17

**infusions** 48:3,5

**inhouse** 68:3 127:2

**initially** 38:19 134:20

**inside** 88:17

**insider** 65:3

**insiders** 64:23 69:12

**instance** 28:9 36:17 37:25
39:5 55:1 71:9 80:1
96:11,24 144:24

**instruct** 112:6 127:10

**insurance** 57:12

**intended** 51:11 114:15

**interchangeable** 18:4

**Intercompany** 79:12

**interest** 9:2 23:21 25:13
26:11,23 27:22 39:22,25
40:2,23 41:16 44:20 48:6,
14,15 49:12,14,16,18,23
50:6,7 51:3,9,18 52:6
53:25 107:16 108:5,8,12,
23,25 109:15 112:15
113:14 114:1,11 121:8,
11,13 123:18 132:24
134:21,24 135:7 140:9,
17,19,20,21,24 142:11

**interested** 52:15

**interests** 8:25 25:3 41:24
42:5 44:21 49:12 100:14
124:1,3

**internal** 38:18

**interrupt** 18:7,8 138:9
144:2

**interrupted** 73:6 145:5

**interruption** 145:13

**invest** 24:14 81:6,15
101:4,13

**invested** 23:17 48:22
49:15 74:2 130:6,16
131:16

**investment** 23:16,22
24:12,15 25:21 28:5
41:11,25 130:5 131:3,21

**investments** 20:3,4 23:19
26:23 27:11 33:18 40:15
42:10 72:15 74:8 101:15
102:24 103:4,13,14
104:9,10,12 111:17
118:22 122:10 130:4
131:23

**invoice** 53:16 54:4

**invoices** 98:10

**involved** 19:14 41:2 57:22
131:16 133:20,21 143:7

**involvement** 12:11,14

**ipad** 10:12,13 87:12
120:23

**issue** 11:6 18:11 41:15

**issued** 50:5 51:19 63:20
114:21 128:24,25

**issues** 17:12 144:19,21,
22

**issuing** 108:25

**item** 46:4,10 64:21 71:20
78:16 80:1 85:16 86:25

## J

**Jacob** 17:24 18:1,2,3,4
25:24 26:5,21 28:16
45:18 46:22 58:22 59:19
61:24 72:17 74:5 121:25

**Jacob/sam** 19:11 79:23

**Jake** 74:14

**James** 88:13 109:2

**James'** 113:22

**January** 21:21 44:12 64:7,
8 70:1 78:16,18 84:14
85:3 89:17 143:23 144:3,
6,12

**Jay** 9:3

**Jeff** 8:16

**jerseys** 95:21

**jet** 37:9,11 66:15,17,18

**JF** 8:24 100:13 124:3

**JIB** 40:3 47:6,23 48:7
49:6,19 50:13 51:8 52:11,
21 72:21 73:2,13,17,20,
21 109:4

**JIBED** 109:24

**JIBS** 33:8 136:23 139:16,
18,19 141:18

**job** 10:22 118:20

**jobs** 114:19

**John** 8:14 15:3 56:9 57:24
80:21 81:3 87:16,24
88:10,13 105:16

**joint** 73:18 108:25 109:14
139:22 140:5,21

**Jones** 14:16 54:16 55:2
57:24 58:6,12,13,14
74:24 80:20 87:16 123:23
124:6 139:11

**judgments** 110:7



Howard Sklar

Julie 103:2,3

July 46:13,14 66:6 74:25 75:18 77:17 78:16

June 46:6 47:13,17 66:6

---

## K

K-1 23:22

K-1S 28:1

Katchadurian 10:3,21 12:7 13:18,21 14:4,11 17:25 20:15 21:4 23:10 31:12 33:6 40:8 41:3 45:4 47:5 49:20 52:14 70:8 75:17 90:4 99:20 106:1 107:6 109:2 112:4,10 121:16 129:19 131:18,23 133:3,19 134:7 135:13,25 139:16 142:19 143:9

Katchadurian's 11:23 50:10 112:19 113:20,22

Kelly 8:24 100:13

Keri 8:15 42:14 146:14

kind 36:12 82:24 87:12 135:12

knowledge 26:22 32:11 39:24 54:7 80:10 93:10 109:22 126:13,14 127:22, 24,25 128:2,3,6,15,17 132:22

Kopf 8:9

---

## L

lack 78:8

lag 11:6

land 68:3 123:21,22,24 124:1

large 77:23 145:6

larger 61:20

Laurent 94:4

law 8:21 122:11

lawsuit 127:23

lawyer 123:4

lawyers 42:1 100:6 127:15

learned 129:3

lease 31:1,3,11 36:21 38:14 66:16

leasing 30:12 34:12

leave 15:8 119:7 145:16

led 57:2,5 136:8

left 15:9 24:21 44:6 101:17

left-hand 45:7

legal 41:24

Legalview 9:11

Leighton 8:21 124:16

lender 55:15

letter 92:10 128:24 129:1

level 25:4 98:13

liabilities 104:18,23 105:21 110:15

lien 51:20 52:8

lifeline 57:15

light 141:25 142:7

likewise 62:8

lines 49:22 126:12

list 102:25 103:1 104:4

listed 23:11 96:4,24

listing 44:10

literally 120:22,23 121:4

LLC 13:24 14:1 21:13 22:18 30:4,7 60:24 116:8, 10

Lloyd 123:22,25

LLP 124:16

loan 32:2 43:6,8 55:17 57:10 58:24,25 59:2,7,9, 14,16,18 101:4,5,8 102:1, 2 103:18 126:6 127:23 128:10

loans 58:23 59:12,21

located 26:14 122:1,2,4

location 9:13

logbooks 38:23

logo 95:24

long 21:8 77:25 102:3 115:18

long-term 82:5

longtime 110:8

looked 13:7 67:24 69:11

lose 132:14,16 134:14 135:10,11 145:12

loss 62:9 74:13

lost 133:11

lot 33:1 50:25 106:14 107:7 130:4 133:21 143:11 144:23

lots 107:8 142:20

Lou 56:10

Louis 8:14

Louisiana 26:15 87:4

lower 23:12 79:11 101:17

LP 8:25 24:3 26:17 124:3

LPT 41:17

LSO 94:2

LTP 25:5 26:16 41:18

Lucas 9:7

---



Howard Sklar                                                    s Index: made..month

# M

**made** 20:6,7,11 23:16,24
25:22 28:5 39:1 40:3
42:10 47:14 49:23 51:8
52:6 61:13,15 66:20
69:23 70:16 72:14,16,20
73:9,11,15 74:9

**maintain** 113:25

**majority** 21:1

**make** 10:18 11:7 16:11
39:4 56:7 70:24 84:6,16,
18 92:23 108:17 110:7
112:16 113:15 115:16
117:10 118:6,22 126:3
134:3

**make-up** 23:20 24:1

**maker** 20:10

**making** 69:5 90:6,11
118:2,20

**manage** 15:25 17:19
19:15 22:16

**managed** 13:22 16:4,20,
22,23 17:12 18:5 20:1

**management** 13:19 14:3,
8 15:19,23 16:2,4 19:23
20:9,18,20,25 22:5 67:3
82:16,18,19,22 94:3
111:19 128:21 142:5

**manager** 13:24 14:2
116:7,10 117:1 123:22

**managing** 58:10

**Mandel** 19:19 79:22

**March** 56:11 87:15 89:18
126:1 143:24 144:3,6,7,
10,12,16 145:14,15

**Maren** 19:16,17

**market** 25:20

**marketable** 101:18,23

**marketing** 33:19

**Marshall** 14:15,18 54:16
57:24 74:24 80:20 81:3
87:16 123:23

**Mary** 56:10

**master's** 95:16

**mastery** 118:16

**match** 101:16

**Matchbox** 130:11 131:14,
21

**materialman** 51:22

**math** 73:14

**mathematically** 74:6

**meaning** 47:20 75:23
111:11

**means** 31:1 82:6

**meant** 33:22 81:16,18
82:23 96:25

**Media** 8:4 146:13

**medical** 11:19

**medications** 11:15

**meet** 22:6 67:7 114:25

**meetings** 22:1,4,5 29:22
67:12,14,15 119:20
121:8,11

**member** 9:4 13:24 14:1
21:13,14 22:18 60:24
90:22

**members** 17:18 19:13
23:17,18,21 27:22

**membership** 116:17

**memorialized** 59:13

**mention** 43:16

**mentioned** 14:4,22 19:10,
25 22:20 34:13 35:25
43:11 45:21 58:4 62:10
66:9 87:3 88:12,13 89:16
146:1

**message** 13:14

**met** 68:5 115:4 120:11
124:18

**methodology** 70:5,7
72:12

**metrics** 67:8

**microchips** 23:16

**middle** 80:20 92:1 101:14
145:14

**million** 31:24 32:7,8,10,
12,21 33:12 50:12,20
63:13 69:18 70:2 81:6,14
101:3,13,16,18,22 105:4,
23 106:3,9 109:16 111:20
114:13 115:12

**mind** 36:4 42:15

**mine** 83:7,8

**minus** 115:12

**minute** 100:16 105:18

**minutes** 10:8 22:7,8 83:12

**Miriam** 19:19 79:22

**misspeak** 21:19

**Mister** 58:14

**money** 27:16,19 33:1,13
37:21 38:11 43:6,8 45:23
48:16 49:9 51:21 52:6
59:14,16,18 62:9 77:8,14,
24 78:1,14 82:2 86:16,24
87:17 90:16 93:1,6,8,11,
12 96:13 99:7,11,14,15
108:13 114:6,7,10,17,18
116:1,4 117:3,21 132:14,
16,18 133:8,11,23
134:15,20,23 135:1,10,
11,19 136:13 137:2 140:1
141:10,12 144:23 145:12
146:4

**moneys** 69:12 78:23

**month** 44:23 45:12 54:18
63:7,23 71:11 72:19,23,



Howard Sklar                                                s Index: monthly..operated

24 73:12 74:6,12 77:24
89:6,11,12

**monthly** 62:17,19,22
63:20 64:11 73:17,18
77:5

**months** 46:5 117:16
118:12 121:6 130:24

**Moran** 29:10 68:23 88:15
122:8

**morning** 10:3 12:8 13:17
119:5

**mother** 21:10 37:3,10

**mother's** 19:18

**motor** 78:10,20,21

**mouth** 18:20

**move** 18:25 112:21
145:15

**Munsch** 8:9

**Murchison** 8:24 100:13
122:25 123:3

**mute** 113:8

**muted** 18:13

----

**N**

**named** 40:9

**names** 14:10

**Napa** 37:18 97:25

**NCS** 76:15

**necessarily** 42:2 114:20

**negotiating** 126:5

**negotiations** 125:25
126:10,17,19 127:1

**Nenninger** 33:16,17 80:21
87:17 92:2,5,15

**net** 61:1,2,18,21 62:5,6
72:17 74:12,13 110:21

**next-to-last** 105:2

**niece** 19:16

**night** 119:16

**nominee** 19:15 20:2

**non-oil** 73:22

**non-operated** 44:19

**non-sec** 44:11,15

**nonresponsive** 112:23
134:1 136:10 137:3
139:20 140:4

**notation** 94:25

**note** 53:14 81:5,13,23
82:1 111:6

**noted** 108:19

**notes** 100:5

**notice** 126:24

**November** 8:2

**number** 8:4 23:4 26:18
31:23 34:17,18 35:10
40:17,21 44:4,6 50:23
52:25 53:2,24 54:6 55:22
57:7 62:25 71:24 74:17
75:6 77:4,5 78:7 80:15
83:20 84:23 85:19,20,24
86:2 87:1,11 88:23 90:23
91:5 94:7 97:11 98:5
101:11 102:15 103:23
105:23,25 115:3,8 133:20
137:8 139:4 146:2,5,13

**numbers** 27:10 79:25
80:4,6

----

**O**

**object** 33:3 107:21 123:10
133:25 136:9

**objected** 16:7

**objection** 16:6 48:18 49:3
50:15 51:4,12,24 52:13,
22 71:4 108:14 109:10

114:5 116:18 117:6 121:9
133:14 137:3 139:20
140:4,14 142:18 144:17

**objectionable** 108:16

**objections** 124:13

**obligation** 139:13,22

**obligations** 90:7,13 99:23
140:10,17 141:24

**occasion** 39:20 99:5

**occasions** 52:5

**occur** 38:1 67:15

**occurred** 22:1 39:6
128:20 138:23

**office** 103:3 119:1,5

**officer** 14:6,7,17

**officers** 22:2

**offices** 122:2,5

**official** 8:10 9:16 22:4

**oil** 20:3,4,5 33:6 45:5 46:1
47:5,10 48:15,23 49:10
57:13 62:6 70:9 72:17,20,
25 73:21 74:11 99:24
111:16 144:1

**Oklahoma** 101:9,23

**older** 18:1

**on-site** 145:16

**one-time** 64:4

**ongoing** 136:23 141:12,
19 142:14 143:5

**open** 10:17 69:3 74:21
75:4 80:17,18 91:10 94:9
97:13

**operate** 48:4,6,10,17 49:2
142:11

**operated** 44:21 49:13
102:24 118:22 123:17
130:11 132:10



**operating**  14:6,17 32:21
48:22 50:24 73:18 96:4
118:21 139:22 140:6,7,23

**operation**  30:10 73:18

**operations**  20:24 52:12,
21 108:7 109:4 114:9,10
115:7 122:18 131:13
133:21,22,23 134:5
136:23 140:2,20 141:12
142:7,11,13 143:18,20,21
145:14

**operator**  108:5 130:9,14
131:4,5,6,8,9,13 132:13,
14,15,18 134:15,19
139:23 140:18

**operators**  49:13,16
118:23

**opinion**  52:16,17 108:18

**opportunity**  25:5 41:18
74:1

**opposed**  14:18 36:18 41:5

**order**  49:1 84:5

**organized**  60:4

**original**  74:24

**originally**  66:15 89:10

**overbudget**  137:8,22
138:1,4

**overhead**  62:6 72:21 73:1,
12

**overspent**  133:24

**overturn**  117:3

**owe**  99:12

**owed**  32:5 99:12,15 116:1
128:9

**owned**  17:8 24:2 25:12
30:9,24 31:2 35:8,9 37:25
38:12,13,22 41:5 42:3,5
44:20 49:11 87:9 116:25

**owner**  21:5,14,22 23:25

**owner's**  24:18

**owners**  9:2 39:22,25 40:2
48:6 49:14,18 51:3 53:25
107:17 108:6,8,12,13,23
112:15 113:14 114:1,11
121:13 132:24 134:22,24
135:7 140:9,19,20 142:12

**owners'**  140:17

**ownership**  40:23 41:16
103:15

**owns**  25:12 30:13,14 87:4

___

# P

**p.m.**  8:3 42:19,20,22
83:14,17 92:2 138:16,19
146:13,19

**Paddock**  8:12 18:6,7,10,
24 19:5,7 129:12,15,16
130:1 133:16,25 134:2
136:9,12 137:3,4 138:13,
20 139:20,21 140:4,5,15
142:22 144:20 146:9

**pages**  22:25 94:23

**paid**  15:24 17:18 22:16
28:2 36:22 38:14 42:8,9
49:5,24 52:6,24 61:14
62:6,17 66:2,17 72:18
98:14,15 102:1,4 107:7
139:16

**Paisner**  8:21 124:16

**paper**  121:25

**Paragraph**  40:19 41:13

**parenthetical**  80:2

**Park**  24:3,11

**Parker**  8:8 9:20,22 16:9
18:6,9,16,22 19:7,9 21:16

**part**  17:19 23:6 34:11 41:7
64:1 66:14 73:21,22
76:19 77:12 82:2,4,7
85:16 86:20 87:7,9
103:13 106:16,20,25
107:2 114:24 115:9
117:19 132:20 133:3
138:24 139:7,10 141:23
142:1,3 143:3

**participated**  130:9

**particulars**  87:25 88:10
96:16

**parties**  126:5,19

**Partners**  40:9,24 41:5,10

**pass**  100:5 129:8 146:9

**passed**  21:11

**past**  90:20

**path**  95:8

**pay**  29:2,9 31:2,4 32:16,
22 37:9 38:7,8 49:6 51:22
54:23 55:3,13 57:10
78:24 90:1 92:9 99:22
106:10 117:3,4 132:24
133:9,23 134:17 137:2
139:14,23 140:2,25
141:4,7,8,11 142:12
143:20

**payable**  45:14 82:6 83:2

**paying**  32:1 48:6,7 54:2
90:15 132:20 136:23

**payment**  50:6 51:8 78:20
90:12 98:9,21 112:16
113:15 115:17

23:5 33:11 37:7 40:22
42:17,23 44:5 48:24 49:8
50:17 51:6,17 52:1,15,25
53:4 55:23 63:19 71:7
74:18 75:9 76:7,16 77:3
80:16 83:11,18,22 84:24
86:4 87:13 88:24 89:22
91:6,14 94:8 96:19 97:12
100:4,9



Howard Sklar                                                    Index: payments..proceeds

**payments** 45:13 46:3,9,21 47:23 49:19 50:13 52:12, 21 64:22 78:21 90:6,12 92:23 112:12

**payroll** 43:12,21,22

**pays** 29:6

**pdf'ing** 84:4

**pdfs** 84:2

**penalties** 140:24

**pending** 11:12

**penny** 114:2 137:17,20

**people** 12:25 33:25 60:8 78:9 95:23 97:22 116:24 117:10 123:25 136:23 145:16

**percent** 21:5,22 25:24,25 26:20,21 28:9,10 30:16 107:19 116:16 145:3

**percentage** 28:6 87:4

**percentile** 27:25

**perform** 142:11

**performing** 118:11,25

**period** 110:21 115:14 117:11 119:22 120:5,6,9, 18 126:5 144:3,4 145:23

**periodic** 103:18

**person** 38:16 122:12,15

**personal** 13:3 36:19,24 37:9,11,18 38:5,15,20 39:2,17,18 51:2 58:19 61:14 65:17 76:23 77:6, 10,12,14 78:15 79:4,6,7, 8,9,10 84:11,13,18 85:11, 12,15 86:21 88:15 91:16, 18 92:11 93:2,6,14,24 98:6,15 127:16

**personally** 12:23 37:1,2, 19 51:9 58:17 59:14,16 61:10,12 66:17 77:9 90:17 93:9

**persons** 38:16

**perspective** 110:1 143:25

**pertains** 47:9

**petition** 47:17 56:14 65:11 69:13

**Petroleum** 9:7

**Pharmaceuticals** 41:19

**phone** 18:19

**piece** 87:9

**pilot** 39:4,5,7

**pipeline** 25:10,11,13 41:20

**Pitnik** 131:7 132:2,3,4,13, 17,23 133:6,11,17 135:11 137:15,23 144:24

**place** 133:13

**plan** 141:4

**plane** 32:9 37:5,14,15 38:5

**planning** 142:10 143:21

**plans** 120:14

**Plante** 29:10 68:23 88:14 122:8

**play** 81:4

**Playsheet** 75:1,3

**point** 30:15 31:6,15 52:11, 20 62:11 80:7 115:14 122:17 125:2 126:20

**poisonous** 130:23

**policy** 13:16

**populate** 75:12

**portion** 33:8 104:17

**position** 111:2

**positive** 21:18 33:14 35:2, 15,18 39:10 40:13,14 59:2 66:12 67:11 77:19 105:8 111:2 131:22

132:11

**positivity** 35:17

**possession** 12:21

**practical** 18:25

**pre-bankruptcy** 106:2

**prepaid** 114:10,14

**prepared** 103:1,7 120:14, 18

**prepares** 29:5

**prepay** 140:19,20

**prepayment** 114:8

**prepayments** 105:22

**present** 8:13 10:5,7 67:12, 14

**presented** 120:15 140:10, 17

**presently** 21:3

**president** 14:12,18 15:4 58:6 93:4

**pretty** 120:25 124:20

**prevent** 11:16,20

**previously** 75:22

**price** 144:1,10

**prices** 144:7,11,16

**Principal** 104:18,24 105:3,22

**principally** 118:25 119:3

**prior** 13:21 40:22 116:6 117:16 118:12 120:19 121:6 128:5 145:23

**private** 39:13

**pro** 73:23

**problem** 18:14,17 100:22 109:8

**proceed** 124:13

**proceeds** 27:11 31:25



32:1

**process** 10:14 12:4 36:16 50:3 57:23 84:5 122:24

**produced** 83:25

**producing** 12:16 118:21

**product** 68:8 120:17

**production** 12:6,13,22 13:5 21:2 54:8 120:24 145:8

**products** 25:20

**profit** 47:15

**profitable** 47:11 145:19, 21,24

**programs** 106:15

**project** 40:4 49:25 50:6 51:20,21,22 52:8 108:9 112:17 113:16 114:4 130:5,6,11,17 131:2,10, 15 132:10 136:15 137:4, 11,22 138:1,3

**projects** 50:24 51:1 53:25 54:6,7 107:4,7,17 108:1, 4,23 111:21 112:2,3 113:18 114:15,19,20 118:23 129:21 131:19,25 137:1,8 139:17 142:21 143:6

**properties** 17:9 19:15,21 44:20 49:11,13 57:13 103:11 123:17

**property** 23:6 24:2 87:3,6, 9

**proposal** 120:15

**proration** 42:8

**prospect** 120:12 123:20

**prospects** 107:17 109:1

**protected** 84:18

**protocol** 39:10 74:3,7,8

**protocols** 36:13 38:18

**provide** 12:20,24 58:23 103:17 127:19

**provided** 54:12 59:23,24 65:3 76:2 103:19 126:24

**providing** 12:12

**pull** 124:23

**pulling** 100:20

**purchased** 26:11

**purpose** 35:5 37:18 38:20 39:9,21 50:9 51:11 66:22 91:17 96:8

**purposes** 36:18,19

**push** 54:20

**put** 18:19 32:15 33:9 45:6, 23 47:6 62:9 70:2 85:15 93:6,11 120:12 136:2

**putting** 108:13

## Q

**Q3** 63:16,19

**quantifying** 72:13

**quarter** 27:18 63:11,12,15 64:12,13 89:5,9 111:18

**question** 11:1,2,12 12:3 13:20 16:9 17:11 27:14 33:11 36:3 39:1 48:19,25 49:4 50:16 51:5,6,13 52:2,4,18,19 71:5 77:1,3 87:24 90:5,8,10 91:15 92:23 95:2 97:1 98:7 105:5,8,12 107:22,24,25 108:2,16,20 113:6,12 115:18 117:7 118:10 123:16 124:6 134:3 135:24 145:22

**questions** 11:17,20,24 12:8,11 13:17 23:10,13 49:22,25 50:2 100:7,14 121:17 124:11,20 129:9,

13

**quick** 83:23

**quickly** 103:25 124:21

## R

**R-E-A-D** 111:7

**R-E-D** 111:7,8,11

**race** 95:23

**raced** 90:23

**racehorses** 78:9

**racing** 90:19,22 91:21 92:24 94:3

**ran** 73:20

**Rapad** 53:14 54:9,12,16, 20

**rata** 73:23

**rbl** 81:6,14

**reach** 57:1

**read** 53:18 55:25 113:6

**reading** 53:19 68:7,11

**ready** 55:23

**real** 24:5,12,13 83:23 87:5

**reason** 47:1,3 75:11 77:21 94:24 106:4,6 107:3 129:19 132:21 133:4 136:1 143:18 144:14,15

**reasonable** 69:1

**recall** 12:7,9 24:12,16 29:15,17 40:10 42:24 43:1 49:20,21 54:22,24 55:12,14 56:25 67:19,23 68:7,11,12,13,15 75:21 81:8,10 90:8,9 97:24 98:2,4 99:9 106:9,11,18, 19 111:24 117:18 121:10 125:13,15 139:1,2

**recast** 63:13,21 68:21



**receipts** 102:23 103:1

**receivable** 109:23,24

**receivable'** 109:15

**receive** 61:25 62:2 66:5
72:2 76:4,17 79:5

**received** 47:21,22 50:13
65:21 66:22 76:1

**receives** 135:6

**receiving** 47:24 62:12
125:13,15

**recent** 68:18 88:2

**recess** 42:20 83:15
138:17

**recipient** 125:14

**recollection** 93:3 106:13

**record** 8:1,7 42:18,22
83:13,17 122:13 126:3
138:15,19 146:12

**recorded** 39:18

**records** 83:25 99:13
113:21,25 121:17,19,25
122:7,12 124:4

**red** 23:20,25 24:1 27:21,
23,25 42:7,9 111:7,8,11,
13,15

**redacted** 84:17

**reduce** 128:8,9

**redundant** 12:1

**refer** 50:10 120:23 124:22

**referenced** 23:4 40:21
44:4 53:2 55:22 74:17
75:6 80:15 83:20 84:23
86:2 87:11 88:23 91:5
94:7 97:11 101:11 102:15
103:23

**referred** 111:7

**referring** 10:15 76:19
82:10,11 106:17 108:4
132:9 142:2 144:9

**reflected** 25:3

**reflection** 109:7

**reflective** 78:15

**refresh** 100:21

**refreshing** 103:24

**regard** 12:3 33:12 41:15

**regular** 22:2

**reimburse** 38:7 98:19,22

**reimbursed** 93:13,25

**reimbursement** 37:10
66:13,16 135:6

**reimbursing** 66:18

**relate** 121:18

**related** 13:18 14:24

**relationship** 55:15

**relied** 47:21 48:5,9,25
117:23 128:21

**rely** 48:3 97:7

**remains** 89:13

**remember** 31:23 40:12
43:20 49:25 50:2 62:25
125:19 144:9

**remit** 37:20 38:10

**remitted** 52:7

**remitting** 50:8

**remotely** 9:11

**rep** 9:3

**repeat** 52:14 107:6 112:4,
10 113:19

**rephrase** 107:24

**replaced** 15:13 20:15

**report** 75:18,21 76:2,10,
15,17 77:8,10 80:11

**reported** 68:16

**reporter** 9:8,10 16:7 18:14
113:5,9 146:16,18

**reporting** 68:14

**reports** 75:25 80:8 120:14

**represent** 124:19 129:17

**representative** 93:4

**representatives** 8:14 13:1

**request** 12:5,13 13:4 40:3
94:14,20 95:4,9,11,25
96:24 115:15 117:3,10
118:2,7

**requested** 139:23

**requests** 12:22 118:5

**required** 95:12

**reserve** 55:17 120:14

**reserve-backed** 101:8

**reserves** 81:20

**resolve** 10:18

**respect** 128:4 131:2
132:12 140:16

**respond** 51:18

**responded** 112:15 113:14

**responding** 12:5

**response** 9:9 51:23 92:14,
19 146:11

**responsibility** 112:14
113:13 134:17

**responsive** 12:12,17,22
13:4

**rest** 32:2 63:14,24 128:21

**restate** 115:19,21 136:6

**result** 32:10 90:13

**resulted** 136:16

**results** 54:8

**retain** 28:21

**return** 27:17 28:11

**returned** 26:23



**returns** 28:2

**reveal** 127:5,7

**revenue** 32:13,15 49:10 72:17 81:5,14 82:2,4,20 83:1 101:17 134:21,24,25 135:1,21 141:6,13,15,17 145:1

**revenue-based** 101:4

**review** 10:17 100:5 128:19

**reviewing** 71:19

**right-hand** 23:12 45:8 77:7 79:11

**rigs** 145:15

**Riley** 8:15 42:14 138:6,8, 14 146:14,17

**Robert** 8:12 18:7 129:12, 16

**role** 14:15,17 20:18,20,22 33:23 58:10,15 60:16 75:24 131:14

**roles** 19:23

**rolled** 102:2,5

**rolling** 77:4,20

**room** 81:19

**Ross** 8:8 9:21 100:16

**roughly** 116:3

**rows** 65:18

**Rule** 8:4

**rules** 10:20

**run** 54:17

## S

**safe** 36:10

**salaries** 60:2,9,17,19

**salary** 59:22,24 60:21,23 61:3,8 62:11,12,13,15,16,

19,23,24 63:13,20 64:2, 11,13,14 65:4,22 66:5,8, 25 67:4 68:19,20,24 71:15 85:17 89:5,9,16 90:2 115:11 117:19,24 118:6

**sale** 31:25 32:1,6,10 33:12 87:6,8 88:2

**Sam** 18:2,4 26:21 79:16, 23 105:7 122:1

**Sanus** 41:18

**sat** 11:23

**satisfy** 90:12

**scar** 35:13

**scavenger** 111:10

**Schwab** 86:16,17,18,21, 24

**scientific** 118:17

**screen** 83:4

**SEC** 13:19,25 14:1,22 15:5,17,18,20 16:4,25 17:4,18 19:23 20:10,19, 20,22 21:5,24,25 22:10 27:6 29:5 32:9,10,12,13, 21 33:1,6,7,9,21,22 37:8, 9,12,13,19,20 38:7,10,14, 15,16,18 41:5 43:6,9,11, 18 44:11,22 45:6,23 46:2, 6,10,14,23 47:6,11,14,24 48:10,15,25 49:9,11 52:6, 11,20 53:22,24 54:2,5,13 55:19 56:25 57:6,22 58:10,23 59:14,16,18,23, 25 60:1 61:4 67:7,15 70:16 75:25 78:23 81:22 82:18,19,22 90:6,11,15 91:20,23,24 92:16,21,23 93:7,11,13,25 95:11,14, 16,25 96:4 97:19 98:22 99:22,25 101:15 104:7 123:17 131:3,5,6,11,16, 19 132:13,15,16 133:4,6, 8,9,12,18,20 134:13,14,

20,23,25 135:5,9,10,17 136:19 141:8,10,12,24 142:5,10,17 145:10,13,18

**SEC's** 17:15 33:8 39:7 40:23 58:18 82:19 122:2 129:20 131:14 134:17 141:4 143:24

**secured** 84:1

**securities** 101:18,24

**seek** 37:10 98:20 127:25

**seeking** 139:7

**sell** 25:9 31:15

**send** 37:20 87:25 88:18 92:8,10,15 93:22

**sending** 81:8

**sense** 108:17

**separate** 48:2 102:18 113:20

**separately** 113:25 114:2

**series** 121:16

**serve** 22:12

**served** 13:5

**server** 121:20

**service** 77:13 122:24

**serviced** 51:22

**services** 54:13

**set** 19:12 60:1,5 67:9 92:16,20

**setting** 60:16

**share** 34:11

**Shea** 8:24 100:13 123:4

**sheet** 23:20,25 24:1 27:21,23 28:1 81:4 104:17 109:14 111:11

**sheets** 42:7,9 111:7,8,13, 15



**short** 138:11

**show** 28:11 38:23,24 78:5,7,11,12 81:4 103:10 119:19 140:21

**showed** 75:16

**showing** 76:16 79:25 80:3

**shown** 42:8

**shows** 65:10 69:11,18,22 86:9

**Shreveport** 26:15 93:1 103:3 119:2 122:3

**shut** 130:21 132:5 145:4,7

**sic** 29:25

**side** 21:2,3 24:21 46:7 77:7 118:17 122:19,22

**sign** 34:2

**significance** 80:5

**Silberstein** 19:17

**silo** 99:6

**similar** 23:13 41:15 67:18 92:10 139:19

**similarly** 67:9

**simple** 115:22,23

**simply** 66:20 79:7 93:7 112:12 118:7 137:1,21 143:7

**single** 13:23 14:1 21:13 22:18 60:24 113:21 120:21,24

**sir** 9:23,25 10:4,12 11:4, 18 12:11,15 13:15,20 16:10 19:8 21:7 22:8 24:22 31:9 44:1 46:15 53:5 63:8 64:20 69:8 71:21 73:6 74:16 77:4 84:9 85:5 89:2 93:19 96:7 97:9

**sister's** 19:16

**sit** 22:2 59:11 78:13

**site** 145:17

**situated** 67:10

**situation** 37:8 53:22

**six-month** 115:14 117:11 119:22 120:5,6,9,18

**size** 69:1

**SKC** 17:6 79:13

**Sklar** 8:5,17,19 9:15,21 10:2 13:7,8 14:2,8 15:16, 19,21,25 16:2,23,24 17:5, 16 18:2,3,13,17 19:10,11, 19 20:9,14 21:5,10,12,21 22:15 24:18 25:1 26:5 27:7 28:13,15,16,19 29:2, 4,13 30:3,4,5,7,8,9,13,14, 18,20,23,24,25 31:1,2,3, 12,15 32:3 33:23 34:3,8, 9,14 35:4,7,13,20,25 36:12,17,22 38:11,13,14 39:19 41:6 42:23 43:4,5 44:21 45:21 46:21 48:21 49:5,7,16 50:17,24 51:2 57:10 59:19,20,22 61:24 64:15 65:8,17,18 67:1 69:16 71:7,20 72:1 76:22 77:6 79:17,19,22,23 80:1 81:25 83:4,18 87:8 88:4,8 89:11 90:4,11,18 92:5 94:20 95:3,17,23 96:5,25 98:11 99:3 100:12 101:21 102:1 103:3,17,19 104:3, 5,9 107:8,15,18,25 108:4, 7,11,21,22,24 109:1,8 110:1 112:14 113:4,13,23 115:2,16,24 116:7,17 118:12,21 119:18 121:20, 21 122:14 124:10,18 127:4 129:10,16,20 131:9,11,12 132:9 133:21 134:3 136:12,17 137:18 138:20 139:18 140:2,6 141:4,23 142:20 144:25 145:2

**Sklar's** 136:1 144:15

**Sklar/howard** 45:17

**Sklarco** 8:17 13:19,22,23, 24 15:21,22,23,24 16:1, 13 17:6,17,19 19:15,19, 25 20:1,6 21:6,16,22 22:13,17,21 23:17,18,23 24:25 25:4,12 27:6,22 28:1 29:14,19,23 30:1 33:1,8,13 35:20 38:22 41:24 42:12,24 43:6,8,12, 22 44:7,11,18,20 45:6,8, 9,22,25 46:4 47:21,25 48:4,5,9,11,13,22,25 49:5,7,9,10,12,15 55:19 56:25 57:5,22 58:23 59:15,17,18,23 61:5 64:15 67:6,7,16 70:3,5, 10,11,16,24 71:9,13 72:8 73:3,20 74:4,14 75:25 78:23 87:8 88:8 90:6,11, 15,18 91:20 95:10,14 96:5 98:22 99:13,15 103:5,6,12,13 104:10,11 105:7 108:1,6,9 111:17 116:10,21 121:21 122:14 131:16,21 133:11 135:1 139:13,16,18,21 140:1 142:12 144:25 145:3

**Sklarco's** 16:5 17:11 41:16 46:1 58:18 99:13 134:20 140:1 141:17

**Sklarex** 72:19 103:14 104:11 136:18,20,21

**slow** 11:7 87:12

**Smith** 103:2,3

**SMMS** 79:16,21

**SOFA** 41:4 66:12 72:4

**SOFAS** 40:22

**sold** 31:22 34:21,22 60:25 61:19

**sole** 144:15

LEXITAS

**solely** 36:18,19 37:18 91:16,18 132:14

**son** 17:24,25 18:1

**sons** 26:10 116:14

**sought** 139:8

**sound** 11:24 19:3 35:1

**sounds** 18:13 83:12

**sour** 130:22 132:6

**source** 45:1 86:13 135:2,4 141:6

**sources** 44:11,17 47:22 88:16 135:20 136:22

**South** 130:10 131:8

**Southern** 130:12,14

**Sovereign** 31:20 34:13 35:9 36:8 37:25

**special** 35:4

**specialty** 140:7

**specific** 10:15 22:9 40:4 41:16 49:25 50:8 51:20 52:7 78:15 80:5 91:11 97:17 110:12 113:18 118:16 120:10 134:4 135:8 138:3 140:15 144:8

**specifically** 102:13 104:4 119:21 120:10 138:2

**specifics** 144:13

**speculate** 24:24 39:11 110:13

**spelled** 15:2

**spending** 77:9,14 79:8

**spent** 77:17,24 107:3 114:15,17 137:17,21 144:23

**split** 83:24

**splitting** 57:18

**spoke** 49:19

**sponsored** 95:16,17,20

**sponsors** 95:20

**sponsorship** 94:25

**staff** 29:5,13 39:3 120:22 121:12

**stamp** 91:7

**stand** 47:20

**stand-alone** 47:14 145:19,24

**Standard** 8:3

**start** 23:1 52:11,20 117:16 122:17

**started** 62:11

**state** 8:6 55:10 82:7

**stated** 9:13 22:14,19 27:20 28:25 33:6,10 38:2 42:6 45:4 46:24 47:4,5 49:5 70:8 71:14 72:9 74:7 133:19,20 136:21 141:14 144:19 145:13

**statement** 84:11 88:16 97:15,20,23 104:3,7,8,12 110:9,20 133:2 136:1

**statements** 97:18 103:18, 20 128:19 134:8

**stating** 111:5

**stayed** 119:25

**step** 17:10

**Steven** 15:7 57:25

**stock** 79:6 81:22 82:25 101:4

**stocks** 60:25 61:19 81:7, 15 101:13

**stop** 80:8

**stopped** 49:9

**Strago** 8:13 129:17

**Strausser** 15:3 27:9 56:9 57:25 68:18 80:21 87:16,

24 88:10,13 99:1 105:17 122:21 124:6

**strike** 112:23

**structure** 60:4

**Stuart** 56:10

**Subject** 74:25 75:3

**submit** 98:10

**subsequent** 126:9

**succession** 19:19 79:22

**suggesting** 113:24

**supposed** 146:4,5

**supposedly** 109:8

**survived** 47:24

**suspense** 82:2,4,5

**Sutton** 123:21,25

**Suzuki** 8:20 124:12,15,16 127:14 129:8

**Swanson** 9:1

**sweep** 57:9,19 129:2

**swept** 57:16,20 128:7

**sworn** 9:17

**system** 18:12 114:1

**Sénéchal** 94:4

---

**T**

---

**Tab** 69:2

**Taggart** 8:23 100:8,11,12 104:2 107:23 108:15,18, 20 109:13 112:13,21,23 113:1,3,23 114:12 116:21 117:9 121:14 123:15 124:10

**talk** 10:23 30:3 84:20 98:25 123:9,11 133:5 134:4 137:13

**talked** 29:14 40:7,8 42:23



49:18 58:21 99:3 100:16
115:7 120:11 127:15
135:5 137:12,23 138:21

**talking** 10:24 11:8 17:3,21
19:9 47:12 68:22 126:11
131:24,25 132:1 142:8

**talks** 40:22

**tangible** 120:17

**tax** 28:10,23 29:6,11
88:14

**taxes** 28:2 42:9

**TCP** 9:4

**team** 15:19,24 16:4 20:13
22:6,10,12,14 90:22
94:25 95:17,18,19,20,21
111:19 118:15,19 128:21

**teaming** 14:3

**teams** 90:23

**technical** 10:16

**telephone** 18:20

**telling** 136:12

**tend** 17:17 30:22 31:4

**tendered** 107:5 111:22
114:3

**terms** 40:5 114:23 115:22,
23 125:25

**test** 130:23 131:1

**tested** 130:19

**testified** 9:18 21:4 31:12
106:1 115:10 145:18

**testimony** 10:6,8 11:24
16:13 32:8 61:16 89:4
106:9,11 107:1,14
112:13,17,18 113:12,16,
17 129:18 134:3 138:5,21
139:1 142:16 144:14,18

**testing** 130:19

**Texas** 130:10 131:9

**text** 13:14

**thing** 46:17 128:6 145:9

**things** 11:7 17:1 24:13
49:7 55:3 136:25 141:13,
19 145:5

**thinking** 36:1

**thought** 31:9 45:21 56:6
68:24 71:1,15 76:7,8
81:21 89:23 93:19 99:18
113:2 130:24

**THP** 40:9,24 41:4,10

**tight** 55:4

**Tim** 9:1

**timber** 25:7,8,9 26:18
40:14 74:1

**Timberquest** 26:16 41:18

**time** 8:2,3 10:16 11:6,10
13:12 18:12 25:12 27:14
28:3 31:6,15 32:5 34:1,4
35:18 36:25 39:5,15
42:19,22 47:12 50:25
52:11,20 54:1,3,6 55:7,11
66:24,25 68:2,18 71:14
78:5 80:7 81:19,20 82:17
83:9,14,17 92:25 100:4
102:6 114:13 116:5,6
117:11,13 119:4,7 120:9
121:6 126:4 128:23
138:16,19 143:13 144:3
145:23 146:13

**times** 114:25 115:3

**timing** 143:10

**title** 15:17,18 19:20

**today** 10:11,15,23 11:15,
21,25 13:8 23:11 59:11
78:13 99:4 138:5

**Today's** 8:2

**told** 93:5 121:18 128:6,18

**tool** 95:11

**top** 54:15 65:14 95:3,6
96:3,10,24

**topic** 13:21

**total** 69:23 72:25 77:15,16

**track** 88:19 120:24

**tracked** 114:8

**trainer** 78:10

**transaction** 113:21

**transcript** 146:15

**transfer** 45:16 46:6,20
49:1 70:18 71:10,12
92:20

**Transfer/payments** 45:9

**transferred** 46:3

**transfers** 45:17 46:5,10,
14,21,22,23 48:9 93:16

**transitioned** 14:15

**Transport** 30:3,4,6,7,8,10,
13,14,18,20,23,24,25
31:2,13,15 33:23 34:3,8,
9,14 35:4,7,13,25 36:12,
22 38:11,13,14 98:11

**travel** 40:3

**trip** 36:17,19,20,24 37:17
38:19,25 39:2,6,12,13,16,
17,18 40:1

**trips** 98:4,5,6,15,16

**Tristan** 14:23 15:2,3 34:5
53:10 54:15 70:21,22

**Trout** 41:19

**true** 54:14 123:13 135:3

**trust** 16:15 17:23,24,25
18:2,3,4 19:10,11 21:5,
14,21 24:19 25:24,25
26:6 28:14,15,17,19,22
30:14 41:6 45:16,17,18
46:20,21,22 58:22 59:19,
20 61:10,12,13,24 69:16
70:3,6,18,24 71:10,12,21



Howard Sklar

s Index: trustee..WTF

72:1,8 74:5,10 79:5,17,
19,23 80:1 85:7,12,13,14
86:16,19,21 87:4,7,9
96:11 99:21,25 103:5,6,
14 104:18,23 105:2,5,21
112:2 115:13,25 116:13,
16 121:25 122:1

**trustee** 28:13,15,16,21
116:13

**trusts** 17:21,22 18:5
19:10,12,14 23:21 25:22
28:8 29:2,6,9 42:11
58:20,21,23 59:7,8,19
61:16,25 62:2,4,7,9 72:22
99:3,6,7,10 105:6 112:12
116:14 121:20 122:14

**trusts'** 17:19

**turn** 23:23 31:3 33:9 83:19
124:12

**turned** 117:9

**type** 31:19

**types** 24:13 80:7 143:3

---

## U

**Uh-huh** 102:22

**ultimately** 20:11 57:1
61:12

**ultraconservative** 82:24

**unable** 56:25

**underneath** 65:1

**understand** 16:10,11
51:14 52:1,3 77:22
100:25 101:21 107:13,23
108:3,10 110:9,15 116:6
127:2 129:18 139:25
140:12,23 141:1 142:22

**understanding** 11:16,20
37:15,22 78:14 93:25
98:9,23 109:25 140:13,16

**understood** 107:14

139:13,21

**unlike** 91:6

**Unsecured** 8:10 9:5,17
12:5

**usage** 36:14 37:9,11
39:21

---

## V

**Valley** 37:18

**vendor** 54:12,14 55:13

**vendors** 54:23 55:3

**ventures** 41:17,19 42:8,11
106:16

**versa** 43:8

**vice** 43:8 58:6

**VP** 14:18 68:3

---

## W

**waiting** 75:7,12 94:10

**walk** 10:14 36:16 84:6

**wanted** 58:5 100:25
105:14 111:12 122:13
123:16 124:2,3 138:8

**wanting** 109:11

**week** 115:5 119:21

**weekly** 80:8 115:7

**weeks** 56:17 76:11,18
130:20 131:1 145:8

**well-by-well** 135:4

**wells** 20:24 118:21 120:21
130:2 131:6 132:3,13,17,
23 133:11 134:10,15
135:8,12

**West** 8:22 25:10 41:19
55:15,17 57:1,9 101:5
102:2 103:18,20 124:17
125:25 126:9,23

**whichever** 27:25 28:5
37:13 38:4

**whomever** 37:1

**wind** 84:19

**wire** 92:8,20 93:1,8,16,22,
23

**wires** 92:11

**withdrawals** 64:22

**Wolfepak** 114:1 124:4

**wondering** 127:16

**word** 78:8 138:24

**words** 28:4 78:7 86:18,20
93:11 128:9

**work** 21:2 29:1,11 48:7
52:9 68:8 79:3 84:15
120:1,17 134:18 140:22

**worked** 20:12 50:4 98:10
116:25 120:1

**working** 9:2 20:25 39:22,
25 40:2 44:20 48:6,14
49:11,14,15,18,23 50:6,7
51:3,18 52:6 53:25 58:2
107:16 108:5,8,12,23
112:15 113:14,25 114:11
118:14,18 121:3,7,11,13
123:18 124:1 132:23
134:21,24 135:7 139:11
140:9,17,19,24 142:11

**workout** 126:6

**workovers** 121:4

**works** 33:17,20 78:25

**worn** 95:22

**worried** 57:11,16,20

**written** 36:12 68:7

**wrong** 106:21

**wrote** 73:2,3 81:17

**WTF** 82:8

LEXITAS

## Y

**year**  15:11,12 34:22 63:5
65:2,11 69:12 70:20
77:18,20 78:19 105:3

**years**  26:24 34:17,18,25
35:23 36:5,9,10 61:15
90:24 91:2 97:6 123:6
142:15 143:13,22

**Yikes**  53:13

**you-all**  108:24

## Z

**Zoom**  11:5



| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sklarco, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ☐ Operating a business<br>■ Other  **Revenue from Interests** | **$1,909,873.37** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other  **Revenue from Interests** | **$15,780,254.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other  **Revenue from Interests** | **$19,022,035.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

EXHIBIT 3

Debtor   **Sklarco, LLC**                                                      Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Bruce Howard** | 01/22/2020 1,225.00 02/27/2020 8,900.00 03/25/2020 1,600.00 | $11,725.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **Cecil Earl Moran as Trustee of GST** | 1/10/20 | $22,700.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **Maevlo Production LP** | 1/2/20 - $65,000 1/30/20 - $60,000 | $125,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. **Par Minerals Corporation** 701 Texas Street Shreveport, LA 71101 | 01/22/2020 15,518.54 02/07/2020 12,525.00 02/20/2020 22,949.76 | $47,993.30 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. **Pruet Production Co** PO Box 11407 Birmingham, AL 35246-1129 | 01/22/2020 1,219.02 01/30/2020 42,519.24 | $43,738.26 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 3

Debtor    Sklarco, LLC                                              Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Sklar Exploration, LLC**<br>**5395 Pearl Parkway**<br>**Suite 200**<br>**Boulder, CO 80301**<br>**Related Entity/Operating Entity** | **06/27/2019**<br>**320,000.00**<br>**Sklar Exploration Co., L.L.C.**<br>**09/24/2019**<br>**300,000.00**<br>**Sklar Exploration Co., L.L.C.**<br>**09/25/2019**<br>**10,000.00**<br>**Sklar Exploration Co., L.L.C.**<br>**11/05/2019**<br>**20,000.00**<br>**Sklar Exploration Co., L.L.C.**<br>**01/16/2020**<br>**160,000.00**<br>**Sklar Exploration Co., L.L.C.** | **$810,000.00** | **Transfer of Funds to Operating Entity to be Used in Ongoing Operations** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

    ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

EXHIBIT 3

Debtor **Sklarco, LLC**          Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **NOTICE OF VIOLATION CONCERNING CASTLEBERRY FIELD AREA 1, FACILTIY NO. 103-0021 AND CASTLEBERRY FIELD AREA 2, FACILITY NO. 103-0026** | **Alleged violation of air permits issued by the Alabama Dept. of Environmental Management due to leaking pressure relief safety valves on well production equipment** | **Alabama Department of Environmental Management 1400 Coliseum Blvd. Montgomery, AL 36130** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.2. | **Petition for Refund of Severance Taxes** | **Petition by Sklar Exploration Company and Sklarco for the refund of $493,777.91 in excess oil and gas severance taxes paid to the Alabama Department of Revenue concerning the Fishpond Oil Unit in Escambia County, Alabama.** | **Alabama Department of Revenue Business and License Tax Division Severance and License Section P.O. Box 327550 Montgomery, AL 36132** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **BHP BILLITON PETROLEUM PROPERTIES (N.A.), L.P. ET AL. V. EARNEST H. TURNER, III, ET AL Docket No. 145651** | **Concursus proceeding concerning dispute over ownership of minerals along the Red River, Bossier Parish, Louisiana.** | **26th Judicial District Court Bossier Parish Louisiana** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **KHCD PROPERTIES, LLC, ET AL., V. BPX PROPERTIES (N.A.), L.P., ET AL. Docket No. C-1609212** | **Dispute over mineral ownership in tracts along the Red River, Bossier Parish, Louisiana.** | **26th Judicial District Court Bossier Parish Louisiana** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **SWEPI, LP AND ENCANA OIL & GAS (USA) INC. V. M&M ALMOND, LLC, ET AL Docket No. 611710** | **Dispute over ownership of minerals in Coushatta Bayou, Red River Parish, Louisiana.** | **19th Judicial District Court East Baton Rouge Parish Louisiana** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

EXHIBIT 3

Debtor   **Sklarco, LLC**                                                                    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.6. **LISBON UNITED METHODIST CHURCH, ET AL., V. KINDER MORGAN, INC., ET AL.**<br>Docket No. 40301 | **Pollution and contamination suit (legacy lawsuit) concerning certain lands located in Claiborne Parish, Louisiana.** | **2nd Judicial District Court<br>Claiborne Parish<br>Louisiana** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.** **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

**Part 5:**   **Certain Losses**

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:**   **Certain Payments or Transfers**

**11.** **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | |

**12.** **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

EXHIBIT 3

| Debtor | Sklarco, LLC | Case number *(if known)* | |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

| **Part 7:** | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| **Part 8:** | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

| **Part 9:** | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

    <u>Social Security Numbers and Tax ID Numbers</u>

    Does the debtor have a privacy policy about that information?

    ☐ No

    ■ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

EXHIBIT 3

| Debtor | Sklarco, LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Howard F. Sklar Trust**<br>**5395 Pearl Parkway, Suite 200**<br>**Boulder, CO 80301** | | **Debtor is holding legal title to the following business interests:**<br>**Fugasity Co.**<br>**21/16 Commerce Park LP**<br>**Trout Creek Ventures**<br>**LTP Opportunity Fund, LP**<br>**West Arcadia Pipeline**<br>**1908 Brand Bylaws**<br><br>**Debtor is agent nominee; equitable and benefial interests are owned exclusively by the Howard Sklar Trust** | **$803,072.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 3

Debtor    **Sklarco, LLC**                                                                 Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Howard F. Sklar Trust**<br>**5395 Pearl Parkway**<br>**Suite 200**<br>**Boulder, CO 80301** | **Debtor's East West Bank Account** | **Debtor is holding approximately $200,000 as payment from Trout Creek Ventures; funds are owned exclusively by Howard F. Sklar Trust** | **$233,000.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Jacob Sklar Grantor Trust**<br>**5395 Pearl Parkway**<br>**Suite 200**<br>**Boulder, CO 80301** | | **Debtor is holding legal title to the following business interests:**<br>**Fugasity Co.**<br>**LTP Opportunity Fund, LP**<br>**1908 Brand Bylaws**<br>**Bolders on Fern**<br>**LTP Timberquest Fund, LP**<br><br>**Debtor is agent nominee; equitable and benefial interests are owned exclusively by the Jacob Sklar Grantor Trust** | **$353,419.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Alan Sklar Grantor Trust**<br>**5395 Pearl Parkway, Suite 200**<br>**Boulder, CO 80301** | | **Debtor is holding legal title to the following business interests:**<br>**Fugasity Co.**<br>**LTP Opportunity Fund, LP**<br>**1908 Brand Bylaws**<br>**Bolders on Fern**<br>**LTP Timberquest Fund, LP**<br><br>**Debtor is agent nominee; equitable and benefial interests are owned exclusively by the Alan Sklar Grantor Trust** | **$353,419.40** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐   No.
■   Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

EXHIBIT 3

Debtor  Sklarco, LLC                                                    Case number *(if known)* _____

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Lisbon United Methodist Church, et al., v. Kinder Morgan, Inc., et al.<br>Docket No. 40301 | 2nd Judicial District Court,<br>Claiborne Parish,<br>Louisiana | Pollution and contamination suit (legacy lawsuit) concerning certain lands located in Claiborne Parish, Louisiana. | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **Maevlo Production LP<br>7495 S. Gartrell Rd<br>Aurora, CO 80016** | | EIN:    84-3282799<br><br>From-To |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Exigent Information Solutions, LLC<br>8310 South Valley Highway, Suite 300<br>Englewood, CO 80112** | **March 2020-Current** |
| 26a.2.  **Plant Moran<br>8181 East Tufts Avenue, Suite 600<br>Denver, CO 80237** | **2018-Current** |
| 26a.3.  **EKS&H<br>8181 East Tufts Avenue, Suite 600<br>Denver, CO 80237** | **2018** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 3

Debtor    **Sklarco, LLC**                                                      Case number *(if known)* _____

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Exigent Information Solutions, LLC**<br>**8310 South Valley Highway, Suite 300**<br>**Englewood, CO 80112** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **EKS&H**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | **Acquired by Plant Moran** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.   **Plant Moran**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Exigent Information Solutions, LLC**<br>**8310 South Valley Highway, Suite 300**<br>**Englewood, CO 80112** | |
| 26c.2.   **EKS&H**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | |
| 26c.3.   **Plant Moran**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | |
| 26c.4.   **Sklarco, LLC**<br>**5395 Pearl Parkway**<br>**Suite 200**<br>**Boulder, CO 80301** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **C&J Energy Services**<br>**3990 Rogerdale**<br>**Houston, TX 77042** |
| 26d.2.   **East West Bank Treasury Department**<br>**135 N. Los Robles Ave, Ste 600**<br>**Pasadena, CA 91101** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

EXHIBIT 3

Debtor    **Sklarco, LLC**                                    Case number *(if known)*_____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Howard F. Sklar Trust** | **5395 Pearl Parkway Suite 200 Boulder, CO 80301** | **Equity Holder** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Howard F. Sklar, Individually** | **5395 Pearl Parkway Suite 200 Boulder, CO 80301** | **Manager** | **0%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Howard F. Sklar 5395 Pearl Parkway Suite 200 Boulder, CO 80301** | **$357,654.00** | **See Attached** | **Distributions** |
| | Relationship to debtor **Manager** | | | |
| 30.2. | **Howard F. Sklar Trust 5395 Pearl Parkway Suite 200 Boulder, CO 80301** | **$1,626,200.00** | **See Attached** | **Distributions** |
| | Relationship to debtor **Equity Holder** | | | |
| 30.3. | **Alan Sklar Grantor Trust 5395 Pearl Parkway, Suite 200 Boulder, CO 80301** | **$339,278.75** | **See Attached** | |
| | Relationship to debtor **Non-Statutory Insider** | | | |

EXHIBIT 3

Debtor   **Sklarco, LLC** _____     Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | **Maren Trust** | **$3,000** | **July 15, 2019** | |
| | Relationship to debtor **Non-Statutory Insider** | | | |
| 30.5. | **Miriam Sklar, LLC** | **$1,502.23** | **2/21/20** | |
| | Relationship to debtor **Statutory Insider** | | | |
| 30.6. | **Jacob Sklar Grantor Trust 5395 Pearl Parkway Suite 200 Boulder, CO 80301** | **$320,312.47** | **See Attached** | |
| | Relationship to debtor **Statutory Insider** | | | |
| 30.7. | **Succession of Miriam Mandel Sklar** | **12/12/2019  8,680.00 01/13/2020  16,000.00** | | |
| | Relationship to debtor **Statutory Insider** | | | |
| 30.8. | **JJS Working Interests, LLC** | **09/30/2019  1,791.77 10/31/2019  1,476.06** | | |
| | Relationship to debtor **Statutory Insider** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

EXHIBIT 3

Debtor    **Sklarco, LLC**                                                      Case number *(if known)* _____

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April 17, 2020**

**/s/ Howard Sklar**                                          **Howard Sklar**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

EXHIBIT 3

Sklarco, LLC
Payments to Insiders in Year Prior to Filing

| Date | Amount | Payee | Notest |
|---|---|---|---|
| 08/22/2019 | 24,311.19 | Alan Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 08/31/2019 | 15,832.62 | ALAN Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 09/30/2019 | 11,290.42 | ALAN Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 11/30/2019 | 13,635.99 | ALAN Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 12/31/2019 | 8,446.28 | ALAN Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 01/31/2020 | 5,585.06 | ALAN Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 02/29/2020 | 17,366.00 | ALAN Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 04/25/2019 | 66,741.97 | Alan Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 05/22/2019 | 37,546.69 | Alan Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 07/11/2019 | 38,310.19 | Alan Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 08/20/2019 | 50,375.09 | Alan Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 10/21/2019 | 1,620.75 | Alan Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 11/13/2019 | 26,967.00 | Alan Trust | Payment of Investment Income; Debtor is agent nominee for investments |

EXHIBIT 3

Sklarco, LLC
Payments to Insiders in Year Prior to Filing

| Date | Amount | Payee | Notest |
|---|---|---|---|
| 01/23/2020 | 21,249.50 | Alan Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| **Total** | **339,278.75** | | |
| 07/24/2019 | 130,000.00 | Howard F. Sklar Personal | Salary/Distributions |
| 07/24/2019 | 67,654.00 | Howard F. Sklar Personal | Salary/Distributions |
| 07/05/2019 | 30,000.00 | Howard F. Sklar Personal | Salary/Distributions |
| 06/20/2019 | 130,000.00 | Howard Sklar | Salary/Distributions |
| **Total** | **357,654.00** | | |
| 04/01/2019 | 130,000.00 | Howard Trust | Salary/Distributions |
| 04/26/2019 | 40,000.00 | Howard Trust | Salary/Distributions |
| 05/01/2019 | 225,000.00 | Howard Trust | Salary/Distributions |
| 05/24/2019 | 130,000.00 | Howard Trust | Salary/Distributions |
| 07/09/2019 | 50,000.00 | Howard Trust | Salary/Distributions |
| 07/03/2019 | 30,000.00 | Howard Trust | Salary/Distributions |
| 08/22/2019 | 130,000.00 | Howard Trust | Salary/Distributions |
| 08/29/2019 | 10,000.00 | Howard Trust | Salary/Distributions |
| 09/03/2019 | 200,000.00 | Howard Trust | Salary/Distributions |
| 09/10/2019 | 30,000.00 | Howard Trust | Salary/Distributions |
| 10/02/2019 | 190,000.00 | Howard Trust | Salary/Distributions |
| 10/29/2019 | 11,200.00 | Howard Trust | Salary/Distributions |
| 11/01/2019 | 100,000.00 | Howard Trust | Salary/Distributions |
| 11/27/2019 | 20,000.00 | Howard Trust | Salary/Distributions |
| 12/04/2019 | 180,000.00 | Howard Trust | Salary/Distributions |
| 12/31/2019 | 25,000.00 | Howard Trust | Salary/Distributions |
| 01/03/2020 | 125,000.00 | Howard Trust | Salary/Distributions |
| **Total** | **1,626,200.00** | | |

EXHIBIT 3

Sklarco, LLC

Payments to Insiders in Year Prior to Filing

| Date | Amount | Payee | Notest |
|---|---|---|---|
| 08/31/2019 | 13,727.97 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 09/30/2019 | 11,943.48 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 11/30/2019 | 10,091.25 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 12/31/2019 | 6,078.50 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 01/31/2020 | 3,393.38 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 02/29/2020 | 14,089.60 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 04/25/2019 | 48,585.14 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 05/22/2019 | 32,966.51 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 07/11/2019 | 28,466.38 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 08/20/2019 | 46,181.84 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 08/22/2019 | 24,311.18 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 10/21/2019 | 1,620.74 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 11/13/2019 | 26,967.00 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 11/27/2019 | 8,240.00 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |

EXHIBIT 3

Sklarco, LLC
Payments to Insiders in Year Prior to Filing

| Date | Amount | Payee | Notest |
|------|--------|-------|--------|
| 12/30/2019 | 4,400.00 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 01/23/2020 | 21,249.50 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 02/27/2020 | 10,000.00 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 03/05/2020 | 8,000.00 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| **Total** | **320,312.47** | | |

EXHIBIT 3

**Fill in this information to identify the case:**

Debtor name **Sklarco, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................. $      **75,422,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................... $      **45,490,640.15**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................ $      **120,912,640.15**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $      **22,350,000.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $      **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$      **386,687.08**

4. **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b

$      **22,736,687.08**

EXHIBIT 3

| Fill in this information to identify the case: |
|---|

Debtor name   **Sklarco, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

  ☐ No. Go to Part 2.
  ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **East West Bank** | **Checking** | | **$836,774.15** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$836,774.15**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

  ☒ No. Go to Part 3.
  ☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

  ☐ No. Go to Part 4.
  ☒ Yes Fill in the information below.

11.    **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | 516,519.88 | - | 516,519.88 | =.... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 12. | **Total of Part 3.** | | $0.00 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| 14.1. | **1908 Brands, Inc. - Debtor is agent nominee and does not hold equitable or beneficial interest; equitable and beneficial held by Howard Sklar Trust** | **Book Value** | $0.00 |

| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | | |
|---|---|---|---|---|
| | Name of entity: | % of ownership | | |
| 15.1. | **9.7 Conroe Joint Venture; Debtor is agent nominee and does not hold equitable or beneficial interest; equitable and beneficial held by Howard Sklar Trust** | % | **Book Value** | $0.00 |
| 15.2. | **Boulders on Fern, LLC; Debtor is agent nominee and does not hold equitable or beneficial interest; equitable and beneficial held by Sons' Trusts** | % | | $0.00 |
| 15.3. | **LTP Opportunity Fund I, LP; Debtor is agent nominee and does not hold equitable or beneficial interest; equitable and beneficial held by Howard Sklar Trust and/or Sons' Trusts** | % | **Book Value** | $0.00 |
| 15.4. | **LTP TimberQuest Fund, LP; Debtor is agent nominee and does not hold equitable or beneficial interest; equitable and beneficial held by Howard Sklar Trust and/or Sons' Trusts** | 0 % | **Book Value** | $0.00 |
| 15.5. | **Sanus Pharmaceuticals LLC; Debtor is agent nominee and does not hold equitable or beneficial interest; equitable and beneficial held by Howard Sklar Trust and/or Sons' Trusts** | % | **Book Value** | $0.00 |
| 15.6. | **Trout Creek Ventures, LP; Debtor is agent nominee and does not hold equitable or beneficial interest; equitable and beneficial held by Howard Sklar Trust** | 0 % | **Book Value** | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

|  | West Arcadia Pipeline, LLC; Debtor is agent nominee and does not hold equitable or beneficial interest; equitable and beneficial held by Howard Sklar Trust | % | | $0.00 |
|---|---|---|---|---|
| 15.7. | | | | |

16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1
Describe:

| 16.1. | Hedging Agreements | | Unknown |
|---|---|---|---|

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

| | $0.00 |
|---|---|

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Well Equipment | $0.00 | | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Machinery, Fixtures, and Equipment on Wells; summary by well attached; full listing available upon request | $44,653,866.00 | Book Value | $44,653,866.00 |
|---|---|---|---|

**51.** **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$44,653,866.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Undivided Interest in Oil and Gas Leases - See Attached; additional information including full legal descriptions available upon request from Debtor's counsel; Value based on April 1, 2020 Reserve Report at $31.96/bbl** | **Mineral Lease; Debtor is working interest holder** | **Unknown** | | **$75,422,000.00** |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$75,422,000.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 3

| Debtor | Sklarco, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☐True Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71. Notes receivable** Description (include name of obligor) | |
| **72. Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| **73. Interests in insurance policies or annuities** | |
| **74. Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **76. Trusts, equitable or future interests in property** | |
| **77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership **Overriding and Working Interests in Sklar Exploration Operated Properties - See Attached** | Unknown |
| **Overriding and Working Interests in Non-Sklar Exploration Operated Properties; See attached** | Unknown |
| **78. Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | $0.00 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐True No
☐ Yes

EXHIBIT 3

Debtor    **Sklarco, LLC**
           Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $836,774.15 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $44,653,866.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................................> | | $75,422,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $45,490,640.15 | + 91b. $75,422,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $120,912,640.15 |

Official Form 206A/B

Schedule A/B Assets - Real and Personal Property

page 6

EXHIBIT 3

# Oil and Gas Leases

| Lease Prospect Name | Lessor Name | Lease State | Lease County | Lease Effective Date | Well Name |
|---|---|---|---|---|---|
| West Arcadia Prospect | Philemon J. Whatley, Deceased | Louisiana | Bienville | 02/20/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Philemon J. Whatley, Deceased | Louisiana | Bienville | 02/20/2004 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Cindy Lou Cloyd | Louisiana | Bienville | 03/03/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Daniel Read Living Trust | Louisiana | Bienville | 03/03/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | The Hassell 1989 Trust Louise S. Hassell, Trustee | Louisiana | Bienville | 03/15/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Elizabeth Ann Hassell Turner | Louisiana | Bienville | 03/15/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Joan Marie Simpson | Louisiana | Bienville | 03/15/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | John Clinton Merritt | Louisiana | Bienville | 04/15/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Judy K. Merritt Carter | Louisiana | Bienville | 04/19/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Janet Ann Merritt Robinson | Louisiana | Bienville | 04/19/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Mary Lane Day | Louisiana | Bienville | 04/23/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | William Jefferson Day | Louisiana | Bienville | 04/19/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Haynesville Mercantile Company | Louisiana | Bienville | 03/02/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Gloria Oates Living Trust c/o William W. Oates, Trustee | Louisiana | Bienville | 06/14/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Meredith Lynn Noel Day | Louisiana | Bienville | 07/08/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Harry L. Plaster | Louisiana | Bienville | 08/03/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Beverly Lynn Gantt Mazza | Louisiana | Bienville | 08/05/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | James Keith Baker II, Deceased | Louisiana | Bienville | 08/18/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Carol Elaine Koschak | Louisiana | Bienville | 08/05/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | John Forest Baker | Louisiana | Bienville | 08/18/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Red Barn Land Company L.P. Mary Frances Sutton Merritt, | Louisiana | Bienville | 09/29/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Haynesville Mercantile Company | Louisiana | Bienville | 01/08/2005 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Timothy H. Atkins | Louisiana | Bienville | 10/08/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Elizabeth Lynn Noel Mathews | Louisiana | Bienville | 11/01/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Veronica Landry Harris | Louisiana | Bienville | 11/10/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Mary Elizabeth Holley | Louisiana | Bienville | 03/15/2005 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | The Kansas City Southern Attn: Real Estate Dept. | Louisiana | Bienville | 07/15/2005 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | H. Preston Holley, Jr. | Louisiana | Bienville | 08/09/2005 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Terry Lynn Holley | Louisiana | Bienville | 03/15/2005 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Gloria Oates Living Trust c/o William W. Oates, Trustee | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Gloria Oates Living Trust c/o William W. Oates, Trustee | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Gloria Oates Living Trust c/o William W. Oates, Trustee | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Gloria Oates Living Trust c/o William W. Oates, Trustee | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Janet Ann Merritt Robinson | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Janet Ann Merritt Robinson | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Janet Ann Merritt Robinson | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Janet Ann Merritt Robinson | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Meredith Lynn Noel Day | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Meredith Lynn Noel Day | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Meredith Lynn Noel Day | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Meredith Lynn Noel Day | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Jerry T. Carter | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Jerry T. Carter | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Jerry T. Carter | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Jerry T. Carter | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | John Clinton Merritt | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | John Clinton Merritt | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | John Clinton Merritt | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | John Clinton Merritt | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Judy K. Merritt Carter | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |

EXHIBIT 3

| West Arcadia Prospect | Judy K. Merritt Carter | Louisiana | Bienville | 11/10/2005 JC Merritt #1; L HOSS RA SUC |
|---|---|---|---|---|
| West Arcadia Prospect | Judy K. Merritt Carter | Louisiana | Bienville | 11/10/2005 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Judy K. Merritt Carter | Louisiana | Bienville | 11/10/2005 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Beverly Lynn Gantt Mazza | Louisiana | Bienville | 11/10/2005 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Beverly Lynn Gantt Mazza | Louisiana | Bienville | 11/10/2005 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Beverly Lynn Gantt Mazza | Louisiana | Bienville | 11/10/2005 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Beverly Lynn Gantt Mazza | Louisiana | Bienville | 11/10/2005 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Mary Lane Day | Louisiana | Bienville | 11/10/2005 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Mary Lane Day | Louisiana | Bienville | 11/10/2005 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Mary Lane Day | Louisiana | Bienville | 11/10/2005 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Mary Lane Day | Louisiana | Bienville | 11/10/2005 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Carol Elaine Koschak | Louisiana | Bienville | 11/10/2005 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Carol Elaine Koschak | Louisiana | Bienville | 11/10/2005 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Carol Elaine Koschak | Louisiana | Bienville | 11/10/2005 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Carol Elaine Koschak | Louisiana | Bienville | 11/10/2005 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Veronica Landry Harris | Louisiana | Bienville | 11/10/2005 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Veronica Landry Harris | Louisiana | Bienville | 11/10/2005 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Veronica Landry Harris | Louisiana | Bienville | 11/10/2005 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Veronica Landry Harris | Louisiana | Bienville | 11/10/2005 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Andre Toliver | Louisiana | Bienville | 01/31/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Andre Toliver | Louisiana | Bienville | 01/31/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Clinton Holland, Sr. | Louisiana | Bienville | 01/31/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Clinton Holland, Sr. | Louisiana | Bienville | 01/31/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | William Jefferson Day | Louisiana | Bienville | 01/24/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | William Jefferson Day | Louisiana | Bienville | 01/24/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | William Jefferson Day | Louisiana | Bienville | 01/24/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | William Jefferson Day | Louisiana | Bienville | 01/24/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Terry Lynn Holley | Louisiana | Bienville | 11/10/2005 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Terry Lynn Holley | Louisiana | Bienville | 11/10/2005 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Terry Lynn Holley | Louisiana | Bienville | 11/10/2005 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Terry Lynn Holley | Louisiana | Bienville | 11/10/2005 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | John Douglas Bryant, Jr. | Louisiana | Bienville | 03/21/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | John Douglas Bryant, Jr. | Louisiana | Bienville | 03/21/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Terri Holland c/o Estella Smith | Louisiana | Bienville | 01/31/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Terri Holland c/o Estella Smith | Louisiana | Bienville | 01/31/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Elizabeth Lynn Noel Mathews | Louisiana | Bienville | 04/17/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Elizabeth Lynn Noel Mathews | Louisiana | Bienville | 04/17/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Elizabeth Lynn Noel Mathews | Louisiana | Bienville | 04/17/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Elizabeth Lynn Noel Mathews | Louisiana | Bienville | 04/17/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Lawrence E. Holland | Louisiana | Bienville | 01/31/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Lawrence E. Holland | Louisiana | Bienville | 01/31/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Weyerhaeuser NR Company | Louisiana | Bienville | 03/28/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Willie R. Holland | Louisiana | Bienville | 01/31/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Willie R. Holland | Louisiana | Bienville | 01/31/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Mary Elizabeth Holley | Louisiana | Bienville | 05/03/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Mary Elizabeth Holley | Louisiana | Bienville | 05/03/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Mary Elizabeth Holley | Louisiana | Bienville | 05/03/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Mary Elizabeth Holley | Louisiana | Bienville | 05/03/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | George Bryant | Louisiana | Bienville | 03/21/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | George Bryant | Louisiana | Bienville | 03/21/2006 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Wanda Ann Holland, et al | Louisiana | Bienville | 07/11/2006 JC Merritt #1; L HOSS RA SUC |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| West Arcadia Prospect | Wanda Ann Holland, et al | Louisiana | Bienville | 07/11/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Charlie Bryant, Jr., Deceased | Louisiana | Bienville | 04/17/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Charlie Bryant, Jr., Deceased | Louisiana | Bienville | 04/17/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Monica L. Elder | Louisiana | Bienville | 02/03/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Monica L. Elder | Louisiana | Bienville | 02/03/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Floyd Bryant, Deceased | Louisiana | Bienville | 08/14/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Floyd Bryant, Deceased | Louisiana | Bienville | 08/14/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Monique Bryant | Louisiana | Bienville | 08/14/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Monique Bryant | Louisiana | Bienville | 08/14/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | John Douglas Bryant, III | Louisiana | Bienville | 08/14/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | John Douglas Bryant, III | Louisiana | Bienville | 08/14/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Sarah Ruth Pate | Louisiana | Claiborne | 01/22/2007 | |
| West Arcadia Prospect | Ora Annette Hays Davis, Deceased | Louisiana | Claiborne | 01/22/2007 | R D Moak #1 |
| West Arcadia Prospect | Ross DeLane Moak & Sarah Ann Moak | Louisiana | Claiborne | 01/22/2007 | R D Moak #1 |
| West Arcadia Prospect | Ross DeLane Moak & Sarah Ann Moak | Louisiana | Claiborne | 01/22/2007 | R D Moak #1 |
| West Arcadia Prospect | Leo Lawrence Bryant | Louisiana | Bienville | 11/20/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Leo Lawrence Bryant | Louisiana | Bienville | 11/20/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Susan S. Stroud | Louisiana | Bienville | 02/16/2007 | Weyerhaeuser #1 |
| West Arcadia Prospect | Louisiana Minerals, Ltd. | Louisiana | Bienville | 04/04/2007 | |
| West Arcadia Prospect | Louisiana Minerals, Ltd. | Louisiana | Bienville | 04/04/2007 | Weyerhaeuser #1 |
| West Arcadia Prospect | The Kansas City Southern Attn: Real Estate Dept. | Louisiana | Bienville | 04/16/2007 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | H. Preston Holley, Jr. | Louisiana | Bienville | 03/29/2007 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | H. Preston Holley, Jr. | Louisiana | Bienville | 03/29/2007 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | H. Preston Holley, Jr. | Louisiana | Bienville | 03/29/2007 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | H. Preston Holley, Jr. | Louisiana | Bienville | 03/29/2007 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Weyerhaeuser NR Company | Louisiana | Bienville | 04/13/2007 | |
| West Arcadia Prospect | Weyerhaeuser NR Company | Louisiana | Bienville | 04/13/2007 | Weyerhaeuser #1 |
| West Arcadia Prospect | Weyerhaeuser NR Company | Louisiana | Bienville | 04/13/2007 | Weyerhaeuser #1 |
| West Arcadia Prospect | Weyerhaeuser NR Company | Louisiana | Bienville | 04/13/2007 | Weyerhaeuser #1 |
| West Arcadia Prospect | Weyerhaeuser NR Company | Louisiana | Bienville | 04/13/2007 | Weyerhaeuser #1 |
| West Arcadia Prospect | Weyerhaeuser NR Company | Louisiana | Bienville | 11/08/2007 | Weyerhaeuser #1 |
| West Arcadia Prospect | Weyerhaeuser NR Company | Louisiana | Bienville | 11/08/2007 | Weyerhaeuser #1 |
| West Arcadia Prospect | Weyerhaeuser NR Company | Louisiana | Bienville | 11/08/2007 | Weyerhaeuser #1 |
| West Arcadia Prospect | Weyerhaeuser NR Company | Louisiana | Bienville | 11/08/2007 | Weyerhaeuser #1 |
| West Arcadia Prospect | Nora Elizabeth Mason Sanders | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Jeannet Sanders Dewil | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Dorothy Jean Moore | Louisiana | Claiborne | 05/15/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Patricia Joann Sanders Pascarella & Joseph F. Pascarella | Louisiana | Claiborne | 05/15/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Shirley Ann Matteson & Wes Matteson | Louisiana | Claiborne | 05/15/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Troy W. Moore & Gracie Illardo Moore | Louisiana | Claiborne | 05/15/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | M.L. Towns & Kathy T. Towns | Louisiana | Claiborne | 01/23/2008 | R D Moak #1 |
| West Arcadia Prospect | Towns Company LLC | Louisiana | Claiborne | 04/20/2007 | R D Moak #1 |
| West Arcadia Prospect | Towns Company LLC | Louisiana | Claiborne | 04/20/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | DSK Ltd | Louisiana | Claiborne | 09/04/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | M. L. Towns Enterprises Inc. | Louisiana | Claiborne | 04/20/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | M. L. Towns Enterprises Inc. | Louisiana | Claiborne | 04/20/2007 | |
| West Arcadia Prospect | Frances Elouise Sanders | Louisiana | Claiborne | 04/23/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Era Onita Sanders Methvin | Louisiana | Claiborne | 10/02/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Era Onita Sanders Methvin | Louisiana | Claiborne | 10/02/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Era Onita Sanders Methvin | Louisiana | Claiborne | 10/02/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Era Onita Sanders Methvin | Louisiana | Claiborne | 10/02/2007 | CS Shaffer 34 #1 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| West Arcadia Prospect | Era Onita Sanders Methvin | Louisiana | Claiborne | 10/02/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Era Onita Sanders Methvin | Louisiana | Claiborne | 10/02/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Joseph C. Sanders & Wilma Sanders | Louisiana | Claiborne | 04/23/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Alvin Curtis Jordan, Deceased | Louisiana | Claiborne | 05/10/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Nancy Gail Jordan Bond | Louisiana | Claiborne | 05/11/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Nancy Gail Jordan Bond | Louisiana | Claiborne | 05/11/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Kimberly Tomlinson Lay | Louisiana | Claiborne | 05/18/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Kimberly Tomlinson Lay | Louisiana | Claiborne | 05/18/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Betty Shaffer Minor | Louisiana | Claiborne | 05/10/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Betty Shaffer Minor | Louisiana | Claiborne | 05/10/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Mary Virginia Shaffer Hudson | Louisiana | Claiborne | 05/10/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Mary Virginia Shaffer Hudson | Louisiana | Claiborne | 05/10/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Jesse W. Shaffer | Louisiana | Claiborne | 05/10/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Jesse W. Shaffer | Louisiana | Claiborne | 05/10/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Jo Ann Harmon Geary | Louisiana | Claiborne | 05/11/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Jo Ann Harmon Geary | Louisiana | Claiborne | 05/11/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Emmett W. Averett | Louisiana | Claiborne | 05/04/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Emmett W. Averett | Louisiana | Claiborne | 05/04/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Marion Janell Shanta | Louisiana | Claiborne | 08/27/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Marion Janell Shanta | Louisiana | Claiborne | 08/27/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Rick S. Ewing | Louisiana | Claiborne | 05/10/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Rick S. Ewing | Louisiana | Claiborne | 05/10/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Analisa Ewing Murray | Louisiana | Claiborne | 05/10/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Analisa Ewing Murray | Louisiana | Claiborne | 05/10/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Thelma Hope Roach | Louisiana | Claiborne | 05/11/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Thelma Hope Roach | Louisiana | Claiborne | 05/11/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Claud Timothy Roach | Louisiana | Claiborne | 05/11/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Claud Timothy Roach | Louisiana | Claiborne | 05/11/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Ronald L. Roach | Louisiana | Claiborne | 05/11/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Ronald L. Roach | Louisiana | Claiborne | 05/11/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Therman Royce Bridges | Louisiana | Claiborne | 11/07/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Therman Royce Bridges | Louisiana | Claiborne | 11/07/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Joyce Annette Bridges Baxley | Louisiana | Claiborne | 11/07/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Joyce Annette Bridges Baxley | Louisiana | Claiborne | 11/07/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | John A. Bridges | Louisiana | Claiborne | 11/07/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | John A. Bridges | Louisiana | Claiborne | 11/07/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Amy Blunschi | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Amy Blunschi | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Diane James Futch | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Diane James Futch | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Larry A. James | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Larry A. James | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Betty Virginia Purdy | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Betty Virginia Purdy | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Celeste Holder Mazarakes | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Celeste Holder Mazarakes | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Hubie James | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Edna James Gantt | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Edna James Gantt | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Willie James | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Willie James | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |

EXHIBIT 3

| West Arcadia Prospect | Norvis James Burton | Louisiana | Claiborne | 05/01/2007 CS Shaffer 34 #1 |
| West Arcadia Prospect | Norvis James Burton | Louisiana | Claiborne | 05/01/2007 CS Shaffer 34 #1 |
| West Arcadia Prospect | Marion Jeanette Jordan Keen | Louisiana | Bienville | 05/18/2007 |
| West Arcadia Prospect | Marion Jeanette Jordan Keen | Louisiana | Bienville | 05/18/2007 CS Shaffer 34 #1 |
| West Arcadia Prospect | Marion Jeanette Jordan Keen | Louisiana | Bienville | 05/18/2007 CS Shaffer 34 #1 |
| West Arcadia Prospect | Mary Will Griffin | Louisiana | Bienville | 05/18/2007 |
| West Arcadia Prospect | Mary Will Griffin | Louisiana | Bienville | 05/18/2007 CS Shaffer 34 #1 |
| West Arcadia Prospect | Mary Will Griffin | Louisiana | Bienville | 05/18/2007 CS Shaffer 34 #1 |
| West Arcadia Prospect | Drew Bridges, Deceased | Louisiana | Claiborne | 01/04/2008 |
| West Arcadia Prospect | Drew Bridges, Deceased | Louisiana | Claiborne | 01/04/2008 CS Shaffer 34 #1 |
| West Arcadia Prospect | Drew Bridges, Deceased | Louisiana | Claiborne | 01/04/2008 CS Shaffer 34 #1 |
| West Arcadia Prospect | Nancy Gail Jordan Bond | Louisiana | Claiborne | 05/11/2007 CS Shaffer 34 #1 |
| West Arcadia Prospect | Estate of John W. Sanders | Louisiana | Claiborne | 04/23/2007 CS Shaffer 34 #1 |
| West Arcadia Prospect | Estate of John W. Sanders | Louisiana | Claiborne | 04/23/2007 CS Shaffer 34 #1 |
| West Arcadia Prospect | Candice Howard Shaughnessy | Louisiana | Claiborne | 04/26/2007 CS Shaffer 34 #1 |
| West Arcadia Prospect | Monika Lemoine Locke | Louisiana | Claiborne | 04/26/2007 CS Shaffer 34 #1 |
| West Arcadia Prospect | Royce Henley Trust c/o Jewel Elmer Johnson as trustee | Louisiana | Claiborne | 12/04/2007 |
| West Arcadia Prospect | Juan R. Baker | Louisiana | Bienville | 09/07/2007 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Juan R. Baker | Louisiana | Bienville | 09/07/2007 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | James Keith Baker II, Deceased | Louisiana | Bienville | 09/07/2007 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | James Keith Baker II, Deceased | Louisiana | Bienville | 09/07/2007 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | John Forest Baker | Louisiana | Bienville | 09/07/2007 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | John Forest Baker | Louisiana | Bienville | 09/07/2007 JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Teddy Arthur Fincher & Nelly Burns Fincher | Louisiana | Claiborne | 04/16/2007 |
| West Arcadia Prospect | Teddy Arthur Fincher & Nelly Burns Fincher | Louisiana | Claiborne | 04/16/2007 |
| West Arcadia Prospect | Cleo  Hornsby Bagwell | Louisiana | Claiborne | 04/16/2007 |
| West Arcadia Prospect | Cleo  Hornsby Bagwell | Louisiana | Claiborne | 04/16/2007 |
| West Arcadia Prospect | Donald Wayne Corbin & Patricia Ann Corbin | Louisiana | Claiborne | 10/02/2007 |
| West Arcadia Prospect | Sallie Powell Penix | Louisiana | Claiborne | 10/10/2007 |
| West Arcadia Prospect | Mary Lou Powell McCants | Louisiana | Claiborne | 04/05/2007 |
| West Arcadia Prospect | Ina Powell Collins | Louisiana | Claiborne | 04/05/2007 |
| West Arcadia Prospect | Mertie Lucille Powell, Deceased | Louisiana | Claiborne | 04/05/2007 |
| West Arcadia Prospect | Claudine Guthrie Powell | Louisiana | Claiborne | 04/05/2007 |
| West Arcadia Prospect | Thaddeus Truly Pardue | Louisiana | Claiborne | 01/30/2008 Sarah Pate 26 #1 |
| West Arcadia Prospect | Robert Clayton Bond | Louisiana | Claiborne | 05/29/2007 |
| West Arcadia Prospect | Robert Clayton Bond | Louisiana | Claiborne | 05/29/2007 |
| West Arcadia Prospect | Nancy Gail Jordan Bond | Louisiana | Claiborne | 05/07/2007 |
| West Arcadia Prospect | Nancy Gail Jordan Bond | Louisiana | Claiborne | 05/07/2007 |
| West Arcadia Prospect | Nancy Gail Jordan Bond | Louisiana | Claiborne | 05/07/2007 |
| West Arcadia Prospect | Kimberly Tomlinson Lay | Louisiana | Claiborne | 08/06/2007 |
| West Arcadia Prospect | Rodney Trammel | Louisiana | Claiborne | 06/01/2007 |
| West Arcadia Prospect | Mary Frances Nelson Joyner | Louisiana | Claiborne | 04/16/2007 |
| West Arcadia Prospect | Dorothy Ann Shaffer Cathey & Al G. Cathey | Louisiana | Claiborne | 04/03/2007 |
| West Arcadia Prospect | Dorothy Ann Shaffer Cathey & Al G. Cathey | Louisiana | Claiborne | 04/03/2007 |
| West Arcadia Prospect | Dorothy Ann Shaffer Cathey & Al G. Cathey | Louisiana | Claiborne | 04/03/2007 |
| West Arcadia Prospect | Dorothy Ann Shaffer Cathey & Al G. Cathey | Louisiana | Claiborne | 04/03/2007 |
| West Arcadia Prospect | Lonnie Yvonne Shaffer Teutsch | Louisiana | Claiborne | 04/03/2007 |
| West Arcadia Prospect | Lonnie Yvonne Shaffer Teutsch | Louisiana | Claiborne | 04/03/2007 |
| West Arcadia Prospect | Lonnie Yvonne Shaffer Teutsch | Louisiana | Claiborne | 04/03/2007 |
| West Arcadia Prospect | Donia Beth Shaffer Groff | Louisiana | Claiborne | 04/03/2007 |
| West Arcadia Prospect | Donia Beth Shaffer Groff | Louisiana | Claiborne | 04/03/2007 |

EXHIBIT 3

Case:20-12377-MER   Doc#:166-2   Filed:04/23/20   Entered:04/23/20 22:39:39   Page 144

| | | | | | |
|---|---|---|---|---|---|
| West Arcadia Prospect | Donia Beth Shaffer Groff | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | Cynthia Leigh Shaffer Barry | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | Cynthia Leigh Shaffer Barry | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | Cynthia Leigh Shaffer Barry | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | Cheryl Lynn Shaffer Sessions | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | Cheryl Lynn Shaffer Sessions | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | Cheryl Lynn Shaffer Sessions | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | James Ruffin Shaffer | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | James Ruffin Shaffer | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | James Ruffin Shaffer | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | Therman Royce Bridges | Louisiana | Claiborne | 11/07/2007 | Kimberly Lay 33 #1 |
| West Arcadia Prospect | Therman Royce Bridges | Louisiana | Claiborne | 11/07/2007 | |
| West Arcadia Prospect | Joyce Annette Bridges Baxley | Louisiana | Claiborne | 11/07/2007 | Kimberly Lay 33 #1 |
| West Arcadia Prospect | Joyce Annette Bridges Baxley | Louisiana | Claiborne | 11/07/2007 | |
| West Arcadia Prospect | The Bridges Family Trust | Louisiana | Claiborne | 11/07/2007 | Kimberly Lay 33 #1 |
| West Arcadia Prospect | The Bridges Family Trust | Louisiana | Claiborne | 11/07/2007 | |
| West Arcadia Prospect | Rogers Family Trust | Louisiana | Claiborne | 03/27/2007 | |
| West Arcadia Prospect | James O. Cox, Deceased | Louisiana | Claiborne | 02/18/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | James O. Cox, Deceased | Louisiana | Claiborne | 02/18/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Opal Cox Wells | Louisiana | Claiborne | 02/18/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Eva Cox Hammons | Louisiana | Claiborne | 02/18/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Judy Delaine Murphy | Louisiana | Claiborne | 01/02/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Judy Delaine Murphy | Louisiana | Claiborne | 01/02/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Gaynell C. Methvin | Louisiana | Claiborne | 01/16/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Gaynell C. Methvin | Louisiana | Claiborne | 01/16/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Gareth E. Methvin | Louisiana | Claiborne | 01/02/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Gareth E. Methvin | Louisiana | Claiborne | 01/02/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Ross DeLane Moak & Sarah Ann Moak | Louisiana | Claiborne | 12/17/2007 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Ross DeLane Moak & Sarah Ann Moak | Louisiana | Claiborne | 12/17/2007 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Tony Martin Powell & Celeste Hymel Powell | Louisiana | Claiborne | 04/02/2007 | |
| West Arcadia Prospect | Tony Martin Powell & Celeste Hymel Powell | Louisiana | Claiborne | 04/02/2007 | |
| West Arcadia Prospect | William Ronald Hays | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Herbert Giles Casey, Jr. | Louisiana | Claiborne | 01/30/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Ora Annette Hays Davis, Deceased | Louisiana | Claiborne | 01/30/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Elinor D. Turner | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Peggy Sims Reese | Louisiana | Claiborne | 01/30/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Ross D. Moak Jr. & Dana Price Moak | Louisiana | Claiborne | 12/19/2007 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Sarah Ruth Pate | Louisiana | Claiborne | 12/19/2007 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Joanna Hunter Beaird Carson | Louisiana | Claiborne | 12/19/2007 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Sarah Ellen Colvin Brown | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Sarah Ellen Colvin Brown | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Sarah Ellen Colvin Brown | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Sarah Ellen Colvin Brown | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Sarah Ellen Colvin Brown | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Naomi Rose Colvin Burrow | Louisiana | Claiborne | 01/03/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Naomi Rose Colvin Burrow | Louisiana | Claiborne | 01/03/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Naomi Rose Colvin Burrow | Louisiana | Claiborne | 01/03/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Naomi Rose Colvin Burrow | Louisiana | Claiborne | 01/03/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Nancy Ruth Colvin Roark | Louisiana | Claiborne | 01/03/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Nancy Ruth Colvin Roark | Louisiana | Claiborne | 01/03/2008 | Sarah Pate 26 #1 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| West Arcadia Prospect | Nancy Ruth Colvin Roark | Louisiana | Claiborne | 01/03/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Nancy Ruth Colvin Roark | Louisiana | Claiborne | 01/03/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Nancy Ruth Colvin Roark | Louisiana | Claiborne | 01/03/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | James Phillip Colvin | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | James Phillip Colvin | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | James Phillip Colvin | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | James Phillip Colvin | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | James Phillip Colvin | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Paul Rodney Colvin | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Paul Rodney Colvin | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Paul Rodney Colvin | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Paul Rodney Colvin | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Paul Rodney Colvin | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Marjorie Beard, Deceased | Louisiana | Claiborne | 12/17/2007 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Ruth Beard Hanby | Louisiana | Claiborne | 12/17/2007 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Mattie Lillian Murphey | Louisiana | Claiborne | 12/17/2007 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Elise E. Hindman | Louisiana | Claiborne | 12/17/2007 | Sarah Pate 26 #1 |
| West Arcadia Prospect | James Michael Beard | Louisiana | Claiborne | 01/17/2007 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Patricia Lynn B. Stewart | Louisiana | Claiborne | 12/17/2007 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Marcelene Mask Dillard | Louisiana | Claiborne | 04/16/2007 | R D Moak #1 |
| West Arcadia Prospect | Robert Golson Bond & Nancy Gail Jordan Bond | Louisiana | Claiborne | 05/11/2007 | R D Moak #1 |
| West Arcadia Prospect | Robert Golson Bond & Nancy Gail Jordan Bond | Louisiana | Claiborne | 05/11/2007 | R D Moak #1 |
| West Arcadia Prospect | Rebecca Ann Henry Games | Louisiana | Claiborne | 08/28/2007 | R D Moak #1 |
| West Arcadia Prospect | Vicki Waynette Henry Harris | Louisiana | Claiborne | 08/28/2007 | R D Moak #1 |
| West Arcadia Prospect | Barry Wayne Henry | Louisiana | Claiborne | 08/28/2007 | R D Moak #1 |
| West Arcadia Prospect | Shirley Gay Henry Lykins | Louisiana | Claiborne | 08/28/2007 | R D Moak #1 |
| West Arcadia Prospect | Jimmy Marvin Henry | Louisiana | Claiborne | 08/28/2007 | R D Moak #1 |
| West Arcadia Prospect | Sallie Powell Penix | Louisiana | Claiborne | 10/10/2007 | R D Moak #1 |
| West Arcadia Prospect | Sallie Powell Penix | Louisiana | Claiborne | 10/10/2007 | R D Moak #1 |
| West Arcadia Prospect | Jeffrey Todd Penix | Louisiana | Claiborne | 10/10/2007 | R D Moak #1 |
| West Arcadia Prospect | Marcia B. Woodard | Louisiana | Claiborne | 04/11/2007 | R D Moak #1 |
| West Arcadia Prospect | Carrol L. Johnson Mark Alan Johnson, Agent & Att-in-Fact | Louisiana | Claiborne | 04/12/2007 | R D Moak #1 |
| West Arcadia Prospect | Carrol L. Johnson Mark Alan Johnson, Agent & Att-in-Fact | Louisiana | Claiborne | 04/12/2007 | R D Moak #1 |
| West Arcadia Prospect | Robert Golson Bond & Nancy Gail Jordan Bond | Louisiana | Claiborne | 05/07/2007 | R D Moak #1 |
| West Arcadia Prospect | Kristi B. Huffstetler | Louisiana | Claiborne | 08/10/2007 | R D Moak #1 |
| West Arcadia Prospect | Carrol L. Johnson Mark Alan Johnson, Agent & Att-in-Fact | Louisiana | Claiborne | 04/10/2007 | R D Moak #1 |
| West Arcadia Prospect | Robby Joe Byrd & wife, Betty Johnson Byrd | Louisiana | Claiborne | 04/10/2007 | R D Moak #1 |
| West Arcadia Prospect | Carrol L. Johnson Mark Alan Johnson, Agent & Att-in-Fact | Louisiana | Claiborne | 04/10/2007 | R D Moak #1 |
| West Arcadia Prospect | Mark Johnson | Louisiana | Claiborne | 04/10/2007 | R D Moak #1 |
| West Arcadia Prospect | The Orval Dwane Sanders Test. Trust Andre L. Sanders, Andre L. Sanders, | Louisiana | Claiborne | 06/13/2007 | R D Moak #1 |
| West Arcadia Prospect | Herbert Giles Casey, Jr. | Louisiana | Claiborne | 06/13/2007 | R D Moak #1 |
| West Arcadia Prospect | Cynthia Casey Rogers | Louisiana | Claiborne | 08/30/2007 | R D Moak #1 |
| West Arcadia Prospect | Herbert Giles Casey III | Louisiana | Claiborne | 08/30/2007 | R D Moak #1 |
| West Arcadia Prospect | Jo Lynn Bellew & Donald A. Bellew | Louisiana | Claiborne | 08/30/2007 | R D Moak #1 |
| West Arcadia Prospect | Jo Lynn Bellew & Donald A. Bellew | Louisiana | Claiborne | 04/16/2007 | R D Moak #1 |
| West Arcadia Prospect | Howard Scott Powell | Louisiana | Claiborne | 04/16/2007 | R D Moak #1 |
| West Arcadia Prospect | Juan R. Baker | Louisiana | Bienville | 09/05/2007 | R D Moak #1 |
| West Arcadia Prospect | Vernon Lavoe Davidson | Louisiana | Claiborne | 08/18/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Mt. Mariah United Methodist Church, Inc. | Louisiana | Claiborne | 11/17/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Holston C. Fleming, et ux. Sunshine Fleming | Louisiana | Bienville | 01/28/2003 | CS Shaffer 34 #1 |
| | | | | 04/15/1989 | |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| West Arcadia Prospect | Holston C. Fleming, et ux. Sunshine Fleming | Louisiana | Bienville | 04/15/1989 |
| West Arcadia Prospect | Betty Jean McGee | Louisiana | Bienville | 08/11/1989 |
| West Arcadia Prospect | Betty Jean McGee | Louisiana | Bienville | 08/11/1989 |
| West Arcadia Prospect | Dewey Stovall Kendrick, Jr. | Louisiana | Bienville | 08/22/1989 |
| West Arcadia Prospect | Dewey Stovall Kendrick, Jr. | Louisiana | Bienville | 08/22/1989 |
| West Arcadia Prospect | Elbin Lamar Greer, et ux. | Louisiana | Bienville | 07/21/1989 |
| West Arcadia Prospect | Lottie Jo Greer Ward, et ux. | Louisiana | Bienville | 08/03/1989 |
| West Arcadia Prospect | Charles Bryan Trust Premier Bank, N.A. Trustee | Louisiana | Bienville | 10/05/1989 |
| West Arcadia Prospect | Caleb Joseph (C.J.) Greer c/o Mrs. Branda Greer Jennings | Louisiana | Bienville | 08/07/1989 |
| West Arcadia Prospect | John D. Williams, Jr. | Louisiana | Bienville | 08/03/1989 |
| West Arcadia Prospect | Joan Ruth Williams King | Louisiana | Bienville | 08/03/1989 |
| West Arcadia Prospect | Billy D. Bryan | Louisiana | Bienville | 08/16/1989 |
| West Arcadia Prospect | Gary L. Greer, et al. | Louisiana | Bienville | 07/21/1989 |
| West Arcadia Prospect | Vernon L. Speer, et ux. | Louisiana | Bienville | 04/13/1989 |
| West Arcadia Prospect | Ann Jones Sisson Tejada | Louisiana | Bienville | 01/15/1990 |
| West Arcadia Prospect | Grover A. Jones, et ux. | Louisiana | Bienville | 07/20/1989 |
| West Arcadia Prospect | Grover A. Jones, et ux. | Louisiana | Bienville | 01/15/1990 |
| West Arcadia Prospect | Celia Ann Jones | Louisiana | Bienville | 01/31/1990 |
| West Arcadia Prospect | Lucille B. Jones | Louisiana | Bienville | 02/08/1990 |
| West Arcadia Prospect | Janis Louise Jones Grigsby | Louisiana | Bienville | 02/08/1990 |
| West Arcadia Prospect | Bette Jeanette Jones Krack | Louisiana | Bienville | 01/15/1990 |
| West Arcadia Prospect | Paulette A. Beavers | Louisiana | Claiborne | 05/28/2006 |
| West Arcadia Prospect | Paulette A. Beavers | Louisiana | Claiborne | 05/28/2006 Sarah Pate 26 #1 |
| North Beach Prospect | Gillis E. Ralls, Sr. | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Gillis E. Ralls, Sr. | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Gillis E. Ralls, Sr. | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Grady Lynn Ralls & Willodean Ralls, et ux | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Grady Lynn Ralls & Willodean Ralls, et ux | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Grady Lynn Ralls & Willodean Ralls, et ux | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Grady Lynn Ralls & Willodean Ralls, et ux | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Grady Lynn Ralls & Willodean Ralls, et ux | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Grady Lynn Ralls & Willodean Ralls, et ux | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Grady Lynn Ralls & Willodean Ralls, et ux | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Grady Lynn Ralls & Willodean Ralls, et ux | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Grady Lynn Ralls & Willodean Ralls, et ux | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Grady Lynn Ralls & Willodean Ralls, et ux | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Grady Lynn Ralls & Willodean Ralls, et ux | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Grady Lynn Ralls & Willodean Ralls, et ux | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Juanita Ralls | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Juanita Ralls | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Juanita Ralls | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Juanita Ralls | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Juanita Ralls | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Juanita Ralls | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Juanita Ralls | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Juanita Ralls | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Juanita Ralls | Alabama | Conecuh | 02/23/2004 |

EXHIBIT 3

| North Beach Prospect | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Conecuh | 02/23/2004 | |
| North Beach Prospect | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Conecuh | 02/23/2004 | |
| North Beach Prospect | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Conecuh | 02/23/2004 | |
| North Beach Prospect | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Conecuh | 02/23/2004 | |
| North Beach Prospect | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Conecuh | 02/23/2004 | |
| North Beach Prospect | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Conecuh | 02/23/2004 | |
| North Beach Prospect | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Conecuh | 02/23/2004 | |
| North Beach Prospect | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Conecuh | 02/23/2004 | |
| North Beach Prospect | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Conecuh | 02/23/2004 | |
| North Beach Prospect | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Conecuh | 02/23/2004 | |
| North Beach Prospect | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Conecuh | 02/23/2004 | |
| North Beach Prospect | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Conecuh | 02/23/2004 | |
| North Beach Prospect | Mary Horton Mack Estate | Alabama | Conecuh | 04/28/2004 | |
| North Beach Prospect | Mary Horton Mack Estate | Alabama | Conecuh | 04/28/2004 | |
| North Beach Prospect | Mary Horton Mack Estate | Alabama | Conecuh | 04/28/2004 | |
| North Beach Prospect | Mary Horton Mack Estate | Alabama | Conecuh | 04/28/2004 | |
| North Beach Prospect | Mary Horton Mack Estate | Alabama | Conecuh | 04/28/2004 | |
| North Beach Prospect | Mary Horton Mack Estate | Alabama | Conecuh | 04/28/2004 | |
| North Beach Prospect | Mary Horton Mack Estate | Alabama | Conecuh | 04/28/2004 | |
| North Beach Prospect | Rosa Horton Holley | Alabama | Conecuh | 04/28/2004 | |
| North Beach Prospect | Rosa Horton Holley | Alabama | Conecuh | 04/28/2004 | |
| North Beach Prospect | Clinton O. Hyde, Jr., Deceased | Alabama | Conecuh | 05/24/2004 | |
| North Beach Prospect | Willa Hyde Cox | Alabama | Conecuh | 05/24/2004 | |
| North Beach Prospect | Ruby Nell Taylor | Alabama | Conecuh | 05/24/2004 | Craft Mack 17-2 #1 |
| North Beach Prospect | Ruby Nell Taylor | Alabama | Conecuh | 05/24/2004 | |
| North Beach Prospect | Edgar McCreary & Annie Ruth McCreary | Alabama | Conecuh | 05/20/2004 | Craft Mack 17-2 #1 |
| North Beach Prospect | Edgar McCreary & Annie Ruth McCreary | Alabama | Conecuh | 05/20/2004 | |
| North Beach Prospect | Edgar McCreary & Annie Ruth McCreary | Alabama | Conecuh | 05/20/2004 | |
| North Beach Prospect | Edgar McCreary & Annie Ruth McCreary | Alabama | Conecuh | 05/20/2004 | |
| North Beach Prospect | Edgar McCreary & Annie Ruth McCreary | Alabama | Conecuh | 05/20/2004 | |
| North Beach Prospect | Mary Jo Hyde Thompson | Alabama | Conecuh | 05/24/2004 | |
| North Beach Prospect | Beaven-Jackson Lumber & Vaneer Co. | Alabama | Conecuh | 06/10/2009 | |
| North Beach Prospect | M. Steven Moehle & Betty Linda Moehle | Alabama | Conecuh | 06/11/2004 | |
| North Beach Prospect | Maudis M. Fry & Herbert Fry | Alabama | Conecuh | 06/01/2004 | |
| North Beach Prospect | Maudis M. Fry & Herbert Fry | Alabama | Conecuh | 06/01/2004 | |
| North Beach Prospect | Jason L. Pate & Sharon Pate | Alabama | Conecuh | 06/18/2009 | |
| North Beach Prospect | William T. Pate | Alabama | Conecuh | 06/18/2009 | |
| North Beach Prospect | William T. Pate | Alabama | Conecuh | 06/18/2009 | |
| North Beach Prospect | Jennifer Lynn Travis & Charles Lee Travis | Alabama | Conecuh | 06/08/2004 | |
| North Beach Prospect | Willie F. McClain & Wanda T. McClain | Alabama | Conecuh | 06/08/2009 | |
| North Beach Prospect | Lewis E. Meeks, Sr. | Alabama | Conecuh | 06/17/2009 | |
| North Beach Prospect | Lewis E. Meeks, Sr. | Alabama | Conecuh | 06/17/2009 | |
| North Beach Prospect | Lewis E. Meeks, Sr. | Alabama | Conecuh | 06/17/2009 | |
| North Beach Prospect | Lewis E. Meeks, Sr. | Alabama | Conecuh | 06/17/2009 | |
| North Beach Prospect | Willard L. Meeks, Sr. | Alabama | Conecuh | 06/17/2009 | |
| North Beach Prospect | Willard L. Meeks, Sr. | Alabama | Conecuh | 06/17/2009 | |
| North Beach Prospect | Lillie R. Meeks | Alabama | Conecuh | 06/17/2009 | |
| North Beach Prospect | Lillie R. Meeks | Alabama | Conecuh | 06/17/2009 | |
| North Beach Prospect | Artense M. Brown | Alabama | Conecuh | 06/17/2009 | |
| North Beach Prospect | Artense M. Brown | Alabama | Conecuh | 06/17/2009 | |

EXHIBIT 3

Case:20-12377-EEB   Doc#:16-2   Filed:04/23/20   144   Entered:04/23/20 22:39:39   Page

| | | | | |
|---|---|---|---|---|
| North Beach Prospect | Robert Earl Meeks, Sr. | Alabama | Conecuh | 06/17/2009 |
| North Beach Prospect | Robert Earl Meeks, Sr. | Alabama | Conecuh | 06/17/2009 |
| North Beach Prospect | Robert Earl Meeks, Sr. | Alabama | Conecuh | 06/17/2009 |
| North Beach Prospect | Scott Ellis Matthews & Charlotte S. Matthews, et ux | Alabama | Conecuh | 05/21/2004 |
| North Beach Prospect | Scott Ellis Matthews & Charlotte S. Matthews, et ux | Alabama | Conecuh | 05/21/2004 |
| North Beach Prospect | Scott Ellis Matthews & Charlotte S. Matthews, et ux | Alabama | Conecuh | 05/21/2004 |
| North Beach Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/10/2012 |
| North Beach Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/10/2012 |
| North Beach Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/10/2012 |
| North Beach Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/10/2012 |
| North Beach Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/10/2012 |
| North Beach Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/10/2012 |
| North Beach Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/10/2012 |
| North Beach Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/10/2012 |
| North Beach Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/10/2012 |
| North Beach Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/10/2012 |
| North Beach Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/10/2012 |
| North Beach Prospect | Lillie Harvey | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Lillie Harvey | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | K. C. Brye | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | K. C. Brye | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Arnetta Crawford | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Arnetta Crawford | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Eulis Brye | Alabama | Conecuh | 06/18/2009 |
| North Beach Prospect | Charlie Mae Wilson | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Charlie Mae Wilson | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Mary Brye | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Mary Brye | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Eugene Brye | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Eugene Brye | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Elois Boykin | Alabama | Conecuh | 07/09/2004 |
| North Beach Prospect | Elois Boykin | Alabama | Conecuh | 07/09/2004 |
| North Beach Prospect | Helen Hampton | Alabama | Conecuh | 07/09/2004 |
| North Beach Prospect | Helen Hampton | Alabama | Conecuh | 07/09/2004 |
| North Beach Prospect | Robert L. Drakeford | Alabama | Conecuh | 07/09/2004 |
| North Beach Prospect | Robert L. Drakeford | Alabama | Conecuh | 07/09/2004 |
| North Beach Prospect | Fred L. Drakeford & Vanessa Drakeford | Alabama | Conecuh | 07/09/2004 |
| North Beach Prospect | Fred L. Drakeford & Vanessa Drakeford | Alabama | Conecuh | 07/09/2004 |
| North Beach Prospect | Fred L. Drakeford & Vanessa Drakeford | Alabama | Conecuh | 06/19/2004 |
| North Beach Prospect | Fred L. Drakeford & Vanessa Drakeford | Alabama | Conecuh | 06/19/2004 |
| North Beach Prospect | Lawrence Brye | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Lawrence Brye | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Katherine Holmes Straughn | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Katherine Holmes Straughn | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Richard D. Holmes | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Richard D. Holmes | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Richard D. Holmes | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Gerald Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Gerald Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Gerald Ira Padgett | Alabama | Conecuh | 06/24/2009 |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| North Beach Prospect | Gerald Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Gerald Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Daniel Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Daniel Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Daniel Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Daniel Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Daniel Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Gerald Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Gerald Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Gerald Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Gerald Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Gerald Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Lee Nard Meeks | Alabama | Conecuh | 06/18/2009 |
| North Beach Prospect | Lee Nard Meeks | Alabama | Conecuh | 06/18/2009 |
| North Beach Prospect | Martha Drakeford | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Martha Drakeford | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Tiffannie Richardson | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Tiffannie Richardson | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | J. T. Covington | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | J. T. Covington | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Willie Brye | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Willie Brye | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Nero Brye, Deceased | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Nero Brye, Deceased | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Mary Covington | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Mary Covington | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Christine Covington | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Christine Covington | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Alice Margaret Holmes Woods | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Alice Margaret Holmes Woods | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Ella Ruth Holmes Gant | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Ella Ruth Holmes Gant | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Lizzie Mae Holmes Richburg | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Lizzie Mae Holmes Richburg | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Daisy L. Holmes | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Daisy L. Holmes | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Constance M. Holmes Hale | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Constance M. Holmes Hale | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Veronica R. Holmes | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Veronica R. Holmes | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Claudie M. Holmes Modley | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Claudie M. Holmes Modley | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Lillie Pearl Taliaferro, Deceased | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Lillie Pearl Taliaferro, Deceased | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Sylvester Covington | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Sylvester Covington | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Leotis Hardie | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Leotis Hardie | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Dorothy B. Byrd | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Dorothy B. Byrd | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Minnie Pearl Merrill | Alabama | Conecuh | 06/18/2004 |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| North Beach Prospect | Minnie Pearl Merrill | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Nero Brye, Deceased | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Nero Brye, Deceased | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Beulah Jones | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Beulah Jones | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Estate of Ossie L. Rogers | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Estate of Ossie L. Rogers | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Willie Horton & Novella B. Horton | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Willie Horton & Novella B. Horton | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Willie Horton & Novella B. Horton | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Willie Horton & Novella B. Horton | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Willie Horton & Novella B. Horton | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | John L. Henry & Carrie I. Henry | Alabama | Conecuh | 08/24/2004 |
| North Beach Prospect | John L. Henry & Carrie I. Henry | Alabama | Conecuh | 08/24/2004 |
| North Beach Prospect | Hattie Mae Holmes Ball | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Hattie Mae Holmes Ball | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Joel R. Jackson | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Joel R. Jackson | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Reelice Holmes | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Reelice Holmes | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Buice Lee Holmes Hooks | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Buice Lee Holmes Hooks | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Pamela D. Holmes Banks | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Pamela D. Holmes Banks | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Soterra, LLC c/o Regions Bank Natural Resources Dpt | Alabama | Conecuh | 11/12/2007 |
| North Beach Prospect | George Henry White | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | George Henry White | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Clarence White | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Clarence White | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Agnes Tolbert | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Agnes Tolbert | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Bertha Thompson | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Bertha Thompson | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Nell Smith | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Nell Smith | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | James P. Prindle | Alabama | Conecuh | 07/16/2015 |
| North Beach Prospect | Sarah Nell McEwen | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Sarah Nell McEwen | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Lois Brye Hawthorne | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Lois Brye Hawthorne | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Janie B. Harding | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Janie B. Harding | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Mary Ann Furguson | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Mary Ann Furguson | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Inez Culliver | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Inez Culliver | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Mary Helen Crittenden | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Mary Helen Crittenden | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Minnie Carter | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Minnie Carter | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Huzell Brye | Alabama | Conecuh | 06/18/2004 |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| North Beach Prospect | Huzell Brye | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Grady Brye % Agnes Tolbert | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Grady Brye % Agnes Tolbert | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Virgie Brooks | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Virgie Brooks | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Beaman Williams | Alabama | Conecuh | 12/22/2009 |
| North Beach Prospect | Beaman Williams | Alabama | Conecuh | 12/22/2009 |
| North Beach Prospect | Beaman Williams | Alabama | Conecuh | 12/22/2009 |
| North Beach Prospect | Beaman Williams | Alabama | Conecuh | 12/22/2009 |
| North Beach Prospect | Beaman Williams | Alabama | Conecuh | 12/22/2009 |
| North Beach Prospect | Beaman Williams | Alabama | Conecuh | 12/22/2009 |
| North Beach Prospect | Chiquita L. Jackson Stratford | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Chiquita L. Jackson Stratford | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Johnnie Mae Holmes Ellington | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Johnnie Mae Holmes Ellington | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Felita Fay Hill | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Felita Fay Hill | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Derwin Brye | Alabama | Conecuh | 12/21/2004 |
| North Beach Prospect | Derwin Brye | Alabama | Conecuh | 12/21/2004 |
| North Beach Prospect | Rosa Lee Jackson | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Rosa Lee Jackson | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Betty Jenkins | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Betty Jenkins | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Kelsey Anne Green Trust George, Jr.  & William Green | Alabama | Conecuh | 12/04/2007 |
| North Beach Prospect | Kelsey Anne Green Trust George, Jr.  & William Green | Alabama | Conecuh | 12/04/2007 |
| North Beach Prospect | Kelsey Anne Green Trust George, Jr.  & William Green | Alabama | Conecuh | 12/04/2007 |
| North Beach Prospect | William Trimble Green | Alabama | Conecuh | 11/17/2007 |
| North Beach Prospect | William Trimble Green | Alabama | Conecuh | 11/17/2007 |
| North Beach Prospect | William Trimble Green | Alabama | Conecuh | 11/17/2007 |
| North Beach Prospect | George Gardiner Green, Jr. | Alabama | Conecuh | 11/17/2007 |
| North Beach Prospect | George Gardiner Green, Jr. | Alabama | Conecuh | 11/17/2007 |
| North Beach Prospect | George Gardiner Green, Jr. | Alabama | Conecuh | 11/17/2007 |
| North Beach Prospect | Irene Brye | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Irene Brye | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Church of Christ of the Primitive Faith and Order at | Alabama | Conecuh | 12/22/2004 |
| North Beach Prospect | Larry Wright | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Larry Wright | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Wayne Bryer | Alabama | Conecuh | 03/01/2005 |
| North Beach Prospect | Wayne Bryer | Alabama | Conecuh | 03/01/2005 |
| North Beach Prospect | Johnita Hall | Alabama | Conecuh | 03/01/2005 |
| North Beach Prospect | Johnita Hall | Alabama | Conecuh | 03/01/2005 |
| North Beach Prospect | Annie Lee Brye, Deceased | Alabama | Conecuh | 03/01/2005 |
| North Beach Prospect | Annie Lee Brye, Deceased | Alabama | Conecuh | 03/01/2005 |
| North Beach Prospect | Sandra Bryer | Alabama | Conecuh | 03/01/2005 |
| North Beach Prospect | Sandra Bryer | Alabama | Conecuh | 03/01/2005 |
| North Beach Prospect | John Greel Ralls, Sr. | Alabama | Conecuh | 09/13/2005 |
| North Beach Prospect | John Greel Ralls, Sr. | Alabama | Conecuh | 09/13/2005 |
| North Beach Prospect | John Greel Ralls, Sr. | Alabama | Conecuh | 09/13/2005 |
| North Beach Prospect | Patricia Ann Davis | Alabama | Conecuh | 08/19/2005 |
| North Beach Prospect | Patricia Ann Davis | Alabama | Conecuh | 08/19/2005 |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| North Beach Prospect | Geraldine White | Alabama | Conecuh | 08/19/2005 |
| North Beach Prospect | Geraldine White | Alabama | Conecuh | 08/19/2005 |
| North Beach Prospect | Sara P. Nettles | Alabama | Conecuh | 05/22/2005 |
| North Beach Prospect | Sara P. Nettles | Alabama | Conecuh | 05/22/2005 |
| North Beach Prospect | Norma G. Grandison | Alabama | Conecuh | 05/22/2005 |
| North Beach Prospect | Norma G. Grandison | Alabama | Conecuh | 05/22/2005 |
| North Beach Prospect | Donna E. Johnson | Alabama | Conecuh | 05/22/2005 |
| North Beach Prospect | Donna E. Johnson | Alabama | Conecuh | 05/22/2005 |
| North Beach Prospect | Vincent C. Brye | Alabama | Conecuh | 05/22/2005 |
| North Beach Prospect | Vincent C. Brye | Alabama | Conecuh | 05/22/2005 |
| North Beach Prospect | Willie Mae Huntley | Alabama | Conecuh | 12/19/2005 |
| North Beach Prospect | Eva McCreary | Alabama | Conecuh | 12/19/2005 |
| North Beach Prospect | Irene McCreary, Deceased | Alabama | Conecuh | 12/19/2005 |
| North Beach Prospect | Robert Floyd, Jr. | Alabama | Conecuh | 12/19/2005 |
| North Beach Prospect | Clarence Lee Howard | Alabama | Conecuh | 12/19/2005 |
| North Beach Prospect | McKinzell Floyd | Alabama | Conecuh | 12/19/2005 |
| North Beach Prospect | Willie Drakeford, Deceased | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Willie Drakeford, Deceased | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | King E. Drakeford | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | King E. Drakeford | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Mary L. Green | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Mary L. Green | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Johnny Drakeford, Jr. | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Johnny Drakeford, Jr. | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Mary D. Jones | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Mary D. Jones | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Martha A. Perkins | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Martha A. Perkins | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Minnie Drakeford | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Minnie Drakeford | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Albert C. Drakeford | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Albert C. Drakeford | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Howard J. Drakeford | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Howard J. Drakeford | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Harris L. Drakeford & Laurine W. Drakeford | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Harris L. Drakeford & Laurine W. Drakeford | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Harris L. Drakeford & Laurine W. Drakeford | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | McKinley Floyd and wife, Juanita Hayes Floyd | Alabama | Conecuh | 03/04/2006 |
| North Beach Prospect | McKinley Floyd and wife, Juanita Hayes Floyd | Alabama | Conecuh | 03/04/2006 |
| North Beach Prospect | Rosemary Ralls Harper | Alabama | Conecuh | 03/08/2006 |
| North Beach Prospect | Carol Ralls Pate | Alabama | Conecuh | 03/08/2006 |
| North Beach Prospect | Loretta Wiggins | Alabama | Conecuh | 08/19/2005 |
| North Beach Prospect | Loretta Wiggins | Alabama | Conecuh | 08/19/2005 |
| North Beach Prospect | Sharon Brye Scott | Alabama | Conecuh | 08/19/2005 |
| North Beach Prospect | Sharon Brye Scott | Alabama | Conecuh | 08/19/2005 |
| North Beach Prospect | Latasha Scott | Alabama | Conecuh | 03/28/2006 |
| North Beach Prospect | Latasha Scott | Alabama | Conecuh | 03/28/2006 |
| North Beach Prospect | Lashawna Scott | Alabama | Conecuh | 03/28/2006 |
| North Beach Prospect | Lashawna Scott | Alabama | Conecuh | 03/28/2006 |
| North Beach Prospect | Anita Lawson | Alabama | Conecuh | 03/28/2006 |
| North Beach Prospect | Anita Lawson | Alabama | Conecuh | 03/28/2006 |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| North Beach Prospect | Giselle Malone | Alabama | Conecuh | 03/28/2006 |
| North Beach Prospect | Giselle Malone | Alabama | Conecuh | 03/28/2006 |
| North Beach Prospect | Eleanor Malone | Alabama | Conecuh | 03/28/2006 |
| North Beach Prospect | Eleanor Malone | Alabama | Conecuh | 03/28/2006 |
| North Beach Prospect | Wanda Malone | Alabama | Conecuh | 03/28/2006 |
| North Beach Prospect | Wanda Malone | Alabama | Conecuh | 03/28/2006 |
| North Beach Prospect | Tiffany Malone | Alabama | Conecuh | 03/28/2006 |
| North Beach Prospect | Tiffany Malone | Alabama | Conecuh | 03/28/2006 |
| North Beach Prospect | Eartha Mae White Willis | Alabama | Conecuh | 02/27/2007 |
| North Beach Prospect | Eartha Mae White Willis | Alabama | Conecuh | 02/27/2007 |
| North Beach Prospect | Abbie Morris, Deceased | Alabama | Conecuh | 02/27/2007 |
| North Beach Prospect | Abbie Morris, Deceased | Alabama | Conecuh | 02/27/2007 |
| North Beach Prospect | Denoy Brye | Alabama | Conecuh | 02/27/2007 |
| North Beach Prospect | Denoy Brye | Alabama | Conecuh | 02/27/2007 |
| North Beach Prospect | Lorenzo Brye | Alabama | Conecuh | 02/27/2007 |
| North Beach Prospect | Lorenzo Brye | Alabama | Conecuh | 02/27/2007 |
| North Beach Prospect | Jeannette Anderson | Alabama | Conecuh | 02/27/2007 |
| North Beach Prospect | Jeannette Anderson | Alabama | Conecuh | 02/27/2007 |
| North Beach Prospect | Smurfit-Stone Container Enterprises, Inc | Alabama | Conecuh | 05/27/2008 |
| North Beach Prospect | Smurfit-Stone Container Enterprises, Inc | Alabama | Conecuh | 05/27/2008 |
| North Beach Prospect | Smurfit-Stone Container Enterprises, Inc | Alabama | Conecuh | 05/27/2008 |
| North Beach Prospect | Smurfit-Stone Container Enterprises, Inc | Alabama | Conecuh | 05/27/2008 |
| North Beach Prospect | Smurfit-Stone Container Enterprises, Inc | Alabama | Conecuh | 05/27/2008 |
| North Beach Prospect | Smurfit-Stone Container Enterprises, Inc | Alabama | Conecuh | 05/27/2008 |
| North Beach Prospect | Charlene Malone | Alabama | Conecuh | 08/20/2008 |
| North Beach Prospect | Charlene Malone | Alabama | Conecuh | 08/20/2008 |
| North Beach Prospect | Mary Ann Mack | Alabama | Conecuh | 04/28/2014 |
| North Beach Prospect | Mary Ann Mack | Alabama | Conecuh | 04/28/2014 |
| North Beach Prospect | Blackstone Natrual Resources I, L.P. | Alabama | Conecuh | 06/04/2014 |
| North Beach Prospect | John Greel Ralls, Sr. | Alabama | Escambia | 08/10/2013 |
| Bear Creek West | UNKNOWN / OTHERS | Alabama | Monroe | 02/12/2011 |
| Bear Creek West | UNKNOWN / OTHERS | Alabama | Monroe | 02/12/2011 |
| Bear Creek West | UNKNOWN / OTHERS | Alabama | Monroe | 02/12/2011 |
| Bear Creek West | Agee S. Broughton, III | Alabama | Monroe | 02/12/2011 |
| Bear Creek West | Agee S. Broughton, III | Alabama | Monroe | 02/12/2011 |
| Bear Creek West | Agee S. Broughton, III | Alabama | Monroe | 02/12/2011 |
| Bear Creek West | Ann B. Magee | Alabama | Monroe | 02/12/2011 |
| Bear Creek West | Ann B. Magee | Alabama | Monroe | 02/12/2011 |
| Bear Creek West | Ann B. Magee | Alabama | Monroe | 02/12/2011 |
| Bear Creek West | James J. McWilliams, III | Alabama | Monroe | 02/12/2011 |
| Bear Creek West | James J. McWilliams, III | Alabama | Monroe | 02/12/2011 |
| Bear Creek West | James J. McWilliams, III | Alabama | Monroe | 02/12/2011 |
| Bear Creek West | Renaei McWilliams | Alabama | Monroe | 02/12/2011 |
| Bear Creek West | Renaei McWilliams | Alabama | Monroe | 02/12/2011 |
| Bear Creek West | Renaei McWilliams | Alabama | Monroe | 02/12/2011 |
| Bear Creek West | Jade McWilliams Freeman | Alabama | Monroe | 02/12/2011 |
| Bear Creek West | Jade McWilliams Freeman | Alabama | Monroe | 02/12/2011 |
| Bear Creek West | Jade McWilliams Freeman | Alabama | Monroe | 02/12/2011 |
| Bear Creek West | Mark Tapia Augusta Tapia | Alabama | Monroe | 03/19/2011 |
| Bear Creek West | Ersell Beck | Alabama | Monroe | 03/19/2011 |
| Bear Creek West | Willie Thames | Alabama | Monroe | 02/23/2011 |

Craig Mack 17-4 #1

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| Bear Creek West | Willie Thames | Alabama | Monroe | 02/23/2011 |
| Bear Creek West | Annette Jeffers | Alabama | Monroe | 02/23/2011 |
| Bear Creek West | Teresa Davis | Alabama | Monroe | 02/23/2011 |
| Bear Creek West | Alex Thames | Alabama | Monroe | 02/23/2011 |
| Bear Creek West | John Thames | Alabama | Monroe | 02/23/2011 |
| Bear Creek West | Pamela Thames | Alabama | Monroe | 02/28/2011 |
| Bear Creek West | Michael Thames | Alabama | Monroe | 02/23/2011 |
| Bear Creek West | Eugene Thomas | Alabama | Monroe | 04/03/2011 |
| Bear Creek West | Hazel T Nero | Alabama | Monroe | 04/03/2011 |
| Bear Creek West | Helen T Lyons | Alabama | Monroe | 04/03/2011 |
| Bear Creek West | Theodore Thames | Alabama | Monroe | 04/22/2013 |
| Bear Creek West | Loretta Mc Cants | Alabama | Monroe | 04/22/2013 |
| Bear Creek West | Shirley Thames | Alabama | Monroe | 04/22/2013 |
| Bear Creek West | Minnie E Stallworth | Alabama | Monroe | 04/22/2013 |
| Bear Creek West | Earnestine King | Alabama | Monroe | 04/22/2013 |
| Bear Creek West | Evelyn Murray | Alabama | Monroe | 04/22/2013 |
| Bethany Longstreet Prospect | Marian Bass Farris | Louisiana | | 07/24/2006 |
| Bethany Longstreet Prospect | Marian Bass Farris | Louisiana | | 07/24/2006 |
| Bethany Longstreet Prospect | Robert P. Bass | Louisiana | Caddo | 07/24/2006 |
| Bethany Longstreet Prospect | Robert P. Bass | Louisiana | Caddo | 07/24/2006 |
| Bethany Longstreet Prospect | J. Howard Bass | Louisiana | Caddo | 07/24/2006 |
| Bethany Longstreet Prospect | J. Howard Bass | Louisiana | Caddo | 07/24/2006 |
| Bovina Field | Tormin, Inc. | | | 03/03/2002 |
| Bovina Field | Anderson-Tully Company | | | 03/06/2001 |
| Bovina Field | Velma R. Jones | Mississippi | Warren | 03/15/2002 |
| Bovina Field | Aubrey Leroy Amos Heirs C/O Chancery Clerk #2003-153 | Mississippi | Warren | 07/08/2003 |
| Bovina Field | Lucille A. Brown | Mississippi | Warren | 05/28/2002 |
| Bovina Field | Berdie C. Amos | Mississippi | Warren | 05/28/2002 |
| Bovina Field | Simon Amos | Mississippi | Warren | 05/28/2002 |
| Bovina Field | Mary Lee A. Robbins | Mississippi | Warren | 05/28/2002 |
| Bovina Field | Cassandra A. Norwood | Mississippi | Warren | 06/25/2002 |
| Bovina Field | Josie B. Amos | Mississippi | Warren | 06/25/2002 |
| Bovina Field | H. O. Tidwell | Mississippi | Warren | 02/20/2001 |
| Bovina Field | Charles Schaeffer & Ruby Schaeffer | Mississippi | Warren | 07/09/2002 |
| Bovina Field | John E. Bell | Mississippi | Warren | 01/31/2002 |
| Bovina Field | Rosie D. Marsh | Mississippi | Warren | 07/07/2002 |
| Bovina Field | Willie M. Spencer & Louis Spencer | Mississippi | Warren | 05/01/2002 |
| Bovina Field | Willie M. Spencer & Louis Spencer | Mississippi | Warren | 05/01/2002 |
| Bovina Field | Charles Scott & Joyce Scott | Mississippi | Warren | 03/02/2003 |
| Bovina Field | Gwyndolyn S. Prater | Mississippi | Warren | 05/01/2002 |
| Bovina Field | Gwyndolyn S. Prater | Mississippi | Warren | 05/01/2002 |
| Bovina Field | Marie K. Phelps | Mississippi | Warren | 06/11/2002 |
| Bovina Field | Marie K. Phelps | Mississippi | Warren | 06/11/2002 |
| Bovina Field | Federal Land BankofNew Orleans | Mississippi | Warren | 05/24/1976 |
| Bovina Field | Federal Land BankofNew Orleans | Mississippi | Warren | 05/24/1976 |
| Bovina Field | Anderson-Tully Company | Mississippi | Warren | 08/01/1974 |
| Bovina Field | Anderson-Tully Company | Mississippi | Warren | 08/01/1974 |
| Bovina Field | Joseph A. Farrar | Mississippi | Warren | 06/10/1981 |
| Bovina Field | Howard T. Ettinger | Mississippi | Warren | 12/22/1980 |
| Bovina Field | Henry W. Harrel | Mississippi | Warren | 09/10/1981 |
| Bovina Field | Nathaniel Summerfield | Mississippi | Warren | 02/02/1982 |

EXHIBIT 3

| Bovina Field | Nathaniel Summerfield | Mississippi | Warren | 02/02/1982 | |
| Bovina Field | Dorothy Moss Blanton | Mississippi | Warren | 02/02/1982 | |
| Bovina Field | Dorothy Moss Blanton | Mississippi | Warren | 02/02/1982 | |
| Bovina Field | Bobbie J. Nevels | Mississippi | Warren | 10/09/1980 | |
| Bovina Field | Bobbie J. Nevels | Mississippi | Warren | 10/09/1980 | |
| Bovina Field | James E. Wood & Joyce Wood | Mississippi | Warren | 11/13/1980 | |
| Bovina Field | Willaim Kirk Stevens & Janice Stevens | Mississippi | Warren | 12/23/1980 | |
| Bovina Field | Oswald Jones & Linda Jones | Mississippi | Warren | 11/14/1980 | |
| Bovina Field | Malcolm G. Anding & Wilhelmina Anding | Mississippi | Warren | 12/24/1980 | |
| Bovina Field | Frances H. Wilson Sheffield | Mississippi | Warren | 12/24/1980 | |
| Bovina Field | Paul Anthony Taccarino | Mississippi | Warren | 11/19/1980 | |
| Bovina Field | James B Howard & Doris Shaw Howard | Mississippi | Warren | 12/24/1980 | |
| Bovina Field | James B Howard & Doris Shaw Howard | Mississippi | Warren | 12/24/1980 | |
| Bovina Field | James B Howard & Doris Shaw Howard | Mississippi | Warren | 12/24/1980 | |
| Bovina Field | James B Howard & Doris Shaw Howard | Mississippi | Warren | 12/24/1980 | |
| Bovina Field | James B Howard & Doris Shaw Howard | Mississippi | Warren | 12/24/1980 | |
| Bovina Field | Lignum Oil Company | Mississippi | Warren | 11/20/1980 | |
| Bovina Field | Lignum Oil Company | Mississippi | Warren | 11/20/1980 | |
| Bovina Field | Lignum Oil Company | Mississippi | Warren | 11/20/1980 | |
| Bovina Field | Lignum Oil Company | Mississippi | Warren | 11/20/1980 | |
| Bovina Field | Lignum Oil Company | Mississippi | Warren | 11/20/1980 | |
| Bovina Field | Lignum Oil Company | Mississippi | Warren | 11/20/1980 | |
| Bovina Field | Lignum Oil Company | Mississippi | Warren | 11/20/1980 | |
| Bovina Field | Lignum Oil Company | Mississippi | Warren | 11/20/1980 | |
| Bovina Field | Lignum Oil Company | Mississippi | Warren | 11/20/1980 | |
| Bovina Field | Federal Land BankofNew Orleans | Mississippi | Warren | 05/28/1981 | |
| Bovina Field | Federal Land BankofNew Orleans | Mississippi | Warren | 05/28/1981 | |
| Bovina Field | Federal Land BankofNew Orleans | Mississippi | Warren | 05/28/1981 | |
| Bovina Field | Federal Land BankofNew Orleans | Mississippi | Warren | 05/28/1981 | |
| Bovina Field | Federal Land BankofNew Orleans | Mississippi | Warren | 05/28/1981 | |
| Bovina Field | Federal Land BankofNew Orleans | Mississippi | Warren | 05/28/1981 | |
| Bovina Field | Federal Land BankofNew Orleans | Mississippi | Warren | 05/28/1981 | |
| Bovina Field | Federal Land BankofNew Orleans | Mississippi | Warren | 05/28/1981 | |
| Bovina Field | Federal Land BankofNew Orleans | Mississippi | Warren | 05/28/1981 | |
| West Bryceland Saddle | Brenda Joyce Hill Ware | Louisiana | Bienville | 12/03/2013 | John D Bryant #1 |
| West Bryceland Saddle | Brenda Joyce Hill Ware | Louisiana | Bienville | 12/03/2013 | John D Bryant #1 |
| West Bryceland Saddle | Brenda Joyce Hill Ware | Louisiana | Bienville | 12/03/2013 | John D Bryant #1 |
| West Bryceland Saddle | Delores Hill Powell | Louisiana | Bienville | 12/03/2013 | John D Bryant #1 |
| West Bryceland Saddle | Delores Hill Powell | Louisiana | Bienville | 12/03/2013 | John D Bryant #1 |
| West Bryceland Saddle | Delores Hill Powell | Louisiana | Bienville | 12/03/2013 | John D Bryant #1 |
| West Bryceland Saddle | Delaune Radin | Louisiana | Bienville | 07/24/2013 | John D Bryant #1 |
| West Bryceland Saddle | Delaune Radin | Louisiana | Bienville | 07/24/2013 | John D Bryant #1 |
| West Bryceland Saddle | Delaune Radin | Louisiana | Bienville | 07/24/2013 | John D Bryant #1 |
| West Bryceland Saddle | Ronald Hill | Louisiana | Bienville | 05/30/2012 | John D Bryant #1 |
| West Bryceland Saddle | Ronald Hill | Louisiana | Bienville | 05/30/2012 | John D Bryant #1 |
| West Bryceland Saddle | Ronald Hill | Louisiana | Bienville | 05/30/2012 | John D Bryant #1 |
| West Bryceland Saddle | Robert Hill | Louisiana | Bienville | 05/30/2012 | John D Bryant #1 |
| West Bryceland Saddle | Robert Hill | Louisiana | Bienville | 05/30/2012 | John D Bryant #1 |
| West Bryceland Saddle | Robert Hill | Louisiana | Bienville | 05/30/2012 | John D Bryant #1 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| West Bryceland Saddle | Dorothy M Harris | Louisiana | Bienville | 05/30/2013 | John D Bryant #1 |
| West Bryceland Saddle | Dorothy M Harris | Louisiana | Bienville | 05/30/2013 | John D Bryant #1 |
| West Bryceland Saddle | Dorothy M Harris | Louisiana | Bienville | 05/30/2013 | John D Bryant #1 |
| West Bryceland Saddle | Curtis Judgeware | Louisiana | Bienville | 05/30/2013 | John D Bryant #1 |
| West Bryceland Saddle | Curtis Judgeware | Louisiana | Bienville | 05/30/2013 | John D Bryant #1 |
| West Bryceland Saddle | Curtis Judgeware | Louisiana | Bienville | 05/30/2013 | John D Bryant #1 |
| West Bryceland Saddle | Adrianne Judgeware | Louisiana | Bienville | 05/30/0212 | John D Bryant #1 |
| West Bryceland Saddle | Adrianne Judgeware | Louisiana | Bienville | 05/30/0212 | John D Bryant #1 |
| West Bryceland Saddle | Adrianne Judgeware | Louisiana | Bienville | 05/30/0212 | John D Bryant #1 |
| West Bryceland Saddle | Verna C Foster | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Verna C Foster | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Verna C Foster | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Olden Michael Wright | Louisiana | Bienville | 11/26/2013 | John D Bryant #1 |
| West Bryceland Saddle | Olden Michael Wright | Louisiana | Bienville | 11/26/2013 | John D Bryant #1 |
| West Bryceland Saddle | Olden Michael Wright | Louisiana | Bienville | 11/26/2013 | John D Bryant #1 |
| West Bryceland Saddle | Keisha Wright Johnson | Louisiana | Bienville | 11/26/2013 | John D Bryant #1 |
| West Bryceland Saddle | Keisha Wright Johnson | Louisiana | Bienville | 11/26/2013 | John D Bryant #1 |
| West Bryceland Saddle | Keisha Wright Johnson | Louisiana | Bienville | 11/26/2013 | John D Bryant #1 |
| West Bryceland Saddle | Carol Hill Scott | Louisiana | Bienville | 11/26/2013 | John D Bryant #1 |
| West Bryceland Saddle | Carol Hill Scott | Louisiana | Bienville | 11/26/2013 | John D Bryant #1 |
| West Bryceland Saddle | Carol Hill Scott | Louisiana | Bienville | 11/26/2013 | John D Bryant #1 |
| West Bryceland Saddle | Curtis Murphy | Louisiana | Bienville | 03/01/2012 | John D Bryant #1 |
| West Bryceland Saddle | Curtis Murphy | Louisiana | Bienville | 03/01/2012 | John D Bryant #1 |
| West Bryceland Saddle | Curtis Murphy | Louisiana | Bienville | 03/01/2012 | John D Bryant #1 |
| West Bryceland Saddle | Roy Clark | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Roy Clark | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Roy Clark | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Rolie Murphy | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Rolie Murphy | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Rolie Murphy | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Mary F. Harris | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Mary F. Harris | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Mary F. Harris | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Lillian Clark | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Lillian Clark | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Lillian Clark | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Earnestine Brackens | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Earnestine Brackens | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Earnestine Brackens | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Crystal Hill | Louisiana | Bienville | 02/13/2012 | John D Bryant #1 |
| West Bryceland Saddle | Crystal Hill | Louisiana | Bienville | 02/13/2012 | John D Bryant #1 |
| West Bryceland Saddle | Crystal Hill | Louisiana | Bienville | 02/13/2012 | John D Bryant #1 |
| West Bryceland Saddle | Patricia Hill | Louisiana | Bienville | 02/02/2012 | John D Bryant #1 |
| West Bryceland Saddle | Patricia Hill | Louisiana | Bienville | 02/02/2012 | John D Bryant #1 |
| West Bryceland Saddle | Patricia Hill | Louisiana | Bienville | 02/02/2012 | John D Bryant #1 |
| West Bryceland Saddle | Peter Hill | Louisiana | Bienville | 02/01/2012 | John D Bryant #1 |
| West Bryceland Saddle | Peter Hill | Louisiana | Bienville | 02/01/2012 | John D Bryant #1 |
| West Bryceland Saddle | Peter Hill | Louisiana | Bienville | 02/01/2012 | John D Bryant #1 |
| West Bryceland Saddle | Brian Radin | Louisiana | Bienville | 02/01/2012 | John D Bryant #1 |
| West Bryceland Saddle | Brian Radin | Louisiana | Bienville | 02/01/2012 | John D Bryant #1 |
| West Bryceland Saddle | Brian Radin | Louisiana | Bienville | 02/01/2012 | John D Bryant #1 |

EXHIBIT 3

| | | | | | | |
|---|---|---|---|---|---|---|
| West Bryceland Saddle | Lesie A Shaw | Louisiana | Bienville | 01/27/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Lesie A Shaw | Louisiana | Bienville | 01/27/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Lesie A Shaw | Louisiana | Bienville | 01/27/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Patsy R Champion | Louisiana | Bienville | 01/25/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Patsy R Champion | Louisiana | Bienville | 01/25/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Patsy R Champion | Louisiana | Bienville | 01/25/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Faydria Murphy | Louisiana | Bienville | 01/27/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Faydria Murphy | Louisiana | Bienville | 01/27/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Faydria Murphy | Louisiana | Bienville | 01/27/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Linda Hill Sneed | Louisiana | Bienville | 01/25/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Linda Hill Sneed | Louisiana | Bienville | 01/25/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Linda Hill Sneed | Louisiana | Bienville | 01/25/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Judge Hill, 111 | Louisiana | Bienville | 01/25/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Judge Hill, 111 | Louisiana | Bienville | 01/25/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Judge Hill, 111 | Louisiana | Bienville | 01/25/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Gloria Hill Stells | Louisiana | Bienville | 01/25/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Gloria Hill Stells | Louisiana | Bienville | 01/25/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Gloria Hill Stells | Louisiana | Bienville | 01/25/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Bobby J Hill | Louisiana | Bienville | 01/25/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Bobby J Hill | Louisiana | Bienville | 01/25/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Bobby J Hill | Louisiana | Bienville | 01/25/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Martha Ruth Johnson | Louisiana | Bienville | 01/17/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Martha Ruth Johnson | Louisiana | Bienville | 01/17/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Martha Ruth Johnson | Louisiana | Bienville | 01/17/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Lisa G. Johnson | Louisiana | Bienville | 01/17/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Lisa G. Johnson | Louisiana | Bienville | 01/17/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Lisa G. Johnson | Louisiana | Bienville | 01/17/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Lee Radin Moore | Louisiana | Bienville | 01/17/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Lee Radin Moore | Louisiana | Bienville | 01/17/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Lee Radin Moore | Louisiana | Bienville | 01/17/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Gracie Frazier | Louisiana | Bienville | 01/17/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Gracie Frazier | Louisiana | Bienville | 01/17/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Gracie Frazier | Louisiana | Bienville | 01/17/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Betty Otems | Louisiana | Bienville | 01/17/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Betty Otems | Louisiana | Bienville | 01/17/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Betty Otems | Louisiana | Bienville | 01/17/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Monica L. Elder | Louisiana | Bienville | 03/01/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Monica L. Elder | Louisiana | Bienville | 03/01/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Monica L. Elder | Louisiana | Bienville | 03/01/2012 | John D Bryant | #1 |
| West Bryceland Saddle | Leo Lawrence Bryant | Louisiana | Bienville | 07/30/2013 | John D Bryant | #1 |
| West Bryceland Saddle | Leo Lawrence Bryant | Louisiana | Bienville | 07/30/2013 | John D Bryant | #1 |
| West Bryceland Saddle | Leo Lawrence Bryant | Louisiana | Bienville | 07/30/2013 | John D Bryant | #1 |
| West Bryceland Saddle | George Bryant | Louisiana | Bienville | 01/11/2012 | John D Bryant | #1 |
| West Bryceland Saddle | George Bryant | Louisiana | Bienville | 01/11/2012 | John D Bryant | #1 |
| West Bryceland Saddle | George Bryant | Louisiana | Bienville | 01/11/2012 | John D Bryant | #1 |
| West Bryceland Saddle | John Douglas Bryant, Jr. | Louisiana | Bienville | 08/11/2011 | John D Bryant | #1 |
| West Bryceland Saddle | John Douglas Bryant, Jr. | Louisiana | Bienville | 08/11/2011 | John D Bryant | #1 |
| West Bryceland Saddle | John Douglas Bryant, Jr. | Louisiana | Bienville | 08/11/2011 | John D Bryant | #1 |
| West Bryceland Saddle | Monique Bryant | Louisiana | Bienville | 08/05/2011 | John D Bryant | #1 |
| West Bryceland Saddle | Monique Bryant | Louisiana | Bienville | 08/05/2011 | John D Bryant | #1 |
| West Bryceland Saddle | Monique Bryant | Louisiana | Bienville | 08/05/2011 | John D Bryant | #1 |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| West Bryceland Saddle | John Douglas Bryant, III | Louisiana | Bienville | 08/05/2011 John D Bryant #1 |
| West Bryceland Saddle | John Douglas Bryant, III | Louisiana | Bienville | 08/05/2011 John D Bryant #1 |
| West Bryceland Saddle | John Douglas Bryant, III | Louisiana | Bienville | 08/05/2011 John D Bryant #1 |
| West Bryceland Saddle | Floyd Bryant, Deceased | Louisiana | Bienville | 08/31/2011 John D Bryant #1 |
| West Bryceland Saddle | Floyd Bryant, Deceased | Louisiana | Bienville | 08/31/2011 John D Bryant #1 |
| West Bryceland Saddle | Floyd Bryant, Deceased | Louisiana | Bienville | 08/31/2011 John D Bryant #1 |
| West Bryceland Saddle | Floyd Bryant, Deceased | Louisiana | Bienville | 08/31/2011 John D Bryant #1 |
| West Bryceland Saddle | Phillip Keith Bryant | Louisiana | Bienville | 08/23/2011 John D Bryant #1 |
| West Bryceland Saddle | Phillip Keith Bryant | Louisiana | Bienville | 08/23/2011 John D Bryant #1 |
| West Bryceland Saddle | Phillip Keith Bryant | Louisiana | Bienville | 08/23/2011 John D Bryant #1 |
| West Bryceland Saddle | Phillip Keith Bryant | Louisiana | Bienville | 08/23/2011 John D Bryant #1 |
| West Bryceland Saddle | Chanyel Bryant Burriss | Louisiana | Bienville | 08/23/2011 John D Bryant #1 |
| West Bryceland Saddle | Chanyel Bryant Burriss | Louisiana | Bienville | 08/23/2011 John D Bryant #1 |
| West Bryceland Saddle | Chanyel Bryant Burriss | Louisiana | Bienville | 08/23/2011 John D Bryant #1 |
| West Bryceland Saddle | Chanyel Bryant Burriss | Louisiana | Bienville | 08/23/2011 John D Bryant #1 |
| West Bryceland Saddle | Kenneth Barnard Bryant | Louisiana | Bienville | 08/23/2011 John D Bryant #1 |
| West Bryceland Saddle | Kenneth Barnard Bryant | Louisiana | Bienville | 08/23/2011 John D Bryant #1 |
| West Bryceland Saddle | Kenneth Barnard Bryant | Louisiana | Bienville | 08/23/2011 John D Bryant #1 |
| West Bryceland Saddle | Kenneth Barnard Bryant | Louisiana | Bienville | 08/23/2011 John D Bryant #1 |
| West Bryceland Saddle | Kenneth Jerome Pugh | Louisiana | Bienville | 07/28/2011 John D Bryant #1 |
| West Bryceland Saddle | Barbara Ann Peoples-Smith | Louisiana | Bienville | 08/08/2011 John D Bryant #1 |
| West Bryceland Saddle | Polly Pugh | Louisiana | Bienville | 07/28/2011 John D Bryant #1 |
| West Bryceland Saddle | Robert Holland | Louisiana | Bienville | 01/11/2012 John D Bryant #1 |
| West Bryceland Saddle | Andre Toliver | Louisiana | Bienville | 01/22/2012 John D Bryant #1 |
| West Bryceland Saddle | William Holland | Louisiana | Bienville | 08/23/2011 John D Bryant #1 |
| West Bryceland Saddle | Mary A Simpson | Louisiana | Bienville | 07/26/2011 John D Bryant #1 |
| West Bryceland Saddle | Mary A Simpson | Louisiana | Bienville | 07/26/2011 John D Bryant #1 |
| West Bryceland Saddle | Tajuania Titus | Louisiana | Bienville | 07/26/2011 John D Bryant #1 |
| West Bryceland Saddle | Tajuania Titus | Louisiana | Bienville | 07/26/2011 John D Bryant #1 |
| West Bryceland Saddle | Jimmie Lee Green | Louisiana | Bienville | 07/26/2011 John D Bryant #1 |
| West Bryceland Saddle | Jimmie Lee Green | Louisiana | Bienville | 07/26/2011 John D Bryant #1 |
| West Bryceland Saddle | Bruce E. Bryant | Louisiana | Bienville | 07/26/2011 John D Bryant #1 |
| West Bryceland Saddle | Bruce E. Bryant | Louisiana | Bienville | 07/26/2011 John D Bryant #1 |
| West Bryceland Saddle | John D. Pugh, Jr | Louisiana | Bienville | 07/26/2011 John D Bryant #1 |
| West Bryceland Saddle | John D. Pugh, Jr | Louisiana | Bienville | 07/26/2011 John D Bryant #1 |
| West Bryceland Saddle | Thomas Family Land, LLC | Louisiana | Bienville | 08/05/2011 John D Bryant #1 |
| West Bryceland Saddle | Thomas Family Land, LLC | Louisiana | Bienville | 08/05/2011 John D Bryant #1 |
| West Bryceland Saddle | Ida Faye Williams | Louisiana | Bienville | 08/03/2011 John D Bryant #1 |
| West Bryceland Saddle | Leo Williams, Sr and Ida Fay Williams | Louisiana | Bienville | 08/03/2011 John D Bryant #1 |
| West Bryceland Saddle | Baker Forests, LP | Louisiana | Bienville | 08/05/2011 John D Bryant #1 |
| West Bryceland Saddle | Louisiana Minerals, LTD | Louisiana | Bienville | 07/27/2011 John D Bryant #1 |
| West Bryceland Saddle | E.W. Merritt Land & Timber Co., Inc. | Louisiana | Bienville | 09/22/2011 John D Bryant #1 |
| East Castor | Weyerhaeuser Company | Louisiana | Bienville | 05/27/2014 |
| East Castor | Weyerhaeuser Company | Louisiana | Bienville | 05/27/2014 |
| East Castor | Weyerhaeuser Company | Louisiana | Bienville | 05/27/2014 Echo Papa 10-10 #1 |
| East Castor | Weyerhaeuser Company | Louisiana | Bienville | 05/27/2014 Evans 11-4 #1 |
| East Castor | Weyerhaeuser Company | Louisiana | Bienville | 05/27/2014 |
| East Castor | Weyerhaeuser Company | Louisiana | Bienville | 05/27/2014 |
| East Castor | Sandra Bogan Bell | Louisiana | Bienville | 07/23/2014 Echo Papa 10-10 #1 |
| East Castor | Sandra Bogan Bell | Louisiana | Bienville | 07/23/2014 Echo Papa 10-10 #1 |
| East Castor | Iris Jean Thrasher Cotton | Louisiana | Bienville | 05/16/2014 Evans 11-4 #1 |

EXHIBIT 3

| East Castor | Darrie Dianne Bogan Coleman | Louisiana | Bienville | 07/23/2014 Echo Papa 10-10 #1 |
| East Castor | Darrie Dianne Bogan Coleman | Louisiana | Bienville | 07/23/2014 Echo Papa 10-10 #1 |
| East Castor | Patricia Thrasher Busher | Louisiana | Bienville | 06/23/2014 Evans 11-4 #1 |
| East Castor | Roy David Deroche, et ux | Louisiana | Bienville | 06/20/2014 Echo Papa 10-10 #1 |
| East Castor | Echo Papa LLC | Louisiana | Bienville | 07/23/2014 Echo Papa 10-10 #1 |
| East Castor | Evans Land Management, LLC | Louisiana | Bienville | 06/03/2014 Echo Papa 10-10 #1 |
| East Castor | Teresa Haddox | Louisiana | Bienville | 05/07/2014 Echo Papa 10-10 #1 |
| East Castor | Max Evans and Daisy Broussard Evans | Louisiana | Bienville | 06/03/2014 |
| East Castor | Max Evans and Daisy Broussard Evans | Louisiana | Bienville | 06/03/2014 Echo Papa 10-10 #1 |
| East Castor | Max Evans and Daisy Broussard Evans | Louisiana | Bienville | 06/03/2014 Evans 11-4 #1 |
| East Castor | Bruce Roy Humphrey | Louisiana | Bienville | 05/14/2014 Echo Papa 10-10 #1 |
| East Castor | Zachariah Hagin | Louisiana | Bienville | 06/03/2014 Evans 11-4 #1 |
| East Castor | Joe Bruce Evans | Louisiana | Bienville | 06/03/2014 Echo Papa 10-10 #1 |
| East Castor | Joe Bruce Evans | Louisiana | Bienville | 06/03/2014 Evans 11-4 #1 |
| East Castor | Joe Bruce Evans | Louisiana | Bienville | 06/03/2014 Evans 11-4 #1 |
| East Castor | Joe Bruce Evans | Louisiana | Bienville | 06/03/2014 Evans 11-4 #1 |
| East Castor | Joe Bruce Evans | Louisiana | Bienville | 06/03/2014 |
| East Castor | Janis Evans Leach | Louisiana | Bienville | 06/11/2014 Echo Papa 10-10 #1 |
| East Castor | Francis Guy Kelley & Joan Evans Kelley Liiving Trust | Louisiana | Bienville | 06/03/2014 |
| East Castor | Francis Guy Kelley & Joan Evans Kelley Liiving Trust | Louisiana | Bienville | 06/03/2014 Echo Papa 10-10 #1 |
| East Castor | Francis Guy Kelley & Joan Evans Kelley Liiving Trust | Louisiana | Bienville | 06/03/2014 Echo Papa 10-10 #1 |
| East Castor | Francis Guy Kelley & Joan Evans Kelley Liiving Trust | Louisiana | Bienville | 06/03/2014 Evans 11-4 #1 |
| East Castor | Kevin Lane Johnson, et ux | Louisiana | Bienville | 05/07/2014 Echo Papa 10-10 #1 |
| East Castor | Louisiana Minerals, LTD | Louisiana | Bienville | 04/07/2014 |
| East Castor | Louisiana Minerals, LTD | Louisiana | Bienville | 04/07/2014 Evans 11-4 #1 |
| East Castor | Pavillion Land Developement, LLC | Louisiana | Bienville | 06/01/2014 Echo Papa 10-10 #1 |
| East Castor | Pavillion Land Developement, LLC | Louisiana | Bienville | 06/01/2014 |
| East Castor | Pavillion Land Developement, LLC | Louisiana | Bienville | 06/01/2014 |
| East Castor | Zachary T. Thrasher | Louisiana | Bienville | 06/23/2014 Evans 11-4 #1 |
| East Castor | Regina Watts Thrasher | Louisiana | Bienville | 07/07/2014 Evans 11-4 #1 |
| East Castor | Maurice S. Thrasher | Louisiana | Bienville | 05/16/2014 Evans 11-4 #1 |
| East Castor | Connie Thrasher Wilson | Louisiana | Bienville | 06/16/2014 Evans 11-4 #1 |
| East Castor | XH, LLC | Louisiana | Bienville | 07/01/2014 Echo Papa 10-10 #1 |
| East Castor | XH, LLC | Louisiana | Bienville | 07/01/2014 Echo Papa 10-10 #1 |
| East Castor | XH, LLC | Louisiana | Bienville | 07/01/2014 Echo Papa 10-10 #1 |
| East Castor | Britney Shae Thrasher | Louisiana | Bienville | 06/23/2014 Evans 11-4 #1 |
| East Castor | Danita Thrasher | Louisiana | Bienville | 05/16/2014 Evans 11-4 #1 |
| East Castor | Danita Thrasher | Louisiana | Bienville | 05/16/2014 Evans 11-4 #1 |
| East Castor | Derrell Glen Thrasher | Louisiana | Bienville | 05/16/2014 Evans 11-4 #1 |
| East Castor | Derrell Glen Thrasher | Louisiana | Bienville | 05/16/2014 Evans 11-4 #1 |
| East Castor | Florian J. Thomala, et al | Louisiana | Bienville | 06/20/2014 Echo Papa 10-10 #1 |
| East Castor | Michael Jerome Thomala, et al | Louisiana | Bienville | 06/20/2014 Echo Papa 10-10 #1 |
| East Castor | Michael Jerome Thomala, et al | Louisiana | Bienville | 06/20/2014 Echo Papa 10-10 #1 |
| East Castor | Ray L Southern | Louisiana | Bienville | 05/08/2014 Echo Papa 10-10 #1 |
| East Castor | Sherry M. Hall Taylor | Louisiana | Bienville | 05/14/2014 Echo Papa 10-10 #1 |
| East Castor | JFKELLEY Clan, LLC | Louisiana | Bienville | 06/03/2014 Echo Papa 10-10 #1 |
| East Castor | Barbara Evans Rogers | Louisiana | Bienville | 06/04/2014 Echo Papa 10-10 #1 |
| East Castor | Frederick R Bogan | Louisiana | Bienville | 07/23/2014 Echo Papa 10-10 #1 |
| East Castor | Frederick R Bogan | Louisiana | Bienville | 07/23/2014 Echo Papa 10-10 #1 |
| East Castor | Jerry Lane Sullivan | Louisiana | Bienville | 09/24/2014 Echo Papa 10-10 #1 |
| East Castor | LTD Hunters, LLC | Louisiana | Bienville | 09/02/2014 Echo Papa 10-10 #1 |

EXHIBIT 3

| East Castor | Petro-Hunt, LLC | Louisiana | Bienville | 09/11/2014 | Echo Papa 10-10 #1 |
| East Castor | Petro-Hunt, LLC | Louisiana | Bienville | 09/11/2014 | Echo Papa 10-10 #1 |
| East Castor | Petro-Hunt, LLC | Louisiana | Bienville | 09/11/2014 | Echo Papa 10-10 #1 |
| East Castor | Kingfisher Resources, Inc. | Louisiana | Bienville | 08/04/2014 | Echo Papa 10-10 #1 |
| East Castor | Kingfisher Resources, Inc. | Louisiana | Bienville | 08/04/2014 | Echo Papa 10-10 #1 |
| East Castor | Kingfisher Resources, Inc. | Louisiana | Bienville | 08/04/2014 | Echo Papa 10-10 #1 |
| East Castor | Larry and Carolyn Carr | Louisiana | Bienville | 08/21/2014 | Evans 11-4 #1 |
| East Castor | Gordon Byron May | Louisiana | Bienville | 07/13/2016 | Echo Papa 10-10 #1 |
| East Castor | Gordon Byron May | Louisiana | Bienville | 07/13/2016 | Echo Papa 10-10 #1 |
| East Castor | Patricia Elaine Carey | Louisiana | Bienville | 07/13/2016 | Echo Papa 10-10 #1 |
| East Castor | Patricia Elaine Carey | Louisiana | Bienville | 07/13/2016 | Echo Papa 10-10 #1 |
| East Castor | Debra Jo Hejtmanek | Louisiana | Bienville | 07/13/2016 | Echo Papa 10-10 #1 |
| East Castor | Debra Jo Hejtmanek | Louisiana | Bienville | 07/13/2016 | Echo Papa 10-10 #1 |
| East Castor | John Allen Merritt, Sr. and Donna Sue Merrit, H&W | Louisiana | Bienville | 09/23/2016 | Echo Papa 10-10 #1 |
| East Castor | Red River Louisiana TRS LP f/k/a Timberstar Louisiana TRS | Louisiana | Bienville | 12/01/2016 | Evans 11-4 #1 |
| East Castor | Red River Louisiana TRS LP f/k/a Timberstar Louisiana TRS | Louisiana | Bienville | 12/01/2016 | Evans 11-4 #1 |
| East Castor | Red River Louisiana TRS LP f/k/a Timberstar Louisiana TRS | Louisiana | Bienville | 12/01/2016 | Evans 11-4 #1 |
| East Castor | Red River Louisiana TRS LP f/k/a Timberstar Louisiana TRS | Louisiana | Bienville | 12/01/2016 | |
| East Castor | Red River Louisiana TRS LP f/k/a Timberstar Louisiana TRS | Louisiana | Bienville | 12/01/2016 | |
| East Castor | Red River Louisiana TRS LP f/k/a Timberstar Louisiana TRS | Louisiana | Bienville | 12/01/2016 | |
| East Castor | Red River Louisiana TRS LP f/k/a Timberstar Louisiana TRS | Louisiana | Bienville | 12/01/2016 | |
| East Castor | Sabine Uplift Mineral Corporation represented by R.H. | Louisiana | Bienville | 03/01/2017 | Evans 11-4 #1 |
| East Castor | Sabine Uplift Mineral Corporation represented by R.H. | Louisiana | Bienville | 03/01/2017 | Evans 11-4 #1 |
| East Castor | Billy J. Nolan | Louisiana | Bienville | 03/28/2017 | Evans 11-4 #1 |
| East Castor | James M. Humphrey | Louisiana | Bienville | 03/28/2017 | Evans 11-4 #1 |
| East Castor | Pine Grove Church | Louisiana | Bienville | 03/06/2017 | Evans 11-4 #1 |
| East Castor | Jacob W. Branch and Megan T. Branch | Louisiana | Bienville | 02/23/2017 | Evans 11-4 #1 |
| East Castor | Paul A. Thomas and Lisa D. Thomas | Louisiana | Bienville | 02/23/2017 | Evans 11-4 #1 |
| East Castor | Bobbie L. Halbert | Louisiana | Bienville | 03/28/2017 | Evans 11-4 #1 |
| East Castor | Curtis and Lottie Dison | Louisiana | Bienville | 01/30/2017 | Evans 11-4 #1 |
| East Castor | Dwight Shane Lewter | Louisiana | Bienville | 05/02/2017 | Evans 11-4 #1 |
| East Castor | Sandra Thrasher Marson | Louisiana | Bienville | 05/02/2017 | Evans 11-4 #1 |
| East Castor | Carol A. Daniel | Louisiana | Bienville | 03/28/2017 | Evans 11-4 #1 |
| East Castor | Linda F. Lawrence | Louisiana | Bienville | 03/28/2017 | Evans 11-4 #1 |
| Clapps Creek Prospect | Debbie Sue Betts Williams | Texas | Leon | 06/01/2003 | VK Hill #1 |
| Clapps Creek Prospect | Debbie Sue Betts Williams | Texas | Leon | 06/01/2003 | |
| Clapps Creek Prospect | Beverly Dianne Betts Boyd | Texas | Leon | 06/01/2003 | VK Hill #1 |
| Clapps Creek Prospect | Beverly Dianne Betts Boyd | Texas | Leon | 06/01/2003 | |
| Clapps Creek Prospect | Houston Ed Betts | Texas | Leon | 06/01/2003 | VK Hill #1 |
| Clapps Creek Prospect | Houston Ed Betts | Texas | Leon | 06/01/2003 | |
| Clapps Creek Prospect | Doris M. Betts, Deceased | Texas | Leon | 06/04/2003 | VK Hill #1 |
| Clapps Creek Prospect | Michael J. Betts | Texas | Leon | 06/04/2003 | VK Hill #1 |
| Clapps Creek Prospect | John K. Wade | Texas | Leon | 06/04/2003 | VK Hill #1 |
| Clapps Creek Prospect | Chris R. Wade | Texas | Leon | 06/04/2003 | VK Hill #1 |
| Clapps Creek Prospect | Jane White Carpenter | Texas | Leon | 06/04/2003 | VK Hill #1 |
| Clapps Creek Prospect | Jane White Carpenter | Texas | Leon | 06/04/2003 | VK Hill #1 |
| Clapps Creek Prospect | Don Michael Keisler | Texas | Leon | 06/04/2003 | VK Hill #1 |
| Clapps Creek Prospect | Don Michael Keisler | Texas | Leon | 06/04/2003 | VK Hill #1 |
| Clapps Creek Prospect | Virginia Keisler Hill | Texas | Leon | 06/04/2003 | VK Hill #1 |
| Clapps Creek Prospect | Virginia Keisler Hill | Texas | Leon | 06/04/2003 | VK Hill #1 |
| Clapps Creek Prospect | Ann Ward Sadler | Texas | Leon | 06/04/2003 | VK Hill #1 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Clapps Creek Prospect | Ann Ward Sadler | Texas | Leon | 06/04/2003 | VK Hill #1 |
| Clapps Creek Prospect | Robert L. King Estate Trust Robert L. King Trust-Grace A. | Texas | Leon | 07/30/2003 | VK Hill #1 |
| Clapps Creek Prospect | Robert L. King Estate Trust Robert L. King Trust-Grace A. | Texas | Leon | 07/30/2003 | |
| Clapps Creek Prospect | Robert L. King, III Trust Grace A. Towery, Trustee | Texas | Leon | 07/30/2003 | VK Hill #1 |
| Clapps Creek Prospect | Robert L. King, III Trust Grace A. Towery, Trustee | Texas | Leon | 07/30/2003 | |
| Clapps Creek Prospect | King's Club, Inc. | Texas | Leon | 07/30/2003 | VK Hill #1 |
| Clapps Creek Prospect | King's Club, Inc. | Texas | Leon | 07/30/2003 | |
| Clapps Creek Prospect | Robert L. King Estate Trust Robert L. King Trust-Grace A. | Texas | Leon | 07/30/2003 | VK Hill #1 |
| Clapps Creek Prospect | Robert L. King Estate Trust Robert L. King Trust-Grace A. | Texas | Leon | 07/30/2003 | |
| Clapps Creek Prospect | Kelly A. Wade Estate Cause No. 5346 in Leon County | Texas | Leon | 08/26/2003 | VK Hill #1 |
| Clapps Creek Prospect | Lisa A. Wade Estate Cause No. 5346 in Leon County Court, | Texas | Leon | 08/26/2003 | VK Hill #1 |
| Clapps Creek Prospect | SEGB, Inc. | Texas | Leon | 04/01/2001 | VK Hill #1 |
| Escambia Prospect | Mary Katherine Jones Brundage | Alabama | Conecuh | 12/28/2010 | Hanmer 32-3 #1 |
| Escambia Prospect | Mary Katherine Jones Brundage | Alabama | Conecuh | 12/28/2010 | Hanmer 32-3 #1 |
| Escambia Prospect | Mary Katherine Jones Brundage | Alabama | Conecuh | 12/28/2010 | Johnston-Stewart 32-12 #1 |
| Escambia Prospect | Mary Katherine Jones Brundage | Alabama | Conecuh | 12/28/2010 | Hanmer 32-3 #1 |
| Escambia Prospect | Mary Katherine Jones Brundage | Alabama | Conecuh | 12/28/2010 | Hanmer 32-3 #1 |
| Escambia Prospect | Tully Logan & Annie Lee Logan, et ux | Alabama | Escambia | 01/09/2006 | Logan 5-7 #1 |
| Escambia Prospect | Jack D. Logan & Margaret Logan, et ux | Alabama | Escambia | 01/09/2006 | Logan 5-7 #1 |
| Escambia Prospect | Kenneth Allen Baker | Alabama | Conecuh | 01/09/2006 | Hanmer 32-3 #1 |
| Escambia Prospect | Raymond B. Logan & Billie Joyce Logan | Alabama | Escambia | 01/09/2006 | Logan 5-7 #1 |
| Escambia Prospect | James W. Logan, Deceased Nell Marie Logan, Deceased | Alabama | Escambia | 01/09/2006 | Logan 5-7 #1 |
| Escambia Prospect | Bertie T. Hassell & Juanita T. Hassell, Deceased | Alabama | Escambia | 01/09/2006 | Logan 5-7 #1 |
| Escambia Prospect | R. Wyatt Feagin | Alabama | Escambia | 02/13/2006 | Logan 5-7 #1 |
| Escambia Prospect | Nanette Feagin Beck | Alabama | Escambia | 02/13/2006 | Logan 5-7 #1 |
| Escambia Prospect | Noel E. Lindholm & Gloria H. Lindholm | Alabama | Conecuh | 03/10/2006 | Salter 29-13 #1 |
| Escambia Prospect | William E. Older | Alabama | Conecuh | 03/03/2006 | Salter 29-13 #1 |
| Escambia Prospect | Juanita C. Waters | Alabama | Conecuh | 03/09/2011 | |
| Escambia Prospect | Juanita C. Waters | Alabama | Conecuh | 03/09/2011 | |
| Escambia Prospect | Juanita C. Waters | Alabama | Conecuh | 03/09/2011 | |
| Escambia Prospect | Alva Nann Cary Taylor | Alabama | Conecuh | 03/09/2016 | |
| Escambia Prospect | Alva Nann Cary Taylor | Alabama | Conecuh | 03/09/2016 | |
| Escambia Prospect | Jo Ann Langham | Alabama | Conecuh | 03/09/2016 | |
| Escambia Prospect | Jo Ann Langham | Alabama | Conecuh | 03/09/2016 | |
| Escambia Prospect | Robert Cary and Judy Cary | Alabama | Conecuh | 03/09/2016 | |
| Escambia Prospect | Robert Cary and Judy Cary | Alabama | Conecuh | 03/09/2016 | |
| Escambia Prospect | Stephen Jeter | Alabama | Escambia | 03/20/2011 | |
| Escambia Prospect | Stephen Jeter | Alabama | Escambia | 03/20/2011 | |
| Escambia Prospect | Stephen Jeter | Alabama | Escambia | 03/20/2011 | |
| Escambia Prospect | Stephen Jeter | Alabama | Escambia | 03/20/2011 | |
| Escambia Prospect | John R. Jeter, III | Alabama | Escambia | 03/20/2011 | |
| Escambia Prospect | John R. Jeter, III | Alabama | Escambia | 03/20/2011 | |
| Escambia Prospect | John R. Jeter, III | Alabama | Escambia | 03/20/2011 | |
| Escambia Prospect | Sally Jeter Hammond 523 Poplar St. | Alabama | Conecuh | 03/20/2011 | |
| Escambia Prospect | Sally Jeter Hammond 523 Poplar St. | Alabama | Conecuh | 03/20/2011 | |
| Escambia Prospect | Sally Jeter Hammond 523 Poplar St. | Alabama | Conecuh | 03/20/2011 | |
| Escambia Prospect | David Edwin Logan & Karen F. Logan, et ux | Alabama | Conecuh | 04/02/2006 | Logan 5-7 #1 |
| Escambia Prospect | David Edwin Logan & Karen F. Logan, et ux | Alabama | Conecuh | 04/02/2006 | Logan 5-7 #1 |
| Escambia Prospect | David Edwin Logan & Karen F. Logan, et ux | Alabama | Conecuh | 04/02/2006 | Logan 5-7 #1 |
| Escambia Prospect | William E. Older | Alabama | Conecuh | 05/12/2006 | Mary Mack 30-15 #1 (Pruet) |
| Escambia Prospect | Frank Steadman and Beverly Steadman | Alabama | Conecuh | 06/06/2006 | Cedar Creek L&T 31-12 #1 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Escambia Prospect | Frank Steadman and Beverly Steadman | Alabama | Conecuh | 06/06/2006 | Mary Mack 31-2 #1 (SEC) |
| Escambia Prospect | Frank Steadman and Beverly Steadman | Alabama | Conecuh | 06/06/2006 | Mary Mack 31-2 #1 (SEC) |
| Escambia Prospect | Elizabeth R. Epstein | Alabama | Escambia | 11/20/2006 | Logan 5-7 #1 |
| Escambia Prospect | Elizabeth R. Epstein | Alabama | Escambia | 11/20/2006 | |
| Escambia Prospect | Elizabeth R. Epstein | Alabama | Escambia | 11/20/2006 | |
| Escambia Prospect | Elizabeth R. Epstein | Alabama | Escambia | 11/20/2006 | |
| Escambia Prospect | Elizabeth R. Epstein | Alabama | Escambia | 11/20/2006 | Logan 5-7 #1 |
| Escambia Prospect | Edgar McCreary & Annie Ruth McCreary | Alabama | Escambia | 11/10/2006 | Logan 5-7 #1 |
| Escambia Prospect | Edgar McCreary & Annie Ruth McCreary | Alabama | Escambia | 11/10/2006 | Logan 5-7 #1 |
| Escambia Prospect | Edgar McCreary & Annie Ruth McCreary | Alabama | Escambia | 11/10/2006 | Logan 5-7 #1 |
| Escambia Prospect | Edgar McCreary & Annie Ruth McCreary | Alabama | Escambia | 11/10/2006 | Logan 5-7 #1 |
| Escambia Prospect | Marjorie Rabun Woodell | Alabama | Escambia | 06/28/2007 | Logan 5-7 #1 |
| Escambia Prospect | Estate of Alex W. Feagin | Alabama | Escambia | 05/16/2007 | Logan 5-7 #1 |
| Escambia Prospect | Estate of Alex W. Feagin | Alabama | Escambia | 05/16/2007 | Logan 5-7 #1 |
| Escambia Prospect | George M. Findley Estate Larry Findley, Executor | Alabama | Escambia | 05/14/2007 | Logan 5-7 #1 |
| Escambia Prospect | Ronice Cook Thames, Ind. & Trustee The Lanoy Thames & | Alabama | Escambia | 07/16/2007 | Logan 5-7 #1 |
| Escambia Prospect | Ronice Cook Thames, Ind. & Trustee The Lanoy Thames & | Alabama | Escambia | 07/16/2007 | Logan 5-7 #1 |
| Escambia Prospect | Syble LaJune White | Alabama | Escambia | 01/17/2019 | |
| Escambia Prospect | Mary H. Strain Family Trust Jane S. Blount, Trustee | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Mary H. Strain Family Trust Jane S. Blount, Trustee | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Mary H. Strain Family Trust Jane S. Blount, Trustee | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Mary H. Strain Family Trust Jane S. Blount, Trustee | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Mary H. Strain Family Trust Jane S. Blount, Trustee | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Mary H. Strain Family Trust Jane S. Blount, Trustee | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Mary H. Strain Family Trust Jane S. Blount, Trustee | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Caroline Frances O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Caroline Frances O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Caroline Frances O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Caroline Frances O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Caroline Frances O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Caroline Frances O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Caroline Frances O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Robert H. O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Robert H. O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Robert H. O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Robert H. O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Robert H. O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Robert H. O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Robert H. O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Carol Roberts | Alabama | Escambia | 01/17/2019 | |
| Escambia Prospect | John Robert Roby | Alabama | Escambia | 01/17/2019 | |
| Escambia Prospect | Janice Smith | Alabama | Escambia | 01/17/2019 | |
| Escambia Prospect | Sandra Ellis | Alabama | Escambia | 01/16/2019 | |
| Escambia Prospect | Foster F. Fountain, III | Alabama | Escambia | 01/17/2019 | |
| Escambia Prospect | Karen A. Fulford | Alabama | Escambia | 01/17/2019 | |
| Escambia Prospect | Carse Casey Jackson, Jr. | Alabama | Escambia | 02/22/2016 | |
| Escambia Prospect | Sarah Russell Tate | Alabama | Escambia | 01/17/2019 | |
| Escambia Prospect | Kelley Alford | Alabama | Escambia | 02/15/2019 | |
| Escambia Prospect | Estate of Alex W. Feagin | Alabama | Conecuh | 06/24/2010 | |
| Escambia Prospect | Steven D. Graves | Alabama | Conecuh | 06/11/2008 | Mary Mack 31-2 #1 (SEC) |
| Escambia Prospect | Sara M. Lanier | Alabama | Conecuh | 01/04/2017 | Southeast Brooklyn Oil Unit |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Escambia Prospect | Sara M. Lanier | Alabama | Conecuh | 01/04/2017 | |
| Escambia Prospect | Harold E. Hamiter Trust Loree R. Hamiter, James E. | Alabama | Conecuh | 01/24/2006 | Hamiter 32-3 #1 |
| Escambia Prospect | John Greel Ralls, Sr. | Alabama | Conecuh | 08/11/2011 | Salter 29-13 #1 |
| Escambia Prospect | John Greel Ralls, Sr. | Alabama | Conecuh | 08/11/2011 | Mary Mack 30-15 #1 (Pruet) |
| Escambia Prospect | Angela D. Short | Alabama | Conecuh | 12/19/2008 | Mary Mack 31-2 #1 (SEC) |
| Escambia Prospect | Janie M. Johnston | Alabama | Conecuh | 08/23/2008 | Southeast Brooklyn Oil Unit |
| Escambia Prospect | Janie M. Johnston | Alabama | Conecuh | 08/23/2008 | Hamiter 32-3 #1 |
| Escambia Prospect | Barbara S. Johnston | Alabama | Conecuh | 02/11/2009 | Jones 34-4 #1 |
| Escambia Prospect | Barbara S. Johnston | Alabama | Conecuh | 02/11/2009 | Graddy 34-8 #1 |
| Escambia Prospect | Barbara S. Johnston | Alabama | Conecuh | 02/11/2009 | Jones 34-4 #1 |
| Escambia Prospect | Barbara S. Johnston | Alabama | Conecuh | 02/11/2009 | Graddy 34-8 #1 |
| Escambia Prospect | Carolyn C. Kennedy | Alabama | Conecuh | 03/13/2019 | |
| Escambia Prospect | Carolyn C. Kennedy | Alabama | Conecuh | 03/13/2019 | |
| Escambia Prospect | Carolyn C. Kennedy | Alabama | Conecuh | 03/13/2019 | |
| Escambia Prospect | Carolyn C. Kennedy | Alabama | Conecuh | 03/13/2019 | |
| Escambia Prospect | Carolyn C. Kennedy | Alabama | Conecuh | 03/13/2019 | |
| Escambia Prospect | Carolyn C. Kennedy | Alabama | Conecuh | 03/13/2019 | |
| Escambia Prospect | Carolyn C. Kennedy | Alabama | Conecuh | 03/13/2019 | |
| Escambia Prospect | Robert Earl Warr & Mary Louise B. Warr | Alabama | Conecuh | 01/02/2013 | |
| Escambia Prospect | Robert Earl Warr & Mary Louise B. Warr | Alabama | Conecuh | 01/02/2013 | |
| Escambia Prospect | Robert Earl Warr & Mary Louise B. Warr | Alabama | Conecuh | 01/02/2013 | Graddy 34-8 #1 |
| Escambia Prospect | Robert Earl Warr & Mary Louise B. Warr | Alabama | Conecuh | 01/02/2013 | |
| Escambia Prospect | Robert Earl Warr & Mary Louise B. Warr | Alabama | Conecuh | 01/02/2013 | |
| Escambia Prospect | Robert Earl Warr & Mary Louise B. Warr | Alabama | Conecuh | 01/02/2013 | |
| Escambia Prospect | Robert Earl Warr & Mary Louise B. Warr | Alabama | Conecuh | 01/02/2013 | |
| Escambia Prospect | Jeff D. Johnston Testamentary Trust Mabel Moorer Evans, | Alabama | Conecuh | 03/04/2009 | Graddy 34-10 #1 |
| Escambia Prospect | Robert E. Cary | Alabama | Conecuh | 04/02/2009 | |
| Escambia Prospect | Robert E. Cary | Alabama | Conecuh | 04/02/2009 | Cedar Creek L&T 35-10 #1 |
| Escambia Prospect | Robert E. Cary | Alabama | Conecuh | 04/02/2009 | |
| Escambia Prospect | Robert E. Cary | Alabama | Conecuh | 04/02/2009 | |
| Escambia Prospect | Robert E. Cary | Alabama | Conecuh | 04/02/2009 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | Cedar Creek L&T 33-6 #1 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | Cedar Creek L&T 33-2 #1 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | Cedar Creek L&T 33-12 #1 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | Cedar Creek L&T 33-10 #1 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | Cedar Creek L&T 34-14 #1 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | Graddy 34-10 #1 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | Cedar Creek L&T 35-10 #1 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | Cedar Creek L&T 35-11 #1 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | |
| Escambia Prospect | Ray Weeks, Jr. | Alabama | Conecuh | 02/05/2010 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Ray Weeks, Jr. | Alabama | Conecuh | 02/05/2010 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Betty Weeks Spurlock | Alabama | Conecuh | 05/12/2010 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Betty Weeks Spurlock | Alabama | Conecuh | 05/12/2010 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Cedar Creek Land and Timber | Alabama | Escambia | 12/01/2016 | |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Escambia Prospect | Cedar Creek Land and Timber | Alabama | Escambia | 12/01/2016 | |
| Escambia Prospect | Cedar Creek Land and Timber | Alabama | Escambia | 12/01/2016 | |
| Escambia Prospect | Cedar Creek Land and Timber | Alabama | Escambia | 12/01/2016 | |
| Escambia Prospect | Cedar Creek Land and Timber | Alabama | Escambia | 12/01/2016 | |
| Escambia Prospect | Cedar Creek Land and Timber | Alabama | Escambia | 12/01/2016 | |
| Escambia Prospect | Cedar Creek Land and Timber | Alabama | Escambia | 12/01/2016 | |
| Escambia Prospect | Cedar Creek Land and Timber | Alabama | Escambia | 12/01/2016 | |
| Escambia Prospect | Cedar Creek Land and Timber | Alabama | Escambia | 12/01/2016 | |
| Escambia Prospect | Cedar Creek Land and Timber | Alabama | Escambia | 12/01/2016 | |
| Escambia Prospect | Cedar Creek Land and Timber | Alabama | Escambia | 12/01/2016 | |
| Escambia Prospect | Cedar Creek Land and Timber | Alabama | Escambia | 12/01/2016 | |
| Escambia Prospect | Jerry Parker Watson | Alabama | Conecuh | 12/20/2010 | |
| Escambia Prospect | Edd Fuqua Jr. | Alabama | Conecuh | 12/22/2010 | Hanner 32-3 #1 |
| Escambia Prospect | Martin A. Fuqua | Alabama | Conecuh | 12/22/2010 | Hanner 32-3 #1 |
| Escambia Prospect | Daniel J. Fuqua | Alabama | Conecuh | 12/22/2010 | Hanner 32-3 #1 |
| Escambia Prospect | Cathy Tomlin | Alabama | Conecuh | 12/28/2010 | Hanner 32-3 #1 |
| Escambia Prospect | Robert Terrell McLendon | Alabama | Conecuh | 12/28/2010 | Hanner 32-3 #1 |
| Escambia Prospect | Lucy Claie McClendon | Alabama | Conecuh | 12/28/2010 | Hanner 32-3 #1 |
| Escambia Prospect | Kenneth Baker | Alabama | Conecuh | 12/28/2010 | Hanner 32-3 #1 |
| Escambia Prospect | Sarah Lanier, Trustee of Sarah Lanier Tr Irrev. for Glenn E. | Alabama | Conecuh | 01/04/2011 | Hanner 32-3 #1 |
| Escambia Prospect | Sarah Lanier,Trustee of Sarah Lanier Irr Trust for Sarah L. | Alabama | Conecuh | 01/04/2011 | Hanner 32-3 #1 |
| Escambia Prospect | Clifford Williams | Alabama | Conecuh | 04/11/2011 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Clifford Williams | Alabama | Conecuh | 04/11/2011 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/09/2018 | |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/09/2018 | |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/09/2018 | |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/09/2018 | |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/09/2018 | |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/09/2018 | |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/09/2018 | |
| Escambia Prospect | Sarah Lanier,Trustee of Sarah Lanier Irr Trust for Sarah L. | Alabama | Conecuh | 03/20/2017 | Southeast Brooklyn Oil Unit |
| Escambia Prospect | Sarah Lanier,Trustee of Sarah Lanier Irr Trust for Sarah L. | Alabama | Conecuh | 03/20/2017 | Southeast Brooklyn Oil Unit |
| Escambia Prospect | Sarah Lanier, Trustee of the Sarah Lanier Irrev. Trust for | Alabama | Conecuh | 03/20/2017 | Southeast Brooklyn Oil Unit |
| Escambia Prospect | Sarah Lanier, Trustee of the Sarah Lanier Irrev. Trust for | Alabama | Conecuh | 03/20/2017 | Southeast Brooklyn Oil Unit |
| Escambia Prospect | Sarah Lanier, Trustee of Sarah Lanier Tr Irrev. for Glenn E. | Alabama | Conecuh | 03/20/2017 | Southeast Brooklyn Oil Unit |
| Escambia Prospect | Sarah Lanier, Trustee of Sarah Lanier Tr Irrev. for Glenn E. | Alabama | Conecuh | 03/20/2017 | |
| Escambia Prospect | Blackstone Natrual Resources I, L.P. | Alabama | Conecuh | 03/01/2011 | Boone & Casey 29-6 #1 |
| Escambia Prospect | Blackstone Natrual Resources I, L.P. | Alabama | Conecuh | 03/01/2011 | Ralls 30-8 #1 |
| Escambia Prospect | Blackstone Natrual Resources I, L.P. | Alabama | Conecuh | 03/01/2011 | Boone & Casey 29-6 #1 |
| Escambia Prospect | Blackstone Natrual Resources I, L.P. | Alabama | Conecuh | 03/01/2011 | Boone & Casey 29-8 #1 |
| Escambia Prospect | Blackstone Natrual Resources I, L.P. | Alabama | Conecuh | 03/01/2011 | Boone & Casey 29-6 #1 |
| Escambia Prospect | Quinta Baldwin | Alabama | Conecuh | 05/28/2011 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Quinta Baldwin | Alabama | Conecuh | 05/28/2011 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Ulyssess McCreary | Alabama | Conecuh | 05/23/2016 | Anderson-Johnson 11-9 #1 |
| Escambia Prospect | Charles McCreary | Alabama | Conecuh | 05/23/2011 | |
| Escambia Prospect | Charles McCreary | Alabama | Conecuh | 05/23/2011 | |
| Escambia Prospect | Charles McCreary | Alabama | Conecuh | 05/23/2011 | Anderson-Johnson 11-9 #1 |
| Escambia Prospect | Mary Lee Bonham | Alabama | Conecuh | 05/23/2019 | Anderson-Johnson 11-9 #1 |
| Escambia Prospect | James McCreary | Alabama | Conecuh | 05/23/2019 | Anderson-Johnson 11-9 #1 |
| Escambia Prospect | Gladys Trawick | Alabama | Conecuh | 05/23/2019 | Anderson-Johnson 11-9 #1 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Escambia Prospect | Cather Lee Sturdivant | Alabama | Conecuh | 05/23/2019 | Anderson-Johnson 11-9 #1 |
| Escambia Prospect | Shirley Williams | Alabama | Conecuh | 05/28/2011 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | John Ray Burks | Alabama | Conecuh | 06/04/2011 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Vera Williams Mims | Alabama | Conecuh | 05/22/2011 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Barbara Burks | Alabama | Conecuh | 06/04/2011 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Ronisha Chana Crosby | Alabama | Conecuh | 08/04/2011 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Sheila Shannon | Alabama | Conecuh | 08/04/2011 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | James Walker, Jr. | Alabama | Conecuh | 08/09/2011 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Tyrone Walker | Alabama | Conecuh | 08/22/2011 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | UNKNOWN / OTHERS | Alabama | Conecuh | 08/22/2011 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Darrell Walker | Alabama | Conecuh | 07/14/2011 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | John S Cook | Alabama | Conecuh | 10/01/2011 | Boothe & Casey 29-6 #1 |
| Escambia Prospect | Anne T Cook | Alabama | Conecuh | 10/01/2011 | Boothe & Casey 29-6 #1 |
| Escambia Prospect | Gretchen Walker Hyler | Alabama | Conecuh | 08/22/2011 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Harold W. Hamiter | Alabama | Conecuh | 09/27/2011 | Boothe & Casey 29-6 #1 |
| Escambia Prospect | Susie Kirksey by AIF Lillie Brown | Alabama | Conecuh | 10/05/2011 | Boothe & Casey 29-6 #1 |
| Escambia Prospect | Edward Smith | Alabama | Conecuh | 09/28/2011 | Boothe & Casey 29-6 #1 |
| Escambia Prospect | Tom Malloy | Alabama | Conecuh | 09/28/2011 | Boothe & Casey 29-6 #1 |
| Escambia Prospect | Earnestine Raines, by AIF Fred Raines | Alabama | Conecuh | 10/05/2011 | Boothe & Casey 29-6 #1 |
| Escambia Prospect | Evelyn Lanier | Alabama | Conecuh | 09/28/2011 | Boothe & Casey 29-6 #1 |
| Escambia Prospect | Kathleen H. Adams | Alabama | Conecuh | 09/28/2011 | Boothe & Casey 29-6 #1 |
| Escambia Prospect | Kathy Owens Sanders | Alabama | Conecuh | 09/28/2011 | Boothe & Casey 29-6 #1 |
| Escambia Prospect | C. Kelly Johnson | Alabama | Conecuh | 09/23/2011 | Boothe & Casey 29-6 #1 |
| Escambia Prospect | Virginia Owens Bell | Alabama | Conecuh | 09/28/2011 | Boothe & Casey 29-6 #1 |
| Escambia Prospect | Charlotte Malloy | Alabama | Conecuh | 09/28/2011 | Boothe & Casey 29-6 #1 |
| Escambia Prospect | Sheila Shannon, Conservator for Ranika Rontae Crosby | Alabama | Conecuh | 08/04/2011 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Katherine Samuel | Alabama | Conecuh | 04/24/2012 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Stacey Samuel, Jr. by Barbara Highsmith | Alabama | Conecuh | 04/24/2012 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Travod Samuel | Alabama | Conecuh | 04/24/2012 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Maurice Seals by Mattie Samuel | Alabama | Conecuh | 04/24/2012 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Majinice Seals by Mattie Samuel | Alabama | Conecuh | 04/24/2012 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Mattie Samuel | Alabama | Conecuh | 04/24/2012 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Willie J. Samuel, Jr. | Alabama | Conecuh | 03/24/2012 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | VENTURA SAMUEL | Alabama | Conecuh | 04/24/2012 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Alexis Samuel | Alabama | Conecuh | 04/24/2012 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Hermine M. Downing | Alabama | Escambia | 02/14/2018 | |
| Escambia Prospect | Stella Livingston Hawkins | Alabama | Escambia | 02/14/2018 | |
| Escambia Prospect | Adrian C. Allen | Alabama | Escambia | 02/14/2018 | |
| Escambia Prospect | Anna L. Downing | Alabama | Escambia | 02/14/2018 | |
| Escambia Prospect | Wiley W. Downing, III | Alabama | Escambia | 02/14/2018 | |
| Escambia Prospect | Adrienne P. Watkins | Alabama | Escambia | 02/14/2018 | |
| Escambia Prospect | Dan M. Downing | Alabama | Escambia | 02/14/2018 | |
| Escambia Prospect | Jane Downing Dunaway | Alabama | Escambia | 02/14/2018 | |
| Escambia Prospect | Lisa Downing Heaton | Alabama | Escambia | 02/14/2018 | |
| Escambia Prospect | Richard Lombard | Alabama | Escambia | 01/17/2019 | |
| Escambia Prospect | Ben Kelly Strain | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Ben Kelly Strain | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Ben Kelly Strain | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Ben Kelly Strain | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Ben Kelly Strain | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Ben Kelly Strain | Alabama | Escambia | 02/15/2013 | |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| Escambia Prospect | Ben Kelly Strain | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | John Robert Roby | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | John Robert Roby | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Susan Lombard Wilkinson | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Susan Lombard Wilkinson | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Sandra Ellis | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Sandra Ellis | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Kelley Alford | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Kelley Alford | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Edwin Sanford, III | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Edwin Sanford, III | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Edwin Sanford, III | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Edwin Sanford, III | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Edwin Sanford, III | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Edwin Sanford, III | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Edwin Sanford, III | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Gordon Kelly O'Neal | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Gordon Kelly O'Neal | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Gordon Kelly O'Neal | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Gordon Kelly O'Neal | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Gordon Kelly O'Neal | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Gordon Kelly O'Neal | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Gordon Kelly O'Neal | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Katherine Dufrain | Alabama | Escambia | 04/24/2013 |
| Escambia Prospect | Katherine Dufrain | Alabama | Escambia | 04/24/2013 |
| Escambia Prospect | Carol Roberts | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Carol Roberts | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Sarah Russell Tate | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Sarah Russell Tate | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Steve Francis O'Neal | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Steve Francis O'Neal | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Steve Francis O'Neal | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Steve Francis O'Neal | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Steve Francis O'Neal | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Steve Francis O'Neal | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Foster F. Fountain, III | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Foster F. Fountain, III | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Richard Lombard | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Richard Lombard | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Janice Smith | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Janice Smith | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | James C. Roby | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | James C. Roby | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Janie M. Johnston | Alabama | Conecuh | 10/19/2013 |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 | Marshall 11-11 #1 |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 | Anderson-Johnson 11-9 #1 |
| Escambia Prospect | The Second Artyce, L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The Second Artyce, L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The Second Artyce, L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The Second Artyce, L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The Second Artyce, L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The Second Artyce, L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The Second Artyce, L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The Second Artyce, L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The Second Artyce, L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The Second Artyce, L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The Second Artyce, L.P. | Alabama | Conecuh | 04/18/2020 | Marshall 11-11 #1 |
| Escambia Prospect | The Second Artyce, L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The Second Artyce, L.P. | Alabama | Conecuh | 04/18/2020 | Anderson-Johnson 11-9 #1 |
| Escambia Prospect | Carse Casey Jackson, Jr. | Alabama | Escambia | 06/16/2014 | |
| Escambia Prospect | Carse Casey Jackson, Jr. | Alabama | Escambia | 06/16/2014 | |
| Escambia Prospect | James Timothy Calvert | Alabama | Escambia | 06/23/2014 | |
| Escambia Prospect | James Timothy Calvert | Alabama | Escambia | 06/23/2014 | |
| Escambia Prospect | Samuel Alto Jackson, Jr | Alabama | Escambia | 06/24/2014 | |
| Escambia Prospect | Samuel Alto Jackson, Jr | Alabama | Escambia | 06/24/2014 | |
| Escambia Prospect | Cindy Hayes | Alabama | Escambia | 01/21/2014 | |
| Escambia Prospect | Cindy Hayes | Alabama | Escambia | 01/21/2014 | |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 07/31/2014 | |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 07/31/2014 | |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 07/31/2014 | |
| Escambia Prospect | Stephen L. Tolbert | Alabama | Escambia | 06/24/2014 | |
| Escambia Prospect | Stephen L. Tolbert | Alabama | Escambia | 06/24/2014 | |
| Escambia Prospect | Lovelace Properties, LLC | Alabama | Escambia | 06/27/2014 | |
| Escambia Prospect | Lovelace Properties, LLC | Alabama | Escambia | 06/27/2014 | |
| Escambia Prospect | Patricia Ann Worrell | Alabama | Escambia | 09/25/2017 | Southwest Brooklyn Oil Unit |
| Escambia Prospect | Patricia Ann Worrell | Alabama | Escambia | 09/25/2017 | |
| Escambia Prospect | Fletcher Mayhew Lucas | Alabama | Escambia | 10/02/2017 | Southwest Brooklyn Oil Unit |
| Escambia Prospect | Fletcher Mayhew Lucas | Alabama | Escambia | 10/02/2017 | |
| Escambia Prospect | Neileen Rivers | Alabama | Escambia | 12/30/2017 | Southwest Brooklyn Oil Unit |
| Escambia Prospect | Stephen L. Tolbert | Alabama | Escambia | 01/05/2018 | |
| Escambia Prospect | Janice Matthews Lee | Alabama | Escambia | 01/15/2018 | |
| Escambia Prospect | Janice Matthews Lee | Alabama | Escambia | 01/15/2018 | |
| Escambia Prospect | Janice Matthews Lee | Alabama | Escambia | 01/15/2018 | |
| Escambia Prospect | Janice Matthews Lee | Alabama | Escambia | 01/15/2018 | |
| Escambia Prospect | Harvey Boyette | Alabama | Escambia | 01/21/2018 | |
| Escambia Prospect | Harvey Boyette | Alabama | Escambia | 01/21/2018 | |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| Escambia Prospect | Harvey Boyette | Alabama | Escambia | 01/21/2018 |
| Escambia Prospect | Harvey Boyette | Alabama | Escambia | 01/21/2018 |
| Escambia Prospect | Carol V. Harris | Alabama | Escambia | 01/27/2018 |
| Escambia Prospect | Carol V. Harris | Alabama | Escambia | 01/27/2018 |
| Escambia Prospect | Carol V. Harris | Alabama | Escambia | 01/27/2018 |
| Escambia Prospect | Carol V. Harris | Alabama | Escambia | 01/27/2018 |
| Escambia Prospect | Ted Gibson, Jr. | Alabama | Escambia | 01/27/2018 |
| Escambia Prospect | Ted Gibson, Jr. | Alabama | Escambia | 01/27/2018 |
| Escambia Prospect | Ted Gibson, Jr. | Alabama | Escambia | 01/27/2018 |
| Escambia Prospect | Ted Gibson, Jr. | Alabama | Escambia | 01/27/2018 |
| Escambia Prospect | Marjorie Warsing | Alabama | Escambia | 01/30/2018 |
| Escambia Prospect | Marjorie Warsing | Alabama | Escambia | 01/30/2018 |
| Escambia Prospect | Marjorie Warsing | Alabama | Escambia | 01/30/2018 |
| Escambia Prospect | Marjorie Warsing | Alabama | Escambia | 01/30/2018 |
| Escambia Prospect | Johnny Terrell | Alabama | Escambia | 02/03/2018 |
| Escambia Prospect | Johnny Terrell | Alabama | Escambia | 02/03/2018 |
| Escambia Prospect | Johnny Terrell | Alabama | Escambia | 02/03/2018 |
| Escambia Prospect | Johnny Terrell | Alabama | Escambia | 02/03/2018 |
| Escambia Prospect | Patricia G. Ware | Alabama | Escambia | 01/21/2018 |
| Escambia Prospect | Patricia G. Ware | Alabama | Escambia | 01/21/2018 |
| Escambia Prospect | Patricia G. Ware | Alabama | Escambia | 01/21/2018 |
| Escambia Prospect | Patricia G. Ware | Alabama | Escambia | 01/21/2018 |
| Escambia Prospect | H.L. McClain | Alabama | Escambia | 01/30/2018 |
| Escambia Prospect | H.L. McClain | Alabama | Escambia | 01/30/2018 |
| Escambia Prospect | H.L. McClain | Alabama | Escambia | 01/30/2018 |
| Escambia Prospect | H.L. McClain | Alabama | Escambia | 01/30/2018 |
| Escambia Prospect | Elaine Hastings | Alabama | Escambia | 01/21/2018 |
| Escambia Prospect | Elaine Hastings | Alabama | Escambia | 01/21/2018 |
| Escambia Prospect | Elaine Hastings | Alabama | Escambia | 01/21/2018 |
| Escambia Prospect | Elaine Hastings | Alabama | Escambia | 01/21/2018 |
| Escambia Prospect | Jimmie K. Mullins | Alabama | Escambia | 02/18/2018 |
| Escambia Prospect | Linda K. Howland | Alabama | Escambia | 02/18/2018 |
| Escambia Prospect | U. L. Gibson | Alabama | Escambia | 01/28/2018 |
| Escambia Prospect | U. L. Gibson | Alabama | Escambia | 01/28/2018 |
| Escambia Prospect | U. L. Gibson | Alabama | Escambia | 01/28/2018 |
| Escambia Prospect | U. L. Gibson | Alabama | Escambia | 01/28/2018 |
| Escambia Prospect | U. L. Gibson | Alabama | Escambia | 01/28/2018 |
| Escambia Prospect | U. L. Gibson | Alabama | Escambia | 01/28/2018 |
| Escambia Prospect | Deborah Jean Shaffer | Alabama | Escambia | 02/14/2018 |
| Escambia Prospect | Ann S. Roby | Alabama | Escambia | 01/17/2019 |
| Escambia Prospect | James S. Roby | Alabama | Escambia | 01/17/2019 |
| Fin Deep | Robert M Rushing | Louisiana | Natchitoches | 01/31/2014 Rushing et al #2 |
| Fin Deep | Pavillion Land Development | Louisiana | Natchitoches | 12/01/2013 |
| Fin Deep | Pavillion Land Development | Louisiana | Natchitoches | 12/01/2013 Rushing et al #2 |
| Fin Deep | Pavillion Land Development | Louisiana | Natchitoches | 12/01/2013 Rushing et al #2 |
| Fin Deep | Pavillion Land Development | Louisiana | Natchitoches | 12/01/2013 |
| Fin Deep | Bobby Jerald Watts, Sr and Edna Faye Knotts Watts | Louisiana | Natchitoches | 02/20/2014 Rushing et al #2 |
| Fin Deep | Emmette Wayne Stiles and Anita Louise Hickman Stiles | Louisiana | Natchitoches | 12/20/2013 Rushing et al #2 |
| Fin Deep | Robert M Rushing | Louisiana | Natchitoches | 08/29/2013 Rushing et al #2 |
| Fin Deep | Nesbitt Investments G. G. Nesbitt, Managing Partner | Louisiana | Natchitoches | 08/23/2013 Rushing et al #2 |
| Fin Deep | Sam Craig Pullig | Louisiana | Natchitoches | 02/13/2014 Rushing et al #2 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Fin Deep | Bobby Jerald Watts, Sr and Edna Faye Knotts Watts | Louisiana | Natchitoches | 02/20/2014 | |
| Fin Deep | Bobby Jerald Watts, Sr and Edna Faye Knotts Watts | Louisiana | Natchitoches | 02/20/2014 | Rushing et al #2 |
| Fin Deep | June R Foster | Louisiana | Natchitoches | 01/09/2014 | |
| Fin Deep | June R Foster | Louisiana | Natchitoches | 01/09/2014 | |
| Fin Deep | June R Foster | Louisiana | Natchitoches | 01/09/2014 | Rushing et al #2 |
| Fin Deep | June R Foster | Louisiana | Natchitoches | 01/09/2014 | Rushing et al #2 |
| Fin Deep | June R Foster | Louisiana | Natchitoches | 01/09/2014 | Rushing et al #2 |
| Fin Deep | Bethard et al | Louisiana | Natchitoches | 02/12/2014 | Rushing et al #2 |
| Fin Deep | Brian Lane Taylor and Hannah B, Taylor | Louisiana | Natchitoches | 09/26/2014 | Rushing et al #2 |
| Fin Deep | Woodrow Brown & Mary E Brown Family Trust | Louisiana | Natchitoches | 09/26/2014 | Rushing et al #2 |
| Fin Deep | Kenneth E. Warren and JoAnne B. Warren | Louisiana | Natchitoches | 02/15/2016 | Rushing et al #2 |
| Glade Bayou | Margaret R. Goodfellow | Louisiana | Tensas | 08/06/2012 | |
| Glade Bayou | Sharon R. Lanius | Louisiana | Tensas | 08/06/2012 | |
| Glade Bayou | Martha R. Singer | Louisiana | Tensas | 08/06/2012 | |
| Glade Bayou | Donna R. Goldich | Louisiana | Tensas | 08/06/2012 | |
| South Harmony Prospect | James Jason Belcher and Cynthia P. Belcher | Mississippi | Clarke | 11/17/2016 | Fleming et al 30-15 #1 |
| South Harmony Prospect | Dorothy McLeod Bell | Mississippi | Clarke | 01/11/2017 | McLeod etal 30-11 #1 |
| South Harmony Prospect | Dorothy McLeod Bell | Mississippi | Clarke | 01/11/2017 | McLeod etal 30-11 #1 |
| South Harmony Prospect | Dorothy McLeod Bell | Mississippi | Clarke | 01/11/2017 | McLeod etal 30-11 #1 |
| South Harmony Prospect | Dorothy McLeod Bell | Mississippi | Clarke | 01/11/2017 | McLeod etal 30-11 #1 |
| South Harmony Prospect | Dorothy McLeod Bell | Mississippi | Clarke | 01/11/2017 | McLeod etal 30-11 #1 |
| South Harmony Prospect | Dorothy McLeod Bell | Mississippi | Clarke | 01/11/2017 | McLeod etal 30-11 #1 |
| South Harmony Prospect | Dorothy McLeod Bell | Mississippi | Clarke | 01/11/2017 | Fleming et al 30-15 #1 |
| South Harmony Prospect | Dorothy McLeod Bell | Mississippi | Clarke | 01/11/2017 | McLeod etal 30-11 #1 |
| South Harmony Prospect | Joe T. Blair et ux | Mississippi | Clarke | 02/02/2017 | Fleming et al 30-15 #1 |
| South Harmony Prospect | Charles Larry Boney | Mississippi | Clarke | 09/22/2016 | McLeod etal 30-11 #1 |
| South Harmony Prospect | Charles Larry Boney | Mississippi | Clarke | 09/22/2016 | McLeod etal 30-11 #1 |
| South Harmony Prospect | Charles Larry Boney | Mississippi | Clarke | 09/22/2016 | McLeod etal 30-11 #1 |
| South Harmony Prospect | Chris D. Boney and Robyn Boney | Mississippi | Clarke | 09/14/2016 | McLeod etal 30-11 #1 |
| South Harmony Prospect | James A. Boney | Mississippi | Clarke | 09/20/2016 | McLeod etal 30-11 #1 |
| South Harmony Prospect | James A. Boney | Mississippi | Clarke | 09/20/2016 | McLeod etal 30-11 #1 |
| East Holly Field | Old Farm, LLC John F. Trickett | Louisiana | De Soto | 08/29/2007 | |
| East Holly Field | Cornelia S. Morgan | Louisiana | De Soto | 08/29/2007 | |
| East Holly Field | Sandra Elizabeth Townson Phillips | Louisiana | De Soto | 06/28/2005 | |
| East Holly Field | Sandra Elizabeth Townson Phillips | Louisiana | De Soto | 06/28/2005 | |
| East Holly Field | Sandra Elizabeth Townson Phillips | Louisiana | De Soto | 06/28/2005 | |
| East Holly Field | Mona R. Williams Lewing | Louisiana | De Soto | 06/20/2005 | |
| East Holly Field | Janice Neil Gill | Louisiana | De Soto | 06/20/2005 | |
| East Holly Field | Herbert Marshall Juergens | Louisiana | De Soto | 03/17/2008 | |
| East Holly Field | Mary Ann Edwards Griffith | Louisiana | De Soto | 05/15/2007 | |
| East Holly Field | Mary Ann Edwards Griffith | Louisiana | De Soto | 05/15/2007 | |
| East Holly Field | Mary Ann Edwards Griffith | Louisiana | De Soto | 05/15/2007 | |
| East Holly Field | Michael Derrick Burford, Jr. | Louisiana | De Soto | 05/15/2007 | |
| East Holly Field | Michael Derrick Burford, Jr. | Louisiana | De Soto | 05/15/2007 | |
| East Holly Field | Michael Derrick Burford, Jr. | Louisiana | De Soto | 05/15/2007 | |
| East Holly Field | Michael Derrick Burford, Jr. | Louisiana | De Soto | 05/15/2007 | |
| East Holly Field | Christopher Burgess | Louisiana | De Soto | 05/15/2007 | |
| East Holly Field | Christopher Burgess | Louisiana | De Soto | 05/15/2007 | |
| East Holly Field | Christopher Burgess | Louisiana | De Soto | 05/15/2007 | |
| East Holly Field | Christopher Burgess | Louisiana | De Soto | 05/15/2007 | |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| East Holly Field | Franklin Farms, LLC | Louisiana | De Soto | 08/20/2007 |
| East Holly Field | William Jefferson Cole | Louisiana | De Soto | 08/20/2007 |
| East Holly Field | Sybil G. Clarke | Louisiana | De Soto | 05/15/2007 |
| East Holly Field | Old Farm, LLC John F. Trickett | Louisiana | De Soto | 08/07/2007 |
| East Holly Field | Cornelia S. Morgan | Louisiana | De Soto | 08/07/2007 |
| East Holly Field | Carolyn Griffith Moffett | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Carolyn Griffith Moffett | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Carolyn Griffith Moffett | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Carolyn Griffith Moffett | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Barbara Griffith Couch | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Barbara Griffith Couch | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Barbara Griffith Couch | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Barbara Griffith Couch | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Lena Griffith Savarese | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Lena Griffith Savarese | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Lena Griffith Savarese | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Lena Griffith Savarese | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Dana Griffith | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Dana Griffith | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Dana Griffith | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Dana Griffith | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Janis G Figueroa | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Janis G Figueroa | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Janis G Figueroa | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Janis G Figueroa | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Mary Ann Edwards Griffith | Louisiana | De Soto | 03/06/2008 |
| East Holly Field | Mary Ann Edwards Griffith | Louisiana | De Soto | 03/06/2008 |
| East Holly Field | Mary Ann Edwards Griffith | Louisiana | De Soto | 03/06/2008 |
| East Holly Field | Mary Ann Edwards Griffith | Louisiana | De Soto | 03/06/2008 |
| East Holly Field | Carolyn Lowrey | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Carolyn Lowrey | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Carolyn Lowrey | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Carolyn Lowrey | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | John Perry Lowrey | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | John Perry Lowrey | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | John Perry Lowrey | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | John Perry Lowrey | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Luther M. Upchurch | Louisiana | De Soto | 07/25/2009 |
| East Holly Field | Luther M. Upchurch | Louisiana | De Soto | 07/25/2009 |
| East Holly Field | George McGovern, Jr. | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Patrick K. McGovern | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Elsa Rocquin Mims Jack R Mims | Louisiana | De Soto | 02/26/2008 |
| East Holly Field | Charles T Odum, Jr. | Louisiana | De Soto | 08/16/2005 |
| East Holly Field | Desert Partners II, L.P. | Louisiana | De Soto | 03/14/2008 |
| East Holly Field | Desert Partners II, L.P. | Louisiana | De Soto | 03/14/2008 |
| East Holly Field | Desert Partners II, L.P. | Louisiana | De Soto | 03/14/2008 |
| East Holly Field | Desert Partners II, L.P. | Louisiana | De Soto | 03/14/2008 |
| East Holly Field | Carolyn Griffith Moffett | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Carolyn Griffith Moffett | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Carolyn Griffith Moffett | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Carolyn Griffith Moffett | Louisiana | De Soto | 07/11/2005 |

EXHIBIT 3

Case:20-12377-EEB   Doc#:166-2   Filed:04/23/20   144   Entered:04/23/20 22:39:39   Page

| | | | | |
|---|---|---|---|---|
| East Holly Field | Barbara Griffith Couch | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Barbara Griffith Couch | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Barbara Griffith Couch | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Barbara Griffith Couch | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Lena Griffith Savarese | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Lena Griffith Savarese | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Lena Griffith Savarese | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Lena Griffith Savarese | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Dana Griffith | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Dana Griffith | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Dana Griffith | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Dana Griffith | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Janis G Figueroa | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Janis G Figueroa | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Janis G Figueroa | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Janis G Figueroa | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Mary Ann Edwards Griffith | Louisiana | De Soto | 08/19/2005 |
| East Holly Field | Mary Ann Edwards Griffith | Louisiana | De Soto | 08/19/2005 |
| East Holly Field | Mary Ann Edwards Griffith | Louisiana | De Soto | 08/19/2005 |
| East Holly Field | Mary Ann Edwards Griffith | Louisiana | De Soto | 08/19/2005 |
| East Holly Field | Carolyn Lowrey | Louisiana | De Soto | 07/22/2005 |
| East Holly Field | Carolyn Lowrey | Louisiana | De Soto | 07/22/2005 |
| East Holly Field | Carolyn Lowrey | Louisiana | De Soto | 07/22/2005 |
| East Holly Field | Carolyn Lowrey | Louisiana | De Soto | 07/22/2005 |
| East Holly Field | John Perry Lowrey | Louisiana | De Soto | 07/22/2005 |
| East Holly Field | John Perry Lowrey | Louisiana | De Soto | 07/22/2005 |
| East Holly Field | John Perry Lowrey | Louisiana | De Soto | 07/22/2005 |
| East Holly Field | John Perry Lowrey | Louisiana | De Soto | 07/22/2005 |
| East Holly Field | Waylan R Nattin, Sr. | Louisiana | De Soto | 06/16/2005 |
| East Holly Field | Waylan R Nattin, Sr. | Louisiana | De Soto | 06/16/2005 |
| East Holly Field | Waylan R Nattin, Sr. | Louisiana | De Soto | 06/16/2005 |
| East Holly Field | Waylan R Nattin, Sr. | Louisiana | De Soto | 06/16/2005 |
| East Holly Field | Leslie Brent Moseley | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Leslie Brent Moseley | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Leslie Brent Moseley | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Leslie Brent Moseley | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Betty Carole Edwards | Louisiana | De Soto | 10/15/2007 |
| East Holly Field | Robert Dale Jones Sharon Hildebrand Jones | Louisiana | De Soto | 11/30/2007 |
| East Holly Field | William Jefferson Cole | Louisiana | De Soto | 10/12/2007 |
| East Holly Field | Cody Hislope | Louisiana | De Soto | 03/03/2008 |
| East Holly Field | Terry Cole, Jr | Louisiana | De Soto | 03/04/2008 |
| East Holly Field | Martin Dwayne Lingle Janice Burr Lingle | Louisiana | De Soto | 03/04/2008 |
| East Holly Field | Hilliard Acquisitions II LLC | Louisiana | De Soto | 03/14/2008 |
| East Holly Field | Hilliard Acquisitions II LLC | Louisiana | De Soto | 03/14/2008 |
| East Holly Field | Hilliard Acquisitions II LLC | Louisiana | De Soto | 03/14/2008 |
| East Holly Field | Hilliard Acquisitions II LLC | Louisiana | De Soto | 03/14/2008 |
| East Holly Field | Simeon K Horton James V Horton | Louisiana | De Soto | 03/14/2008 |
| East Holly Field | Simeon K Horton James V Horton | Louisiana | De Soto | 03/14/2008 |
| East Holly Field | Simeon K Horton James V Horton | Louisiana | De Soto | 03/14/2008 |
| East Holly Field | Simeon K Horton James V Horton | Louisiana | De Soto | 03/14/2008 |
| Jacksonville Prospect | John N. Foscue | Texas | Cherokee | 06/14/2005 |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| Jacksonville Prospect | John N. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | John N. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | John N. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | John N. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | John N. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | John N. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | John N. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | John N. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | John N. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | John N. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | John N. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | Joseph A. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | Joseph A. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | Joseph A. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | Joseph A. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | Joseph A. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | Joseph A. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | Joseph A. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | Joseph A. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | Joseph A. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | Joseph A. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | Joseph A. Foscue | Texas | Cherokee | 06/14/2005 |
| Kings Dome Prospect | Chuck Wong | Mississippi | Warren | 02/14/1996 |
| Kings Dome Prospect | Chuck Wong | Mississippi | Warren | 02/14/1996 |
| Kings Dome Prospect | Chuck Wong | Mississippi | Warren | 02/14/1996 |
| Kings Dome Prospect | Chuck Wong | Mississippi | Warren | 02/14/1996 |
| Kings Dome Prospect | Chuck Wong | Mississippi | Warren | 02/14/1996 |
| Kings Dome Prospect | Chuck Wong | Mississippi | Warren | 02/14/1996 |
| Kings Dome Prospect | Wong Fong Mai | Mississippi | Warren | 02/07/1996 |
| Kings Dome Prospect | Wong Fong Mai | Mississippi | Warren | 02/07/1996 |
| Kings Dome Prospect | Wong Fong Mai | Mississippi | Warren | 02/07/1996 |
| Kings Dome Prospect | Wong Fong Mai | Mississippi | Warren | 02/07/1996 |
| Kings Dome Prospect | Wong Fong Mai | Mississippi | Warren | 02/07/1996 |
| Kings Dome Prospect | Wong Fong Mai | Mississippi | Warren | 02/07/1996 |
| Kings Dome Prospect | Estate of C.H. Murphy, Jr. c/o R. Madison Murphy, Co- | Mississippi | Warren | 08/25/1995 |
| Kings Dome Prospect | Estate of C.H. Murphy, Jr. c/o R. Madison Murphy, Co- | Mississippi | Warren | 08/25/1995 |
| Kings Dome Prospect | Allstate Oil Development Co. | Mississippi | Warren | 10/17/1997 |
| Kings Dome Prospect | Ralph V. St. John | Mississippi | Warren | 11/17/1996 |
| Kings Dome Prospect | Walter C. Dunn, Jr. | Mississippi | Warren | 09/11/2008 |
| South Kings Dome Prospect | Katrina Lynn LaComb | Mississippi | Warren | 02/10/2000 |
| South Kings Dome Prospect | Katrina Lynn LaComb | Mississippi | Warren | 02/10/2000 |
| South Kings Dome Prospect | Katrina Lynn LaComb | Mississippi | Warren | 02/10/2000 |
| South Kings Dome Prospect | Hilbun Minerals, L.L.C. | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Hilbun Minerals, L.L.C. | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Estate of Herman Deas | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Estate of Herman Deas | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Anthony H. Oglesby | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Anthony H. Oglesby | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | John R. Gilbert | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | John R. Gilbert | Mississippi | Warren | 05/23/2001 |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| South Kings Dome Prospect | Sam F. Gilbert | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Sam F. Gilbert | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Larry Lee Wozencraft | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Larry Lee Wozencraft | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Ralph V. St. John | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Ralph V. St. John | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Geoffrey G. Hambach | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Geoffrey G. Hambach | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Billy R. Powell | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Billy R. Powell | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | EMVCO, Inc. | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | EMVCO, Inc. | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | W. Baldwin Lloyd & Anna Rae Lloyd Revocable Trust | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | W. Baldwin Lloyd & Anna Rae Lloyd Revocable Trust | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | W.B. Dickerson, Jr. | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | W.B. Dickerson, Jr. | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Jeffrey D. Miller | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Jeffrey D. Miller | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | James Edward Wiltcher | Mississippi | Warren | 02/14/2000 |
| South Kings Dome Prospect | Ernest A. Smith, Sr. & Nettie L. Smith | Mississippi | Warren | 02/16/2000 |
| South Kings Dome Prospect | Mark James Lowe & Leangela Lowe | Mississippi | Warren | 02/16/2000 |
| South Kings Dome Prospect | Shirley Martin Mayhall | Mississippi | Warren | 02/10/2000 |
| South Kings Dome Prospect | Shirley Martin Mayhall | Mississippi | Warren | 02/10/2000 |
| South Kings Dome Prospect | Otto C. King, Jr. & Cynthia King | Mississippi | Warren | 02/23/2000 |
| South Kings Dome Prospect | Openwood Plantation, Inc. Attn: Jacquelyn Jabour, | Mississippi | Warren | 02/25/2000 |
| South Kings Dome Prospect | Openwood Plantation, Inc. Attn: Jacquelyn Jabour, | Mississippi | Warren | 02/25/2000 |
| South Kings Dome Prospect | Marie L. Hernandez | Mississippi | Warren | 03/08/2000 |
| South Kings Dome Prospect | Johnny Jabour, Indiviually and as President of Kings Club, I | Mississippi | Warren | 02/28/2000 |
| South Kings Dome Prospect | Openwood Homeowners Association, Inc. | Mississippi | Warren | 07/07/2000 |
| South Kings Dome Prospect | Mary Paul Duval Ross | Mississippi | Warren | 09/27/1996 |
| South Kings Dome Prospect | Mary Paul Duval Ross | Mississippi | Warren | 09/27/1996 |
| South Kings Dome Prospect | Mary Paul Duval Ross | Mississippi | Warren | 09/27/1996 |
| South Kings Dome Prospect | Mary Paul Duval Ross | Mississippi | Warren | 09/27/1996 |
| South Kings Dome Prospect | Joseph Jeffrey Bragg | Mississippi | Warren | 07/27/2001 |
| South Kings Dome Prospect | Joseph Jeffrey Bragg | Mississippi | Warren | 07/27/2001 |
| South Kings Dome Prospect | Joseph Jeffrey Bragg | Mississippi | Warren | 07/27/2001 |
| South Kings Dome Prospect | Joseph Jeffrey Bragg | Mississippi | Warren | 07/27/2001 |
| South Kings Dome Prospect | Ridgway Energy, Inc. | Mississippi | Warren | 06/21/2001 |
| South Kings Dome Prospect | Ridgway Energy, Inc. | Mississippi | Warren | 06/21/2001 |
| South Kings Dome Prospect | Ridgway Energy, Inc. | Mississippi | Warren | 06/21/2001 |
| South Kings Dome Prospect | Frances Dorchester Harrell | Mississippi | Warren | 06/22/2001 |
| South Kings Dome Prospect | Frances Dorchester Harrell | Mississippi | Warren | 06/22/2001 |
| South Kings Dome Prospect | Frances Dorchester Harrell | Mississippi | Warren | 06/22/2001 |
| South Kings Dome Prospect | Morrissey Heirs Trust AmSouth Bank, Trustee | Mississippi | Warren | 07/17/2001 |
| South Kings Dome Prospect | Morrissey Heirs Trust AmSouth Bank, Trustee | Mississippi | Warren | 07/17/2001 |
| South Kings Dome Prospect | Morrissey Heirs Trust AmSouth Bank, Trustee | Mississippi | Warren | 07/17/2001 |
| South Kings Dome Prospect | Anne M. Ballantyne | Mississippi | Warren | 08/08/2007 |
| South Kings Dome Prospect | Anne M. Ballantyne | Mississippi | Warren | 08/08/2007 |
| South Kings Dome Prospect | Anne M. Ballantyne | Mississippi | Warren | 08/08/2007 |
| South Kings Dome Prospect | Dorchester Royalty Corp. Attn: Mary M. Campbell | Mississippi | Warren | 08/08/2007 |
| South Kings Dome Prospect | Dorchester Royalty Corp. Attn: Mary M. Campbell | Mississippi | Warren | 08/08/2007 |

EXHIBIT 3

| South Kings Dome Prospect | Dorchester Royalty Corp. Attn: Mary M. Campbell | Mississippi | Warren | 08/08/2007 | |
| South Kings Dome Prospect | Glenn G. Mortimer, III | Mississippi | Warren | 08/08/2007 | |
| South Kings Dome Prospect | Glenn G. Mortimer, III | Mississippi | Warren | 08/08/2007 | |
| South Kings Dome Prospect | Glenn G. Mortimer, III | Mississippi | Warren | 08/08/2007 | |
| South Kings Dome Prospect | Joe Ray Swann | Mississippi | Warren | 03/01/2008 | |
| South Kings Dome Prospect | Mildred Everett | Mississippi | Warren | 03/01/2008 | |
| South Kings Dome Prospect | Mary Catherine Swann | Mississippi | Warren | 03/01/2008 | |
| South Kings Dome Prospect | Ronald Eugene Elliott | Mississippi | Warren | 03/01/2008 | |
| South Kings Dome Prospect | Betty E. Griggs | Mississippi | Warren | 03/01/2008 | |
| South Kings Dome Prospect | Jay Elliott | Mississippi | Warren | 03/01/2008 | |
| South Kings Dome Prospect | Donald Edward Conrad | Mississippi | Warren | 03/01/2008 | |
| South Kings Dome Prospect | James Russell Conrad | Mississippi | Warren | 03/01/2008 | |
| South Kings Dome Prospect | Cynthia Kay Conrad Cox | Mississippi | Warren | 03/01/2008 | |
| South Kings Dome Prospect | Evelyn Louise Conrad King | Mississippi | Warren | 03/01/2008 | |
| South Kings Dome Prospect | Amber Conrad Whitehead | Mississippi | Warren | 03/01/2008 | |
| South Kings Dome Prospect | Claudia M. England Conrad | Mississippi | Warren | 03/01/2008 | |
| South Kings Dome Prospect | Spence E. Conrad | Mississippi | Warren | 03/01/2008 | |
| South Kings Dome Prospect | Ralph Edwin Burton | Mississippi | Warren | 03/01/2008 | |
| South Kings Dome Prospect | April Conrad Helms | Mississippi | Warren | 03/01/2008 | |
| South Kings Dome Prospect | Shelly R. Conrad Roach | Mississippi | Warren | 03/01/2008 | |
| Latham Prospect | George G. Womack | Alabama | Baldwin | 01/22/2014 | Nelson et al 35 #1 |
| Latham Prospect | George G. Womack | Alabama | Baldwin | 01/22/2014 | |
| Latham Prospect | George G. Womack | Alabama | Baldwin | 01/22/2014 | |
| Latham Prospect | Roy Jack McCarroll | Alabama | Baldwin | 01/24/2014 | Nelson et al 35 #1 |
| Latham Prospect | Roy Jack McCarroll | Alabama | Baldwin | 01/24/2014 | |
| Latham Prospect | Roy Jack McCarroll | Alabama | Baldwin | 01/24/2014 | |
| Latham Prospect | Corrina McCullough Whitfield Allen | Alabama | Baldwin | 12/21/2013 | Nelson et al 35 #1 |
| Latham Prospect | Corrina McCullough Whitfield Allen | Alabama | Baldwin | 12/21/2013 | |
| Latham Prospect | Corrina McCullough Whitfield Allen | Alabama | Baldwin | 12/21/2013 | |
| Latham Prospect | Larry McCarroll | Alabama | Baldwin | 01/24/2014 | Nelson et al 35 #1 |
| Latham Prospect | Larry McCarroll | Alabama | Baldwin | 01/24/2014 | |
| Latham Prospect | Larry McCarroll | Alabama | Baldwin | 01/24/2014 | |
| Latham Prospect | The Curtain Family LLC C. Cody White, Jr., Manager | Alabama | Baldwin | 04/04/2014 | Nelson et al 35 #1 |
| Latham Prospect | The Curtain Family LLC C. Cody White, Jr., Manager | Alabama | Baldwin | 04/04/2014 | |
| Latham Prospect | The Curtain Family LLC C. Cody White, Jr., Manager | Alabama | Baldwin | 04/04/2014 | |
| Latham Prospect | Lon R. Williams Individual Retirement Ac Barry L. | Alabama | Baldwin | 04/09/2008 | Nelson et al 35 #1 |
| Latham Prospect | Lon R. Williams Individual Retirement Ac Barry L. | Alabama | Baldwin | 04/09/2008 | |
| Latham Prospect | Brent S. Womack, Sr. | Alabama | Baldwin | 04/15/2014 | Nelson et al 35 #1 |
| Latham Prospect | Brent S. Womack, Sr. | Alabama | Baldwin | 04/15/2014 | |
| Latham Prospect | Brent S. Womack, Sr. | Alabama | Baldwin | 04/15/2014 | |
| Latham Prospect | Oakland Agency Account | Alabama | Baldwin | 01/25/2014 | Nelson et al 35 #1 |
| Latham Prospect | Oakland Agency Account | Alabama | Baldwin | 01/25/2014 | |
| Latham Prospect | Sammo, LLC Bobbie C. Hicks, Managing Partner | Alabama | Baldwin | 08/25/2011 | Nelson et al 35 #1 |
| Latham Prospect | Sammo, LLC Bobbie C. Hicks, Managing Partner | Alabama | Baldwin | 08/25/2011 | |
| Latham Prospect | Reba E. Nelson | Alabama | Baldwin | 02/01/2014 | Nelson et al 35 #1 |
| Latham Prospect | Reba E. Nelson | Alabama | Baldwin | 02/01/2014 | |
| Latham Prospect | Reba E. Nelson | Alabama | Baldwin | 02/01/2014 | |
| Latham Prospect | Florence W. Stewart | Alabama | Baldwin | 02/01/2014 | Nelson et al 35 #1 |
| Latham Prospect | Florence W. Stewart | Alabama | Baldwin | 02/01/2014 | |
| Latham Prospect | Florence W. Stewart | Alabama | Baldwin | 02/01/2014 | |
| Latham Prospect | John M. Coghlan | Alabama | Baldwin | 11/26/2007 | Nelson et al 35 #1 |

EXHIBIT 3

Case:20-12377-EB   Doc#:196-2   Filed:04/24/   1:4   Entered:04/23/0  22:49:39   Page

| Latham Prospect | Betty Nelson McCutchen | Alabama | Baldwin | 11/21/2007 | Nelson et al 35 #1 |
| Latham Prospect | M. Wayne Nelson C/O Betty Nelson McCutchen | Alabama | Baldwin | 11/21/2007 | Nelson et al 35 #1 |
| Latham Prospect | Frances Nelson Shipp | Alabama | Baldwin | 11/08/2007 | Nelson et al 35 #1 |
| Latham Prospect | Betty C. Gonzales | Alabama | Baldwin | 11/08/2007 | Nelson et al 35 #1 |
| Latham Prospect | Sandra Berry Nelson | Alabama | Baldwin | 11/20/2007 | Nelson et al 35 #1 |
| Latham Prospect | Shamred Associates, Inc. Herbert D. Anderson, President | Alabama | Baldwin | 11/27/2007 | Nelson et al 35 #1 |
| Latham Prospect | Jacquelyn Layton Stuart | Alabama | Baldwin | 11/29/2010 | Nelson et al 35 #1 |
| Latham Prospect | Donna Elizabeth Laskey Newton | Alabama | Baldwin | 09/10/2012 | Nelson et al 35 #1 |
| Latham Prospect | Donna Elizabeth Laskey Newton | Alabama | Baldwin | 09/10/2012 | |
| Latham Prospect | Donna Elizabeth Laskey Newton | Alabama | Baldwin | 09/10/2012 | |
| Latham Prospect | Phillip Mark Dufour | Alabama | Baldwin | 09/09/2013 | Nelson et al 35 #1 |
| Latham Prospect | Phillip Mark Dufour | Alabama | Baldwin | 09/09/2013 | |
| Latham Prospect | Phillip Mark Dufour | Alabama | Baldwin | 09/09/2013 | |
| Latham Prospect | Joseph H. Womack | Alabama | Baldwin | 09/28/2012 | Nelson et al 35 #1 |
| Latham Prospect | Joseph H. Womack | Alabama | Baldwin | 09/28/2012 | |
| Latham Prospect | Joseph H. Womack | Alabama | Baldwin | 09/28/2012 | |
| Latham Prospect | Brandon Ross | Alabama | Baldwin | 09/29/2012 | Nelson et al 35 #1 |
| Latham Prospect | Brandon Ross | Alabama | Baldwin | 09/29/2012 | |
| Latham Prospect | Brandon Ross | Alabama | Baldwin | 09/29/2012 | |
| Latham Prospect | Fort Worth Royalty Company | Alabama | Baldwin | 10/26/2012 | Nelson et al 35 #1 |
| Latham Prospect | Fort Worth Royalty Company | Alabama | Baldwin | 10/26/2012 | |
| Latham Prospect | Fort Worth Royalty Company | Alabama | Baldwin | 10/26/2012 | |
| Latham Prospect | DPR Enterprises | Alabama | Baldwin | 10/26/2012 | Nelson et al 35 #1 |
| Latham Prospect | DPR Enterprises | Alabama | Baldwin | 10/26/2012 | |
| Latham Prospect | DPR Enterprises | Alabama | Baldwin | 10/26/2012 | |
| Latham Prospect | Plains Exploration & Production Company POGO | Alabama | Baldwin | 02/15/2014 | Nelson et al 35 #1 |
| Latham Prospect | Plains Exploration & Production Company POGO | Alabama | Baldwin | 02/15/2014 | |
| Latham Prospect | Plains Exploration & Production Company POGO | Alabama | Baldwin | 02/15/2014 | |
| Latham Prospect | Emil Mosbacher Oil & Gas LLC | Alabama | Baldwin | 10/29/2013 | Nelson et al 35 #1 |
| Latham Prospect | Emil Mosbacher Oil & Gas LLC | Alabama | Baldwin | 10/29/2013 | |
| Latham Prospect | Emil Mosbacher Oil & Gas LLC | Alabama | Baldwin | 10/29/2013 | |
| Latham Prospect | Robert E. King Family LLC | Alabama | Baldwin | 09/10/2013 | Nelson et al 35 #1 |
| Latham Prospect | Robert E. King Family LLC | Alabama | Baldwin | 09/10/2013 | |
| Latham Prospect | Robert E. King Family LLC | Alabama | Baldwin | 09/10/2013 | |
| Latham Prospect | Shannon Ross Starnes | Alabama | Baldwin | 09/29/2012 | Nelson et al 35 #1 |
| Latham Prospect | Shannon Ross Starnes | Alabama | Baldwin | 09/29/2012 | |
| Latham Prospect | Shannon Ross Starnes | Alabama | Baldwin | 09/29/2012 | |
| Latham Prospect | James Warren McGregor | Alabama | Escambia | 09/25/2013 | Nelson et al 35 #1 |
| Latham Prospect | James Warren McGregor | Alabama | Escambia | 09/25/2013 | |
| Latham Prospect | James Warren McGregor | Alabama | Escambia | 09/25/2013 | |
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 02/01/1996 | |
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 02/01/1996 | |
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 06/01/1996 | |
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 02/01/1996 | |
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 02/01/1996 | |
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 02/01/1996 | |
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 02/01/1996 | |
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 02/01/1996 | |
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 02/01/1996 | |
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 02/01/1996 | |
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 02/01/1996 | |

EXHIBIT 3

Case:20-12377-EEB Doc#:1664 Filed:04/23/20 Entered:04/23/20 22:39:39 Page

| | | | | | |
|---|---|---|---|---|---|
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 02/01/1996 | |
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 06/01/1996 | |
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 06/01/1996 | |
| Mt. Carmel | Billy Garfield Scott | Florida | Santa Rosa | 09/08/2016 | Bates 2-2 #1 |
| Mt. Carmel | Billy Garfield Scott | Florida | Santa Rosa | 09/08/2016 | |
| Mt. Carmel | Opal Annette Scott Hendricks | Florida | Santa Rosa | 09/08/2016 | Bates 2-2 #1 |
| Mt. Carmel | Opal Annette Scott Hendricks | Florida | Santa Rosa | 09/08/2016 | |
| Mt. Carmel | David P. Jeffreys | Florida | Santa Rosa | 10/19/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | David P. Jeffreys | Florida | Santa Rosa | 10/19/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | David P. Jeffreys | Florida | Santa Rosa | 10/19/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | David P. Jeffreys | Florida | Santa Rosa | 10/19/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | David P. Jeffreys | Florida | Santa Rosa | 10/19/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | David P. Jeffreys | Florida | Santa Rosa | 10/19/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | David P. Jeffreys | Florida | Santa Rosa | 10/19/2016 | |
| Mt. Carmel | Glenn Bates as Trustee of The Glenn Davis Bates Living | Florida | Santa Rosa | 12/31/2016 | Bates 2-2 #1 |
| Mt. Carmel | Glenn Bates as Trustee of The Glenn Davis Bates Living | Florida | Santa Rosa | 12/31/2016 | |
| Mt. Carmel | James Milton Bates as Trustee of The James Milton Bates | Florida | Santa Rosa | 12/31/2016 | Bates 2-2 #1 |
| Mt. Carmel | James Milton Bates as Trustee of The James Milton Bates | Florida | Santa Rosa | 12/31/2016 | |
| Mt. Carmel | Minnie Love | Florida | Santa Rosa | 11/29/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Minnie Love | Florida | Santa Rosa | 11/29/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | William Polk et al | Florida | Santa Rosa | 01/12/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | William Polk et al | Florida | Santa Rosa | 01/12/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | William Polk et al | Florida | Santa Rosa | 01/12/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | William Polk et al | Florida | Santa Rosa | 01/12/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | William Polk et al | Florida | Santa Rosa | 01/12/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | William Polk et al | Florida | Santa Rosa | 01/12/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | William Polk et al | Florida | Santa Rosa | 01/12/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Durlyn Farish and Ralph Stevens Farish | Florida | Santa Rosa | 01/26/2017 | Pitman Limited 16-3 #1 |
| Mt. Carmel | Elvia Louise Jordan | Florida | Santa Rosa | 01/12/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Aurelia Debord | Florida | Santa Rosa | 11/29/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Aurelia Debord | Florida | Santa Rosa | 11/29/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Eric Hall | Florida | Santa Rosa | 02/01/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Catherine Olden Wohner et al | Florida | Santa Rosa | 10/20/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Catherine Olden Wohner et al | Florida | Santa Rosa | 10/20/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Catherine Olden Wohner et al | Florida | Santa Rosa | 10/20/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Catherine Olden Wohner et al | Florida | Santa Rosa | 10/20/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Catherine Olden Wohner et al | Florida | Santa Rosa | 10/20/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Catherine Olden Wohner et al | Florida | Santa Rosa | 10/20/2016 | |
| Mt. Carmel | Betty Joyce Scott Burkhead | Florida | Santa Rosa | 09/28/2016 | Bates 2-2 #1 |
| Mt. Carmel | Betty Joyce Scott Burkhead | Florida | Santa Rosa | 09/28/2016 | |
| Mt. Carmel | Brenda Diann Scott | Florida | Santa Rosa | 09/08/2016 | Bates 2-2 #1 |
| Mt. Carmel | Brenda Diann Scott | Florida | Santa Rosa | 09/08/2016 | |
| Mt. Carmel | TRM Woodlands, Inc. | Florida | Santa Rosa | 01/06/2017 | |
| Mt. Carmel | TRM Woodlands, Inc. | Florida | Santa Rosa | 01/06/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | TRM Woodlands, Inc. | Florida | Santa Rosa | 01/06/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | TRM Woodlands, Inc. | Florida | Santa Rosa | 01/06/2017 | |
| Mt. Carmel | TRM Woodlands, Inc. | Florida | Santa Rosa | 01/06/2017 | |
| Mt. Carmel | TRM Woodlands, Inc. | Florida | Santa Rosa | 01/06/2017 | |
| Mt. Carmel | State Line Oil Trust | Florida | Santa Rosa | 04/07/2017 | |
| Mt. Carmel | State Line Oil Trust | Florida | Santa Rosa | 04/07/2017 | Polk Estate Et Al 13-10 #1 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Mt. Carmel | State Line Oil Trust | Florida | Santa Rosa | 04/07/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | State Line Oil Trust | Florida | Santa Rosa | 04/07/2017 | |
| Mt. Carmel | State Line Oil Trust | Florida | Santa Rosa | 04/07/2017 | |
| Mt. Carmel | State Line Oil Trust | Florida | Santa Rosa | 04/07/2017 | |
| Mt. Carmel | Thomas B. Henry | Florida | Santa Rosa | 04/29/2015 | |
| Mt. Carmel | Thomas B. Henry | Florida | Santa Rosa | 04/29/2015 | |
| Mt. Carmel | Thomas B. Henry | Florida | Santa Rosa | 04/29/2015 | |
| Mt. Carmel | Thomas B. Henry | Florida | Santa Rosa | 04/29/2015 | |
| Mt. Carmel | Thomas B. Henry | Florida | Santa Rosa | 04/29/2015 | |
| Mt. Carmel | Thomas B. Henry | Florida | Santa Rosa | 04/29/2015 | |
| Mt. Carmel | Thomas B. Henry | Florida | Santa Rosa | 04/29/2015 | Pitney Limited 16-3 #1 |
| Mt. Carmel | Thomas B. Henry | Florida | Santa Rosa | 04/29/2015 | |
| Mt. Carmel | Kenneth David Jordan and Teresa Lynn Jordan | Florida | Santa Rosa | 09/22/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Kenneth David Jordan and Teresa Lynn Jordan | Florida | Santa Rosa | 09/22/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Shaena Saxton AKA Shaena J. Godwin | Florida | Santa Rosa | 09/22/2017 | |
| Mt. Carmel | Shaena Saxton AKA Shaena J. Godwin | Florida | Santa Rosa | 09/22/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Finlay et al | Florida | Santa Rosa | 10/20/2017 | |
| Mt. Carmel | Finlay et al | Florida | Santa Rosa | 10/20/2017 | |
| Mt. Carmel | Finlay et al | Florida | Santa Rosa | 10/20/2017 | Bates 2-2 #1 |
| Mt. Carmel | Mary P. Mahoney | Florida | Santa Rosa | 09/28/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | James Dyer | Florida | Santa Rosa | 12/07/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | James Dyer | Florida | Santa Rosa | 12/07/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Melissa Ann Dyer | Florida | Santa Rosa | 12/07/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Melissa Ann Dyer | Florida | Santa Rosa | 12/07/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Gladys K. Munoz | Florida | Santa Rosa | 12/07/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Gladys K. Munoz | Florida | Santa Rosa | 12/07/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Edker Lee Dyer | Florida | Santa Rosa | 01/05/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Edker Lee Dyer | Florida | Santa Rosa | 01/05/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Wanda D. Castro | Florida | Santa Rosa | 12/07/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Wanda D. Castro | Florida | Santa Rosa | 12/07/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Winnie G. Williams | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Winnie G. Williams | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Winnie G. Williams | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Samuel Maldonado | Florida | Santa Rosa | 08/06/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Samuel Maldonado | Florida | Santa Rosa | 08/06/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Samuel Maldonado | Florida | Santa Rosa | 08/06/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Jane Kay Volpe | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Jane Kay Volpe | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Jane Kay Volpe | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Jesse Robert Summerlin | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Jesse Robert Summerlin | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Jesse Robert Summerlin | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Terry Maldonado | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Terry Maldonado | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Terry Maldonado | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Penny Lee Summerlin | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Penny Lee Summerlin | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Penny Lee Summerlin | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | David Maldonado | Florida | Santa Rosa | 08/06/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | David Maldonado | Florida | Santa Rosa | 08/06/2018 | Polk Estate Et Al 13-10 #1 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Mt. Carmel | David Maldonado | Florida | Santa Rosa | 08/06/2018 | Polk Estate Et Al 13-10 #1 |
| Oakhay Creek North Prospect | Thomas M. Alewine, Jr. | Mississippi | Smith | 04/12/2010 | |
| Oakhay Creek North Prospect | Thomas M. Alewine, Jr. | Mississippi | Smith | 04/12/2010 | |
| Oakhay Creek North Prospect | Jamie Dixon Kilgore | Mississippi | Smith | 05/19/2013 | |
| Oakhay Creek North Prospect | Jamie Dixon Kilgore | Mississippi | Smith | 05/19/2013 | |
| Oakhay Creek North Prospect | Donald Martin McDonald | Mississippi | Smith | 05/08/2013 | |
| Oakhay Creek North Prospect | Tommie Lee Harris | Mississippi | Smith | 11/07/2008 | |
| Oakhay Creek North Prospect | Tommie Lee Harris | Mississippi | Smith | 11/07/2008 | |
| Oakhay Creek South Prospect | Jean Lewis Lindsey Sandra Bateman | Mississippi | Smith | 05/30/2013 | |
| Oakhay Creek South Prospect | Jean Lewis Lindsey Sandra Bateman | Mississippi | Smith | 05/30/2013 | Jamie Dixon Kilgore 21-7 #1 |
| Oakhay Creek South Prospect | Jean Lewis Lindsey Sandra Bateman | Mississippi | Smith | 05/30/2013 | |
| Oakhay Creek South Prospect | Thomas M. Alewine, Jr. | Mississippi | Smith | 04/12/2010 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Donald Martin McDonald | Mississippi | Smith | 05/08/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Kenneth Ray McDaniel | Mississippi | Smith | 04/27/2010 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Brenda Jo Sullivan Adcox | Mississippi | Smith | 09/19/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Michael C. Sullivan | Mississippi | Smith | 09/19/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Michael C. Sullivan | Mississippi | Smith | 09/19/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Jeanette S. Cole | Mississippi | Smith | 09/19/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Carol Blackwell Slack | Mississippi | Smith | 11/01/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Carol Blackwell Slack | Mississippi | Smith | 11/01/2013 | |
| Oakhay Creek South Prospect | Carol Blackwell Slack | Mississippi | Smith | 11/01/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Mary Jo Clements-Balas | Mississippi | Smith | 11/01/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Mary Jo Clements-Balas | Mississippi | Smith | 11/01/2013 | |
| Oakhay Creek South Prospect | Mary Jo Clements-Balas | Mississippi | Smith | 11/01/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | J. Ruth Blackwell | Mississippi | Smith | 11/01/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | J. Ruth Blackwell | Mississippi | Smith | 11/01/2013 | |
| Oakhay Creek South Prospect | J. Ruth Blackwell | Mississippi | Smith | 11/01/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Tommie Lee Harris | Mississippi | Smith | 11/07/2008 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Anne S Byland | Mississippi | Smith | 11/01/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Anne S Byland | Mississippi | Smith | 11/01/2013 | |
| Oakhay Creek South Prospect | Anne S Byland | Mississippi | Smith | 11/01/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Peggy Ann Reid Rahaim | Mississippi | Smith | 12/04/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Charles Cole Jeanette Sullivan Cole | Mississippi | Smith | 09/19/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Rebecca Ann Sullivan Wallace | Mississippi | Smith | 09/19/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Angela Van Zandt | Mississippi | Smith | 11/01/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Angela Van Zandt | Mississippi | Smith | 11/01/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Angela Van Zandt | Mississippi | Smith | 11/01/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Melanie Bradford | Mississippi | Smith | 09/30/2009 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Melanie Bradford | Mississippi | Smith | 09/30/2009 | |
| Oakhay Creek South Prospect | Melanie Bradford | Mississippi | Smith | 09/30/2009 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Virginia V Roberts | Mississippi | Smith | 10/27/2009 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Virginia V Roberts | Mississippi | Smith | 10/27/2009 | |
| Oakhay Creek South Prospect | Virginia V Roberts | Mississippi | Smith | 10/27/2009 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Barbara Mallia | Mississippi | Smith | 10/21/2009 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Barbara Mallia | Mississippi | Smith | 10/21/2009 | |
| Oakhay Creek South Prospect | Barbara Mallia | Mississippi | Smith | 10/21/2009 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | R P Van Zandt | Mississippi | Smith | 10/21/2009 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | R P Van Zandt | Mississippi | Smith | 10/21/2009 | |
| Oakhay Creek South Prospect | R P Van Zandt | Mississippi | Smith | 10/21/2009 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Walter S. Skipper | Mississippi | Smith | 11/09/2009 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Valeria Van Zandt Tarantino | Mississippi | Smith | 09/30/2009 | Jeanette S Cole 21-11 #1 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Oakhay Creek South Prospect | Valeria Van Zandt Tarantino | Mississippi | Smith | 09/30/2009 | |
| Oakhay Creek South Prospect | Valeria Van Zandt Tarantino | Mississippi | Smith | 09/30/2009 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Don Sullivan and Sue Ellen Sullivan | Mississippi | Smith | 06/05/2014 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Don Sullivan and Sue Ellen Sullivan | Mississippi | Smith | 06/05/2014 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Don Sullivan and Sue Ellen Sullivan | Mississippi | Smith | 06/05/2014 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Don Sullivan and Sue Ellen Sullivan | Mississippi | Smith | 06/05/2014 | |
| Oakhay Creek South Prospect | Don Sullivan and Sue Ellen Sullivan | Mississippi | Smith | 06/05/2014 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Glenda Faye Sullivan Lowery | Mississippi | Smith | 06/05/2014 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Glenda Faye Sullivan Lowery | Mississippi | Smith | 06/05/2014 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Glenda Faye Sullivan Lowery | Mississippi | Smith | 06/05/2014 | |
| Oakhay Creek South Prospect | Glenda Faye Sullivan Lowery | Mississippi | Smith | 06/05/2014 | Jeanette S Cole 21-11 #1 |
| Red River Prospect | Dutton Family, L.L.C. | Louisiana | Bossier | 11/09/2005 | |
| Red River Prospect | Dutton Family, L.L.C. | Louisiana | Bossier | 11/09/2005 | |
| Red River Prospect | Sorensen-Naylor, Ltd | Louisiana | Bossier | 11/09/2005 | |
| Red River Prospect | Sorensen-Naylor, Ltd | Louisiana | Bossier | 11/09/2005 | |
| Red River Prospect | UNKNOWN / OTHERS | Louisiana | Bossier | 12/12/2005 | |
| Red River Prospect | UNKNOWN / OTHERS | Louisiana | Bossier | 12/12/2005 | |
| Red River Prospect | UNKNOWN / OTHERS | Louisiana | Bossier | 12/12/2005 | |
| Red River Prospect | Locke Properties, Inc. | Louisiana | Bossier | 12/19/2005 | |
| Red River Prospect | Locke Properties, Inc. | Louisiana | Bossier | 12/19/2005 | |
| Red River Prospect | Succession of Sam Boatner Grayson a/k/a Sam B. Grayson | Louisiana | Bossier | 06/29/2006 | |
| Red River Prospect | Succession of Sam Boatner Grayson a/k/a Sam B. Grayson | Louisiana | Bossier | 06/29/2006 | |
| Red River Prospect | Succession of Sam Boatner Grayson a/k/a Sam B. Grayson | Louisiana | Bossier | 06/29/2006 | |
| Red River Prospect | Succession of Sam Boatner Grayson a/k/a Sam B. Grayson | Louisiana | Bossier | 06/29/2006 | |
| Red River Prospect | Succession of Sam Boatner Grayson a/k/a Sam B. Grayson | Louisiana | Bossier | 06/29/2006 | |
| Red River Prospect | Succession of Sam Boatner Grayson a/k/a Sam B. Grayson | Louisiana | Bossier | 06/29/2006 | |
| Red River Prospect | Succession of Sam Boatner Grayson a/k/a Sam B. Grayson | Louisiana | Bossier | 06/29/2006 | |
| Red River Prospect | Succession of Sam Boatner Grayson a/k/a Sam B. Grayson | Louisiana | Bossier | 06/29/2006 | |
| Red River Prospect | Mark A. Roberts | Louisiana | Caddo | 08/01/2006 | |
| Red River Prospect | Mark A. Roberts | Louisiana | Caddo | 08/01/2006 | |
| Red River Prospect | Mark A. Roberts | Louisiana | Caddo | 08/01/2006 | |
| Red River Prospect | Mark A. Roberts | Louisiana | Caddo | 08/01/2006 | |
| Red River Prospect | Mark A. Roberts | Louisiana | Caddo | 08/01/2006 | |
| Red River Prospect | Mark A. Roberts | Louisiana | Caddo | 08/01/2006 | |
| Red River Prospect | Mark A. Roberts | Louisiana | Caddo | 08/01/2006 | |
| Red River Prospect | Mark A. Roberts | Louisiana | Caddo | 08/01/2006 | |
| Red River Prospect | Sheri Lynn Cowley Soulie | Louisiana | Caddo | 11/07/2006 | |
| Red River Prospect | Sheri Lynn Cowley Soulie | Louisiana | Caddo | 11/07/2006 | |
| Red River Prospect | Sheri Lynn Cowley Soulie | Louisiana | Caddo | 11/07/2006 | |
| Red River Prospect | Sheri Lynn Cowley Soulie | Louisiana | Caddo | 11/07/2006 | |
| Red River Prospect | City Of Shreveport | Louisiana | Caddo | 08/13/2004 | |
| Red River Prospect | City Of Shreveport | Louisiana | Caddo | 08/13/2004 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 Cedar Creek Land & Timber 13-15 #1 ST |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 Cedar Creek Land & Timber 13-11 #1 |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 Cedar Creek Land & Timber 24-1 #1 |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 Cedar Creek Land & Timber 18-13 #1 |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |

EXHIBIT 3

Case:20-12377-EEB   Doc#:166-2   Filed:04/23/20   144   Entered:04/23/20 22:39:39   Page

| | | | | | |
|---|---|---|---|---|---|
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Steeles Creek Prospect | Crain Family Trust Catherine C. Crain | Texas | Limestone | 07/17/2001 | Regan Estate #3 |
| Steeles Creek Prospect | Crain Family Trust Catherine C. Crain | Texas | Limestone | 07/17/2001 | Reagan #1 |
| Steeles Creek Prospect | Culbertson Living Trust Donley Earl Culbertson | Texas | Limestone | 08/16/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Culbertson Living Trust Donley Earl Culbertson | Texas | Limestone | 08/16/2000 | Reagan #1 |
| Steeles Creek Prospect | Richard E. Culbertson c/o Jhenii Barnett, Attorney-in-Fact | Texas | Limestone | 05/11/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Richard E. Culbertson c/o Jhenii Barnett, Attorney-in-Fact | Texas | Limestone | 05/11/2000 | Reagan #1 |
| Steeles Creek Prospect | Lillian Margaret Culbertson | Texas | Limestone | 05/11/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Lillian Margaret Culbertson | Texas | Limestone | 05/11/2000 | Reagan #1 |
| Steeles Creek Prospect | Weldon Ray Culbertson c/o Jhenii Barnett, Attorney- | Texas | Limestone | 05/11/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Weldon Ray Culbertson c/o Jhenii Barnett, Attorney- | Texas | Limestone | 05/11/2000 | Reagan #1 |
| Steeles Creek Prospect | Thomas Lawrence Culbertson c/o Jhenii Barnett, Attorney- | Texas | Limestone | 05/11/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Thomas Lawrence Culbertson c/o Jhenii Barnett, Attorney- | Texas | Limestone | 05/11/2000 | Reagan #1 |
| Steeles Creek Prospect | Lorene Williams Culbertson c/o Jhenii Barnett, Attorney-in- | Texas | Limestone | 05/11/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Lorene Williams Culbertson c/o Jhenii Barnett, Attorney-in- | Texas | Limestone | 05/11/2000 | Reagan #1 |
| Steeles Creek Prospect | Charles Robert Culbertson c/o Jhenii Barnett, Attorney-in- | Texas | Limestone | 05/11/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Charles Robert Culbertson c/o Jhenii Barnett, Attorney-in- | Texas | Limestone | 05/11/2000 | Reagan #1 |
| Steeles Creek Prospect | Lawrence Andrew Culbertson c/o Jhenii Barnett, Attorney- | Texas | Limestone | 05/11/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Lawrence Andrew Culbertson c/o Jhenii Barnett, Attorney- | Texas | Limestone | 05/11/2000 | Reagan #1 |
| Steeles Creek Prospect | Velma L. Culbertson c/o Jhenii Barnett, Attorney-in-Fact | Texas | Limestone | 05/11/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Velma L. Culbertson c/o Jhenii Barnett, Attorney-in-Fact | Texas | Limestone | 05/11/2000 | Reagan #1 |
| Steeles Creek Prospect | Lillian Marie Culbertson | Texas | Limestone | 05/11/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Lillian Marie Culbertson | Texas | Limestone | 05/11/2000 | Reagan #1 |
| Steeles Creek Prospect | Stephen O. Smith | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | Stephen O. Smith | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | Stephen O. Smith | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | Stephen O. Smith | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | Stephen O. Smith | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | Stephen O. Smith | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | Stephen O. Smith | Texas | Limestone | 05/06/1998 | Jackson 2-3 |
| Steeles Creek Prospect | Stephen O. Smith | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | John Stark Turner | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | John Stark Turner | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | John Stark Turner | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | John Stark Turner | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | John Stark Turner | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | John Stark Turner | Texas | Limestone | 05/06/1998 | Jackson 2-3 |
| Steeles Creek Prospect | John Stark Turner | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | Estate of John C. Miles, Jr. Renee L. Miles, Executrix | Texas | Limestone | 09/29/1998 | |
| Steeles Creek Prospect | Estate of John C. Miles, Jr. Renee L. Miles, Executrix | Texas | Limestone | 09/29/1998 | |
| Steeles Creek Prospect | Estate of John C. Miles, Jr. Renee L. Miles, Executrix | Texas | Limestone | 09/29/1998 | |
| Steeles Creek Prospect | Estate of John C. Miles, Jr. Renee L. Miles, Executrix | Texas | Limestone | 09/29/1998 | |
| Steeles Creek Prospect | Estate of John C. Miles, Jr. Renee L. Miles, Executrix | Texas | Limestone | 09/29/1998 | |
| Steeles Creek Prospect | Estate of John C. Miles, Jr. Renee L. Miles, Executrix | Texas | Limestone | 09/29/1998 | |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Steeles Creek Prospect | Estate of John C. Miles, Jr. Renee L. Miles, Executrix | Texas | Limestone | 09/29/1998 | Jackson 2-3 |
| Steeles Creek Prospect | Estate of John C. Miles, Jr. Renee L. Miles, Executrix | Texas | Limestone | 09/29/1998 | |
| Steeles Creek Prospect | David A. Robinson Carolyn Ann Robinson | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | David A. Robinson Carolyn Ann Robinson | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | David A. Robinson Carolyn Ann Robinson | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | David A. Robinson Carolyn Ann Robinson | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | David A. Robinson Carolyn Ann Robinson | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | David A. Robinson Carolyn Ann Robinson | Texas | Limestone | 05/06/1998 | Jackson 2-3 |
| Steeles Creek Prospect | David A. Robinson Carolyn Ann Robinson | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | Louise Seamans Jackson | Texas | Limestone | 08/27/1997 | |
| Steeles Creek Prospect | Louise Seamans Jackson | Texas | Limestone | 08/27/1997 | Jackson #2-1 |
| Steeles Creek Prospect | Louise Seamans Jackson | Texas | Limestone | 08/27/1997 | Louise #1-2 |
| Steeles Creek Prospect | Louise Seamans Jackson | Texas | Limestone | 08/27/1997 | Jackson Gas Unit #2 Well #2 |
| Steeles Creek Prospect | Louise Seamans Jackson | Texas | Limestone | 08/27/1997 | |
| Steeles Creek Prospect | Louise Seamans Jackson | Texas | Limestone | 08/27/1997 | |
| Steeles Creek Prospect | Louise Seamans Jackson | Texas | Limestone | 08/27/1997 | |
| Steeles Creek Prospect | Edith Foy Leveron | Texas | Limestone | 08/16/2000 | Reagan Estate #3 |
| Steeles Creek Prospect | Edith Foy Leveron | Texas | Limestone | 08/16/2000 | Reagan #1 |
| Steeles Creek Prospect | Edith Foy Leveron | Texas | Limestone | 08/16/2000 | Reagan Estate #3 |
| Steeles Creek Prospect | Edith Foy Leveron | Texas | Limestone | 08/16/2000 | Reagan #1 |
| Steeles Creek Prospect | Edith Foy Leveron | Texas | Limestone | 08/16/2000 | Reagan Estate #3 |
| Steeles Creek Prospect | Edith Foy Leveron | Texas | Limestone | 08/16/2000 | Reagan #1 |
| Steeles Creek Prospect | Pamela O'Neal Browne | Texas | Limestone | 08/16/2000 | Reagan Estate #3 |
| Steeles Creek Prospect | Pamela O'Neal Browne | Texas | Limestone | 08/16/2000 | Reagan #1 |
| Steeles Creek Prospect | Pamela O'Neal Browne | Texas | Limestone | 08/16/2000 | Reagan Estate #3 |
| Steeles Creek Prospect | Pamela O'Neal Browne | Texas | Limestone | 08/16/2000 | Reagan #1 |
| Steeles Creek Prospect | Pamela O'Neal Browne | Texas | Limestone | 08/16/2000 | Reagan Estate #3 |
| Steeles Creek Prospect | Pamela O'Neal Browne | Texas | Limestone | 08/16/2000 | Reagan #1 |
| Steeles Creek Prospect | Peggy Banner Crews | Texas | Limestone | 08/27/1999 | |
| Steeles Creek Prospect | Peggy Banner Crews | Texas | Limestone | 08/27/1999 | |
| Steeles Creek Prospect | Peggy Banner Crews | Texas | Limestone | 08/27/1999 | Reagan Estate #3 |
| Steeles Creek Prospect | Peggy Banner Crews | Texas | Limestone | 08/27/1999 | Reagan #1 |
| Steeles Creek Prospect | Susan Crews Bailey | Texas | Limestone | 08/27/1999 | Reagan Estate #3 |
| Steeles Creek Prospect | Susan Crews Bailey | Texas | Limestone | 08/27/1999 | Reagan #1 |
| Steeles Creek Prospect | Sandra Ann Crews | Texas | Limestone | 08/27/1999 | |
| Steeles Creek Prospect | Sandra Ann Crews | Texas | Limestone | 08/27/1999 | |
| Steeles Creek Prospect | Sandra Ann Crews | Texas | Limestone | 08/27/1999 | Reagan Estate #3 |
| Steeles Creek Prospect | Sandra Ann Crews | Texas | Limestone | 08/27/1999 | Reagan #1 |
| Steeles Creek Prospect | Baird Allen Banner | Texas | Limestone | 08/27/1999 | |
| Steeles Creek Prospect | Baird Allen Banner | Texas | Limestone | 08/27/1999 | |
| Steeles Creek Prospect | Baird Allen Banner | Texas | Limestone | 08/27/1999 | Reagan Estate #3 |
| Steeles Creek Prospect | Baird Allen Banner | Texas | Limestone | 08/27/1999 | Reagan #1 |
| Steeles Creek Prospect | Charles Moore Banner | Texas | Limestone | 08/27/1999 | |
| Steeles Creek Prospect | Charles Moore Banner | Texas | Limestone | 08/27/1999 | |
| Steeles Creek Prospect | Charles Moore Banner | Texas | Limestone | 08/27/1999 | Reagan Estate #3 |
| Steeles Creek Prospect | Charles Moore Banner | Texas | Limestone | 08/27/1999 | Reagan #1 |
| Steeles Creek Prospect | Bob Banner | Texas | Limestone | 08/27/1999 | |
| Steeles Creek Prospect | Bob Banner | Texas | Limestone | 08/27/1999 | |
| Steeles Creek Prospect | Bob Banner | Texas | Limestone | 08/27/1999 | Reagan Estate #3 |
| Steeles Creek Prospect | Bob Banner | Texas | Limestone | 08/27/1999 | Reagan #1 |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| Steeles Creek Prospect | J. Burns Brown Trust c/o David B. Brown | Texas | Limestone | 08/06/1999 |
| Steeles Creek Prospect | J. Burns Brown Trust c/o David B. Brown | Texas | Limestone | 08/06/1999 |
| Steeles Creek Prospect | Robert Hitzelberger | Texas | Limestone | 12/01/1999 |
| Steeles Creek Prospect | Robert Hitzelberger | Texas | Limestone | 12/01/1999 |
| Steeles Creek Prospect | Hitzelberger-Lomax Family | Texas | Limestone | 12/01/1999 |
| Steeles Creek Prospect | Hitzelberger-Lomax Family | Texas | Limestone | 12/01/1999 |
| Steeles Creek Prospect | Howell-Lomax Family Limited Partnership | Texas | Limestone | 12/01/1999 |
| Steeles Creek Prospect | Howell-Lomax Family Limited Partnership | Texas | Limestone | 12/01/1999 |
| Steeles Creek Prospect | Linda Lomax Whitten | Texas | Limestone | 12/01/1999 |
| Steeles Creek Prospect | Linda Lomax Whitten | Texas | Limestone | 12/01/1999 |
| Steeles Creek Prospect | Presley T. Lomax | Texas | Limestone | 12/01/1999 |
| Steeles Creek Prospect | Presley T. Lomax | Texas | Limestone | 12/01/1999 |
| Steeles Creek Prospect | William Henry Hitzelber III | Texas | Limestone | 12/01/1999 |
| Steeles Creek Prospect | James Lee Hitzelberger | Texas | Limestone | 12/01/1999 |
| Steeles Creek Prospect | George Henry Woodworth Mary Ellen Woodworth | Texas | Limestone | 10/28/1997 |
| Steeles Creek Prospect | George Henry Woodworth Mary Ellen Woodworth | Texas | Limestone | 10/28/1997 |
| Steeles Creek Prospect | George Henry Woodworth Mary Ellen Woodworth | Texas | Limestone | 10/28/1997 |
| Steeles Creek Prospect | George Henry Woodworth Mary Ellen Woodworth | Texas | Limestone | 10/28/1997 |
| Steeles Creek Prospect | Mary June Nobles, Deceased | Texas | Limestone | 10/24/1997 |
| Steeles Creek Prospect | Mary June Nobles, Deceased | Texas | Limestone | 10/24/1997 |
| Steeles Creek Prospect | Mary June Nobles, Deceased | Texas | Limestone | 10/24/1997 |
| Steeles Creek Prospect | Mary June Nobles, Deceased | Texas | Limestone | 10/24/1997 |
| Steeles Creek Prospect | Kenneth Wayne Hunter | Texas | Limestone | 10/25/1997 |
| Steeles Creek Prospect | Kenneth Wayne Hunter | Texas | Limestone | 10/25/1997 |
| Steeles Creek Prospect | Kenneth Wayne Hunter | Texas | Limestone | 10/25/1997 |
| Steeles Creek Prospect | Kenneth Wayne Hunter | Texas | Limestone | 10/25/1997 |
| Steeles Creek Prospect | JAMES L. BRADLEY, JR | Texas | Limestone | 10/30/1997 |
| Steeles Creek Prospect | JAMES L. BRADLEY, JR | Texas | Limestone | 10/30/1997 |
| Steeles Creek Prospect | JAMES L. BRADLEY, JR | Texas | Limestone | 10/30/1997 |
| Steeles Creek Prospect | Bryan Lee Bradley | Texas | Limestone | 10/30/1997 |
| Steeles Creek Prospect | Bryan Lee Bradley | Texas | Limestone | 10/30/1997 |
| Steeles Creek Prospect | Bryan Lee Bradley | Texas | Limestone | 10/30/1997 |
| Steeles Creek Prospect | Christopher R. Bradley | Texas | Limestone | 10/30/1997 |
| Steeles Creek Prospect | Christopher R. Bradley | Texas | Limestone | 10/30/1997 |
| Steeles Creek Prospect | Christopher R. Bradley | Texas | Limestone | 10/30/1997 |
| Steeles Creek Prospect | Beulah Geren | Texas | Limestone | 11/04/1997 |
| Steeles Creek Prospect | Beulah Geren | Texas | Limestone | 11/04/1997 |
| Steeles Creek Prospect | Beulah Geren | Texas | Limestone | 11/04/1997 |
| Steeles Creek Prospect | Barbara Sue Langston | Texas | Limestone | 11/10/1997 |
| Steeles Creek Prospect | Barbara Sue Langston | Texas | Limestone | 11/10/1997 |
| Steeles Creek Prospect | Barbara Sue Langston | Texas | Limestone | 11/10/1997 |
| Steeles Creek Prospect | Janie Ruth Philmon | Texas | Limestone | 11/10/1997 |
| Steeles Creek Prospect | Janie Ruth Philmon | Texas | Limestone | 11/10/1997 |
| Steeles Creek Prospect | Janie Ruth Philmon | Texas | Limestone | 11/10/1997 |
| Steeles Creek Prospect | Estate of Joe E. Hunter | Texas | Limestone | 11/17/1997 |
| Steeles Creek Prospect | Estate of Joe E. Hunter | Texas | Limestone | 11/17/1997 |
| Steeles Creek Prospect | Estate of Joe E. Hunter | Texas | Limestone | 11/17/1997 |
| Steeles Creek Prospect | Dale Funderburk | Texas | Limestone | 12/03/1997 |
| Steeles Creek Prospect | Dale Funderburk | Texas | Limestone | 12/03/1997 |
| Steeles Creek Prospect | Dale Funderburk | Texas | Limestone | 12/03/1997 |
| Steeles Creek Prospect | Robbie Funderburk Pettigrew | Texas | Limestone | 12/05/1997 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Steeles Creek Prospect | Robbie Funderburk Pettigrew | Texas | Limestone | 12/05/1997 | |
| Steeles Creek Prospect | Robbie Funderburk Pettigrew | Texas | Limestone | 12/05/1997 | |
| Steeles Creek Prospect | Ronald Darwin Funderburk | Texas | Limestone | 12/05/1997 | |
| Steeles Creek Prospect | Ronald Darwin Funderburk | Texas | Limestone | 12/05/1997 | |
| Steeles Creek Prospect | Ronald Darwin Funderburk | Texas | Limestone | 12/05/1997 | |
| Steeles Creek Prospect | Randy Lynn Funderburk | Texas | Limestone | 05/19/1998 | |
| Steeles Creek Prospect | Randy Lynn Funderburk | Texas | Limestone | 05/19/1998 | |
| Steeles Creek Prospect | Randy Lynn Funderburk | Texas | Limestone | 05/19/1998 | |
| Steeles Creek Prospect | Jack Hall Walthall Beverly Ann Walthall | Texas | Limestone | 12/22/1997 | |
| Steeles Creek Prospect | Jack Hall Walthall Beverly Ann Walthall | Texas | Limestone | 12/22/1997 | |
| Steeles Creek Prospect | Jack Hall Walthall Beverly Ann Walthall | Texas | Limestone | 12/22/1997 | |
| Steeles Creek Prospect | James L. Bradley, Sr. Diana Bradley | Texas | Limestone | 10/30/1997 | |
| Steeles Creek Prospect | James L. Bradley, Sr. Diana Bradley | Texas | Limestone | 10/30/1997 | |
| Steeles Creek Prospect | James L. Bradley, Sr. Diana Bradley | Texas | Limestone | 10/30/1997 | |
| Steeles Creek Prospect | James L. Bradley, Sr. Diana Bradley | Texas | Limestone | 10/30/1997 | |
| Steeles Creek Prospect | James L. Bradley, Sr. Diana Bradley | Texas | Limestone | 10/30/1997 | |
| Steeles Creek Prospect | Jack Hall Walthall Beverly Ann Walthall | Texas | Limestone | 11/03/2000 | |
| Steeles Creek Prospect | Harold L. Seamans Billie B. Seamans | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Harold L. Seamans Billie B. Seamans | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Harold L. Seamans Billie B. Seamans | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Harold L. Seamans Billie B. Seamans | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Harold L. Seamans Billie B. Seamans | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Joye Lynelle Mitchell | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Joye Lynelle Mitchell | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Joye Lynelle Mitchell | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Joye Lynelle Mitchell | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Walter C. Graeber Mary Graeber | Texas | Limestone | 08/26/1997 | |
| Steeles Creek Prospect | M.L. Parker | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | M.L. Parker | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Frances McKinnon | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Roger H. Herod, Jr. & Nadalie Herod et ux | Texas | Limestone | 10/31/1997 | Jackson #1 |
| Steeles Creek Prospect | Peggy Barber Marion J. Barber | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Sue Edwards | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Margie L. Estes | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Thora Fendley | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Bettye Ann Gunn Groves | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Ardath G. Gunn | Texas | Limestone | 08/16/1999 | Jackson #1 |
| Steeles Creek Prospect | Bobby W. Gunn | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Danny Dean Gunn, Sr, | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Willie D. Gunn | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Dorothy Gunn Parker | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Edna Earl Price | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Dorothy E. Scroggins | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Bernice Strickland c/o Margie L. Estes | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Bessie Tisdale | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/18/1997 | Parker #1 |
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/18/1997 | |
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/18/1997 | |
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/18/1997 | |
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/18/1997 | |
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/18/1997 | |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/18/1997 | Parker GU #1-2 |
| Steeles Creek Prospect | Cardell Gunn | Texas | Limestone | 11/28/1997 | Jackson #1 |
| Steeles Creek Prospect | Dorothy Gunn, Deceased | Texas | Limestone | 11/28/1997 | Jackson #1 |
| Steeles Creek Prospect | Johnie Carl Gunn | Texas | Limestone | 11/28/1997 | Jackson #1 |
| Steeles Creek Prospect | Clyde W. Pringle Juanita Pringle | Texas | Limestone | 11/28/1997 | Jackson #1 |
| Steeles Creek Prospect | L. Ray Gunn | Texas | Limestone | 12/11/1997 | Jackson #1 |
| Steeles Creek Prospect | Edith W. Gist, Life Estate | Texas | Limestone | 12/08/1997 | Jackson #1 |
| Steeles Creek Prospect | Burnery Walker | Texas | Limestone | 01/16/1998 | Jackson #1 |
| Steeles Creek Prospect | Kasey Frederick | Texas | Limestone | 06/22/1998 | Jackson #1 |
| Steeles Creek Prospect | Jayne Baker Solomon | Texas | Limestone | 06/22/1998 | Jackson #1 |
| Steeles Creek Prospect | Michael B. Copeland | Texas | Limestone | 06/22/1998 | Jackson #1 |
| Steeles Creek Prospect | Kevin D. Copeland | Texas | Limestone | 06/22/1998 | Jackson #1 |
| Steeles Creek Prospect | Bradley K. Milstead Brenda L. Milstead | Texas | Limestone | 12/08/1997 | Parker #1 |
| Steeles Creek Prospect | Bradley K. Milstead Brenda L. Milstead | Texas | Limestone | 12/08/1997 | |
| Steeles Creek Prospect | Bradley K. Milstead Brenda L. Milstead | Texas | Limestone | 12/08/1997 | |
| Steeles Creek Prospect | Bradley K. Milstead Brenda L. Milstead | Texas | Limestone | 12/08/1997 | |
| Steeles Creek Prospect | Bradley K. Milstead Brenda L. Milstead | Texas | Limestone | 12/08/1997 | |
| Steeles Creek Prospect | Bradley K. Milstead Brenda L. Milstead | Texas | Limestone | 12/08/1997 | |
| Steeles Creek Prospect | Bradley K. Milstead Brenda L. Milstead | Texas | Limestone | 12/08/1997 | |
| Steeles Creek Prospect | Bradley K. Milstead Brenda L. Milstead | Texas | Limestone | 12/08/1997 | Parker GU #1-2 |
| Steeles Creek Prospect | Betty Sue Murray | Texas | Limestone | 08/31/1999 | Jackson #1 |
| Steeles Creek Prospect | Audra Mae Donald | Texas | Limestone | 08/31/1999 | Jackson #1 |
| Steeles Creek Prospect | Harvie Lee Parrish | Texas | Limestone | 08/31/1999 | Jackson #1 |
| Steeles Creek Prospect | Vernon P. Martin & Ernestine C. Martin, et ux | Texas | Limestone | 10/12/1999 | Jackson #1 |
| Steeles Creek Prospect | Ada Parker | Texas | Limestone | 10/24/1997 | Parker #1 |
| Steeles Creek Prospect | Ada Parker | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Ada Parker | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Ada Parker | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Ada Parker | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Ada Parker | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Ada Parker | Texas | Limestone | 10/24/1997 | Parker GU #1-2 |
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/07/1997 | Parker #1 |
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/07/1997 | |
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/07/1997 | |
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/07/1997 | |
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/07/1997 | |
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/07/1997 | |
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/07/1997 | Parker GU #1-2 |
| Steeles Creek Prospect | Dorothy Parker Worl | Texas | Limestone | 05/26/1998 | Parker #1 |
| Steeles Creek Prospect | Dorothy Parker Worl | Texas | Limestone | 05/26/1998 | |
| Steeles Creek Prospect | Dorothy Parker Worl | Texas | Limestone | 05/26/1998 | |
| Steeles Creek Prospect | Dorothy Parker Worl | Texas | Limestone | 05/26/1998 | |
| Steeles Creek Prospect | Dorothy Parker Worl | Texas | Limestone | 05/26/1998 | |
| Steeles Creek Prospect | Dorothy Parker Worl | Texas | Limestone | 05/26/1998 | |
| Steeles Creek Prospect | Dorothy Parker Worl | Texas | Limestone | 05/26/1998 | Parker GU #1-2 |
| Steeles Creek Prospect | Nell Parker | Texas | Limestone | 10/24/1997 | Parker #1 |
| Steeles Creek Prospect | Nell Parker | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Nell Parker | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Nell Parker | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Nell Parker | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Nell Parker | Texas | Limestone | 10/24/1997 | |

EXHIBIT 3

Case:20-12377-MER Doc#:166-2 Filed:04/23/20 1447 Entered:04/23/20 22:39:39 Page

| | | | | | |
|---|---|---|---|---|---|
| Steeles Creek Prospect | Nell Parker | Texas | Limestone | 10/24/1997 | Parker GU #1-2 |
| Steeles Creek Prospect | Bonnie Dell Scogin Rochester | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Bonnie Dell Scogin Rochester | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Bonnie Dell Scogin Rochester | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Bonnie Dell Scogin Rochester | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Jack Scogin | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Jack Scogin | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Jack Scogin | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Jack Scogin | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Mary Jo Scogin Clinger | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Mary Jo Scogin Clinger | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Mary Jo Scogin Clinger | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Mary Jo Scogin Clinger | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Estate of Billie Ray Scogin, Deceased Emaleen Jennings | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Estate of Billie Ray Scogin, Deceased Emaleen Jennings | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Estate of Billie Ray Scogin, Deceased Emaleen Jennings | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Estate of Billie Ray Scogin, Deceased Emaleen Jennings | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Betty John Scogin Hornbarger | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Betty John Scogin Hornbarger | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Betty John Scogin Hornbarger | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Betty John Scogin Hornbarger | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Harriet Ellerbee Wise | Texas | Limestone | 10/31/1997 | Parker #1 |
| Steeles Creek Prospect | Harriet Ellerbee Wise | Texas | Limestone | 10/31/1997 | |
| Steeles Creek Prospect | Harriet Ellerbee Wise | Texas | Limestone | 10/31/1997 | |
| Steeles Creek Prospect | Harriet Ellerbee Wise | Texas | Limestone | 10/31/1997 | |
| Steeles Creek Prospect | Harriet Ellerbee Wise | Texas | Limestone | 10/31/1997 | |
| Steeles Creek Prospect | Harriet Ellerbee Wise | Texas | Limestone | 10/31/1997 | |
| Steeles Creek Prospect | Harriet Ellerbee Wise | Texas | Limestone | 10/31/1997 | |
| Steeles Creek Prospect | Harriet Ellerbee Wise | Texas | Limestone | 10/31/1997 | Parker GU #1-2 |
| Steeles Creek Prospect | Geneace H. Caddell | Texas | Limestone | 12/04/1997 | Parker #1 |
| Steeles Creek Prospect | Geneace H. Caddell | Texas | Limestone | 12/04/1997 | |
| Steeles Creek Prospect | Geneace H. Caddell | Texas | Limestone | 12/04/1997 | |
| Steeles Creek Prospect | Geneace H. Caddell | Texas | Limestone | 12/04/1997 | |
| Steeles Creek Prospect | Geneace H. Caddell | Texas | Limestone | 12/04/1997 | |
| Steeles Creek Prospect | Geneace H. Caddell | Texas | Limestone | 12/04/1997 | |
| Steeles Creek Prospect | Geneace H. Caddell | Texas | Limestone | 12/04/1997 | |
| Steeles Creek Prospect | Geneace H. Caddell | Texas | Limestone | 12/04/1997 | Parker GU #1-2 |
| Steeles Creek Prospect | Jimmie Parker Rees | Texas | Limestone | 07/31/1998 | Parker #1 |
| Steeles Creek Prospect | Jimmie Parker Rees | Texas | Limestone | 07/31/1998 | |
| Steeles Creek Prospect | Jimmie Parker Rees | Texas | Limestone | 07/31/1998 | |
| Steeles Creek Prospect | Jimmie Parker Rees | Texas | Limestone | 07/31/1998 | |
| Steeles Creek Prospect | Jimmie Parker Rees | Texas | Limestone | 07/31/1998 | |
| Steeles Creek Prospect | Jimmie Parker Rees | Texas | Limestone | 07/31/1998 | |
| Steeles Creek Prospect | Jimmie Parker Rees | Texas | Limestone | 07/31/1998 | |
| Steeles Creek Prospect | Jimmie Parker Rees | Texas | Limestone | 07/31/1998 | Parker GU #1-2 |
| Steeles Creek Prospect | William A Parks | Texas | Limestone | 12/17/1997 | Parker #1 |
| Steeles Creek Prospect | William A Parks | Texas | Limestone | 12/17/1997 | |
| Steeles Creek Prospect | William A Parks | Texas | Limestone | 12/17/1997 | |
| Steeles Creek Prospect | William A Parks | Texas | Limestone | 12/17/1997 | |
| Steeles Creek Prospect | William A Parks | Texas | Limestone | 12/17/1997 | |
| Steeles Creek Prospect | William A Parks | Texas | Limestone | 12/17/1997 | |

EXHIBIT 3

Case:20-12377-EEB  Doc#:1664  Filed:04/23/20  Entered:04/23/20 22:39:39  Page

| Steeles Creek Prospect | William A Parks | Texas | Limestone | 12/17/1997 |
| Steeles Creek Prospect | William A Parks | Texas | Limestone | 12/17/1997 Parker GU #1-2 |
| Steeles Creek Prospect | Paul Ray Wimberly | Texas | Limestone | 11/24/1997 Parker #1 |
| Steeles Creek Prospect | Paul Ray Wimberly | Texas | Limestone | 11/24/1997 |
| Steeles Creek Prospect | Paul Ray Wimberly | Texas | Limestone | 11/24/1997 |
| Steeles Creek Prospect | Paul Ray Wimberly | Texas | Limestone | 11/24/1997 |
| Steeles Creek Prospect | Paul Ray Wimberly | Texas | Limestone | 11/24/1997 |
| Steeles Creek Prospect | Paul Ray Wimberly | Texas | Limestone | 11/24/1997 |
| Steeles Creek Prospect | Paul Ray Wimberly | Texas | Limestone | 11/24/1997 Parker GU #1-2 |
| Steeles Creek Prospect | Thelma Jean Jackson Sharpe | Texas | Limestone | 11/06/1997 |
| Steeles Creek Prospect | N E Jones, Foley Receivership Attn: Carol Jenkins, Dist. Clk | Texas | Limestone | 01/07/2000 |
| Steeles Creek Prospect | Billy Ray Scogin | Texas | Limestone | 11/30/2000 Parker #1 |
| Steeles Creek Prospect | Billy Ray Scogin | Texas | Limestone | 11/30/2000 |
| Steeles Creek Prospect | Billy Ray Scogin | Texas | Limestone | 11/30/2000 |
| Steeles Creek Prospect | Billy Ray Scogin | Texas | Limestone | 11/30/2000 Parker GU #1-2 |
| Steeles Creek Prospect | Betty John Scogin Hornbarger | Texas | Limestone | 11/30/2000 Parker #1 |
| Steeles Creek Prospect | Betty John Scogin Hornbarger | Texas | Limestone | 11/30/2000 |
| Steeles Creek Prospect | Betty John Scogin Hornbarger | Texas | Limestone | 11/30/2000 Parker GU #1-2 |
| Steeles Creek Prospect | Mary Jo Scogin Clinger | Texas | Limestone | 11/30/2000 Parker #1 |
| Steeles Creek Prospect | Mary Jo Scogin Clinger | Texas | Limestone | 11/30/2000 |
| Steeles Creek Prospect | Mary Jo Scogin Clinger | Texas | Limestone | 11/30/2000 Parker GU #1-2 |
| Steeles Creek Prospect | Jack Scogin | Texas | Limestone | 11/30/2000 Parker #1 |
| Steeles Creek Prospect | Jack Scogin | Texas | Limestone | 11/30/2000 |
| Steeles Creek Prospect | Jack Scogin | Texas | Limestone | 11/30/2000 Parker GU #1-2 |
| Steeles Creek Prospect | Bonnie Dell Scogin Rochester | Texas | Limestone | 11/30/2000 Parker #1 |
| Steeles Creek Prospect | Bonnie Dell Scogin Rochester | Texas | Limestone | 11/30/2000 |
| Steeles Creek Prospect | Bonnie Dell Scogin Rochester | Texas | Limestone | 11/30/2000 Parker GU #1-2 |
| Steeles Creek Prospect | William B Goodman | Texas | Limestone | 11/03/1997 |
| Steeles Creek Prospect | William B Goodman | Texas | Limestone | 11/03/1997 |
| Steeles Creek Prospect | William B Goodman | Texas | Limestone | 11/03/1997 |
| Steeles Creek Prospect | William B Goodman | Texas | Limestone | 11/03/1997 |
| Steeles Creek Prospect | William Edward Roberts | Texas | Limestone | 10/24/1997 |
| Steeles Creek Prospect | William Edward Roberts | Texas | Limestone | 10/24/1997 |
| Steeles Creek Prospect | Doris P Traub Carol Traub Palmer | Texas | Limestone | 10/24/1997 |
| Steeles Creek Prospect | Doris P Traub Carol Traub Palmer | Texas | Limestone | 10/24/1997 |
| Steeles Creek Prospect | Burton Peetluk | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Burton Peetluk | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Burton Peetluk | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Burton Peetluk | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Louise Frankel | Texas | Limestone | 11/17/1997 |
| Steeles Creek Prospect | Louise Frankel | Texas | Limestone | 11/17/1997 |
| Steeles Creek Prospect | Louise Frankel | Texas | Limestone | 11/17/1997 |
| Steeles Creek Prospect | Louise Frankel | Texas | Limestone | 11/17/1997 |
| Steeles Creek Prospect | T.J. McKenna Maria McKenna | Texas | Limestone | 11/03/1997 |
| Steeles Creek Prospect | Jack Hall Walthall Beverly Ann Walthall | Texas | Limestone | 01/14/1998 |
| Steeles Creek Prospect | Emma Lou Wilson | Texas | Limestone | 10/31/1997 |
| Steeles Creek Prospect | Emma Lou Wilson | Texas | Limestone | 10/31/1997 |
| Steeles Creek Prospect | Emma Lou Wilson | Texas | Limestone | 10/31/1997 |
| Steeles Creek Prospect | Emma Lou Wilson | Texas | Limestone | 10/31/1997 |
| Steeles Creek Prospect | Emma Lou Wilson | Texas | Limestone | 10/31/1997 |
| Steeles Creek Prospect | Woodcastle, Ltd. Benjie Reed, President | Texas | Limestone | 11/28/1997 |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| Steeles Creek Prospect | Woodcastle, Ltd. Benjie Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Woodcastle, Ltd. Benjie Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Woodcastle, Ltd. Benjie Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Woodcastle, Ltd. Benjie Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Woodcastle, Ltd. Benjie Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Woodcastle, Ltd. Benjie Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Woodcastle, Ltd. Benjie Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Cottonwood, Ltd. Bobby Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Cottonwood, Ltd. Bobby Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Cottonwood, Ltd. Bobby Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Cottonwood, Ltd. Bobby Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Cottonwood, Ltd. Bobby Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Cottonwood, Ltd. Bobby Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Cottonwood, Ltd. Bobby Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Cottonwood, Ltd. Bobby Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Cleon P. Carraway Margaret L. Carraway | Texas | Limestone | 01/02/1998 |
| Steeles Creek Prospect | Jon B. Holloway Melanie Holloway | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Jon B. Holloway Melanie Holloway | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Jon B. Holloway Melanie Holloway | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Jon B. Holloway Melanie Holloway | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Jon B. Holloway Melanie Holloway | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Charles W. Welch Dorothy Welch | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Charles W. Welch Dorothy Welch | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Charles W. Welch Dorothy Welch | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Charles W. Welch Dorothy Welch | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Charles W. Welch Dorothy Welch | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Jack Mauldin, Jr. Patricia A. Mauldin | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Jack Mauldin, Jr. Patricia A. Mauldin | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Jack Mauldin, Jr. Patricia A. Mauldin | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Jack Mauldin, Jr. Patricia A. Mauldin | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Jack Mauldin, Jr. Patricia A. Mauldin | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Oliver K. Ross Joan A. Ross | Texas | Limestone | 07/12/1999 |
| Steeles Creek Prospect | Clarence Ollis Carraway Sylvia Carraway | Texas | Limestone | 10/25/1997 |
| Steeles Creek Prospect | Clarence Ollis Carraway Sylvia Carraway | Texas | Limestone | 10/25/1997 |
| Steeles Creek Prospect | Reuben Terrell | Texas | Limestone | 10/25/1997 |
| Steeles Creek Prospect | Wayne Terrell | Texas | Limestone | 10/25/1997 |
| Steeles Creek Prospect | Reuben Terrell | Texas | Limestone | 10/25/1997 |
| Steeles Creek Prospect | Billie Bob Gunter Seamans | Texas | Limestone | 12/15/1997 |
| Steeles Creek Prospect | Morgan Family Trust Glenda Morgan Trustee | Texas | Limestone | 01/05/1998 |
| Steeles Creek Prospect | Jean Greenough | Texas | Limestone | 01/05/1998 |
| Steeles Creek Prospect | Lois Gidden Baker, Deceased | Texas | Limestone | 01/05/1998 |
| Steeles Creek Prospect | Bradley K. Milstead Brenda L. Milstead | Texas | Limestone | 08/07/1997 |
| Steeles Creek Prospect | Marcus Milton Higgins | Texas | Limestone | 01/16/2001 |
| Steeles Creek Prospect | Bradley K. Milstead Brenda L. Milstead | Texas | Limestone | 01/11/2001 |
| Steeles Creek Prospect | Bradley K. Milstead Brenda L. Milstead | Texas | Limestone | 01/11/2001 |
| Steeles Creek Prospect | Estate of Belle Gunter, Deceased Billie Bob Seamans, Ind. | Texas | Limestone | 03/28/2001 |
| Steeles Creek Prospect | Estate of Belle Gunter, Deceased Billie Bob Seamans, Ind. | Texas | Limestone | 03/28/2001 |
| Steeles Creek Prospect | Estate of Belle Gunter, Deceased Billie Bob Seamans, Ind. | Texas | Limestone | 03/28/2001 |
| Steeles Creek Prospect | Estate of Belle Gunter, Deceased Billie Bob Seamans, Ind. | Texas | Limestone | 03/28/2001 |
| Steeles Creek Prospect | Horral I. Jones, Jr. | Texas | Limestone | 02/20/2001 |
| Steeles Creek Prospect | Horral I. Jones, Jr. | Texas | Limestone | 02/20/2001 |

EXHIBIT 3

| Steeles Creek Prospect | Horral I. Jones, Jr. | Texas | Limestone | 02/20/2001 |
| Steeles Creek Prospect | Horral I. Jones, Jr. | Texas | Limestone | 02/20/2001 |
| Steeles Creek Prospect | Horral I. Jones, Jr. | Texas | Limestone | 02/20/2001 |
| Steeles Creek Prospect | Clarence B. Shields Dora Shields | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Clarence B. Shields Dora Shields | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Clarence B. Shields Dora Shields | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Clarence B. Shields Dora Shields | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Clarence B. Shields Dora Shields | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Clarence B. Shields Dora Shields | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Jones L. Simmons, Deceased Jeannette Lightner Simmons | Texas | Limestone | 03/16/2001 |
| Steeles Creek Prospect | Jones L. Simmons, Deceased Jeannette Lightner Simmons | Texas | Limestone | 03/16/2001 |
| Steeles Creek Prospect | Jones L. Simmons, Deceased Jeannette Lightner Simmons | Texas | Limestone | 03/16/2001 |
| Steeles Creek Prospect | Jones L. Simmons, Deceased Jeannette Lightner Simmons | Texas | Limestone | 03/16/2001 |
| Steeles Creek Prospect | Jones L. Simmons, Deceased Jeannette Lightner Simmons | Texas | Limestone | 03/16/2001 |
| Steeles Creek Prospect | Jones L. Simmons, Deceased Jeannette Lightner Simmons | Texas | Limestone | 03/16/2001 |
| Steeles Creek Prospect | Jones L. Simmons, Deceased Jeannette Lightner Simmons | Texas | Limestone | 03/16/2001 |
| Steeles Creek Prospect | Tom Gidden | Texas | Limestone | 05/17/2001 |
| Steeles Creek Prospect | Tom Gidden | Texas | Limestone | 05/17/2001 |
| Steeles Creek Prospect | Velma Gidden, Deceased widow of L.D. Gidden, Life Est | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Velma Gidden, Deceased widow of L.D. Gidden, Life Est | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Phoebe G. Carter | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Phoebe G. Carter | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Donnie Gidden | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Donnie Gidden | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Ralph Adams | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Ralph Adams | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | W. T. Adams | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | W. T. Adams | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Margaret Adams Dickson | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Margaret Adams Dickson | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Dan Adams | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Dan Adams | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Nathan Adams | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Nathan Adams | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Fronda Hale | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Fronda Hale | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Fronda Hale | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Fronda Hale | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Fronda Hale | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Fronda Hale | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Vicki E. Russell | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Vicki E. Russell | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Vicki E. Russell | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Vicki E. Russell | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Vicki E. Russell | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Vicki E. Russell | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | William H. Vickery | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | William H. Vickery | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | William H. Vickery | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | William H. Vickery | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | William H. Vickery | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | William H. Vickery | Texas | Limestone | 05/03/2001 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Steeles Creek Prospect | James W. Jackson, Jr., Deceased Helen Joyce Jackson | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | James W. Jackson, Jr., Deceased Helen Joyce Jackson | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | James W. Jackson, Jr., Deceased Helen Joyce Jackson | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | James W. Jackson, Jr., Deceased Helen Joyce Jackson | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | James W. Jackson, Jr., Deceased Helen Joyce Jackson | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | James W. Jackson, Jr., Deceased Helen Joyce Jackson | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | L.E. Wilkinson | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Bob Banner 111 | Texas | Limestone | 08/27/1999 | Regan Estate #3 |
| Steeles Creek Prospect | Bob Banner 111 | Texas | Limestone | 08/27/1999 | Reagan #1 |
| Steeles Creek Prospect | Julia Jones | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Julia Jones | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | Julia Jones | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Julia Jones | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | Julia Jones | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Julia Jones | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | Steger Energy Corp | Texas | Limestone | 03/10/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Steger Energy Corp | Texas | Limestone | 03/10/1998 | Reagan #1 |
| Steeles Creek Prospect | Steger Energy Corp | Texas | Limestone | 03/10/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Steger Energy Corp | Texas | Limestone | 03/10/1998 | Reagan #1 |
| Steeles Creek Prospect | Steger Energy Corp | Texas | Limestone | 03/10/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Steger Energy Corp | Texas | Limestone | 03/10/1998 | Reagan #1 |
| Steeles Creek Prospect | Steger Energy Corp | Texas | Limestone | 03/10/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Steger Energy Corp | Texas | Limestone | 03/10/1998 | Reagan #1 |
| Steeles Creek Prospect | Wilma Perry et al | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Wilma Perry et al | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Wilma Perry et al | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Wilma Perry et al | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Wilma Perry et al | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Wilma Perry et al | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Kenneth Don Peery | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Kenneth Don Peery | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Kenneth Don Peery | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Kenneth Don Peery | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Kenneth Don Peery | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Kenneth Don Peery | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Mark Jones | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Mark Jones | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | Mark Jones | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Mark Jones | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | Mark Jones | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Mark Jones | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | Aubrey J Newman | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Aubrey J Newman | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Aubrey J Newman | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Aubrey J Newman | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Aubrey J Newman | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Aubrey J Newman | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Curtis Ray Peery | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Curtis Ray Peery | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Curtis Ray Peery | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Curtis Ray Peery | Texas | Limestone | 03/06/1998 | Reagan #1 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Steeles Creek Prospect | Curtis Ray Peery | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Curtis Ray Peery | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Joe Wayne Peery | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Joe Wayne Peery | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Joe Wayne Peery | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Joe Wayne Peery | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Joe Wayne Peery | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Joe Wayne Peery | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Mary Jean Parchman | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Mary Jean Parchman | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Mary Jean Parchman | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Mary Jean Parchman | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Mary Jean Parchman | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Mary Jean Parchman | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Jesse Foy Peery | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Jesse Foy Peery | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Jesse Foy Peery | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Jesse Foy Peery | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Jesse Foy Peery | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Jesse Foy Peery | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Charlene Pearcy | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Charlene Pearcy | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Charlene Pearcy | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Charlene Pearcy | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Charlene Pearcy | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Charlene Pearcy | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Charlsie martin Pogue | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Charlsie martin Pogue | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Charlsie martin Pogue | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Charlsie martin Pogue | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Charlsie martin Pogue | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Charlsie martin Pogue | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Charles Martin | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Charles Martin | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Charles Martin | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Charles Martin | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Charles Martin | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Charles Martin | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Lura Faye Sanders | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Lura Faye Sanders | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Lura Faye Sanders | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Lura Faye Sanders | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Lura Faye Sanders | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Lura Faye Sanders | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Jacque Wyllie | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Jacque Wyllie | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Jacque Wyllie | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Jacque Wyllie | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Jacque Wyllie | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Jacque Wyllie | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Janice A Baggett | Texas | Limestone | 10/10/2000 | Regan Estate #3 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Steeles Creek Prospect | Janice A Baggett | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | Janice A Baggett | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Janice A Baggett | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | Janice A Baggett | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Janice A Baggett | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | William J JOnes | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | William J JOnes | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | William J JOnes | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | William J JOnes | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | William J JOnes | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | William J JOnes | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | Tommie Stanley | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Tommie Stanley | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | Tommie Stanley | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Tommie Stanley | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | Tommie Stanley | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Tommie Stanley | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | Severin J Strickland | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Severin J Strickland | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | Severin J Strickland | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Severin J Strickland | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | Severin J Strickland | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Severin J Strickland | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Three Creeks Prospect | Rankin Land & Timber Co. Inc. | Arkansas | Union | 04/12/2002 | |
| Three Creeks Prospect | Rankin Land & Timber Co. Inc. | Arkansas | Union | 04/12/2002 | |
| Three Creeks Prospect | Sara Miller Richardson | Arkansas | Union | 04/29/2003 | |
| Three Creeks Prospect | John D'Arezzo Marsh & Anne Marsh | Arkansas | Union | 04/30/2003 | |
| Three Creeks Prospect | Lilly Ann Gregory | Arkansas | Union | 05/07/2003 | |
| Three Creeks Prospect | Lilly Ann Gregory | Arkansas | Union | 05/07/2003 | |
| Three Creeks Prospect | Mary Jane Gregory | Arkansas | Union | 04/30/2003 | |
| Three Creeks Prospect | Mary Jane Gregory | Arkansas | Union | 04/30/2003 | |
| Three Creeks Prospect | James Y Cameron Janice F Cameron | Arkansas | Union | 04/19/2002 | |
| Three Creeks Prospect | James Y Cameron Janice F Cameron | Arkansas | Union | 04/19/2002 | |
| Three Creeks Prospect | Robin Robirds Lawrence c/o First Trust Financial Services, | Arkansas | Union | 04/23/2002 | |
| Three Creeks Prospect | Sara Miller Richardson | Arkansas | Union | 09/11/2001 | |
| Three Creeks Prospect | Anne Robirds Marsh | Arkansas | Union | 09/11/2001 | |
| Three Creeks Prospect | Robin Robirds Lawrence c/o First Trust Financial Services, | Arkansas | Union | 09/11/2001 | |
| Three Creeks Prospect | James Y Cameron Janice F Cameron | Arkansas | Union | 09/11/2001 | |
| Three Creeks Prospect | Lilly Ann Gregory | Arkansas | Union | 12/04/2001 | |
| Three Creeks Prospect | Mary Jane Gregory | Arkansas | Union | 10/16/2001 | |
| Three Creeks Prospect | EB Wheat, Case #CV2003-0397-6 Cheryl Cochran-Wilson | Arkansas | Union | 11/06/2003 | |
| Three Creeks Prospect | Margaret Sharp Bradley Southwell | Arkansas | Union | 09/29/2003 | |
| Three Creeks Prospect | Margaret Sharp Bradley Southwell | Arkansas | Union | 09/29/2003 | |
| West Uriah Prospect | David Middleton | Alabama | Monroe | 10/25/2010 | |
| West Uriah Prospect | David Middleton | Alabama | Monroe | 10/25/2010 | |
| West Uriah Prospect | David Middleton | Alabama | Monroe | 10/25/2010 | |
| West Uriah Prospect | David Middleton | Alabama | Monroe | 10/25/2010 | |
| West Uriah Prospect | I.N. HICKOX | Alabama | Monroe | 10/28/2010 | |
| West Uriah Prospect | I.N. HICKOX | Alabama | Monroe | 10/28/2010 | |
| West Uriah Prospect | I.N. HICKOX | Alabama | Monroe | 10/28/2010 | |
| West Uriah Prospect | I.N. HICKOX | Alabama | Monroe | 10/28/2010 | |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| West Uriah Prospect | Susannah E. Middleton | Alabama | Monroe | 10/22/2010 |
| West Uriah Prospect | Susannah E. Middleton | Alabama | Monroe | 10/22/2010 |
| West Uriah Prospect | Susannah E. Middleton | Alabama | Monroe | 10/22/2010 |
| West Uriah Prospect | Susannah E. Middleton | Alabama | Monroe | 10/22/2010 |
| West Uriah Prospect | The Estate of Overton Pratt Turner Sr., Rep. by Swain | Alabama | Monroe | 10/25/2010 |
| West Uriah Prospect | The Estate of Overton Pratt Turner Sr., Rep. by Swain | Alabama | Monroe | 10/25/2010 |
| West Uriah Prospect | The Estate of Overton Pratt Turner Sr., Rep. by Swain | Alabama | Monroe | 10/25/2010 |
| West Uriah Prospect | The Estate of Overton Pratt Turner Sr., Rep. by Swain | Alabama | Monroe | 10/25/2010 |
| West Uriah Prospect | Anne Grant Pickens | Alabama | Monroe | 09/29/2010 |
| West Uriah Prospect | UNKNOWN / OTHERS | Alabama | Monroe | 09/23/2010 |
| West Uriah Prospect | UNKNOWN / OTHERS | Alabama | Monroe | 09/23/2010 |
| West Uriah Prospect | Nell P. Hadley | Alabama | Monroe | 12/07/2010 |
| West Uriah Prospect | Nell P. Hadley | Alabama | Monroe | 12/07/2010 |
| West Uriah Prospect | Nell P. Hadley | Alabama | Monroe | 12/07/2010 |
| West Uriah Prospect | Nell P. Hadley | Alabama | Monroe | 12/07/2010 |
| West Uriah Prospect | Nell P. Hadley | Alabama | Monroe | 12/07/2010 |
| West Uriah Prospect | Nell P. Hadley | Alabama | Monroe | 12/07/2010 |
| West Uriah Prospect | JEWEL D. CAYLOR | Alabama | Monroe | 09/30/2010 |
| West Uriah Prospect | Halma S. Coley | Alabama | Monroe | 11/17/2010 |
| West Uriah Prospect | Halma S. Coley | Alabama | Monroe | 11/17/2010 |
| West Uriah Prospect | Halma S. Coley | Alabama | Monroe | 11/17/2010 |
| West Uriah Prospect | Halma S. Coley | Alabama | Monroe | 11/17/2010 |
| West Uriah Prospect | Suzanne Vereen | Alabama | Monroe | 12/16/2010 |
| West Uriah Prospect | Suzanne Vereen | Alabama | Monroe | 12/16/2010 |
| West Uriah Prospect | Suzanne Vereen | Alabama | Monroe | 12/16/2010 |
| West Uriah Prospect | Suzanne Vereen | Alabama | Monroe | 12/16/2010 |
| West Uriah Prospect | Thomas F. and Betty D. Mason | Alabama | Monroe | 11/30/2010 |
| West Uriah Prospect | Thomas F. and Betty D. Mason | Alabama | Monroe | 11/30/2010 |
| West Uriah Prospect | Thomas F. and Betty D. Mason | Alabama | Monroe | 11/30/2010 |
| West Uriah Prospect | Thomas F. and Betty D. Mason | Alabama | Monroe | 11/30/2010 |
| West Uriah Prospect | Thomas F. and Betty D. Mason | Alabama | Monroe | 11/30/2010 |
| West Uriah Prospect | Thomas F. and Betty D. Mason | Alabama | Monroe | 11/30/2010 |
| West Uriah Prospect | Thomas F. and Betty D. Mason | Alabama | Monroe | 11/30/2010 |
| West Uriah Prospect | Willie E. Scheffield | Alabama | Monroe | 12/14/2010 |
| West Uriah Prospect | Willie E. Scheffield | Alabama | Monroe | 12/14/2010 |
| West Uriah Prospect | Willie E. Scheffield | Alabama | Monroe | 12/14/2010 |
| West Uriah Prospect | Willie E. Scheffield | Alabama | Monroe | 12/14/2010 |
| West Uriah Prospect | Ray Jones | Alabama | Monroe | 01/04/2011 |
| West Uriah Prospect | Ray Jones | Alabama | Monroe | 01/04/2011 |
| West Uriah Prospect | Ray Jones | Alabama | Monroe | 01/04/2011 |
| West Uriah Prospect | Ray Jones | Alabama | Monroe | 01/04/2011 |
| West Uriah Prospect | Margaret Horton Moss | Alabama | Monroe | 01/04/2011 |
| West Uriah Prospect | Margaret Horton Moss | Alabama | Monroe | 01/04/2011 |
| West Uriah Prospect | Margaret Horton Moss | Alabama | Monroe | 01/04/2011 |
| West Uriah Prospect | Margaret Horton Moss | Alabama | Monroe | 01/04/2011 |
| West Uriah Prospect | Arthur Levan Luker & June Weaver Luker | Alabama | Monroe | 01/12/2011 |
| West Uriah Prospect | Arthur Levan Luker & June Weaver Luker | Alabama | Monroe | 01/12/2011 |
| West Uriah Prospect | Annie Laurie Vereen | Alabama | Monroe | 01/03/2011 |
| West Uriah Prospect | Annie Laurie Vereen | Alabama | Monroe | 01/03/2011 |
| West Uriah Prospect | Annie Laurie Vereen | Alabama | Monroe | 01/03/2011 |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| West Uriah Prospect | Annie Laurie Vereen | Alabama | Monroe | 01/03/2011 |
| West Uriah Prospect | FLC Heirs, LLC | Alabama | Monroe | 12/16/2010 |
| West Uriah Prospect | FLC Heirs, LLC | Alabama | Monroe | 12/16/2010 |
| West Uriah Prospect | FLC Heirs, LLC | Alabama | Monroe | 12/16/2010 |
| West Uriah Prospect | FLC Heirs, LLC | Alabama | Monroe | 12/16/2010 |
| West Uriah Prospect | FLC Heirs, LLC | Alabama | Monroe | 12/16/2010 |
| West Uriah Prospect | The Estate Of R. Lamar Moore, Rep. by Mary Ann Blank | Alabama | Monroe | 01/07/2011 |
| West Uriah Prospect | The Estate Of R. Lamar Moore, Rep. by Mary Ann Blank | Alabama | Monroe | 01/07/2011 |
| West Uriah Prospect | The Estate Of R. Lamar Moore, Rep. by Mary Ann Blank | Alabama | Monroe | 01/07/2011 |
| West Uriah Prospect | The Estate Of R. Lamar Moore, Rep. by Mary Ann Blank | Alabama | Monroe | 01/07/2011 |
| West Uriah Prospect | John M. Kirchharr and Sonya Kirchharr, married | Alabama | Monroe | 10/03/2010 |
| West Uriah Prospect | John M. Kirchharr and Sonya Kirchharr, married | Alabama | Monroe | 10/03/2010 |
| West Uriah Prospect | John M. Kirchharr and Sonya Kirchharr, married | Alabama | Monroe | 10/03/2010 |
| West Uriah Prospect | George Edward Snow, Jr., & Hollie Snow married | Alabama | Monroe | 11/09/2010 |
| West Uriah Prospect | George Edward Snow, Jr., & Hollie Snow married | Alabama | Monroe | 11/09/2010 |
| West Uriah Prospect | Maribell Kadel, rep by Clint Kadel, AIF | Alabama | Monroe | 01/24/2011 |
| West Uriah Prospect | Maribell Kadel, rep by Clint Kadel, AIF | Alabama | Monroe | 01/24/2011 |
| West Uriah Prospect | Maribell Kadel, rep by Clint Kadel, AIF | Alabama | Monroe | 01/24/2011 |
| West Uriah Prospect | Maribell Kadel, rep by Clint Kadel, AIF | Alabama | Monroe | 01/24/2011 |
| West Uriah Prospect | James U. Blacksher | Alabama | Monroe | 04/24/2011 |
| West Uriah Prospect | James U. Blacksher | Alabama | Monroe | 04/24/2011 |
| West Uriah Prospect | James U. Blacksher | Alabama | Monroe | 04/24/2011 |
| West Uriah Prospect | James U. Blacksher | Alabama | Monroe | 04/24/2011 |
| West Uriah Prospect | James U. Blacksher | Alabama | Monroe | 04/24/2011 |
| West Uriah Prospect | James U. Blacksher | Alabama | Monroe | 04/24/2011 |
| West Uriah Prospect | John L. Blacksher Trust | Alabama | Monroe | 03/24/2011 |
| West Uriah Prospect | John L. Blacksher Trust | Alabama | Monroe | 03/24/2011 |
| West Uriah Prospect | John L. Blacksher Trust | Alabama | Monroe | 03/24/2011 |
| West Uriah Prospect | John L. Blacksher Trust | Alabama | Monroe | 03/24/2011 |
| West Uriah Prospect | John L. Blacksher Trust | Alabama | Monroe | 03/24/2011 |
| West Uriah Prospect | John L. Blacksher Trust | Alabama | Monroe | 03/24/2011 |
| West Uriah Prospect | Uriah Land Company | Alabama | Monroe | 03/24/2011 |
| West Uriah Prospect | Uriah Land Company | Alabama | Monroe | 03/24/2011 |
| West Uriah Prospect | Uriah Land Company | Alabama | Monroe | 03/24/2011 |
| West Uriah Prospect | Uriah Land Company | Alabama | Monroe | 03/24/2011 |
| West Uriah Prospect | Uriah Land Company | Alabama | Monroe | 03/24/2011 |
| West Uriah Prospect | Uriah Land Company | Alabama | Monroe | 03/24/2011 |
| West Uriah Prospect | Steven G. Luker | Alabama | Monroe | 10/13/2011 |
| West Uriah Prospect | Diane Luker | Alabama | Monroe | 10/13/2011 |
| West Uriah Prospect | Patricia Luker Morris | Alabama | Monroe | 10/13/2011 |
| West Uriah Prospect | Cindy Luker Barnes | Alabama | Monroe | 10/13/2011 |
| West Uriah Prospect | Brandon Luker | Alabama | Monroe | 10/13/2011 |
| West Uriah Prospect | Thomas Luker | Alabama | Monroe | 10/13/2011 |
| West Uriah Prospect | Bobby Pickron | Alabama | Monroe | 11/30/2011 |
| West Uriah Prospect | William H Moore | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | William H Moore | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | William H Moore | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | William H Moore | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | Russell L Moore Jr. | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | Russell L Moore Jr. | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | Russell L Moore Jr. | Alabama | Monroe | 12/01/2011 |

EXHIBIT 3

| West Uriah Prospect | Russell L Moore Jr. | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | Robert A. Moore | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | Robert A. Moore | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | Robert A. Moore | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | Robert A. Moore | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | Mary Ann Blank | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | Mary Ann Blank | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | Mary Ann Blank | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | Mary Ann Blank | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | Overton Pratt Turner Jr. | Alabama | Monroe | 10/25/2011 |
| West Uriah Prospect | Overton Pratt Turner Jr. | Alabama | Monroe | 10/25/2011 |
| West Uriah Prospect | Overton Pratt Turner Jr. | Alabama | Monroe | 10/25/2011 |
| West Uriah Prospect | Overton Pratt Turner Jr. | Alabama | Monroe | 10/25/2011 |
| West Uriah Prospect | Swain Turner Byrd | Alabama | Monroe | 10/25/2011 |
| West Uriah Prospect | Swain Turner Byrd | Alabama | Monroe | 10/25/2011 |
| West Uriah Prospect | Swain Turner Byrd | Alabama | Monroe | 10/25/2011 |
| West Uriah Prospect | Swain Turner Byrd | Alabama | Monroe | 10/25/2011 |
| West Uriah Prospect | Marie Louise Turner Cunningham | Alabama | Monroe | 10/25/2011 |
| West Uriah Prospect | Marie Louise Turner Cunningham | Alabama | Monroe | 10/25/2011 |
| West Uriah Prospect | Marie Louise Turner Cunningham | Alabama | Monroe | 10/25/2011 |
| West Uriah Prospect | Marie Louise Turner Cunningham | Alabama | Monroe | 10/25/2011 |
| West Uriah Prospect | Elena Mosley | Alabama | Escambia | 01/04/2011 |
| West Uriah Prospect | Elena Mosley | Alabama | Escambia | 01/04/2011 |
| West Uriah Prospect | Elena Mosley | Alabama | Escambia | 01/04/2011 |
| West Uriah Prospect | Elena Mosley | Alabama | Escambia | 01/04/2011 |
| Willow Springs Prospect | First Securities Co. of Longview, Texas | Texas | Gregg | 03/19/1952 |
| Willow Springs Prospect | First Securities Co. of Longview, Texas | Texas | Gregg | 03/19/1952 |
| Willow Springs Prospect | Joseph B. Bramlette Testamentary Trust Account No. | Texas | Gregg | 11/12/1951 |
| Willow Springs Prospect | Joseph B. Bramlette Testamentary Trust Account No. | Texas | Gregg | 11/12/1951 |
| Willow Springs Prospect | Joseph B. Bramlette Testamentary Trust Account No. | Texas | Gregg | 11/12/1951 |
| Willow Springs Prospect | Joseph B. Bramlette Testamentary Trust Account No. | Texas | Gregg | 11/12/1951 |
| Willow Springs Prospect | Joseph B. Bramlette Testamentary Trust Account No. | Texas | Gregg | 11/12/1951 |
| Willow Springs Prospect | Joseph B. Bramlette Testamentary Trust Account No. | Texas | Gregg | 11/12/1951 |
| Willow Springs Prospect | Joseph B. Bramlette Testamentary Trust Account No. | Texas | Gregg | 11/12/1951 |
| Willow Springs Prospect | Joseph B. Bramlette Testamentary Trust Account No. | Texas | Gregg | 11/12/1951 |
| Willow Springs Prospect | Mabelle Hardy and Harmon C. Hardy, et ux | Texas | Gregg | 03/28/1952 |
| Willow Springs Prospect | Peggy Joyce Nichols | Texas | Gregg | 04/08/1952 |
| Willow Springs Prospect | Emory P. Boring, Sr. | Texas | Gregg | 11/13/1951 |
| Willow Springs Prospect | B. E. Mitchell and Mary Mitchell, et ux | Texas | Gregg | 11/29/1951 |
| Willow Springs Prospect | B. E. Mitchell and Mary Mitchell, et ux | Texas | Gregg | 11/29/1951 |
| Willow Springs Prospect | B. E. Mitchell and Mary Mitchell, et ux | Texas | Gregg | 11/29/1951 |
| Willow Springs Prospect | Bonnie Pliler and Effie Pliler, et ux | Texas | Gregg | 05/28/1951 |
| Willow Springs Prospect | Bonnie Pliler and Effie Pliler, et ux | Texas | Gregg | 05/28/1951 |
| Willow Springs Prospect | Bonnie Pliler and Effie Pliler, et ux | Texas | Gregg | 05/28/1951 |
| Willow Springs Prospect | <No Owners> | Texas | Gregg | 05/31/1951 |
| Willow Springs Prospect | <No Owners> | Texas | Gregg | 05/31/1951 |
| Willow Springs Prospect | <No Owners> | Texas | Gregg | 05/31/1951 |
| Willow Springs Prospect | <No Owners> | Texas | Gregg | 05/31/1951 |
| Willow Springs Prospect | S. R. Thrasher, Sr. and M. B. Thrasher, et ux | Texas | Gregg | 07/23/1951 |
| Willow Springs Prospect | S. R. Thrasher, Sr. and M. B. Thrasher, et ux | Texas | Gregg | 07/23/1951 |
| Willow Springs Prospect | D. R. Thrasher | Texas | Gregg | 07/23/1951 |
| Willow Springs Prospect | D. R. Thrasher | Texas | Gregg | 07/23/1951 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Willow Springs Prospect | Lois Thrasher Heflin and W. F. Heflin, et ux | Texas | Gregg | 07/23/1951 | |
| Willow Springs Prospect | Lois Thrasher Heflin and W. F. Heflin, et ux | Texas | Gregg | 07/23/1951 | |
| South Woodlawn | Martha L Hartford | Texas | Marion | 07/03/2013 | Albert Key et al |
| South Woodlawn | Martha L Hartford | Texas | Marion | 07/03/2013 | |
| South Woodlawn | John Armistead | Texas | Marion | 07/10/2008 | Albert Key et al |
| South Woodlawn | John Armistead | Texas | Marion | 07/10/2008 | |
| South Woodlawn | Charles Wise Bypass Trust, | Texas | Marion | 07/10/2008 | Albert Key et al |
| South Woodlawn | Charles Wise Bypass Trust, | Texas | Marion | 07/10/2008 | |
| South Woodlawn | Dawson Rev Living Trust | Texas | Marion | 07/03/2013 | Albert Key et al |
| South Woodlawn | Dawson Rev Living Trust | Texas | Marion | 07/03/2013 | |
| PROSPECT RED01 | Sheri Lynn Cowley Soulie | Louisiana | Caddo | 11/07/2006 | |
| PROSPECT RED01 | Sheri Lynn Cowley Soulie | Louisiana | Caddo | 11/07/2006 | |
| PROSPECT RED01 | Sheri Lynn Cowley Soulie | Louisiana | Caddo | 11/07/2006 | |
| PROSPECT RED01 | Sheri Lynn Cowley Soulie | Louisiana | Caddo | 11/07/2006 | |

EXHIBIT 3

# Oil and Gas Leases (Con't)

| Legal Description | Effective Date | Expiration Date | Gross Acres | Net Acres | Lessor Name | State | Prospect Name |
|---|---|---|---|---|---|---|---|
| 1ADA03-2N-4W-26-01 | 08/18/2102 | 08/18/2105 | 207.70000000 | 43.27083264 | Helen Young Trust of 1996 | Mississippi | Adams-Millbrook B |
| 1ADA03-2N-4W-25-01 | 11/05/2102 | 11/05/2105 | 475.24000000 | 14.85125000 | Ridgeway Management | Mississippi | Adams-Millbrook B |
| 1ASH02-01N-02W-10-01 | 08/15/2103 | 08/15/2106 | 590.90000000 | 0.19175125 | Davenport Plantation LLC | Mississippi | Ashwood |
| | 05/28/2019 | 05/28/2022 | 121.00000000 | 3.46279978 | Bernice Lee | Alabama | North Beach Prospect |
| | 05/28/2019 | 05/28/2022 | 121.00000000 | 3.46279978 | Gary Ann Perryman | Alabama | North Beach Prospect |
| | 05/25/2019 | 05/25/2022 | 122.00000000 | 0.81999982 | Earline Samuel | Alabama | North Beach Prospect |
| 182.25 net | 07/01/2018 | 07/01/2021 | 551.00000000 | 353.00000000 | Olen Paul Padgett & Kimberly F. Padgett | Alabama | North Beach Prospect |
| T5N, R13E, Sec. 32 N2SWSW; T4N, R13E, Sec. 6 | 01/08/2019 | 01/08/2022 | 29.00000000 | 25.00000000 | Verna W. Coleman | Alabama | North Beach Prospect |
| Sections 22 & 23, T4N, R13E | 07/10/2017 | 07/10/2020 | 80.00000000 | 18.10000000 | Joseph T. Saiter, Jr., & Cheryl P. Saiter | Alabama | North Beach Prospect |
| T5N R13E Sec. 32: N2SE, NESW and 2 acres lying East of the road in the NWSW, less one acre | 11/25/2019 | 03/07/2022 | 121.00000000 | 3.02500000 | Jessie B. Samuel | Alabama | North Beach Prospect |
| | 11/25/2019 | 11/25/2020 | 157.00000000 | 39.02500000 | Robert L. Bradley & Dorothy Samuel Bradley | Alabama | North Beach Prospect |
| | 05/28/2019 | 05/28/2022 | 121.00000000 | 3.45939000 | Zola M. Bryant | Alabama | North Beach Prospect |
| 1 acre Beg where N/ LE of NW/4 of SW/4 int E/ LE of Bull Slough Rd. then run S/ alg rd. 462' t | 11/25/2019 | 11/25/2022 | 122.00000000 | 0.85400000 | Jackie Royster | Alabama | North Beach Prospect |
| 121 acres N/2 SE/4, NE/4 SW/4 and 2 acres lying East of Road NW/4 SW/4 less and except 1 c | 05/17/2019 | 05/17/2022 | 121.00000000 | 3.46279978 | Calvin Taliaferro & Ola Bell Taliaferrc | Alabama | North Beach Prospect |
| 1 acre Beg where N/ LE of NW/4 of SW/4 int E/ LE of Bull Slough Rd. then run S/ alg rd. 462' t | 11/25/2019 | 11/25/2022 | 122.00000000 | 0.85400000 | Phyllis Doss | Alabama | North Beach Prospect |
| 121 acres N/2 SE/4, NE/4 SW/4 and 2 acres lying East of Road NW/4 SW/4 less and except 1 c | 04/24/2019 | 04/24/2022 | 121.00000000 | 0.50000000 | VENTURA SAMUEL | Alabama | North Beach Prospect |
| 121 acres N/2 SE/4, NE/4 SW/4 and 2 acres lying East of Road NW/4 SW/4 less and except 1 c | 11/25/2019 | 11/25/2022 | 122.00000000 | 7.62500000 | Vernita Wilks | Alabama | North Beach Prospect |
| T5N, R13E Sec. 32: N2SWSW, 22 acres, more or less, in Escambia County, Alabama | 05/30/2019 | 05/30/2022 | 22.00000000 | 5.00000000 | James and Cathy Grantham | Alabama | North Beach Prospect |
| Township 5 North, Range 13 East, Section 29, S2SENE; the SWNE; | 07/22/2018 | 07/22/2021 | 180.00000000 | 180.00000000 | Mary Ann Mack | Alabama | North Beach Prospect |
| Section 6, T2N, R10E, SE 1/4 SE 1/4; NE 1/4 SW 1/4, 93 acres, more or less, in Escambia Cou | 11/30/2016 | 11/30/2021 | 93.00000000 | 7.20800000 | Diane J. Lehr | Alabama | Brewton |
| Section 6, T2N, R10E, NW 1/4 SE 1/4; NE 1/4 SW 1/4; commerate at the Southeast corner of | 11/30/2016 | 11/30/2021 | 93.00000000 | 7.20800000 | Marilou Polkinghorne | Alabama | Brewton |
| Section 6, T2N, R10E, containing 93 acres, more or less: NW 1/4 SE 1/4; NE 1/4 SW 1/4; comp | 11/30/2016 | 11/30/2021 | 93.00000000 | 7.20800000 | Kathleen Lloyd | Alabama | Brewton |
| Section 32, T3N, R10E, S/W 1/4 of SW 1/4. | 12/09/2019 | 12/09/2022 | 375.20000000 | 187.60000000 | Cecil Earl Moran as Trustee of The GST Exempt Trust Estat c | Alabama | Brewton |
| Section 32, T3N, R10E, 39.18 acres, more or less, in Escambia County, Alabama | 01/25/2017 | 01/25/2020 | 39.18000000 | 19.68000000 | Gloria Nell Clifton | Alabama | Brewton |
| Section 4, T2N, R10E, SE 1/4 SW 1/4, containing 40 acres, more or less, in Escambia County, A | 01/23/2017 | 01/23/2020 | 40.00000000 | 5.00000000 | Harvey White | Alabama | Brewton |
| Section 27 & 32, T3N, R10E, 28.99 acres, more or less, in Escambia County, Alabama | 01/25/2017 | 01/25/2020 | 28.99000000 | 11.48000000 | Evelyn Stowers | Alabama | Brewton |
| Section 8, T2N, R10E, NW 1/4 of NE 1/4, 5.12 acres, more or less, in Escambia County, | 01/26/2017 | 01/26/2020 | 5.12000000 | 5.12000000 | Freida Jean Blanton | Alabama | Brewton |
| Section 8, T2N, R10E, NE 1/4 of the NE 1/4, 3 acres, more or less, in Escambia County, | 01/19/2017 | 01/19/2020 | 3.00000000 | 3.00000000 | Gregory O Carter | Alabama | Brewton |
| Section 8, T2N, R10E, NE 1/4 of NE1/4, 8 acres, more or less, in Escambia County, Alabama | 01/23/2017 | 01/23/2020 | 8.40000000 | 7.90000000 | Charlotte Marie Mosley | Alabama | Brewton |
| Section 32, T3N, R10E: E 1/2 of SE 1/4 of SW 1/4 and NW 1/4 of SE 1/4, 60 acres, more or les | 01/23/2017 | 01/23/2020 | 60.00000000 | 14.90250000 | David Deon Price | Alabama | Brewton |
| Section 8, T2N, R10E, NE 1/4 of NE 1/4, 1 acres, more or less, in Escambia County, Alabama | 01/30/2017 | 01/30/2020 | 1.00000000 | 0.50000000 | Sylvia Annette Hendrix | Alabama | Brewton |
| Section 8, T2N, R10E, NE 1/4 of NE 1/4 and SE 1/4 of NE 1/4, 4.3 acres, more or less, ir | 01/30/2017 | 01/30/2020 | 4.30000000 | 4.30000000 | Sylvia Annette Hendrix and Alvin Hendrix | Alabama | Brewton |
| Section 8, T2N, R10E, NE 1/4 of NE 1/4, 0.2 acres, more or less, in Escambia County, | 01/30/2017 | 01/30/2020 | 0.20000000 | 0.20000000 | Alvin Hendrix | Alabama | Brewton |
| Section 27, T3N, R10E: E 1/2 of SW 1/4 of NW 1/4;W 1/2 of W 1/2 of S 1/2 of SE 1/4 of NW | 01/18/2017 | 01/18/2020 | 142.75000000 | 5.45490000 | Jamie Austin | Alabama | Brewton |
| Section 27, T3N, R10E: E/2 SW /4 NW/4; W/2 W/2 S/2 SE/4 NW/4 | 01/18/2017 | 01/18/2020 | 142.75000000 | 5.45490000 | Barbara Jean Frank | Alabama | Brewton |
| Section 27, T3N, R10E: E/2 SW /4 NW /4; W/2 W/2 S/2 SE/4 NW/4. | 01/18/2017 | 01/18/2020 | 142.75000000 | 0.94554000 | Robert Lathrop | Alabama | Brewton |
| Section 4, T2N, R10E: All of NE 1/4 of SE 1/4, 26.67 acres, more or less, in Escambia County, | 01/11/2017 | 01/11/2020 | 26.67000000 | 13.34000000 | Larry R. Crosby | Alabama | Brewton |
| Sections 3 & 4, T2N, R10E, 6.38 acres, more or less, in Escambia County, Alabama. | 01/31/2017 | 01/31/2020 | 6.38000000 | 6.38000000 | Lester Jordan Cooper | Alabama | Brewton |
| Section 4, T2N, R10E, SW 1/4 of NE 1/4, 40 acres, more or less, in Escambia County, Alabama | 01/12/2017 | 01/12/2020 | 40.00000000 | 3.33300000 | First United Methodist Church of Pensacola, Florida | Alabama | Brewton |
| Section 3, T2N, R10E, 38.69 acres, more or less, in Escambia County, Alabama | 02/03/2017 | 02/03/2020 | 38.69000000 | 31.16000000 | Lucille Duval | Alabama | Brewton |
| Section 34, T3N, R10E, 24.5 acres, more or less, in Escambia County, Alabama | 02/07/2017 | 02/07/2020 | 24.50000000 | 31.20000000 | Ann Huff Bryant | Alabama | Brewton |
| Section 4, T2N, R10E, SE/4 SE/4, 3 acres, more or less, in Escambia County, Alabama | 02/07/2017 | 02/07/2020 | 3.00000000 | 3.00000000 | Jack Jackson | Alabama | Brewton |
| Section 32, T3N, R10E, SE/4 Se/4 SE/4, 10 acres, more or less, in Escambia County, Alabama | 01/19/2017 | 01/19/2020 | 10.00000000 | 10.00000000 | Barbara Gayle Racine | Alabama | Brewton |
| 154 acres, more or less, in Escambia County, Alabama | 01/18/2017 | 01/18/2020 | 142.75000000 | 0.94274000 | Larry S. Lathrop | Alabama | Brewton |
| Section 34, T3N, R10E, 8.7 acres, more or less, in Escambia County, Alabam: | 01/23/2017 | 01/23/2020 | 8.70000000 | 2.17500000 | Karen G. Roberson | Alabama | Brewton |
| Section 32, T3N, R10E, 7.5 acres, more or less, in Escambia County, Alabama | 01/17/2017 | 01/17/2020 | 7.50000000 | 7.50000000 | Leslie P. Blackburn | Alabama | Brewton |
| Section 32, T3N, R10E, SW SW4 SE/4, 10 acres, more or less, in Escambia County, Alabama | 01/19/2017 | 01/19/2020 | 10.00000000 | 10.00000000 | Verdelle Robbins | Alabama | Brewton |
| Section 4, T2N, R10E, 2.5 acres, more or less, in Escambia County, Alabama | 01/31/2017 | 01/31/2020 | 2.50000000 | 1.25000000 | Broox G. Garrett, JR. | Alabama | Brewton |
| Section 4, T2N, R10E, N 1/2 of the NE 1/4 and SE 1/4 of the NE 1/4, 120 acres, more or less, in | 02/02/2017 | 02/02/2020 | 120.00000000 | 20.00000000 | Catherine F. Fountain | Alabama | Brewton |
| Section 4, T2N, R10E, N 1/2 of the NE 1/4 and SE 1/4 of the NE 1/4, 120 acres, more or less, in | 02/02/2017 | 02/02/2020 | 120.00000000 | 20.00000000 | Mary F. Martin, Trustee of the Mary F. Martin Revocable Trus | Alabama | Brewton |
| Section 8, T2N, R10E: NW 1/4 of the NE 1/4, 5.12 acres, more or less, in Escambia County, Ali | 01/26/2017 | 01/26/2020 | 5.12000000 | 5.12000000 | Mavis Joanna Donald | Alabama | Brewton |
| 154 acres, more or less, in Escambia County, Alabama | 01/18/2017 | 01/18/2020 | 142.75000000 | 0.94274000 | Wendy A. Sprabery | Alabama | Brewton |
| Section 32, T3N, R10E: S 1/2 of SE 1/4 of SW 1/4 and NW 1/4, 5 acres, more or less, ir | 02/17/2017 | 01/17/2020 | 5.00000000 | 2.50000000 | Raymond F. Lynn, Jr. and David W. Lynn | Alabama | Brewton |
| Section 32, T3N, R10E: E 1/2 of SE 1/4 of SW 1/4 and NW 1/4 of the SE 1/4, 60 acres, more or | 02/17/2017 | 02/17/2020 | 60.00000000 | 1.87500000 | Gloria Linda Crane | Alabama | Brewton |
| Sections 27, 32 and 34, T3N, R10E, 154 acres, more or less, in Escambia County, Alabama | 01/18/2017 | 01/18/2020 | 142.75000000 | 0.94554000 | Christopher Lathrop | Alabama | Brewton |
| Section 4, T2N, R10E and Section 27, T3N, R10E, 23.8 acres, more or less, in Escambia County | 02/24/2017 | 02/24/2020 | 23.80000000 | 6.10000000 | Jack W. Hines | Alabama | Brewton |
| Section 32, T3N, R10E:16.7 acres, more or less, in Escambia County, Alabam: | 02/14/2017 | 02/14/2020 | 16.70000000 | 14.82500000 | C. Scott Huff | Alabama | Brewton |
| Section 32, T3N, R10E, NW 1/4 SW 1/4 SE1/4,10 acres, more or less, in Escambia County, Alal | 01/19/2017 | 01/19/2020 | 10.00000000 | 10.00000000 | Elton A. McGaha | Alabama | Brewton |
| Section 4, T2N, R10E, 13.7 acres, more or less, in Escambia County, Alabama | 03/07/2017 | 03/07/2020 | 13.70000000 | 5.89500000 | John A. Downing | Alabama | Brewton |
| Section 32, T3N, R10E: E 1/2 of SE 1/4 of SW 1/4 and NW 1/4 of SE 1/4, 60 acres, more or les | 02/17/2017 | 02/17/2020 | 60.00000000 | 1.87500000 | Susan Carole Marder represented by Robert J. Marder, | Alabama | Brewton |
| Section 4, T2N, R10E: S 1/2 SW 1/4 SE 1/4 containing 17.50 acres more or less and Section 27 | 03/07/2017 | 03/07/2020 | 117.50000000 | 0.47500000 | Steve Francis O'Neal | Alabama | Brewton |
| Section 34, T3N, R10E, S 1/2 of SE 1/4 of SW 1/4, 28.8 acres, more or less, in Escambia Count | 02/14/2017 | 02/14/2020 | 18.80000000 | 2.44400000 | Leah Huff Harrington | Alabama | Brewton |
| Section 34, T3N, R10E, S 1/2 of SE 1/4 of SW 1/4, 28.8 acres, more or less, in Escambia Count | 02/14/2017 | 02/14/2020 | 18.80000000 | 2.44400000 | Autumn Breann Huff | Alabama | Brewton |
| Section 34, T3N, R10E, NW Corner of SW 1/4 of SW 1/4, 39.5 acres, more or less, in Escambia | 03/03/2017 | 03/03/2020 | 39.50000000 | 14.77500000 | Van Don Huff, II | Alabama | Brewton |
| Section 4, T2N, R10E, 18.48 acres, more or less, in Escambia County, Alabama | 03/01/2017 | 03/01/2020 | 18.48000000 | 11.25100000 | George Leroy Weaver and Wanda Weaver | Alabama | Brewton |
| Section 4, T2N, R10E, 33.43 acres, more or less, in Escambia County, Alabama | 03/01/2017 | 03/01/2020 | 33.43000000 | 15.20100000 | Clarence Higdon and Lizze Kate Higdon | Alabama | Brewton |
| Section 4, T2N, R10E, 10.8 acres, more or less, in Escambia County, Alabama | 03/01/2017 | 03/01/2020 | 10.80000000 | 3.57100000 | Nell W. Ellis | Alabama | Brewton |
| Section 4, T2N, R10E, SE 1/4 of the NW 1/4, 3.81 acres more or less in Escambia County, Alal | 03/07/2017 | 03/07/2020 | 3.81000000 | 1.90500000 | Charles R. Reid, Jr. and Judy M. Reid | Alabama | Brewton |
| Section 8, T2N, R10E, beginning at NW corner of SW 1/4 of NE 1/4, running South 89 1/3rd ya | 03/07/2017 | 03/07/2020 | 3.20000000 | 3.20000000 | Sherri Carol Russell and Tammy Kay Odom | Alabama | Brewton |
| Section 32, T3N, R10E, SW 1/4 of NE 1/4 and N 1/2 of NE 1/4 of SW 1/4 of NW 1/4, 45 acres, | 03/16/2017 | 03/16/2020 | 45.00000000 | 4.50000000 | Jerry Wayne Steele | Alabama | Brewton |
| Section 34, T3N, R10E, commencing at SW corner of SW 1/4 of SW 1/4,  thence run in a | 03/09/2017 | 03/09/2020 | 2.68000000 | 2.68000000 | Catherine Ann Beasley and Joseph Russell Beasley | Alabama | Brewton |
| Section 4, T2N, R10E, 5.7 acres, more or less, in Escambia County, Alabama. | 03/07/2017 | 03/07/2020 | 5.70000000 | 5.00000000 | Freddie J. McMillan and Lisa T. McMillan | Alabama | Brewton |

EXHIBIT 3

Case:20-12377-EEB   Doc#:166-2   Filed:04/23/20   Entered:04/23/20 22:39:39   Page

| Description | | | | | | | |
|---|---|---|---|---|---|---|---|
| Section 32, T3N, R10E, NE 1/4 SW 1/4 SE 1/4, containing10 acres, more or less, in Escambia C | 03/13/2017 | 03/13/2020 | 10.00000000 | 10.00000000 | Kenneth R. McGaha | Alabama | Brewton |
| Sections 31 and 32, T3N, R10E, 20 acres, more or less, in Escambia County, Alabama. | 03/01/2017 | 03/01/2020 | 20.00000000 | 10.00000000 | Ralph Ellis, Jr. and Wanda Rae Ellis | Alabama | Brewton |
| Section 32, T3N, R10E, commencing at the NW corner of E 1/2 SE 1/4 SW 1/4, running South | 03/07/2017 | 03/07/2020 | 0.50000000 | 0.25000000 | Terrence Mark Avary and Janette Avary | Alabama | Brewton |
| Section 4, T2N, R10E, 12.03 acres, more or less, in Escambia County, Alabama | 03/07/2017 | 03/07/2020 | 12.03000000 | 5.06000000 | Linda M. Weeks and Jerry L. Weeks | Alabama | Brewton |
| Sections 27 and 28, T3N, R10E, 100 acres, more or less, in Escambia County, Alabama. | 03/01/2017 | 03/01/2020 | 100.00000000 | 50.00000000 | Black Stone Minerals Company, L.P. | Alabama | Brewton |
| Section 32, T2N, R10E, SW 1/4 of NW 1/4 and N 1/2 of SE 1/4 of NW 1/4, 59.88 acres, more or | 02/22/2017 | 02/22/2020 | 59.88000000 | 2.49500000 | Elizabeth Lovelace Moss | Alabama | Brewton |
| Section 32, T2N, R10E, SW 1/4 of NW 1/4 and N 1/2 of SE 1/4 of NW 1/4, 59.88 acres, more or | 02/22/2017 | 02/22/2020 | 59.88000000 | 0.62390000 | Susan Johnston Hamrick | Alabama | Brewton |
| Section 32, T3N, R10E, SE 1/4 SW 1/4 SE 1/4, containing10 acres, more or less, in Escambia C | 03/07/2017 | 03/07/2020 | 10.00000000 | 2.50000000 | Robert Douglas McGaha | Alabama | Brewton |
| Section 4, T2N, R10E, SW 1/4 of NE 1/4, 40 acres, more or less, in Escambia County, Alabama | 02/22/2017 | 02/22/2020 | 40.00000000 | 16.66700000 | John S. Gifford | Alabama | Brewton |
| Section 34, T3N, R10E, containing 6.6 acres, more or less, in Escambia County, AL | 03/16/2017 | 03/16/2020 | 6.60000000 | 3.30000000 | Charles N. Broadhead and Judy R. Broadhead | Alabama | Brewton |
| Section 2, T2N, R10E, 1.72 acres, more or less, in Escambia County, Alabama | 03/07/2017 | 03/07/2020 | 1.72000000 | 0.86000000 | James H. Hildreth, Jr., and Madeline W. Hildreth | Alabama | Brewton |
| Section 8, T2N, R10E, 2.7 acres, more or less, in Escambia County, Alabama | 03/31/2017 | 03/31/2020 | 2.70000000 | 2.70000000 | Troy Hart and Michelle Hart | Alabama | Brewton |
| Section 4, T2N, R10E, SE 1/4 of NW 1/4, 40 acres, more or less, in Escambia County, Alabama. | 03/23/2017 | 03/23/2020 | 240.00000000 | 39.16700000 | ALOG, LLC | Alabama | Brewton |
| Section 32, T8N, R10E, 7.4 acres, more or less, in Escambia County, Alabama | 01/25/2017 | 01/25/2020 | 7.40000000 | 7.40000000 | Gregory W. Allen and Leisha D. Allen | Alabama | Brewton |
| Sections 32 & 34, T3N, R10E, W 1/2 of NW 1/4 of SW 1/4. | 03/02/2017 | 03/02/2020 | 78.87300000 | 5.22285130 | Gary Medley as Trustee of the Robert W. Austin Living Trust | Alabama | Brewton |
| Section 32, T3N, R10E, SW 1/4 of NE 1/4 and N 1/2 of NE 1/4 of SE 1/4 of NW 1/4, 45 acres, r | 03/27/2017 | 03/27/2020 | 45.00000000 | 2.25000000 | Nolan Lamar Steele | Alabama | Brewton |
| Section 33, T3N, R10E, SW 1/4 NW 1/4 of NE 1/4 and N 1/2 of SE 1/4 of NW 1/4, 45 acres, r | 03/23/2017 | 03/23/2020 | 100.00000000 | 1.56300000 | BJ Biddle | Alabama | Brewton |
| Section 4, T2N, R10E, 11.73 acres, more or less, in Escambia County, Alabama | 03/01/2017 | 03/01/2020 | 11.73000000 | 4.37600000 | Faye W. Long and James N. Long | Alabama | Brewton |
| Section 32, T3N, R10E, SW 1/4 of NE 1/4 and N 1/2 of SE 1/4 of NW 1/4, 45 acres, more or | 03/16/2017 | 03/16/2020 | 45.00000000 | 4.50000000 | Mary Lois Jackson | Alabama | Brewton |
| Section 6, T2N, R10E, 257 acres, more or less, in Escambia County, Alabama | 04/24/2017 | 04/24/2020 | 217.00000000 | 34.63000000 | Broox G. Garrett, JR. | Alabama | Brewton |
| Section 6, T2N, R10E, 45 acres, more or less, in Escambia County, Alabama | 04/24/2015 | 04/24/2020 | 45.00000000 | 11.25000000 | Broox G. Garrett, JR. | Alabama | Brewton |
| Section 6, T2N, R10E, 34.63 net acres, more or less, in Escambia County, Alabama | 04/24/2015 | 04/24/2020 | 217.00000000 | 34.63000000 | Lida G. McDowell | Alabama | Brewton |
| Section 6, T2N, R10E, 34.63 acres, more or less, in Escambia County, Alabama | 04/24/2015 | 04/24/2020 | 217.00000000 | 34.63000000 | Linda G. Cone | Alabama | Brewton |
| Section 6, T2N, R10E, NE 1/4, 57.5 acres, more or less, in Escambia County, Alabama | 04/20/2017 | 04/20/2020 | 57.50000000 | 19.16700000 | James Henderson | Alabama | Brewton |
| Section 6, T2N, R10E, NE 1/4, 57.5 acres, more or less, in Escambia County, Alabama | 04/20/2015 | 04/20/2020 | 57.50000000 | 28.75000000 | Willneila Henderson | Alabama | Brewton |
| Section 33, T3N, R10E, NE/4 NW/4, NW/4 NE/4 and N/2 SE/4 NW/4, 100 acres, more or less, | 03/23/2017 | 03/23/2020 | 100.00000000 | 1.56300000 | Florance Madden | Alabama | Brewton |
| Section 33, T3N, R10E, NE/4 NW/4, NW/4 NE/4 and N/2 SE/4 NW/4, 100 acres, more or less, | 03/23/2017 | 03/23/2020 | 100.00000000 | 1.56300000 | Jaime Salter Patton | Alabama | Brewton |
| Section 33, T3N, R10E, NE/4 NW/4, NW/4 NE/4 and N/2 SE/4 NW/4, 100 acres, more or less, | 03/23/2017 | 03/23/2020 | 100.00000000 | 6.25000000 | Florance Madden | Alabama | Brewton |
| Section 6, T2N, R10E, 57.5 acres, more or less, in Escambia County, Alabama | 04/20/2017 | 04/20/2020 | 57.50000000 | 9.58352500 | Zela Marie Henderson | Alabama | Brewton |
| Section 33, T3N, R10E, SE/4 SW/4 SE/4, 10 acres, more or less, in Escambia County, Alabama | 03/22/2017 | 03/22/2020 | 10.00000000 | 2.50000000 | John McGaha | Alabama | Brewton |
| Section 6, Township 2 North, Range 10 East:  All that part of the NE/4 which lies | 01/25/2017 | 01/25/2020 | 179.00000000 | 179.00000000 | Huxford Properties, Ltd. | Alabama | Brewton |
| Section 6, Township 2 North, Range 10 East, all that part of the S/2 S/2 NE/4 lying East of Bur | 01/25/2017 | 01/25/2020 | 25.65000000 | 25.65000000 | Huxford heirs et al | Alabama | Brewton |
| Section 34, T3N, R10E, SE corner of NW/4 of SW/4, 1 acres, more or less, in Escambia County | 04/21/2017 | 04/21/2020 | 1.00000000 | 0.50000000 | Judy G. Riddle | Alabama | Brewton |
| Section 27, T3N, R10E and Section 34, T3N, R10E, 94 acres, more or less, in Escambia County, | 05/10/2017 | 05/10/2020 | 71.17000000 | 4.32953000 | Louie W. Brannan, Jr. Trust | Alabama | Brewton |
| Section 27, T3N, R10E and Section 34, T3N, R10E, 94 acres, more or less, in Escambia County, | 05/10/2017 | 05/10/2020 | 73.17000000 | 3.11407000 | Annie Sue Brannan Walker | Alabama | Brewton |
| Section 6, T2N, R10E, 2.4 acres, more or less, in Escambia County, Alabama | 05/11/2017 | 05/11/2020 | 2.40000000 | 2.40000000 | Kermit McCollum and Carolyn McCollum | Alabama | Brewton |
| Section 27, T3N, R10E, commencing at the SE corner of W/2 of SW/4 of NE/4, 10 acres, more | 04/11/2017 | 04/11/2020 | 10.00000000 | 10.00000000 | James Matthew Barnes | Alabama | Brewton |
| Section 6, T2N, R10E, W/2 SW/4 SW/4 NE/4; 5.7 acres, more or less, in Escambia County, Al | 04/11/2017 | 04/11/2020 | 5.70000000 | 5.70000000 | Frank F. Barnes and Barbara Barnes | Alabama | Brewton |
| Section 6, T2N, R10E, 4.69 acres, more or less, in Escambia County, Alabama | 05/11/2017 | 05/11/2020 | 4.69000000 | 4.69000000 | Alisha Hammack | Alabama | Brewton |
| Section 8, T2N, R10E, NE/4 NW/4 less one acre, 39 acres, more or less, in Escambia County, Al | 06/23/2015 | 06/23/2020 | 39.00000000 | 19.50000000 | Emma Ruth Britton | Alabama | Brewton |
| Section 8, T2N, R10E, NE/4 NW/4, less one acre, 39 acres, more or less, in Escambia County, A | 06/23/2015 | 06/23/2020 | 39.00000000 | 19.50000000 | Frederick Lee Downing | Alabama | Brewton |
| Section 3, T2N, R10E, SW/4 NW/4 and N/2 of SE/4 NW/4, 59.88 acres, more or less, in Escam | 05/04/2015 | 05/04/2020 | 59.88000000 | 1.24730040 | Linda Johnston | Alabama | Brewton |
| Section 4, T2N, R10E and Section 34, T3N, R10E, 4.27 acres, more or less, in Escambia County, | 06/08/2017 | 06/08/2020 | 1.80000000 | 0.58120000 | Carolyn Olivia Harvey | Alabama | Brewton |
| Section 4, T2N, R10E and Section 34, T3N, R10E, 4.27 acres, more or less, in Escambia County, | 06/08/2017 | 06/08/2020 | 1.80000000 | 0.58120000 | Hope Danielle Martin Hazlett Daw | Alabama | Brewton |
| Section 32, T3N, R10E, 23.38 acres, more or less, in Escambia County, Alabama | 01/20/2017 | 01/20/2020 | 23.38000000 | 21.58000000 | Patricia E. Dobransky and Dennis Dobransky | Alabama | Brewton |
| Section 4, T2N, R10E, SE of NW/4, 40 acres, more or less, in Escambia County, Alabama | 05/31/2017 | 05/31/2020 | 40.00000000 | 5.00000000 | Kurt H. Nahrgang | Alabama | Brewton |
| Section 4, T2N, R10E, 4.25 acres, more or less, in Escambia County, Alabama | 04/26/2017 | 04/26/2020 | 4.25000000 | 3.39000000 | Scott Loftis and Kathleen Loftis | Alabama | Brewton |
| Section 27, T3N-R10E, W/2 SW/4 NW/4 and Section 28, T3N-R10E, SE/4 NE/4, 39.2 acres, mo | 06/28/2017 | 06/28/2020 | 39.20000000 | 9.80000000 | Mack W. Smith and Mildred R. Smith | Alabama | Brewton |
| Section 6, T2N-R10E and Section 32, T3N-R10E, 6 acres, more or less, in Escambia County, Ala | 06/20/2017 | 06/20/2020 | 6.00000000 | 6.00000000 | Judy Ann B. Dixon | Alabama | Brewton |
| Section 34, T3N-R10E, NW/4 of SW/4, 1 acres, more or less, in Escambia County, Alabama | 06/26/2017 | 06/26/2020 | 1.00000000 | 0.15000000 | Brenda Gail Loftin | Alabama | Brewton |
| Section 32, T3N-R10E, S/2 NE/4 SE/4 NW/4, 5 acres, more or less, in Escambia County, Alabam | 06/26/2017 | 06/26/2020 | 5.00000000 | 1.25000000 | Michael James McElwain | Alabama | Brewton |
| Section 34, T3N-R10E, NW/4 of SW/4, 1 acres, more or less, in Escambia County, Alabama | 05/17/2017 | 05/17/2020 | 1.00000000 | 0.15000000 | Edgar West | Alabama | Brewton |
| Section 34, T3N-R10E, NW/4 of SW/4, 1 acres, more or less, in Escambia County, Alabama | 05/17/2017 | 05/17/2020 | 1.00000000 | 0.15000000 | Gladys Fuqua | Alabama | Brewton |
| Section 32, T3N-R10E, NW/4, 5 acres, more or less, in Escambia County, Alabama | 07/11/2017 | 07/11/2020 | 5.00000000 | 1.25000000 | Marvin Lee McElwain | Alabama | Brewton |
| Section 4, T2N-R10E, SE/4 of NW/4, 40 acres, more or less, in Escambia County, Alabama | 07/25/2017 | 07/25/2020 | 40.00000000 | 5.00000000 | William F. Nahrgang | Alabama | Brewton |
| Section 34, T3N-R10E, SW/4, 5.37 acres, more or less, in Escambia County, Alabama | 07/11/2017 | 07/11/2020 | 5.37000000 | 3.42750000 | Sonya F. Hadaway | Alabama | Brewton |
| Section 27, T3N-R10E, SW NW; Section 28, T3N-R10E, SE NE, 39.2 acres, more or less, in Esca | 07/17/2017 | 07/17/2020 | 39.20000000 | 1.17600000 | Vickie Roberts | Alabama | Brewton |
| Section 4, T2N-R10E, SE SE; Section 8, T2N-R10E, N/2 50.5 acres, more or less, in Escambia | 03/23/2017 | 03/23/2020 | 50.50000000 | 6.00000000 | Edith M. Dunn | Alabama | Brewton |
| Sections 27 & 28, T3N-R10E, 6.62 acres, more or less, in Escambia County, Alabama | 07/10/2017 | 07/10/2020 | 6.62000000 | 1.65500000 | Bob Pryor | Alabama | Brewton |
| Sections 27 & 28, T3N-R10E, 6.62 acres, more or less, in Escambia County, Alabama | 07/10/2017 | 07/10/2020 | 6.62000000 | 1.65500000 | Catherine Washington | Alabama | Brewton |
| Section 27, T3N-R10E, SW NW and Section 28, T3N-R10E, SE NE, 39.2 acres, more or less, in E | 07/17/2017 | 07/17/2020 | 39.20000000 | 2.35000000 | Shelia F. Aldredge | Alabama | Brewton |
| Section 34, T3N-R10E, NW SW, 1 acres, more or less, in Escambia County, Alabama | 07/18/2017 | 07/18/2020 | 1.00000000 | 0.07500000 | Thomas Edwin Murph | Alabama | Brewton |
| Section 3, T2N-R10E, NW/4, 2.02 acres, more or less, in Escambia County, Alabama | 06/22/2017 | 06/22/2020 | 2.02000000 | 1.01000000 | Robert J. McWilliams and Barbara McWilliams | Alabama | Brewton |
| Section 34, T3N-R10E, SW/4, Escambia County, Alabama | 06/22/2017 | 06/22/2020 | 7.17000000 | 3.58500000 | Brewton Area Properties LLC | Alabama | Brewton |
| Section 34, T3N-R10E, NW SW, 1 acres, more or less, in Escambia County, Alabama | 07/18/2017 | 07/18/2020 | 1.00000000 | 0.07500000 | Debra Palmer | Alabama | Brewton |
| Section 27, T3N-R10E, lot with road in NW/4, 6 acres, more or less, in Escambia County, Alab | 08/01/2017 | 08/01/2020 | 6.00000000 | 1.50000000 | Jackie Ann Brown | Alabama | Brewton |
| Section 34, T3N-R10E, SW/4, 9.7 acres, more or less, in Escambia County, Alabama | 06/22/2017 | 06/22/2020 | 9.70000000 | 5.58750000 | Robert C. McMillan and Candy M. McMillan | Alabama | Brewton |
| Section 27, T3N-R10E, SW NW and Section 28, T3N-R10E, SE NE, 39.2 acres, more or less, in E | 07/12/2017 | 07/12/2020 | 39.20000000 | 1.18000000 | Gail Marsengill | Alabama | Brewton |
| 110.75 acres, more or less, in Escambia County, Alabama | 08/11/2017 | 08/11/2020 | 110.75000000 | 7.35400000 | Thomas P. Liles, Jr. | Alabama | Brewton |
| Section 34, T3N, R10E, 11 acres, more or less, in Escambia County, Alabama | 08/14/2017 | 08/14/2020 | 11.00000000 | 3.44290000 | Beverly Gail Liles | Alabama | Brewton |
| Section 6, T2N-R10E, NW/4 of SE/4 and NE/4 of SW/4, 93 acres, more or less, in Escambia Co | 01/09/2017 | 01/09/2020 | 93.00000000 | 1.93080000 | James Jesse Cates | Alabama | Brewton |
| Section 6, T2N, R10E, part of S/2, 110.75 acres, more or less, in Escambia County, Alabama | 08/14/2017 | 08/14/2020 | 110.75000000 | 7.45300000 | Susan Gardner | Alabama | Brewton |
| Section 27, T3N, R10E SW NW; Section 28, T3N-R10E, SE NE, 39.2 acres, more or less, in Esca | 08/09/2017 | 08/09/2020 | 39.20000000 | 0.39200000 | William E. Findley | Alabama | Brewton |
| Section 27, T3N-R10E, lot in NW, W/4, 5.5 acres, more or less, in Escambia County, Alabama | 08/20/2017 | 08/20/2020 | 5.50000000 | 1.37500000 | Estelle Lee Etheridge | Alabama | Brewton |
| Section 27, T3N-R10E, SE SE, 3.66 acres, more or less, in Escambia County, Alabama | 03/23/2017 | 03/23/2020 | 3.66000000 | 3.66000000 | Owen L. and Victoria B. Milligan | Alabama | Brewton |
| Section 27, T3N-R10E, SW NW and SE NE, 39.2 acres, more or less, in Escambia County, Alaba | 08/08/2017 | 08/08/2020 | 39.20000000 | 2.35200000 | Hazel Marie Findley by Sherrie Jo M. Deas, AIF | Alabama | Brewton |

EXHIBIT 3

Case:20-12377-EEB   Doc#:166-2   Filed:04/23/20   144   Entered:04/23/20 22:39:39   Page

| Description | Date | Date | Acres | Value | Name | State | Prospect |
|---|---|---|---|---|---|---|---|
| Section 6, T2N-R10E, S/2, 110.75 acres, more or less, in Escambia County, Alabama | 08/16/2017 | 08/16/2020 | 110.75000000 | 7.35400000 | Duncan Liles Sowell | Alabama | Brewton |
| Section 27, T3N-R10E, S/2, 110.75 acres, more or less, in Escambia County, Alabama | 08/15/2017 | 08/15/2020 | 110.75000000 | 0.91900000 | Molly Liles Carter | Alabama | Brewton |
| Section 27, T3N-R10E, SW NW and Section 28, T2N-R10E, SE NE, 39.2 acres, more or less, in E | 08/21/2017 | 08/21/2020 | 39.20000000 | 1.17600000 | James Findley | Alabama | Brewton |
| Section 27, T3N-R10E, part NW/4, 59 acres, more or less, in Escambia County, Alabama | 08/17/2017 | 08/17/2020 | 59.00000000 | 29.50000000 | Thomas M. Wilson and Francis K. Wilson | Alabama | Brewton |
| Section 6, T2N-R10E, NE NE and Section 32, T2N-R10E, SW SW, 19.13 acres, more or less, in E | 08/04/2017 | 08/04/2020 | 19.13000000 | 12.98000000 | James Michael Roberson and Deborah W. Roberson | Alabama | Brewton |
| Section 4, T2N-R10E, SE SE, 9.3 acres, more or less, in Escambia County, Alabama | 03/23/2017 | 03/23/2020 | 9.30000000 | 4.65000000 | Dwight Milligan and Betty Lynn Milligan | Alabama | Brewton |
| Section 3, T2N-R10E, NW/4, 1 acres, more or less, in Escambia County, Alabama | 08/25/2017 | 08/25/2020 | 1.00000000 | 0.50000000 | Iris Crutchfield | Alabama | Brewton |
| Section 6, T2N-R10E, NE NE, 13.3 acres, more or less, in Escambia County, Alabama | 08/04/2017 | 08/04/2020 | 13.30000000 | 6.15000000 | David Roy Wood | Alabama | Brewton |
| Section 4, T2N-R10E and Section 34, T3N, R10E, 4.27 acres, more or less, in Escambia County, | 07/10/2017 | 07/10/2020 | 1.80000000 | 0.58612000 | Beverly Amber Hart Atkins | Alabama | Brewton |
| 110.75 acres, more or less, in Escambia County, Alabama | 08/28/2017 | 08/28/2020 | 110.75000000 | 11.03100000 | Duncan P. Liles, Jr. Family Trust, Molly Liles Carter, trust | Alabama | Brewton |
| Section 3, T2N, R10E, 1 acres, more or less, in Escambia County, Alabama | 08/25/2017 | 08/25/2020 | 1.00000000 | 0.50000000 | Ingrid Jackson | Alabama | Brewton |
| Section 27, T3N-R10E, S/2 NW/4; Section 34 T3N-R10E, SW; 94 acres, more or less, in Escamb | 08/10/2017 | 08/10/2020 | 77.65000000 | 0.69310500 | Jean F. Hodges | Alabama | Brewton |
| Section 27, T3N-R10E, S/2 NW/4; Section 34 T3N-R10E, SW; 94 acres, more or less, in Escamb | 08/10/2017 | 08/10/2020 | 71.17000000 | 0.65422500 | Charles Faircloth | Alabama | Brewton |
| Section 3, T2N-R10E, NW/4, 5.2 acres, more or less, in Escambia County, Alabama | 09/13/2017 | 09/13/2020 | 5.20000000 | 5.20000000 | Charles Jeffrey Cooper and Sherri Cooper | Alabama | Brewton |
| Section 28, T3N-R10E, SW cornder of SE/4 NE/4, 13.8 acres, more or less, in Escambia County | 07/11/2017 | 07/11/2020 | 13.80000000 | 6.90000000 | D.W. McMillan Trust | Alabama | Brewton |
| Section 3, T2N-R10E, NW/4, 0.68 acres, more or less, in Escambia County, Alabama | 09/25/2017 | 09/25/2020 | 0.68000000 | 0.13600000 | Lester Jordan Cooper | Alabama | Brewton |
| Section 3, T2N-R10E, NW/4, 0.68 acres, more or less, in Escambia County, Alabama | 09/25/2017 | 09/25/2020 | 0.68000000 | 0.13600000 | Ruby F. Wells | Alabama | Brewton |
| Section 3, T2N-R10E, NW/4, 0.68 acres, more or less, in Escambia County, Alabama | 09/25/2017 | 09/25/2020 | 0.68000000 | 0.13600000 | Anita Stuckey | Alabama | Brewton |
| Section 3, T2N-R10E, NW/4, 0.68 acres, more or less, in Escambia County, Alabama | 09/25/2017 | 09/25/2020 | 0.68000000 | 0.13600000 | Juanita Ward | Alabama | Brewton |
| Section 3, T2N-R10E, NW/4, 0.68 acres, more or less, in Escambia County, Alabama | 09/25/2017 | 09/25/2020 | 0.68000000 | 0.04533560 | Charles Jeffrey Cooper and Sherri Cooper | Alabama | Brewton |
| Section 3, T3N-R10E, NW/4, in Escambia County, Alabama | 09/25/2017 | 09/25/2020 | 2.30000000 | 0.14950000 | Deborah Fant | Alabama | Brewton |
| Section 3, T2N-R10E, NW/4, 2.3 acres, more or less, in Escambia County, Alabama | 09/25/2017 | 09/25/2020 | 2.30000000 | 0.20700000 | Gertrude Sowell | Alabama | Brewton |
| Section 6, T2N, R10E, All of he S/2 SW/4 lying South of centerline of Sevin Mile Creek, 110.75 | 08/16/2017 | 08/16/2020 | 110.75000000 | 7.35000000 | Mark Sanford Sowell, Jr. and Patricia A. Sowell, Co-Trustees | Alabama | Brewton |
| Section 3, T2N-R10E, NW/4, 0.68 acres, more or less, in Escambia County, Alabama | 09/25/2017 | 09/25/2020 | 0.68000000 | 0.04533560 | Melanie Lindsey | Alabama | Brewton |
| Section 3, T2N-R10E, NW/4, 0.68 acres, more or less, in Escambia County, Alabama | 09/25/2017 | 09/25/2020 | 0.68000000 | 0.04533560 | Teresa Fuqua | Alabama | Brewton |
| Section 3, T3N-R10E, lots 4, 5, 6, 7 and 8 in Block A of the L.T. Phillips Subdivision, a portion o | 09/26/2017 | 09/26/2020 | 2.30000000 | 0.35650000 | Wanda S. Lee | Alabama | Brewton |
| Section 34, T3N-R10E, SW/4, 2.1 acres, more or less, in Escambia County, Alabama | 10/16/2017 | 10/16/2020 | 2.10000000 | 0.52500000 | Steven Monie | Alabama | Brewton |
| Section 34, T3N-R10E, SW/4, 2.1 acres, more or less, in Escambia County, Alabama | 10/16/2017 | 10/16/2020 | 2.10000000 | 0.52500000 | William Monie | Alabama | Brewton |
| Section 34, T3N-R10E, SW/4, 2.1 acres, more or less, in Escambia County, Alabama | 10/16/2017 | 10/16/2020 | 2.10000000 | 0.52500000 | Susie Norris | Alabama | Brewton |
| Section 6, T2N-R10E, S/2, 110.75 acres, more or less, in Escambia County, Alabama | 10/06/2017 | 10/06/2020 | 110.75000000 | 0.91900000 | Margaret Knight | Alabama | Brewton |
| Section 6, T2N-R10E, S/2, 110.75 acres, more or less, in Escambia County, Alabama | 09/06/2017 | 09/06/2020 | 110.75000000 | 0.91900000 | Lee B. Liles | Alabama | Brewton |
| Section 34, T2N-R10E and Section 27, T3N-R10E, 94 acres, more or less, in Escambia County, . | 08/10/2017 | 08/10/2020 | 71.17000000 | 0.62134500 | Ron Eddings | Alabama | Brewton |
| Section 6, T2N-R10E, All of the S/2 SW/4 lying South of the centerline of Seven Mile Creek as | 09/13/2017 | 09/13/2020 | 110.75000000 | 0.91900000 | D.P. Liles, III Estate | Alabama | Brewton |
| Section 4, T3N-R10E, Sections 27, 32 and 34, T3N-R10E168 acres, more or less, in Escambia C | 11/13/2017 | 11/13/2020 | 153.75000000 | 2.31055000 | Allred Mineral Company LLC | Alabama | Brewton |
| Section 4, T2N-R10E, SE/4, 2 acres, more or less, in Escambia County, Alabama | 11/14/2017 | 11/14/2020 | 2.00000000 | 1.00000000 | Lester Jordan Cooper | Alabama | Brewton |
| Section 4, T2N-R10E, SE/4, 0.91 acres, more or less, in Escambia County, Alabama | 11/28/2017 | 11/28/2020 | 0.91000000 | 0.91000000 | Jimmy Wayne Blankenship & Terry A. Blankenship | Alabama | Brewton |
| Section 8, T3N-R10E, N/2, 6.42 acres, more or less, in Escambia County, Alabama | 11/28/2017 | 11/28/2020 | 6.42000000 | 3.21000000 | Louise J. Smith | Alabama | Brewton |
| Section 34, T3N-R10E, SW/4, 1 acres, more or less, in Escambia County, Alabama | 12/06/2017 | 12/06/2020 | 1.02000000 | 0.76551000 | Mary Joyce Cumbie | Alabama | Brewton |
| Section 3, T3N-R10E, NW/4, 6.6 acres, more or less, in Escambia County, Alabama | 11/17/2017 | 11/17/2020 | 6.60000000 | 5.45000000 | Jerry McRae and Margaret McRae | Alabama | Brewton |
| Section 34, T3N-R10E, SW/4, 1 acres, more or less, in Escambia County, Alabama | 12/01/2017 | 12/01/2020 | 1.00000000 | 1.00000000 | Christopher William McNeal & Keela McNeal | Alabama | Brewton |
| Section 4, T2N-R10E, SE/4, 1 acres, more or less, in Escambia County, Alabama | 12/07/2017 | 12/07/2020 | 1.00000000 | 1.00000000 | Robert J. Jackson | Alabama | Brewton |
| Section 34, T3N-R10E, SW, 1 acres, more or less, in Escambia County, Alabama | 12/07/2017 | 12/07/2020 | 1.00000000 | 0.75000000 | Serefin Alvarez | Alabama | Brewton |
| Begin at NW of SW of Sec 34 T3N R10E thence run S along E line of said quarter section for 4! | 08/28/2017 | 08/28/2020 | 1.00000000 | 0.15000000 | Doris Lynett Blair Sutton | Alabama | Brewton |
| Lots 4, 5, 6, 7 & 8 in block A of the L.T Phillips subdivision, a portion of the NE /4 NW/4 of sai | 12/07/2017 | 12/07/2020 | 2.30000000 | 0.21850000 | Louise Gaylord | Alabama | Brewton |
| Lots 4, 5, 6, 7 & 8 in block A of the L.T Phillips subdivision, a portion of the NE /4 NW/4 of sai | 12/07/2017 | 12/07/2020 | 2.30000000 | 0.06900000 | Linda Williams | Alabama | Brewton |
| Township 38 North, Range 62West | 01/01/2011 | 01/01/2021 | 1,923.94000000 | 1,923.94000000 | Office of Natural Resources Revenue | Wyoming | Bridge Creek Prospect |
| Township 38 North, Range 61 West | 04/01/2015 | 04/01/2025 | 1,836.94000000 | 1,836.94000000 | Office of Natural Resources Revenue | Wyoming | Bridge Creek Prospect |
| 1908.28 acres, more or less, in Niobrara County, Wyoming | 04/01/2015 | 04/01/2025 | 1,908.28000000 | 1,908.28000000 | Office of Natural Resources Revenue | Wyoming | Bridge Creek Prospect |
| Township 39 North, Range 61 West | 10/01/2013 | 10/01/2023 | 720.00000000 | 720.00000000 | Office of Natural Resources Revenue | Wyoming | Bridge Creek Prospect |
| Township 39 North, Range 66 West | 02/09/2015 | 02/09/2020 | 200.00000000 | 100.00000000 | Stanley O. Swanson | Wyoming | Bridge Creek Prospect |
| 2106.15 acres, more or less, in Niobara County, Wyoming | 10/01/2015 | 10/01/2025 | 2,106.15000000 | 2,106.15000000 | Office of Natural Resources Revenue | Wyoming | Bridge Creek Prospect |
| 320 acres, more or less, in Niobrara County, Wyoming | 08/26/2016 | 08/26/2021 | 320.00000000 | 0.00000000 | Kent E. Burress | Wyoming | Bridge Creek Prospect |
| 320 acres, more or less, in Niobrara County, Wyoming | 07/12/2016 | 07/12/2021 | 320.00000000 | 0.00000000 | Almena State Bank successor in title to Farmers State Ba | Wyoming | Bridge Creek Prospect |
| 320 acres, more or less, in Niobrara County, Wyoming | 07/19/2016 | 07/19/2021 | 320.00000000 | 0.00000000 | Paul James Burress | Wyoming | Bridge Creek Prospect |
| 320 acres, more or less, in Niobrara County, Wyoming | 08/05/2016 | 08/05/2021 | 320.00000000 | 0.00000000 | James A. Burress | Wyoming | Bridge Creek Prospect |
| 320 acres, more or less, in Niobrara County, Wyoming | 08/12/2016 | 08/12/2021 | 320.00000000 | 0.00000000 | Andrew P. Burress | Wyoming | Bridge Creek Prospect |
| 1CAS01-04N-10E-36-01 | | | | | | | |
| 1CAS01-04N-10E-36-01 | 06/12/2018 | 06/12/2021 | 750.80000000 | 710.80000000 | Cedar Creek Land and Timber, Inc. | Alabama | CASTLEBERRY PROSPECT |
| 80 acres, more or less, in T4n, r10e, sec 36, in Escambia County, Alabama | 06/10/2019 | 06/10/2022 | 80.00000000 | 10.83810000 | Chester Hix | Alabama | CASTLEBERRY PROSPECT |
| 80 acres, more or less, in 4n, 10e, sec 34, in Escambia County, Alabama | 06/10/2019 | 06/10/2022 | 80.00000000 | 2.50000000 | Escon Inc. | Alabama | CASTLEBERRY PROSPECT |
| 80 acres, more or less, in T4n,r10e, sec 36, in Escambia County, Alabama | 06/18/2019 | 06/18/2022 | 80.00000000 | 1.66666640 | Broox G. Garrett, JR. | Alabama | CASTLEBERRY PROSPECT |
| 80 acres, more or less, in T4n, r10e, sec 36, in Escambia County, Alabama | 06/10/2019 | 06/10/2022 | 80.00000000 | 1.66666640 | Sally Jane Spencer | Alabama | CASTLEBERRY PROSPECT |
| 80 acres, more or less, in T4N, R10E, SEC 36, in Escambia County, Alabama | 06/10/2019 | 06/10/2022 | 80.00000000 | 0.83333360 | Kathryn A. Till | Alabama | CASTLEBERRY PROSPECT |
| 80 acres, more or less, in T4N, R10E, SEC 36, in Escambia County, Alabama | 05/21/2019 | 05/21/2022 | 80.00000000 | 0.83333360 | Robert R. Smith Family Trust, by Beverly G. Smith and RobT | Alabama | CASTLEBERRY PROSPECT |
| 80 acres, more or less, in 4N, 10E, SEC 36, in Escambia County, Alabama | 06/10/2019 | 06/10/2022 | 80.00000000 | 1.66666640 | David Coker et ux | Alabama | CASTLEBERRY PROSPECT |
| 160 acres, more or less, in 4N, 10E, SEC 36, in Escambia County, Alabama | 04/10/2017 | 04/10/2020 | 160.00000000 | 53.33333360 | Richard A. Baggett | Alabama | CASTLEBERRY PROSPECT |
| 160 acres, more or less, in 4N,10E,SEC 36, in Escambia County, Alabama | 04/10/2017 | 04/10/2020 | 160.00000000 | 53.33333200 | Craig A. Baggett | Alabama | CASTLEBERRY PROSPECT |
| 198 acres, more or less, in 4N, 11E, SEC 32 (2 tRACTS), in Escambia County, Alabama | 04/12/2017 | 04/12/2020 | 198.00000000 | 148.00000000 | Daniel B. Reed | Alabama | CASTLEBERRY PROSPECT |
| 8 acres, more or less, in T4N, R11E, SEC 32, in Escambia County, Alabama | 06/14/2017 | 06/14/2020 | 8.00000000 | 4.00000000 | Elsie Dyess | Alabama | CASTLEBERRY PROSPECT |
| 10.3 acres, more or less, in T4N, R11E, SEC 32, in Escambia County, Alabama | 06/14/2017 | 06/14/2020 | 10.30000000 | 5.15000000 | Elsie Jane | Alabama | CASTLEBERRY PROSPECT |
| 8.43 acres, more or less, in 4N, 11E, SEC 32, in Escambia County, Alabama | 06/14/2017 | 06/14/2020 | 8.43000000 | 4.21500000 | Elsie J. Dyess , and Michael T. Dyess (remainderman) | Alabama | CASTLEBERRY PROSPECT |
| 86 acres, more or less, in T4N, R11E,SEC 32, in Conecuh County, Alabama | 08/08/2017 | 08/08/2020 | 86.00000000 | 3.58000000 | Dee Ann Bray Matheson | Alabama | CASTLEBERRY PROSPECT |
| 166 acres, more or less, in T4N, 11E, SEC 32, in Escambia County, Alabama | 08/08/2017 | 08/08/2020 | 166.00000000 | 4.58333362 | George Michael Bray | Alabama | CASTLEBERRY PROSPECT |
| 80 acres, more or less, in T4N, R11E, SEC 36, in Escambia County, Alabama | 06/10/2019 | 06/10/2022 | 80.00000000 | 2.50000000 | George Pritchett | Alabama | CASTLEBERRY PROSPECT |
| 29 acres, more or less, in T4N, R10E, SEC 36, in Escambia County, Alabama | 06/12/2018 | 06/12/2021 | 29.00000000 | 13.98214700 | Myrtice W. Ellis | Alabama | CASTLEBERRY PROSPECT |
| 160 acres, more or less, in T4N, R 10E, SEC 36, in Escambia County, Alabama | 04/10/2017 | 04/10/2020 | 160.00000000 | 53.33333360 | James A. Baggett | Alabama | CASTLEBERRY PROSPECT |
| 1.87 acres, more or less, in T4N, R 11E, SEC 32, in Escambia County, Alabama | 06/14/2017 | 06/14/2020 | 1.87000000 | 0.93500000 | Micheal T. Dyess | Alabama | CASTLEBERRY PROSPECT |

EXHIBIT 3

| Description | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3.04 acres, more or less, in T4n, r11e, sec 32, in Conecuh County, Alabama | 06/14/2017 | 06/14/2020 | 3.04000000 | 1.52000000 | Elsie Jane and William Dyess | Alabama | CASTLEBERRY PROSPECT |
| 32.5 acres, more or less, in Conecuh County, Alabama | 06/12/2018 | 06/12/2021 | 32.50000000 | 32.50000000 | Freddie J. McMillan and Lisa T. McMillan | Alabama | CASTLEBERRY PROSPECT |
| 26 acres, more or less, in Conecuh County, Alabama | 06/12/2018 | 06/12/2021 | 29.00000000 | 4.66030000 | William J. Ellis, II | Alabama | CASTLEBERRY PROSPECT |
| Township 4 North, Range 10 East, Sec. 36 SESW, lying North and West of Murder Creek, 29 a | 05/15/2018 | 05/15/2021 | 29.00000000 | 0.04315490 | Kaye Bethune | Alabama | CASTLEBERRY PROSPECT |
| Township 4 North, Range 10 East, Sec. 36 SESW, lying North and West of Murder Creek, 29 a | 05/15/2018 | 05/15/2021 | 29.00000000 | 0.05751657 | William Patrick Andrews | Alabama | CASTLEBERRY PROSPECT |
| Township 4 North, Range 10 East, Sec. 36 SESW, lying North and West of Murder Creek, 29 a | 05/15/2018 | 05/15/2021 | 29.00000000 | 0.08630951 | Michael Todd Bethune | Alabama | CASTLEBERRY PROSPECT |
| Township 4 North, Range 10 East, Sec. 36 SESW, lying North and West of Murder Creek, 29 a | 05/15/2018 | 05/15/2021 | 29.00000000 | 0.05751657 | Joseph Oliver Andrews | Alabama | CASTLEBERRY PROSPECT |
| Township 4 North, Range 10 East, Sec. 36 SESW, lying North and West of Murder Creek, 29 a | 05/15/2018 | 05/15/2021 | 29.00000000 | 0.51785706 | Margaret H. Williams | Alabama | CASTLEBERRY PROSPECT |
| Township 4 North, Range 10 East, Sec. 36 SESW, lying North and West of Murder Creek, 29 a | 05/15/2018 | 05/15/2021 | 29.00000000 | 0.08630951 | Linda Kaye Bethune Citchen | Alabama | CASTLEBERRY PROSPECT |
| Township 4 North, Range 10 East, Sec. 36 SESW, lying North and West of Murder Creek, 29 a | 05/15/2018 | 05/15/2021 | 29.00000000 | 0.05751657 | James Donald Andrews | Alabama | CASTLEBERRY PROSPECT |
| Township 4 North, Range 10 East, Sec. 36 SESW, lying North and West of Murder Creek, 29 a | 05/25/2018 | 05/25/2021 | 29.00000000 | 2.21531000 | Nicki Ellis | Alabama | CASTLEBERRY PROSPECT |
| Township 4 North, Range 10 East, Sec. 36 SESW, lying North and West of Murder Creek, 29 a | 05/25/2018 | 05/25/2021 | 29.00000000 | 0.51997000 | Emmaline N. Ellis | Alabama | CASTLEBERRY PROSPECT |
| Township 4 North, Range 10 East, Sec. 36 SESW, lying North and West of Murder Creek, 29 a | 05/25/2018 | 05/25/2021 | 29.00000000 | 0.51997000 | Nicholas S. Ellis | Alabama | CASTLEBERRY PROSPECT |
| Township 4 North, Range 10 East, Sec. 36 SESW, lying North and West of Murder Creek, 29 a | 05/25/2018 | 05/25/2021 | 29.00000000 | 0.52200000 | Noah B. Ellis | Alabama | CASTLEBERRY PROSPECT |
| Township 4N, R10E, Section 36, SESW, lying North and West of Murder Creek, 29 acres, more | 06/12/2018 | 06/12/2021 | 29.00000000 | 4.66030000 | Mary Evelyn Ellis Pate | Alabama | CASTLEBERRY PROSPECT |
| 26 acres, more or less, in Conecuh County, Alabama | 09/03/2019 | 09/03/2022 | 26.00000000 | 0.02150200 | Marybeth Stieferman | Alabama | CASTLEBERRY PROSPECT |
| 26 acres, more or less, in Conecuh County, Alabama | 09/03/2019 | 09/03/2022 | 26.00000000 | 0.08580000 | Shirley S. Andrews | Alabama | CASTLEBERRY PROSPECT |
| 26 acres, more or less, in Conecuh County, Alabama | 09/03/2019 | 09/03/2022 | 26.00000000 | 0.02150200 | Joyce Eveler | Alabama | CASTLEBERRY PROSPECT |
| 38 acres, more or less, in Conecuh County, Alabama | 09/24/2019 | 09/24/2022 | 38.00000000 | 4.75000000 | Nore Lee Patterson | Alabama | CASTLEBERRY PROSPECT |
| 38 acres, more or less, in Conecuh County, Alabama | 09/24/2019 | 09/24/2022 | 38.00000000 | 4.75000000 | John David Mosby | Alabama | CASTLEBERRY PROSPECT |
| 38 acres, more or less, in Conecuh County, Alabama | 09/24/2019 | 09/24/2022 | 38.00000000 | 2.37500000 | Ellen B. Carter | Alabama | CASTLEBERRY PROSPECT |
| Section 2, T14N, R7W: NE/4, E/2 of NW/4, NW of NW/4 and E/2 of SE/4, 350.77 acres, more | 03/01/2017 | 03/01/2020 | 858.38000000 | 858.38000000 | Red River Louisiana TRS LP f/k/a Timberstar Louisiana TR | Louisiana | East Castor |
| Section 11, T14N, R7W, NW corner of SW/4 of SW/4, 3.89 acres, more or less, in Bienville Par | 03/28/2017 | 03/28/2020 | 3.89000000 | 0.32416665 | Billy J. Nolan | Louisiana | East Castor |
| Section 11, T14N, R7W, NW corner of SW/4 of SW/4, 3.89 acres, more or less, in Bienville | 03/28/2017 | 03/28/2020 | 3.89000000 | 1.29666665 | James M. Humphrey | Louisiana | East Castor |
| Section 11, T14N, R7W, SW corner NW/4 of SE/4, 3 acres, more or less, in Bienville Parish, Lo | 03/06/2017 | 03/06/2020 | 3.00000000 | 3.00000000 | Pine Grove Church | Louisiana | East Castor |
| Section 11, T14N, R7W, S 2/3rds of E 3/8ths of SW/4 of SE/4, lying South and East of road, 6.6 | 02/23/2017 | 02/23/2020 | 6.66670000 | 6.66670000 | Jacob W. Branch and Megan T. Branch | Louisiana | East Castor |
| Section 11, T14N, R7W, SW/4 of SE/4, L&E the East 13 and 1/3rd acre, lying North and East o | 02/23/2017 | 02/23/2020 | 10.00000000 | 10.00000000 | Paul A. Thomas and Lisa D. Thomas | Louisiana | East Castor |
| Section 11, T14N, R7W, NW corner of SW/4 of SW/4, 3.89 acres, more or less, in Bienville Par | 02/23/2017 | 02/23/2020 | 3.89000000 | 0.32420000 | Bobbie L. Halbert | Louisiana | East Castor |
| 3.89 acres of land, more or less, described as beginning at the NW corner of the SWSW in Sec | 03/28/2017 | 03/28/2020 | 3.89000000 | 1.29665370 | Jerry W. Humphrey, Sr. | Louisiana | East Castor |
| Section 11, T14N-R7W, N 1/3 of E 3/8 of SW/4 of SE/4, lying S and W of Road, and E 2/8 of W | 01/30/2017 | 01/30/2020 | 10.00000000 | 10.00000000 | Curtis and Lottie Dison | Louisiana | East Castor |
| Section 11, T14N-R7W, subdivided from 13.33 acre tract of land owned by Sandra T. Marson | 05/02/2017 | 05/02/2020 | 1.01000000 | 1.01000000 | Dwight Shane Lewter | Louisiana | East Castor |
| Section 11, T14N-R7W, SW/4 of SE/4, L&E 1.01 tract of land located in SW/4 of SE/4, 12.32 ac | 05/02/2017 | 05/02/2020 | 12.32000000 | 6.16000000 | Sandra Thrasher Marson | Louisiana | East Castor |
| Section 11, T14N-R7W, SW/4 of SW/4, 3.89 acres, more or less, in Bienville Parish, Louisian | 03/28/2017 | 03/28/2020 | 3.89000000 | 0.32420000 | Carol A. Daniel | Louisiana | East Castor |
| Section 11, T14N-R7W, SE/4 of SW/4, 3.89 acres, more or less, in Bienville Parish, Louisian | 03/28/2017 | 03/28/2020 | 3.89000000 | 0.32420000 | Linda F. Lawrence | Louisiana | East Castor |
| Section 2, T14N-R7W, SW/4 of SW/4, 40 acres, more or less, in Bienville Parish, Louisian; | 05/02/2017 | 05/02/2020 | 40.00000000 | 20.00000000 | Johnny David Thomas and Magline Kay Thomas | Louisiana | East Castor |
| 1CHE01-13N-05W-07-01 | 03/27/2017 | 03/27/2020 | 20.00000000 | 20.00000000 | Evans Land Management, LLC | Louisiana | Chestnut |
| 1CHE01-13N-05W-07-02 | 03/27/2017 | 03/27/2020 | 20.00000000 | 20.00000000 | JF Kelley Clan, LLC | Louisiana | Chestnut |
| 1CHE01-13N-05W-06-15 | 03/27/2017 | 03/27/2020 | 180.00000000 | 28.57142820 | Max Evans and Daisy Broussard Evans | Louisiana | Chestnut |
| Section 7, T13N, R5W, SE/4 of NW/4 and N/2 of SW/4 of NE/4, 60 acres, more or less, ir | 02/16/2017 | 02/16/2020 | 60.00000000 | 4.44444000 | Denis Bartlett et al | Louisiana | Chestnut |
| Section 7, T13N, R5W, SE/4 of NW/4 and N/2 of SW/4 of NE/4, 60 acres, more or less, in Win | 02/23/2017 | 02/23/2020 | 60.00000000 | 13.33200000 | Glenda T. Williams | Louisiana | Chestnut |
| The South 19.9 ac of the W/2 of NW/4 lying West of Sepulga River Sec 4 T3N R13E Escambia | 10/27/2018 | 10/27/2021 | 19.90000000 | 19.90000000 | J.C. Snowden | Alabama | Escambia Prospect |
| Sec 12, T3N, R12E and Sec 5, T3N, R13E. | 02/28/2018 | 02/28/2023 | 68.00000000 | 2.83330000 | Wayne M. Blair & Carolyn Blair, et ux | Alabama | Escambia Prospect |
| Section 5 Township 3 North, Range 13 East:10 acres in the NW/SE, Escambia County, Alabam | 02/28/2019 | 02/28/2023 | 10.00000000 | 0.41667000 | Martha B. Robinson | Alabama | Escambia Prospect |
| 54ac SE/4 of NW/4 and 20ac in NE/4 NW/4 being all that part lying and being East of Brookly | 02/28/2018 | 02/28/2023 | 68.00000000 | 2.83333686 | Mary B. Andrews and William Patrick Andrews | Alabama | Escambia Prospect |
| Section 31, T4N, R13E, 80.0 acres located in the S/2 of SE/4 of Sec 31 T4N R13E in Conecuh C | 05/30/2020 | 05/30/2023 | 80.00000000 | 10.00000000 | John N. Feagin and Germania W. Feagin | Alabama | Escambia Prospect |
| 40 acres located in the SE/4 of SE/4 of Sec 8 T3N R13E in Escambia Co., AL | 05/24/2017 | 05/24/2020 | 40.00000000 | 20.00000000 | Gladys G. Dawkins and Juanita B. Dawkins | Alabama | Escambia Prospect |
| 40 acres located in the SE/4 of SE/4 of Sec 8 T3N R13E in Escambia Co., AL | 05/24/2017 | 05/24/2020 | 40.00000000 | 40.00000000 | Carolyn C. Kennedy | Alabama | Escambia Prospect |
| T3N, R13E, Sec. 5, NWSE, 10ac. Also NESE, 42. 7 acres | 01/03/2019 | 01/03/2022 | 53.02000000 | 45.82500000 | The Reo Kirkland Trust, by Wendy West and James E. Clark, Tr | Alabama | Escambia Prospect |
| SW/4 of SE/4, all that part of SE/4 of SE/4 which lies West of Sepulga River; SW/4 except that | 11/02/2018 | 11/02/2021 | 175.00000000 | 3.50000000 | Estate of Marie Mabe Bergman Linda Bergman Webb, Executrix o | Alabama | Escambia Prospect |
| SW/4 of SE/4 of Section 1, T3N-R12E. | 01/17/2019 | 01/17/2022 | 40.00000000 | 0.95238080 | Syble LaJune White | Alabama | Escambia Prospect |
| SW/4 of SE/4 of Section 1, T3N-R12E. | 01/17/2019 | 01/17/2022 | 40.00000000 | 0.95240000 | Carol Roberts | Alabama | Escambia Prospect |
| SW/4 of SE/4 of Section 1, T3N-R12E. | 01/17/2019 | 01/17/2022 | 40.00000000 | 2.85714000 | John Robert Roby | Alabama | Escambia Prospect |
| SW/4 of SE/4 of Section 1, T3N-R12E. | 01/17/2019 | 01/17/2022 | 40.00000000 | 1.42856800 | Janice Smith | Alabama | Escambia Prospect |
| SW/4 of SE/4 of Section 1, T3N-R12E. | 01/16/2019 | 01/16/2022 | 40.00000000 | 0.95238080 | Sandra Ellis | Alabama | Escambia Prospect |
| SW/4 of SE/4 of Section 1, T3N-R12E. | 01/17/2019 | 01/17/2022 | 40.00000000 | 1.42860000 | Foster F. Fountain, III | Alabama | Escambia Prospect |
| SW/4 of SE/4 of Section 1, T3N-R12E. | 01/17/2019 | 01/17/2022 | 40.00000000 | 1.42856800 | Karen A. Fulford | Alabama | Escambia Prospect |
| 8 acres in the SW/corner of the SE/4 of Sec 24, T3N-R12E in Escambia Co., AL | 11/01/2018 | 11/01/2021 | 8.00000000 | 8.00000000 | Gene Dixon & Jane Dixon | Alabama | Escambia Prospect |
| SW/4 of SE/4 of Section 1, T3N-R12E. | 01/17/2019 | 01/17/2022 | 40.00000000 | 1.42856800 | Sarah Russell Tate | Alabama | Escambia Prospect |
| Section 1, Township 3 North, Range 12 East: SW/SW, Escambia County, Alabama | 02/15/2019 | 02/15/2022 | 40.00000000 | 0.55409840 | Kelley Alford | Alabama | Escambia Prospect |
| 80.0 acres located in the S/2 of SE/4 of Sec 31 T4N R13E in Conecuh County, AL | 08/25/2017 | 08/25/2020 | 80.00000000 | 5.00000000 | Mae Adele Tait Sharp | Alabama | Escambia Prospect |
| 80 acres , S/2 of SE/4, Sec 31 T4N R13E in Conecuh Co., AL | 08/25/2017 | 08/25/2020 | 80.00000000 | 6.25000000 | Charles R. Tait, III | Alabama | Escambia Prospect |
| 80.0 acres located in the S/2 of SE/4 of Sec 31 T4N R13E in Conecuh Co., AL | 08/25/2017 | 08/25/2020 | 80.00000000 | 5.00000000 | Charles R. Tait, Jr. | Alabama | Escambia Prospect |
| SW/4 of SE/4, all that part of SE/4 of SE/4 which lies West of Sepulga River; SW/4 except that | 08/27/2017 | 08/27/2020 | 185.40000000 | 92.70000000 | Family Trust George Raymond Merritt, as Trustee | Alabama | Escambia Prospect |
| 80.0 ac S/2 of SE/4 Sec 31 T4N R13E Conecuh Co., AL | 08/25/2017 | 08/25/2020 | 80.00000000 | 6.25000000 | Darrell Preston Brannon | Alabama | Escambia Prospect |
| 80.0 ac S/2 of SE/4 Sec 31 T4N R13E Conecuh Co., AL | 08/25/2017 | 08/25/2020 | 80.00000000 | 6.25000000 | Michael Brian Crookshank | Alabama | Escambia Prospect |
| 80.0 ac S/2 of SE/4 Sec 31 T4N R13E Conecuh Co., AL | 08/25/2017 | 08/25/2020 | 80.00000000 | 5.00000000 | Vera Frances Tait | Alabama | Escambia Prospect |
| 30 acres located in the SW/4 of SE/4 of Sec. 36, T4N-R12E in Conecuh Co., AL;17.50 acres loc | 03/13/2019 | 03/13/2022 | 129.50000000 | 56.83333340 | Carolyn C. Kennedy | Alabama | Escambia Prospect |
| Section 31, T4N, R13E, 80 ACRES, THE SOUTH 1/2 OF THE SE/4 SEC 31, TO4, R13I | 05/30/2017 | 05/30/2020 | 80.00000000 | 10.00000000 | Olen Paul Padgett & Kimberly F. Padgett | Alabama | Escambia Prospect |
| 80 ACRES S/2 OF THE SE/4 | 05/30/2017 | 05/30/2020 | 80.00000000 | 10.00000000 | John N. Feagin, Jr. | Alabama | Escambia Prospect |
| S/2 OF THE SE/4 SEC 31, TO4, R13E | 05/30/2017 | 05/30/2020 | 80.00000000 | 10.00000000 | Benjamin C. Feagin | Alabama | Escambia Prospect |
| 113 GA: NW/4 NE/4 Sec 9;  and NW/4 SW/4 and SW/4 NW/4 and 1 acre in NE/c of NW/4 of S | 01/23/2020 | 01/26/2023 | 153.00000000 | 96.50000000 | Oscar DePriest Tucker | Alabama | Escambia Prospect |
| 1 acre in NE/4 of SW/4 Sec 10 T3N R13E Conecuh Co., AL #21-34-02-10-0-000-018.00 | 02/15/2017 | 02/15/2020 | 1.00000000 | 1.00000000 | Mamie Bradley Estate by Joseph Bradley | Alabama | Escambia Prospect |
| Section 10, T3N, R13E | 02/15/2017 | 02/15/2024 | 4.99000000 | 4.99000000 | JAMES L. BRADLEY, JR | Alabama | Escambia Prospect |
| Modified to a 4 year primary term as of July 32, 2014 | 05/09/2018 | 05/09/2021 | 1,080.30000000 | 1,060.50000000 | Cedar Creek Land & Timber, Inc. | Alabama | Escambia Prospect |
| Sections 31 and 32, T4N-R13E, Conecuh County, Alabama | 03/20/2017 | 03/20/2020 | 4.00000000 | 4.00000000 | Sarah Lanier, Trustee of Sarah Lanier Irr Trust for Sarah | Alabama | Escambia Prospect |
| THIS LEASE WAS COMBINED (PARTIALLY ) WITH LEASE 263! | 03/20/2017 | 03/20/2020 | 40.00000000 | 4.00000000 | Sarah Lanier, Trustee of the Sarah Lanier Irrev. Trust for | Alabama | Escambia Prospect |

EXHIBIT 3

| Description | | | | | | | |
|---|---|---|---|---|---|---|---|
| THIS LEASE WAS RENEWED AND PARTIALLY COMBINED WITH LEASE 272 | 03/20/2017 | 03/20/2020 | 40.00000000 | 4.00000000 | Sarah Lanier, Trustee of Sarah Lanier Tr Irrev. for Glenn E | Alabama | Escambia Prospect |
| 57 acres in Sec 9 T3N R13E Conecuh Co., Al | 05/05/2017 | 05/05/2020 | 57.00000000 | 2.37500019 | Tempe A. Stancil | Alabama | Escambia Prospect |
| 8.4 ac: 11 T3N-R13E Conecuh Co., Al | 05/23/2019 | 05/23/2022 | 8.40000000 | 1.40000280 | Mary Lee Bonham | Alabama | Escambia Prospect |
| 8.4 ac: in Sec. 11 T3N-R13E Conecuh Co., Al | 05/23/2019 | 05/23/2022 | 8.40000000 | 1.40000280 | James McCreary | Alabama | Escambia Prospect |
| 8.4 ac: in Sec. 11 T3N-R13E Conecuh Co., Al | 05/23/2019 | 05/23/2022 | 8.40000000 | 1.40000280 | Gladys Trawick | Alabama | Escambia Prospect |
| 8.4 ac: in Sec. 11 T3N-R13E Conecuh Co., Al | 05/23/2019 | 05/23/2022 | 8.40000000 | 1.40000280 | Cather Lee Sturdivant | Alabama | Escambia Prospect |
| Section 12, T3N, R12E and Section 5, T3N, R13E, 78 acres more or less, Escambia County, Alal | 06/03/2019 | 06/03/2022 | 72.00000000 | 33.24963200 | Dale B. Blair and Martha R. Blair | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, SENW and 20 acres more or less in NENW.  Section 5, T3N, R13E,  10 a | 06/03/2019 | 06/03/2022 | 78.00000000 | 3.24996060 | Margaret Long | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, SE/4 of NW/4 and 20 acres more or less in NE/4 of NW/4, being all tha | 06/03/2019 | 06/03/2022 | 78.00000000 | 3.24996120 | Ann Edwards | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, SE/4 of NW/4 and 20 acres more or less in NE/4 of NW/4, being all tha | 06/03/2019 | 06/03/2022 | 78.00000000 | 3.24995460 | Howard Blair, Jr | Alabama | Escambia Prospect |
| Section 9, T3N, R13E, SE/4 of NE/4, less ROW and all of E/2 of NE/4, 57 acres, more or less, C | 08/15/2017 | 08/15/2020 | 57.00000000 | 2.37500019 | Augusta McLendon | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, SE/4 of NW/4 and 20 acres more or less in NE/4 of NW/4, being all tha | 06/03/2019 | 06/03/2022 | 68.00000000 | 1.02082280 | Marita B. Snyder | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, SE/4 of NW/4 and 20 acres more or less in NE/4 of NW/4, being all tha | 06/03/2019 | 06/03/2022 | 78.00000000 | 3.24995460 | John Blair | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, SE/4 of NW/4 and 20 acres more or less in NE/4 of NW/4, being all tha | 06/03/2019 | 06/03/2022 | 78.00000000 | 6.87187518 | Julia Blair | Alabama | Escambia Prospect |
| 58 ACRES IN SEC12,T3N, R13E  CONECUH ALABAMA | 06/03/2019 | 06/03/2022 | 78.00000000 | 1.74833346 | Susan Blair | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, SE/4 of NW/4 and 20 acres more or less in NE/4 of NW/4, being all tha | 06/03/2019 | 06/03/2022 | 78.00000000 | 3.24995460 | Elizabeth Blair Johansen | Alabama | Escambia Prospect |
| T3N, R13E:  Section 8, all that part of SE/4 on East side of Sepulga River; Section 9, SE/4 NW/ | 06/15/2016 | 06/15/2021 | 255.00000000 | 31.87500000 | Stanley Schwenden | Alabama | Escambia Prospect |
| T3N, R13E:  Section 8, all that part of SE/4 on East side of Sepulga River; Section 9, SE/4 NW/ | 06/15/2016 | 06/15/2021 | 255.00000000 | 31.87500000 | Eleanor Perry | Alabama | Escambia Prospect |
| T3N, R13E:  Section 8, all that part of SE/4 on East side of Sepulga River; Section 9, SE/4 NW/ | 07/15/2016 | 07/15/2021 | 255.00000000 | 31.88000000 | Marion E. Harlan | Alabama | Escambia Prospect |
| Section 25, T4N, R13E, SW/4 of SW/4; Section 35, E/2 of SE/4 of NE/4; all of the E/2 of the NE | 11/23/2020 | 11/23/2026 | 166.00000000 | 166.00000000 | John T Harper Rosemary Harper | Alabama | Escambia Prospect |
| 1ESC01-380 | 02/14/2018 | 02/14/2021 | 40.00000000 | 1.00000000 | Hermine M. Downing | Alabama | Escambia Prospect |
| NW/4 OF THE NW/4 SEC 4, T03N, R12E: 40 acres, more or less, in Escambia County, Alabam | 02/14/2018 | 02/14/2021 | 40.00000000 | 0.66664000 | Stella Livingston Hawkins | Alabama | Escambia Prospect |
| 40 GA: NW/4 NW/4 Sec 4 T3N R12E Escambia Co., Al | 02/14/2018 | 02/14/2021 | 40.00000000 | 6.00000000 | Adrian C. Allen | Alabama | Escambia Prospect |
| 1ESC01-380 | 02/14/2018 | 02/14/2021 | 40.00000000 | 0.25000000 | Anna L. Downing | Alabama | Escambia Prospect |
| 1ESC01-380 | 02/14/2018 | 02/14/2021 | 40.00000000 | 0.25000000 | Wiley W. Downing, III | Alabama | Escambia Prospect |
| 1ESC01-380 | 02/14/2018 | 02/14/2021 | 40.00000000 | 4.00000000 | Adrienne P. Watkins | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Section 4: The NW of the NW, 40 acres, more or less, in Esc | 02/14/2018 | 02/14/2021 | 40.00000000 | 0.25000000 | Dan M. Downing | Alabama | Escambia Prospect |
| 40 GA: NW/4 NW/4 Sec 4 T3N R12E Escambia Co., Al | 02/14/2018 | 02/14/2021 | 40.00000000 | 0.25000000 | Jane Downing Dunaway | Alabama | Escambia Prospect |
| 40 ACRES IN THE NW/4 OF NW/4 SECTION 4 T3N, R12E | 02/14/2018 | 02/14/2021 | 40.00000000 | 0.25000000 | Lisa Downing Heaton | Alabama | Escambia Prospect |
| 1ESC01-322 | 10/03/2101 | 10/03/2104 | 3.40000000 | 0.54400000 | Brenda Gail Wise | Alabama | Escambia Prospect |
| 40 ACRES; SW/4 OF SW/4 SEC 1 | 01/17/2019 | 01/17/2022 | 40.00000000 | 1.42856800 | Richard Lombard | Alabama | Escambia Prospect |
| 5287 acres, more or less, in Escambia County, Alabam | 06/12/2018 | 06/12/2021 | 3,371.30000000 | 3,371.30000000 | Cedar Creek Land & Timber, Inc. | Alabama | Escambia Prospect |
| 364 acres, more or less, in Conecuh County, Alabama | 04/18/2018 | 04/18/2023 | 364.00000000 | 91.00000000 | The I's of Texas Family Partnership L.P. | Alabama | Escambia Prospect |
| 364 acres, more or less, in Conecuh County, Alabama | 04/18/2018 | 04/18/2023 | 364.00000000 | 91.00000000 | The Second Artyce, L.P. | Alabama | Escambia Prospect |
| Section 10, T3N, R13E: 60.00 acres, more or less, being the Northwest Quarter (NW/4) of th | 05/21/2017 | 05/21/2020 | 90.40000000 | 52.80000000 | Joshua R. Pate | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, 5 acres of land with width of 110 yards lying along the western edge o | 05/20/2017 | 05/20/2020 | 5.00000000 | 0.04000000 | Grady Lynn Ralls & Willodean Ralls, et ux | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, 5 acres of land with width of 110 yards lying along hte western edge o | 05/20/2017 | 05/20/2020 | 5.00000000 | 0.16000000 | William Edward Ralls, Jr. | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, 5 acres, more or less, in Conecuh County, Alabama | 05/20/2017 | 05/20/2020 | 5.00000000 | 0.83000000 | Loree Hamiter | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, 5 acres of land with width of 110 yards lying along hte western edge o | 05/20/2017 | 05/20/2020 | 5.00000000 | 0.83000000 | Harold W. Hamiter | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, 5 acres, more or less, in Conecuh County, Alabama | 05/20/2017 | 05/20/2020 | 5.00000000 | 0.04000000 | Carol Ralls Pate | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, 5 acres of land with width of 110 yards lying along the western edge o | 06/12/2017 | 06/12/2020 | 80.00000000 | 40.00000000 | Joshua R. Pate | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, 5 acres of land with width of 110 yards lying along the western edge o | 05/20/2017 | 05/20/2020 | 5.00000000 | 0.08330000 | James E. Hamiter | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, 5 acres of land with width of 110 yards lying along the western edge o | 05/20/2017 | 05/20/2020 | 5.00000000 | 0.04166500 | Rosemary Ralls Harper | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, 5 acres of land with width of 110 yards lying along the western edge o | 05/20/2017 | 05/20/2020 | 5.00000000 | 0.16665000 | Kristen Michelle Vint | Alabama | Escambia Prospect |
| Section 12, T3N-R12E, S/2 of SW/4 of SE/4 | 05/20/2017 | 05/20/2020 | 5.00000000 | 0.16665000 | Shane Leigh Carico | Alabama | Escambia Prospect |
| TOWNSHIP 3 NORTH, RANGE 13 EAST | 01/24/2019 | 01/24/2022 | 199.00000000 | 75.25000000 | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Escambia Prospect |
| Section 11, Township 3 North, Range 12 East: E/2 of NW/4, herein more particularly describe | 09/25/2017 | 09/25/2020 | 80.00000000 | 20.00000000 | Patricia Ann Worrell | Alabama | Escambia Prospect |
| Section 11, Township 3N, R12E: E/2 of NW/4 80 acres, more or less, in Escambia County, Alal | 10/02/2017 | 10/02/2020 | 80.00000000 | 20.00000000 | Fletcher Mayhew Lucas | Alabama | Escambia Prospect |
| Section 1: E/2 of NE/4 of SW/4, Township 3 North, Range 13 East, 20 acres, more or less, in E | 11/25/2017 | 11/25/2020 | 20.00000000 | 20.00000000 | Sandra B. Rush | Alabama | Escambia Prospect |
| Section 1: 1 acre SE/SW, Township 3 North, Range 12 East, 1 acres, more or less, in Escambia | 12/30/2017 | 12/30/2020 | 1.00000000 | 1.00000000 | Neileen Rivers | Alabama | Escambia Prospect |
| Section 1, Township 3 North, Range 12 East: SW/4 of SW/4, 40 acres, more or less, in Escamb | 01/05/2018 | 01/05/2021 | 40.00000000 | 2.50000000 | Stephen L. Tolbert | Alabama | Escambia Prospect |
| Township 3 North Range 13 East Section 12: S/2 NE; Section 14: East 26 acres of NWSE and | 12/09/2014 | 12/09/2020 | 368.00000000 | 10.22219360 | James H. Balcom | Alabama | Escambia Prospect |
| Township 3 North Range 13 East: Section 12: S/2 of NE/4; Section 14: East 26 acres acresof NW/4 e | 12/09/2014 | 12/09/2020 | 368.00000000 | 10.22219360 | Frank J. Greskovich | Alabama | Escambia Prospect |
| Township 3 North Range 13 East: Section 12: S/2 of NE/4; Section 14: E 26 2/3 acres of NW/S | 12/09/2014 | 12/09/2020 | 368.00000000 | 10.22219360 | Craig Walter Gillespie | Alabama | Escambia Prospect |
| Township 3 North, Range 13 East: Section 12: S/2 of NE/4; Section 14: East 26 acres of NW/4: | 12/09/2014 | 12/09/2020 | 368.00000000 | 10.22219360 | Joseph T. Saiter, Jr., & Cheryl P. Saiter | Alabama | Escambia Prospect |
| Township 3 North, Range 13 East: Section 12: S/2 of NE/4; Section 14: East 26 2/3 acres of NV | 12/09/2014 | 12/09/2020 | 368.00000000 | 3.40731200 | Kathryn Eckerlein Errington | Alabama | Escambia Prospect |
| Township 3 North, Range 13 East: Section 12: S/2 of NE/4; Section 14: East 26 2/3 acres of NV | 12/09/2014 | 12/09/2020 | 368.00000000 | 10.22219360 | Natalie S. Ciano, Trustee | Alabama | Escambia Prospect |
| Township 3 North, Range 13 East: Section 12: S/2 of NE/4; Section 14: East 26 2/3 acres of | 12/09/2014 | 12/09/2020 | 368.00000000 | 10.22219360 | Henry W. Coe | Alabama | Escambia Prospect |
| Township 3 North, Range 13 East: Section 12: S/2 of NE/4; Section 14: East 26 2/3 acres of NV | 12/09/2014 | 12/09/2020 | 368.00000000 | 3.40731200 | Mary Elizabeth Lazzaro | Alabama | Escambia Prospect |
| Township 3 North, Range 13 East: Section 12: S/2 of NE/4; Section 14: East 26 2/3 acres of NV | 12/09/2014 | 12/09/2020 | 368.00000000 | 10.22219360 | Benjamin L. Stalnaker | Alabama | Escambia Prospect |
| T003N-R012E-01 (1.05 acres)1.05 acres, more or less,  in Escambia County, AL | 01/15/2018 | 01/15/2021 | 4.20000000 | 0.60750001 | Janice Matthews Lee | Alabama | Escambia Prospect |
| T003N-R012E-01 (1.05 acres)1.05 acres, more or less,  in Escambia County, AL | 01/21/2018 | 01/21/2021 | 4.20000000 | 0.20500000 | Harvey Boyette | Alabama | Escambia Prospect |
| 4.2 acres, more or less, in Escambia County, Alabama | 01/27/2018 | 01/27/2021 | 4.20000000 | 0.40500002 | Carol V. Harris | Alabama | Escambia Prospect |
| 4.2 acres, more or less, in Escambia County, Alabama | 01/27/2018 | 01/27/2021 | 4.20000000 | 0.40500002 | Ted Gibson, Jr. | Alabama | Escambia Prospect |
| T003N-R012E-01 (1.05 acres)1.05 acres, more or less, in Escambia County, AL | 01/30/2018 | 01/30/2021 | 4.20000000 | 0.30750000 | Marjorie Warsing | Alabama | Escambia Prospect |
| Section 1, Township 3 North, Range 12 East, 4.2 acres more or less, Escambia County, Alabam | 02/03/2018 | 02/03/2021 | 4.20000000 | 0.60750000 | Johnny Terrell | Alabama | Escambia Prospect |
| TOWNSHIP 3 NORTH RANGE 12 EAST Section 1, 4.2 acres, more or less in Escambia County, | 01/21/2018 | 01/21/2021 | 4.20000000 | 0.40500002 | Patricia G. Ware | Alabama | Escambia Prospect |
| T003N-R012E-01 (1.05 acres)1.05 acres, more or less, in Escambia County, AL | 01/30/2018 | 01/30/2021 | 4.20000000 | 0.30750000 | H.L.  McClain | Alabama | Escambia Prospect |
| T003N-R012E-01 (1.05 acres)1.05 acres, more or less, in Escambia County, AL | 01/18/2018 | 01/18/2021 | 4.20000000 | 0.20500000 | Elaine Hastings | Alabama | Escambia Prospect |
| Section 1, Township 3 North, Range 12 East:  SE/SW, 6 acres, more or less, in Escambia Count | 02/18/2018 | 02/18/2021 | 6.00000000 | 3.00000000 | Jimmie H. Mullins | Alabama | Escambia Prospect |
| Section 1, Township 3 North, Range 12 East: SE/SW, 6 acres, more or less, in Escambia County | 02/18/2018 | 02/18/2021 | 6.00000000 | 3.00000000 | Linda K. Howland | Alabama | Escambia Prospect |
| Section 1, TOWNSHIP 3 NORTH, RANGE 12 EAST 7.2 acres, more or less, in Escambia county, | 01/28/2018 | 01/28/2021 | 7.20000000 | 3.10000000 | U. L. Gibson | Alabama | Escambia Prospect |
| Section 31, T4N, R13E, NW/4 of SE/4 and SW/4 of NE/4, 80 acres, more or less, in Escambia ( | 02/10/2017 | 02/10/2020 | 80.00000000 | 40.00000000 | George Rayford Graves | Alabama | Escambia Prospect |
| Sec 31, T4N, R13E, 2 acres, more or less, in Escambia County, Alabama | 02/20/2017 | 02/20/2020 | 2.00000000 | 0.12500000 | Kenneth Baker | Alabama | Escambia Prospect |
| Section 31, T4N, R13E, NW/4 of SE/4 and SW/4 of NE/4, 80 acres, more or less, in Escambia C | 02/10/2017 | 02/10/2020 | 80.00000000 | 40.00000000 | Steven D. Graves | Alabama | Escambia Prospect |

EXHIBIT 3

| Description | | | | | | | |
|---|---|---|---|---|---|---|---|
| Section 31, T4N, R13E, W/2 of NE/4 of NE/4; 6 acres more or less in NW cor. of SE/4 of NE/4, | 02/14/2017 | 02/14/2020 | 26.00000000 | 26.00000000 James A. Rhodes | | Alabama | Escambia Prospect |
| Sec 31, T4N, R13E, 6.81 acres, more or less, in Escambia County, Alabama. | 02/14/2017 | 02/14/2020 | 6.81000000 | 6.81000000 Angela D. Short | | Alabama | Escambia Prospect |
| Sec 31, T4N, R13E, 21 acres, more or less, in Escambia County, Alabama. | 02/14/2017 | 02/14/2020 | 21.00000000 | 5.25000000 Dorothy Sharon Jones Gates as Trustee of The Dorothy Jones G | | Alabama | Escambia Prospect |
| Sec 31, T4N, R13E, 25 acres, more or less, in Escambia County, Alabama. | 02/14/2017 | 02/14/2020 | 25.00000000 | 25.00000000 Frank Steadman and Beverly Steadman | | Alabama | Escambia Prospect |
| Sec 31, T4N, R13E, 21 acres, more or less, in Escambia County, Alabama. | 02/14/2017 | 02/14/2020 | 21.00000000 | 5.25000000 Kathy Jones-Turner | | Alabama | Escambia Prospect |
| Sec 31, T4N, R13E, 2 acres, more or less, in Escambia County, Alabama. | 02/20/2017 | 02/20/2020 | 2.00000000 | 2.00000000 Lucy Claie McClendon | | Alabama | Escambia Prospect |
| Sec 31, T4N, R13E, all North of road in NW/4 of NE/4, 33 acres, more or less, in Escambia | 02/14/2017 | 02/10/2020 | 33.00000000 | 33.00000000 Mary Ann Mack | | Alabama | Escambia Prospect |
| Section 31, T4N, R13E, all of NW/4 of NE/4 south of county road 6, 7.76 acres, more or less, in | 02/14/2017 | 02/14/2020 | 7.76000000 | 0.60000000 Charles R. Tait, III | | Alabama | Escambia Prospect |
| Sec 31, T4N, R13E, all of NW/4 of NE/4 south of county road 6, 7.76 acres, more or less, in Escambia | 02/20/2017 | 02/20/2020 | 2.00000000 | 0.12500000 Robert Terrell McLendon | | Alabama | Escambia Prospect |
| Section 31, T4N, R13E, 2 acres, more or less, in Escambia County, Alabama. | 02/20/2017 | 02/20/2020 | 2.00000000 | 0.25000000 Cathy Tomlin | | Alabama | Escambia Prospect |
| Section 31, T4N-R13E, NW/4 of NE/4 lying south of County Road #6; Part of Mary Mack Well; | 02/14/2017 | 02/14/2020 | 7.76000000 | 0.48500000 Charles R. Tait, Jr. | | Alabama | Escambia Prospect |
| Section 31, T4N-R13E, N/4 of NE/4 south of county road #6; part 2 acres, more or less in Escambia | 02/14/2017 | 02/14/2020 | 7.76000000 | 0.60628880 Diana Adele Tate Crabtree | | Alabama | Escambia Prospect |
| Section 31, T4N-R13E, SE/4 of NE/4; Part of Mary Mack; 2 acres, more or less, in Escamb | 02/20/2017 | 02/20/2020 | 2.00000000 | 0.45000000 Sarah M Lanier | | Alabama | Escambia Prospect |
| Section 31, T4N-R13E, SE/4 of NE/4; Part of Mary Mack; 2 acres, more or less, in Escambia Co | 02/20/2017 | 02/20/2020 | 2.00000000 | 0.01660000 Sarah M Lanier, Trustee of the S.M. Lanier Irrev. Trust for | | Alabama | Escambia Prospect |
| Section 31, T4N-R13E, SE/4 of NE/4; Part of Mary Mack; 2 acres, more or less, in Escambia Co | 02/20/2017 | 02/20/2020 | 2.00000000 | 0.01660000 Sarah M. Lanier, Trustee of Sarah M. Lanier Irrev. trust for | | Alabama | Escambia Prospect |
| Section 31, T4N-R13E, SE/4 of NE/4; Part of Mary Mack; 2 acres, more or less, in Escambia Co | 02/20/2017 | 02/20/2020 | 2.00000000 | 0.01660000 Sarah M. Lanier, Trustee of the S. M. Lanier, Trust for Sara | | Alabama | Escambia Prospect |
| Section 31, T4N-R13E, all of the NW/4 of NE/4 lying south of CR 6; part of Mary Mack Well; 7 | 02/14/2017 | 02/14/2020 | 7.76000000 | 0.48500000 Mae Adele Tait Sharp | | Alabama | Escambia Prospect |
| Section 31, T4N-R13E, all of the NW/4 of NE/4 lying south of CR 6; part of Mary Mack Well; 7 | 02/14/2017 | 02/14/2020 | 7.76000000 | 0.48500000 Vera Frances Tait | | Alabama | Escambia Prospect |
| Section 31, T4N-R13E, NW/4 of NE/4, part of Mary Mack Well, 7.76 acres, more or less, in Esc | 02/14/2017 | 02/14/2020 | 7.76000000 | 0.60628880 Michael Brian Crookshank | | Alabama | Escambia Prospect |
| Section 31, T4N-R13E, part of Mary Mack, 7.76 acres, more or less, in Escambia County, Alab | 08/25/2017 | 08/25/2020 | 7.76000000 | 0.60628880 Darrell Preston Brannon | | Alabama | Escambia Prospect |
| Section 31, T4N-R13 East, part of Mary Mack, 2 acres, more or less, in Escambia County, Alab | 02/14/2017 | 02/14/2020 | 2.00000000 | 0.50000000 Janie M. Johnston | | Alabama | Escambia Prospect |
| Section 1, T3N-R13E, NE/4 of NW/4; Section 14, T3N-R13E, 2 acres North of old tram road in | 09/20/2017 | 09/20/2020 | 76.17000000 | 19.04250000 The Second Artyce, L.P. | | Alabama | Escambia Prospect |
| Section 1, T3N-R13E, NE/4 of NW/4; Section 14, T3N-R13E, 2 acres North of old tram road in | 09/20/2017 | 09/20/2020 | 76.17000000 | 19.04250000 The I's of Texas Family Partnership L.P. | | Alabama | Escambia Prospect |
| Section 31, T4N-R13E, all that part of land lying and being on the SE side of the Brooklyn and | 02/20/2017 | 02/20/2020 | 2.00000000 | 0.12500000 Randle Bruce Baker | | Alabama | Escambia Prospect |
| Section 1, T3N-R13E, W/2 SE/5W, 29 acres, more or less, in Escambia County, Alabama | 12/15/2017 | 12/15/2020 | 29.00000000 | 14.50000000 Beth McCreary & McCreary Management LLC | | Alabama | Escambia Prospect |
| Township 3 North, Range 13 East, Section 2, N2N2SWNE, S2NWNE, 32.5 acres, more or less, | 05/18/2018 | 05/18/2015 | 32.50000000 | 32.50000000 John Joseph Gamble, Executor of the Estate of Barbara Ruth F | | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Section 4: NWNW, 40 acres, more or less, in Escambia Cou | 05/18/2018 | 02/14/2021 | 40.00000000 | 1.00000000 Cynthia S. Rilling | | Alabama | Escambia Prospect |
| Township 3 North, Range 13 East, Section 2, N2N2SWNE, S2NWNE, 32.5 acres, more or less, | 05/18/2018 | 05/18/2021 | 32.50000000 | 32.50000000 Ted Langley | | Alabama | Escambia Prospect |
| 199.0 acres of land, more or less, in three (3) tracts located in Sections 14 and 15 of | 02/04/2019 | 02/04/2022 | 199.00000000 | 75.25000000 The Baptist Foundation of Alabama | | Alabama | Escambia Prospect |
| NW of NW Section 4 T3N R12E 40 acres, more or less, in Escambia County, Alabam | 02/14/2018 | 02/14/2021 | 40.00000000 | 1.00000000 Deborah Jean Shaffer | | Alabama | Escambia Prospect |
| T3N, R13E: | 02/06/2019 | 02/06/2022 | 710.00000000 | 710.00000000 Cedar Creek Land & Timber, Inc. | | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Section 1, SWSW, 40 acres, more or less, in Escambia Coun | 03/01/2018 | 03/01/2021 | 40.00000000 | 0.25000000 Dorothy Jean Cook | | Alabama | Escambia Prospect |
| Townships 3 North, Range 12 East, Section 1, SWSW, 40 acres, more or less, in Escambia | 03/01/2018 | 03/01/2021 | 40.00000000 | 0.25000000 Cynthia Grasty | | Alabama | Escambia Prospect |
| Township 3 North, Range 12, Section 1, SWSW, 40 acres, more or less, in Escambia County, A | 03/01/2018 | 03/01/2021 | 40.00000000 | 0.12400000 Amy Grasty | | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Section 1, SWSW, 40 acres, more or less, in Escambia Cou | 01/05/2018 | 01/05/2021 | 40.00000000 | 0.50000000 Thomas C. Tolbert, Ind. & Trustee, Theodore B. Roby Tru | | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Section 4, NW of the NW, 40 acres, more or less, in Escambia | 02/14/2018 | 02/14/2021 | 40.00000000 | 1.00000000 James Adrian Allen | | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Section 4, NW of the NW, 40 acres, more or less, in Escamb | 02/14/2018 | 02/14/2021 | 40.00000000 | 12.00000000 Downing Family Properties, LLC | | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Section 4, the NW of the NW, 40 acres, more or less, in Esc | 02/14/2018 | 02/14/2021 | 40.00000000 | 0.25000000 Downing McDowell Minerals, LLC | | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Section 4, NW of the NW, 40 acres, more or less, in Escambia | 02/14/2018 | 02/14/2021 | 40.00000000 | 1.00000000 Charles James Shaffer | | Alabama | Escambia Prospect |
| T3N, R12E. Sec. 1, SW of the SW, 40 acres, more or less, in Escambia County, Alabam | 03/01/2018 | 03/01/2021 | 40.00000000 | 0.12500000 Glenda T. Ingraham | | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Section 1, SW of the SW, 40 acres, more or less, in Escambi | 01/05/2018 | 01/05/2021 | 40.00000000 | 0.25000000 Avis D. Tolbert | | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Sec. 1, SW of the SW, 40 acres, more or less, in Escambia C | 01/17/2019 | 01/17/2022 | 40.00000000 | 0.45000000 Ann S. Roby | | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Sec. 1, The SW of the SW, 40 acres, more or less, in Escambia | 01/17/2019 | 01/17/2022 | 40.00000000 | 0.45000000 James S. Roby | | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Section 4, NWNW, 40 acres, more or less, in Escambia Cou | 02/14/2018 | 02/14/2021 | 40.00000000 | 0.66664000 Roabie Downing Johnson | | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Sec. 4, NWNW, 40 acres, more or less, in Escambia Cou | 02/14/2018 | 02/14/2021 | 40.00000000 | 1.00000000 Susan M. Winchester | | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Sec. 4, NWNW, 40 acres, more or less, in Escambia County, | 02/14/2018 | 02/14/2021 | 40.00000000 | 0.12500000 Lisa Downing Nordmeyer | | Alabama | Escambia Prospect |
| T3N, R12E, Sec. 4, NWNW, 40 acres, more or less, in Clarke County, Mississipp | 02/14/2018 | 02/14/2021 | 40.00000000 | 0.12500000 Wiley W. Downing, IV | | Alabama | Escambia Prospect |
| 1FIN02-13N-07W-06-02 | 06/05/2017 | 06/05/2020 | 80.00000000 | 80.00000000 Sam Craig Pullig | | Louisiana | Fin Deep |
| 1FIN02-13N-07W-06-03 | 07/24/2017 | 07/24/2020 | 160.00000000 | 160.00000000 Fish Bone Love, LLC | | Louisiana | Fin Deep |
| 1FIN02-13N-07W-06-04 | 03/27/2017 | 03/27/2020 | 40.00000000 | 30.00000000 William C. McDaniel | | Louisiana | Fin Deep |
| 1FIN02-13N-07W-06-05 | 06/12/2017 | 06/12/2020 | 20.00000000 | 10.00000000 Wandyne McDaniel | | Louisiana | Fin Deep |
| Section 29, T2N-R15E, SW/4 SW/4, 23.5 acres, more or less, in Clarke County, Mississippi | 10/05/2016 | 10/05/2021 | 23.60000000 | 7.66666658 Mark Beckman | | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, commencing at a point where the South ROW line of State Highway 18 | 11/17/2016 | 11/17/2021 | 5.50000000 | 2.75000000 James Jason Belcher and Cynthia P. Belcher | | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 SW/4 (6 tracts - M&B); Section 31, T2N-T15E, N/2 NW/4, 160 acre | 01/11/2017 | 01/11/2022 | 160.00000000 | 16.00000000 Dorothy McLeod Bell | | Mississippi | South Harmony Prospect |
| Section 32, T2N-R15E, part of NW/4, 31.5 acres, more or less, in Clarke County, Mississippi | 11/02/2016 | 11/02/2021 | 31.50000000 | 3.15000000 Jean Benbrook by Debra Benbrook Brown, AIF | | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, N/4 of NW/4, 40 acres, more or less, in Clarke County, Mississippi | 02/02/2017 | 02/02/2022 | 40.00000000 | 20.00000000 Joe T. Blair et ux | | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, lying on East side of NW/4 SW/4 North of Highway 18, 7 acres, more o | 09/14/2016 | 09/14/2021 | 7.00000000 | 1.78301900 Chris D. Boney and Robyn Boney | | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, W/2 SW/4, 60.24 acres, more or less, in Clarke County, Mississippi | 09/20/2016 | 09/20/2021 | 60.24000000 | 28.90995912 James A. Boney | | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, W/2 SW/4, 14.24 acres, more or less, in Clarke County, Mississippi | 09/20/2016 | 09/20/2021 | 14.24000000 | 6.23000000 James A. Boney, Life Estate | | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, W/2 SW/4, 62.5 acres, more or less, in Clarke County, Mississippi | 09/24/2016 | 09/24/2021 | 62.50000000 | 7.43500000 Johnnie Ray Boney | | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, lying on the East side of W/2 SW/4, 9.43 acres, more or less, in Clarke | 09/14/2016 | 09/14/2021 | 9.43000000 | 2.09779780 Jefferson D. Boney, Jr. | | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, W/2 SW/4, 60.24 acres, more or less, in Clarke County, Mississippi | 09/24/2016 | 09/24/2021 | 60.24000000 | 3.52169666 Roy Stevens Boney | | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, W/2 SW/4, 48.26 acres, more or less, in Clarke County, Mississippi | 09/24/2016 | 09/24/2021 | 48.26000000 | 3.91292080 Roy Stevens Boney, Life Estate | | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, W/2 SW/4, 60.24 acres, more or less, in Clarke County, M! | 09/20/2016 | 09/20/2021 | 60.24000000 | 8.78500000 Travis Boney | | Mississippi | South Harmony Prospect |
| Section 29, T2N-R15E, SW/4 NW/4, 23.5 acres, more or less, in Clarke County, Mississippi | 12/01/2016 | 12/01/2021 | 23.00000000 | 2.55555300 Shirley Y. Brazell | | Mississippi | South Harmony Prospect |
| Section 32, T2N-R15E, E/2 SW/4 (6 tracts) and Section 31, T2N-R13E, N/2 NW/4, 160 acres, m | 06/04/2017 | 06/04/2022 | 160.00000000 | 4.00000000 Kimberly Bridges | | Mississippi | South Harmony Prospect |
| Section 32, T2N-R15E, NW/4, 31.5 acres, more or less, in Clarke County, Mississippi | 11/02/2016 | 11/02/2021 | 31.50000000 | 0.26248950 Tracy G. Davis | | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, lying on East side of W/2 SW/4, 17.5 acres, more or less, in Clarke Cou | 09/16/2016 | 09/16/2021 | 17.50000000 | 4.15332750 Linda Early | | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, NW SE, 5.5 acres, more or less, in Clarke County, Mississippi | 11/16/2016 | 11/16/2021 | 5.50000000 | 2.75000000 James Brandon Hearn et ux | | Mississippi | South Harmony Prospect |
| Section 32, T2N-R15E, E/2 SW/4 and Section 31, T2N-R15E, N/2 NW/4, 160 acres, more or les | 01/06/2017 | 01/06/2022 | 160.00000000 | 8.00000000 Cherie Diane Higdon | | Mississippi | South Harmony Prospect |
| Section 32, T2N-R15E, part of NW/4, 31.5 acres, more or less, in Clarke County, Mississippi | 11/02/2016 | 11/02/2021 | 31.50000000 | 0.26248950 John D. Hill, III | | Mississippi | South Harmony Prospect |
| Section 32, T2N-R15E, NW NW, NE NW, SE NW, 18.5 acres, more or less, in Clarke County, M | 09/26/2016 | 09/26/2021 | 18.50000000 | 7.40000000 Dan L. Hill | | Mississippi | South Harmony Prospect |
| Section 32, T2N-R15E, part of NW/4, 31.5 acres, more or less, in Clarke County, Mississippi | 11/02/2016 | 11/02/2021 | 31.50000000 | 0.26248950 James Doyle Hill | | Mississippi | South Harmony Prospect |
| Section 31, T2N-R15E, NE part of NW/4 NW/4, 5 acres, more or less, in Clarke County, Mississ | 06/20/2017 | 06/20/2021 | 5.00000000 | 5.00000000 Roger Bruce Hill | | Mississippi | South Harmony Prospect |
| Section 31, T2N-R15E, NE/4 NE/4 NE/4 and N/2 NW/4 NW/4, less 5 acres in NE part, 25 acres | 05/24/2017 | 05/24/2022 | 25.00000000 | 25.00000000 Roger Bruce Hill | | Mississippi | South Harmony Prospect |

EXHIBIT 3

| Description | Date 1 | Date 2 | Acres | Decimal | Name | State | Prospect |
|---|---|---|---|---|---|---|---|
| Section 32, T2N-R15E, part of NW/4, 31.5 acres, more or less, in Clarke County, Mississipp | 11/02/2016 | 11/02/2021 | 31.50000000 | 0.26248950 | Melanie D. Hites | Mississippi | South Harmony Prospect |
| Section 32, T2N-R15E, part of NW/4, 31.5 acres, more or less, in Clarke County, Mississipp | 11/02/2016 | 11/02/2021 | 31.50000000 | 0.78750000 | Maribelle S. Hoerster | Mississippi | South Harmony Prospect |
| Section 29, T2N-R15E, SW/4 SW/4, 23 acres, more or less, in Clarke County, Mississippi | 12/01/2016 | 11/30/2021 | 23.00000000 | 0.63888940 | Jacob Johnson | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, South line to the SW/4 of SE/4 intersects the East line of Kentucky Roa | 12/09/2016 | 12/09/2021 | 1.00000000 | 0.25000000 | Houston K. Ledbetter, Jr. | Mississippi | South Harmony Prospect |
| Section 29, T2N-R15E, SE/4 SW/4, 22 acres, more or less, in Clarke County, Mississippi | 04/11/2017 | 04/10/2020 | 22.00000000 | 2.93332600 | Glenda H. Mathis | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 E/2 SE/4, 40 acres, more or less, in Clarke County, Mississippi | 01/03/2017 | 01/03/2022 | 40.00000000 | 10.00000000 | Michelle Walters McCammon | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 E/2 SE/4, 40 acres, more or less, in Clarke County, Mississippi | 01/05/2017 | 01/05/2022 | 40.00000000 | 20.00000000 | Michelle Walters McCammon | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 SW/4 (6 tracts M&B) and Section 31, T2N-R15E, N/2 NW/4, 160 ac | 01/10/2017 | 01/10/2022 | 160.00000000 | 16.00000000 | McLeod heirs | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 SW/4 (6 tracts M&B) and Section 31, T2N-R15E, N/2 NW/4, 160 ac | 01/06/2017 | 01/05/2022 | 160.00000000 | 16.00000000 | Jessica McLeod | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 SW/4 (6 tracts M&B) and Section 31, T2N-R15E, N/2 SW/4, 160 acr | 01/06/2017 | 01/05/2022 | 160.00000000 | 8.00000000 | Joe Innis McLeod | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 SW/4 (6 tracts M&B) and Section 31, T2N-R15E, N/2 NW/4, 160 ac | 01/30/2017 | 01/29/2022 | 160.00000000 | 16.00000000 | Particia McLeod by AIF Patricia McLeod Jewell | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 SW/4 and Section 31, T2N-R15E, N/2 NW/4, 160 acres, more or les | 01/17/2017 | 01/16/2022 | 160.00000000 | 16.00000000 | Thomas E. McLeod | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 SW/4 (6 tracts M&B) and Section 31, T2N-R15E, N/2 NW/4, 160 ac | 01/11/2017 | 01/10/2022 | 160.00000000 | 16.00000000 | Wiley J. McLeod | Mississippi | South Harmony Prospect |
| Section 29, T2N-R15E, SW/4 SW/4, 11.5 acres, more or less, in Clarke County, Mississippi | 01/11/2017 | 01/10/2022 | 11.50000000 | 3.83333295 | Mary R. Menasco | Mississippi | South Harmony Prospect |
| Section 29, T2N-R15E, SW/4 SW/4, 11.5 acres, more or less, in Clarke County, Mississippi | 11/28/2016 | 11/28/2021 | 11.50000000 | 3.83333295 | Melinda Menasco | Mississippi | South Harmony Prospect |
| Section 32, T2N-R15E, one acre in NW corner of SE/4 of NW/4 and one half acre in SW corner | 11/16/2016 | 11/15/2021 | 1.50000000 | 0.19995000 | Connie Mosley | Mississippi | South Harmony Prospect |
| Section 32, T2N-R15E, three acres in NE corner of S/2 of NW/4 of NW/4, measuring 420 feet | 09/21/2016 | 09/20/2021 | 3.00000000 | 2.40000000 | Kenny Mosley et ux | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, W/2 of E/2, 11 acres, more or less, in Clarke County, Mississippi | 12/27/2016 | 12/26/2021 | 11.00000000 | 3.66630000 | Tommie Gene Parker et ux | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, East side W/2 SW/4, 17.5 acres, more or less, in Clarke County, Mississ | 09/30/2016 | 09/30/2021 | 17.50000000 | 1.51287500 | Leroy D. Patton, III | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, lying on East side W/2 SW/4, 17.5 acres, more or less, in Clarke County | 09/30/2016 | 09/30/2021 | 17.50000000 | 1.51289250 | Jean A. Patton | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 SW/4 (6 tracts M&B) and Section 31, T2N-R15E, N/2 NW/4, 160 ac | 04/06/2017 | 04/05/2022 | 160.00000000 | 4.00000000 | David Pennington, Jr. | Mississippi | South Harmony Prospect |
| Section 29, T2N-R15E, SW/4 SW/4, 23 acres, more or less, in Clarke County, Mississippi | 12/01/2016 | 11/30/2021 | 23.00000000 | 0.63888940 | Amanda Quinn et al | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 SE/4, 80 acres, more or less, in Clarke County, Mississippi | 01/05/2017 | 01/04/2022 | 80.00000000 | 20.00000000 | Erin Rahaim | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 SW/4 (6 tracts M&B) and Section 31, T2N-R15E, N/2 NW/4, 160 ac | 01/10/2017 | 01/09/2022 | 160.00000000 | 16.00000000 | Margaret McLeod Rhodes by Rebecca R. Doughty | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, W/2 E/2 SE/4, 40 acres, more or less, in Clarke County, Mississippi | 01/03/2017 | 01/03/2022 | 40.00000000 | 10.00000000 | Charles V. Robinson et ux | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, W/2 E/2 SE/4, 40 acres, more or less, in Clarke County, Mississippi | 01/05/2017 | 01/05/2022 | 40.00000000 | 20.00000000 | Charles V. Robinson et ux | Mississippi | South Harmony Prospect |
| Section 32, T2N-R15E, S/2 of NW/4 of NW/4 and SW/4 of NW/4, 27 acres, more or less, in Cla | 09/23/2016 | 09/23/2021 | 27.00000000 | 14.80000000 | George W. Rowell et ux | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, beginning at a point where the South line of the SW/4 of SE/4 intersec | 12/01/2016 | 12/01/2021 | 1.00000000 | 0.25000000 | Mary W. Rustin | Mississippi | South Harmony Prospect |
| Section 32, T2N-R15E, west side of N/2 of NE/4 of NE/4, 10 acres, more or less, in Clarke | 10/26/2016 | 10/26/2021 | 10.00000000 | 1.25000000 | Curt Schommer | Mississippi | South Harmony Prospect |
| Section 32, T2N-R15E, west 10 acres of the N/2 of NE/4 of NE/4, 10 acres, more or less, in Cla | 10/26/2016 | 10/26/2021 | 10.00000000 | 2.50000000 | John M. Schommer | Mississippi | South Harmony Prospect |
| Section 32, T2N-R15E, West 10 acres of N/2 of NE/4 of NE/4, 10 acres, more or less, in Clarke | 10/26/2016 | 10/26/2021 | 10.00000000 | 1.25000000 | Kyle Schommer | Mississippi | South Harmony Prospect |
| Section 31, T2N-R15E, S/2 of NE/4 of NE/4 and W/2 of N/2 of NE/4 of NE/4, 30 acres, more o | 01/11/2017 | 01/11/2022 | 30.00000000 | 25.00000000 | Shubuta Creek Properties LLC by Linda Faye Brady | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, lying on East side of W/2 SW/4, 17.5 acres, more or less, in Clarke Cou | 09/24/2016 | 09/24/2021 | 17.50000000 | 1.00698500 | Franklin L. Slay | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, lying on East side W/2 SW/4, 17.5 acres, more or less, in Clarke County | 09/19/2016 | 09/19/2021 | 17.50000000 | 2.07669000 | Dusty Ray Stanwood | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, lying on East side W/2 SW/4, 17.5 acres, more or less, in Clarke Cou | 09/19/2016 | 09/19/2021 | 17.50000000 | 2.07669875 | Michael David Stanwood | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 SW/4 (6 tracts M&B) and Section 31, T2N-R15E, N/2 NW/4, 160 ac | 01/06/2017 | 01/06/2022 | 160.00000000 | 16.00000000 | Marilyn Rae Taormina et vir | Mississippi | South Harmony Prospect |
| Section 29, T2N-R15E, SE/4 SW/4, 22 acres, more or less, in Clarke County, Mississippi | 04/09/2017 | 04/09/2020 | 22.00000000 | 2.93330000 | Barbara H. Topper | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, East side W/2 SW/4, 17.5 acres, more or less, in Clarke County, Mississ | 11/21/2017 | 11/20/2022 | 17.50000000 | 0.33560000 | Paul Keith Davis | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, East side W/2 SW/4, 17.5 acres, more or less, in Clarke County, Mississ | 11/21/2017 | 11/20/2022 | 17.50000000 | 0.33560000 | Richard Davis | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, East side W/2 SW/4, 17.5 acres, more or less, in Clarke County, Mississ | 11/21/2017 | 11/20/2022 | 17.50000000 | 0.33560000 | Scott Davis | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, East side W/2 SW/4,1.07 acres, more or less, in Clarke County, Mississ | 11/21/2017 | 11/20/2022 | 1.07000000 | 0.12739955 | Stephanie M. Mollett | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, East side W/2 SW/4, 1.07 acres, more or less, in Clarke County, Mississ | 11/21/2017 | 11/20/2022 | 1.07000000 | 0.12739955 | Tracy H. Mollett | Mississippi | South Harmony Prospect |
| T2N R15E Sec. 30: E2SW; T2N R15E Sec. 31: N2NW, 160 acres, more or less, in Clarke County, | 10/04/2016 | 10/04/2021 | 160.00000000 | 8.00000000 | Karen Vickery | Mississippi | South Harmony Prospect |
| T2N R15E Sec. 29 SWSW, 23.5 acres, more or less, in Clarke County, Mississippi | 12/01/2016 | 12/01/2021 | 23.50000000 | 2.61111109 | Laura L. Wright | Mississippi | South Harmony Prospect |
| T2N R15E Sec. 32 NENW , 39.5 acres, more or less, in Clarke County, Mississippi | 04/19/2019 | 04/19/2019 | 39.50000000 | 39.50000000 | Linda Ann Chelette and Herman E. Chelette, Jr. | Mississippi | South Harmony Prospect |
| T2N R15E Sec. 29 SESW, 23 acres, more or less, in Clarke County, Mississippi | 04/12/2019 | 04/12/2019 | 23.00000000 | 16.48330000 | William Howard Hill and Charlotte P. Hil | Mississippi | South Harmony Prospect |
| T2N R15E Sec. 29 SESW, 0.65 acres, more or less, in Clarke County, Mississippi | 04/15/2019 | 04/15/2019 | 0.65000000 | 0.65000000 | Pleasant Ridge Pentecostal Holiness Church | Mississippi | South Harmony Prospect |
| T2N R15E Sec. 32 SENW, NENW, 1.5 acres, more or less, in Clarke County, Mississippi | 04/11/2019 | 04/11/2019 | 1.50000000 | 0.19995000 | Johnny H. Rowell | Mississippi | South Harmony Prospect |
| T2N R15E Sec. 32 SENW, NENW, 1.5 acres, more or less, in Clarke County, Mississippi | 04/11/2019 | 04/11/2019 | 1.50000000 | 0.19995000 | Annette R. Ward | Mississippi | South Harmony Prospect |
| Section 17, T19S-R25W, E/2 NE/4, 80 acres, more or less, in Lafayette County, Arkansa | 02/14/2017 | 02/14/2020 | 80.00000000 | 20.00000000 | Robert C. Tilghman | Arkansas | McCalman Prospect |
| Section 17, T19S-R25W,  E/2 NE/4, 80 acres, more or less, in Lafayette County, Arkansa | 02/14/2017 | 02/14/2020 | 80.00000000 | 20.00000000 | Christopher H. Tilghman | Arkansas | McCalman Prospect |
| Section 16, T19S-R25W, SW/NW, 40 acres, more or less, in Lafayette County, Arkansa | 01/23/2017 | 01/23/2020 | 40.00000000 | 10.00000000 | Ruby Marie Rushing | Arkansas | McCalman Prospect |
| Section 16, T19S-R25W, SW/NW, 40 acres, more or less, in Lafayette County, Arkansa | 01/23/2017 | 01/23/2020 | 40.00000000 | 10.00000000 | Carole Elkins | Arkansas | McCalman Prospect |
| Section 16, T19S-R25W, SW/NW, 40 acres, more or less, in Lafayette County, Arkansa | 01/23/2017 | 01/23/2020 | 40.00000000 | 20.00000000 | John E. Russ, et ux | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, W/2 of SW/4, 80 acres, more or less, in Lafayette County, Arkansa | 03/08/2017 | 03/08/2020 | 80.00000000 | 50.00000000 | Travis S. Gore | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, SW/SW, 40 acres, more or less, in Lafayette County, Arkansa | 03/06/2017 | 03/06/2020 | 40.00000000 | 1.11120000 | Helen Johnann Starling | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, SW/SW, 40 acres, more or less, in Lafayette County, Arkansa | 04/25/2017 | 04/25/2020 | 40.00000000 | 0.55520000 | Harry L. Smith, Jr. | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, SW/SW, 40 acres, more or less, in Lafayette County, Arkansa | 05/18/2017 | 05/18/2020 | 40.00000000 | 2.50000000 | James Gayle Garner | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, SW/SW, 40 acres, more or less, in Lafayette County, Arkansa | 03/13/2017 | 03/13/2020 | 40.00000000 | 1.66640000 | Paul McDonald | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, SW/SW, 40 acres, more or less, in Lafayette County, Arkansa | 03/06/2017 | 03/06/2020 | 40.00000000 | 27.76000000 | Anita Shryock Waterston | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, SW/SW, 40 acres, more or less, in Lafayette County, Arkansa | 05/05/2017 | 05/05/2020 | 40.00000000 | 27.76000000 | John Woodford Shryock | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, SE/SW, 33.19 acres, more or less, in Lafayette County, Arkansa | 03/10/2017 | 03/10/2020 | 33.19000000 | 2.07437500 | Jane Elizabeth Bird Joseph | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansa | 03/03/2017 | 03/03/2020 | 33.19000000 | 2.07437500 | John Preston Bird | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansa | 04/06/2017 | 04/06/2020 | 33.19000000 | 1.38302730 | Elizabeth Ann Bird Finkenstaedt | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansa | 03/10/2017 | 03/10/2020 | 33.19000000 | 2.07437500 | Cathy Jean Bird Mitchell | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansa | 03/10/2017 | 03/10/2020 | 33.19000000 | 2.07437500 | Carolyn Bird Romero | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansa | 04/06/2017 | 04/06/2020 | 33.19000000 | 1.38302730 | Charles Richard Bird | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansa | 04/14/2017 | 04/14/2020 | 33.19000000 | 4.14875000 | Kevin M. Bird | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansa | 04/14/2017 | 04/14/2020 | 33.19000000 | 2.07437500 | Lynda Bussey Pickler Trust | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansa | 04/19/2017 | 04/19/2020 | 33.19000000 | 2.07437500 | Sue S. Bird, et al | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansa | 04/14/2017 | 04/14/2020 | 33.19000000 | 2.07437500 | Wayne Edward Bussey Trust | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansa | 04/19/2017 | 04/19/2020 | 33.19000000 | 0.69134770 | Gary H. Bird | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansa | 04/19/2017 | 04/19/2020 | 33.19000000 | 0.69134770 | John Greg Bird | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansa | 04/19/2017 | 04/19/2020 | 33.19000000 | 2.07437500 | Ronnie Eugene LeMay | Arkansas | McCalman Prospect |
| Section 9, T19S, R25W, 33.19 acres, more or less, in Lafayette County, Arkansa | 04/12/2017 | 04/12/2020 | 33.19000000 | 2.07437500 | Lance R. Stark | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansa | 04/19/2017 | 04/19/2020 | 33.19000000 | 0.69134770 | Kathy Bird Benson | Arkansas | McCalman Prospect |

EXHIBIT 3

| Description | | | | | | | |
|---|---|---|---|---|---|---|---|
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansas | 04/18/2017 | 04/18/2020 | 33.19000000 | 0.46100910 | Cari Lyn Bird Bickley | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansas | 04/14/2017 | 04/14/2020 | 33.19000000 | 0.46100910 | Capi Louise Bhon | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansas | 04/27/2017 | 04/27/2020 | 33.19000000 | 0.69134770 | Lynda Lee Wyant | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansas | 04/12/2017 | 04/12/2020 | 33.19000000 | 2.07437500 | Heath Warren Stark | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansas | 04/18/2017 | 04/18/2020 | 33.19000000 | 0.46100910 | Byron Keith Bird | Arkansas | McCalman Prospect |
| Section 17, T19S-R25W, 40 acres, more or less, in Lafayette County, Arkansas | 03/20/2017 | 03/20/2020 | 40.00000000 | 10.00000000 | Christopher H. Tilghman | Arkansas | McCalman Prospect |
| Section 17, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansas | 04/27/2017 | 04/27/2020 | 33.19000000 | 0.69134770 | Terry Ann Wyant | Arkansas | McCalman Prospect |
| Section 17, T19S-R25W, 40acres, more or less, in Lafayette County, Arkansas | 03/20/2017 | 03/20/2020 | 40.00000000 | 10.00000000 | Robert C. Tilghman | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, SE/4 of SW/4, 2.9 acres, more or less in Lafayette County, Arkansas | 04/13/2017 | 04/13/2020 | 2.90000000 | 2.90000000 | Robert Beaird, et ux | Arkansas | McCalman Prospect |
| Section 9, T19S, R25W, SE/4 SW/4, 2.66 acres, more or less, in Lafayette County, Arkansas | 04/11/2017 | 04/11/2020 | 2.66000000 | 1.33000000 | Virginia Ellen Whittington | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, SE/4 of SW/4, 1.25 acres, more or less, in Lafayette County, Arkansas | 04/13/2017 | 04/13/2020 | 1.25000000 | 1.25000000 | Obie Credell Sims, Jr. | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 2.66 acres, more or less, in Lafayette County, Arkansas | 04/11/2017 | 04/11/2020 | 2.66000000 | 1.33000000 | Anna Jayne Cassell | Arkansas | McCalman Prospect |
| T001S-R013E-27-09 (57.02 acres)57.02 acres, more or less, | 11/26/2015 | 11/26/2020 | 57.02000000 | 57.02000000 | Hayward Daniel Boone | Louisiana | MONROE CREEK |
| T002S-R013E-26-19 (2 acres)2 acres, more or less, | 01/08/2019 | 01/08/2020 | 18.11300000 | 18.11300000 | Willie Edward Harris | Louisiana | MONROE CREEK |
| T002S-R013E-13 (2.143 acres)2.143 acres, more or less, in Washington Parish, LA | 01/15/2015 | 01/15/2020 | 2.14300000 | 2.14300000 | James Carroll, et ux | Louisiana | MONROE CREEK |
| T002S-R013E-01 (13.68 acres)13.68 acres, more or less, in Washington Parish, LA | 01/21/2015 | 01/21/2020 | 13.68000000 | 13.68000000 | Steven Armon Lewis | Louisiana | MONROE CREEK |
| T002S-R013E-36 (1.277 acres)1.277 acres, more or less, in Washington Parish, LA | 01/20/2015 | 01/20/2020 | 3.27700000 | 3.27700000 | KElton Breland, et ux | Louisiana | MONROE CREEK |
| T002S-R013E-26-19 (5 acres)5 acres, more or less, in Washington Parish, LA | 01/20/2015 | 01/20/2020 | 5.00000000 | 5.00000000 | Harold M. Pierce, et ux | Louisiana | MONROE CREEK |
| | 01/20/2015 | 01/20/2020 | 20.52000000 | 20.52000000 | Chad L. Boyd | Louisiana | MONROE CREEK |
| T002S-R013E-01 (4.32 acres)4.32 acres, more or less, in Washington Parish, LA | 01/14/2015 | 01/14/2020 | 34.52500000 | 34.52500000 | Brian K. Crain, et ux | Louisiana | MONROE CREEK |
| T002S-R013E-26-19 (3.342 acres)3.342 acres, more or less, in Washington Parish, LA | 01/23/2015 | 01/23/2020 | 3.34200000 | 3.34200000 | Charlotte H. Fasola, et vir | Louisiana | MONROE CREEK |
| T001S-R013E-22 (10.3659999 acres)10.3659999 acres, more or less, in Washington Parish, LA | 01/23/2015 | 01/23/2020 | 10.36599990 | 10.36599990 | Willie Edward Harris, et al | Louisiana | MONROE CREEK |
| T002S-R013E-36 (10 acres)10 acres, more or less, in Washington Parish, LA | 01/26/2015 | 01/26/2020 | 10.00000000 | 10.00000000 | Michael L. Seal | Louisiana | MONROE CREEK |
| T001S-R013E-15 (15.53 acres)15.53 acres, more or less, in Washington Parish, LA | 01/23/2015 | 01/23/2020 | 15.53000000 | 15.53000000 | Charlotte Fasola, et al | Louisiana | MONROE CREEK |
| T002S-R013E-37 (6.31 acres)6.31 acres, more or less, in Washington Parish, LA | 02/05/2015 | 02/05/2020 | 21.20300000 | 21.20300000 | John and Paggy Crain | Louisiana | MONROE CREEK |
| T002S-R013E-37 (19.652 acres)19.652 acres, more or less, in Washington Parish, LA | 02/05/2015 | 02/05/2020 | 22.65200000 | 22.65200000 | John D. Crain, Jr | Louisiana | MONROE CREEK |
| T002S-R013E-13 (1 acres)1 acres, more or less, in Washington Parish, LA | 02/03/2015 | 02/03/2020 | 1.00000000 | 1.00000000 | Roland Wade Magee | Louisiana | MONROE CREEK |
| T001S-R013E-12 (27.73 acres)27.73 acres, more or less, in Washington Parish, LA | 02/03/2015 | 02/03/2020 | 41.44800000 | 41.44800000 | Rogelio Casama, Sr. | Louisiana | MONROE CREEK |
| T001S-R013E-15 (15.529 acres)15.529 acres, more or less, in Washington Parish, LA | 02/12/2015 | 02/12/2020 | 42.65900000 | 42.65900000 | Glenda Keaton | Louisiana | MONROE CREEK |
| T002S-R013E-13 (1.91 acres)1.91 acres, more or less, in Washington Parish, LA | 02/05/2015 | 02/05/2020 | 1.91000000 | 1.91000000 | Jason R. Hosey | Louisiana | MONROE CREEK |
| T001S-R013E-26-19 (5.04 acres)5.04 acres, more or less, in Washington Parish, LA | 02/11/2015 | 02/11/2020 | 5.04000000 | 5.04000000 | Linda and Vincent Libert, Jr | Louisiana | MONROE CREEK |
| T001S-R013E-36 (4.44 acres)4.44 acres, more or less, in Washington Parish, LA | 02/11/2015 | 02/11/2020 | 4.44000000 | 4.44000000 | Richard Ryan Harris | Louisiana | MONROE CREEK |
| T001S-R013E-24-05 (68 acres)68 acres, more or less, in Washington Parish, LA | 01/29/2015 | 01/29/2020 | 68.00000000 | 68.00000000 | Bessie and Johhny Crain | Louisiana | MONROE CREEK |
| | 02/19/2015 | 02/19/2020 | 0.95500000 | 0.95500000 | Frank and Dianne Schweggman | Louisiana | MONROE CREEK |
| T001S-R013E-26-19 (1.04 acres)1.04 acres, more or less, in Washington Parish, LA | 02/19/2015 | 02/19/2020 | 1.04000000 | 1.04000000 | Rory Schweggman | Louisiana | MONROE CREEK |
| T001S-R013E-25 (4 acres)4 acres, more or less, in Washington Parish, LA | 02/19/2015 | 02/19/2020 | 4.00000000 | 4.00000000 | Darin Byrd | Louisiana | MONROE CREEK |
| T001S-R013E-26-19 (0.945 acres)0.945 acres, more or less, in Washington Parish, LA | 02/24/2015 | 02/24/2020 | 0.94500000 | 0.94500000 | Reginald Seal | Louisiana | MONROE CREEK |
| T001S-R013E-27-09 (5 acres)5 acres, more or less, in Washington Parish, LA | 02/19/2015 | 02/19/2020 | 5.00000000 | 5.00000000 | Joseph H. Cobb | Louisiana | MONROE CREEK |
| T002S-R013E-13 (14.316 acres)14.316 acres, more or less, in Washington Parish, LA | 02/20/2015 | 02/20/2020 | 14.31600000 | 14.31600000 | Alan Kent Mitchell | Louisiana | MONROE CREEK |
| T002S-R013E-27-09 (20.86 acres)20.86 acres, more or less, in Washington Parish, LA | 02/26/2015 | 02/26/2020 | 20.86000000 | 20.86000000 | Earl Rogers | Louisiana | MONROE CREEK |
| T001S-R013E-43-03 (38.26 acres)38.26 acres, more or less, in Washington Parish, LA | 02/24/2015 | 02/24/2020 | 38.26000000 | 38.26000000 | Billy Jack Simmons | Louisiana | MONROE CREEK |
| T002S-R013E-36 (2 acres)2 acres, more or less, in Washington Parish, LA | 02/27/2015 | 02/27/2020 | 2.00000000 | 2.00000000 | Patricia Singletary | Louisiana | MONROE CREEK |
| T002S-R013E-03 (33.299 acres)33.299 acres, more or less, in Washington Parish, LA | 03/03/2015 | 03/03/2020 | 33.29900000 | 33.29900000 | Betty Fornea | Louisiana | MONROE CREEK |
| T002S-R013E-01 (27.015 acres)27.015 acres, more or less, in Washington Parish, LA | 03/06/2015 | 03/06/2020 | 27.01500000 | 27.01500000 | Obye Jo Simmons | Louisiana | MONROE CREEK |
| T001S-R013E-36 (2 acres)2 acres, more or less, in Washington Parish, LA | 03/06/2015 | 03/06/2020 | 2.00000000 | 2.00000000 | Donald Williams | Louisiana | MONROE CREEK |
| T002S-R013E-13 (5 acres)5 acres, more or less, in Washington Parish, LA | 03/11/2015 | 03/11/2020 | 5.00000000 | 5.00000000 | Etta Arata | Louisiana | MONROE CREEK |
| T001S-R013E-36 (2.084 acres)2.084 acres, more or less, in Washington Parish, LA | 03/06/2015 | 03/06/2020 | 2.08400000 | 2.08400000 | Dustin Jewel Williams | Louisiana | MONROE CREEK |
| T002S-R013E-13 (1.63 acres)1.63 acres, more or less, in Washington Parish, LA | 03/11/2015 | 03/11/2020 | 1.63000000 | 1.63000000 | Tony Ulvik | Louisiana | MONROE CREEK |
| T001S-R013E-22 (1 acres)1 acres, more or less, in Washington Parish, LA | 03/13/2015 | 03/13/2020 | 1.00000000 | 1.00000000 | Nathan and Myra Nell Williams | Louisiana | MONROE CREEK |
| T001S-R013E-22 (9.86 acres)9.86 acres, more or less, in Washington Parish, LA | 03/13/2015 | 03/13/2020 | 9.86000000 | 9.86000000 | Donald Harrison Williams | Louisiana | MONROE CREEK |
| T002S-R013E-26-19 (1.5 acres)1.5 acres, more or less, in Washington Parish, LA | 03/23/2015 | 03/23/2020 | 1.50000000 | 1.50000000 | Deborah S. Galloway | Louisiana | MONROE CREEK |
| T001S-R013E-24-05 (2.08 acres)2.08 acres, more or less, in Washington Parish, LA | 03/23/2015 | 03/23/2020 | 5.00000000 | 5.00000000 | Christopher Lavon Williams | Louisiana | MONROE CREEK |
| T001S-R013E-35 (2.749 acres)2.749 acres, more or less, in Washington Parish, LA | 03/23/2015 | 03/23/2020 | 2.74900000 | 2.74900000 | Tessie O. Burr | Louisiana | MONROE CREEK |
| T001S-R013E-25 (1.861 acres)1.861 acres, more or less, | 04/07/2015 | 04/07/2020 | 1.86100000 | 1.86100000 | Betty Sumrall | Louisiana | MONROE CREEK |
| T002S-R013E-26-19 (1.786 acres)1.786 acres, more or less, | 03/31/2015 | 03/31/2020 | 1.78600000 | 1.78600000 | Ferrell Hayward Jarrell, etc | Louisiana | MONROE CREEK |
| T001S-R013E-36 (1.4648 acres)1.4648 acres, more or less, | 04/03/2015 | 04/03/2020 | 1.46480000 | 1.46480000 | Walter G. Fornea | Louisiana | MONROE CREEK |
| T001S-R013E-36 (1.84 acres)1.84 acres, more or less, | 04/08/2015 | 04/08/2020 | 1.84000000 | 1.84000000 | Ernest B. Smith Jr. | Louisiana | MONROE CREEK |
| T001S-R013E-36 (2.608 acres)2.608 acres, more or less, | 04/08/2015 | 04/08/2020 | 2.60800000 | 2.60800000 | Lloyd and Liberty Baehr | Louisiana | MONROE CREEK |
| T001S-R013E-36 (0.79 acres)0.79 acres, more or less, | 03/11/2015 | 03/11/2020 | 0.79000000 | 0.79000000 | Howard J. Hebert, Jr. | Louisiana | MONROE CREEK |
| T001S-R013E-24-05 (34.298 acres)34.298 acres, more or less, | 04/21/2015 | 04/21/2020 | 115.07300000 | 115.07300000 | Christopher Lavon Williams | Louisiana | MONROE CREEK |
| T001S-R013E-35 (9.2 acres)9.2 acres, more or less, | 04/14/2015 | 04/14/2020 | 9.20000000 | 9.20000000 | Martha K. Baker, et al | Louisiana | MONROE CREEK |
| Township 5 North, Range 29 West; Section 16: W/2 of S/2 Lot 3 ; Section 25: NW/NE Less and | 09/08/2016 | 09/08/2021 | 108.90000000 | 42.02110000 | Gregory Alan Holloway and Malinda Dawn Holloway, Hen | Florida | Mt. Carmel |
| 55.417 acres, more or less, in Santa Rosa County, Florida | 05/01/2019 | 05/01/2022 | 55.41700000 | 6.15744438 | Annie W. Lord and James L. Lord as trustees of the Lord | Florida | Mt. Carmel |
| Section 16, Township 5 North, Range 29 West: E/2 of N/2 of Lot 2 and the S/2 of W/2 of N/2 | 09/22/2016 | 09/22/2021 | 30.00000000 | 10.00000000 | Terry Glen Bauldree | Florida | Mt. Carmel |
| Section 16, Township 5 North, Range 29 West: E/2 of N/2 of Lot 2 and S/2 of W/2 of N/2 of L | 09/22/2016 | 09/22/2021 | 30.00000000 | 10.00000000 | Mary Christine Bauldree Wright | Florida | Mt. Carmel |
| Section 13, Township 5 North, Range 29 West: Part of the N/2, 10 acres, more or | 10/28/2016 | 10/24/2021 | 10.00000000 | 6.66680000 | Preston and Kathy L. Blackmon | Florida | Mt. Carmel |
| Section 13, Township 5 North, Range 29 West: NW/NE containing 40 acres, more or less, San | 10/28/2016 | 10/28/2021 | 40.00000000 | 6.66680000 | Lucy M. Gray | Florida | Mt. Carmel |
| Section 13, Township 5 North, Range 29 West: Commence at the SW/SE of Section 13, and ru | 10/12/2016 | 10/12/2021 | 3.75000000 | 3.75000000 | Jason Larue Fewell | Florida | Mt. Carmel |
| Section 13, Township 5 North, Range 29 West: NW/NE, 40 acres more or less in Santa Rosa C | 10/28/2016 | 10/28/2021 | 40.00000000 | 6.66680000 | Lucy Smith Lawrence | Florida | Mt. Carmel |
| Section 13 Township 5 North, Range 29 West: Parcel #13-20.2 and Parcel # 13-20.1, 18 acres, | 10/12/2016 | 10/12/2021 | 18.00000000 | 9.00000000 | Angeline B. Andrews, Individually and as Trustee under th | Florida | Mt. Carmel |
| Township 5 North, Range 29 West; Section 16: W/2 of S/2 (Lot 3); Section 25: NW/NE, 120 ac | 10/24/2016 | 10/24/2021 | 120.00000000 | 15.00000000 | Minerals Management, Inc. | Florida | Mt. Carmel |
| Township 5 North, Range 29 West; Section 16: W/2 of S/2 (Lot 3); Section 25: NW/NE, 120 ac | 10/19/2016 | 10/19/2021 | 120.00000000 | 22.50000000 | Transamerican Royalties, LLC | Florida | Mt. Carmel |
| Section 13, Township 5 North, Range 29 West: #13-17.1 Pt of W/2 of SW/4 of SE/4, 4.2 acres, | 10/12/2016 | 10/12/2021 | 4.20000000 | 4.20000000 | Rosa Lee Settle | Florida | Mt. Carmel |
| Section 13, Township 5 North, Range 29 West, 18 acres, more or less, in Santa Rosa County, | 10/12/2016 | 10/12/2021 | 18.00000000 | 9.00000000 | Timothy Larry Roberts | Florida | Mt. Carmel |
| Section 13, Township 5 North, Range 29 West: Pt of W/2 of SW/SE, 4.13 acres, more or less, i | 10/12/2016 | 10/12/2021 | 4.13000000 | 4.13000000 | Esther Settle Nut and husband, Charles Nutt | Florida | Mt. Carmel |
| Township 5 North, Range 29 West; Section 16: W/2 of S/2 (Lot 3); Section 25: NW/NE, 120 ac | 10/19/2016 | 10/19/2021 | 22.50000000 | 22.50000000 | Jacaeber Kastor | Florida | Mt. Carmel |

EXHIBIT 3

| Description | Date 1 | Date 2 | Value 1 | Value 2 | Name | State | |
|---|---|---|---|---|---|---|---|
| Section 13, Township 5 North, Range 29 West: #13-19 Party of W/2 of SW/SE, 3.4 acres, more | 10/12/2016 | 10/12/2021 | 3.40000000 | 3.40000000 | William B. Settle and wife, Alma P. Settle | Florida | Mt. Carmel |
| Section 16, Township 5 North, Range 29 West: E/2 of N/2 of Lot 2; and the S/2 of W/2 of N/2 | 09/22/2016 | 09/22/2021 | 30.00000000 | 10.00000000 | Chiquita Pierce | Florida | Mt. Carmel |
| Section 13, Township 5 North, Range 29 West: #13-18 Part of W/2 of SW/SE, 4.2 acres, more | 10/12/2016 | 10/12/2021 | 4.20000000 | 4.20000000 | Joyce J. Settle | Florida | Mt. Carmel |
| Section 15, T5N, R29W, South 27.5 acres of SW 1/4 of the NE 1/4; North 10 acres of the NW | 10/19/2016 | 10/19/2021 | 85.31000000 | 9.38514135 | David P. Jeffreys | Florida | Mt. Carmel |
| Section 15, T5N, R29W, NW/4 of NE/4 | 10/10/2016 | 10/10/2021 | 40.00000000 | 5.00000000 | Giles Floyd Lewis, Jr. | Florida | Mt. Carmel |
| Section 15: T5N, R29W; NE 1/4 of NW 1/4 | 12/09/2016 | 12/09/2021 | 40.00000000 | 2.18750000 | G.W. Schneider, Jr. | Florida | Mt. Carmel |
| Section 15: T5N, R29W; NE 1/4 of NW 1/4 | 12/05/2016 | 12/05/2021 | 40.00000000 | 1.87500000 | Wells-Blinn Oil and Gas Partnership | Florida | Mt. Carmel |
| Sections 15 & 25, T5N, R29W | 11/22/2016 | 11/22/2021 | 11.30000000 | 5.65000000 | Jeffrey A. Prescott and Marsha R. Prescott | Florida | Mt. Carmel |
| Section 2, T5N, R29W: portion of section 2, beginning at SE corner running West 440 yards | 12/31/2016 | 12/31/2021 | 70.00000000 | 52.50000000 | Glenn Bates as Trustee of The Glenn Davis Bates Living Trust | Florida | Mt. Carmel |
| Section 2, T5N, R29W: portion of section 2 beginning at SE corner running West 440 yards | 12/31/2016 | 12/31/2021 | 70.00000000 | 17.50000000 | James Milton Bates as Trustee of The James Milton Bates Livi | Florida | Mt. Carmel |
| Section 13, T5N, R29W: NW 1/4 of NE 1/4 of 40 acres | 11/10/2016 | 11/10/2021 | 40.00000000 | 6.67000000 | Anne Langley Luther | Florida | Mt. Carmel |
| Section 15, T5N, R29W, 63 acres, more or less, in Santa Rosa County, Florida | 01/12/2012 | 01/12/2020 | 62.30000000 | 35.46854103 | William Polk et al | Florida | Mt. Carmel |
| Section 16, T5N, R28W: S 1/2 of govt. lot 1 L& E 3 acres in the SW corner of govt. lot 1, togeth | 01/26/2017 | 01/26/2020 | 40.00000000 | 6.66666680 | Durlyn Farish and Ralph Stevens Farish | Florida | Mt. Carmel |
| TR # 13-10: Section 13, T5N, R29W, 0.75 acres in E/2 NW/SE north of road | 01/12/2017 | 01/12/2020 | 0.75000000 | 0.75000000 | Elvia Louise Jordan | Florida | Mt. Carmel |
| TR #13-11; Section 13, T5N, R29W, 1 acre in W/2 NW/SE south of road | 02/01/2017 | 02/01/2020 | 1.00000000 | 1.00000000 | Eric Hall | Florida | Mt. Carmel |
| Section 15, T5N, R29W: NE 1/4 of the NW 1/4, 40 acres, more or less, in Santa Rosa County, F | 12/28/2016 | 12/28/2021 | 40.00000000 | 2.18750000 | Roger Houston Ogden | Florida | Mt. Carmel |
| Section 16 & 25, T5N, R29W, 26.93 acres, more or less, in Santa Rosa County, Florid; | 12/07/2016 | 12/07/2021 | 26.93000000 | 6.73250000 | Cleatious D. Smith and Katherine M. Smith | Florida | Mt. Carmel |
| Sections 13 & 16, T5N, R29W, 87 acres, more or less, in Santa Rosa County, Florida | 10/20/2016 | 10/20/2021 | 85.31000000 | 8.92941299 | Catherine Olden Wohner et al | Florida | Mt. Carmel |
| Section 14, T1N, R9E, S/2 NW/NW & SE/NW, 30 acres, more or less, in Escambia County, A | 03/01/2017 | 03/01/2020 | 30.00000000 | 15.00000000 | John Martin Hayes, Jr. and Helen Hayes Moran | Alabama | Mt. Carmel |
| Section 14, T1N, R9E, Escambia County, AL, SE/4, W/2 NE/4, SW/NW South of RR, 279 acres, | 03/01/2017 | 03/01/2020 | 279.00000000 | 15.50001240 | Cornelia Derendinger | Alabama | Mt. Carmel |
| Section 2, T5N, R29W, SE corner running 335 yards N to starting point, W 440 yards, N 335 ya | 03/02/2017 | 03/02/2020 | 30.00000000 | 3.33333330 | James Melvin Hendricks and Mary F. Hendricks | Alabama | Mt. Carmel |
| Section 2, T5N, R29W, SE corner running 335 yards N to starting point, W 440 yards, N 335 ya | 03/02/2017 | 03/02/2020 | 30.00000000 | 3.33333330 | Joe O. Campbell and Patricia H. Campbell | Alabama | Mt. Carmel |
| Section 14, T1N, R9E, SE/4, W/2 NE/4, SW/NW, South of RR, 279 acres, more or less, in Escan | 03/01/2017 | 03/01/2020 | 279.00000000 | 3.87500310 | Ruby O'Bannon Wallinger | Alabama | Mt. Carmel |
| Section 2, T5N, R29W, beginning at SE corner, running 335 yards N, 440 yards W, 335 yards N | 03/02/2017 | 03/02/2020 | 30.00000000 | 3.33333330 | Annie W. Lord and James L. Lord as trustees of the Lord | Alabama | Mt. Carmel |
| Section 2, T5N, R29W, beginning at SE corner, running 335 yards N, 440yards W, 335 yards N | 03/02/2017 | 03/02/2020 | 30.00000000 | 3.33333330 | John D. Hendricks | Alabama | Mt. Carmel |
| Section 2, T5N, R29W, SE/corner running 335 yards N, 440 yards W, 335 yards North, 440 yar | 03/02/2017 | 03/02/2020 | 34.51300000 | 5.58983330 | Barnett E. Hendricks and Mary Evelyn Hendricks | Alabama | Mt. Carmel |
| Section 2, T5N, R29W, beginning at SE corner, running 335 yards N, 440 yards W, 335 yards N | 03/02/2017 | 03/02/2020 | 30.00000000 | 3.33333330 | Donald R. Hendricks and Rachel Hendricks | Alabama | Mt. Carmel |
| Section 2, T5N, R29W, beginning at the SE corner, running 335 yards N, 440 yards W, 335 yar | 03/02/2017 | 03/02/2020 | 30.00000000 | 3.33333330 | Mildred Louise Golden and Narvie Lee Golden | Alabama | Mt. Carmel |
| Section 14, T1N, R9E, SE/4, W/2 NE/4, SW/NW, South of RR, 279 acres, more or less in Escan | 03/01/2017 | 03/01/2020 | 279.00000000 | 7.75000620 | Bennie Elizabeth Kothmann | Alabama | Mt. Carmel |
| Section 2, T5N, R29W, beginning at SE corner running 335 yards N, 440 yards W, 335 yards N | 03/02/2017 | 03/02/2020 | 30.00000000 | 3.33333330 | Flora Mae Cole | Alabama | Mt. Carmel |
| Section 14, T1N, R9E, SE/4, W/2 NE/4, SW/NW, South of RR, 279 acres, more or less, in Escan | 03/01/2017 | 03/01/2020 | 279.00000000 | 7.75000620 | William M. Franklin | Alabama | Mt. Carmel |
| Section 14, T1N, R9E, SE/4, W/2 NE/4, SW/NW South of RR, 279 acres, more or less, in Escan | 03/01/2017 | 03/01/2020 | 279.00000000 | 15.50000000 | Carolyn Martin Wright | Alabama | Mt. Carmel |
| Section 14, T1N, R9E, SE/4, W/2 NE/4, SW/NW, South of RR, 279 acres, more or less, in Escan | 03/01/2017 | 03/01/2020 | 279.00000000 | 3.87500310 | Mary Effie Sumrall | Alabama | Mt. Carmel |
| Section 38, T5N, R29W, SE/4 SE/4; SW4, SE/4; S/2 NE/4 SE/4, 100 acres, more or less, Santa F | 03/01/2017 | 03/01/2020 | 100.00000000 | 15.98000000 | Black Stone Minerals Company, L.P. | Florida | Mt. Carmel |
| Section 14, T1N, R9E: S 1/2 of NW 1/4 of NW 1/4 and all that part of the SW 1/4 of the NW 1, | 03/01/2017 | 03/01/2020 | 30.00000000 | 7.50000000 | Martha Hayes Wood | Florida | Mt. Carmel |
| Section 14, T1N, R9E: SE 1/4, W 1/2 NE 1/4, SW/NW South of RR, 279 acres, more or less, in E | 03/01/2017 | 03/01/2020 | 279.00000000 | 7.75000620 | William Ashton Martin | Alabama | Mt. Carmel |
| Sections 26 and 37, T6N, R29W; Sections 13 and 14, T1N, R29W, 416.875 acres, more or less, | 04/07/2017 | 04/07/2020 | 833.75000000 | 416.87500000 | State Line Oil Trust | Florida | Mt. Carmel |
| Sections 25, 26, 27, 34, 35 and 36, T1N, R9E, 723.315 acres, more or less, in Escambia | 04/07/2017 | 04/07/2020 | 1,446.63000000 | 683.31500000 | State Line Oil Trust | Florida | Mt. Carmel |
| Section 6, T4N, R28W: E2SW4 LESS 100-FT ROW THRU NE4SW4 FOR STATE RD 395 | 03/01/2017 | 03/01/2020 | 1,024.88000000 | 512.44000000 | Black Stone Minerals Company, L.P. | Florida | Mt. Carmel |
| Section 14, T1N, R9E: SE/4, W/2 NE/4, SW/NW South of RR, 279 acres, more or less, in Escam | 03/01/2017 | 03/01/2020 | 279.00000000 | 3.87500000 | Robert Clayton O'Bannon | Alabama | Mt. Carmel |
| Sections 14 & 23, T1N, R9E, 320 acres, more or less, in Escambia County, Alabama. Section 1· | 04/04/2017 | 04/04/2020 | 320.00000000 | 17.77779200 | Jane Strain Blount, Trustee of The Mary Hardegree Strain Fam | Alabama | Mt. Carmel |
| Sections 14 & 23, T1N, R9E, 320 acres, more or less, in Escambia County, Setion 14, | 04/04/2017 | 04/04/2020 | 320.00000000 | 4.44444800 | Gordon Kelly O'Neal | Alabama | Mt. Carmel |
| Sections 14 & 23, T1N, R9E, 320 acres, more or less, in Escambia County, Alabama. Section 1· | 04/04/2017 | 04/04/2020 | 320.00000000 | 4.44444800 | Robert H. O'Neal | Alabama | Mt. Carmel |
| Sections 14 & 23, T1N, R9E, 320 acres, more or less, in Escambia County, Alabama. Section 1· | 04/04/2017 | 04/04/2020 | 320.00000000 | 8.88889600 | Edwin Sanford, III | Alabama | Mt. Carmel |
| Sections 14 & 23, T1N, R9E, 320 acres, more or less, in Escambia County, Alabama. Section 1· | 04/04/2017 | 04/04/2020 | 320.00000000 | 8.88889600 | Lenora Kelly Sanford Alford | Alabama | Mt. Carmel |
| Section 15, 16 & 26, T5N, R29W, 67.81 total net acres in Escambia County, Alabama. Section | 04/20/2015 | 04/20/2022 | 686.00000000 | 67.66075000 | Edmund T. Henry III | Florida | Mt. Carmel |
| Sections 15, 16 & 26, T5N, R29W, N/2 acres, more or less, in Santa Rosa County, FL. Section 15, SE/4 of NW/4 an | 04/20/2015 | 04/20/2022 | 686.00000000 | 101.49112500 | Mary Brooks Pittman | Florida | Mt. Carmel |
| Sections 15, 16 & 26, T5N, R29W, Santa Rosa County, Florida. Section 15, SE/4 of NW/4 and | 04/20/2015 | 04/20/2022 | 686.00000000 | 101.72025000 | Mary Brooks Pittman POA for Sally Elizabeth Pittman | Florida | Mt. Carmel |
| Sections 15, 16 & 26, T5N, R29W, in Santa Rosa County, Florida. | 04/29/2015 | 04/29/2022 | 686.00000000 | 169.53375000 | John Riley Pittman | Florida | Mt. Carmel |
| Sections 15, 16 & 26, T5N, R29W, Santa Rosa County, Florida. | 04/29/2015 | 04/29/2022 | 686.00000000 | 169.53375000 | Thomas B. Henry | Florida | Mt. Carmel |
| Sections 15, 16 and 26, T5N, R29W, in Santa Rosa County, Florida | 04/20/2015 | 04/20/2022 | 686.00000000 | 67.81350000 | Frances A. Vonk | Florida | Mt. Carmel |
| Section 14, T1N, R9E: SE/4, W/2 NE/4, SW/NW South of RR, 279 acres, more or less, in Escam | 03/01/2017 | 03/01/2020 | 279.00000000 | 92.99999790 | Ethel M. Henderson | Florida | Mt. Carmel |
| Section 14, T1N, R9E: SE/4, W/2 NE/4, SW/NW South of RR, 279 acres, more or less, in Escam | 03/01/2017 | 03/01/2020 | 279.00000000 | 15.50001240 | Martha Jo Martin represented by AIF Tommy Marti | Florida | Mt. Carmel |
| Section 15, T5N, R29W, 2 acres, more or less, NW of Section 15, in Santa Rosa County, Florid | 03/08/2017 | 03/08/2020 | 2.00000000 | 2.00000000 | Thomas B. Henry and Darla Renee Henry | Florida | Mt. Carmel |
| Section 14, T1N, R9E: SE/4, W/2 NE/4, SW/NW South of RR, 279 acres, more or less, in Escam | 03/01/2017 | 03/01/2020 | 279.00000000 | 7.75000000 | Jonathan Leon Martin | Florida | Mt. Carmel |
| Section 14, T1N, R9E, SW/4 and Section 23, T1N, R9E, N/2 of N/2, 320 acres, more or less, in | 04/04/2017 | 04/04/2020 | 320.00000000 | 4.44444480 | Caroline Frances O'Neal | Alabama | Mt. Carmel |
| Section 14, T1N, R9E, S/2 of NW/4 of NW/4 and all SW/4 of NW/4 North of RR, 30 acres, mor | 03/01/2017 | 03/01/2020 | 30.00000000 | 1.87500000 | William Timmons | Alabama | Mt. Carmel |
| Section 14, T1N, R9E, SW/4 and Section 23, T1N, R9E, N/2 of N/2, 320 acres, more or less | 04/04/2017 | 04/04/2020 | 320.00000000 | 4.44444480 | Stephen Francis O'Neal | Alabama | Mt. Carmel |
| Section 15, T5N, R29W, NE/4 of NW/4, less 3 acres, 37 acres, more or less, in Santa Rosa Cou | 05/08/2017 | 05/08/2020 | 37.00000000 | 18.50000000 | Pitnic Limited | Florida | Mt. Carmel |
| Sections 14 & 23, T1N, R9E: N/2 Section 23; SW/4 Section 14; N/2 NE/4 N of center line of riv | 05/28/2015 | 05/28/2020 | 490.00000000 | 63.51821000 | William Yancy Lovelace, Jr. | Alabama | Mt. Carmel |
| Sections 14 & 23, T1N, R9E, N/2 Section 23; SW/4 Section 14; N/2 NE/4 N of center line of riv | 05/28/2015 | 05/28/2020 | 490.00000000 | 63.51821000 | Hester Lovelace Gordon | Alabama | Mt. Carmel |
| Sections 14 & 23, T1N, R9E; N/2 Section 23; SW/4 Section 14; N/2 NE/4 N of center line of riv | 05/28/2015 | 05/28/2020 | 490.00000000 | 63.51821000 | John Cleveland Lovelace | Alabama | Mt. Carmel |
| Sections 14 & 23, T1N, R9E, N/2 Section 23; SW/4 Section 14; N/2 NE/4 N of center line of riv | 05/27/2015 | 05/27/2020 | 490.00000000 | 190.55512000 | Lovelace Properties LLC c/o Barbara L. Burton | Alabama | Mt. Carmel |
| Sections 14 & 23, T1N, R9E: N/2 Section 23; SW/4 Section 14; N/2 NE/4 N of center line of riv | 05/28/2015 | 05/28/2020 | 490.00000000 | 27.22230160 | Ben Kelly Strain Trust, Erin Joann Strain and William Dun | Alabama | Mt. Carmel |
| Section 27, T1N-R9E, NE/4: Section 14, T1N-R9E, NE/4 of NE/4, 128 acres, more or less, in Esc | 06/30/2017 | 06/30/2020 | 208.00000000 | 128.00000000 | Cedar Creek Land & Timber, Inc. | Florida | Mt. Carmel |
| Section 14, T1N-R9E, SE/4, W/2 NE/4, SW/NW South of RR, 279 acres, more or less in Esc | 03/01/2017 | 03/01/2020 | 279.00000000 | 3.87500031 | Rebecca Lynn Priest | Alabama | Mt. Carmel |
| Section 14, T1N, R9E, SE/4, W/2 NE/4; All that part of SW/4 NW/4 South of Louisville & Nash | 08/18/2015 | 08/18/2020 | 411.00000000 | 232.69920000 | The Martin Fund LLC | Florida | Mt. Carmel |
| Section 15, T5N-R29W, NE/4 of NW/4, 40 acres, more or less, in Santa Rosa County, Florida | 07/26/2017 | 07/26/2020 | 40.00000000 | 0.81121320 | Cara Virginia Umpleby Lockett Royalty Trust | Florida | Mt. Carmel |
| Section 15, T5N, R29W, NE/4 of NW/4, 40 acres, more or less, in Santa Rosa County, Florid; | 07/26/2017 | 07/26/2020 | 40.00000000 | 0.46090640 | Stuart S. Umpleby Marital QTIP Trust FBO Elaine Umple | Florida | Mt. Carmel |
| Section 15, T5N-R29W, NE/4 of NW/4, 40 acres, more or less, in Santa Rosa County, Florida | 07/26/2017 | 07/26/2020 | 40.00000000 | 0.81121320 | Susan G. Umpleby Peasner Trust, Cara Virginia Lockett, | Florida | Mt. Carmel |
| Section 15, T5N-R29W, NE/4 of NW/4, 40 acres, more or less, in Santa Rosa, Florida | 07/10/2017 | 07/10/2020 | 40.00000000 | 0.93750000 | James W. Shepherd, III | Florida | Mt. Carmel |
| Section  1, T4N-R29W, E/2 of NW/4; N/2 of NE/4 and SW/4 of NE/4; Section 6, T4N-R28W, W | 10/17/2017 | 10/17/2020 | 380.00000000 | 190.00000000 | Roland Carlton Floyd and Linda Sue Hagler Floyd | Florida | Mt. Carmel |
| Section 27, T1N-R9E, all that part of the NE/4 which lies South of Conecuh River, 1 acres, mor | 05/18/2017 | 05/18/2020 | 1.00000000 | 0.50000000 | John C. Mullen | Florida | Mt. Carmel |
| Section 27, T1N-R9E, all that part of the NE/4 which lies South of Conecuh River, 1 acres, mor | 05/18/2017 | 05/18/2020 | 1.00000000 | 0.50000000 | McDavid Miller LLC | Florida | Mt. Carmel |
| Section 27, T3N-R9E, all that part of NE/4 which lies South of Conecuh River, 1 acres, more | 05/18/2017 | 05/18/2020 | 1.00000000 | 0.50000000 | McDavid Huxford LLC | Florida | Mt. Carmel |
| Section 15, T3N-R29W, NE/4 of NW/4, 40 acres, more or less, in Escambia County, Alabam; | 07/27/2017 | 07/27/2020 | 40.00000000 | 1.04166680 | Connie C. Hinman | Florida | Mt. Carmel |

EXHIBIT 3

| Description | | | Acres | Value | Name | State | |
|---|---|---|---|---|---|---|---|
| Section 15, T5N-R29W, NE/4 of NW/4, 40 acres, more or less, in Santa Rosa County, Florid | 07/27/2017 | 07/27/2020 | 40.00000000 | 1.04166680 | Virginia C. Hinman | Florida | Mt. Carmel |
| Section 15, T5N-R29W, NE/4 of NW/4, 40 acres, more or less, in Santa Rosa County, Florid | 08/03/2017 | 08/03/2020 | 40.00000000 | 0.46875000 | Frances M. Fink | Florida | Mt. Carmel |
| Section 15, T5N, R29W, NE/4 of NW/4, 40 acres, more or less, in Santa Rosa County, Florid | 07/27/2017 | 07/27/2020 | 40.00000000 | 1.04166680 | Stuart A. Umpleby | Florida | Mt. Carmel |
| Section 13, T5N-R29W, 1105 sq. feet on East end of TR 13-13 NW/4 of SE/4, , 0.03 acres, m | 09/22/2017 | 09/22/2020 | 2.06000000 | 0.06000001 | Kenneth David Jordan and Teresa Lynn Jordan | Florida | Mt. Carmel |
| Section 13-T5N-R29W, E/2 NW/4 SE/4 South of road, 1.01 acres, more or less, in Escambia Co | 09/22/2017 | 09/22/2020 | 2.02000000 | 0.73543756 | Shaena Saxton AKA Shaena J. Godwin | Florida | Mt. Carmel |
| Section 13-T5N-R29W, SW corner NW/SE, North 330 yards, East 140 yards, South 70 yards, W | 09/28/2017 | 09/28/2020 | 2.03000000 | 1.00000001 | Mary P. Mahoney | Florida | Mt. Carmel |
| Section 15, T5N-R29W, NE/4 of NW/4, 40 acres, more or less, in Escambia County, Alabama | 07/27/2017 | 07/27/2020 | 40.00000000 | 1.04166680 | James B. Thomas | Florida | Mt. Carmel |
| Section 15, T5N-R29W, SE corner of NW/4 of SE/4, 14 acres, more or less, in Santa Rosa Cour | 12/07/2017 | 12/07/2020 | 13.67000000 | 0.22783338 | James Dyer | Florida | Mt. Carmel |
| Section 15, T5N-R29W, E/2 NW/4 SE/4, 14 acres, more or less, in Santa Rosa County, Florid | 12/07/2017 | 12/07/2020 | 13.67000000 | 0.22783338 | Melissa Ann Dyer | Florida | Mt. Carmel |
| Section 15, T5N-R29W, E/2 NW/4 SE/4, 14 acres, more or less, in Santa Rosa County, Florid | 12/07/2017 | 12/07/2020 | 13.67000000 | 0.22783338 | Gladys K. Munoz | Florida | Mt. Carmel |
| Section 15, T5N-R29W, SE corner of NW/4 of SE/4, 14 acres, more or less, in Santa Rosa Cour | 01/05/2018 | 01/05/2021 | 13.67000000 | 0.16116670 | Edker Lee Dyer | Florida | Mt. Carmel |
| Section 13, T5N-R29W, E/2 NW/4 SE/4, 14 acres, more or less, in Santa Rosa County, Florid | 12/07/2017 | 12/07/2020 | 13.67000000 | 0.22783338 | Wanda D. Castro | Florida | Mt. Carmel |
| 366.447 acres, more or less, in Santa Rosa County, Florida | 02/25/2019 | 02/25/2022 | 366.44700000 | 35.04366090 | Raymond Joseph Hood, a married man dealing with his sole and | Florida | Mt. Carmel |
| Township 5 North, Range 29 West, Section 13 NWSE, 14 acres, more or less in Santa Rosa Co | 07/02/2018 | 07/02/2021 | 14.68000000 | 1.22333328 | Winnie G. Williams | Florida | Mt. Carmel |
| Township 5 North, Range 29 West, Section 13, beginning at the SENWSE, running 330 yards N | 08/06/2018 | 08/06/2021 | 14.68000000 | 0.40777768 | Samuel Maldonado | Florida | Mt. Carmel |
| Township 5 North, Range 29 West, Section 13, Beginning at the SE corner of the NWSE, runn | 07/02/2018 | 07/02/2021 | 14.68000000 | 0.30583328 | Jane Kay Volpe | Florida | Mt. Carmel |
| Beginning at the SE corner of the NWSE, running 330 yards North and corner, thence West 20 | 07/02/2018 | 07/02/2021 | 14.68000000 | 0.30583328 | Jesse Robert Summerlin | Florida | Mt. Carmel |
| Township 5 North, Range 29 West, Section 13, Beginning at the SW corner of the NWSE, runn | 07/02/2018 | 07/02/2021 | 14.68000000 | 0.40777767 | Terry Maldonado | Florida | Mt. Carmel |
| Beginning at the SE corner of the NWSE, running 330 yards North and corner, thence West 20 | 07/02/2018 | 07/02/2021 | 14.68000000 | 0.30583328 | Penny Lee Summerlin | Florida | Mt. Carmel |
| Beginning at the SE corner of the NWSE, running 330 yards North and corner, thence West 20 | 08/06/2018 | 08/06/2021 | 14.68000000 | 0.40777767 | David Maldonado | Florida | Mt. Carmel |
| 426.447 acres, more or less, in Santa Rosa County, Florida | 02/14/2019 | 02/14/2022 | 426.44700000 | 219.34466698 | John E and Kathryn H Williams Revocable Family Trust Dec | Florida | Mt. Carmel |
| 357.447 acres, more or less, in Santa Rosa County, Florida | 02/25/2019 | 02/25/2022 | 366.44700000 | 35.04364198 | Laura Helen Kalata and husband, George R. Kalata | Florida | Mt. Carmel |
| 357.447 acres, more or less, in Santa Rosa County, Florida | 02/25/2019 | 02/25/2022 | 366.44700000 | 35.04363962 | Bruce Alexander Hood and wife, Elizabeth Ann Stanley | Florida | Mt. Carmel |
| 159 acres, more or less, in Santa Rosa County, Florida. | 02/27/2019 | 02/27/2022 | 159.00000000 | 13.24999947 | Donna Marie Atkins and husband, David Fred Atkins | Florida | Mt. Carmel |
| 159 acres, more or less, in Santa Rosa County, Florida | 02/27/2019 | 02/27/2022 | 159.00000000 | 13.24999947 | Margaret D. Howd and husband, James A. Howd, Jr. | Florida | Mt. Carmel |
| 159 acres, more or less, in Santa Rosa County, Florida. | 02/27/2019 | 02/27/2022 | 159.00000000 | 13.24999947 | Amy Kathleen & husband Michael Douglas Murphy | Florida | Mt. Carmel |
| 159 acres, more or less, in Santa Rosa County, Florida | 02/27/2019 | 02/27/2022 | 159.00000000 | 13.24999947 | Deanna R. Fletcher | Florida | Mt. Carmel |
| 142 acres, more or less, in Santa Rosa County, Florida. | 04/01/2019 | 04/01/2022 | 142.00000000 | 11.83333286 | Deanna R. Fletcher | Florida | Mt. Carmel |
| 142 acres, more or less, in Santa Rosa County, Florida | 04/01/2019 | 04/01/2022 | 142.00000000 | 11.83333286 | Margaret D. Howd and husband, James A. Howd, Jr. | Florida | Mt. Carmel |
| 142 acres, more or less, in Santa Rosa County, Florida | 04/01/2019 | 04/01/2022 | 142.00000000 | 11.83333286 | Amy Kathleen & husband Michael Douglas Murphy | Florida | Mt. Carmel |
| 142 acres, more or less, in Santa Rosa County, Florida | 04/01/2019 | 04/01/2022 | 142.00000000 | 11.83333286 | Donna Marie Atkins and husband, David Fred Atkins | Florida | Mt. Carmel |
| 200 acres, more or less, in Santa Rosa County, Florida | 03/07/2019 | 03/07/2022 | 280.53700000 | 6.24999967 | Bonnie M. Divito, as Guardian of the Person and Property of | Florida | Mt. Carmel |
| 59 acres, more or less, in Santa Rosa County, Florida | 04/24/2019 | 04/24/2022 | 0.00000000 | 0.00000000 | John L. Burkhead, Jr. and wife, Amy Alford Burkhead | Florida | Mt. Carmel |
| 35.5 acres, more or less, in Santa Rosa County, Florida | 04/24/2019 | 04/24/2022 | 35.50000000 | 23.49999997 | Hazel Lucille Blackmon | Florida | Mt. Carmel |
| 57.657 acres, more or less, in Santa Rosa County, Florida | 05/01/2019 | 05/01/2022 | 57.65700000 | 8.39750000 | Barnett E. Hendricks and Mary Evelyn Hendricks | Florida | Mt. Carmel |
| 60.413 acres, more or less, in Santa Rosa County, Florida | 04/25/2019 | 04/25/2022 | 60.41300000 | 22.67110000 | Hendricks Living Trust dtd 9/3/2003 | Florida | Mt. Carmel |
| 55.417 acres, more or less, in Santa Rosa County, Florida | 05/01/2019 | 05/01/2022 | 55.41700000 | 6.15744438 | Flora Mae Cole | Florida | Mt. Carmel |
| 55.417 acres, more or less, in Santa Rosa County, Florida | 05/01/2019 | 05/01/2022 | 55.41700000 | 6.15744438 | James Melvin Hendricks and Mary F. Hendricks | Florida | Mt. Carmel |
| 32 acres, more or less, in Santa Rosa County, Florida | 04/15/2019 | 04/15/2022 | 32.00000000 | 32.00000000 | Opal Annette Scott Hendricks | Florida | Mt. Carmel |
| 1.837 acres, more or less, in Santa Rosa County, Florida | 04/25/2019 | 04/25/2022 | 1.83700000 | 1.83700000 | Opal Annette Scott Hendricks | Florida | Mt. Carmel |
| 55.373 acres, more or less, in Santa Rosa County, Florida | 04/25/2019 | 04/25/2022 | 55.37300000 | 6.15255549 | W.R. Hendricks, trustee and Opal Scott Hendricks, as Trustee | Florida | Mt. Carmel |
| 59.097 acres, more or less, in Santa Rosa County, Florida | 05/01/2019 | 05/01/2022 | 59.09700000 | 9.83750000 | John D. Hendricks | Florida | Mt. Carmel |
| 40.68 acres, more or less, in Santa Rosa County, Florida | 05/21/2019 | 05/21/2022 | 40.68000000 | 1.93710000 | Pat O. Nobley | Florida | Mt. Carmel |
| 40.68 acres, more or less, in Santa Rosa County, Florida | 05/21/2019 | 05/21/2022 | 40.68000000 | 1.93709617 | Eveline R Nobley | Florida | Mt. Carmel |
| 55.417 acres, more or less, in Santa Rosa County, Florida | 06/27/2019 | 06/27/2022 | 55.41700000 | 6.15744438 | Joe O. Campbell and Patricia H. Campbell | Florida | Mt. Carmel |
| 40 acres, more or less, in Santa Rosa County, Florida | 06/18/2019 | 06/18/2022 | 40.00000000 | 4.44444440 | Nicholas Todd Farish | Florida | Mt. Carmel |
| T5NR29W Sec 16: | 08/07/2019 | 08/07/2022 | 40.00000000 | 1.48150000 | Donna L. Fritz | Florida | Mt. Carmel |
| 301 acres, more or less, in Santa Rosa County, Florida | 07/23/2019 | 07/23/2022 | 301.00000000 | 100.33333000 | James Milton Bates, Trustee of the Lillian Louise Hendri | Florida | Mt. Carmel |
| 20.78 acres, more or less, in Santa Rosa County, Florida | 08/05/2019 | 08/05/2022 | 20.78000000 | 8.39595951 | Roderick Carl Wolfe and wife, Vicki Renee Wolfe | Florida | Mt. Carmel |
| 38.26 acres, more or less, in Santa Rosa County, Florida | 08/05/2019 | 08/05/2022 | 38.26000000 | 15.45858570 | Terry L. Wolfe and wife, Diane E. Wolfe | Florida | Mt. Carmel |
| 19.58 acres, more or less, in Santa Rosa County, Florida | 08/05/2019 | 08/05/2022 | 19.58000000 | 7.91111103 | Cynthia L. Maddux and husband, David Don Maddux | Florida | Mt. Carmel |
| 18.63 acres, more or less, in Santa Rosa County, Florida | 08/05/2019 | 08/05/2022 | 18.63000000 | 7.52727265 | Jeffrey L. Wolfe and wife, Cynthia J. Wolfe | Florida | Mt. Carmel |
| 99 acres, more or less, in Santa Rosa County, Florida | 08/19/2019 | 08/19/2022 | 99.00000000 | 24.75000000 | John L. Burkhead, Jr. and wife, Amy Alford Burkhead | Florida | Mt. Carmel |
| 10.67 acres, more or less, in Santa Rosa County, Florida | 08/05/2019 | 08/05/2022 | 10.67000000 | 5.33500000 | Albert Matthew Wolfe and wife, Elizabeth M. Wolfe | Florida | Mt. Carmel |
| 60 acres, more or less, in Santa Rosa County, Florida | 08/13/2019 | 08/13/2022 | 60.00000000 | 15.00000000 | Elizabeth R. Epstein | Florida | Mt. Carmel |
| 99 acres, more or less, in Santa Rosa County, Florida | 08/19/2019 | 08/19/2022 | 99.00000000 | 8.24999670 | Laura McCrory Grissett and husband Ritchie D Grissett | Florida | Mt. Carmel |
| 99 acres, more or less, in Santa Rosa County, Florida | 08/19/2019 | 08/19/2022 | 99.00000000 | 8.24999967 | Renay McCrory Smith | Florida | Mt. Carmel |
| 190 acres, more or less, in Santa Rosa County, Florida | 08/28/2019 | 08/28/2022 | 190.00000000 | 23.75000000 | Susan Lanier McCord Alcorn | Florida | Mt. Carmel |
| 190 acres, more or less, in Santa Rosa County, Florida | 09/24/2019 | 09/24/2022 | 190.00000000 | 23.75000000 | Millard C McCord as trustee of the Millard C McCord Revocus | Florida | Mt. Carmel |
| 159 acres, more or less, in Santa Rosa County, Florida | 10/07/2019 | 10/07/2022 | 159.00000000 | 52.99999947 | The Kathleen Hendricks Parks Revocable Trust U/T/A | Florida | Mt. Carmel |
| 142 acres, more or less, in Santa Rosa County, Florida | 10/07/2019 | 10/07/2022 | 142.00000000 | 47.33330000 | The Kathleen Hendricks Parks Revocable Trust U/T/A | Florida | Mt. Carmel |
| 640 acres, more or less, in Santa Rosa County, Florida | 10/03/2019 | 10/03/2022 | 640.00000000 | 95.00000000 | John Riley Pittman | Florida | Mt. Carmel |
| 99 acres, more or less, in Santa Rosa County, Florida | 10/03/2019 | 10/03/2022 | 99.00000000 | 8.24999967 | Chad Clayton McCrory | Florida | Mt. Carmel |
| 640 acres, more or less, in Santa Rosa County, Florida | 10/02/2019 | 10/02/2022 | 640.00000000 | 57.00000000 | Mary Brooks Pittman | Florida | Mt. Carmel |
| 640 acres, more or less, in Santa Rosa County, Florida | 10/02/2019 | 10/02/2022 | 640.00000000 | 57.00000000 | Mary Brooks Pittman POA for Sally Elizabeth Pittman | Florida | Mt. Carmel |
| 640 acres, more or less, in Santa Rosa County, Florida | 10/03/2019 | 10/03/2022 | 640.00000000 | 95.00000000 | Thomas B. Henry | Florida | Mt. Carmel |
| 9.633 acres, more or less, in Santa Rosa County, Florida | 10/08/2019 | 10/08/2022 | 9.63300000 | 2.40825000 | George Allen Taylor | Florida | Mt. Carmel |
| 9.633 acres, more or less, in Santa Rosa County, Florida | 10/08/2019 | 10/08/2022 | 9.63300000 | 2.40825000 | Mary A. Taylor | Florida | Mt. Carmel |
| 320 acres, more or less, in Santa Rosa County, Florida | 10/01/2019 | 10/01/2022 | 320.00000000 | 1.00000000 | Beverly Bradley Ross | Florida | Mt. Carmel |
| 99 acres, more or less, in Santa Rosa County, Florida | 08/26/2019 | 08/26/2022 | 99.00000000 | 4.75000020 | B. Keith Miller and wife, Gabriela Miller | Florida | Mt. Carmel |
| 640 acres, more or less, in Santa Rosa County, Florida | 10/02/2019 | 10/02/2022 | 640.00000000 | 38.00000000 | Frances A. Vonk | Florida | Mt. Carmel |
| 640 acres, more or less, in Santa Rosa County, Florida | 10/21/2019 | 10/21/2022 | 640.00000000 | 24.81600000 | George R. Kravis II Trust (BOKF NA as Agent for Henry R Krav | Florida | Mt. Carmel |
| 279 acres, more or less, in Escambia County, Alabama | 10/03/2019 | 10/03/2022 | 279.00000000 | 0.73809400 | Thomas Leon Martin | Alabama | Mt. Carmel |
| 279 acres, more or less, in Escambia County, Alabama | 10/03/2019 | 10/03/2022 | 279.00000000 | 0.73809450 | John Robert Martin | Alabama | Mt. Carmel |
| 640 acres, more or less, in Santa Rosa County, Florida | 10/03/2019 | 10/03/2022 | 640.00000000 | 38.00000000 | Edmund T. Henry III | Florida | Mt. Carmel |
| T5N, R29W Sec. 27: SWSW, Sec. 38: NWNW. 80 acres, more or less, in Santa Rosa County, Flo | 11/19/2019 | 11/19/2022 | 80.00000000 | 2.50000000 | Johnny R. Browder | Florida | Mt. Carmel |

EXHIBIT 3

Case:20-12377-EEB Doc#:16-2 Filed:04/23/20 Entered:04/23/20 22:39:39 Page

| Description | Date 1 | Date 2 | Acres | Amount | Name | State | Prospect |
|---|---|---|---|---|---|---|---|
| Township 39 North, Range 61 West | 01/08/2015 | 01/08/2020 | 120.00000000 | 45.00000000 | Zela Hellen Nancy Stevenson | Wyoming | Mule Creek Prospect |
| Township 39 North, Range 61 West | 12/01/2010 | 12/01/2020 | 360.00000000 | 360.00000000 | Office of Natural Resources Revenue | Wyoming | Mule Creek Prospect |
| Township 39 North, Range 62 West | 12/01/2010 | 12/01/2020 | 400.00000000 | 400.00000000 | Office of Natural Resources Revenue | Wyoming | Mule Creek Prospect |
| Township 39 North, Range 61 West | 01/01/2011 | 01/01/2021 | 2,045.63000000 | 2,045.63000000 | Office of Natural Resources Revenue | Wyoming | Mule Creek Prospect |
| Township 39 North, Range 62 West | 04/01/2015 | 04/01/2025 | 1,693.20000000 | 1,693.20000000 | Office of Natural Resources Revenue | Wyoming | Mule Creek Prospect |
| Township 39 North, Range 61 West | 10/01/2013 | 10/01/2023 | 40.00000000 | 40.00000000 | Office of Natural Resources Revenue | Wyoming | Mule Creek Prospect |
| Township 39 North, Range 62 West | 10/01/2013 | 10/01/2023 | 690.28000000 | 690.28000000 | Office of Natural Resources Revenue | Wyoming | Mule Creek Prospect |
| Township 39 North, Range 61 West | 10/01/2013 | 10/01/2023 | 775.04000000 | 775.04000000 | Office of Natural Resources Revenue | Wyoming | Mule Creek Prospect |
| Township 39 North, Range 62 West | 02/09/2015 | 02/09/2020 | 520.00000000 | 292.00000000 | Stanley O. Swanson | Wyoming | Mule Creek Prospect |
| 1OAK02N-20-10 | 10/08/2104 | 10/08/2107 | 23.00000000 | 0.81250000 | Troylene Burch | Mississippi | Oakhay Creek North Prospect |
| 1OAK02S-22-05 | 06/03/2015 | 06/03/2018 | 148.00000000 | 0.12846400 | Sandra Masters | Mississippi | Oakhay Creek South Prospect |
|  | 06/03/2015 | 06/03/2020 | 148.00000000 | 0.12846400 | Cynthia Muncher | Mississippi | Oakhay Creek South Prospect |
| 1OAK02S-20-12 | 10/08/2104 | 10/08/2107 | 36.00000000 | 1.12500000 | Troylene Burch | Mississippi | Oakhay Creek South Prospect |
| 1OAK02S-22-05 | 06/03/2015 | 06/03/2020 | 148.00000000 | 0.12846400 | Martha Michelle Matthews | Mississippi | Oakhay Creek South Prospect |
|  | 05/12/2015 | 05/12/2020 | 148.00000000 | 0.12845956 | Sherry Matthews | Mississippi | Oakhay Creek South Prospect |
| Township 2 North, Range 14 East, Section 13: NWNW, SWNW, SENW, NESW, 160 acres, more | 01/04/2019 | 01/04/2022 | 160.00000000 | 6.00000000 | Melton E. Rhodes, Executor U/W of Mary Winona Parker Rhodes, | Mississippi | North Pachuta |
| Township 2 North, Range 15 East, Sec. 18: E2SE; Sec. 19: NENE, 120 acres, more or less, in Cla | 01/10/2019 | 01/10/2022 | 120.00000000 | 3.75000000 | Marvin B. Speed | Mississippi | North Pachuta |
| Township 2 North, Range 14 East, Section 13: N2NW, SENW, 120 acres, more or less, in Clark | 01/08/2019 | 01/08/2022 | 120.00000000 | 15.18744000 | The Termo Company, David E. Combs, President | Mississippi | North Pachuta |
| Township 2 North, Range 15 East, Sec. 19: NENE, 40 acres, more or less, in Clarke County, Mi | 12/04/2018 | 12/04/2021 | 40.00000000 | 0.83333200 | Annette R. Ward | Mississippi | North Pachuta |
| Township 2 North, Range 14 East, Sec. 12: SWNE; W2SE, Sec. 13: N2NE, 200 acres, more or le | 01/14/2019 | 01/14/2022 | 200.00000000 | 45.00000000 | Anadarko E&P Company LP a Delaware Corporation | Mississippi | North Pachuta |
| Township 2 North, Range 14 East, Sec. 1, SENE, 19.11 acres, more or less, in Clarke County, M | 05/05/2019 | 05/05/2022 | 19.11000000 | 5.27750000 | Lisa A. Ivy | Mississippi | North Pachuta |
| Township 2 North, Range 14 East, Sec. 1, SENE, 1.12 acres, more or less, in Clarke County, Mi | 05/05/2019 | 05/05/2022 | 1.12000000 | 0.56000000 | Elizabeth P. Ivy | Mississippi | North Pachuta |
| Township 2 North, Range 14 East, Section 1, SE, 57 acres, more or less, in Clarke County, Miss | 05/02/2019 | 05/02/2022 | 57.00000000 | 28.50000000 | Gay Dawn Horne-Nelson | Mississippi | North Pachuta |
| Township 2 North, Range 14 East, Sec. 13: N2NW, SENW, containing120 acres, more or | 03/01/2019 | 03/01/2021 | 120.00000000 | 45.00000000 | Burlington Resources Oil & Gas Co. LP | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12: E2NE; NWNE; part of SENW, part of SWNW, containing 135 acres, more c | 02/22/2019 | 02/22/2022 | 135.00000000 | 0.65280006 | Charles W. Gillis | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12: E2NE; NWNE; part of SENW, part of SWNW, containing 135 acres, more c | 02/22/2019 | 02/22/2022 | 135.00000000 | 0.39169994 | Errol L. Gillis | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12: E2NE; NWNE; part of SENW, part of SWNW, containing 135 acres, more c | 02/22/2019 | 02/22/2022 | 135.00000000 | 0.39169994 | Kirk Gillis | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12: E2NE; NWNE; part of SENW, part of SWNW | 02/22/2019 | 02/22/2022 | 135.00000000 | 0.39169994 | Kris K. Gillis | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12: E2NE; NWNE; part of SENW, part of SWNW, 135 acres, more or less, in Cl | 02/22/2019 | 02/22/2022 | 135.00000000 | 1.95830001 | Mary Katie Gillis | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12: E2NE; NWNE; part of SENW, part of SWNW, 135 acres, more or less, in Cl | 02/22/2019 | 02/22/2022 | 135.00000000 | 0.65280006 | Norman B. Gillis, III | Mississippi | North Pachuta |
| T2N, R14E, Sec. 1, SENE, 17.02 acres, more or less, in Clarke County, Mississippi | 02/15/2019 | 02/15/2022 | 17.02000000 | 5.50500000 | Virginia Ivy Gilmer and Richmond L. Gilmer | Mississippi | North Pachuta |
| T2N, R14E, Sec. 13, NWNW, SENW, W2SW, SESW, 200 acres, more or less, in Clarke County, M | 03/11/2019 | 03/11/2022 | 200.00000000 | 3.75000000 | Gerald D. Mills | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12: E2NE; NWNE; part of SENW, part of SWNW, 135 acres, more or less, in Cl | 02/22/2019 | 02/22/2022 | 135.00000000 | 0.39169994 | Gail Thompson | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12: E2NE; NWNE; part of SENW, part of SWNW, 135 acres, more or less, in Cl | 02/20/2019 | 02/20/2022 | 135.00000000 | 5.68750005 | Wise Oil Corporation, Gary M. Wise, President | Mississippi | North Pachuta |
| T2N, R14E, Sec 13: W2SW, SESW, 120 acres, more or less, in Clarke County, Mississippi | 03/11/2019 | 03/11/2022 | 120.00000000 | 6.00000000 | Dr. Paul H. Parker, Jr. | Mississippi | North Pachuta |
| T2N, R14E, Section 12, SW, 160.94 acres, more or less, in Clarke County, Mississippi | 03/30/2017 | 03/30/2020 | 160.94000000 | 10.05875000 | Univestors, LLC | Mississippi | North Pachuta |
| T2N, R14E, Sec. 13: S2NE; and T2N, R15E Sec. 18: SWNW, 120 acres, more or less, in Clarke C | 03/14/2017 | 03/14/2020 | 120.00000000 | 3.33324000 | Paul Sullivan | Mississippi | North Pachuta |
| T2N, R14E Sec. 13: S2NE; and T2N, R15E Sec. 15, SWNW, 120 acres, more or less, iin Clarke C | 03/01/2017 | 03/01/2020 | 120.00000000 | 5.00004000 | Julian Lane Wheless | Mississippi | North Pachuta |
| T2N, R15E, Sec. 12: SW, T2N, R14E Sec. 13,:NENW, 161.2 acres, more or less, in Clarke Count | 03/28/2017 | 03/28/2020 | 161.20000000 | 10.07500000 | Zebra Properties, LLC | Mississippi | North Pachuta |
| T2N, R14E, Sec 13: SWNE, 35 acres, more or less, in Clarke County, Mississippi | 04/13/2017 | 04/13/2020 | 35.00000000 | 17.50000000 | William H. Huff, Sr. | Mississippi | North Pachuta |
| T2N, R14E. Sec. 12: SW, 160.94 acres, more or less, in Clarke County, Mississippi | 04/05/2017 | 04/05/2020 | 160.94000000 | 45.76731250 | Elloine M. Clark | Mississippi | North Pachuta |
| T2N, R14E, Sec. 13: S2NE; and T2N, R15E Sec 18: SWNW, 120 acres, more or less, in Clarke C | 03/14/2017 | 03/14/2020 | 120.00000000 | 1.66670024 | Celia Franklin Draughn Gargaro | Mississippi | North Pachuta |
| T2N, R14E Sec. 12: SWNE, 3 acres, more or less, in Clarke County, Mississippi | 04/04/2017 | 04/04/2020 | 3.00000000 | 0.75000000 | James T. Blackburn | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12: pt. of SENW, 26.55 acres, more or less, in Clarke County, Mississipp | 06/21/2017 | 06/21/2020 | 26.55000000 | 26.20000000 | Black Stone Minerals Co., LP and Matagorda B1, LP | Mississippi | North Pachuta |
| T2N, R14E, Sec. 13: S2NE, T2N, R15E, Sec. 18: SWNW, 120 acres, more or less, in Clarke Coun | 06/21/2017 | 06/21/2020 | 120.00000000 | 60.00000000 | Black Stone Minerals Co., LP and Matagorda B1, LP | Mississippi | North Pachuta |
| T2N, R15E Sec: 19 NENW, NWNE, 61 acres, more or less, in Clarke County, Mississippi | 09/27/2018 | 09/27/2021 | 61.00000000 | 30.50000000 | Charles Larry Boney | Mississippi | North Pachuta |
| T2N, R15E, Sec. 18: NWSW, NESW, 61 acres, more or less, in Clarke County, Mississippi | 10/24/2018 | 10/24/2021 | 61.00000000 | 30.50000000 | Johnnie Ray Boney | Mississippi | North Pachuta |
| T2N, R15E, Sec. 18 SWSW, SESW, T2N, R15E, Sec. 19 NENW, 61 acres, more or less, in Clarke | 09/11/2018 | 09/11/2021 | 61.00000000 | 30.50000000 | Roy Stevens Boney | Mississippi | North Pachuta |
| T2N, R15E, Sec. 18 E2SE, T2N, R15E, Sec. 19 NENE, 120 acres, more or less, in Clarke County, | 09/24/2018 | 09/24/2021 | 120.00000000 | 1.66680000 | Buchanan Company, LLC | Mississippi | North Pachuta |
| T2N, R15E, Sec. 18 E2SE, T2N, R15E, Sec. 19 NENE, 120 acres, more or less, in Clarke County, | 10/04/2018 | 10/04/2021 | 120.00000000 | 7.50000000 | Bettye Gayle Couch | Mississippi | North Pachuta |
| T2N, R14E, Sec. 1 NESE, NWSE, 30 acres, more or less, in Clarke County, Mississippi | 10/09/2018 | 10/09/2021 | 30.00000000 | 12.32142000 | Jonathan M. Cranford | Mississippi | North Pachuta |
| T2N, R15E, Sec. 18 SWNE, NWSE, E2SW, 120 acres, more or less, in Clarke County, Mississipp | 10/15/2018 | 10/15/2021 | 120.00000000 | 3.07700000 | Alfred N. Evans | Mississippi | North Pachuta |
| T2N, R15E, Sec. 18 SWNE, NWSE, E2SW, 120 acres, more or less, in Clarke County, Mississippi | 10/15/2018 | 10/15/2021 | 120.00000000 | 3.07700000 | James K. Evans | Mississippi | North Pachuta |
| T2N R14E Sec: 13: SE, T2N, R15E Sec. 18: SWSW, T2N, R15E, Sec. 19 NWNW, 215 acres, more or | 10/01/2018 | 10/01/2021 | 215.00000000 | 120.75000000 | Fatherree Family Limited Partnership | Mississippi | North Pachuta |
| T2N R15E Sec. 18: SWNE; NWSE, 80 acres, more or less, in Clarke County, Mississippi | 10/16/2018 | 10/16/2021 | 80.00000000 | 1.25000000 | Robert Bryan Hash Family 2006 GST Exempt Trust Steven Vincen | Mississippi | North Pachuta |
| T2N R15E Sec. 18: SWNE;NWSE, 80 acres, more or less, in Clarke County, Mississippi | 10/16/2018 | 10/16/2021 | 80.00000000 | 1.25000000 | Steven Vincent Hash Family 2006 GST Exempt Trust | Mississippi | North Pachuta |
| T2N R15E Sec. 18: SWNE;NWSE, 80 acres, more or less, in Clarke County, Mississippi | 09/20/2018 | 09/20/2021 | 80.00000000 | 3.33333600 | Deborah A. Hughes | Mississippi | North Pachuta |
| T2N R15E Sec. 18: SWNE; NWSE, 80 acres, more or less, in Clarke County, Mississippi | 09/24/2018 | 09/24/2021 | 80.00000000 | 0.83333360 | Janie E. Hughes | Mississippi | North Pachuta |
| T2N R15E Sec. 18: SWNE; NWSE, 80 acres, more or less, in Clarke County, Mississippi | 09/24/2018 | 09/24/2021 | 80.00000000 | 0.83333360 | Richard F. Hughes | Mississippi | North Pachuta |
| T2N R15E Sec. 18: E2SE, Sec. 19: NENE, 120 acres, more or less, in Clarke County, Mississippi | 10/08/2018 | 10/08/2021 | 120.00000000 | 1.25004000 | Carolynn N. Kirkland | Mississippi | North Pachuta |
| T2N R15E Sec. 18: E2SE, Sec. 19: NENE, 120 acres, more or less, in Clarke County, Mississippi | 10/08/2018 | 10/08/2021 | 120.00000000 | 1.25004000 | Jeremiah S. Kirkland | Mississippi | North Pachuta |
| T2N R15E, Sec. 18 SWNE, NWSE, E2SW, 120 acres, more or less, in Clarke County, Mississippi | 10/23/2018 | 10/23/2021 | 120.00000000 | 0.61540000 | Margie Ruth McCoy | Mississippi | North Pachuta |
| T2N, R14E, Sec. 1: N2SE, 77 acres, more or less, in Clarke County, Mississippi | 10/17/2018 | 10/17/2021 | 77.00000000 | 31.62497800 | Robert M. Sanders | Mississippi | North Pachuta |
| T2N, R14E, Sec. 14 S2SE, 77 acres, more or less, in Clarke County, Mississippi | 10/05/2018 | 10/05/2021 | 77.00000000 | 9.62500000 | Deborah Freeman Smith | Mississippi | North Pachuta |
| T2N R15E, Sec. 18 SWNE, NWSE, E2SW, 120 acres, more or less, in Clarke County, Mississippi | 10/15/2018 | 10/15/2021 | 120.00000000 | 3.07700000 | Toye Evans Smith | Mississippi | North Pachuta |
| T2N R15E. Sec. 18: SWNE; NWSE, 80 acres, more or less, in Clarke County, Mississippi | 09/20/2018 | 09/20/2021 | 80.00000000 | 3.33336000 | Jean B. Talbot | Mississippi | North Pachuta |
| T2N R15E. Sec. 18: E2SE, Sec. 19: NENE, 120 acres, more or less, in Clarke County, Mississippi | 10/08/2018 | 10/08/2021 | 120.00000000 | 1.25004000 | Michael James Thompson | Mississippi | North Pachuta |
| T2N R15E, Sec. 18 SWNE, NWSE, E2SW, 120 acres, more or less, in Clarke County, Mississippi | 10/15/2018 | 10/15/2021 | 120.00000000 | 3.07700000 | Linda Evans Turner | Mississippi | North Pachuta |
| T2N R15E. Sec. 18 SWNE, NWSE, E2SW, 120 acres, more or less, in Clarke County, Mississippi | 10/15/2018 | 10/15/2021 | 120.00000000 | 6.15400000 | Frances Evans Willemon | Mississippi | North Pachuta |
| T2N R15E, Sec. 18 SWNE, NWSE, E2SW, 120 acres, more or less, in Clarke County, Mississippi | 10/23/2018 | 10/23/2021 | 120.00000000 | 0.61540000 | Mary Gail Williams | Mississippi | North Pachuta |
| T2N R15E Sec. 18: E2SE, Sec. 19: NENE, 120 acres, more or less, in Clarke County, Mississippi | 09/21/2018 | 09/21/2021 | 120.00000000 | 1.66668000 | Robert H. Mullett | Mississippi | North Pachuta |
| T2N R15E Sec. 18: E2SE, Sec. 19: NENE, 120 acres, more or less, in Clarke County, Mississippi | 10/08/2018 | 10/08/2021 | 120.00000000 | 5.00004000 | William Marion Roberson, II | Mississippi | North Pachuta |
| T2N R15E. Sec. 18: SWNE, NWSE, 120 acres, more or less, in Clarke County, Mississippi | 10/15/2018 | 10/15/2021 | 120.00000000 | 3.07700000 | Joye Evans Combest | Mississippi | North Pachuta |
| T2N R15E, Sec. 18 SWNE, NWSE, E2SW, 119 acres, more or less, in Clarke County, Mississippi | 10/15/2018 | 10/15/2021 | 119.00000000 | 9.11540000 | Robert W. Evans | Mississippi | North Pachuta |
| T2N R15E, Sec. 18 SWNE, NWSE, E2SW, 120 acres, more or less, in Clarke County, Mississippi | 10/15/2018 | 10/15/2021 | 120.00000000 | 1.53850000 | Stephen Ray Evans | Mississippi | North Pachuta |
| T2N R15E. Sec. 18: SWNE; NWSE, 80 acres, more or less, in Clarke County, Mississippi | 09/24/2018 | 09/24/2021 | 80.00000000 | 0.83333360 | F. Simpson Hughes | Mississippi | North Pachuta |

EXHIBIT 3

| Description | Date | Date | Amount | Value | Name | State | County |
|---|---|---|---|---|---|---|---|
| T2N, R14E, Sec. 1 N2SE, 83 acres, more or less, in Clarke County, Mississipp | 10/25/2018 | 10/25/2021 | 83.00000000 | 7.41073800 | Katie Sanders Lightsey | Mississippi | North Pachuta |
| T2N R15E Sec. 18: E2SE, Sec. 19: NENE, 120 acres, more or less, in Clarke County, Mississipp | 09/21/2018 | 09/21/2021 | 120.00000000 | 1.66668000 | Ann C. Mullett Revocable Trust, John R. Mullett, Trustee | Mississippi | North Pachuta |
| T2N R15E Sec. 18: E2SE, Sec. 19: NENE, 120 acres, more or less, in Clarke County, Mississipp | 10/08/2018 | 10/08/2021 | 120.00000000 | 1.25004000 | Julie Kirkland Rowell | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12 N2SE, 47 acres, more or less, in Clarke County, Mississipp | 10/12/2018 | 10/12/2021 | 47.00000000 | 19.30355800 | Teresa C. Tullos | Mississippi | North Pachuta |
| T2N R15E, Sec. 18 SWNE, NWSE, E2SW, 120 acres, more or less, in Clarke County, Mississippi | 02/20/2019 | 02/20/2022 | 120.00000000 | 0.61540000 | Edward Lee Williams | Mississippi | North Pachuta |
| T2N, R15E, Sec. 18 SWNE, NWSE, E2SW, 120 acres, more or less, in Clarke County, Mississippi | 10/15/2018 | 10/15/2021 | 120.00000000 | 3.07700000 | Carol Diane Evans Wright | Mississippi | North Pachuta |
| T2N, R14E, Sec. 1 NESE, 2 acres, more or less, in Clarke County, Mississipp | 10/23/2018 | 10/23/2021 | 2.00000000 | 1.64285800 | Calvin Adams Sanders | Mississippi | North Pachuta |
| T2N, R14E, Sec. 1: N2SE, 83 acres, more or less, in Clarke County, Mississipp | 10/29/2018 | 10/29/2021 | 83.00000000 | 7.41073800 | James L. Archey | Mississippi | North Pachuta |
| T2N, R14E, Sec. 1: S2SE, less and except 3 acres, 77 acres, more or less, in Clarke County, Mis | 10/05/2018 | 10/05/2021 | 77.00000000 | 9.62500000 | Daniel Michael Freeman | Mississippi | North Pachuta |
| T2N, R14E Sec. 12: N2NE, 80 acres, more or less, in Clarke County, Mississipp | 11/01/2018 | 11/01/2021 | 80.00000000 | 20.00000000 | Raymond L. Heard and Leticia L. Heard RT | Mississippi | North Pachuta |
| T2N, R14E, Sec. 1: S2SE, less and except 3 acres, 77 acres, more or less, in Clarke County, Miss | 11/12/2018 | 11/12/2021 | 77.00000000 | 19.25000000 | Virginia D. Herring | Mississippi | North Pachuta |
| T2N R15E. Sec. 18: SWNE; NWSE: E2SW, 120 acres, more or less, in Clarke County, Mississippi | 10/23/2018 | 10/23/2021 | 120.00000000 | 0.61540000 | Charles Darius Knapp | Mississippi | North Pachuta |
| T2N R15E. Sec. 18: SWNE; NWSE, 80 acres, more or less, in Clarke County, Mississippi | 11/05/2018 | 11/05/2021 | 80.00000000 | 0.83333360 | Robert W. Waddell, Jr. | Mississippi | North Pachuta |
| T2N, R14E Sec. 13: SE; T2N R15E Sec. 18: E2SW, 200 acres, more or less, in Clarke County, Mi | 12/15/2018 | 12/15/2021 | 200.00000000 | 94.33340000 | Black Stone Minerals Company, L.P. | Mississippi | North Pachuta |
| T2N R15E Sec. 18: E2SE, 80 acres, more or less, in Clarke County, Mississippi | 12/15/2018 | 12/15/2021 | 80.00000000 | 38.92480000 | Black Stone Minerals Company, L.P. | Mississippi | North Pachuta |
| T2N R15E Sec. 18: NWNW less 2 acres; SWNW, SENW, SWNE, NWSE, SWSE, 238 acres, more | 12/26/2018 | 12/26/2021 | 238.00000000 | 114.00000000 | The Allar Company and EG3, Inc. | Mississippi | North Pachuta |
| T2N R15E Sec. 19: NENE, 40 acres, more or less, in Clarke County, Mississippi | 12/07/2018 | 12/07/2021 | 40.00000000 | 2.50000000 | Ada R. Baker | Mississippi | North Pachuta |
| T2N R14E Sec. 13: W2NW, SENW, 160 acres, more or less, in Clarke County, Mississippi | 12/18/2018 | 12/18/2021 | 160.00000000 | 20.00000000 | F. L. Clayton Trust, James D. Angero, Trustee | Mississippi | North Pachuta |
| T2N, R14E Sec. 1: SESE, 1.5 acres, more or less, in Clarke County, Mississipp | 11/12/2018 | 11/12/2021 | 1.50000000 | 1.50000000 | Marie Sanders Evans, Life Estate | Mississippi | North Pachuta |
| T2N R15E Sec. 18: E2SE, Sec. 19: NENE, 120 acres, more or less, in Clarke County, Mississipp | 12/20/2018 | 12/20/2021 | 120.00000000 | 15.00000000 | Great Southern Capital Corp. | Mississippi | North Pachuta |
| T2N R15E Sec. 18: SWNE, NWSE, 80 acres, more or less, in Clarke County, Mississippi | 10/16/2018 | 10/16/2021 | 80.00000000 | 0.83333360 | Patricia McGlothlin Hawk Family Trust | Mississippi | North Pachuta |
| T2N R14E Sec. 12: E2SE, Sec. 13: S2NE, T2N R15E, Sec. 18: SWNW, 200 acres, more or less, in | 01/02/2019 | 01/02/2022 | 200.00000000 | 7.50000000 | Hemeter Properties, LLC | Mississippi | North Pachuta |
| T2N R15E Sec. 12: NENE, 40 acres, more or less, in Clarke County, Mississippi | 11/27/2018 | 11/27/2021 | 40.00000000 | 10.00000000 | Cecil M Hill, Jr | Mississippi | North Pachuta |
| T2N R15E Sec. 19: NENE, 40 acres, more or less, in Clarke County, Mississippi | 11/30/2018 | 11/30/2021 | 40.00000000 | 2.50000000 | Dan L. Hill | Mississippi | North Pachuta |
| T2N R15E Sec. 19: NENE, 40 acres, more or less, in Clarke County, Mississippi | 11/30/2018 | 11/30/2021 | 40.00000000 | 2.50000000 | Dianne Hill | Mississippi | North Pachuta |
| T2N R15E Sec. 18: SWNE; NWSE: E2SW, 120 acres, more or less, in Clarke County, Mississippi | 10/23/2018 | 10/23/2021 | 120.00000000 | 0.61540000 | Norma Jo Knapp | Mississippi | North Pachuta |
| T2N, R14E Sec. 1: SESE, 20 acres, more or less, in Clarke County, Mississippi | 02/20/2019 | 02/20/2022 | 20.00000000 | 10.00000000 | Gay Dawn Horne-Nelson | Mississippi | North Pachuta |
| T2N R15E Sec. 18: SWNE, NWSE, 80 acres, more or less, in Clarke County, Mississippi | 09/24/2018 | 09/24/2021 | 80.00000000 | 0.83333360 | John A. Hughes, Jr. | Mississippi | North Pachuta |
| T2N R15E Sec. 19: NENE, 40 acres, more or less, in Clarke County, Mississippi | 12/04/2018 | 12/04/2021 | 40.00000000 | 0.83333320 | Connie Mosley | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SW, T2N R15E Sec. 18: E2SENE, 176.94 acres, more or less, in Clarke Count | 12/20/2018 | 12/20/2021 | 176.94000000 | 15.30885000 | Parawon Corporation, Earl Hollingshead, President | Mississippi | North Pachuta |
| T2N R14E Sec. 13: NWNW, SWNW, SENW, NESW, 160 acres, more or less, in Clarke County, N | 12/20/2018 | 12/20/2021 | 160.00000000 | 8.00000000 | Dr. Paul H. Parker, Jr. | Mississippi | North Pachuta |
| T2N R14E Sec. 1 NESE, 4 acres, more or less, in Clarke County, Mississippi | 11/13/2018 | 11/13/2021 | 4.00000000 | 3.28571600 | Dustin J. Pritchett, Whitney J. Pritchett, wife | Mississippi | North Pachuta |
| T2N R15E Sec. 19: NENE, 40 acres, more or less, in Clarke County, Mississippi | 12/10/2018 | 12/10/2021 | 40.00000000 | 0.83333200 | Johnny H. Rowell | Mississippi | North Pachuta |
| T2N R14E Sec. 12: E2SE, Sec. 13: S2NE, T2N R15E, Sec. 18: SWNW, 200 acres, more or less, in | 01/02/2019 | 01/02/2022 | 200.00000000 | 7.50000000 | T. R. Clark, LLC, Tena R. Clark, Manager | Mississippi | North Pachuta |
| T2N R14E Sec. 12: E2SE, Sec. 13: S2NE, T2N R15E, Sec. 18: SWNW, 200 acres, more or less, in | 01/02/2019 | 01/02/2022 | 200.00000000 | 7.50000000 | Gardner Clark Family, LLC, Nola Virginia Gardner, Manag | Mississippi | North Pachuta |
| T2N R14E Sec. 13: NWNE, SENW, 120 acres, more or less, in Clarke County, Mississippi | 01/08/2019 | 01/08/2022 | 120.00000000 | 2.13288000 | Desoto Natural Resources, Inc., David E. Combs, Preside | Mississippi | North Pachuta |
| T2N R14E Sec. 13: NWNE, SENW, 120 acres, more or less, in Clarke County, Mississippi | 01/08/2019 | 01/08/2022 | 120.00000000 | 0.91392000 | James R. Embleton FT, Phyllis J. Embleton, Trustee | Mississippi | North Pachuta |
| T2N, R14E, Sec. 13: N2NW, SENW, 120 acres, more or less, in Clarke County, Mississippi | 01/08/2019 | 01/08/2022 | 120.00000000 | 2.13290000 | EFC Minerals, LLC, George M. Murchison, Managing Member | Mississippi | North Pachuta |
| T2N R15E Sec. 18: NWNE, NWSE, 80 acres, more or less, in Clarke County, Mississippi | 11/05/2018 | 11/05/2021 | 80.00000000 | 0.83333360 | Walter John Hillabrant | Mississippi | North Pachuta |
| T2N R15E Sec. 18: E2SE, Sec. 19: NENE, 120 acres, more or less, in Clarke County, Mississippi | 01/10/2019 | 01/10/2022 | 120.00000000 | 7.50000000 | Celia Carter Muths | Mississippi | North Pachuta |
| T2N, R14E Sec. 13: NWNE, SENW, 120 acres, more or less, in Clarke County, Mississippi | 01/08/2019 | 01/08/2022 | 120.00000000 | 2.12880000 | Carolyn C. Norton Trust, Carolyn C. Norton, Trustee | Mississippi | North Pachuta |
| T2N R14E Sec. 12: E2SE, Sec. 13: S2NE, T2N R15E, Sec. 18: SWNW, 200 acres, more or less, in | 01/02/2019 | 01/02/2022 | 200.00000000 | 7.50000000 | Peachtree Properties, LLC, Sherry C. Hamilton, Manager | Mississippi | North Pachuta |
| T2N R15E Sec. 7: SE, 106.3 acres, more or less, in Clarke County, Mississippi | 02/24/2017 | 02/24/2020 | 106.30000000 | 19.36250000 | William T. Davidson, LaVera S. Davidson, Trustees | Mississippi | North Pachuta |
| T2N R14E Sec. 13: NWNE, 40 acres, more or less, in Clarke County, Mississippi | 02/28/2018 | 02/28/2020 | 40.00000000 | 10.00000000 | Jonathan M. Cranford | Mississippi | North Pachuta |
| T2N R14E Sec. 13: S2NENE, NWNE, Sec. 12: W2SE, T2N, R15E Sec. 18: NWNW, 168 acres, mor | 02/28/2017 | 02/28/2020 | 168.00000000 | 89.00000000 | Bruce and Mary Goff Howard | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SW, Sec. 13: NENW, 200.94 acres, more or less, in Clarke County, Mississip | 03/07/2017 | 03/07/2020 | 200.94000000 | 25.11750000 | Maxine Moore Adams | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SW, Sec. 13: NENW, 175.96 acres, more or less, in Clarke County, Mississip | 03/03/2017 | 03/03/2020 | 175.96000000 | 5.66910000 | Beryl Vickers Price Williams | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SW, Sec. 13: NENW, 200.94 acres, more or less, in Clarke County, Mississip | 03/03/2017 | 03/03/2020 | 200.94000000 | 2.82350000 | Russell Meyer | Mississippi | North Pachuta |
| T2N, R14E Sec. 12: SW, Sec. 13: NENW, 200.94 acres, more or less, in Clarke County, Mississip | 03/02/2017 | 03/02/2020 | 200.94000000 | 2.82350000 | William Courtney Mills, Jr. | Mississippi | North Pachuta |
| T2N R15E Sec. 18: SWNW, 6.14 acres, more or less, in Clarke County, Mississippi | 03/09/2017 | 03/09/2020 | 6.14000000 | 1.53500000 | William P. Duvall | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SW, 160.94 acres, more or less, in Clarke County, Mississippi | 03/02/2017 | 03/02/2020 | 160.94000000 | 20.11750000 | Dr. Rennie W. Culver | Mississippi | North Pachuta |
| T2N R14E Sec. 13: S2NE, T2N R15E Sec. 18: SWNW, 120 acres, more or less, in Clarke County, | 03/07/2017 | 03/07/2020 | 120.00000000 | 50.00000000 | W.P. Bridges, Jr. | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SW, Sec. 13: NENW, 200.94 acres, more or less, in Clarke County, Mississip | 03/02/2017 | 03/02/2020 | 200.94000000 | 2.82350000 | Gerald D. Mills | Mississippi | North Pachuta |
| T2N, R14E Sec. 12: SW, Sec. 13: NENW, 175.96 acres, more or less, in Clarke County, Mississip | 03/03/2017 | 03/03/2020 | 175.96000000 | 5.66910000 | Robert B. Price, III | Mississippi | North Pachuta |
| T2N R15E, Sec. 18: SWNW, 14.4 acres, more or less, in Clarke County, Mississippi | 03/09/2017 | 03/09/2020 | 14.40000000 | 3.60000000 | Barbara W. Price | Mississippi | North Pachuta |
| T2N R15E Sec. 18: SWNW, 15.5 acres, more or less, in Clarke County, Mississippi | 03/09/2017 | 03/09/2020 | 15.50000000 | 3.87500000 | Sue P. Sexton f/k/a Sue P. Milam | Mississippi | North Pachuta |
| T2N R15E Sec. 18: NWNW, 9 acres, more or less, in Clarke County, Mississippi | 03/09/2017 | 03/09/2020 | 9.00000000 | 2.25000000 | James W. Goff | Mississippi | North Pachuta |
| T2N R14E Sec. 13: S2NE, 80 acres, more or less, in Clarke County, Mississippi | 02/28/2017 | 02/28/2020 | 20.00000000 | 20.00000000 | Fatherree Family Limited Partnership | Mississippi | North Pachuta |
| T2N R14E Sec. 12: NWSE, 2.87 acres, more or less, in Clarke County, Mississippi | 03/08/2017 | 03/08/2020 | 2.87000000 | 0.71750000 | Gary M. Cranford and Monay C. Cranford | Mississippi | North Pachuta |
| T2N R14E Sec. 12: W2SE, 77.13 acres, more or less, in Clarke County, Mississippi | 03/01/2017 | 03/01/2020 | 77.13000000 | 19.28250000 | Elsie S. Cranford, Charles Tenon Cranford, AIF | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SW, 160.94 acres, more or less, in Clarke County, Mississippi | 03/14/2017 | 03/14/2020 | 160.94000000 | 4.90360000 | Robert E. W. Sinclair | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SW, 160.94 acres, more or less, in Clarke County, Mississippi | 03/16/2017 | 03/16/2020 | 160.94000000 | 4.90360000 | Leslie Sinclair Von Wisenberger | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SENW, NENW, 3.02 acres, more or less, in Clarke County, Mississippi | 03/24/2017 | 03/24/2020 | 3.02000000 | 0.37750000 | Jesse Chavez, Jr. and Rita Faye Chavez | Mississippi | North Pachuta |
| T2N R14E Sec. 13: S2NE, T2N R15E Sec. 18: SWNW, 120 acres, more or less, in Clarke County, | 03/17/2017 | 03/17/2020 | 120.00000000 | 3.33324000 | Sandra Draughn Freeman | Mississippi | North Pachuta |
| T2N R14E Sec. 13: NENE, T2N R15E Sec. 18: NWNW, 21 acres, more or less, in Clarke County, | 04/04/2017 | 04/04/2020 | 21.00000000 | 15.50000000 | Bruce and Mary Goff Howard | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SWNE, T2N R15E Sec. 18: NWNW, 49 acres, more or less, in Clarke County, | 04/04/2017 | 04/04/2020 | 49.00000000 | 12.25000000 | Bruce and Mary Goff Howard | Mississippi | North Pachuta |
| T2N R14E Sec. 12 SW, Sec. 13: NENW, 200.94 acres, more or less, in Clarke County, Mississipp | 03/03/2017 | 03/03/2020 | 200.94000000 | 2.82350000 | Susan Meyer Jones | Mississippi | North Pachuta |
| T2N R14E Sec. 12 NESW, 6.68 acres, more or less, in Clarke County, Mississippi | 03/23/2017 | 03/23/2020 | 6.68000000 | 0.83500000 | Kevin Wade Lucas and Bobbie Jo Lucas | Mississippi | North Pachuta |
| T2N R14E Sec. 13: S2NE, Sec. 18: SWNW, 120 acres, more or less, in Clarke County, Mississippi | 03/01/2017 | 03/01/2020 | 120.00000000 | 5.00000000 | Debbie W. McGowan | Mississippi | North Pachuta |
| T2N R14E Sec. 12: W2SE, SWNE, Sec. 13: N2NE, 200 acres, more or less, in Clarke County, Mis | 03/24/2017 | 03/24/2020 | 200.00000000 | 5.00000000 | Norman Rikki Roszel, Distributee, Eva Marie Hunter Paton R | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SW, 160.94 acres, more or less, in Clarke County, Mississippi | 03/14/2017 | 03/14/2020 | 160.94000000 | 4.90360000 | Emily Sinclair | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SWNE , 2 acres, more or less, in Clarke County, Mississippi | 03/31/2017 | 03/31/2020 | 2.00000000 | 1.00000000 | Willie Haralson, Jr. and Theresa H. Haralson | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SW, 160.94 acres, more or less, in Clarke County, Mississippi | 03/14/2017 | 03/14/2020 | 160.94000000 | 4.90360000 | Susan Leigh Sinclair | Mississippi | North Pachuta |
| T2N R14E Sec. 12 NESW, 5.7 acres, more or less, in Clarke County, Mississippi | 04/04/2017 | 04/04/2020 | 5.70000000 | 0.71250000 | Franklin Dwayne Turner | Mississippi | North Pachuta |
| T2N, R15E, Sec. 7: SESW, Sec. 17: SWNW, NWSW, Sec. 19: SENE, Sec. 20: N2, SE; 640 acres, m | 04/15/2019 | 04/15/2022 | 640.00000000 | 10.27780000 | Buchanan Company, LLC | Mississippi | North Pachuta |
| T2N R14E Sec. 12: E2NE, NWNE, SENE, SENW, SWNW, 135 acres, more or less, in Clarke Coun | 02/22/2019 | 02/22/2022 | 135.00000000 | 0.39170000 | Sterling R. Burdette | Mississippi | North Pachuta |

Case:20-12377-EEB   Doc#:166-2   Filed:04/23/20144   Entered:04/23/20 22:39:39   Page

EXHIBIT 3

Case:20-12377-EEB   Doc#:166-2   Filed:04/23/20   144   Entered:04/23/20 22:39:39   Page

| Description | Date 1 | Date 2 | Acres | Value | Name | State | County |
|---|---|---|---|---|---|---|---|
| T2N R14E Sec. 13: W2SW, SESW, 120 acres, more or less, in Clarke County, Mississippi | 05/16/2019 | 05/16/2022 | 120.00000000 | 15.00000000 F. L. Clayton Trust, James D. Angero, Trustee | | Mississippi | North Pachuta |
| T2N R15E, Sec. 17: SWNW, NWSW, Sec. 19: SENE, Sec. 20: N2, SE, 580 acres, more or less, in | 04/16/2019 | 04/16/2022 | 580.00000000 | 36.25000000 Bettye Gayle Couch | | Mississippi | North Pachuta |
| T2N R14E Sec. 13: W2SW, SESW, 120 acres, more or less, in Clarke County, Mississippi | 05/15/2019 | 05/15/2022 | 120.00000000 | 4.26564000 Desoto Natural Resources, Inc., David E. Combs, President | | Mississippi | North Pachuta |
| T2N R14E Sec. 13: W2SW, SESW, 120 acres, more or less, in Clarke County, Mississippi | 05/15/2019 | 05/15/2022 | 120.00000000 | 4.26564000 EFC Minerals, LLC, George M. Murchison, Managing Member | | Mississippi | North Pachuta |
| T2N R14E Sec. 13: W2SW, SESW, 120 acres, more or less, in Clarke County, Mississippi | 05/15/2019 | 05/15/2022 | 120.00000000 | 1.82808000 James R. Embleton FT, Phyllis J. Embleton, Trustee | | Mississippi | North Pachuta |
| T2N, R15E Sec. 17: SWNW, NWSW, Sec. 18: E2SE, E2SENE, Sec. 19: NENE, SENE, Sec. 20: N2, | 05/20/2019 | 05/20/2022 | 720.00000000 | 5.62500000 Mary Elizabeth R. Flatt | | Mississippi | North Pachuta |
| T2N R14E, Sec. 12: E2NE, NWNE, SENE, SENW, 135 acres, more or less, in Clarke County, Miss | 02/22/2019 | 02/22/2022 | 135.00000000 | 0.65280000 Alan A. Gillis | | Mississippi | North Pachuta |
| T2N R15E, Sec. 17: SWNW, NWSW, Sec. 19: SENE, Sec. 20: N2, SE, 580 acres, more or less, in | 05/15/2019 | 05/15/2022 | 580.00000000 | 72.50000000 Great Southern Capital Corp. | | Mississippi | North Pachuta |
| T2N, R15E Sec. 17: SWNW, NWSW, Sec. 18: E2SE, E2SENE, Sec. 19: NENE, SENE, Sec. 20: N2, | 05/20/2019 | 05/20/2022 | 720.00000000 | 11.25000000 Joel S. Grice | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 7 SESW, Sec. 17: SWNW, NWSW, Sec. 19 SENE, Sec. 20: N2, SE, 640 acres, mo | 04/22/2019 | 04/22/2022 | 640.00000000 | 7.70850000 Carolynn N. Kirkland | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 7 SESW, Sec. 17: SWNW, NWSW, Sec. 19 SENE, Sec. 20: N2, SE, 640 acres, mo | 04/22/2019 | 04/22/2022 | 640.00000000 | 7.70850000 Jeremiah S. Kirkland | | Mississippi | North Pachuta |
| T2N, R15E Sec. 8 E2SE, 80 acres, more or less, in Clarke County, Mississipp | 04/25/2019 | 04/25/2022 | 80.00000000 | 10.00000000 Debbie W. McGowan | | Mississippi | North Pachuta |
| T2N R14E Sec. 13: NWNW, SENW, W2SW, SESW, 200 acres, more or less, in Clarke County, N | 03/11/2019 | 03/11/2022 | 200.00000000 | 3.75000000 Susan Meyer Jones | | Mississippi | North Pachuta |
| T2N R14E Sec. 13: NWNW, SENW, W2SW, SESW, 200 acres, more or less, in Clarke County, N | 03/11/2019 | 03/11/2022 | 200.00000000 | 3.75000000 Russell Meyer | | Mississippi | North Pachuta |
| T2N R14E Sec. 13: NWNW, SENW, W2SW, SESW, 200 acres, more or less, in Clarke County, N | 03/11/2019 | 03/11/2022 | 200.00000000 | 3.75000000 William Courtney Mills, Jr. | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 7 SESW, Sec. 17: SWNW, NWSW, Sec. 19 SENE, Sec. 20: N2, SE, 640 acres, mo | 04/15/2019 | 04/15/2022 | 640.00000000 | 10.27780000 Ann C. Mullett Revocable Trust, John R. Mullett, Trustee | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 7 SESW, Sec. 17: SWNW, NWSW, Sec. 19 SENE, Sec. 20: N2, SE, 640 acres, mo | 04/15/2019 | 04/15/2022 | 640.00000000 | 10.27780000 Robert H. Mullett | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 17: SWNW, NWSW, Sec. 19 SENE, Sec. 20: N2, SE, 580 acres, more or less, in | 05/14/2019 | 05/14/2022 | 580.00000000 | 36.25000000 Celia Carter Muths | | Mississippi | North Pachuta |
| T2N R14E Sec. 13: W2SW, SESW, 120 acres, more or less, in Clarke County, Mississippi | 05/15/2019 | 05/15/2022 | 120.00000000 | 4.26564000 Carolyn C. Norton Trust, Carolyn C. Norton, Trustee | | Mississippi | North Pachuta |
| T2N, R15E Sec. 17: SWNW, NWSW, Sec. 18: E2SE, E2SENE, Sec. 19: NENE, SENE, Sec. 20: N2, | 05/20/2019 | 05/20/2022 | 760.00000000 | 8.12500000 Julia L. Parker | | Mississippi | North Pachuta |
| T2N, R15E Sec. 17: SWNW, NWSW, Sec. 18: E2SE, E2SENE, Sec. 19: NENE, SENE, Sec. 20: N2, | 05/20/2019 | 05/20/2022 | 720.00000000 | 5.62500000 D. Preston Reeves | | Mississippi | North Pachuta |
| T2N R14E Sec. 13: W2SW, SESW, 120 acres, more or less, in Clarke County, Mississippi | 03/11/2019 | 03/11/2022 | 120.00000000 | 4.50000000 Melton E. Rhodes, Executor U/W of Mary Winona Parker Rhodes | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 17: E2SW, SWSW, 120 acres, more or less, in Clarke County, Mississippi | 05/28/2019 | 05/28/2022 | 120.00000000 | 30.00000000 Carol S. Ringland | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 7 SESW, Sec. 17: SWNW, NWSW, Sec. 19 SENE, Sec. 20: N2, SE, 640 acres, mo | 04/17/2019 | 04/17/2022 | 640.00000000 | 30.83330000 William Marion Roberson, II | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 7 SESW, Sec. 17: SWNW, NWSW, Sec. 19 SENE, Sec. 20: N2, SE, 640 acres, mo | 04/22/2019 | 04/22/2022 | 640.00000000 | 7.70850000 Julie Kirkland Rowell | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 17: E2SW, SWSW, 120 acres, more or less, in Clarke County, Mississippi | 05/28/2019 | 05/28/2022 | 120.00000000 | 60.00000000 Mary Ellen Sharman Trust | | Mississippi | North Pachuta |
| T2N, R15E Sec. 7 SESW, 40 acres, more or less, in Clarke County, Mississipp | 05/17/2019 | 05/17/2022 | 40.00000000 | 6.00000000 Southern Lease and Royalty Co. | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 17: SWNW, NWSW, Sec. 19 SENE, Sec. 20: N2, SE, 580 acres, more or less, in | 05/14/2019 | 05/14/2022 | 580.00000000 | 18.12500000 Marvin B. Speed | | Mississippi | North Pachuta |
| T2N R14E Sec. 13: W2SW, SESW, 120 acres, more or less, in Clarke County, Mississippi | 05/15/2019 | 05/15/2022 | 120.00000000 | 30.37500000 The Termo Company, David E. Combs, President | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 7: SESW, Sec. 17: SWNW, NWSW, Sec. 19 SENE, Sec. 20: N2, SE, 640 acres, m | 04/22/2019 | 04/22/2022 | 640.00000000 | 7.70850000 Michael James Thompson | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 8 E2SE, 80 acres, more or less, in Clarke County, Mississipp | 04/25/2019 | 04/25/2022 | 80.00000000 | 10.00000000 Julian Lane Wheless | | Mississippi | North Pachuta |
| T2N, R15E Sec. 17: SWNW, NWSW, Sec. 18: E2SE, E2SENE, Sec. 19: NENE, SENE, Sec. 20: N2, | 05/20/2019 | 05/20/2022 | 760.00000000 | 8.12500000 Nancy L. Windham | | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12 E2NE, NWNE, pt. SENW, pt. NW, 135 acres, more or less, in Clarke County | 06/15/2019 | 06/15/2022 | 135.00000000 | 0.09796500 Howard W Alford | | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12 E2NE, NWNE, pt. SENW, pt. NW, 135 acres, more or less, in Clarke County | 06/15/2019 | 06/15/2022 | 135.00000000 | 0.09796500 Prentiss Keith Alford | | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12 E2NE, NWNE, SENW, NW, 135 acres, more or less, in Clarke County, Missi | 06/15/2019 | 06/15/2022 | 135.00000000 | 0.09796500 Zeb Alford | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 17 SWNW, NWSW, Sec. 18, E2SE, Sec. 19, NENE, SENE, Sec. 20, N2, SE, 700 ac | 04/15/2019 | 04/15/2022 | 700.00000000 | 0.22820000 Dr. John Alan Booth | | Mississippi | North Pachuta |
| T2N, R14E, Sec. 13, SWNW, T2N, R15E Sec. 18 SWSE, 80 acres, more or less, in Clarke County | 06/20/2019 | 06/20/2022 | 80.00000000 | 0.41250000 Stanley Bowman | | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12 E2NE, NWNE, SENW, NW, 135 acres, more or less, in Clarke County, Missi | 06/15/2019 | 06/15/2022 | 135.00000000 | 0.35240000 Jack Butler Brabham | | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12 E2NE, NWNE, SENW, NW, 135 acres, more or less, in Clarke County, Missi | 06/15/2019 | 06/15/2022 | 135.00000000 | 0.06528000 Joe Earl Brabham | | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12 E2NE, NWNE, SENW, NW, 135 acres, more or less, in Clarke County, Missi | 06/15/2019 | 06/15/2022 | 135.00000000 | 0.35240000 Thomas McDowell Brabham | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 7 SESW, 40 acres, more or less, in Clarke County, Mississipp | 06/15/2019 | 06/15/2022 | 40.00000000 | 3.50000000 Kaye Hunter Bryan | | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12 W2SESE, W2NESE, 30 acres, more or less, in Clarke County, Mississipp | 05/01/2019 | 05/01/2022 | 30.00000000 | 7.50000000 Jonathan M. Cranford | | Mississippi | North Pachuta |
| T2N, R14E Sec. 13, SWNW, T2N, R15E Sec. 18 SWSE, 80 acres, more or less, in Clarke County, | 06/20/2019 | 06/20/2022 | 80.00000000 | 0.41250000 Jennifer Anne Dansby | | Mississippi | North Pachuta |
| T2N, R14E Sec. 13, SWNW, T2N, R15E Sec. 18 SWSE, 80 acres, more or less, in Clarke County, | 06/20/2019 | 06/20/2022 | 80.00000000 | 0.41250000 Christine H. Davis | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 28 N2N2, 160 acres, more or less, in Clarke County, Mississippi | 07/12/2019 | 07/12/2022 | 160.00000000 | 80.00000000 Delta Legacy, LLC | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 17 SWNW, NWSW, Sec. 18, E2SE, Sec. 19, NENE, SENE, Sec. 20, N2, SE, 700 ac | 04/15/2019 | 04/15/2022 | 700.00000000 | 0.22820000 Margaret E. Dunnington | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 19 SENW, NWSW, 35.5 acres, more or less, in Clarke County, Mississippi | 05/15/2019 | 05/15/2022 | 35.50000000 | 22.62500000 Janice R. and Dennis Foster | | Mississippi | North Pachuta |
| T2N R14E, Sec. 12 E2SE, 80 acres, more or less, in Clarke County, Mississippi | 04/15/2019 | 04/15/2022 | 80.00000000 | 6.66664400 Sandra Draughn Freeman | | Mississippi | North Pachuta |
| T2N R14E, Sec. 12 E2SE, 80 acres, more or less, in Clarke County, Mississippi | 04/15/2019 | 04/15/2022 | 80.00000000 | 3.29333600 Celia Franklin Draughn Gargaro | | Mississippi | North Pachuta |
| T2N, R14E Sec. 12 E2SE, Sec. 13 S2NE, T2N R15E Sec. 18 SWNW, 200 acres, more or less, in C | 06/15/2019 | 06/15/2022 | 200.00000000 | 5.00000000 Jonell Glubke | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 7: SWSW, 25 acres, more or less, in Clarke County, Mississippi | 05/01/2019 | 05/01/2022 | 25.00000000 | 9.75000000 James W. Goff | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 21 N2SW, less 5 acres in NESW, 75 acres, more or less, in Clarke County, Miss | 06/01/2019 | 06/01/2022 | 75.00000000 | 4.68750000 Thomas A. Grantham | | Mississippi | North Pachuta |
| T2N, R14E Sec. 13, SWNW, T2N, R15E Sec. 18 SWSE, 80 acres, more or less, in Clarke County, | 06/20/2019 | 06/20/2022 | 80.00000000 | 0.41250000 Laurie Decker Hands | | Mississippi | North Pachuta |
| T2N, R14E Sec. 13, SWNW, T2N, R15E Sec. 18 SWSE, 80 acres, more or less, in Clarke County, | 06/20/2019 | 06/20/2022 | 80.00000000 | 0.13750000 Claire Hesse, minor, Shannon S. Hesse, mother | | Mississippi | North Pachuta |
| T2N, R14E Sec. 13, SWNW, T2N, R15E Sec. 18 SWSE, 80 acres, more or less, in Clarke County, | 06/20/2019 | 06/20/2022 | 80.00000000 | 0.13750000 Sara E. Hesse, minor, Shannon Hesse, mother | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 7 SESW, 40 acres, more or less, in Clarke County, Mississipp | 06/15/2019 | 06/15/2022 | 40.00000000 | 3.50000000 Jill Hunter | | Mississippi | North Pachuta |
| T2N, R14E Sec. 13, SWNW, T2N, R15E Sec. 18 SWSE, 80 acres, more or less, in Clarke County, | 06/20/2019 | 06/20/2022 | 80.00000000 | 0.82500000 Tonya Lancaster | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 21 N2SW, less 5 acres in NESW, 75 acres, more or less, in Clarke County, Mis | 06/01/2019 | 06/01/2022 | 75.00000000 | 4.68750000 Portia Bailey Little | | Mississippi | North Pachuta |
| T2N R14E Sec. 13, SWNW, 40 acres, more or less, in Clarke County, Mississippi | 06/26/2019 | 06/26/2022 | 40.00000000 | 1.25000000 David Scott Maples | | Mississippi | North Pachuta |
| T2N R14E Sec. 13, SWNW, 40 acres, more or less, in Clarke County, Mississippi | 06/26/2019 | 06/26/2022 | 40.00000000 | 1.25000000 Wesley Tyler Maples | | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12 E2NE, NWNE, SENW, NW, 135 acres, more or less, in Clarke County, Missi | 06/15/2019 | 06/15/2022 | 135.00000000 | 0.32640000 David Penton | | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12 E2NE, NWNE, SENW, NW, 135 acres, more or less, in Clarke County, Missi | 06/15/2019 | 06/15/2022 | 135.00000000 | 2.48910000 Day Nunnally Redhead | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 19 SENW, 35.5 acres, more or less, in Clarke County, Mississippi | 05/15/2019 | 05/15/2022 | 35.50000000 | 35.50000000 J. I. Reece | | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12 E2NE, NWNE, SENW, NW, 135 acres, more or less, in Clarke County, Missi | 06/15/2019 | 06/15/2022 | 135.00000000 | 1.79510000 Debra Penton Richardson | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 18 SWSE, T2N, R14E Sec. 13, SWNW, 80 acres, more or less, in Clarke County | 06/28/2019 | 06/28/2022 | 80.00000000 | 5.00000000 RVS Minerals, LLC | | Mississippi | North Pachuta |
| T2N, R14E Sec. 12 E2SW, SWSW, 120 acres, more or less, in Clarke County, Mississippi | 05/28/2019 | 05/28/2022 | 120.00000000 | 30.00000000 Lewis C. Sharman, Jr. | | Mississippi | North Pachuta |
| T2N, R15E Sec. 18 SWSE, T2N, R14E Sec. 13, SWNW, 80 acres, more or less, in Clarke County | 06/20/2019 | 06/20/2022 | 80.00000000 | 4.26250000 Lilli Gardner Thomas | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 18 W2ESE, 16.6 acres, more or less, in Clarke County, Mississippi | 05/01/2019 | 05/01/2022 | 16.60000000 | 8.30000000 Claudia Mae and Leroy Tucker | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 19 SWNE, 29.58 acres, less and except, 5.92 acres in the SW, in Clarke Count | 05/15/2019 | 05/15/2022 | 29.58000000 | 29.58000000 Dorothy B. Wolfe, Life Tenant | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 19 SWNE, 5.92 acres, more or less, in Clarke County, Mississippi | 05/15/2019 | 05/15/2022 | 5.92000000 | 5.92000000 Dorothy B. Wolfe, Life Tenant | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 7 SWSW, 40 acres, more or less, in Clarke County, Mississippi | 08/01/2019 | 08/01/2022 | 40.00000000 | 20.00000000 The Allar Company and EG3, Inc. | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 13, W2SW, SESW, 120 acres, more or less, in Clarke County, Mississippi | 08/01/2019 | 08/01/2022 | 120.00000000 | 30.00000000 The Allar Company and EG3, Inc. | | Mississippi | North Pachuta |
| T2N R14E, Sec. 13, SWNW, T2N R15E Sec. 18::SWSE. 80 acres, more or less, in Clarke County | 06/20/2019 | 06/20/2022 | 80.00000000 | 0.82500000 Alicia Crow | | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12 E2SESE, pt. NESE, 47.7 acres, more or less, in Clarke County, Mississippi | 08/15/2019 | 08/15/2022 | 47.70000000 | 11.92500000 Elsie S. Cranford, Charles Tenon Cranford, AIF | | Mississippi | North Pachuta |
| T2N, R15E, Sec. 7: SWSW, 21 acres, more or less, in Clarke County, Mississippi | 05/01/2019 | 05/01/2022 | 21.00000000 | 7.75000000 Mary Goff Howard | | Mississippi | North Pachuta |
| T2N R14E Sec. 13, SWNW, T2N, R15E Sec. 18 E2SENE, SWSE, 100 acres, more or less, in Clark | 08/15/2019 | 08/15/2022 | 100.00000000 | 1.32800000 Dave Player | | Mississippi | North Pachuta |

EXHIBIT 3

| Description | Date 1 | Date 2 | Acres | Value | Name | State | Prospect |
|---|---|---|---|---|---|---|---|
| T2N, R14E Sec. 13, SWNW, T2N, R15E Sec. 18 E2SENE, SWSE, 100 acres, more or less, in Clark | 08/15/2019 | 08/15/2022 | 100.0000000 | 1.32800000 | Joan Player | Mississippi | North Pachuta |
| T2N, R14E Sec. 13, SWNW, T2N, R15E Sec. 18 E2SENE, SWSE, 100 acres, more or less, in Clark | 08/15/2019 | 08/15/2022 | 100.0000000 | 1.32800000 | John Player, Jr. | Mississippi | North Pachuta |
| T2N, R14E Sec. 13, SWNW, T2N, R15E Sec. 18 E2SENE, SWSE, 100 acres, more or less, in Clark | 08/15/2019 | 08/15/2022 | 100.0000000 | 1.32800000 | Mark Player | Mississippi | North Pachuta |
| T2N, R15E Sec. 18 E2SENE, 20 acres, more or less, in Clarke County, Mississippi | 07/15/2019 | 07/15/2022 | 20.0000000 | 0.62500000 | Patricia Coutant Williams | Mississippi | North Pachuta |
| T2N, R14E, Sec. 13, SWNW; T2N R15E, Sec. 18, SWSE; 80 acres, more or less, in Clarke County | 06/20/2019 | 06/20/2022 | 80.0000000 | 1.37500000 | Judy Lynn Gardner | Mississippi | North Pachuta |
| T2N, R14E Sec. 11, E2SE, T2N, R15E Sec. 17, NWSW, Sec. 19, SENE, Sec. 20, N2, SE , 640 acres | 06/05/2019 | 06/05/2022 | 640.0000000 | 350.32340000 | Black Stone Minerals Company, L.P. | Mississippi | North Pachuta |
| T2N, R14E Sec. 13, SWNW; T2N, R15E Sec. 18 SWSE; 80 acres, more or less, in Clarke County, | 06/20/2019 | 06/20/2022 | 80.0000000 | 0.82500000 | Monica Hayes | Mississippi | North Pachuta |
| T2N, R14E Sec. 13: SWNW; T2N, R15E Sec. 18 SWSE; 80 acres, more or less, in Clarke County, | 06/20/2019 | 06/20/2022 | 80.0000000 | 1.37500000 | Cindy N. Lancaster | Mississippi | North Pachuta |
| T2N, R14E Sec. 13, SWNW, T2N, R15E Sec. 18: SWSE; 80 acres, more or less, in Clarke County, | 06/20/2019 | 06/20/2022 | 80.0000000 | 0.41250000 | Joel Francis Moore | Mississippi | North Pachuta |
| T2N R14E Sec. 13 ; NW, W2SW, SESW; 280 acres, more or less, in Clarke County, Mississippi | 08/28/2019 | 08/28/2022 | 280.0000000 | 7.00000000 | Charles S. Stack | Mississippi | North Pachuta |
| T2N, R14E Sec. 13, SW, W2NW, SENW : 280 acres, more or less, in Clarke County, Mississippi | 09/06/2019 | 09/06/2022 | 280.0000000 | 3.50000000 | Margaret Diane Stack Ross | Mississippi | North Pachuta |
| T2N, R14E Sec. 13: E2NW, NWNW, W2SW, SESW; 400.94 acres, more or less, in C | 09/18/2019 | 09/18/2022 | 400.9400000 | 26.29410000 | Nygaard Irrevocable Trust | Mississippi | North Pachuta |
| 3000 acres, more or less, in yo momma's butt | 01/01/2018 | 01/01/2018 | 3,000.0000000 | 3,000.00000000 | Joe Blow | Arizona | Enter prospect name here |
|  | 08/21/2019 | 08/21/2021 | 15,582.5000000 | 15,582.50000000 | Cedar Creek Land & Timber, Inc. | Alabama | Shipps Creek Prospect |
| 1SHIP01-3N-10E-10-05 | 08/02/2018 | 08/02/2021 | 1,157.1400000 | 377.32500000 | Edwards Family Trust | Alabama | Shipps Creek Prospect |
| 1SHIP01-3N-10E-10-09 | 08/02/2018 | 08/02/2021 | 1,157.1400000 | 377.32500000 | Edwards Family Trust | Alabama | Shipps Creek Prospect |
| Sec. 30 T4N, R11E SESW, S2NESW, S2NE, SENW, L/E one acre in NW corne | 07/10/2017 | 07/10/2021 | 177.0000000 | 91.75000000 | Ernest W. Dolihite | Alabama | Shipps Creek Prospect |
| Section 30: The SESW; the S2NESW; the S2NE; SENW less and except one acre in the NW corr | 07/10/2017 | 07/10/2021 | 177.0000000 | 22.12500000 | Victoria Dolihite | Alabama | Shipps Creek Prospect |
| 284.15 acres, more or less, in T4N, R 11E, in Escambia County, Alabama | 08/08/2017 | 08/08/2020 | 62.7500000 | 1.78125014 | George M. Bray | Alabama | Shipps Creek Prospect |
| 25.78 ACRES IN SEC 29, T4N, R11E | 06/27/2017 | 06/27/2020 | 25.7800000 | 25.78000000 | Charles D. Sullivan | Alabama | Shipps Creek Prospect |
| Sections 29 & 32, T4N, R11E, 7.26 ares more or less, County of Conecuh, Alabama | 06/14/2017 | 06/14/2020 | 7.2600000 | 7.26000000 | Elsie Jane Dyess | Alabama | Shipps Creek Prospect |
| 30 acres, more or less, in Escambia County, Alabama | 05/31/2019 | 05/31/2022 | 30.0000000 | 30.00000000 | Sharon T. Cook and Jennifer Leigh Taylor, Trustees of the | Alabama | Shipps Creek Prospect |
| Section 25, T4N, R13E, NE/4 of SE/4, 40 acres, more or less, in Conecuh County, Alabama | 10/28/2018 | 10/28/2022 | 40.0000000 | 20.00000000 | Steven D. Graves | Alabama | Shipps Creek Prospect |
| Section 14 and Section 11, T3N, R10E, 38.1 acres, more or less, in Escambia County, Alabama | 05/05/2018 | 05/05/2021 | 74.2500000 | 16.15000004 | Janice Pettis | Alabama | Shipps Creek Prospect |
| Township 3 North, Range 10 East: Section 11: NW/4 of SW/4; SW/4 of NW/4; W/2 of SE/4 of | 05/10/2018 | 05/01/2021 | 160.0000000 | 11.25000000 | Roy Guffey Oil Company | Alabama | Shipps Creek Prospect |
| Sections 11 and 14, Township 3 North, Range 10 East, 26 acres, more or less, in Escambia | 05/01/2018 | 05/01/2021 | 29.2500000 | 12.56250004 | Sherri L. Crosby | Alabama | Shipps Creek Prospect |
| Section 11, Township 3 North, Range 10 East: NWSW, SWNW, W2SENW, 100 acres, more or l | 05/15/2018 | 05/15/2021 | 100.0000000 | 22.50000000 | Barbara Hill Kimzey | Alabama | Shipps Creek Prospect |
| Section 11, Township 3 North, Range 10 East: NW/SW and W/2 SW/NW, 60 acres, more or le | 07/01/2018 | 07/01/2021 | 80.0000000 | 7.50000000 | Douglas E. Smith | Alabama | Shipps Creek Prospect |
| Section 11, Township 3 North, Range 10 East: NWSW, SWNW, W2NESW, 100 acres, more or l | 05/15/2018 | 05/15/2021 | 100.0000000 | 22.50000000 | Rollin H. Hill | Alabama | Shipps Creek Prospect |
| Section 11, Township 3 North, Range 10 East: NW/SW and W/2 /SW/NW, 60 acres, more or l | 07/01/2018 | 07/01/2021 | 80.0000000 | 7.50000000 | Elaine S. Reid | Alabama | Shipps Creek Prospect |
| Township 4 North, Range 11 East: Section 30: SE/SW; S/2 NE/SW; S/2 NE/4 and the SE/NW le | 07/10/2018 | 07/10/2021 | 177.0000000 | 22.93750000 | Cynthia L. Dolihite | Alabama | Shipps Creek Prospect |
| Township 4 North, Range 11 East: Section 30: SE/SW; and S2NESW; and S2NE; SENW less an | 07/10/2018 | 07/10/2021 | 177.0000000 | 22.93750000 | Pamela J. Davis | Alabama | Shipps Creek Prospect |
| Section 14, Township 3 North, Range 10 East: Beginning at a point 30 chains South of the SW | 08/04/2018 | 08/04/2021 | 24.0000000 | 20.00000088 | Trustmark National Bank as Successor Trustee to Ed Leigh McM | Alabama | Shipps Creek Prospect |
| 1SHIP01-3N-10E-03-01 | 08/24/2018 | 08/24/2021 | 589.0000000 | 589.00000000 | D.W. McMillan Trust | Alabama | Shipps Creek Prospect |
| Township 3 North, Range 10 East; Section 10: S/2 of SE/SE; Section 15: N/2 of NW/NE; 40 acr | 09/15/2018 | 09/15/2021 | 40.0000000 | 0.20833200 | Wendy A. Sprabery | Alabama | Shipps Creek Prospect |
| Township 3 North, Range 10 East; Section 10: S/2 SE/SE; Section 15: N/2 NW/NE; Section 16: | 09/24/2018 | 09/24/2021 | 40.0000000 | 0.83333320 | Jamie Austin | Alabama | Shipps Creek Prospect |
| Section 15, Township 3 North, Range 10 East: SE/NE, 40 acres, more or less, in Escambia | 10/09/2018 | 10/09/2021 | 40.0000000 | 2.85000000 | Lou Jean Petty Heirs | Alabama | Shipps Creek Prospect |
| Section 15, Township 3 North, Range 10 East: SE/NE, 40 acres, more or less, in Escambia Cour | 10/09/2018 | 10/09/2021 | 40.0000000 | 1.40000000 | Rebecca R. Blackburn | Alabama | Shipps Creek Prospect |
| Section 15, Township 3 North, Range 10 East: SE/NE, 40 acres, more or less, in Escambia Cour | 10/09/2018 | 10/09/2021 | 40.0000000 | 0.47600000 | James Ray Weaver | Alabama | Shipps Creek Prospect |
| Section 15, Township 3 North, Range 10 East: SE/NE, 40 acres, more or less, in Escambia | 10/09/2018 | 10/09/2021 | 40.0000000 | 0.70000000 | Chadwick David Scott | Alabama | Shipps Creek Prospect |
| Section 15, Township 3 North, Range 10 East: SE/NE, 40 acres, more or less, in Escambia Cour | 10/09/2018 | 10/09/2021 | 40.0000000 | 0.47600000 | Patricia Weaver Tranum | Alabama | Shipps Creek Prospect |
| Section 15, Township 3 North, Range 10 East: SE/NE, 40 acres, more or less, in Escambia Cour | 10/09/2018 | 10/09/2021 | 40.0000000 | 1.90000000 | Roy H. Weaver | Alabama | Shipps Creek Prospect |
| Section 15, Township 3 North, Range 10 East: SE/NE, 40 acres, more or less, in Escambia Cour | 10/09/2018 | 10/09/2021 | 40.0000000 | 1.14000000 | Lizzie Kate Higdon | Alabama | Shipps Creek Prospect |
| Section 15, Township 3 North, Range 10 East: SE/NE, 40 acres, more or less, in Escambia Cour | 10/09/2018 | 10/09/2021 | 40.0000000 | 1.40000000 | Karen R. Weaver | Alabama | Shipps Creek Prospect |
| Section 15, Township 3 North, Range 10 East: SE/NE, 40 acres, more or less, in Escambia Cour | 10/09/2018 | 10/09/2021 | 40.0000000 | 1.90000000 | Lawrence T. Weaver | Alabama | Shipps Creek Prospect |
| Section 4, Township 3 North, Range 11 East: NE/SE | 09/24/2018 | 09/24/2021 | 268.4000000 | 29.68000000 | Joyce S. Smith | Alabama | Shipps Creek Prospect |
| Section 15, Township 3 North, Range 10 East: SE/NE, 40 acres, more or less, in Escambia Cour | 10/09/2018 | 10/09/2021 | 40.0000000 | 1.40000000 | Samuel H. Rogers | Alabama | Shipps Creek Prospect |
| Township 3 North, Range 10 East: Section 10: S/2 SE/SE; Section 11: SW/SW; Section 14: NW, | 09/29/2018 | 09/29/2021 | 95.0000000 | 0.29687500 | Sam Faircloth, a married man | Alabama | Shipps Creek Prospect |
| Section 15, Township 3 North, Range 10 East: E2/NE/NE, less one acre, 19 acres, more or less | 04/29/2018 | 04/29/2021 | 19.0000000 | 9.50000000 | Otis Clyde Bates | Alabama | Shipps Creek Prospect |
| Section 10, Township 3 North, Range 10 East: S2/NE/NW, 20 acres, more or less, in Escambia | 04/21/2018 | 04/21/2021 | 20.0000000 | 6.66600000 | Mary Joe Crosby | Alabama | Shipps Creek Prospect |
| Section 10, Township 3 North, Range 10 East: S/2 SW/SW, 20 acres, more or less, in Escambia | 08/07/2018 | 08/07/2021 | 20.0000000 | 10.00000000 | Elijah Lavaughn Hart | Alabama | Shipps Creek Prospect |
| Section 10, Township 3 North, Range 10 East: NE/SE, 40 acres, more or less, in Escambia Cour | 04/30/2018 | 04/30/2021 | 40.0000000 | 5.00000000 | Laura H. McCready | Alabama | Shipps Creek Prospect |
| Section 10, Township 3 North, Range 10 East: SE/SW, Escambia County, Alabama | 04/21/2018 | 04/21/2021 | 40.0000000 | 13.33330000 | Lida G. McDowell | Alabama | Shipps Creek Prospect |
| Section 10, Township 3 North, Range 10 East: S2/NE/NW, 20 acres, more or less, in Escambia | 04/21/2018 | 04/21/2021 | 20.0000000 | 6.66600000 | Alison N. Parish | Alabama | Shipps Creek Prospect |
| Section 10, Township 3 North, Range 10 East: NE/SE, 40 acres, more or less, in Escambia Cour | 04/30/2018 | 04/30/2021 | 40.0000000 | 5.00000000 | Elizabeth F. Polland | Alabama | Shipps Creek Prospect |
| Section 10, Township 3 North, Range 10 East: NE/SE, 40 acres, more or less, in Escambia Cour | 04/30/2018 | 04/30/2021 | 40.0000000 | 10.00000000 | John F. Watson | Alabama | Shipps Creek Prospect |
| Section 35, T3N, R10E, 30 acres, more or less, in Escambia County, Alabama | 03/02/2017 | 03/02/2020 | 30.0000000 | 2.50000000 | The Brewton Church of Christ | Alabama | Shipps Creek Prospect |
| All pof lessor's property, including such property located within Lessor's railroad corridor, loc | 03/22/2017 | 03/22/2022 | 87.0000000 | 87.00000000 | CSX Transportation, Inc. | Alabama | Shipps Creek Prospect |
| Section 35, T3N, R10E, 40 acres, more or less, in Escambia County, Alabama | 03/06/2017 | 03/06/2020 | 40.0000000 | 3.33320000 | Gary Medley as Trustee of the Robert W. Austin Living Trust | Alabama | Shipps Creek Prospect |
| Section 35, T3N, R10E, NW/4; W/2 of NE/4, NE/4 ofNE/4, 280 acres, more or less, ir | 03/02/2017 | 03/02/2020 | 280.0000000 | 8.75000000 | John L. Jernigan, III, Bradley Ellis Byrne as Co-Trustees und | Alabama | Shipps Creek Prospect |
| Section 35, T3N, R10E, NW/4, W/2 of NE/4, NE/4 of NE/4, 280 acres, more or less, in Escambi | 03/02/2017 | 03/02/2020 | 280.0000000 | 8.75000000 | Nancy Jernigan Dunlap | Alabama | Shipps Creek Prospect |
| Section 35, T3N, R10E, NW/4 ; W/2 of NE/4; NE/4 of NE/4, 280 acres, more or less, in Escamb | 03/02/2017 | 03/02/2020 | 280.0000000 | 8.75000000 | John L. Jernigan, III, Bradley Ellis Byrne as Co-Trustees und | Alabama | Shipps Creek Prospect |
| Section 26, T3N, R10E, 20.5 acres, more or less, in Escambia County, Alabama | 04/19/2017 | 04/19/2020 | 20.5000000 | 10.50000000 | Stanley B. Johnson and Natalie M. Johnson | Alabama | Shipps Creek Prospect |
| Section 26, T3N, R10E: NW/4 SW/4, commencing at NW corner of NW/4 of SW/4, 1 acres, mo | 04/06/2017 | 04/06/2020 | 1.0000000 | 0.25000000 | Lillian Jernigan Sharp | Alabama | Shipps Creek Prospect |
| Section 26, T3N, R10E: NW/4 SW/4, commencing at NW corner of NW/4 of SW/4, 1 acres, mo | 04/06/2017 | 04/06/2020 | 1.0000000 | 0.25000000 | Mary Lynn Jernigan Kunkel | Alabama | Shipps Creek Prospect |
| Section 26, T3N, R10E: NW/4 SW/4, commencing at NW corner of NW/4 of SW/4, 1 acres, mo | 04/06/2017 | 04/06/2020 | 1.0000000 | 0.25000000 | Thomas Fonde Jernigan, Jr. | Alabama | Shipps Creek Prospect |
| Section 26, T3N, R10E: Commencing at SW corner of NW/4 of SE/4, 0.25 acres, more or less, i | 04/17/2017 | 04/17/2020 | 0.2500000 | 0.25000000 | G.S. Byrne c/o G.S. Byrne III | Alabama | Shipps Creek Prospect |
| Section 26, T3N, R10E NW/4 SW/4, commencing at NW corner of NW/4 of SW/4, 1.0 acre m | 04/19/2017 | 04/19/2020 | 1.0000000 | 0.00690000 | Marie A. LaButti | Alabama | Shipps Creek Prospect |
| Section 26, T3N, R10E, 2 acres, more or less, in Escambia County, Alabama | 04/17/2017 | 04/17/2020 | 2.0000000 | 0.50000000 | Thomas E. Jernigan | Alabama | Shipps Creek Prospect |
| Section 26, Township 3 North, Range 10 East, NW/4 SW/4, 2 acres, more or less, in Escambia | 04/19/2017 | 04/19/2020 | 2.0000000 | 0.00690000 | Katherine Birch Wilkinson | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabama | 04/17/2017 | 04/17/2020 | 2.0000000 | 0.50000000 | Patricia J. Parker | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabam | 07/05/2017 | 07/05/2020 | 1.0000000 | 0.01250000 | Elena A. Cross | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabam | 07/05/2017 | 07/05/2020 | 1.0000000 | 0.00500000 | Hilton King Wiggins, Sr. | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabam | 07/05/2017 | 07/05/2020 | 1.0000000 | 0.00500000 | John Cuevas | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabam | 07/05/2017 | 07/05/2020 | 1.0000000 | 0.02500000 | James F. Hinkle | Alabama | Shipps Creek Prospect |
| Section 26, T1N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabam | 07/05/2017 | 07/05/2020 | 1.0000000 | 0.00025000 | Mary Ann Raley | Alabama | Shipps Creek Prospect |

EXHIBIT 3

| Description | Date 1 | Date 2 | Number 1 | Number 2 | Name | State | Prospect |
|---|---|---|---|---|---|---|---|
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabama | 07/05/2017 | 07/05/2020 | 1.00000000 | 0.00500000 | Cleva Wiggins Usry | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabama | 07/05/2017 | 07/05/2020 | 1.00000000 | 0.00167000 | Gary Elizabeth Edwards | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabama | 07/05/2017 | 07/05/2020 | 1.00000000 | 0.00625000 | Judy Jeanne Cross | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabama | 08/14/2017 | 08/14/2020 | 1.00000000 | 0.00167000 | Laura Jone Borzachini | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabama | 07/05/2017 | 07/05/2020 | 1.00000000 | 0.00167000 | Randall T. Cox | Alabama | Shipps Creek Prospect |
| Section 26, T3N-10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabama | 07/05/2017 | 07/05/2020 | 1.00000000 | 0.00333000 | Pamela Kay Richards | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabama | 08/14/2017 | 08/14/2020 | 1.00000000 | 0.00167000 | Alyson Jones Downs | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabama | 07/05/2017 | 07/05/2020 | 1.00000000 | 0.00333000 | Polly Ann Lemoine | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabama | 07/05/2017 | 07/05/2020 | 1.00000000 | 0.01250000 | Herbert E. Cross | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabama | 08/28/2017 | 08/28/2020 | 1.00000000 | 0.00167000 | Patricia Lancaster Faulkner | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabama | 07/05/2017 | 07/05/2020 | 1.00000000 | 0.00333000 | Kent W. Richards | Alabama | Shipps Creek Prospect |
| Township 3 North, Range 10 East, Sections 10 and 11, 52.75 acres, more or less, in Escambia | 08/22/2018 | 08/22/2018 | 52.75000000 | 12.63125000 | Betty Hardy Harrell | Alabama | Escambia Prospect |
| Township 3 North, Range 10 East, Sections 10 and 11, 52.75 acres, more or less, in Escambia | 05/22/2018 | 05/22/2018 | 52.75000000 | 12.63125000 | Samuel D. Hardy | Alabama | Shipps Creek Prospect |
| SE/4 of SW/4, S/2 of NE/4 of the SW/4, S/2 of NE; SE/4 of NW/4, L/E one acre in the NW | 07/10/2018 | 07/10/2021 | 177.00000000 | 22.12500000 | Amy L. Dolihite | Alabama | Shipps Creek Prospect |
| Township 3 North, Range 10 East, Sections 10 and 11, 52.75 acres, more or less, in Escambia | 05/22/2018 | 05/22/2018 | 52.75000000 | 12.63125000 | Sharon Hardy Pierce | Alabama | Shipps Creek Prospect |
| SW/4 of the NE/4 Section15 T3N R10E   40 acres, more or less, in Escambia County, Alabama | 10/09/2018 | 10/09/2018 | 40.00000000 | 1.90000000 | June W. Martin | Alabama | Shipps Creek Prospect |
| Township 3 North, Range 10 East, Sections 10 and 11, 52.75 acres, more or less, in Escambia | 05/22/2018 | 05/22/2018 | 52.75000000 | 12.63125000 | Carol Dorsey-Phillips | Alabama | Shipps Creek Prospect |
| T3N R10E Sec. 10: S2NENW, 20 acres, more or less, in Escambia County, Alabama | 04/21/2018 | 04/21/2021 | 20.00000000 | 2.22000000 | Elizabeth T. Redditt | Alabama | Shipps Creek Prospect |
| T3N R10E Sec. 10: S2NENW, 20 acres, more or less, in Escambia County, Alabama | 04/21/2018 | 04/21/2021 | 20.00000000 | 2.22000000 | Robin T. Foster | Alabama | Shipps Creek Prospect |
| T3N R10E Sec. 10: S2NENW, 20 acres, more or less, in Escambia County, Alabama | 04/21/2018 | 04/21/2021 | 20.00000000 | 2.22000000 | Jeanne T. Thames | Alabama | Shipps Creek Prospect |
| 58.45 acres, more or less, in Hezekiah George Survey, Abstract 367, Smith County, Texas | 10/26/2015 | 10/26/2021 | 110.09400000 | 4.21360000 | Thelma Hogue, Deceased, Walter Hogue, surviving husband, an | Texas | SILVER CREEK |
| 58.45 acres, more or less, in Hezekiah George Survey, Abstract 367, | 10/29/2015 | 10/29/2021 | 92.45000000 | 1.88625000 | Susie Hurley | Texas | SILVER CREEK |
| 58.45 acres, more or less, in Smith County, Texas | 10/29/2015 | 10/29/2021 | 58.45000000 | 2.92250000 | Delma R. House | Texas | SILVER CREEK |
| 108.61 acres, more or less, in Smith County, Texas | 11/02/2015 | 11/02/2021 | 108.61000000 | 3.99475000 | Marion Smalley Evans | Texas | SILVER CREEK |
| 108.61 acres, more or less, in Smith County, Texas | 11/02/2015 | 11/02/2021 | 108.61000000 | 7.98950000 | Charlotte Draeger | Texas | SILVER CREEK |
| 58.45 acres, more or less, in Smith County, Texas | 10/29/2015 | 10/29/2021 | 58.45000000 | 1.46125000 | Melinda Chilton | Texas | SILVER CREEK |
| 108.61 acres, more or less, in Smith County, Texas | 12/28/2015 | 12/28/2021 | 108.61000000 | 7.98950000 | Lohrey Henderson | Texas | SILVER CREEK |
| 108.61 acres, more or less, in Smith County, Texas | 12/28/2015 | 12/28/2021 | 108.61000000 | 7.98950000 | Holly Materka | Texas | SILVER CREEK |
| 108.61 acres, more or less, in Smith County, Texas | 12/20/2015 | 12/20/2021 | 108.61000000 | 10.65266611 | Joyce House Riggins | Texas | SILVER CREEK |
| 57.43 acres, more or less, in Smith County, Texas | 12/22/2015 | 12/22/2021 | 57.43000000 | 5.38406250 | Wayne McMurty | Texas | SILVER CREEK |
| 57.43 acres, more or less, in Smith County, Texas | 12/22/2015 | 12/22/2021 | 57.43000000 | 5.38406250 | Wanda Lee Lemons | Texas | SILVER CREEK |
| 58.45 acres, more or less, in Smith County, Texas | 01/10/2019 | 01/10/2022 | 92.45000000 | 30.18000000 | Norma Beddingfield and Chad Beddingfield, individually and a | Texas | SILVER CREEK |
| 92.45 acres, more or less, in Smith County, Texas | 01/07/2016 | 01/07/2022 | 92.45000000 | 30.18000000 | Terri L. Beddingfield | Texas | SILVER CREEK |
| 108.61 acres, more or less, in Smith County, Texas | 12/07/2015 | 12/07/2021 | 108.61000000 | 10.65266267 | Jean House Hughes | Texas | SILVER CREEK |
| 108.61 acres, more or less, in Smith County, Texas | 12/28/2015 | 12/28/2021 | 108.61000000 | 7.98950000 | Roy David Hilberg | Texas | SILVER CREEK |
| 108.61 acres, more or less, in Smith County, Texas | 11/21/2015 | 11/21/2021 | 108.61000000 | 14.64741662 | Charles Clay House, JR. | Texas | SILVER CREEK |
| 43.5 acres, more or less, in Smith County, Texas. | 11/12/2015 | 11/12/2021 | 43.50000000 | 2.17500000 | Delma R. House | Texas | SILVER CREEK |
| 36.6 acres, more or less, in Smith County, Texas | 11/02/2016 | 11/02/2021 | 36.60000000 | 9.15000000 | John C. McChristy and wife, Jean E. McChristy | Texas | Spring Lake |
| 36.6 acres, more or less, in Smith County, Texas | 11/08/2016 | 11/08/2021 | 36.60000000 | 9.15000000 | Paul D. Pruitt, Independent Executor of the Estate of Hershe | Texas | Spring Lake |
| 44 acres, more or less, in Smith County, Texas, 13.68 acres more or less is part of the Robert | 01/03/2017 | 01/02/2023 | 44.00000000 | 5.55000000 | Don A. Peek | Texas | Spring Lake |
| 18.3 acres, more or less, in Smith County, Texas, part of the Robert G. Saunders Survey, A-87 | 02/06/2017 | 02/06/2020 | 18.30000000 | 9.15000000 | Temple R. Holt and Sylvia R. Holt | Texas | Spring Lake |
| 44.4 acres, more or less, in Smith County, Texas, 13.64 acres more or less is part of the Rob | 03/09/2017 | 03/09/2023 | 44.00000000 | 2.77500000 | Michael B. Hatfield | Texas | Spring Lake |
| 2 acres, more or less, in Smith County, Texas, a part of the Robert G. Saunders Survey, A-871 | 03/10/2017 | 03/10/2020 | 2.00000000 | 0.50000000 | Michael E. Rutherford and Lola P. Rutherford | Texas | Spring Lake |
| 44.4 acres, more or less, in Smith County, Texas: 13.64 acres more or less is a part of the Rob | 03/08/2017 | 03/08/2020 | 44.00000000 | 2.46666686 | Shelly D. Brobst | Texas | Spring Lake |
| 44.4 acres, more or less, in Smith County, Texas: 13.64 acres more or less is a part of the Rob | 03/09/2017 | 03/09/2020 | 44.00000000 | 2.77500000 | Keith W. Hatfield | Texas | Spring Lake |
| 18.3 acres, more or less, in Smith County, Texas, part of the Robert G. Saunders Survey A-8 | 03/14/2017 | 03/14/2020 | 18.30000000 | 0.45750000 | Johnnie V. Potts | Texas | Spring Lake |
| 44.4 acres, more or less, in Smith County, Texas: 13.64 acres more or less is a part of the Rob | 03/08/2017 | 03/08/2020 | 44.00000000 | 2.46666667 | Dorothy Stockstill | Texas | Spring Lake |
| 44.4 acres, more or less, in Smith County, Texas: 13.64 acres more or less is a part of the Rob | 03/08/2017 | 03/08/2020 | 44.00000000 | 2.46666667 | Franklin Dale and Jacqueline Ruth Weber Revocable Trust, Fra | Texas | Spring Lake |
| 18.3 acres, more or less, in Smith County, Texas, part of the Robert G. Saunders Survey A-8 | 03/10/2017 | 03/10/2020 | 18.30000000 | 0.45750000 | Doris Martiel Lemons | Texas | Spring Lake |
| 13.64 acres more or less is part of the Robert G. Saunders Survey A-871 and 30.76 acres more | 05/03/2017 | 05/03/2020 | 44.00000000 | 5.55000000 | Ginger H. Foote | Texas | Spring Lake |
| 13.64 acres more or less is part of the Robert G. Saunders Survey A-871 and 30.76 acres more | 04/19/2017 | 04/19/2020 | 44.00000000 | 5.55000000 | Tracey Sheppeard Fleming | Texas | Spring Lake |
| 13.64 acres more or less is part of the Robert G. Saunders Survey A-871 and 30.76 acres more | 05/03/2017 | 05/03/2020 | 44.00000000 | 5.55000000 | William E. Harrison | Texas | Spring Lake |
| A part of the R.G. Saunders Sur., A-871, SCT, 18.3 acres, more or less, in Smith County, Texa: | 05/04/2017 | 05/04/2022 | 18.30000000 | 1.83000000 | Don A. Slaughter | Texas | Spring Lake |
| A part of the R.G. Saunders Sur., A-871, SCT, 18.3 acres, more or less, in Smith County, Texa: | 05/16/2017 | 05/16/2022 | 18.30000000 | 0.15250012 | Audrea D. Lemons | Texas | Spring Lake |
| A part of the R.G. Saunders Survey A-871, SCT, 18.3 acres, more or less, in Smith County, Texa: | 03/10/2017 | 03/10/2022 | 18.30000000 | 0.45750000 | Jimmy Merle Lemons | Texas | Spring Lake |
| A part of the R.G. Saunders Survey A-871 and part of the John Law Survey, A-557, SCT, 44.4 a | 03/08/2017 | 03/08/2020 | 44.00000000 | 9.24999985 | Kenneth Arthur Boelte & Kathleen Marie Boelte, Trustees of B | Texas | Spring Lake |
| A part of the R.G. Saunders Survey A-871, 18.3 acres, more or less, in Smith County, Texas | 05/16/2017 | 05/16/2022 | 18.30000000 | 0.15249999 | Cynthia Denise Lujan | Texas | Spring Lake |
| A part of the R.G. Saunders Survey A-871,18.3 acres, more or less, in Smith County, Texas | 04/24/2017 | 04/24/2022 | 18.30000000 | 0.91500000 | Joyce E. Campbell | Texas | Spring Lake |
| A part of the R.G. Saunders Sur., A-871, 18.3 acres, more or less, in Smith County, Texa: | 04/24/2017 | 04/24/2022 | 18.30000000 | 0.91500000 | Jim Foy Lemons, Jr. and Irene L. Lemons | Texas | Spring Lake |
| 19.608098 acres, Robert G. Saunders Survey A-871, TR#871-003-A-1, 8 acres Robert G. Saund | 10/04/2017 | 10/04/2020 | 29.60809800 | 12.28736067 | B&M Commodities, Inc. | Texas | Spring Lake |
| 102 acres of land in the R.G. Saunders Survey A-871 in Smith County, Texas | 01/08/2016 | 01/08/2021 | 102.00000000 | 12.75000000 | Carolyn J. Cottrill | Texas | Spring Lake |
| 102 acres, more or less, in the R.G. Saunders Survey A-871, Smith County, Texas | 12/21/2015 | 12/21/2020 | 102.00000000 | 4.25000034 | Joydell M. Meredith | Texas | Spring Lake |
| 102 acres, more or less, in the R.G. Saunders Survey A-871, Smith County, Texas | 12/10/2015 | 12/10/2020 | 102.00000000 | 12.75000000 | Allen Guillory | Texas | Spring Lake |
| 102 acres, more or less, in the R.G. Saunders Survey A-871, Smith County, Texas | 12/21/2015 | 12/21/2020 | 102.00000000 | 4.25000034 | Marjorie Ann Williamson | Texas | Spring Lake |
| 102 acres, more or less, in the R.G. Saunders Survey A-871, Smith County, Texas | 08/24/2016 | 08/24/2021 | 102.00000000 | 6.37500000 | Cone Travis Wilson | Texas | Spring Lake |
| 102 acres, more or less, in the R.G. Saunders Survey A-871, Smith County, Texas | 08/24/2016 | 08/24/2021 | 102.00000000 | 6.37500000 | Margaret Hazel Caley | Texas | Spring Lake |
| 102 acres, more or less, in the R.G. Saunders Survey A-871, Smith County, Texas | 01/05/2016 | 01/05/2021 | 102.00000000 | 4.25000034 | Lyda Janice Baker Heirs | Texas | Spring Lake |
| 18.3 acres, more or less, a part of the Robert G. Saunders Survey, A-871, in Smith County, Te: | 03/01/2018 | 03/01/2023 | 18.30000000 | 0.15250012 | Sherry Ann Weimer | Texas | Spring Lake |
| 0.692531 acres, more or less, Robert G. Saunders Survey, A-871, TR#871-003-V, in Smith Cou | 03/05/2018 | 03/05/2023 | 0.69253100 | 0.34626550 | Lori A. Flick | Texas | Spring Lake |
| 0.533 acres, more or less, Robert G. Saunders Survey, A-871, TR#871-003-M, in Smith County | 03/09/2018 | 03/09/2021 | 0.53300000 | 0.26650000 | William Adcock | Texas | Spring Lake |
| 0.733 acres, more or less, Robert G. Saunders Survey, A-871, TR#871-003-Q, in Smith County, | 02/28/2018 | 02/28/2021 | 0.73300000 | 0.36650000 | Maximiliano Arzola and wife, Bertha Arzola | Texas | Spring Lake |
| 0.367 acres, more or less, Robert G. Saunders Survey, A-871, TR#871-003-L, in Smith County, | 02/21/2018 | 02/21/2021 | 0.36700000 | 0.18350000 | Bobby Edward Bigham | Texas | Spring Lake |
| 0.404 acres, more or less, Robert G. Saunders Survey, A-871-TR#871-003-Q, in Smith County, | 02/16/2018 | 02/16/2023 | 0.40400000 | 0.20200000 | Berlinda G. Lott | Texas | Spring Lake |
| 29.608098 acres, more or less, in the R.G. Saunders Survey, A-871, in Smith County, Texas; Fi | 10/04/2017 | 10/04/2020 | 29.60809800 | 12.30405000 | B&M Commodities, Inc. | Texas | Spring Lake |
| 15.56 acres, more or less, Robert G. Saunders Survey, A-871, TR#871-003-J, in Smith County, | 01/03/2018 | 01/03/2023 | 15.56000000 | 7.78000000 | Jose Campos Valor | Texas | Spring Lake |
| 18.3 acres, more or less,  Robert G. Saunders Survey, A-871, in Smith County, Texas. | 03/05/2018 | 03/05/2023 | 18.30000000 | 0.15249994 | Justin Derrick Lemons | Texas | Spring Lake |

EXHIBIT 3

| | | | | | | |
|---|---|---|---|---|---|---|
| 18.3 acres, more or less, Robert G. Saunders Survey, A-871, in Smith County, Texas | 05/18/2017 | 05/18/2022 | 18.30000000 | 0.15249994 Stacy Diane Owens | Texas | Spring Lake |
| 1.447 acres, more or less, Robert G. Saunders Survey, A-871, in Smith County, Texas | 03/06/2018 | 03/06/2023 | 1.44700000 | 0.72350000 Barbara E. Collins | Texas | Spring Lake |
| | 03/22/2015 | 03/21/2021 | 160.00000000 | 4.00000000 Jean Ardeth Sullivan | Alabama | Tanyard Creek |
| SEC 33: E/2 OF NE/4 | 03/22/2015 | 03/22/2021 | 160.00000000 | 4.00000000 John Isbell | Alabama | Tanyard Creek |
| T011N-R007E-02 (80 acres)80 acres, more or less,  in Franklin Parish, LA | 01/27/2015 | 01/27/2020 | 80.00000000 | 13.33328000 Robert M. Ferrington, Sr. | Louisiana | East Wisner |
| T011N-R007E-02 (2 acres)2 acres, more or less,  in Franklin Parish, LA | 01/27/2015 | 01/27/2020 | 2.00000000 | 2.00000000 Robert M. Ferrington, Sr. | Louisiana | East Wisner |
| T011N-R007E-02 (40 acres)40 acres, more or less,  in Franklin Parish, LA | 02/02/2015 | 02/02/2020 | 40.00000000 | 20.00000000 Ann F. Knipp | Louisiana | East Wisner |
| T011N-R007E-02 (80 acres)80 acres, more or less,  in Franklin Parish, LA | 02/02/2015 | 02/02/2020 | 80.00000000 | 13.33333280 Ann F. Knipp | Louisiana | East Wisner |
| T011N-R007E-02 (80 acres)80 acres, more or less,  in Franklin Parish, LA | 02/12/2015 | 02/15/2020 | 80.00000000 | 13.33328000 Pear K. Ferrington | Louisiana | East Wisner |
| T011N-R007E-02 (80 acres)80 acres, more or less,  in Franklin Parish, LA | 02/24/2015 | 02/24/2020 | 80.00000000 | 40.00000000 Kenneth T. Ferrington, Sr. | Louisiana | East Wisner |

EXHIBIT 3

# Summary of Well Equipment



Summary of Oil & Gas Properties by Prospect
March 31, 2020
*(preliminary/unaudited and subject to adjustment, including those noted below)*

| Description | East Castor | Escambia | Fin Deep | North Beach | Oakhay | Shipps Creek | South King's Dome | Steele's Creek | Summit Extension | Green | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Unproved property** | | | | | | | | | | | | |
| Leasehold costs | - | - | - | - | - | - | - | - | - | - | 1,615,618 | 1,615,618 |
| IDC, ICC and Well Equip | - | - | - | - | - | - | - | - | - | - | 4,160,709 | 4,160,709 |
| Accum. DD&A | - | - | - | - | - | - | - | - | - | - | - | - |
| Accum. Impairment | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net book value** | - | - | - | - | - | - | - | - | - | - | **5,776,327** | **5,776,327** |
| | | | | | | | | | | | | |
| **Proved property** | | | | | | | | | | | | |
| Leasehold costs | 288,885 | 4,236,999 | 116,682 | 8,018,386 | 357,295 | 3,922,575 | 1,415,256 | 403,373 | 996,290 | 43,255 | 4,637,476 | 24,436,472 |
| Accum. DD&A | (155,116) | (1,827,754) | (35,514) | (5,182,657) | (90,861) | (754,385) | (795,508) | (229,341) | (478,258) | (3,015) | (4,646,534) | (14,198,944) |
| **Net book value** | 133,769 | 2,409,245 | 81,168 | 2,835,729 | 266,434 | 3,168,189 | 619,748 | 174,032 | 518,031 | 40,240 | (9,057) | 10,237,528 |
| | | | | | | | | | | | | |
| IDC, ICC and Well Equip | 835,239 | 31,928,404 | 772,782 | 19,003,406 | 3,723,758 | 4,584,329 | 6,528,481 | 6,136,673 | 4,805,356 | 1,588,113 | 20,573,646 | 100,480,188 |
| ARO Asset | 22,283 | 577,423 | 4,423 | 401,150 | - | 16,759 | 60,912 | 130,935 | 167,945 | 11,479 | 1,238,506 | 2,631,815 |
| Accum. Impairment | - | - | - | - | - | (793,765) | (2,580,915) | (1,900,957) | (1,002,647) | - | (2,864,465) | (9,142,249) |
| Accum. DD&A | (413,066) | (15,783,596) | (266,025) | (13,090,333) | (933,728) | (1,714,672) | (2,857,619) | (3,767,905) | (2,044,225) | (87,179) | (18,595,067) | (59,553,415) |
| **Net book value** | 444,456 | 16,722,230 | 511,180 | 6,314,223 | 2,790,030 | 2,092,651 | 1,151,359 | 598,747 | 1,926,429 | 1,512,413 | 352,621 | 34,416,339 |
| | | | | | | | | | | | | |
| **Net book value property** | **578,225** | **19,131,475** | **592,348** | **9,149,952** | **3,056,464** | **5,260,840** | **1,771,107** | **772,779** | **2,444,460** | **1,552,654** | **343,563** | **44,653,866** |

Note:  ARO assets have not yet been estimated for 2019 and 2020 new wells.  In addition, this schedule is subject to DD&A and impairment true-ups that will be recorded when reserve reports are finalized.

EXHIBIT 3

**Summary of Properties and Interests of**
Sklarco, L.L.C.
Effective Date: January 1, 2020

| State | Field | County/Parish | Operator | Well Name | Working Interest | Revenue Interest | Reversion Code |
|-------|-------|---------------|----------|-----------|------------------|------------------|----------------|
| Proved Producing Reserves | | | | | | | |
| AL | Brooklyn | Conecuh | Fletcher Petroleum Corp. | Anderson Johnson 11-9 #1 | 0.01285624 | 0.01024482 | |
| | | | | Findley 2-5 | 0.01259887 | 0.00894858 | |
| | | | | Marshall 11-11 #1 | 0.04603492 | 0.03490867 | |
| | | | | Pate 3-9 #1 | 0.06209375 | 0.04843313 | |
| | | | Pruet Production Co. | Northeast Brooklyn Oil Unit | 0.01240584 | 0.00902453 | |
| | | | | Northwest Brooklyn Oil Unit | 0.04602158 | 0.03398948 | |
| | | | Sklar Exploration Co. | Cedar Creek Land & Timber 2-15 #1 | 0.25712500 | 0.19284375 | |
| | | | | | 0.25712500 | 0.17887216 | AVPO |
| | | | | | 0.25683750 | 0.17723154 | AWPO |
| | | Escambia | | Southeast Brooklyn Oil Unit | 0.12114665 | 0.08483665 | |
| | | | | Southwest Brooklyn Oil Unit | 0.19639466 | 0.14003064 | |
| | Fish Pond | Escambia | Sklar Exploration Co. | Fish Pond Unit | 0.24837500 | 0.16082283 | |
| | Kirkland | Escambia | Sklar Exploration Co. | Cedar Creek Land & Timber 13-11 #1 | 0.20125000 | 0.14087500 | |
| | | | | | 0.29462781 | 0.18870911 | APPO |
| | | | | Cedar Creek Land & Timber 13-15 #1 ST | 0.25365000 | 0.17762500 | |
| | | | | | 0.24062500 | 0.16843750 | AAPO |
| | | | | | 0.20000000 | 0.14000000 | AMPO |
| | | | | | 0.25033938 | 0.18989504 | APPO |
| | | | | Cedar Creek Land & Timber 18-13 #1 | 0.30905900 | 0.21696429 | |
| | | | | | 0.28653204 | 0.20044643 | AAPO |
| | | | | | 0.33859868 | 0.21687246 | ADPO |
| | | | | | 0.24459796 | 0.17142857 | AMPO |
| | | | | | 0.33922562 | 0.21772236 | APPO |
| | | | | Cedar Creek Land & Timber 24-1 #1 | 0.20125000 | 0.14087500 | |
| | | | | | 0.29462781 | 0.18870911 | APPO |
| | Little Cedar Creek | Conecuh | Pruet Production Co. | Hamiter 17-16 | 0.13129527 | 0.09743298 | |
| | | | | Little Cedar Creek Oil Unit I | 0.00186455 | 0.00130812 | |
| | | | Sklar Exploration Co. | Craft-Hamiter 20-11 #1 | 0.14482741 | 0.10837059 | |
| | | | | | 0.15443503 | 0.11085189 | AWPO |
| | | | | | 0.09553429 | 0.06501074 | AWPO2 |
| | | | | Craft-Mack 17-4 #1 | 0.18691701 | 0.13423344 | |

EXHIBIT 3

| State | Field | County/Parish | Operator | Well Name | Working Interest | Revenue Interest | Reversion Code |
|---|---|---|---|---|---|---|---|
| | | | | Little Cedar Creek Oil Unit II | 0.26812255 | 0.18971222 | |
| | | | | Little Cedar Creek Oil Unit II | 0.26247875 | 0.18568289 | ADOPO |
| | | | | Little Cedar Creek Oil Unit IV | 0.25373064 | 0.18470732 | |
| | Murder Creek | Escambia | Sklar Exploration Co. | Edwards Family Trusts 26-6 #1 | 0.37715390 | 0.29785151 | |
| | | | | | 0.37703390 | 0.29779256 | AVPO |
| | | | | | 0.37690739 | 0.29759225 | AWPO |
| | | | | | 0.30847839 | 0.24391852 | AMPO |
| | | | | | 0.34470222 | 0.27216424 | AAPO |
| | | | | | 0.39630556 | 0.28967720 | APPO |
| | | | | | 0.39495749 | 0.28869899 | ADPO |
| | | | | | 0.33382494 | 0.24030504 | ARPO |
| | Sepulga River | Escambia | Fletcher Petroleum Corp. | Hart 17-16 | 0.13906813 | 0.10470610 | |
| | | | | | 0.10450610 | 0.07263985 | AWPO |
| | | | | | 0.09514063 | 0.06461630 | AWPO2 |
| FL | Mt Carmel | Santa Rosa | Sklar Exploration Co. | Bates 2-2 #1 | 0.16076924 | 0.12607438 | |
| | | | | | 0.15933486 | 0.12516001 | AWPO |
| | | | | | 0.13301923 | 0.09643598 | AFPO |
| | | | | | 0.27925043 | 0.21821572 | APPO |
| | | | | | 0.12259822 | 0.09557576 | AWPO2 |
| | | | | | 0.24380557 | 0.19129934 | AWPO3 |
| | | | | Polk Estate etal 13-5 #1 | 0.12115825 | 0.09440692 | |
| | | | | | 0.11761322 | 0.09065657 | AWPO |
| | | | | | 0.08787444 | 0.06773385 | AFPO |
| | | | | | 0.23158917 | 0.17835534 | APPO |
| | | | | | 0.24004897 | 0.18503034 | AWPO2 |
| LA | Arcadia, West | Claiborne | Sklar Exploration Co. | Kimberly Lay 33 #1 | 0.21923258 | 0.16091156 | |
| | | Bienville | TDX Energy | La. Minerals #1-Alt. | 0.19855780 | 0.14768999 | |
| | Ashland | Natchitoches | Sklar Exploration Co. | Fin Deep Pipeline | 0.07000000 | 0.07000000 | |
| | | | | Rushing etal #2 | 0.12703376 | 0.09659207 | |
| | Bryceland, West | Bienville | Sklar Exploration Co. | John D Bryant Jr. etal #1 | 0.32032250 | 0.24023438 | |
| | Castor | Bienville | Sklar Exploration Co. | East Castor Pipeline | 0.07000000 | 0.07000000 | |
| | | | | Echo Papa 10-10 #1 | 0.12558072 | 0.09517703 | |
| | | | | J B Evans 11-4 #1 | 0.19591363 | 0.14957907 | |
| | | | | | 0.18232339 | 0.13960918 | AMPO |

EXHIBIT 3

| State | Field | County/Parish | Operator | Well Name | Working Interest | Revenue Interest | Reversion Code |
|---|---|---|---|---|---|---|---|
| | Cedar Grove | Bossier | Aethon Energy Operating | Grayson 24H #1 | ORRI | 0.00108806 | |
| | | Caddo | | Grayson 25H #1 | ORRI | 0.00343884 | |
| | | Bossier | BP | B & K Exploration 35H #1 | ORRI | 0.00144462 | |
| | | | | B & K Exploration 37 #1 | ORRI | 0.00661022 | |
| | | | | Dickson 37 #1 | ORRI | 0.00246549 | |
| | | Caddo | | Dutton Family etal 27H #1 | ORRI | 0.00035969 | |
| | | | | Red River Bend 22H #1 | ORRI | 0.00030407 | |
| | | | Sklar Exploration Co. | B & K Exploration Inv. #1 | 0.07697290 | 0.06114885 | |
| | | | | Bickham Dickson 37 #1 | 0.07775040 | 0.06209288 | |
| | Gibsland | Bienville | Sklar Exploration Co. | Willamette 21 #1 | 0.22527590 | 0.17172040 | |
| MS | Kings Dome, South | Warren | Sklar Exploration Co. | Feld Heirs #1 | 0.49924195 | 0.40416155 | |
| | | | | | 0.35461162 | 0.29368125 | ARPO |
| | | | | Feld Heirs #3 | 0.48644402 | 0.46989699 | |
| | | | | | 0.43573930 | 0.35081980 | ARPO |
| | | | | | 0.29223718 | 0.23725469 | ARPO2 |
| | Oakhay Creek | Smith | Sklar Exploration Co. | Sandra Bateman 21-9 #1 | 0.25750000 | 0.19312500 | |
| | | | | | 0.36056000 | 0.24878640 | APPO |
| | | | | Jeanette S Cole 21-11 #1 | 0.28825992 | 0.21626884 | |
| | | | | | 0.36995182 | 0.24743430 | APPO |
| | Parker Lake | Pike | Par Minerals | Credit Shelter 22-8 #1 | 0.22786999 | 0.17092935 | |
| | | | | | 0.17037749 | 0.12819701 | APPO |
| | | | | Emileigh 21-16 #1 | 0.22716990 | 0.17037750 | |
| | | | | | 0.17037749 | 0.12778313 | APPO |
| | | | | Hossfeld 29-9 #1 | 0.22716999 | 0.17037750 | |
| | | | | | 0.17037749 | 0.12778313 | APPO |
| | | | | Parker 28-2 #1 | 0.25000000 | 0.18750000 | |
| | | | | | 0.18750000 | 0.14062500 | APPO |
| | | | | Rogers 28-5 #1 | 0.21541657 | 0.16161590 | |
| | | | | | 0.16163743 | 0.12121193 | APPO |
| | | | | Solomon 28-12 #1 | 0.22716999 | 0.17406495 | |
| | | | | | 0.17037749 | 0.13054871 | APPO |
| | | | | Talley 28-3 #1 | 0.22716990 | 0.17509806 | |
| | | | | | 0.15621582 | 0.11716186 | APPO |
| | | | | | 0.20828775 | 0.15621582 | AWPO |

EXHIBIT 3

| State | Field | County/Parish | Operator | Well Name | Working Interest | Revenue Interest | Reversion Code |
|---|---|---|---|---|---|---|---|
| | Summit | Pike | Par Minerals | Adams 23-2 #1 | 0.25000000 | 0.18750000 | |
| | | | | | 0.18750000 | 0.14062500 | APPO |
| TX | Woodlawn | Marion | Sklar Exploration Co. | Albert Key etal #1 | 0.41063997 | 0.31183505 | |
| | | | | | 0.52559748 | 0.37571723 | APPO |
| | | | Tompkins, Kevin D. | Isaac Hervey etal #1 | 0.25627623 | 0.19236629 | |
| | | | | | 0.36387849 | 0.25766030 | APPO |
| | Woodlawn, South | Harrison | Sklar Exploration Co. | John T Favell etal #1 | 0.41064997 | 0.29786624 | |
| | | | | | 0.52559748 | 0.36327030 | APPO |

Proved Non-Producing Reserves

| State | Field | County/Parish | Operator | Well Name | Working Interest | Revenue Interest | Reversion Code |
|---|---|---|---|---|---|---|---|
| AL | Brooklyn | Conecuh | Pruet Production Co. | Northeast Brooklyn Oil Unit | 0.01284584 | 0.00902453 | |
| | | | | Northwest Brooklyn Oil Unit | 0.04662158 | 0.03398948 | |
| | | Escambia | Sklar Exploration Co. | Southeast Brooklyn Oil Unit | 0.12174665 | 0.08483665 | |
| | | | | Southwest Brooklyn Oil Unit | 0.19649466 | 0.14003064 | |
| | Little Cedar Creek | Conecuh | Sklar Exploration Co. | Little Cedar Creek Oil Unit II | 0.26842255 | 0.18971222 | |
| | | | | Little Cedar Creek Oil Unit II | 0.26307875 | 0.18568289 | ADOPO |
| | | | | Little Cedar Creek Oil Unit IV | 0.25273064 | 0.18470732 | |
| FL | Mt Carmel | Santa Rosa | Sklar Exploration Co. | Pitnic Limited 16-3 #1 | 0.14390093 | 0.11398109 | |
| | | | | | 0.11147464 | 0.09051883 | AFPO |
| | | | | | 0.25353253 | 0.20129843 | APPO |
| | | | | | 0.14152713 | 0.11159384 | AWPO |
| | | | | | 0.11233965 | 0.08862121 | AFPO2 |
| | | | | | 0.24888631 | 0.19708890 | APPO2 |
| | | | | | 0.13814773 | 0.10912444 | AWPO2 |
| | | | | | 0.11007523 | 0.08665679 | AFPO3 |
| | | | | | 0.24405766 | 0.19274025 | APPO3 |
| | | | | | 0.13458651 | 0.10616625 | AWPO3 |
| | | | | | 0.10726606 | 0.08421575 | AFPO4 |
| | | | | | 0.23983869 | 0.18857606 | APPO4 |
| MS | Pleasant Ridge, S. | Clarke | Sklar Exploration Co. | Fleming 30-15 #1 | 0.28156250 | 0.21117188 | |
| | | | | | 0.22525000 | 0.16893750 | APPO |
| | | | | | 0.21200000 | 0.15900000 | AWPO |

EXHIBIT 3

| State | Field | County/Parish | Operator | Well Name | Working Interest | Revenue Interest | Reversion Code |
|---|---|---|---|---|---|---|---|
| | | | | McLeod etal 30-11 #1 | 0.26800000 | 0.20670000 | |
| | | | | | 0.22996610 | 0.16956522 | APPO |
| | | | | | 0.21200000 | 0.15600000 | ARPO |
| | Proved Behind Pipe Reserves | | | | | | |
| AL | Brooklyn | Conecuh | Sklar Exploration Co. | Cedar Creek Land & Timber 2-15 #1 | 0.25712500 | 0.19284375 | |
| | | | | | 0.25712500 | 0.17887216 | AVPO |
| | | | | | 0.25493750 | 0.17723154 | AWPO |
| | | Escambia | | Southwest Brooklyn Oil Unit | 0.19609466 | 0.14003064 | |
| | Kirkland | Escambia | Sklar Exploration Co. | Cedar Creek Land & Timber 13-15 #1 ST | 0.25295000 | 0.17762500 | |
| | | | | | 0.24062500 | 0.16843750 | AAPO |
| | | | | | 0.20060000 | 0.14000000 | AMPO |
| | | | | | 0.29647938 | 0.18989504 | APPO |
| | Little Cedar Creek | Conecuh | Sklar Exploration Co. | Little Cedar Creek Oil Unit II | 0.26842255 | 0.18971222 | |
| | | | | Little Cedar Creek Oil Unit II | 0.26317875 | 0.18568289 | ADOPO |
| LA | Ashland | Natchitoches | Sklar Exploration Co. | Rushing etal #2 | 0.12755376 | 0.09659207 | |
| MS | Kings Dome, South | Warren | Sklar Exploration Co. | Feld Heirs #1 | 0.49672195 | 0.40416155 | |
| | | | | | 0.35461162 | 0.29368125 | ARPO |
| | | | | Feld Heirs #3 | 0.58001402 | 0.46989699 | |
| | | | | | 0.43515930 | 0.35081980 | ARPO |
| | | | | | 0.29223718 | 0.23725469 | ARPO2 |
| | Oakhay Creek | Smith | Sklar Exploration Co. | Sandra Bateman 21-9 #1 | 0.25750000 | 0.19312500 | |
| | | | | | 0.36056000 | 0.24878640 | APPO |
| | | | | Jeanette S Cole 21-11 #1 | 0.28825992 | 0.21626884 | |
| | | | | | 0.36983182 | 0.24743430 | APPO |
| | Pleasant Ridge, S. | Clarke | Sklar Exploration Co. | Fleming 30-15 #1 | 0.28156250 | 0.21117188 | |
| | | | | | 0.22525000 | 0.16893750 | APPO |
| | | | | | 0.21200000 | 0.15900000 | AWPO |
| | | | | McLeod etal 30-11 #1 | 0.26800000 | 0.20670000 | |
| | | | | | 0.22996610 | 0.16956522 | APPO |
| | | | | | 0.21200000 | 0.15600000 | ARPO |

EXHIBIT 3

| State | Field | County/Parish | Operator | Well Name | Working Interest | Revenue Interest | Reversion Code |
|-------|-------|---------------|----------|-----------|------------------|------------------|----------------|
| Proved Undeveloped Reserves | | | | | | | |
| TX | Spring Lake Prospect | Smith | Sklar Exploration Co. | Spring Lake #1 | 0.37000000 | 0.27750000 | |
| | | | | | 0.44861299 | 0.33645974 | APPO |
| | | | | | 0.33996753 | 0.25497565 | AMPO |

| | |
|------|----------------------------------|
| AAPO | After BVS et al Assignment Payout |
| ADPO | After Dickson Farmout Payout |
| AFPO | After Mt. Carmel Farmout Payout |
| AMPO | After McCombs Farmout Payout |
| APPO | After Prospect Payout |
| ARPO | After Recompletion Payout |
| AVPO | After Volume Payout |
| AWPO | After Well Payout |

EXHIBIT 3

| Fill in this information to identify the case: |
| --- |

Debtor name    **Sklarco, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **East West Bank Treasury Department**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Undivided Interest in Oil and Gas Leases - See Attached; additional information including full legal descriptions available upon request from Debtor's counsel; Value based on April 1, 2020 Reserve Report at $31.96/bbl** | **$22,350,000.00** | **$75,422,000.00** |
| **135 N. Los Robles Ave, Ste 600**<br>**Pasadena, CA 91101**<br>Creditor's mailing address | **Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$22,350,000.00** |
| --- | --- | --- |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 3

**Fill in this information to identify the case:**

Debtor name __Sklarco, LLC__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** | Priority creditor's name and mailing address<br>**Alabama Department of Revenue**<br>**50 North Ripley Street**<br>**Montgomery, AL 36104** | **$0.00** | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Notice Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.2** | Priority creditor's name and mailing address<br>**Colorado Department of Revenue**<br>**1375 Sherman Street, Room 511**<br>**Denver, CO 80261** | **$0.00** | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Notice  Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      48404      Best Case Bankruptcy

EXHIBIT 3

| Debtor | **Sklarco, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Florida Department of Revenue**
**P. O. Box 6668**
**Tallahassee, FL 32314-6668**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Louisiana Department of Revenue**
**P.O. Box 201**
**Baton Rouge, LA 70821-3440**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

EXHIBIT 3

| Debtor | Sklarco, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Mississippi Department of Revenue**
P.O. Box 1033
Jackson, MS 39215-1033

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Montana Department of Revenue**
PO Box 6577
Helena, MT 59604-6577

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Texas Comptroller**
111 East 17th Street
Austin, TX 78701

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Wyoming Department of Revenue**
122 West 25th Street, Suite E301
Herschler Building East
Cheyenne, WY 82002

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

EXHIBIT 3

| Debtor | **Sklarco, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.1** | Nonpriority creditor's name and mailing address

**Aethon Energy Operating, LLC**
**PO Box 733448**
**Dallas, TX 75373-3448**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No  ☐ Yes

**$375.43**

---

**3.2** | Nonpriority creditor's name and mailing address

**Amplify Energy Operating, LLC**
**500 Dallas St., STE 1700**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,326.48**

---

**3.3** | Nonpriority creditor's name and mailing address

**Atlantis Oil Company, Inc.**
**727 S. Chilton Ave.,**
**Tyler, TX 75701-1554**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No  ☐ Yes

**$6.52**

---

**3.4** | Nonpriority creditor's name and mailing address

**Basa Resources, Inc**
**14875 Landmark Blvd., 4th Floor**
**Dallas, TX 75254**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,137.94**

---

**3.5** | Nonpriority creditor's name and mailing address

**Beebe & Beebe, Inc.**
**P.O. Box 386**
**El Dorado, AR 71730**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No  ☐ Yes

**$706.95**

---

**3.6** | Nonpriority creditor's name and mailing address

**Benbrook, Jean**
**2620 County Road 3540**
**Hawkins, TX 75765**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$236.25**

---

**3.7** | Nonpriority creditor's name and mailing address

**Berry Petroleum, Inc. Martin Resource**
**Management Corp.**
**4925 Greenville Ave.**
**Suite 900**
**Dallas, TX 75206**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number (if known) | |
|--------|------------------|------------------------|--|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,370.44** |
|-----|---|---|---|

**Blackbird Company**
900 Pierremont Rd.,Suite 221
Shreveport, LA 71106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Joint Interest Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|-----|---|---|---|

**Bonanza Creek Energy Inc.**
410 17th Street, Suite 1400
Denver, CO 80202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,025.80** |
|-----|---|---|---|

**BP America Production Co.**
P.O. Box 848155
Dallas, TX 75284-8155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Joint Interest Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27.17** |
|-----|---|---|---|

**BPX Operating Company**
501 Westlake Park Blvd
Houston, TX 77079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Joint Interest Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$240.12** |
|-----|---|---|---|

**BRP Energy, LLC**
P. O. Box 2718
San Angelo, TX 76902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,040.09** |
|-----|---|---|---|

**Camterra Resources, Inc.**
2615 East End Blvd South
P.O. Box 2069
Marshall, TX 75671

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Joint Interest Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,582.28** |
|-----|---|---|---|

**CCI East Texas Upstream, LLC**
**Castleton Commodities Upstream, LLC**
811 Main Street, Suite 1500
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Joint Interest Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 3

| Debtor | Sklarco, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.33 |
|---|---|---|---|

**Chesapeake Energy, Inc.**
**Chesapeak Operating, LLC**
PO Box 207295
Dallas, TX 75320-7295

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,229.74 |
|---|---|---|---|

**Cimarex Energy Co.**
**#774023**
**4023 Solutions Center**
Chicago, IL 60677-4000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.40 |
|---|---|---|---|

**Cobra Oil & Gas Corporation**
P.O. Box 8206
Wichita Falls, TX 76307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205.32 |
|---|---|---|---|

**Conoco Phillips (Burlington Resources**
**Oil & Gas Co LP)**
21873 Network Place
Chicago, IL 60673-1218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.84 |
|---|---|---|---|

**Continental Resources, Inc.**
PO Box 952724
Saint Louis, MO 63195-2724

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Cranford, Gary M.**
5537 Highway 512
Quitman, MS 39355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Culver & Cain Production, LLC RD Account**
PO Box 8085
Tyler, TX 75711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Notice Purposes Only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$268.38** |
|---|---|---|---|

**Cypress Operating, Inc.**
**330 Marshall St.**
**Suite 930**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Joint Interest Payments_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$156,703.13** |
|---|---|---|---|

**Davis Southern Operating Company, LLC**
**1500 McGowen Street, Suite 200**
**Houston, TX 77004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Joint Interest Payments_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$242.40** |
|---|---|---|---|

**Denbury Onshore, LLC**
**P.O. Box 972555**
**Dallas, TX 75397-2555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Joint Interest Payments_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$888.88** |
|---|---|---|---|

**Derendinger, Cornelia**
**2906 Rayado Court South**
**College Station, TX 77845-7715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,002.35** |
|---|---|---|---|

**Devon Energy Production Co., LP**
**P O Box 842485**
**Dallas, TX 75284-2485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Joint Interest Payments_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$218.92** |
|---|---|---|---|

**Diversified Production, LLC**
**Diversified Gas & Oil Corporation**
**4150 Belden Village St. NW**
**Suite 401**
**Canton, OH 44718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Joint Interest Payments_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,424.41** |
|---|---|---|---|

**Dorfman Production Company**
**4925 Greenville Ave, St 900**
**Dallas, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Joint Interest Payments_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 3

| Debtor | **Sklarco, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$393.22** |
|---|---|---|---|

**Endeavor Energy Resources L.P.**
PO Box 679478
Dallas, TX 75267-9478

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Joint Interest Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$92.11** |
|---|---|---|---|

**Fairway Resources III, LLC**
PO Box 671349
Dallas, TX 75267-1349

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Joint Interest Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55.12** |
|---|---|---|---|

**Gallery Petroleum, LLC**
8700 Commerce Park Dr.
Suite 116
Houston, TX 77036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Joint Interest Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Goth, Julie M.**
P.O. Box 105835
Jefferson City, MO 65110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,418.75** |
|---|---|---|---|

**Grigsby Petroleum Inc.**
333 Texas St.
Suite 2285
Shreveport, LA 71101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Joint Interest Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,581.46** |
|---|---|---|---|

**Grizzly Operating, LLC**
**Grizzly Energy, LLC**
PO Box 46094
Houston, TX 77210-6094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Joint Interest Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$219.06** |
|---|---|---|---|

**Hanna Oil and Gas Company**
P.O. Box 1356
Fort Smith, AR 72902-1356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Joint Interest Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.39 |
|---|---|---|---|

**Harleton Oil & Gas, Inc.**
**P.O. Box 345**
**Tyler, TX 75710**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $842.55 |
|---|---|---|---|

**Herman L. Loeb, LLC**
**P.O. Box 838**
**Lawrenceville, IL 62439**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,224.43 |
|---|---|---|---|

**Highmark Energy Operating, LLC**
**c/o Oil & Gas Business Solutions, Inc.**
**4849 Greenville Ave., Ste 1250**
**Dallas, TX 75206**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,648.72 |
|---|---|---|---|

**Hilcorp Energy Company**
**Dept. 412**
**P.O. Box 4346**
**Houston, TX 77210-4346**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Hites, Melanie D.**
**719 North County Line Road**
**Tuttle, OK 73089**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Indigo Resources, LLC**
**P. O. Box 733183**
**Dallas, TX 75373-3183**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**J-O'B Operating Company**
**P.O. Box 5928**
**Shreveport, LA 71135-5928**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 3

| Debtor | **Sklarco, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$309.44** |
|---|---|---|---|

**Jeems Bayou Production Corp.**
P.O. Box 639
Oil City, LA 71061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55.81** |
|---|---|---|---|

**John Linder Operating Company, LLC**
100 Independence Place, Suite 307
Tyler, TX 75703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$187.44** |
|---|---|---|---|

**John O. Farmer, Inc.**
P.O. Box 352
370 West Wichita Ave.
Russell, KS 67665

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,213.09** |
|---|---|---|---|

**Kirkpatrick Oil Company, Inc.**
PO Box 248885
Oklahoma City, OK 73124-8885

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4.09** |
|---|---|---|---|

**Lance Ruffel Oil & Gas Corp.**
210 Park Avenue
Suite 2150
Oklahoma City, OK 73102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$373.75** |
|---|---|---|---|

**LIS Real Estate & Minerals, LLC**
P.O. Box 906
El Campo, TX 77437

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$709.79** |
|---|---|---|---|

**Magnum Producing, LP Ahuja Holdings, LLP**
500 N. Shoreline, Suite 322
Corpus Christi, TX 78401-0313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 3

| Debtor | Sklarco, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $222.67 |
|---|---|---|---|

**Marathon Oil Co Joint Venture Receipts**
PO Box 732309
Dallas, TX 75373-2309

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $606.67 |
|---|---|---|---|

**Marathon Oil Permian LLC**
PO Box 732309
Dallas, TX 75373-2309

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $444.44 |
|---|---|---|---|

**Martin, William Ashton**
2 Saint James Place
Brooklyn, NY 11205

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Martindale Consultants, Inc.**
4242 N. Meridian Ave.
Oklahoma City, OK 73112-2457

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.31 |
|---|---|---|---|

**Maximus Operating, LTD**
PO Box 1706
Longview, TX 75606-1706

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Meridian Resources (USA), Inc.**
c/o Excalibur Operating, LLC
2020 W Pinhook, Ste 201
Lafayette, LA 70508

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Merit Energy Company**
PO Box 843755
Dallas, TX 75284-3755

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,913.16 |
|---|---|---|---|

**Mission Creek Resources, LLC**
**25511 Budde Rd, Ste 601**
**Spring, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Mrs. Tracy G. Davis**
**1753 Cypress Rapids Drive**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $296.72 |
|---|---|---|---|

**Mustang Fuel Corporation**
**P. O. Box 960006**
**Oklahoma City, OK 73196-0006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $970.54 |
|---|---|---|---|

**Nadel & Gussman - Jetta Operating Co**
**15 East 5th Street, Ste 3300**
**Tulsa, OK 74103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $222.22 |
|---|---|---|---|

**O'Bannon, Robert Clayton**
**13313 Highway 63**
**Moss Point, MS 39563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,816.52 |
|---|---|---|---|

**Palmer Petroleum Inc.**
**330 Marshall Street**
**Suite 1200**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,021.71 |
|---|---|---|---|

**Par Minerals Corporation**
**701 Texas Street**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.64**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $333.33 |
|---|---|---|
| **Paul Sullivan** | | |
| **Administrator Estate of Terry D. Sulliva** | ☐ Contingent | |
| **505 East Jackson Street** | ☐ Unliquidated | |
| **Suite 200** | ☐ Disputed | |
| **Tampa, FL 33602** | | |
| Date(s) debt was incurred __ | Basis for the claim:  Trade Debt  | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.65**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $273.28 |
|---|---|---|
| **Petro-Chem Operating Co., Inc.** | | |
| **PO Box 670** | ☐ Contingent | |
| **Minden, LA 71058-0670** | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Joint Interest Payments  | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.66**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $179.88 |
|---|---|---|
| **Petro-Chem Operating Co., Inc.** | | |
| **416 Travis Street, Suite 812** | ☐ Contingent | |
| **Shreveport, LA 71101** | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Joint Interest Payments  | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.67**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,031.26 |
|---|---|---|
| **Phillips Energy, Inc** | | |
| **330 Marshall Street** | ☐ Contingent | |
| **Suite 300** | ☐ Unliquidated | |
| **Shreveport, LA 71101** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Joint Interest Payments  | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.68**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.04 |
|---|---|---|
| **Presidio Petroleum, LLC** | | |
| **500 W. 7th St., Ste. 803** | ☐ Contingent | |
| **Fort Worth, TX 76102** | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Joint Interest Payments  | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.69**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $222.22 |
|---|---|---|
| **Priest, Rebecca Lynn** | | |
| **2301 Broken Wagon Drive** | ☐ Contingent | |
| **Leander, TX 78641** | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Trade Debt  | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.70**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49.25 |
|---|---|---|
| **Prima Exploration, Inc.** | | |
| **250 Fillmore, Suite #500** | ☐ Contingent | |
| **Denver, CO 80206** | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Joint Interest Payments  | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,596.21 |
|---|---|---|---|

**Pruet Production Co**
PO Box 11407
Birmingham, AL 35246-1129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Joint Interest Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.93 |
|---|---|---|---|

**QEP Energy Company**
PO Box 204033
Dallas, TX 75320-4033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Joint Interest Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,855.58 |
|---|---|---|---|

**Quanico Oil & Gas, Inc.**
PO Box 10519
El Dorado, AR 71730

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Joint Interest Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,016.52 |
|---|---|---|---|

**Rabalais Oil & Gas, Inc.**
P.O. Box 1567
Fort Worth, TX 76101-1567

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Joint Interest Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.20 |
|---|---|---|---|

**Redline Energy, LLC**
P. O. Box 317
Dover, OK 73734

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Joint Interest Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Riviera Operating, LLC**
P. O. Box 671631
Dallas, TX 75267-1631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rockcliff Energy Mgmt., LLC**
1301 McKinney
Suite 1300
Houston, TX 77010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $296.41 |
|---|---|---|---|

**Roszel, Norman Riki**
321 Granite Blvd.
Marble Falls, TX 78654

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,854.69 |
|---|---|---|---|

**S & P Co.**
330 Marshall St.
Suite 300
Shreveport, LA 71101

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.78 |
|---|---|---|---|

**S & S Operating Company, Inc.**
P.O. Box 1250
Winnie, TX 77665-1250

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $856.51 |
|---|---|---|---|

**Sabine Oil & Gas LLC**
PO Box 206634
Dallas, TX 75320-6634

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Samson Resources Company**
PO Box 972282
Dallas, TX 75397-2282

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,946.36 |
|---|---|---|---|

**Shelby Operating Company**
5535 SMU Blvd., Ste. 200
Dallas, TX 75206

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.40 |
|---|---|---|---|

**Shuler Drilling Company, Inc.**
3340 West Hillsboro Street
El Dorado, AR 71730-6736

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 3

| Debtor | Sklarco, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.85**

Nonpriority creditor's name and mailing address
**Silver Creek Oil & Gas, LLC**
**5525 N. MacArthur Blvd.**
**Ste 775**
**Irving, TX 75038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$80.47**

---

**3.86**

Nonpriority creditor's name and mailing address
**Sinclair, Emily and Robert E.**
**2200 Ross Avenue**
**Suite 420**
**Dallas, TX 75201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$490.36**

---

**3.87**

Nonpriority creditor's name and mailing address
**Southwest Operating Inc.**
**727 S. CHILTON**
**Tyler, TX 75701-1554**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$15.04**

---

**3.88**

Nonpriority creditor's name and mailing address
**Speller Oil Corporation**
**3535 N.W. 58th Ste, Ste 900**
**Oklahoma City, OK 73112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$220.91**

---

**3.89**

Nonpriority creditor's name and mailing address
**Stovall, Lynn Ann**
**P.O. Box 906**
**El Campo, TX 77437**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$373.75**

---

**3.90**

Nonpriority creditor's name and mailing address
**Stroud Petroleum, Inc.**
**P.O. Box 565**
**Shreveport, LA 71162-0565**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$4,084.14**

---

**3.91**

Nonpriority creditor's name and mailing address
**Sugar Creek Producing Co.**
**P.O Box 1756**
**Shreveport, LA 71166**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$31.63**

---

EXHIBIT 3

| Debtor | **Sklarco, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$262.73** |
|---|---|---|---|

**Tanos Exploration, LLC**
**PO Box 208222**
**Dallas, TX 75320-8222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Joint Interest Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.10** |
|---|---|---|---|

**TDX Energy LLC**
**401 Edwards St, Ste 1510**
**Shreveport, LA 71101-3525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Joint Interest Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,476.13** |
|---|---|---|---|

**Tellurian Operating, LLC**
**1201 Louisiana Street**
**Suite 3100**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Joint Interest Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$515.57** |
|---|---|---|---|

**The Long Trusts**
**P.O. Box 3096**
**Kilgore, TX 75663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Joint Interest Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.66** |
|---|---|---|---|

**Titan Rock Exploration & Production, LLC**
**1601 Elm Street, Suite 3500**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Joint Interest Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$680.15** |
|---|---|---|---|

**TO Kimbrell LLC**
**PO Box 11407**
**Dept #5868**
**Birmingham, AL 35246-5868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Joint Interest Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$225.59** |
|---|---|---|---|

**Toland & Johnston, Inc.**
**P.O. Box 189**
**Edmond, OK 73083-0189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Joint Interest Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85.27** |
|---|---|---|---|

**Trivium Operating, LLC**
**301 Commerce Street**
**Suite 3635**
**Fort Worth, TX 76102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Joint Interest Payments

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$223.87** |
|---|---|---|---|

**TYGR Operating Company, LLC**
**PO Box 6764**
**Shreveport, LA 71136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Joint Interest Payments

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2.77** |
|---|---|---|---|

**Upshur County**
**215 N Titus**
**Gilmer, TX 75644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Joint Interest Payments

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,202.16** |
|---|---|---|---|

**Urban Oil & Gas Group, LLC**
**Department #41380**
**P. O. Box 650823**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Joint Interest Payments

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$216.57** |
|---|---|---|---|

**Vernon E. Faulconer, Inc.**
**P.O. Box 7995**
**Tyler, TX 75711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Joint Interest Payments

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Vine Oil & Gas LP**
**5800 Granite Parkway, Suite 550**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$915.97** |
|---|---|---|---|

**Weiser-Brown Operating, Co.**
**PO Box 500**
**Magnolia, AR 71754-0500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Joint Interest Payments

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number (if known) | |
|--------|------------------|------------------------|--|
| | Name | | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $444.44 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**William Ashton Martin**
**2 Saint James Place**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $470.44 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**WPX Energy, Inc.**
**WPX Energy Williston, LLC**
**25061 Network Place**
**Chicago, IL 60673-1250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $747.28 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**XTO Energy, Inc.**
**P.O. Box 840791**
**Dallas, TX 75284-0791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.48 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**Xtreme Energy Company**
**P. O. Box 2326**
**Victoria, TX 77902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:     List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|--------------------------|--------------------------------------------------------------------------|-----------------------------------------|
| 4.1 | **Internal Revenue Service**<br>**Insolvency Unit**<br>**1999 Broadway**<br>**MS 5012 DEN**<br>**Denver, CO 80202-3025** | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Internal Revenue Service**<br>**1999 Broadway**<br>**MS 5012 DEN**<br>**Denver, CO 80202-3025** | Line **2.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Louisiana Department of Revenue**<br>**617 North Third Street**<br>**Baton Rouge, LA 70802** | Line **2.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Office of the Attorney General**<br>**State of Colorado**<br>**1300 Broadway**<br>**Denver, CO 80203** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Office of the Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, DC 20530-0001** | Line **2.4**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Office of the Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, DC 20530-0001** | Line **2.5**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Office of the US Attorney**<br>**District of Colorado**<br>**1801 California Street, Suite 1600**<br>**Denver, CO 80202-2628** | Line **2.4**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Office of the US Attorney**<br>**District of Colorado**<br>**1801 California Street, Suite 1600**<br>**Denver, CO 80202-2628** | Line **2.5**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **State of Colorado**<br>**Division of Securities**<br>**1560 Broadway, Suite 900**<br>**Denver, CO 80202-5150** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 386,687.08 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 386,687.08 |

EXHIBIT 3

**Fill in this information to identify the case:**

Debtor name    **Sklarco, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest   **Contracts are more particularly described in the attached list of material contracts to which Sklarco is a party; Sklarco is primarily a working interest holder in accordance with the respective agreements** | |
| State the term remaining | |
| List the contract number of any government contract   _____ | **See Attached**   _____ |

---

EXHIBIT 3

## MATERIAL AGREEMENTS

### (Sklarco, LLC)

1.   Participation Agreement dated effective as of January 23, 2015 covering the Brewton Prospect, Escambia County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration LLC, et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated January 23, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

2.   Letter Agreement dated March 6, 2015 amending the Brewton Prospect Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration, LLC, et al., as Participants

3.   Second Amendment to Brewton Prospect Participation Agreement and JOA dated effective as of January 23, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration, LLC, et al., as Participants

4.   Amended And Restated Participation Agreement dated effective as of April 8, 2015 covering the Mt. Carmel Prospect, Escambia County, AL and Santa Rosa County, FL, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated April 8, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

5.   Participation Sales Agreement covering the North Beach Prospect (Conecuh County, AL) dated effective as of November 15, 2004, by and between Craft Exploration Company L.L.C., Sklar Exploration Company L.L.C. and Sklarco L.L.C., which includes as Exhibit "I" an Operating Agreement (AAPL Form 610-1982) dated November 15, 2004, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C. and Craft Exploration Company L.L.C., as Non-Operators

6.   JOA (AAPL 610-1982) dated July 1, 2008, covering NW/4 Section 17, T4N, R13E, Conecuh County, AL (Craft Mack 17-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators

7.   Unit Agreement dated March 20, 2014 concerning operation of the Little Cedar Creek Oil Unit II, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

8.   Unit Operating Agreement dated March 20, 2014 concerning operation of the Little Cedar Creek Oil Unit II, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

9.   Gas Purchase Contract dated September 23, 2014, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Little Cedar Creek Oil Unit II, as Buyer, and the North Beach Prospect Working Interest Owners, as Sellers

EXHIBIT 3

10.     Gas Purchase Contract dated September 23, 2014, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Little Cedar Creek Oil Unit II, as Buyer, and the Escambia Prospect Working Interest Owners, as Sellers

11.     Gas Purchase Contract dated April 6, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Shipps Creek Prospect Working Interest Owners, as Sellers

12.     Unit Agreement dated October 1, 2016 concerning operation of the Little Cedar Creek Oil Unit IV, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

13.     Unit Operating Agreement dated October 1, 2016 concerning operation of the Little Cedar Creek Oil Unit IV, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

14.     Participation Agreement covering the Escambia Prospect (Escambia and Conecuh Counties, AL), by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 1, 2006 covering the Escambia Prospect (Escambia and Conecuh Counties, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

15.     Amendment to Operating Agreement dated effective as of November 1, 2011 covering the Escambia Prospect (Escambia and Conecuh Counties, Alabama), by and between Sklar Exploration Company L.L.C., et al., which Amendment extended the term of the AMI and added additional lands to the Contract Area and AMI

16.     JOA (AAPL 610-1982) dated March 1, 2011, covering NE/4 Section 31, T4N, R13E, Conecuh County, AL (Mary-Mack 31-2 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators

17.     Farmout Agreement dated February 15, 2011, covering the SE/4 Section 29, T4N, R13E, Conecuh County, AL (Thomasson 29-10 #1), by and between Anderson Exploration Energy Company, L.C., et al., as Farmor, and Sklar Exploration Company L.L.C., as Farmee

18.     JOA (AAPL 610-1982) dated February 15, 2011, covering the SE/4 Section 29, T4N, R13E, Conecuh County, AL (Thomasson 29-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators

19.     JOA (AAPL 610-1982) dated May 1, 2011, covering the SE/4 Section 35, T4N, R12E, Conecuh County, AL (CCL&T 35-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

20.     JOA (AAPL 610-1982) dated July 1, 2011, covering the NE/4 Section 30, T4N, R13E, Conecuh County, AL (Ralls 30-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

EXHIBIT 3

21.     JOA (AAPL 610-1982) dated September 15, 2011, covering the NE/4 Section 30, T4N, R13E, Conecuh County, AL (Ralls 30-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and BSAP I, Inc., et al., as Non-Operators

22.     JOA (AAPL 610-1982) dated December 7, 2011, covering NW/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-6 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C. and BSAP I, Inc., as Non-Operators

23.     JOA (AAPL 610-1982) dated December 7, 2011, covering NW/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-6 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., Pruet Production Co., and Midroc Operating Company and others, as Non-Operators

24.     JOA (AAPL 610-1982) dated February 1, 2012, covering NE/4 Section 33, T4N, R12E, Conecuh County, AL (CCL&T 33-2 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

25.     JOA (AAPL 610-1982) dated March 15, 2012, covering NE/4 Section 34, T4N, R12E, Conecuh County, AL (Grady 34-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

26.     JOA (AAPL 610-1982) dated June 1, 2012, covering NW/4 Section 34, T4N, R12E, Conecuh County, AL (Jones 34-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Texar Exploration, LLC, et al., as Non-Operators

27.     JOA (AAPL 610-1982) dated March 15, 2012, covering NW/4 Section 35, T4N, R12E, Conecuh County, AL (CCL&T 35-5 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Avery Producing, LLC, et al., as Non-Operators

28.     JOA (AAPL 610-1982) dated May 1, 2012, covering SE/4 Section 34, T4N, R12E, Conecuh County, AL (Grady 34-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

29.     JOA (AAPL 610-1982) dated July 13, 2012, covering NW/4 Section 4, T3N, R12E, Escambia County, AL (CCL&T 4-3 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

30.     JOA (AAPL 610-1982) dated January 10, 2013, covering SE/4 Section 4, T4N, R13E, Conecuh County, AL (CCL&T 32-9 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

31.     JOA (AAPL 610-1982) dated April 1, 2013, covering SW/4 Section 36, T4N, R12E, Conecuh County, AL (Kennedy 36-12 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

32.     JOA (AAPL 610-1982) dated February 17, 2014, covering SW/4 Section 33, T4N, R13E, Conecuh County, AL (Thomasson 33-12 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

EXHIBIT 3

33. JOA (AAPL 610-1982) dated August 1, 2014, covering SE/4 Section 2, T3N, R12E, Escambia County, AL (CCL&T 2-9 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Central Petroleum, Inc., et al., as Non-Operators

34. JOA (AAPL 610-1982) dated September 1, 2014, covering NW/4 Section 3, T3N, R13E, Conecuh County, AL (CCL&T 3-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

35. JOA (AAPL 610-1982) dated August 15, 2014, covering NE/4 Section 4, T3N, R13E, Conecuh County, AL (CCL&T 4-1 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

36. JOA (AAPL 610-1982) dated February 1, 2011, covering SE/4 Section 30, T4N, R13E, Conecuh County, AL (Mary Mack 30-15 #1), by and between Midroc Operating Company, as Operator, and Sklarco L.L.C., et al.

37. JOA (AAPL 610-1982) dated March 2, 2011, covering SW/4 Section 29, T4N, R13E, Conecuh County, AL (Salter 29-13 #1), by and between Midroc Operating Company, as Operator, and Sklarco L.L.C., as Agent Nominee for the Sklar Parties, et al.

38. JOA (AAPL 610-1982) dated July 15, 2011, covering NE/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-8 #1), by and between Pruet Production Co., as Operator, and Sklarco L.L.C. and BSAP I, Inc., as Non-Operators

39. JOA (AAPL 610-1982) dated July 15, 2011, covering NE/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-8 #1), by and between Pruet Production Co., as Operator, and Sklarco L.L.C., as Agent Nominee for the Sklar Parties, et al.

40. Unit Agreement dated May 11, 2015 concerning operation of the Fishpond Oil Unit, Fishpond Field, Escambia County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

41. Unit Operating Agreement dated May 11, 2015 concerning operation of the Fishpond Oil Unit, Fishpond Field, Escambia County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

42. Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the North Beach Prospect Working Interest Owners, as Sellers

43. Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Escambia Prospect Working Interest Owners, as Sellers

44. Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Shipps Creek Prospect Working Interest Owners, as Sellers

45. Participation Agreement covering the Shipps Creek Prospect (Conecuh & Escambia Counties, AL) dated effective as of June 1, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "F" an Operating Agreement

EXHIBIT 3

(A.A.P.L. Model Form 610-1982) dated June 1, 2012 covering the Shipps Creek Prospect (Conecuh & Escambia Counties, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

46. Agreement to Participate in 3D Seismic Acquisition and To Share Information dated effective as of June 1, 2012, by and between Sklar Exploration Company L.L.C., the Shipps Creek Prospect Participants, the Escambia Prospect Participants and Windancer Operating of Alabama, LLC

47. Letter Agreement dated August 14, 2015 regarding Extension of Shipps Creek Prospect AMI and Acquisition of Additional Seismic Data, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, as amended by that certain Correction Letter dated August 18, 2015, by and between the same parties

48. Letter Agreement dated May 23, 2017 regarding Shipps Creek Prospect AMI Extension, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for a 1 year extension of the AMI.

49. Letter Agreement dated May 16, 2018 regarding Shipps Creek Prospect AMI Extension (Second Extension), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for an additional 1 year extension of the AMI.

50. Letter Agreement dated April 23, 2019 regarding Shipps Creek Prospect AMI Extension (Third Extension), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for an additional 1 year extension of the AMI.

51. Participation Agreement covering the Castleberry Prospect (Conecuh County, AL) dated effective as of November 7, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 7, 2012 covering the Castleberry Prospect (Conecuh County, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

52. Participation Agreement covering the L-Pond Prospect (Conecuh County, AL) dated effective as of November 7, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 7, 2012 covering the L-Pond Prospect (Conecuh County, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

53. Gas Purchase Contract dated August 7, 2009, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller

    a.   Counterparties:      Southeast Alabama Gas District
715 Dr. MLK Jr. Expressway
Andalusia, Alabama 36420
Attn: Greg Henderson

54. Pipeline Construction Agreement dated August 7, 2009, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller, concerning the construction of a pipleine from Seller's North Beach Plant to the Castleberry Extension

EXHIBIT 3

     a.   Counterparties:       Southeast Alabama Gas District
                                    715 Dr. MLK Jr. Expressway
                                    Andalusia, Alabama 36420
                                    Attn: Greg Henderson

55.    First Amendment to Gas Purchase Contract dated April 28, 2010, by and between the Southeast Alabama Gas District, as Buyer and Sklar Exploration Company L.L.C., as Seller

     a.   Counterparties:       Southeast Alabama Gas District
                                    715 Dr. MLK Jr. Expressway
                                    Andalusia, Alabama 36420
                                    Attn: Greg Henderson

56.    Gas Purchase Contract (South Field) dated June 1, 2011, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller

     a.   Counterparties:       Southeast Alabama Gas District
                                    715 Dr. MLK Jr. Expressway
                                    Andalusia, Alabama 36420
                                    Attn: Greg Henderson

57.    JOA (AAPL 610-1982) dated August 1, 2015, covering Sections 1 & 2, T13N, R7W, Natchitoches Parish, LA (Rushing Et Al #2), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

58.    JOA (AAPL 610-1982) dated January 1, 2016 (East Castor Prospect), covering certain property in, T14N, R7W, Bienville Parish, LA (Echo Papa 10-10 #1 and JB Evans 11-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

59.    Letter Agreement dated April 29, 2016 regarding Amendment East Castor Prospect JOA, by and between Sklar Exploration Company L.L.C., as Operator, and AEEC II, LLC, et al., as Non-Operators

60.    Partial Termination of Restated Participation Agreement (Bodcaw 3D Project) dated effective as of March 1, 2016, by and between AEEC II, LLC et al.

61.    Termination of Restated Participation Agreement (Bodcaw 3D Project) dated effective as of December 1, 2018, by and between AEEC II, LLC et al.

62.    Participation Agreement covering the Red River Prospect (Caddo & Bossier Parishes, LA) dated effective as of April 1, 2006, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (AAPL Form 610-1982) dated April 1, 2006, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

63.    Partial Sublease of Oil, Gas and Mineral Leases dated effective as of February 1, 2008, by and between Sklarco L.L.C., as Sublessor, and Petrohawk Properties, L.P., as Sublessee, covering rights below the Hosston Formation in certain oil, gas and mineral leases

     a.   Counterparties:       BP America Production Company

EXHIBIT 3

737 N. Eldridge Parkway
Suite 12.157A
Houston,Texas 77079

64.    Letter Agreement dated December 3, 2010, by and between Petrohawk Properties, LP, as Assignor, and Sklarco L.L.C., as Assignee, concerning the assignment of certain Replacement Leases and Additional Leases insofar as the same cover and relate to rights above the Hosston Formation

      a.   Counterparties:   BP America Production Company
737 N. Eldridge Parkway
Suite 12.157A
Houston,Texas 77079

65.    JOA (AAPL 610-1982) dated February 15, 1999, covering S/2 of Section 16 and N/2 of Section 21, T18N, R7W, Bienville Parish, LA (Willamette 21 #1), by and between Brammer Engineering, Inc., as Operator, and Wheless TDL Exploration Company, L.L.C., et al., as Non-Operators

66.    Participation Agreement dated effective as of December 1, 2012 covering the West Bryceland Saddle Prospect, by and between AEEC II, L.L.C., Sklar Exploration Company L.L.C., Sklarco L.L.C., and Marshall-Wuellner, Inc., which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated December 1, 2012, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

67.    JOA (AAPL 610-1982) dated May 26, 2004, covering Section 28, T18N, R6W, Bienville Parish, LA (Cindy Lou Cloyd 28 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

68.    JOA (AAPL 610-1982) dated February 1, 2008, covering Section 34, T19N, R6W, Bienville & Claiborne Parishes, LA (CS Shaffer 34 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

69.    JOA (AAPL 610-1982) dated August 15, 2007, covering Section 33, T18N, R6W, Bienville Parish, LA (JC Merritt #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

70.    JOA (AAPL 610-1982) dated May 1, 2009, covering Section 33, T19N, R6W, Claiborne Parish, LA (Kimberly Lay 33 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

71.    JOA (AAPL 610-1982) dated March 5, 2003, covering Section 3, T18N, R6W, Bienville Parish, LA (LA Minerals #1 Alt), by and between Cypress Operating, Inc., as Operator, and Sklarco L.L.C., et al., as Non-Operators

72.    Operating Agreement of West Arcadia Pipeline L.L.C. dated effective as of July 20, 2009, by and between Sklarco L.L.C., McCombs Energy, LTD., and Tensas Delta Exploration Company, LLC, as Members of the Company

      a.   Counterparties:   Tensas Delta Exploration Company, LLC
333 Texas Street, Suite 2121
Shreveport, Louisiana 71101

EXHIBIT 3

McCombs Energy LTD
Attn: Gary Woods
750 E. Mulberry Ave. Suite 403
San Antonio, Texas 78212

73.    Assignment And Bill of Sale dated effective as of September 1, 2009, by and between Tensas Delta Exploration Company, LLC and Sklar Exploration Company L.L.C., as Assignors, and West Arcadia Pipeline L.L.C., as Assignee

      a.   Counterparties:    West Arcadia Pipeline L.L.C.
                                    401 Edwards Street, Suite 1601
                                    Shreveport, Louisiana 71101

                                    Tensas Delta Exploration Company, LLC
                                    333 Texas Street, Suite 2121
                                    Shreveport, Louisiana 71101

74.    Assignment And Bill of Sale dated effective as of September 1, 2009, by and between McCombs Energy, LTD. And Sklarco L.L.C., as Assignors, and West Arcadia Pipeline L.L.C., as Assignee

      a.   Counterparties:    West Arcadia Pipeline L.L.C.
                                    401 Edwards Street, Suite 1601
                                    Shreveport, Louisiana 71101

                                    McCombs Energy LTD
                                    Attn: Gary Woods
                                    750 E. Mulberry Ave. Suite 403
                                    San Antonio, Texas 78212

75.    Natural Gas Purchase and Sale Agreement dated September 1, 2009, by and between Texla Energy Management, Inc., as Buyer, and Sklar Exploration Company L.L.C., as Seller

      a.   Counterparties:    Texla Energy Management, Inc.
                                    1100 Louisiana, Suite 4700
                                    Houston, TX 77002

76.    Gas Gathering Agreement dated effective as of October 1, 2009, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

      a.   Counterparties:    West Arcadia Pipeline L.L.C.
                                    401 Edwards Street, Suite 1601
                                    Shreveport, Louisiana 71101
                                    Texla Energy Management, Inc.
                                    1100 Louisiana, Suite 4700
                                    Houston, TX 77002

77.    First Amendment to Gas Gathering Agreement dated December 16, 2009, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

      a.   Counterparties:    West Arcadia Pipeline L.L.C.
                                    401 Edwards Street, Suite 1601

EXHIBIT 3

Shreveport, Louisiana 71101

Texla Energy Management, Inc.
1100 Louisiana, Suite 4700
Houston, TX 77002

78.  Agreement to Distribute Proceeds dated December 16, 2009, by and between West Arcadia Pipeline L.L.C., as Gatherer, Texla Energy Management, Inc., as Buyer, and Sklar Exploration Company L.L.C. and Tensas Delta Exploration Company, LLC, as Sellers

    a.  Counterparties:    West Arcadia Pipeline L.L.C.
                                    401 Edwards Street, Suite 1601
                                    Shreveport, Louisiana 71101

                                    Texla Energy Management, Inc.
                                    1100 Louisiana, Suite 4700
                                    Houston, TX 77002

79.  Second Amendment to Gas Gathering Agreement dated November 1, 2010, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

    a.  Counterparties:    West Arcadia Pipeline L.L.C.
                                      401 Edwards Street, Suite 1601
                                    Shreveport, Louisiana 71101

                                    Texla Energy Management, Inc.
                                    1100 Louisiana, Suite 4700
                                    Houston, TX 77002

80.  Third Amendment to Gas Gathering Agreement dated June 11, 2014, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

    a.  Counterparties:    West Arcadia Pipeline L.L.C.
                                      401 Edwards Street, Suite 1601
                                    Shreveport, Louisiana 71101

                                    Texla Energy Management, Inc.
                                    1100 Louisiana, Suite 4700
                                    Houston, TX 77002

81.  Participation Agreement dated effective as of March 1, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Resource Ventures, LLC, et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

82.  Participation Agreement dated effective as of June 30, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Petro-Chem Operating Co., Inc., et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

EXHIBIT 3

83. Participation Agreement dated effective as of June 30, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Tiembo, LTD., et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

84. JOA dated April 17, 1997, covering Sections 19-22, 25-29 and 36-41, T17N, R4E, and Sections 2-7, T16N, R4E, Warren County, Mississippi (Feld Heirs #1 and Feld Heirs #3), by and between Stroud & Luke Production Company, as Operator, and Robert A. Stroud LLC, et al., as Non-Operators

85. Participation Agreement dated August 27, 2012 covering the Summit Extension Prospect, by and between Par Minerals Corporation, as Operator, and Sklarco L.L.C., as Participant, which includes as Exhibit "A" an Operating Agreement (AAPL Form 610-1989) dated August 27, 2012, by and between Par Minerals Corporation, as Operator, and Sklarco L.L.C., et al., as Non-Operators

86. First Modification of Participation Agreement dated effective as of June 1, 2015 covering the Summit Extension Prospect and Southwest Summit Prospects, by and between Par Minerals Corporation, as Operator, and Sklarco L.L.C., as Participant

87. Participation and Exploration Agreement dated effective as of October 1, 2013 covering the West Tyler 3D Seismic Prospect, Smith County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1989) dated October 1, 2013 covering the Swan Prospect, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

88. Letter Agreement dated January 7, 2014 regarding amendments to West Tyler 3D Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators

89. Letter Agreement dated October 30, 2014 regarding amendments to West Tyler 3D Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators

90. Participation Agreement dated effective as of March 1, 2013 covering the South Woodlawn Prospect, Marion County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1989) dated March 1, 2013, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

91. Letter Agreement dated May 23, 2013 regarding amendments to Participation Agreement and JOA (South Woodlawn Prospect), Marion County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators

92. Farmout Agreement dated January 7, 2014, by and between Penn Virginia Oil & Gas, L.P., as Farmor, and Sklar Exploration Company L.L.C., as Farmee covering certain oil, gas and mineral leases located in Marion County, TX

    a. Counterparties:        Penn Virginia Oil & Gas, L.P.

EXHIBIT 3

840 Gessner, Suite 800
Houston, Texas 77024

93.  Letter Agreement dated March 14, 2014, by and between Sklar Exploration Company L.L.C., as Farmee and Penn Virginia Oil & Gas, L.P., as Farmor, amended certain terms in the Farmout Agreement

    a.  Counterparties:        Penn Virginia Oil & Gas, L.P.
                               840 Gessner, Suite 800
                               Houston, Texas 77024

94.  JOA (AAPL 610-1982) dated October 20, 1999, covering the Steeles Creek Prospect, Limestone County, TX, by and between Sklar-Tex L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

95.  JOA (AAPL 610-1982) dated November 1, 2009, covering the Claude Hayes Unit, Willow Springs Field, Gregg County, TX, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

96.  Participation Agreement dated effective as of July 1, 2014 covering the Mule Creek and Bridge Creek Prospects, Niobrara County, Wyoming, by and between Sklar Exploration Company L.L.C., as Operator, and G&H Production Company, LLC, et al., as Participants, which includes as Exhibit "D-1" an Operating Agreement (AAPL Form 610-1989) dated July 1, 2014 covering the Mule Creek Prospect and as Exhibit "D-2" an Operating Agreement (AAPL Form 610-1989) covering the Bridge Creek Prospect

97.  First Amendment to Participation Agreement (Mule Creek & Bridge Creek Prospects) dated effective January 1, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and G&H Production Company, LLC, et al., as Participants

98.  Purchase and Sale Agreement dated effective as of March 10, 2015 covering the Mule Creek and Bridge Creek Prospects, Niobrara County, Wyoming, by and between Sklarco L.L.C., as Seller, and McCombs Energy, LTD., et al., as Buyers

    a.  Counterparties: See Attachment 110

99.  Participation Agreement dated July 1, 2017 covering the South Harmony Prospect, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., as Participant, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1989) dated July 1, 2017, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

100.  Letter Agreement dated June 2, 2016 regarding Farmout Proposal, by and between Sklarco L.L.C., as Farmee, and McCombs Energy, Ltd., covering properties in multiple states

    a.  Counterparties:        McCombs Energy LTD
                               Attn: Gary Woods
                               750 E. Mulberry Ave. Suite 403
                               San Antonio, Texas 78212

EXHIBIT 3

101. Letter Agreement dated June 20, 2016 regarding the purchase of certain rights under Farmout Agreements, by and between Sklarco L.L.C., as Seller, and Bundero Investment Company L.L.C., as Purchaser

    a.   Counterparties:    Bundero Investment Company, L.L.C.
                                     Attn: Robert Bowman
                                     401 Edwards Street, Suite 820
                                     Shreveport, Louisiana 71101

102. Farmout Agreement dated effective as of June 1, 2016, by and between McCombs Energy, Ltd., as Farmor, and Sklarco L.L.C., as Farmee, covering a portion of Farmor's interest in the CCL&T 3-7 #1 Well, Escambia Prospect, Conecuh and Escambia Counties, AL.

    a.   Counterparties:    McCombs Energy LTD
                                     Attn: Gary Woods
                                     750 E. Mulberry Ave. Suite 403
                                     San Antonio, Texas 78212

103. Farmout Agreement dated effective as of June 1, 2016, by and between McCombs Energy, Ltd., as Farmor, and Sklarco L.L.C., as Farmee, covering all of Farmor's interest in the Bodcaw 3D Project, Bienville and Natchitoches Parishes, LA.

    a.   Counterparties:    McCombs Energy LTD
                                       Attn: Gary Woods
                                     750 E. Mulberry Ave. Suite 403
                                     San Antonio, Texas 78212

104. Farmout Agreement dated effective as of July 1, 2016, by and between McCombs Energy, Ltd., as Farmor, and Sklarco L.L.C., as Farmee, covering all of Farmor's interest in the Shipps Creek Prospect, Conecuh and Escambia Counties, AL, as amended by that certain Amendment to Farmout Agreement dated September 1, 2019.

    a.   Counterparties:    McCombs Energy LTD
                                       Attn: Gary Woods
                                     750 E. Mulberry Ave. Suite 403
                                     San Antonio, Texas 78212

105. Farmout Agreement dated effective as of August 1, 2016, by and between McCombs Energy, Ltd., as Farmor, and Sklarco L.L.C., as Farmee, covering a portion of Farmor's interest in the Mt. Carmel Prospect, Escambia County, AL & Santa Rosa County, FL.

    a.   Counterparties:    McCombs Energy LTD
                                       Attn: Gary Woods
                                     750 E. Mulberry Ave. Suite 403
                                     San Antonio, Texas 78212

106. Farmout Agreement dated effective as of August 1, 2016, by and between McCombs Energy, Ltd., as Farmor, and Sklarco L.L.C., as Farmee, covering a portion of Farmor's interest in the Brewton Prospect, Escambia County, AL.

    a.   Counterparties:    McCombs Energy LTD

EXHIBIT 3

Attn: Gary Woods
750 E. Mulberry Ave. Suite 403
San Antonio, Texas 78212

107.   Farmout Agreement dated effective as of July 15, 2016, by and between McCombs Energy, Ltd., as Farmor, and Sklarco L.L.C., as Farmee, covering a portion of Farmor's interest in the Mule Creek Prospect, Niobrara County, WY.

     a.   Counterparties:     McCombs Energy LTD
                                       Attn: Gary Woods
                                       750 E. Mulberry Ave. Suite 403
                                       San Antonio, Texas 78212

108.   Farmout Agreement dated effective as of July 15, 2016, by and between McCombs Energy, Ltd., as Farmor, and Sklarco L.L.C., as Farmee, covering a portion of Farmor's interest in the Bridge Creek Prospect, Niobrara County, WY.

     a.   Counterparties:     McCombs Energy LTD
                                         Attn: Gary Woods
                                       750 E. Mulberry Ave. Suite 403
                                       San Antonio, Texas 78212

109.   Farmout Agreement dated effective as of June 1, 2016, by and between McCombs Energy, Ltd., as Farmor, and Sklarco L.L.C., as Farmee, covering a portion of Farmor's interest in the West Tyler 3D Seismic Prospect, Smith County, TX.

     a.   Counterparties:     McCombs Energy LTD
                                         Attn: Gary Woods
                                       750 E. Mulberry Ave. Suite 403
                                       San Antonio, Texas 78212

110.   Letter Agreement dated April 5, 2017 regarding the purchase of certain rights under Farmout Agreements, by and between Bundero Investment Company L.L.C., as Seller, and Sklarco L.L.C., as Purchaser

     a.   Counterparties:     Bundero Investment Company, L.L.C.
                                         Attn: Robert Bowman
                                       401 Edwards Street, Suite 820
                                       Shreveport, Louisiana 71101

111.   Participation Agreement dated effective as of February 20, 2019 covering the North Pachuta Prospect, Clarke County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (AAPL Form 610-1989) dated February 20, 2019, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

112.   Participation Agreement dated effective as of July 1, 2019 covering the Bowdoin Dome Prospect, Phillips and Valley Counties, Montana, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "A" a Restated

EXHIBIT 3

Farmout Agreement dated effective as of May 21, 2019, by and between Twin Bridges Resources, LLC and Charter Energy Partners, LLC, as Farmees, and Scout Energy Partners II, LP, as Farmor

113. JOA (AAPL 610-1982) dated December 15, 2019, covering the E ½ of Section 35 and W ½ of Section 36 (Castleberry Prospect), Township 4 North, Range 10 East, Conecuh County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

114. Unit Agreement dated November 1, 2018 concerning operation of the Southwest Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

115. Unit Operating Agreement dated November 1, 2018 concerning operation of the Southwest Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

116. Unit Agreement dated November 1, 2018 concerning operation of the Southeast Brooklyn Oil Unit II, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

117. Unit Operating Agreement dated November 1, 2018 concerning operation of the Southeast Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

118. Unit Agreement dated November 1, 2018 concerning operation of the Northwest Brooklyn Oil Unit II, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Pruet Production Co., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

    a. Counterparties:     Pruet Production Co.
                                 Attn: Stan Kynerd
                                 217 West Capital Street
                                 Jackson, MS 39201

119. Unit Operating Agreement dated November 1, 2018 concerning operation of the Northwest Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Pruet Production Co., as Unit Operator, and Sklarco L.L.C., et al., as Non-Operators

    a. Counterparties:     Pruet Production Co.
                                 Attn: Stan Kynerd
                                 217 West Capital Street
                                 Jackson, MS 39201

120. Unit Agreement dated November 1, 2018 concerning operation of the Northeast Brooklyn Oil Unit II, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Pruet Production Co., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

    a. Counterparties:     Pruet Production Co.

EXHIBIT 3

Attn: Stan Kynerd
217 West Capital Street
Jackson, MS 39201

121. Unit Operating Agreement dated November 1, 2018 concerning operation of the Northeast Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Pruet Production Co., as Unit Operator, and Sklarco L.L.C., et al., as Non-Operators

    a.   Counterparties:    Pruet Production Co.
                                  Attn: Stan Kynerd
                                  217 West Capital Street
                                  Jackson, MS 39201

122. JOA (AAPL 610-1982) dated May 15, 2018, covering the SE/4 of Section 11 (Anderson Johnson 11-9 #1 well), Township 3 North, Range 13 East, Conecuh County, Alabama, by and between Fletcher Petroleum Corp., as Operator, and Sklarco L.L.C., et al., as Non-Operators

    a.   Counterparties:    Pruet Production Co.
                                  Attn: Stan Kynerd
                                  217 West Capital Street
                                  Jackson, MS 39201

123. Amended & Restated Agreement of Limited Partnership of Maevlo Production Co., LP, by and between Maevlo Management, LLC, as General Partner, and Sklarco L.L.C., et al., as Limited Partners

    a.   Counterparties:    Maevlo Production, LP
                                  Attn: Matthew Montgomery
                                  P.O. Box 287
                                  6140 S. Gun Club Rd K6
                                  Aurora, CO 80237

124. Confidential Employment Separation Agreement dated November 20, 2018, by and between David Barlow, an individual, Daboil Resources, L.C., Ansaben Trust, Sklar Exploration Company L.L.C., Sklarco L.L.C. and Howard F. Sklar, individually.

    a.   Counterparties:    David A. Barlow
                                  321 Paseo Encinal Street
                                  San Antonio, Texas 78212

125. Gas Gathering Agreement dated September 16, 2016, by and between Sklar Exploration Company L.L.C., as Gatherer, Sklarco L.L.C., as Farmor, and McCombs Energy, LTD., as Farmee.

    a.   Counterparties:    McCombs Energy LTD
                                  Attn: Gary Woods
                                  750 E. Mulberry Ave. Suite 403
                                  San Antonio, Texas 78212

126. Letter Agreement dated September 30, 2019 regarding the Matchbox Prospect, San Jacinto County, Texas, by and between Davis Holdings, LP and Sklarco L.L.C., which includes as Exhibit B an Operating Agreement (AAPL Model Form 610-1982) dated September 30, 2019, by and between

EXHIBIT 3

Davis Southern Operating Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators.

    a.   Counterparties:     Davis Holdings, LP
                                             Attn: Ross Davis
                                           1500 McGowen Street, Suite 200
                                         Houston, TX 77004

127.    General Terms and Conditions Agreement, Lease Agreement, Management Agreement, Dry Lease Exchange Agreement and Side Letter Agreement dated May 1, 2019, by and between Sklar Transport L.L.C. and Flexjet, LLC.

    a.   Counterparties:     Flexjet, LLC
                                             26180 Curtiss Wright Parkway
                                         Cleveland, OH 44143

128.    Amended and Restated JOA (AAPL 610-1982) dated December 15, 2019, covering the E/2 of Section 35 and W/2 of Section 36 (Myrtice Ellis Et Al 35-9 #1 well), Township 4 North, Range 10 East, Conecuh County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

129.    JOA (AAPL 610-1989) dated July 15, 2019, covering the Bowdoin Dome Initial Block, Phillips County, Montana, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

EXHIBIT 3

**Fill in this information to identify the case:**

Debtor name    __Sklarco, LLC__

United States Bankruptcy Court for the:    __DISTRICT OF COLORADO__

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Sklar Exploration** | **5395 Pearl Parkway**<br>**Suite 200**<br>**Boulder, CO 80301** | **East West Bank**<br>**Treasury Department** | ■ D  __2.1__<br>☐ E/F  _____<br>☐ G  _____ |

EXHIBIT 3

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGIES, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The Amended Schedules of Assets and Liabilities (collectively with attachments, the "Schedules") and the Amended Statements of Financial Affairs (collectively with attachments, the "Statements," and together with the Schedules, the "Schedules and Statements") filed by Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together with SEC, the "Debtors") as debtors and debtors-in-possession were prepared pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure by management of the Debtors, with the assistance of the Debtors' advisors, including the Chief Restructuring Officer ("CRO"), and are unaudited.

These Global Notes and Statement of Limitations, Methodologies, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, each Debtor's respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

While the Debtors' management has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available at the time of preparation, inadvertent errors, inaccuracies, or omissions may have occurred or the Debtors may discover subsequent information that requires material changes to the Schedules and Statements.  Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete.

The Schedules and Statements have been signed by James Katchadurian as CRO of the Debtors.  In reviewing and signing the Schedules and Statements, Mr. Katchadurian necessarily

EXHIBIT 5

relied upon the efforts, statements, and representations of the Debtors' other personnel and advisors.  Mr. Katchadurian has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor addresses.

The Global Notes supplement and are in addition to any specific notes contained in the respective Schedules or Statements.  Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

1.      ***Description of Cases***.  The Debtors filed their voluntary petitions for relief pursuant to Chapter 11 of the Bankruptcy Code on April 1, 20202 ("Petition Date").  The Debtors' chapter 11 cases are jointly administered for procedural purposes only under Case No. 20-12377.  Copies of the Global Notes are being filed with each of the Debtors' respective Statements and Schedules in their respective cases.  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      ***"As Of" Information Date***.  To the best of the Debtors' knowledge, the asset information provided herein, except as expressly noted otherwise, represents the asset data of the Debtors as of the Petition Date.  Where applicable, the basis for the valuation of each asset is listed on the Schedules. The Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein.  In addition, the amounts shown for total liabilities may exclude items identified as "unknown," or listed with a value of $0, and as a result, the liabilities may differ materially from those stated in the Schedules and Statements.  Financial statements included herein include estimates to the best of the Debtors' knowledge.

3.      ***General Reservation of Rights***.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to amend the Schedules and Statements with respect to any claim ("Claim") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated."  Listing a Claim does not constitute an admission of (i) liability, or (ii) amounts due or owed, if any, by the Debtor against which the Claim is listed or against any of the Debtors.  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these chapter 11 cases, including issues involving Claims, substantive consolidation, defenses, equitable subordination, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

2

EXHIBIT 5

4.      ***Basis of Presentation***.   For financial reporting purposes, prior to the Petition Date, the Debtors prepared financial statements on a consolidated basis, which were audited annually.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles nor are they intended to reconcile fully with any consolidated financial statements prepared by the Debtors.   Unlike the consolidated financial statements, the Schedules and Statements reflect the assets and liabilities of each separate Debtor. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.  The basis for listing certain assets in the manner included in the Schedules is set forth more fully herein.

5.      ***Recharacterization***.  The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the Claims, assets, executory contracts, unexpired leases, interests, and other items reported in the Schedules and Statements.  Nevertheless, the Debtors may not have accurately characterized, classified, categorized, or designated certain items.  The Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate.

6.      ***Court Orders***.  Pursuant to certain orders of the Bankruptcy Court entered in these chapter 11 cases (the "First Day Orders"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition Claims of employees.  Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and, therefore, generally are not listed in the Schedules and Statements.  Regardless of whether such Claims are listed in the Schedules and Statements, to the extent such Claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement the Schedules and Statements as is necessary or appropriate.

7.      ***Liabilities***.  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change.  The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

8.      ***Excluded Assets and Liabilities***.  The Debtors have excluded possible rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected (if any), to the extent such damage Claims exist.

9.      ***Reservation of Rights***.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

10.     ***Executory Contracts***.   To the best of their knowledge, all of the Debtors' executory contracts and unexpired leases are listed on Schedule G of the Debtors' Schedules and the oil and natural gas leases held by Sklarco are listed in Schedule A/B 55. The Debtors reserve all of their rights with respect to the named parties to any and all executory contracts, including the right to amend Schedule G.  In addition, although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature of the contract or lease,

EXHIBIT 5

or an admission as to the existence or validity of any Claims held by any counterparty to such contract or lease. Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

11.     ***Totals***.  All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Schedules and Statements.  To the extent there are unknown or otherwise undetermined amounts, the actual total may be different than the listed total.

12.     ***Mechanics Liens***.  The property and equipment listed in the Schedules are presented without consideration of any mechanics', materialman's or other similar liens. Such liens may apply, and the Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor.

13.     ***Global Notes Control***.  In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

### Specific Disclosures with Respect to Amendments to SEC's Statement of Financial Affairs

14.     ***Part 2, Question 4.***  Responses to this question have been expanded to include the identification of payments to all insiders, including other officers of the Debtors, as well as a more thorough distinction between payments for salaries, expenses, and revenue paid to insiders on account of royalty or overriding royalty interests.

15.     ***Part 11, Question 21***.  Revised to more accurately describe the funds held for others as of the Petition Date, including an allocation of funds held as of the Petition Date attributed to January revenue.

16.     ***Part 13, Question 25***.  Amended to include SEC's ownership interest in THP Partners. SEC was previously identified as holding solely legal title to the interest in THP Partners, with the equitable interest held by the Howard Sklar Trust.  Based on further review of documents, including applicable contracts, it was determined that SEC holds the legal and equitable interest in THP Partners.

### Specific Disclosures with Respect to SEC's Schedules

17.     ***Schedule A/B, No. 13.***  Amended to list an ownership interest in THP Partners II, LP.  SEC's Schedule A/B previously listed that SEC held only bare legal title to the interest in THP Partners. Based on available information, including applicable investment agreements, assignments, and Form K-1s issued by THP Partners, a determination was made that SEC holds the legal and equitable interest in THP Partners. The Debtors' investigation is ongoing, and ownership of the interest in THP Partners is subject to further review and revision as additional information becomes available.

18.     ***Schedule A/B, No. 77.***  Amended to list SEC's interest in the Participation and Unit Operating Agreements as operator.  While the Participation and Unit Operating Agreements were

EXHIBIT 5

previously listed on Schedule G, SEC's interest in the contracts was inadvertently omitted from Schedule A/B.

19.     ***Schedule D.*** Amended to list Ally Bank as a secured creditor with a purchase money security interest in a 2018 Ford Truck. Ally Bank was previously listed as an unsecured creditor.

20.     ***Schedule E/F, Part 2: Creditors Holding Non-Priority Unsecured Claims.*** SEC has used its reasonable best efforts to list all general unsecured claims against SEC on Schedule E/F based upon SEC's existing books and records.

Schedule E/F has been amended to identify the parties holding claims for unpaid revenue from January and February sales. In each instance, SEC has used its best efforts to include the last known address for the claimant. These parties have previously received notice of the bankruptcy filing and claims bar date, as well as the Debtors' Motion to Extend Time to Assume or Reject Non-Residential Real Property Leases. The amendments are intended to more specifically identify the amounts that may be owed to those parties. Some of the parties may have been paid on a post-petition basis for any amounts owed for royalty or overriding royalty interests.

SEC has further amended Schedule E/F to list parties to whom revenue is owed and liabilities arising from cash call advances as contingent and unliquidated. These amounts are subject to change over time, particularly liabilities arising from cash call advances, which will continue to be reduced as the work for which the cash call advance was paid is performed.

<u>**Specific Disclosures with Respect to Amendments to Sklarco's Statement of Financial Affairs**</u>

21.     ***Part 13, Question 25.*** Amended to include Sklarco's ownership interest in 1908 Brands, Inc., 9.7 Conroe Ventures, Boulders on Fern, LLC, LTP Opportunity Fund I, LP, LTP TimberQuest Fund, LP, Sanus Pharmaceuticals, LLC, Trout Creek Ventures, and West Arcadia Pipeline, LLC (collectively the "Investment Companies"). Sklarco was previously identified as holding bare legal title to the interests in the Investment Companies, with the equitable interest held by the Howard Sklar Trust, Alan Sklar Trust, or Jacob Sklar Trust. Based on available information, including applicable investment agreements, assignments, and Form K-1s issued by the Investment Companies, a determination was made that Sklarco holds the legal and equitable interests in the Investment Companies. The Debtors' investigation is ongoing, and ownership of the interests in the Investment Companies are subject to further review and revisions as additional information becomes available.

22.     ***Part 13, Question 30***. Amended to provide additional information on distributions and payments to Howard Sklar, the Howard Sklar Trust, the Jacob Sklar Trust, and the Alan Sklar Trust. In each instance, the attached schedule identifies, where possible, the date, amount, and reason for the applicable payment. By way of example, a July 24, 2020 payment to Howard Sklar and/or the Howard Sklar Trust is divided between salary and distribution.

EXHIBIT 5

## <u>Specific Disclosures with Respect to Sklarco's Schedules</u>

23.     ***Schedule A/B, No. 13.***  Amended to list an ownership interest in the Investment Companies.  Schedule A/B previously stated that Sklarco held only bare legal title to the interests in the Investment Companies.  Based on available information, including applicable investment agreements, assignments, and Form K-1s issued by the Investment Companies, a determination was made that Sklarco holds the legal and equitable interests in the Investment Companies. The Debtors' investigation is ongoing, and ownership of the interests in the Investment Companies are subject to further review and revisions as additional information becomes available.

24.     ***Schedule A/B, No. 50.***  Amended to clarify that the machinery, fixtures, and well equipment cannot be severed from wells and mineral leases owned by Sklarco.

25.     ***Schedule E/F, Part 2:  Creditors Holding Non-Priority Unsecured Claims.*** Sklarco has used its reasonable best efforts to list all general unsecured claims against Sklarco on Schedule E/F based upon Sklarco's existing books and records.

Schedule E/F has been amended to list each party to whom a payment for joint interest billing is owed as holding a claim that is contingent and unliquidated.  These amounts may be reduced on a post-petition basis a result of operators netting Sklarco's revenue owed for projection against unpaid Joint Interest Billings.

Dated: September 25, 2020                  Respectfully submitted,

By: */s/ Keri L. Riley*
         Lee M. Kutner, #10966
         Keri L. Riley, #47605
         **KUTNER BRINEN, P.C.**
         1660 Lincoln Street, Suite 1850
         Denver, CO 80264
         Telephone:  (303) 832-2400
         E-Mail: lmk@kutnerlaw.com

EXHIBIT 5

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **20-12377-EEB**

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

**Part 1:**   **Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................   $    **441,708.17**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................   $    **9,877,581.06**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.....................................................................................   $    **10,319,289.23**

**Part 2:**   **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $    **22,885,690.48**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $    **466,448.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$    **22,544,337.73**

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b      $    **45,896,476.21**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

EXHIBIT 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sklar Exploration Company, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | **20-12377-EEB** |

■ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **East West Bank** | **Checking - Operating** | **8657** | **$769,715.88** |
| 3.2. | **East West Bank** | **Checking - Revenue** | **8665** | **$1,827,903.90** |
| 3.3. | **East West Bank** | **Checking - Payroll** | **8681** | **$810.26** |
| 3.4. | **East West Bank** | **Checking - Benefits** | **8673** | **$4,551.90** |

**4.** **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | **Note Receivable - Marshall Jones** | | **$54,087.50** |
| 4.2. | **Accounts Receivables from Sale of Oil and Gas Production; subject to claims of interest holders, including royalty interests, and 20% attributable to Sklarco's interest** | | **$3,216,756.69** |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* **20-12377-EEB** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 4.3. | **Hedging Settlements due as of Petition Date** | $173,495.00 |

| | | |
|---|---|---|
| 5. | **Total of Part 1.** | $6,047,321.13 |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:**     **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Deposit for Plug & Abandonment Obligations in Alabama; held by Acstar Insurance** | $100,000.00 |
| 7.2. | **Electricity Deposit - Alabama Power** | $500.00 |
| 7.3. | **Electricity Deposit - Mississippi Power** | $8,400.00 |
| 7.4. | **Electricity Deposit - Upshur Rural Electric Cooperative** | $765.00 |
| 7.5. | **Electricity Deposit - Cherokee County Electric Cooperative Association** | $578.00 |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Deposited Funds for Benny Card for Employee HRAs; heald by Werntz** | $18,631.12 |
| 8.2. | **Prepayment for Subscription - S&P Global Platts** | $13,694.05 |
| 8.3. | **Prepayment for Subscription - S&P Global Platts** | $4,237.92 |
| 8.4. | **Prepaid Deposit held by Omni Hotel & Resort** | $25,805.00 |
| 8.5. | **Workers' Comp Insurance Prepayment - J&H Insurance Service, Inc.** | $4,662.33 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(If known)* **20-12377-EEB** |
|---|---|---|
| | Name | |

| 8.6. | **Prepayments for Multiple Policies, Including Crime and Travel - J&H Insurance Services, Inc.** | **$19,411.75** |
|---|---|---|
| 8.7. | **Auto Insurance Prepayment** | **$18,278.84** |
| 8.8. | **OEE Well Prepayment - J&H Insurance Services, Inc.** | **$10,158.59** |

| 9. | **Total of Part 2.** | **$225,122.60** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 1,742,859.27 | - | 141,534.51 | = .... | **$1,601,324.76** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 761,893.04 | - | 652,737.18 | =.... | **$109,155.86** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$1,710,480.62** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:    % of ownership | | |
| 15.1. | **THP Partners II, LP**[1]    0.13    % | | **$0.00** |
| 15.2. | **Hedging Agreements**    % | | **Unknown** |

[1] The Debtors' investigation of the ownership of the companies is ongoing and subject to further review and revision as additional information becomes available.

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

| | $0.00 |
|---|---|

**Part 5:     Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office Furniture - See Attached** | **$88,663.30** | **Tax records/Cost** | **$461,206.37** |
| 40. | **Office fixtures**<br>**Office Fixtures - See Attached, Building Category** | **$46,185.00** | **Tax records/Cost** | **$173,329.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Misc. Office Supplies and Computer Hardware - See Attached** | **$24,189.27** | **Tax records/Cost** | **$328,857.12** |
| | **Software Licenses - See attached** | **$92,643.23** | | **Unknown** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | $963,392.49 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(If known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

**Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **Vehicles - See attached** | $571,417.29 | Tax records/Cost | $931,264.22 |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $931,264.22 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

■ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.1.   **Leasehold Improvements - See Attached** | | $99,952.16 | Tax records/Cost | $441,708.17 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(If known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$441,708.17

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites**<br>Sklarexploration.com | Unknown | | Unknown |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(If known)* **20-12377-EEB** |
|---|---|---|
| | Name | |

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit
    has been filed)**

75. **Other contingent and unliquidated claims or causes of action of
    every nature, including counterclaims of the debtor and rights to
    set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,
    country club membership
    **Interests in Participation and Unit Operating
    Agreements as operator; contracts are more specifically
    identified on Exhbit to Schedule G**                               **Unknown**

---

78. **Total of Part 11.**                                            **$0.00**
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

---

Schedule A/B Assets - Real and Personal Property
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(If known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,047,321.13 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $225,122.60 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,710,480.62 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $963,392.49 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $931,264.22 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | $441,708.17 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,877,581.06 | + 91b. $441,708.17 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $10,319,289.23 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

EXHIBIT 5

**Asset Depreciation Report for Sklar Exploration Company**
**All fixed assets use SLD unless otherwise noted**

| | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|
| **ORGANIZATIONAL COSTS** | | | | |
| **1301 - BUILDINGS** | | | | |
| **ASSET Acquired** | | | | |
| 6/20/2000 | 6/30/2000 | 1301 Office Improvements | 13,621.00 | 6,432.31 |
| 9/9/2008 | 9/30/2008 | 1301 SLPpet FMSh 7.00OmitOfActive New | 55,299.00 | - |
| 6/24/2009 | 6/30/2009 | 1301 SLPice FM 39.00Omit Active New Not | 53,276.00 | 37,464.57 |
| 6/30/2009 | 6/30/2009 | 1301 SLPrcadFM | 2,318.00 | 536.97 |
| 8/5/2009 | 8/31/2009 | 1301 W Arcadia Field Office - Office Fur | 7,236.00 | - |
| 9/4/2009 | 9/30/2009 | 1301 W Arcadia Field Office - Water & Se | 7,164.00 | 1,751.20 |
| 10/1/2009 | 10/31/2009 | 1301 W Arcadia Field Office - Pipe Racks | 4,500.00 | - |
| 5/2/2010 | 5/31/2010 | 1301 Alabama Field Office Remodel | 3,407.00 | - |
| 5/2/2010 | 5/31/2010 | 1301 Alabama Field Office Remodel | 4,461.00 | - |
| 5/2/2010 | 5/31/2010 | 1301 Alabama Field Office Remodel | 5,577.00 | - |
| 5/18/2010 | 5/31/2010 | 1301 West Arcadia Yard Shed | 1,335.00 | - |
| 5/25/2010 | 5/31/2010 | 1301 West Arcadia Yard Shed | 11,037.00 | - |
| 10/15/2010 | 10/31/2010 | 1301 West Arcadia Yard Shed | 4,098.00 | - |
| **Totals for 1301** | | | **173,329.00** | **46,185.05** |

√

| | | | | |
|---|---|---|---|---|
| **1302- LEASEHOLD IMPROVEMENTS** | | | | |
| **ASSET Acquired** | | | | |
| 5/11/1999 | 5/31/1999 | 1302 Leasehold Improvements | 36,226.00 | 16,100.28 |
| 2/4/2002 | 2/28/2002 | 1302 Leasehold Improvements | 11,567.00 | 5,956.31 |
| 9/9/2008 | 9/30/2008 | 1302 Leasehold Improvements | 72,662.00 | 49,683.44 |
| 4/30/2009 | 4/30/2009 | 1302 W Arcadio Field Office - Propane Ta | 1,350.00 | - |
| 5/31/2009 | 5/31/2009 | 1302 W Arcadia Field Office - Parking Ar | 29,053.00 | 6,455.99 |
| 7/16/2009 | 7/31/2009 | 1302 W Arcadia Field Office - Fence | 43,875.00 | 10,237.50 |
| 7/30/2009 | 7/31/2009 | 1302 W Arcadia Field Office - Fence | 34,174.00 | 7,973.70 |
| 8/31/2009 | 8/31/2009 | 1302 SLPrcadFM F15.00OmitceActivekNew | 13,366.00 | 3,194.89 |
| 9/13/2011 | 9/30/2011 | 1302 SLPodelFM  5.00Omit Active New Not | 94,457.00 | - |

EXHIBIT 5

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 12/28/2011 | 12/31/2011 | 1302 | SLPrmosFMt 10.00Omit  Active New Not | 3,737.00 | 350.04 |
| 7/24/2013 | 7/31/2013 | 1302 | Gene Nims Builders, Inc. | 14,661.00 | - |
| 5/21/2013 | 5/31/2013 | 1302 | Key-Rite Security | 3,955.24 | - |
| 7/8/2013 | 7/31/2013 | 1302 | Key-Rite Security | 1,977.62 | - |
| 10/7/2013 | 10/31/2013 | 1302 | Sand Construction of Colorado- Metal in | 2,400.00 | - |
| 9/19/2014 | 9/30/2014 | 1302 | Modular Enclosure Walls- First floor | 51,271.19 | - |
| 9/19/2014 | 9/30/2014 | 1302 | Modular Enclosure Walls- Second floor | 8,323.42 | - |
| 9/19/2014 | 9/30/2014 | 1302 | Installation of modular offices | 18,652.70 | - |
| **Totals for 1302** | | | | **441,708.17** | **99,952.16** |

√

### 1306- FURNITURE & FIXTURES

**ASSET Acquired**

| | | | | | |
|---|---|---|---|---|---|
| 5/11/1999 | 5/31/1999 | 1306 | Desks | 15,247.00 | - |
| 5/11/1999 | 5/31/1999 | 1306 | File Cabinets | 3,390.00 | - |
| 6/15/1999 | 6/30/1999 | 1306 | Conference Room Chairs | 2,786.00 | - |
| 6/15/1999 | 6/30/1999 | 1306 | Desks | 3,082.00 | - |
| 6/15/1999 | 6/30/1999 | 1306 | Chairs | 1,467.00 | - |
| 6/21/1999 | 6/30/1999 | 1306 | Desks | 5,448.00 | - |
| 7/9/1999 | 7/31/1999 | 1306 | Chairs | 1,039.00 | - |
| 7/9/1999 | 7/31/1999 | 1306 | Table | 589.00 | - |
| 4/24/2000 | 4/30/2000 | 1306 | SLPirs FM  7.00Omit  Active New Not | 1,772.00 | - |
| 5/26/2000 | 5/31/2000 | 1306 | SLPk  FM  7.00Omit  Active New Not | 3,000.00 | - |
| 5/30/2000 | 5/31/2000 | 1306 | SLPing FMbi 7.00Omit  Active New Not | 724.00 | - |
| 5/30/2000 | 5/31/2000 | 1306 | Desk | 6,610.00 | - |
| 5/30/2000 | 5/31/2000 | 1306 | Filing Cabinet | 1,856.00 | - |
| 6/20/2000 | 6/30/2000 | 1306 | Furniture | 1,315.00 | - |
| 6/29/2000 | 6/30/2000 | 1306 | Filing Cabinet | 1,262.00 | - |
| 7/16/2000 | 7/31/2000 | 1306 | Desk | 1,028.00 | - |
| 11/9/2001 | 11/30/2001 | 1306 | 2 Desk - Desk, Corner, Lat. File | 2,254.00 | - |
| 11/15/2001 | 11/30/2001 | 1306 | 9 Desks & Returns | 5,992.00 | - |
| 12/11/2001 | 12/31/2001 | 1306 | Granite Conference Room Tabletop | 1,363.00 | - |
| 12/27/2001 | 12/31/2001 | 1306 | 2 Paintings for office | 1,498.00 | - |
| 1/15/2002 | 1/31/2002 | 1306 | Conference Room Table | 1,363.00 | - |
| 1/15/2002 | 1/31/2002 | 1306 | Chairs | 4,194.00 | - |
| 2/1/2002 | 2/28/2002 | 1306 | Table Base | 1,263.00 | - |

EXHIBIT 5

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 2/5/2002 | 2/28/2002 | 1306 | Side Table | 1,053.00 | - |
| 2/10/2002 | 2/28/2002 | 1306 | Filing Cabinets | 3,455.00 | - |
| 3/10/2002 | 3/31/2002 | 1306 | Filing Cabinets | 1,115.00 | - |
| 7/13/2004 | 7/31/2004 | 1306 | Vertical Filing Cabinets (8) | 1,276.00 | - |
| 7/15/2004 | 7/31/2004 | 1306 | 2 - Drawer Lateral Filing Cabinet | 736.00 | - |
| 2/17/2006 | 2/28/2006 | 1306 | Lateral Filing Cabinets | 1,922.00 | - |
| 5/8/2006 | 5/31/2006 | 1306 | File | 2,112.00 | - |
| 11/16/2006 | 11/30/2006 | 1306 | Mountain Goat Picture | 1,465.00 | - |
| 8/27/2007 | 8/31/2007 | 1306 | 5 Filing Cabinets | 1,634.00 | - |
| 3/28/2008 | 3/31/2008 | 1306 | SLPk w/FMtu 7.00OmitLaActivetNew Not | 1,451.00 | - |
| 7/7/2008 | 7/31/2008 | 1306 | SLPirs FM 7.00Omit Active New Not | 1,607.00 | - |
| 7/15/2008 | 7/31/2008 | 1306 | SLP FM 7.00Omit Active New Not | 2,630.00 | - |
| 9/3/2008 | 9/30/2008 | 1306 | Conference Room Chairs - Geology | 2,553.00 | - |
| 9/3/2008 | 9/30/2008 | 1306 | Table - GE | 1,171.00 | - |
| 9/10/2008 | 9/30/2008 | 1306 | Lateral File | 2,049.00 | - |
| 10/3/2008 | 10/31/2008 | 1306 | Office Furniture-C Ezelle | 2,986.00 | - |
| 10/6/2008 | 10/31/2008 | 1306 | Credenza-C Ezelle | 1,226.00 | - |
| 11/3/2008 | 11/30/2008 | 1306 | Office Chairs-C Ezelle | 1,089.00 | - |
| 11/17/2008 | 11/30/2008 | 1306 | Chairs - HFS | 2,342.00 | - |
| 9/2/2009 | 9/30/2009 | 1306 | Engineer Deak and Lateral File | 3,929.00 | - |
| 3/5/2011 | 3/31/2011 | 1306 | Couch and Table for Geology Confere | 1,736.50 | 28.99 |
| 7/12/2011 | 7/31/2011 | 1306 | Office Furniture - My Office Produc | 5,122.73 | 256.11 |
| 7/26/2011 | 7/31/2011 | 1306 | Laterals & Bookcases | 2,623.78 | 131.47 |
| 8/22/2011 | 8/31/2011 | 1306 | Office Furniture | 4,039.56 | 235.80 |
| 9/5/2011 | 9/30/2011 | 1306 | Table for Corey's office | 434.39 | 28.95 |
| 12/5/2011 | 12/31/2011 | 1306 | Reception Decor & Rug | 2,413.66 | 221.47 |
| 9/18/2012 | 9/30/2012 | 1306 | SLPnituFM - 7.00Omit Active New Not | 7,496.79 | - |
| 6/11/2013 | 6/30/2013 | 1306 | Pear Workplace Solutions- Deposit | 9,235.00 | 0.00 |
| 6/29/2013 | 6/30/2013 | 1306 | Pear Workplace Solutions | 10,982.21 | (0.00) |
| 7/23/2013 | 7/31/2013 | 1306 | Sand Construction of Colorado LLC- | 9,500.00 | - |
| 8/5/2013 | 8/31/2013 | 1306 | Capital One credit card 8/2013 Nathan | 1,792.08 | (0.00) |
| 9/5/2013 | 9/30/2013 | 1306 | Capital One credit card 9/2013 Chris | 4,424.61 | 0.00 |
| 9/9/2013 | 9/30/2013 | 1306 | BSC Signs- Interior Sklar wall sign | 1,053.32 | 0.00 |
| 9/27/2013 | 9/30/2013 | 1306 | Pear Workplace Solutions- Bookcases, | 4,494.49 | 0.00 |
| 9/29/2013 | 9/30/2013 | 1306 | BSC Signs- Interior sign | 1,053.32 | 0.00 |
| 9/29/2013 | 9/30/2013 | 1306 | BSC Signs- Exterior Sklar sign | 1,767.29 | 0.00 |
| 10/7/2013 | 10/31/2013 | 1306 | Sand Construction of Colorado LLC- | 9,650.00 | - |

EXHIBIT 5

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 10/21/2013 | 10/31/2013 | 1306 | Pear Workplace Solutions | 15,010.33 | 0.00 |
| 12/17/2013 | 12/31/2013 | 1306 | Pear Workplace Solutions | 8,239.37 | (0.00) |
| 7/5/2013 | 7/31/2013 | 1306 | Capital One credit card 7/2013 Chris | 8,591.81 | (0.00) |
| 3/5/2014 | 3/31/2014 | 1306 | Pear Workplace Solutions- Big Horn | 2,581.44 | 61.53 |
| 1/4/2014 | 1/31/2014 | 1306 | Jewelry & Fossil Shop of Steamboat- | 149,730.00 | 58,644.25 |
| 1/10/2014 | 1/31/2014 | 1306 | Pear Workplace Solutions- Shelving and | 45,268.20 | 5,949.27 |
| 1/25/2014 | 1/31/2014 | 1306 | Pear Workplace Solutions- Hutches, | 2,962.01 | 35.36 |
| 9/19/2014 | 9/30/2014 | 1306 | Desk, installation and accessories | 1,311.40 | 757.48 |
| 9/19/2014 | 9/30/2014 | 1306 | Desk, installation and accessories | 2,529.63 | 1,461.73 |
| 9/19/2014 | 9/30/2014 | 1306 | Lateral file | 1,385.09 | 837.02 |
| 10/23/2014 | 10/31/2014 | 1306 | Jewelry & Fossil Shop of Steamboat- | 18,764.94 | 7,193.45 |
| 5/21/2015 | 5/31/2015 | 1306 | Pear workplace solutions - Cubicle | 4,927.49 | - |
| 3/18/2019 | 3/31/2019 | 1306 | Desk -LA | 2,835.30 | 2,457.26 |
| 3/31/2019 | 3/31/2019 | 1306 | Office Furniture - LA | 5,530.47 | 4,793.07 |
| 3/31/2019 | 3/31/2019 | 1306 | Office Desk - LA | 483.65 | 419.17 |
| 5/14/2019 | 5/31/2019 | 1306 | Ferris Officemart - LA | 5,255.67 | 4,671.71 |
| 5/28/2019 | 5/31/2019 | 1306 | Ferris Officemart - LA | 1,243.17 | 1,105.01 |
| | | | | | - |
| **Totals for 1306** | | | | **461,206.37** | **88,663.30** |
| | | | | √ | |

### 1307 - MISC OFFICE EQUIPMENT AND

**ASSET Acquired**

| | | | | | |
|---|---|---|---|---|---|
| 5/11/1999 | 5/31/1999 | 1307 | SLPrigeFMto 7.00Omit Active New Not | 1,261.00 | - |
| 12/12/2005 | 12/31/2005 | 1307 | Ricoh Scanner | 4,694.00 | - |
| 4/23/2008 | 4/30/2008 | 1307 | Network | 1,081.00 | - |
| 9/5/2009 | 9/30/2009 | 1307 | AL | 3,501.00 | - |
| 1/5/2010 | 1/31/2010 | 1307 | Handhelds | 2,031.00 | - |
| 3/5/2010 | 3/31/2010 | 1307 | Handhelds | 1,401.00 | - |
| 6/11/2010 | 6/30/2010 | 1307 | ECS Server rack and hardware | 5,215.00 | - |
| 6/11/2010 | 6/30/2010 | 1307 | SLP SerFMr 5.00OmitHaActive New Not | 10,755.00 | - |
| 8/5/2010 | 8/31/2010 | 1307 | SLPn MoFMr 5.00Omit Active New Not | 3,723.00 | - |
| 8/5/2010 | 8/31/2010 | 1307 | SLPd FM 3.00Omit Active New Not | 2,199.00 | - |
| 9/23/2010 | 9/30/2010 | 1307 | Shreveport Plotter | 6,619.00 | - |
| 6/28/2013 | 6/30/2013 | 1307 | Stuart's Inc. of Shreveport- Postage | 14,975.94 | 0.00 |
| 9/29/2010 | 9/30/2010 | 1307 | Archmail Technology Defender | 1,075.00 | - |
| 3/5/2015 | 3/31/2015 | 1307 | Copier Machine | 2,479.61 | 657.82 |

EXHIBIT 5

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 3/10/2015 | 3/31/2015 | 1307 | Sharp Clor Copier | 8,316.11 | 2,206.37 |
| 3/26/2019 | 3/31/2019 | 1307 | Ricoh Copier | 11,209.76 | 8,235.75 |
| **Totals for 1307** | | | | **80,536.42** | **11,099.94** |
| | | | | √ | |

## 1311 - COMPUTER HARDWARE &

**ASSET Acquired**

| | | | | | |
|---|---|---|---|---|---|
| 4/8/2008 | 4/30/2008 | 1311 | Log Scanner | 7,600.00 | - |
| 10/5/2010 | 10/31/2010 | 1311 | Computer | 1,891.00 | - |
| 10/19/2010 | 10/31/2010 | 1311 | ECS - ENGR Laptop & software | 1,073.00 | - |
| 11/5/2010 | 11/30/2010 | 1311 | Computer - Kim Ramsey | 1,074.00 | - |
| 12/19/2010 | 12/31/2010 | 1311 | Computer - Marshall | 1,135.00 | - |
| 1/5/2011 | 1/31/2011 | 1311 | Computer - Miles | 2,804.07 | 0.02 |
| 2/5/2011 | 2/28/2011 | 1311 | Computer - Corey | 2,812.68 | (0.03) |
| 2/10/2011 | 2/28/2011 | 1311 | Generator - Miss-Lou Oil Well Suppl | 1,919.93 | 15.98 |
| 3/31/2011 | 3/31/2011 | 1311 | 30" monitors - Cory & Don | 6,519.65 | - |
| 3/31/2011 | 3/31/2011 | 1311 | Computer - David | 975.63 | - |
| 4/18/2011 | 4/30/2011 | 1311 | Ikon Copier/Printer | 8,858.82 | - |
| 4/18/2011 | 4/30/2011 | 1311 | Apple Computer - Howard | 3,801.75 | - |
| 5/31/2011 | 5/31/2011 | 1311 | 2 Monitors | 1,152.38 | - |
| 6/30/2011 | 6/30/2011 | 1311 | 2 computers | 4,157.69 | - |
| 6/30/2011 | 6/30/2011 | 1311 | 2 computers Todd & Nathan | 5,091.66 | - |
| 6/30/2011 | 6/30/2011 | 1311 | Computer - Beth | 1,395.89 | - |
| 8/22/2011 | 8/31/2011 | 1311 | Glass top Scanner | 6,987.00 | - |
| 10/31/2011 | 10/31/2011 | 1311 | Server & Server switch | 13,034.00 | - |
| 2/27/2012 | 2/29/2012 | 1311 | ECS - Server | 14,320.99 | - |
| 2/27/2012 | 2/29/2012 | 1311 | Cisco Ethernet Switch | 10,068.23 | - |
| 12/19/2012 | 12/31/2012 | 1311 | SLPputeFM- 5.00OmitisActive New Not | 2,021.56 | - |
| 1/16/2013 | 1/31/2013 | 1311 | WolfePak, Inc.- Scanners | 3,112.50 | - |
| 1/30/2013 | 1/31/2013 | 1311 | ECS- Terminal server | 8,934.04 | (0.00) |
| 4/30/2013 | 4/30/2013 | 1311 | iSupportU | 8,810.55 | 0.00 |
| 6/30/2013 | 6/30/2013 | 1311 | ECS- Computers | 12,456.46 | 0.00 |
| 8/31/2013 | 8/31/2013 | 1311 | ECS- Laptop, docking station, monitors, | 3,020.85 | 0.00 |
| 9/11/2013 | 9/30/2013 | 1311 | CVI Digital Solutions- Large format color | 26,464.29 | (0.00) |
| 10/8/2013 | 10/31/2013 | 1311 | ECS | 6,359.04 | 0.00 |
| 7/31/2013 | 7/31/2013 | 1311 | ECS- Laptop for Travis | 1,219.89 | (0.00) |
| 8/22/2013 | 8/31/2013 | 1311 | ECS- Laptop for Terry | 1,128.79 | (0.00) |

EXHIBIT 5

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 12/5/2013 | 12/31/2013 | 1311 | ECS- Laptop for Leisa | 961.77 | 0.00 |
| 7/31/2013 | 7/31/2013 | 1311 | ECS- Computer for video conferencing, | 1,088.92 | - |
| 8/22/2013 | 8/31/2013 | 1311 | ECS- Computer for Don | 7,004.17 | 0.00 |
| 11/30/2013 | 11/30/2013 | 1311 | support.com | 11,965.73 | 0.00 |
| 1/25/2014 | 1/31/2014 | 1311 | support.com- Dell Precision T360 | 4,208.73 | 0.00 |
| 1/31/2015 | 1/31/2015 | 1311 | Dell Power Edge T620 | 11,472.97 | - |
| 1/1/2015 | 1/31/2015 | 1311 | ECS - Server Support | 6,788.75 | (0.00) |
| 1/29/2005 | 1/31/2005 | 1311 | ECS - Server for G Drive | 6,062.84 | - |
| 2/1/2015 | 2/28/2015 | 1311 | ECS IT | 9,875.00 | - |
| 7/1/2017 | 7/31/2017 | 1311 | ECS IT | 1,201.87 | - |
| 12/5/2017 | 12/31/2017 | 1311 | Neurolog | 5,195.00 | 2,078.08 |
| 3/31/2019 | 3/31/2019 | 1311 | Computer - LA | 1,620.47 | 972.29 |
| 5/15/2019 | 5/31/2019 | 1311 | Computer - LA | 1,950.47 | 1,300.32 |
| 2/1/2020 | 2/29/2020 | 1311 | Support.com | 8,722.67 | 8,722.67 |
| **Totals for 1311** | | | | **248,320.70** | **13,089.33** |
| | | | | √ | |

### 1312 - SOFTWARE

**ASSET Acquired**

| | | | | | |
|---|---|---|---|---|---|
| 7/17/1998 | 7/31/1998 | 1312 | Geophysical Software | 38,230.00 | - |
| 12/12/2001 | 12/31/2001 | 1312 | Wolfepak Accounting Software--70% | 10,000.00 | - |
| 12/12/2001 | 12/31/2001 | 1312 | Wolfepak Accounting Software--30% | 4,285.00 | - |
| 1/7/2002 | 1/31/2002 | 1312 | Wolfepak | 6,239.00 | - |
| 2/28/2002 | 2/28/2002 | 1312 | Wolfepak | 5,523.00 | - |
| 8/28/2002 | 8/31/2002 | 1312 | SLPsmicFMof 3.00mit  Active New Not | 2,294.00 | - |
| 9/3/2002 | 9/30/2002 | 1312 | SLP SofHYar 3.00mit  Active New Not | 1,250.00 | - |
| 3/3/2003 | 3/31/2003 | 1312 | SLPpfpakFMan 3.00mit  Active New Not | 2,475.00 | - |
| 8/14/2003 | 8/31/2003 | 1312 | Geophysical Software | 14,922.00 | - |
| 6/15/2004 | 6/30/2004 | 1312 | Phdwin Software | 7,050.00 | - |
| 7/14/2004 | 7/31/2004 | 1312 | Geol Software | 15,555.00 | - |
| 9/30/2004 | 9/30/2004 | 1312 | Wolfepak Software | 1,210.00 | - |
| 8/14/2007 | 8/31/2007 | 1312 | Software for new server | 4,072.00 | - |
| 11/3/2007 | 11/30/2007 | 1312 | Software Fixed Assets Desktop Pro | 1,352.00 | - |
| 4/1/2008 | 4/30/2008 | 1312 | Wolfepak Upgrade for 20 Licenses | 19,130.00 | - |
| 12/7/2009 | 12/31/2009 | 1312 | Gohfer System Software | 38,250.00 | - |
| 1/31/2010 | 1/31/2010 | 1312 | GCS database & drilling wire | 6,074.00 | - |
| 8/2/2010 | 8/31/2010 | 1312 | Wolfepak, Inc Software License Rene | 2,400.00 | - |

EXHIBIT 5

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 11/6/2010 | 11/30/2010 | 1312 | BNA Software Renewal | 1,488.00 | - |
| 12/31/2010 | 12/31/2010 | 1312 | Computer Modeling License for IMEX | 30,000.00 | - |
| 11/30/2012 | 11/30/2012 | 1312 | WolfePak Scanning Module | 15,000.00 | - |
| 12/6/2012 | 12/31/2012 | 1312 | Landpro | 25,550.00 | - |
| 11/1/2013 | 11/30/2013 | 1312 | BNA- Fixed assests, renewal | 1,637.69 | - |
| 8/30/2013 | 8/31/2013 | 1312 | IHS Global, Inc.- Seismic software | 16,921.47 | - |
| 12/11/2013 | 12/31/2013 | 1312 | IHS Global, Inc.- Petra license, Val | 16,670.05 | - |
| 1/21/2013 | 1/31/2013 | 1312 | dba P2 Energy Solutions- 3 yrs access to | 72,294.56 | - |
| 10/4/2013 | 10/31/2013 | 1312 | Landpro Corporation- 2014 | 13,800.00 | - |
| 11/21/2013 | 11/30/2013 | 1312 | Drilling Info, Inc.- Software License | 80,000.00 | - |
| 12/6/2013 | 12/31/2013 | 1312 | Landpro Corporation- License for Lloyd | 11,600.00 | - |
| 1/30/2014 | 1/31/2014 | 1312 | Energy Navigator LLC- 2 Licenses, | 11,400.00 | - |
| 2/10/2014 | 2/28/2014 | 1312 | GeoEdges Inc.- Northern | 6,500.00 | - |
| 2/18/2014 | 2/28/2014 | 1312 | GeoEdges Inc.- N American Shale set | 5,530.00 | - |
| 5/5/2014 | 5/31/2014 | 1312 | IHS Global, Inc.- Nathan's Bitlock | 18,869.83 | - |
| 5/1/2014 | 5/31/2014 | 1312 | IHS Global, Inc.- Petra maint | 21,346.42 | - |
| 5/1/2014 | 5/31/2014 | 1312 | IHS Global, Inc.- IHS/Petra | 170,700.00 | - |
| 5/2/2014 | 5/31/2014 | 1312 | IHS Global, Inc.- Petra maint | 4,696.95 | - |
| 1/14/2014 | 1/31/2014 | 1312 | dba P2 Energy Solutions- Database, | 73,192.08 | - |
| 2/19/2014 | 2/28/2014 | 1312 | dba P2 Energy Solutions- Database | 12,616.24 | - |
| 10/3/2014 | 10/31/2014 | 1312 | Landpro Corporation subscription 1/1/15- | 17,000.00 | - |
| 11/1/2014 | 11/30/2014 | 1312 | IHS Global PAK Maintenance, AVOPAK | 17,299.98 | - |
| 11/6/2014 | 11/30/2014 | 1312 | Energy Navigator LLC- 2 Licenses, | 11,812.68 | - |
| 11/7/2014 | 11/30/2014 | 1312 | Bloomberg BNA License renewal 2/7/15- | 1,686.56 | - |
| 11/25/2014 | 11/30/2014 | 1312 | DrillingInfo Plus subscription | 84,000.00 | - |
| 6/1/2015 | 6/30/2015 | 1312 | ECS - Meraki MX80 Cloud Managed | 5,045.68 | (0.00) |
| 7/1/2017 | 7/31/2017 | 1312 | P2 Energy Solutions | 68,932.50 | - |
| 10/4/2017 | 10/31/2017 | 1312 | LandPro Corporation Subscription | 17,000.00 | (0.00) |
| 4/16/2018 | 4/30/2018 | 1312 | P2 Energy Solutions | 64,862.72 | 23,422.70 |
| 8/24/2018 | 8/31/2018 | 1312 | Wolfepak Sofware | 5,561.55 | 2,626.24 |
| 10/4/2018 | 10/31/2018 | 1312 | LandPro Corporation Subscription | 17,000.00 | 9,444.48 |
| 3/20/2019 | 3/31/2019 | 1312 | P2 Energy Solutions | 69,495.39 | 44,399.81 |
| 7/1/2019 | 7/31/2019 | 1312 | Wesmin Software | 17,000.00 | 12,750.01 |
| **Totals for 1312** | | | | **1,186,821.35** | **92,643.23** |

**1316 VEHICLES**

**ASSET Acquired**

EXHIBIT 5

|  |  |  | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|
| 10/3/2005 | 10/31/2005 | 1316 Trailer | 1,064.65 | - |
| 8/16/2011 | 8/31/2011 | 1316 2011 Ford F-150 - F-26 xxx3529 | 25,757.71 | (0.00) |
| 5/20/2013 | 5/31/2013 | 1316 2013 Ford F35 | 37,730.20 | - |
| 10/28/2014 | 10/31/2014 | 1316 2014 F-42 | 40,814.21 | - |
| 2/18/2015 | 2/28/2015 | 1316 2014 - F45 | 41,571.17 | - |
| 3/4/2017 | 3/31/2017 | 1316 2016 - F47 | 40,831.46 | 15,652.22 |
| 3/21/2017 | 3/31/2017 | 1316 2017 - F49 | 51,465.24 | 19,728.48 |
| 7/1/2017 | 7/31/2017 | 1316 2016 F50 | 44,539.76 | 20,042.87 |
| 7/1/2017 | 7/31/2017 | 1316 2017 - F51 | 57,404.69 | 25,832.26 |
| 6/30/2018 | 6/30/2018 | 1316 2017 - F52 | 49,057.57 | 31,069.72 |
| 10/1/2018 | 10/31/2018 | 1316 2018 -F53 | 50,163.87 | 35,114.78 |
| 1/1/2019 | 1/31/2019 | 1316 2018 F-54 | 48,634.60 | 36,475.91 |
| 1/1/2019 | 1/31/2019 | 1316 2019 F-55 | 61,349.85 | 46,012.36 |
| 7/18/2019 | 7/31/2019 | 1316 2019-F56 | 60,532.90 | 51,452.98 |
| 7/23/2019 | 7/31/2019 | 1316 2019-F-58 | 51,585.99 | 43,848.07 |
| 7/1/2019 | 7/31/2019 | 1316 2019-F57 | 55,552.85 | 47,219.93 |
| 9/1/2019 | 9/30/2019 | 1316 2018-F59 | 32,041.34 | 28,303.18 |
| 3/11/2020 | 3/31/2020 | 1316 2020 F-60NB | 52,004.71 | 51,137.96 |
| 3/11/2020 | 3/31/2020 | 1316 2019 F-61NB | 30,315.99 | 29,810.72 |
| 3/11/2020 | 3/31/2020 | 1316 2020 F-62NB | 45,227.99 | 44,474.19 |
| 3/11/2020 | 3/31/2020 | 1316 2020 F-63NB | 46,008.47 | 45,241.66 |
|  |  |  |  | - |
| **Totals for 1316** |  |  | **923,655.22** | **571,417.29** |

**1321 OTHER TRANS EQUIPMENT**

ASSET Acquired

| | | | | |
|---|---|---|---|---|
| 10/30/2009 | 10/31/2009 | 1321 Kawasaki 4-Wheeler | 4,000.00 | - |
| 10/28/2010 | 10/31/2010 | 1321 Bushhog | 1,445.00 | - |
| 11/24/2010 | 11/30/2010 | 1321 16' trailor | 2,164.00 | - |
| **Totals for 1321** |  |  | **7,609.00** | **-** |

EXHIBIT 5

**Fill in this information to identify the case:**

Debtor name    **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    **20-12377-EEB**

■ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Ally Payment Processing Center** | | $26,024.67 | $32,041.34 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 9001948**
**Louisville, KY 40290-1948**

Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**2018 Ford Truck**

Describe the lien
**Purchase Money Security Interest**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **East West Bank Treasury Department** | | $22,350,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**135 North Los Robles Avenue**
**Suite 600**
**ATTN: Linda Cox**
**Pasadena, CA 91101**

Creditor's mailing address

**linda.cox@eastwestbank.com**

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**Substantially all of the Debtor's assets, including but not limited to Hedging Agreements, Cash, Accounts, and Receivables**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

Debtor  **Sklar Exploration Company, LLC**
Name

Case number (if known)  **20-12377-EEB**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ford Motor Company** | | |

Creditor's Name

**P.O. Box 650575
Dallas, TX 75265**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**All Vehicles owned by the Debtor excluding the 2018 Ford Truck securing the secured interest of Ally Bank**

**Describe the lien**
**Purchase Money Security Interests in Vehicles**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$509,665.81        $931,264.22

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  **$22,885,690.48**

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

EXHIBIT 5

| Fill in this information to identify the case: |
|---|

Debtor name  **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  **20-12377-EEB**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address **Alabama Department of Revenue 50 North Ripley Street Montgomery, AL 36104** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$416,927.00** | **$0.00** |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim: **Notice Purposes Only** | | |
|  | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address **Colorado Department of Revenue 1375 Sherman Street, Room 511 Denver, CO 80261** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim: **Notice Purposes Only** | | |
|  | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|--------|------------------------------------|------------------------|------------------|
|        | Name                               |                        |                  |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,647.00** | $0.00 |
|-----|----------------------------------------------|------------------------------------------------|---------------|-------|

**Florida Department of Revenue**
**P. O. Box 6668**
**Tallahassee, FL 32314-6668**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |
|-----|----------------------------------------------|------------------------------------------------|-----------|-------|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | $0.00 |
|-----|----------------------------------------------|------------------------------------------------|-----------|-------|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$43,540.00** | $0.00 |
|-----|----------------------------------------------|------------------------------------------------|----------------|-------|

**Louisiana Department of Revenue**
**P.O. Box 201**
**Baton Rouge, LA 70821-3440**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|

Name

**2.7** Priority creditor's name and mailing address

**Mississippi Department of Revenue**
**P.O. Box 1033**
**Jackson, MS 39215-1033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.8** Priority creditor's name and mailing address

**Montana Department of Revenue**
**PO Box 6577**
**Helena, MT 59604-6577**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.9** Priority creditor's name and mailing address

**Texas Comptroller**
**111 East 17th Street**
**Austin, TX 78701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$334.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.10** Priority creditor's name and mailing address

**Wyoming Department of Revenue**
**122 West 25th Street, Suite E301**
**Herschler Building East**
**Cheyenne, WY 82002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,493.34** |
|---|---|---|---|

**3 Lloyds Exploration Company LLC**
**1847 Broken Bend Drive**
**Westlake, TX 76262**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
|---|---|---|---|

**3IV Minerals, LLC**
**PO Box 6149**
**Shreveport, LA 71136-6149**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41,961.03** |
|---|---|---|---|

**A & B Pump & Supply, Inc.**
**P.O. Drawer T**
**Heidelberg, MS 39439**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13.00** |
|---|---|---|---|

**A. D. Chapman**
**2900 South Robertson Ave.**
**Tyler, TX 75701**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16.00** |
|---|---|---|---|

**A. S. Colley Trust**
**702 Creekside Lane**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,105.00** |
|---|---|---|---|

**A.F. Whatley Construction**
**11950 Highway 43**
**Bivins, TX 75555**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**A2D Teechnologies, Inc.**
**P.O. Box 733255**
**Dallas, TX 75373-3255**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Abigail Dennis Salters**
**603 Taylor Overlook Drive**
**Taylor, MS 38673**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.04 |
|---|---|---|---|

**Acme Oil Service & Repair, ,Inc.**
**d/b/a Acme Oilfield Services**
**4865 American Legion Road**
**Tyler, TX 75708**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Adrianne Judgeware**
**1569 Mt Sinai Rd**
**Hanesville, LA 71038**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,215.00 |
|---|---|---|---|

**Adrienne H. Ybarronda**
**16259 Rattle Snake Road**
**Grass Valley, CA 95945**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.00 |
|---|---|---|---|

**Adrienne P. Watkins**
**7 Brogden Ct SE**
**Winter Haven, FL 33880-4226**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,660.00 |
|---|---|---|---|

**Adrienne P. Watkins Irr. Trust**
**fbo Jack M. Watkins, Jr. Family**
**399 6th Street SE**
**Winter Haven, FL 33880**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $830.00 |
|---|---|---|---|

**Adrienne P. Watkins Revocable Trust**
**7 Brogden Ct SE**
**Winter Haven, FL 33880**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $107.14 |
| --- | --- | --- |

**AEH Investments LLC**
**Attn: Angela Harris**
**333 Texas Street, Ste. 1414**
**Shreveport, LA 71101-3678**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,456.00 |
| --- | --- | --- |

**AEH Investments LLC**
**Attn: Angela Harris**
**333 Texas Street, Ste. 1414**
**Shreveport, LA 71101-3678**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |

**AFCO**
**P.O. Box 4795**
**Carol Stream, IL 60197-4795**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
| --- | --- | --- |

**Agnes Tolbert**
**3860 Potosi Road**
**Pensacola, FL 32504**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
| --- | --- | --- |

**Ahamad Ansari**
**5410 W 3rd PL Apt #3**
**Lakewood, CO 80226**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139,779.93 |
| --- | --- | --- |

**Alabama Oil Company**
**Attn: Walker Sturdivant, Partner**
**P.O. Box 230**
**Glendora, MS 38928**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,944.00 |
| --- | --- | --- |

**Alabama Oil Company**
**Attn: Walker Sturdivant, Partner**
**P.O. Box 230**
**Glendora, MS 38928**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|---|
| | **Albert C. Drakeford**<br>**119 Serene Lane**<br>**Wetumpka, AL 36093** | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|
| | **Albert Watkins Key, Jr.**<br>**220 St. Michael Street**<br>**Mobile, AL 36602** | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.00 |
|---|---|---|---|
| | **Alberta Warren**<br>**Attn: Aniyikaye Durowoju**<br>**4283 Express Lane, Suite 321-053**<br>**Sarasota, FL 34238** | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141.00 |
|---|---|---|---|
| | **Alex Smith III**<br>**c/o Pauline Rourk - POA**<br>**173A Atlantic Avenue**<br>**Hampton, VA 23664** | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|---|
| | **Alexis Oliver**<br>**10941 Atkinson Avenue**<br>**Inglewood, CA 90303** | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.00 |
|---|---|---|---|
| | **Alexis Samuel**<br>**208 E. Green Street**<br>**Princeton, KY 42445** | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,000.00 |
|---|---|---|---|
| | **ALFAVOR Corp.**<br>**ATTN: John Yilin Wang**<br>**1234 Northampton Street**<br>**State College, PA 16803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Alfonza Jackson**
**2701 Godwin Lane**
**Pensacola, FL 32526**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.00 |
|---|---|---|---|

**Alice Key Myrick**
**15308 River Road**
**Fairhope, AL 36532**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Alice Margaret Holmes Woods**
**2031 North 20th Street**
**Omaha, NE 68110**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Alice Yvonne Brye-Vela**
**100 Clipper Drive**
**Belmont, CA 94002**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**Alisha Y. Warren Simmons**
**1522 Robin Lane**
**Lancaster, TX 75134-3045**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243.00 |
|---|---|---|---|

**All Copy Products, Inc.**
**P.O. Box 660831**
**Dallas, TX 75266-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.00 |
|---|---|---|---|

**Allen Haden Ilfrey**
**5705 Greenridge**
**Midland, TX 79707-9771**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,455.00** |
|---|---|---|---|

**Allene B. Ward**
**30097 Country Road 6**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __Revenue__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17.00** |
|---|---|---|---|

**Alma Bell**
**2004 Shelman Trail**
**Fort Worth, TX 76112**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __Revenue__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00** |
|---|---|---|---|

**Alternate Fuel Systems of Louisiana, Inc**
**333 Texas Street, Suite 521**
**Shreveport, LA 71101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __Revenue__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32.00** |
|---|---|---|---|

**Alva Nann Cary Taylor**
**303 Travis Street**
**East Brewton, AL 36426**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __Revenue__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Alvin Pearson, Deceased**
**P.O. Box 278**
**Gibsland, LA 71208**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __Revenue__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Alyn Waters**
**416 Delaware Street**
**New Castle, DE 19720**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __Revenue__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Alyson Jones Downs**
**P.O. Box 957**
**Flora Vista, NM 87415**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __Revenue__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.00 |
|---|---|---|---|

**Amanda Bethea Ralls Johnson**
**211 Ozark Road**
**Abbeville, AL 36310**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**Amanda Griggs Williamson**
**4706 Cambridge Street**
**Sugarland, TX 77479**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ambrchet Jackson LLP**
**P.O. Box 290**
**Mobile, AL 36601**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $224.67 |
|---|---|---|---|

**American Express**
**P.O. Box 650448**
**Dallas, TX 75265-0448**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Credit Card Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,710.00 |
|---|---|---|---|

**American Remediation & Environmental Inc**
**P.O. Box 570**
**Saraland, AL 36571**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.00 |
|---|---|---|---|

**Amy Brundle**
**7251 Corvette Ct**
**Raleigh, NC 27613**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |
|---|---|---|---|

**Amy D. Bearden**
**P O Box 374**
**Madison, MS 39130**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.00**

Amy Key Keith
134 Riverwood
Boerne, TX 78006

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,806.00**

Andala Enterprises, Inc.
641 Bayou Blvd
Pensacola, FL 35203

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,455.00**

Anderson Exploration Energy Company
333 Texas Street, Ste. 2020
Shreveport, LA 71101

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$254,267.96**

Anderson Investment Holdings, LP
AEEC II, LLC
333 Texas Street, Suite 2020
Shreveport, LA 71101

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$121,694.00**

Anderson Investment Holdings, LP
AEEC II, LLC
333 Texas Street, Suite 2020
Shreveport, LA 71101

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Anderson, Kim
7349 Greywood Drive
Shreveport, LA 71107

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Employee**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$199.00**

Andre Toliver
1425 East 53rd Street
Tacoma, WA 98404

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.00 |
|---|---|---|---|

**Andrea A. Smith**
**PO Box 2148**
**Winnie, TX 77665**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.00 |
|---|---|---|---|

**Andrea Demintrex Cobb**
**Address Unknown**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,858.00 |
|---|---|---|---|

**Andrew L. Robins**
**16596 Scenic Hwy 98**
**Fairhope, AL 36532**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Angela Samuel**
**941 Lynndale Lane**
**Birmingham, AL 35214**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Angela Van Zandt**
**2805 Millbrook Road**
**Little Rock, AR 72227**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|

**Angelia Marie King**
**10884 Major Oak Dr**
**Baton Rouge, LA 70815**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Angelia Warren**
**3213 Persimmon**
**No. 204**
**Dallas, TX 75241**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.00 |
|---|---|---|---|

**Angelina Warren**
**623 Lake June Road**
**Dallas, TX 75217**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74.00 |
|---|---|---|---|

**Anita Hemphill**
**310 Gladeview Place**
**Brandon, MS 39047**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.00 |
|---|---|---|---|

**Anita Lawson**
**8534 Bluevine Sky Drive**
**Land O'Lakes, FL 34637**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Ann Bevel**
**12124 Lochwood Blvd.**
**Dallas, TX 75218**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |
|---|---|---|---|

**Ann Edwards**
**1028 Regency Way**
**Birmingham, AL 35242**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.00 |
|---|---|---|---|

**Ann Marie Holmes Williams**
**220 Norton Avenue**
**Saraland, AL 36536**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.00 |
|---|---|---|---|

**Ann Roby**
**1374 Jasper St**
**Pensacola, FL 32533**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |
|---|---|---|---|

**Anna Beth Denny**
**203 Beacon Hill Drive**
**Allen, TX 75013**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.00 |
|---|---|---|---|

**Anna M. Kress**
**3636 Habersham Rd NW**
**Unit 1206**
**Atlanta, GA 30305**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|---|---|---|---|

**Anne M. Ballantyne**
**7701 Broadway**
**Suite 200**
**San Antonio, TX 78209-3261**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.00 |
|---|---|---|---|

**Anne S Byland**
**1020 Sandy Springs Lane**
**Jackson, LA 70748**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.00 |
|---|---|---|---|

**Annie Earl Johnson**
**2936 South B Street**
**Stockton, CA 95206**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $222.00 |
|---|---|---|---|

**Annie Lee Wilk**
**18123 Hwy 31 East**
**Tyler, TX 75705**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $690.92 |
|---|---|---|---|

**Ansaben Trust**
**David A. Barlow, Trustee**
**321 Paseo Encinal St**
**San Antonio, TX 78212**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $387.00 |
|---|---|---|---|

**Ansaben Trust**
**David A. Barlow, Trustee**
**321 Paseo Encinal St**
**San Antonio, TX 78212**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.00 |
|---|---|---|---|

**Antoinette W. Watts**
**277 Carrington Drive**
**Athens, GA 30605**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239,749.19 |
|---|---|---|---|

**Apple River Investments, L.L.C.**
**Attn: Robert M. Boeve, President**
**1503 Garfield Road North**
**Traverse City, MI 49696**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,944.00 |
|---|---|---|---|

**Apple River Investments, L.L.C.**
**Attn: Robert M. Boeve, President**
**1503 Garfield Road North**
**Traverse City, MI 49696**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,461.55 |
|---|---|---|---|

**Arcadia Oilfield Supply, Inc.**
**Sterling Commercial Credit**
**P.O. Box 204755**
**Dallas, TX 75320-4755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Ardis A. Powell**
**P.O. Box 16**
**Athens, LA 71003**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**Ardis Pearson**
**3808 Marion Avenue**
**Oakland, CA 94619**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Arie Lee Morgan and Bertha M. Johnson Life Estate**
**1700 West Seventh Street**
**Tyler, TX 75701**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No □ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Arlene Rosalind Bergner Life Estate**
**Arlene Rosalind Bergner, Trustee**
**1921 South College Avenue**
**Tyler, TX 75701**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No □ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157,133.18 |
|---|---|---|---|

**Armbrecht Jackson LLP**
**P.O. Box 290**
**Mobile, AL 36601**

Date(s) debt was incurred _

Last 4 digits of account number _

□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No □ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Arnetta Crawford**
**4015 Edson Avenue**
**Bronx, NY 10466**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No □ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,206.00 |
|---|---|---|---|

**Arthur G. Nichols**
**517 E. Michigan Ave.**
**Foley, AL 36535**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No □ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.00 |
|---|---|---|---|

**Arthur Welton Cross, Jr.**
**5599 Econfina St.**
**Milton, FL 32570**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No □ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,185.71 |
|---|---|---|---|

**Aspen Energy Inc.**
**161 St. Matthews Avenue, Suite 16**
**Louisville, KY 40207**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No □ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,894.00 |
|---|---|---|---|

**Aspen Energy Inc.**
**161 St. Matthews Avenue, Suite 16**
**Louisville, KY 40207**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $327.51 |
|---|---|---|---|

**AT&T**
**P.O. Box 105262**
**Atlanta, GA 30348-5252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $669.63 |
|---|---|---|---|

**AT&T Business Services**
**P.O. Box 105262**
**Atlanta, GA 30348-5252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,909.54 |
|---|---|---|---|

**AT&T Mobility**
**Corporation Trust Company**
**Corporation Trust Center 1209 Orange St**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,061.46 |
|---|---|---|---|

**Atropos Exploration Co.**
**8235 Douglas**
**Suite 1200**
**Lockbox 12**
**Dallas, TX 75225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $946.00 |
|---|---|---|---|

**August C. Erickson Mineral Trust**
**Attn: Mary M. Erickson, Trustee**
**59 Knight Circle, Unit 1**
**Pawleys Island, SC 29585**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,381.29 |
|---|---|---|---|

**B & L Pipeco Services, LLC**
**P.O. Box 840280**
**Dallas, TX 75284-0280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22.00** |
|---|---|---|---|

**B. B. Rounsaville**
**P.O. Box 784**
**Leakesville, MS 39451**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,606.48** |
|---|---|---|---|

**Babe Development, LLC**
**P. O. Box 758**
**Roswell, NM 88202**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,485.00** |
|---|---|---|---|

**Babe Development, LLC**
**P. O. Box 758**
**Roswell, NM 88202**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$178,263.65** |
|---|---|---|---|

**Baker Hughes, a GE Company, LLC**
**Baker Hughes Oilfield Operations, LLC**
**P.O Box 301057**
**Dallas, TX 75303-1057**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,210.84** |
|---|---|---|---|

**Baker, Kelly L.**
**254 State Street**
**Mobile, AL 36603**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,058.04** |
|---|---|---|---|

**Banded Iron US, Inc.**
**P.O. Box 51475**
**Lafayette, LA 70505**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$77.25** |
|---|---|---|---|

**Bantam Creek LLC**
**4712 Lakeside Drive**
**Colleyville, TX 76034**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,535.00** |
|---|---|---|---|

**Bantam Creek LLC**
**4712 Lakeside Drive**
**Colleyville, TX 76034**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |
|---|---|---|---|

**Barbara Ann Peoples-Smith**
**aka Barbara Peoples**
**3660 Lake Timberlane Drive**
**Gretna, LA 70056**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Barbara Dukes**
**2856 W. Roosevelt Road**
**3rd Floor**
**Chicago, IL 60612**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.00** |
|---|---|---|---|

**Barbara J. Wilson**
**112 Zebulon Street**
**Milner, GA 30257**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Barbara Jane Taylor**
**3212 W. Sublett Road**
**Arlington, TX 76017**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42.00** |
|---|---|---|---|

**Barbara Janice Smith Hendrix**
**1718 Picadilly Place**
**Tyler, TX 75703**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Barbara L. Govan**
**2712 Wichita**
**Houston, TX 77004**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $124.87 |
|---|---|---|---|

**Barbara M. Sugar Estate**
**Thomas P. Youngblood, Exec.**
**PO Box 52149**
**Shreveport, LA 71135**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,530.00 |
|---|---|---|---|

**Barbara M. Sugar Estate**
**Thomas P. Youngblood, Exec.**
**PO Box 52149**
**Shreveport, LA 71135**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.00 |
|---|---|---|---|

**Barbara Mallia**
**3302 Canyon Creek Drive**
**Richardson, TX 75080**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,037.00 |
|---|---|---|---|

**Barbara Page Lawrence**
**P.O. Box 374**
**Evergreen, CO 80437**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|

**Barbara Warren Life Estate**
**2310 Rogers Avenue**
**Lancaster, TX 75134**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,410.00 |
|---|---|---|---|

**Barker Concrete and Construction, Inc.**
**P.O. Box G**
**Edgemont, SD 57735**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $117.00 |
|---|---|---|---|

**Barnes Creek Drilling LLC**
**320 Second Street**
**Columbia, MS 39429**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$174,814.05** |
|---|---|---|---|

**Barnette & Benefield, Inc.**
**P.O. Box 550**
**Haynesville, LA 71038-0550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,916.00** |
|---|---|---|---|

**Barron Randall Detro**
**202 East Windsor Drive**
**Thibodaux, LA 70301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|---|

**Basic Energy Service, LP**
**P.O. Box 841903**
**Dallas, TX 75284-1903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.14** |
|---|---|---|---|

**Baxterville, LLC**
**4323 Snowberry Lane**
**Naples, FL 34119**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,563.00** |
|---|---|---|---|

**Baxterville, LLC**
**4323 Snowberry Lane**
**Naples, FL 34119**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,887.60** |
|---|---|---|---|

**Beavers Specialty, Inc.**
**893 I-49 Service Road**
**Sunset, LA 70584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |
|---|---|---|---|

**Beazley Petroleum, LLC**
**Attn: Hamilton Beazley**
**411 West St. Elmo Road #24**
**Austin, TX 78745**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.00** |
|---|---|---|---|

**Belle Morgan**
**1406 Grant Street**
**Wichita Falls, TX 76309**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2.99** |
|---|---|---|---|

**Bellis Investments LP**
**100 Bush Street, Suite #550**
**San Francisco, CA 94104**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$171.00** |
|---|---|---|---|

**Bellis Investments LP**
**100 Bush Street, Suite #550**
**San Francisco, CA 94104**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,894.62** |
|---|---|---|---|

**Belousov, Anita**
**4355 East 135th Way**
**Thornton, CO 80241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$215.00** |
|---|---|---|---|

**Bendel Ventures, LP1**
**12345 Jones Road, Suite 124**
**Houston, TX 77070**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5.00** |
|---|---|---|---|

**Benjamen Baxter Brye**
**Baxter Entertainment Productions, LLC**
**532 Fort Sumpter Drive**
**Modesto, CA 95354**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |
|---|---|---|---|

**Benjamin Biedenharn**
**373 Coconut Palm Drive**
**Madisonville, LA 70447**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292.00 |
|---|---|---|---|

**Benjamin O. Barlow**
**105 Crestview Dr**
**Clanton, AL 35045**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $313.00 |
|---|---|---|---|

**Bennett Energy Corporation**
**P.O. Box 507**
**Fate, TX 75132**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.00 |
|---|---|---|---|

**Bennie Freeman Williams**
**3109 Gavilan Lane**
**Las Vegas, NV 89112**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,774.59 |
|---|---|---|---|

**Berg Hill Greenleaf Ruscitti, LLP**
**1712 Pearl Street**
**Boulder, CO 80302**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Bergner Trust**
**Trustee: Arlene Rosalind Bergner**
**1921 South College Avenue**
**Tyler, TX 75701**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $515.00 |
|---|---|---|---|

**Bernice Bouldin**
**339 Harvey Watkin Drive South**
**Canton, MS 39046**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|

**Bernice Lee**
**717 Springhill Road**
**Evergreen, AL 36401**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$199,167.00** |
|---|---|---|---|
| | **Berry Hill Farms, Inc.**<br>**Larry J Findley**<br>**32385 County Road 6**<br>**Evergreen, AL 36401** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4.00** |
|---|---|---|---|
| | **Bessie Lee Nelson**<br>**1121 West Vance**<br>**Tyler, TX 75702** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4.00** |
|---|---|---|---|
| | **Bettie Mary W. Wofford**<br>**A/K/A Betty M. Warren Wofford**<br>**2215 N. Palace**<br>**Tyler, TX 75702** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55.00** |
|---|---|---|---|
| | **Betty Ann Darden**<br>**1624 Ulster Dr**<br>**Elizabeth City, NC 27909** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|
| | **Betty Dickerson**<br>**605 Coalfire Avenue**<br>**Hueytown, AL 35023** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18.00** |
|---|---|---|---|
| | **Betty Jenkins**<br>**1003 Greenpine Blvd**<br>**Apt A-2**<br>**West Palm Beach, FL 33409** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11.00** |
|---|---|---|---|
| | **Betty K. DuPont**<br>**3030 Bellview Road**<br>**Plaquemine, LA 70764** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,663.00 |
|---|---|---|---|
| | **Betty Mae Jenkins Powell**<br>**354 Crossroads Church Road**<br>**Marthaville, LA 71450** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| | **Betty Mary Warren**<br>**4620 Cowan Street**<br>**Dallas, TX 75209** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.00 |
|---|---|---|---|
| | **Betty Otems**<br>**1674 Cecina St.**<br>**League City, TX 77573** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|
| | **Betty W Upton Trust**<br>**Betty W Upton, Trustee**<br>**14934 Bramblewood Dr**<br>**Houston, TX 77079-6335** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,508.00 |
|---|---|---|---|
| | **Betty Williams (Tidwell)**<br>**address currently unknown** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.00 |
|---|---|---|---|
| | **Bevon Brye**<br>**1493 Stromberg Ave**<br>**Arcada, CA 95521** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|
| | **Big Sky Mineral Trust**<br>**Trustee: Serena B Kundysek**<br>**P.O. Box 3788**<br>**Arlington, TX 76007-3788** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$281.00** |
|---|---|---|---|

**Bill A. Lay**
**3703 Orange Circle**
**Broken Arrow, OK 74011**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**Basis for the claim:** Revenue

Is the claim subject to offset? ■ No ☐ Yes

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Billie D. Williams Stevens**
**145 Stevens Road**
**Benton, LA 71006**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**Basis for the claim:** Revenue

Is the claim subject to offset? ■ No ☐ Yes

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$477.00** |
|---|---|---|---|

**Billie Ruth Curtis**
**4001 Silverwood Drive**
**Tyler, TX 75701-9340**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**Basis for the claim:** Revenue

Is the claim subject to offset? ■ No ☐ Yes

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$211.00** |
|---|---|---|---|

**Billy Bond, Deceased**
**3811 North 7th Avenue**
**Laurel, MS 39441**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**Basis for the claim:** Revenue

Is the claim subject to offset? ☐ No ■ Yes

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.00** |
|---|---|---|---|

**Billy J. Johnston**
**P.O. Box 1001**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**Basis for the claim:** Revenue

Is the claim subject to offset? ■ No ☐ Yes

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.00** |
|---|---|---|---|

**Billy J. Nolan**
**845 Ricksha St.**
**Vidor, TX 77662**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**Basis for the claim:** Revenue

Is the claim subject to offset? ■ No ☐ Yes

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38.00** |
|---|---|---|---|

**Billy Joe Parrish**
**1005 Grayson Street**
**Winnsboro, LA 71295**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**Basis for the claim:** Revenue

Is the claim subject to offset? ■ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,986.68 |
|---|---|---|---|

**Black Banks, LLC**
**1310 S. Pennsylvania Street**
**Denver, CO 80210**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,284.00 |
|---|---|---|---|

**Black Stone Energy Company, L.L.C.**
**1001 Fannin, Suite 2020**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,452.00 |
|---|---|---|---|

**Black Stone Minerals Company, L.P.**
**Minerals Management Division**
**1001 Fannin Street, Suite 2020**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Blaire S. Matson**
**240 Crews Lane**
**Lot 2**
**Sylacauga, AL 35151**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|

**Bob K. Crouch, Jr.**
**P.O. box 261755**
**Plano, TX 75026**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $33.00 |
|---|---|---|---|

**Bobbie L. Halbert**
**315 Greathouse**
**Vidor, TX 77662**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|---|

**Bobbie Lou Stricklin**
**442 CR 4924**
**Troup, TX 75789**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Bobbie Louise Richburg**
**1520 E 124th Street**
**Los Angeles, CA 90059-2924**

Date(s) debt was incurred

Last 4 digits of account number

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|

**Bobbie Ray Peoples**
**676 S Central Avenue, #231**
**Los Angeles, CA 90021-1039**

Date(s) debt was incurred

Last 4 digits of account number

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**Bobby Dale Mitchell**
**P.O. Box 795294**
**Dallas, TX 75379-5249**

Date(s) debt was incurred

Last 4 digits of account number

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.00 |
|---|---|---|---|

**Bobby G. Ratcliff**
**1805 Bayou Circle**
**Bossier City, LA 71112**

Date(s) debt was incurred

Last 4 digits of account number

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|

**Bobby Gus Fite**
**13232 CR 1131**
**Flint, TX 75762**

Date(s) debt was incurred

Last 4 digits of account number

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Bobby J. Hill**
**16627 Cheshire Grove Lane**
**Houston, TX 77090**

Date(s) debt was incurred

Last 4 digits of account number

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Bobby Ray Gaines**
**14420 Woods Hold Drive**
**San Antonio, TX 78233**

Date(s) debt was incurred

Last 4 digits of account number

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ☑ No  ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,806.00** |
|---|---|---|---|
| | **BobMary, LC**<br>**Attn: Robert T. Lafargue, M.D.**<br>**5928 East Ridge Drive**<br>**Shreveport, LA 71106** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,153.00** |
|---|---|---|---|
| | **Bodcaw 3-D, LLC**<br>**PO Box 1689**<br>**Ruston, LA 71273** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,228.00** |
|---|---|---|---|
| | **Bonaventure Safety, LLC**<br>**162 Industrial Drive**<br>**P.O. Box 43**<br>**Rayne, LA 70578** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$790.00** |
|---|---|---|---|
| | **Bonner Analytical**<br>**2703 Oak Grove Road**<br>**Hattiesburg, MS 39402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,590.00** |
|---|---|---|---|
| | **Boots Smith Completion Services, LLC**<br>**c/o Gulf Coast Business Credit**<br>**P.O. Bxo 731152**<br>**Dallas, TX 75373-1152** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Boulder Self Storage**<br>**6439 Arrapahoe Road**<br>**Boulder, CO 80303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Bradley Murchison Kelly & Shea, LLC**<br>**401 Edwards Street**<br>**Suite 1000**<br>**Shreveport, LA 71101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|--------|-------------------------------------|--------------------------|------------------|
|        | Name |  |  |

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**Bradley N. Spotts**
**196 State Route 147**
**Dalmatia, PA 17017**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,977.50 |
|---|---|---|---|

**Bradshaw Logistics, LLC**
**P.O. Box 429**
**Windsor, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,699.20 |
|---|---|---|---|

**Brammer Engineering, Inc. HSE Services**
**P.O. Box 301670**
**Dallas, TX 75303-1670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Brandon Shaw**
**11037 Choiceana Avenue**
**Hesperia, CA 92345**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $136.00 |
|---|---|---|---|

**Breitburn Operating LP**
**Maverick Natural Resources**
**1111 Bagby Street, Suite 1600**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |
|---|---|---|---|

**Brenda Annette Gaines Campbell**
**7252 Bayberry**
**Dallas, TX 75249**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.00 |
|---|---|---|---|

**Brenda Gail Wise**
**702 Thomas Avenue**
**Prattville, AL 36067**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$306.00** |
|---|---|---|---|

**Brenda Joyce Hill Ware**
**5023 e. 41st**
**Kansas City, MO 64130**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19.00** |
|---|---|---|---|

**Brennan Crouch Edgerton**
**9746 Ravensway Drive**
**Dallas, TX 75238**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24.00** |
|---|---|---|---|

**Brent L Crozier**
**5401 Holly Tree Dr Apt 2104**
**Tyler, TX 75703**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Brewton Area Properties, LLC**
**P.O. Box 809**
**Brewton, AL 36427**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125,686.59** |
|---|---|---|---|

**Bristol, Inc.**
**Accounts Receivable**
**P.O. Box 2056**
**Victoria, TX 77902-9912**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37.00** |
|---|---|---|---|

**Brock Resources, LLC**
**2634 Henley Drive**
**Round Rock, TX 78681**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13.00** |
|---|---|---|---|

**Brooklyn Volunteer Fire Department**
**Juanita Cary**
**31807 CR 6**
**Evergreen, AL 36401**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Bruce Marvin Tuetsch**
**2506 Palmetto Drive**
**Bossier City, LA 71111**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**Bruce Russell Cooner**
**Russell Lynn Cooner (son)**
**950 FM 2208**
**Jefferson, TX 75657**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Bruno & Marshall Investments**
**P.O. Box 590**
**Midland, TX 79702**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,460.55 |
|---|---|---|---|

**BTech Service & Supply, Inc.**
**1980 Highway 184 East**
**Laurel, MS 39443**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Buice Lee Holmes Hooks**
**PO Box 8951**
**Los Angeles, CA 90008**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,251.19 |
|---|---|---|---|

**Bundero Investment Company, L.L.C.**
**Robert P. Bowman, Manager**
**401 Edwards Street, Suite 820**
**Shreveport, LA 71101**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,163.00 |
|---|---|---|---|

**Bundero Investment Company, L.L.C.**
**Robert P. Bowman, Manager**
**401 Edwards Street, Suite 820**
**Shreveport, LA 71101**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$130.00** |
|---|---|---|---|

**Burman Energy, LLC**
**27622 Hegar Road**
**Hockley, TX 77447**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
|---|---|---|---|

**Burnes Henry Ellis**
**802 Greely**
**Jacksonville, TX 75766**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,624.81** |
|---|---|---|---|

**Burton, Trey**
**P.O. Box 314**
**Bentonia, MS 39040**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,502.49** |
|---|---|---|---|

**BVS, LLC**
**Attn: Brian Biffle**
**2010 Balsam Drive**
**Boulder, CO 80304**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,709.00** |
|---|---|---|---|

**BVS, LLC**
**Attn: Brian Biffle**
**2010 Balsam Drive**
**Boulder, CO 80304**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**Bynum Williams**
**200 E. Knox No. 116**
**Chandler, AZ 85224**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$192,613.98** |
|---|---|---|---|

**C&J Spec-Rent Services, Inc.**
**P.O. Box 733404**
**Dallas, TX 75373-3404**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,527.12** |
|---|---|---|---|

**C&M Oilfield Rentals, LLC**
**d/b/a C-MOR Energy Services**
**P.O. Box 536**
**Cody, WY 82414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$146.00** |
|---|---|---|---|

**C. H. Oil and Gas, LLC**
**493 Canyon Point Circle**
**Golden, CO 80403**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$456.00** |
|---|---|---|---|

**C. R. Ridgway Trust**
**Trustmark National Bank**
**P.O. Box 187**
**Jackson, MS 39205**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,397.17** |
|---|---|---|---|

**C.R. Pate Logging, Inc.**
**Brooklyn LImestone Quarry Division**
**32440 County Road 6**
**Evergreen, AL 36401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,820.00** |
|---|---|---|---|

**Caddo Management, Inc.**
**401 Market Street, Suite 500**
**Shreveport, LA 71101**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26.00** |
|---|---|---|---|

**Calvin Cain**
**12730 CR 2133**
**Whitehouse, TX 75791**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2.00** |
|---|---|---|---|

**Calvin Covington**
**5805 Antoine Road**
**Mobile, AL 36693**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.218** | Nonpriority creditor's name and mailing address
**Calvin Pearson**
1793 MR Lebanon Road
Arcadia, LA 71001

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$1.00**

---

**3.219** | Nonpriority creditor's name and mailing address
**Calvin Williams**
P.O. Box 166
Dearmanville, AL 36257

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$14.00**

---

**3.220** | Nonpriority creditor's name and mailing address
**Candy Robbins**
7166 Upper Black Creek Church Road
Lucama, NC 27851

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$14.00**

---

**3.221** | Nonpriority creditor's name and mailing address
**Carl E. Gungoll Exploration, LLC**
P.O. Box 18466
Oklahoma City, OK 73154-0466

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,609.00**

---

**3.222** | Nonpriority creditor's name and mailing address
**Carl Elmer Nelson**
1259 Cook Road
Athens, LA 71003

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$36.00**

---

**3.223** | Nonpriority creditor's name and mailing address
**Carl Herrin Oil and Gas, L.L.C.**
493 Canyon Point Circle
Golden, CO 80403

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

**$11.17**

---

**3.224** | Nonpriority creditor's name and mailing address
**Carl Herrin Oil and Gas, L.L.C.**
493 Canyon Point Circle
Golden, CO 80403

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$33,983.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
| --- | --- | --- | --- |
| | Name | | |

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$142.00** |
|---|---|---|---|
| | **Carlos S. Brye**<br>**1142 Sunset Point Road, Apt. 23**<br>**Clearwater, FL 33755** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$199.00** |
|---|---|---|---|
| | **Carlton D. Brye**<br>**1271 Nicholson Street**<br>**Clearwater, FL 33755** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125,769.27** |
|---|---|---|---|
| | **Carnley Electric, Inc.**<br>**P.O. Box 769**<br>**Jay, FL 32565** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7.00** |
|---|---|---|---|
| | **Carol A. Daniel**<br>**220 Oak Grove Street**<br>**Vidor, TX 77662** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22.00** |
|---|---|---|---|
| | **Carol Blackwell Slack**<br>**6233 Seabreeze Drive**<br>**Long Beach, CA 90803** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17.00** |
|---|---|---|---|
| | **Carol Cantrell Young**<br>**168 Lakeside Park Drive**<br>**Hendersonville, TN 37075** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22.00** |
|---|---|---|---|
| | **Carol Hill Scott**<br>**1340 Griffin Lane**<br>**Bossier City, LA 71111** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.00 |
|---|---|---|---|

**Carol J. Williams Sanford**
**2616 Pennington Bend Road**
**Nashville, TN 37214**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Carol Ralls Pate**
**22492 Brooklyn Road**
**Andalusia, AL 36421**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**Carol Roberts**
**2391 Foshee Road**
**Brewton, AL 36426**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,809.00 |
|---|---|---|---|

**Carole M. Chapman**
**665 Hagbush Road**
**Irondale, AL 35210**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.00 |
|---|---|---|---|

**Caroline Frances O'Neal**
**2312 College Street**
**Montgomery, AL 36106**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $564.00 |
|---|---|---|---|

**Carolyn A. Steele**
**3949 West Alexander Road, Apt. 1063B11**
**North Las Vegas, NV 89032-2906**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.00 |
|---|---|---|---|

**Carolyn B Blair**
**2317 County RD 43**
**Evergreen, AL 36401**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$246.00** |

**3.239** | **Nonpriority creditor's name and mailing address**

**Carolyn Byers Scruggs**
**PO Box 333**
**Ellijay, GA 30540**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$246.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address**

**Carolyn Samuel, deceased**
**192 Laurel Road**
**Brewton, AL 36426**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$5,120.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address**

**Carrie Mae Mayfield**
**210 Tournament**
**Tyler, TX 75702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$1.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address**

**Carrie Swann Wicker**
**aka Swann Key Wicker**
**3701 Coffeeville Road**
**Jefferson, TX 75657**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$15.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.243** | **Nonpriority creditor's name and mailing address**

**Carroll L. and Linda A. Wright**
**Address currently unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$3,508.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.244** | **Nonpriority creditor's name and mailing address**

**Carse Casey Jackson, Jr.**
**17555 Lindsey Bridge Road**
**Andalusia, AL 36420**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$332.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address**

**Carter, Rhonda B.**
**P.O. Box 453**
**Brewton, AL 36426**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$5,557.63**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$71.00** |
|---|---|---|---|

**Cas Minerals, LLC**
**P.O. Box 500**
**Magnolia, AR 71754-0500**

☐ Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$695.00** |
|---|---|---|---|

**Casey Septic Tank Co., Inc.**
**122 Casey Street**
**Brewton, AL 36426**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,225.58** |
|---|---|---|---|

**Cass County Tax Assessor**
**Becky Watson, RTA**
**P.O. Box 870**
**Linden, TX 75563**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**Cassandra Jackson Kent**
**7714 Waterchase Drive**
**Missouri City, TX 77489**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41.00** |
|---|---|---|---|

**Cassandra Lea Ralls Pate**
**437 Old Horseshoe Road**
**Evergreen, AL 36401**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,508.00** |
|---|---|---|---|

**Catherine A. Silva**
**10284 Silva Cir**
**Gilroy, CA 95020-9264**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6.00** |
|---|---|---|---|

**Catherine Ann Akerman**
**c/o Laura Parr**
**300 E. Highland Street**
**Longview, TX 75602**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,214.00** |
|---|---|---|---|

**Catherine Clark Wohner**
**Executrix of Est. of L. Collins Wohner**
**239 E. Center Street**
**P.O. Box 56**
**Canton, MS 39046**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$479.00** |
|---|---|---|---|

**Cayman Resources, Inc.**
**Attn: Mr. Vincent J. Manara, III**
**5773 Woodway Drive, PMB #412**
**Houston, TX 77057**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,011.52** |
|---|---|---|---|

**CCH Incorporated**
**P.O. Box 4307**
**Carol Stream, IL 60197-4307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,142.00** |
|---|---|---|---|

**CEL Properties, LLC**
**For Crain Energy Properties**
**P.O. Box 2146**
**Longview, TX 75606**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.32** |
|---|---|---|---|

**Central Exploration Co, Inc.**
**c/o William E. Hathorn**
**733 Highway 583 SE**
**Brookhaven, MS 39601**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Cash Call Advance

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$755.00** |
|---|---|---|---|

**Central Exploration Co, Inc.**
**c/o William E. Hathorn**
**733 Highway 583 SE**
**Brookhaven, MS 39601**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24.35** |
|---|---|---|---|

**Central Petroleum, Inc.**
**P.O. Box 2547**
**Madison, MS 39130-2547**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Cash Call Advance

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,070.00** |
|---|---|---|---|
| | **Central Petroleum, Inc.** | ☑ Contingent | |
| | **P.O. Box 2547** | ☐ Unliquidated | |
| | **Madison, MS 39130-2547** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$224.33** |
|---|---|---|---|
| | **Century Link** | ☐ Contingent | |
| | **P.O. Box 91155** | ☐ Unliquidated | |
| | **Seattle, WA 98111-9255** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$44.03** |
|---|---|---|---|
| | **Century Tel/Century Link** | ☐ Contingent | |
| | **P.O. Box 4300** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197-4300** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,409.00** |
|---|---|---|---|
| | **CFBR Partners LLC** | ☑ Contingent | |
| | **91 Montford Avenue** | ☐ Unliquidated | |
| | **Mill Valley, CA 94941** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,194.59** |
|---|---|---|---|
| | **Chanse Resources, L.L.C.** | ☑ Contingent | |
| | **Attn: Wes Shepherd, COO** | ☐ Unliquidated | |
| | **P.O. Box 1572** | ☐ Disputed | |
| | **Shreveport, LA 71165** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Cash Call Advance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,001.00** |
|---|---|---|---|
| | **Chanse Resources, L.L.C.** | ☑ Contingent | |
| | **Attn: Wes Shepherd, COO** | ☐ Unliquidated | |
| | **P.O. Box 1572** | ☐ Disputed | |
| | **Shreveport, LA 71165** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3.00** |
|---|---|---|---|
| | **Charisse Drakeford** | ☑ Contingent | |
| | **3827 Bullard St** | ☐ Unliquidated | |
| | **Charlotte, NC 28208** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.267 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8.00** |
|---|---|---|---|

**Charlene Malone**
**PO Box 714**
**Elmsford, NY 10523**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.268 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22.00** |
|---|---|---|---|

**Charlene R. Lett**
**PO Box 463**
**Monroeville, AL 36460**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,351.00** |
|---|---|---|---|

**Charles A. Frazier, for life**
**31778 County Road 6**
**Evergreen, AL 36421**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.270 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Charles Grady Fite**
**10979 CR 2173**
**Whitehouse, TX 75791**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Charles Keith Hamby**
**2803 Pine View Drive**
**Grapevine, TX 76051**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$275.00** |
|---|---|---|---|

**Charles L. Williams**
**PO Box 1685**
**Shreveport, LA 71165**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.273 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24.00** |
|---|---|---|---|

**Charles R. Tait, III**
**418 Mayo Street**
**Camden, AL 36726**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.00 |
|---|---|---|---|

**Charles R. Tait, Jr.**
**3178 J.M. Brooks Road**
**Coy, AL 37435**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.00 |
|---|---|---|---|

**Charles Vernon Day**
**219 Northline Road**
**Teague, TX 75860**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Charles Warren**
**428 West Bow**
**Tyler, TX 75702**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Charles Wiggins**
**13610 Broken Bridge Drive**
**Houston, TX 77085**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Charlie Covington**
**6333 Ferguson Drive**
**Pensacola, FL 32503**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.00 |
|---|---|---|---|

**Charlie Mae Wilson**
**302 Pine Street**
**Sumter, SC 29150**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Charlotte Kay Clayton Bowen**
**123 SW 87th**
**Oklahoma City, OK 73139**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$43,436.07** |
|---|---|---|---|

**Charter Energy Partners LLC**
c/o Shaw Resources Management LLC
1999 Broadway, Suite 4320
Denver, CO 80202

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$54.00** |
|---|---|---|---|

**Chateau Blanche, L.L.C.**
P.O. Box 1311
Brookhaven, MS 39602

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Cherokee County Electric Co-op Assn**
P.O. Box 257
Rusk, TX 75785

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5.00** |
|---|---|---|---|

**Cheryl Lynn Shaffer Sessions**
6107 Windrose Hollow Lane
Spring, TX 77379

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8.00** |
|---|---|---|---|

**Cheryle D. Paluska**
17730 Mossy Ridge Lane
Houston, TX 77095

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29.00** |
|---|---|---|---|

**Chicot Land Company, LLC**
7153 Hwy 191
Converse, LA 71419

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8.00** |
|---|---|---|---|

**Chiquita L. Jackson Stratford**
2031 North 20th Street
Omaha, NE 68110

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $224.47 |
|---|---|---|---|

**Choice Copy Service USE CHOCO2!!**
P.O. Box 919254
Dallas, TX 75391-9254

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Choice Copy Service, LLC**
401 Edwards Street
Suite B120
Shreveport, LA 71101

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71.00 |
|---|---|---|---|

**Chris Weiser**
PO Box 500
Magnolia, AR 71753

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|

**Christina Kathlean Bishop**
400 SCR 29
Mize, MS 39116

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |
|---|---|---|---|

**Christine Biedenharn**
6527 Fox Road
Gilmer, TX 75644

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|---|

**Christine Covington**
Phillips Covington POA
22002 114th Rd
Cambria Heights, NY 11411

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $481.00 |
|---|---|---|---|

**Christopher C. Dufrain**
3273 Barrancas Avenue
Pensacola, FL 32507

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.00 |
|---|---|---|---|
| | **Christopher P. Andrew**<br>**6307 Caminito Del Cervato**<br>**San Diego, CA 92111** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|
| | **Church of Christ of the Primitive**<br>**Faith and Order at Pleasant Grove**<br>**86 Bledsoe Dr**<br>**Evergreen, AL 36401** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,970.00 |
|---|---|---|---|
| | **Cicon & Associates LLP**<br>**P.O. Box 541**<br>**Chester, MT 59522-0541** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,961.00 |
|---|---|---|---|
| | **Cindy Finlay Fleming**<br>**P.O. Box 1495**<br>**Brewton, AL 36427** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.00 |
|---|---|---|---|
| | **City Of Shreveport**<br>**505 Travis Street**<br>**Suite 650**<br>**Shreveport, LA 71101** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.00 |
|---|---|---|---|
| | **Clara Warren**<br>**c/o Rameria Clark**<br>**1209 Saltgrass Drive**<br>**Crowley, TX 76036** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|
| | **Clarence Warren**<br>**18630 FM 850**<br>**Arp, TX 75750** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.00 |
|---|---|---|---|

**Clarence White**
222 N Hiawassee Road, Apt 90
Orlando, FL 32835-1077

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,757.00 |
|---|---|---|---|

**Clark Rabren**
14 County Rd 1348
Vinemont, AL 35179

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,178.71 |
|---|---|---|---|

**Clarkco Oilfield Services, Inc.**
P.O. Box 341
Heidelberg, MS 39439

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,825.00 |
|---|---|---|---|

**Clarke & Company d/b/a Heard & Sanders**
13201 Northwest Freeway
Suite 503
Houston, TX 77040-6023

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Claude M. Williams**
1540 Church Street
Redlands, CA 92373

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Claudette Bradley**
1172 Johnsonville Circle
Castleberry, AL 36432

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $528.00 |
|---|---|---|---|

**Claudette G. Pate**
960 Bull Slough Rd
Andalusia, AL 36421

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.309** Nonpriority creditor's name and mailing address
**Claudia Ratcliff Madden**
**1145 Meadow Lane**
**Haughton, LA 71037**

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$11.00**

---

**3.310** Nonpriority creditor's name and mailing address
**Claudia Warren**
**3714 Penelope Street**
**Dallas, TX 75210**

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$2.00**

---

**3.311** Nonpriority creditor's name and mailing address
**Claudie M. Holmes Modley**
**1160 Hawthorne Drive**
**Pensacola, FL 32507**

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$3.00**

---

**3.312** Nonpriority creditor's name and mailing address
**Clemestine Ford Houston**
**309 13th Court**
**Onalaska, WI 54650**

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$1.00**

---

**3.313** Nonpriority creditor's name and mailing address
**Cleophus Pearson**
**3605 Moonstone Street**
**Dallas, TX 75241**

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$3.00**

---

**3.314** Nonpriority creditor's name and mailing address
**Cleva Wiggins Usry**
**4565 Highway 411**
**Gadsden, AL 35901**

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$8.00**

---

**3.315** Nonpriority creditor's name and mailing address
**Clinton Holland, Sr., deceased**
**940 W Florence Ave**
**Inglewood, CA 90301-1510**

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$205.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,489.58** |
|---|---|---|---|

**Coastal Chemical Co., LLC**
**Department 2214**
**P.O. Box 122214**
**Dallas, TX 75312-2214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,843.00** |
|---|---|---|---|

**Coastal Exploration, Inc.**
**P.O. Box 195**
**Ridgeland, MS 39158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$578.53** |
|---|---|---|---|

**Cochran Chemical Co., Inc.**
**1800 Ray Davis Boulevard**
**Seminole, OK 74868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,986.68** |
|---|---|---|---|

**Cold Spring Energy LLC**
**Terry L. Pecora Sole Member**
**6 Spring Street**
**Cold Spring Harbor, NY 11724**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Cole McDonald Roach**
**250 Heimer Road Apt. 806**
**San Antonio, TX 78232**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Coleen G. Coffey**
**1500 Royal Crest No. 255**
**Austin, TX 78741**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,473.11** |
|---|---|---|---|

**Complete Environmental & Remediation Co.**
**P.O. Box 1079**
**Waynesboro, MS 39367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**Compliance Assurance Associates**
**682 Orvil Smith Road**
**Harvest, AL 35749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,382.91 |
|---|---|---|---|

**Compression Controls & Rentals, LLC**
**5797 FM 2011**
**Longview, TX 75603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $715.00 |
|---|---|---|---|

**Comstock Oil & Gas LLC**
**5300 Town and Country Blvd., Ste. 500**
**Frisco, TX 75034**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.00 |
|---|---|---|---|

**Comstock Oil & Gas-LA., LLC**
**5300 Town & Country Blvd.**
**Suite 500**
**Frisco, TX 75034**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,510.00 |
|---|---|---|---|

**Conecuh County Circuit Clerk**
**David Jackson, Clerk of Court**
**111 Court Street, RM 203**
**Evergreen, AL 36401**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,407.27 |
|---|---|---|---|

**Consolidated Electrical Distributors, In**
**CED Credit Office**
**P.O. Box 207088**
**Dallas, TX 75320-7088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Constance M. Holmes Hale**
**215 Washington Street**
**Cantonment, FL 32533**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.330 | **Nonpriority creditor's name and mailing address**<br>**Copeland, Kenny**<br>**1821 Bayou Bend Drive**<br>**Bossier City, LA 71111** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,847.10** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:  Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.331 | **Nonpriority creditor's name and mailing address**<br>**Counterpoint Consulting, LLC**<br>**17020 Preston Bend Drive**<br>**Dallas, TX 75248** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,500.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:  Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.332 | **Nonpriority creditor's name and mailing address**<br>**County Royalty Acquisition Program Inc.**<br>**d/b/a Smith County Royalty Company Inc.**<br>**P.O. Box 25163**<br>**Dallas, TX 75225** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$26.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:  Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.333 | **Nonpriority creditor's name and mailing address**<br>**Coy Edward & Bertha M. Johnson**<br>**Life Estate**<br>**1700 West Seventh Street**<br>**Tyler, TX 75701** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:  Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.334 | **Nonpriority creditor's name and mailing address**<br>**Craft Exploration Company L.L.C.**<br>**P.O. Box 2430**<br>**Madison, MS 39130** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,433.01** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:  Cash Call Advance** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.335 | **Nonpriority creditor's name and mailing address**<br>**Craft Exploration Company L.L.C.**<br>**P.O. Box 2430**<br>**Madison, MS 39130** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$18,715.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:  Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.336 | **Nonpriority creditor's name and mailing address**<br>**Craft Operating XXXV, LLC**<br>**125 Bradshaw Crossing**<br>**Canton, MS 39046** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,045.94** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:  Cash Call Advance** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21.00** |
|---|---|---|---|

**Craig Bohuslav**
P.O. Box 691
Atlanta, TX 75551

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$146.00** |
|---|---|---|---|

**Craig C. Barclay**
10857 Sunrise Point
Shreveport, LA 71106

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,076.00** |
|---|---|---|---|

**Crain Energy, Ltd.**
P.O. Box 2146
Longview, TX 75606

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$186.00** |
|---|---|---|---|

**Crain II Oil & Gas Ltd.**
P.O. Box 2146
Longview, TX 75606

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**Cricket Production LP**
P.O. Box 3098
Flint, TX 75762

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$216.00** |
|---|---|---|---|

**Crow Partners, Ltd.**
P.O. Box 540988
Houston, TX 77254-0988

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,336.50** |
|---|---|---|---|

**Crowley Fleck PLLP**
P.O. Box 30441
Billings, MT 59107

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset?  ■ No  ☐ Yes

---

EXHIBIT 5

| | |
|---|---|
| Debtor | **Sklar Exploration Company, LLC** |
| | Name |

Case number (if known)   **20-12377-EEB**

---

**3.344** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37.00**

**Crystal Hill**
**3226 Wabash Ave.**
**Kansas City, MO 64109**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.345** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32.00**

**Crystal Renee Stanley**
**6799 Cedar Ridge Circle**
**Milton, FL 32570-3660**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.346** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,140.00**

**CSI Compressco Operating, LLC**
**CSI Compressco Sub, Inc.**
**P.O. Box 840082**
**Dallas, TX 75284-0082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,044.00**

**CSX Tranportation, Inc.**
**500 Water Street, J180**
**Jacksonville, FL 32202**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.348** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,035.17**

**CTM 2005, Ltd.**
**Attn: Charles T. McCord, III**
**55 Waugh Drive #515**
**Houston, TX 77007**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.349** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,729.00**

**CTM 2005, Ltd.**
**Attn: Charles T. McCord, III**
**55 Waugh Drive #515**
**Houston, TX 77007**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59.92**

**Culkin Water District**
**2681 Sherman Avenue**
**Vicksburg, MS 39180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$235.00** |
|---|---|---|---|

**Curt Schommer**
**357 Castile Lane**
**Turlock, CA 95382**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Curtis Judgeware**
**1569 Mt Sinai Rd**
**Hanesville, LA 71038**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17.00** |
|---|---|---|---|

**Curtis Murphy Sr.**
**5515 Hwy. 371**
**Heflin, LA 71039**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00** |
|---|---|---|---|

**Cynthia Brooks**
**28160 Country Road #6**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Cynthia Grasty**
**1624 Ulster Drive**
**Elizabeth City, NC 27909**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Cynthia K. Cox**
**6427 Hurst**
**Amarillo, TX 79109**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Cynthia Leigh Shaffer Barry**
**1501 Alice Drive**
**Lafayette, LA 70503**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (*if known*) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.00 |
|---|---|---|---|

**Cynthia Stroud Synnott**
**11919 Broken Bough**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.00 |
|---|---|---|---|

**Cynthia Williams**
**1660 Riva Ridge Drive**
**Mansfield, OH 44904**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,397.80 |
|---|---|---|---|

**D & M Drilling Fluids, Inc.**
**P.O. Box 579**
**Jay, FL 32565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.00 |
|---|---|---|---|

**D. C. Water**
**Address Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.04 |
|---|---|---|---|

**D. Leigh McMillan III**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $313.00 |
|---|---|---|---|

**D. W. Warren**
**285 County Road 3216**
**Tyler, TX 75705-4991**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $376.00 |
|---|---|---|---|

**D.M. Alpha, Inc.**
**Dennis Mitchell**
**P.O. Box 711**
**Yankton, SD 57078**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.365 | **Nonpriority creditor's name and mailing address**<br>**Daboil Resources, LC**<br>**David A Barlow, Member**<br>**321 Paseo Encinal Street**<br>**San Antonio, TX 78212**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>�bl Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Cash Call Advance__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$842.93** |
|---|---|---|---|

| 3.366 | **Daboil Resources, LC**<br>**David A Barlow, Member**<br>**321 Paseo Encinal Street**<br>**San Antonio, TX 78212** | Basis for the claim: __Revenue__<br>Is the claim subject to offset? ■ No ☐ Yes | **$630.00** |

| 3.367 | **Dale B. Blair**<br>**and Martha R. Blair**<br>**68 Gum Tree Lane**<br>**Brewton, AL 36426** | Basis for the claim: __Revenue__ | **$12.00** |

| 3.368 | **Damon Deas**<br>**525 Third Street North**<br>**Unit #511**<br>**Jacksonville Beach, FL 32250** | Basis for the claim: __Revenue__ | **$36.00** |

| 3.369 | **Daniel E. Dearman**<br>**3138 Hidden Haven South**<br>**San Antonio, TX 78261** | Basis for the claim: __Revenue__ | **$34.00** |

| 3.370 | **Daniel H. Cox**<br>**916 Forrest Heights Dr. SE**<br>**Huntsville, AL 35802** | Basis for the claim: __Revenue__ | **$2.00** |

| 3.371 | **Daniel W. McMillan**<br>**P.O. Box 867**<br>**Brewton, AL 36427** | Basis for the claim: __Cash Call Advance__ | **$2.05** |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.372 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$136.00** |
|---|---|---|---|
| | **Daniel W. McMillan**<br>**P.O. Box 867**<br>**Brewton, AL 36427** | �too Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | | |
| | Last 4 digits of account number ___ | **Basis for the claim:** __Revenue__ | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

_Note: "Contingent" checkbox filled._

| 3.373 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
|---|---|---|---|
| | **Danny Earl Ford**<br>**Rt 3 Box 1235 AA**<br>**Tyler, TX 75705** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | | |
| | Last 4 digits of account number ___ | **Basis for the claim:** __Revenue__ | |
| | | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.374 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,073.93** |
|---|---|---|---|
| | **Darby's Welding & Machine, LLC**<br>**Tailwinds Loenbro Holdings, Inc.**<br>**78 48th Avenue SW**<br>**Dickinson, ND 58601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | | |
| | Last 4 digits of account number ___ | **Basis for the claim:** __Trade Debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.375 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$32.00** |
|---|---|---|---|
| | **Darell Rushton**<br>**8341 Ranger Drive**<br>**Pensacola, FL 32534** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | | |
| | Last 4 digits of account number ___ | **Basis for the claim:** __Revenue__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.376 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,245.00** |
|---|---|---|---|
| | **Darlene K. Hall**<br>**6121 Fern Aven. Unit 117**<br>**Shreveport, LA 71105-4167** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | | |
| | Last 4 digits of account number ___ | **Basis for the claim:** __Revenue__ | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.377 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
|---|---|---|---|
| | **Darrell D. Ford Estate**<br>**Clemestine Ford Houston, Guardian**<br>**501 SW 75th Street # H4**<br>**Gainesville, FL 32607-1739** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | | |
| | Last 4 digits of account number ___ | **Basis for the claim:** __Revenue__ | |
| | | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.378 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24.00** |
|---|---|---|---|
| | **Darrell Preston Brannon**<br>**1129 Woods Ave**<br>**Norman, OK 73069** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | | |
| | Last 4 digits of account number ___ | **Basis for the claim:** __Revenue__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5.00 |
|---|---|---|---|

**Darren Warren**
**831 Coronado Center Drive #24202**
**Henderson, NV 89052**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6.00 |
|---|---|---|---|

**David Bissmeyer**
**1426 Tascosa Court**
**Allen, TX 75103**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9.00 |
|---|---|---|---|

**David Blacksher Key**
**11564 Champion Road**
**Fairhope, AL 36532**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2.00 |
|---|---|---|---|

**David Brye**
**2600 West Michigan Ave, Lot #10D**
**Pensacola, FL 32526**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.383 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $313.00 |
|---|---|---|---|

**David Carl Deutsch**
**430 William D. Fitch**
**College Station, TX 77845**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $41.00 |
|---|---|---|---|

**David Carter**
**3793 FM 1844**
**Gladewater, TX 75647**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17.00 |
|---|---|---|---|

**David Johnson**
**2539 N. Point Pleasant Rd.**
**Gladewater, TX 75647-5854**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.00 |
|---|---|---|---|
| | David W. Shaw<br>1307 Chimney Springs Drive, SE<br>Huntsville, AL 35803 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.00 |
|---|---|---|---|
| | Davis Craig Henderson<br>1004 W. 7th Street<br>Tyler, TX 75701-3941 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,707.00 |
|---|---|---|---|
| | Davis Hot Shot Service, LLC<br>4967 Highway 84<br>Waynesboro, MS 39367 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|
| | Dawn Y.  Leatherwood<br>PO Box 165<br>Calion, AR 71724 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,529.23 |
|---|---|---|---|
| | DBC Resources II LP<br>PO Box 670725<br>Dallas, TX 75367 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Cash Call Advance** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,318.00 |
|---|---|---|---|
| | DBC Resources II LP<br>PO Box 670725<br>Dallas, TX 75367 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,302.14 |
|---|---|---|---|
| | DBC Resources LP<br>PO Box 670725<br>Dallas, TX 75367 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Cash Call Advance** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |

Name

---

**3.393** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78,920.00**

**DBC Resources LP**
PO Box 670725
Dallas, TX 75367

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.394** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,312.39**

**DCOD LLC**
C/o Warren Clark Development
16390 Addison Road
Addison, TX 75001

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.395** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$73,790.00**

**DCOD LLC**
C/o Warren Clark Development
16390 Addison Road
Addison, TX 75001

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.396** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00**

**De Compiegne Property Company
No. 20 LTD.**
P.O. Box 1071
Midland, TX 79702

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.397** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00**

**Dean Deas**
432 Jimmy Ramey Road
Waynesboro, MS 39367

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.398** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00**

**Deanna Deas Shepard**
521 Boyles Rd
Waynesboro, MS 39367

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.399** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Deanna Smith**
1145 East 84th Street
Los Angeles, CA 90001

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| | |
|---|---|
| Debtor | **Sklar Exploration Company, LLC** |
| | Name |

Case number (if known)    **20-12377-EEB**

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$220.00** |
|---|---|---|---|

**Debbie H. Harbin**
**Jerry W. Allen**
**1929 Hwy. 180**
**Gulf Shores, AL 36542**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18.00** |
|---|---|---|---|

**Deborah Lynn Fults**
**210 SW Mood Street**
**Burleson, TX 76028**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Debra Ann Law**
**100 W. P. Court**
**Castleberry, AL 36432**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21.00** |
|---|---|---|---|

**Debra Ann Lemenager**
**7461 Lemenager Road**
**Sutter, CA 95982**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21.00** |
|---|---|---|---|

**Decatur Mineral Partners, Ltd.**
**Attn: Jeff C. Rea**
**P.O. Box 12167**
**Dallas, TX 75225**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,249.00** |
|---|---|---|---|

**DEDE LLC**
**4450 Old Canton Road, Ste. 203**
**Jackson, MS 39211**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,123.90** |
|---|---|---|---|

**Deepwell Energy Services, LLC**
**Department #0944**
**P.O. Box 1000**
**Memphis, TN 38148-0944**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number _(if known)_ | **20-12377-EEB** |
|---|---|---|---|---|

_Name_

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$5.00** |
|---|---|---|---|

**Delario M. Jackson**
**16922 Highway 9**
**Athens, LA 71003**

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$306.00** |
|---|---|---|---|

**Delores Hill Powell**
**3226 Wabash Ave.**
**Kansas City, MO 64109**

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$31.13** |
|---|---|---|---|

**Delta S Ventures LP**
**615 Longview Drive**
**Sugar Land, TX 77478**

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$692.00** |
|---|---|---|---|

**Delta S Ventures LP**
**615 Longview Drive**
**Sugar Land, TX 77478**

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1.00** |
|---|---|---|---|

**Delton McKay Ford**
**Rt 3 Box 930**
**Tyler, TX 75705**

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$145.00** |
|---|---|---|---|

**Demetrius Walker**
**10057 Malmsbury Road**
**Orlando, FL 32829-7249**

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1.00** |
|---|---|---|---|

**Dempsey Odell & Mary Johnson**
**102 Nunn Avenue Rt 2**
**Whitehouse, TX 75791**

Date(s) debt was incurred

Last 4 digits of account number

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|

**Dennis Franklin**
**426 Colt Circle**
**Clinton, PA 15026**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|

**Denoy Brye**
**3109 Southwood Drive**
**Racine, WI 53406**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,922.30 |
|---|---|---|---|

**Derrick Corporation**
**590 Duke Road**
**Buffalo, NY 14225**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Dewitt L. Kelley**
**328 East 122nd Street**
**Los Angeles, CA 90061**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Diana Smith**
**2101 E. Avenue J8 Apt. 2**
**Lancaster, CA 93535**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.00 |
|---|---|---|---|

**Diana Tait Blake**
**2767 County Road 23**
**Camden, AL 36726**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Diane Nichols Rogers**
**103 Weakefield Drive**
**Campbellsville, KY 42718**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,290.14 |
|---|---|---|---|

**Dickson Oil & Gas, LLC**
c/o C. Bickham Dickson, III, Manager
P.O. Box 52479
Shreveport, LA 71135

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,219.00 |
|---|---|---|---|

**Dickson Oil & Gas, LLC**
c/o C. Bickham Dickson, III, Manager
P.O. Box 52479
Shreveport, LA 71135

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.54 |
|---|---|---|---|

**Dolkas Investments LP**
100 Bush Street, Ste #550
San Francisco, CA 94104

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $257.00 |
|---|---|---|---|

**Dolkas Investments LP**
100 Bush Street, Ste #550
San Francisco, CA 94104

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,599.00 |
|---|---|---|---|

**Don B. Saunders Trust**
Trustee: Don B. Saunders
340 Cherokee Ln
Winter Park, FL 32789

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.00 |
|---|---|---|---|

**Don Sullivan**
Sue Ellen Sulllivan
PO Box 271
Mize, MS 39116

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Donald Edward Conrad**
P. O. Box 177
Groom, TX 79309

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| | |
|---|---|
| Debtor | **Sklar Exploration Company, LLC** |
| | Name |

Case number (if known)   **20-12377-EEB**

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|---|

**Donald R. Kirksey &**
**Kimberly Kirksey**
**16 Robinson  Cemetery Lane**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.00 |
|---|---|---|---|

**Donald W. Williams**
**7290 Frank Reeder Road**
**Pensacola, FL 32526**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |
|---|---|---|---|

**Donald Wayne Corbin &**
**Patricia Ann Corbin**
**2174 Bridges Road**
**Arcadia, LA 71001**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|---|

**Donetta Beckum**
**1753 Scottdale Road**
**Beaumont, CA 92223**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |
|---|---|---|---|

**Donia Beth Shaffer Groff**
**3125 North East Brazee Street**
**Portland, OR 97212**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|---|

**Donna E. Johnson**
**1354 Mazurek Blvd**
**Pensacola, FL 32514**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**Donna O'Brien Eaves**
**PO Box 50605**
**Amarillo, TX 79124**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.435 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |
|---|---|---|---|

**Donnell Warren**
**5001 Highway 210 North Lot No. 3**
**Spring Lake, NC 28390**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.436 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8.00** |
|---|---|---|---|

**Dora Gaines Chester**
**1314 McKenzie**
**Dallas, TX 75223**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.437 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12.00** |
|---|---|---|---|

**Dorchester Royalty Corp.**
**Attn: Mary M. Campbell**
**P.O. Box 6332**
**Corpus Christi, TX 78466**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.438 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$116.00** |
|---|---|---|---|

**Doris Verna Atwood, deceased**
**14 Wild Good Lane**
**Narragansett, RI 02882**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.439 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5.00** |
|---|---|---|---|

**Dorothea Janet Fitten**
**7 Viper Court**
**Hampton, VA 23666**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.440 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16.00** |
|---|---|---|---|

**Dorothy Ann Shaffer Cathey**
**Al G. Cathey**
**1793 Bridges Rd**
**Athens, LA 71003**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.441 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22.00** |
|---|---|---|---|

**Dorothy Bradley**
**740 Spring Hill Road**
**Evergreen, AL 36401**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11.00** |
|---|---|---|---|

**Dorothy Jean Cook**
**807 N. 61st Street**
**Pensacola, FL 32506**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$581.00** |
|---|---|---|---|

**Dorothy Jones Gates Rev. Trust**
**3640 Stratford Way**
**Birmingham, AL 35242**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,742.00** |
|---|---|---|---|

**Dorothy M. Harris**
**9661 Wallace Lake Rd**
**Shreveport, LA 71106**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,596.00** |
|---|---|---|---|

**Dorothy McLeod Bell Revocable**
**Living Trust**
**8786 Club Lake**
**Memphis, TN 38125**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$293.97** |
|---|---|---|---|

**Double D Dynamics**
**David Denkeler**
**P.O. Box 568**
**Judson, TX 75660**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$154.58** |
|---|---|---|---|

**DoublePine Investments, Ltd.**
**4851 LBJ Freeway, Suite 210**
**Dallas, TX 75244**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,074.00** |
|---|---|---|---|

**DoublePine Investments, Ltd.**
**4851 LBJ Freeway, Suite 210**
**Dallas, TX 75244**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4.00 |
|---|---|---|---|

**Douglas Oneal Rudolph**
**809 North Old Corry Field Road Apt C**
**Pensacola, FL 32506**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Douglas Parking, LLC**
**1330 Broadway**
**Suite 630**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,229.00 |
|---|---|---|---|

**Dr. Benton Hill Fatherree**
**101 Bellemeade Trace**
**Clinton, MS 39056**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $133.00 |
|---|---|---|---|

**Drew R. Dufrain**
**1266 Tate School Road**
**Pensacola, FL 32533**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.453 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,378.75 |
|---|---|---|---|

**Drilling Tools International, Inc.**
**P.O. Box 677901**
**Dallas, TX 75267-7901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $135.00 |
|---|---|---|---|

**Dunbar Investments**
**P.O. Box 2621**
**Frisco, TX 75034**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,275.00 |
|---|---|---|---|

**Durlyn Yvonne Farish**
**Ralph Stevens Farish**
**P.O. Box 561**
**Jay, FL 32565**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,098.03 |
|---|---|---|---|
| | **Durrett Production Services**<br>**P.O. Box 463**<br>**Arp, TX 75750** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| | **Durwood L. Edwards**<br>**5633 S. Yorktown Place**<br>**Tulsa, OK 74105** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11.00 |
|---|---|---|---|
| | **DVJ Partnership**<br>**c/o Jan Wallace Briscoe**<br>**2819 Long Lake Drive**<br>**Shreveport, LA 71106** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| | **Dwan R. Ford**<br>**Rt 3 Box 930**<br>**Tyler, TX 75704** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,785.37 |
|---|---|---|---|
| | **Eagle Express Hotshot Service LLC**<br>**(Jefcoat Inspection Service)**<br>**P.O. Box 2082**<br>**Laurel, MS 39442-2082** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $401.00 |
|---|---|---|---|
| | **Eagle Oil & Gas Co**<br>**Attn: BOKF WC-II**<br>**2525 Kell Blvd, Suite 510**<br>**Wichita Falls, TX 76308** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $663.00 |
|---|---|---|---|
| | **Earl Nix**<br>**219 East Ferguson**<br>**Tyler, TX 75702** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
| | **Earlene Samuel** | ■ Contingent | |
| | **767 Springhill Road** | ■ Unliquidated | |
| | **Evergreen, AL 36401** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.464 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5.00** |
| | **Earnestine Brackens** | ■ Contingent | |
| | **P.O. Box 342** | ■ Unliquidated | |
| | **Gibsland, LA 71028** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.465 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2.00** |
| | **Eartha Mae White Willis** | ■ Contingent | |
| | **1840 Alder Tree Way** | ■ Unliquidated | |
| | **Dacula, GA 30019** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.466 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3.00** |
| | **Easter Austin Gaines** | ■ Contingent | |
| | **Route 3 Box 182 C7** | ■ Unliquidated | |
| | **Kilgore, TX 75662** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.467 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$259,060.88** |
| | **Eastern Fishing & Rental Tools, Inc.** | ☐ Contingent | |
| | **P.O. Box 292** | ☐ Unliquidated | |
| | **Laurel, MS 39441** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.468 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31.14** |
| | **Eaton Finance Corp.** | ■ Contingent | |
| | **7302 Rustling Oaks Drive** | ■ Unliquidated | |
| | **Richmond, TX 77469** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Cash Call Advance__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.469 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,563.00** |
| | **Eaton Finance Corp.** | ■ Contingent | |
| | **7302 Rustling Oaks Drive** | ■ Unliquidated | |
| | **Richmond, TX 77469** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.470** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,900.55**

**ECS Enterprise Computing Services, LLC**
**347 Bert Kouns Industrial Loop**
**Shreveport, LA 71106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.471** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51.55**

**Ed L. Dunn**
**P.O. Box 94**
**Milton, FL 32572**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.472** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,621.00**

**Ed L. Dunn**
**P.O. Box 94**
**Milton, FL 32572**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.473** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00**

**Ed Leigh McMillan Trust**
**P.O. Box 867**
**Brewton, AL 36427**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.474** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2.04**

**Ed Leigh McMillan, III**
**PO Box 867**
**Brewton, AL 36427**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.475** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$136.00**

**Ed Leigh McMillan, III**
**PO Box 867**
**Brewton, AL 36427**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.476** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Eddie Joe Williams**
**1808 SE 12 Street**
**Moore, OK 73160-8358**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18.00** |
|---|---|---|---|

**Edker Lee Dyer**
**405 Oak St Apt 42-G**
**Lawrenceburg, TN 38464**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
|---|---|---|---|

**Edna L. Williams Miller**
**c/o Roberta L. Miller**
**1509 N. Main Street**
**Temple, TX 76501**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$380.00** |
|---|---|---|---|

**Educational Advancement Foundation**
**327 Congress Ave., Suite 500**
**Austin, TX 78701**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**Edward F. Rod Jr.**
**2735 Red Pine Circle**
**Kountze, TX 77625**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17.09** |
|---|---|---|---|

**Edward L. Yarbrough, Jr.**
**PO Box 11**
**Belcher, LA 71004-0011**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Cash Call Advance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,315.00** |
|---|---|---|---|

**Edward L. Yarbrough, Jr.**
**PO Box 11**
**Belcher, LA 71004-0011**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4.00** |
|---|---|---|---|

**Edwin R. Axberg**
**1404 Ruth Drive**
**Longview, TX 75601**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19.00** |
|---|---|---|---|

**Edwin Sanford, III**
**109 Dozier St**
**Wetumpka, AL 36092**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3.00** |
|---|---|---|---|

**Edwin Taylor**
**PO Box 112**
**Atlanta, TX 75551-0112**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$293.00** |
|---|---|---|---|

**Efraim Brody**
**310 NW 171 Street**
**Miami, FL 33169**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,584.05** |
|---|---|---|---|

**Eiche, Mapes and Company, Inc.**
**P.O. Box 7992**
**Tyler, TX 75711**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$91.00** |
|---|---|---|---|

**El Dorado Gulf Coast Production, LLC**
**P.O. Box 195868**
**Dallas, TX 75219**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,107.00** |
|---|---|---|---|

**El Energy Ltd. LLP**
**3800 Paluxy Drive, Suite 132**
**Tyler, TX 75703**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,445.00** |
|---|---|---|---|

**Elana Oil & Gas Co.**
**401 N. Market Street**
**Suite 500**
**Shreveport, LA 71101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
| --- | --- | --- | --- |
| | Name | | |

| 3.491 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26.25** |
| --- | --- | --- | --- |

**ELBA Exploration LLC**
**PO Box 807**
**Milton, FL 32572**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,223.00** |
| --- | --- | --- | --- |

**ELBA Exploration LLC**
**PO Box 807**
**Milton, FL 32572**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.24** |
| --- | --- | --- | --- |

**Eldorado Artesian Springs**
**1783 Dogwood Street**
**Louisville, CO 80027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
| --- | --- | --- | --- |

**Eldred Cotton III**
**17402 FM 2767**
**Tyler, TX 75705**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7.00** |
| --- | --- | --- | --- |

**Eleanor Brock Ilfrey**
**15600 Barkers Landing Road No. 12**
**Houston, TX 77079**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |
| --- | --- | --- | --- |

**Eleanor C. Davidson**
**193 Riverview Drive**
**Newcastle, DE 19720**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19.00** |
| --- | --- | --- | --- |

**Eleanor Malone**
**27 Crows Nest Lane**
**Unit 6B**
**Danbury, CT 06810**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Eleanor McCallister**
**427 Cleveland Avenue Westview**
**Newport, DE 19804**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Elena A. Cross**
**221 Evergreen Lane**
**Middleburg, FL 32068**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**Elizabeth Blair Johansen**
**106 Bluebonnett Lane, Unit #5**
**Scott Valley, CA 95066**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Elizabeth Cash**
**Woodmill Apartments**
**Apartment C-25**
**Dover, DE 19901**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**Elizabeth Karkosky**
**6806 SW Capitol Hwy #3**
**Portland, OR 97219**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.00 |
|---|---|---|---|

**Elizabeth Murray Key Anderton**
**367 Azalea St**
**Fairhope, AL 36532**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.00 |
|---|---|---|---|

**Elizabeth Penn**
**7526 Brykerwoods Dr.**
**Houston, TX 77055**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.505 | **Nonpriority creditor's name and mailing address**<br>**Elizabeth Wadsworth Neill**<br>**41 Rocky Hill Road**<br>**Hadley, MA 01035**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Revenue**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$19.00** |
|---|---|---|---|
| 3.506 | **Ella Lorraine Anderson**<br>**929 Coury Road, Apt. 3**<br>**Fort Worth, TX 76140-4341** | ☑ Contingent ☑ Unliquidated ☐ Disputed<br>Basis for the claim: **Revenue**<br>Is the claim subject to offset? ☑ No ☐ Yes | **$4.00** |
| 3.507 | **Ella Ruth Holmes Gant**<br>**P.O. Box 10766**<br>**Pensacola, FL 32524** | ☑ Contingent ☑ Unliquidated ☐ Disputed<br>Basis for the claim: **Revenue**<br>Is the claim subject to offset? ☑ No ☐ Yes | **$15.00** |
| 3.508 | **Elliott Fleishman**<br>**834 Brookhurst Dr**<br>**Dallas, TX 75218** | ☑ Contingent ☑ Unliquidated ☐ Disputed<br>Basis for the claim: **Revenue**<br>Is the claim subject to offset? ☑ No ☐ Yes | **$2.00** |
| 3.509 | **Elois Boykin**<br>**361 Bruner Avenue**<br>**Evergreen, AL 36401** | ☑ Contingent ☑ Unliquidated ☐ Disputed<br>Basis for the claim: **Revenue**<br>Is the claim subject to offset? ☑ No ☐ Yes | **$6.00** |
| 3.510 | **Elsie Ransom Neal**<br>**4528 Woodhollow**<br>**Apartment 307**<br>**Dallas, TX 75209** | ☑ Contingent ☑ Unliquidated ☐ Disputed<br>Basis for the claim: **Revenue**<br>Is the claim subject to offset? ☑ No ☐ Yes | **$1.00** |
| 3.511 | **Elsie V. Parish**<br>**2501 Logans Pointe Drive #2501**<br>**Mt. Vernon, TX 75457** | ☑ Contingent ☑ Unliquidated ☐ Disputed<br>Basis for the claim: **Revenue**<br>Is the claim subject to offset? ☑ No ☐ Yes | **$76.00** |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$136.00** |
|---|---|---|---|

**Elvira McMillan Mannelly**
**4320 Club Drive NE**
**Atlanta, GA 30319**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Revenue 

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,354.00** |
|---|---|---|---|

**Embayment Production, LLC**
**P.O. Box 187**
**Jackson, MS 39205-0187**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Revenue 

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.514 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5.00** |
|---|---|---|---|

**Emily L Ford**
**154 Cedar Lane**
**Delhi, LA 71232**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Revenue 

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.515 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26.00** |
|---|---|---|---|

**Emily W. Meyer**
**802 Old Rocky Ridge Lane**
**Birmingham, AL 35216**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Revenue 

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.516 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22.00** |
|---|---|---|---|

**EMVCO, Inc.**
**P. O. Box 16351**
**Jackson, MS 39236**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Revenue 

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.517 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,621.45** |
|---|---|---|---|

**Engineering Service**
**M&G Enterprises, Inc.**
**P.O. Box 180429**
**Richland, MS 39218**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade Debt 

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.518 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3.00** |
|---|---|---|---|

**Eric Bryant**
**10841 Atkinson Avenue**
**Inglewood, CA 90303**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Revenue 

Is the claim subject to offset?  ☑ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.519** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00**

**Eric Earl Samuel**
**2500 Boddie Lane**
**Apt #H103**
**Gulf Shores, AL 36542**

Date(s) debt was incurred __
Last 4 digits of account number __

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.520** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,887.00**

**Erin Rahaim**
**213 Kathleen Court**
**Clarksville, TN 37043**

Date(s) debt was incurred __
Last 4 digits of account number __

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.521** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4.00**

**Ernest A. Smith, Sr.**
**& Nettie L. Smith**
**100 Riverbend Ave**
**Vidalia, LA 71373**

Date(s) debt was incurred __
Last 4 digits of account number __

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.522** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$234.32**

**Escambia River Electric Cooperative**
**P.O. Box 428**
**Jay, FL 32565**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.523** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21.00**

**Essie V. Mauldin**
**c/o Tyler Bank & Trust**
**P.O. Box 2020**
**Tyler, TX 75710**

Date(s) debt was incurred __
Last 4 digits of account number __

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.524** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33.00**

**Estate of Abbie Morris**
**2401 South 20th Street**
**Broadview, IL 60155**

Date(s) debt was incurred __
Last 4 digits of account number __

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.525** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57.00**

**Estate of Allen G. Williams**
**2230 Littlemore Drive**
**Cardova, TN 38016**

Date(s) debt was incurred __
Last 4 digits of account number __

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☒ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$650.00** |
|---|---|---|---|

**Estate of Beulah Jones**
**558 English Street**
**Mobile, AL 36603**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,199.00** |
|---|---|---|---|

**Estate of Bruce E. Bryant**
**646 Howland Drive, Apt 4**
**Inglewood, CA 90301**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$117.00** |
|---|---|---|---|

**Estate of Carolyn Ann Bush**
**956 Morgan Bluff Road**
**Pearl River, LA 70452**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2.00** |
|---|---|---|---|

**Estate of Dorothy B. Byrd**
**501 Cedar Avenue**
**Mobile, AL 36603**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$586.00** |
|---|---|---|---|

**Estate of Ed Leigh McMillan, II**
**P.O. Box 867**
**Brewton, AL 36427**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46.00** |
|---|---|---|---|

**Estate of James C. Roby**
**535 Childers Street**
**Pensacola, FL 32534**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43.00** |
|---|---|---|---|

**Estate of John R. Downing, Jr.**
**P.O. Box 5765**
**Richardson, TX 75083**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

**3.533** Nonpriority creditor's name and mailing address

**Estate of Louise Ware**
**c/o Steven Louis Ware, Personal Rep.**
**1320 German St**
**Pensacola, FL 32534**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,359.00**

---

**3.534** Nonpriority creditor's name and mailing address

**Estate of Mary Covington**
**455 Sycamore Circle**
**Evergreen, AL 36401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,539.00**

---

**3.535** Nonpriority creditor's name and mailing address

**Estate of Mittie Towne Warren**
**c/o Jimmy Nelson Kendrick, Jr., Executor**
**2011 Tallulah Ridge**
**Hattiesburg, MS 39402**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$88.00**

---

**3.536** Nonpriority creditor's name and mailing address

**Estate of Narvie Brye, Deceased**
**c/o Sheila Evans Brye**
**616 Lamb Avenue**
**Whistler, AL 36612**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$3.00**

---

**3.537** Nonpriority creditor's name and mailing address

**Estate of Patricia Hubbard McLeod**
**890 Windalier Lane**
**Winston Salem, NC 27106**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$15,596.00**

---

**3.538** Nonpriority creditor's name and mailing address

**Estate of Rhondos C. Brye**
**851 Cheatham Road**
**Griffin, GA 30223-6242**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$272.00**

---

**3.539** Nonpriority creditor's name and mailing address

**Estate of Robert B. Beall, Deceased**
**c/o Jessie W. Beall Myers**
**1116 Gerrits Landing**
**Brandon, MS 03904**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$22.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,723.00** |
|---|---|---|---|

**Estate of Shirley Martin Mayhall**
**4055 Tucker Rd**
**Vicksburg, MS 39183**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78.00** |
|---|---|---|---|

**Estate of Tom Dan Gidden**
**c/o Christy Lynn Gidden, Adminstratrix**
**1502 Pine Ridge Street**
**Longview, TX 75604**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,716.00** |
|---|---|---|---|

**Estate of Walter Wayne Dammier**
**c/o Benjamin Blackburn, Executor**
**1106 San Antonio Street**
**Austin, TX 78701**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00** |
|---|---|---|---|

**Estate of Wolfe E. Rudman**
**c/o R. Hiram Lucius**
**5910 North Central Expressway**
**Ste 1662**
**Dallas, TX 75206**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Ethel F. Belcher**
**3401 West 41st**
**Los Angeles, CA 90008**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.00** |
|---|---|---|---|

**Eugene J. Brye, Sr.**
**PO Box 253**
**Evergreen, AL 36481-3316**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26.00** |
|---|---|---|---|

**Eulis Brye**
**126 Peach Tree Drive**
**Evergreen, AL 36401**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,406.00 |
|---|---|---|---|

**Eveline R. Nobley**
**2611 Wildwood St**
**New Caney, TX 77357**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Evelyn Louise Conrad King**
**7100 Gainsborough**
**Amarillo, TX 79106**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Evelyn Tims Key**
**7708 Black Bear Court**
**Fort Worth, TX 76137**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,618.65 |
|---|---|---|---|

**Evergreen Concrete Company, Inc.**
**150 Owassa Road**
**Evergreen, AL 36401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Exigent Information Solutions**
**8310 South Valley**
**Englewood, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,530.85 |
|---|---|---|---|

**Ezzie's Wholesale, Inc.**
**P.O. Box 1770**
**Malta, MT 59538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.00 |
|---|---|---|---|

**Fair Oil, Ltd.**
**Attn: John R. Garrett**
**225 South College Ave**
**P.O. Box 689**
**Tyler, TX 75702**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00** |
|---|---|---|---|

**Falon Deas Stephenson**
**1630 Highway 29 North**
**Ellisville, MS 39437**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$330,017.99** |
|---|---|---|---|

**Fant Energy Limited**
**P.O. Box 55205**
**Houston, TX 77255**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$404,896.00** |
|---|---|---|---|

**Fant Energy Limited**
**P.O. Box 55205**
**Houston, TX 77255**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$765.00** |
|---|---|---|---|

**Fatherree Family Limited Partnership**
**Jeff Fatherree, GP**
**5111 Heatherton Drive**
**Jackson, MS 39211**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4.00** |
|---|---|---|---|

**Fay Park Jordan**
**4606 Cherry Tree Terrace**
**Montgomery, AL 36106**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$79.90** |
|---|---|---|---|

**FedEx**
**P.O. Box 660481**
**Dallas, TX 75266-0481**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Felita Fay Hill**
**704 Hanley Downs Drive**
**Cantonment, FL 32533**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.561 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$62.00** |
|---|---|---|---|
| | **Felton A. Brye**<br>**348 Cheri Place**<br>**Jonesboro, GA 30238** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.562 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2.00** |
|---|---|---|---|
| | **Fertia Warren, Jr.**<br>**204 Whitehorn Drive**<br>**Modesto, CA 95354** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.563 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$209.87** |
|---|---|---|---|
| | **Fiddler Investments**<br>**PO Box 708**<br>**Addison, TX 75001** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Cash Call Advance__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.564 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,976.00** |
|---|---|---|---|
| | **Fiddler Investments**<br>**PO Box 708**<br>**Addison, TX 75001** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.565 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$625.00** |
|---|---|---|---|
| | **Fisher Exploration, L.L.C.**<br>**c/o Hummingbird, King and Butler, CPA's**<br>**330 Marshall Street, Suite 600**<br>**Shreveport, LA 71101** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.566 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3.00** |
|---|---|---|---|
| | **Flemme Brown**<br>**1234 McAllister**<br>**Apartment 3**<br>**San Francisco, CA 94115** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.567 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$240.14** |
|---|---|---|---|
| | **Fletcher Exploration, LLC**<br>**PO Box 2147**<br>**Fairhope, AL 36533-2147** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Cash Call Advance__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,108.00** |
|---|---|---|---|

**Fletcher Exploration, LLC**
**PO Box 2147**
**Fairhope, AL 36533-2147**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,752.45** |
|---|---|---|---|

**Fletcher Petroleum Co., LLC**
**P.O. Box 2147**
**Fairhope, AL 36533**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44.44** |
|---|---|---|---|

**Fletcher Petroleum Company, LLC**
**PO Box 2147**
**Fairhope, AL 36533-2147**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,876.00** |
|---|---|---|---|

**Fletcher Petroleum Company, LLC**
**PO Box 2147**
**Fairhope, AL 36533-2147**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$118,588.39** |
|---|---|---|---|

**Flexjet, LLC**
**Epic Aero, Inc.**
**P.O. Box 677207**
**Dallas, TX 75267-7207**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,318.00** |
|---|---|---|---|

**Florence Lavada Williams**
**1985 Bradbury Dr East**
**Mobile, AL 36695**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$796.00** |
|---|---|---|---|

**Florsheim Production Company**
**16800 N. Dallas Parkway**
**Suite 240**
**Dallas, TX 75248**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.575 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$163.00** |
|---|---|---|---|

**Flow Specialties, Inc.**
**1262 Grimmett Drive**
**Shreveport, LA 71107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.576 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,027.00** |
|---|---|---|---|

**Floyd Bryant Sr, Deceased**
**2014 14th Avenue**
**Oakland, CA 94606**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.577 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4.00** |
|---|---|---|---|

**Floyd Fredrick Bryant, Jr.**
**2014 14th Avenue**
**Oakland, CA 94606**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.578 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46.00** |
|---|---|---|---|

**Floyd Lestarjette Martin**
**P.O. Box 129**
**Gibsland, LA 71028**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,255.66** |
|---|---|---|---|

**Foote Oil & Gas Properties, LLC**
**P.O. Box 6418**
**Gulf Shores, AL 36547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ford Motor Company**
**Ford Motor Credit Company, LLC**
**P.O. Box 650575**
**Dallas, TX 75265-0575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,973.67** |
|---|---|---|---|

**FOS Engineering & Consulting, LLC**
**103 Machine Loop**
**Scott, LA 70583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| | | |
|---|---|---|
| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)*  **20-12377-EEB** |
| | Name | |

---

| 3.582 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$68.54** |
|---|---|---|---|
| | **Four D LLC** | ■ Contingent | |
| | **c/o R.E. Douglass** | ■ Unliquidated | |
| | **PO Box 2173** | ☐ Disputed | |
| | **Durango, CO 81302-2173** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Cash Call Advance** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.583 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,132.00** |
|---|---|---|---|
| | **Four D LLC** | ■ Contingent | |
| | **c/o R.E. Douglass** | ■ Unliquidated | |
| | **PO Box 2173** | ☐ Disputed | |
| | **Durango, CO 81302-2173** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.584 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$353,331.44** |
|---|---|---|---|
| | **FPCC USA, Inc.** | ■ Contingent | |
| | **245 Commerce Green Blvd, Ste 250** | ■ Unliquidated | |
| | **Sugar Land, TX 77478** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Cash Call Advance** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.585 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$176,356.00** |
|---|---|---|---|
| | **FPCC USA, Inc.** | ■ Contingent | |
| | **245 Commerce Green Blvd, Ste 250** | ■ Unliquidated | |
| | **Sugar Land, TX 77478** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.586 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17.00** |
|---|---|---|---|
| | **Frances Johnson John** | ■ Contingent | |
| | **216 Lawrence Street** | ■ Unliquidated | |
| | **Kilgore, TX 75662** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.587 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3.00** |
|---|---|---|---|
| | **Frances Levine Schimmel** | ■ Contingent | |
| | **P.O. Box 644** | ■ Unliquidated | |
| | **Bellaire, TX 77402** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.588 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|
| | **Frances M. Fine** | ■ Contingent | |
| | **P.O. Box 474** | ■ Unliquidated | |
| | **Andalusia, AL 36420** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.00 |
|---|---|---|---|

**Frances Taylor**
**322 East 73rd Street**
**Los Angeles, CA 90003**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,532.43 |
|---|---|---|---|

**Francis Bruce Hock**
**& Bettie Jean M. Hock**
**PO Box 670**
**Minden, LA 71055**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,559.00 |
|---|---|---|---|

**Francis Bruce Hock**
**& Bettie Jean M. Hock**
**PO Box 670**
**Minden, LA 71055**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,064.67 |
|---|---|---|---|

**Francis Lane Mitchell**
**PO Box 376**
**Shreveport, LA 71162**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,119.00 |
|---|---|---|---|

**Francis Lane Mitchell**
**PO Box 376**
**Shreveport, LA 71162**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.00 |
|---|---|---|---|

**Frank and Sara Dale Rev Trust**
**4835 S. Peoria Ave. Ste. 11**
**Tulsa, OK 74105**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,620.45 |
|---|---|---|---|

**Franks Exploration Co. LLC**
**PO Box 7665**
**Shreveport, LA 71137-7665**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,617.00 |
|---|---|---|---|

**Franks Exploration Co. LLC**
**PO Box 7665**
**Shreveport, LA 71137-7665**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**Fred L. Drakeford**
**& Vanessa Drakeford**
**957 Spring Hill Road**
**Evergreen, AL 36401**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Fred W. Shield & Company**
**PO Box 90627**
**San Antonio, TX 78209**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,916.00 |
|---|---|---|---|

**Frederick Charles Detro**
**200 Cherry Street**
**Thibodaux, LA 70301**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,027.00 |
|---|---|---|---|

**Frederick M. Nicol**
**116 Royal Oaks Drive**
**Hoover, AL 35244**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Frederick Samuel**
**941 Lynndale Lane**
**Birmingham, AL 35214**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,053.17 |
|---|---|---|---|

**Fuelman**
**P.O. Box 70887**
**Charlotte, NC 28272-0887**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,123.10** |
|---|---|---|---|

**Full Throttle Energy Service, LLC**
P.O. Box 536
Sandersville, MS 39477

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$989.00** |
|---|---|---|---|

**Furrel Wilson Bailey**
185 Lee Rd 497
Opelika, AL 36804

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Revenue**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$914.00** |
|---|---|---|---|

**G&H Production Company, LLC**
Robert Groth
12803 Milwaukee Court
Thornton, CO 80241

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Revenue**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17.00** |
|---|---|---|---|

**Gardiner Royalty, LLC**
P.O. Box 486
Laurel, MS 39441

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Revenue**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,191.82** |
|---|---|---|---|

**Gardner Energy Corporation**
Attn: Nick Sacco
952 Echo Lane, Suite 315
Houston, TX 77024

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Cash Call Advance**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,112.00** |
|---|---|---|---|

**Gardner Energy Corporation**
Attn: Nick Sacco
952 Echo Lane, Suite 315
Houston, TX 77024

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Revenue**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Gardner, Marie**
5933 Stockwood Street
Bossier City, LA 71111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Employee**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00** |
|---|---|---|---|

**Gary Ann Perryman**
P.O. Box 503
Evergreen, AL 36401

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Gary Bob Lewis**
1209 Bomar Street
Houston, TX 77006

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Gary Elizabeth Edwards**
438 Locust Ave SE
Huntsville, AL 35801

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$284.00** |
|---|---|---|---|

**Gaston Oil Company**
Attn: Robert S. Gaston
9306 Milbank
Shreveport, LA 71115

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,621.00** |
|---|---|---|---|

**Gaston Oil Company**
Attn: Robert S. Gaston
9306 Milbank
Shreveport, LA 71115

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,641.82** |
|---|---|---|---|

**Gates Acquisition Synd. LLC**
Attn: Ross P. Barrett
820 Garrett Drive
Bossier City, LA 71111

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Gates Acquisition Synd. LLC**
Attn: Ross P. Barrett
820 Garrett Drive
Bossier City, LA 71111

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$97,249.23** |
|---|---|---|---|

Gateway Exploration, LLC
Attn: Jay Moffitt
3555 Timmons Lane, Suite 730
Houston, TX 77027

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,997.00** |
|---|---|---|---|

Gateway Exploration, LLC
Attn: Jay Moffitt
3555 Timmons Lane, Suite 730
Houston, TX 77027

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,301.44** |
|---|---|---|---|

GCREW Properties, LLC
Mr. George E. Jochetz, III
12323 Rip Van Winkle
Houston, TX 77024

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,225.00** |
|---|---|---|---|

GCREW Properties, LLC
Mr. George E. Jochetz, III
12323 Rip Van Winkle
Houston, TX 77024

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$104,045.82** |
|---|---|---|---|

GE Oil & Gas
P.O. Box 911776
Dallas, TX 75391-1776

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$882.00** |
|---|---|---|---|

Genco Transport, LLC
P.O. Box 481
Greenwood, LA 71033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

Gene Thrash
25 Highland Park Village #100-764
Dallas, TX 07520-5278

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.624 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,489.52** |
|---|---|---|---|
| | **Genesis Resources, LLC**<br>**4450 Old Canton Road, Ste 207**<br>**Jackson, MS 39211** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Cash Call Advance_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.625 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,996.00** |
|---|---|---|---|
| | **Genesis Resources, LLC**<br>**4450 Old Canton Road, Ste 207**<br>**Jackson, MS 39211** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Revenue_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.626 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$157.00** |
|---|---|---|---|
| | **George Bryant**<br>**460 Grand Avenue**<br>**Apt #404**<br>**Oakland, CA 94601** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Revenue_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.627 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$64.00** |
|---|---|---|---|
| | **George D Hunt Residuary Trust** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Revenue_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.628 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2.00** |
|---|---|---|---|
| | **George Henry White**<br>**2535 Washington Street**<br>**Melbourne, FL 32904** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Revenue_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.629 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
|---|---|---|---|
| | **Georgiana S. Kremer**<br>**7 Edgewater**<br>**San Antonio, TX 78260** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Revenue_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.630 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,918.00** |
|---|---|---|---|
| | **Geotech Production, Inc.**<br>**7844 South Espana Way**<br>**Aurora, CO 80016** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Revenue_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
| --- | --- | --- | --- |
| | Name | | |

| 3.631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $19.00 |
| --- | --- | --- | --- |
| | **Gerald Edwin Hill** | ■ Contingent | |
| | **1049 Roberta Drive** | ☐ Unliquidated | |
| | **Murphysboro, IL 62966** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
| --- | --- | --- | --- |
| | **Gerald S. Rod** | ■ Contingent | |
| | **28132 Tambora** | ☐ Unliquidated | |
| | **Canyon Country, CA 91351** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16.00 |
| --- | --- | --- | --- |
| | **Gerald W. Samuel** | ■ Contingent | |
| | **2503 Blaydon Pointe NW** | ☐ Unliquidated | |
| | **Kennesaw, GA 30152-5801** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
| --- | --- | --- | --- |
| | **Geraldine White** | ■ Contingent | |
| | **156 Wintonbury Avenue, Apt B209** | ☐ Unliquidated | |
| | **Bloomfield, CT 06002** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,274.00 |
| --- | --- | --- | --- |
| | **Gerry Burford** | ■ Contingent | |
| | **431 Clifton Street** | ☐ Unliquidated | |
| | **Camden, AL 36726** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $970.00 |
| --- | --- | --- | --- |
| | **GHD Services, Inc.** | ☐ Contingent | |
| | **P.O. Box 392237** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15251-9237** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
| --- | --- | --- | --- |
| | **Gillis E. Ralls, Sr.** | ■ Contingent | |
| | **12364 Brooklyn Road** | ☐ Unliquidated | |
| | **Evergreen, AL 36401** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41.00** |
|---|---|---|---|

**Gillis Edward Ralls, Jr.**
**561 County Road 8**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |
|---|---|---|---|

**Ginger McWaters**
**1854 State Hwy FF**
**Sikeston, MO 63801**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.00** |
|---|---|---|---|

**Ginger Richardson**
**1811 Oak Crest Dr.**
**Marion, AL 36756**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Giselle Malone**
**1716 Dwight St**
**Springfield, MA 04407**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,599.00** |
|---|---|---|---|

**GJR Investments Inc.**
**304 Santiago Drive**
**Winter Park, FL 32789**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.00** |
|---|---|---|---|

**Gladys K. Munoz**
**P.O. Box 22**
**Ethridge, TN 38456**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Glend Rae Franklin & Bertha M. Johnson**
**Life Estate Owner**
**1700 West Seventh Street**
**Tyler, TX 75701**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**Glenda T. Ingraham**
**802 N. 61st Ave**
**Pensacola, FL 32506**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.00 |
|---|---|---|---|

**Glenda Warren**
**P.O. Box 695**
**Topeka, KS 66601**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**Glenn Douglas Brye**
**222 Monterey Street**
**Highland Park, MI 48203**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**Glenn G. Mortimer, III**
**7701 Broadway St**
**Suite 200**
**San Antonio, TX 78209-3261**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Glenn Waters**
**59 Balfour Avenue Knollwood**
**Claymont, DE 19703**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243.00 |
|---|---|---|---|

**Gloria Barnes**
**334 Martin Luther King Dr.**
**Flomaton, AL 36441**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|

**Gloria Dean Madlock**
**604 Steeple Court**
**Tyler, TX 75703**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.652 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16.00** |
|---|---|---|---|

**Gloria Hill Stells**
**1934 Pearl St. Apt. #22**
**Gibsland, LA 71028**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.653 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,457.00** |
|---|---|---|---|

**Gloria Jan Butler Riser**
**Unknown Address**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Gloria Jean Taylor**
**5835 Adelyn Road**
**Pensacola, FL 32504**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.655 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Gloria Oates Living Trust**
**c/o William W. Oates, Trustee**
**P.O. Box 201538**
**Austin, TX 78720-1538**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.656 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$860.00** |
|---|---|---|---|

**Goodrich Petroleum of LA**
**Attn: Mark Leiserowitz**
**P.O. Box 654339**
**Dallas, TX 75265-4339**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.657 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,090.80** |
|---|---|---|---|

**Goolsby Interests, LLC**
**Attn: James W. Goolsby**
**110 Sibelius Lane**
**Houston, TX 77079**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Cash Call Advance

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.658 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$588.00** |
|---|---|---|---|

**Goolsby Interests, LLC**
**Attn: James W. Goolsby**
**110 Sibelius Lane**
**Houston, TX 77079**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.659**

**Nonpriority creditor's name and mailing address**
**Gordon Kelley O'Neal**
**1083 County Road 9**
**Lisman, AL 36912**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

**3.660**

**Nonpriority creditor's name and mailing address**
**Grace U Raney Family Trust**
**C/O Grace U Raney Executrix**
**PO Box 1449**
**Longview, TX 75606**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

**$486.00**

---

**3.661**

**Nonpriority creditor's name and mailing address**
**Grace Wiggins**
**1335 Silverado Drive, Apt. 801**
**Houston, TX 77077**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

**3.662**

**Nonpriority creditor's name and mailing address**
**Gracie Frazier**
**732 Cato Road**
**Athens, LA 71003**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.663**

**Nonpriority creditor's name and mailing address**
**Grady Brye, Jr.**
**859 Calhoun Street**
**Pensacola, FL 32507**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

**3.664**

**Nonpriority creditor's name and mailing address**
**Grady Rails & Sons, Inc.**
**12364 Brooklyn Road**
**Evergreen, AL 36401**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$625.00**

---

**3.665**

**Nonpriority creditor's name and mailing address**
**Grady Thompson, Sr.**
**5550 Acampo Boulevard**
**Mobile, AL 36609**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.666 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,955.66** |
|---|---|---|---|
| | **Granite Creek Partners, LLC**<br>**Attn: L. Patrick Lupo**<br>**PO Box 639**<br>**Teton Village, WY 83025-0639** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Cash Call Advance_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.667 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$696.00** |
|---|---|---|---|
| | **Granite Creek Partners, LLC**<br>**Attn: L. Patrick Lupo**<br>**PO Box 639**<br>**Teton Village, WY 83025-0639** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Revenue_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.668 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35,368.58** |
|---|---|---|---|
| | **Gravity Oilfield Services, LLC**<br>**P.O. Box 734128**<br>**Dallas, TX 75373-4128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.669 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,328.01** |
|---|---|---|---|
| | **Green Building Services**<br>**3275 Prairie Ave., Ste A**<br>**Boulder, CO 80301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.670 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$573.00** |
|---|---|---|---|
| | **Gregory Alan Holloway**<br>**4834 Country Mill Road**<br>**Jay, FL 32565** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Revenue_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.671 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|
| | **Gregory Thomas Hamby**<br>**1022 Villorrio Drive N.**<br>**Palm Springs, CA 92262** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Revenue_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.672 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12.00** |
|---|---|---|---|
| | **Gregory Varnell Warren**<br>**1806 Jim Reinthal Court**<br>**Dallas, TX 75217** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Revenue_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.673 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Gretchen Oden Nichols**
**1704 Tx Hwy 43**
**Atlanta, TX 75551**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.674 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |
|---|---|---|---|

**Gretchen Walker Huyler**
**2900 N. 24th Ave. Apt 3202**
**Hollywood, FL 33020**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,226.00** |
|---|---|---|---|

**Griffith H. Gilbert**
**189 Lakeside Drive**
**Blowing Rock, NC 28605**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.676 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,300.00** |
|---|---|---|---|

**GRS Services, LLC**
**George R. Stephenson**
**1214 County Road 14**
**Heidelberg, MS 39439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GTT Communications, Inc.**
**P.O. Box 842630**
**Dallas, TX 75284-2630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,684.50** |
|---|---|---|---|

**Gulf Coast Land Services, Inc.**
**6033 Paige Point Drive**
**Milton, FL 32570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.679 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Gus R. Patton**
**P.O. Box 87**
**Splendora, TX 77372**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Gwen Ann Clayton Stone**
**2379 Victoria Ave. N**
**Roseville, MN 55113**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.00 |
|---|---|---|---|

**Gwendolyn Walker**
**720 NW 207th Street**
**Miami Garden, FL 33169**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $535,941.00 |
|---|---|---|---|

**H&H Construction, LLC**
**Ladon E. Hall, Sole Manager**
**P.O. Box 850**
**Flomaton, AL 36441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.00 |
|---|---|---|---|

**H. T. Bennett, III**
**3015 Bancroft Street**
**San Diego, CA 92104**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|

**Hal D. Hudgins**
**703 Gabriel Drive**
**Tyler, TX 75701**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,194.00 |
|---|---|---|---|

**Hall and Hall LLC**
**116 Timbercrest Lane**
**Brandon, MS 39047-6032**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.63 |
|---|---|---|---|

**Hall Management LLC**
**Attn: Donald L. Hall**
**4913 Oak Point Drive**
**Shreveport, LA 71107-7408**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.687 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,165.00** |
|---|---|---|---|

**Hall Management LLC**
**Attn: Donald L. Hall**
**4913 Oak Point Drive**
**Shreveport, LA 71107-7408**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$127,505.62** |
|---|---|---|---|

**Hall Trucking, Inc.**
**2515 Foothill Blvd.**
**Rock Springs, WY 82901**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$182,381.90** |
|---|---|---|---|

**Halliburton Energy Services**
**P.O. Box 301341**
**Dallas, TX 75303-1341**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,615.19** |
|---|---|---|---|

**Hanson Operating Co. Inc.**
**Attn:  B. Ray Willis**
**P.O. Box 1515**
**Roswell, NM 88202-1515**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$129,580.00** |
|---|---|---|---|

**Hanson Operating Co. Inc.**
**Attn:  B. Ray Willis**
**P.O. Box 1515**
**Roswell, NM 88202-1515**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00** |
|---|---|---|---|

**Hargrove, Smelley & Strickland**
**401 Edwards St # 1600**
**Shreveport, LA 71101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Legal Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,932.00** |
|---|---|---|---|

**Harkness A Duncan Family Trust**
**fbo Melissa A. Duncan**
**Trustee: Wells Fargo Bank NA**
**PO Box 41779**
**Austin, TX 78704**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.694 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,932.00** |
|---|---|---|---|

**Harkness A Duncan Trust**
**FBO William E. Duncan**
**Trustee: Wells Fargo Bank NA**
**PO Box 41779**
**Austin, TX 78704**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,932.00** |
|---|---|---|---|

**Harkness A. Duncan Trust**
**fbo Katherine Lynne Matlack**
**Trustee: Wells Fargo**
**PO Box 41779**
**Austin, TX 78704**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,524.00** |
|---|---|---|---|

**Harold R Fudge**
**2485 Buttermere Ct**
**Reno, NV 89521**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.00** |
|---|---|---|---|

**Harper Family Limited Partnership**
**PO Box 295**
**Meeker, OK 74855-0295**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Harris L. Drakeford**
**& Laurine W. Drakeford**
**1139 Springhill Road**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Harry Biedenharn, III**
**6083 Smith Station Road**
**Edwards, MS 39066**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Harry Madison Williams**
**P.O. Box 3004-250**
**Corvallis, OR 97339**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28.00** |
|---|---|---|---|

**Harry V. Johnson**
**P.O. Box 64906**
**Baton Rouge, LA 70896**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,681.69** |
|---|---|---|---|

**Harvest Gas Management, LLC**
**10050 Bayou Glen Road**
**Houston, TX 77042**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,194.00** |
|---|---|---|---|

**Harvest Gas Management, LLC**
**10050 Bayou Glen Road**
**Houston, TX 77042**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,920.60** |
|---|---|---|---|

**Hatcher, Steven**
**1269 Yellow Pine Avenue**
**Boulder, CO 80304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
|---|---|---|---|

**Hattie Mae Holmes Ball**
**5948 Piat Place**
**Centerville, IL 62203**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8.00** |
|---|---|---|---|

**Hazel L. Poe**
**110 Chess Chase**
**Fayetteville, GA 30215-4906**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,749.81** |
|---|---|---|---|

**HBRada, LLC**
**Hansen Rada, Manager**
**2010 Alpine Drive**
**Boulder, CO 80304**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.708 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,486.00** |
|---|---|---|---|
| | **HBRada, LLC**<br>**Hansen Rada, Manager**<br>**2010 Alpine Drive**<br>**Boulder, CO 80304** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.709 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,441.00** |
|---|---|---|---|
| | **Headington Oil Company LLC**<br>**1700 North Redbud Blvd. Suite 400**<br>**McKinney, TX 75069** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.710 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,913.60** |
|---|---|---|---|
| | **Heap Services, LLC**<br>**Don Heap**<br>**984 Beat Four Shubuta Road**<br>**Shubuta, MS 39360** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.711 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6.00** |
|---|---|---|---|
| | **Helen Hampton**<br>**558 Elmira Street**<br>**Mobile, AL 36603** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.712 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22.00** |
|---|---|---|---|
| | **Henry Boyd King, Jr.**<br>**3648 Elm Drive**<br>**Baton Rouge, LA 70805** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.713 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,357.00** |
|---|---|---|---|
| | **Henry George Foster**<br>**Velma B. Foster**<br>**5270 Windham Road**<br>**Milton, FL 32570** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.714 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2.00** |
|---|---|---|---|
| | **Henry L. Powell**<br>**226 Beverly Loop**<br>**Pineville, LA 71360** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Henry Wayne Pearson**
**1521 N. Holyoke Street**
**Wichita, KS 67208-1922**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Herbert E. Cross**
**6233 Hunters Ridge**
**Milton, FL 32570**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,084.01 |
|---|---|---|---|

**Herring Gas Company, Inc.**
**P.O. Box 206**
**Laurel, MS 39441**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.00 |
|---|---|---|---|

**Herschbach Petroleum Co. Ltd**
**P.O. Box 132117**
**Tyler, TX 75713**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $487.00 |
|---|---|---|---|

**Herschel Lee Abbott, III**
**38 Polladio Way**
**Newnan, GA 30263**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.00 |
|---|---|---|---|

**Hershel Pettus**
**1358 Gate 8 Rd**
**Anniston, AL 36201**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.00 |
|---|---|---|---|

**Herv Oil, LLC**
**Bennett Neale**
**P.O. Box 3399**
**Shawnee, OK 74802**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**Hetzer Family Trust**
**Amy Hetzer, Trustee**
**PO Box 153**
**Beulah, WY 82712**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.00 |
|---|---|---|---|

**HFA Mineral Interests LP**
**333 Texas Street, Ste. 2020**
**Shreveport, LA 71101**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,731.21 |
|---|---|---|---|

**Hi-Vac, LLC**
**P.O. Box 2067**
**Laurel, MS 39442**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,052.00 |
|---|---|---|---|

**HLP Engineering, Inc.**
**P.O. Box 52805**
**Lafayette, LA 70505**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.00 |
|---|---|---|---|

**Hobart Reid Key**
**P.O. Box1545**
**Point Clear, AL 36564**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $164.00 |
|---|---|---|---|

**Hood & Linda Properties LLC**
**333 Texas Street, Suite 521**
**Shreveport, LA 71101**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,382.22 |
|---|---|---|---|

**Hopping Green & Sams, P.A.**
**ATTN: Timothy M. Riley**
**119 South Monroe Street**
**Suite 300**
**Tallahassee, FL 32301**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|--------|-----------------------------------|------------------------|------------------|
|        | Name                               |                        |                  |

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.91 |
|-------|-----------|-----------|-----------|
| | **Horace, LLC**<br>**493 Canyon Point Circle**<br>**Golden, CO 80403** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Cash Call Advance** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $132.00 |
|-------|-----------|-----------|-----------|
| | **Horace, LLC**<br>**493 Canyon Point Circle**<br>**Golden, CO 80403** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |
|-------|-----------|-----------|-----------|
| | **Howard Blair, Jr**<br>**800 Fort Pickens Road Unit 204**<br>**Pensacola Beach, FL 32561** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|-------|-----------|-----------|-----------|
| | **Howard J. Drakeford**<br>**1102 Springhill Road**<br>**Evergreen, AL 36401** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.00 |
|-------|-----------|-----------|-----------|
| | **Hubert E Kidd**<br>**102 N College, Suite 106**<br>**Tyler, TX 75702** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220.00 |
|-------|-----------|-----------|-----------|
| | **Hugh Sanford Shaw**<br>**PO Box 1222**<br>**Planton, AL 35046** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,045.06 |
|-------|-----------|-----------|-----------|
| | **Hughes 2000 CT LLC**<br>**PO Box 1868**<br>**Brandon, MS 39043-1868** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Cash Call Advance** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$82,631.00** |
|---|---|---|---|
| | **Hughes 2000 CT LLC** <br> **PO Box 1868** <br> **Brandon, MS 39043-1868** | ☑ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __Revenue__ <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170.41** |
|---|---|---|---|
| | **Hughes Network Systems, LLC** <br> **P.O. Box 96874** <br> **Chicago, IL 60693-6874** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __Trade Debt__ <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,366.72** |
|---|---|---|---|
| | **Hughes Oil South LLC** <br> **Attn: Dee-Dee Bell** <br> **PO Box 608** <br> **Oxford, MS 38655** | ☑ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __Cash Call Advance__ <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,953.00** |
|---|---|---|---|
| | **Hughes Oil South LLC** <br> **Attn: Dee-Dee Bell** <br> **PO Box 608** <br> **Oxford, MS 38655** | ☑ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __Revenue__ <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$92,408.45** |
|---|---|---|---|
| | **Hurley Enterprises, Inc.** <br> **P.O. Box 385** <br> **Fairview, MT 59221** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __Trade Debt__ <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|
| | **Hurst Plumbing** <br> **P.O. Box 548** <br> **Teague, TX 75860** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __Trade Debt__ <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|
| | **Hurst Pumping, Inc.** <br> **P.O. Box 548** <br> **Teague, TX 75860** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __Trade Debt__ <br><br> Is the claim subject to offset? ☑ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,868.00 |
|---|---|---|---|

**Hutchison Oil & Gas Corporation**
**Plaza of the Americas**
**700 North Pearl Street Suite N2150**
**Dallas, TX 75201**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|---|

**Huzell Brye**
**18 Lily Pond Road**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,602.86 |
|---|---|---|---|

**I&L Miss I, LP**
**4761 Frank Luke Drive**
**Addison, TX 75001**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.746 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|---|

**I. V. Spangler**
**P.O. Box 6210**
**Auburn, CA 95604**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.747 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,093.88 |
|---|---|---|---|

**IHS Global, Inc.**
**P.O. Box 847193**
**Dallas, TX 75284-7193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.748 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,270.00 |
|---|---|---|---|

**In2tex 3LP**
**3303 Titverton Court**
**Arlington, TX 76001**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Ina Powell Collins**
**P.O. Box 442**
**Bloomfield, IN 47424**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.750 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2.00** |
|---|---|---|---|
| | **Inez Culliver**<br>**150 Del Verde Circle #5**<br>**Sacramento, CA 95833** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Revenue__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.751 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.00** |
|---|---|---|---|
| | **Inez Deutsch**<br>**1906 Woodplace**<br>**Longview, TX 75601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Revenue__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.752 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$153.00** |
|---|---|---|---|
| | **Infinisource Benefit Services**<br>**ATTN: Finance Dept.**<br>**P.O. Box 889**<br>**Coldwater, MI 49036-0889** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.753 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$800.00** |
|---|---|---|---|
| | **Inter-Mountain Pipe & Threading Company**<br>**P.O. Box 1840**<br>**Mills, WY 82644-1840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.754 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$285.98** |
|---|---|---|---|
| | **Iron Mountain Records Management**<br>**P.O. Box 915004**<br>**Dallas, TX 75391-5004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.755 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
|---|---|---|---|
| | **Irvin Williams**<br>**805 North Madden**<br>**Shamrock, TX 79079-1835** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Revenue__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.756 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5.00** |
|---|---|---|---|
| | **Ivey Warren**<br>**930 South Baxter Street**<br>**Tyler, TX 75701** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Revenue__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.757 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$275.00** |
|---|---|---|---|

**Ivy Minerals, LLC**
**c/o LJM Corporation - Agent**
**3843 N. Braeswood Blvd. Suite 200**
**Houston, TX 77025**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.758 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**Ivy W. Harrell**
**328 East 122nd Street**
**Los Angeles, CA 90061**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.759 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,934.06** |
|---|---|---|---|

**J & A Harris LP**
**Attn: Angela Harris**
**333 Texas Street, Ste. 1414**
**Shreveport, LA 71101-3679**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.760 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47,033.00** |
|---|---|---|---|

**J & A Harris LP**
**Attn: Angela Harris**
**333 Texas Street, Ste. 1414**
**Shreveport, LA 71101-3679**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.761 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,532.29** |
|---|---|---|---|

**J & H Insurance Services, Inc.**
**510 North Valley Mills Drive**
**Waco, TX 76710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.762 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12.00** |
|---|---|---|---|

**J Hiram Moore Ltd**
**Providence Energy Ltd, Agent**
**16400 North Dallas Parkway, Suite 400**
**Dallas, TX 75248**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.763 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$135.00** |
|---|---|---|---|

**J. C. Ogden**
**5419 Cedar Creek**
**Houston, TX 77056**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.764 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17.00** |
|---|---|---|---|
| | **J. Michael Garner &**<br>**Deborah Garner**<br>**742 Windbreak Trail**<br>**Houston, TX 77079-4224** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.765 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|---|---|---|---|
| | **J. Nichols LLC**<br>**2384 Mill Creek Road**<br>**Laurel, MS 39443** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.766 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$218.00** |
|---|---|---|---|
| | **J. Ruth Blackwell**<br>**1061 Willow Run Rd, Room 201**<br>**Greensboro, GA 30642-2760** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$800.18** |
|---|---|---|---|
| | **J.B. Compression Service**<br>**P.O. Box 527**<br>**Harleton, TX 75651** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.768 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$242.00** |
|---|---|---|---|
| | **Jacaeber Kastor**<br>**377 W 11th St. Unit 2B**<br>**New York, NY 10014-2381** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.769 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,490.00** |
|---|---|---|---|
| | **Jack M. Watkins, Sr. Trust**<br>**7 Brogden Ct SE**<br>**Winter Haven, FL 33880-4226** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.770 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$112.00** |
|---|---|---|---|
| | **Jackie Royster**<br>**791 Spring Hill Road**<br>**Evergreen, AL 36401** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**Jackie T. Pry, III**
**904 Azalea Rd**
**Mobile, AL 36693**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,124.00 |
|---|---|---|---|

**Jackson, Louise Seamans**
**P.O. Box 272**
**Kosse, TX 76653**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.00 |
|---|---|---|---|

**Jacqueline Brown**
**8341 Ranger Drive**
**Pensacola, FL 32534**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,229.00 |
|---|---|---|---|

**Jacquelyn Fatherree Dunham**
**165 Sparrows Cove**
**Fayetteville, GA 30215**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Jacquelyn Jere' Jabour Castellanos**
**P.O. Box 821786**
**Vicksburg, MS 39182**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.00 |
|---|---|---|---|

**James A. Davis**
**3705 West Vista Lane**
**Stillwater, OK 74074**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.91 |
|---|---|---|---|

**James B. Dunn**
**5826 Dunridge Dr**
**Pace, FL 32571**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ☑ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|

Name

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $549.00 |
|---|---|---|---|

**James B. Dunn**
5826 Dunridge Dr
Pace, FL 32571

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,598.00 |
|---|---|---|---|

**James Boyd Bel**
3748 Burton Lane
Lake Charles, LA 70605

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,403.00 |
|---|---|---|---|

**James Brandon Hearn**
Sitha M. Heard
4343 Highway 18 West
Quitman, MS 39355

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.00 |
|---|---|---|---|

**James Brye**
4412 Brunswick Drive
Eight Mile, AL 36613

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,287.00 |
|---|---|---|---|

**James C. Dowdy, Jr. Revocable Trust**
PO Box 7097
Tyler, TX 75711

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|

**James Calvert Cross, II**
5599 Econfina St.
Milton, FL 32570

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,508.00 |
|---|---|---|---|

**James Carlton May**
3680 Pinenut Way
Wellington, NV 89444

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|---|

**James Christopher Turner**
**106 Buck Ridge Road**
**Eatonton, GA 31024-7523**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**James Cornelius &**
**Mary F. Cornelius**
**105 Avellino Lane**
**Shreveport, LA 71106**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|

**James Cunningham**
**651 CR 467**
**Carthage, TX 75633**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,964.00 |
|---|---|---|---|

**James David Warr**
**2305 Twin Lakes Drive**
**Bainbridge, GA 39819**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.00 |
|---|---|---|---|

**James Dyer**
**1888 Hazelton Ave.**
**Stockton, CA 94203**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74.00 |
|---|---|---|---|

**James E. Scott**
**18740 CR 234**
**Tyler, TX 75707**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|---|

**James F. Hinkle**
**881 Auburn Drive**
**Biloxi, MS 39532**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.792 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14.00** |
|---|---|---|---|

**James H. Davis dba JD Minerals**
**P.O. Box 271120**
**Corpus Christi, TX 78427**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29.00** |
|---|---|---|---|

**James J. Radogna**
**21 Danbury**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,403.00** |
|---|---|---|---|

**James Jason Belcher**
**Cynthia P. Belcher**
**P.O. Box 171**
**Quitman, MS 39355**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,533.00** |
|---|---|---|---|

**James K. Cook**
**& Susan M. Cook**
**PO Box 1014**
**Evergreen, AL 36401**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$36.00** |
|---|---|---|---|

**James L Walker, Sr.**
**720 N.W. 207th St.**
**Miami Gardens, FL 33169**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33.00** |
|---|---|---|---|

**James Lamar Kidd**
**P.O. Box 164**
**Gibsland, LA 71028**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4.00** |
|---|---|---|---|

**James M. Baker**
**C/O 2105 NE Everett Street**
**#4**
**Portland, OR 97232**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**James Michael Baker**
**17305A Willow Creek Road**
**Occidental, CA 94565**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,034.31 |
|---|---|---|---|

**James Muslow, Jr.**
**6025 Arden Street**
**Shreveport, LA 71106**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|

**James Robert Johnson**
**1707 H.G. Mosley Pkwy.**
**Longview, TX 75604**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**James Ruffin Shaffer**
**98 Stiness Drive**
**Warwick, RI 02886**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $426.00 |
|---|---|---|---|

**James Timothy Calvert**
**210 George Street**
**Mobile, AL 36604**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.00 |
|---|---|---|---|

**James W. Edwards**
**1450 Chalet Pl.**
**Pensacola, FL 32514**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.00 |
|---|---|---|---|

**James Walker, Jr.**
**6455 Southwest 26th St.**
**Miramar, FL 33023**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7.00 |
|---|---|---|---|

**James Walls**
**107 County Hwy. 632**
**Catron, MO 63867**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.00 |
|---|---|---|---|

**Jan S. Menefee**
**903 Pine Cove**
**Jacksonville, TX 75766**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.00 |
|---|---|---|---|

**Jan Wallace Briscoe**
**2819 Long Lake Drive**
**Shreveport, LA 71106**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Jane Bevel**
**12124 Lochwood Blvd.**
**Dallas, TX 75218**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.00 |
|---|---|---|---|

**Jane Portwood Cooper**
**c/o Debbie Cooper Johnson**
**3706 Colgate**
**Tyler, TX 75701**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.00 |
|---|---|---|---|

**Jane T. Morris**
**6016 Southview Road**
**Laramie, WY 82070-6898**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $890.00 |
|---|---|---|---|

**Janelle Hennigan Mitchell**
**5594 Highway #783**
**Coushatta, LA 71019**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.813 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$694.00** |
|---|---|---|---|

**Janet Faulkner Dunn**
**5826 Dunridge Dr**
**Pace, FL 32571**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,809.00** |
|---|---|---|---|

**Janice M. Moody**
**665 Hagbush Rd**
**Irondale, AL 35210**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Janice Matthews Lee**
**2037 Bucket Branch Road**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00** |
|---|---|---|---|

**Janie B. Harding**
**10062 Mayview Forest Pl**
**Cincinnati, OH 45215**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,785.00** |
|---|---|---|---|

**Janie M. Johnston**
**1203 Avondale Road**
**Montogomery, AL 36109**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.72** |
|---|---|---|---|

**Janus Enterprises, LLC**
**Raymond Joseph Lasseigne**
**PO Box 5625**
**Bossier City, LA 71171**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,668.00** |
|---|---|---|---|

**Janus Enterprises, LLC**
**Raymond Joseph Lasseigne**
**PO Box 5625**
**Bossier City, LA 71171**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|

| | | |
|---|---|---|

**3.820** Nonpriority creditor's name and mailing address
**Jaquita Natahasa Brye**
1616 N. Davis Hwy.
Pensacola, FL 32503

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$62.00**

---

**3.821** Nonpriority creditor's name and mailing address
**Jase Family Ltd.**
P.O. Box 904
Midland, TX 79702

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$24.00**

---

**3.822** Nonpriority creditor's name and mailing address
**Jasmine Lloyd**
581 Highland Avenue
Mansfield, OH 44903

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$24.00**

---

**3.823** Nonpriority creditor's name and mailing address
**Jay Edward Elliott**
1505 West Viejo Drive
Friendswood, TX 77546

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$9.00**

---

**3.824** Nonpriority creditor's name and mailing address
**JCE Galbraith Oil & Gas LLC**
2032 ALameda Avenue
Orlando, FL 32804-6904

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

**$85.64**

---

**3.825** Nonpriority creditor's name and mailing address
**JCE Galbraith Oil & Gas LLC**
2032 ALameda Avenue
Orlando, FL 32804-6904

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,165.00**

---

**3.826** Nonpriority creditor's name and mailing address
**JD Crow, LLC**
900 Pierremont Road, Suite 221
Shreveport, LA 71106

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$481.00**

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.827 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$474,029.54** |
|---|---|---|---|

**JD Fields & Company, Inc.**
**P.O. Box 134401**
**Houston, TX 77219-4401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31.13** |
|---|---|---|---|

**JDGP, LLC**
**4323 Snowberry Lane**
**Naples, FL 34119**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Cash Call Advance_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,563.00** |
|---|---|---|---|

**JDGP, LLC**
**4323 Snowberry Lane**
**Naples, FL 34119**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Revenue_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39.00** |
|---|---|---|---|

**JDMI, L.L.C.**
**P.O. Box 271120**
**Corpus Christi, TX 78427-1120**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Revenue_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8.00** |
|---|---|---|---|

**Jean F. Watson**
**P.O. Box 597**
**Cantonment, FL 32533**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Revenue_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,115.00** |
|---|---|---|---|

**Jean Kirby Jones**
**5211 Bayou Glen Road**
**Houston, TX 77056**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Revenue_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,117.00** |
|---|---|---|---|

**Jeanette Purifoy**
**2220 Dockvale Drive**
**Fayetteville, NC 28306**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Revenue_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.834 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8.00 |
|---|---|---|---|

**Jeannette Anderson**
**422 50th Avenue**
**Bellwood, IL 60104**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue 

Is the claim subject to offset? ■ No ☐ Yes

| 3.835 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $461.00 |
|---|---|---|---|

**Jeffery D. Kallenberg**
**401 N. Market Street Suite 500**
**Shreveport, LA 71101**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue 

Is the claim subject to offset? ■ No ☐ Yes

| 3.836 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14.00 |
|---|---|---|---|

**Jeffrey King Carter**
**3111 Arbor Oak Drive**
**Tyler, TX 75707**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue 

Is the claim subject to offset? ■ No ☐ Yes

| 3.837 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16.00 |
|---|---|---|---|

**Jeffrey R Samuel**
**7616 Greenland Pl.**
**Cincinnati, OH 45237**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue 

Is the claim subject to offset? ■ No ☐ Yes

| 3.838 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $31,681.71 |
|---|---|---|---|

**Jeffreys Drilling, LLC**
**3839 McKinney Ave, Ste 155-269**
**Dallas, TX 75204**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Cash Call Advance 

Is the claim subject to offset? ■ No ☐ Yes

| 3.839 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,769.00 |
|---|---|---|---|

**Jeffreys Drilling, LLC**
**3839 McKinney Ave, Ste 155-269**
**Dallas, TX 75204**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue 

Is the claim subject to offset? ■ No ☐ Yes

| 3.840 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**Jennifer Hudson Becker**
**5553 Mulat Rd**
**Milton, FL 32583**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue 

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.841 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.00 |
|---|---|---|---|

**Jennifer Marie Manes Smith**
P.O. Box 260734
Plano, TX 75026-0734

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.00 |
|---|---|---|---|

**Jerlean Warren**
c/o Rameria Clark
5316 Meadow Valley Drive
Fort Worth, TX 76132

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.00 |
|---|---|---|---|

**Jerrell A. Holder**
3641 Brandy Road
Caddo, TX 76429

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Jerrell Warren**
**Address Unverified**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.00 |
|---|---|---|---|

**Jerry T. Carter, deceased**
2306 Racine Dr
Monroe, LA 71201

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.00 |
|---|---|---|---|

**Jerry Terry**
P.O. Box 465
Linden, TX 75563

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Jesse Mitchell**
5415 Maple Ave #321
Dallas, TX 75235

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.00 |
|---|---|---|---|

**Jessica A. Newman**
P.O. Box 309
Collins, MS 39428

Date(s) debt was incurred _____
Last 4 digits of account number _____

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,761.00 |
|---|---|---|---|

**Jessica McLeod**
318 Pacific Road
Manteca, CA 95337

Date(s) debt was incurred _____
Last 4 digits of account number _____

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.850 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|

**Jessie B. Samuel**
6341 South Ellis
Chicago, IL 60637

Date(s) debt was incurred _____
Last 4 digits of account number _____

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.851 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.00 |
|---|---|---|---|

**Jessie Harper**
Rt 3 Box 980
Tyler, TX 75705

Date(s) debt was incurred _____
Last 4 digits of account number _____

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.852 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**Jessie Jones, IV**
PO Box 452
Douglas City, CA 96024

Date(s) debt was incurred _____
Last 4 digits of account number _____

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.853 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Jessie Mae W. Aaron**
3308 Wall Avenue
San Bernardino, CA 92404

Date(s) debt was incurred _____
Last 4 digits of account number _____

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.854 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|

**Jessie Ree Jackson**
142 Scenic Drive
Jackson, AL 36545

Date(s) debt was incurred _____
Last 4 digits of account number _____

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.855 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,867.99** |
|---|---|---|---|

**JF Howell Interests, LP**
Attn: James David Morgan, Manager
416 Travis Street, Suite 700
Shreveport, LA 71101

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,411.00** |
|---|---|---|---|

**JF Howell Interests, LP**
Attn: James David Morgan, Manager
416 Travis Street, Suite 700
Shreveport, LA 71101

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$215,899.69** |
|---|---|---|---|

**Jimco Pumps**
P.O. Box 6255
Laurel, MS 39441

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7.00** |
|---|---|---|---|

**Jimmie L. Warren**
10320 CR 233
Tyler, TX 75707

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$515.00** |
|---|---|---|---|

**Jimmie Lee Walker**
3152 NW 65th Street
Miami, FL 33147

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.860 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33.00** |
|---|---|---|---|

**Jimmie Warren**
3915 Kushla
Dallas, TX 75216

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
|---|---|---|---|

**Jimmy D. Crouch**
8000 Delaware Drive
McKinney, TX 75070

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.862** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$156.00**

Jimmy D. Dodson, Jr.

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.863** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$88.00**

Jimmy Kendrick, Jr.
2011 Tallulah Ridge
Hattiesburg, MS 39402

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.864** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4.00**

Jimmy Williams
5100 SE 164th Street
Moore, OK 73165

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.865** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,040.62**

JJS Interests Escambia, LLC
2001 Kirby Dr
Suite 1110
Houston, TX 77019

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.866** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$133,037.00**

JJS Interests Escambia, LLC
2001 Kirby Dr
Suite 1110
Houston, TX 77019

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.867** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,802.00**

JJS Interests North Beach LLC
2001 Kirby Dr
Suite 1110
Houston, TX 77019

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.868** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,216.77**

JJS Interests Steele Kings LLC
2001 Kirby Dr
Suite 1110
Houston, TX 77019

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.869** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,289.00**

**JJS Interests Steele Kings LLC**
**2001 Kirby Dr**
**Suite 1110**
**Houston, TX 77019**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.870** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$167.00**

**JJS Interests West Arcadia LLC**
**2001 Kirby Dr**
**Suite 1110**
**Houston, TX 77019**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.871** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$499,362.33**

**JJS Working Interest LLC**
**2001 Kirby Dr, Suite 1110**
**Houston, TX 77019**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.872** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,695.00**

**JJS Working Interest LLC**
**2001 Kirby Dr, Suite 1110**
**Houston, TX 77019**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.873** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00**

**JK Royalty LP**
**P.O. Box 904**
**Midland, TX 79702**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.874** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64.00**

**JL Porter Revocable Trust**
**Jane L Porter, John P Porter, Truestee**
**P.O. Box 3249**
**Shawnee, OK 74802**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.875** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,299.00**

**JMS Oil & Gas Holdings LLC**
**Attn: Rob Campbell**
**PO Box 4920**
**Orlando, FL 32802-4920**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32.00** |
|---|---|---|---|

**Jo Ann Langham**
**319 Sheila Blvd**
**Prattville, AL 36066**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2.00** |
|---|---|---|---|

**Joan Warden Conrad**
**3468 W. Kistler Road**
**Ludington, MI 49431**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**JoAnne Kelley**
**2513 Thoreau Street**
**Inglewood, CA 90303**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,457.00** |
|---|---|---|---|

**Joe Brunson Butler**
**Address Unknown**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6.00** |
|---|---|---|---|

**Joe Christopher Bagwell**
**218 Shadows Lane**
**Dubberly, LA 71024**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$735.00** |
|---|---|---|---|

**Joe L. Samuel, Jr., Deceased**
**1444 Ambrose Ave**
**Cincinnati, OH 45224**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28.00** |
|---|---|---|---|

**Joe Ray Swann**
**P. O. Box 30847**
**Amarillo, TX 79120**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.883** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$277.00**

**Joel Davis**
P.O. Box 540988
Houston, TX 77254

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

**3.884** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8.00**

**Joel R. Jackson**
P.O. Box 1698
Picayune, MS 39466

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

**3.885** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$389.00**

**John A. Drakeford, Deceased**
2460 Osage Street
Mobile, AL 36617

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

**3.886** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00**

**John Arthur Warren**
1933 Donald Street
Modesto, CA 95354

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

**3.887** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

**John B. Cunningham**
651 CR 467
Carthage, TX 75633

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

**3.888** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00**

**John Blair**
200 Meadow Lake Trail
Greer, SC 29650

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

**3.889** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83.06**

**John C. Nix, Jr., - Life Estate**
P.O. Box 807
Milton, FL 32572-0807

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.890 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,504.00** |
|---|---|---|---|

**John C. Nix, Jr., - Life Estate**
**P.O. Box 807**
**Milton, FL 32572-0807**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.891 | **Nonpriority creditor's name and mailing address** | | **$9.00** |
|---|---|---|---|

**John Charles Woodson**
**266 King Arthur Place**
**Alabaster, AL 35007-9114**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.892 | **Nonpriority creditor's name and mailing address** | | **$5.00** |
|---|---|---|---|

**John Collins &**
**Margaret C. Collins**
**1301 Eames Street**
**Minden, LA 71055**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.893 | **Nonpriority creditor's name and mailing address** | | **$42.00** |
|---|---|---|---|

**John Cuevas**
**277 Alberta Drive NE**
**Atlanta, GA 30305**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.894 | **Nonpriority creditor's name and mailing address** | | **$524.00** |
|---|---|---|---|

**John D Procter**
**Trustee JBW4**
**PO Box 6250**
**Tyler, TX 75711**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.895 | **Nonpriority creditor's name and mailing address** | | **$3,346.00** |
|---|---|---|---|

**John D. Hendricks, deceased**
**4624 Mt. Carmel Road**
**Jay, FL 32565**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.896 | **Nonpriority creditor's name and mailing address** | | **$17.00** |
|---|---|---|---|

**John D. Pugh, Jr.**
**3625 Chimira Lane**
**Houston, TX 77051**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.897 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $653.00 |
|---|---|---|---|

**John Douglas Bryant, Jr.**
901 SE 3rd Street
Apt 11
Bartlesville, OK 74003

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.00 |
|---|---|---|---|

**John E. Downing**
c/o Jane Downing Dunaway
1356 Cedar Cove Rd
Camden, SC 29020

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.00 |
|---|---|---|---|

**John F. Baker**
629 Lynn Street
Greensburg, PA 15601

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |
|---|---|---|---|

**John Forest Baker, Sr., Deceased**
40789 Fremont Blvd. #128
Fremont, CA 94538

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.00 |
|---|---|---|---|

**John H Morgan Residual Marital Trust**
Ellen Morgan Trustee
2061 Point Legere Road
Mobile, AL 36605

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.00 |
|---|---|---|---|

**John Kavanaugh**
PO Box 15669
Hattiesburg, MS 39404

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $503.00 |
|---|---|---|---|

**John Kubala**
1021 E Lighton Trail
Fayetteville, AR 72701

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.904 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|
| | **John L. Henry**<br>**& Carrie I. Henry**<br>**2087 Springhill Road**<br>**Evergreen, AL 36401** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.905 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,517.00** |
|---|---|---|---|
| | **John Louis Blalock**<br>**3881 Ridge Rd**<br>**Castor, LA 71016** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.906 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$471.00** |
|---|---|---|---|
| | **John M. Schommer**<br>**1266 Ventura Ave. #18**<br>**Ventura, CA 93001** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.907 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,288.00** |
|---|---|---|---|
| | **John Pike Construction, Inc.**<br>**P.O. Box 1024**<br>**Chinook, MT 59523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.908 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.00** |
|---|---|---|---|
| | **John R. Johnston**<br>**242 Newton Pkwy**<br>**Evergreen, AL 36401** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.909 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32.00** |
|---|---|---|---|
| | **John Rudolph Jr**<br>**513 N. 48th Avenue**<br>**Pensacola, FL 32506** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.910 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.00** |
|---|---|---|---|
| | **John Russell Teutsch**<br>**PO Box 5712**<br>**Bossier City, LA 71171-5712** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.00 |
|---|---|---|---|

**John Takach**
**Bridget Takach**
**13311 Olive Trace**
**Houston, TX 77077-2253**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.00 |
|---|---|---|---|

**John W. Tisdale, Jr.**
**P.O. Box 1803**
**Andalusia, AL 36420**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|---|

**John Warren, Jr.**
**Box 111**
**504 South Camden**
**Richmond, MO 64085-0111**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|---|

**John William Taylor**
**111 Violet Street**
**West Monroe, LA 71292**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Johnita Hall**
**P.O. Box 114**
**River Falls, AL 36476**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**Johnnie Earl Richburg**
**858 Pointe Vista Circle**
**Corona, CA 92881-3968**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|

**Johnnie Mae Holmes Ellington**
**3403 Lafayette Avenue**
**Omaha, NE 68131**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.918 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|---|

**Johnny Drakeford, Jr.**
**58 Ford Drive**
**Castleberry, AL 36432**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**Jon S. Brown**
**P.O. Box 246**
**Palestine, TX 75802**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,480.02 |
|---|---|---|---|

**Jones Energy Company, LLC**
**2124 Fairfield Avenue**
**Shreveport, LA 71104**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.00 |
|---|---|---|---|

**Jonniel Jackson**
**2808 East 25th Avenue**
**Fort Worth, TX 76106**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.00 |
|---|---|---|---|

**Joseph Jeffrey Bragg**
**Box 396**
**Rossburn, MB ROJ 1VO**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76.00 |
|---|---|---|---|

**Joseph Samuel**
**2630 Hawthorne Lake Rd**
**Helene, AL 35022**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.924 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176.00 |
|---|---|---|---|

**Josephine G. Pratt**
**508 Klein Street**
**Vicksburg, MS 39180**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.925 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Jospeh Gregory Parr**
**1301 Penny Lane**
**Kilgore, TX 75662**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.926 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Joy Lancaster Thomas**
**117 Shawnee Point**
**Loudon, TN 37774**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.927 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Joyce Lavarne England**
**1205 Susan Lane #127**
**Fort Worth, TX 76120**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.928 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|

**Joyce Warren Williams**
**306 Guthrie Street**
**Dallas, TX 75224-2822**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.929 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.00 |
|---|---|---|---|

**Joycelyn Brye Edwards**
**16727 Summer Cypress Court**
**Cypress, TX 77429**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.930 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,520.27 |
|---|---|---|---|

**JOYCO Investments, LLC**
**P. O. Box 2104**
**Roswell, NM 88202**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

| 3.931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,215.00 |
|---|---|---|---|

**JOYCO Investments, LLC**
**P. O. Box 2104**
**Roswell, NM 88202**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.932 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,400.00** |
|---|---|---|---|

**JTC Operating, Inc.**
**191 Reno Road**
**Jamestown, LA 71045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4.00** |
|---|---|---|---|

**Juanita Cary**
**31807 County Road 6**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16.00** |
|---|---|---|---|

**Judge Hill, III**
**15331 Kuykendahl Rd Apt 3106**
**Houston, TX 77090-4110**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,792.00** |
|---|---|---|---|

**Judith Hennigan St. John**
**439 Vermont Ave**
**Dayton Beach, FL 32118**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.00** |
|---|---|---|---|

**Judy Ann Walker**
**941 Lynndale Lane**
**Birmingham, AL 35214**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2.00** |
|---|---|---|---|

**Judy Beth Triplet**
**149 Hickory Ridge Road**
**Haynesville, LA 71038**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$766.00** |
|---|---|---|---|

**Judy Crow, LLC**
**900 Pierremont Road, Suite 221**
**Shreveport, LA 71106**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.939 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.90** |
|---|---|---|---|

**Judy Dunn**
**5843 Dunridge Dr.**
**Pace, FL 32571**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$243.00** |
|---|---|---|---|

**Judy Dunn**
**5843 Dunridge Dr.**
**Pace, FL 32571**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**Judy L. Hamby Grant**
**5204 Bradley Lane**
**Arlington, TX 76017**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42.00** |
|---|---|---|---|

**Judy Sharon Smith Shamburger**
**P.O. Box 458**
**Tyler, TX 75710**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6.00** |
|---|---|---|---|

**Judy Warren**
**2000 Highland Road, Apt. 1209**
**Dallas, TX 75228**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**Julia S. Mays**
**305 N. Louise Street**
**Atlanta, TX 75551-2237**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$423.00** |
|---|---|---|---|

**Jura-Search, Inc.**
**P.O. Box 320426**
**Flowood, MS 39232**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.946 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,198.40** |
|---|---|---|---|

**K&T Welding Services, LLC**
**Timothy J. Beech**
**177 Masonite Lake Road**
**Laurel, MS 39443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**K. C. Brye**
**P.O. Box 36855**
**Indianapolis, IN 46236**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,497.61** |
|---|---|---|---|

**K.C. Whittemore**
**C/O CA Whittemore**
**10 Mason Pond Place**
**Spring, TX 77381**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.949 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,632.00** |
|---|---|---|---|

**K.C. Whittemore**
**C/O CA Whittemore**
**10 Mason Pond Place**
**Spring, TX 77381**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$157.00** |
|---|---|---|---|

**Kaiser-Francis Oil Company**
**Dept. 637**
**Tulsa, OK 74182**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |
|---|---|---|---|

**Kalinec Enterprises, Inc**
**Attn: Brian Kalinec**
**1341 Heights Blvd**
**Houston, TX 77008**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Karen Susanne Parr**
**8615 W. Goforth Road**
**Kilgore, TX 75662**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.953 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|

Karen W. Rossie
219 Falls Crossing
Madison, MS 39110

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.954 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.00 |
|---|---|---|---|

Karleen Howard Neill
56 North Maple Street
Hadley, MA 01035

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.955 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Kate Eggleston
8851 Flattop Street
Arvada, CO 80007

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.956 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.00 |
|---|---|---|---|

Katherine A. Dunlap
6804 Poco Drive
Parker, TX 75002

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.957 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.00 |
|---|---|---|---|

Katherine Ann Hebert
210 Bodet Lane
Covington, LA 70433

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.00 |
|---|---|---|---|

Katherine Birch Wilkinson
9608 Bobwhite Terrace
Pensacola, FL 32514

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $307.00 |
|---|---|---|---|

Katherine E. McMillan Owens
P.O. Box 1229
Brewton, AL 36427

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

Katherine Holmes Straughn
5003 Damascus Road
Brewton, AL 36426

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

| 3.961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42.00** |
|---|---|---|---|

Katherine Kashae Samuel
636 Northchester Lane
Lafayette, IN 47909

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

| 3.962 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |
|---|---|---|---|

Kathleen Ellis McCulloch
P.O. Box 8513
Jacksonville, TX 75766

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

| 3.963 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

Katie Drakeford
1404 West 73rd St
Chicago, IL 60636

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

| 3.964 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,462.00** |
|---|---|---|---|

Kay Mitchell
PO Box 3843
Milton, FL 32572-3843

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

| 3.965 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,866.49** |
|---|---|---|---|

KCS Automation, LLC
4 Portofino Drive
Unit 1103
Pensacola Beach, FL 32561

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

| 3.966 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$607,699.30** |
|---|---|---|---|

Kelley Brothers Contractors, Inc.
P.O. Drawer 1079
Waynesboro, MS 39367

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.967 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Kelley Leigh Berger Vento**
**PO Box 9573**
**Monroe, LA 71211**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.968 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7.00 |
|---|---|---|---|

**Kelly Stevens**
**2425 Culkin Road**
**Vicksburg, MS 39183**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.969 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.00 |
|---|---|---|---|

**Kelly Walker**
**PO Box 6496**
**Tyler, TX 75711**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.970 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.00 |
|---|---|---|---|

**Kelsey Anne G. Bryant Trust**
**c/o Douglas Seidenburg, Trustee**
**P.O. Box 1197**
**Laurel, MS 39441**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.971 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $760.12 |
|---|---|---|---|

**Kelton Company, L.L.C.**
**Attn: Thomas W. Sylte, Manager**
**P.O. Box 230**
**Pensacola, FL 32591**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,315.00 |
|---|---|---|---|

**Kelton Company, L.L.C.**
**Attn: Thomas W. Sylte, Manager**
**P.O. Box 230**
**Pensacola, FL 32591**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.00 |
|---|---|---|---|

**Kennedy Minerals, Ltd.**
**500 West Texas, Suite 655**
**Midland, TX 79701**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.974 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.00** |
|---|---|---|---|

**Kenneth Hawkins, Sr.**
**414 Preston Boulevard, Apt. 267**
**Bossier City, LA 71111**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.975 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.00** |
|---|---|---|---|

**Kenneth M. Funk**
**181 Fremont Street, Unit 55C**
**San Francisco, CA 94105-2293**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.976 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.00** |
|---|---|---|---|

**Kenneth R. Walters**
**328 Clark Cemetery Road**
**Laurel, MS 39443**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.977 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11.00** |
|---|---|---|---|

**Kenneth Williams**
**1326 Cheyenne Road**
**Lewisville, TX 75067**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.978 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74.00** |
|---|---|---|---|

**Kent E. Burress**
**3740 State Hwy 92**
**Chickasha, OK 73018**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.979 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37.00** |
|---|---|---|---|

**Kernon De-Vaughn Brye, Sr.**
**6531 Allyn Way**
**Pensacola, FL 32504**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.980 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.00** |
|---|---|---|---|

**Kerrick Franklin**
**195 Hedges Street**
**Mansfield, OH 44902**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**Kestrel Royalty LLC**
**7844 South Espana Way**
**Centennial, CO 80016**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Kevin P. Davis**
**37521 Lilacview Avenue**
**Palmdale, CA 93550**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $559.00 |
|---|---|---|---|

**Key Energy Services, Inc.**
**d/b/a Key Energy Services, LLC**
**P.O. Box 4649**
**Houston, TX 77210-4649**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.00 |
|---|---|---|---|

**Key Rite Security**
**5570 East Yale Avenue**
**Denver, CO 80222**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,901.90 |
|---|---|---|---|

**Keystone Engineering, Inc.**
**1100 West Causeway Approach**
**Mandeville, LA 70471**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**Khloe S. Pry, a minor**
**c/o Kristen S. Pry**
**11325 Timberland Dr S**
**Wilmer, AL 36587**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,315.00 |
|---|---|---|---|

**Kidd Production, Ltd.**
**102 North College, Suite 106**
**Tyler, TX 75702**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.988 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Kiesha Wright Johnson**
**1417 Rosemount St.**
**Clinton, MS 39056**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.989 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Kim Anderson**
**7349 Greywood Drive**
**Shreveport, LA 71107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.990 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Kim Roscoe Wiggins**
**13606 Summit Ridge Drive**
**Houston, TX 77085**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.991 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Kimberly Goodman**
**4750 Montclair Hill Lane**
**Fresno, TX 77545**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.992 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Kimberly Sue Roberts Middleton**
**107 Chipmunk Avenue**
**Stigler, OK 74462**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**King Oil, LLC**
**c/o Robert E. Braswell, Manager**
**416 Travis Street**
**Ste 1100**
**Shreveport, LA 71101-5504**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.994 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,184.84 |
|---|---|---|---|

**Kingston, LLC**
**2790 South Thompson Street Suite 102**
**Springdale, AR 72764**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.995 | **Nonpriority creditor's name and mailing address**<br>**Kingston, LLC**<br>**2790 South Thompson Street Suite 102**<br>**Springdale, AR 72764**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Revenue__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$23,567.00** |
|---|---|---|---|
| 3.996 | **Nonpriority creditor's name and mailing address**<br>**Kirk Weaver Contract Pumping, Inc.**<br>**P.O. Box 385**<br>**Beckville, TX 75631**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$750.00** |
| 3.997 | **Nonpriority creditor's name and mailing address**<br>**Kirkiez LLC**<br>**3073 Red Deer Trail**<br>**Lafayette, CO 80026**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Cash Call Advance__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,493.34** |
| 3.998 | **Nonpriority creditor's name and mailing address**<br>**KKS Oil & Gas, Ltd.**<br>**4532 Arcady Ave.**<br>**Dallas, TX 75205**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Revenue__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$91.00** |
| 3.999 | **Nonpriority creditor's name and mailing address**<br>**Kleinfelder, Inc.**<br>**P.O. Box 51958**<br>**Los Angeles, CA 90051-6258**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$40,770.00** |
| 3.100<br>0 | **Nonpriority creditor's name and mailing address**<br>**Klondike Oil and Gas, L.P.**<br>**Attn: James O. Stephens, Manager**<br>**7720 Old Canton Road, Suite C-2**<br>**Madison, MS 39110**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Revenue__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,791.00** |
| 3.100<br>1 | **Nonpriority creditor's name and mailing address**<br>**KMR Investments LLC**<br>**Attn: Tim Brown**<br>**PO Box 417**<br>**Homer, LA 71040-0417**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Cash Call Advance__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$371.16** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.100 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34,030.00** |
|---|---|---|---|
| | **KMR Investments LLC**<br>**Attn: Tim Brown**<br>**PO Box 417**<br>**Homer, LA 71040-0417** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21.00** |
|---|---|---|---|
| | **Knight Petroleum, LP**<br>**3303 Hillpark Lane**<br>**Carollton, TX 75007** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$142,580.35** |
|---|---|---|---|
| | **Kodiak Gas Services, LLC**<br>**P.O. Box 732235**<br>**Dallas, TX 75373-2235** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12.00** |
|---|---|---|---|
| | **Kristin S. Pry**<br>**11325 Timberland Dr S**<br>**Wilmer, AL 36587** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$363,410.53** |
|---|---|---|---|
| | **Kudzu Oil Properties, LLC**<br>**300 Concourse Blvd, Suite 101**<br>**Ridgeland, MS 39157** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Cash Call Advance | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$53,670.00** |
|---|---|---|---|
| | **Kudzu Oil Properties, LLC**<br>**300 Concourse Blvd, Suite 101**<br>**Ridgeland, MS 39157** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| | |
|---|---|
| Debtor | **Sklar Exploration Company, LLC** |
| | Name |

Case number (if known)  **20-12377-EEB**

---

**3.100 8**

**Nonpriority creditor's name and mailing address**
**Kwazar Resources, LLC**
**P.O. Box 7417**
**Spanish Fort, AL 36577**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

$16,517.00

---

**3.100 9**

**Nonpriority creditor's name and mailing address**
**Kyle Schommer**
**4600 Campus Street**
**Ventura, CA 93003**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

$235.00

---

**3.101 0**

**Nonpriority creditor's name and mailing address**
**L & L Process Solutions, Inc.**
**3748 Industrial Park**
**Mobile, AL 36693**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

$3,615.31

---

**3.101 1**

**Nonpriority creditor's name and mailing address**
**L. R. Fitzgerald**
**1265 Capilano Dr.**
**Shreveport, LA 71106**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

$51.00

---

**3.101 2**

**Nonpriority creditor's name and mailing address**
**L.D. Williams**
**16125 Cypress Valley Drive**
**Cypress, TX 77429**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

$42.00

---

**3.101 3**

**Nonpriority creditor's name and mailing address**
**Lafayette Ellis**
**2922 West 73rd Street**
**Los Angeles, CA 90043**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (*if known*) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.101 4**

**Nonpriority creditor's name and mailing address**

**Lake Investment Production**
**Cindy Lake Gerhart**
**PO Box 2134**
**Austin, TX 78768-2134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$192.00**

---

**3.101 5**

**Nonpriority creditor's name and mailing address**

**Lake Ronel Oil Co**
**PO Box 179**
**Tyler, TX 75710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$384.00**

---

**3.101 6**

**Nonpriority creditor's name and mailing address**

**Lamancha Investments II, LLC**
**P.O. Box 320566**
**Flowood, MS 39232**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

**3.101 7**

**Nonpriority creditor's name and mailing address**

**Lamont Oliver**
**511 North Queen Street Apt. 2K**
**Kinston, NC 28501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

**3.101 8**

**Nonpriority creditor's name and mailing address**

**Lamonte Warren**
**3001 Tembrooke Drive**
**Dallas, TX 95350**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

**3.101 9**

**Nonpriority creditor's name and mailing address**

**Landmark Exploration, LLC**
**P.O. Box 12004**
**Jackson, MS 39236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$178,461.04**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.102 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57,856.00** |
|---|---|---|---|

**Landmark Exploration, LLC**
**P.O. Box 12004**
**Jackson, MS 39236**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Landmark Oil and Gas, LLC**
**P.O. Box 12004**
**Jackson, MS 39236**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Notice Purposes__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57,094.00** |
|---|---|---|---|

**Landmark Oil and Gas, LLC**
**P.O. Box 12004**
**Jackson, MS 39236**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,461.21** |
|---|---|---|---|

**Lane Oil & Gas Corporation**
**Attn: Nick Sacco**
**952 Echo Lane, Suite 315**
**Houston, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,408.00** |
|---|---|---|---|

**Lane Oil & Gas Corporation**
**Attn: Nick Sacco**
**952 Echo Lane, Suite 315**
**Houston, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$102.00** |
|---|---|---|---|

**Larrine Brown Garnett**
**1211 Elmwood Street**
**Fort Worth, TX 76104**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| | | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.102 6 | **Nonpriority creditor's name and mailing address** <br> **Larry Don Fite** <br> **19635 Highway 110 South** <br> **Whitehouse, TX 75791** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Revenue** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$4.00** |

| | | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.102 7 | **Nonpriority creditor's name and mailing address** <br> **Larry Dwight Taylor 2012 Irr. Trust** <br> **PO Box 803** <br> **Evergreen, AL 36401** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Revenue** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$391.00** |

| | | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.102 8 | **Nonpriority creditor's name and mailing address** <br> **Larry J. Findley** <br> **32385 County Road 6** <br> **Evergreen, AL 36401** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Revenue** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$7,081.00** |

| | | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.102 9 | **Nonpriority creditor's name and mailing address** <br> **Larry L. Therrell, Jr.** <br> **595 County Road 118** <br> **Shubuta, MS 39360** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Revenue** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$1,110.00** |

| | | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.103 0 | **Nonpriority creditor's name and mailing address** <br> **Larry Lee Wozencraft** <br> **P.O. Box 512** <br> **Lucedale, MS 39452-0512** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Revenue** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$1.00** |

| | | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.103 1 | **Nonpriority creditor's name and mailing address** <br> **Larry Reid Powell** <br> **19423 Hoo Shoo Too Road** <br> **Baton Rouge, LA 70817** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Revenue** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$2.00** |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.103 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Larry Wright**
**905 Copeland Drive**
**Hinesville, GA 31313**

■ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.103 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98.99** |
|---|---|---|---|

**LaserCycle USA**
**528 South Taylor Avenue**
**Louisville, CO 80027-3030**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.103 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Lashawna Scott**
**2811 Exterior Street**
**#14-H**
**Bronx, NY 10463**

■ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.103 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Latasha Scott**
**34 Sumner Ave Apt 316**
**Springfield, MA 01108**

■ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.103 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26.00** |
|---|---|---|---|

**Laura Ann Alexander Sawyer**
**346 Sadie Douglas Lane**
**Shreveport, LA 71106**

■ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.103 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Laura Gallagher**
**811 Fox Run Apartment One**
**Lafayette, LA 70508**

■ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | | Case number (if known) | 20-12377-EEB |
|---|---|---|---|---|
| | Name | | | |

---

**3.103 8**

**Nonpriority creditor's name and mailing address**

**Laura Louise Parr**
**3406 Valley Forge Dr.**
**Sachse, TX 75048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ☑ No ☐ Yes

$6.00

---

**3.103 9**

**Nonpriority creditor's name and mailing address**

**Laura Torrans**
**7617 Greenfield Avenue**
**Louiseville, KY 40214**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ☑ No ☐ Yes

$162.00

---

**3.104 0**

**Nonpriority creditor's name and mailing address**

**Lawrence Brye**
**2397 Spring Hill Road**
**Evergreen, AL 36401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ☑ No ☐ Yes

$19.00

---

**3.104 1**

**Nonpriority creditor's name and mailing address**

**Lawrence E. Holland**
**9115 Southeast 54th Street**
**Mercer Island, WA 98040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ☑ No ☐ Yes

$385.00

---

**3.104 2**

**Nonpriority creditor's name and mailing address**

**Lawrence M. Cushman Trust**
**Lawrence M. Cushman, Trustee**
**591 Camino de la Reina, Suite 900**
**San Diego, CA 92108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Cash Call Advance

Is the claim subject to offset? ☑ No ☐ Yes

$4,576.90

---

**3.104 3**

**Nonpriority creditor's name and mailing address**

**Lawrence M. Cushman Trust**
**Lawrence M. Cushman, Trustee**
**591 Camino de la Reina, Suite 900**
**San Diego, CA 92108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ☑ No ☐ Yes

$661.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.104<br>4 | **Nonpriority creditor's name and mailing address**<br>**LCJ Resources, LLC**<br>**Attn: Chris Wilde**<br>**1250 N.E. Loop 410 STE 333**<br>**San Antonio, TX 78209** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$7,466.71** |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Cash Call Advance_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.104<br>5 | **Nonpriority creditor's name and mailing address**<br>**Leah J. Loflin**<br>**PO Box 5910**<br>**Gulf Shores, AL 36547** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$35.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Revenue_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.104<br>6 | **Nonpriority creditor's name and mailing address**<br>**Leah Jane Alexander Anders**<br>**110 East Frenchman's Bend**<br>**Monroe, LA 71203** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$26.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Revenue_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.104<br>7 | **Nonpriority creditor's name and mailing address**<br>**Leanne D. Ford**<br>**516 Heatherstone Court**<br>**Ridgeland, MS 39157-2908** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$716.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Revenue_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.104<br>8 | **Nonpriority creditor's name and mailing address**<br>**Leathia Walden**<br>**8341 Ranger Dr**<br>**Pensacola, FL 32534** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$32.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Revenue_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.104<br>9 | **Nonpriority creditor's name and mailing address**<br>**Lechwe LLC**<br>**P.O. Box 270415**<br>**Houston, TX 77277** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$112,603.71** |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Cash Call Advance_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.105 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134,986.00 |
|---|---|---|---|

**Lechwe LLC**
P.O. Box 270415
Houston, TX 77277

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.105 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|

**Lee Radin Moore**
13906 Highway 151
Arcadia, LA 71001

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.105 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,017.00 |
|---|---|---|---|

**LeFrak Energy Investors, L.P.**
1301 McKinney, Ste 3150
Houston, TX 77010

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.105 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $543.00 |
|---|---|---|---|

**Leo Lawrence Bryant**
7550 Sterling Drive
Oakland, CA 94605

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.105 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.00 |
|---|---|---|---|

**Leo Williams, Sr. and
Ida Faye Williams**
1559 Blue Ridge Road
Gibsland, LA 71028

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.105 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92.00 |
|---|---|---|---|

**Leola M. Warren**
Route 3 Box 937
Tyler, TX 75705

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|--------|--------------------------------|------------------------|--------------|
|        | Name                           |                        |              |

| 3.105<br>6 | **Nonpriority creditor's name and mailing address**<br>**Leon Samuel**<br>13531 S. Doty Ave. #33<br>Hawthorne, CA 90250<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Revenue<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$75.00** |
|---|---|---|

| 3.105<br>7 | **Nonpriority creditor's name and mailing address**<br>**Leondard E. Williams**<br>2510 Norfolk Road<br>Orlando, FL 32803-1343<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Revenue<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,796.00** |

| 3.105<br>8 | **Nonpriority creditor's name and mailing address**<br>**Leotis Hardie**<br>4032 Galbrath Drive<br>North Highlands, CA 95660<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Revenue<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2.00** |

| 3.105<br>9 | **Nonpriority creditor's name and mailing address**<br>**Lesa Ellen Ralls Johnson**<br>625 S. Cleveland Ave.<br>Brookhaven, MS 39601<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Revenue<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,030.00** |

| 3.106<br>0 | **Nonpriority creditor's name and mailing address**<br>**Lesie A. Shaw, deceased**<br>1210 Crawford St, Apt 504<br>Arcadia, LA 71001-6564<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Revenue<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$79.00** |

| 3.106<br>1 | **Nonpriority creditor's name and mailing address**<br>**Leticia Drakeford**<br>14239 Jib Street<br>Unit 31<br>Laurel, MD 20707<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Revenue<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3.00** |

EXHIBIT 5

| | | | |
|---|---|---|---|
| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
| | Name | | |

---

| 3.106 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Liberty Supply, Inc.**
**P.O. Box 489**
**Magnolia, AR 71754-0489**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$1,096.00**

---

| 3.106 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lichelle Drakeford**
**716 Euclid Street**
**Mobile, AL 36606**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.106 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lillian Clark - DECEASED**
**944 Cedar St.**
**Gibsland, LA 71028**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| 3.106 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lillie F. Williams Langston**
**2061 Pennington Gap**
**Memphis, TN 38134**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

| 3.106 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lillie Harvey**
**894 Roger Place, Apt. 1-D**
**Bronx, NY 10459**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

| 3.106 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lillie Jones**
**4004 Keys Avenue**
**Brighton, AL 35020**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.106 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Linda & Bertha M. Johnson Life Estate**
**1700 West Seventh Street**
**Tyler, TX 75701**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33.00** |
|---|---|---|---|

**Linda F. Lawrence**
**9140 Linscomb Road**
**Orange, TX 77632**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Linda Gayle Baremore,**
**Troy Baremore**
**2692 Jackson Drive**
**Haynesville, LA 71038**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Linda Hill Sneed**
**1734 Thornhollow Drive**
**Houston, TX 77014**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22.00** |
|---|---|---|---|

**Linda R Wiggins**
**PO Box 503**
**Peterman, AL 36471**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$558.00** |
|---|---|---|---|

**Linder Family Partnership Ltd.**
**John Linder**
**100 Independence Pl Ste 307**
**Tyler, TX 75703**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|

Name

**3.107 4**

**Nonpriority creditor's name and mailing address**
**Liquid Gold Well Service, Inc.**
**P.O. Box 757**
**Cut Bank, MT 59427**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt 

Is the claim subject to offset? ■ No ☐ Yes

$90,775.02

**3.107 5**

**Nonpriority creditor's name and mailing address**
**Lisa D. Nordmeyer**
**704 Edgewood Dr.**
**Brewton, AL 36426**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue 

Is the claim subject to offset? ■ No ☐ Yes

$76.00

**3.107 6**

**Nonpriority creditor's name and mailing address**
**Lisa Downing Heaton**
**460 N. Hereford Lane**
**Madison, IN 47250**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue 

Is the claim subject to offset? ■ No ☐ Yes

$698.00

**3.107 7**

**Nonpriority creditor's name and mailing address**
**Lisa G. Johnson**
**2230 West Welsh Drive**
**Lancaster, TX 75146**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue 

Is the claim subject to offset? ■ No ☐ Yes

$5.00

**3.107 8**

**Nonpriority creditor's name and mailing address**
**Lisa Williamson Frost**
**6170 S Vergos Dr**
**Eight Mile, AL 36613**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue 

Is the claim subject to offset? ■ No ☐ Yes

$23.00

**3.107 9**

**Nonpriority creditor's name and mailing address**
**Lisless Warren Anderson**
**629 North Confederate Avenue**
**Tyler, TX 75702**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue 

Is the claim subject to offset? ■ No ☐ Yes

$5.00

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.108 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.00 |
|---|---|---|---|

**LJS Real Estate & Minerals, LLC**
**P.O. Box 906**
**El Campo, TX 77437**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $64.00 |
|---|---|---|---|

**LLY Oil & Gas LLC**
**First Financial Trust Asset**
**PO Box 701**
**Abilene, TX 79604**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Lodene W. Janney**
**P.O. Box 424**
**Red River, NM 87558**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|---|

**Lola M. Jones**
**1700 West Seventh Street**
**Tyler, TX 75701**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9.00 |
|---|---|---|---|

**Loletha Walker McCloud**
**45 Martin Lane**
**Seabrook, SC 29940**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,221.80 |
|---|---|---|---|

**Lonewolf Energy, Inc.**
**P.O. Box 81026**
**Billings, MT 59108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

EXHIBIT 5

| | |
|---|---|
| Debtor | **Sklar Exploration Company, LLC** |
| | Name |

Case number (if known) **20-12377-EEB**

---

**3.108 6**

**Nonpriority creditor's name and mailing address**

**Longleaf Energy Group, Inc.**
**P.O. Box 809**
**Brewton, AL 36427**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$1,916.00

---

**3.108 7**

**Nonpriority creditor's name and mailing address**

**Lonnie Pearson**
**P.O. Box 230**
**Gibsland, LA 71027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$9.00

---

**3.108 8**

**Nonpriority creditor's name and mailing address**

**Lorenzo Brye**
**15580 Pennsylvania Street**
**Southfield, MI 48075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$8.00

---

**3.108 9**

**Nonpriority creditor's name and mailing address**

**Lou Porter McCrary Estate**
**1335 Paseo Del Pueblo Sur#136**
**Taos, NM 87571**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$371.00

---

**3.109 0**

**Nonpriority creditor's name and mailing address**

**Louella D. Ellis**
**2922 West 73rd Street**
**Los Angeles, CA 90043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.109 1**

**Nonpriority creditor's name and mailing address**

**Louis Dorfman**
**10440 N Central Expressway**
**Suite 824**
**Dallas, TX 75231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$1,317.00

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.109 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Louisiana - Edwards Tower Louisiana Tower Operating LLC**
7020 Solutions Center
Chicago, IL 60677-7000

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Louisiana One Call System**
P.O. Box 40715
Baton Rouge, LA 70835-0715

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$1.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**LOUMARV LLC**
2727 Kirby Dr #19F
Houston, TX 77098

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Louria D. W. Washington**
2030 Brookhaven Club Drive, No. 1589
Addison, TX 75244

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$1.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lovelace Properties, LLC**
Barbara L. Burton, Managing Partner
3263 Dell Road
Birmingham, AL 35223

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$323.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lucas Petroleum Group, Inc.**
327 Congress Avenue, Suite 500
Austin, TX 78701-3656

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$321,059.25**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lucas Petroleum Group, Inc.**
327 Congress Avenue, Suite 500
Austin, TX 78701-3656

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$48,580.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.109 9**

Nonpriority creditor's name and mailing address

**Lufkin Industries, Inc.**
P.O. Box 301199
Dallas, TX 75303-1199

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$3,727.86**

---

**3.110 0**

Nonpriority creditor's name and mailing address

**Lula Mae Sells**
2508 47th Street
Lubbock, TX 79413

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

**3.110 1**

Nonpriority creditor's name and mailing address

**Lupita Watson**
1217 Tower Lane
Evergreen, AL 36401

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$14.00**

---

**3.110 2**

Nonpriority creditor's name and mailing address

**Lynne Edmondson**
635 Sharps Cove Rd
Gurley, AL 35748

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

**3.110 3**

Nonpriority creditor's name and mailing address

**Lynnessa Warren**
Address Unverified

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

**3.110 4**

Nonpriority creditor's name and mailing address

**M. Johnson Investment PTN I**
100 S. Eola Drive
PH 215
Orlando, FL 32801

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$2,599.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (*if known*) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.110 5 | | | $37.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**M. Robert Blakeney GF Trust**
**c/o Robert Blakeney**
**3811 Normandy Avenue**
**Dallas, TX 75205**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 6 | | | $50.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**M. Steven Moehle**
**& Betty Linda Moehle**
**1042 Fort Pickens Road**
**Pensacola, FL 32561**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 7 | | | $251.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**M. Travis Holzborn**
**18 General Canby Drive**
**Spanish Fort, AL 36527**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 8 | | | $19.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mae Adele Tait Sharp**
**PO Box 64**
**Okay, OK 74446**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 9 | | | $7.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maggie Lou Warren**
**3001 Tembrooke Drive**
**Modesta, CA 95350**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 0 | | | $73.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Majinice Seals**
**by Mattie Samuel**
**25 Corey Lane**
**Princeton, KY 42445**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.111 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11.27 |
|---|---|---|---|
| | **Marco Land & Petroleum, Inc.** | ■ Contingent | |
| | **Attn: Mr. Cosby H. Martin, Jr.** | ■ Unliquidated | |
| | **2811 Keego Road** | ☐ Disputed | |
| | **Brewton, AL 36426** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Cash Call Advance__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $582.00 |
|---|---|---|---|
| | **Marco Land & Petroleum, Inc.** | ■ Contingent | |
| | **Attn: Mr. Cosby H. Martin, Jr.** | ■ Unliquidated | |
| | **2811 Keego Road** | ☐ Disputed | |
| | **Brewton, AL 36426** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4.00 |
|---|---|---|---|
| | **Marcus Jones** | ■ Contingent | |
| | **82 Ted Court** | ■ Unliquidated | |
| | **Evergreen, AL 36401** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|---|
| | **Marcus William Blair** | ■ Contingent | |
| | **718 Whitney Dr** | ■ Unliquidated | |
| | **Pensacola, FL 32503** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $32.00 |
|---|---|---|---|
| | **Margaret Ann Skiles** | ■ Contingent | |
| | **730 Barksdale Street** | ■ Unliquidated | |
| | **Pensacola, FL 32514** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |
|---|---|---|---|
| | **Margaret Long** | ■ Contingent | |
| | **26214 Garrett Lane** | ■ Unliquidated | |
| | **Orange Beach, AL 33962** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.111 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.00** |
|---|---|---|---|

**Margaret Ruth Rule,**
**wife of Robert N. Rule, Jr.**
**3621 Centenary**
**Dallas, TX 75225**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |
|---|---|---|---|

**Margaret S. Smith**
**10 Via Del Sud**
**Tustin, CA 92680**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Margo Jordan**
**526 East Regent Street**
**Inglewood, CA 90301-1322**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Marie A. LaButti**
**7 Hildreth Drive**
**St. Augustine, FL 32084**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00** |
|---|---|---|---|

**Marilyn Rae and Paul J. Taormina**
**4765 Highway 18 West**
**Quitman, MS 39355**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$327.00** |
|---|---|---|---|

**Marita B. Snyder**
**4221 Lorraine Ave**
**Dallax, TX 75205**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.112 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,328.00 |
|---|---|---|---|

**Marjorie Rabun Woodell, deceased**
**136 Palmetto Street**
**Perry, FL 32348**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $38.00 |
|---|---|---|---|

**Marjorlene J. Terrell**
**HC 65 Box 1**
**Cransfills Gap, TX 76637**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Mark A. Dotson**
**328 East 122nd Street**
**Los Angeles, CA 90061**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**Mark A. Roberts**
**8155 East Kings Hwy**
**Shreveport, LA 71115**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**Mark H. Manes**
**P.O. Box 218**
**Hewitt, TX 76643**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|---|

**Mark Raley**
**134 Junaluska Dr.**
**Woodstock, GA 30188**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.112 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106,275.33 |
|---|---|---|---|

**Marksco, L.L.C.**
**Attn: Mark Sealy**
**333 Texas Street, Suite 1050**
**Shreveport, LA 71101**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,789.00 |
|---|---|---|---|

**Marksco, L.L.C.**
**Attn: Mark Sealy**
**333 Texas Street, Suite 1050**
**Shreveport, LA 71101**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.00 |
|---|---|---|---|

**Marlin Exploration, LLC**
**P.O. Box 1367**
**Shreveport, LA 71164-1367**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84.00 |
|---|---|---|---|

**Marsha Elaine Dupree Talton**
**18249 FM 756**
**Whitehouse, TX 75791**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |
|---|---|---|---|

**Marston Timber LLC**
**P.O. Box 1932**
**Shreveport, LA 71166**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|---|

**Martha A. Perkins**
**P.O. box 87**
**Evergreen, AL 36401**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.113 5 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Martha B. Robinson**
**3615 Montrose Rd**
**Mountain Brk, AL 35213**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

| 3.113 6 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Martha Drakeford**
**c/o Alfonza Jackson, POA**
**2701 Godwin Lane**
**Pensacola, FL 32526**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

| 3.113 7 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Martha Jane McAfee**
**221 Bryn Mawr Circle**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| 3.113 8 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Martha McKenzie**
**1771 Country Club Rd**
**Eufaula, AL 36027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$7,613.00**

---

| 3.113 9 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Martha Ruth Johnson**
**11202 Balcones Woods Cove**
**Austin, TX 78759**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

| 3.114 0 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marty Cherry Enteprise LLC**
**P.O. Box 370**
**Fouke, AR 71837**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,475.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.114<br>1 | **Nonpriority creditor's name and mailing address**<br>**Marvin Robert Blakeney Trust No. 7453-03**<br>**Rep. Nat'l Bank & Fred Tucker Jr Trstees**<br>**P.O. Box 241**<br>**Dallas, TX 75221** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$62.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114<br>2 | **Nonpriority creditor's name and mailing address**<br>**Mary Ann Christie**<br>**907 Chisholm Valley Drive**<br>**Round Rock, TX 78664** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$1.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114<br>3 | **Nonpriority creditor's name and mailing address**<br>**Mary Ann Furguson**<br>**4558 Papaya Drive**<br>**Columbus, GA 31909** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$2.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114<br>4 | **Nonpriority creditor's name and mailing address**<br>**Mary Ann Mack**<br>**308 Shallow Creek Road**<br>**Tuscaloosa, AL 35406** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$1,210.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114<br>5 | **Nonpriority creditor's name and mailing address**<br>**Mary B. Andrews**<br>**and William Patrick Andrews**<br>**703 Landview Drive**<br>**Dothan, AL 36301** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$31.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114<br>6 | **Nonpriority creditor's name and mailing address**<br>**Mary Brye**<br>**3504 Shepherd Path**<br>**Decatur, GA 30034** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$3.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.114 7**

**Nonpriority creditor's name and mailing address**

**Mary D. Jones**
**27167 County Road 6**
**Evergreen, AL 36401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$3.00**

---

**3.114 8**

**Nonpriority creditor's name and mailing address**

**Mary Edna Brown**
**P.O. Box 346**
**French Lick, IN 47432**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$1.00**

---

**3.114 9**

**Nonpriority creditor's name and mailing address**

**Mary Etna Jackson Brown**
**1308 North Nursery No. 216**
**Irving, TX 75061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$21.00**

---

**3.115 0**

**Nonpriority creditor's name and mailing address**

**Mary Footman**
**Deceased**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$66.00**

---

**3.115 1**

**Nonpriority creditor's name and mailing address**

**Mary Frances Nelson Joyner**
**103 Pinecrest Drive**
**Arcadia, LA 71001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$35.00**

---

**3.115 2**

**Nonpriority creditor's name and mailing address**

**Mary Francis Harris**
**1521 Meadow Valley Lane**
**Dallas, TX 75232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

**$78.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.115 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|---|

**Mary Helen Crittenden**
**64 Willowcrest Drive**
**Windsor, CT 06095**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $74.00 |
|---|---|---|---|

**Mary Jane Ray Ridgway**
**362 St. Andrews Drive**
**Jackson, MS 39211**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $131.00 |
|---|---|---|---|

**Mary Jeanette Reynolds Wimberly**
**422 Wellington Court**
**Shreveport, LA 71115**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $22.00 |
|---|---|---|---|

**Mary Jo Clements-Balas**
**117 Swan Drive**
**Eatonton, GA 31024-1375**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13.00 |
|---|---|---|---|

**Mary Jo Hyde Thompson**
**101 Fairview Drive**
**Enterprise, AL 36330**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28.00 |
|---|---|---|---|

**Mary Joyce Pettus West**
**8323 10th Avenue, South**
**Birmingham, AL 35206**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.115 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $196.00 |
|---|---|---|---|
| | **Mary Katherine Jones**<br>**4432 County Road 11**<br>**Repton, AL 36475** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Revenue__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.116 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|---|
| | **Mary L. Green**<br>**92 M&K Lane**<br>**Evergreen, AL 36401** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Revenue__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.116 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|---|
| | **Mary Lee & Bertha M. Johnson Life Estate**<br>**1700 West Seventh Street**<br>**Tyler, TX 75701** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Revenue__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.116 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.00 |
|---|---|---|---|
| | **Mary Lou Powell McCants**<br>**1301 Pecan Square**<br>**Bossier City, LA 71112** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Revenue__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.116 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,546.00 |
|---|---|---|---|
| | **Mary P. Mahoney**<br>**2187 Webbing Drive**<br>**Cordova, TN 38016** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Revenue__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.116 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.00 |
|---|---|---|---|
| | **Mary Paul Duval Ross**<br>**Box 235**<br>**Merrickville, ON KOG 1NO** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Revenue__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.116 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$128.00** |
|---|---|---|---|

**Mary W. Rustin**
**417 County Road 118**
**Shubuta, MS 39360**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.116 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Mary Y. Wright**
**1461 West 103rd Street**
**Los Angeles, CA 90047**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.116 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4.00** |
|---|---|---|---|

**Maryland Ruth Starling**
**1309 Parkview Drive**
**Tyler, TX 75703**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.116 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,584.02** |
|---|---|---|---|

**Masco Wireline, Inc.**
**P.O. Box 2726**
**Laurel, MS 39442-2726**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.116 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32.00** |
|---|---|---|---|

**Mattie Charley**
**2115 W. Laura St.**
**Pensacola, FL 32505**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.117 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Mattie Samuel**
**25 Corey Lane**
**Princeton, KY 42445**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

| 3.117 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59.00 |
|---|---|---|---|

**Maurice Seals**
**by Mattie Samuel**
**25 Corey Lane**
**Princeton, KY 42445**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |
|---|---|---|---|

**Max C. Johnson**
**P.O. Box 111**
**Midfield, TX 77458**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.00 |
|---|---|---|---|

**MBR Oil & Gas #1 Ltd.**
**P.O. Box 513**
**Miolano, TX 79702**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $227.34 |
|---|---|---|---|

**McAdams Propane Company**
**P.O. Box 1715**
**Center, TX 75935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |
|---|---|---|---|

**McClendon & Associates Inc.**
**Frank McClendon, Jr.**
**203 Lansdowne Terrace**
**Tyler, TX 75703**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,336.84 |
|---|---|---|---|

**McCombs Energy Ltd., LLC**
**755 East Mulberry Ave, Suite 600**
**San Antonio, TX 78212**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Cash Call Advance

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

**3.117 7**

**Nonpriority creditor's name and mailing address**
**McCombs Energy Ltd., LLC**
**755 East Mulberry Ave, Suite 600**
**San Antonio, TX 78212**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$356,235.00**

---

**3.117 8**

**Nonpriority creditor's name and mailing address**
**McCombs Exploration, LLC**
**750 East Mulberry Suite 403**
**San Antonio, TX 78212**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$75,860.00**

---

**3.117 9**

**Nonpriority creditor's name and mailing address**
**McCurry, Tim**
**219 Millerton Road**
**Haynesville, LA 71038**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$400.00**

---

**3.118 0**

**Nonpriority creditor's name and mailing address**
**McDavid, Noblin & West PLLC**
**248 East Capital Street**
**Suite 840**
**Jackson, MS 39201**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$48,699.12**

---

**3.118 1**

**Nonpriority creditor's name and mailing address**
**McDowell, Miles**
**418 Lowell Court**
**Shreveport, LA 71107**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.118 2**

**Nonpriority creditor's name and mailing address**
**McLeod Family Trust**
**Jacqueline A, Theresa A &**
**Vicky L McLeod as Trustees**
**6215 Wilchester Lane**
**Beaumont, TX 77706**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$15,596.00**

---

**3.118 3**

**Nonpriority creditor's name and mailing address**
**Mediacom**
**P.O. Box 71219**
**Charlotte, NC 28272-0121**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.118 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $22.00 |
|---|---|---|---|

**Melanie VanZandt Bradford**
**#4 Highfield Cove**
**Little Rock, AR 72211**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $34.00 |
|---|---|---|---|

**Melinda I. Dearman**
**3138 Hidden Haven South**
**San Antonio, TX 78261**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18.00 |
|---|---|---|---|

**Melissa Ann Dyer**
**P.O. Box 353**
**Lawrenceburg, TN 38464**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**Melissa Griggs**
**255 Saint Paul Street**
**Denver, CO 80206**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9.00 |
|---|---|---|---|

**Melissa Hoercher**
**9026 North Court**
**Spanish Fort, AL 36527**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**Melody Gaye Barnes**
**39 Palisades Blvd.**
**Longview, TX 07560-5473**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.119 0 | | | **$1.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Melvin Ford
10205 County Road 395
Tyler, TX 75708-9228

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 1 | | | **$7,220.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Mendoza's Barrier Fence Co.
P.O. Box 388
Brewton, AL 36427

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 2 | | | **$10,888.70** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

MER Energy, Ltd.
6500 Greenville Ave, Ste 110
Dallas, TX 75206

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 3 | | | **$3,921.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

MER Energy, Ltd.
6500 Greenville Ave, Ste 110
Dallas, TX 75206

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 4 | | | **$15.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Merchants Credit Bureau of Savannah
Merchants Credit Bureau, Inc.
P.O. Bxo 458
Augusta, GA 30903

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 5 | | | **$9,420.41** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Mercury Oil Company, LLC
1221 W Campbell Rd
Ste 233
Richardson, TX 75080

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 6 | | | **$98.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Mercury Oil Company, LLC
1221 W Campbell Rd
Ste 233
Richardson, TX 75080

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.119 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Meredith Lynn Noel Day**
**248 Ashley Drive**
**Shreveport, LA 71105**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$338,432.41** |
|---|---|---|---|

**Meritage Energy, Ltd.**
**C/O BKD, LLP**
**2700 Post Oak Blvd, Ste 1500**
**Houston, TX 77056**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,662.00** |
|---|---|---|---|

**Meritage Energy, Ltd.**
**C/O BKD, LLP**
**2700 Post Oak Blvd, Ste 1500**
**Houston, TX 77056**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Merle L. Williams Revocable Trust**
**c/o Carl D. Williams, as Trustee**
**P.O. Box 7429**
**Spanish Fort, AL 36577**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Merrill Properties LLC**
**337 Worth Ave**
**Lafayette, LA 70508**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$992,275.80** |
|---|---|---|---|

**Mesa Fluids, LLC**
**c/o Juno Financial**
**P.O. Box 173928**
**Denver, CO 80217-3928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.120<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,979.00** |
|---|---|---|---|
| | **Mesapro, LLC**<br>**Philip B. Allen, Manager**<br>**4835 S. Peoria Ave. Suite 20**<br>**Tulsa, OK 74105** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Metropolitan Life Insurance Company**<br>**P.O. Box 804466**<br>**Kansas City, MO 64180-4466** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |
|---|---|---|---|
| | **MHM Resources LP**<br>**P.O. Box 202656**<br>**Dallas, TX 75320-2656** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |
|---|---|---|---|
| | **Michael Brian Crookshank**<br>**8401 S 8th St**<br>**Broken Arrow, OK 74011** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|
| | **Michael D. Gollob Oil Company, L.P.**<br>**Mary LaVerne Gollob**<br>**P.O. Box 6653**<br>**Tyler, TX 75711** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,110.00** |
|---|---|---|---|
| | **Michael F. Therrell**<br>**595 County Road 118**<br>**Shubuta, MS 39360** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.120<br>9 | **Nonpriority creditor's name and mailing address**<br>**Michael Houston Taylor**<br>**1621 Southern Draw Drive**<br>**Temple, TX 76502**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Revenue<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$2.00** |

| | | | |
|---|---|---|---|
| 3.121<br>0 | **Nonpriority creditor's name and mailing address**<br>**Michael Johnson**<br>**1308 Brittany Lane**<br>**Odessa, TX 79761-3526**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Revenue<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$17.00** |

| | | | |
|---|---|---|---|
| 3.121<br>1 | **Nonpriority creditor's name and mailing address**<br>**Michael Management, Inc.**<br>**Attn: Mr. M. Timothy Michael**<br>**P.O. Box 922**<br>**Fairhope, AL 36533**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Revenue<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$935.00** |

| | | | |
|---|---|---|---|
| 3.121<br>2 | **Nonpriority creditor's name and mailing address**<br>**Michael Morrissey, III**<br>**458 Broomfield Road**<br>**Tinsley, MS 39176**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Revenue<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$2.00** |

| | | | |
|---|---|---|---|
| 3.121<br>3 | **Nonpriority creditor's name and mailing address**<br>**Michael Warren (minor)**<br>**Rt 25 Box 1170**<br>**Tyler, TX 75705**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Revenue<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$10.00** |

| | | | |
|---|---|---|---|
| 3.121<br>4 | **Nonpriority creditor's name and mailing address**<br>**Michael Wood**<br>**3 Courtland Drive, Apt. 46**<br>**Hattiesburg, MS 39402**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Revenue<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$29.00** |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.121 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
|---|---|---|---|
| | **Michelle Renee Warren Shaw**<br>**1806 Jim Reinthal Court**<br>**Dallas, TX 75217** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Revenue<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,085.26** |
|---|---|---|---|
| | **Mid South Anchor Service, LLC**<br>**P.O. Box 2434**<br>**Laurel, MS 39442** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.00** |
|---|---|---|---|
| | **Midtex Royalty, LP**<br>**P.O. Box 50174**<br>**Midland, TX 07971-0017** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Revenue<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,103.00** |
|---|---|---|---|
| | **Mike Davis**<br>**PO Box 308**<br>**Magnolia, AR 71754** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Revenue<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$299.00** |
|---|---|---|---|
| | **Mike Rogers Oil & Gas, Inc.**<br>**P.O. Box 6783**<br>**Miramar Beach, FL 32550** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Revenue<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,395.00** |
|---|---|---|---|
| | **Mildred Louise Golden**<br>**PO Box 88**<br>**Jay, FL 32565** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Revenue<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.122**
**1**

Nonpriority creditor's name and mailing address
**Minerals Management, Inc.**
**P.O. Box 12788**
**Jackson, MS 39216**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$179.00**

---

**3.122**
**2**

Nonpriority creditor's name and mailing address
**Minnie Carter**
**17 Beach Road**
**Bloomfield, CT 06002**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

**3.122**
**3**

Nonpriority creditor's name and mailing address
**Minnie Drakeford**
**1169 Springhill Road**
**Evergreen, AL 36401**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

**3.122**
**4**

Nonpriority creditor's name and mailing address
**Mississippi Gauge & Supply Co.**
**P.O. Box 2366**
**Laurel, MS 39440**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,049.59**

---

**3.122**
**5**

Nonpriority creditor's name and mailing address
**Mississippi Power**
**P.O. Box 245**
**Birmingham, AL 35201-0245**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,781.41**

---

**3.122**
**6**

Nonpriority creditor's name and mailing address
**MJS Interests, LLC**
**9266 Hathaway Street**
**Dallas, TX 75220**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$2,169.34**

---

**3.122**
**7**

Nonpriority creditor's name and mailing address
**MJS Interests, LLC**
**9266 Hathaway Street**
**Dallas, TX 75220**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$980.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|--------|--------------------------------|------------------------|------------------|
|        | Name                           |                        |                  |

| 3.122 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
|---|---|---|---|

**Mollie Fulcher**
**16211 FM 3083 Apt. 1**
**Conroe, TX 77302-5143**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$211.00** |
|---|---|---|---|

**Molly Leona Brent, Deceased**
**1027 Parker Drive**
**Laurel, MS 39440**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$820.00** |
|---|---|---|---|

**Mona L Schlachter**
**1941 E Branch Hollow**
**Carrollton, TX 75007**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13.00** |
|---|---|---|---|

**Mona Portwood Odom**
**4729 Mira Vista Dr**
**Frisco, TX 75034**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,756.00** |
|---|---|---|---|

**Moncla Slickline, LLC**
**P.O. Box 53688**
**Lafayette, LA 70505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
|---|---|---|---|

**Monica Blair**
**1901 Lennox Dr.**
**Unit 30**
**Sykesville, MA 21784**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| | |
|---|---|
| **Debtor** **Sklar Exploration Company, LLC** | **Case number** *(if known)* **20-12377-EEB** |
| Name | |

| 3.123 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Monica L. Elder**
**236 Jamaica Circle**
**Union City, CA 94587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Monique Bryant**
**P.O. Box 42**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.72** |
|---|---|---|---|

**Mountain Air Enterprises, LLC**
**820 Garrett Drive**
**Bossier City, LA 71111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,042.00** |
|---|---|---|---|

**Mountain Air Enterprises, LLC**
**820 Garrett Drive**
**Bossier City, LA 71111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$837.16** |
|---|---|---|---|

**Murkco Exploration Co., L.L.C.**
**Attn:  Malcolm Murchison**
**401 Edwards Street, Suite 1000**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.90** |
|---|---|---|---|

**Music Mountain Water, LLC**
**P.O. Box 2252**
**Birmingham, AL 35246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Muslow Oil & Gas, Inc.**
**Attn: Mr. Eric C. Weiss**
**330 Marshall Street, Suite 628**
**Shreveport, LA 71101-3687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.124 1**

**Nonpriority creditor's name and mailing address**

**Myrtle C. Fuller, Deceased**
P.O. Box 6286
Shreveport, LA 71136-6286

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,581.00**

---

**3.124 2**

**Nonpriority creditor's name and mailing address**

**N. Neil Davis**
2209 Chasewych Drive #A
Austin, TX 78745

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.124 3**

**Nonpriority creditor's name and mailing address**

**Nancy Johnson McConnell**
1301 Penny Lane
Kilgore, TX 75662-4523

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$17.00**

---

**3.124 4**

**Nonpriority creditor's name and mailing address**

**Nancy Nichols Morris**
5219 Englewood Point Court
Katy, TX 77494

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$1.00**

---

**3.124 5**

**Nonpriority creditor's name and mailing address**

**Nanette Feagin Beck**
8477 Calumet Way
Cincinnati, OH 45249

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$21.00**

---

**3.124 6**

**Nonpriority creditor's name and mailing address**

**Naomi Ione Moran**
Route 2, Box 1170
Teague, TX 75860

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$76.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.124 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $68.00 |
|---|---|---|---|

**Naomi Taylor**
**1009 East Ramsey Avenue**
**Fort Worth, TX 76104**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Natasha Smith**
**2273 Farrington Loop W.**
**Semmes, AL 36575**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,531.00 |
|---|---|---|---|

**National Oilwell DHT, LP**
**Wells Fargo Bank, N.A.**
**P.O. Bxo 201153**
**Dallas, TX 75320-1153**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,850.00 |
|---|---|---|---|

**National Oilwell Varco Wells Fargo Bank**
**P.O. Box 201224**
**Dallas, TX 75320-1224**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23.63 |
|---|---|---|---|

**Navasota Valley Electric Cooperative**
**P.O. Box  848**
**Franklin, TX 77856-0848**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|---|

**Neale Fleishman**
**834 Brookhurst Dr**
**Dallas, TX 75218**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $748.00 |
|---|---|---|---|

**Nell Brye Smith, Deceased**
**3404 North Tarragona Street**
**Pensacola, FL 32503**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|--------|-----------------------------------|------------------------|------------------|
| | Name | | |

| 3.125 4 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nellie Jean Beer**
**168 Arborwood Crescent**
**Rochester, NY 14615**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

�■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? �■ No ☐ Yes

**$2.00**

---

| 3.125 5 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nellie W. Harris**
**P.O. Box 695**
**Topeka, KS 66601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

�■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? �■ No ☐ Yes

**$64.00**

---

| 3.125 6 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**

**Netta V Wiley**
**7600 Hwy 31**
**Evergreen, AL 36401**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

�■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? �■ No ☐ Yes

**$14.00**

---

| 3.125 7 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**

**New Benefits Ltd.**
**P.O. Box 803475**
**Dallas, TX 75380**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? �■ No ☐ Yes

**$208.50**

---

| 3.125 8 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**

**New London Contractors, Inc.**
**P.O. Box 228**
**New London, TX 75682**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? �■ No ☐ Yes

**$1,139.00**

---

| 3.125 9 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nex Tier Completion Solutions, Inc.**
**P.O. Bxo 733404**
**Dallas, TX 75373-3404**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? �■ No ☐ Yes

**$260,431.49**

---

| 3.126 0 | | | |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicholas R. Vann**
**6262 Sioux Trail**
**Milton, FL 32583**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

�■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? �■ No ☐ Yes

**$17,103.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

**3.126 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,275.00 |
|---|---|---|
| **Nicholas Todd Farish**<br>**14791 Libby Rd**<br>**Coker, AL 35452** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Revenue** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.126 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,532.33 |
|---|---|---|
| **Nine Forks LLC**<br>**Attn: Larry L. Hock**<br>**PO Box 670**<br>**Minden, LA 71055** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Cash Call Advance** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.126 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,564.00 |
|---|---|---|
| **Nine Forks LLC**<br>**Attn: Larry L. Hock**<br>**PO Box 670**<br>**Minden, LA 71055** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Revenue** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.126 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,731.39 |
|---|---|---|
| **Noble Casing, Inc.**<br>**125 South Howes Street**<br>**Suite 800**<br>**Fort Collins, CO 80521** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.126 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71,970.00 |
|---|---|---|
| **Noble Drilling, LLC**<br>**125 South Howes Street**<br>**Suite 800**<br>**Fort Collins, CO 80521** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.126 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|
| **Noble Royalties Access Fund IV LP**<br>**P.O. Box 660082**<br>**Dallas, TX 75266** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Revenue** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.126 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**Nona Scott Grant**
P.O. Box 351463
Los Angeles, CA 90035

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.00 |
|---|---|---|---|

**Norma G. Grandison**
1354 Mazurek Blvd
Pensacola, FL 32514

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,253.58 |
|---|---|---|---|

**Northedge Corporation**
P.O. Box 540988
Houston, TX 77254

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**Northstar Drillstem Testers, Inc.**
2410A - 2 Avenue SE
Calgary, WV 26000

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,461.21 |
|---|---|---|---|

**Northstar Producing I, Ltd.**
Terry Stanislav
1681 River Road Apt. 3108
Boerne, TX 78006

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $645.00 |
|---|---|---|---|

**Northstar Producing I, Ltd.**
Terry Stanislav
1681 River Road Apt. 3108
Boerne, TX 78006

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| | |
|---|---|
| Debtor | **Sklar Exploration Company, LLC** |
| | Name |

Case number (if known)   **20-12377-EEB**

---

| 3.127 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.00 |
|---|---|---|---|

**Novella B. Horton**
**2455 Osage Street**
**Mobile, AL 36617**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,028.94 |
|---|---|---|---|

**Oil States Energy Services, LLC**
**P.O. Box 203567**
**Dallas, TX 75320-3567**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,449.07 |
|---|---|---|---|

**Oilfield Partners Energy Services, LLC**
**P.O. Box 40**
**Henrietta, TX 76365**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.00 |
|---|---|---|---|

**Ola B Taliaferro**
**729 Spring Hill Rd**
**Evergreen, AL 36401**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74.00 |
|---|---|---|---|

**Olden Michael Wright**
**510 East Dalzell St**
**Shreveport, LA 71104**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,542.00 |
|---|---|---|---|

**Oliver Andrew Starcke Res. Trust**
**c/o Philip A. Starcke Trustee**
**1981 W. 123rd Place**
**Leawood, KS 66209**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,815.00 |
|---|---|---|---|

**Olson Energy Services, LLC**
**5289 139th Avenue NW**
**Williston, ND 58801**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.128 0**

Nonpriority creditor's name and mailing address
**Omega Oilfield Service Co. MEGA**
**P.O. Box 1793**
**Kilgore, TX 75663**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$2,976.67

---

**3.128 1**

Nonpriority creditor's name and mailing address
**Opal L. Kidd Family Partnership, Ltd**
**1428 East Richards Street**
**Tyler, TX 75702**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$36.00

---

**3.128 2**

Nonpriority creditor's name and mailing address
**Openwood Plantation, Inc.**
**Attn: Jacquelyn Jabour, President**
**P.O. Box 821786**
**Vicksburg, MS 39182**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$1,351.00

---

**3.128 3**

Nonpriority creditor's name and mailing address
**Otto C. King, Jr. &**
**Cynthia King**
**101 Tracey Cove**
**Madison, MS 39110**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.128 4**

Nonpriority creditor's name and mailing address
**Owassa Brownsville Water Authority**
**P.O. Box 544**
**Evergreen, AL 36401**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$71.25

---

**3.128 5**

Nonpriority creditor's name and mailing address
**Owen Johnson Life Estate**
**Rt 3 Box 761**
**Tyler, TX 75705**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

**3.128 6**

Nonpriority creditor's name and mailing address
**Ownership Dispute in Bull 32-10 Well**
**Tract 1 (Second Dispute in Tract 1)**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$544.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.128 7 | Nonpriority creditor's name and mailing address<br>**Ownership Dispute in SEB Tract 14**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $13,899.00 |
|---|---|---|---|
| 3.128 8 | Nonpriority creditor's name and mailing address<br>**Ownership Dispute in SEB Tract 24**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $486.00 |
| 3.128 9 | Nonpriority creditor's name and mailing address<br>**P2 Energy Solutuions**<br>**P2ES Holdings, LLC 2692**<br>**P.O. Bxo 912692**<br>**Denver, CO 80291-2692**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.129 0 | Nonpriority creditor's name and mailing address<br>**Page Development, LLC**<br>**PO Box 1008**<br>**Winnfield, LA 71483**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $87.00 |
| 3.129 1 | Nonpriority creditor's name and mailing address<br>**Pam Lin Corporation**<br>**PO Box 50635**<br>**Midland, TX 79710-0635**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Cash Call Advance**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $128.43 |
| 3.129 2 | Nonpriority creditor's name and mailing address<br>**Pam Lin Corporation**<br>**PO Box 50635**<br>**Midland, TX 79710-0635**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $7,747.00 |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.129 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pam Minard**
**604 Grant Street**
**Mansfield, OH 44903**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$24.00

---

| 3.129 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pamela D. Holmes Banks**
**7905 Kershaw Street**
**Pensacola, FL 32534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$3.00

---

| 3.129 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pamela High**
**1206 West 4th Street**
**Tyler, TX 75701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

| 3.129 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pamela S. Owens**
**9830 Estate Lane**
**Dallas, TX 75238**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

| 3.129 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pamela S. Wassom**
**PO Box 385**
**Atlanta, TX 75551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

| 3.129 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Panther Pressure Testers, Inc.**
**P.O. Box 1109**
**Watford City, ND 58854**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$37,829.00

---

| 3.129 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Parkman's Painting & Bush Hogging**
**2294 Highway 563**
**Simsboro, LA 71275**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$900.00

---

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | | Case number (if known) | 20-12377-EEB |
|---|---|---|---|---|
| | Name | | | |

| 3.130 0 | **Nonpriority creditor's name and mailing address**<br>**Parous Energy, L.L.C.**<br>**P.O. Box 2547**<br>**Madison, MS 39130-2547**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Revenue<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,732.00 |
|---|---|---|---|
| 3.130 1 | **Nonpriority creditor's name and mailing address**<br>**Pason Systems USA Corp.**<br>**7701 West Little York**<br>**Houston, TX 77040**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $56,660.00 |
| 3.130 2 | **Nonpriority creditor's name and mailing address**<br>**Pathfinder Inspections & Field Services**<br>**P.O. Box 3889**<br>**Gillette, WY 82717**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $20,924.00 |
| 3.130 3 | **Nonpriority creditor's name and mailing address**<br>**Patricia A. Baker**<br>**15705 La Mar Court**<br>**Morgan Hill, CA 95037**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Revenue<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1.00 |
| 3.130 4 | **Nonpriority creditor's name and mailing address**<br>**Patricia A. McGowin**<br>**2717 Brooklyn Road**<br>**Brewton, AL 36426**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Revenue<br><br>Is the claim subject to offset? ■ No ☐ Yes | $40.00 |
| 3.130 5 | **Nonpriority creditor's name and mailing address**<br>**Patricia Ann Davis**<br>**43 Cottage Grove Circle**<br>**Bloomfield, CT 06002**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Revenue<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2.00 |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.130 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**Patricia Ann Jinkins**
**182 Maximilian Lane**
**Shreveport, LA 71105**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|---|

**Patricia Ann Reynolds Boyle**
**2050 Keller Springs Road #314**
**Carrollton, TX 75006**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Patricia Beekman Westbrook**
**14330 Hollypark Drive**
**Houston, TX 77015**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Patricia Ford**
**23230 Hwy. 31E**
**Kilgore, TX 75662**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $37.00 |
|---|---|---|---|

**Patricia Hill**
**P.O. Box 1485**
**Glenmora, LA 71433**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29.00 |
|---|---|---|---|

**Patricia J. Westbrook**
**7676 Dianjou Dr**
**El Paso, TX 01028**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

| 3.131 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00** |
| **Patrick Garrett** <br> **6095 Copper Leaf Lane** <br> **Naples, FL 34116** | ■ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred __ <br> Last 4 digits of account number __ | Basis for the claim: __Revenue__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48.00** |
| **Patrick H. Torrans** <br> **6707 Cedar Street** <br> **Katy, TX 77449** | ■ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred __ <br> Last 4 digits of account number __ | Basis for the claim: __Revenue__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,591.54** |
| **Patrick J. McBride** <br> **501 Seville Circle** <br> **El Dorado Hills, CA 95762** | ■ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred __ <br> Last 4 digits of account number __ | Basis for the claim: __Cash Call Advance__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$149.00** |
| **Patrick J. McBride** <br> **501 Seville Circle** <br> **El Dorado Hills, CA 95762** | ■ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred __ <br> Last 4 digits of account number __ | Basis for the claim: __Revenue__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
| **Patrick Pearson** <br> **1702 Nicholson St.** <br> **Shreveport, LA 71108** | ■ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred __ <br> Last 4 digits of account number __ | Basis for the claim: __Revenue__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.00** |
| **Patsy Williams Trout** <br> **105 Ingram Road** <br> **West Monroe, LA 71291** | ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred __ <br> Last 4 digits of account number __ | Basis for the claim: __Revenue__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.131<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Paul E. & Bertha M. Johnson Life Estate**
**1700 West Seventh Street**
**Tyler, TX 75701**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26.00** |
|---|---|---|---|

**Paul Keith Davis**
**P.O. Box 1634**
**Orange Beach, AL 36561**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$133.00** |
|---|---|---|---|

**Paul Taliaferro**
**7005 Montebello Drive S**
**Eight Mile, AL 36613**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34.62** |
|---|---|---|---|

**Paula W. Denley LLC**
**PO Box 720548**
**Byram, MS 39272-0548**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,968.00** |
|---|---|---|---|

**Paula W. Denley LLC**
**PO Box 720548**
**Byram, MS 39272-0548**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Paulette Henderson**
**704 West 6th Street**
**Tyler, TX 75701**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.132 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $82.00 |
|---|---|---|---|

**Pauline Sterne Wolff Memorial**
**C/O JPMorgan Natl Oil Op**
**PO Drawer # 99084**
**Fort Worth, TX 76199-0084**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $57.00 |
|---|---|---|---|

**Pauline Williams Carter**
**1939 Carraway Street**
**Birmingham, AL 35235**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pearl Parkway, LLC**
**LJD Enterprises, Inc.**
**2595 Canyon Boulevard**
**Suite 230**
**Boulder, CO 80302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,524.00 |
|---|---|---|---|

**Peggy A. Wilkinson**
**6545 East River Rd**
**Oakdale, CA 95361**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11.00 |
|---|---|---|---|

**Peggy Ann Bowman**
**734 Eaton Terrace**
**The Villages, FL 32162**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11.00 |
|---|---|---|---|

**Peggy Williams Williamson**
**13 Stonewood Court**
**Covington, LA 70433**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.133 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$369.00** |
|---|---|---|---|

**Pelican Energy, LLC**
P.O. Box 9
Ocean Springs, MS 39566

Date(s) debt was incurred _
Last 4 digits of account number _

�■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.133 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32.00** |
|---|---|---|---|

**Penni R. Crouch Vanhorn**
9491 South Johnson Court
Littleton, CO 80127

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.133 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$649.00** |
|---|---|---|---|

**Percy Bradley, Jr.**
552 Reynolds Avenue
Evergreen, AL 36401

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.133 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37.00** |
|---|---|---|---|

**Peter Hill**
1233 Blackstone
St. Louis, MO 63112

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.133 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00** |
|---|---|---|---|

**PetroDrill, LLC**
P.O. Box 5098
Brandon, MS 39047

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.133 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.62** |
|---|---|---|---|

**Petroleum Investments Inc.**
416 Travis Street, Ste. 612
Shreveport, LA 71101-5502

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset?  ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (*if known*) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.133 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,165.00** |
|---|---|---|---|

**Petroleum Investments Inc.**
416 Travis Street, Ste. 612
Shreveport, LA 71101-5502

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,520.00** |
|---|---|---|---|

**Petroleum Services, Inc.**
d/b/a Mike Palmer Petroleum Services Inc
P.O. Box 1486
Williston, ND 58802-1486

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,606.00** |
|---|---|---|---|

**Pflanzer Partners, Ltd**
Attn: Mr. Joseph Pflanzer
1225 Sunset Ridge Circle
Cedar Hill, TX 75104

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Pheasant Energy LLC**
P.O. Box 471458
Fort Worth, TX 76148

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.134 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.00** |
|---|---|---|---|

**Phillip Gaines**
16602 CR 26
Tyler, TX 75707

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.134 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Phillips, Mike**
P.O. Box 1450
Mexia, TX 76667

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.134 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16.00** |
|---|---|---|---|

**Phyllis Doss**
8180 Highway 51
Wesson, MS 39191-9133

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.134 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Phyllis Jordan**
**2025 North Emerson Avenue**
**Tyler, TX 75702**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105,110.78** |
|---|---|---|---|

**Pickens Financial Group, LLC**
**10100 N. Central Expressway**
**Ste 200**
**Dallas, TX 75231-4159**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66,711.00** |
|---|---|---|---|

**Pickens Financial Group, LLC**
**10100 N. Central Expressway**
**Ste 200**
**Dallas, TX 75231-4159**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,291.17** |
|---|---|---|---|

**Pine lisland Chemical Solutions, LLC**
**P.O. Box 53393**
**Lafayette, LA 70505**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,950.15** |
|---|---|---|---|

**Pioneer Wireline Services, LLC**
**P.O. Box 202567**
**Dallas, TX 75320-2567**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$762.98** |
|---|---|---|---|

**Pitney Bowes**
**P.O. Box 371896**
**Pittsburgh, PA 15250-7896**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.25** |
|---|---|---|---|

**Pitney Bowes Global Financial Services**
**P.O. Box 371887**
**Pittsburgh, PA 15250-7887**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.135 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pitney Bowes Purchase Power**
P.O. Box 371874
Pittsburgh, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$66,842.50** |
|---|---|---|---|

**Pitts Swabbing Service, Inc.**
P.O. Box 554
Laurel, MS 39441

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$127,824.75** |
|---|---|---|---|

**Plains Gas Solutions**
(Plains All American Pipeline, LP)
333 Clay Street
Suite 1600
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$525.00** |
|---|---|---|---|

**Plains Production Inc**
Mike Krenger
1313 Campbell Rd BLDG D
Houston, TX 77055

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Revenue_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,685.00** |
|---|---|---|---|

**Plante & Morgan, PLLC**
16060 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39.00** |
|---|---|---|---|

**Polly Pugh**
5717 Los Angeles St.
Houston, TX 77056

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Revenue_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.135 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,510.00 |
|---|---|---|---|

**Porter Estate Company Oakley Ranch, Inc.**
**Attn: Alexandra Kromelow**
**100 Bush Street #550**
**San Francisco, CA 94104**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Portia Johnson**
**2313 North Industrial Avenue**
**Tyler, TX 75702**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|

**PPLB Investments LLC**
**P.O. Box 51937**
**Midland, TX 79710**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,188.77 |
|---|---|---|---|

**Precise Propellant Stimulation, LLC**
**5354 Highway 171**
**Gloster, LA 71030-3108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207.00 |
|---|---|---|---|

**Precision Signs**
**P.O. Box 285**
**Shreveport, LA 71162-0285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149,450.80 |
|---|---|---|---|

**Premium Oilfield Services, LLC**
**P.O. Box 203763**
**Dallas, TX 75320-3763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,269.92 |
|---|---|---|---|

**Presley, Deloris**
**309 North Pine Street**
**Brewton, AL 36426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.136<br>3 | **Nonpriority creditor's name and mailing address**<br>**Pressure Control Innovations, LLC**<br>P.O. Box 2115<br>Laurel, MS 39442-2115 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$21,758.45** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.136<br>4 | **Nonpriority creditor's name and mailing address**<br>**Pro-Tek Field Services, LLC**<br>P.O. Box 919269<br>Dallas, TX 75391-9269 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$297,930.25** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.136<br>5 | **Nonpriority creditor's name and mailing address**<br>**Process Piping Materials, Inc.**<br>P.O. Box 1167<br>Youngsville, LA 70592 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$40,524.46** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.136<br>6 | **Nonpriority creditor's name and mailing address**<br>**Procter Mineral Prtshp**<br>209 E Third Street<br>Tyler, TX 75701 | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$154.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Revenue__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.136<br>7 | **Nonpriority creditor's name and mailing address**<br>**Pruet Oil Company, LLC**<br>217 West Capitol St. Ste 201<br>Jackson, MS 39201-2004 | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$247,120.11** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Cash Call Advance__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.136<br>8 | **Nonpriority creditor's name and mailing address**<br>**Pruet Production Co.**<br>P.O. Box 11407<br>Birmingham, AL 35246-1129 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$27,095.08** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.136<br>9 | **Nonpriority creditor's name and mailing address**<br>**Pruet Production Co.**<br>P.O. Box 11407<br>Birmingham, AL 35246 | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$21.81** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Cash Call Advance__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.137 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$123,348.00** |
|---|---|---|---|
| | **Pruet Production Co.** P.O. Box 11407 Birmingham, AL 35246 | ■ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ Last 4 digits of account number __ | **Basis for the claim:** __Revenue__ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$163,302.53** |
|---|---|---|---|
| | **Pryor Packers, Inc.** P.O. Box 2754 Laurel, MS 39442 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ Last 4 digits of account number __ | **Basis for the claim:** __Trade Debt__ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$362.00** |
|---|---|---|---|
| | **Quad Gas Corp** 675 Bering Dr Ste 650 Houston, TX 77057-2276 | ■ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ Last 4 digits of account number __ | **Basis for the claim:** __Revenue__ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,097.00** |
|---|---|---|---|
| | **Quail Creek Production Company** 13831 Quail Pointe Drive Oklahoma City, OK 73134-1021 | ■ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ Last 4 digits of account number __ | **Basis for the claim:** __Revenue__ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,702.00** |
|---|---|---|---|
| | **Quantina Newby** 19155 Prevost St Detroit, MI 48235 | ■ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ Last 4 digits of account number __ | **Basis for the claim:** __Revenue__ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$129,880.00** |
|---|---|---|---|
| | **Quitman Tank Solutions, LLC** P.O. Box 90 502 South Archusa Avenue Quitman, MS 39355 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ Last 4 digits of account number __ | **Basis for the claim:** __Trade Debt__ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,867.44** |
|---|---|---|---|
| | **R & E Electric Services Electric A&R Enterprises** P.O. Box 2000 Kilgore, TX 75663 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ Last 4 digits of account number __ | **Basis for the claim:** __Trade Debt__ Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.137 7 | Nonpriority creditor's name and mailing address<br>**R & R Rentals & Hot Shot, Inc.**<br>P.O. Box 1161<br>Laurel, MS 39441 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,526.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 8 | Nonpriority creditor's name and mailing address<br>**R Brad Burger, Receiver**<br>of Smith City Dome Oil Co.<br>100 North Broadway RM 204<br>Tyler, TX 75702 | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $95.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 9 | Nonpriority creditor's name and mailing address<br>**R. Wyatt Feagin**<br>1617 Panorama Drive<br>Birmingham, AL 35216 | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $21.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 0 | Nonpriority creditor's name and mailing address<br>**RAB Oil & Gas Holdings LLC**<br>Attn: Rob Campbell<br>PO Box 4920<br>Orlando, FL 32801 | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,299.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 1 | Nonpriority creditor's name and mailing address<br>**Railroad Commission of Texas**<br>P-5 Financial Assurance Unit<br>P.O. Box 12967<br>Austin, TX 78711-2967 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 2 | Nonpriority creditor's name and mailing address<br>**Ralph Edwin Burton**<br>P. O. Box 2016<br>Bend, OR 97707-2128 | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $28.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (*if known*) | **20-12377-EEB** |
| | Name | | |

| 3.138<br>3 | **Nonpriority creditor's name and mailing address**<br>**Ramsey W. Drake, II, LLC**<br>**Pres/Manager COO Carl E. Gungoll Expl.**<br>**P.O. Box 18466**<br>**Oklahoma City, OK 73154-0466**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $31.00 |
|---|---|---|---|
| 3.138<br>4 | **Nonpriority creditor's name and mailing address**<br>**Rapad Drilling & Well Service, Inc.**<br>**217 West Capitol Street**<br>**Suite 201**<br>**Jackson, MS 39201**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $44,032.50 |
| 3.138<br>5 | **Nonpriority creditor's name and mailing address**<br>**Rapad Well Service Co., Inc.**<br>**217 West Capitol Street**<br>**Jackson, MS 39201**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $330,036.75 |
| 3.138<br>6 | **Nonpriority creditor's name and mailing address**<br>**Rawls Resources, Inc.**<br>**Attn: Mr. Jim Rawls**<br>**P.O. Box 2238**<br>**Ridgeland, MS 39158-2238**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Cash Call Advance**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $8,653.03 |
| 3.138<br>7 | **Nonpriority creditor's name and mailing address**<br>**Rawls Resources, Inc.**<br>**Attn: Mr. Jim Rawls**<br>**P.O. Box 2238**<br>**Ridgeland, MS 39158-2238**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $3,520.00 |
| 3.138<br>8 | **Nonpriority creditor's name and mailing address**<br>**Reagan Equipment Co., Inc.**<br>**Department AT 952461**<br>**Atlanta, GA 31192-2461**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $5,683.92 |
| 3.138<br>9 | **Nonpriority creditor's name and mailing address**<br>**Rease Inge**<br>**1846 W. Wesley Road**<br>**Atlanta, GA 30327**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $4.00 |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (*if known*) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.139 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|
| | **Rebecca A. Bowman**<br>**3421 Edson Boulevard**<br>**Shreveport, LA 71107** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Revenue__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16.00 |
|---|---|---|---|
| | **Rebecca Scruggs Willcox**<br>**1913 Barnes Road**<br>**Athens, LA 71003-3098** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Revenue__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $46.00 |
|---|---|---|---|
| | **Rebecca Thames Savage**<br>**P O Box 10853**<br>**Jacksonville, FL 32247** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Revenue__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,876.88 |
|---|---|---|---|
| | **Red Diamond Services, LLC**<br>**RDOS Holdings, LLC**<br>**P.O. Box 1029**<br>**Waskom, TX 75692** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Trade Debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|
| | **Reelice Holmes**<br>**1520 East 124 Street**<br>**Los Angeles, CA 90059** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Revenue__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,667.80 |
|---|---|---|---|
| | **Regard Resources Company, Inc.**<br>**555 Aero Drive**<br>**Shreveport, LA 71107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Trade Debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,200.00 |
|---|---|---|---|
| | **Register Oilfield Services, Inc.**<br>**P.O. Box 960**<br>**Logansport, LA 71049** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __Trade Debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.139 7 | **Nonpriority creditor's name and mailing address** <br> **Rene Cooper** <br> **Address Unknown** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Revenue_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$4.00** |
|---|---|---|---|

| 3.139 8 | **Nonpriority creditor's name and mailing address** <br> **Renie Bridges Conrad** <br> **17149 Highway 9** <br> **Arcadia, LA 71001** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Revenue_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$6.00** |
|---|---|---|---|

| 3.139 9 | **Nonpriority creditor's name and mailing address** <br> **Reo Kirkland, III Trust** <br> **Wendy L. West & Jeffrey Todd Stearns** <br> **P.O. Box 467** <br> **Brewton, AL 36427** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Revenue_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$11.00** |
|---|---|---|---|

| 3.140 0 | **Nonpriority creditor's name and mailing address** <br> **Reorganized Church of Jesus Christ** <br> **of Latter Day Saints** <br> **220 West Moore Street** <br> **Independence, MO 64050** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Revenue_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$55.00** |
|---|---|---|---|

| 3.140 1 | **Nonpriority creditor's name and mailing address** <br> **Republic Services #808** <br> **P.O. Box 9001099** <br> **Louisville, KY 40290-1099** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Trade Debt_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$205.16** |
|---|---|---|---|

| 3.140 2 | **Nonpriority creditor's name and mailing address** <br> **Resource Ventures, LLC** <br> **Attn: Mark A. Arnold** <br> **7112 W Jefferson Ave** <br> **Suite 106** <br> **Lakewood, CO 80235** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Cash Call Advance_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$5,699.77** |
|---|---|---|---|

EXHIBIT 5

| | |
|---|---|
| Debtor | **Sklar Exploration Company, LLC** |
| | Name |

Case number (if known)  **20-12377-EEB**

---

**3.140 3**

**Nonpriority creditor's name and mailing address**
**Resource Ventures, LLC**
**Attn: Mark A. Arnold**
**7112 W Jefferson Ave**
**Suite 106**
**Lakewood, CO 80235**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$7,670.00

---

**3.140 4**

**Nonpriority creditor's name and mailing address**
**Rhetta Burrell**
**1813 Colstock Street**
**Carson, CA 90746**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$3.00

---

**3.140 5**

**Nonpriority creditor's name and mailing address**
**Rhodna F. Fouts**
**AKA Ronnie Fouts**
**P.O. Box 660566**
**Birmingham, AL 35266**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$2,792.00

---

**3.140 6**

**Nonpriority creditor's name and mailing address**
**Rhonda Wingard**
**1898 Autumn Sage Dr**
**Dacula, GA 30019**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

**3.140 7**

**Nonpriority creditor's name and mailing address**
**Richard Brooks Hardee**
**13422 FM 2661**
**Flint, TX 75762**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$11.00

---

**3.140 8**

**Nonpriority creditor's name and mailing address**
**Richard D. Holmes**
**1707 Johnsonville Circle**
**Castleberry, AL 36432**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.140 9**

**Nonpriority creditor's name and mailing address**
**Richard Davis**
**119 Main Street**
**Quitman, MS 39355**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$26.00**

---

**3.141 0**

**Nonpriority creditor's name and mailing address**
**Richard Dee Weidenmaier**
**2260 State Hwy. 92**
**Chickasha, OK 73018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

**3.141 1**

**Nonpriority creditor's name and mailing address**
**Richard Downing Pope Jr. Family Trust**
**under Will dated 07/11/2000**
**P.O. Box 2029**
**Winter Haven, FL 33883**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$1,585.00**

---

**3.141 2**

**Nonpriority creditor's name and mailing address**
**Richard E. Johnson, Inc.**
**P.O. Box 111**
**Waynesboro, MS 39367**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,189.11**

---

**3.141 3**

**Nonpriority creditor's name and mailing address**
**Richard Lewis Wilson**
**7602 Huntwick**
**Tyler, TX 75703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

**3.141 4**

**Nonpriority creditor's name and mailing address**
**Richard Michael Williams**
**10 Meadowlands Drive**
**Nashville, AR 71852**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.141<br>5 | **Nonpriority creditor's name and mailing address**<br>**Richard Murray Key**<br>**PO Box 406**<br>**Point Clear, AL 36564**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$9.00** |
|---|---|---|---|
| 3.141<br>6 | **Nonpriority creditor's name and mailing address**<br>**Richard O. Wiggins, deceased**<br>**1507 East Elm Street**<br>**Winnfield, LA 74183**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$310.00** |
| 3.141<br>7 | **Nonpriority creditor's name and mailing address**<br>**Richard P. Allen**<br>**2820 Darwin Street**<br>**Kilgore, TX 75662-2906**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$32.00** |
| 3.141<br>8 | **Nonpriority creditor's name and mailing address**<br>**Richard S. Logan Trucking, Inc.**<br>**P.O. Box 2900**<br>**Mills, WY 82644**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,222.50** |
| 3.141<br>9 | **Nonpriority creditor's name and mailing address**<br>**Richard W. Wilson**<br>**1537 Sees Chapel**<br>**Crenshaw, MS 38621**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2.00** |
| 3.142<br>0 | **Nonpriority creditor's name and mailing address**<br>**Ricky D. Spotts**<br>**1069 Hickory Road**<br>**Dalmatia, PA 17017**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5.00** |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.142 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Ricky Glenn Powell**
**201 Timberlake Drive, Unit 97**
**Brandon, MS 39047**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$279.00** |
|---|---|---|---|

**Ricky Rankin**
**PO Box 851**
**Nash, TX 75569**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$177.37** |
|---|---|---|---|

**Ricoh USA, Inc.**
**P.O. Box 660342**
**Dallas, TX 75266-0341**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49.00** |
|---|---|---|---|

**Ridgway Management, Inc.**
**P.O. Box 187**
**Jackson, MS 39205-0187**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Rita Anne Levine Leve**
**12 Birchmont Ln**
**Dallas, TX 75230**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |
|---|---|---|---|

**Riverwood Energy, LLC**
**32814 Whitburn Trail**
**Weston Lake, TX 77441**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.142 7 | **Nonpriority creditor's name and mailing address**<br>**RLFASH, Ltd.**<br>**4513 Live Oak Street**<br>**Bellaire, TX 77401**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Revenue <br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$4.00** |
|---|---|---|---|
| 3.142 8 | **Nonpriority creditor's name and mailing address**<br>**RLI Properties LLC**<br>**P.O. Box 2146**<br>**Longview, TX 75606**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Revenue <br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$1,885.00** |
| 3.142 9 | **Nonpriority creditor's name and mailing address**<br>**RMJP, LLC**<br>**1126 Belledeer Drive**<br>**Tupelo, MS 38804**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Revenue <br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$3.00** |
| 3.143 0 | **Nonpriority creditor's name and mailing address**<br>**Robco Fossil Fuels, LLC**<br>**Attn; Steve White**<br>**4830 Line Ave #135**<br>**Shreveport, LA 71106**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Cash Call Advance <br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$7,064.67** |
| 3.143 1 | **Nonpriority creditor's name and mailing address**<br>**Robco Fossil Fuels, LLC**<br>**Attn; Steve White**<br>**4830 Line Ave #135**<br>**Shreveport, LA 71106**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Revenue <br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$3,119.00** |
| 3.143 2 | **Nonpriority creditor's name and mailing address**<br>**Roberson Trucking Co., Inc.**<br>**672 Three Creeks Road**<br>**Junction City, AR 71749**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt <br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$4,927.50** |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.143**
**3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$4.00** |
| **Robert Brye** | |
| **3650 Medford Drive East** | |
| **Mobile, AL 36693-5060** | |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143**
**4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$341.00** |
| **Robert C. McMillan** | |
| **Candy M. McMillan** | |
| **P.O. Box 867** | |
| **Brewton, AL 36427** | |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143**
**5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$3.54** |
| **Robert C. McMillan 2011 Rev Trust** | |
| **Trustmark Nat'l Bank, Trustee** | |
| **PO Box 291 STE 1030** | |
| **Attn: Chip Walker, Personal Trust Dept.** | |
| **Jackson, MS 39205** | |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143**
**6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$436.00** |
| **Robert C. McMillan 2011 Rev Trust** | |
| **Trustmark Nat'l Bank, Trustee** | |
| **PO Box 291 STE 1030** | |
| **Attn: Chip Walker, Personal Trust Dept.** | |
| **Jackson, MS 39205** | |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143**
**7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$1,172.00** |
| **Robert Cary** | |
| **Judy Cary** | |
| **307 W. Orange St** | |
| **Troy, AL 36081** | |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143**
**8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$31.00** |
| **Robert Earl Warren** | |
| **3206 Erma Street** | |
| **Tyler, TX 75701-8928** | |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.143 9**

**Nonpriority creditor's name and mailing address**

**Robert Ellis Hudson, deceased**
**Unknown**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

�■ Contingent
�■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? �■ No ☐ Yes

$1,169.00

---

**3.144 0**

**Nonpriority creditor's name and mailing address**

**Robert H. O'Neal**
**1083 County Road 9**
**Lisman, AL 36912**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

�■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? �■ No ☐ Yes

$159.00

---

**3.144 1**

**Nonpriority creditor's name and mailing address**

**Robert Holland**
**17508 Allen Road**
**Bow, WA 98232**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

�■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☐ No ☐ Yes

$1.00

---

**3.144 2**

**Nonpriority creditor's name and mailing address**

**Robert Israel**
**2920 6th Street**
**Boulder, CO 80304**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

�■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? �■ No ☐ Yes

$2,519.46

---

**3.144 3**

**Nonpriority creditor's name and mailing address**

**Robert Israel**
**2920 6th Street**
**Boulder, CO 80304**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

�■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☐ No ☐ Yes

$300.00

---

**3.144 4**

**Nonpriority creditor's name and mailing address**

**Robert Israel Trust UW Joan Israel**
**R. Israel,L. Israel &D. Israel, Trustees**
**2920 6th Street**
**Boulder, CO 80304**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

�■ Contingent
�■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☐ No ☐ Yes

$2,519.46

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.144 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|
| | **Robert Israel Trust UW Joan Israel** <br> **R. Israel,L. Israel &D. Israel, Trustees** <br> **2920 6th Street** <br> **Boulder, CO 80304** | ■ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $263.00 |
|---|---|---|---|
| | **Robert J Hill** <br> **8303 46th Ave S** <br> **Seattle, WA 98118** | ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |
|---|---|---|---|
| | **Robert L. Drakeford** <br> **1027 Springhill Road** <br> **Evergreen, AL 36401** | ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $375.00 |
|---|---|---|---|
| | **Robert L. Kreidler** <br> **Frances Kreidler** <br> **2412 Ingleside Ave #5D** <br> **Cincinnati, OH 45206** | ■ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.00 |
|---|---|---|---|
| | **Robert Lee King** <br> **2350 78th Avenue** <br> **Baton Rouge, LA 70807-6040** | ■ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $671.00 |
|---|---|---|---|
| | **Robert Lewis Brunston** <br> **5856 Union Road** <br> **Hahira, GA 31632** | ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.145<br>1 | **Nonpriority creditor's name and mailing address**<br>**Robert M Blakeney**<br>3811 Normandy Ave<br>Dallas, TX 75205 | **As of the petition filing date, the claim is:** Check all that apply. | $26.00 |
|---|---|---|---|

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ☑ No ☐ Yes

| 3.145<br>2 | **Nonpriority creditor's name and mailing address**<br>**Robert M. Biendenharn** | **As of the petition filing date, the claim is:** Check all that apply. | $144.00 |
|---|---|---|---|

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ☑ No ☐ Yes

| 3.145<br>3 | **Nonpriority creditor's name and mailing address**<br>**Robert M. Moore**<br>4660 Kingston Drive<br>Pensacola, FL 32526 | **As of the petition filing date, the claim is:** Check all that apply. | $12.00 |
|---|---|---|---|

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ☑ No ☐ Yes

| 3.145<br>4 | **Nonpriority creditor's name and mailing address**<br>**Robert S. Bowers Family Trust**<br>PO Box 26883<br>Oklahoma City, OK 73126 | **As of the petition filing date, the claim is:** Check all that apply. | $4,980.00 |
|---|---|---|---|

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ☑ No ☐ Yes

| 3.145<br>5 | **Nonpriority creditor's name and mailing address**<br>**Robert S. Van Zandt**<br>11488 Majestic Drive<br>Montgomery, TX 77316 | **As of the petition filing date, the claim is:** Check all that apply. | $11.00 |
|---|---|---|---|

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ☑ No ☐ Yes

| 3.145<br>6 | **Nonpriority creditor's name and mailing address**<br>**Robert W. Anderson Jr.**<br>P.O. Box 158<br>Delhi, LA 71232 | **As of the petition filing date, the claim is:** Check all that apply. | $5.00 |
|---|---|---|---|

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ☑ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.1457**

**Nonpriority creditor's name and mailing address**

**Roberta Jackson Price**
**2407 Atwood Glen Lane**
**Houston, TX 77014-4114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$10.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1458**

**Nonpriority creditor's name and mailing address**

**Robin USA, Inc.**
**5751 English Turn Drive**
**Milton, FL 32571**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$14,255.87

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1459**

**Nonpriority creditor's name and mailing address**

**Robine & Welch Machine & Tool Company**
**P.O .Box 252**
**Laurel, MS 39441**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$433.35

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1460**

**Nonpriority creditor's name and mailing address**

**Rock Springs Minerals I, LLC**
**3838 Oak Lawn Avenue, ste 1220**
**Dallas, TX 75219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$1,330.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1461**

**Nonpriority creditor's name and mailing address**

**Rodney D. Bagwell**
**P.O. Box 1537**
**Ruston, LA 71273**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$6.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1462**

**Nonpriority creditor's name and mailing address**

**Rodney E. Harrell**
**37521 Lilacview Avenue**
**Palmdale, CA 93550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$1.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1463**

**Nonpriority creditor's name and mailing address**

**Rodney Gene Weidenmaier**
**1768 East Charles Street**
**Republic, MO 65738**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$2.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.146 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22.00** |
|---|---|---|---|

**Rodney Phillips**
**625 Yellowbird Lane**
**Hueytown, AL 35023**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9.00** |
|---|---|---|---|

**Rodney Trammell**
**PO Box 87**
**Athens, LA 71003**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9.00** |
|---|---|---|---|

**Ronald Eugene Elliott**
**1232 South Bonham**
**Amarillo, TX 79102**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,980.00** |
|---|---|---|---|

**Ronald Eugene Kane Estate**
**c/o Gerald Kane**
**19400 US Highway 85**
**Lusk, WY 82225**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$263.00** |
|---|---|---|---|

**Ronald Hill**
**908 28th Ave S**
**Seattle, WA 98144**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4.00** |
|---|---|---|---|

**Ronald L. Stokes**
**8104 Vineyard Lake Road North**
**Jacksonville, FL 32556**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.147 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,492.00** |
|---|---|---|---|

**Ronald W. Dawson**
**153 Lupine Drive**
**Kalispell, MT 59901**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$113.00** |
|---|---|---|---|

**Ronnie Fleming**
**Sondra Fleming**
**253 County Road 118**
**Shubuta, MS 39360**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Ronnie Lynn Jinkins**
**7 Sun Court**
**Natchez, MS 39120**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Ronny Dean Fite**
**113 Nunn Avenue**
**Whitehouse, TX 75791**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17.00** |
|---|---|---|---|

**Roosevelt Phillips, III**
**1213 16th Street**
**Pleasant Grove, AL 35127**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65.00** |
|---|---|---|---|

**Roosevelt Phillips, Jr.**
**625 Yellowbird Lane**
**Hueytown, AL 35023**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.147 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Rosa Lee Jackson**
**307 Lake Tree Blvd.**
**Spring Lake, NC 28390**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.00** |
|---|---|---|---|

**Rose Warren Simpson**
**6203 Will Walters Road**
**Granbury, TX 76048**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,480.02** |
|---|---|---|---|

**Rosebud Energy Development, LLC**
**William E. Nicas**
**375 Deer Meadow Lane**
**Littleton, CO 80124**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41.00** |
|---|---|---|---|

**Rosemarie Flowers Eades**
**105 Cliffside Drive South**
**Burleson, TX 76028-3305**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Rosemary Ralls Harper**
**3065 Callaway Road**
**Andalusia, AL 36420**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Round Hill Royalty LP**
**P.O. Box 25128**
**Dallas, TX 75225**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.148<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,730.75** |
|---|---|---|---|

**Rowe Engineering & Surveying, Inc.**
**3502 Laughlin Drive**
**Suite B**
**Mobile, AL 36693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Trade Debt_

**Is the claim subject to offset?** ■ No  ☐ Yes

| 3.148<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00** |
|---|---|---|---|

**Roxanne Phillips**
**625 Yellowbird Lane**
**Hueytown, AL 35023**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Revenue_

**Is the claim subject to offset?** ■ No  ☐ Yes

| 3.148<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13.00** |
|---|---|---|---|

**Roy Lee Sherow**
**2800 Staley Drive**
**Tyler, TX 75702**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Revenue_

**Is the claim subject to offset?** ■ No  ☐ Yes

| 3.148<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,977.00** |
|---|---|---|---|

**Roy Nolan Nobley**
**180 Rock Creek Road**
**Remlap, AL 35133**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Revenue_

**Is the claim subject to offset?** ■ No  ☐ Yes

| 3.148<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,823.00** |
|---|---|---|---|

**Roy Stevens Boney Life Estate**
**221 NW Fourth Street**
**Flora, MS 39071**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Revenue_

**Is the claim subject to offset?** ■ No  ☐ Yes

| 3.148<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.00** |
|---|---|---|---|

**Roy Woody, IV**
**166 LeBrun Road**
**Atlanta, GA 30342**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Revenue_

**Is the claim subject to offset?** ■ No  ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.148 8**

**Nonpriority creditor's name and mailing address**
**Royalty Exploration, LLC**
**7112 W. Jefferson Ave**
**Suite 106**
**Lakewood, CO 80235**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No  ☐ Yes

**$121.00**

---

**3.148 9**

**Nonpriority creditor's name and mailing address**
**RSM US LLP**
**5155 Paysphere Circle**
**Chicago, IL 60674**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☑ No  ☐ Yes

**$10,768.00**

---

**3.149 0**

**Nonpriority creditor's name and mailing address**
**Ruby Brye Straughn**
**31304 Highway 84**
**Evergreen, AL 36401**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No  ☐ Yes

**$19.00**

---

**3.149 1**

**Nonpriority creditor's name and mailing address**
**Rudman Family Trust**
**Tara Rudman, Co-Trustee**
**5910 North Central Expressway**
**Ste 1662**
**Dallas, TX 75206**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ☑ No  ☐ Yes

**$12,716.21**

---

**3.149 2**

**Nonpriority creditor's name and mailing address**
**Rudman Family Trust**
**Tara Rudman, Co-Trustee**
**5910 North Central Expressway**
**Ste 1662**
**Dallas, TX 75206**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No  ☐ Yes

**$8,427.00**

---

**3.149 3**

**Nonpriority creditor's name and mailing address**
**Runnel Warren**
**7422 Emory Oaks Lane**
**Dallas, TX 75249**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No  ☐ Yes

**$6.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.149 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18.00 |
|---|---|---|---|
| | **Ruth M. Williams Laird**<br>**2100 Tanglewilde Street, Apt. 379**<br>**Houston, TX 77063-1275** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.149 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13.00 |
|---|---|---|---|
| | **Ruth P. Golden Trustee**<br>**362 FM 757**<br>**Tyler, TX 75705** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.149 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $68.00 |
|---|---|---|---|
| | **Ruthie Mae Tolley**<br>**et vir Joe**<br>**P.O. Box 91780**<br>**Pasadena, CA 91109-1780** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.149 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $138,894.72 |
|---|---|---|---|
| | **RWLS, LLC**<br>**d/b/a Renengade Services**<br>**P.O. Box 862**<br>**Levelland, TX 79336** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.149 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $216.43 |
|---|---|---|---|
| | **Ryco Exploration, LLC**<br>**401 Edwards Street, Ste 915**<br>**Shreveport, LA 71101** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Cash Call Advance** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.149 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,629.00 |
|---|---|---|---|
| | **Ryco Exploration, LLC**<br>**401 Edwards Street, Ste 915**<br>**Shreveport, LA 71101** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.150 0 | Nonpriority creditor's name and mailing address **S & P Co.** 330 Marshall St Ste 300 Shreveport, LA 71101 | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent □ Unliquidated □ Disputed | **$17,869.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __Revenue__ Is the claim subject to offset? ■ No □ Yes | |

| 3.150 1 | Nonpriority creditor's name and mailing address **S&S Construction, LLC** P.O. Box 859 Flomaton, AL 36441 | As of the petition filing date, the claim is: *Check all that apply.* □ Contingent □ Unliquidated □ Disputed | **$65,880.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __Trade Debt__ Is the claim subject to offset? ■ No □ Yes | |

| 3.150 2 | Nonpriority creditor's name and mailing address **Salley Lou Bland** 1933 Donald Street Modesto, CA 95351 | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated □ Disputed | **$2.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __Revenue__ Is the claim subject to offset? ■ No □ Yes | |

| 3.150 3 | Nonpriority creditor's name and mailing address **Sallie Penix Family Trust** c/o Sallie Powell Penix 133 Mask Road Athens, LA 71003 | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated □ Disputed | **$24.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __Revenue__ Is the claim subject to offset? ■ No □ Yes | |

| 3.150 4 | Nonpriority creditor's name and mailing address **Sally Irene Hewell Brown** 2 Friendswood Drive Longview, TX 75605 | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated □ Disputed | **$39.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __Revenue__ Is the claim subject to offset? ■ No □ Yes | |

| 3.150 5 | Nonpriority creditor's name and mailing address **Sally Steele** 1705 Rosewood Lane Andalusia, AL 36421 | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated □ Disputed | **$23.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim: __Revenue__ Is the claim subject to offset? ■ No □ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|

**3.150 6**

**Nonpriority creditor's name and mailing address**

**Sallye T. Markel**
**200 Saddle Creek Dr.**
**Tyler, TX 75703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$21.00

**3.150 7**

**Nonpriority creditor's name and mailing address**

**Sammie B. Ramson For Life**
**P.O. Box 15283**
**Fort Worth, TX 76119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

**3.150 8**

**Nonpriority creditor's name and mailing address**

**Sammie B. Ramson, Jr.**
**c/o Sam B. Ramson**
**P.O. Box 15283**
**Fort Worth, TX 76119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

**3.150 9**

**Nonpriority creditor's name and mailing address**

**Samuel Henry Warren**
**2313 Chipplegate Way**
**North Las Vegas, NV 89032-4814**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

**3.151 0**

**Nonpriority creditor's name and mailing address**

**Sandra Bryer**
**962 Rollingwood Loop Apt 110**
**Casselberry, FL 32707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$16.00

**3.151 1**

**Nonpriority creditor's name and mailing address**

**Sandra Ellis**
**236 Stillwaters Drive**
**Dadeville, AL 36853**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.151<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4.00** |
|---|---|---|---|

**Sandra Stokes Farrar**
**239 An County Road 1773**
**Grapeland, TX 75844**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$179,064.00** |
|---|---|---|---|

**Sanford Jones, Deceased**
**704 Boxwood Drive**
**Pensacola, FL 32503**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$663.00** |
|---|---|---|---|

**Santo Petroleum LLC**
**PO Box 1020**
**Artesia, NM 88211**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$615.00** |
|---|---|---|---|

**Sara Beall Neal Marital Trust**
**c/o Regions Bank**
**P.O. Box 10463**
**Birmingham, AL 35202**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28.00** |
|---|---|---|---|

**Sara Grasty Bukowski**
**811 Riverway Ln**
**Knightdale, NC 27545**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8.00** |
|---|---|---|---|

**Sara P. Nettles**
**3063 Brigantine Drive**
**Pensacola, FL 32506**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.1518**

**Nonpriority creditor's name and mailing address**

**Sarah Allen Wilson**
**124 Montclair Place**
**Daphne, AL 36526**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

**3.1519**

**Nonpriority creditor's name and mailing address**

**Sarah M Lanier, Trustee of Sarah M.**
**Lanier Irrev. trust for Marie Ann Lanier**
**223 Lanier Circle**
**Castleberry, AL 36432**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$9.00

---

**3.1520**

**Nonpriority creditor's name and mailing address**

**Sarah M Lanier, Trustee of the S.M.**
**Lanier Irrev. Trust for Glenn Lanier,II**
**223 Lanier Cirlcle**
**Castleberry, AL 36432**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$9.00

---

**3.1521**

**Nonpriority creditor's name and mailing address**

**Sarah M. Lanier**
**223 Lanier Circle**
**Castleberry, AL 36432**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

**3.1522**

**Nonpriority creditor's name and mailing address**

**Sarah M. Lanier, Trustee of the S.M.**
**Lanier, Trust for Sarah Lenn Lanier**
**223 Lanier Circle**
**Castleberry, AL 36432**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$9.00

---

**3.1523**

**Nonpriority creditor's name and mailing address**

**Sarah Nell McEwen**
**5 Brookdale Avenue**
**Bloomfield, CT 06002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$2.00

---

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.152 4**

**Nonpriority creditor's name and mailing address**

**Sarah Samuel**
**1444 Ambrose St.**
**Cincinnati, OH 45224**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$13.00

---

**3.152 5**

**Nonpriority creditor's name and mailing address**

**Sawyer Drilling & Service Inc.**
**PO Box 5275**
**Bossier City, LA 71171-5275**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

$171.37

---

**3.152 6**

**Nonpriority creditor's name and mailing address**

**Sawyer Drilling & Service Inc.**
**PO Box 5275**
**Bossier City, LA 71171-5275**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$10,330.00

---

**3.152 7**

**Nonpriority creditor's name and mailing address**

**Schlachter Oil & Gas Ltd.**
**6211 W Northwest Hwy, Suite C-256**
**Dallas, TX 75225-9005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$820.00

---

**3.152 8**

**Nonpriority creditor's name and mailing address**

**Scott D Stroud**
**PO Box 565**
**416 Travis Street, Suite 608**
**Shreveport, LA 71162**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$872.00

---

**3.152 9**

**Nonpriority creditor's name and mailing address**

**Scott Davis**
**119 Main Street**
**Quitman, MS 39355**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

$26.00

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.153 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$826.00** |
| **SD Resources Ltd**<br>**Grant Dorfman, President**<br>**4907 Maple Street**<br>**Bellaire, TX 77401** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Revenue__ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.153 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$5,226.70** |
| **SDMF Holdings, LLC**<br>**Attn: Andrew Dossett**<br>**5222 Stonegate Road**<br>**Dallas, TX 75209** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Cash Call Advance__ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.153 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$115,357.69** |
| **Secorp Industries**<br>**P.O. Box 687**<br>**Ridgeland, MS 39158-0687** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.153 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$934.00** |
| **Security Exploration Inc**<br>**Attn: Stafford Comegys, President**<br>**8509 Line Ave**<br>**Shreveport, LA 71106** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Revenue__ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.153 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$131.00** |
| **Sehoy Energy Ltd Prtshp**<br>**Calisle Dean**<br>**333 Texas St Ste 619**<br>**Shreveport, LA 07110-1367** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Revenue__ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.153 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$1,860.00** |
| **Sellars Family, LLC**<br>**Attn: Mrs. Jodi Smith, Managing Member**<br>**11128 Windjammer Drive**<br>**Frisco, TX 75034** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Revenue__ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.153 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sepulga River Fuels, LLC**
15 Rodgers Lane
Brewton, AL 36426

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$4,463.00**

| 3.153 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sequel Electrical Supply, LLC**
P.O. Box 3579
Meridian, MS 39303-3579

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$519.87**

| 3.153 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Service Electric d/b/a A&R Enterprises**
P.O. Box 2000
Kilgore, TX 75663

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,203.18**

| 3.153 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sesnon Oil Company**
100 Bush Street, Ste #550
San Francisco, CA 94104

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$2.99**

| 3.154 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sesnon Oil Company**
100 Bush Street, Ste #550
San Francisco, CA 94104

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$171.00**

| 3.154 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Shadow Hill, LLC**
P.O. Box 6212
Bossier City, LA 71171-6212

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$20.73**

| 3.154 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Shadow Hill, LLC**
P.O. Box 6212
Bossier City, LA 71171-6212

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$461.00**

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.154 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00** |
|---|---|---|---|

**Shanan Lawless Solomon**
**1935 Vinces Bridge**
**Sugarland, TX 77478**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Shanita Danyell Jane Pointdexter**
**147 Keswick Court**
**Clarksville, TN 37040**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16.00** |
|---|---|---|---|

**Sharon Brye Scott**
**5328 Medford Drive North**
**Mobile, AL 36693**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11.00** |
|---|---|---|---|

**Sharon Kay Ratcliff**
**10950 Jefferson Hwy., Apt. E-7**
**River Ridge, LA 70123**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Sheila Guthrie**
**3347 HideAWay Ln E**
**HideAWay, TX 75771**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11.00** |
|---|---|---|---|

**Shelby Stevens**
**2525 Culkin Road**
**Vicksburg, MS 39183**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.154 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30.00 |
|---|---|---|---|

**Shellbark Ventures, LLC**
**Corry Woolington, Manager**
**1920 South Cleveland Street**
**Enid, OK 73703**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20.00 |
|---|---|---|---|

**Shelley M. Chavanne**
**30923 Still Oaks Lane**
**Spring, TX 77386**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $42.00 |
|---|---|---|---|

**Shellie Williams**
**1394 Rutherford Lane**
**Goliad, TX 77963**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5.00 |
|---|---|---|---|

**Sheri L. Zeigler**
**200 Center Street**
**Enola, PA 17025**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3.00 |
|---|---|---|---|

**Sherilyn Neel Stevens**
**3548 N. Lexington Avenue**
**Springfield, MO 65803**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |
|---|---|---|---|

**Sheron L. Hamby Varin**
**4909 Lakewood Drive**
**Colleyville, TX 76034**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.155 5**

**Nonpriority creditor's name and mailing address**

**Sherry Fite**
**3559 CR 4807**
**Troup, TX 75789**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

**3.155 6**

**Nonpriority creditor's name and mailing address**

**Shifting Sands, LLC**
**Attn: John M. Shuey, Jr.**
**631 Milam Street, Suite 200**
**Shreveport, LA 71101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$126.00**

---

**3.155 7**

**Nonpriority creditor's name and mailing address**

**Shirley A. Brown**
**124 Burnside Drive**
**Tallulah, LA 71282**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.155 8**

**Nonpriority creditor's name and mailing address**

**Shirley Byrd**
**859 Calhoun Street**
**Pensacola, FL 32507**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$14.00**

---

**3.155 9**

**Nonpriority creditor's name and mailing address**

**Shirley H. Urquart, Joseph Urquart III &**
**Deborah Urquart Schpper**
**6067 Laramie Way**
**Milton, FL 32570**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$11,694.00**

---

**3.156 0**

**Nonpriority creditor's name and mailing address**

**Shore Energy, L.P.**
**W. Tim Sexton, President**
**26 Crestwood Drive**
**Houston, TX 77007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

**$73,327.06**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.156 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $38,623.00 |
|---|---|---|---|
| | **Shore Energy, L.P.**<br>**W. Tim Sexton, President**<br>**26 Crestwood Drive**<br>**Houston, TX 77007** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $126.78 |
|---|---|---|---|
| | **Shred-it USA - Shreveport**<br>**28883 Network Place**<br>**Chicago, IL 60673-1288** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $199.02 |
|---|---|---|---|
| | **Shreveport Club**<br>**410 Travis Street**<br>**Shreveport, LA 71101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $300.25 |
|---|---|---|---|
| | **Shreveport Petroleum Data Assoc.**<br>**333 Texas Street**<br>**Suite 900**<br>**Shreveport, LA 71101-3674** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **Shuler Drilling Co., Inc.**<br>**3340 West Hillsboro**<br>**El Dorado, AR 71730-6730** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23.00 |
|---|---|---|---|
| | **Sidra Hoggard Lyman**<br>**6050 Grelot Road**<br>**Apt 204**<br>**Mobile, AL 36609** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Revenue** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,864.26 |
|---|---|---|---|
| | **Simba Investors, LLC**<br>**Attn: Gary Glesby**<br>**P.O. Box 270415**<br>**Houston, TX 77277-0415** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Cash Call Advance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.156 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,595.00** |
|---|---|---|---|

**Simba Investors, LLC**
**Attn: Gary Glesby**
**P.O. Box 270415**
**Houston, TX 77277-0415**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue 

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,487.00** |
|---|---|---|---|

**Sklarco, LLC**
**401 Edwards Street Suite1601**
**Shreveport, LA 71101**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue 

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75,135.98** |
|---|---|---|---|

**Sleeping Buffalo**
**P.O. Box 131**
**Saco, MT 59261**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt 

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$124,059.57** |
|---|---|---|---|

**Slickline South, LLC**
**1652 Dykestown Road**
**Jay, FL 32565**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt 

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,836.00** |
|---|---|---|---|

**Smith International, Inc.**
**P.O. Box 732136**
**Dallas, TX 75373-2136**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt 

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$279.00** |
|---|---|---|---|

**Sondra K. Ennis**
**Address unknown at this time**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue 

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,029.38** |
|---|---|---|---|

**Southern Erosion Control Ownership**
**Tracey Fillmore**
**P.O. Box 969**
**Flomaton, AL 36441**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt 

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.157 5**

**Nonpriority creditor's name and mailing address**

**Southern Pine Electric Cooperative**
P.O. Box 528
Brewton, AL 36427

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$161,443.98**

---

**3.157 6**

**Nonpriority creditor's name and mailing address**

**Southern Propane, Inc.**
P.O. Box 530
Taylorsville, MS 39168

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$28,273.00**

---

**3.157 7**

**Nonpriority creditor's name and mailing address**

**Southwestern Electric Power Company**
P.O. Box 371496
Pittsburgh, PA 15250-7496

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$369.63**

---

**3.157 8**

**Nonpriority creditor's name and mailing address**

**Spanish Fort Royalty, LLC**
P.O. Box 7429
Spanish Fort, AL 36577

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

**$5.92**

---

**3.157 9**

**Nonpriority creditor's name and mailing address**

**Spanish Fort Royalty, LLC**
P.O. Box 7429
Spanish Fort, AL 36577

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,694.00**

---

**3.158 0**

**Nonpriority creditor's name and mailing address**

**Spindletop Oil & Gas Co.**
12850 Spurling Road, Ste. 200
Dallas, TX 75230

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$305.00**

---

**3.158 1**

**Nonpriority creditor's name and mailing address**

**SPL, Inc.**
d/b/a Banded Iron Group
P.O. Box 842013
Dallas, TX 75284-2013

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$79,558.14**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.158 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
SPOC Automation, Inc.
P.O. Bxo 1024
Trussville, AL 35173

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

$32,210.16

---

| 3.158 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
SRT Oil Field Service, LLC
P.O. Box 2909
Laurel, MS 39442

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

$15,878.00

---

| 3.158 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
St. Paul Fire & Marine Insurance Co.
Attn: Patricia A. Ludens
Mail Code LC12H
385 Washington St.
Saint Paul, MN 55102-1309

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

$64.00

---

| 3.158 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Stacy Samuel, Jr.
by Barbara Highsmith
307 Moore Drive
Hopkinsville, KY 42240

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

$4.00

---

| 3.158 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Stanley B. Johnson
Natalie M. Johnson
6005 Kirkland Road
Brewton, AL 36426

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

$38.00

---

| 3.158 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Stanley Johnston
200 South 31st Avenue Apt. 4301
Omaha, NE 68131

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

$14.00

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.158 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$1,448.13** |
|---|---|---|---|---|

**Staples Business Credit**
P.O. Box 105638
Atlanta, GA 30348-5638

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$345.00** |
|---|---|---|---|---|

**State Line Vacuum Service, LLC**
10656 Highway 79
Haynesville, LA 71038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$5,191.82** |
|---|---|---|---|---|

**Stateside Oil, Inc.**
Attn: Nick Sacco
952 Echo Lane, Suite 315
Houston, TX 77024

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$913.00** |
|---|---|---|---|---|

**Stateside Oil, Inc.**
Attn: Nick Sacco
952 Echo Lane, Suite 315
Houston, TX 77024

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$5.00** |
|---|---|---|---|---|

**Stephanie Hawkins Edwards**
c/o Kimberly Goodman
10000 Broadway Street No. 1181
Pearland, TX 77584

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$7.00** |
|---|---|---|---|---|

**Stephanie Lynn Hyde Simpson**
14 Ashley Ct.
Cartersville, GA 30121

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$9.00** |
|---|---|---|---|---|

**Stephen Francis O'Neal**
169 Arrowhead Road
Dadeville, AL 36583

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| **3.159 5** | Nonpriority creditor's name and mailing address<br>**Stephen L. Tolbert**<br>**802 61st Ave.**<br>**Pensacola, FL 32506**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Revenue**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$11.00** |
| **3.159 6** | Nonpriority creditor's name and mailing address<br>**Stephen S. Oden**<br>**48 Dogwood Lake Drive**<br>**Texarkana, TX 75503**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Revenue**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2.00** |
| **3.159 7** | Nonpriority creditor's name and mailing address<br>**Steven A Pickett**<br>**102 N College Ave Ste 614**<br>**Tyler, TX 07570-2727**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Revenue**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$154.00** |
| **3.159 8** | Nonpriority creditor's name and mailing address<br>**Steven E. Calhoun**<br>**P.O. Box 7621**<br>**Tyler, TX 75711**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Revenue**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15,772.00** |
| **3.159 9** | Nonpriority creditor's name and mailing address<br>**Steven P. Moore**<br>**8580 Bell Meadow Boulevard**<br>**Pensacola, FL 32514**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Revenue**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12.00** |
| **3.160 0** | Nonpriority creditor's name and mailing address<br>**Stewart's Testing, Inc.**<br>**Alpha Leak Detection Services, Inc.**<br>**304 Meadow Lane**<br>**Kemah, TX 77565**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,866.50** |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.160 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,339.26 |
|---|---|---|---|

**Stone Development, LLC**
Attn: L. C. Cheramie, Manager
PO Box 12004
Jackson, MS 39236

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

| 3.160 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,480.00 |
|---|---|---|---|

**Stone Development, LLC**
Attn: L. C. Cheramie, Manager
PO Box 12004
Jackson, MS 39236

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

| 3.160 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $747,857.68 |
|---|---|---|---|

**Stoneham Drilling Corporation**
707 17th Street
Suite 3250
Denver, CO 80202

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.160 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Stormey Berger Baker**
13612 Loren Ln
Fayetteveille, AR 72704

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

| 3.160 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $329,439.46 |
|---|---|---|---|

**Strago Petroleum Corporation**
3209 Hamm Road
Pearland, TX 77581-5503

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

| 3.160 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,930.00 |
|---|---|---|---|

**Strago Petroleum Corporation**
3209 Hamm Road
Pearland, TX 77581-5503

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.160 7**

**Nonpriority creditor's name and mailing address**
**Stratum Reservoir Intermediate, LLC**
**P.O. Box 734607**
**Dallas, TX 75373-4607**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$1,551.00

---

**3.160 8**

**Nonpriority creditor's name and mailing address**
**Stric-Lan Companies, LLC**
**P.O. Box 62288**
**Lafayette, LA 70596-2288**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$750.00

---

**3.160 9**

**Nonpriority creditor's name and mailing address**
**Stroud Family LLC**
**333 Texas Street Suite 860**
**Shreveport, LA 71101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

$2,839.96

---

**3.161 0**

**Nonpriority creditor's name and mailing address**
**Stroud Family LLC**
**333 Texas Street Suite 860**
**Shreveport, LA 71101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$299.00

---

**3.161 1**

**Nonpriority creditor's name and mailing address**
**Stroud Petroleum Inc**
**PO Box 565**
**416 Travis Street, Suite 608**
**Shreveport, LA 71162**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$184.00

---

**3.161 2**

**Nonpriority creditor's name and mailing address**
**Sugar Oil Properties, L.P.**
**Attn: Mr. Mickey Quinlan, President**
**625 Market Street, Suite 100**
**Shreveport, LA 71101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

$184,934.22

---

**3.161 3**

**Nonpriority creditor's name and mailing address**
**Sugar Oil Properties, L.P.**
**Attn: Mr. Mickey Quinlan, President**
**625 Market Street, Suite 100**
**Shreveport, LA 71101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$45,550.00

---

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

| 3.161<br>4 | Nonpriority creditor's name and mailing address<br>**Summit LLC**<br>**Attn: Alvin Byrd**<br>**229 Dogwood Lane**<br>**Madison, MS 39110-8795** | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | $1,194.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.161<br>5 | Nonpriority creditor's name and mailing address<br>**Support.com Accounts Receivable**<br>**Dept. CH-10967**<br>**Palatine, IL 60055-0967** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,698.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.161<br>6 | Nonpriority creditor's name and mailing address<br>**Susan D. Moore Reed**<br>**2879 Starling Drive**<br>**Waldorf, MD 20601** | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | $12.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.161<br>7 | Nonpriority creditor's name and mailing address<br>**Susan Lombard Wilkinson**<br>**1209 Lynn Acres Drive, #A**<br>**Birmingham, AL 35215** | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | $276.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.161<br>8 | Nonpriority creditor's name and mailing address<br>**Susan R. Sullivan**<br>**2221 SCR 20**<br>**Mize, MS 39116** | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | $3.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.161<br>9 | Nonpriority creditor's name and mailing address<br>**Susan S. Bedier**<br>**13943 N. Bright Angel Trail**<br>**Marana, AZ 85658** | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | $1.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                          Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.162 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.00 |
|---|---|---|---|

**Susan Stroud Kirby**
**1622 Earl of Dunmore Lane**
**Katy, TX 77449-3025**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.00 |
|---|---|---|---|

**Susan T. Henegar**
**PO Box 1783**
**Lindale, TX 75771**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.00 |
|---|---|---|---|

**Susan W. Saab**
**5547 Lake Trace Drive**
**Hoover, AL 35244**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sutton Lloyd**
**1425 West 23rd Avenue**
**Denver, CO 80205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116.00 |
|---|---|---|---|

**Suzanne C. Leander**
**45 Hidden Lane**
**Westbury, NY 11590**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,869.00 |
|---|---|---|---|

**Suzanne W.  Zimmer**
**P.O. Box 159**
**Montrose, AL 36559**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.162 6 | **Nonpriority creditor's name and mailing address** <br> **Suzanne W. Stauss** <br> **4865 Driftwood Lane NE** <br> **Salem, OR 97303** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ■ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: __Revenue__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$1.00** |

| | | | |
|---|---|---|---|
| 3.162 7 | **Nonpriority creditor's name and mailing address** <br> **Suzanne Womack** <br> **803 Thornbranch** <br> **Houston, TX 77079** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ■ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: __Revenue__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$27.00** |

| | | | |
|---|---|---|---|
| 3.162 8 | **Nonpriority creditor's name and mailing address** <br> **Syble LaJune White** <br> **5810 Laurelwood Drive** <br> **Crestview, FL 32539** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ■ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: __Revenue__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$35.00** |

| | | | |
|---|---|---|---|
| 3.162 9 | **Nonpriority creditor's name and mailing address** <br> **Sylvan Resources Co. LLC** <br> **Attn: Mike Lecinson** <br> **1743 East 71st Street** <br> **Tulsa, OK 74136** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ■ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: __Revenue__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$98.00** |

| | | | |
|---|---|---|---|
| 3.163 0 | **Nonpriority creditor's name and mailing address** <br> **Sylvester Covington** <br> **721 Olive Street** <br> **Sumter, SC 29150** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ■ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: __Revenue__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$2.00** |

| | | | |
|---|---|---|---|
| 3.163 1 | **Nonpriority creditor's name and mailing address** <br> **T & T Communications** <br> **P.O. Box 279** <br> **Ellisville, MS 39437** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: __Trade Debt__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$2,750.00** |

| | | | |
|---|---|---|---|
| 3.163 2 | **Nonpriority creditor's name and mailing address** <br> **T & T Welding Service** <br> **P.O. Box 279** <br> **Ellisville, MS 39437** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: __Trade Debt__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$20,102.50** |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.163 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$76.00** |
|---|---|---|---|

**T. Carl Parish**
**428 Covey Lane**
**Mesquite, TX 75150**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.163 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.92** |
|---|---|---|---|

**T.A. Leonard**
**7817 Petersen Point Road**
**Milton, FL 32583**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Cash Call Advance_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.163 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$549.00** |
|---|---|---|---|

**T.A. Leonard**
**7817 Petersen Point Road**
**Milton, FL 32583**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.163 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$83,877.20** |
|---|---|---|---|

**T.M. McCoy & Co., Inc.**
**P.O. Box 608**
**Wilson, WY 83014**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.163 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,530.00** |
|---|---|---|---|

**T.W. McGuire & Associates, Inc.**
**Petroleum Engineers**
**P.O. Box 1763**
**Shreveport, LA 71166**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.163 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,546.00** |
|---|---|---|---|

**Tara Rudman**
**5910 North Central Expressway**
**Ste 1662**
**Dallas, TX 75206**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.163 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.26 |
|---|---|---|
| **Tara Rudman Revocable Trust**<br>**Tara Rudman, Trustee**<br>**5910 North Central Expressway, Ste 1662**<br>**Dallas, TX 75206** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Cash Call Advance__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.164 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,037.00 |
|---|---|---|
| **Tara Rudman Revocable Trust**<br>**Tara Rudman, Trustee**<br>**5910 North Central Expressway, Ste 1662**<br>**Dallas, TX 75206** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Revenue__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.164 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $138,350.94 |
|---|---|---|
| **Tauber Exploration & Production Co**<br>**55 Waugh Drive, Suite 600**<br>**Houston, TX 77007** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Cash Call Advance__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.164 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,895.00 |
|---|---|---|
| **Tauber Exploration & Production Co**<br>**55 Waugh Drive, Suite 600**<br>**Houston, TX 77007** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Revenue__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.164 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.00 |
|---|---|---|
| **Taylor Alexander Stevens**<br>**2525 Culkin Road**<br>**Vicksburg, MS 39183** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Revenue__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.164 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $332,395.72 |
|---|---|---|
| **TCP Cottonwood, L.P.**<br>**333 Texas Street, Suite 2020**<br>**Shreveport, LA 71101** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Cash Call Advance__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

| 3.164 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338,379.00 |
|---|---|---|---|
| | TCP Cottonwood, L.P. | ■ Contingent | |
| | 333 Texas Street, Suite 2020 | ■ Unliquidated | |
| | Shreveport, LA 71101 | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: Revenue | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.164 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,270.37 |
|---|---|---|---|
| | TCP Specialists, LLC | ☐ Contingent | |
| | P.O. Box 19574 | ☐ Unliquidated | |
| | Shreveport, LA 71149 | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: Trade Debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.164 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,757.31 |
|---|---|---|---|
| | TCP Specialists, LLC | ☐ Contingent | |
| | P.O. Box 157 | ☐ Unliquidated | |
| | Gloster, LA 71030 | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: Trade Debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.164 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,770.00 |
|---|---|---|---|
| | TDX Energy, LLC | ■ Contingent | |
| | 401 Edwards Street, Suite 1900 | ■ Unliquidated | |
| | Shreveport, LA 71101 | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: Revenue | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.164 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|
| | Teddy Arthur Fincher & | ■ Contingent | |
| | Nelly Burns Fincher | ☐ Unliquidated | |
| | 1682 2nd Street | ☐ Disputed | |
| | Arcadia, LA 71001 | | |
| | Date(s) debt was incurred __ | Basis for the claim: Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192.00 |
|---|---|---|---|
| | Teekell Oil & Gas, Inc. | ■ Contingent | |
| | 8520 Business Park Dr | ■ Unliquidated | |
| | Shreveport, LA 71105 | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: Revenue | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,980.00 |
|---|---|---|---|
| | Tenexco, Inc. | ■ Contingent | |
| | Attn: Richard S. Incandela | ■ Unliquidated | |
| | 17W 715C Butterfield Road | ☐ Disputed | |
| | Oak Brook Terrace, IL 60181 | | |
| | Date(s) debt was incurred __ | Basis for the claim: Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.165.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.00 |
|---|---|---|---|

**TEPCO, LLC**
**C/O BKD, LLP**
**2700 Post Oak Blvd, Ste 1500**
**Houston, TX 77056**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.00 |
|---|---|---|---|

**Terri Johnson Dowd**
**2761 CR 4670**
**Atlanta, TX 75551**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.00 |
|---|---|---|---|

**Terry Lefler Walls**
**1382 County Highway 623**
**Matthews, MO 63867**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.00 |
|---|---|---|---|

**Terry Leigh Portwood Turman**
**10425 Bradshaw Dr**
**Fort Worth, TX 76108**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Terry Pearson**
**11896 Welby Place**
**Mareno Valley, CA 92557**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.63 |
|---|---|---|---|

**The Coleman Revocable Living Trust**
**4600 Greenville Avenue, Suite 300**
**Dallas, TX 75206**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.165
8**

**Nonpriority creditor's name and mailing address**

**The Coleman Revocable Living Trust**
**4600 Greenville Avenue, Suite 300**
**Dallas, TX 75206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$5,165.00

---

**3.165
9**

**Nonpriority creditor's name and mailing address**

**The Financials.com LLC**
**1868 Wildcat Cove**
**Fort Pierce, FL 34949**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.166
0**

**Nonpriority creditor's name and mailing address**

**The Hiller Companies, Inc.**
**P.O. Box 935434**
**Atlanta, GA 31193-5434**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$8,498.00

---

**3.166
1**

**Nonpriority creditor's name and mailing address**

**The Joy Partners, Ltd.**
**P.O. Box 576**
**Ardmore, OK 73402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$77.00

---

**3.166
2**

**Nonpriority creditor's name and mailing address**

**The Kansas City Southern**
**Attn:  Real Estate Dept.**
**P.O. Box 219335**
**Kansas City, MO 64121-9335**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$34.00

---

**3.166
3**

**Nonpriority creditor's name and mailing address**

**The Mary Hardegree Strain Family Trust**
**Jane S. Blount, Trustee**
**223 Myrtle Drive**
**Thomasville, GA 31792**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$13.00

---

**3.166
4**

**Nonpriority creditor's name and mailing address**

**The McPherson Companies, Inc.**
**P.O. Box 890145**
**Charlotte, NC 28289-0145**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$9,170.86

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.166<br>5 | | | | $3,580.42 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**The MR Trust**
**Attn: Wes Herndon**
**6500 Greenville Ave**
**Ste 110**
**Dallas, TX 75206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.166<br>6 | | | | $3,508.00 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Nemours Fund**
**10140 Centurion Pkwy. N.**
**Jacksonville, FL 32256**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.166<br>7 | | | | $16,962.50 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Rudman Partnership**
**W.R. "Trey" Sibley, III**
**4851 LBJ Freeway, Ste 210**
**Dallas, TX 75244**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.166<br>8 | | | | $265,871.00 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Rudman Partnership**
**W.R. "Trey" Sibley, III**
**4851 LBJ Freeway, Ste 210**
**Dallas, TX 75244**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.166<br>9 | | | | $121.00 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Sater Fam Partnership LP**
**Alvrone Sater, Managing Partner**
**PO Box 2509**
**Evansville, IN 04772-8050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167<br>0 | | | | $45.00 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Shaffer Family Living Trust**
**Michael A. Shaffer & Clarissa Shaffer**
**3235 Cordoba Ranch Blvd**
**Lutz, FL 33559**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.167 1 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$1,553.00** |
|---|---|---|---|---|

**The Whitney Corporation**
**1130 Congress Avenue Ste B**
**Cincinnati, OH 45246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.167 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Thelma Brye**
**710 Olive Street**
**Sumter, SC 29150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.167 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Thelma Hope Roach**
**3982 County Road 491 South**
**Henderson, TX 75654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.167 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Thelma Jean Ford Steber**
**Rt 3 Box 930**
**Tyler, TX 75705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.167 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39.00** |
|---|---|---|---|

**Thelma Warren Harden**
**Escheat to TX**
**2616 Lee St**
**Fort Worth, TX 76106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.167 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.00** |
|---|---|---|---|

**Theola Warren**
**2614 Almeda**
**Dallas, TX 95216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

**3.1677**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.00 |
|---|---|---|
| **Theresa L. Garcia**<br>**337 Northbrook Lane**<br>**Woodstock, GA 30188** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Revenue | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.1678**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,992.00 |
|---|---|---|
| **Thomas C. Tolbert**<br>**940 Shadow Ridge Drive**<br>**Pensacola, FL 32514** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Revenue | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.1679**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,508.00 |
|---|---|---|
| **Thomas C. Tolbert, trustee of the**<br>**Harold H. Godwin Trust**<br>**940 Shadow Ridge Drive**<br>**Pensacola, FL 32514** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Revenue | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.1680**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.00 |
|---|---|---|
| **Thomas E. McMillan, Jr.**<br>**P.O. Box 809**<br>**Brewton, AL 36427** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Revenue | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.1681**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.00 |
|---|---|---|
| **Thomas E. Wilkerson, Jr.**<br>**8357 Hwy 51**<br>**Ariton, AL 36311** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Revenue | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.1682**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $123.00 |
|---|---|---|
| **Thomas Energy, LLC**<br>**P.O. Box 809**<br>**Brewton, AL 36427** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Revenue | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.168 3 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
| | **Thomas F. Murray** | ■ Contingent | |
| | **538 County Road 319** | ■ Unliquidated | |
| | **Jonesboro, TX 76538** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 4 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
| | **Thomas Family Minerals, L.L.C.** | ■ Contingent | |
| | **c/o Agent Property Services** | ■ Unliquidated | |
| | **P.O. Box 1410** | ☐ Disputed | |
| | **Ruston, LA 71273-1410** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 5 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
| | **Thomas Jones** | ■ Contingent | |
| | **6107 Revere Place** | ■ Unliquidated | |
| | **Dallas, TX 75214** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 6 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37.00** |
| | **Thomas L. Blakeney GF Trust** | ■ Contingent | |
| | **P.O. Box 741283** | ■ Unliquidated | |
| | **Dallas, TX 75374-1283** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 7 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
| | **Thomas Lee Warren** | ■ Contingent | |
| | **2313 Chipplegate Way** | ■ Unliquidated | |
| | **North Las Vegas, NV 79032-4814** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 8 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71.00** |
| | **Thomas Lowe Blakeney** | ■ Contingent | |
| | **9212 Seagrove Dr.** | ■ Unliquidated | |
| | **Dallax, TX 75243-7228** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|--------|-----------------------------------|------------------------|------------------|
| | Name | | |

---

**3.1689**

**Nonpriority creditor's name and mailing address**

**Thomas M. Oneal**
**Gay M Oneal**
**PO Box 536**
**Choudrant, LA 71227**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$8.00**

---

**3.1690**

**Nonpriority creditor's name and mailing address**

**Thomas Ray Shaw**
**15 Magnolia St**
**Childersburg, AL 35044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$220.00**

---

**3.1691**

**Nonpriority creditor's name and mailing address**

**Thomas Rutherford Key**
**118 McIntosh Bluff Road**
**Fairhope, AL 36532**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$9.00**

---

**3.1692**

**Nonpriority creditor's name and mailing address**

**Thomas W. Musselewhite**
**501 Princeton Drive**
**Tyler, TX 75703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$3.00**

---

**3.1693**

**Nonpriority creditor's name and mailing address**

**Thomas Whitaker Westbrook**
**15347 Battersea Garden Dr**
**Channelview, TX 77530**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$20.00**

---

**3.1694**

**Nonpriority creditor's name and mailing address**

**Thomas William Baker**
**120 Virginia Avenue**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$12.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|

---

**3.169 5**

**Nonpriority creditor's name and mailing address**
**Thompson Gas**
P.O. Box 9896511
Boston, MA 02298-6511

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,796.75**

---

**3.169 6**

**Nonpriority creditor's name and mailing address**
**Tiembo Ltd**
Attn: Mark Rauch
PO Box 270415
Houston, TX 77277-0415

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$69,261.00**

---

**3.169 7**

**Nonpriority creditor's name and mailing address**
**Tiffannie J. Edwards**
144 Downs Lane
Brewton, AL 36436

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.169 8**

**Nonpriority creditor's name and mailing address**
**Tiffany Bennett**
2434 Capella Cir
Atlanta, GA 30331

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

**3.169 9**

**Nonpriority creditor's name and mailing address**
**Tiffany Malone**
2016 Hughes Ave, Apt 5D
Bronx, NY 10457

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$148.00**

---

**3.170 0**

**Nonpriority creditor's name and mailing address**
**Tim Ross/William Timothy Ross**
10044 State Highway
Troup, TX 75789

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.170 1**

**Nonpriority creditor's name and mailing address**
**Timbree Ford Hardy**
9517 Woodvale Drive
Austin, TX 78729-3565

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.170 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|---|---|---|---|

**Timothy P. McGowin**
2526 Waterford Rd
Auburn, AL 36832

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.170 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$92,979.00** |
|---|---|---|---|

**Tisdale Natural Resources, LLC**
PO Box 281
Andalusia, AL 36420

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.170 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$106,123.08** |
|---|---|---|---|

**Tom Joiner & Associates, Inc.**
P.O. Box 1490
Tuscaloosa, AL 35403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.170 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$171.36** |
|---|---|---|---|

**Tom Youngblood**
PO Box 5926
Shreveport, LA 71135-5926

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

| 3.170 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,150.00** |
|---|---|---|---|

**Tom Youngblood**
PO Box 5926
Shreveport, LA 71135-5926

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.170 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,871.00** |
|---|---|---|---|

**Tommie Gene Parker**
Frances P Parker
4575 Highway 18 West
Quitman, MS 39355

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

**3.170 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|
| **Tommy Alan Fite** | ■ Contingent | |
| **20377 Highway 110 South** | ☐ Unliquidated | |
| **Whitehouse, TX 75791** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Revenue__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.170 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|
| **Tommy Lou Pearson Rhodes** | ■ Contingent | |
| **2601 Caplin** | ☐ Unliquidated | |
| **Houston, TX 77026** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Revenue__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.171 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|
| **Tony Martin Powell** | ■ Contingent | |
| **616 Cook Road** | ☐ Unliquidated | |
| **Athens, LA 71003** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Revenue__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.171 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27.00 |
|---|---|---|
| **Tony Martin Powell &** | ■ Contingent | |
| **Celeste Hymel Powell** | ☐ Unliquidated | |
| **616 Cook Rd** | ☐ Disputed | |
| **Athens, LA 71003** | | |
| Date(s) debt was incurred _ | Basis for the claim:  __Revenue__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.171 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $164,035.39 |
|---|---|---|
| **Tool Pushers Supply Co.** | ☐ Contingent | |
| **P.O. Box 1714** | ☐ Unliquidated | |
| **Casper, WY 82602** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Trade Debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.171 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|
| **Tosha Danielle Gray** | ■ Contingent | |
| **400 SCR 29** | ☐ Unliquidated | |
| **Mize, MS 39116** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Revenue__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.171 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,870.00 |
|---|---|---|
| **Total Pump & Supply, LLC** | ☐ Contingent | |
| **P.O. Box 548** | ☐ Unliquidated | |
| **Carencro, LA 70520** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Trade Debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.171 5**

**Nonpriority creditor's name and mailing address**
**Total Safety US, Inc.**
P.O. Bxo 654171
Dallas, TX 75265-4171

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,402.42**

---

**3.171 6**

**Nonpriority creditor's name and mailing address**
**Town of Arcadia**
P.O. Box 767
Arcadia, LA 71001

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$20.90**

---

**3.171 7**

**Nonpriority creditor's name and mailing address**
**Tracey Samuel Reynolds**
1291 Frost Court
Cincinnati, OH 45231

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

**$16.00**

---

**3.171 8**

**Nonpriority creditor's name and mailing address**
**TrackNet**
1215 Prytania Street
New Orleans, LA 70130-4357

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.171 9**

**Nonpriority creditor's name and mailing address**
**Tracy & Stephanie Mollette**
as Joint Tenants
PO Box 491
Quitman, MS 39355

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$184.00**

---

**3.172 0**

**Nonpriority creditor's name and mailing address**
**Tracy Deas Humphrey**
507 Denham Progress Road
Buckatunna, MS 39322-9683

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$148.00**

---

**3.172 1**

**Nonpriority creditor's name and mailing address**
**Tracy Everett Sumner**
36 S. Eagle Circle
Aurora, CO 80012

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.172 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $242.00 |
|---|---|---|---|

**Transamerican Royalties LLC**
**469 River Loop 1**
**Eugene, OR 97404**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $390.96 |
|---|---|---|---|

**TransZap, Inc.**
**Enverus Business Automation**
**Department 3597**
**P.O. Box 123597**
**Dallas, TX 75312-3597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**Trant K. Kidd Family Partnership, Ltd.**
**c/o Trant Kidd**
**102 N. College, Suite106**
**Tyler, TX 75702**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,148.00 |
|---|---|---|---|

**Travis Boney**
**9624 Hampshire Court**
**Mobile, AL 36695**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $860.00 |
|---|---|---|---|

**Travis R. Boney**
**5027 Hwy 18 W**
**Quitman, MS 39355**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.00 |
|---|---|---|---|

**Travod Samuel**
**C/O Chantel Hannah**
**344 West 111th Place**
**Chicago, IL 60628**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.172 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|
| **Treadwell Jones** **7709 Rosewood** **Prairie Village, KS 66208** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Revenue** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.172 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154.59 |
|---|---|---|
| **Trimble Energy, LLC** **Attn: James C. Trimble** **11816 Inwood Road #11** **5855 Milton Street Apt. 405** **Dallas, TX 75244** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Cash Call Advance** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.173 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,069.00 |
|---|---|---|
| **Trimble Energy, LLC** **Attn: James C. Trimble** **11816 Inwood Road #11** **5855 Milton Street Apt. 405** **Dallas, TX 75244** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Revenue** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.173 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,493.34 |
|---|---|---|
| **Trinity Exploration LLC** **776 Old Wagon Trail Circle** **Lafayette, CO 80026** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Cash Call Advance** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.173 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.93 |
|---|---|---|
| **Triumphant  Management, LLC** **Attn: Stefano Feo** **3757 Gulf Shores Pkwy** **Suite BA-1** **Gulf Shores, AL 36542** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Cash Call Advance** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.173 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.00 |
|---|---|---|
| **Triumphant  Management, LLC** **Attn: Stefano Feo** **3757 Gulf Shores Pkwy** **Suite BA-1** **Gulf Shores, AL 36542** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Revenue** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.173 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121.00 |
|---|---|---|---|
| | **TSC Oil & Gas Inc**<br>**Ron Bliss**<br>**4925 Greenville Ave Ste 600**<br>**Dallas, TX 75206** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.173 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,078.13 |
|---|---|---|---|
| | **TST Energy, LLC**<br>**Tracy S. Toups, Manager**<br>**3238 Barksdale Blvd**<br>**Bossier City, LA 71112** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Cash Call Advance__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.173 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,546.00 |
|---|---|---|---|
| | **TST Energy, LLC**<br>**Tracy S. Toups, Manager**<br>**3238 Barksdale Blvd**<br>**Bossier City, LA 71112** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.173 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,960.00 |
|---|---|---|---|
| | **Turner Family Mississippi Mineral**<br>**Holdings, L.L.C.**<br>**8687 United Plaza Boulevard**<br>**Baton Rouge, LA 70809** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Revenue__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.173 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,808.00 |
|---|---|---|---|
| | **Turner Specialty Services, LLC**<br>**P.O. Box 2750**<br>**Baton Rouge, LA 70821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.173 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,436.07 |
|---|---|---|---|
| | **Twin Bridges Resources LLC**<br>**475 17th Street, Suite 900**<br>**Denver, CO 80202** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Cash Call Advance__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.174 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tyler Oil And Gas, LLC**
**Tiffany Tyler Steadman and BT Steadman**
**P.O. Box 12761**
**Jackson, MS 39236**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$2,618.00**

---

| 3.174 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tyrone Walker**
**1147 Werre Way**
**Locust Grove, GA 30248**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

| 3.174 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**UHS Premium Billing**
**P.O. Box 94017**
**Palatine, IL 60094-4017**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$38,359.56**

---

| 3.174 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ulterra Drilling Technologies. LP**
**P.O. Box 733586**
**Dallas, TX 75373-3586**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$65,905.00**

---

| 3.174 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Union Oilfield Supply, Inc.**
**12 John Dykes Road**
**Waynesboro, MS 39367**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$283,262.50**

---

| 3.174 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Unishippers FRT Performance**
**Logistics Group, Inc.**
**P.O. Box 4011**
**Greenwood Village, CO 80155**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$639.56**

---

| 3.174 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Unishppers DEN Performance**
**Logistics Group, Inc.**
**P.O. Box 4011**
**Greenwood Village, CO 80155**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$454.38**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.174 7**

**Nonpriority creditor's name and mailing address**
**United Rentals (North America),  Inc.**
**P.O. Box 840514**
**Dallas, TX 75284-0514**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$885.36

---

**3.174 8**

**Nonpriority creditor's name and mailing address**
**Upshur Rural Electric Cooperative**
**P.O. Box 6500**
**Big Sandy, TX 75755-6500**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$359.12

---

**3.174 9**

**Nonpriority creditor's name and mailing address**
**Valeria Van Zandt Tarantino**
**7 Clarkes Village Road**
**Jamestown, RI 02835**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

**3.175 0**

**Nonpriority creditor's name and mailing address**
**Valhalla Royalty, LLC**
**7889 Eastlake Drive**
**Murchison, TX 75778**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$3,231.00

---

**3.175 1**

**Nonpriority creditor's name and mailing address**
**Valley Plains, LLC**
**P.O. Box 249**
**Woodlawn, TX 75694**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,145.50

---

**3.175 2**

**Nonpriority creditor's name and mailing address**
**Vance M. Bevel**
**2009 Grimm Lane**
**Pacific, MO 63069**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$8.00

---

**3.175 3**

**Nonpriority creditor's name and mailing address**
**Vanessa Warren**
**Address Unverified**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$3.00

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.175 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|
| **Varna Mae Warren McKay**<br>**Route 3 Box 761**<br>**Tyler, TX 75705** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Revenue__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.175 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00** |
|---|---|---|
| **Vennis L.S. Arrington**<br>**9031 East 64th Street**<br>**Tulsa, OK 74133** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Revenue__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.175 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|
| **Ventura Samuel**<br>**201 Linton Way, Apt. 127**<br>**Princeton, KY 42445** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Revenue__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.175 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00** |
|---|---|---|
| **Vera Frances Tait**<br>**740 Duxbury Lane**<br>**Bartlett, IL 60103-4560** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Revenue__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.175 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|
| **Verna C. Foster**<br>**1936 Reno Rd.**<br>**Gibsland, LA 71028** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Revenue__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.175 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$112.00** |
|---|---|---|
| **Vernita Wilks**<br>**2106 Springhill Road**<br>**Evergreen, AL 36401** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Revenue__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.176 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Veronica R. Holmes**
**1160 Hawthorne Drive**
**Pensacola, FL 32507**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  □ Yes

**$3.00**

---

| 3.176 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vickery Exploration, LLC**
**333 Summerville Drive**
**Madison, MS 39110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  □ Yes

**$1,573.00**

---

| 3.176 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vickie Ann Tomlin**
**1615 Lagonda Avenue**
**Fort Worth, TX 76106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  □ Yes

**$10.00**

---

| 3.176 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vicky Bracamonte**
**3644 Sable Ridge Drive**
**Dallas, TX 75287**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  □ Yes

**$5.00**

---

| 3.176 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vicky Ellen Rankin**
**2600 College Drive**
**Texarkana, TX 75501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  □ Yes

**$28.00**

---

| 3.176 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vincent A. Zito Petroleum Landman**
**505 Bear Drive**
**Gulf Breeze, FL 32561**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  □ Yes

**$10,541.30**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.176 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vincent C. Brye, Deceased**
**1354 Mazurek Blvd.**
**Pensacola, FL 32514**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$190.00**

---

| 3.176 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Viola Anna Taylor**
**4110 Springbrook Drive**
**Odessa, TX 79762**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$2.00**

---

| 3.176 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Virgie Brooks**
**5191 Pirotte Dr**
**San Diego, CA 92105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$24.00**

---

| 3.176 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Virginia Ann Braxton**
**2313 Chippelgate Way**
**North Las Vegas, NV 89032-4814**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$1.00**

---

| 3.177 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Virginia F. Sewell**
**1751 River Bluff View**
**Duluth, GA 30097**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$7.00**

---

| 3.177 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Virginia V Roberts**
**5 Colony Park Circle**
**Galveston, TX 77551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$22.00**

---

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

**3.177 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.00 |
|---|---|---|
| **Virginia W. Edwards**<br>Rt. 3 Box 761<br>Tyler, TX 75705 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Revenue_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.177 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|
| **Vyola Williams Nations**<br>c/o Jessie M. Aaron<br>3308 Wall Avenue<br>San Bernardino, CA 92404 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Revenue_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.177 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27.00 |
|---|---|---|
| **W. Curtis Melton, Jr.**<br>102 Saddle Mountain Road<br>Rome, GA 30161 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Revenue_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.177 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,440.00 |
|---|---|---|
| **W. Gray Sanders**<br>415 Hampton Street<br>Camden, SC 29020 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Revenue_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.177 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.00 |
|---|---|---|
| **W. T. Cary, Jr.**<br>115 Waterford Drive<br>Ninety Six, SC 29666 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Revenue_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.177 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.00 |
|---|---|---|
| **W.E. Woodson, III**<br>P.O. Box 54<br>Bonaire, GA 31005 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Revenue_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

EXHIBIT 5

| | |
|---|---|
| Debtor | **Sklar Exploration Company, LLC** |
| | Name |

Case number (if known) **20-12377-EEB**

---

**3.177 8**

Nonpriority creditor's name and mailing address
**W.S. Red Hancock, Inc.**
**P.O. Box 207**
**Bentonia, MS 39040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$8,872.98

---

**3.177 9**

Nonpriority creditor's name and mailing address
**W.T. Green Oil, Gas and Minerals LLC**
**PO Box 2097**
**Laurel, MS 39442**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$17.00

---

**3.178 0**

Nonpriority creditor's name and mailing address
**Wallace & Wallace LLC**
**6163 Kay Brook Drive**
**Byram, MS 39272-9660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$1,194.00

---

**3.178 1**

Nonpriority creditor's name and mailing address
**Wallace Harold Brown CST**
**c/o Charles L. Williams**
**PO Box 1685**
**Shreveport, LA 71165**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$730.00

---

**3.178 2**

Nonpriority creditor's name and mailing address
**Waller Brothers, Inc.**
**PO Box 1**
**Jackson, MS 39205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$1,987.00

---

**3.178 3**

Nonpriority creditor's name and mailing address
**Walter Armistead**
**118 CR 33915**
**Powderly, TX 75473**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$858.00

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.178 4**

**Nonpriority creditor's name and mailing address**

**Walter J. Starcke**
**4129 South Meadows Road, Apt. 128**
**Santa Fe, NM 87507**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$2,271.00**

---

**3.178 5**

**Nonpriority creditor's name and mailing address**

**Walter Lee Warren**
**2965 Eudora Street**
**Denver, CO 80207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$31.00**

---

**3.178 6**

**Nonpriority creditor's name and mailing address**

**Walter Ridgway Neill, Jr.**
**328 County Road 418**
**Oxford, MS 38655**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.178 7**

**Nonpriority creditor's name and mailing address**

**Walter Robert Hewell**
**265 Edinburgh Rd**
**San Angelo, TX 76901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$39.00**

---

**3.178 8**

**Nonpriority creditor's name and mailing address**

**Walter Warren**
**3001 Tembrooke Drive**
**Modesto, CA 95350**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

**3.178 9**

**Nonpriority creditor's name and mailing address**

**Wanda Ann Horsley**
**180 Rock Creek Road**
**Remlap, AL 35133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$1,977.00**

---

Official Form 206 E/F — Schedule E/F: Creditors Who Have Unsecured Claims — Page 272 of 284

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.1790**

**Nonpriority creditor's name and mailing address**

**Wanda D. Castro**
**1891 W. Hazelton Ave.**
**Stockton, CA 94203**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$18.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1791**

**Nonpriority creditor's name and mailing address**

**Wanda Harbin Terry**
**Robert James Terry**
**114 Roe Hodge Road**
**P.O. Box 1449**
**Elizabethton, TN 37644**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$220.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1792**

**Nonpriority creditor's name and mailing address**

**Wanda Jo Ellis White**
**1011 North Jackson Street**
**Apartment K2**
**Jacksonville, TX 75766**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$10.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1793**

**Nonpriority creditor's name and mailing address**

**Wanda Malone**
**2016 Hughes Avenue, #5-D**
**Bronx, NY 10457**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$74.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1794**

**Nonpriority creditor's name and mailing address**

**Wanda Sue Wallace**
**124 Feagin Rd.**
**Evergreen, AL 36401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$24.00

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1795**

**Nonpriority creditor's name and mailing address**

**Warthawg Construction**
**d/b/a Warthawg Properties, LP**
**520 Honeysuckle Lane**
**Longview, TX 75605**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$3,649.69

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.179<br>6**

**Nonpriority creditor's name and mailing address**

**Wastewater Disposal Services, Inc.**
**P.O. Drawer 649**
**Brewton, AL 36427**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$49,859.00**

---

**3.179<br>7**

**Nonpriority creditor's name and mailing address**

**Wayne Bryer**
**1503 Northumberland Way**
**Monmounth Junction, NJ 08852**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

**3.179<br>8**

**Nonpriority creditor's name and mailing address**

**Weatherford Laboratories, Inc.**
**ATTN: Kelly Emanual**
**2000 St. James Place**
**Houston, TX 77056**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$112,264.63**

---

**3.179<br>9**

**Nonpriority creditor's name and mailing address**

**WellPro Fishing & Rental Tools, Inc.**
**WellPro, Inc.**
**P.O. Box 2436**
**Williston, ND 58802-2436**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$20,827.00**

---

**3.180<br>0**

**Nonpriority creditor's name and mailing address**

**WEMO, Inc.**
**Attn:  Craig Webb**
**P.O. Box 5326**
**Shreveport, LA 71135-5326**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$154.00**

---

**3.180<br>1**

**Nonpriority creditor's name and mailing address**

**Western Water Consultants, Inc.**
**611 Skyline Road**
**Laramie, WY 82070**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$119.00**

---

**3.180<br>2**

**Nonpriority creditor's name and mailing address**

**WGA Mineral Interests LP**
**333 Texas Street, Ste. 2020**
**Shreveport, LA 71101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.180 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$11,520.46** |
| **Whirlwind Methane Recovery Systems LLC**<br>3600 Bent Cedar Trail<br>Edmond, OK 73034-2049 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Trade Debt** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.180 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$2,321.00** |
| **Whitaker Petroleum**<br>333 Texas St Ste 521<br>Shreveport, LA 71101 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Revenue** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.180 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$43,383.82** |
| **White Resources LLC Oilfield Chemicals**<br>P.O. Box 17875<br>Natchez, MS 39122 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Trade Debt** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.180 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$26.00** |
| **White Star Energy Inc**<br>PO Box 51108<br>Midland, TX 79710-1108 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Revenue** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.180 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$2,230.00** |
| **White's T&J Oilfield Supply, Inc.**<br>P.O. Box 659<br>Highway 84 West<br>Jonesville, LA 71343 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Trade Debt** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.180 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$900.00** |
| **White, Glen and Glenda**<br>130 Commanche Trail<br>Delhi, LA 71232 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Trade Debt** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.180 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$18.00** |
| **Willene Whatley**<br>115 E. McMillan St.<br>Evergreen, AL 36401 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date(s) debt was incurred __ | **Basis for the claim:** **Revenue** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

| 3.181 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$347.00** |
| **William Arthur Sims** | | ■ Contingent | |
| 4107 Indian Hills Rd SE | | ☐ Unliquidated | |
| Decatur, AL 35603 | | ☐ Disputed | |
| Date(s) debt was incurred _ | | **Basis for the claim:** **Revenue** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$623.00** |
| **William Daryl Edwards** | | ■ Contingent | |
| 13478 Highway 1 | | ■ Unliquidated | |
| Oil City, LA 71061-8676 | | ☐ Disputed | |
| Date(s) debt was incurred _ | | **Basis for the claim:** **Revenue** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$46.00** |
| **William E. Curtis, Jr.** | | ■ Contingent | |
| P.O. Box 130819 | | ■ Unliquidated | |
| Tyler, TX 75713 | | ☐ Disputed | |
| Date(s) debt was incurred _ | | **Basis for the claim:** **Revenue** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$8.00** |
| **William Franklin Jr.** | | ■ Contingent | |
| 650 Sackman Street | | ■ Unliquidated | |
| Mansfield, OH 44903 | | ☐ Disputed | |
| Date(s) debt was incurred _ | | **Basis for the claim:** **Revenue** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$13.00** |
| **William Holland** | | ■ Contingent | |
| 2549 New Hope Road | | ■ Unliquidated | |
| Bradford, KY 40006 | | ☐ Disputed | |
| Date(s) debt was incurred _ | | **Basis for the claim:** **Revenue** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$6.00** |
| **William Kassed** | | ■ Contingent | |
| P.O. Box 94 | | ■ Unliquidated | |
| Vilonia, AR 72143 | | ☐ Disputed | |
| Date(s) debt was incurred _ | | **Basis for the claim:** **Revenue** | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.181 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12.00** |
|---|---|---|---|

**William L. Moore, III**
PO Box 36815
Hoover, AL 35236

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17.00** |
|---|---|---|---|

**William M. Lonabaugh**
1400 Bayou Shore Drive Apt. 305
Galveston, TX 77551

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39.00** |
|---|---|---|---|

**William Marvin Hewell**
18754 N. 95th Way
Scottsdale, AZ 85255

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22.00** |
|---|---|---|---|

**William O. Welford**
5133 Highway 63 North
Lucedale, MS 39452

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70.24** |
|---|---|---|---|

**William R. & Gloria R. Rollo Rev Trust**
W.R. Rollo & G.R. Rollo, Co-Trustees
P.O. Box 894
Milton, FL 32572

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,802.00** |
|---|---|---|---|

**William R. & Gloria R. Rollo Rev Trust**
W.R. Rollo & G.R. Rollo, Co-Trustees
P.O. Box 894
Milton, FL 32572

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.182 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.00 |
|---|---|---|---|

**William Rudd Limited Partnership**
P.O. Box 1797
Waskom, TX 75692

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.182 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,006.00 |
|---|---|---|---|

**William S. Schreier**
62 McGregor Drive
Southampton, NY 11968

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.182 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.00 |
|---|---|---|---|

**William T. Pate**
960 Bull Slough Road
Andalusia, AL 36421

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.182 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|---|

**William T. Smith**
PO Box 117
Troup, TX 75789

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.182 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7.00 |
|---|---|---|---|

**William Yancy Lovelace, Jr.**
8976 County Road 99
Lillian, AL 36549

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.182 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23.00 |
|---|---|---|---|

**Willie Brye**
6255 Christopher Drive North
Mobile, AL 36609

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.1828 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2.00** |
| | **Willie C Holmes**<br>**c/o Claudette Bradley**<br>**1172 Johnsonville Circle**<br>**Castleberry, AL 36432** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Revenue** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
| | **Willie Dale Holmes**<br>**60 W. P. Court**<br>**Castleberry, AL 36432** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Revenue** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3.00** |
| | **Willie Drakeford, Jr.**<br>**716 Euclid Ave**<br>**Mobile, AL 36606** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Revenue** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1831 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3.00** |
| | **Willie Faye Scott**<br>**3110 Town Park Drive 1504**<br>**Tyler, TX 75701** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Revenue** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1832 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |
| | **Willie J. Samuel, Jr.**<br>**120 Audubon Loop**<br>**Madisonville, KY 42431** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Revenue** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1833 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3.00** |
| | **Willie Jones Johnson**<br>**c/o Rayfield Johnson**<br>**627 South Ross Street**<br>**Tyler, TX 75701** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Revenue** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.183 4**

**Nonpriority creditor's name and mailing address**

**Willie Lee Gaines**
**512 N. Martin Luther King Blvd.**
**Apt. 401**
**Lubbock, TX 79403-3416**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$3.00

---

**3.183 5**

**Nonpriority creditor's name and mailing address**

**Willie Mae Person Cato**
**P.O. Box 476**
**Gibsland, LA 71028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.183 6**

**Nonpriority creditor's name and mailing address**

**Willie Neal Warren**
**27-1S/S/E/ PPP 323 No. 155**
**Tyler, TX 75701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.183 7**

**Nonpriority creditor's name and mailing address**

**Willie Warren**
**c/o Lillian Rollins**
**4201 Wiman Drive**
**Fort Worth, TX 76119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

$2.00

---

**3.183 8**

**Nonpriority creditor's name and mailing address**

**Wimberley Park Ltd.**
**Attn: Peter M. Way**
**PO Box 36530**
**Houston, TX 77236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Cash Call Advance__

Is the claim subject to offset? ☐ No ☐ Yes

$6,181.59

---

**3.183 9**

**Nonpriority creditor's name and mailing address**

**Wimberley Park Ltd.**
**Attn: Peter M. Way**
**PO Box 36530**
**Houston, TX 77236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$2,729.00

---

EXHIBIT 5

| | | |
|---|---|---|
| Debtor | **Sklar Exploration Company, LLC** | |
| | Name | |
| | | Case number (if known)  **20-12377-EEB** |

| | | | |
|---|---|---|---|
| 3.184 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$478.00** |
| | **Woodie F. Womach Meisenheimer** | ■ Contingent | |
| | **1201 Louisiana, Suite 118** | □ Unliquidated | |
| | **Houston, TX 77002** | □ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  □ Yes | |

| | | | |
|---|---|---|---|
| 3.184 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84.00** |
| | **Wright Harper For Life** | ■ Contingent | |
| | **Rt 25 Box 1159** | □ Unliquidated | |
| | **Tyler, TX 75707** | □ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  □ Yes | |

| | | | |
|---|---|---|---|
| 3.184 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$122.00** |
| | **WSK Properties, LLC** | ■ Contingent | |
| | **c/o Scott Knight** | □ Unliquidated | |
| | **PO Box 508** | □ Disputed | |
| | **Tyler, TX 75710** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  □ Yes | |

| | | | |
|---|---|---|---|
| 3.184 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,701.00** |
| | **Wuellner Oil & Gas, Inc.** | ■ Contingent | |
| | **333 Texas Street, Ste 607** | □ Unliquidated | |
| | **Shreveport, LA 71101** | □ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  □ Yes | |

| | | | |
|---|---|---|---|
| 3.184 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,196.00** |
| | **Yates Resources, LP** | ■ Contingent | |
| | **3131 Southwestern Blvd** | □ Unliquidated | |
| | **Dallas, TX 75225** | □ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  □ Yes | |

| | | | |
|---|---|---|---|
| 3.184 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$144.67** |
| | **Yazoo Valley Electric Power Association** | □ Contingent | |
| | **P.O. Box 8** | □ Unliquidated | |
| | **Yazoo City, MS 39194** | □ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  □ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.184 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71.00 |
|---|---|---|---|

**Yelbom Oil, Inc.**
P.O. Box 1091
Shreveport, LA 71163-1091

- �■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? �■ No  ☐ Yes

---

| 3.184 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Yevetta Warren**
18245 Highway 31 East
Tyler, TX 75705

- �■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? �■ No  ☐ Yes

---

| 3.184 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Your Message Center, Inc.**
3181 Old Redlick Road
Texarkana, TX 75503

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade Debt

Is the claim subject to offset? �■ No  ☐ Yes

---

| 3.184 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,993.50 |
|---|---|---|---|

**ZAP Engineering and Construction**
333 South Allison Parkway
Lakewood, CO 80226

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade Debt

Is the claim subject to offset? �■ No  ☐ Yes

---

| 3.185 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.50 |
|---|---|---|---|

**Zedi USA**
P.O. Box 51475
Lafayette, LA 70505-1475

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade Debt

Is the claim subject to offset? �■ No  ☐ Yes

---

| 3.185 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|

**Zola Mae Bryant**
8320 South Lafayette Ave
Chicago, IL 60620

- �■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue

Is the claim subject to offset? �■ No  ☐ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Anderson Investment Holdings LP**<br>**dba GMA Energy**<br>**333 Texas Street, Suite 2020**<br>**Shreveport, LA 71101** | Line  **3.53**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Anderson Investment Holdings LP**<br>**dba GMA Energy**<br>**333 Texas Street, Suite 2020**<br>**Shreveport, LA 71101** | Line  **3.54**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Internal Revenue Service**<br>**Insolvency Unit**<br>**1999 Broadway**<br>**MS 5012 DEN**<br>**Denver, CO 80202-3025** | Line  **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Internal Revenue Service**<br>**1999 Broadway**<br>**MS 5012 DEN**<br>**Denver, CO 80202-3025** | Line  **2.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Louisiana Department of Revenue**<br>**617 North Third Street**<br>**Baton Rouge, LA 70802** | Line  **2.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Office of the Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, DC 20530-0001** | Line  **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Office of the Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, DC 20530-0001** | Line  **2.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Office of the Attorney General**<br>**State of Colorado**<br>**1300 Broadway**<br>**Denver, CO 80203** | Line  **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Office of the US Attorney**<br>**District of Colorado**<br>**1801 California Street, Suite 1600**<br>**Denver, CO 80202-2628** | Line  **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Office of the US Attorney**<br>**District of Colorado**<br>**1801 California Street, Suite 1600**<br>**Denver, CO 80202-2628** | Line  **2.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **State of Colorado**<br>**Division of Securities**<br>**1560 Broadway, Suite 900**<br>**Denver, CO 80202-5150** | Line  **2.2**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | Total of claim amounts |
|---|---|

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 466,448.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 22,544,337.73 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 23,010,785.73 |

EXHIBIT 5

**Fill in this information to identify the case:**

Debtor name **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **20-12377-EEB**

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of Boulder Offices** **Office Lease dated April 3, 2013, between 5395 Pearl Parkway, LLC, as Landlord, and Sklar Exploration Company L.L.C., as Tenant, as amended by that certain First Amendment to Lease Agreement dated February 10, 2014, and that certain Second Amendment to Lease Agreement dated November 20, 2014, pursuant to which Landlord leased to Tenant certain premises in the building located at 5395 Pearl Parkway, Boulder, Colorado 80301.** | |
| State the term remaining | | |
| List the contract number of any government contract | | **5395 Pearl Parkway, LLC 1919 14th Street, Suite 800 Boulder, CO 80302** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Paper Management Agreement dated October 22, 2014, by and between All Copy Products, Inc. and Sklar Exploration Company L.L.C, as amended on December 12, 2014 and February 27, 2015.** | **All Copy Products, Inc. 4141 Colorado Blvd. Denver, CO 80216** |

EXHIBIT 5

| Debtor 1 | Sklar Exploration Company, LLC | | Case number *(if known)* | 20-12377-EEB |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract  _____

---

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Alabama Offices** <br><br> **Office Lease Agreement dated April 26, 2018, by and between Brewton Area Properties, LLC, as Lessor, and Sklar Exploration Company L.L.C., as Lessee, pursuant to which Lessor leased to Lessee the office building located at 319 Belleville Avenue, Brewton, Alabama.** | |
|---|---|---|---|
| | State the term remaining | | **Brewton Area Properties** <br> **Attn: Thomas McMillan** <br> **P.O. Box 809** <br> **Brewton, AL 36427** |
| | List the contract number of any government contract | | |

---

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Confidential Employment Separation Agreement dated November 20, 2018, by and between David Barlow, an individual, Daboil Resources, L.C., Ansaben Trust, Sklar Exploration Company L.L.C., Sklarco L.L.C. and Howard F. Sklar, individually.** | |
|---|---|---|---|
| | State the term remaining | | **David A. Barlow** <br> **321 Paseo Encinal Street** <br> **San Antonio, TE 78212** |
| | List the contract number of any government contract | | |

---

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement dated April 1, 2020, by and between Enterprise Computing Services, LLC and Sklar Exploration Company L.L.C.** | |
|---|---|---|---|
| | State the term remaining | | **Enterprise Computing Services, LLC** <br> **347 Bert Kouns Industrial Loop** <br> **Shreveport, LA 71106** |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor 1 | **Sklar Exploration Company, LLC** | | | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | List the contract number of any government contract | _____ | |
|---|---|---|---|

---

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Agency Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Howard F. Sklar Trust** |
| | List the contract number of any government contract | _____ | **5395 Pearl Parkway**<br>**Suite 200**<br>**Boulder, CO 80301** |

---

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Premium Finance Agreement - Promissory Note dated March 2, 2020, by and between J&H Insurance Services, Inc., as Agent, and Sklar Exploration Company L.L.C., as Insured** | |
|---|---|---|---|
| | State the term remaining | | **J and H Insurance Services, Inc.** |
| | List the contract number of any government contract | _____ | **510 N. Valley Mills Road, Suite 701**<br>**Waco, TX 76710** |

---

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Premium Finance Agreement - Promissory Note dated August 2, 2019 by and between J&H Insurance Services, Inc., as Agent, and Sklar Exploration Company L.L.C., as Insured** | |
|---|---|---|---|
| | State the term remaining | | **J and H Insurance Services, Inc.** |
| | List the contract number of any government contract | _____ | **510 N. Valley Mills Road, Suite 701**<br>**Waco, TX 76710** |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor 1 | Sklar Exploration Company, LLC | | | Case number *(if known)* | 20-12377-EEB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Shreveport Offices** | |
|---|---|---|---|
| | | **Office Lease dated February 8, 1999, between SM Brell, LP, as Landlord, and Sklar Exploration Company L.L.C., as Tenant, as amended by that certain Lease Amendment No. 1 dated April 3, 2000, and that certain Lease Amendment No. 2 dated October 17, 2000, and that certain Third Amendment to Lease Agreement dated March 30, 200l, and that certain Fourth Amendment to Lease dated July 19, 2004, and that certain Fifth Amendment to Lease dated March 12, 2006, and that certain Sixth Amendment to Lease dated November 21, 2007, and that certain Seventh Amendment to Lease dated April 18, 2008, and that certain Eighth Amendment to Lease dated May 26, 2011, and that certain Ninth Amendment to Lease dated September 16, 2016, pursuant to which Landlord leased to Tenant certain premises in the building, Suite 1601, 1605, 1615 and 1620, known as the Louisiana Tower Office Building located at 401 Edwards Street, Shreveport, Louisiana 71101.** | |
| | State the term remaining | | **Louisiana Tower Operating c/o Kean Miller Attn: Mark Mese II City Plaza, 400 Convention Street Baton Rouge, LA 70802** |
| | List the contract number of any government contract | | |

EXHIBIT 5

| Debtor 1 | **Sklar Exploration Company, LLC** | | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease Agreement dated December 14, 2018, by and between Sklar Exploration Company L.L.C., as Tenant, and Redwave Energy, Inc., as Subtenant, concerning a sublease of certain office space at 5395 Pearl Parkway, Suite 200, Boulder, CO 80301.** | |
|---|---|---|---|
| | State the term remaining | | **RedWave Energy, Inc. Attn: Jim Nelson 1041 Mackenzie Place Wheaton, IL 60187** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Various Printer Leases** | |
|---|---|---|---|
| | State the term remaining | | **Ricoh Americas Corporation 300 Eagleview Blvd Exton, PA 19341** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Each Material Contract is more particularly descirbed in the attached list of material agreements** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **See attached** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Support.com Small Business Support Services Agreement dated October 22, 2013, by and between Support.com, Inc. and Sklar Exploration Company L.L.C.** | |
|---|---|---|---|
| | State the term remaining | | **Support.com, Inc. Attn: Chief Financial Officer 900 Chesapeake Drive, 2nd Floor Redwood City, CA 94063** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

EXHIBIT 5

## MATERIAL AGREEMENTS

### (Sklar Exploration Company, LLC)

1. Participation Agreement dated effective as of January 23, 2015 covering the Brewton Prospect, Escambia County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration LLC, et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated January 23, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

2. Letter Agreement dated March 6, 2015 amending the Brewton Prospect Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration, LLC, et al., as Participants

3. Second Amendment to Brewton Prospect Participation Agreement and JOA dated effective as of January 23, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration, LLC, et al., as Participants

4. Amended And Restated Participation Agreement dated effective as of April 8, 2015 covering the Mt. Carmel Prospect, Escambia County, AL and Santa Rosa County, FL, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated April 8, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

5. JOA (AAPL 610-1982) dated July 1, 2008, covering NW/4 Section 17, T4N, R13E, Conecuh County, AL (Craft Mack 17-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators

6. Unit Agreement dated March 20, 2014 concerning operation of the Little Cedar Creek Oil Unit II, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

7. Unit Operating Agreement dated March 20, 2014 concerning operation of the Little Cedar Creek Oil Unit II, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

8. Gas Purchase Contract dated September 23, 2014, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Little Cedar Creek Oil Unit II, as Buyer, and the North Beach Prospect Working Interest Owners, as Sellers

9. Gas Purchase Contract dated September 23, 2014, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Little Cedar Creek Oil Unit II, as Buyer, and the Escambia Prospect Working Interest Owners, as Sellers

10. Gas Purchase Contract dated April 6, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Shipps Creek Prospect Working Interest Owners, as Sellers

EXHIBIT 5

11. Unit Agreement dated October 1, 2016 concerning operation of the Little Cedar Creek Oil Unit IV, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

12. Unit Operating Agreement dated October 1, 2016 concerning operation of the Little Cedar Creek Oil Unit IV, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

13. Participation Agreement covering the Escambia Prospect (Escambia and Conecuh Counties, AL), by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 1, 2006 covering the Escambia Prospect (Escambia and Conecuh Counties, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

14. Amendment to Operating Agreement dated effective as of November 1, 2011 covering the Escambia Prospect (Escambia and Conecuh Counties, Alabama), by and between Sklar Exploration Company L.L.C., et al., which Amendment extended the term of the AMI and added additional lands to the Contract Area and AMI

15. JOA (AAPL 610-1982) dated March 1, 2011, covering NE/4 Section 31, T4N, R13E, Conecuh County, AL (Mary-Mack 31-2 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators

16. Farmout Agreement dated February 15, 2011, covering the SE/4 Section 29, T4N, R13E, Conecuh County, AL (Thomasson 29-10 #1), by and between Anderson Exploration Energy Company, L.C., et al., as Farmor, and Sklar Exploration Company L.L.C., as Farmee

17. JOA (AAPL 610-1982) dated February 15, 2011, covering the SE/4 Section 29, T4N, R13E, Conecuh County, AL (Thomasson 29-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators

18. JOA (AAPL 610-1982) dated May 1, 2011, covering the SE/4 Section 35, T4N, R12E, Conecuh County, AL (CCL&T 35-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

19. JOA (AAPL 610-1982) dated July 1, 2011, covering the NE/4 Section 30, T4N, R13E, Conecuh County, AL (Ralls 30-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

20. JOA (AAPL 610-1982) dated September 15, 2011, covering the NE/4 Section 30, T4N, R13E, Conecuh County, AL (Ralls 30-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and BSAP I, Inc., et al., as Non-Operators

21. JOA (AAPL 610-1982) dated December 7, 2011, covering NW/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-6 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C. and BSAP I, Inc., as Non-Operators

EXHIBIT 5

22.     JOA (AAPL 610-1982) dated December 7, 2011, covering NW/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-6 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., Pruet Production Co., and Midroc Operating Company and others, as Non-Operators

23.     JOA (AAPL 610-1982) dated February 1, 2012, covering NE/4 Section 33, T4N, R12E, Conecuh County, AL (CCL&T 33-2 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

24.     JOA (AAPL 610-1982) dated March 15, 2012, covering NE/4 Section 34, T4N, R12E, Conecuh County, AL (Grady 34-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

25.     JOA (AAPL 610-1982) dated June 1, 2012, covering NW/4 Section 34, T4N, R12E, Conecuh County, AL (Jones 34-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Texar Exploration, LLC, et al., as Non-Operators

26.     JOA (AAPL 610-1982) dated March 15, 2012, covering NW/4 Section 35, T4N, R12E, Conecuh County, AL (CCL&T 35-5 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Avery Producing, LLC, et al., as Non-Operators

27.     JOA (AAPL 610-1982) dated May 1, 2012, covering SE/4 Section 34, T4N, R12E, Conecuh County, AL (Grady 34-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

28.     JOA (AAPL 610-1982) dated July 13, 2012, covering NW/4 Section 4, T3N, R12E, Escambia County, AL (CCL&T 4-3 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

29.     JOA (AAPL 610-1982) dated January 10, 2013, covering SE/4 Section 4, T4N, R13E, Conecuh County, AL (CCL&T 32-9 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

30.     JOA (AAPL 610-1982) dated April 1, 2013, covering SW/4 Section 36, T4N, R12E, Conecuh County, AL (Kennedy 36-12 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

31.     JOA (AAPL 610-1982) dated February 17, 2014, covering SW/4 Section 33, T4N, R13E, Conecuh County, AL (Thomasson 33-12 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

32.     JOA (AAPL 610-1982) dated August 1, 2014, covering SE/4 Section 2, T3N, R12E, Escambia County, AL (CCL&T 2-9 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Central Petroleum, Inc., et al., as Non-Operators

33.     JOA (AAPL 610-1982) dated September 1, 2014, covering NW/4 Section 3, T3N, R13E, Conecuh County, AL (CCL&T 3-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

EXHIBIT 5

34.  JOA (AAPL 610-1982) dated August 15, 2014, covering NE/4 Section 4, T3N, R13E, Conecuh County, AL (CCL&T 4-1 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

35.  Unit Agreement dated May 11, 2015 concerning operation of the Fishpond Oil Unit, Fishpond Field, Escambia County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

36.  Unit Operating Agreement dated May 11, 2015 concerning operation of the Fishpond Oil Unit, Fishpond Field, Escambia County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

37.  Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the North Beach Prospect Working Interest Owners, as Sellers

38.  Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Escambia Prospect Working Interest Owners, as Sellers

39.  Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Shipps Creek Prospect Working Interest Owners, as Sellers

40.  Participation Agreement covering the Shipps Creek Prospect (Conecuh & Escambia Counties, AL) dated effective as of June 1, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "F" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated June 1, 2012 covering the Shipps Creek Prospect (Conecuh & Escambia Counties, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

41.  Agreement to Participate in 3D Seismic Acquisition and To Share Information dated effective as of June 1, 2012, by and between Sklar Exploration Company L.L.C., the Shipps Creek Prospect Participants, the Escambia Prospect Participants and Windancer Operating of Alabama, LLC

42.  Letter Agreement dated August 14, 2015 regarding Extension of Shipps Creek Prospect AMI and Acquisition of Additional Seismic Data, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, as amended by that certain Correction Letter dated August 18, 2015, by and between the same parties

43.  Letter Agreement dated May 23, 2017 regarding Shipps Creek Prospect AMI Extension, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for a 1 year extension of the AMI.

44.  Letter Agreement dated May 16, 2018 regarding Shipps Creek Prospect AMI Extension (Second Extension), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for an additional 1 year extension of the AMI.

45.  Letter Agreement dated April 23, 2019 regarding Shipps Creek Prospect AMI Extension (Third Extension), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for an additional 1 year extension of the AMI.

EXHIBIT 5

46. Participation Agreement covering the Castleberry Prospect (Conecuh County, AL) dated effective as of November 7, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 7, 2012 covering the Castleberry Prospect (Conecuh County, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

47. Participation Agreement covering the L-Pond Prospect (Conecuh County, AL) dated effective as of November 7, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 7, 2012 covering the L-Pond Prospect (Conecuh County, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

48. Gathering Agreement dated November 16, 2011, by and between Sklar Exploration Company L.L.C., as Gatherer, and CDM MAX, LLC, as Plant Operator, concerning gas gathering from the Fletcher Petroleum Corp. Godwin 36-1 #1 well

49. First Amendment to Gas Gathering Agreement dated April 21, 2015 and Second Amendment to Gas Gathering Agreement dated September 1, 2016, by and between Sklar Exploration Company L.L.C., as Gatherer, and Plains Gas Solutions, LLC, formerly known as CDM MAX, LLC, as Plant Operator, concerning the gathering of gas from the Fletcher Petroleum Corp. Godwin 36-1 #1 well

50. Gas Purchase Contract dated August 7, 2009, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller

    a. Counterparties:     Southeast Alabama Gas District
                                      715 Dr. MLK Jr. Expressway
                                      Andalusia, Alabama 36420
                                      Attn: Greg Henderson

51. Pipeline Construction Agreement dated August 7, 2009, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller, concerning the construction of a pipleine from Seller's North Beach Plant to the Castleberry Extension

    a. Counterparties:     Southeast Alabama Gas District
                                        715 Dr. MLK Jr. Expressway
                                      Andalusia, Alabama 36420
                                      Attn: Greg Henderson

52. First Amendment to Gas Purchase Contract dated April 28, 2010, by and between the Southeast Alabama Gas District, as Buyer and Sklar Exploration Company L.L.C., as Seller

    a. Counterparties:     Southeast Alabama Gas District
                                        715 Dr. MLK Jr. Expressway
                                      Andalusia, Alabama 36420
                                      Attn: Greg Henderson

53. Gas Purchase Contract (South Field) dated June 1, 2011, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller

EXHIBIT 5

a. Counterparties: Southeast Alabama Gas District
715 Dr. MLK Jr. Expressway
Andalusia, Alabama 36420
Attn: Greg Henderson

54. JOA (AAPL 610-1982) dated August 1, 2015, covering Sections 1 & 2, T13N, R7W, Natchitoches Parish, LA (Rushing Et Al #2), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

55. JOA (AAPL 610-1982) dated January 1, 2016 (East Castor Prospect), covering certain property in, T14N, R7W, Bienville Parish, LA (Echo Papa 10-10 #1 and JB Evans 11-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

56. Letter Agreement dated April 29, 2016 regarding Amendment East Castor Prospect JOA, by and between Sklar Exploration Company L.L.C., as Operator, and AEEC II, LLC, et al., as Non-Operators

57. Partial Termination of Restated Participation Agreement (Bodcaw 3D Project) dated effective as of March 1, 2016, by and between AEEC II, LLC et al.

58. Termination of Restated Participation Agreement (Bodcaw 3D Project) dated effective as of December 1, 2018, by and between AEEC II, LLC et al.

59. Participation Agreement covering the Red River Prospect (Caddo & Bossier Parishes, LA) dated effective as of April 1, 2006, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (AAPL Form 610-1982) dated April 1, 2006, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

60. JOA (AAPL 610-1982) dated February 15, 1999, covering S/2 of Section 16 and N/2 of Section 21, T18N, R7W, Bienville Parish, LA (Willamette 21 #1), by and between Brammer Engineering, Inc., as Operator, and Wheless TDL Exploration Company, L.L.C., et al., as Non-Operators

61. Participation Agreement dated effective as of December 1, 2012 covering the West Bryceland Saddle Prospect, by and between AEEC II, L.L.C., Sklar Exploration Company L.L.C., Sklarco L.L.C., and Marshall-Wuellner, Inc., which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated December 1, 2012, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

62. JOA (AAPL 610-1982) dated May 26, 2004, covering Section 28, T18N, R6W, Bienville Parish, LA (Cindy Lou Cloyd 28 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

63. JOA (AAPL 610-1982) dated February 1, 2008, covering Section 34, T19N, R6W, Bienville & Claiborne Parishes, LA (CS Shaffer 34 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

EXHIBIT 5

64. JOA (AAPL 610-1982) dated August 15, 2007, covering Section 33, T18N, R6W, Bienville Parish, LA (JC Merritt #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

65. JOA (AAPL 610-1982) dated May 1, 2009, covering Section 33, T19N, R6W, Claiborne Parish, LA (Kimberly Lay 33 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

66. JOA (AAPL 610-1982) dated March 5, 2003, covering Section 3, T18N, R6W, Bienville Parish, LA (LA Minerals #1 Alt), by and between Cypress Operating, Inc., as Operator, and Sklarco L.L.C., et al., as Non-Operators

67. Operating Agreement of West Arcadia Pipeline L.L.C. dated effective as of July 20, 2009, by and between Sklarco L.L.C., McCombs Energy, LTD., and Tensas Delta Exploration Company, LLC, as Members of the Company

    a. Counterparties:      Tensas Delta Exploration Company, LLC
                            333 Texas Street, Suite 2121
                            Shreveport, Louisiana 71101

                            McCombs Energy LTD
                            Attn: Gary Woods
                            750 E. Mulberry Ave. Suite 403
                            San Antonio, Texas 78212

68.

69. Assignment And Bill of Sale dated effective as of September 1, 2009, by and between Tensas Delta Exploration Company, LLC and Sklar Exploration Company L.L.C., as Assignors, and West Arcadia Pipeline L.L.C., as Assignee

    a. Counterparties:      West Arcadia Pipeline L.L.C.
                            401 Edwards Street, Suite 1601
                            Shreveport, Louisiana 71101

                            Tensas Delta Exploration Company, LLC
                            333 Texas Street, Suite 2121
                            Shreveport, Louisiana 71101

70. Assignment And Bill of Sale dated effective as of September 1, 2009, by and between McCombs Energy, LTD. And Sklarco L.L.C., as Assignors, and West Arcadia Pipeline L.L.C., as Assignee

    a. Counterparties:      West Arcadia Pipeline L.L.C.
                            401 Edwards Street, Suite 1601
                            Shreveport, Louisiana 71101

                            McCombs Energy LTD
                            Attn: Gary Woods
                            750 E. Mulberry Ave. Suite 403
                            San Antonio, Texas 78212

71. Natural Gas Purchase and Sale Agreement dated September 1, 2009, by and between Texla Energy Management, Inc., as Buyer, and Sklar Exploration Company L.L.C., as Seller

EXHIBIT 5

      a.   Counterparties:      Texla Energy Management, Inc.
                                           1100 Louisiana, Suite 4700
                                         Houston, TX 77002

72.     Gas Gathering Agreement dated effective as of October 1, 2009, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

      a.   Counterparties:      West Arcadia Pipeline L.L.C.
                                           401 Edwards Street, Suite 1601
                                         Shreveport, Louisiana 71101
                                         Texla Energy Management, Inc.
                                         1100 Louisiana, Suite 4700
                                       Houston, TX 77002

73.     First Amendment to Gas Gathering Agreement dated December 16, 2009, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

      a.   Counterparties:      West Arcadia Pipeline L.L.C.
                                         401 Edwards Street, Suite 1601
                                       Shreveport, Louisiana 71101

                                         Texla Energy Management, Inc.
                                       1100 Louisiana, Suite 4700
                                       Houston, TX 77002

74.     Agreement to Distribute Proceeds dated December 16, 2009, by and between West Arcadia Pipeline L.L.C., as Gatherer, Texla Energy Management, Inc., as Buyer, and Sklar Exploration Company L.L.C. and Tensas Delta Exploration Company, LLC, as Sellers

      a.   Counterparties:      West Arcadia Pipeline L.L.C.
                                         401 Edwards Street, Suite 1601
                                       Shreveport, Louisiana 71101

                                         Texla Energy Management, Inc.
                                       1100 Louisiana, Suite 4700
                                       Houston, TX 77002

75.     Second Amendment to Gas Gathering Agreement dated November 1, 2010, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

      a.   Counterparties:      West Arcadia Pipeline L.L.C.
                                         401 Edwards Street, Suite 1601
                                       Shreveport, Louisiana 71101

                                         Texla Energy Management, Inc.
                                       1100 Louisiana, Suite 4700
                                       Houston, TX 77002

76.     Third Amendment to Gas Gathering Agreement dated June 11, 2014, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

EXHIBIT 5

a.   Counterparties:        West Arcadia Pipeline L.L.C.
                            401 Edwards Street, Suite 1601
                            Shreveport, Louisiana 71101

                            Texla Energy Management, Inc.
                            1100 Louisiana, Suite 4700
                            Houston, TX 77002

77.   Participation Agreement dated effective as of March 1, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Resource Ventures, LLC, et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

78.   Participation Agreement dated effective as of June 30, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Petro-Chem Operating Co., Inc., et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

79.   Participation Agreement dated effective as of June 30, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Tiembo, LTD., et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

80.   JOA dated April 17, 1997, covering Sections 19-22, 25-29 and 36-41, T17N, R4E, and Sections 2-7, T16N, R4E, Warren County, Mississippi (Feld Heirs #1 and Feld Heirs #3), by and between Stroud & Luke Production Company, as Operator, and Robert A. Stroud LLC, et al., as Non-Operators

81.   Participation and Exploration Agreement dated effective as of October 1, 2013 covering the West Tyler 3D Seismic Prospect, Smith County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1989) dated October 1, 2013 covering the Swan Prospect, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

82.   Letter Agreement dated January 7, 2014 regarding amendments to West Tyler 3D Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators

83.   Letter Agreement dated October 30, 2014 regarding amendments to West Tyler 3D Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators

84.   Participation Agreement dated effective as of March 1, 2013 covering the South Woodlawn Prospect, Marion County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating

EXHIBIT 5

Agreement (AAPL Form 610-1989) dated March 1, 2013, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

85.     Letter Agreement dated May 23, 2013 regarding amendments to Participation Agreement and JOA (South Woodlawn Prospect), Marion County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators

86.     Farmout Agreement dated January 7, 2014, by and between Penn Virginia Oil & Gas, L.P., as Farmor, and Sklar Exploration Company L.L.C., as Farmee covering certain oil, gas and mineral leases located in Marion County, TX

    a.     Counterparties:          Penn Virginia Oil & Gas, L.P.
                                   840 Gessner, Suite 800
                                   Houston, Texas 77024

87.     Letter Agreement dated March 14, 2014, by and between Sklar Exploration Company L.L.C., as Farmee and Penn Virginia Oil & Gas, L.P., as Farmor, amended certain terms in the Farmout Agreement

    a.     Counterparties:          Penn Virginia Oil & Gas, L.P.
                                   840 Gessner, Suite 800
                                   Houston, Texas 77024

88.     JOA (AAPL 610-1982) dated October 20, 1999, covering the Steeles Creek Prospect, Limestone County, TX, by and between Sklar-Tex L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

89.     JOA (AAPL 610-1982) dated November 1, 2009, covering the Claude Hayes Unit, Willow Springs Field, Gregg County, TX, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

90.     Participation Agreement dated effective as of July 1, 2014 covering the Mule Creek and Bridge Creek Prospects, Niobrara County, Wyoming, by and between Sklar Exploration Company L.L.C., as Operator, and G&H Production Company, LLC, et al., as Participants, which includes as Exhibit "D-1" an Operating Agreement (AAPL Form 610-1989) dated July 1, 2014 covering the Mule Creek Prospect and as Exhibit "D-2" an Operating Agreement (AAPL Form 610-1989) covering the Bridge Creek Prospect

91.     First Amendment to Participation Agreement (Mule Creek & Bridge Creek Prospects) dated effective January 1, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and G&H Production Company, LLC, et al., as Participants

92.     Participation Agreement dated July 1, 2017 covering the South Harmony Prospect, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., as Participant, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1989) dated July 1, 2017, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

93.     Crude Oil Purchase Contract (PMLP Contract No. 3796-1005) dated September 20, 2011, but effective as of July 1, 2011, by and between Sklar Exploration Company L.L.C., as Seller, and Plains Marketing, L.P., as Buyer

EXHIBIT 5

       a.   Counterparties:     Plains Marketing, LP
                                   12700 Hillcrest Road, Suite 158
                                   Dallas, Texas 75230

94.    Crude Oil Exchange Contract (PMLP Contract No. 3796-1007) dated September 20, 2011, but effective as of July 1, 2011, by and between Sklar Exploration Company L.L.C., as Seller, and Plains Marketing, L.P., as Buyer

       a.   Counterparties:     Plains Marketing, LP
                                   12700 Hillcrest Road, Suite 158
                                   Dallas, Texas 75230

95.    Base Contract for Sale and Purchase of Natural Gas dated October 1, 2016, by and between GEP Haynesville, LLC, as Buyer, and Sklar Exploration Company L.L.C., as Seller.

       a.   Counterparties:     GEP Haynesville, LLC
                                   Attn: Larry Gregory
                                   1425 Lake Front Circle
                                   The Woodlands, TX 77380

96.    Interconnect Agreement dated October 5, 2016, by and between Gulf South Pipeline Company, LP and Sklar Exploration Company L.L.C. concerning the construction, operation and maintenance of certain interconnecting facilities in Bienville Parish, Louisiana.

       a.   Counterparties:     Gulf South Pipeline Company, LP
                                   Attn: Legal Dept
                                   9 Greenway Plaza, Suite 2800
                                   Houston, TX 77046

97.    Participation Agreement dated effective as of February 20, 2019 covering the North Pachuta Prospect, Clarke County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (AAPL Form 610-1989) dated February 20, 2019, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

98.    Participation Agreement dated effective as of July 1, 2019 covering the Bowdoin Dome Prospect, Phillips and Valley Counties, Montana, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "A" a Restated Farmout Agreement dated effective as of May 21, 2019, by and between Twin Bridges Resources, LLC and Charter Energy Partners, LLC, as Farmees, and Scout Energy Partners II, LP, as Farmor

99.    JOA (AAPL 610-1982) dated December 15, 2019, covering the E ½ of Section 35 and W ½ of Section 36 (Castleberry Prospect), Township 4 North, Range 10 East, Conecuh County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

100.   Unit Agreement dated November 1, 2018 concerning operation of the Southwest Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

EXHIBIT 5

101.  Unit Operating Agreement dated November 1, 2018 concerning operation of the Southwest Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

102.  Unit Agreement dated November 1, 2018 concerning operation of the Southeast Brooklyn Oil Unit II, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

103.  Unit Operating Agreement dated November 1, 2018 concerning operation of the Southeast Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

104.  Y-Grade Purchase Agreement dated January 21, 2020, by and between Concord Energy, LLC, as Purchaser, and Sklar Exploration Company L.L.C., as Seller, concerning the purchase and sale of certain Y-Grade products in Conecuh County, Alabama

      a.  Counterparties:       Concord Energy LLC
                                Attn: Kyle McKinnell
                                1401 17th Street, Suite 500
                                Denver, CO 80202

105.  Condensate Purchase Agreement dated January 21, 2020, by and between Concord Energy, LLC, as Purchaser, and Sklar Exploration Company L.L.C., as Seller, concerning the purchase and sale of certain condensate products in Conecuh County, Alabama

      a.  Counterparties:       Concord Energy LLC
                                Attn: Kyle McKinnell
                                1401 17th Street, Suite 500
                                Denver, CO 80202

106.  Asset Transfer Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the transfer of ownership of the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

      a.  Counterparties:       Plains Gas Solutions, LLC
                                Attn: General Counsel
                                333 Clay Street, Suite 1600
                                Houston, TX 77002

107.  Assignment and Assumption Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the assignment of certain rights and obligations relating to the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

      a.  Counterparties:       Plains Gas Solutions, LLC
                                Attn: General Counsel
                                333 Clay Street, Suite 1600
                                Houston, TX 77002

EXHIBIT 5

108.  Bill of Sale dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the transfer of ownership of the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

      a.   Counterparties:      Plains Gas Solutions, LLC
                               Attn: General Counsel
                               333 Clay Street, Suite 1600
                               Houston, TX 77002

109.  Termination Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the termination of certain Service Agreements for the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

      a.   Counterparties:      Plains Gas Solutions, LLC
                               Attn: General Counsel
                               333 Clay Street, Suite 1600
                               Houston, TX 77002

110.  Custody Transfer Certificate dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the transfer of custody of certain NGL and condensate products at the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

      a.   Counterparties:      Plains Gas Solutions, LLC
                               Attn: General Counsel
                               333 Clay Street, Suite 1600
                               Houston, TX 77002

111.  Termination Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning termination of a lease covering certain real property in Conecuh County, Alabama

      a.   Counterparties:      Plains Gas Solutions, LLC
                               Attn: General Counsel
                               333 Clay Street, Suite 1600
                               Houston, TX 77002

112.  Termination Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the termination of a Condensate Processing Agreement dated August 18, 2014

      a.   Counterparties:      Plains Gas Solutions, LLC
                               Attn: General Counsel
                               333 Clay Street, Suite 1600
                               Houston, TX 77002

113.  Amended and Restated Interruptible Gas Gathering and Processing Service Agreement North Beach Plant Conecuh County, Alabama between Plains Gas Solutions, LLC and Fletcher Petroleum Corp., dated July 1, 2014

      a.   Counterparties:      Fletcher Petroleum Corp.
                               Attn: Rick Fletcher, CEO

EXHIBIT 5

25 Spring Run Dr.
Fairhope, AL 36532

114.    Gas Contract Compression Agreement dated as of April 25, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 005)

    a.    Counterparties:        Kodiak Gas Services, LLC
                                   Attn: Legal Dept.
                                   15320 Hwy 105 W, Suite 210
                                   Montgomery, TX 77356

115.    Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 009)

    a.    Counterparties:        Kodiak Gas Services, LLC
                                   Attn: Legal Dept.
                                   15320 Hwy 105 W, Suite 210
                                   Montgomery, TX 77356

116.    Gas Contract Compression Agreement dated as of January 5, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0011)

    a.    Counterparties:        Kodiak Gas Services, LLC
                                   Attn: Legal Dept.
                                   15320 Hwy 105 W, Suite 210
                                   Montgomery, TX 77356

117.    Gas Contract Compression Agreement dated as of January 30, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0012)

    a.    Counterparties:        Kodiak Gas Services, LLC
                                   Attn: Legal Dept.
                                   15320 Hwy 105 W, Suite 210
                                   Montgomery, TX 77356

118.    Gas Contract Compression Agreement dated as of January 30, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0013)

    a.    Counterparties:        Kodiak Gas Services, LLC
                                   Attn: Legal Dept.
                                   15320 Hwy 105 W, Suite 210
                                   Montgomery, TX 77356

119.    Compression Operations Agreement, dated March 2, 2018, between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC and/or affiliates (Unit #5011)

    a.    Counterparties:        Kodiak Gas Services, LLC
                                   Attn: Legal Dept.
                                   15320 Hwy 105 W, Suite 210
                                   Montgomery, TX 77356

EXHIBIT 5

120.    Gas Contract Compression Agreement dated as of January 5, 2012, between Kodiak Gas Services, LLC and CDM Max, LLC (Unit #11011)

    a.   Counterparties:    Kodiak Gas Services, LLC
                                Attn: Legal Dept.
                                15320 Hwy 105 W, Suite 210
                                Montgomery, TX 77356

121.    Gas Contract Compression Agreement dated as of January 30, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12012)

    a.   Counterparties:    Kodiak Gas Services, LLC
                                  Attn: Legal Dept.
                                15320 Hwy 105 W, Suite 210
                                Montgomery, TX 77356

122.    Gas Contract Compression Agreement dated as of January 30, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12013)

    a.   Counterparties:    Kodiak Gas Services, LLC
                                  Attn: Legal Dept.
                                15320 Hwy 105 W, Suite 210
                                Montgomery, TX 77356

123.    Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0006)

    a.   Counterparties:    Kodiak Gas Services, LLC
                                  Attn: Legal Dept.
                                15320 Hwy 105 W, Suite 210
                                Montgomery, TX 77356

124.    Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0007)

    a.   Counterparties:    Kodiak Gas Services, LLC
                                  Attn: Legal Dept.
                                15320 Hwy 105 W, Suite 210
                                Montgomery, TX 77356

125.    Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0008)

    a.   Counterparties:    Kodiak Gas Services, LLC
                                  Attn: Legal Dept.
                                15320 Hwy 105 W, Suite 210
                                Montgomery, TX 77356

126.    Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12-0006)

EXHIBIT 5

     a.   Counterparties:     Kodiak Gas Services, LLC
                                      Attn: Legal Dept.
                                        15320 Hwy 105 W, Suite 210
                                        Montgomery, TX 77356

127.   Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12-0007)

     a.   Counterparties:     Kodiak Gas Services, LLC
                                        Attn: Legal Dept.
                                        15320 Hwy 105 W, Suite 210
                                        Montgomery, TX 77356

128.   Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12-0008)

     a.   Counterparties:     Kodiak Gas Services, LLC
                                        Attn: Legal Dept.
                                        15320 Hwy 105 W, Suite 210
                                        Montgomery, TX 77356

129.   Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12-0009)

     a.   Counterparties:     Kodiak Gas Services, LLC
                                        Attn: Legal Dept.
                                        15320 Hwy 105 W, Suite 210
                                        Montgomery, TX 77356

130.   Master Agreement dated April 17, 2012, by and between P2ES Holdings, LLC, and Sklar Exploration Company L.L.C, as amended by Tobin All-Access Order Form dated April 30, 2018.

     a.   Counterparties:     P2ES Holdings, LLC
                                        Attn: General Counsel
                                      1670 Broadway, Suite 2900
                                        Denver, CO 80202

131.   PetroDE Order Form dated July 20, 2018, by and between Vesmir, Inc. and Sklar Exploration Company L.L.C.

     a.   Counterparties:     Vesmir, Inc.
                                        2150 W 6th Ave., Suite H
                                      Broomfield, CO 80020

132.   IADC Drilling Bid Proposal and Daywork Drilling Contract dated September 19, 2019, by and between Sklar Exploration Company L.L.C, as Operator, and Stoneham Drilling Corporation, as Contractor.
     a.   Counterparties:     Stoneham Drilling Corporation
                                        707 17th Street, Suite 3250
                                        Denver, CO 80202

EXHIBIT 5

133.    GPIS Software Subscription Agreement dated February 26, 2020, by and between Exigent Information Solutions, LLC and Sklar Exploration Company L.L.C.

      a.    Counterparties:        Exigent Information Solutions, LLC
                                             8310 S. Valley Highway, Suite 300
                                           Englewood, CO 80112

134.    Mineral & Royalty Acquisition Agreement dated June 24, 2019, by and between Sklar Exploration Company L.L.C. and Maevlo Company, LLC.

      a.    Counterparties:        Maevlo Company, LLC
                                           Attn: Matthew Montgomery
                                           P.O. Box 287
                                           6140 S. Gun Club Rd K6
                                           Aurora, CO 80237

135.    Gas Gathering Agreement dated September 16, 2016, by and between Sklar Exploration Company L.L.C., as Gatherer, Sklarco L.L.C., as Farmor, and McCombs Energy, LTD., as Farmee.

      a.    Counterparties:        McCombs Energy LTD
                                           Attn: Gary Woods
                                         750 E. Mulberry Ave. Suite 403
                                         San Antonio, Texas 78212

136.    Crude Oil Purchase Contract dated November 1, 2013, by and between Sklar Exploration Company L.L.C. and Goodway Refining LLC.

      a.    Counterparties:        Goodway Refining, LLC
                                           Attn: Roger Chapman
                                       P.O. Box 649
                                       Brewton, AL 36427

137.    Master Gas Purchase Contract dated September 20, 2018, by and between The Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C. and Pruet Production Co., as Sellers.

      a.    Counterparties:        The Southeast Alabama Gas District
                                           Attn: J. Gregory Henderson
                                       715 Dr. MLK Jr. Expressway
                                         Andalusia, Alabama 36420

138.    Amended and Restated JOA (AAPL 610-1982) dated December 15, 2019, covering the E/2 of Section 35 and W/2 of Section 36 (Myrtice Ellis Et Al 35-9 #1 well), Township 4 North, Range 10 East, Conecuh County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

139.    JOA (AAPL 610-1989) dated July 15, 2019, covering the Bowdoin Dome Initial Block, Phillips County, Montana, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

EXHIBIT 5

EXHIBIT 5

**Fill in this information to identify the case:**

Debtor name __**Sklar Exploration Company, LLC**__

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) __**20-12377-EEB**__

■ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | **Sklarco, LLC** | **5395 Pearl Parkway Suite 200 Boulder, CO 80301** | **East West Bank Treasury Department** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **3 Lloyds Exploration Company LLC** | **1847 Broken Bend Drive Westlake, TX 76262** | **See attached** | ☐ D _____ ☐ E/F _____ ■ G __2.12__ |
| 2.3 | **Accelerated Funding LLC** | **1109 South Congress Ave. West Palm Beach, FL 33406** | **See attached** | ☐ D _____ ☐ E/F _____ ■ G __2.12__ |
| 2.4 | **AEEC II, L.L.C.** | **333 Texas Street, Suite 2020 Shreveport, LA 71101** | **See attached** | ☐ D _____ ☐ E/F _____ ■ G __2.12__ |
| 2.5 | **AEH Investments LLC** | **Attn: Angela Harris 333 Texas Street, Ste. 1414 Shreveport, LA 71101-3678** | **See attached** | ☐ D _____ ☐ E/F _____ ■ G __2.12__ |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number *(if known)* | **20-12377-EEB** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Alabama Oil Company** | Attn: Walker Sturdivant, Partner<br>P.O. Box 230<br>Glendora, MS 38928 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G  **2.12** |
| 2.7 | **Alan Brittain** | 7521 University Drive<br>Shreveport, LA 71105 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G  **2.12** |
| 2.8 | **Alan Sklar Trust** | 5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301 | Howard F. Sklar Trust | ☐ D _____<br>☐ E/F _____<br>■ G  **2.6** |
| 2.9 | **Ansaben Trust** | David A. Barlow, Trustee<br>321 Paseo Encinal St<br>San Antonio, TX 78212 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G  **2.12** |
| 2.10 | **Apple River Investments, L.L.C.** | Attn: Robert M. Boeve, President<br>1503 Garfield Road North<br>Traverse City, MI 49696 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G  **2.12** |
| 2.11 | **Aspect Resources, LLC** | 1775 Sherman Street,Suite 2400<br>Denver, CO 80203 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G  **2.12** |
| 2.12 | **Aspen Energy Inc.** | 161 St. Matthews Avenue, Suite 16<br>Louisville, KY 40207 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G  **2.12** |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number *(if known)* | **20-12377-EEB** |
|--------|-------|--|--|--|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|--|--|--|--|--|

| 2.13 | **August C. Erickson Mineral Trust** | 59 Knight Circle, Unit 1<br>Pawleys Island, SC 29585 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G __2.12__ |
| 2.14 | **August C. Erickson Mineral Trust** | 6412 S. Quebec St.<br>Centennial, CO 80111 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G __2.12__ |
| 2.15 | **Babe Development, LLC** | P. O. Box 758<br>Roswell, NM 88202 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G __2.12__ |
| 2.16 | **Bantam Creek LLC** | 4712 Lakeside Drive<br>Colleyville, TX 76034 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G __2.12__ |
| 2.17 | **Barbara M. Sugar Estate** | Thomas P. Youngblood, Exec.<br>PO Box 52149<br>Shreveport, LA 71135 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G __2.12__ |
| 2.18 | **Barnes Creek Drilling, LLC** | 320 Second Street<br>Columbia, MS 39429 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G __2.12__ |
| 2.19 | **Baxterville, LLC** | 4323 Snowberry Lane<br>Naples, FL 34119 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G __2.12__ |
| 2.20 | **Jacob Sklar Trust** | 5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301 | **Howard F. Sklar Trust** | ☐ D _____<br>☐ E/F _____<br>■ G __2.6__ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|

| ▉ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.21 | **Miriam Sklar, LLC** | **Howard F. Sklar Trust** | ☐ D _____<br>☐ E/F _____<br>■ G __2.6__ |
| 2.22 | **Sklarco, LLC**    5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301 | **5395 Pearl Parkway, LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | **Sklarco, LLC**    5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301 | **Howard F. Sklar Trust** | ☐ D _____<br>☐ E/F _____<br>■ G __2.6__ |
| 2.24 | **Succession of Miriam Mandel Sklar** | **Howard F. Sklar Trust** | ☐ D _____<br>☐ E/F _____<br>■ G __2.6__ |

EXHIBIT 5

| Fill in this information to identify the case: |
|---|

Debtor name **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **20-12377-EEB**

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

Part 1:  **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to Filing Date | ■ Operating a business<br>**Revenue from Oil and Gas Sales; Includes Revenue Attributed**<br>■ Other **to Interest Holders** | **$14,558,673.60** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>**Revenue from Oil and Gas Sales; Includes Revenue Attributed**<br>■ Other **to Interest Holders** | **$78,596,095.07** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>**Revenue from Oil and Gas Sales; Includes Revenue Attributed**<br>■ Other **to Interest Holders** | **$85,054,640.52** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to Filing Date | **Payments from Hedging Agreements** | **$173,000.00** |

Part 2:  **List Certain Transfers Made Before Filing for Bankruptcy**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number *(if known)* | 20-12377-EEB |
|---|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See attached | 1/1/20-3/31/2 0 | $10,097,684.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | David A. Barlow<br>321 Paseo Encinal Street<br>San Antonio, TE 78212<br>Former COO | April 1, 2019-<br>April 1, 2020 | $64,658.00 | Payments on Overriding Royalty Interest |
| 4.2. | Donald Eustes<br><br>Geophysicist | April 1, 2019 - 1pril 1, 2020 | $437,773.00 | Payments for Expenses $8,960<br>Salary $165,000<br>Payments on ORRIs $263,813 |
| 4.3. | Cory Ezelle<br><br>Exploration Manager | April 1, 2019 - April 1, 2020 | $477,400.00 | Payments for Expenses $4,448<br>Salary $207,917<br>Payments on ORRIs through company owned by Ezelle $265,075 |
| 4.4. | Tristan Farel<br><br>Former Controller | April 1, 2019 - April 1, 2020 | $194,634.00 | Payments for Expenses $1,396<br>Salary $193,238 |
| 4.5. | Christopher Farell<br><br>Former CFO | April 1, 2019 - April 1, 2020 | $26,398.00 | Payments for ORRIs |
| 4.6. | Steven Hatcher<br><br>VP - Land and Legal | April 1, 2019 | $310,948.00 | Payments for Expenses $50,699<br>Salary $260,249 |
| 4.7. | Marshall Jones<br><br>COO | April 1, 2019 - April 1, 2020 | $347,290.00 | Payments for Expenses $32,035<br>Salary $315,255 |
| 4.8. | John Strausser<br><br>Controller/CFO | April 1, 2019-April 1, 2020 | $101,657.00 | Payments for Expenses $20,109<br>Salary $81,548 |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|---|

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.9. **Sklarco, LLC** | **April 1, 2019 - April 1, 2020** | **$2,644,700.00** | See attached |
| 4.10. **Miriam Trust** **Non-Statutory Insider** | **2019-2020** | **$16,680.00** | |
| 4.11. **Maren Trust** **Non-Statutory Insider** | **2019-2020** | **$3,000.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **GULF COAST MINERAL, LLC ET AL V. EMERALD OIL & MINING CO. ET AL** **21-CV-2019-900011** | **Breach of contract action between working interest owners concerning back-in working interest and override royalty interest. SEC involved only as operator/stakeholder and was paying revenues into Court prior to Ch. 11 filing.** | **Circuit Court of Conecuh County, Alabama** **111 Court St.** **Evergreen, AL 36401** | ■ Pending ☐ On appeal ☐ Concluded |

EXHIBIT 5

Debtor   **Sklar Exploration Company, LLC**                        Case number *(if known)*   **20-12377-EEB**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2.   **WILLIE FRANK JONES ET AL V. FRED W. HARTIN ET AL 21-CV-2015-900083** | Quiet title action between competing mineral owners concerning mineral tract. SEC involved only as operator/stakeholder, holding royalties for benefit of prevailing party. | **Circuit Court of Conecuh County, Alabama 111 Court St. Evergreen, AL 36401** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3.   **NOTICE OF VIOLATION CONCERNING CASTLEBERRY FIELD AREA 1, FACILTIY NO. 103-0021 AND CASTLEBERRY FIELD AREA 2, FACILITY NO. 103-0026** | Alleged violation of air permits issued by the Alabama Dept. of Environmental Management due to leaking pressure relief safety valves on well production equipment. | **Alabama Department of Environmental Management 1400 Coliseum Blvd. Montgomery, AL 36130** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4.   **PETITION FOR REFUND OF SEVERANCE TAXES** | Petition by Sklar Exploration Company and Sklarco for the refund of $493,777.91 in excess oil and gas severance taxes paid to the Alabama Department of Revenue concerning the Fishpond Oil Unit in Escambia County, Alabama. | **Alabama Department of Revenue Business and License Tax Division Severance and License Section P.O. Box 327550 Montgomery, AL 36132** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

EXHIBIT 5

Debtor **Sklar Exploration Company, LLC**     Case number *(if known)* **20-12377-EEB**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **University of Colorado Foundation** 4740 Walnut Street Boulder, CO 80301 | **Atudent-Athlete Excellence Fund for general scholarship** | **5/1/19** | **$10,000.00** |
| | Recipients relationship to debtor **None** | | | |
| 9.2. | **Ability Connection Colorado Inc** 801 Yosemite Street Denver, CO 8020 | **Benefiting the programs and services "Ability Connection Colorado** | **7/19/19** | **$1,250.00** |
| | Recipients relationship to debtor **None** | | | |
| 9.3. | **University of Colorado Athletic Office** 372 UCB Boulder, CO 80307 | **Football Season Tickets, Tailgate Experience, Franklin Field Donation** | **3/1/19** | **$13,250.00** |
| | Recipients relationship to debtor **None** | | | |
| 9.4. | **University of Colorado Foundation** 2700 Vista Parkway Erie, CO 80516 | **CU on the Links Golf Tournament 2019** | **8/1/19** | **$1,700.00** |
| | Recipients relationship to debtor **None** | | | |

---

**Part 5:**   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Lightning strike caused damage to certain electrical equioment for CCL&T 35-15 #1 well** | **$24,258.13** | **June 29,2019** | **$29,258.13** |

---

**Part 6:**   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | | Case number *(if known)* | 20-12377-EEB |
|---|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Kutner Brinen, P.C. 1660 Lincoln Street, Suite 1850 Denver, CO 80264 | Retainer and Filing Fees | March 19, 2020 - $20,000 March 30, 2020 - $100,000 | $120,000.00 |
| | Email or website address lmk@kutnerlaw.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number *(if known)* | 20-12377-EEB |
|---|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**Social Security Numbers and Tax ID Information**

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Boulder Self Storage<br>6439 Arapahoe Rd Unit 4012<br>Boulder, CO 80303 | Kate Eggleston 8852<br>Flattop St. Arvada CO 80007<br>Geoff Nenninger  2933 Golden Eagle Circle<br>Lafayette CO 80026 | (1) Box Labelled "Howard's Airplanes"<br>(4) Howard's Painting<br>(1) Black Sqaure Foldable Table<br>(1) Striped Chair<br>(1) Map Table<br>(1) Glass<br>(7) Clear Bins<br>(5) Blue Seated chairs<br>(2) Filing Cabinets | ☐ No<br>■ Yes |

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | | Case number (if known) | 20-12377-EEB |

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various Interest Holders** | **Debtor's East West Bank Accounts** | **Retention of funds belonging to royalty interest holders and ORRI holders only (not including working interest holders). Approximate balance attributable to January Revenue is $599,877.05. Amounts for royalty interest holders and ORRI holders for January and February revenue were paid out on a post-petition basis in accordance with the Orders entered by the Court.** | **$0.00** |
| **Sklarco, LLC**<br>**5395 Pearl Parkway**<br>**Suite 200**<br>**Boulder, CO 80301** | **Debtor's East West Bank Accounts** | **Currently holding funds and A/R arrtibutable to Sklarco, LLC. Amounts attributable to Sklarco are approximately 20% of cash balance, and A/R from production of $643,351.34** | **Unknown** |

---

| Part 12: | Details About Environment Information |

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No.
■ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **IN RE: SKLAR EXPLORATION COMPANY L.L.C.**<br>**Docket No. CWA-04-2011-5129(b)** | **U.S. Environmental Protection Agency Region 4 Atlanta Federal Center 61 Forsyth Street Atlanta, GA 30303-8960** | **CWA Section 311 Class II Consent Agreement and Final Order concerning spill near Vicksburg, Mississippi** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

---

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number (if known) 20-12377-EEB |
|---|---|---|

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| NOTICE OF VIOLATION CONCERNING CASTLEBERRY FIELD AREA 1, FACILTIY NO. 103-0021 AND CASTLEBERRY FIELD AREA 2, FACILITY NO. 103-0026 | Alabama Department of Environmental Management 1400 Coliseum Blvd. Montgomery, AL 36130 | Alleged violation of air permits issued by the Alabama Dept. of Environmental Management due to leaking pressure relief safety valves on well production equipment. | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| NOTICE OF VIOLATION CONCERNING CASTLEBERRY FIELD AREA 4, FACILITY NO. 502-0100 15-054-CAP | Alabama Department of Environmental Management 1400 Coliseum Blvd. Montgomery, AL 36130 | Alleged violation of air permits issued by Alabama Dept. of Environmental Management due to non-approved production equipment. | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| NOTICE OF VIOLATION CONCERNING CASTLEBERRY FIELD AREA 3, FACILITY NO. 502-0090 12-038-CAP | Alabama Department of Environmental Management 1400 Coliseum Blvd. Montgomery, AL 36130 | Alleged violation of air permits issued by Alabama Dept. of Environmental Management due to operations conducted without a Temporary Authorization to Operate. | ☐ Pending<br>☐ On appeal<br>■ Concluded |

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.    TPH Partners II, L.P.[1]<br>1111 Bagby St. Suite 4950<br>Houston, TX 77002-2551 | Investment | EIN:    80-0812716<br><br>From-To |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

**1 The Debtors' investigation of the ownership of the companies is ongoing and subject to further review and revision as additional information becomes available.**

EXHIBIT 5

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Exigent Information Solutions, LLC**<br>**8310 South Valley Highway, Suite 300**<br>**Englewood, CO 80112** | **March 2020-current** |
| 26a.2. **Plant Moran**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | **2018-Current** |
| 26a.3. **EKS&H**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | **2018; Acquired by**<br>**Plant Moran** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Exigent Information Solutions, LLC**<br>**8310 South Valley Highway, Suite 300**<br>**Englewood, CO 80112** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **EKS&H**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.3. **Plant Moran**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **EKS&H**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | |
| 26c.2. **Exigent Information Solutions, LLC**<br>**8310 South Valley Highway, Suite 300**<br>**Englewood, CO 80112** | |
| 26c.3. **Plant Moran**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | |
| 26c.4. **Howard Sklar**<br>**5395 Pearl Parkway**<br>**Suite 200**<br>**Boulder, CO 80301** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number *(if known)* | 20-12377-EEB |
|---|---|---|---|

| Name and address | |
|---|---|
| 26d.1. | **East West Bank Treasury Department**<br>**135 North Los Robles Avenue**<br>**Suite 600**<br>**ATTN: Linda Cox**<br>**Pasadena, CA 91101** |
| 26d.2. | **Ford Motor Company**<br>**P.O. Box 650575**<br>**Dallas, TX 75265** |
| 26d.3. | **C&J Energy Services**<br>**3990 Rogerdale**<br>**Houston, TX 77042** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Howard Sklar | 5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301 | Manager | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Howard F. Sklar Trust | 5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301 | Equity Holder | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Corey Ezelle | | VP - Exploration Manager | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| J. Marshall Jones, III | | VP & COO | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steven Hatcher | | VP - Land and Legal | 0% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

---

Official Form 207      Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      page 11

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | | Case number *(if known)* | 20-12377-EEB |
|---|---|---|---|---|

loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Flexjet**<br>**26180 Curtiss Wright Pkwy**<br>**Cleveland, OH 44143** | **$503,173.35** | **2019-2020** | **Amounts paid attributed to personal travel expenses of Howard Sklar** |
| | Relationship to debtor<br>**None** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **September 23, 2020**

**/s/ James Katchadurian**                                      **James Katchadurian**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor      **Chief Restructuring Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/23/2020 | 11,287.03 | A & B PUMP & SUPPLY, INC. | 01/28/2020 | Goods & Services |
| 02/14/2020 | 3,075.23 | A & B PUMP & SUPPLY, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 4,656.33 | A & B PUMP & SUPPLY, INC. | 02/25/2020 | Goods & Services |
| 02/20/2020 | 3,065.00 | A. F. WHATLEY CONSTRUCTION | 02/26/2020 | Goods & Services |
| 01/23/2020 | 14,210.00 | A1 CONDUCTOR & RATHOLE, LLC | 02/06/2020 | Goods & Services |
| 02/14/2020 | 4,290.00 | A1 CONDUCTOR & RATHOLE, LLC | 03/02/2020 | Goods & Services |
| 02/20/2020 | 3,708.04 | A1 CONDUCTOR & RATHOLE, LLC | 03/20/2020 | Goods & Services |
| 01/16/2020 | 2,171.17 | ACME TRUCK LINE, INC. | 01/22/2020 | Goods & Services |
| 03/23/2020 | 100,285.00 | Acstar Insurance Company | 03/23/2020 | Plug and Abandonment Bond |
| 01/30/2020 | 35,228.19 | AFCO | 02/07/2020 | Insurance |
| 02/27/2020 | 35,228.19 | AFCO | 03/06/2020 | Insurance |
| 03/17/2020 | 25,000.00 | AL Dept of Environmental Mgmt | 03/17/2020 | Government Fine |
| 02/20/2020 | 420.00 | ALABAMA 811 | 02/26/2020 | Goods & Services |
| 01/17/2020 | 194.68 | Alabama Department of Revenue | 01/17/2020 | Taxes |
| 02/20/2020 | 149.78 | Alabama Department of Revenue | 02/20/2020 | Taxes |
| 03/16/2020 | 100.00 | Alabama Department of Revenue | 03/16/2020 | Taxes |
| 03/20/2020 | 149.14 | Alabama Department of Revenue | 03/20/2020 | Taxes |
| 01/16/2020 | 230.74 | ALABAMA POWER PAYMENTS | 01/23/2020 | Utilities |
| 02/14/2020 | 202.95 | ALABAMA POWER PAYMENTS | 02/18/2020 | Utilities |
| 03/23/2020 | 198.30 | ALABAMA POWER PAYMENTS | 03/26/2020 | Utilities |
| 02/20/2020 | 1,639.00 | ALEXANDRIA GRAVEL PRODUCTS | 02/26/2020 | Goods & Services |
| 02/07/2020 | 500.00 | ALEXIS NAN HAYNES | 02/11/2020 | Goods & Services |
| 01/30/2020 | 219.14 | ALL COPY PRODUCTS, INC. | 02/03/2020 | Goods & Services |
| 02/20/2020 | 243.00 | ALL COPY PRODUCTS, INC. | 02/24/2020 | Goods & Services |
| 02/27/2020 | 219.14 | ALL COPY PRODUCTS, INC. | 03/03/2020 | Goods & Services |
| 02/20/2020 | 1,378.30 | ALLEGRA PRINT-MAIL-SIGNS | 02/26/2020 | Goods & Services |
| 01/10/2020 | 558.72 | ALLY | 01/17/2020 | Secured Debt Payments |
| 02/07/2020 | 558.72 | ALLY | 02/12/2020 | Secured Debt Payments |
| 02/27/2020 | 558.72 | ALLY | 03/09/2020 | Secured Debt Payments |
| 01/10/2020 | 1,087.82 | AMERICAN EAGLE LOGISTICS | 01/15/2020 | Goods & Services |
| 01/30/2020 | 224.67 | AMERICAN EXPRESS | 02/03/2020 | Goods & Services |
| 02/27/2020 | 204.72 | AMERICAN EXPRESS | 03/02/2020 | Goods & Services |
| 03/06/2020 | 19.95 | AMERICAN EXPRESS | 03/09/2020 | Goods & Services |
| 01/30/2020 | 475.00 | AMERICAN REMEDIATION & ENVIRONMENTAL INC | 02/06/2020 | Goods & Services |
| 01/23/2020 | 7,560.66 | ANDERSON EXPLORATION ENERGY CO, LC | 01/28/2020 | Royalty Payments |
| 01/10/2020 | 93.98 | ANITA BELOUSOV | 01/21/2020 | Expense Reimbursement |
| 02/14/2020 | 34,910.19 | ARMBRECHT JACKSON LLP | 02/19/2020 | Legal Fees |
| 02/20/2020 | 61,285.47 | ARMBRECHT JACKSON LLP | 02/25/2020 | Legal Fees |
| 03/30/2020 | 25,000.00 | Armbrecht Jackson LLP | 03/30/2020 | Legal Fees |
| 03/30/2020 | 45,431.35 | Armbrecht Jackson LLP | 03/30/2020 | Legal Fees |
| 01/23/2020 | 233.87 | AT&T | 01/31/2020 | Utilities |
| 01/23/2020 | 419.33 | AT&T | 01/31/2020 | Utilities |
| 01/23/2020 | 251.93 | AT&T | 01/30/2020 | Utilities |
| 01/23/2020 | 129.25 | AT&T | 01/29/2020 | Utilities |
| 01/30/2020 | 206.26 | AT&T | 02/06/2020 | Utilities |
| 02/14/2020 | 216.15 | AT&T | 02/26/2020 | Utilities |
| 02/20/2020 | 215.53 | AT&T | 02/27/2020 | Utilities |
| 02/20/2020 | 415.24 | AT&T | 02/27/2020 | Utilities |
| 02/20/2020 | 204.54 | AT&T | 02/27/2020 | Utilities |
| 02/20/2020 | 120.00 | AT&T | 02/26/2020 | Utilities |
| 03/23/2020 | 215.32 | AT&T | 03/30/2020 | Utilities |
| 03/23/2020 | 444.04 | AT&T | 03/30/2020 | Utilities |
| 03/23/2020 | 204.84 | AT&T | 03/30/2020 | Utilities |
| 03/23/2020 | 120.00 | AT&T | 03/31/2020 | Utilities |
| 02/14/2020 | 1,740.85 | ATROPOS EXPLORATION CO. | 02/21/2020 | Royalty Payments |
| 02/20/2020 | 617.30 | ATROPOS EXPLORATION CO. | 02/27/2020 | Royalty Payments |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/10/2020 | 55.39 | B & L PIPECO SERVICES, L.L.C. | 01/14/2020 | Goods & Services |
| 01/30/2020 | 43,815.24 | B & L PIPECO SERVICES, L.L.C. | 02/03/2020 | Goods & Services |
| 02/14/2020 | 59,714.35 | B & L PIPECO SERVICES, L.L.C. | 02/18/2020 | Goods & Services |
| 01/10/2020 | 2,186.85 | BAKER HUGHES, A GE COMPANY, LLC | 01/14/2020 | Goods & Services |
| 01/16/2020 | 14,935.54 | BAKER HUGHES, A GE COMPANY, LLC | 01/21/2020 | Goods & Services |
| 01/23/2020 | 93,616.80 | BAKER HUGHES, A GE COMPANY, LLC | 01/27/2020 | Goods & Services |
| 02/14/2020 | 94,058.67 | BAKER HUGHES, A GE COMPANY, LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 124,589.38 | BAKER HUGHES, A GE COMPANY, LLC | 02/24/2020 | Goods & Services |
| 02/27/2020 | 57,350.44 | BAKER HUGHES, A GE COMPANY, LLC | 03/04/2020 | Goods & Services |
| 02/14/2020 | 3,500.00 | BARNETTE & BENEFIELD, INC. | 02/21/2020 | Goods & Services |
| 02/20/2020 | 643.75 | BASIC ENERGY SERVICES, LP | 02/24/2020 | Utilities |
| 03/04/2020 | 1,606.25 | BASIC ENERGY SERVICES, LP | 03/09/2020 | Utilities |
| 01/30/2020 | 6,940.00 | BENOIT PREMIUM THREADING, LLC | 02/06/2020 | Goods & Services |
| 01/10/2020 | 769.50 | BERG HILL GREENLEAF RUSCITTI LLP | 01/15/2020 | Legal Fees |
| 03/30/2020 | 50,000.00 | Berg Hill Greenleaf Ruscitti LLP | 03/30/2020 | Legal Fees |
| 04/01/2020 | 12,946.00 | Berg Hill Greenleaf Ruscitti LLP | 04/01/2020 | Legal Fees |
| 02/27/2020 | 500.00 | BETTY JOYCE SCOTT BURKHEAD | 03/13/2020 | Goods & Services |
| 01/30/2020 | 3,750.00 | BETTYE LACOUR | 02/10/2020 | Goods & Services |
| 03/03/2020 | 3,750.00 | BETTYE LACOUR | 03/09/2020 | Goods & Services |
| 01/30/2020 | 105.00 | BIENVILLE PARISH CLERK OF COURT | 02/14/2020 | Taxes |
|  |  | BIENVILLE PARISH SALES & USE TAX |  | Taxes |
| 01/21/2020 | 162.99 | COMMISS | 01/24/2020 |  |
| 01/30/2020 | 42.08 | BOBBIE GORE | 02/03/2020 | Expense Reimbursement |
| 02/20/2020 | 3,093.00 | BONAVENTURE SAFETY, LLC | 02/25/2020 | Goods & Services |
|  |  | BOOTS SMITH COMPLETION SERVICES, LLC |  | Goods & Services |
| 01/10/2020 | 56,188.33 |  | 01/13/2020 |  |
|  |  | BOOTS SMITH COMPLETION SERVICES, LLC |  | Goods & Services |
| 01/23/2020 | 30,139.67 |  | 01/27/2020 |  |
|  |  | BOOTS SMITH COMPLETION SERVICES, LLC |  | Goods & Services |
| 02/14/2020 | 4,500.00 |  | 02/18/2020 |  |
|  |  | BOOTS SMITH COMPLETION SERVICES, LLC |  | Goods & Services |
| 02/20/2020 | 4,500.00 |  | 02/24/2020 |  |
|  |  | BOOTS SMITH COMPLETION SERVICES, LLC |  | Goods & Services |
| 02/27/2020 | 4,247.90 |  | 03/02/2020 |  |
| 02/20/2020 | 4,102.30 | BOULDER COUNTY TREASURER | 02/26/2020 | Taxes |
| 02/07/2020 | 276.00 | BOULDER SELF STORAGE | 02/19/2020 | Storage Fees |
| 02/27/2020 | 276.00 | BOULDER SELF STORAGE | 03/04/2020 | Storage Fees |
| 01/16/2020 | 4,349.00 | BRAMMER ENGINEERING, INC. | 01/22/2020 | Goods & Services |
| 02/07/2020 | 910.42 | BRAMMER ENGINEERING, INC. | 02/13/2020 | Goods & Services |
| 02/14/2020 | 2,950.00 | BRAMMER ENGINEERING, INC. | 02/21/2020 | Goods & Services |
| 01/30/2020 | 1,800.00 | BREWTON AREA PROPERTIES, LLC | 02/04/2020 | Rent |
| 02/27/2020 | 1,800.00 | BREWTON AREA PROPERTIES, LLC | 03/04/2020 | Rent |
| 03/23/2020 | 1,800.00 | BREWTON AREA PROPERTIES, LLC | 03/27/2020 | Rent |
| 01/10/2020 | 99.00 | BRISTOL, INC. | 01/21/2020 | Goods & Services |
| 02/07/2020 | 3,564.00 | BRISTOL, INC. | 02/20/2020 | Goods & Services |
| 02/14/2020 | 3,465.00 | BRISTOL, INC. | 02/25/2020 | Goods & Services |
| 02/20/2020 | 22,326.60 | BRISTOL, INC. | 03/03/2020 | Goods & Services |
| 01/10/2020 | 7,609.34 | BTECH SERVICE & SUPPLY INC. | 01/17/2020 | Goods & Services |
| 01/23/2020 | 1,276.98 | BTECH SERVICE & SUPPLY INC. | 01/30/2020 | Goods & Services |
| 02/14/2020 | 39,677.58 | BTECH SERVICE & SUPPLY INC. | 02/20/2020 | Goods & Services |
| 02/20/2020 | 4,053.05 | BTECH SERVICE & SUPPLY INC. | 02/27/2020 | Goods & Services |
| 01/10/2020 | 5,116.88 | BUCK CREEK FREIGHT, INC. | 01/22/2020 | Goods & Services |
| 01/23/2020 | 1,962.40 | BUCK CREEK FREIGHT, INC. | 02/03/2020 | Goods & Services |
| 02/14/2020 | 723.45 | BUCK CREEK FREIGHT, INC. | 03/06/2020 | Goods & Services |
| 02/14/2020 | 66,571.79 | C&J SPEC-RENT SERVICES, INC. | 02/20/2020 | Goods & Services |
| 02/20/2020 | 123,591.99 | C&J SPEC-RENT SERVICES, INC. | 02/24/2020 | Goods & Services |
| 01/16/2020 | 7,310.00 | CAMP SERVICE AND REPAIR, LLC | 01/31/2020 | Goods & Services |
| 01/23/2020 | 7,190.00 | CAMP SERVICE AND REPAIR, LLC | 02/20/2020 | Goods & Services |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/30/2020 | 4,665.00 | CAMP SERVICE AND REPAIR, LLC | 02/20/2020 | Goods & Services |
| 02/14/2020 | 8,300.00 | CAMP SERVICE AND REPAIR, LLC | 02/20/2020 | Goods & Services |
| 02/14/2020 | 220,000.00 | CAPSTAR DRILLING, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 310,125.33 | CAPSTAR DRILLING, INC. | 02/24/2020 | Goods & Services |
| 01/16/2020 | 11,314.50 | CARNLEY ELECTRIC INC | 01/24/2020 | Goods & Services |
| 01/23/2020 | 6,300.00 | CARNLEY ELECTRIC INC | 01/31/2020 | Goods & Services |
| 01/30/2020 | 7,020.00 | CARNLEY ELECTRIC INC | 02/07/2020 | Goods & Services |
| 02/07/2020 | 3,240.00 | CARNLEY ELECTRIC INC | 02/21/2020 | Goods & Services |
| 02/14/2020 | 1,800.00 | CARNLEY ELECTRIC INC | 02/21/2020 | Goods & Services |
| 02/20/2020 | 21,793.31 | CARNLEY ELECTRIC INC | 02/28/2020 | Goods & Services |
| 03/06/2020 | 2,391.35 | CARNLEY ELECTRIC INC | 03/13/2020 | Goods & Services |
| 01/30/2020 | 17,700.84 | CASS COUNTY TAX ASSESSOR | 02/19/2020 | Taxes |
| 01/16/2020 | 13,431.41 | CAWLEY, GILLESPIE & ASSOCIATES, INC | 01/23/2020 | Consulting Services |
| 01/10/2020 | 227.16 | CENTURYLINK | 01/15/2020 | Utilities |
| 02/14/2020 | 224.33 | CENTURYLINK | 02/18/2020 | Utilities |
| 03/13/2020 | 224.33 | CENTURYLINK | 03/18/2020 | Utilities |
| 01/23/2020 | 44.77 | CENTURYTEL/CENTURYLINK | 01/28/2020 | Utilities |
| 02/14/2020 | 44.03 | CENTURYTEL/CENTURYLINK | 02/20/2020 | Utilities |
| 01/23/2020 | 420.12 | CGG SERVICES (US) INC. | 01/28/2020 | Goods & Services |
| 02/20/2020 | 420.12 | CGG SERVICES (US) INC. | 02/25/2020 | Goods & Services |
| 03/13/2020 | 420.12 | CGG SERVICES (US) INC. | 03/18/2020 | Goods & Services |
| 01/10/2020 | 188.33 | CHEROKEE COUNTY ELECTRIC CO-OP ASSN. | 01/16/2020 | Utilities |
| 02/07/2020 | 227.58 | CHEROKEE COUNTY ELECTRIC CO-OP ASSN. | 02/12/2020 | Utilities |
| 03/13/2020 | 234.38 | CHEROKEE COUNTY ELECTRIC CO-OP ASSN. | 03/17/2020 | Utilities |
| 02/14/2020 | 946.46 | CHOICE COPY SERVICE, LLC | 02/24/2020 | Goods & Services |
| 03/06/2020 | 5,625.00 | CHRISTENSEN CONSULTING, LLC | 03/16/2020 | Goods & Services |
| 03/06/2020 | 7,960.00 | CICON & ASSOCIATES, L.L.P. | 03/12/2020 | Goods & Services |
| 01/30/2020 | 161.08 | CITY OF BREWTON | 02/05/2020 | Taxes |
| 03/13/2020 | 243.88 | CITY OF BREWTON | 03/18/2020 | Taxes |
| 03/23/2020 | 419.89 | CITY OF BREWTON | 03/30/2020 | Taxes |
| 01/10/2020 | 6,465.20 | CLARKCO OILFIELD SERVICES, INC. | 01/15/2020 | Goods & Services |
| 01/23/2020 | 4,997.97 | CLARKCO OILFIELD SERVICES, INC. | 01/29/2020 | Goods & Services |
| 02/14/2020 | 214.00 | CLARKCO OILFIELD SERVICES, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 2,564.79 | CLARKCO OILFIELD SERVICES, INC. | 02/27/2020 | Goods & Services |
| 02/27/2020 | 747.93 | CLARKCO OILFIELD SERVICES, INC. | 03/04/2020 | Goods & Services |
| 01/16/2020 | 345.65 | CLARKE COUNTY TAX ASSESSOR COLLECTOR | 01/27/2020 | Taxes |
| 01/30/2020 | 1,792.29 | CLARKE COUNTY TAX ASSESSOR COLLECTOR | 02/06/2020 | Taxes |
| 01/10/2020 | 5,420.30 | COASTAL CHEMICAL CO., LLC | 01/16/2020 | Goods & Services |
| 01/16/2020 | 2,446.34 | COASTAL CHEMICAL CO., LLC | 01/24/2020 | Goods & Services |
| 01/21/2020 | 13,500.43 | COASTAL CHEMICAL CO., LLC | 01/28/2020 | Goods & Services |
| 01/30/2020 | 1,484.85 | COASTAL CHEMICAL CO., LLC | 02/07/2020 | Goods & Services |
| 02/07/2020 | 6,059.92 | COASTAL CHEMICAL CO., LLC | 02/13/2020 | Goods & Services |
| 02/27/2020 | 525.94 | COCHRAN CHEMICAL CO., INC. | 03/05/2020 | Goods & Services |
| 01/30/2020 | 155.02 | COMCAST | 02/10/2020 | Utilities |
| 02/20/2020 | 155.02 | COMCAST | 02/27/2020 | Utilities |
| 03/23/2020 | 155.02 | COMCAST | 03/30/2020 | Utilities |
| 01/30/2020 | 4,702.00 | COMPLETE ENVIRONMENTAL & REMEDIATION CO | 02/05/2020 | Goods & Services |
| 02/20/2020 | 24,503.56 | COMPLETE ENVIRONMENTAL & REMEDIATION CO | 02/25/2020 | Goods & Services |
| 02/14/2020 | 5,395.23 | COMPRESSION CONTROLS & RENTALS, LLC | 02/21/2020 | Goods & Services |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| | | COMPRESSION CONTROLS & RENTALS, LLC | | Goods & Services |
| 02/20/2020 | 5,395.23 | | 02/28/2020 | |
| | | CONSOLIDATED ELECTRICAL DISTRIBUTORS | | Goods & Services |
| 01/30/2020 | 2,317.68 | INC | 02/04/2020 | |
| | | CONSOLIDATED ELECTRICAL DISTRIBUTORS | | Goods & Services |
| 02/20/2020 | 5,881.86 | INC | 02/26/2020 | |
| 01/30/2020 | 24,275.71 | CORPORATE PAYMENT SYSTEMS | 02/06/2020 | Goods & Services |
| 02/20/2020 | 37,365.44 | CORPORATE PAYMENT SYSTEMS | 02/27/2020 | Goods & Services |
| 03/23/2020 | 24,520.45 | CORPORATE PAYMENT SYSTEMS | 03/30/2020 | Goods & Services |
| 01/30/2020 | 199.02 | CORY EZELLE | 02/06/2020 | |
| 02/20/2020 | 199.02 | CORY EZELLE | 02/26/2020 | |
| 02/27/2020 | 7,500.00 | COUNTERPOINT CONSULTING, LLC | 03/03/2020 | Consulting Services |
| 01/10/2020 | 17,998.00 | CROWLEY FLECK PLLP | 01/14/2020 | Goods & Services |
| 01/30/2020 | 348.00 | CROWLEY FLECK PLLP | 02/05/2020 | Goods & Services |
| 01/30/2020 | 8,560.00 | CSI COMPRESSCO OPERATING, LLC | 02/03/2020 | Goods & Services |
| 02/14/2020 | 6,250.00 | CSI COMPRESSCO OPERATING, LLC | 02/18/2020 | Goods & Services |
| 03/13/2020 | 14,810.00 | CSI COMPRESSCO OPERATING, LLC | 03/18/2020 | Goods & Services |
| 02/20/2020 | 16,048.20 | CSI TECHNOLOGIES, LLC | 03/02/2020 | Goods & Services |
| 01/10/2020 | 35.00 | CT CORPORATION SYSTEM | 01/21/2020 | Goods & Services |
| 02/20/2020 | 417.00 | CT CORPORATION SYSTEM | 02/26/2020 | Goods & Services |
| 03/06/2020 | 658.00 | CT CORPORATION SYSTEM | 03/13/2020 | Goods & Services |
| 01/10/2020 | 59.92 | CULKIN WATER DISTRICT | 01/16/2020 | Utilities |
| 02/07/2020 | 59.92 | CULKIN WATER DISTRICT | 02/13/2020 | Utilities |
| 03/13/2020 | 59.92 | CULKIN WATER DISTRICT | 03/18/2020 | Utilities |
| 01/10/2020 | 3,591.00 | D & M DRILLING FLUIDS, INC. | 01/29/2020 | Goods & Services |
| 01/23/2020 | 3,591.00 | D & M DRILLING FLUIDS, INC. | 01/29/2020 | Goods & Services |
| 01/30/2020 | 7,110.00 | D & M DRILLING FLUIDS, INC. | 02/04/2020 | Goods & Services |
| 02/20/2020 | 10,567.60 | D & M DRILLING FLUIDS, INC. | 02/28/2020 | Goods & Services |
| 01/10/2020 | 1,100.00 | DAVIS HOT SHOT SERVICE, LLC | 01/22/2020 | Goods & Services |
| 01/23/2020 | 2,200.00 | DAVIS HOT SHOT SERVICE, LLC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 2,520.00 | DAVIS HOT SHOT SERVICE, LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 6,000.00 | DAVIS HOT SHOT SERVICE, LLC | 02/25/2020 | Goods & Services |
| 01/10/2020 | 5,093.20 | DEEPWELL ENERGY SERVICES, LLC | 01/14/2020 | Utilities |
| 02/14/2020 | 5,831.50 | DEEPWELL ENERGY SERVICES, LLC | 02/19/2020 | Utilities |
| 02/20/2020 | 4,750.00 | DEEPWELL ENERGY SERVICES, LLC | 02/25/2020 | Utilities |
| 02/27/2020 | 1,100.00 | DEEPWELL ENERGY SERVICES, LLC | 03/03/2020 | Utilities |
| 01/30/2020 | 131.98 | DIRECTV | 02/10/2020 | Utilities |
| 02/20/2020 | 5,768.84 | DON EUSTES | 02/25/2020 | Goods & Services |
| 03/13/2020 | 469.12 | DON EUSTES | 03/18/2020 | Goods & Services |
| 02/20/2020 | 526.44 | DOUBLE D DYNAMICS | 02/25/2020 | Goods & Services |
| 01/30/2020 | 1,000.00 | DOUGLAS PARKING, LLC | 02/19/2020 | Goods & Services |
| 01/10/2020 | 875.00 | EAGLE EXPRESS HOTSHOT SER. LLC | 01/22/2020 | Goods & Services |
| 02/14/2020 | 4,067.70 | EAGLE EXPRESS HOTSHOT SER. LLC | 02/20/2020 | Goods & Services |
| 02/20/2020 | 3,134.84 | EAGLE EXPRESS HOTSHOT SER. LLC | 02/27/2020 | Goods & Services |
| 02/27/2020 | 1,698.00 | EAGLE EXPRESS HOTSHOT SER. LLC | 03/05/2020 | Goods & Services |
| 01/30/2020 | 11,602.72 | EAST RIDGE COUNTRY CLUB | 02/05/2020 | Goods & Services |
| 01/10/2020 | 2,204.32 | East West Bank Treasury Department | 01/10/2020 | Payments on Secured Debt |
| 01/30/2020 | 102,689.38 | East West Bank Treasury Department | 01/30/2020 | Payments on Secured Debt |
| 02/11/2020 | 150.00 | East West Bank Treasury Department | 02/11/2020 | Payments on Secured Debt |
| 03/02/2020 | 103,569.21 | East West Bank Treasury Department | 03/02/2020 | Payments on Secured Debt |
| 02/24/2020 | 3,450.00 | East West Bank Treasury Department | 02/24/2020 | Payments on Secured Debt |
| 03/18/2020 | 125.00 | East West Bank Treasury Department | 03/18/2020 | Payments on Secured Debt |
| 03/16/2020 | 250,000.00 | East West Bank Treasury Department | 03/16/2020 | Payments on Secured Debt |
| 03/30/2020 | 87,691.85 | East West Bank Treasury Department | 03/30/2020 | Payments on Secured Debt |
| 03/06/2020 | 125.00 | East West Bank Treasury Department | 03/06/2020 | Payments on Secured Debt |
| 03/20/2020 | 985.55 | East West Bank Treasury Department | 03/20/2020 | Payments on Secured Debt |
| 01/10/2020 | 21,410.19 | EASTERN FISHING & RENTAL TOOLS INC | 01/17/2020 | Goods & Services |
| 01/16/2020 | 33,703.23 | EASTERN FISHING & RENTAL TOOLS INC | 01/22/2020 | Goods & Services |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/23/2020 | 19,663.89 | EASTERN FISHING & RENTAL TOOLS INC | 01/28/2020 | Goods & Services |
| 01/30/2020 | 85,967.86 | EASTERN FISHING & RENTAL TOOLS INC | 02/05/2020 | Goods & Services |
| 02/07/2020 | 10,103.67 | EASTERN FISHING & RENTAL TOOLS INC | 02/19/2020 | Goods & Services |
| 02/14/2020 | 21,299.36 | EASTERN FISHING & RENTAL TOOLS INC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 1,767.50 | EASTERN FISHING & RENTAL TOOLS INC | 02/25/2020 | Goods & Services |
| 02/27/2020 | 66,106.41 | EASTERN FISHING & RENTAL TOOLS INC | 03/03/2020 | Goods & Services |
| 03/06/2020 | 6,022.01 | EASTERN FISHING & RENTAL TOOLS INC | 03/10/2020 | Goods & Services |
| 03/13/2020 | 2,100.00 | EASTERN FISHING & RENTAL TOOLS INC | 03/17/2020 | Goods & Services |
| 01/10/2020 | 2,098.42 | ECS | 01/15/2020 | Goods & Services |
| 01/30/2020 | 5,819.06 | ECS | 02/05/2020 | Goods & Services |
| 02/07/2020 | 2,126.27 | ECS | 02/12/2020 | Goods & Services |
| 02/20/2020 | 8,533.26 | ECS | 02/26/2020 | Goods & Services |
| 03/06/2020 | 2,349.99 | ECS | 03/11/2020 | Goods & Services |
| 02/20/2020 | 2,573.50 | EICHE, MAPES, AND COMPANY, INC | 02/28/2020 | Goods & Services |
| 01/30/2020 | 289.50 | ELDORADO ARTESIAN SPRINGS | 02/06/2020 | Goods & Services |
| 03/13/2020 | 176.65 | ELDORADO ARTESIAN SPRINGS | 03/23/2020 | Goods & Services |
| 01/23/2020 | 4,814.00 | ENGINEERING SERVICE | 01/29/2020 | Goods & Services |
| 01/30/2020 | 184.00 | ENGINEERING SERVICE | 02/05/2020 | Goods & Services |
| 01/16/2020 | 169.02 | ENTERGY | 01/21/2020 | Goods & Services |
| 02/14/2020 | 182.24 | ENTERGY | 02/18/2020 | Goods & Services |
| 03/13/2020 | 183.82 | ENTERGY | 03/17/2020 | Goods & Services |
| 01/10/2020 | 3,000.00 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 01/22/2020 | Utilities |
| 01/30/2020 | 5,500.00 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 02/06/2020 | Utilities |
| 01/30/2020 | 6,113.14 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 02/06/2020 | Utilities |
| 02/07/2020 | 155.20 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 02/12/2020 | Utilities |
| 03/09/2020 | 5,985.92 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 03/12/2020 | Utilities |
| 03/09/2020 | 155.20 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 03/12/2020 | Utilities |
| 03/09/2020 | 37.05 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 03/12/2020 | Utilities |
| 03/23/2020 | 6,249.11 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 03/30/2020 | Utilities |
| 01/30/2020 | 9,041.76 | EXCEL CONSULTING, LLC | 02/05/2020 | Consulting Services |
| 01/10/2020 | 23,102.94 | EZZIE'S WHOLESALE, INC. | 01/14/2020 | Goods & Services |
| 01/16/2020 | 12,603.89 | EZZIE'S WHOLESALE, INC. | 01/22/2020 | Goods & Services |
| 01/23/2020 | 15,965.49 | EZZIE'S WHOLESALE, INC. | 01/28/2020 | Goods & Services |
| 01/30/2020 | 12,626.28 | EZZIE'S WHOLESALE, INC. | 02/04/2020 | Goods & Services |
| 02/07/2020 | 12,091.68 | EZZIE'S WHOLESALE, INC. | 02/12/2020 | Goods & Services |
| 02/14/2020 | 12,609.50 | EZZIE'S WHOLESALE, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 9,283.49 | EZZIE'S WHOLESALE, INC. | 02/25/2020 | Goods & Services |
| 03/06/2020 | 1,223.16 | EZZIE'S WHOLESALE, INC. | 03/11/2020 | Goods & Services |
| 03/10/2020 | 10,515.84 | EZZIE'S WHOLESALE, INC. | 03/12/2020 | Goods & Services |
| 03/23/2020 | 2,978.70 | EZZIE'S WHOLESALE, INC. | 03/30/2020 | Goods & Services |
| 01/10/2020 | 3,735.00 | FDEP OIL & GAS PROGRAM | 01/28/2020 | Goods & Services |
| 01/10/2020 | 3,735.00 | FDEP OIL & GAS PROGRAM | 01/28/2020 | Goods & Services |
| 01/30/2020 | 162.52 | FEDEX | 02/06/2020 | Goods & Services |
| 03/13/2020 | 43.33 | FEDEX | 03/18/2020 | Goods & Services |
| 01/16/2020 | 167.79 | FERRELLGAS | 01/27/2020 | Goods & Services |
| 01/30/2020 | 35,829.59 | FLETCHER PETROLEUM CO., LLC | 02/04/2020 | Goods & Services |
| 03/06/2020 | 2,762.54 | FLETCHER PETROLEUM CO., LLC | 03/11/2020 | Goods & Services |
| 01/10/2020 | 23,111.22 | FLEXJET, LLC | 01/14/2020 | Goods & Services |
| 02/14/2020 | 22,946.12 | FLEXJET, LLC | 02/19/2020 | Goods & Services |
| 01/15/2020 | 1,392.20 | FLORIDA DEPARTMENT OF REVENUE | 01/21/2020 | Taxes |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|-----------|----------|-----------|-----------|--------------------|
| 02/20/2020 | 6,774.02 | FOOTE OIL & GAS PROPERTIES, LLC | 03/17/2020 | Goods & Services |
| 01/16/2020 | 770.44 | FORD MOTOR COMPANY | 01/21/2020 | Secured Debt Payments |
| 01/16/2020 | 1,021.22 | FORD MOTOR COMPANY | 01/21/2020 | Secured Debt Payments |
| 01/16/2020 | 829.56 | FORD MOTOR COMPANY | 01/21/2020 | Secured Debt Payments |
| 01/23/2020 | 1,022.82 | FORD MOTOR COMPANY | 01/27/2020 | Secured Debt Payments |
| 01/23/2020 | 680.52 | FORD MOTOR COMPANY | 01/27/2020 | Secured Debt Payments |
| 01/23/2020 | 818.90 | FORD MOTOR COMPANY | 01/27/2020 | Secured Debt Payments |
| 01/30/2020 | 714.80 | FORD MOTOR COMPANY | 02/03/2020 | Secured Debt Payments |
| 01/30/2020 | 921.17 | FORD MOTOR COMPANY | 02/03/2020 | Secured Debt Payments |
| 01/30/2020 | 814.02 | FORD MOTOR COMPANY | 02/03/2020 | Secured Debt Payments |
| 02/14/2020 | 770.44 | FORD MOTOR COMPANY | 02/19/2020 | Secured Debt Payments |
| 02/14/2020 | 1,021.22 | FORD MOTOR COMPANY | 02/19/2020 | Secured Debt Payments |
| 02/14/2020 | 829.56 | FORD MOTOR COMPANY | 02/19/2020 | Secured Debt Payments |
| 02/14/2020 | 1,022.82 | FORD MOTOR COMPANY | 02/19/2020 | Secured Debt Payments |
| 02/20/2020 | 680.52 | FORD MOTOR COMPANY | 02/24/2020 | Secured Debt Payments |
| 02/20/2020 | 818.90 | FORD MOTOR COMPANY | 02/24/2020 | Secured Debt Payments |
| 02/20/2020 | 840.32 | FORD MOTOR COMPANY | 02/24/2020 | Secured Debt Payments |
| 02/27/2020 | 714.80 | FORD MOTOR COMPANY | 03/02/2020 | Secured Debt Payments |
| 02/27/2020 | 921.17 | FORD MOTOR COMPANY | 03/02/2020 | Secured Debt Payments |
| 02/27/2020 | 814.02 | FORD MOTOR COMPANY | 03/02/2020 | Secured Debt Payments |
| 03/13/2020 | 770.44 | FORD MOTOR COMPANY | 03/18/2020 | Secured Debt Payments |
| 03/13/2020 | 1,021.22 | FORD MOTOR COMPANY | 03/18/2020 | Secured Debt Payments |
| 03/23/2020 | 829.56 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 03/23/2020 | 1,022.82 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 03/23/2020 | 680.52 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 03/23/2020 | 818.90 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 03/23/2020 | 840.32 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 02/14/2020 | 840.32 | Ford Motor Company | 02/14/2020 | Secured Debt Payments |
| 01/10/2020 | 4,421.88 | FRANDSON SAFETY, INC. | 01/17/2020 | Goods & Services |
| 02/07/2020 | 766.54 | FRANK MONTALVO | 02/11/2020 | Expense Reimbursement |
| 03/13/2020 | 205.69 | FRANK MONTALVO | 03/24/2020 | Expense Reimbursement |
| 01/30/2020 | 11,580.20 | FREESTONE COUNTY TAX OFFICE | 02/07/2020 | Taxes |
| 01/16/2020 | 4,724.87 | FUELMAN | 01/24/2020 | Fuel Cards |
| 01/30/2020 | 5,715.14 | FUELMAN | 02/07/2020 | Fuel Cards |
| 02/14/2020 | 5,352.46 | FUELMAN | 02/20/2020 | Fuel Cards |
| 02/27/2020 | 5,748.33 | FUELMAN | 03/05/2020 | Fuel Cards |
| 03/13/2020 | 5,468.43 | FUELMAN | 03/20/2020 | Fuel Cards |
| 02/14/2020 | 5,467.70 | FULL THROTTLE ENERGY SERVICE, LLC | 02/20/2020 | Goods & Services |
| 02/20/2020 | 2,123.95 | FULL THROTTLE ENERGY SERVICE, LLC | 02/25/2020 | Goods & Services |
| 02/27/2020 | 2,123.95 | FULL THROTTLE ENERGY SERVICE, LLC | 03/04/2020 | Goods & Services |
| 01/10/2020 | 17,525.22 | GE OIL & GAS | 01/14/2020 | Goods & Services |
| 02/07/2020 | 12,544.64 | GE OIL & GAS | 02/12/2020 | Goods & Services |
| 02/14/2020 | 911.84 | GE OIL & GAS | 02/18/2020 | Goods & Services |
| 02/20/2020 | 86,320.07 | GE OIL & GAS | 02/24/2020 | Goods & Services |
| 02/27/2020 | 1,583.34 | GE OIL & GAS | 03/02/2020 | Goods & Services |
| 02/27/2020 | 220.50 | GENCO TRANSPORT, LLC | 03/04/2020 | Goods & Services |
| 01/30/2020 | 15,221.78 | GHD SERVICES, INC. | 02/05/2020 | Goods & Services |
| 01/30/2020 | 900.00 | GLEN WHITE & | 02/10/2020 | Goods & Services |
| 02/27/2020 | 900.00 | GLEN WHITE & | 03/03/2020 | Goods & Services |
| 02/14/2020 | 437.52 | GLOBAL VESSEL & TANK LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 2,307.15 | GLOBAL VESSEL & TANK LLC | 02/25/2020 | Goods & Services |
| 01/10/2020 | 488.70 | GLOBALSTAR USA | 01/15/2020 | Goods & Services |
| 02/07/2020 | 482.44 | GLOBALSTAR USA | 02/13/2020 | Goods & Services |
| 03/13/2020 | 482.44 | GLOBALSTAR USA | 03/18/2020 | Goods & Services |
| 02/27/2020 | 37,051.36 | GRAVITY OILFIELD SERVICES, LLC | 03/03/2020 | Goods & Services |
| 02/20/2020 | 4,000.00 | GRS SERVICES, LLC | 03/04/2020 | Goods & Services |
| 01/23/2020 | 4,012.61 | GTT COMMUNICATIONS, INC. | 01/27/2020 | Goods & Services |
| 02/20/2020 | 4,001.61 | GTT COMMUNICATIONS, INC. | 02/24/2020 | Goods & Services |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 03/23/2020 | 3,973.41 | GTT COMMUNICATIONS, INC. | 03/30/2020 | Goods & Services |
| 02/20/2020 | 4,670.87 | GULF COAST LAND SERVICES, INC. | 02/25/2020 | Goods & Services |
| 03/13/2020 | 5,057.81 | GULF COAST LAND SERVICES, INC. | 03/17/2020 | Goods & Services |
| 01/23/2020 | 22,000.00 | GUSTAVSON ASSOCIATES, LLC | 01/29/2020 | Goods & Services |
| 01/10/2020 | 62,796.00 | H&H CONSTRUCTION, LLC | 01/15/2020 | Goods & Services |
| 01/23/2020 | 900.00 | H&H CONSTRUCTION, LLC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 1,968.00 | H&H CONSTRUCTION, LLC | 02/26/2020 | Goods & Services |
| 02/20/2020 | 123,750.00 | H&H CONSTRUCTION, LLC | 02/26/2020 | Goods & Services |
| 02/27/2020 | 2,424.00 | H&H CONSTRUCTION, LLC | 03/04/2020 | Goods & Services |
| 03/13/2020 | 16,329.00 | H&H CONSTRUCTION, LLC | 03/18/2020 | Goods & Services |
| 01/16/2020 | 18,807.25 | H2SZERO, LLC | 01/24/2020 | Goods & Services |
| 01/10/2020 | 187.31 | HAROLD J. DE LEON | 01/24/2020 | Expense Reimbursement |
| 03/13/2020 | 517.50 | HAROLD J. DE LEON | 03/23/2020 | Expense Reimbursement |
| 02/20/2020 | 4,365.60 | HEAP SERVICES LLC | 02/25/2020 | Goods & Services |
| 01/23/2020 | 534.54 | HERRING GAS COMPANY, INC. | 01/30/2020 | Utilities |
| 02/20/2020 | 648.41 | HERRING GAS COMPANY, INC. | 02/26/2020 | Utilities |
| 01/30/2020 | 260.12 | HIGH TECH FORMS LLC | 02/06/2020 | Goods & Services |
| 03/06/2020 | 13,023.00 | HIIG SSERVICE COMPANY | 03/10/2020 | Goods & Services |
| 02/14/2020 | 8,292.50 | HI-VAC, LLC | 02/20/2020 | Goods & Services |
| 02/20/2020 | 1,219.80 | HI-VAC, LLC | 03/03/2020 | Goods & Services |
| 03/06/2020 | 2,614.50 | HLP ENGINEERING, INC. | 03/10/2020 | Goods & Services |
| 01/30/2020 | 7,496.31 | HOPPING GREEN & SAMS, P.A. | 02/05/2020 | Goods & Services |
| 01/30/2020 | 170.41 | HUGHES NETWORK SYSTEMS, LLC | 02/05/2020 | Goods & Services |
| 03/13/2020 | 170.41 | HUGHES NETWORK SYSTEMS, LLC | 03/20/2020 | Goods & Services |
| 03/06/2020 | 28,932.04 | HURLEY ENTERPRISES, INC. | 03/11/2020 | Goods & Services |
| 01/10/2020 | 1,000.00 | HURST PUMPING, INC. | 01/14/2020 | Goods & Services |
| 02/14/2020 | 1,000.00 | HURST PUMPING, INC. | 02/20/2020 | Goods & Services |
| 03/06/2020 | 1,000.00 | HURST PUMPING, INC. | 03/10/2020 | Goods & Services |
| 01/30/2020 | 1,846.67 | IHS GLOBAL, INC. | 02/03/2020 | Goods & Services |
| 03/23/2020 | 1,663.74 | IHS GLOBAL, INC. | 03/30/2020 | Goods & Services |
| 02/27/2020 | 630.00 | INFINISOURCE BENEFIT SERVICES | 03/10/2020 | Employee Benefits |
| 03/23/2020 | 157.25 | INFINISOURCE BENEFIT SERVICES | 03/30/2020 | Employee Benefits |
| 01/10/2020 | 200.00 | INTER-MOUNTAIN PIPE & THREADING COMPANY | 01/16/2020 | Goods & Services |
| 02/27/2020 | 1,641.15 | INTER-MOUNTAIN PIPE & THREADING COMPANY | 03/06/2020 | Goods & Services |
| 02/14/2020 | 143.26 | IRON MOUNTAIN RECORDS MANAGEMENT | 02/18/2020 | Goods & Services |
| 02/20/2020 | 214.89 | IRON MOUNTAIN RECORDS MANAGEMENT | 02/24/2020 | Goods & Services |
| 01/16/2020 | 6,208.22 | J & H INSURANCE SERVICES, INC. | 01/27/2020 | Insurance |
| 02/14/2020 | 2,500.00 | J & H INSURANCE SERVICES, INC. | 02/21/2020 | Insurance |
| 03/03/2020 | 12,622.89 | J & H INSURANCE SERVICES, INC. | 03/09/2020 | Insurance |
| 03/06/2020 | 40,988.96 | J & H INSURANCE SERVICES, INC. | 03/11/2020 | Insurance |
| 01/10/2020 | 1,100.00 | J NICHOLS LLC | 01/31/2020 | Goods & Services |
| 01/23/2020 | 1,100.00 | J NICHOLS LLC | 01/31/2020 | Goods & Services |
| 02/20/2020 | 4,900.00 | J NICHOLS LLC | 02/26/2020 | Goods & Services |
| 02/27/2020 | 2,000.00 | J NICHOLS LLC | 03/04/2020 | Goods & Services |
| 02/07/2020 | 4,508.67 | JAMES MUSLOW, JR. | 02/12/2020 | Goods & Services |
| 02/07/2020 | 1,500.00 | JAMES W. MURDOCK | 02/21/2020 | Goods & Services |
| 01/10/2020 | 9,502.00 | JIMCO PUMPS | 01/14/2020 | Goods & Services |
| 01/23/2020 | 5,212.51 | JIMCO PUMPS | 01/28/2020 | Goods & Services |
| 02/07/2020 | 16,871.76 | JIMCO PUMPS | 02/19/2020 | Goods & Services |
| 02/14/2020 | 13,582.53 | JIMCO PUMPS | 02/25/2020 | Goods & Services |
| 02/20/2020 | 60,676.11 | JIMCO PUMPS | 02/25/2020 | Goods & Services |
| 03/13/2020 | 5,484.52 | JIMCO PUMPS | 03/17/2020 | Goods & Services |
| 02/20/2020 | 50,022.50 | JOHN PIKE CONSTRUCTION, INC. | 03/02/2020 | Goods & Services |
| 01/23/2020 | 4,617.51 | JOHN STRAUSSER | 02/03/2020 | Goods & Services |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 02/07/2020 | 1,701.21 | JOHN STRAUSSER | 02/18/2020 | Goods & Services |
| 02/20/2020 | 2,811.64 | JOHN STRAUSSER | 02/25/2020 | Goods & Services |
| 03/23/2020 | 2,720.93 | JOHN STRAUSSER | 03/27/2020 | Goods & Services |
| 01/10/2020 | 350.00 | JTC OPERATING, INC. | 01/14/2020 | Goods & Services |
| 01/10/2020 | 1,350.00 | K&T WELDING SERVICES, LLC | 01/16/2020 | Goods & Services |
| 01/30/2020 | 46.99 | KATE EGGLESTON | 01/31/2020 | Expense Reimbursement |
| 02/20/2020 | 289.99 | KATE EGGLESTON | 02/24/2020 | Expense Reimbursement |
| 01/23/2020 | 22,011.60 | KCS AUTOMATION, LLC | 01/30/2020 | Goods & Services |
| 02/12/2020 | 69,666.84 | KCS Automation, LLC | 02/12/2020 | Goods & Services |
| 01/10/2020 | 60,788.57 | KELLEY BROTHERS CONTRACTORS, INC. | 01/14/2020 | Goods & Services |
| 01/16/2020 | 87,166.53 | KELLEY BROTHERS CONTRACTORS, INC. | 01/22/2020 | Goods & Services |
| 01/23/2020 | 55,730.61 | KELLEY BROTHERS CONTRACTORS, INC. | 01/28/2020 | Goods & Services |
| 01/30/2020 | 21,022.90 | KELLEY BROTHERS CONTRACTORS, INC. | 02/04/2020 | Goods & Services |
| 02/07/2020 | 15,847.38 | KELLEY BROTHERS CONTRACTORS, INC. | 02/11/2020 | Goods & Services |
| 02/20/2020 | 88,685.45 | KELLEY BROTHERS CONTRACTORS, INC. | 02/25/2020 | Goods & Services |
| 03/06/2020 | 27,501.20 | KELLEY BROTHERS CONTRACTORS, INC. | 03/10/2020 | Goods & Services |
| 03/13/2020 | 24,160.05 | KELLEY BROTHERS CONTRACTORS, INC. | 03/17/2020 | Goods & Services |
| 01/10/2020 | 2,128.05 | KELLEY OIL COMPANY | 01/14/2020 | Goods & Services |
| 01/23/2020 | 8,140.43 | KELLEY OIL COMPANY | 01/28/2020 | Goods & Services |
| 02/14/2020 | 11,759.15 | KELLEY OIL COMPANY | 02/19/2020 | Goods & Services |
| 02/20/2020 | 22,372.65 | KELLEY OIL COMPANY | 02/25/2020 | Goods & Services |
| 02/07/2020 | 5,175.24 | Kelly L. Baker | 02/07/2020 | Goods & Services |
| 01/30/2020 | 35,757.84 | KENNY COPELAND | 02/06/2020 | Goods & Services |
| 02/14/2020 | 13,208.16 | KENNY COPELAND | 02/19/2020 | Goods & Services |
| 02/27/2020 | 1,047.00 | KENNY COPELAND | 03/04/2020 | Goods & Services |
| 03/13/2020 | 16,018.10 | KENNY COPELAND | 03/18/2020 | Goods & Services |
| 01/10/2020 | 70.76 | KEY-RITE SECURITY | 01/17/2020 | Goods & Services |
| 02/20/2020 | 70.76 | KEY-RITE SECURITY | 02/26/2020 | Goods & Services |
| 03/13/2020 | 70.76 | KEY-RITE SECURITY | 03/24/2020 | Goods & Services |
| 01/10/2020 | 2,862.10 | KEYSTONE ENGINEERING, INC. | 01/16/2020 | Goods & Services |
| 01/23/2020 | 5,684.60 | KEYSTONE ENGINEERING, INC. | 01/30/2020 | Goods & Services |
| 01/30/2020 | 2,643.00 | KEYSTONE ENGINEERING, INC. | 02/05/2020 | Goods & Services |
| 02/20/2020 | 1,046.00 | KEYSTONE ENGINEERING, INC. | 02/27/2020 | Goods & Services |
| 01/10/2020 | 50.00 | KIM ANDERSON | 01/22/2020 | Expense Reimbursement |
| 03/06/2020 | 66,180.90 | KING CANYON BUFFALO, INC. | 03/12/2020 | Goods & Services |
| | | KIRK WEAVER CONTRACT PUMPING, INC. | | Goods & Services |
| 01/10/2020 | 1,090.00 | | 01/17/2020 | |
| | | KIRK WEAVER CONTRACT PUMPING, INC. | | Goods & Services |
| 03/06/2020 | 750.00 | | 03/11/2020 | |
| | | KIRK WEAVER CONTRACT PUMPING, INC. | | Goods & Services |
| 03/23/2020 | 750.00 | | 03/30/2020 | |
| 01/30/2020 | 640.00 | KLATT MOVING & STORAGE | 02/24/2020 | Goods & Services |
| 01/10/2020 | 17,439.00 | KLEINFELDER, INC. | 01/15/2020 | Goods & Services |
| 01/30/2020 | 2,541.00 | KLEINFELDER, INC. | 02/06/2020 | Goods & Services |
| 02/20/2020 | 3,000.00 | KLEINFELDER, INC. | 02/26/2020 | Goods & Services |
| 01/10/2020 | 26,967.62 | KODIAK GAS SERVICES, LLC | 01/14/2020 | Goods & Services |
| 01/21/2020 | 55,013.65 | KODIAK GAS SERVICES, LLC | 01/28/2020 | Goods & Services |
| 02/20/2020 | 27,595.31 | KODIAK GAS SERVICES, LLC | 02/26/2020 | Goods & Services |
| | | Kutner Brinen, P.C. Coltaf Account | | Legal Fees - Retainer for Bankruptcy |
| 03/19/2020 | 20,000.00 | | 03/19/2020 | Counsel |
| | | Kutner Brinen, P.C. Coltaf Account | | Legal Fees - Retainer for Bankruptcy |
| 03/30/2020 | 100,000.00 | | 03/30/2020 | Counsel |
| 02/27/2020 | 3,000.00 | LARSON ENVIRONMENTAL, LLC | 03/05/2020 | Goods & Services |
| 01/16/2020 | 1,396.00 | LEON E. WERNTZ & ASSOCIATES, INC. | 01/22/2020 | Employee Benefits - Insurance |
| 01/30/2020 | 305.50 | LEON E. WERNTZ & ASSOCIATES, INC. | 02/05/2020 | Employee Benefits - Insurance |
| 02/20/2020 | 211.50 | LEON E. WERNTZ & ASSOCIATES, INC. | 02/25/2020 | Employee Benefits - Insurance |
| 03/13/2020 | 216.00 | LEON E. WERNTZ & ASSOCIATES, INC. | 03/17/2020 | Employee Benefits - Insurance |
| 03/23/2020 | 500.00 | LEON E. WERNTZ & ASSOCIATES, INC. | 03/26/2020 | Employee Benefits - Insurance |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 02/27/2020 | 914.07 | LIBERTY SUPPLY, INC. | 03/04/2020 | Goods & Services |
| 01/30/2020 | 958.39 | LIMESTONE COUNTY TAX COLLECTOR | 02/06/2020 | Taxes |
| 02/20/2020 | 2,357.25 | LONEWOLF ENERGY, INC. | 02/26/2020 | Goods & Services |
| 01/23/2020 | 80.00 | LOUISIANA - EDWARDS TOWER | 01/30/2020 | Rent |
| 01/30/2020 | 7,000.13 | LOUISIANA - EDWARDS TOWER | 02/05/2020 | Rent |
| 02/27/2020 | 7,238.75 | LOUISIANA - EDWARDS TOWER | 03/06/2020 | Rent |
| 03/23/2020 | 7,238.75 | LOUISIANA - EDWARDS TOWER | 03/27/2020 | Rent |
| 01/13/2020 | 63.00 | Louisiana Dept. of Revenue | 01/13/2020 | Taxes |
| 02/11/2020 | 1,521.00 | Louisiana Dept. of Revenue | 02/11/2020 | Taxes |
| 02/27/2020 | 104.50 | LOUISIANA ONE CALL SYSTEM | 03/09/2020 | Goods & Services |
| 03/23/2020 | 4.50 | LOUISIANA ONE CALL SYSTEM | 03/27/2020 | Goods & Services |
| 01/06/2020 | 210,000.00 | Maevlo Smackover, LLC | 01/06/2020 | Payment of Royalty Interests |
| 02/07/2020 | 100.00 | MARIE GARDNER | 02/10/2020 | Expense Reimbursement |
| 01/30/2020 | 4,310.18 | MARION COUNTY TAX OFFICE | 02/06/2020 | Taxes |
| 01/10/2020 | 1,475.00 | MARTY CHERRY ENTERPRISE LLC | 01/22/2020 | Goods & Services |
| 02/27/2020 | 1,475.00 | MARTY CHERRY ENTERPRISE LLC | 03/12/2020 | Goods & Services |
| 03/23/2020 | 1,475.00 | MARTY CHERRY ENTERPRISE LLC | 03/31/2020 | Goods & Services |
| 01/23/2020 | 2,633.81 | MASCO WIRELINE, INC. | 02/03/2020 | Goods & Services |
| 01/30/2020 | 2,648.25 | MASCO WIRELINE, INC. | 02/10/2020 | Goods & Services |
| 03/04/2020 | 4,993.03 | MAVERICK WELL SERVICE, LLC | 03/10/2020 | Goods & Services |
| 01/30/2020 | 75.78 | MCADAMS PROPANE COMPANY | 02/05/2020 | Goods & Services |
| 02/20/2020 | 9,896.78 | MCDAVID, NOBLIN & WEST PLLC | 02/25/2020 | Goods & Services |
| 02/27/2020 | 545.00 | MCDAVID, NOBLIN & WEST PLLC | 03/09/2020 | Goods & Services |
| 01/10/2020 | 264.79 | MEDIACOM | 01/21/2020 | Goods & Services |
| 02/07/2020 | 256.90 | MEDIACOM | 02/18/2020 | Goods & Services |
| 03/13/2020 | 256.90 | MEDIACOM | 03/20/2020 | Goods & Services |
| 02/20/2020 | 25,825.00 | MENDOZA'S BARRIRER FENCE CO. | 02/28/2020 | Goods & Services |
| | | MERCHANTS CREDIT BUREAU OF | | Goods & Services |
| 01/10/2020 | 7.50 | SAVANNAH | 01/14/2020 | |
| | | MERCHANTS CREDIT BUREAU OF | | Goods & Services |
| 02/27/2020 | 7.50 | SAVANNAH | 03/10/2020 | |
| 03/06/2020 | 50,000.00 | MESA FLUIDS, LLC | 03/11/2020 | Goods & Services |
| 01/30/2020 | 10,156.07 | Metropolitan Life Insurance Company | 01/30/2020 | Employee Benefits - Life Insurance |
| 03/27/2020 | 10,128.72 | Metropolitan Life Insurance Company | 03/27/2020 | Employee Benefits - Life Insurance |
| 04/01/2020 | 13,337.51 | Metropolitan Life Insurance Company | 04/01/2020 | Employee Benefits - Life Insurance |
| 01/10/2020 | 1,922.79 | MID SOUTH ANCHOR SERVICE, LLC | 01/16/2020 | Goods & Services |
| 02/20/2020 | 3,043.08 | MID SOUTH ANCHOR SERVICE, LLC | 03/02/2020 | Goods & Services |
| 01/10/2020 | 500.00 | MIKE PHILLIPS | 01/27/2020 | Goods & Services |
| 02/07/2020 | 500.00 | MIKE PHILLIPS | 03/02/2020 | Goods & Services |
| 03/06/2020 | 500.00 | MIKE PHILLIPS | 03/16/2020 | Goods & Services |
| 03/06/2020 | 2.85 | MILDRED LEIGH STINSON | 03/30/2020 | Goods & Services |
| 01/16/2020 | 1,633.75 | MISSISSIPPI GAUGE & SUPPLY CO. | 01/27/2020 | Goods & Services |
| 01/23/2020 | 1,719.94 | MISSISSIPPI GAUGE & SUPPLY CO. | 02/03/2020 | Goods & Services |
| 02/07/2020 | 1,322.30 | MISSISSIPPI GAUGE & SUPPLY CO. | 02/25/2020 | Goods & Services |
| 01/10/2020 | 5,186.33 | MISSISSIPPI POWER | 01/15/2020 | Utilities |
| 02/07/2020 | 8,819.70 | MISSISSIPPI POWER | 02/11/2020 | Goods & Services |
| 03/13/2020 | 6,447.28 | MISSISSIPPI POWER | 03/17/2020 | Goods & Services |
| 01/30/2020 | 232.37 | MISSISSIPPI STATE OIL & GAS BOARD | 02/07/2020 | Permitting Fees |
| 02/27/2020 | 164.85 | MISSISSIPPI STATE OIL & GAS BOARD | 03/06/2020 | Permitting Fees |
| 03/23/2020 | 172.97 | MISSISSIPPI STATE OIL & GAS BOARD | 03/31/2020 | Permitting Fees |
| 02/27/2020 | 9,172.00 | MONCLA SLICKLINE, LLC | 03/04/2020 | Goods & Services |
| 01/10/2020 | 86,545.77 | MONCLA WORKOVER & DRILLING | 01/15/2020 | Goods & Services |
| 02/14/2020 | 66,575.00 | MONCLA WORKOVER & DRILLING | 02/19/2020 | Goods & Services |
| 02/20/2020 | 94,816.99 | MONCLA WORKOVER & DRILLING | 02/25/2020 | Goods & Services |
| 01/30/2020 | 63.54 | MUSIC MOUNTAIN WATER, LLC | 02/05/2020 | Goods & Services |
| 02/14/2020 | 13,577.23 | NATIONAL OILWELL DHT, LP | 02/18/2020 | Goods & Services |
| 02/20/2020 | 12,647.40 | NATIONAL OILWELL DHT, LP | 02/24/2020 | Goods & Services |
| 01/10/2020 | 1,548.51 | NATIONAL OILWELL VARCO | 01/13/2020 | Goods & Services |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/23/2020 | 7,710.75 | NATIONAL OILWELL VARCO | 01/27/2020 | Goods & Services |
| 01/23/2020 | 66,089.80 | NATIONAL OILWELL VARCO | 01/27/2020 | Goods & Services |
| 02/07/2020 | 19.49 | NATIONAL OILWELL VARCO | 02/11/2020 | Goods & Services |
| 02/07/2020 | 10,775.03 | NATIONAL OILWELL VARCO, LP | 02/11/2020 | Goods & Services |
| 01/10/2020 | 22.50 | NAVASOTA VALLEY ELECTRIC COOPERATIVE INC | 01/16/2020 | Utilities |
| 02/07/2020 | 23.74 | NAVASOTA VALLEY ELECTRIC COOPERATIVE INC | 02/12/2020 | Utilities |
| 03/19/2020 | 22.50 | NAVASOTA VALLEY ELECTRIC COOPERATIVE INC | 03/26/2020 | Utilities |
| 01/10/2020 | 16,338.70 | NAVIGATOR SRT, LLC | 01/21/2020 | Goods & Services |
| 01/23/2020 | 50.88 | NELSON'S OIL & GAS INC | 01/30/2020 | Goods & Services |
| 01/30/2020 | 451.28 | NELSON'S OIL & GAS INC | 02/05/2020 | Goods & Services |
| 02/27/2020 | 3,190.00 | NEURALOG | 03/05/2020 | Goods & Services |
| 03/13/2020 | 208.50 | NEW BENEFITS, LTD. | 03/17/2020 | Goods & Services |
| 01/10/2020 | 10,572.20 | OILFIELD PARTNERS ENERGY SERVICES, LLC | 01/15/2020 | Goods & Services |
| 02/14/2020 | 27,888.41 | OILFIELD PARTNERS ENERGY SERVICES, LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 33,113.98 | OILFIELD PARTNERS ENERGY SERVICES, LLC | 02/25/2020 | Goods & Services |
| 02/24/2020 | 28,151.00 | OMNI INTERLOCKEN GOLF CLUB | 03/04/2020 | Benefits |
| 01/16/2020 | 44.45 | O'NEAL GAS, INC. | 01/22/2020 | Goods & Services |
| 02/07/2020 | 150.00 | ONLINE PRESENCE  BUILDERS | 02/12/2020 | Goods & Services |
| 02/07/2020 | 65.00 | OWASSA BROWNVILLE WATER ATH | 02/11/2020 | Goods & Services |
| 03/13/2020 | 65.00 | OWASSA BROWNVILLE WATER ATH | 03/19/2020 | Goods & Services |
| 02/27/2020 | 8,610.00 | PANTHER PRESSURE TESTERS, INC. | 03/03/2020 | Goods & Services |
| 01/23/2020 | 1,581.59 | PCS FERGUSON INC. | 01/28/2020 | Goods & Services |
| 02/14/2020 | 866.55 | PCS FERGUSON INC. | 02/18/2020 | Goods & Services |
| 02/20/2020 | 817.50 | PCS FERGUSON INC. | 02/26/2020 | Goods & Services |
| 01/30/2020 | 43,136.94 | PEARL PARKWAY, LLC | 02/06/2020 | Rent |
| 02/27/2020 | 43,136.94 | PEARL PARKWAY, LLC | 03/04/2020 | Rent |
| 01/16/2020 | 7,886.01 | PERFORMANCE WELLHEAD & FRAC | 01/22/2020 | Goods & Services |
| 02/14/2020 | 4,578.98 | PERFORMANCE WELLHEAD & FRAC | 02/19/2020 | Goods & Services |
| 01/23/2020 | 4,950.72 | PINE ISLAND CHEMICAL SOLUTIONS LLC | 01/28/2020 | Goods & Services |
| 02/07/2020 | 1,013.30 | PINE ISLAND CHEMICAL SOLUTIONS LLC | 02/11/2020 | Goods & Services |
| 01/10/2020 | 13,675.00 | PIPE PROS, LLC | 01/14/2020 | Goods & Services |
| 01/30/2020 | 1,554.27 | PITNEY BOWES | 02/10/2020 | Goods & Services |
| 02/14/2020 | 278.90 | PITNEY BOWES | 02/25/2020 | Goods & Services |
| 02/14/2020 | 1,079.74 | PITNEY BOWES | 02/24/2020 | Goods & Services |
| 03/06/2020 | 190.00 | PITNEY BOWES | 03/17/2020 | Goods & Services |
| 03/13/2020 | 95.94 | PITNEY BOWES | 03/24/2020 | Goods & Services |
| 03/13/2020 | 639.09 | PITNEY BOWES GLOBAL FINANCIAL SVCS., LLC | 03/24/2020 | Goods & Services |
| 02/27/2020 | 1,000.00 | PITNIC LIMITED | 03/11/2020 | Goods & Services |
| 01/23/2020 | 3,335.00 | PITTS SWABBING SERVICE, INC. | 01/28/2020 | Goods & Services |
| 02/14/2020 | 5,110.00 | PITTS SWABBING SERVICE, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 27,839.70 | PITTS SWABBING SERVICE, INC. | 02/25/2020 | Goods & Services |
| 03/13/2020 | 11,581.15 | PITTS SWABBING SERVICE, INC. | 03/17/2020 | Goods & Services |
| 01/10/2020 | 24,960.97 | PLANNING THRU COMPLETION, LLC | 01/15/2020 | Goods & Services |
| 01/23/2020 | 25,290.00 | PLANNING THRU COMPLETION, LLC | 01/29/2020 | Goods & Services |
| 01/30/2020 | 24,720.00 | PLANNING THRU COMPLETION, LLC | 02/06/2020 | Goods & Services |
| 02/07/2020 | 24,830.06 | PLANNING THRU COMPLETION, LLC | 02/13/2020 | Goods & Services |
| 01/30/2020 | 1,500.00 | PLANTE & MORAN, PLLC | 02/07/2020 | Goods & Services |
| 02/20/2020 | 7,606.00 | POWERLIGHTS & EQUIPMENT CO., LLC | 02/26/2020 | Goods & Services |
| 02/27/2020 | 22,577.23 | PREMIUM OILFIELD SERVICES, LLC | 03/09/2020 | Goods & Services |
| 01/30/2020 | 1,276.88 | PROCESS PIPING MATERIALS, INC. | 02/05/2020 | Goods & Services |
| 02/14/2020 | 194.80 | PROCESS PIPING MATERIALS, INC. | 02/20/2020 | Goods & Services |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/10/2020 | 38,271.40 | PRYOR PACKERS INC. | 01/22/2020 | Goods & Services |
| 01/16/2020 | 5,452.80 | PRYOR PACKERS INC. | 01/23/2020 | Goods & Services |
| 01/23/2020 | 32,537.89 | PRYOR PACKERS INC. | 01/30/2020 | Goods & Services |
| 02/20/2020 | 24,218.88 | PRYOR PACKERS INC. | 02/27/2020 | Goods & Services |
| 02/27/2020 | 3,085.88 | PRYOR PACKERS INC. | 03/04/2020 | Goods & Services |
| 03/13/2020 | 25,864.21 | PRYOR PACKERS INC. | 03/17/2020 | Goods & Services |
| 01/10/2020 | 25,999.62 | QUALITY DRILLING FLUIDS, INC. | 01/22/2020 | Goods & Services |
| 02/14/2020 | 22,114.67 | QUITMAN TANK SOLUTIONS LLC | 03/02/2020 | Goods & Services |
| 01/10/2020 | 13,305.09 | R & R RENTALS & HOT SHOT, INC. | 01/17/2020 | Goods & Services |
| 01/23/2020 | 30,221.06 | R & R RENTALS & HOT SHOT, INC. | 01/30/2020 | Goods & Services |
| 01/30/2020 | 10,081.00 | R & R RENTALS & HOT SHOT, INC. | 02/12/2020 | Goods & Services |
| 02/07/2020 | 12,704.20 | R & R RENTALS & HOT SHOT, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 2,204.00 | R & R RENTALS & HOT SHOT, INC. | 02/27/2020 | Goods & Services |
| 03/06/2020 | 1,526.00 | R & R RENTALS & HOT SHOT, INC. | 03/17/2020 | Goods & Services |
| 01/16/2020 | 48,508.00 | RAPAD WELL SERVICE CO INC | 01/22/2020 | Goods & Services |
| 01/23/2020 | 74,564.80 | RAPAD WELL SERVICE CO INC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 15,690.00 | RAPAD WELL SERVICE CO INC | 02/21/2020 | Goods & Services |
| 02/20/2020 | 14,010.00 | RAPAD WELL SERVICE CO INC | 02/25/2020 | Goods & Services |
| 03/06/2020 | 69,746.44 | RAPAD WELL SERVICE CO INC | 03/10/2020 | Goods & Services |
| 02/14/2020 | 2,354.00 | REAGAN EQUIPMENT CO., INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 5,633.09 | REAGAN EQUIPMENT CO., INC. | 02/25/2020 | Goods & Services |
| 02/14/2020 | 7,981.00 | REBEL TESTERS, INC. | 02/20/2020 | Goods & Services |
| 02/20/2020 | 2,224.50 | REBEL TESTERS, INC. | 02/25/2020 | Goods & Services |
| 01/30/2020 | 811.66 | RED RIVER PARISH SHERIFF - TAX COLLECTOR | 02/05/2020 | Taxes |
| 02/14/2020 | 2,181.00 | REGARD RESOURCES COMPANY, INC. | 02/24/2020 | Goods & Services |
| 01/23/2020 | 1,050.00 | REGISTER OILFIELD SERVICES, INC. | 01/29/2020 | Goods & Services |
| 02/14/2020 | 1,050.00 | REGISTER OILFIELD SERVICES, INC. | 02/21/2020 | Goods & Services |
| 01/10/2020 | 168.06 | REPUBLIC SERVICES #808 | 01/16/2020 | Utilities |
| 01/23/2020 | 11.93 | REPUBLIC SERVICES #808 | 01/29/2020 | Utilities |
| 02/07/2020 | 134.19 | REPUBLIC SERVICES #808 | 02/14/2020 | Utilities |
| 02/14/2020 | 163.15 | REPUBLIC SERVICES #808 | 02/20/2020 | Utilities |
| 02/14/2020 | 207.44 | REPUBLIC SERVICES #808 | 02/20/2020 | Utilities |
| 03/13/2020 | 162.77 | REPUBLIC SERVICES #808 | 03/25/2020 | Utilities |
| 03/13/2020 | 61.98 | REPUBLIC SERVICES #808 | 03/25/2020 | Utilities |
| 03/23/2020 | 206.96 | REPUBLIC SERVICES #808 | 03/30/2020 | Utilities |
| 01/10/2020 | 6,504.91 | RHONDA B. CARTER | 01/14/2020 | Goods & Services |
| 02/20/2020 | 6,102.27 | RHONDA B. CARTER | 02/25/2020 | Goods & Services |
| 03/06/2020 | 6,007.98 | RHONDA B. CARTER | 03/10/2020 | Goods & Services |
| 02/07/2020 | 185.73 | RICOH USA, INC. | 02/10/2020 | Goods & Services |
| 03/13/2020 | 181.09 | RICOH USA, INC. | 03/20/2020 | Goods & Services |
| 01/23/2020 | 1,740.00 | ROBERSON TRUCKING CO., INC. | 01/28/2020 | Goods & Services |
| 02/20/2020 | 885.00 | ROBERSON TRUCKING CO., INC. | 02/25/2020 | Goods & Services |
| 01/16/2020 | 7,647.50 | ROBERT CAVES | 03/03/2020 | Goods & Services |
| 02/20/2020 | 4,341.11 | ROBIN USA, INC | 02/26/2020 | Goods & Services |
| 03/13/2020 | 3,588.63 | ROBIN USA, INC | 03/17/2020 | Goods & Services |
| 01/10/2020 | 639.86 | ROBINE & WELCH | 01/30/2020 | Goods & Services |
| 01/30/2020 | 5,530.83 | ROBINE & WELCH | 02/06/2020 | Goods & Services |
| 02/14/2020 | 27,411.26 | ROBINE & WELCH | 03/02/2020 | Goods & Services |
| 02/27/2020 | 250,235.59 | Rodan Transport (U.S.A.), Ltd. | 02/27/2020 | Goods & Services |
| 01/23/2020 | 17,114.46 | RWLS, LLC DBA RENEGADE SERVICES | 01/28/2020 | Goods & Services |
| 02/20/2020 | 116,543.40 | RWLS, LLC DBA RENEGADE SERVICES | 02/25/2020 | Goods & Services |
| 03/09/2020 | 1,672.37 | Santa Rosa County, Tax Collector | 03/09/2020 | Taxes |
| 01/23/2020 | 4,317.66 | SCIENTIFIC DRILLING INTERNATIONAL, INC. | 01/27/2020 | Goods & Services |
| 01/17/2020 | 230,601.12 | Scientific Drilling International, Inc. | 01/17/2020 | Goods & Services |
| 01/23/2020 | 8,391.74 | SECORP INDUSTRIES | 01/28/2020 | Goods & Services |
| 01/30/2020 | 15,488.21 | SECORP INDUSTRIES | 02/04/2020 | Goods & Services |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 02/07/2020 | 5,159.00 | SECORP INDUSTRIES | 02/13/2020 | Goods & Services |
| 02/14/2020 | 680.00 | SECORP INDUSTRIES | 02/19/2020 | Goods & Services |
| 02/20/2020 | 37,760.39 | SECORP INDUSTRIES | 02/25/2020 | Goods & Services |
| 03/06/2020 | 21,532.36 | SECORP INDUSTRIES | 03/10/2020 | Goods & Services |
| 02/20/2020 | 362.00 | SGS NORTH AMERICA, INC. | 03/02/2020 | Goods & Services |
| 02/20/2020 | 253.56 | SHRED-IT USA - SHREVEPORT | 02/28/2020 | Goods & Services |
| 01/23/2020 | 483.63 | SHREVEPORT CLUB | 01/28/2020 | Goods & Services |
| 02/20/2020 | 199.02 | SHREVEPORT CLUB | 02/24/2020 | Goods & Services |
| 01/23/2020 | 300.00 | SHREVEPORT PETROLEUM DATA ASSO | 01/29/2020 | Goods & Services |
| 02/20/2020 | 300.00 | SHREVEPORT PETROLEUM DATA ASSO | 02/24/2020 | Goods & Services |
| 01/10/2020 | 5,019.20 | SLICKLINE SOUTH, LLC | 01/29/2020 | Goods & Services |
| 01/23/2020 | 18,606.80 | SLICKLINE SOUTH, LLC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 7,456.00 | SLICKLINE SOUTH, LLC | 02/24/2020 | Goods & Services |
| 02/20/2020 | 32,114.20 | SLICKLINE SOUTH, LLC | 02/26/2020 | Goods & Services |
| 01/30/2020 | 15,208.54 | SMITH COUNTY | 02/10/2020 | Taxes |
| 01/30/2020 | 6,208.69 | SMITH COUNTY | 02/06/2020 | Taxes |
| 01/10/2020 | 6,127.80 | SOUND AND CELLULAR, INC. | 01/21/2020 | Goods & Services |
| 01/10/2020 | 5,288.00 | SOUTHERN EROSION CONTROL | 01/21/2020 | Goods & Services |
| 02/20/2020 | 1,324.00 | SOUTHERN EROSION CONTROL | 02/26/2020 | Goods & Services |
| 02/14/2020 | 16,928.00 | SOUTHERN OILFIELD INSPECTION, LLC | 03/04/2020 | Goods & Services |
| 01/10/2020 | 60.39 | SOUTHERN PINE ELECTRIC COOPERATIVE | 01/15/2020 | Utilities |
| 01/16/2020 | 156,817.81 | SOUTHERN PINE ELECTRIC COOPERATIVE | 01/23/2020 | Utilities |
| 02/07/2020 | 62.67 | SOUTHERN PINE ELECTRIC COOPERATIVE | 02/12/2020 | Utilities |
| 02/20/2020 | 168,449.59 | SOUTHERN PINE ELECTRIC COOPERATIVE | 02/26/2020 | Utilities |
| 03/19/2020 | 152,839.50 | SOUTHERN PINE ELECTRIC COOPERATIVE | 03/24/2020 | Utilities |
| 01/10/2020 | 8,868.43 | SOUTHERN PROPANE, INC. | 01/15/2020 | Utilities |
| 01/23/2020 | 2,101.32 | SOUTHERN PROPANE, INC. | 01/28/2020 | Utilities |
| 02/07/2020 | 6,471.59 | SOUTHERN PROPANE, INC. | 02/12/2020 | Utilities |
| 02/20/2020 | 8,541.58 | SOUTHERN PROPANE, INC. | 02/25/2020 | Utilities |
| 03/23/2020 | 10,088.60 | SOUTHERN PROPANE, INC. | 03/26/2020 | Utilities |
| 01/30/2020 | 108.32 | SOUTHWESTERN ELECTRIC POWER COMPANY | 02/07/2020 | Utilities |
| 02/20/2020 | 279.34 | SOUTHWESTERN ELECTRIC POWER COMPANY | 02/26/2020 | Utilities |
| 03/13/2020 | 108.32 | SOUTHWESTERN ELECTRIC POWER COMPANY | 03/24/2020 | Utilities |
| 02/14/2020 | 2,816.00 | SPL, INC. | 02/18/2020 | Goods & Services |
| 02/20/2020 | 16,016.75 | SPL, INC. | 02/24/2020 | Goods & Services |
| 02/10/2020 | 30,073.44 | SPOC Automation, Inc. | 02/10/2020 | Goods & Services |
| 01/23/2020 | 16,363.00 | SRT OIL FIELD SERVICE, LLC | 01/28/2020 | Goods & Services |
| 01/30/2020 | 6,100.00 | SRT OIL FIELD SERVICE, LLC | 02/05/2020 | Goods & Services |
| 02/14/2020 | 3,764.00 | SRT OIL FIELD SERVICE, LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 2,400.00 | SRT OIL FIELD SERVICE, LLC | 02/25/2020 | Goods & Services |
| 03/06/2020 | 3,300.00 | SRT OIL FIELD SERVICE, LLC | 03/10/2020 | Goods & Services |
| 01/10/2020 | 2,489.15 | STABIL DRILL | 01/16/2020 | Goods & Services |
| 01/23/2020 | 1,068.70 | STABIL DRILL | 01/30/2020 | Goods & Services |
| 02/20/2020 | 15,165.70 | STABIL DRILL | 02/26/2020 | Goods & Services |
| 01/23/2020 | 1,320.55 | STAPLES BUSINESS CREDIT | 01/28/2020 | Goods & Services |
| 02/27/2020 | 1,473.79 | STAPLES BUSINESS CREDIT | 03/03/2020 | Goods & Services |
| 01/17/2020 | 29,248.71 | State of Florida | 01/17/2020 | Severance Taxes |
| 02/19/2020 | 4,641.77 | State of Florida | 02/19/2020 | Severance Taxes |
| 03/18/2020 | 436.03 | State of Florida | 03/18/2020 | Severance Taxes |
| 01/21/2020 | 650.00 | STATE POLICE RIGHT TO KNOW | 01/31/2020 | Goods & Services |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/13/2020 | 300.00 | STATE TREASURER, STATE OF ALABAMA | 01/21/2020 | Taxes |
| 01/30/2020 | 224,211.58 | Steel Service Oilfield Tubular, Inc. | 01/30/2020 | Goods & Services |
| 02/27/2020 | 1,600.00 | STEWART TRANSPORT, LLC | 03/16/2020 | Goods & Services |
| 01/30/2020 | 66,909.57 | STONEHAM DRILLING CORPORATION | 02/06/2020 | Goods & Services |
| 02/20/2020 | 50,000.00 | STONEHAM DRILLING CORPORATION | 02/27/2020 | Goods & Services |
| 03/06/2020 | 278,883.85 | STONEHAM DRILLING CORPORATION | 03/11/2020 | Goods & Services |
| 02/07/2020 | 423.10 | STUART'S INC. OF SHREVEPORT | 02/13/2020 | Goods & Services |
| 01/23/2020 | 2,349.00 | SUPPORT.COM | 01/31/2020 | Goods & Services |
| 02/27/2020 | 11,071.67 | SUPPORT.COM | 03/06/2020 | Goods & Services |
| 01/23/2020 | 83.98 | SUTTON LLOYD | 01/30/2020 | Goods & Services |
| 01/30/2020 | 6,422.00 | T & T COMMUNICATIONS | 02/06/2020 | Goods & Services |
| 02/20/2020 | 1,310.00 | T & T COMMUNICATIONS | 03/20/2020 | Goods & Services |
| 01/10/2020 | 2,510.00 | T & T WELDING SERVICE | 02/19/2020 | Goods & Services |
| 01/16/2020 | 11,954.00 | T & T WELDING SERVICE | 03/04/2020 | Goods & Services |
| 01/23/2020 | 7,135.00 | T & T WELDING SERVICE | 03/04/2020 | Goods & Services |
| 01/30/2020 | 4,599.00 | T & T WELDING SERVICE | 03/11/2020 | Goods & Services |
| 02/07/2020 | 7,430.00 | T & T WELDING SERVICE | 03/18/2020 | Goods & Services |
| 01/10/2020 | 48,983.76 | T.W. MCGUIRE & ASSOCIATES, INC. | 01/15/2020 | Goods & Services |
| 01/23/2020 | 1,215.00 | T.W. MCGUIRE & ASSOCIATES, INC. | 02/19/2020 | Goods & Services |
| 01/23/2020 | 29,831.75 | TCP SPECIALISTS, LLC | 01/28/2020 | Goods & Services |
| 03/13/2020 | 5,000.00 | TCP SPECIALISTS, LLC | 03/18/2020 | Goods & Services |
| 01/07/2020 | 2,850.11 | THE MCPHERSON COMPANIES, INC. | 01/13/2020 | Goods & Services |
| 02/20/2020 | 1,150.00 | THOMAS HOOPER | 02/28/2020 | Goods & Services |
| 01/15/2020 | 1,790.20 | THOMPSON GAS | 01/30/2020 | Goods & Services |
| 01/23/2020 | 300.26 | THOMPSON GAS | 02/14/2020 | Goods & Services |
| 02/07/2020 | 10.40 | THOMPSON GAS | 02/20/2020 | Goods & Services |
| 02/20/2020 | 755.03 | THOMPSON GAS | 03/04/2020 | Goods & Services |
| 01/10/2020 | 400.00 | TIM MCCURRY | 01/17/2020 | Goods & Services |
| 02/20/2020 | 400.00 | TIM MCCURRY | 02/25/2020 | Goods & Services |
| 03/13/2020 | 400.00 | TIM MCCURRY | 03/17/2020 | Goods & Services |
| 01/16/2020 | 1,350.00 | TIM ROSS | 01/28/2020 | Goods & Services |
| 02/07/2020 | 1,200.00 | TIM ROSS | 02/12/2020 | Goods & Services |
| 03/04/2020 | 1,200.00 | TIM ROSS | 03/16/2020 | Goods & Services |
| 01/23/2020 | 5,701.80 | TOM JOINER & ASSOCIATES INC. | 02/03/2020 | Goods & Services |
| 02/14/2020 | 22,223.74 | TOM JOINER & ASSOCIATES INC. | 02/24/2020 | Goods & Services |
| 01/10/2020 | 2,023.84 | TOOL PUSHERS SUPPLY CO. | 01/15/2020 | Goods & Services |
| 01/23/2020 | 31,295.45 | TOOL PUSHERS SUPPLY CO. | 01/28/2020 | Goods & Services |
| 02/07/2020 | 27,270.74 | TOOL PUSHERS SUPPLY CO. | 02/12/2020 | Goods & Services |
| 02/20/2020 | 15,392.76 | TOOL PUSHERS SUPPLY CO. | 02/25/2020 | Goods & Services |
| 02/10/2020 | 63,090.92 | Tool Pushers Supply Co. | 02/10/2020 | Goods & Services |
| 02/14/2020 | 1,680.10 | TOTAL PUMP & SUPPLY LLC | 02/20/2020 | Goods & Services |
| 02/20/2020 | 11,325.38 | TOTAL PUMP & SUPPLY LLC | 02/25/2020 | Goods & Services |
| 01/30/2020 | 1,051.30 | TOTAL SAFETY U.S., INC. | 02/06/2020 | Goods & Services |
| 02/20/2020 | 2,780.80 | TOTAL SAFETY U.S., INC. | 02/27/2020 | Goods & Services |
| 01/10/2020 | 19.00 | TOWN OF ARCADIA | 01/15/2020 | Taxes |
| 01/10/2020 | 134.67 | TOWN OF ARCADIA | 01/15/2020 | Taxes |
| 01/30/2020 | 25.76 | TOWN OF ARCADIA | 02/07/2020 | Taxes |
| 02/07/2020 | 19.00 | TOWN OF ARCADIA | 02/12/2020 | Taxes |
| 03/13/2020 | 19.00 | TOWN OF ARCADIA | 03/18/2020 | Taxes |
| 01/23/2020 | 430.20 | TRACKNET | 01/28/2020 | Goods & Services |
| 02/20/2020 | 430.20 | TRACKNET | 02/25/2020 | Goods & Services |
| 02/24/2020 | 17,280.07 | Transamerica (401k) | 02/29/2020 | 401(k) Contributions |
| 01/08/2020 | 15,179.14 | Transamerica (401k) | 01/08/2020 | 401(k) Contributions |
| 01/09/2020 | 15,692.59 | Transamerica (401k) | 01/09/2020 | 401(k) Contributions |
| 01/21/2020 | 16,289.48 | Transamerica (401k) | 01/21/2020 | 401(k) Contributions |
| 03/17/2020 | 20,300.24 | Transamerica (401k) | 03/17/2020 | 401(k) Contributions |
| 02/06/2020 | 16,761.40 | Transamerica (401k) | 02/06/2020 | 401(k) Contributions |
| 03/09/2020 | 17,899.21 | Transamerica (401k) | 03/09/2020 | 401(k) Contributions |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/23/2020 | 638.52 | TRANSZAP, INC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 301.56 | TRANSZAP, INC | 02/21/2020 | Goods & Services |
| 03/13/2020 | 404.52 | TRANSZAP, INC | 03/20/2020 | Goods & Services |
| 01/30/2020 | 3,000.00 | TREY BURTON | 02/10/2020 | Goods & Services |
| 01/30/2020 | 35,255.78 | UHS PREMIUM BILLING | 02/11/2020 | Goods & Services |
| 02/14/2020 | 10,898.92 | ULTERRA DRILLING TECHNOLOGIES, LP | 02/19/2020 | Goods & Services |
| 01/10/2020 | 10,423.70 | UNION OILFIELD SUPPLY, INC. | 01/22/2020 | Goods & Services |
| 01/16/2020 | 4,143.08 | UNION OILFIELD SUPPLY, INC. | 01/22/2020 | Goods & Services |
| 01/23/2020 | 5,048.59 | UNION OILFIELD SUPPLY, INC. | 01/28/2020 | Goods & Services |
| 02/14/2020 | 2,444.37 | UNION OILFIELD SUPPLY, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 48,713.76 | UNION OILFIELD SUPPLY, INC. | 02/25/2020 | Goods & Services |
| 03/06/2020 | 30,641.95 | UNION OILFIELD SUPPLY, INC. | 03/10/2020 | Goods & Services |
| 01/10/2020 | 88.59 | UNISHIPPERS DEN | 01/14/2020 | Goods & Services |
| 01/23/2020 | 148.56 | UNISHIPPERS DEN | 01/28/2020 | Goods & Services |
| 01/30/2020 | 74.04 | UNISHIPPERS DEN | 02/05/2020 | Goods & Services |
| 02/07/2020 | 85.63 | UNISHIPPERS DEN | 02/11/2020 | Goods & Services |
| 02/14/2020 | 155.24 | UNISHIPPERS DEN | 02/20/2020 | Goods & Services |
| 02/20/2020 | 159.09 | UNISHIPPERS DEN | 02/26/2020 | Goods & Services |
| 02/27/2020 | 92.10 | UNISHIPPERS DEN | 03/03/2020 | Goods & Services |
| 03/06/2020 | 140.98 | UNISHIPPERS DEN | 03/10/2020 | Goods & Services |
| 03/13/2020 | 315.79 | UNISHIPPERS DEN | 03/17/2020 | Goods & Services |
| 01/10/2020 | 279.34 | UNISHIPPERS FRT | 01/14/2020 | Goods & Services |
| 01/23/2020 | 471.18 | UNISHIPPERS FRT | 01/28/2020 | Goods & Services |
| 01/30/2020 | 133.92 | UNISHIPPERS FRT | 02/05/2020 | Goods & Services |
| 02/07/2020 | 201.82 | UNISHIPPERS FRT | 02/11/2020 | Goods & Services |
| 02/14/2020 | 198.53 | UNISHIPPERS FRT | 02/20/2020 | Goods & Services |
| 02/20/2020 | 21.40 | UNISHIPPERS FRT | 02/26/2020 | Goods & Services |
| 02/27/2020 | 54.81 | UNISHIPPERS FRT | 03/03/2020 | Goods & Services |
| 03/06/2020 | 67.66 | UNISHIPPERS FRT | 03/10/2020 | Goods & Services |
| 03/13/2020 | 1,596.87 | UNISHIPPERS FRT | 03/17/2020 | Goods & Services |
| | | UNITED RENTALS (NORTH AMERICA) INC. | | Goods & Services |
| 02/14/2020 | 94.52 | | 02/18/2020 | |
| 01/30/2020 | 4,313.76 | UNITED VISION LOGISTICS | 02/05/2020 | Goods & Services |
| 03/06/2020 | 8,581.00 | UNIVERSITY OF DENVER | 03/10/2020 | Employee Benefits |
| 01/16/2020 | 258.97 | UPSHUR RURAL ELECTRIC COOPERATIVE | 01/24/2020 | Utilities |
| 02/07/2020 | 464.21 | UPSHUR RURAL ELECTRIC COOPERATIVE | 02/14/2020 | Utilities |
| 02/14/2020 | 263.64 | UPSHUR RURAL ELECTRIC COOPERATIVE | 02/21/2020 | Utilities |
| 03/13/2020 | 631.19 | UPSHUR RURAL ELECTRIC COOPERATIVE | 03/19/2020 | Utilities |
| 01/30/2020 | 4,050.25 | VERIZON WIRELESS | 02/04/2020 | Utilities |
| 02/27/2020 | 2,763.31 | VERIZON WIRELESS | 03/03/2020 | Utilities |
| 03/23/2020 | 3,006.69 | VERIZON WIRELESS | 03/27/2020 | Utilities |
| 02/20/2020 | 4,532.12 | VINCENT A. ZITO | 02/26/2020 | Goods & Services |
| 01/10/2020 | 1,262.60 | W.S. RED HANCOCK, INC. | 01/15/2020 | Goods & Services |
| 02/20/2020 | 2,097.20 | W.S. RED HANCOCK, INC. | 03/03/2020 | Goods & Services |
| 02/20/2020 | 1,625.00 | W4 CONSULTING LLC | 02/27/2020 | Goods & Services |
| 02/07/2020 | 2,428.90 | WADE SERVICES, INC. | 02/20/2020 | Goods & Services |
| 01/10/2020 | 1,900.00 | WALKER INSPECTION LLC | 01/23/2020 | Goods & Services |
| 01/30/2020 | 29,906.20 | WARREN COUNTY CLERK | 02/07/2020 | Taxes |
| 01/30/2020 | 1,124.46 | WARREN COUNTY CLERK | 02/07/2020 | Taxes |
| | | WASTEWATER DISPOSAL SERVICES, INC. | | Goods & Services |
| 01/16/2020 | 26,462.00 | | 02/05/2020 | |
| | | WASTEWATER DISPOSAL SERVICES, INC. | | Goods & Services |
| 03/06/2020 | 6,972.00 | | 03/17/2020 | |
| 02/07/2020 | 5,225.44 | WEATHERFORD LABORATORIES, INC. | 02/12/2020 | Goods & Services |
| 02/14/2020 | 3,434.00 | WEATHERFORD LABORATORIES, INC. | 02/25/2020 | Goods & Services |
| 02/20/2020 | 83,861.25 | WEATHERFORD LABORATORIES, INC. | 03/02/2020 | Goods & Services |
| | | WELLEZ INFORMATION MANAGEMENT, LLC | | Goods & Services |
| 01/30/2020 | 750.00 | | 02/05/2020 | |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| | | WELLEZ INFORMATION MANAGEMENT, LLC | | Goods & Services |
| 02/07/2020 | 750.00 | | 02/12/2020 | |
| 01/30/2020 | 727.00 | WESTERN WATER CONSULTANTS, INC. | 02/05/2020 | Goods & Services |
| 02/07/2020 | 890.50 | WESTERN WATER CONSULTANTS, INC. | 02/13/2020 | Goods & Services |
| | | WHIRLWIND METHANE RECOVERY | | Goods & Services |
| 01/10/2020 | 11,070.00 | SYSTEMS, LLC | 01/16/2020 | |
| | | WHIRLWIND METHANE RECOVERY | | Goods & Services |
| 02/14/2020 | 7,106.96 | SYSTEMS, LLC | 02/25/2020 | |
| | | WHIRLWIND METHANE RECOVERY | | Goods & Services |
| 02/20/2020 | 16,454.02 | SYSTEMS, LLC | 02/25/2020 | |
| | | WHIRLWIND METHANE RECOVERY | | Goods & Services |
| 02/27/2020 | 3,671.82 | SYSTEMS, LLC | 03/06/2020 | |
| 02/14/2020 | 16,369.08 | WHITE RESOURCES LLC | 02/24/2020 | Goods & Services |
| 02/20/2020 | 14,537.93 | WHITE RESOURCES LLC | 02/25/2020 | Goods & Services |
| 02/07/2020 | 707.80 | WOLFEPAK SOFTWARE, LLC | 02/12/2020 | Software Licensing |
| 01/23/2020 | 3,319.85 | WP SOFTWARE CONSULTANTS, LLC | 01/28/2020 | Software Licensing |
| 02/27/2020 | 3,319.85 | WP SOFTWARE CONSULTANTS, LLC | 03/03/2020 | Software Licensing |
| 03/19/2020 | 3,319.85 | WP SOFTWARE CONSULTANTS, LLC | 03/24/2020 | Software Licensing |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 01/23/2020 | 5,294.62 | ASSOCIATION | 01/29/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 01/23/2020 | 4,903.64 | ASSOCIATION | 01/29/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 02/07/2020 | 145.07 | ASSOCIATION | 02/12/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/12/2020 | 6,159.17 | ASSOCIATION | 03/17/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/12/2020 | 6,844.97 | ASSOCIATION | 03/17/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/12/2020 | 145.07 | ASSOCIATION | 03/17/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/23/2020 | 4,265.15 | ASSOCIATION | 03/27/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/23/2020 | 6,534.73 | ASSOCIATION | 03/27/2020 | |
| 01/10/2020 | 129.90 | YOUR MESSAGE CENTER, INC. | 01/15/2020 | Goods & Services |
| 02/14/2020 | 102.85 | YOUR MESSAGE CENTER, INC. | 02/20/2020 | Goods & Services |
| 03/13/2020 | 103.92 | YOUR MESSAGE CENTER, INC. | 03/24/2020 | Goods & Services |
| 01/10/2020 | 53.50 | ZEDI USA | 01/30/2020 | Goods & Services |
| 01/30/2020 | 53.50 | ZEDI USA | 02/07/2020 | Goods & Services |
| | **10,097,684.81** | | | |

EXHIBIT 5

### Transfers from SEC to Sklarco

| | Transfers to Sklarco For Howard F. Sklar | Transfers to Sklarco to Pay Sklarco JIBs | |
|---|---|---|---|
| 5/1/2019 | $ 225,000.00 | | |
| 7/11/2019 | $ 50,000.00 | | |
| 7/24/2019 | $ 50,000.00 | | |
| 7/24/2019 | $ 200,000.00 | | |
| 8/22/2019 | $ 90,000.00 | | |
| 9/3/2019 | $ 110,000.00 | | |
| 10/2/2019 | $ 160,000.00 | | |
| 10/16/2019 | $ 20,000.00 | | |
| 10/21/2019 | | $ 684,000.00 | |
| 10/21/2019 | $ 2,700.00 | | |
| 10/22/2019 | $ 11,000.00 | | |
| 10/28/2019 | | $ 42,000.00 | |
| 10/29/2019 | $ 7,500.00 | $ 7,500.00 | |
| 11/1/2019 | $ 60,000.00 | | |
| 11/8/2019 | $ 50,440.00 | $ 24,560.00 | |
| 11/25/2019 | | $ 360,000.00 | |
| 11/27/2019 | | $ 180,000.00 | |
| 12/23/2019 | $ 100,000.00 | | |
| 1/6/2020 | $ 125,000.00 | $ 85,000.00 | **Total** |
| | $ 1,261,640.00 | $ 1,383,060.00 | **$ 2,644,700.00** |

EXHIBIT 5

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Sklar Exploration Company, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF COLORADO</td></tr>
<tr><td>Case number (if known)</td><td><strong>20-12377-EEB</strong></td></tr>
</table>

■ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:     Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br><br>■ Other **Revenue from Oil and Gas Sales; Includes Revenue Attributed to Interest Holders** | **$14,558,673.60** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ☐ Operating a business<br><br>■ Other **Revenue from Oil and Gas Sales; Includes Revenue Attributed to Interest Holders** | **$78,596,095.07** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ☐ Operating a business<br><br>■ Other **Revenue from Oil and Gas Sales; Includes Revenue Attributed to Interest Holders** | **$85,054,640.52** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | **Payments from Hedging Agreements** | **$173,000.00** |

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

EXHIBIT 7

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.   **See attached** | **1/1/20-3/31/2 0** | **$10,097,684.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See attached** | **1/1/20-3/31/2 0** | **$2,727,804.46** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

EXHIBIT 7

Debtor   **Sklar Exploration Company, LLC**                                          Case number *(if known)*  **20-12377-EEB**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **GULF COAST MINERAL, LLC ET AL V. EMERALD OIL & MINING CO. ET AL**<br>**21-CV-2019-900011** | Breach of contract action between working interest owners concerning back-in working interest and override royalty interest. SEC involved only as operator/stakeholder and was paying revenues into Court prior to Ch. 11 filing. | **Circuit Court of Conecuh County, Alabama**<br>**111 Court St.**<br>**Evergreen, AL 36401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **WILLIE FRANK JONES ET AL V. FRED W. HARTIN ET AL**<br>**21-CV-2015-900083** | Quiet title action between competing mineral owners concerning mineral tract. SEC involved only as operator/stakeholder, holding royalties for benefit of prevailing party. | **Circuit Court of Conecuh County, Alabama**<br>**111 Court St.**<br>**Evergreen, AL 36401** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. **NOTICE OF VIOLATION CONCERNING CASTLEBERRY FIELD AREA 1, FACILTIY NO. 103-0021 AND CASTLEBERRY FIELD AREA 2, FACILITY NO. 103-0026** | Alleged violation of air permits issued by the Alabama Dept. of Environmental Management due to leaking pressure relief safety valves on well production equipment. | **Alabama Department of Environmental Management**<br>**1400 Coliseum Blvd.**<br>**Montgomery, AL 36130** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. **PETITION FOR REFUND OF SEVERANCE TAXES** | Petition by Sklar Exploration Company and Sklarco for the refund of $493,777.91 in excess oil and gas severance taxes paid to the Alabama Department of Revenue concerning the Fishpond Oil Unit in Escambia County, Alabama. | **Alabama Department of Revenue**<br>**Business and License Tax Division**<br>**Severance and License Section**<br>**P.O. Box 327550**<br>**Montgomery, AL 36132** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

EXHIBIT 7

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<table>
<tr><td colspan="2"><strong>Part 4:</strong></td><td colspan="2"><strong>Certain Gifts and Charitable Contributions</strong></td></tr>
</table>

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **University of Colorado Foundation**<br>**4740 Walnut Street**<br>**Boulder, CO 80301** | **Atudent-Athlete Excellence Fund for general scholarship** | **5/1/19** | **$10,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.2. | **Ability Connection Colorado Inc**<br>**801 Yosemite Street**<br>**Denver, CO 8020** | **Benefiting the programs and services "Ability Connection Colorado** | **7/19/19** | **$1,250.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.3. | **University of Colorado Athletic Office**<br>**372 UCB**<br>**Boulder, CO 80307** | **Football Season Tickets, Tailgate Experience, Franklin Field Donation** | **3/1/19** | **$13,250.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.4. | **University of Colorado Foundation**<br>**2700 Vista Parkway**<br>**Erie, CO 80516** | **CU on the Links Golf Tournament 2019** | **8/1/19** | **$1,700.00** |
| | Recipients relationship to debtor<br>**None** | | | |

<table>
<tr><td colspan="2"><strong>Part 5:</strong></td><td colspan="2"><strong>Certain Losses</strong></td></tr>
</table>

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

EXHIBIT 7

Debtor    **Sklar Exploration Company, LLC**                                      Case number *(if known)*  **20-12377-EEB**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Lightning strike caused damage to certain electrical equioment for CCL&T 35-15 #1 well** | **$24,258.13** | **June 29,2019** | **$29,258.13** |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kutner Brinen, P.C.<br>1660 Lincoln Street, Suite 1850<br>Denver, CO 80264** | **Retainer and Filing Fees** | **March 19, 2020 - $20,000<br>March 30, 2020 - $100,000** | **$120,000.00** |
| | Email or website address<br>**lmk@kutnerlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

EXHIBIT 7

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Social Security Numbers and Tax ID Information**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

EXHIBIT 7

| Debtor | Sklar Exploration Company, LLC | Case number *(if known)* 20-12377-EEB |
|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Boulder Self Storage 6439 Arapahoe Rd Unit 4012 Boulder, CO 80303** | **Kate Eggleston 8852 Flattop St. Arvada CO 80007 Geoff Nenninger  2933 Golden Eagle Circle Lafayette CO 80026** | **(1) Box Labelled "Howard's Airplanes" (4) Howard's Painting (1) Black Sqaure Foldable Table (1) Striped Chair (1) Map Table (1) Glass (7) Clear Bins (5) Blue Seated chairs (2) Filing Cabinets** | ☐ No ■ Yes |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various Interest Holders** | **Debtor's East West Bank Accounts** | **Retention of funds belonging to royalty interest holders and ORRI holders only (not including working interest holders).  Approximate balance attributable to January Revenue is $599,877.05.** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Sklarco, LLC 5395 Pearl Parkway Suite 200 Boulder, CO 80301** | **Debtor's East West Bank Accounts** | **Currently holding funds and A/R arrtibutable to Sklarco, LLC.  Amounts attributable to Sklarco are approximately 20% of cash balance, and A/R from production of $643,351.34** | **$1,163,947.73** |

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

EXHIBIT 7

| Debtor | Sklar Exploration Company, LLC | | | Case number *(if known)* 20-12377-EEB |
|---|---|---|---|---|

☐ No.
☑ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **IN RE: SKLAR EXPLORATION COMPANY L.L.C.**<br>Docket No. CWA-04-2011-5129(b) | **U.S. Environmental Protection Agency Region 4 Atlanta Federal Center 61 Forsyth Street Atlanta, GA 30303-8960** | **CWA Section 311 Class II Consent Agreement and Final Order concerning spill near Vicksburg, Mississippi** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **NOTICE OF VIOLATION CONCERNING CASTLEBERRY FIELD AREA 1, FACILTIY NO. 103-0021 AND CASTLEBERRY FIELD AREA 2, FACILITY NO. 103-0026** | **Alabama Department of Environmental Management 1400 Coliseum Blvd. Montgomery, AL 36130** | **Alleged violation of air permits issued by the Alabama Dept. of Environmental Management due to leaking pressure relief safety valves on well production equipment.** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **NOTICE OF VIOLATION CONCERNING CASTLEBERRY FIELD AREA 4, FACILITY NO. 502-0100 15-054-CAP** | **Alabama Department of Environmental Management 1400 Coliseum Blvd. Montgomery, AL 36130** | **Alleged violation of air permits issued by Alabama Dept. of Environmental Management due to non-approved production equipment.** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **NOTICE OF VIOLATION CONCERNING CASTLEBERRY FIELD AREA 3, FACILITY NO. 502-0090 12-038-CAP** | **Alabama Department of Environmental Management 1400 Coliseum Blvd. Montgomery, AL 36130** | **Alleged violation of air permits issued by Alabama Dept. of Environmental Management due to operations conducted without a Temporary Authorization to Operate.** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 7

| Debtor | Sklar Exploration Company, LLC | Case number *(if known)* | 20-12377-EEB |
|---|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. **TPH Partners II, L.P.**<br>**1111 Bagby St. Suite 4950**<br>**Houston, TX 77002-2551** | **Investment; Debtor is agent nominee, and hold only legal title. Equitable and beneficial interest held solely by Howard Sklar Trust and/or Sons' Trusts** | **Dates business existed**<br><br>EIN:    80-0812716<br><br>From-To |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Exigent Information Solutions, LLC**<br>**8310 South Valley Highway, Suite 300**<br>**Englewood, CO 80112** | **March 2020-current** |
| 26a.2. **Plant Moran**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | **2018-Current** |
| 26a.3. **EKS&H**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | **2018; Acquired by Plant Moran** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Exigent Information Solutions, LLC**<br>**8310 South Valley Highway, Suite 300**<br>**Englewood, CO 80112** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **EKS&H**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.3. **Plant Moran**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **EKS&H**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | |
| 26c.2. **Exigent Information Solutions, LLC**<br>**8310 South Valley Highway, Suite 300**<br>**Englewood, CO 80112** | |

EXHIBIT 7

| Debtor | Sklar Exploration Company, LLC | | Case number (if known) | 20-12377-EEB |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.3. | **Plant Moran**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | |
| 26c.4. | **Howard Sklar**<br>**5395 Pearl Parkway**<br>**Suite 200**<br>**Boulder, CO 80301** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **East West Bank Treasury Department**<br>**135 North Los Robles Avenue**<br>**Suite 600**<br>**ATTN: Linda Cox**<br>**Pasadena, CA 91101** |
| 26d.2. | **Ford Motor Company**<br>**P.O. Box 650575**<br>**Dallas, TX 75265** |
| 26d.3. | **C&J Energy Services**<br>**3990 Rogerdale**<br>**Houston, TX 77042** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Howard Sklar | 5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301 | Manager | 0% |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Howard F. Sklar Trust | 5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301 | Equity Holder | 100% |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Corey Ezelle | | VP - Exploration Manager | 0% |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| J. Marshall Jones, III | | VP & COO | 0% |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 7

Debtor    **Sklar Exploration Company, LLC**                      Case number *(if known)*  **20-12377-EEB**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Steven Hatcher** | | **VP - Land and Legal** | **0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|-----------------------------------------------------|-------|--------------------------------|
| 30.1. | **Flexjet**<br>**26180 Curtiss Wright Pkwy**<br>**Cleveland, OH 44143** | **$503,173.35** | **2019-2020** | **Amounts paid attributed to personal travel expenses of Howard Sklar** |
| | **Relationship to debtor**<br>**None** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

EXHIBIT 7

Debtor    **Sklar Exploration Company, LLC**                                    Case number *(if known)*  **20-12377-EEB**

---

| **Part 14:** | **Signature and Declaration** |

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 18, 2020**

**/s/ Howard Sklar**                                    **Howard Sklar**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/23/2020 | 11,287.03 | A & B PUMP & SUPPLY, INC. | 01/28/2020 | Goods & Services |
| 02/14/2020 | 3,075.23 | A & B PUMP & SUPPLY, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 4,656.33 | A & B PUMP & SUPPLY, INC. | 02/25/2020 | Goods & Services |
| 02/20/2020 | 3,065.00 | A. F. WHATLEY CONSTRUCTION | 02/26/2020 | Goods & Services |
| 01/23/2020 | 14,210.00 | A1 CONDUCTOR & RATHOLE, LLC | 02/06/2020 | Goods & Services |
| 02/14/2020 | 4,290.00 | A1 CONDUCTOR & RATHOLE, LLC | 03/02/2020 | Goods & Services |
| 02/20/2020 | 3,708.04 | A1 CONDUCTOR & RATHOLE, LLC | 03/20/2020 | Goods & Services |
| 01/16/2020 | 2,171.17 | ACME TRUCK LINE, INC. | 01/22/2020 | Goods & Services |
| 03/23/2020 | 100,285.00 | Acstar Insurance Company | 03/23/2020 | Plug and Abandonment Bond |
| 01/30/2020 | 35,228.19 | AFCO | 02/07/2020 | Insurance |
| 02/27/2020 | 35,228.19 | AFCO | 03/06/2020 | Insurance |
| 03/17/2020 | 25,000.00 | AL Dept of Environmental Mgmt | 03/17/2020 | Government Fine |
| 02/20/2020 | 420.00 | ALABAMA 811 | 02/26/2020 | Goods & Services |
| 01/17/2020 | 194.68 | Alabama Department of Revenue | 01/17/2020 | Taxes |
| 02/20/2020 | 149.78 | Alabama Department of Revenue | 02/20/2020 | Taxes |
| 03/16/2020 | 100.00 | Alabama Department of Revenue | 03/16/2020 | Taxes |
| 03/20/2020 | 149.14 | Alabama Department of Revenue | 03/20/2020 | Taxes |
| 01/16/2020 | 230.74 | ALABAMA POWER PAYMENTS | 01/23/2020 | Utilities |
| 02/14/2020 | 202.95 | ALABAMA POWER PAYMENTS | 02/18/2020 | Utilities |
| 03/23/2020 | 198.30 | ALABAMA POWER PAYMENTS | 03/26/2020 | Utilities |
| 02/20/2020 | 1,639.00 | ALEXANDRIA GRAVEL PRODUCTS | 02/26/2020 | Goods & Services |
| 02/07/2020 | 500.00 | ALEXIS NAN HAYNES | 02/11/2020 | Goods & Services |
| 01/30/2020 | 219.14 | ALL COPY PRODUCTS, INC. | 02/03/2020 | Goods & Services |
| 02/20/2020 | 243.00 | ALL COPY PRODUCTS, INC. | 02/24/2020 | Goods & Services |
| 02/27/2020 | 219.14 | ALL COPY PRODUCTS, INC. | 03/03/2020 | Goods & Services |
| 02/20/2020 | 1,378.30 | ALLEGRA PRINT-MAIL-SIGNS | 02/26/2020 | Goods & Services |
| 01/10/2020 | 558.72 | ALLY | 01/17/2020 | Secured Debt Payments |
| 02/07/2020 | 558.72 | ALLY | 02/12/2020 | Secured Debt Payments |
| 02/27/2020 | 558.72 | ALLY | 03/09/2020 | Secured Debt Payments |
| 01/10/2020 | 1,087.82 | AMERICAN EAGLE LOGISTICS | 01/15/2020 | Goods & Services |
| 01/30/2020 | 224.67 | AMERICAN EXPRESS | 02/03/2020 | Goods & Services |
| 02/27/2020 | 204.72 | AMERICAN EXPRESS | 03/02/2020 | Goods & Services |
| 03/06/2020 | 19.95 | AMERICAN EXPRESS | 03/09/2020 | Goods & Services |
| 01/30/2020 | 475.00 | AMERICAN REMEDIATION & ENVIRONMENTAL INC | 02/06/2020 | Goods & Services |
| 01/23/2020 | 7,560.66 | ANDERSON EXPLORATION ENERGY CO, LC | 01/28/2020 | Royalty Payments |
| 01/10/2020 | 93.98 | ANITA BELOUSOV | 01/21/2020 | Expense Reimbursement |
| 02/14/2020 | 34,910.19 | ARMBRECHT JACKSON LLP | 02/19/2020 | Legal Fees |
| 02/20/2020 | 61,285.47 | ARMBRECHT JACKSON LLP | 02/25/2020 | Legal Fees |
| 03/30/2020 | 25,000.00 | Armbrecht Jackson LLP | 03/30/2020 | Legal Fees |
| 03/30/2020 | 45,431.35 | Armbrecht Jackson LLP | 03/30/2020 | Legal Fees |
| 01/23/2020 | 233.87 | AT&T | 01/31/2020 | Utilities |
| 01/23/2020 | 419.33 | AT&T | 01/31/2020 | Utilities |
| 01/23/2020 | 251.93 | AT&T | 01/30/2020 | Utilities |
| 01/23/2020 | 129.25 | AT&T | 01/29/2020 | Utilities |
| 01/30/2020 | 206.26 | AT&T | 02/06/2020 | Utilities |
| 02/14/2020 | 216.15 | AT&T | 02/26/2020 | Utilities |
| 02/20/2020 | 215.53 | AT&T | 02/27/2020 | Utilities |
| 02/20/2020 | 415.24 | AT&T | 02/27/2020 | Utilities |
| 02/20/2020 | 204.54 | AT&T | 02/27/2020 | Utilities |
| 02/20/2020 | 120.00 | AT&T | 02/26/2020 | Utilities |
| 03/23/2020 | 215.32 | AT&T | 03/30/2020 | Utilities |
| 03/23/2020 | 444.04 | AT&T | 03/30/2020 | Utilities |
| 03/23/2020 | 204.84 | AT&T | 03/30/2020 | Utilities |
| 03/23/2020 | 120.00 | AT&T | 03/31/2020 | Utilities |
| 02/14/2020 | 1,740.85 | ATROPOS EXPLORATION CO. | 02/21/2020 | Royalty Payments |
| 02/20/2020 | 617.30 | ATROPOS EXPLORATION CO. | 02/27/2020 | Royalty Payments |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/10/2020 | 55.39 | B & L PIPECO SERVICES, L.L.C. | 01/14/2020 | Goods & Services |
| 01/30/2020 | 43,815.24 | B & L PIPECO SERVICES, L.L.C. | 02/03/2020 | Goods & Services |
| 02/14/2020 | 59,714.35 | B & L PIPECO SERVICES, L.L.C. | 02/18/2020 | Goods & Services |
| 01/10/2020 | 2,186.85 | BAKER HUGHES, A GE COMPANY, LLC | 01/14/2020 | Goods & Services |
| 01/16/2020 | 14,935.54 | BAKER HUGHES, A GE COMPANY, LLC | 01/21/2020 | Goods & Services |
| 01/23/2020 | 93,616.80 | BAKER HUGHES, A GE COMPANY, LLC | 01/27/2020 | Goods & Services |
| 02/14/2020 | 94,058.67 | BAKER HUGHES, A GE COMPANY, LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 124,589.38 | BAKER HUGHES, A GE COMPANY, LLC | 02/24/2020 | Goods & Services |
| 02/27/2020 | 57,350.44 | BAKER HUGHES, A GE COMPANY, LLC | 03/04/2020 | Goods & Services |
| 02/14/2020 | 3,500.00 | BARNETTE & BENEFIELD, INC. | 02/21/2020 | Goods & Services |
| 02/20/2020 | 643.75 | BASIC ENERGY SERVICES, LP | 02/24/2020 | Utilities |
| 03/04/2020 | 1,606.25 | BASIC ENERGY SERVICES, LP | 03/09/2020 | Utilities |
| 01/30/2020 | 6,940.00 | BENOIT PREMIUM THREADING, LLC | 02/06/2020 | Goods & Services |
| 01/10/2020 | 769.50 | BERG HILL GREENLEAF RUSCITTI LLP | 01/15/2020 | Legal Fees |
| 03/30/2020 | 50,000.00 | Berg Hill Greenleaf Ruscitti LLP | 03/30/2020 | Legal Fees |
| 04/01/2020 | 12,946.00 | Berg Hill Greenleaf Ruscitti LLP | 04/01/2020 | Legal Fees |
| 02/27/2020 | 500.00 | BETTY JOYCE SCOTT BURKHEAD | 03/13/2020 | Goods & Services |
| 01/30/2020 | 3,750.00 | BETTYE LACOUR | 02/10/2020 | Goods & Services |
| 03/03/2020 | 3,750.00 | BETTYE LACOUR | 03/09/2020 | Goods & Services |
| 01/30/2020 | 105.00 | BIENVILLE PARISH CLERK OF COURT | 02/14/2020 | Taxes |
|  |  | BIENVILLE PARISH SALES & USE TAX |  | Taxes |
| 01/21/2020 | 162.99 | COMMISS | 01/24/2020 |  |
| 01/30/2020 | 42.08 | BOBBIE GORE | 02/03/2020 | Expense Reimbursement |
| 02/20/2020 | 3,093.00 | BONAVENTURE SAFETY, LLC | 02/25/2020 | Goods & Services |
|  |  | BOOTS SMITH COMPLETION SERVICES, LLC |  | Goods & Services |
| 01/10/2020 | 56,188.33 |  | 01/13/2020 |  |
|  |  | BOOTS SMITH COMPLETION SERVICES, LLC |  | Goods & Services |
| 01/23/2020 | 30,139.67 |  | 01/27/2020 |  |
|  |  | BOOTS SMITH COMPLETION SERVICES, LLC |  | Goods & Services |
| 02/14/2020 | 4,500.00 |  | 02/18/2020 |  |
|  |  | BOOTS SMITH COMPLETION SERVICES, LLC |  | Goods & Services |
| 02/20/2020 | 4,500.00 |  | 02/24/2020 |  |
|  |  | BOOTS SMITH COMPLETION SERVICES, LLC |  | Goods & Services |
| 02/27/2020 | 4,247.90 |  | 03/02/2020 |  |
| 02/20/2020 | 4,102.30 | BOULDER COUNTY TREASURER | 02/26/2020 | Taxes |
| 02/07/2020 | 276.00 | BOULDER SELF STORAGE | 02/19/2020 | Storage Fees |
| 02/27/2020 | 276.00 | BOULDER SELF STORAGE | 03/04/2020 | Storage Fees |
| 01/16/2020 | 4,349.00 | BRAMMER ENGINEERING, INC. | 01/22/2020 | Goods & Services |
| 02/07/2020 | 910.42 | BRAMMER ENGINEERING, INC. | 02/13/2020 | Goods & Services |
| 02/14/2020 | 2,950.00 | BRAMMER ENGINEERING, INC. | 02/21/2020 | Goods & Services |
| 01/30/2020 | 1,800.00 | BREWTON AREA PROPERTIES, LLC | 02/04/2020 | Rent |
| 02/27/2020 | 1,800.00 | BREWTON AREA PROPERTIES, LLC | 03/04/2020 | Rent |
| 03/23/2020 | 1,800.00 | BREWTON AREA PROPERTIES, LLC | 03/27/2020 | Rent |
| 01/10/2020 | 99.00 | BRISTOL, INC. | 01/21/2020 | Goods & Services |
| 02/07/2020 | 3,564.00 | BRISTOL, INC. | 02/20/2020 | Goods & Services |
| 02/14/2020 | 3,465.00 | BRISTOL, INC. | 02/25/2020 | Goods & Services |
| 02/20/2020 | 22,326.60 | BRISTOL, INC. | 03/03/2020 | Goods & Services |
| 01/10/2020 | 7,609.34 | BTECH SERVICE & SUPPLY INC. | 01/17/2020 | Goods & Services |
| 01/23/2020 | 1,276.98 | BTECH SERVICE & SUPPLY INC. | 01/30/2020 | Goods & Services |
| 02/14/2020 | 39,677.58 | BTECH SERVICE & SUPPLY INC. | 02/20/2020 | Goods & Services |
| 02/20/2020 | 4,053.05 | BTECH SERVICE & SUPPLY INC. | 02/27/2020 | Goods & Services |
| 01/10/2020 | 5,116.88 | BUCK CREEK FREIGHT, INC. | 01/22/2020 | Goods & Services |
| 01/23/2020 | 1,962.40 | BUCK CREEK FREIGHT, INC. | 02/03/2020 | Goods & Services |
| 02/14/2020 | 723.45 | BUCK CREEK FREIGHT, INC. | 03/06/2020 | Goods & Services |
| 02/14/2020 | 66,571.79 | C&J SPEC-RENT SERVICES, INC. | 02/20/2020 | Goods & Services |
| 02/20/2020 | 123,591.99 | C&J SPEC-RENT SERVICES, INC. | 02/24/2020 | Goods & Services |
| 01/16/2020 | 7,310.00 | CAMP SERVICE AND REPAIR, LLC | 01/31/2020 | Goods & Services |
| 01/23/2020 | 7,190.00 | CAMP SERVICE AND REPAIR, LLC | 02/20/2020 | Goods & Services |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/30/2020 | 4,665.00 | CAMP SERVICE AND REPAIR, LLC | 02/20/2020 | Goods & Services |
| 02/14/2020 | 8,300.00 | CAMP SERVICE AND REPAIR, LLC | 02/20/2020 | Goods & Services |
| 02/14/2020 | 220,000.00 | CAPSTAR DRILLING, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 310,125.33 | CAPSTAR DRILLING, INC. | 02/24/2020 | Goods & Services |
| 01/16/2020 | 11,314.50 | CARNLEY ELECTRIC INC | 01/24/2020 | Goods & Services |
| 01/23/2020 | 6,300.00 | CARNLEY ELECTRIC INC | 01/31/2020 | Goods & Services |
| 01/30/2020 | 7,020.00 | CARNLEY ELECTRIC INC | 02/07/2020 | Goods & Services |
| 02/07/2020 | 3,240.00 | CARNLEY ELECTRIC INC | 02/21/2020 | Goods & Services |
| 02/14/2020 | 1,800.00 | CARNLEY ELECTRIC INC | 02/21/2020 | Goods & Services |
| 02/20/2020 | 21,793.31 | CARNLEY ELECTRIC INC | 02/28/2020 | Goods & Services |
| 03/06/2020 | 2,391.35 | CARNLEY ELECTRIC INC | 03/13/2020 | Goods & Services |
| 01/30/2020 | 17,700.84 | CASS COUNTY TAX ASSESSOR | 02/19/2020 | Taxes |
| 01/16/2020 | 13,431.41 | CAWLEY, GILLESPIE & ASSOCIATES, INC | 01/23/2020 | Consulting Services |
| 01/10/2020 | 227.16 | CENTURYLINK | 01/15/2020 | Utilities |
| 02/14/2020 | 224.33 | CENTURYLINK | 02/18/2020 | Utilities |
| 03/13/2020 | 224.33 | CENTURYLINK | 03/18/2020 | Utilities |
| 01/23/2020 | 44.77 | CENTURYTEL/CENTURYLINK | 01/28/2020 | Utilities |
| 02/14/2020 | 44.03 | CENTURYTEL/CENTURYLINK | 02/20/2020 | Utilities |
| 01/23/2020 | 420.12 | CGG SERVICES (US) INC. | 01/28/2020 | Goods & Services |
| 02/20/2020 | 420.12 | CGG SERVICES (US) INC. | 02/25/2020 | Goods & Services |
| 03/13/2020 | 420.12 | CGG SERVICES (US) INC. | 03/18/2020 | Goods & Services |
| 01/10/2020 | 188.33 | CHEROKEE COUNTY ELECTRIC CO-OP ASSN. | 01/16/2020 | Utilities |
| 02/07/2020 | 227.58 | CHEROKEE COUNTY ELECTRIC CO-OP ASSN. | 02/12/2020 | Utilities |
| 03/13/2020 | 234.38 | CHEROKEE COUNTY ELECTRIC CO-OP ASSN. | 03/17/2020 | Utilities |
| 02/14/2020 | 946.46 | CHOICE COPY SERVICE, LLC | 02/24/2020 | Goods & Services |
| 03/06/2020 | 5,625.00 | CHRISTENSEN CONSULTING, LLC | 03/16/2020 | Goods & Services |
| 03/06/2020 | 7,960.00 | CICON & ASSOCIATES, L.L.P. | 03/12/2020 | Goods & Services |
| 01/30/2020 | 161.08 | CITY OF BREWTON | 02/05/2020 | Taxes |
| 03/13/2020 | 243.88 | CITY OF BREWTON | 03/18/2020 | Taxes |
| 03/23/2020 | 419.89 | CITY OF BREWTON | 03/30/2020 | Taxes |
| 01/10/2020 | 6,465.20 | CLARKCO OILFIELD SERVICES, INC. | 01/15/2020 | Goods & Services |
| 01/23/2020 | 4,997.97 | CLARKCO OILFIELD SERVICES, INC. | 01/29/2020 | Goods & Services |
| 02/14/2020 | 214.00 | CLARKCO OILFIELD SERVICES, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 2,564.79 | CLARKCO OILFIELD SERVICES, INC. | 02/27/2020 | Goods & Services |
| 02/27/2020 | 747.93 | CLARKCO OILFIELD SERVICES, INC. | 03/04/2020 | Goods & Services |
| 01/16/2020 | 345.65 | CLARKE COUNTY TAX ASSESSOR COLLECTOR | 01/27/2020 | Taxes |
| 01/30/2020 | 1,792.29 | CLARKE COUNTY TAX ASSESSOR COLLECTOR | 02/06/2020 | Taxes |
| 01/10/2020 | 5,420.30 | COASTAL CHEMICAL CO., LLC | 01/16/2020 | Goods & Services |
| 01/16/2020 | 2,446.34 | COASTAL CHEMICAL CO., LLC | 01/24/2020 | Goods & Services |
| 01/21/2020 | 13,500.43 | COASTAL CHEMICAL CO., LLC | 01/28/2020 | Goods & Services |
| 01/30/2020 | 1,484.85 | COASTAL CHEMICAL CO., LLC | 02/07/2020 | Goods & Services |
| 02/07/2020 | 6,059.92 | COASTAL CHEMICAL CO., LLC | 02/13/2020 | Goods & Services |
| 02/27/2020 | 525.94 | COCHRAN CHEMICAL CO., INC. | 03/05/2020 | Goods & Services |
| 01/30/2020 | 155.02 | COMCAST | 02/10/2020 | Utilities |
| 02/20/2020 | 155.02 | COMCAST | 02/27/2020 | Utilities |
| 03/23/2020 | 155.02 | COMCAST | 03/30/2020 | Utilities |
| 01/30/2020 | 4,702.00 | COMPLETE ENVIRONMENTAL & REMEDIATION CO | 02/05/2020 | Goods & Services |
| 02/20/2020 | 24,503.56 | COMPLETE ENVIRONMENTAL & REMEDIATION CO | 02/25/2020 | Goods & Services |
| 02/14/2020 | 5,395.23 | COMPRESSION CONTROLS & RENTALS, LLC | 02/21/2020 | Goods & Services |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| | | COMPRESSION CONTROLS & RENTALS, LLC | | Goods & Services |
| 02/20/2020 | 5,395.23 | | 02/28/2020 | |
| | | CONSOLIDATED ELECTRICAL DISTRIBUTORS | | Goods & Services |
| 01/30/2020 | 2,317.68 | INC | 02/04/2020 | |
| | | CONSOLIDATED ELECTRICAL DISTRIBUTORS | | Goods & Services |
| 02/20/2020 | 5,881.86 | INC | 02/26/2020 | |
| 01/30/2020 | 24,275.71 | CORPORATE PAYMENT SYSTEMS | 02/06/2020 | Goods & Services |
| 02/20/2020 | 37,365.44 | CORPORATE PAYMENT SYSTEMS | 02/27/2020 | Goods & Services |
| 03/23/2020 | 24,520.45 | CORPORATE PAYMENT SYSTEMS | 03/30/2020 | Goods & Services |
| 01/30/2020 | 199.02 | CORY EZELLE | 02/06/2020 | |
| 02/20/2020 | 199.02 | CORY EZELLE | 02/26/2020 | |
| 02/27/2020 | 7,500.00 | COUNTERPOINT CONSULTING, LLC | 03/03/2020 | Consulting Services |
| 01/10/2020 | 17,998.00 | CROWLEY FLECK PLLP | 01/14/2020 | Goods & Services |
| 01/30/2020 | 348.00 | CROWLEY FLECK PLLP | 02/05/2020 | Goods & Services |
| 01/30/2020 | 8,560.00 | CSI COMPRESSCO OPERATING, LLC | 02/03/2020 | Goods & Services |
| 02/14/2020 | 6,250.00 | CSI COMPRESSCO OPERATING, LLC | 02/18/2020 | Goods & Services |
| 03/13/2020 | 14,810.00 | CSI COMPRESSCO OPERATING, LLC | 03/18/2020 | Goods & Services |
| 02/20/2020 | 16,048.20 | CSI TECHNOLOGIES, LLC | 03/02/2020 | Goods & Services |
| 01/10/2020 | 35.00 | CT CORPORATION SYSTEM | 01/21/2020 | Goods & Services |
| 02/20/2020 | 417.00 | CT CORPORATION SYSTEM | 02/26/2020 | Goods & Services |
| 03/06/2020 | 658.00 | CT CORPORATION SYSTEM | 03/13/2020 | Goods & Services |
| 01/10/2020 | 59.92 | CULKIN WATER DISTRICT | 01/16/2020 | Utilities |
| 02/07/2020 | 59.92 | CULKIN WATER DISTRICT | 02/13/2020 | Utilities |
| 03/13/2020 | 59.92 | CULKIN WATER DISTRICT | 03/18/2020 | Utilities |
| 01/10/2020 | 3,591.00 | D & M DRILLING FLUIDS, INC. | 01/29/2020 | Goods & Services |
| 01/23/2020 | 3,591.00 | D & M DRILLING FLUIDS, INC. | 01/29/2020 | Goods & Services |
| 01/30/2020 | 7,110.00 | D & M DRILLING FLUIDS, INC. | 02/04/2020 | Goods & Services |
| 02/20/2020 | 10,567.60 | D & M DRILLING FLUIDS, INC. | 02/28/2020 | Goods & Services |
| 01/10/2020 | 1,100.00 | DAVIS HOT SHOT SERVICE, LLC | 01/22/2020 | Goods & Services |
| 01/23/2020 | 2,200.00 | DAVIS HOT SHOT SERVICE, LLC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 2,520.00 | DAVIS HOT SHOT SERVICE, LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 6,000.00 | DAVIS HOT SHOT SERVICE, LLC | 02/25/2020 | Goods & Services |
| 01/10/2020 | 5,093.20 | DEEPWELL ENERGY SERVICES, LLC | 01/14/2020 | Utilities |
| 02/14/2020 | 5,831.50 | DEEPWELL ENERGY SERVICES, LLC | 02/19/2020 | Utilities |
| 02/20/2020 | 4,750.00 | DEEPWELL ENERGY SERVICES, LLC | 02/25/2020 | Utilities |
| 02/27/2020 | 1,100.00 | DEEPWELL ENERGY SERVICES, LLC | 03/03/2020 | Utilities |
| 01/30/2020 | 131.98 | DIRECTV | 02/10/2020 | Utilities |
| 02/20/2020 | 5,768.84 | DON EUSTES | 02/25/2020 | Goods & Services |
| 03/13/2020 | 469.12 | DON EUSTES | 03/18/2020 | Goods & Services |
| 02/20/2020 | 526.44 | DOUBLE D DYNAMICS | 02/25/2020 | Goods & Services |
| 01/30/2020 | 1,000.00 | DOUGLAS PARKING, LLC | 02/19/2020 | Goods & Services |
| 01/10/2020 | 875.00 | EAGLE EXPRESS HOTSHOT SER. LLC | 01/22/2020 | Goods & Services |
| 02/14/2020 | 4,067.70 | EAGLE EXPRESS HOTSHOT SER. LLC | 02/20/2020 | Goods & Services |
| 02/20/2020 | 3,134.84 | EAGLE EXPRESS HOTSHOT SER. LLC | 02/27/2020 | Goods & Services |
| 02/27/2020 | 1,698.00 | EAGLE EXPRESS HOTSHOT SER. LLC | 03/05/2020 | Goods & Services |
| 01/30/2020 | 11,602.72 | EAST RIDGE COUNTRY CLUB | 02/05/2020 | Goods & Services |
| 01/10/2020 | 2,204.32 | East West Bank Treasury Department | 01/10/2020 | Payments on Secured Debt |
| 01/30/2020 | 102,689.38 | East West Bank Treasury Department | 01/30/2020 | Payments on Secured Debt |
| 02/11/2020 | 150.00 | East West Bank Treasury Department | 02/11/2020 | Payments on Secured Debt |
| 03/02/2020 | 103,569.21 | East West Bank Treasury Department | 03/02/2020 | Payments on Secured Debt |
| 02/24/2020 | 3,450.00 | East West Bank Treasury Department | 02/24/2020 | Payments on Secured Debt |
| 03/18/2020 | 125.00 | East West Bank Treasury Department | 03/18/2020 | Payments on Secured Debt |
| 03/16/2020 | 250,000.00 | East West Bank Treasury Department | 03/16/2020 | Payments on Secured Debt |
| 03/30/2020 | 87,691.85 | East West Bank Treasury Department | 03/30/2020 | Payments on Secured Debt |
| 03/06/2020 | 125.00 | East West Bank Treasury Department | 03/06/2020 | Payments on Secured Debt |
| 03/20/2020 | 985.55 | East West Bank Treasury Department | 03/20/2020 | Payments on Secured Debt |
| 01/10/2020 | 21,410.19 | EASTERN FISHING & RENTAL TOOLS INC | 01/17/2020 | Goods & Services |
| 01/16/2020 | 33,703.23 | EASTERN FISHING & RENTAL TOOLS INC | 01/22/2020 | Goods & Services |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/23/2020 | 19,663.89 | EASTERN FISHING & RENTAL TOOLS INC | 01/28/2020 | Goods & Services |
| 01/30/2020 | 85,967.86 | EASTERN FISHING & RENTAL TOOLS INC | 02/05/2020 | Goods & Services |
| 02/07/2020 | 10,103.67 | EASTERN FISHING & RENTAL TOOLS INC | 02/19/2020 | Goods & Services |
| 02/14/2020 | 21,299.36 | EASTERN FISHING & RENTAL TOOLS INC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 1,767.50 | EASTERN FISHING & RENTAL TOOLS INC | 02/25/2020 | Goods & Services |
| 02/27/2020 | 66,106.41 | EASTERN FISHING & RENTAL TOOLS INC | 03/03/2020 | Goods & Services |
| 03/06/2020 | 6,022.01 | EASTERN FISHING & RENTAL TOOLS INC | 03/10/2020 | Goods & Services |
| 03/13/2020 | 2,100.00 | EASTERN FISHING & RENTAL TOOLS INC | 03/17/2020 | Goods & Services |
| 01/10/2020 | 2,098.42 | ECS | 01/15/2020 | Goods & Services |
| 01/30/2020 | 5,819.06 | ECS | 02/05/2020 | Goods & Services |
| 02/07/2020 | 2,126.27 | ECS | 02/12/2020 | Goods & Services |
| 02/20/2020 | 8,533.26 | ECS | 02/26/2020 | Goods & Services |
| 03/06/2020 | 2,349.99 | ECS | 03/11/2020 | Goods & Services |
| 02/20/2020 | 2,573.50 | EICHE, MAPES, AND COMPANY, INC | 02/28/2020 | Goods & Services |
| 01/30/2020 | 289.50 | ELDORADO ARTESIAN SPRINGS | 02/06/2020 | Goods & Services |
| 03/13/2020 | 176.65 | ELDORADO ARTESIAN SPRINGS | 03/23/2020 | Goods & Services |
| 01/23/2020 | 4,814.00 | ENGINEERING SERVICE | 01/29/2020 | Goods & Services |
| 01/30/2020 | 184.00 | ENGINEERING SERVICE | 02/05/2020 | Goods & Services |
| 01/16/2020 | 169.02 | ENTERGY | 01/21/2020 | Goods & Services |
| 02/14/2020 | 182.24 | ENTERGY | 02/18/2020 | Goods & Services |
| 03/13/2020 | 183.82 | ENTERGY | 03/17/2020 | Goods & Services |
| 01/10/2020 | 3,000.00 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 01/22/2020 | Utilities |
| 01/30/2020 | 5,500.00 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 02/06/2020 | Utilities |
| 01/30/2020 | 6,113.14 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 02/06/2020 | Utilities |
| 02/07/2020 | 155.20 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 02/12/2020 | Utilities |
| 03/09/2020 | 5,985.92 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 03/12/2020 | Utilities |
| 03/09/2020 | 155.20 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 03/12/2020 | Utilities |
| 03/09/2020 | 37.05 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 03/12/2020 | Utilities |
| 03/23/2020 | 6,249.11 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 03/30/2020 | Utilities |
| 01/30/2020 | 9,041.76 | EXCEL CONSULTING, LLC | 02/05/2020 | Consulting Services |
| 01/10/2020 | 23,102.94 | EZZIE'S WHOLESALE, INC. | 01/14/2020 | Goods & Services |
| 01/16/2020 | 12,603.89 | EZZIE'S WHOLESALE, INC. | 01/22/2020 | Goods & Services |
| 01/23/2020 | 15,965.49 | EZZIE'S WHOLESALE, INC. | 01/28/2020 | Goods & Services |
| 01/30/2020 | 12,626.28 | EZZIE'S WHOLESALE, INC. | 02/04/2020 | Goods & Services |
| 02/07/2020 | 12,091.68 | EZZIE'S WHOLESALE, INC. | 02/12/2020 | Goods & Services |
| 02/14/2020 | 12,609.50 | EZZIE'S WHOLESALE, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 9,283.49 | EZZIE'S WHOLESALE, INC. | 02/25/2020 | Goods & Services |
| 03/06/2020 | 1,223.16 | EZZIE'S WHOLESALE, INC. | 03/11/2020 | Goods & Services |
| 03/10/2020 | 10,515.84 | EZZIE'S WHOLESALE, INC. | 03/12/2020 | Goods & Services |
| 03/23/2020 | 2,978.70 | EZZIE'S WHOLESALE, INC. | 03/30/2020 | Goods & Services |
| 01/10/2020 | 3,735.00 | FDEP OIL & GAS PROGRAM | 01/28/2020 | Goods & Services |
| 01/10/2020 | 3,735.00 | FDEP OIL & GAS PROGRAM | 01/28/2020 | Goods & Services |
| 01/30/2020 | 162.52 | FEDEX | 02/06/2020 | Goods & Services |
| 03/13/2020 | 43.33 | FEDEX | 03/18/2020 | Goods & Services |
| 01/16/2020 | 167.79 | FERRELLGAS | 01/27/2020 | Goods & Services |
| 01/30/2020 | 35,829.59 | FLETCHER PETROLEUM CO., LLC | 02/04/2020 | Goods & Services |
| 03/06/2020 | 2,762.54 | FLETCHER PETROLEUM CO., LLC | 03/11/2020 | Goods & Services |
| 01/10/2020 | 23,111.22 | FLEXJET, LLC | 01/14/2020 | Goods & Services |
| 02/14/2020 | 22,946.12 | FLEXJET, LLC | 02/19/2020 | Goods & Services |
| 01/15/2020 | 1,392.20 | FLORIDA DEPARTMENT OF REVENUE | 01/21/2020 | Taxes |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|-----------|----------|-----------|-----------|--------------------|
| 02/20/2020 | 6,774.02 | FOOTE OIL & GAS PROPERTIES, LLC | 03/17/2020 | Goods & Services |
| 01/16/2020 | 770.44 | FORD MOTOR COMPANY | 01/21/2020 | Secured Debt Payments |
| 01/16/2020 | 1,021.22 | FORD MOTOR COMPANY | 01/21/2020 | Secured Debt Payments |
| 01/16/2020 | 829.56 | FORD MOTOR COMPANY | 01/21/2020 | Secured Debt Payments |
| 01/23/2020 | 1,022.82 | FORD MOTOR COMPANY | 01/27/2020 | Secured Debt Payments |
| 01/23/2020 | 680.52 | FORD MOTOR COMPANY | 01/27/2020 | Secured Debt Payments |
| 01/23/2020 | 818.90 | FORD MOTOR COMPANY | 01/27/2020 | Secured Debt Payments |
| 01/30/2020 | 714.80 | FORD MOTOR COMPANY | 02/03/2020 | Secured Debt Payments |
| 01/30/2020 | 921.17 | FORD MOTOR COMPANY | 02/03/2020 | Secured Debt Payments |
| 01/30/2020 | 814.02 | FORD MOTOR COMPANY | 02/03/2020 | Secured Debt Payments |
| 02/14/2020 | 770.44 | FORD MOTOR COMPANY | 02/19/2020 | Secured Debt Payments |
| 02/14/2020 | 1,021.22 | FORD MOTOR COMPANY | 02/19/2020 | Secured Debt Payments |
| 02/14/2020 | 829.56 | FORD MOTOR COMPANY | 02/19/2020 | Secured Debt Payments |
| 02/14/2020 | 1,022.82 | FORD MOTOR COMPANY | 02/19/2020 | Secured Debt Payments |
| 02/20/2020 | 680.52 | FORD MOTOR COMPANY | 02/24/2020 | Secured Debt Payments |
| 02/20/2020 | 818.90 | FORD MOTOR COMPANY | 02/24/2020 | Secured Debt Payments |
| 02/20/2020 | 840.32 | FORD MOTOR COMPANY | 02/24/2020 | Secured Debt Payments |
| 02/27/2020 | 714.80 | FORD MOTOR COMPANY | 03/02/2020 | Secured Debt Payments |
| 02/27/2020 | 921.17 | FORD MOTOR COMPANY | 03/02/2020 | Secured Debt Payments |
| 02/27/2020 | 814.02 | FORD MOTOR COMPANY | 03/02/2020 | Secured Debt Payments |
| 03/13/2020 | 770.44 | FORD MOTOR COMPANY | 03/18/2020 | Secured Debt Payments |
| 03/13/2020 | 1,021.22 | FORD MOTOR COMPANY | 03/18/2020 | Secured Debt Payments |
| 03/23/2020 | 829.56 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 03/23/2020 | 1,022.82 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 03/23/2020 | 680.52 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 03/23/2020 | 818.90 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 03/23/2020 | 840.32 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 02/14/2020 | 840.32 | Ford Motor Company | 02/14/2020 | Secured Debt Payments |
| 01/10/2020 | 4,421.88 | FRANDSON SAFETY, INC. | 01/17/2020 | Goods & Services |
| 02/07/2020 | 766.54 | FRANK MONTALVO | 02/11/2020 | Expense Reimbursement |
| 03/13/2020 | 205.69 | FRANK MONTALVO | 03/24/2020 | Expense Reimbursement |
| 01/30/2020 | 11,580.20 | FREESTONE COUNTY TAX OFFICE | 02/07/2020 | Taxes |
| 01/16/2020 | 4,724.87 | FUELMAN | 01/24/2020 | Fuel Cards |
| 01/30/2020 | 5,715.14 | FUELMAN | 02/07/2020 | Fuel Cards |
| 02/14/2020 | 5,352.46 | FUELMAN | 02/20/2020 | Fuel Cards |
| 02/27/2020 | 5,748.33 | FUELMAN | 03/05/2020 | Fuel Cards |
| 03/13/2020 | 5,468.43 | FUELMAN | 03/20/2020 | Fuel Cards |
| 02/14/2020 | 5,467.70 | FULL THROTTLE ENERGY SERVICE, LLC | 02/20/2020 | Goods & Services |
| 02/20/2020 | 2,123.95 | FULL THROTTLE ENERGY SERVICE, LLC | 02/25/2020 | Goods & Services |
| 02/27/2020 | 2,123.95 | FULL THROTTLE ENERGY SERVICE, LLC | 03/04/2020 | Goods & Services |
| 01/10/2020 | 17,525.22 | GE OIL & GAS | 01/14/2020 | Goods & Services |
| 02/07/2020 | 12,544.64 | GE OIL & GAS | 02/12/2020 | Goods & Services |
| 02/14/2020 | 911.84 | GE OIL & GAS | 02/18/2020 | Goods & Services |
| 02/20/2020 | 86,320.07 | GE OIL & GAS | 02/24/2020 | Goods & Services |
| 02/27/2020 | 1,583.34 | GE OIL & GAS | 03/02/2020 | Goods & Services |
| 02/27/2020 | 220.50 | GENCO TRANSPORT, LLC | 03/04/2020 | Goods & Services |
| 01/30/2020 | 15,221.78 | GHD SERVICES, INC. | 02/05/2020 | Goods & Services |
| 01/30/2020 | 900.00 | GLEN WHITE & | 02/10/2020 | Goods & Services |
| 02/27/2020 | 900.00 | GLEN WHITE & | 03/03/2020 | Goods & Services |
| 02/14/2020 | 437.52 | GLOBAL VESSEL & TANK LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 2,307.15 | GLOBAL VESSEL & TANK LLC | 02/25/2020 | Goods & Services |
| 01/10/2020 | 488.70 | GLOBALSTAR USA | 01/15/2020 | Goods & Services |
| 02/07/2020 | 482.44 | GLOBALSTAR USA | 02/13/2020 | Goods & Services |
| 03/13/2020 | 482.44 | GLOBALSTAR USA | 03/18/2020 | Goods & Services |
| 02/27/2020 | 37,051.36 | GRAVITY OILFIELD SERVICES, LLC | 03/03/2020 | Goods & Services |
| 02/20/2020 | 4,000.00 | GRS SERVICES, LLC | 03/04/2020 | Goods & Services |
| 01/23/2020 | 4,012.61 | GTT COMMUNICATIONS, INC. | 01/27/2020 | Goods & Services |
| 02/20/2020 | 4,001.61 | GTT COMMUNICATIONS, INC. | 02/24/2020 | Goods & Services |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 03/23/2020 | 3,973.41 | GTT COMMUNICATIONS, INC. | 03/30/2020 | Goods & Services |
| 02/20/2020 | 4,670.87 | GULF COAST LAND SERVICES, INC. | 02/25/2020 | Goods & Services |
| 03/13/2020 | 5,057.81 | GULF COAST LAND SERVICES, INC. | 03/17/2020 | Goods & Services |
| 01/23/2020 | 22,000.00 | GUSTAVSON ASSOCIATES, LLC | 01/29/2020 | Goods & Services |
| 01/10/2020 | 62,796.00 | H&H CONSTRUCTION, LLC | 01/15/2020 | Goods & Services |
| 01/23/2020 | 900.00 | H&H CONSTRUCTION, LLC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 1,968.00 | H&H CONSTRUCTION, LLC | 02/26/2020 | Goods & Services |
| 02/20/2020 | 123,750.00 | H&H CONSTRUCTION, LLC | 02/26/2020 | Goods & Services |
| 02/27/2020 | 2,424.00 | H&H CONSTRUCTION, LLC | 03/04/2020 | Goods & Services |
| 03/13/2020 | 16,329.00 | H&H CONSTRUCTION, LLC | 03/18/2020 | Goods & Services |
| 01/16/2020 | 18,807.25 | H2SZERO, LLC | 01/24/2020 | Goods & Services |
| 01/10/2020 | 187.31 | HAROLD J. DE LEON | 01/24/2020 | Expense Reimbursement |
| 03/13/2020 | 517.50 | HAROLD J. DE LEON | 03/23/2020 | Expense Reimbursement |
| 02/20/2020 | 4,365.60 | HEAP SERVICES LLC | 02/25/2020 | Goods & Services |
| 01/23/2020 | 534.54 | HERRING GAS COMPANY, INC. | 01/30/2020 | Utilities |
| 02/20/2020 | 648.41 | HERRING GAS COMPANY, INC. | 02/26/2020 | Utilities |
| 01/30/2020 | 260.12 | HIGH TECH FORMS LLC | 02/06/2020 | Goods & Services |
| 03/06/2020 | 13,023.00 | HIIG SSERVICE COMPANY | 03/10/2020 | Goods & Services |
| 02/14/2020 | 8,292.50 | HI-VAC, LLC | 02/20/2020 | Goods & Services |
| 02/20/2020 | 1,219.80 | HI-VAC, LLC | 03/03/2020 | Goods & Services |
| 03/06/2020 | 2,614.50 | HLP ENGINEERING, INC. | 03/10/2020 | Goods & Services |
| 01/30/2020 | 7,496.31 | HOPPING GREEN & SAMS, P.A. | 02/05/2020 | Goods & Services |
| 01/30/2020 | 170.41 | HUGHES NETWORK SYSTEMS, LLC | 02/05/2020 | Goods & Services |
| 03/13/2020 | 170.41 | HUGHES NETWORK SYSTEMS, LLC | 03/20/2020 | Goods & Services |
| 03/06/2020 | 28,932.04 | HURLEY ENTERPRISES, INC. | 03/11/2020 | Goods & Services |
| 01/10/2020 | 1,000.00 | HURST PUMPING, INC. | 01/14/2020 | Goods & Services |
| 02/14/2020 | 1,000.00 | HURST PUMPING, INC. | 02/20/2020 | Goods & Services |
| 03/06/2020 | 1,000.00 | HURST PUMPING, INC. | 03/10/2020 | Goods & Services |
| 01/30/2020 | 1,846.67 | IHS GLOBAL, INC. | 02/03/2020 | Goods & Services |
| 03/23/2020 | 1,663.74 | IHS GLOBAL, INC. | 03/30/2020 | Goods & Services |
| 02/27/2020 | 630.00 | INFINISOURCE BENEFIT SERVICES | 03/10/2020 | Employee Benefits |
| 03/23/2020 | 157.25 | INFINISOURCE BENEFIT SERVICES | 03/30/2020 | Employee Benefits |
| 01/10/2020 | 200.00 | INTER-MOUNTAIN PIPE & THREADING COMPANY | 01/16/2020 | Goods & Services |
| 02/27/2020 | 1,641.15 | INTER-MOUNTAIN PIPE & THREADING COMPANY | 03/06/2020 | Goods & Services |
| 02/14/2020 | 143.26 | IRON MOUNTAIN RECORDS MANAGEMENT | 02/18/2020 | Goods & Services |
| 02/20/2020 | 214.89 | IRON MOUNTAIN RECORDS MANAGEMENT | 02/24/2020 | Goods & Services |
| 01/16/2020 | 6,208.22 | J & H INSURANCE SERVICES, INC. | 01/27/2020 | Insurance |
| 02/14/2020 | 2,500.00 | J & H INSURANCE SERVICES, INC. | 02/21/2020 | Insurance |
| 03/03/2020 | 12,622.89 | J & H INSURANCE SERVICES, INC. | 03/09/2020 | Insurance |
| 03/06/2020 | 40,988.96 | J & H INSURANCE SERVICES, INC. | 03/11/2020 | Insurance |
| 01/10/2020 | 1,100.00 | J NICHOLS LLC | 01/31/2020 | Goods & Services |
| 01/23/2020 | 1,100.00 | J NICHOLS LLC | 01/31/2020 | Goods & Services |
| 02/20/2020 | 4,900.00 | J NICHOLS LLC | 02/26/2020 | Goods & Services |
| 02/27/2020 | 2,000.00 | J NICHOLS LLC | 03/04/2020 | Goods & Services |
| 02/07/2020 | 4,508.67 | JAMES MUSLOW, JR. | 02/12/2020 | Goods & Services |
| 02/07/2020 | 1,500.00 | JAMES W. MURDOCK | 02/21/2020 | Goods & Services |
| 01/10/2020 | 9,502.00 | JIMCO PUMPS | 01/14/2020 | Goods & Services |
| 01/23/2020 | 5,212.51 | JIMCO PUMPS | 01/28/2020 | Goods & Services |
| 02/07/2020 | 16,871.76 | JIMCO PUMPS | 02/19/2020 | Goods & Services |
| 02/14/2020 | 13,582.53 | JIMCO PUMPS | 02/25/2020 | Goods & Services |
| 02/20/2020 | 60,676.11 | JIMCO PUMPS | 02/25/2020 | Goods & Services |
| 03/13/2020 | 5,484.52 | JIMCO PUMPS | 03/17/2020 | Goods & Services |
| 02/20/2020 | 50,022.50 | JOHN PIKE CONSTRUCTION, INC. | 03/02/2020 | Goods & Services |
| 01/23/2020 | 4,617.51 | JOHN STRAUSSER | 02/03/2020 | Goods & Services |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 02/07/2020 | 1,701.21 | JOHN STRAUSSER | 02/18/2020 | Goods & Services |
| 02/20/2020 | 2,811.64 | JOHN STRAUSSER | 02/25/2020 | Goods & Services |
| 03/23/2020 | 2,720.93 | JOHN STRAUSSER | 03/27/2020 | Goods & Services |
| 01/10/2020 | 350.00 | JTC OPERATING, INC. | 01/14/2020 | Goods & Services |
| 01/10/2020 | 1,350.00 | K&T WELDING SERVICES, LLC | 01/16/2020 | Goods & Services |
| 01/30/2020 | 46.99 | KATE EGGLESTON | 01/31/2020 | Expense Reimbursement |
| 02/20/2020 | 289.99 | KATE EGGLESTON | 02/24/2020 | Expense Reimbursement |
| 01/23/2020 | 22,011.60 | KCS AUTOMATION, LLC | 01/30/2020 | Goods & Services |
| 02/12/2020 | 69,666.84 | KCS Automation, LLC | 02/12/2020 | Goods & Services |
| 01/10/2020 | 60,788.57 | KELLEY BROTHERS CONTRACTORS, INC. | 01/14/2020 | Goods & Services |
| 01/16/2020 | 87,166.53 | KELLEY BROTHERS CONTRACTORS, INC. | 01/22/2020 | Goods & Services |
| 01/23/2020 | 55,730.61 | KELLEY BROTHERS CONTRACTORS, INC. | 01/28/2020 | Goods & Services |
| 01/30/2020 | 21,022.90 | KELLEY BROTHERS CONTRACTORS, INC. | 02/04/2020 | Goods & Services |
| 02/07/2020 | 15,847.38 | KELLEY BROTHERS CONTRACTORS, INC. | 02/11/2020 | Goods & Services |
| 02/20/2020 | 88,685.45 | KELLEY BROTHERS CONTRACTORS, INC. | 02/25/2020 | Goods & Services |
| 03/06/2020 | 27,501.20 | KELLEY BROTHERS CONTRACTORS, INC. | 03/10/2020 | Goods & Services |
| 03/13/2020 | 24,160.05 | KELLEY BROTHERS CONTRACTORS, INC. | 03/17/2020 | Goods & Services |
| 01/10/2020 | 2,128.05 | KELLEY OIL COMPANY | 01/14/2020 | Goods & Services |
| 01/23/2020 | 8,140.43 | KELLEY OIL COMPANY | 01/28/2020 | Goods & Services |
| 02/14/2020 | 11,759.15 | KELLEY OIL COMPANY | 02/19/2020 | Goods & Services |
| 02/20/2020 | 22,372.65 | KELLEY OIL COMPANY | 02/25/2020 | Goods & Services |
| 02/07/2020 | 5,175.24 | Kelly L. Baker | 02/07/2020 | Goods & Services |
| 01/30/2020 | 35,757.84 | KENNY COPELAND | 02/06/2020 | Goods & Services |
| 02/14/2020 | 13,208.16 | KENNY COPELAND | 02/19/2020 | Goods & Services |
| 02/27/2020 | 1,047.00 | KENNY COPELAND | 03/04/2020 | Goods & Services |
| 03/13/2020 | 16,018.10 | KENNY COPELAND | 03/18/2020 | Goods & Services |
| 01/10/2020 | 70.76 | KEY-RITE SECURITY | 01/17/2020 | Goods & Services |
| 02/20/2020 | 70.76 | KEY-RITE SECURITY | 02/26/2020 | Goods & Services |
| 03/13/2020 | 70.76 | KEY-RITE SECURITY | 03/24/2020 | Goods & Services |
| 01/10/2020 | 2,862.10 | KEYSTONE ENGINEERING, INC. | 01/16/2020 | Goods & Services |
| 01/23/2020 | 5,684.60 | KEYSTONE ENGINEERING, INC. | 01/30/2020 | Goods & Services |
| 01/30/2020 | 2,643.00 | KEYSTONE ENGINEERING, INC. | 02/05/2020 | Goods & Services |
| 02/20/2020 | 1,046.00 | KEYSTONE ENGINEERING, INC. | 02/27/2020 | Goods & Services |
| 01/10/2020 | 50.00 | KIM ANDERSON | 01/22/2020 | Expense Reimbursement |
| 03/06/2020 | 66,180.90 | KING CANYON BUFFALO, INC. | 03/12/2020 | Goods & Services |
| 01/10/2020 | 1,090.00 | KIRK WEAVER CONTRACT PUMPING, INC. | 01/17/2020 | Goods & Services |
| 03/06/2020 | 750.00 | KIRK WEAVER CONTRACT PUMPING, INC. | 03/11/2020 | Goods & Services |
| 03/23/2020 | 750.00 | KIRK WEAVER CONTRACT PUMPING, INC. | 03/30/2020 | Goods & Services |
| 01/30/2020 | 640.00 | KLATT MOVING & STORAGE | 02/24/2020 | Goods & Services |
| 01/10/2020 | 17,439.00 | KLEINFELDER, INC. | 01/15/2020 | Goods & Services |
| 01/30/2020 | 2,541.00 | KLEINFELDER, INC. | 02/06/2020 | Goods & Services |
| 02/20/2020 | 3,000.00 | KLEINFELDER, INC. | 02/26/2020 | Goods & Services |
| 01/10/2020 | 26,967.62 | KODIAK GAS SERVICES, LLC | 01/14/2020 | Goods & Services |
| 01/21/2020 | 55,013.65 | KODIAK GAS SERVICES, LLC | 01/28/2020 | Goods & Services |
| 02/20/2020 | 27,595.31 | KODIAK GAS SERVICES, LLC | 02/26/2020 | Goods & Services |
| 03/19/2020 | 20,000.00 | Kutner Brinen, P.C. Coltaf Account | 03/19/2020 | Legal Fees - Retainer for Bankruptcy Counsel |
| 03/30/2020 | 100,000.00 | Kutner Brinen, P.C. Coltaf Account | 03/30/2020 | Legal Fees - Retainer for Bankruptcy Counsel |
| 02/27/2020 | 3,000.00 | LARSON ENVIRONMENTAL, LLC | 03/05/2020 | Goods & Services |
| 01/16/2020 | 1,396.00 | LEON E. WERNTZ & ASSOCIATES, INC. | 01/22/2020 | Employee Benefits - Insurance |
| 01/30/2020 | 305.50 | LEON E. WERNTZ & ASSOCIATES, INC. | 02/05/2020 | Employee Benefits - Insurance |
| 02/20/2020 | 211.50 | LEON E. WERNTZ & ASSOCIATES, INC. | 02/25/2020 | Employee Benefits - Insurance |
| 03/13/2020 | 216.00 | LEON E. WERNTZ & ASSOCIATES, INC. | 03/17/2020 | Employee Benefits - Insurance |
| 03/23/2020 | 500.00 | LEON E. WERNTZ & ASSOCIATES, INC. | 03/26/2020 | Employee Benefits - Insurance |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 02/27/2020 | 914.07 | LIBERTY SUPPLY, INC. | 03/04/2020 | Goods & Services |
| 01/30/2020 | 958.39 | LIMESTONE COUNTY TAX COLLECTOR | 02/06/2020 | Taxes |
| 02/20/2020 | 2,357.25 | LONEWOLF ENERGY, INC. | 02/26/2020 | Goods & Services |
| 01/23/2020 | 80.00 | LOUISIANA - EDWARDS TOWER | 01/30/2020 | Rent |
| 01/30/2020 | 7,000.13 | LOUISIANA - EDWARDS TOWER | 02/05/2020 | Rent |
| 02/27/2020 | 7,238.75 | LOUISIANA - EDWARDS TOWER | 03/06/2020 | Rent |
| 03/23/2020 | 7,238.75 | LOUISIANA - EDWARDS TOWER | 03/27/2020 | Rent |
| 01/13/2020 | 63.00 | Louisiana Dept. of Revenue | 01/13/2020 | Taxes |
| 02/11/2020 | 1,521.00 | Louisiana Dept. of Revenue | 02/11/2020 | Taxes |
| 02/27/2020 | 104.50 | LOUISIANA ONE CALL SYSTEM | 03/09/2020 | Goods & Services |
| 03/23/2020 | 4.50 | LOUISIANA ONE CALL SYSTEM | 03/27/2020 | Goods & Services |
| 01/06/2020 | 210,000.00 | Maevlo Smackover, LLC | 01/06/2020 | Payment of Royalty Interests |
| 02/07/2020 | 100.00 | MARIE GARDNER | 02/10/2020 | Expense Reimbursement |
| 01/30/2020 | 4,310.18 | MARION COUNTY TAX OFFICE | 02/06/2020 | Taxes |
| 01/10/2020 | 1,475.00 | MARTY CHERRY ENTERPRISE LLC | 01/22/2020 | Goods & Services |
| 02/27/2020 | 1,475.00 | MARTY CHERRY ENTERPRISE LLC | 03/12/2020 | Goods & Services |
| 03/23/2020 | 1,475.00 | MARTY CHERRY ENTERPRISE LLC | 03/31/2020 | Goods & Services |
| 01/23/2020 | 2,633.81 | MASCO WIRELINE, INC. | 02/03/2020 | Goods & Services |
| 01/30/2020 | 2,648.25 | MASCO WIRELINE, INC. | 02/10/2020 | Goods & Services |
| 03/04/2020 | 4,993.03 | MAVERICK WELL SERVICE, LLC | 03/10/2020 | Goods & Services |
| 01/30/2020 | 75.78 | MCADAMS PROPANE COMPANY | 02/05/2020 | Goods & Services |
| 02/20/2020 | 9,896.78 | MCDAVID, NOBLIN & WEST PLLC | 02/25/2020 | Goods & Services |
| 02/27/2020 | 545.00 | MCDAVID, NOBLIN & WEST PLLC | 03/09/2020 | Goods & Services |
| 01/10/2020 | 264.79 | MEDIACOM | 01/21/2020 | Goods & Services |
| 02/07/2020 | 256.90 | MEDIACOM | 02/18/2020 | Goods & Services |
| 03/13/2020 | 256.90 | MEDIACOM | 03/20/2020 | Goods & Services |
| 02/20/2020 | 25,825.00 | MENDOZA'S BARRIRER FENCE CO. | 02/28/2020 | Goods & Services |
| 01/10/2020 | 7.50 | MERCHANTS CREDIT BUREAU OF SAVANNAH | 01/14/2020 | Goods & Services |
| 02/27/2020 | 7.50 | MERCHANTS CREDIT BUREAU OF SAVANNAH | 03/10/2020 | Goods & Services |
| 03/06/2020 | 50,000.00 | MESA FLUIDS, LLC | 03/11/2020 | Goods & Services |
| 01/30/2020 | 10,156.07 | Metropolitan Life Insurance Company | 01/30/2020 | Employee Benefits - Life Insurance |
| 03/27/2020 | 10,128.72 | Metropolitan Life Insurance Company | 03/27/2020 | Employee Benefits - Life Insurance |
| 04/01/2020 | 13,337.51 | Metropolitan Life Insurance Company | 04/01/2020 | Employee Benefits - Life Insurance |
| 01/10/2020 | 1,922.79 | MID SOUTH ANCHOR SERVICE, LLC | 01/16/2020 | Goods & Services |
| 02/20/2020 | 3,043.08 | MID SOUTH ANCHOR SERVICE, LLC | 03/02/2020 | Goods & Services |
| 01/10/2020 | 500.00 | MIKE PHILLIPS | 01/27/2020 | Goods & Services |
| 02/07/2020 | 500.00 | MIKE PHILLIPS | 03/02/2020 | Goods & Services |
| 03/06/2020 | 500.00 | MIKE PHILLIPS | 03/16/2020 | Goods & Services |
| 03/06/2020 | 2.85 | MILDRED LEIGH STINSON | 03/30/2020 | Goods & Services |
| 01/16/2020 | 1,633.75 | MISSISSIPPI GAUGE & SUPPLY CO. | 01/27/2020 | Goods & Services |
| 01/23/2020 | 1,719.94 | MISSISSIPPI GAUGE & SUPPLY CO. | 02/03/2020 | Goods & Services |
| 02/07/2020 | 1,322.30 | MISSISSIPPI GAUGE & SUPPLY CO. | 02/25/2020 | Goods & Services |
| 01/10/2020 | 5,186.33 | MISSISSIPPI POWER | 01/15/2020 | Utilities |
| 02/07/2020 | 8,819.70 | MISSISSIPPI POWER | 02/11/2020 | Goods & Services |
| 03/13/2020 | 6,447.28 | MISSISSIPPI POWER | 03/17/2020 | Goods & Services |
| 01/30/2020 | 232.37 | MISSISSIPPI STATE OIL & GAS BOARD | 02/07/2020 | Permitting Fees |
| 02/27/2020 | 164.85 | MISSISSIPPI STATE OIL & GAS BOARD | 03/06/2020 | Permitting Fees |
| 03/23/2020 | 172.97 | MISSISSIPPI STATE OIL & GAS BOARD | 03/31/2020 | Permitting Fees |
| 02/27/2020 | 9,172.00 | MONCLA SLICKLINE, LLC | 03/04/2020 | Goods & Services |
| 01/10/2020 | 86,545.77 | MONCLA WORKOVER & DRILLING | 01/15/2020 | Goods & Services |
| 02/14/2020 | 66,575.00 | MONCLA WORKOVER & DRILLING | 02/19/2020 | Goods & Services |
| 02/20/2020 | 94,816.99 | MONCLA WORKOVER & DRILLING | 02/25/2020 | Goods & Services |
| 01/30/2020 | 63.54 | MUSIC MOUNTAIN WATER, LLC | 02/05/2020 | Goods & Services |
| 02/14/2020 | 13,577.23 | NATIONAL OILWELL DHT, LP | 02/18/2020 | Goods & Services |
| 02/20/2020 | 12,647.40 | NATIONAL OILWELL DHT, LP | 02/24/2020 | Goods & Services |
| 01/10/2020 | 1,548.51 | NATIONAL OILWELL VARCO | 01/13/2020 | Goods & Services |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/23/2020 | 7,710.75 | NATIONAL OILWELL VARCO | 01/27/2020 | Goods & Services |
| 01/23/2020 | 66,089.80 | NATIONAL OILWELL VARCO | 01/27/2020 | Goods & Services |
| 02/07/2020 | 19.49 | NATIONAL OILWELL VARCO | 02/11/2020 | Goods & Services |
| 02/07/2020 | 10,775.03 | NATIONAL OILWELL VARCO, LP | 02/11/2020 | Goods & Services |
| 01/10/2020 | 22.50 | NAVASOTA VALLEY ELECTRIC COOPERATIVE INC | 01/16/2020 | Utilities |
| 02/07/2020 | 23.74 | NAVASOTA VALLEY ELECTRIC COOPERATIVE INC | 02/12/2020 | Utilities |
| 03/19/2020 | 22.50 | NAVASOTA VALLEY ELECTRIC COOPERATIVE INC | 03/26/2020 | Utilities |
| 01/10/2020 | 16,338.70 | NAVIGATOR SRT, LLC | 01/21/2020 | Goods & Services |
| 01/23/2020 | 50.88 | NELSON'S OIL & GAS INC | 01/30/2020 | Goods & Services |
| 01/30/2020 | 451.28 | NELSON'S OIL & GAS INC | 02/05/2020 | Goods & Services |
| 02/27/2020 | 3,190.00 | NEURALOG | 03/05/2020 | Goods & Services |
| 03/13/2020 | 208.50 | NEW BENEFITS, LTD. | 03/17/2020 | Goods & Services |
| 01/10/2020 | 10,572.20 | OILFIELD PARTNERS ENERGY SERVICES, LLC | 01/15/2020 | Goods & Services |
| 02/14/2020 | 27,888.41 | OILFIELD PARTNERS ENERGY SERVICES, LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 33,113.98 | OILFIELD PARTNERS ENERGY SERVICES, LLC | 02/25/2020 | Goods & Services |
| 02/24/2020 | 28,151.00 | OMNI INTERLOCKEN GOLF CLUB | 03/04/2020 | Benefits |
| 01/16/2020 | 44.45 | O'NEAL GAS, INC. | 01/22/2020 | Goods & Services |
| 02/07/2020 | 150.00 | ONLINE PRESENCE  BUILDERS | 02/12/2020 | Goods & Services |
| 02/07/2020 | 65.00 | OWASSA BROWNVILLE WATER ATH | 02/11/2020 | Goods & Services |
| 03/13/2020 | 65.00 | OWASSA BROWNVILLE WATER ATH | 03/19/2020 | Goods & Services |
| 02/27/2020 | 8,610.00 | PANTHER PRESSURE TESTERS, INC. | 03/03/2020 | Goods & Services |
| 01/23/2020 | 1,581.59 | PCS FERGUSON INC. | 01/28/2020 | Goods & Services |
| 02/14/2020 | 866.55 | PCS FERGUSON INC. | 02/18/2020 | Goods & Services |
| 02/20/2020 | 817.50 | PCS FERGUSON INC. | 02/26/2020 | Goods & Services |
| 01/30/2020 | 43,136.94 | PEARL PARKWAY, LLC | 02/06/2020 | Rent |
| 02/27/2020 | 43,136.94 | PEARL PARKWAY, LLC | 03/04/2020 | Rent |
| 01/16/2020 | 7,886.01 | PERFORMANCE WELLHEAD & FRAC | 01/22/2020 | Goods & Services |
| 02/14/2020 | 4,578.98 | PERFORMANCE WELLHEAD & FRAC | 02/19/2020 | Goods & Services |
| 01/23/2020 | 4,950.72 | PINE ISLAND CHEMICAL SOLUTIONS LLC | 01/28/2020 | Goods & Services |
| 02/07/2020 | 1,013.30 | PINE ISLAND CHEMICAL SOLUTIONS LLC | 02/11/2020 | Goods & Services |
| 01/10/2020 | 13,675.00 | PIPE PROS, LLC | 01/14/2020 | Goods & Services |
| 01/30/2020 | 1,554.27 | PITNEY BOWES | 02/10/2020 | Goods & Services |
| 02/14/2020 | 278.90 | PITNEY BOWES | 02/25/2020 | Goods & Services |
| 02/14/2020 | 1,079.74 | PITNEY BOWES | 02/24/2020 | Goods & Services |
| 03/06/2020 | 190.00 | PITNEY BOWES | 03/17/2020 | Goods & Services |
| 03/13/2020 | 95.94 | PITNEY BOWES | 03/24/2020 | Goods & Services |
| 03/13/2020 | 639.09 | PITNEY BOWES GLOBAL FINANCIAL SVCS., LLC | 03/24/2020 | Goods & Services |
| 02/27/2020 | 1,000.00 | PITNIC LIMITED | 03/11/2020 | Goods & Services |
| 01/23/2020 | 3,335.00 | PITTS SWABBING SERVICE, INC. | 01/28/2020 | Goods & Services |
| 02/14/2020 | 5,110.00 | PITTS SWABBING SERVICE, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 27,839.70 | PITTS SWABBING SERVICE, INC. | 02/25/2020 | Goods & Services |
| 03/13/2020 | 11,581.15 | PITTS SWABBING SERVICE, INC. | 03/17/2020 | Goods & Services |
| 01/10/2020 | 24,960.97 | PLANNING THRU COMPLETION, LLC | 01/15/2020 | Goods & Services |
| 01/23/2020 | 25,290.00 | PLANNING THRU COMPLETION, LLC | 01/29/2020 | Goods & Services |
| 01/30/2020 | 24,720.00 | PLANNING THRU COMPLETION, LLC | 02/06/2020 | Goods & Services |
| 02/07/2020 | 24,830.06 | PLANNING THRU COMPLETION, LLC | 02/13/2020 | Goods & Services |
| 01/30/2020 | 1,500.00 | PLANTE & MORAN, PLLC | 02/07/2020 | Goods & Services |
| 02/20/2020 | 7,606.00 | POWERLIGHTS & EQUIPMENT CO., LLC | 02/26/2020 | Goods & Services |
| 02/27/2020 | 22,577.23 | PREMIUM OILFIELD SERVICES, LLC | 03/09/2020 | Goods & Services |
| 01/30/2020 | 1,276.88 | PROCESS PIPING MATERIALS, INC. | 02/05/2020 | Goods & Services |
| 02/14/2020 | 194.80 | PROCESS PIPING MATERIALS, INC. | 02/20/2020 | Goods & Services |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/10/2020 | 38,271.40 | PRYOR PACKERS INC. | 01/22/2020 | Goods & Services |
| 01/16/2020 | 5,452.80 | PRYOR PACKERS INC. | 01/23/2020 | Goods & Services |
| 01/23/2020 | 32,537.89 | PRYOR PACKERS INC. | 01/30/2020 | Goods & Services |
| 02/20/2020 | 24,218.88 | PRYOR PACKERS INC. | 02/27/2020 | Goods & Services |
| 02/27/2020 | 3,085.88 | PRYOR PACKERS INC. | 03/04/2020 | Goods & Services |
| 03/13/2020 | 25,864.21 | PRYOR PACKERS INC. | 03/17/2020 | Goods & Services |
| 01/10/2020 | 25,999.62 | QUALITY DRILLING FLUIDS, INC. | 01/22/2020 | Goods & Services |
| 02/14/2020 | 22,114.67 | QUITMAN TANK SOLUTIONS LLC | 03/02/2020 | Goods & Services |
| 01/10/2020 | 13,305.09 | R & R RENTALS & HOT SHOT, INC. | 01/17/2020 | Goods & Services |
| 01/23/2020 | 30,221.06 | R & R RENTALS & HOT SHOT, INC. | 01/30/2020 | Goods & Services |
| 01/30/2020 | 10,081.00 | R & R RENTALS & HOT SHOT, INC. | 02/12/2020 | Goods & Services |
| 02/07/2020 | 12,704.20 | R & R RENTALS & HOT SHOT, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 2,204.00 | R & R RENTALS & HOT SHOT, INC. | 02/27/2020 | Goods & Services |
| 03/06/2020 | 1,526.00 | R & R RENTALS & HOT SHOT, INC. | 03/17/2020 | Goods & Services |
| 01/16/2020 | 48,508.00 | RAPAD WELL SERVICE CO INC | 01/22/2020 | Goods & Services |
| 01/23/2020 | 74,564.80 | RAPAD WELL SERVICE CO INC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 15,690.00 | RAPAD WELL SERVICE CO INC | 02/21/2020 | Goods & Services |
| 02/20/2020 | 14,010.00 | RAPAD WELL SERVICE CO INC | 02/25/2020 | Goods & Services |
| 03/06/2020 | 69,746.44 | RAPAD WELL SERVICE CO INC | 03/10/2020 | Goods & Services |
| 02/14/2020 | 2,354.00 | REAGAN EQUIPMENT CO., INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 5,633.09 | REAGAN EQUIPMENT CO., INC. | 02/25/2020 | Goods & Services |
| 02/14/2020 | 7,981.00 | REBEL TESTERS, INC. | 02/20/2020 | Goods & Services |
| 02/20/2020 | 2,224.50 | REBEL TESTERS, INC. | 02/25/2020 | Goods & Services |
| | | RED RIVER PARISH SHERIFF - TAX | | Taxes |
| 01/30/2020 | 811.66 | COLLECTOR | 02/05/2020 | |
| 02/14/2020 | 2,181.00 | REGARD RESOURCES COMPANY, INC. | 02/24/2020 | Goods & Services |
| 01/23/2020 | 1,050.00 | REGISTER OILFIELD SERVICES, INC. | 01/29/2020 | Goods & Services |
| 02/14/2020 | 1,050.00 | REGISTER OILFIELD SERVICES, INC. | 02/21/2020 | Goods & Services |
| 01/10/2020 | 168.06 | REPUBLIC SERVICES #808 | 01/16/2020 | Utilities |
| 01/23/2020 | 11.93 | REPUBLIC SERVICES #808 | 01/29/2020 | Utilities |
| 02/07/2020 | 134.19 | REPUBLIC SERVICES #808 | 02/14/2020 | Utilities |
| 02/14/2020 | 163.15 | REPUBLIC SERVICES #808 | 02/20/2020 | Utilities |
| 02/14/2020 | 207.44 | REPUBLIC SERVICES #808 | 02/20/2020 | Utilities |
| 03/13/2020 | 162.77 | REPUBLIC SERVICES #808 | 03/25/2020 | Utilities |
| 03/13/2020 | 61.98 | REPUBLIC SERVICES #808 | 03/25/2020 | Utilities |
| 03/23/2020 | 206.96 | REPUBLIC SERVICES #808 | 03/30/2020 | Utilities |
| 01/10/2020 | 6,504.91 | RHONDA B. CARTER | 01/14/2020 | Goods & Services |
| 02/20/2020 | 6,102.27 | RHONDA B. CARTER | 02/25/2020 | Goods & Services |
| 03/06/2020 | 6,007.98 | RHONDA B. CARTER | 03/10/2020 | Goods & Services |
| 02/07/2020 | 185.73 | RICOH USA, INC. | 02/10/2020 | Goods & Services |
| 03/13/2020 | 181.09 | RICOH USA, INC. | 03/20/2020 | Goods & Services |
| 01/23/2020 | 1,740.00 | ROBERSON TRUCKING CO., INC. | 01/28/2020 | Goods & Services |
| 02/20/2020 | 885.00 | ROBERSON TRUCKING CO., INC. | 02/25/2020 | Goods & Services |
| 01/16/2020 | 7,647.50 | ROBERT CAVES | 03/03/2020 | Goods & Services |
| 02/20/2020 | 4,341.11 | ROBIN USA, INC | 02/26/2020 | Goods & Services |
| 03/13/2020 | 3,588.63 | ROBIN USA, INC | 03/17/2020 | Goods & Services |
| 01/10/2020 | 639.86 | ROBINE & WELCH | 01/30/2020 | Goods & Services |
| 01/30/2020 | 5,530.83 | ROBINE & WELCH | 02/06/2020 | Goods & Services |
| 02/14/2020 | 27,411.26 | ROBINE & WELCH | 03/02/2020 | Goods & Services |
| 02/27/2020 | 250,235.59 | Rodan Transport (U.S.A.), Ltd. | 02/27/2020 | Goods & Services |
| 01/23/2020 | 17,114.46 | RWLS, LLC DBA RENEGADE SERVICES | 01/28/2020 | Goods & Services |
| 02/20/2020 | 116,543.40 | RWLS, LLC DBA RENEGADE SERVICES | 02/25/2020 | Goods & Services |
| 03/09/2020 | 1,672.37 | Santa Rosa County, Tax Collector | 03/09/2020 | Taxes |
| | | SCIENTIFIC DRILLING INTERNATIONAL, INC. | | Goods & Services |
| 01/23/2020 | 4,317.66 | | 01/27/2020 | |
| 01/17/2020 | 230,601.12 | Scientific Drilling International, Inc. | 01/17/2020 | Goods & Services |
| 01/23/2020 | 8,391.74 | SECORP INDUSTRIES | 01/28/2020 | Goods & Services |
| 01/30/2020 | 15,488.21 | SECORP INDUSTRIES | 02/04/2020 | Goods & Services |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 02/07/2020 | 5,159.00 | SECORP INDUSTRIES | 02/13/2020 | Goods & Services |
| 02/14/2020 | 680.00 | SECORP INDUSTRIES | 02/19/2020 | Goods & Services |
| 02/20/2020 | 37,760.39 | SECORP INDUSTRIES | 02/25/2020 | Goods & Services |
| 03/06/2020 | 21,532.36 | SECORP INDUSTRIES | 03/10/2020 | Goods & Services |
| 02/20/2020 | 362.00 | SGS NORTH AMERICA, INC. | 03/02/2020 | Goods & Services |
| 02/20/2020 | 253.56 | SHRED-IT USA - SHREVEPORT | 02/28/2020 | Goods & Services |
| 01/23/2020 | 483.63 | SHREVEPORT CLUB | 01/28/2020 | Goods & Services |
| 02/20/2020 | 199.02 | SHREVEPORT CLUB | 02/24/2020 | Goods & Services |
| 01/23/2020 | 300.00 | SHREVEPORT PETROLEUM DATA ASSO | 01/29/2020 | Goods & Services |
| 02/20/2020 | 300.00 | SHREVEPORT PETROLEUM DATA ASSO | 02/24/2020 | Goods & Services |
| 01/10/2020 | 5,019.20 | SLICKLINE SOUTH, LLC | 01/29/2020 | Goods & Services |
| 01/23/2020 | 18,606.80 | SLICKLINE SOUTH, LLC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 7,456.00 | SLICKLINE SOUTH, LLC | 02/24/2020 | Goods & Services |
| 02/20/2020 | 32,114.20 | SLICKLINE SOUTH, LLC | 02/26/2020 | Goods & Services |
| 01/30/2020 | 15,208.54 | SMITH COUNTY | 02/10/2020 | Taxes |
| 01/30/2020 | 6,208.69 | SMITH COUNTY | 02/06/2020 | Taxes |
| 01/10/2020 | 6,127.80 | SOUND AND CELLULAR, INC. | 01/21/2020 | Goods & Services |
| 01/10/2020 | 5,288.00 | SOUTHERN EROSION CONTROL | 01/21/2020 | Goods & Services |
| 02/20/2020 | 1,324.00 | SOUTHERN EROSION CONTROL | 02/26/2020 | Goods & Services |
| 02/14/2020 | 16,928.00 | SOUTHERN OILFIELD INSPECTION, LLC | 03/04/2020 | Goods & Services |
| 01/10/2020 | 60.39 | SOUTHERN PINE ELECTRIC COOPERATIVE | 01/15/2020 | Utilities |
| 01/16/2020 | 156,817.81 | SOUTHERN PINE ELECTRIC COOPERATIVE | 01/23/2020 | Utilities |
| 02/07/2020 | 62.67 | SOUTHERN PINE ELECTRIC COOPERATIVE | 02/12/2020 | Utilities |
| 02/20/2020 | 168,449.59 | SOUTHERN PINE ELECTRIC COOPERATIVE | 02/26/2020 | Utilities |
| 03/19/2020 | 152,839.50 | SOUTHERN PINE ELECTRIC COOPERATIVE | 03/24/2020 | Utilities |
| 01/10/2020 | 8,868.43 | SOUTHERN PROPANE, INC. | 01/15/2020 | Utilities |
| 01/23/2020 | 2,101.32 | SOUTHERN PROPANE, INC. | 01/28/2020 | Utilities |
| 02/07/2020 | 6,471.59 | SOUTHERN PROPANE, INC. | 02/12/2020 | Utilities |
| 02/20/2020 | 8,541.58 | SOUTHERN PROPANE, INC. | 02/25/2020 | Utilities |
| 03/23/2020 | 10,088.60 | SOUTHERN PROPANE, INC. | 03/26/2020 | Utilities |
| 01/30/2020 | 108.32 | SOUTHWESTERN ELECTRIC POWER COMPANY | 02/07/2020 | Utilities |
| 02/20/2020 | 279.34 | SOUTHWESTERN ELECTRIC POWER COMPANY | 02/26/2020 | Utilities |
| 03/13/2020 | 108.32 | SOUTHWESTERN ELECTRIC POWER COMPANY | 03/24/2020 | Utilities |
| 02/14/2020 | 2,816.00 | SPL, INC. | 02/18/2020 | Goods & Services |
| 02/20/2020 | 16,016.75 | SPL, INC. | 02/24/2020 | Goods & Services |
| 02/10/2020 | 30,073.44 | SPOC Automation, Inc. | 02/10/2020 | Goods & Services |
| 01/23/2020 | 16,363.00 | SRT OIL FIELD SERVICE, LLC | 01/28/2020 | Goods & Services |
| 01/30/2020 | 6,100.00 | SRT OIL FIELD SERVICE, LLC | 02/05/2020 | Goods & Services |
| 02/14/2020 | 3,764.00 | SRT OIL FIELD SERVICE, LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 2,400.00 | SRT OIL FIELD SERVICE, LLC | 02/25/2020 | Goods & Services |
| 03/06/2020 | 3,300.00 | SRT OIL FIELD SERVICE, LLC | 03/10/2020 | Goods & Services |
| 01/10/2020 | 2,489.15 | STABIL DRILL | 01/16/2020 | Goods & Services |
| 01/23/2020 | 1,068.70 | STABIL DRILL | 01/30/2020 | Goods & Services |
| 02/20/2020 | 15,165.70 | STABIL DRILL | 02/26/2020 | Goods & Services |
| 01/23/2020 | 1,320.55 | STAPLES BUSINESS CREDIT | 01/28/2020 | Goods & Services |
| 02/27/2020 | 1,473.79 | STAPLES BUSINESS CREDIT | 03/03/2020 | Goods & Services |
| 01/17/2020 | 29,248.71 | State of Florida | 01/17/2020 | Severance Taxes |
| 02/19/2020 | 4,641.77 | State of Florida | 02/19/2020 | Severance Taxes |
| 03/18/2020 | 436.03 | State of Florida | 03/18/2020 | Severance Taxes |
| 01/21/2020 | 650.00 | STATE POLICE RIGHT TO KNOW | 01/31/2020 | Goods & Services |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/13/2020 | 300.00 | STATE TREASURER, STATE OF ALABAMA | 01/21/2020 | Taxes |
| 01/30/2020 | 224,211.58 | Steel Service Oilfield Tubular, Inc. | 01/30/2020 | Goods & Services |
| 02/27/2020 | 1,600.00 | STEWART TRANSPORT, LLC | 03/16/2020 | Goods & Services |
| 01/30/2020 | 66,909.57 | STONEHAM DRILLING CORPORATION | 02/06/2020 | Goods & Services |
| 02/20/2020 | 50,000.00 | STONEHAM DRILLING CORPORATION | 02/27/2020 | Goods & Services |
| 03/06/2020 | 278,883.85 | STONEHAM DRILLING CORPORATION | 03/11/2020 | Goods & Services |
| 02/07/2020 | 423.10 | STUART'S INC. OF SHREVEPORT | 02/13/2020 | Goods & Services |
| 01/23/2020 | 2,349.00 | SUPPORT.COM | 01/31/2020 | Goods & Services |
| 02/27/2020 | 11,071.67 | SUPPORT.COM | 03/06/2020 | Goods & Services |
| 01/23/2020 | 83.98 | SUTTON LLOYD | 01/30/2020 | Goods & Services |
| 01/30/2020 | 6,422.00 | T & T COMMUNICATIONS | 02/06/2020 | Goods & Services |
| 02/20/2020 | 1,310.00 | T & T COMMUNICATIONS | 03/20/2020 | Goods & Services |
| 01/10/2020 | 2,510.00 | T & T WELDING SERVICE | 02/19/2020 | Goods & Services |
| 01/16/2020 | 11,954.00 | T & T WELDING SERVICE | 03/04/2020 | Goods & Services |
| 01/23/2020 | 7,135.00 | T & T WELDING SERVICE | 03/04/2020 | Goods & Services |
| 01/30/2020 | 4,599.00 | T & T WELDING SERVICE | 03/11/2020 | Goods & Services |
| 02/07/2020 | 7,430.00 | T & T WELDING SERVICE | 03/18/2020 | Goods & Services |
| 01/10/2020 | 48,983.76 | T.W. MCGUIRE & ASSOCIATES, INC. | 01/15/2020 | Goods & Services |
| 01/23/2020 | 1,215.00 | T.W. MCGUIRE & ASSOCIATES, INC. | 02/19/2020 | Goods & Services |
| 01/23/2020 | 29,831.75 | TCP SPECIALISTS, LLC | 01/28/2020 | Goods & Services |
| 03/13/2020 | 5,000.00 | TCP SPECIALISTS, LLC | 03/18/2020 | Goods & Services |
| 01/07/2020 | 2,850.11 | THE MCPHERSON COMPANIES, INC. | 01/13/2020 | Goods & Services |
| 02/20/2020 | 1,150.00 | THOMAS HOOPER | 02/28/2020 | Goods & Services |
| 01/15/2020 | 1,790.20 | THOMPSON GAS | 01/30/2020 | Goods & Services |
| 01/23/2020 | 300.26 | THOMPSON GAS | 02/14/2020 | Goods & Services |
| 02/07/2020 | 10.40 | THOMPSON GAS | 02/20/2020 | Goods & Services |
| 02/20/2020 | 755.03 | THOMPSON GAS | 03/04/2020 | Goods & Services |
| 01/10/2020 | 400.00 | TIM MCCURRY | 01/17/2020 | Goods & Services |
| 02/20/2020 | 400.00 | TIM MCCURRY | 02/25/2020 | Goods & Services |
| 03/13/2020 | 400.00 | TIM MCCURRY | 03/17/2020 | Goods & Services |
| 01/16/2020 | 1,350.00 | TIM ROSS | 01/28/2020 | Goods & Services |
| 02/07/2020 | 1,200.00 | TIM ROSS | 02/12/2020 | Goods & Services |
| 03/04/2020 | 1,200.00 | TIM ROSS | 03/16/2020 | Goods & Services |
| 01/23/2020 | 5,701.80 | TOM JOINER & ASSOCIATES INC. | 02/03/2020 | Goods & Services |
| 02/14/2020 | 22,223.74 | TOM JOINER & ASSOCIATES INC. | 02/24/2020 | Goods & Services |
| 01/10/2020 | 2,023.84 | TOOL PUSHERS SUPPLY CO. | 01/15/2020 | Goods & Services |
| 01/23/2020 | 31,295.45 | TOOL PUSHERS SUPPLY CO. | 01/28/2020 | Goods & Services |
| 02/07/2020 | 27,270.74 | TOOL PUSHERS SUPPLY CO. | 02/12/2020 | Goods & Services |
| 02/20/2020 | 15,392.76 | TOOL PUSHERS SUPPLY CO. | 02/25/2020 | Goods & Services |
| 02/10/2020 | 63,090.92 | Tool Pushers Supply Co. | 02/10/2020 | Goods & Services |
| 02/14/2020 | 1,680.10 | TOTAL PUMP & SUPPLY LLC | 02/20/2020 | Goods & Services |
| 02/20/2020 | 11,325.38 | TOTAL PUMP & SUPPLY LLC | 02/25/2020 | Goods & Services |
| 01/30/2020 | 1,051.30 | TOTAL SAFETY U.S., INC. | 02/06/2020 | Goods & Services |
| 02/20/2020 | 2,780.80 | TOTAL SAFETY U.S., INC. | 02/27/2020 | Goods & Services |
| 01/10/2020 | 19.00 | TOWN OF ARCADIA | 01/15/2020 | Taxes |
| 01/10/2020 | 134.67 | TOWN OF ARCADIA | 01/15/2020 | Taxes |
| 01/30/2020 | 25.76 | TOWN OF ARCADIA | 02/07/2020 | Taxes |
| 02/07/2020 | 19.00 | TOWN OF ARCADIA | 02/12/2020 | Taxes |
| 03/13/2020 | 19.00 | TOWN OF ARCADIA | 03/18/2020 | Taxes |
| 01/23/2020 | 430.20 | TRACKNET | 01/28/2020 | Goods & Services |
| 02/20/2020 | 430.20 | TRACKNET | 02/25/2020 | Goods & Services |
| 02/24/2020 | 17,280.07 | Transamerica (401k) | 02/29/2020 | 401(k) Contributions |
| 01/08/2020 | 15,179.14 | Transamerica (401k) | 01/08/2020 | 401(k) Contributions |
| 01/09/2020 | 15,692.59 | Transamerica (401k) | 01/09/2020 | 401(k) Contributions |
| 01/21/2020 | 16,289.48 | Transamerica (401k) | 01/21/2020 | 401(k) Contributions |
| 03/17/2020 | 20,300.24 | Transamerica (401k) | 03/17/2020 | 401(k) Contributions |
| 02/06/2020 | 16,761.40 | Transamerica (401k) | 02/06/2020 | 401(k) Contributions |
| 03/09/2020 | 17,899.21 | Transamerica (401k) | 03/09/2020 | 401(k) Contributions |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/23/2020 | 638.52 | TRANSZAP, INC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 301.56 | TRANSZAP, INC | 02/21/2020 | Goods & Services |
| 03/13/2020 | 404.52 | TRANSZAP, INC | 03/20/2020 | Goods & Services |
| 01/30/2020 | 3,000.00 | TREY BURTON | 02/10/2020 | Goods & Services |
| 01/30/2020 | 35,255.78 | UHS PREMIUM BILLING | 02/11/2020 | Goods & Services |
| 02/14/2020 | 10,898.92 | ULTERRA DRILLING TECHNOLOGIES, LP | 02/19/2020 | Goods & Services |
| 01/10/2020 | 10,423.70 | UNION OILFIELD SUPPLY, INC. | 01/22/2020 | Goods & Services |
| 01/16/2020 | 4,143.08 | UNION OILFIELD SUPPLY, INC. | 01/22/2020 | Goods & Services |
| 01/23/2020 | 5,048.59 | UNION OILFIELD SUPPLY, INC. | 01/28/2020 | Goods & Services |
| 02/14/2020 | 2,444.37 | UNION OILFIELD SUPPLY, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 48,713.76 | UNION OILFIELD SUPPLY, INC. | 02/25/2020 | Goods & Services |
| 03/06/2020 | 30,641.95 | UNION OILFIELD SUPPLY, INC. | 03/10/2020 | Goods & Services |
| 01/10/2020 | 88.59 | UNISHIPPERS DEN | 01/14/2020 | Goods & Services |
| 01/23/2020 | 148.56 | UNISHIPPERS DEN | 01/28/2020 | Goods & Services |
| 01/30/2020 | 74.04 | UNISHIPPERS DEN | 02/05/2020 | Goods & Services |
| 02/07/2020 | 85.63 | UNISHIPPERS DEN | 02/11/2020 | Goods & Services |
| 02/14/2020 | 155.24 | UNISHIPPERS DEN | 02/20/2020 | Goods & Services |
| 02/20/2020 | 159.09 | UNISHIPPERS DEN | 02/26/2020 | Goods & Services |
| 02/27/2020 | 92.10 | UNISHIPPERS DEN | 03/03/2020 | Goods & Services |
| 03/06/2020 | 140.98 | UNISHIPPERS DEN | 03/10/2020 | Goods & Services |
| 03/13/2020 | 315.79 | UNISHIPPERS DEN | 03/17/2020 | Goods & Services |
| 01/10/2020 | 279.34 | UNISHIPPERS FRT | 01/14/2020 | Goods & Services |
| 01/23/2020 | 471.18 | UNISHIPPERS FRT | 01/28/2020 | Goods & Services |
| 01/30/2020 | 133.92 | UNISHIPPERS FRT | 02/05/2020 | Goods & Services |
| 02/07/2020 | 201.82 | UNISHIPPERS FRT | 02/11/2020 | Goods & Services |
| 02/14/2020 | 198.53 | UNISHIPPERS FRT | 02/20/2020 | Goods & Services |
| 02/20/2020 | 21.40 | UNISHIPPERS FRT | 02/26/2020 | Goods & Services |
| 02/27/2020 | 54.81 | UNISHIPPERS FRT | 03/03/2020 | Goods & Services |
| 03/06/2020 | 67.66 | UNISHIPPERS FRT | 03/10/2020 | Goods & Services |
| 03/13/2020 | 1,596.87 | UNISHIPPERS FRT | 03/17/2020 | Goods & Services |
| | | UNITED RENTALS (NORTH AMERICA) INC. | | Goods & Services |
| 02/14/2020 | 94.52 | | 02/18/2020 | |
| 01/30/2020 | 4,313.76 | UNITED VISION LOGISTICS | 02/05/2020 | Goods & Services |
| 03/06/2020 | 8,581.00 | UNIVERSITY OF DENVER | 03/10/2020 | Employee Benefits |
| 01/16/2020 | 258.97 | UPSHUR RURAL ELECTRIC COOPERATIVE | 01/24/2020 | Utilities |
| 02/07/2020 | 464.21 | UPSHUR RURAL ELECTRIC COOPERATIVE | 02/14/2020 | Utilities |
| 02/14/2020 | 263.64 | UPSHUR RURAL ELECTRIC COOPERATIVE | 02/21/2020 | Utilities |
| 03/13/2020 | 631.19 | UPSHUR RURAL ELECTRIC COOPERATIVE | 03/19/2020 | Utilities |
| 01/30/2020 | 4,050.25 | VERIZON WIRELESS | 02/04/2020 | Utilities |
| 02/27/2020 | 2,763.31 | VERIZON WIRELESS | 03/03/2020 | Utilities |
| 03/23/2020 | 3,006.69 | VERIZON WIRELESS | 03/27/2020 | Utilities |
| 02/20/2020 | 4,532.12 | VINCENT A. ZITO | 02/26/2020 | Goods & Services |
| 01/10/2020 | 1,262.60 | W.S. RED HANCOCK, INC. | 01/15/2020 | Goods & Services |
| 02/20/2020 | 2,097.20 | W.S. RED HANCOCK, INC. | 03/03/2020 | Goods & Services |
| 02/20/2020 | 1,625.00 | W4 CONSULTING LLC | 02/27/2020 | Goods & Services |
| 02/07/2020 | 2,428.90 | WADE SERVICES, INC. | 02/20/2020 | Goods & Services |
| 01/10/2020 | 1,900.00 | WALKER INSPECTION LLC | 01/23/2020 | Goods & Services |
| 01/30/2020 | 29,906.20 | WARREN COUNTY CLERK | 02/07/2020 | Taxes |
| 01/30/2020 | 1,124.46 | WARREN COUNTY CLERK | 02/07/2020 | Taxes |
| | | WASTEWATER DISPOSAL SERVICES, INC. | | Goods & Services |
| 01/16/2020 | 26,462.00 | | 02/05/2020 | |
| | | WASTEWATER DISPOSAL SERVICES, INC. | | Goods & Services |
| 03/06/2020 | 6,972.00 | | 03/17/2020 | |
| 02/07/2020 | 5,225.44 | WEATHERFORD LABORATORIES, INC. | 02/12/2020 | Goods & Services |
| 02/14/2020 | 3,434.00 | WEATHERFORD LABORATORIES, INC. | 02/25/2020 | Goods & Services |
| 02/20/2020 | 83,861.25 | WEATHERFORD LABORATORIES, INC. | 03/02/2020 | Goods & Services |
| | | WELLEZ INFORMATION MANAGEMENT, LLC | | Goods & Services |
| 01/30/2020 | 750.00 | | 02/05/2020 | |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|-----------|----------|-----------|-----------|--------------------|
| | | WELLEZ INFORMATION MANAGEMENT, LLC | | Goods & Services |
| 02/07/2020 | 750.00 | | 02/12/2020 | |
| 01/30/2020 | 727.00 | WESTERN WATER CONSULTANTS, INC. | 02/05/2020 | Goods & Services |
| 02/07/2020 | 890.50 | WESTERN WATER CONSULTANTS, INC. | 02/13/2020 | Goods & Services |
| | | WHIRLWIND METHANE RECOVERY | | Goods & Services |
| 01/10/2020 | 11,070.00 | SYSTEMS, LLC | 01/16/2020 | |
| | | WHIRLWIND METHANE RECOVERY | | Goods & Services |
| 02/14/2020 | 7,106.96 | SYSTEMS, LLC | 02/25/2020 | |
| | | WHIRLWIND METHANE RECOVERY | | Goods & Services |
| 02/20/2020 | 16,454.02 | SYSTEMS, LLC | 02/25/2020 | |
| | | WHIRLWIND METHANE RECOVERY | | Goods & Services |
| 02/27/2020 | 3,671.82 | SYSTEMS, LLC | 03/06/2020 | |
| 02/14/2020 | 16,369.08 | WHITE RESOURCES LLC | 02/24/2020 | Goods & Services |
| 02/20/2020 | 14,537.93 | WHITE RESOURCES LLC | 02/25/2020 | Goods & Services |
| 02/07/2020 | 707.80 | WOLFEPAK SOFTWARE, LLC | 02/12/2020 | Software Licensing |
| 01/23/2020 | 3,319.85 | WP SOFTWARE CONSULTANTS, LLC | 01/28/2020 | Software Licensing |
| 02/27/2020 | 3,319.85 | WP SOFTWARE CONSULTANTS, LLC | 03/03/2020 | Software Licensing |
| 03/19/2020 | 3,319.85 | WP SOFTWARE CONSULTANTS, LLC | 03/24/2020 | Software Licensing |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 01/23/2020 | 5,294.62 | ASSOCIATION | 01/29/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 01/23/2020 | 4,903.64 | ASSOCIATION | 01/29/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 02/07/2020 | 145.07 | ASSOCIATION | 02/12/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/12/2020 | 6,159.17 | ASSOCIATION | 03/17/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/12/2020 | 6,844.97 | ASSOCIATION | 03/17/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/12/2020 | 145.07 | ASSOCIATION | 03/17/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/23/2020 | 4,265.15 | ASSOCIATION | 03/27/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/23/2020 | 6,534.73 | ASSOCIATION | 03/27/2020 | |
| 01/10/2020 | 129.90 | YOUR MESSAGE CENTER, INC. | 01/15/2020 | Goods & Services |
| 02/14/2020 | 102.85 | YOUR MESSAGE CENTER, INC. | 02/20/2020 | Goods & Services |
| 03/13/2020 | 103.92 | YOUR MESSAGE CENTER, INC. | 03/24/2020 | Goods & Services |
| 01/10/2020 | 53.50 | ZEDI USA | 01/30/2020 | Goods & Services |
| 01/30/2020 | 53.50 | ZEDI USA | 02/07/2020 | Goods & Services |
| | **10,097,684.81** | | | |

EXHIBIT 7

Sklar Exploration Company
Payments to Insiders in Year Prior to Filing

| CheckDate | CheckAmt | PayeeName | Notes |
|---|---|---|---|
| 12/31/2019 | 2,277.78 | CORY EZELLE | Expense Reimbursement |
| 01/30/2020 | 199.02 | CORY EZELLE | Expense Reimbursement |
| 02/20/2020 | 199.02 | CORY EZELLE | Expense Reimbursement |
| 10/08/2019 | 169.36 | DON EUSTES | Expense Reimbursement |
| 02/20/2020 | 5,768.84 | DON EUSTES | Expense Reimbursement |
| 03/13/2020 | 469.12 | DON EUSTES | Expense Reimbursement |
| 06/17/2019 | 36,251.05 | Howard Sklar | Expense Reimbursement for purchased FlexJet hours |
| 09/25/2019 | 2,860.82 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 11/27/2019 | 2,240.50 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 12/20/2019 | 2,766.88 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 12/20/2019 | 1,352.92 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 01/23/2020 | 4,617.51 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 02/07/2020 | 1,701.21 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 02/20/2020 | 2,811.64 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 03/23/2020 | 2,720.93 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 05/01/2019 | 225,000.00 | Sklarco LLC | Intercompany Transfer; funds used to pay Howard F. Sklar Trust |
| 07/11/2019 | 50,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and |
| 07/24/2019 | 50,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 07/24/2019 | 200,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 08/22/2019 | 90,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 09/03/2019 | 110,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 10/02/2019 | 160,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 10/16/2019 | 20,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |

EXHIBIT 7

Sklar Exploration Company
Payments to Insiders in Year Prior to Filing

| CheckDate | CheckAmt | PayeeName | Notes |
|---|---|---|---|
| 10/21/2019 | 684,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 10/21/2019 | 2,700.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 10/22/2019 | 11,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 10/28/2019 | 42,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 10/29/2019 | 15,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 11/01/2019 | 60,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 11/08/2019 | 9,560.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 11/18/2019 | 75,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 11/25/2019 | 360,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 11/27/2019 | 180,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 12/23/2019 | 100,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 01/06/2020 | 210,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 04/04/2019 | 735.00 | STEVEN HATCHER | Expense Reimbursement |
| 08/29/2019 | 1,267.41 | STEVEN HATCHER | Expense Reimbursement |
| 09/12/2019 | 1,818.64 | STEVEN HATCHER | Expense Reimbursement |
| 03/13/2020 | 1,920.60 | STEVEN HATCHER | Expense Reimbursement |
| 05/22/2019 | 1,396.21 | TRISTAN FAREL | Expense Reimbursement |
| | 2,727,804.46 | | |

EXHIBIT 7

| | Funds into Sklarco | | | Transfers/Payments Out of Sklarco | |
|---|---|---|---|---|---|
| | **May 2019** | | | **May 2019** | |
| Starting Balance | 194,195.74 | | Payments of AP | | (209,607.57) |
| Deposits - Non SEC | 544,342.12 | | Transfers to Alan Trust | | (37,546.69) |
| Deposits from SEC | 225,000.00 | | Transfers to Howard Sklar/Howard Trust | | (355,000.00) |
| **Total Inflows** | **963,537.86** | | Transfers to Jacob Trust | | (32,966.51) |
| | | | **Total Outflows** | | **(635,120.77)** |
| | | | | | |
| | **June 2019** | | | **June 2019** | |
| Starting Balance | 328,417.09 | | Payments of AP | | (181,889.75) |
| Deposits - Non SEC | 342,231.55 | | Transfers to SEC | | (320,000.00) |
| **Total Inflows** | **670,648.64** | | Transfers to Howard Sklar/Howard Trust | | (130,000.00) |
| | | | **Total Outflows** | | **(631,889.75)** |
| | | | | | |
| | **July 2019** | | | **July 2019** | |
| Starting Balance | 38,758.89 | | Payments of AP | | (122,175.79) |
| Deposits - Non SEC | 429,165.29 | | Transfers to Alan Trust | | (38,310.19) |
| Deposits from SEC | 300,000.00 | | Transfers to Howard Sklar/Howard Trust | | (307,654.00) |
| **Total Inflows** | **767,924.18** | | Transfers to Insiders- Maren | | (3,000.00) |
| | | | Transfers to Jacob Trust | | (28,466.38) |
| | | | **Total Outflows** | | **(499,606.36)** |
| | | | | | |
| | **August 2019** | | | **August 2019** | |
| Starting Balance | 268,317.82 | | Payments of AP | | (160,318.63) |
| Deposits - Non SEC | 241,005.05 | | Transfers to Alan Trust | | (74,686.28) |
| Deposits from SEC | 90,000.00 | | Transfers to Howard Sklar/Howard Trust | | (210,000.00) |
| **Total Inflows** | **599,322.87** | | Transfers to Jacob Trust | | (70,493.02) |
| | | | **Total Outflows** | | **(515,497.93)** |
| | | | | | |
| | **September 2019** | | | **September 2019** | |
| Starting Balance | 83,824.94 | | Payments of AP | | (44,605.52) |
| Deposits - Non SEC | 544,390.51 | | Transfers to SEC | | (310,000.00) |
| Deposits from SEC | 110,000.00 | | Transfers to Howard Sklar/Howard Trust | | (230,000.00) |
| **Total Inflows** | **738,215.45** | | **Total Outflows** | | **(584,605.52)** |
| | | | | | |
| | **October 2019** | | | **October 2019** | |
| Starting Balance | 153,609.93 | | Payments of AP | | (1,098,009.44) |
| Deposits - Non SEC | 260,205.30 | | Transfers to Alan Trust | | (1,620.75) |
| Deposits from SEC | 934,700.00 | | Transfers to Howard Sklar/Howard Trust | | (201,200.00) |
| **Total Inflows** | **1,348,515.23** | | Transfers to Jacob Trust | | (1,620.74) |
| | | | **Total Outflows** | | **(1,302,450.93)** |
| | | | | | |
| | **November 2019** | | | **November 2019** | |
| Starting Balance | 46,064.30 | | Payments of AP | | (1,123,473.52) |
| Deposits - Non SEC | 580,605.86 | | Transfers to SEC | | (20,000.00) |
| Deposits from SEC | 684,560.00 | | Transfers to Alan Trust | | (26,967.00) |
| **Total Inflows** | **1,311,230.16** | | Transfers to Howard Sklar/Howard Trust | | (120,000.00) |
| | | | Transfers to Jacob Trust | | (35,207.00) |

EXHIBIT 7

|  |  |  |  | Total Outflows | (1,325,647.52) |
|--|--|--|--|--|--|
|  |  |  |  |  |  |
|  | **December 2019** |  |  | **December 2019** |  |
|  | Starting Balance | (14,417.36) |  | Payments of AP | (156,227.39) |
|  | Deposits - Non SEC | 452,814.39 |  | Transfers to Howard Sklar/Howard Trust | (205,000.00) |
|  | Deposits from SEC | 100,000.00 |  | Transfers to Jacob Trust | (4,400.00) |
|  | **Total Inflows** | **538,397.03** |  | Outflows to Insiders - SMMS | (8,680.00) |
|  |  |  |  | **Total Outflows** | **(374,307.39)** |
|  |  |  |  |  |  |
|  | **January 2020** |  |  | **January 2020** |  |
|  | Starting Balance | 164,089.64 |  | Payments of AP | (278,758.55) |
|  | Deposits - Non SEC | 362,125.10 |  | Transfers to SEC | (160,000.00) |
|  | Deposits from SEC | 210,000.00 |  | Transfers to Alan Trust | (21,249.50) |
|  | **Total Inflows** | **736,214.74** |  | Transfers to Howard Sklar/Howard Trust | (125,000.00) |
|  |  |  |  | Transfers to Jacob Trust | (21,249.50) |
|  |  |  |  | Outflows to Insiders - SMMS | (8,000.00) |
|  |  |  |  | **Total Outflows** | **(614,257.55)** |
|  |  |  |  |  |  |
|  | **Ending Balance January 2020** | **121,957.19** |  |  |  |

EXHIBIT 7

**Beiner, Grant**

---

| | |
|---|---|
| **From:** | Beiner, Grant |
| **Sent:** | Thursday, November 19, 2020 4:23 PM |
| **To:** | Parker, Ross |
| **Cc:** | Beiner, Grant |
| **Subject:** | FW: SEC A/P |
| **Attachments:** | 2019-05-22 (1).pdf |

---

**From:** Tristan Farel <TFarel@sklarexploration.com>
**Sent:** Wednesday, May 22, 2019 10:31 AM
**To:** Marshall Jones <jmjones@sklarexploration.com>
**Subject:** FW: SEC A/P

Please have a look…Rapad is not included in this check run. It's going to be a tight month this month…how far out can we push Rapad? They have a $558k invoice out there dated 04/01, so I know it needs paid sooner rather than later.

Tristan R. Farel
Sklar Exploration Company LLC
5395 Pearl Parkway, Suite 200
Boulder, CO 80301
318.212.0912 (office)
303.579.1129 (mobile)
tfarel@sklarexploration.com



---

**From:** Bobbie Gore <BGore@sklarexploration.com>
**Sent:** Wednesday, May 22, 2019 8:02 AM
**To:** Tristan Farel <TFarel@sklarexploration.com>
**Subject:** SEC A/P

$1,035,257.60 Yikes

Also, please note that Rapad will more than likely be calling any day now about the $558k invoice from 4/1/2019, so I'll need to have something to tell them in regards to that.

Please advise.

*Thank you so much,*
*Bobbie Gore*



EXHIBIT 11

Great Exploration Co., LTD
Historical Open Item Report - Aged by Invoice Date
Detail
Invoices posted as of but not paid by 05/24/2019

*$1,035,257.60*

Bank A/P:2000

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **ABPU01** | | **A & B Pump & Supply, Inc.** | | | | | | | |
| 03/17/2019 | 62354 | A/P Invoice | 4,088.42 | | Due:04/16/2019 | | | 4,088.42 | |
| 03/28/2019 | 62380 | A/P Invoice | 4,439.28 | | Due:04/27/2019 | | 4,439.28 | | |
| 04/14/2019 | 62415 | A/P Invoice | 3,455.07 | | Due:05/14/2019 | | 3,455.07 | | |
| 04/16/2019 | 62417 | A/P Invoice | 9,341.79 | | Due:05/16/2019 | | 9,341.79 | | |
| 04/16/2019 | 62416 | A/P Invoice | 3,398.54 | | Due:05/16/2019 | | 3,398.54 | | |
| 04/24/2019 | 62445 | A/P Invoice | 4,237.35 | | Due:05/24/2019 | 4,237.35 | | | |
| 04/28/2019 | 62457 | A/P Invoice | 3,153.50 | | Due:05/28/2019 | 3,153.50 | | | |
| ABPU01 | | Total for A & B Pump & Supply, Inc. | 32,113.95 | | | 7,390.85 | 20,634.68 | 4,088.42 | 0.00 |
| | | | | | | | | | |
| **ACMT01** | | **Acme Truck Line, Inc.** | | | | | | | |
| 04/01/2019 | 5635117 | A/P Invoice | 1,894.97 | | Due:05/01/2019 | | 1,894.97 | | |
| ACMT01 | | Total for Acme Truck Line, Inc. | 1,894.97 | | | 0.00 | 1,894.97 | 0.00 | 0.00 |
| | | | | | | | | | |
| **AFCO01** | | **AFCO** | | | | | | | |
| 05/01/2019 | 6049787049 | A/P Invoice | 36,773.44 | | Due:06/01/2019 | 36,773.44 | | | |
| AFCO01 | | Total for AFCO | 36,773.44 | | | 36,773.44 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **APLR01** | | **Apple River Investments, LLC** | | | | | | | |
| 04/23/2019 | 1440 | A/P Invoice | 41,229.51 | | Due:05/18/2019 | | 41,229.51 | | |
| APLR01 | | Total for Apple River Investments, LLC | 41,229.51 | | | 0.00 | 41,229.51 | 0.00 | 0.00 |
| | | | | | | | | | |
| **ARMJ01** | | **Armbrecht Jackson LLP** | | | | | | | |
| 04/11/2019 | 408286 | A/P Invoice | 409.00 | | Due:05/11/2019 | | 409.00 | | |
| 04/11/2019 | 408278 | A/P Invoice | 1,260.00 | | Due:05/11/2019 | | 1,260.00 | | |
| 04/11/2019 | 408279 | A/P Invoice | 1,260.00 | | Due:05/11/2019 | | 1,260.00 | | |
| 04/11/2019 | 408280 | A/P Invoice | 1,545.50 | | Due:05/11/2019 | | 1,545.50 | | |
| 04/11/2019 | 408281 | A/P Invoice | 466.50 | | Due:05/11/2019 | | 466.50 | | |
| 04/11/2019 | 408282 | A/P Invoice | 720.00 | | Due:05/11/2019 | | 720.00 | | |
| 04/11/2019 | 408283 | A/P Invoice | 1,111.00 | | Due:05/11/2019 | | 1,111.00 | | |
| 04/11/2019 | 408284 | A/P Invoice | 15,337.19 | | Due:05/11/2019 | | 15,337.19 | | |
| 04/11/2019 | 408285 | A/P Invoice | 16,577.95 | | Due:05/11/2019 | | 16,577.95 | | |
| ARMJ01 | | Total for Armbrecht Jackson LLP | 38,687.14 | | | 0.00 | 38,687.14 | 0.00 | 0.00 |
| | | | | | | | | | |
| **BAKH01** | | **Baker Hughes, a GE Company, LLC** | | | | | | | |
| 04/05/2019 | 909912053 | A/P Invoice | 23,800.00 | | Due:05/05/2019 | | 23,800.00 | | |
| 04/15/2019 | 909941496 | A/P Invoice | 82,749.67 | | Due:05/15/2019 | | 82,749.67 | | |
| 04/18/2019 | 909955234 | A/P Invoice | 2,822.50 | | Due:05/18/2019 | | 2,822.50 | | |
| 04/22/2019 | 909960057 | A/P Invoice | 1,656.72 | | Due:05/22/2019 | | 1,656.72 | | |
| 04/23/2019 | 909963474 | A/P Invoice | 406.92 | | Due:05/23/2019 | | 406.92 | | |
| 04/23/2019 | 909963605 | A/P Invoice | 406.92 | | Due:05/23/2019 | | 406.92 | | |
| 04/23/2019 | 909963905 | A/P Invoice | 406.92 | | Due:05/23/2019 | | 406.92 | | |
| 04/26/2019 | 909976279 | A/P Invoice | 1,312.31 | | Due:05/26/2019 | 1,312.31 | | | |
| 04/26/2019 | 909976282 | A/P Invoice | 1,278.52 | | Due:05/26/2019 | 1,278.52 | | | |
| 04/26/2019 | 909976287 | A/P Invoice | 1,308.25 | | Due:05/26/2019 | 1,308.25 | | | |
| 04/26/2019 | 909976291 | A/P Invoice | 1,314.70 | | Due:05/26/2019 | 1,314.70 | | | |
| 04/26/2019 | 909976308 | A/P Invoice | 1,278.52 | | Due:05/26/2019 | 1,278.52 | | | |
| 04/26/2019 | 909976339 | A/P Invoice | 1,278.52 | | Due:05/26/2019 | 1,278.52 | | | |
| 04/26/2019 | 909976345 | A/P Invoice | 1,325.74 | | Due:05/26/2019 | 1,325.74 | | | |
| 04/26/2019 | 909976353 | A/P Invoice | 2,861.36 | | Due:05/26/2019 | 2,861.36 | | | |
| 04/29/2019 | 909986494 | A/P Invoice | 673.37 | | Due:05/29/2019 | 673.37 | | | |
| 04/29/2019 | 909986497 | A/P Invoice | 1,314.70 | | Due:05/29/2019 | 1,314.70 | | | |

EXHIBIT 11.1

EXHIBIT 11.1

Historical Open Item Report - Aged by Invoice Date

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **BAKH01** | | **Baker Hughes, a GE Company, LLC <Continued>** | | | | | | | |
| 04/29/2019 | 909986501 | A/P Invoice | 673.37 | | Due:05/29/2019 | 673.37 | | | |
| 04/29/2019 | 909986505 | A/P Invoice | 1,278.52 | | Due:05/29/2019 | 1,278.52 | | | |
| 04/29/2019 | 909986507 | A/P Invoice | 1,723.56 | | Due:05/29/2019 | 1,723.56 | | | |
| 04/29/2019 | 909986508 | A/P Invoice | 2,888.99 | | Due:05/29/2019 | 2,888.99 | | | |
| 04/29/2019 | 909986520 | A/P Invoice | 526.45 | | Due:05/29/2019 | 526.45 | | | |
| BAKH01 | | Total for Baker Hughes, a GE Company, LLC | 133,286.53 | | | 21,036.88 | 112,249.65 | 0.00 | 0.00 |
| | | | | | | | | | |
| **BARB01** | | **Barnette & Benefield, Inc.** | | | | | | | |
| 04/30/2019 | 34693 | A/P Invoice | 3,164.00 | | Due:05/30/2019 | 3,164.00 | | | |
| 05/16/2019 | 34750 | A/P Invoice | 4,127.00 | | Due:06/15/2019 | 4,127.00 | | | |
| BARB01 | | Total for Barnette & Benefield, Inc. | 7,291.00 | | | 7,291.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **BERE01** | | **Berith Equipment, Inc.** | | | | | | | |
| 03/21/2019 | 1-29392 | A/P Invoice | 2,154.54 | | Due:04/20/2019 | | | 2,154.54 | |
| BERE01 | | Total for Berith Equipment, Inc. | 2,154.54 | | | 0.00 | 0.00 | 2,154.54 | 0.00 |
| | | | | | | | | | |
| **BERH01** | | **Berg Hill Greenleaf Ruscitti LLP** | | | | | | | |
| 04/30/2019 | 27870.00010 | A/P Invoice | 665.00 | | Due:05/25/2019 | 665.00 | | | |
| 04/30/2019 | 27870.00020 | A/P Invoice | 187.50 | | Due:05/25/2019 | 187.50 | | | |
| 04/30/2019 | 27730.00000 | A/P Invoice | 600.00 | | Due:05/25/2019 | 600.00 | | | |
| BERH01 | | Total for Berg Hill Greenleaf Ruscitti LLP | 1,452.50 | | | 1,452.50 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **BLPI01** | | **B & L Pipeco Services, L.L.C.** | | | | | | | |
| 03/28/2019 | 19-3947 | A/P Invoice | 114,415.95 | | Due:04/27/2019 | | 114,415.95 | | |
| 04/15/2019 | 19-4668 | A/P Invoice | 282,345.94 | | Due:05/15/2019 | | 282,345.94 | | |
| 05/08/2019 | 19-2002 | A/P Invoice | (2,406.16) | | Due:06/07/2019 | (2,406.16) | | | |
| 05/10/2019 | 19-2004 | A/P Invoice | (5,332.81) | | Due:06/09/2019 | (5,332.81) | | | |
| BLPI01 | | Total for B & L Pipeco Services, L.L.C. | 389,022.92 | | | (7,738.97) | 396,761.89 | 0.00 | 0.00 |
| | | | | | | | | | |
| **BOOS01** | | **Boots Smith Completion Services, LLC** | | | | | | | |
| 04/08/2019 | 11221 | A/P Invoice | 70,983.54 | | Due:05/03/2019 | | 70,983.54 | | |
| 04/29/2019 | 11262 | A/P Invoice | 658.05 | | Due:05/24/2019 | 658.05 | | | |
| BOOS01 | | Total for Boots Smith Completion Services, LLC | 71,641.59 | | | 658.05 | 70,983.54 | 0.00 | 0.00 |
| | | | | | | | | | |
| **BRAE02** | | **Brammer Engineering, Inc.** | | | | | | | |
| 03/31/2019 | 2019030020 | A/P Invoice | 1,409.25 | | Due:03/31/2019 | | 1,409.25 | | |
| 04/12/2019 | IM0002159 | A/P Invoice | 44.76 | | Due:04/12/2019 | | 44.76 | | |
| 04/12/2019 | 201903-00562 | A/P Invoice | 3,825.00 | | Due:04/12/2019 | | 3,825.00 | | |
| 04/30/2019 | 2019040023 | A/P Invoice | 875.00 | | Due:04/30/2019 | 875.00 | | | |
| 04/30/2019 | 2019040024 | A/P Invoice | 919.38 | | Due:04/30/2019 | 919.38 | | | |
| 05/15/2019 | 201904-00511 | A/P Invoice | 3,825.00 | | Due:05/15/2019 | 3,825.00 | | | |
| BRAE02 | | Total for Brammer Engineering, Inc. | 10,898.39 | | | 5,619.38 | 5,279.01 | 0.00 | 0.00 |
| | | | | | | | | | |
| **BREA01** | | **Brewton Area Properties, LLC** | | | | | | | |
| 05/01/2019 | 050119 | A/P Invoice | 1,800.00 | | Due:06/01/2019 | 1,800.00 | | | |
| BREA01 | | Total for Brewton Area Properties, LLC | 1,800.00 | | | 1,800.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **BTES01** | | **BTech Service & Supply Inc.** | | | | | | | |
| 04/02/2019 | 3490 | A/P Invoice | 12,251.89 | | Due:05/02/2019 | | 12,251.89 | | |
| 04/04/2019 | 3497 | A/P Invoice | 34,161.83 | | Due:05/04/2019 | | 34,161.83 | | |
| 04/05/2019 | 3507 | A/P Invoice | 610.40 | | Due:05/05/2019 | | 610.40 | | |
| 04/11/2019 | 3510 | A/P Invoice | 2,016.76 | | Due:05/11/2019 | | 2,016.76 | | |
| 04/19/2019 | 3533 | A/P Invoice | 1,092.66 | | Due:05/19/2019 | | 1,092.66 | | |
| 04/23/2019 | 3534 | A/P Invoice | 291.50 | | Due:05/23/2019 | | 291.50 | | |

EXHIBIT 11.1

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **BTES01** | | **BTech Service & Supply Inc. \<Continued\>** | | | | | | | |
| 04/23/2019 | 3535 | A/P Invoice | 291.50 | | Due:05/23/2019 | | 291.50 | | |
| 04/23/2019 | 3536 | A/P Invoice | 291.50 | | Due:05/23/2019 | | 291.50 | | |
| 04/23/2019 | 3537 | A/P Invoice | 291.50 | | Due:05/23/2019 | | 291.50 | | |
| 04/23/2019 | 3538 | A/P Invoice | 291.50 | | Due:05/23/2019 | | 291.50 | | |
| 04/23/2019 | 3539 | A/P Invoice | 291.50 | | Due:05/23/2019 | | 291.50 | | |
| 04/23/2019 | 3540 | A/P Invoice | 291.50 | | Due:05/23/2019 | | 291.50 | | |
| 04/23/2019 | 3541 | A/P Invoice | 291.50 | | Due:05/23/2019 | | 291.50 | | |
| 04/23/2019 | 3542 | A/P Invoice | 291.50 | | Due:05/23/2019 | | 291.50 | | |
| 04/23/2019 | 3543 | A/P Invoice | 360.40 | | Due:05/23/2019 | | 360.40 | | |
| 04/23/2019 | 3544 | A/P Invoice | 291.50 | | Due:05/23/2019 | | 291.50 | | |
| BTES01 | | Total for BTech Service & Supply Inc. | 53,408.94 | | | 0.00 | 53,408.94 | 0.00 | 0.00 |
| | | | | | | | | | |
| **CADO01** | | **Caddo Oilfield Construction, LLC** | | | | | | | |
| 04/23/2019 | 7619 | A/P Invoice | 36,636.25 | | Due:04/23/2019 | | 36,636.25 | | |
| 04/23/2019 | 7620 | A/P Invoice | 36,636.25 | | Due:04/23/2019 | | 36,636.25 | | |
| 04/23/2019 | 7621 | A/P Invoice | 36,636.25 | | Due:04/23/2019 | | 36,636.25 | | |
| 04/23/2019 | 7622 | A/P Invoice | 36,636.25 | | Due:04/23/2019 | | 36,636.25 | | |
| CADO01 | | Total for Caddo Oilfield Construction, LLC | 146,545.00 | | | 0.00 | 146,545.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **CAMS03** | | **Camp Service and Repair, LLC** | | | | | | | |
| 04/05/2019 | 750057 | A/P Invoice | 5,125.00 | | Due:04/30/2019 | | 5,125.00 | | |
| 04/06/2019 | 750058 | A/P Invoice | 5,280.00 | | Due:05/01/2019 | | 5,280.00 | | |
| 04/07/2019 | 750059 | A/P Invoice | 7,675.00 | | Due:05/02/2019 | | 7,675.00 | | |
| 04/08/2019 | 750002 | A/P Invoice | 15,461.75 | | Due:05/03/2019 | | 15,461.75 | | |
| CAMS03 | | Total for Camp Service and Repair, LLC | 33,541.75 | | | 0.00 | 33,541.75 | 0.00 | 0.00 |
| | | | | | | | | | |
| **CARE01** | | **Carnley Electric Inc** | | | | | | | |
| 03/29/2019 | 22673 | A/P Invoice | 360.00 | | Due:04/23/2019 | | 360.00 | | |
| 03/29/2019 | 22672 | A/P Invoice | 360.00 | | Due:04/23/2019 | | 360.00 | | |
| 03/29/2019 | 22671 | A/P Invoice | 180.00 | | Due:04/23/2019 | | 180.00 | | |
| 04/04/2019 | 22694 | A/P Invoice | 180.00 | | Due:04/29/2019 | | 180.00 | | |
| 04/04/2019 | 22693 | A/P Invoice | 180.00 | | Due:04/29/2019 | | 180.00 | | |
| 04/04/2019 | 22692 | A/P Invoice | 720.00 | | Due:04/29/2019 | | 720.00 | | |
| 04/04/2019 | 22691 | A/P Invoice | 720.00 | | Due:04/29/2019 | | 720.00 | | |
| 04/11/2019 | 22707 | A/P Invoice | 360.00 | | Due:05/06/2019 | | 360.00 | | |
| 04/11/2019 | 22708 | A/P Invoice | 360.00 | | Due:05/06/2019 | | 360.00 | | |
| 04/19/2019 | 22727 | A/P Invoice | 360.00 | | Due:05/14/2019 | | 360.00 | | |
| 04/19/2019 | 22726 | A/P Invoice | 360.00 | | Due:05/14/2019 | | 360.00 | | |
| 04/26/2019 | 22742 | A/P Invoice | 360.00 | | Due:05/21/2019 | 360.00 | | | |
| 04/26/2019 | 22743 | A/P Invoice | 180.00 | | Due:05/21/2019 | 180.00 | | | |
| 04/26/2019 | 22745 | A/P Invoice | 180.00 | | Due:05/21/2019 | 180.00 | | | |
| 04/26/2019 | 22744 | A/P Invoice | 360.00 | | Due:05/21/2019 | 360.00 | | | |
| 05/03/2019 | 22769 | A/P Invoice | 1,116.00 | | Due:05/28/2019 | 1,116.00 | | | |
| 05/03/2019 | 22773 | A/P Invoice | 360.00 | | Due:05/28/2019 | 360.00 | | | |
| 05/03/2019 | 22770 | A/P Invoice | 860.00 | | Due:05/28/2019 | 860.00 | | | |
| 05/03/2019 | 22768 | A/P Invoice | 360.00 | | Due:05/28/2019 | 360.00 | | | |
| 05/03/2019 | 22771 | A/P Invoice | 180.00 | | Due:05/28/2019 | 180.00 | | | |
| 05/03/2019 | 22767 | A/P Invoice | 837.67 | | Due:05/28/2019 | 837.67 | | | |
| 05/08/2019 | 22791 | A/P Invoice | 360.00 | | Due:06/02/2019 | 360.00 | | | |
| 05/08/2019 | 22790 | A/P Invoice | 360.00 | | Due:06/02/2019 | 360.00 | | | |
| 05/08/2019 | 22789 | A/P Invoice | 18,226.02 | | Due:06/02/2019 | 18,226.02 | | | |
| 05/08/2019 | 22788 | A/P Invoice | 780.00 | | Due:06/02/2019 | 780.00 | | | |
| CARE01 | | Total for Carnley Electric Inc | 28,659.69 | | | 24,519.69 | 4,140.00 | 0.00 | 0.00 |

EXHIBIT 11.1

Company:00SEC

Historical Open Item Report - Aged by Invoice Date

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **CJSP01** | | **C&J Spec-Rent Services, Inc.** | | | | | | | |
| 04/02/2019 | 6110003505 | A/P Invoice | 32,612.55 | | Due:04/02/2019 | | 32,612.55 | | |
| 04/17/2019 | 6110003544 | A/P Invoice | 40,081.93 | | Due:04/17/2019 | | 40,081.93 | | |
| 04/17/2019 | 6110003545 | A/P Invoice | 44,616.48 | | Due:04/17/2019 | | 44,616.48 | | |
| 04/18/2019 | 6110003552 | A/P Invoice | 6,861.35 | | Due:04/18/2019 | | 6,861.35 | | |
| 05/01/2019 | 6110003600 | A/P Invoice | 43,813.25 | | Due:05/01/2019 | 43,813.25 | | | |
| 05/01/2019 | 6110003624 | A/P Invoice | 11,415.59 | | Due:05/01/2019 | 11,415.59 | | | |
| CJSP01 | | Total for C&J Spec-Rent Services, Inc. | 179,401.15 | | | 55,228.84 | 124,172.31 | 0.00 | 0.00 |
| | | | | | | | | | |
| **CLAO01** | | **Clarkco Oilfield Services, Inc.** | | | | | | | |
| 03/22/2019 | 144447 | A/P Invoice | 267.50 | | Due:04/21/2019 | | | 267.50 | |
| 03/22/2019 | 144448 | A/P Invoice | 802.50 | | Due:04/21/2019 | | | 802.50 | |
| 03/19/2019 | 144450 | A/P Invoice | 347.75 | | Due:04/18/2019 | | | 347.75 | |
| 03/29/2019 | 144656 | A/P Invoice | 556.40 | | Due:04/28/2019 | | 556.40 | | |
| 03/29/2019 | 144657 | A/P Invoice | 347.75 | | Due:04/28/2019 | | 347.75 | | |
| 04/05/2019 | 144816 | A/P Invoice | 347.75 | | Due:05/05/2019 | | 347.75 | | |
| 04/10/2019 | 144815 | A/P Invoice | 347.75 | | Due:05/10/2019 | | 347.75 | | |
| 04/16/2019 | 145075 | A/P Invoice | 1,171.65 | | Due:05/16/2019 | | 1,171.65 | | |
| 03/20/2019 | 145076 | A/P Invoice | 1,100.00 | | Due:04/19/2019 | | | 1,100.00 | |
| 03/20/2019 | 145077 | A/P Invoice | 1,100.00 | | Due:04/19/2019 | | | 1,100.00 | |
| 04/10/2019 | 145078 | A/P Invoice | 3,600.00 | | Due:05/10/2019 | | 3,600.00 | | |
| 04/30/2019 | 145224 | A/P Invoice | 347.75 | | Due:05/30/2019 | 347.75 | | | |
| CLAO01 | | Total for Clarkco Oilfield Services, Inc. | 10,336.80 | | | 347.75 | 6,371.30 | 3,617.75 | 0.00 |
| | | | | | | | | | |
| **COAC01** | | **Coastal Chemical Co., LLC** | | | | | | | |
| 05/06/2019 | CCI19-698074 | A/P Invoice | 3,606.71 | | Due:06/05/2019 | 3,606.71 | | | |
| 05/08/2019 | CCI19-698747 | A/P Invoice | 310.59 | | Due:06/07/2019 | 310.59 | | | |
| 05/09/2019 | CCI19-699241 | A/P Invoice | 1,063.46 | | Due:06/08/2019 | 1,063.46 | | | |
| 05/09/2019 | CCI19-699249 | A/P Invoice | 2,464.28 | | Due:06/08/2019 | 2,464.28 | | | |
| 05/13/2019 | CCI19-700299 | A/P Invoice | 114.19 | | Due:06/12/2019 | 114.19 | | | |
| COAC01 | | Total for Coastal Chemical Co., LLC | 7,559.23 | | | 7,559.23 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **COMC05** | | **Compression Controls & Rentals, LLC** | | | | | | | |
| 03/28/2019 | 19430 | A/P Invoice | 1,518.30 | | Due:04/27/2019 | | 1,518.30 | | |
| 03/28/2019 | 19443 | A/P Invoice | 2,371.60 | | Due:04/27/2019 | | 2,371.60 | | |
| 04/22/2019 | 19642 | A/P Invoice | 2,371.60 | | Due:05/22/2019 | | 2,371.60 | | |
| COMC05 | | Total for Compression Controls & Rentals, LLC | 6,261.50 | | | 0.00 | 6,261.50 | 0.00 | 0.00 |
| | | | | | | | | | |
| **COME02** | | **Complete Environmental & Remediation Co** | | | | | | | |
| 04/30/2019 | 6369 | A/P Invoice | 8,623.91 | | Due:04/30/2019 | 8,623.91 | | | |
| COME02 | | Total for Complete Environmental & Remediation Co | 8,623.91 | | | 8,623.91 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **CONE01** | | **Consolidated Electrical Distributors Inc** | | | | | | | |
| 04/29/2019 | 0939-507887 | A/P Invoice | 4,059.59 | | Due:05/15/2019 | 4,059.59 | | | |
| 04/29/2019 | 0939-507803 | A/P Invoice | 2,140.20 | | Due:05/15/2019 | 2,140.20 | | | |
| 04/29/2019 | 0939-507886 | A/P Invoice | 3,237.17 | | Due:05/15/2019 | 3,237.17 | | | |
| 04/29/2019 | 0939-507804 | A/P Invoice | 1,532.88 | | Due:05/15/2019 | 1,532.88 | | | |
| 04/30/2019 | 0939-507905 | A/P Invoice | 892.96 | | Due:05/15/2019 | 892.96 | | | |
| 05/01/2019 | 0939-507892 | A/P Invoice | 700.28 | | Due:06/15/2019 | 700.28 | | | |
| 05/01/2019 | 0939-507923 | A/P Invoice | 713.52 | | Due:06/15/2019 | 713.52 | | | |
| 05/02/2019 | 0939-507821 | A/P Invoice | 1,098.53 | | Due:06/15/2019 | 1,098.53 | | | |
| 05/02/2019 | 0939-507935 | A/P Invoice | 478.15 | | Due:06/15/2019 | 478.15 | | | |
| 05/02/2019 | 0939-507903 | A/P Invoice | 410.15 | | Due:06/15/2019 | 410.15 | | | |
| 05/06/2019 | 0939-507958 | A/P Invoice | 1,208.31 | | Due:06/15/2019 | 1,208.31 | | | |
| 05/07/2019 | 0939-507978 | A/P Invoice | 93.89 | | Due:06/15/2019 | 93.89 | | | |

EXHIBIT 11.1

05/21/2019 02:09 pm
Company:00SEC

Sklar Exploration Co., LLC

Historical Open Item Report - Aged by Invoice Date

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| CONE01 | | **Consolidated Electrical Distributors Inc <Continued>** | | | | | | | |
| 05/08/2019 | 0939-507996 | A/P Invoice | 2,537.12 | Due:06/15/2019 | | 2,537.12 | | | |
| 05/15/2019 | 0939-508019 | A/P Invoice | 9,205.90 | Due:06/15/2019 | | 9,205.90 | | | |
| CONE01 | | Total for Consolidated Electrical Distributors Inc | 28,308.65 | | | 28,308.65 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| CORL01 | | **Core Laboratories, Inc.** | | | | | | | |
| 03/31/2019 | 5019032442 | A/P Invoice | 1,540.00 | Due:04/30/2019 | | | 1,540.00 | | |
| CORL01 | | Total for Core Laboratories, Inc. | 1,540.00 | | | 0.00 | 1,540.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| CORM01 | | **Core Mineralogy, Inc.** | | | | | | | |
| 03/21/2019 | 19030402 | A/P Invoice | 13,650.00 | Due:04/20/2019 | | | | 13,650.00 | |
| CORM01 | | Total for Core Mineralogy, Inc. | 13,650.00 | | | 0.00 | 0.00 | 13,650.00 | 0.00 |
| | | | | | | | | | |
| CRPA01 | | **C.R. Pate Logging, Inc.** | | | | | | | |
| 05/06/2019 | 4674 | A/P Invoice | 20,510.83 | Due:05/06/2019 | | 20,510.83 | | | |
| 05/08/2019 | 4679 | A/P Invoice | 6,117.00 | Due:05/08/2019 | | 6,117.00 | | | |
| CRPA01 | | Total for C.R. Pate Logging, Inc. | 26,627.83 | | | 26,627.83 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| CSIC01 | | **CSI Compressco Operating, LLC** | | | | | | | |
| 05/01/2019 | 91106164RI | A/P Invoice | 5,200.00 | Due:05/31/2019 | | 5,200.00 | | | |
| 05/01/2019 | 91108022RI | A/P Invoice | 1,600.00 | Due:05/31/2019 | | 1,600.00 | | | |
| 05/01/2019 | 91108023RI | A/P Invoice | 1,600.00 | Due:05/31/2019 | | 1,600.00 | | | |
| 05/01/2019 | 91106864RI | A/P Invoice | 6,250.00 | Due:05/31/2019 | | 6,250.00 | | | |
| CSIC01 | | Total for CSI Compressco Operating, LLC | 14,650.00 | | | 14,650.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| DEEE02 | | **Deepwell Energy Services, LLC** | | | | | | | |
| 03/28/2019 | 7855022 | A/P Invoice | 3,531.00 | Due:04/22/2019 | | | 3,531.00 | | |
| 04/19/2019 | 7883273 | A/P Invoice | 1,804.00 | Due:05/14/2019 | | | 1,804.00 | | |
| 05/03/2019 | 7899939 | A/P Invoice | 1,684.00 | Due:05/28/2019 | | 1,684.00 | | | |
| DEEE02 | | Total for Deepwell Energy Services, LLC | 7,019.00 | | | 1,684.00 | 5,335.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| DIRS01 | | **Directional Service, LLC** | | | | | | | |
| 05/10/2019 | 7990 | A/P Invoice | 48,300.00 | Due:06/04/2019 | | 48,300.00 | | | |
| DIRS01 | | Total for Directional Service, LLC | 48,300.00 | | | 48,300.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| EAGE01 | | **Eagle Express Hotshot Ser. LLC** | | | | | | | |
| 03/21/2019 | 27836 | A/P Invoice | 834.11 | Due:04/20/2019 | | | | 834.11 | |
| 03/28/2019 | 27852 | A/P Invoice | 834.11 | Due:04/27/2019 | | | 834.11 | | |
| 04/18/2019 | 27916 | A/P Invoice | 744.74 | Due:05/18/2019 | | | 744.74 | | |
| EAGE01 | | Total for Eagle Express Hotshot Ser. LLC | 2,412.96 | | | 0.00 | 1,578.85 | 834.11 | 0.00 |
| | | | | | | | | | |
| EASF01 | | **Eastern Fishing & Rental Tools** | | | | | | | |
| 03/25/2019 | RN0025594 | A/P Invoice | 5,805.53 | Due:04/24/2019 | | | 5,805.53 | | |
| 03/31/2019 | PN0025604 | A/P Invoice | 748.80 | Due:04/30/2019 | | | 748.80 | | |
| 03/31/2019 | PN0025605 | A/P Invoice | 408.85 | Due:04/30/2019 | | | 408.85 | | |
| 03/31/2019 | PN0025618 | A/P Invoice | 11,938.20 | Due:04/30/2019 | | | 11,938.20 | | |
| 04/08/2019 | PN0025643 | A/P Invoice | 23,704.70 | Due:05/08/2019 | | | 23,704.70 | | |
| 04/12/2019 | PN0025656 | A/P Invoice | 11,530.16 | Due:05/12/2019 | | | 11,530.16 | | |
| 04/28/2019 | PN0025734 | A/P Invoice | 2,309.46 | Due:05/28/2019 | | 2,309.46 | | | |
| EASF01 | | Total for Eastern Fishing & Rental Tools | 56,445.70 | | | 2,309.46 | 54,136.24 | 0.00 | 0.00 |
| | | | | | | | | | |
| ENTC01 | | **ECS** | | | | | | | |
| 05/15/2019 | 334356-PPL | A/P Invoice | 2,383.37 | Due:06/14/2019 | | 2,383.37 | | | |
| 05/15/2019 | 334451 | A/P Invoice | 1,950.47 | Due:06/14/2019 | | 1,950.47 | | | |
| ENTC01 | | Total for ECS | 4,333.84 | | | 4,333.84 | 0.00 | 0.00 | 0.00 |

EXHIBIT 11.1

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **EVEC01** | | **Evergreen Concrete Company, Inc** | | | | | | | |
| 04/18/2019 | 131258 | A/P Invoice | 1,596.85 | | Due:05/13/2019 | | 1,596.85 | | |
| EVEC01 | | Total for Evergreen Concrete Company, Inc | 1,596.85 | | | 0.00 | 1,596.85 | 0.00 | 0.00 |
| | | | | | | | | | |
| **FERO01** | | **Ferris Officemart, LLC** | | | | | | | |
| 04/11/2019 | 0063405-001 | A/P Invoice | 393.67 | | Due:05/11/2019 | | 393.67 | | |
| 04/30/2019 | 0063952-001 | A/P Invoice | 2,835.30 | | Due:05/30/2019 | 2,835.30 | | | |
| 05/14/2019 | 0064373-001 | A/P Invoice | 5,255.67 | | Due:06/13/2019 | 5,255.67 | | | |
| 05/14/2019 | 0063405-002 | A/P Invoice | (393.67) | | Due:06/13/2019 | (393.67) | | | |
| 05/14/2019 | 0063206-002 | A/P Invoice | (5,364.17) | | Due:06/13/2019 | (5,364.17) | | | |
| 05/14/2019 | 0063952-002 | A/P Invoice | (2,835.30) | | Due:06/13/2019 | (2,835.30) | | | |
| 05/14/2019 | 0063102-002 | A/P Invoice | (400.21) | | Due:06/13/2019 | (400.21) | | | |
| FERO01 | | Total for Ferris Officemart, LLC | (508.71) | | | (902.38) | 393.67 | 0.00 | 0.00 |
| | | | | | | | | | |
| **FLEX01** | | **Flexjet, LLC** | | | | | | | |
| 05/07/2019 | 249240 | A/P Invoice | 22,355.00 | | Due:05/07/2019 | 22,355.00 | | | |
| 05/07/2019 | 249119 | A/P Invoice | 17,075.29 | | Due:05/07/2019 | 17,075.29 | | | |
| FLEX01 | | Total for Flexjet, LLC | 39,430.29 | | | 39,430.29 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **FOOO01** | | **Foote Oil & Gas Properties, LLC** | | | | | | | |
| 05/18/2019 | 051819 | A/P Invoice | 11,936.18 | | Due:05/18/2019 | 11,936.18 | | | |
| 05/18/2019 | 051819-1 | A/P Invoice | 1,303.55 | | Due:05/18/2019 | 1,303.55 | | | |
| 05/21/2019 | LEASING ADVANCE | A/P Invoice | 50,000.00 | | Due:05/21/2019 | 50,000.00 | | | |
| FOOO01 | | Total for Foote Oil & Gas Properties, LLC | 63,239.73 | | | 63,239.73 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **GEOI01** | | **GE Oil & Gas** | | | | | | | |
| 03/18/2019 | 20217087 | A/P Invoice | 5,951.30 | | Due:04/12/2019 | | | 5,951.30 | |
| 03/19/2019 | 20217176 | A/P Invoice | 6,642.15 | | Due:04/13/2019 | | | 6,642.15 | |
| 03/25/2019 | 20217686 | A/P Invoice | 2,894.20 | | Due:04/19/2019 | | 2,894.20 | | |
| 04/09/2019 | 20219682 | A/P Invoice | 2,736.00 | | Due:05/04/2019 | | 2,736.00 | | |
| 04/10/2019 | 20219826 | A/P Invoice | 6,395.90 | | Due:05/05/2019 | | 6,395.90 | | |
| 04/11/2019 | 20219936 | A/P Invoice | 690.00 | | Due:05/06/2019 | | 690.00 | | |
| 04/22/2019 | 20220633 | A/P Invoice | 10,760.35 | | Due:05/17/2019 | | 10,760.35 | | |
| 05/06/2019 | 20222538 | A/P Invoice | 1,542.00 | | Due:05/31/2019 | 1,542.00 | | | |
| GEOI01 | | Total for GE Oil & Gas | 37,611.90 | | | 1,542.00 | 23,476.45 | 12,593.45 | 0.00 |
| | | | | | | | | | |
| **GLOV01** | | **Global Vessel & Tank** | | | | | | | |
| 03/29/2019 | 008364 | A/P Invoice | 52,500.00 | | Due:04/28/2019 | | 52,500.00 | | |
| 04/30/2019 | 008588 | A/P Invoice | 53,445.00 | | Due:05/30/2019 | 53,445.00 | | | |
| 04/30/2019 | 008626 | A/P Invoice | 621.51 | | Due:05/30/2019 | 621.51 | | | |
| 04/30/2019 | 008622 | A/P Invoice | 1,278.60 | | Due:05/30/2019 | 1,278.60 | | | |
| GLOV01 | | Total for Global Vessel & Tank | 107,845.11 | | | 55,345.11 | 52,500.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **GREB03** | | **Greg Baxter's Hot Oil Service, LLC** | | | | | | | |
| 03/14/2019 | 3423 | A/P Invoice | 1,130.00 | | Due:04/13/2019 | | | 1,130.00 | |
| 04/05/2019 | 3479 | A/P Invoice | 1,012.50 | | Due:05/05/2019 | | 1,012.50 | | |
| GREB03 | | Total for Greg Baxter's Hot Oil Service, LLC | 2,142.50 | | | 0.00 | 1,012.50 | 1,130.00 | 0.00 |
| | | | | | | | | | |
| **H2SZ01** | | **H2SZERO, LLC** | | | | | | | |
| 03/21/2019 | 1263 | A/P Invoice | 18,048.30 | | Due:04/15/2019 | | | 18,048.30 | |
| H2SZ01 | | Total for H2SZERO, LLC | 18,048.30 | | | 0.00 | 0.00 | 18,048.30 | 0.00 |
| | | | | | | | | | |
| **HHCO01** | | **H&H Construction, LLC** | | | | | | | |
| 03/26/2019 | 32719 | A/P Invoice | 22,320.00 | | Due:03/26/2019 | | 22,320.00 | | |
| 04/01/2019 | 40119 | A/P Invoice | 780.00 | | Due:04/01/2019 | | 780.00 | | |

EXHIBIT 11.1

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **HHCO01** | | **H&H Construction, LLC <Continued>** | | | | | | | |
| 04/08/2019 | 40819 | A/P Invoice | 972.00 | | Due:04/08/2019 | | 972.00 | | |
| 04/10/2019 | 41019 | A/P Invoice | 28,254.00 | | Due:04/10/2019 | | 28,254.00 | | |
| 04/18/2019 | 51419 | A/P Invoice | 27,570.00 | | Due:04/18/2019 | | 27,570.00 | | |
| 05/07/2019 | 51519 | A/P Invoice | 1,670.00 | | Due:05/07/2019 | 1,670.00 | | | |
| 05/07/2019 | 51619 | A/P Invoice | 1,002.00 | | Due:05/07/2019 | 1,002.00 | | | |
| HHCO01 | | Total for H&H Construction, LLC | 82,568.00 | | | 2,672.00 | 79,896.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **HIVA01** | | **Hi-Vac, LLC** | | | | | | | |
| 03/26/2019 | SKR000889 | A/P Invoice | 2,033.00 | | Due:04/25/2019 | | 2,033.00 | | |
| 04/16/2019 | SKR30420 | A/P Invoice | 3,755.70 | | Due:05/16/2019 | | 3,755.70 | | |
| 04/24/2019 | SKR29608 | A/P Invoice | 1,016.50 | | Due:05/24/2019 | 1,016.50 | | | |
| HIVA01 | | Total for Hi-Vac, LLC | 6,805.20 | | | 1,016.50 | 5,788.70 | 0.00 | 0.00 |
| | | | | | | | | | |
| **HOPG01** | | **Hopping Green & Sams, P.A.** | | | | | | | |
| 04/24/2019 | MAR2019 | A/P Invoice | 5,670.00 | | Due:04/24/2019 | 5,670.00 | | | |
| 04/24/2019 | 106938 | A/P Invoice | 3,558.74 | | Due:04/24/2019 | 3,558.74 | | | |
| HOPG01 | | Total for Hopping Green & Sams, P.A. | 9,228.74 | | | 9,228.74 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **INTM01** | | **Inter-Mountain Pipe & Threading Company** | | | | | | | |
| 05/01/2019 | 0020042-IN | A/P Invoice | 2,000.00 | | Due:05/31/2019 | 2,000.00 | | | |
| INTM01 | | Total for Inter-Mountain Pipe & Threading Company | 2,000.00 | | | 2,000.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **J6EN01** | | **J6 Energy Services** | | | | | | | |
| 03/25/2019 | S1 | A/P Invoice | 1,574.00 | | Due:04/09/2019 | | 1,574.00 | | |
| J6EN01 | | Total for J6 Energy Services | 1,574.00 | | | 0.00 | 1,574.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **JIMP01** | | **Jimco Pumps** | | | | | | | |
| 03/18/2019 | 98-22384 | A/P Invoice | 2,925.60 | | Due:04/17/2019 | | | 2,925.60 | |
| 03/25/2019 | 98-22412 | A/P Invoice | 11,130.00 | | Due:04/24/2019 | | 11,130.00 | | |
| 03/25/2019 | 98-22413 | A/P Invoice | 11,130.00 | | Due:04/24/2019 | | 11,130.00 | | |
| 03/25/2019 | 98-22414 | A/P Invoice | 11,130.00 | | Due:04/24/2019 | | 11,130.00 | | |
| 03/25/2019 | 98-22415 | A/P Invoice | 11,130.00 | | Due:04/24/2019 | | 11,130.00 | | |
| 03/22/2019 | 98-22388 | A/P Invoice | 558.27 | | Due:04/21/2019 | | | 558.27 | |
| 03/22/2019 | 98-22387 | A/P Invoice | 2,646.91 | | Due:04/21/2019 | | | 2,646.91 | |
| 03/18/2019 | 98-22383 | A/P Invoice | 1,983.78 | | Due:04/17/2019 | | | 1,983.78 | |
| 03/28/2019 | 98-22420 | A/P Invoice | 1,611.20 | | Due:04/27/2019 | | 1,611.20 | | |
| 03/28/2019 | 98-22419 | A/P Invoice | 4,238.94 | | Due:04/27/2019 | | 4,238.94 | | |
| 03/28/2019 | 98-22463 | A/P Invoice | 625.40 | | Due:04/27/2019 | | 625.40 | | |
| 03/28/2019 | 98-22422 | A/P Invoice | 715.50 | | Due:04/27/2019 | | 715.50 | | |
| 03/28/2019 | 98-22421 | A/P Invoice | 1,611.20 | | Due:04/27/2019 | | 1,611.20 | | |
| 04/11/2019 | 98-22487 | A/P Invoice | 6,150.36 | | Due:05/11/2019 | | 6,150.36 | | |
| 04/18/2019 | 98-22516 | A/P Invoice | 3,452.42 | | Due:05/18/2019 | | 3,452.42 | | |
| 04/18/2019 | 98-22515 | A/P Invoice | 667.80 | | Due:05/18/2019 | | 667.80 | | |
| 04/18/2019 | 98-22514 | A/P Invoice | 2,301.26 | | Due:05/18/2019 | | 2,301.26 | | |
| 04/18/2019 | 98-22513 | A/P Invoice | 2,604.42 | | Due:05/18/2019 | | 2,604.42 | | |
| 04/18/2019 | 98-22525 | A/P Invoice | 1,308.04 | | Due:05/18/2019 | | 1,308.04 | | |
| 04/18/2019 | 98-22524 | A/P Invoice | 923.26 | | Due:05/18/2019 | | 923.26 | | |
| 04/18/2019 | 98-22523 | A/P Invoice | 3,322.04 | | Due:05/18/2019 | | 3,322.04 | | |
| 04/18/2019 | 98-22522 | A/P Invoice | 1,151.16 | | Due:05/18/2019 | | 1,151.16 | | |
| 04/18/2019 | 98-22521 | A/P Invoice | 2,657.42 | | Due:05/18/2019 | | 2,657.42 | | |
| 04/18/2019 | 98-22520 | A/P Invoice | 1,780.80 | | Due:05/18/2019 | | 1,780.80 | | |
| 04/18/2019 | 98-22519 | A/P Invoice | 2,691.34 | | Due:05/18/2019 | | 2,691.34 | | |
| 04/18/2019 | 98-22518 | A/P Invoice | 3,549.94 | | Due:05/18/2019 | | 3,549.94 | | |
| 04/18/2019 | 98-22517 | A/P Invoice | 3,793.74 | | Due:05/18/2019 | | 3,793.74 | | |

EXHIBIT 11.1

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **JIMP01** | | **Jimco Pumps <Continued>** | | | | | | | |
| 04/30/2019 | 98-22583 | A/P Invoice | 11,304.90 | | Due:05/30/2019 | 11,304.90 | | | |
| 05/03/2019 | 98-22629 | A/P Invoice | 3,975.00 | | Due:06/02/2019 | 3,975.00 | | | |
| JIMP01 | | Total for Jimco Pumps | 113,070.70 | | | 15,279.90 | 89,676.24 | 8,114.56 | 0.00 |
| | | | | | | | | | |
| **JNIC01** | | **J Nichols LLC** | | | | | | | |
| 03/21/2019 | 8151 | A/P Invoice | 2,000.00 | | Due:04/20/2019 | | | 2,000.00 | |
| JNIC01 | | Total for J Nichols LLC | 2,000.00 | | | 0.00 | 0.00 | 2,000.00 | 0.00 |
| | | | | | | | | | |
| **JOHR01** | | **Richard E. Johnson, Inc.** | | | | | | | |
| 03/18/2019 | 0114813-IN | A/P Invoice | 5,205.76 | | Due:04/17/2019 | | | 5,205.76 | |
| JOHR01 | | Total for Richard E. Johnson, Inc. | 5,205.76 | | | 0.00 | 0.00 | 5,205.76 | 0.00 |
| | | | | | | | | | |
| **JOHW01** | | **Johnson's Welding Shop** | | | | | | | |
| 05/02/2019 | 009270 | A/P Invoice | 25,225.00 | | Due:05/12/2019 | 25,225.00 | | | |
| JOHW01 | | Total for Johnson's Welding Shop | 25,225.00 | | | 25,225.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **KCSA01** | | **KCS Automation, LLC** | | | | | | | |
| 04/05/2019 | 19-00194B | A/P Invoice | 1,311.00 | | Due:05/05/2019 | | 1,311.00 | | |
| 04/05/2019 | 19-00195 | A/P Invoice | 196.10 | | Due:05/05/2019 | | 196.10 | | |
| 04/05/2019 | 19-00196 | A/P Invoice | 600.00 | | Due:05/05/2019 | | 600.00 | | |
| 04/05/2019 | 19-00197 | A/P Invoice | 410.00 | | Due:05/05/2019 | | 410.00 | | |
| 04/05/2019 | 19-00198 | A/P Invoice | 600.00 | | Due:05/05/2019 | | 600.00 | | |
| 04/05/2019 | 19-00199 | A/P Invoice | 600.00 | | Due:05/05/2019 | | 600.00 | | |
| 04/05/2019 | 19-00200 | A/P Invoice | 410.00 | | Due:05/05/2019 | | 410.00 | | |
| 04/05/2019 | 19-00201 | A/P Invoice | 600.00 | | Due:05/05/2019 | | 600.00 | | |
| 04/05/2019 | 19-00202 | A/P Invoice | 410.00 | | Due:05/05/2019 | | 410.00 | | |
| 04/05/2019 | 19-00203 | A/P Invoice | 600.00 | | Due:05/05/2019 | | 600.00 | | |
| 04/05/2019 | 19-00204 | A/P Invoice | 600.00 | | Due:05/05/2019 | | 600.00 | | |
| 04/05/2019 | 19-00205 | A/P Invoice | 438.20 | | Due:05/05/2019 | | 438.20 | | |
| 04/05/2019 | 19-00206 | A/P Invoice | 833.20 | | Due:05/05/2019 | | 833.20 | | |
| 04/05/2019 | 19-00209 | A/P Invoice | 438.20 | | Due:05/05/2019 | | 438.20 | | |
| 04/10/2019 | 19-00210 | A/P Invoice | 600.00 | | Due:05/10/2019 | | 600.00 | | |
| 04/10/2019 | 19-00211 | A/P Invoice | 438.20 | | Due:05/10/2019 | | 438.20 | | |
| 04/10/2019 | 19-00214 | A/P Invoice | 438.20 | | Due:05/10/2019 | | 438.20 | | |
| 04/10/2019 | 19-00216 | A/P Invoice | 820.00 | | Due:05/10/2019 | | 820.00 | | |
| 04/10/2019 | 19-00217 | A/P Invoice | 780.00 | | Due:05/10/2019 | | 780.00 | | |
| 04/10/2019 | 19-00218 | A/P Invoice | 168.00 | | Due:05/10/2019 | | 168.00 | | |
| 04/10/2019 | 19-00219 | A/P Invoice | 168.00 | | Due:05/10/2019 | | 168.00 | | |
| 04/10/2019 | 19-00220 | A/P Invoice | 168.00 | | Due:05/10/2019 | | 168.00 | | |
| 04/10/2019 | 19-00220B | A/P Invoice | 45,199.21 | | Due:05/10/2019 | | 45,199.21 | | |
| 04/10/2019 | 19-00221 | A/P Invoice | 600.00 | | Due:05/10/2019 | | 600.00 | | |
| 04/10/2019 | 19-00222 | A/P Invoice | 600.00 | | Due:05/10/2019 | | 600.00 | | |
| 04/10/2019 | 19-00229 | A/P Invoice | 18,436.10 | | Due:05/10/2019 | | 18,436.10 | | |
| 04/24/2019 | 19-00229B | A/P Invoice | 800.00 | | Due:05/24/2019 | 800.00 | | | |
| 04/24/2019 | 19-00231 | A/P Invoice | 438.20 | | Due:05/24/2019 | 438.20 | | | |
| 04/24/2019 | 19-00232 | A/P Invoice | 1,668.00 | | Due:05/24/2019 | 1,668.00 | | | |
| 04/24/2019 | 19-00233 | A/P Invoice | 2,410.00 | | Due:05/24/2019 | 2,410.00 | | | |
| 04/24/2019 | 19-00237 | A/P Invoice | 843.20 | | Due:05/24/2019 | 843.20 | | | |
| 04/24/2019 | 19-00238 | A/P Invoice | 410.00 | | Due:05/24/2019 | 410.00 | | | |
| 04/24/2019 | 19-00240 | A/P Invoice | 420.00 | | Due:05/24/2019 | 420.00 | | | |
| 04/24/2019 | 19-00241 | A/P Invoice | 1,103.50 | | Due:05/24/2019 | 1,103.50 | | | |
| 04/24/2019 | 19-00242 | A/P Invoice | 438.20 | | Due:05/24/2019 | 438.20 | | | |
| 04/24/2019 | 19-00247 | A/P Invoice | 1,894.00 | | Due:05/24/2019 | 1,894.00 | | | |
| 04/24/2019 | 19-00249 | A/P Invoice | 560.00 | | Due:05/24/2019 | 560.00 | | | |

EXHIBIT 11.1

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **KCSA01** | | **KCS Automation, LLC <Continued>** | | | | | | | |
| 04/24/2019 | 19-00250 | A/P Invoice | 438.20 | | Due:05/24/2019 | 438.20 | | | |
| 04/24/2019 | 19-00251 | A/P Invoice | 438.20 | | Due:05/24/2019 | 438.20 | | | |
| 05/09/2019 | 19-00253 | A/P Invoice | 390.10 | | Due:06/08/2019 | 390.10 | | | |
| 05/09/2019 | 19-00265 | A/P Invoice | 348.20 | | Due:06/08/2019 | 348.20 | | | |
| 05/09/2019 | 19-00268 | A/P Invoice | 210.00 | | Due:06/08/2019 | 210.00 | | | |
| 05/09/2019 | 19-00269 | A/P Invoice | 800.00 | | Due:06/08/2019 | 800.00 | | | |
| 05/12/2019 | 19-00285 | A/P Invoice | 438.20 | | Due:06/11/2019 | 438.20 | | | |
| 05/12/2019 | 19-00286 | A/P Invoice | 410.00 | | Due:06/11/2019 | 410.00 | | | |
| 05/12/2019 | 19-00287 | A/P Invoice | 21,120.75 | | Due:06/11/2019 | 21,120.75 | | | |
| 05/12/2019 | 19-00288 | A/P Invoice | 1,620.00 | | Due:06/11/2019 | 1,620.00 | | | |
| KCSA01 | | Total for KCS Automation, LLC | 113,661.16 | | | 37,198.75 | 76,462.41 | 0.00 | 0.00 |
| | | | | | | | | | |
| **KELB01** | | **Kelley Brothers Contractors, Inc.** | | | | | | | |
| 03/22/2019 | 54183 | A/P Invoice | 143,099.47 | | Due:04/21/2019 | | | 143,099.47 | |
| 03/28/2019 | 54207 | A/P Invoice | 63,213.35 | | Due:04/27/2019 | | 63,213.35 | | |
| 04/05/2019 | 54303 | A/P Invoice | 62,221.69 | | Due:05/05/2019 | | 62,221.69 | | |
| 04/08/2019 | 54319 | A/P Invoice | 2,090.00 | | Due:05/08/2019 | | 2,090.00 | | |
| 04/08/2019 | 54320 | A/P Invoice | 818.50 | | Due:05/08/2019 | | 818.50 | | |
| 04/08/2019 | 54321 | A/P Invoice | 522.50 | | Due:05/08/2019 | | 522.50 | | |
| 04/08/2019 | 54322 | A/P Invoice | 2,481.00 | | Due:05/08/2019 | | 2,481.00 | | |
| 04/08/2019 | 54323 | A/P Invoice | 6,792.50 | | Due:05/08/2019 | | 6,792.50 | | |
| 04/08/2019 | 54324 | A/P Invoice | 3,844.00 | | Due:05/08/2019 | | 3,844.00 | | |
| 04/08/2019 | 54325 | A/P Invoice | 581.00 | | Due:05/08/2019 | | 581.00 | | |
| 04/08/2019 | 54326 | A/P Invoice | 486.00 | | Due:05/08/2019 | | 486.00 | | |
| 04/09/2019 | 54329 | A/P Invoice | 486.00 | | Due:05/09/2019 | | 486.00 | | |
| 04/09/2019 | 54330 | A/P Invoice | 760.00 | | Due:05/09/2019 | | 760.00 | | |
| 04/09/2019 | 54331 | A/P Invoice | 438.50 | | Due:05/09/2019 | | 438.50 | | |
| 04/09/2019 | 54332 | A/P Invoice | 332.50 | | Due:05/09/2019 | | 332.50 | | |
| 04/09/2019 | 54333 | A/P Invoice | 475.00 | | Due:05/09/2019 | | 475.00 | | |
| 04/09/2019 | 54334 | A/P Invoice | 380.00 | | Due:05/09/2019 | | 380.00 | | |
| 04/09/2019 | 54335 | A/P Invoice | 438.50 | | Due:05/09/2019 | | 438.50 | | |
| 04/09/2019 | 54336 | A/P Invoice | 391.00 | | Due:05/09/2019 | | 391.00 | | |
| 04/09/2019 | 54337 | A/P Invoice | 287.50 | | Due:05/09/2019 | | 287.50 | | |
| 04/09/2019 | 54338 | A/P Invoice | 343.50 | | Due:05/09/2019 | | 343.50 | | |
| 04/09/2019 | 54339 | A/P Invoice | 380.00 | | Due:05/09/2019 | | 380.00 | | |
| 04/09/2019 | 54340 | A/P Invoice | 486.00 | | Due:05/09/2019 | | 486.00 | | |
| 04/09/2019 | 54341 | A/P Invoice | 391.00 | | Due:05/09/2019 | | 391.00 | | |
| 04/22/2019 | 54410 | A/P Invoice | 39,571.70 | | Due:05/22/2019 | | 39,571.70 | | |
| 04/22/2019 | 54411 | A/P Invoice | 64,536.10 | | Due:05/22/2019 | | 64,536.10 | | |
| 04/22/2019 | 54412 | A/P Invoice | 12,487.00 | | Due:05/22/2019 | | 12,487.00 | | |
| 04/22/2019 | 54413 | A/P Invoice | 47,204.01 | | Due:05/22/2019 | | 47,204.01 | | |
| 04/22/2019 | 54416 | A/P Invoice | 1,316.10 | | Due:05/22/2019 | | 1,316.10 | | |
| 04/22/2019 | 54417 | A/P Invoice | 1,468.04 | | Due:05/22/2019 | | 1,468.04 | | |
| 04/22/2019 | 54418 | A/P Invoice | 21,606.04 | | Due:05/22/2019 | | 21,606.04 | | |
| 04/22/2019 | 54419 | A/P Invoice | 1,237.99 | | Due:05/22/2019 | | 1,237.99 | | |
| 04/22/2019 | 54420 | A/P Invoice | 472.50 | | Due:05/22/2019 | | 472.50 | | |
| 04/22/2019 | 54421 | A/P Invoice | 472.50 | | Due:05/22/2019 | | 472.50 | | |
| 04/22/2019 | 54422 | A/P Invoice | 391.00 | | Due:05/22/2019 | | 391.00 | | |
| 04/22/2019 | 54423 | A/P Invoice | 142.50 | | Due:05/22/2019 | | 142.50 | | |
| 04/22/2019 | 54424 | A/P Invoice | 190.00 | | Due:05/22/2019 | | 190.00 | | |
| 04/22/2019 | 54425 | A/P Invoice | 533.50 | | Due:05/22/2019 | | 533.50 | | |
| 04/22/2019 | 54426 | A/P Invoice | 533.50 | | Due:05/22/2019 | | 533.50 | | |
| 04/22/2019 | 54427 | A/P Invoice | 190.00 | | Due:05/22/2019 | | 190.00 | | |
| 04/22/2019 | 54428 | A/P Invoice | 190.00 | | Due:05/22/2019 | | 190.00 | | |

EXHIBIT 11.1

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **KELB01** | | **Kelley Brothers Contractors, Inc. <Continued>** | | | | | | | |
| 04/22/2019 | 54429 | A/P Invoice | 617.50 | Due:05/22/2019 | | | 617.50 | | |
| 04/22/2019 | 54430 | A/P Invoice | 190.00 | Due:05/22/2019 | | | 190.00 | | |
| 04/22/2019 | 54431 | A/P Invoice | 332.50 | Due:05/22/2019 | | | 332.50 | | |
| 04/22/2019 | 54432 | A/P Invoice | 486.00 | Due:05/22/2019 | | | 486.00 | | |
| 04/22/2019 | 54433 | A/P Invoice | 771.00 | Due:05/22/2019 | | | 771.00 | | |
| 04/22/2019 | 54434 | A/P Invoice | 486.00 | Due:05/22/2019 | | | 486.00 | | |
| 04/22/2019 | 54435 | A/P Invoice | 522.50 | Due:05/22/2019 | | | 522.50 | | |
| 04/23/2019 | 54436 | A/P Invoice | 2,103.50 | Due:05/23/2019 | | | 2,103.50 | | |
| 04/23/2019 | 54439 | A/P Invoice | 807.50 | Due:05/23/2019 | | | 807.50 | | |
| 04/23/2019 | 54440 | A/P Invoice | 2,916.00 | Due:05/23/2019 | | | 2,916.00 | | |
| 04/23/2019 | 54441 | A/P Invoice | 3,204.50 | Due:05/23/2019 | | | 3,204.50 | | |
| 04/23/2019 | 54442 | A/P Invoice | 533.50 | Due:05/23/2019 | | | 533.50 | | |
| 04/23/2019 | 54443 | A/P Invoice | 760.00 | Due:05/23/2019 | | | 760.00 | | |
| 04/23/2019 | 54444 | A/P Invoice | 3,486.00 | Due:05/23/2019 | | | 3,486.00 | | |
| 04/23/2019 | 54445 | A/P Invoice | 6,460.00 | Due:05/23/2019 | | | 6,460.00 | | |
| 04/23/2019 | 54438 | A/P Invoice | 285.00 | Due:05/23/2019 | | | 285.00 | | |
| 04/30/2019 | 54514 | A/P Invoice | 2,708.17 | Due:05/30/2019 | | 2,708.17 | | | |
| 04/30/2019 | 54515 | A/P Invoice | 9,697.41 | Due:05/30/2019 | | 9,697.41 | | | |
| 04/30/2019 | 54539 | A/P Invoice | 533.50 | Due:05/30/2019 | | 533.50 | | | |
| 04/30/2019 | 54540 | A/P Invoice | 486.00 | Due:05/30/2019 | | 486.00 | | | |
| 04/30/2019 | 54541 | A/P Invoice | 95.00 | Due:05/30/2019 | | 95.00 | | | |
| 04/30/2019 | 54542 | A/P Invoice | 190.00 | Due:05/30/2019 | | 190.00 | | | |
| 04/30/2019 | 54543 | A/P Invoice | 429.50 | Due:05/30/2019 | | 429.50 | | | |
| 04/30/2019 | 54544 | A/P Invoice | 142.50 | Due:05/30/2019 | | 142.50 | | | |
| 04/30/2019 | 54545 | A/P Invoice | 142.50 | Due:05/30/2019 | | 142.50 | | | |
| 04/30/2019 | 54546 | A/P Invoice | 237.50 | Due:05/30/2019 | | 237.50 | | | |
| 04/30/2019 | 54547 | A/P Invoice | 190.00 | Due:05/30/2019 | | 190.00 | | | |
| 04/30/2019 | 54548 | A/P Invoice | 762.50 | Due:05/30/2019 | | 762.50 | | | |
| 04/30/2019 | 54549 | A/P Invoice | 1,257.00 | Due:05/30/2019 | | 1,257.00 | | | |
| 04/30/2019 | 54550 | A/P Invoice | 1,008.50 | Due:05/30/2019 | | 1,008.50 | | | |
| 04/30/2019 | 54551 | A/P Invoice | 570.00 | Due:05/30/2019 | | 570.00 | | | |
| 04/30/2019 | 54552 | A/P Invoice | 913.50 | Due:05/30/2019 | | 913.50 | | | |
| 04/30/2019 | 54553 | A/P Invoice | 1,494.50 | Due:05/30/2019 | | 1,494.50 | | | |
| 04/30/2019 | 54554 | A/P Invoice | 237.50 | Due:05/30/2019 | | 237.50 | | | |
| 04/30/2019 | 54556 | A/P Invoice | 237.50 | Due:05/30/2019 | | 237.50 | | | |
| 04/30/2019 | 54555 | A/P Invoice | 1,103.50 | Due:05/30/2019 | | 1,103.50 | | | |
| 04/30/2019 | 54558 | A/P Invoice | 4,560.00 | Due:05/30/2019 | | 4,560.00 | | | |
| 04/30/2019 | 54559 | A/P Invoice | 190.00 | Due:05/30/2019 | | 190.00 | | | |
| 04/30/2019 | 54560 | A/P Invoice | 1,008.50 | Due:05/30/2019 | | 1,008.50 | | | |
| 04/30/2019 | 54561 | A/P Invoice | 972.00 | Due:05/30/2019 | | 972.00 | | | |
| 04/30/2019 | 54562 | A/P Invoice | 2,268.00 | Due:05/30/2019 | | 2,268.00 | | | |
| 04/30/2019 | 54563 | A/P Invoice | 1,185.00 | Due:05/30/2019 | | 1,185.00 | | | |
| 04/30/2019 | 54557 | A/P Invoice | 1,494.50 | Due:05/30/2019 | | 1,494.50 | | | |
| 05/07/2019 | 54602 | A/P Invoice | 769.33 | Due:06/06/2019 | | 769.33 | | | |
| 05/07/2019 | 54603 | A/P Invoice | 44,584.23 | Due:06/06/2019 | | 44,584.23 | | | |
| 05/07/2019 | 54599 | A/P Invoice | 6,566.00 | Due:06/06/2019 | | 6,566.00 | | | |
| 05/07/2019 | 54598 | A/P Invoice | 6,588.00 | Due:06/06/2019 | | 6,588.00 | | | |
| 05/09/2019 | 54604 | A/P Invoice | 22,343.99 | Due:06/08/2019 | | 22,343.99 | | | |
| 05/09/2019 | 54605 | A/P Invoice | 16,485.65 | Due:06/08/2019 | | 16,485.65 | | | |
| 05/09/2019 | 54606 | A/P Invoice | 1,291.50 | Due:06/08/2019 | | 1,291.50 | | | |
| 05/09/2019 | 54607 | A/P Invoice | 171.60 | Due:06/08/2019 | | 171.60 | | | |
| 05/10/2019 | 54621 | A/P Invoice | 1,019.50 | Due:06/09/2019 | | 1,019.50 | | | |
| 05/13/2019 | 54623 | A/P Invoice | 970.00 | Due:06/12/2019 | | 970.00 | | | |
| 05/13/2019 | 54624 | A/P Invoice | 2,707.50 | Due:06/12/2019 | | 2,707.50 | | | |

EXHIBIT 11.1

Shell Exploration Co., LLC

Historical Open Item Report - Aged by Invoice Date

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **KELB01** | | **Kelley Brothers Contractors, Inc. \<Continued\>** | | | | | | | |
| 05/13/2019 | 54625 | A/P Invoice | 961.00 | | Due:06/12/2019 | 961.00 | | | |
| 05/13/2019 | 54629 | A/P Invoice | 142.50 | | Due:06/12/2019 | 142.50 | | | |
| 05/13/2019 | 54630 | A/P Invoice | 486.00 | | Due:06/12/2019 | 486.00 | | | |
| 05/13/2019 | 54631 | A/P Invoice | 438.50 | | Due:06/12/2019 | 438.50 | | | |
| 05/13/2019 | 54632 | A/P Invoice | 237.50 | | Due:06/12/2019 | 237.50 | | | |
| 05/13/2019 | 54633 | A/P Invoice | 438.50 | | Due:06/12/2019 | 438.50 | | | |
| 05/13/2019 | 54634 | A/P Invoice | 531.50 | | Due:06/12/2019 | 531.50 | | | |
| 05/13/2019 | 54635 | A/P Invoice | 531.50 | | Due:06/12/2019 | 531.50 | | | |
| 05/15/2019 | 54654 | A/P Invoice | 484.00 | | Due:06/14/2019 | 484.00 | | | |
| 05/15/2019 | 54655 | A/P Invoice | 389.00 | | Due:06/14/2019 | 389.00 | | | |
| 05/15/2019 | 54656 | A/P Invoice | 436.50 | | Due:06/14/2019 | 436.50 | | | |
| 05/15/2019 | 54658 | A/P Invoice | 145.00 | | Due:06/14/2019 | 145.00 | | | |
| 05/15/2019 | 54659 | A/P Invoice | 484.00 | | Due:06/14/2019 | 484.00 | | | |
| 05/15/2019 | 54660 | A/P Invoice | 287.50 | | Due:06/14/2019 | 287.50 | | | |
| 05/15/2019 | 54661 | A/P Invoice | 531.50 | | Due:06/14/2019 | 531.50 | | | |
| 05/15/2019 | 54663 | A/P Invoice | 484.00 | | Due:06/14/2019 | 484.00 | | | |
| 05/15/2019 | 54664 | A/P Invoice | 816.50 | | Due:06/14/2019 | 816.50 | | | |
| 05/15/2019 | 54665 | A/P Invoice | 1,547.00 | | Due:06/14/2019 | 1,547.00 | | | |
| 05/15/2019 | 54666 | A/P Invoice | 2,755.00 | | Due:06/14/2019 | 2,755.00 | | | |
| 05/15/2019 | 54667 | A/P Invoice | 380.00 | | Due:06/14/2019 | 380.00 | | | |
| 05/15/2019 | 54668 | A/P Invoice | 436.50 | | Due:06/14/2019 | 436.50 | | | |
| 05/15/2019 | 54669 | A/P Invoice | 2,420.00 | | Due:06/14/2019 | 2,420.00 | | | |
| KELB01 | | Total for Kelley Brothers Contractors, Inc. | 661,218.87 | | | 152,975.38 | 365,144.02 | 143,099.47 | 0.00 |
| | | | | | | | | | |
| **KELO01** | | **Kelley Oil Company** | | | | | | | |
| 03/06/2019 | 5099240 | A/P Invoice | 593.19 | | Due:03/31/2019 | | | 593.19 | |
| 03/06/2019 | 5099239 | A/P Invoice | 760.03 | | Due:03/31/2019 | | | 760.03 | |
| 03/07/2019 | 5099241 | A/P Invoice | 1,538.60 | | Due:04/06/2019 | | | 1,538.60 | |
| 03/13/2019 | 5099259 | A/P Invoice | 926.87 | | Due:04/07/2019 | | | 926.87 | |
| 03/13/2019 | 5099260 | A/P Invoice | 240.98 | | Due:04/07/2019 | | | 240.98 | |
| 03/14/2019 | 5099262 | A/P Invoice | 1,141.90 | | Due:04/13/2019 | | | 1,141.90 | |
| 03/20/2019 | 5099280 | A/P Invoice | 889.80 | | Due:04/19/2019 | | | 889.80 | |
| 03/21/2019 | 5099284 | A/P Invoice | 760.03 | | Due:04/20/2019 | | | 760.03 | |
| 03/21/2019 | 5099285 | A/P Invoice | 1,001.01 | | Due:04/20/2019 | | | 1,001.01 | |
| 03/27/2019 | 5099297 | A/P Invoice | 1,075.17 | | Due:04/21/2019 | | 1,075.17 | | |
| 03/23/2019 | 416696600 | A/P Invoice | 18,044.93 | | Due:04/17/2019 | | | 18,044.93 | |
| 03/15/2019 | 416391600 | A/P Invoice | 18,661.36 | | Due:04/09/2019 | | | 18,661.36 | |
| 03/19/2019 | 416486600 | A/P Invoice | 18,377.16 | | Due:04/13/2019 | | | 18,377.16 | |
| 03/29/2019 | 5085955 | A/P Invoice | 4,441.52 | | Due:04/23/2019 | | 4,441.52 | | |
| 03/29/2019 | 5085958 | A/P Invoice | 537.59 | | Due:04/23/2019 | | 537.59 | | |
| 03/29/2019 | 5085959 | A/P Invoice | 463.44 | | Due:04/23/2019 | | 463.44 | | |
| 03/27/2019 | 416898600 | A/P Invoice | 18,153.24 | | Due:04/21/2019 | | 18,153.24 | | |
| 04/01/2019 | 1198567 | A/P Invoice | 18,170.11 | | Due:04/26/2019 | | 18,170.11 | | |
| 04/04/2019 | 5085974 | A/P Invoice | 808.50 | | Due:04/29/2019 | | 808.50 | | |
| 04/04/2019 | 5085970 | A/P Invoice | 1,410.17 | | Due:04/29/2019 | | 1,410.17 | | |
| 04/10/2019 | 5085988 | A/P Invoice | 752.09 | | Due:05/05/2019 | | 752.09 | | |
| 04/10/2019 | 5085989 | A/P Invoice | 1,090.54 | | Due:05/05/2019 | | 1,090.54 | | |
| 04/17/2019 | 5086001 | A/P Invoice | 562.18 | | Due:05/12/2019 | | 562.18 | | |
| 04/18/2019 | 5086007 | A/P Invoice | 899.48 | | Due:05/13/2019 | | 899.48 | | |
| 04/18/2019 | 5086008 | A/P Invoice | 224.87 | | Due:05/13/2019 | | 224.87 | | |
| 04/12/2019 | 50762466 | A/P Invoice | (13,652.42) | | Due:05/07/2019 | | (13,652.42) | | |
| 04/24/2019 | 5086016 | A/P Invoice | 1,356.98 | | Due:05/19/2019 | 1,356.98 | | | |
| 04/25/2019 | 5086025 | A/P Invoice | 655.45 | | Due:05/20/2019 | 655.45 | | | |
| 04/25/2019 | 5086026 | A/P Invoice | 1,509.54 | | Due:05/20/2019 | 1,509.54 | | | |

EXHIBIT 11.1

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **KELO01** | | **Kelley Oil Company <Continued>** | | | | | | | |
| 05/01/2019 | 5086039 | A/P Invoice | 714.98 | Due:05/26/2019 | | 714.98 | | | |
| 05/01/2019 | 5086037 | A/P Invoice | 1,453.92 | Due:05/26/2019 | | 1,453.92 | | | |
| 05/08/2019 | 5086057 | A/P Invoice | 635.59 | Due:06/02/2019 | | 635.59 | | | |
| KELO01 | | Total for Kelley Oil Company | 104,198.80 | | | 6,326.46 | 34,936.48 | 62,935.86 | 0.00 |
| | | | | | | | | | |
| **KODG01** | | **Kodiak Gas Services, LLC** | | | | | | | |
| 03/18/2019 | 19030321 | A/P Invoice | 6,300.00 | Due:04/17/2019 | | | | 6,300.00 | |
| 03/18/2019 | 19030546 | A/P Invoice | 10,725.00 | Due:04/17/2019 | | | | 10,725.00 | |
| 04/22/2019 | 19042050 | A/P Invoice | 6,384.45 | Due:05/22/2019 | | | 6,384.45 | | |
| 04/25/2019 | 19042172 | A/P Invoice | 2,700.00 | Due:05/25/2019 | | 2,700.00 | | | |
| 04/25/2019 | 19042173 | A/P Invoice | 9,000.00 | Due:05/25/2019 | | 9,000.00 | | | |
| 05/08/2019 | 19050052 | A/P Invoice | 11,220.00 | Due:06/07/2019 | | 11,220.00 | | | |
| 05/14/2019 | 19050098 | A/P Invoice | 1,800.00 | Due:06/13/2019 | | 1,800.00 | | | |
| 05/14/2019 | 19050099 | A/P Invoice | 612.00 | Due:06/13/2019 | | 612.00 | | | |
| 05/14/2019 | 19050101 | A/P Invoice | 612.00 | Due:06/13/2019 | | 612.00 | | | |
| 05/14/2019 | 19050102 | A/P Invoice | 1,800.00 | Due:06/13/2019 | | 1,800.00 | | | |
| 05/14/2019 | 19050103 | A/P Invoice | 612.00 | Due:06/13/2019 | | 612.00 | | | |
| 05/14/2019 | 19050104 | A/P Invoice | 612.00 | Due:06/13/2019 | | 612.00 | | | |
| 05/14/2019 | 19050128 | A/P Invoice | 1,260.00 | Due:06/13/2019 | | 1,260.00 | | | |
| 05/15/2019 | 19050172 | A/P Invoice | 1,260.00 | Due:06/14/2019 | | 1,260.00 | | | |
| KODG01 | | Total for Kodiak Gas Services, LLC | 54,897.45 | | | 31,488.00 | 6,384.45 | 17,025.00 | 0.00 |
| | | | | | | | | | |
| **LOUE01** | | **Louisiana - Edwards Tower** | | | | | | | |
| 05/01/2019 | 050119 | A/P Invoice | 6,920.13 | Due:06/01/2019 | | 6,920.13 | | | |
| LOUE01 | | Total for Louisiana - Edwards Tower | 6,920.13 | | | 6,920.13 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **MASW01** | | **Masco Wireline, Inc.** | | | | | | | |
| 03/21/2019 | 78953 | A/P Invoice | 1,733.40 | Due:04/20/2019 | | | | 1,733.40 | |
| MASW01 | | Total for Masco Wireline, Inc. | 1,733.40 | | | 0.00 | 0.00 | 1,733.40 | 0.00 |
| | | | | | | | | | |
| **MENB01** | | **Mendoza's Barrirer Fence Co.** | | | | | | | |
| 04/23/2019 | 432 | A/P Invoice | 22,926.00 | Due:05/23/2019 | | | 22,926.00 | | |
| MENB01 | | Total for Mendoza's Barrirer Fence Co. | 22,926.00 | | | 0.00 | 22,926.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **MISP01** | | **Mississippi Power** | | | | | | | |
| 05/20/2019 | 22683-76014 | A/P Invoice | 7,500.00 | Due:05/29/2019 | | 7,500.00 | | | |
| MISP01 | | Total for Mississippi Power | 7,500.00 | | | 7,500.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **NATO03** | | **National Oilwell Varco** | | | | | | | |
| 03/21/2019 | 4808655 | A/P Invoice | 10,467.75 | Due:04/20/2019 | | | | 10,467.75 | |
| 03/26/2019 | 4815009 | A/P Invoice | 10,467.75 | Due:04/25/2019 | | | 10,467.75 | | |
| 04/05/2019 | 4829879 | A/P Invoice | 10,467.75 | Due:05/05/2019 | | | 10,467.75 | | |
| 04/05/2019 | 4829917 | A/P Invoice | 16,924.05 | Due:05/05/2019 | | | 16,924.05 | | |
| NATO03 | | Total for National Oilwell Varco | 48,327.30 | | | 0.00 | 37,859.55 | 10,467.75 | 0.00 |
| | | | | | | | | | |
| **NATO05** | | **National Oilwell Varco** | | | | | | | |
| 04/03/2019 | 4827129 | A/P Invoice | 112,401.05 | Due:04/28/2019 | | | 112,401.05 | | |
| 04/10/2019 | 4835257 | A/P Invoice | 27,829.90 | Due:05/05/2019 | | | 27,829.90 | | |
| 04/17/2019 | 4843656 | A/P Invoice | 6,600.00 | Due:05/12/2019 | | | 6,600.00 | | |
| 04/24/2019 | 4850904 | A/P Invoice | 22,426.13 | Due:05/19/2019 | | 22,426.13 | | | |
| 04/25/2019 | 4853557 | A/P Invoice | 9,775.00 | Due:05/20/2019 | | 9,775.00 | | | |
| NATO05 | | Total for National Oilwell Varco | 179,032.08 | | | 32,201.13 | 146,830.95 | 0.00 | 0.00 |

EXHIBIT 11.1

05/21/2019 02:09 pm
Company:00SEC

Case:20-12377-MER    Doc#:891-1    Filed:02/26/21    Entered:02/26/21 14:02:03    Page731 of 876

Sklar Exploration Co., LLC
Historical Open Item Report - Aged by Invoice Date

Page  13

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **NATO06** | | **National Oilwell DHT, LP** | | | | | | | |
| 04/30/2019 | 4860411 | A/P Invoice | 16,479.07 | Due:05/30/2019 | | 16,479.07 | | | |
| NATO06 | | Total for National Oilwell DHT, LP | 16,479.07 | | | 16,479.07 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **OILS01** | | **Oilfield Service & Supply Company, Inc** | | | | | | | |
| 03/26/2019 | 40121 | A/P Invoice | 3,086.29 | Due:04/25/2019 | | | 3,086.29 | | |
| 04/29/2019 | 40249 | A/P Invoice | 2,062.76 | Due:05/29/2019 | | 2,062.76 | | | |
| 04/29/2019 | 40248 | A/P Invoice | 1,856.06 | Due:05/29/2019 | | 1,856.06 | | | |
| OILS01 | | Total for Oilfield Service & Supply Company, Inc | 7,005.11 | | | 3,918.82 | 3,086.29 | 0.00 | 0.00 |
| | | | | | | | | | |
| **OILS02** | | **Oil States Energy Services, LLC** | | | | | | | |
| 03/31/2019 | 3141955 | A/P Invoice | 7,477.95 | Due:04/30/2019 | | | 7,477.95 | | |
| 04/11/2019 | 3142799 | A/P Invoice | 8,077.95 | Due:05/11/2019 | | | 8,077.95 | | |
| 04/29/2019 | 3143987 | A/P Invoice | 7,477.95 | Due:05/29/2019 | | 7,477.95 | | | |
| OILS02 | | Total for Oil States Energy Services, LLC | 23,033.85 | | | 7,477.95 | 15,555.90 | 0.00 | 0.00 |
| | | | | | | | | | |
| **PEAP01** | | **Pearl Parkway, LLC** | | | | | | | |
| 05/01/2019 | 70 | A/P Invoice | 41,756.94 | Due:06/01/2019 | | 41,756.94 | | | |
| PEAP01 | | Total for Pearl Parkway, LLC | 41,756.94 | | | 41,756.94 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **PERW01** | | **Performance Wellhead & Frac** | | | | | | | |
| 03/31/2019 | 62007 | A/P Invoice | 7,718.23 | Due:05/15/2019 | | | 7,718.23 | | |
| PERW01 | | Total for Performance Wellhead & Frac | 7,718.23 | | | 0.00 | 7,718.23 | 0.00 | 0.00 |
| | | | | | | | | | |
| **PIPP01** | | **Pipe Pros, LLC** | | | | | | | |
| 03/06/2019 | 36385 | A/P Invoice | 22,525.00 | Due:03/07/2019 | | | | 22,525.00 | |
| 04/08/2019 | 36786 | A/P Invoice | 28,870.00 | Due:04/09/2019 | | | 28,870.00 | | |
| PIPP01 | | Total for Pipe Pros, LLC | 51,395.00 | | | 0.00 | 28,870.00 | 22,525.00 | 0.00 |
| | | | | | | | | | |
| **PITS01** | | **Pitts Swabbing Service, Inc.** | | | | | | | |
| 04/12/2019 | 18119 | A/P Invoice | 4,292.50 | Due:05/07/2019 | | | 4,292.50 | | |
| 04/29/2019 | 18133 | A/P Invoice | 2,125.00 | Due:05/24/2019 | | 2,125.00 | | | |
| PITS01 | | Total for Pitts Swabbing Service, Inc. | 6,417.50 | | | 2,125.00 | 4,292.50 | 0.00 | 0.00 |
| | | | | | | | | | |
| **PLAM02** | | **Plante & Moran, PLLC** | | | | | | | |
| 04/30/2019 | 1677334 | A/P Invoice | 40,350.00 | Due:05/25/2019 | | 40,350.00 | | | |
| 04/30/2019 | 1679136 | A/P Invoice | 500.00 | Due:05/25/2019 | | 500.00 | | | |
| 04/30/2019 | 1679139 | A/P Invoice | 500.00 | Due:05/25/2019 | | 500.00 | | | |
| PLAM02 | | Total for Plante & Moran, PLLC | 41,350.00 | | | 41,350.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **PLAT02** | | **Planning Thru Completion, LLC** | | | | | | | |
| 05/14/2019 | 6082 | A/P Invoice | 7,200.00 | Due:05/14/2019 | | 7,200.00 | | | |
| PLAT02 | | Total for Planning Thru Completion, LLC | 7,200.00 | | | 7,200.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **POWE01** | | **Powerlights & Equipment Co., LLC** | | | | | | | |
| 04/01/2019 | 6254 | A/P Invoice | 2,496.00 | Due:04/26/2019 | | | 2,496.00 | | |
| 04/01/2019 | 6255 | A/P Invoice | 3,328.00 | Due:04/26/2019 | | | 3,328.00 | | |
| 04/01/2019 | 6256 | A/P Invoice | 2,496.00 | Due:04/26/2019 | | | 2,496.00 | | |
| 04/16/2019 | 6258 | A/P Invoice | 2,340.00 | Due:05/11/2019 | | | 2,340.00 | | |
| 04/16/2019 | 6259 | A/P Invoice | 3,120.00 | Due:05/11/2019 | | | 3,120.00 | | |
| 04/16/2019 | 6260 | A/P Invoice | 2,340.00 | Due:05/11/2019 | | | 2,340.00 | | |
| 04/16/2019 | 6261 | A/P Invoice | 716.00 | Due:05/11/2019 | | | 716.00 | | |
| 04/16/2019 | 6262 | A/P Invoice | 624.00 | Due:05/11/2019 | | | 624.00 | | |
| 04/16/2019 | 6263 | A/P Invoice | 816.00 | Due:05/11/2019 | | | 816.00 | | |
| 05/01/2019 | 6264 | A/P Invoice | 2,340.00 | Due:05/26/2019 | | 2,340.00 | | | |

EXHIBIT 11.1

Shaf Exploration Co., LLC
Historical Open Item Report - Aged by Invoice Date

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **POWE01** | | **Powerlights & Equipment Co., LLC <Continued>** | | | | | | | |
| 05/01/2019 | 6265 | A/P Invoice | 3,120.00 | | Due:05/26/2019 | 3,120.00 | | | |
| 05/01/2019 | 6266 | A/P Invoice | 2,340.00 | | Due:05/26/2019 | 2,340.00 | | | |
| 05/16/2019 | 6267 | A/P Invoice | 2,340.00 | | Due:06/10/2019 | 2,340.00 | | | |
| 05/16/2019 | 6268 | A/P Invoice | 3,120.00 | | Due:06/10/2019 | 3,120.00 | | | |
| 05/16/2019 | 6269 | A/P Invoice | 2,340.00 | | Due:06/10/2019 | 2,340.00 | | | |
| POWE01 | | Total for Powerlights & Equipment Co., LLC | 33,876.00 | | | 15,600.00 | 18,276.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **PREC02** | | **Pressure Control Innovations, LLC** | | | | | | | |
| 03/27/2019 | 3080T | A/P Invoice | 12,599.25 | | Due:04/21/2019 | | 12,599.25 | | |
| PREC02 | | Total for Pressure Control Innovations, LLC | 12,599.25 | | | 0.00 | 12,599.25 | 0.00 | 0.00 |
| | | | | | | | | | |
| **PRUP01** | | **Pruet Production Co** | | | | | | | |
| 04/10/2019 | 986590 | A/P Invoice | 0.65 | | Due:05/05/2019 | | 0.65 | | |
| 04/10/2019 | 986585 | A/P Invoice | 3,501.58 | | Due:05/05/2019 | | 3,501.58 | | |
| 04/10/2019 | 986586 | A/P Invoice | 5,203.90 | | Due:05/05/2019 | | 5,203.90 | | |
| 04/10/2019 | 986587 | A/P Invoice | 5.21 | | Due:05/05/2019 | | 5.21 | | |
| 04/10/2019 | 986588 | A/P Invoice | 5.45 | | Due:05/05/2019 | | 5.45 | | |
| 05/10/2019 | 990470 | A/P Invoice | 4,331.06 | | Due:06/04/2019 | 4,331.06 | | | |
| 05/10/2019 | 990471 | A/P Invoice | 4,742.35 | | Due:06/04/2019 | 4,742.35 | | | |
| PRUP01 | | Total for Pruet Production Co | 17,790.20 | | | 9,073.41 | 8,716.79 | 0.00 | 0.00 |
| | | | | | | | | | |
| **PRYP01** | | **Pryor Packers Inc.** | | | | | | | |
| 03/22/2019 | 22694 | A/P Invoice | 2,058.52 | | Due:04/21/2019 | | | 2,058.52 | |
| 03/21/2019 | 22693 | A/P Invoice | 2,687.10 | | Due:04/20/2019 | | | 2,687.10 | |
| 03/26/2019 | 22695 | A/P Invoice | 4,640.68 | | Due:04/25/2019 | | 4,640.68 | | |
| 03/27/2019 | 22696 | A/P Invoice | 4,173.22 | | Due:04/26/2019 | | 4,173.22 | | |
| 04/06/2019 | 22485 | A/P Invoice | 4,729.67 | | Due:05/06/2019 | | 4,729.67 | | |
| 04/28/2019 | 23029 | A/P Invoice | 2,723.14 | | Due:05/28/2019 | 2,723.14 | | | |
| 04/25/2019 | 23028 | A/P Invoice | 2,687.10 | | Due:05/25/2019 | 2,687.10 | | | |
| 04/28/2019 | 23027 | A/P Invoice | 1,729.92 | | Due:05/28/2019 | 1,729.92 | | | |
| 04/17/2019 | 22699 | A/P Invoice | 2,130.60 | | Due:05/17/2019 | | 2,130.60 | | |
| 04/16/2019 | 22698 | A/P Invoice | 2,687.10 | | Due:05/16/2019 | | 2,687.10 | | |
| 04/22/2019 | 22700 | A/P Invoice | 3,757.70 | | Due:05/22/2019 | | 3,757.70 | | |
| 04/23/2019 | 23026 | A/P Invoice | 10,833.20 | | Due:05/23/2019 | | 10,833.20 | | |
| PRYP01 | | Total for Pryor Packers Inc. | 44,837.95 | | | 7,140.16 | 32,952.17 | 4,745.62 | 0.00 |
| | | | | | | | | | |
| **QUAD01** | | **Quality Drilling Fluids, Inc.** | | | | | | | |
| 03/11/2019 | 9381 | A/P Invoice | 16,187.60 | | Due:04/10/2019 | | | 16,187.60 | |
| 03/14/2019 | 9383 | A/P Invoice | 11,916.99 | | Due:04/13/2019 | | | 11,916.99 | |
| 03/15/2019 | 9384 | A/P Invoice | 33,510.57 | | Due:04/14/2019 | | | 33,510.57 | |
| 03/15/2019 | 9385 | A/P Invoice | 11,858.36 | | Due:04/14/2019 | | | 11,858.36 | |
| 03/17/2019 | A30945 | A/P Invoice | 1,605.00 | | Due:04/16/2019 | | | 1,605.00 | |
| 03/18/2019 | 9386 | A/P Invoice | 2,745.62 | | Due:04/17/2019 | | | 2,745.62 | |
| 03/21/2019 | 9388 | A/P Invoice | 60,893.07 | | Due:04/20/2019 | | | 60,893.07 | |
| 03/29/2019 | A31093 | A/P Invoice | 6,420.00 | | Due:04/28/2019 | | 6,420.00 | | |
| 03/14/2019 | A31092 | A/P Invoice | 936.25 | | Due:04/13/2019 | | | 936.25 | |
| 03/26/2019 | 9391 | A/P Invoice | 16,597.80 | | Due:04/25/2019 | | 16,597.80 | | |
| 03/30/2019 | 9394 | A/P Invoice | 12,938.23 | | Due:04/29/2019 | | 12,938.23 | | |
| 04/05/2019 | 9396 | A/P Invoice | 5,835.35 | | Due:05/05/2019 | | 5,835.35 | | |
| 04/07/2019 | A31025 | A/P Invoice | 7,222.50 | | Due:05/07/2019 | | 7,222.50 | | |
| 04/15/2019 | 9405-CREDIT | A/P Invoice | (47,063.54) | | Due:05/15/2019 | | (47,063.54) | | |
| QUAD01 | | Total for Quality Drilling Fluids, Inc. | 141,603.80 | | | 0.00 | 1,950.34 | 139,653.46 | 0.00 |

EXHIBIT 11.1

Historical Open Item Report - Aged by Invoice Date

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **QUIT01** | | **Quitman Tank Solutions LLC** | | | | | | | |
| 03/21/2019 | 899 | A/P Invoice | 615.25 | | Due:04/20/2019 | | | 615.25 | |
| 04/22/2019 | 907 | A/P Invoice | 53,759.48 | | Due:05/22/2019 | | 53,759.48 | | |
| QUIT01 | | Total for Quitman Tank Solutions LLC | 54,374.73 | | | 0.00 | 53,759.48 | 615.25 | 0.00 |
| **RAPD01** | | **Rapad Drilling & Well Service, Inc.** | | | | | | | |
| 04/01/2019 | D031901 | A/P Invoice | 558,000.00 | | Due:04/01/2019 | | 558,000.00 | | |
| 04/29/2019 | D041901 | A/P Invoice | 166,500.00 | | Due:04/29/2019 | 166,500.00 | | | |
| RAPD01 | | Total for Rapad Drilling & Well Service, Inc. | 724,500.00 | | | 166,500.00 | 558,000.00 | 0.00 | 0.00 |
| **REAE01** | | **Reagan Equipment Co., Inc.** | | | | | | | |
| 04/24/2019 | CD99009851 | A/P Invoice | 1,177.00 | | Due:04/24/2019 | 1,177.00 | | | |
| 04/24/2019 | CD99009852 | A/P Invoice | 1,177.00 | | Due:04/24/2019 | 1,177.00 | | | |
| REAE01 | | Total for Reagan Equipment Co., Inc. | 2,354.00 | | | 2,354.00 | 0.00 | 0.00 | 0.00 |
| **REBT01** | | **Rebel Testers, Inc.** | | | | | | | |
| 03/28/2019 | 47759 | A/P Invoice | 1,997.50 | | Due:05/27/2019 | | 1,997.50 | | |
| 04/08/2019 | 47766 | A/P Invoice | 3,602.50 | | Due:06/07/2019 | | 3,602.50 | | |
| REBT01 | | Total for Rebel Testers, Inc. | 5,600.00 | | | 0.00 | 5,600.00 | 0.00 | 0.00 |
| **REGO01** | | **Register Oilfield Services, Inc.** | | | | | | | |
| 04/15/2019 | 8211 | A/P Invoice | 1,050.00 | | Due:04/15/2019 | | 1,050.00 | | |
| 05/15/2019 | 8265 | A/P Invoice | 1,050.00 | | Due:05/15/2019 | 1,050.00 | | | |
| REGO01 | | Total for Register Oilfield Services, Inc. | 2,100.00 | | | 1,050.00 | 1,050.00 | 0.00 | 0.00 |
| **REGR01** | | **Regard Resources Company, Inc.** | | | | | | | |
| 04/01/2019 | 5630 | A/P Invoice | 352.46 | | Due:05/01/2019 | | 352.46 | | |
| 04/01/2019 | 5645 | A/P Invoice | 2,181.00 | | Due:05/01/2019 | | 2,181.00 | | |
| 05/01/2019 | 5684 | A/P Invoice | 352.46 | | Due:05/31/2019 | 352.46 | | | |
| 05/01/2019 | 5699 | A/P Invoice | 2,181.00 | | Due:05/31/2019 | 2,181.00 | | | |
| REGR01 | | Total for Regard Resources Company, Inc. | 5,066.92 | | | 2,533.46 | 2,533.46 | 0.00 | 0.00 |
| **RIGM01** | | **Rig Managers, Inc.** | | | | | | | |
| 04/07/2019 | 3897 | A/P Invoice | 28,888.50 | | Due:04/07/2019 | | 28,888.50 | | |
| 04/16/2019 | 3901 | A/P Invoice | 18,189.00 | | Due:04/16/2019 | | 18,189.00 | | |
| RIGM01 | | Total for Rig Managers, Inc. | 47,077.50 | | | 0.00 | 47,077.50 | 0.00 | 0.00 |
| **RJWA01** | | **R.J. Walters Trucking Co., Inc.** | | | | | | | |
| 04/15/2019 | 119045 | A/P Invoice | 2,920.00 | | Due:04/30/2019 | | 2,920.00 | | |
| RJWA01 | | Total for R.J. Walters Trucking Co., Inc. | 2,920.00 | | | 0.00 | 2,920.00 | 0.00 | 0.00 |
| **ROBT01** | | **Roberson Trucking Co., Inc.** | | | | | | | |
| 04/30/2019 | 53459 | A/P Invoice | 287.50 | | Due:05/30/2019 | 287.50 | | | |
| 04/30/2019 | 53458 | A/P Invoice | 287.50 | | Due:05/30/2019 | 287.50 | | | |
| 04/30/2019 | 53457 | A/P Invoice | 287.50 | | Due:05/30/2019 | 287.50 | | | |
| 04/30/2019 | 53460 | A/P Invoice | 370.00 | | Due:05/30/2019 | 370.00 | | | |
| ROBT01 | | Total for Roberson Trucking Co., Inc. | 1,232.50 | | | 1,232.50 | 0.00 | 0.00 | 0.00 |
| **ROBW01** | | **Robine & Welch** | | | | | | | |
| 03/18/2019 | 112861 | A/P Invoice | 1,216.59 | | Due:04/17/2019 | | | 1,216.59 | |
| 03/29/2019 | 112973 | A/P Invoice | 32,690.64 | | Due:04/28/2019 | | 32,690.64 | | |
| 03/27/2019 | 112938 | A/P Invoice | 212.93 | | Due:04/26/2019 | | 212.93 | | |
| 04/18/2019 | 113108 | A/P Invoice | 167.99 | | Due:05/18/2019 | | 167.99 | | |
| 04/22/2019 | 113129 | A/P Invoice | 1,347.13 | | Due:05/22/2019 | | 1,347.13 | | |
| ROBW01 | | Total for Robine & Welch | 35,635.28 | | | 0.00 | 34,418.69 | 1,216.59 | 0.00 |

EXHIBIT 11.1

05/21/2019 02:09 pm
Company:00SEC

Case:20-12377-MER   Doc#:891-1   Filed:02/26/21   Entered:02/26/21 14:02:03   Page734 of
Sklar Exploration Co., LLC
Historical Open Item Report - Aged by Invoice Date

Page 16

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **ROWE01** | | **Rowe Engineering & Surveying, Inc.** | | | | | | | |
| 04/30/2019 | 19-0306 | A/P Invoice | 3,333.50 | | Due:05/30/2019 | 3,333.50 | | | |
| ROWE01 | | Total for Rowe Engineering & Surveying, Inc. | 3,333.50 | | | 3,333.50 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **RRRE01** | | **R & R Rentals & Hot Shot, Inc.** | | | | | | | |
| 03/25/2019 | 58710 | A/P Invoice | 6,496.00 | | Due:03/25/2019 | | 6,496.00 | | |
| 03/19/2019 | 58696 | A/P Invoice | 1,492.65 | | Due:03/19/2019 | | | 1,492.65 | |
| 03/25/2019 | 58697 | A/P Invoice | 1,262.60 | | Due:03/25/2019 | | 1,262.60 | | |
| 03/25/2019 | 58750 | A/P Invoice | 1,558.30 | | Due:03/25/2019 | | 1,558.30 | | |
| 03/25/2019 | 58709 | A/P Invoice | 3,930.08 | | Due:03/25/2019 | | 3,930.08 | | |
| 03/25/2019 | 58712 | A/P Invoice | 5,131.84 | | Due:03/25/2019 | | 5,131.84 | | |
| 03/25/2019 | 58711 | A/P Invoice | 8,763.30 | | Due:03/25/2019 | | 8,763.30 | | |
| 03/25/2019 | 58800 | A/P Invoice | 1,465.90 | | Due:03/25/2019 | | 1,465.90 | | |
| 03/28/2019 | 58788 | A/P Invoice | 866.40 | | Due:03/28/2019 | | 866.40 | | |
| 03/30/2019 | 58798 | A/P Invoice | 1,070.00 | | Due:03/30/2019 | | 1,070.00 | | |
| 04/01/2019 | 58801 | A/P Invoice | 3,723.60 | | Due:04/01/2019 | | 3,723.60 | | |
| 03/31/2019 | 58903 | A/P Invoice | 2,823.10 | | Due:03/31/2019 | | 2,823.10 | | |
| 04/02/2019 | 58904 | A/P Invoice | 2,670.50 | | Due:04/02/2019 | | 2,670.50 | | |
| 04/04/2019 | 58822 | A/P Invoice | 1,558.30 | | Due:04/04/2019 | | 1,558.30 | | |
| 04/08/2019 | 58852 | A/P Invoice | 631.30 | | Due:04/08/2019 | | 631.30 | | |
| 04/09/2019 | 58862 | A/P Invoice | 2,137.50 | | Due:04/09/2019 | | 2,137.50 | | |
| 04/09/2019 | 58860 | A/P Invoice | 891.51 | | Due:04/09/2019 | | 891.51 | | |
| 04/10/2019 | 58869 | A/P Invoice | 1,948.80 | | Due:04/10/2019 | | 1,948.80 | | |
| 04/11/2019 | 58872 | A/P Invoice | 4,307.80 | | Due:04/11/2019 | | 4,307.80 | | |
| 04/11/2019 | 58871 | A/P Invoice | 4,429.72 | | Due:04/11/2019 | | 4,429.72 | | |
| 04/11/2019 | 58873 | A/P Invoice | 2,465.00 | | Due:04/11/2019 | | 2,465.00 | | |
| 04/11/2019 | 58874 | A/P Invoice | 3,510.16 | | Due:04/11/2019 | | 3,510.16 | | |
| 04/12/2019 | 58883 | A/P Invoice | 3,471.40 | | Due:04/12/2019 | | 3,471.40 | | |
| 04/12/2019 | 58876 | A/P Invoice | 3,723.60 | | Due:04/12/2019 | | 3,723.60 | | |
| 04/12/2019 | 58875 | A/P Invoice | 2,740.65 | | Due:04/12/2019 | | 2,740.65 | | |
| 04/12/2019 | 58882 | A/P Invoice | 5,256.16 | | Due:04/12/2019 | | 5,256.16 | | |
| 04/12/2019 | 58879 | A/P Invoice | 1,885.40 | | Due:04/12/2019 | | 1,885.40 | | |
| 04/12/2019 | 58880 | A/P Invoice | 4,016.74 | | Due:04/12/2019 | | 4,016.74 | | |
| 04/12/2019 | 58881 | A/P Invoice | 3,338.40 | | Due:04/12/2019 | | 3,338.40 | | |
| 04/15/2019 | 58891 | A/P Invoice | 1,903.85 | | Due:04/15/2019 | | 1,903.85 | | |
| RRRE01 | | Total for R & R Rentals & Hot Shot, Inc. | 89,470.56 | | | 0.00 | 87,977.91 | 1,492.65 | 0.00 |
| | | | | | | | | | |
| **RSMU01** | | **RSM US LLP** | | | | | | | |
| 04/29/2019 | 5683188 | A/P Invoice | 7,343.00 | | Due:04/29/2019 | 7,343.00 | | | |
| RSMU01 | | Total for RSM US LLP | 7,343.00 | | | 7,343.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **RWLS01** | | **RWLS, LLC dba Renegade Services** | | | | | | | |
| 03/20/2019 | RWLS81320 | A/P Invoice | 44,285.41 | | Due:04/19/2019 | | | 44,285.41 | |
| 03/27/2019 | RWLS142926 | A/P Invoice | 8,096.93 | | Due:04/26/2019 | | 8,096.93 | | |
| 04/26/2019 | RWLS142936 | A/P Invoice | 6,384.82 | | Due:05/26/2019 | 6,384.82 | | | |
| RWLS01 | | Total for RWLS, LLC dba Renegade Services | 58,767.16 | | | 6,384.82 | 8,096.93 | 44,285.41 | 0.00 |
| | | | | | | | | | |
| **SCID01** | | **Scientific Drilling International, Inc.** | | | | | | | |
| 04/08/2019 | 90023775 | A/P Invoice | 159,947.35 | | Due:05/08/2019 | | 159,947.35 | | |
| 04/09/2019 | 90023845 | A/P Invoice | 4,420.00 | | Due:05/09/2019 | | 4,420.00 | | |
| 04/29/2019 | 90024508 | A/P Invoice | 13,168.84 | | Due:05/29/2019 | 13,168.84 | | | |
| SCID01 | | Total for Scientific Drilling International, Inc. | 177,536.19 | | | 13,168.84 | 164,367.35 | 0.00 | 0.00 |

EXHIBIT 11.1

05/21/2019 02:09 pm
Company:00SEC
Case:20-12377-MER   Doc#:891-1   Filed:02/26/21   Entered:02/26/21 14:02:03   Page735 of
876
Sklar Exploration Co., LLC
Historical Open Item Report - Aged by Invoice Date
Page   17

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **SECI01** | | **Secorp Industries** | | | | | | | |
| 04/09/2019 | I0062554 | A/P Invoice | 5,480.54 | Due:05/09/2019 | | | 5,480.54 | | |
| 04/11/2019 | I0062614 | A/P Invoice | 2,002.20 | Due:05/11/2019 | | | 2,002.20 | | |
| 04/30/2019 | I0062803 | A/P Invoice | 1,875.00 | Due:05/30/2019 | | 1,875.00 | | | |
| SECI01 | | Total for Secorp Industries | 9,357.74 | | | 1,875.00 | 7,482.74 | 0.00 | 0.00 |
| **SLIS03** | | **Slickline South, LLC** | | | | | | | |
| 03/06/2019 | 367 | A/P Invoice | 660.00 | Due:03/31/2019 | | | | 660.00 | |
| 03/15/2019 | 369 | A/P Invoice | 5,285.20 | Due:04/09/2019 | | | | 5,285.20 | |
| 03/24/2019 | 371 | A/P Invoice | 4,492.80 | Due:04/18/2019 | | | | 4,492.80 | |
| 03/25/2019 | 372 | A/P Invoice | 2,032.00 | Due:04/19/2019 | | | 2,032.00 | | |
| 03/28/2019 | 374 | A/P Invoice | 2,125.60 | Due:04/22/2019 | | | 2,125.60 | | |
| 03/31/2019 | 377 | A/P Invoice | 1,777.60 | Due:04/25/2019 | | | 1,777.60 | | |
| 03/22/2019 | 370 | A/P Invoice | 2,214.40 | Due:04/16/2019 | | | | 2,214.40 | |
| 03/31/2019 | 375 | A/P Invoice | 4,414.40 | Due:04/25/2019 | | | 4,414.40 | | |
| 03/31/2019 | 376 | A/P Invoice | 4,619.20 | Due:04/25/2019 | | | 4,619.20 | | |
| 03/31/2019 | 378 | A/P Invoice | 678.60 | Due:04/25/2019 | | | 678.60 | | |
| 04/03/2019 | 379 | A/P Invoice | 1,626.80 | Due:04/28/2019 | | | 1,626.80 | | |
| 04/03/2019 | 380 | A/P Invoice | 1,466.80 | Due:04/28/2019 | | | 1,466.80 | | |
| 04/09/2019 | 381 | A/P Invoice | 3,318.51 | Due:05/04/2019 | | | 3,318.51 | | |
| 04/09/2019 | 382 | A/P Invoice | 5,633.81 | Due:05/04/2019 | | | 5,633.81 | | |
| 04/11/2019 | 383 | A/P Invoice | 2,282.40 | Due:05/06/2019 | | | 2,282.40 | | |
| SLIS03 | | Total for Slickline South, LLC | 42,628.12 | | | 0.00 | 29,975.72 | 12,652.40 | 0.00 |
| **SOUA01** | | **South Alabama Gas** | | | | | | | |
| 04/25/2019 | SVC CHG | 213851 | 22.93 | Due:04/25/2019 | | 22.93 | | | |
| 05/10/2019 | 284385 | 213851 | 1,856.67 | Due:05/10/2019 | | 1,856.67 | | | |
| SOUA01 | | Total for South Alabama Gas | 1,879.60 | | | 1,879.60 | 0.00 | 0.00 | 0.00 |
| **SOUE02** | | **Southern Erosion Control** | | | | | | | |
| 03/05/2019 | 0180 | A/P Invoice | 2,588.00 | Due:03/05/2019 | | | | 2,588.00 | |
| 03/14/2019 | 0181 | A/P Invoice | 1,310.00 | Due:03/14/2019 | | | | 1,310.00 | |
| 03/28/2019 | 0184 | A/P Invoice | 5,176.00 | Due:03/28/2019 | | | 5,176.00 | | |
| 03/26/2019 | 0183 | A/P Invoice | 5,138.00 | Due:03/26/2019 | | | 5,138.00 | | |
| 03/25/2019 | 0182 | A/P Invoice | 4,638.00 | Due:03/25/2019 | | | 4,638.00 | | |
| 04/01/2019 | 0185 | A/P Invoice | 2,588.00 | Due:04/01/2019 | | | 2,588.00 | | |
| 04/02/2019 | 0186 | A/P Invoice | 2,588.00 | Due:04/02/2019 | | | 2,588.00 | | |
| 04/15/2019 | 0188 | A/P Invoice | 3,056.00 | Due:04/15/2019 | | | 3,056.00 | | |
| 04/15/2019 | 0187 | A/P Invoice | 419.00 | Due:04/15/2019 | | | 419.00 | | |
| 04/16/2019 | 0189 | A/P Invoice | 1,418.00 | Due:04/16/2019 | | | 1,418.00 | | |
| SOUE02 | | Total for Southern Erosion Control | 28,919.00 | | | 0.00 | 25,021.00 | 3,898.00 | 0.00 |
| **SOUO02** | | **Southern Oilfield Inspection, LLC** | | | | | | | |
| 03/01/2019 | 2770 | A/P Invoice | 17,811.22 | Due:03/26/2019 | | | | 17,811.22 | |
| 04/09/2019 | 2820 | A/P Invoice | 1,824.00 | Due:05/04/2019 | | | 1,824.00 | | |
| SOUO02 | | Total for Southern Oilfield Inspection, LLC | 19,635.22 | | | 0.00 | 1,824.00 | 17,811.22 | 0.00 |
| **SOUP06** | | **Southern Propane, Inc.** | | | | | | | |
| 04/12/2019 | 1455988 | A/P Invoice | 375.57 | Due:05/12/2019 | | | 375.57 | | |
| 04/12/2019 | 1455987 | A/P Invoice | 345.41 | Due:05/12/2019 | | | 345.41 | | |
| 04/17/2019 | 1450877 | A/P Invoice | 945.02 | Due:05/17/2019 | | | 945.02 | | |
| 04/24/2019 | 1463565 | A/P Invoice | 692.09 | Due:05/24/2019 | | 692.09 | | | |
| 04/26/2019 | 1465840 | A/P Invoice | 410.56 | Due:05/26/2019 | | 410.56 | | | |
| 05/03/2019 | 1471088 | A/P Invoice | 439.30 | Due:06/02/2019 | | 439.30 | | | |
| 05/03/2019 | 1471030 | A/P Invoice | 439.30 | Due:06/02/2019 | | 439.30 | | | |

EXHIBIT 11.1

Company:00SEC

Star Exploration Co., LLC

Historical Open Item Report - Aged by Invoice Date

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **SOUP06** | | **Southern Propane, Inc. <Continued>** | | | | | | | |
| 05/10/2019 | 1481825 | A/P Invoice | 202.23 | | Due:06/09/2019 | 202.23 | | | |
| 05/10/2019 | 1481820 | A/P Invoice | 728.20 | | Due:06/09/2019 | 728.20 | | | |
| 05/15/2019 | 1486037 | A/P Invoice | 647.95 | | Due:06/14/2019 | 647.95 | | | |
| SOUP06 | | Total for Southern Propane, Inc. | 5,225.63 | | | 3,559.63 | 1,666.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **SPLI01** | **SPL, Inc.** | | | | | | | | |
| 02/28/2019 | 2030014754 | A/P Invoice | 205.00 | | Due:03/30/2019 | | | 205.00 | |
| 02/28/2019 | 2030014767 | A/P Invoice | 205.00 | | Due:03/30/2019 | | | 205.00 | |
| 02/28/2019 | 2030014786 | A/P Invoice | 205.00 | | Due:03/30/2019 | | | 205.00 | |
| 03/16/2019 | 1179268 | A/P Invoice | 910.00 | | Due:04/15/2019 | | | 910.00 | |
| 03/26/2019 | 1179888 | A/P Invoice | 470.00 | | Due:04/25/2019 | | 470.00 | | |
| 03/31/2019 | 1180604 | A/P Invoice | 2,195.00 | | Due:04/30/2019 | | 2,195.00 | | |
| 03/30/2019 | 1180603 | A/P Invoice | 354.75 | | Due:04/29/2019 | | 354.75 | | |
| 03/31/2019 | 1180457 | A/P Invoice | 1,200.00 | | Due:04/30/2019 | | 1,200.00 | | |
| 03/31/2019 | 1180463 | A/P Invoice | 1,200.00 | | Due:04/30/2019 | | 1,200.00 | | |
| 03/31/2019 | 1180465 | A/P Invoice | 1,200.00 | | Due:04/30/2019 | | 1,200.00 | | |
| 03/31/2019 | 1180468 | A/P Invoice | 1,282.50 | | Due:04/30/2019 | | 1,282.50 | | |
| 03/31/2019 | 1180503 | A/P Invoice | 800.00 | | Due:04/30/2019 | | 800.00 | | |
| 03/31/2019 | 1180507 | A/P Invoice | 910.00 | | Due:04/30/2019 | | 910.00 | | |
| 02/28/2019 | 1178060 | A/P Invoice | 1,035.00 | | Due:03/30/2019 | | | 1,035.00 | |
| 02/28/2019 | 1178099 | A/P Invoice | 1,070.00 | | Due:03/30/2019 | | | 1,070.00 | |
| 02/28/2019 | 1178301 | A/P Invoice | 690.00 | | Due:03/30/2019 | | | 690.00 | |
| 02/28/2019 | 1178303 | A/P Invoice | 855.00 | | Due:03/30/2019 | | | 855.00 | |
| 02/28/2019 | 1178302 | A/P Invoice | 910.00 | | Due:03/30/2019 | | | 910.00 | |
| 03/31/2019 | 2030014949 | A/P Invoice | 2,368.00 | | Due:04/30/2019 | | 2,368.00 | | |
| SPLI01 | | Total for SPL, Inc. | 18,065.25 | | | 0.00 | 11,980.25 | 6,085.00 | 0.00 |
| | | | | | | | | | |
| **SPOC03** | | **SPOC Automation, Inc.** | | | | | | | |
| 03/14/2019 | CI-0000011752 | A/P Invoice | 8,083.96 | | Due:04/08/2019 | | | 8,083.96 | |
| SPOC03 | | Total for SPOC Automation, Inc. | 8,083.96 | | | 0.00 | 0.00 | 8,083.96 | 0.00 |
| | | | | | | | | | |
| **SRTO01** | | **SRT Oil Field Service, LLC** | | | | | | | |
| 03/18/2019 | 62829 | A/P Invoice | 5,500.00 | | Due:04/12/2019 | | | 5,500.00 | |
| 03/18/2019 | 62830 | A/P Invoice | 600.00 | | Due:04/12/2019 | | | 600.00 | |
| 03/27/2019 | 62988 | A/P Invoice | 720.00 | | Due:04/21/2019 | | 720.00 | | |
| 04/04/2019 | 63091 | A/P Invoice | 3,300.00 | | Due:04/29/2019 | | 3,300.00 | | |
| 04/04/2019 | 63090 | A/P Invoice | 400.00 | | Due:04/29/2019 | | 400.00 | | |
| 04/04/2019 | 63089 | A/P Invoice | 300.00 | | Due:04/29/2019 | | 300.00 | | |
| 04/04/2019 | 63088 | A/P Invoice | 2,200.00 | | Due:04/29/2019 | | 2,200.00 | | |
| 04/09/2019 | 63185 | A/P Invoice | 550.00 | | Due:05/04/2019 | | 550.00 | | |
| 04/16/2019 | 63324 | A/P Invoice | 900.00 | | Due:05/11/2019 | | 900.00 | | |
| 04/16/2019 | 63323 | A/P Invoice | 900.00 | | Due:05/11/2019 | | 900.00 | | |
| 04/16/2019 | 63322 | A/P Invoice | 900.00 | | Due:05/11/2019 | | 900.00 | | |
| 04/24/2019 | 63435 | A/P Invoice | 1,950.00 | | Due:05/19/2019 | 1,950.00 | | | |
| 04/24/2019 | 63436 | A/P Invoice | 3,450.00 | | Due:05/19/2019 | 3,450.00 | | | |
| 05/15/2019 | 63770 | A/P Invoice | 900.00 | | Due:06/09/2019 | 900.00 | | | |
| 05/15/2019 | 63774 | A/P Invoice | 900.00 | | Due:06/09/2019 | 900.00 | | | |
| SRTO01 | | Total for SRT Oil Field Service, LLC | 23,470.00 | | | 7,200.00 | 10,170.00 | 6,100.00 | 0.00 |
| | | | | | | | | | |
| **STRL02** | | **Stric-Lan Companies, LLC** | | | | | | | |
| 03/13/2019 | 0056715-IN | A/P Invoice | 50.00 | | Due:04/12/2019 | | | 50.00 | |
| 03/29/2019 | 0104153-IN | A/P Invoice | 384.07 | | Due:04/28/2019 | | 384.07 | | |
| 03/29/2019 | 0104154-IN | A/P Invoice | 2,334.62 | | Due:04/28/2019 | | 2,334.62 | | |
| 03/29/2019 | 0104155-IN | A/P Invoice | 495.00 | | Due:04/28/2019 | | 495.00 | | |

EXHIBIT 11.1

05/21/2019  02:09 pm
Company:00SEC

Case:20-12377-MER   Doc#:891-1   Filed:02/26/21   Entered:02/26/21 14:02:03   Page737 of

Sklar Exploration Co., LLC

Historical Open Item Report - Aged by Invoice Date

Page  19

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **STRL02** | | **Stric-Lan Companies, LLC <Continued>** | | | | | | | |
| 03/29/2019 | 0104156-IN | A/P Invoice | 5,901.83 | Due:04/28/2019 | | | 5,901.83 | | |
| 03/29/2019 | 0104157-IN | A/P Invoice | 4,987.63 | Due:04/28/2019 | | | 4,987.63 | | |
| 03/29/2019 | 0104158-IN | A/P Invoice | 520.00 | Due:04/28/2019 | | | 520.00 | | |
| 03/29/2019 | 0104159-IN | A/P Invoice | 345.00 | Due:04/28/2019 | | | 345.00 | | |
| 03/29/2019 | 0104161-IN | A/P Invoice | 1,974.21 | Due:04/28/2019 | | | 1,974.21 | | |
| 03/29/2019 | 0104162-IN | A/P Invoice | 384.07 | Due:04/28/2019 | | | 384.07 | | |
| 03/29/2019 | 0104163-IN | A/P Invoice | 384.07 | Due:04/28/2019 | | | 384.07 | | |
| 03/29/2019 | 0104164-IN | A/P Invoice | 29,466.65 | Due:04/28/2019 | | | 29,466.65 | | |
| 03/29/2019 | 0104165-IN | A/P Invoice | 1,404.07 | Due:04/28/2019 | | | 1,404.07 | | |
| 03/29/2019 | 0104166-IN | A/P Invoice | 384.07 | Due:04/28/2019 | | | 384.07 | | |
| 03/29/2019 | 0104167-IN | A/P Invoice | 357.50 | Due:04/28/2019 | | | 357.50 | | |
| 03/29/2019 | 0104168-IN | A/P Invoice | 210.00 | Due:04/28/2019 | | | 210.00 | | |
| 03/29/2019 | 0104169-IN | A/P Invoice | 260.00 | Due:04/28/2019 | | | 260.00 | | |
| 04/09/2019 | 0056736-IN | A/P Invoice | 50.00 | Due:05/09/2019 | | | | 50.00 | |
| 04/09/2019 | 0056737-IN | A/P Invoice | 50.00 | Due:05/09/2019 | | | | 50.00 | |
| 04/09/2019 | 0056738-IN | A/P Invoice | 50.00 | Due:05/09/2019 | | | | 50.00 | |
| STRL02 | | Total for Stric-Lan Companies, LLC | 49,992.79 | | | 0.00 | 49,942.79 | 50.00 | 0.00 |
| | | | | | | | | | |
| **SUPP03** | | **support.com** | | | | | | | |
| 05/16/2019 | 18030 | A/P Invoice | 2,349.00 | Due:06/15/2019 | | 2,349.00 | | | |
| SUPP03 | | Total for support.com | 2,349.00 | | | 2,349.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **THOT02** | | **Thompson Tractor Co., Inc.** | | | | | | | |
| 03/22/2019 | TTC1-263524 | A/P Invoice | 704.00 | Due:04/30/2019 | | | | 704.00 | |
| 03/22/2019 | TTC1-263526 | A/P Invoice | 896.00 | Due:04/30/2019 | | | | 896.00 | |
| 03/22/2019 | TTC1-263527 | A/P Invoice | 832.00 | Due:04/30/2019 | | | | 832.00 | |
| 03/22/2019 | TTC1-263529 | A/P Invoice | 832.00 | Due:04/30/2019 | | | | 832.00 | |
| 03/22/2019 | TTC1-263592 | A/P Invoice | 1,342.82 | Due:04/30/2019 | | | | 1,342.82 | |
| 03/22/2019 | TTC1-263594 | A/P Invoice | 1,409.82 | Due:04/30/2019 | | | | 1,409.82 | |
| 03/22/2019 | TTC1-263595 | A/P Invoice | 1,660.62 | Due:04/30/2019 | | | | 1,660.62 | |
| 03/22/2019 | TTC1-263596 | A/P Invoice | 1,450.94 | Due:04/30/2019 | | | | 1,450.94 | |
| 03/22/2019 | TTC1-263598 | A/P Invoice | 576.00 | Due:04/30/2019 | | | | 576.00 | |
| 03/22/2019 | TTC1-263609 | A/P Invoice | 1,462.94 | Due:04/30/2019 | | | | 1,462.94 | |
| THOT02 | | Total for Thompson Tractor Co., Inc. | 11,167.14 | | | 0.00 | 0.00 | 11,167.14 | 0.00 |
| | | | | | | | | | |
| **TOMJ01** | | **Tom Joiner & Associates Inc.** | | | | | | | |
| 04/24/2019 | 042419396 | A/P Invoice | 44,475.02 | Due:04/24/2019 | | 44,475.02 | | | |
| 04/29/2019 | 042919396 | A/P Invoice | 12,435.77 | Due:04/29/2019 | | 12,435.77 | | | |
| TOMJ01 | | Total for Tom Joiner & Associates Inc. | 56,910.79 | | | 56,910.79 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **TOOP01** | | **Tool Pushers Supply Co.** | | | | | | | |
| 03/05/2019 | 10459300 | A/P Invoice | 6,345.98 | Due:04/04/2019 | | | | 6,345.98 | |
| 03/12/2019 | 10459905 | A/P Invoice | (7,261.53) | Due:04/11/2019 | | | | (7,261.53) | |
| 03/28/2019 | 10461049 | A/P Invoice | 5,323.82 | Due:04/27/2019 | | | 5,323.82 | | |
| 03/27/2019 | 10460903 | A/P Invoice | 12,008.95 | Due:04/26/2019 | | | 12,008.95 | | |
| 04/04/2019 | 10461625 | A/P Invoice | 342.34 | Due:05/04/2019 | | | 342.34 | | |
| 04/11/2019 | 10462059 | A/P Invoice | 3,153.96 | Due:05/11/2019 | | | 3,153.96 | | |
| 05/06/2019 | 10464174 | A/P Invoice | 20,818.94 | Due:06/05/2019 | | 20,818.94 | | | |
| 05/07/2019 | 10464215 | A/P Invoice | 657.26 | Due:06/06/2019 | | 657.26 | | | |
| 05/16/2019 | 10465065 | A/P Invoice | 724.91 | Due:06/15/2019 | | 724.91 | | | |
| TOOP01 | | Total for Tool Pushers Supply Co. | 42,114.63 | | | 22,201.11 | 20,829.07 | (915.55) | 0.00 |

EXHIBIT 11.1

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **TOTP01** | | **Total Pump & Supply LLC** | | | | | | | |
| 04/23/2019 | 33585 | A/P Invoice | 3,458.24 | | Due:04/23/2019 | | 3,458.24 | | |
| TOTP01 | | Total for Total Pump & Supply LLC | 3,458.24 | | | 0.00 | 3,458.24 | 0.00 | 0.00 |
| | | | | | | | | | |
| **TOTS02** | | **Total Safety U.S., Inc.** | | | | | | | |
| 03/19/2019 | 6038332-0007 | A/P Invoice | 556.80 | | Due:03/19/2019 | | | 556.80 | |
| 03/20/2019 | 5984368-0006 | A/P Invoice | 4,973.92 | | Due:03/20/2019 | | | 4,973.92 | |
| 03/26/2019 | 5814710-0035 | A/P Invoice | 295.00 | | Due:03/26/2019 | | 295.00 | | |
| 03/27/2019 | 5984368-0007 | A/P Invoice | 1,071.00 | | Due:03/27/2019 | | 1,071.00 | | |
| 04/02/2019 | 5984368-0008 | A/P Invoice | 3,856.00 | | Due:04/02/2019 | | 3,856.00 | | |
| 04/17/2019 | 6038332-0008 | A/P Invoice | 356.80 | | Due:04/17/2019 | | 356.80 | | |
| 04/25/2019 | 5814710-0036 | A/P Invoice | 295.00 | | Due:04/25/2019 | 295.00 | | | |
| TOTS02 | | Total for Total Safety U.S., Inc. | 11,404.52 | | | 295.00 | 5,578.80 | 5,530.72 | 0.00 |
| | | | | | | | | | |
| **TRIG01** | | **Tricon Geophysics, Inc.** | | | | | | | |
| 03/31/2019 | TEX19-5500 | A/P Invoice | 20,916.88 | | Due:03/31/2019 | | 20,916.88 | | |
| TRIG01 | | Total for Tricon Geophysics, Inc. | 20,916.88 | | | 0.00 | 20,916.88 | 0.00 | 0.00 |
| | | | | | | | | | |
| **TTCO01** | | **T & T Communications** | | | | | | | |
| 03/07/2019 | 15238 | A/P Invoice | 1,590.00 | | Due:04/06/2019 | | | 1,590.00 | |
| 03/13/2019 | 15241 | A/P Invoice | 3,802.78 | | Due:04/12/2019 | | | 3,802.78 | |
| 03/22/2019 | 15243 | A/P Invoice | 1,190.00 | | Due:04/21/2019 | | | 1,190.00 | |
| 04/24/2019 | 15252 | A/P Invoice | 5,418.00 | | Due:05/24/2019 | 5,418.00 | | | |
| TTCO01 | | Total for T & T Communications | 12,000.78 | | | 5,418.00 | 0.00 | 6,582.78 | 0.00 |
| | | | | | | | | | |
| **TTWE01** | | **T & T Welding Service** | | | | | | | |
| 03/19/2019 | 51265 | A/P Invoice | 850.00 | | Due:04/18/2019 | | | 850.00 | |
| 04/10/2019 | 51294 | A/P Invoice | 1,870.00 | | Due:05/10/2019 | | 1,870.00 | | |
| TTWE01 | | Total for T & T Welding Service | 2,720.00 | | | 0.00 | 1,870.00 | 850.00 | 0.00 |
| | | | | | | | | | |
| **UHSP01** | | **UHS Premium Billing** | | | | | | | |
| 05/09/2019 | 956820166498 | A/P Invoice | 31,221.19 | | Due:05/09/2019 | 31,221.19 | | | |
| UHSP01 | | Total for UHS Premium Billing | 31,221.19 | | | 31,221.19 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **UNIO01** | | **Union Oilfield Supply, Inc.** | | | | | | | |
| 03/20/2019 | 133038 | A/P Invoice | 89.27 | | Due:04/19/2019 | | | 89.27 | |
| 03/20/2019 | 133085 | A/P Invoice | 52,818.37 | | Due:04/19/2019 | | | 52,818.37 | |
| 04/01/2019 | 133165 | A/P Invoice | 105.74 | | Due:05/01/2019 | | 105.74 | | |
| 04/01/2019 | 133162 | A/P Invoice | 105.74 | | Due:05/01/2019 | | 105.74 | | |
| 04/01/2019 | 133163 | A/P Invoice | 105.74 | | Due:05/01/2019 | | 105.74 | | |
| 04/01/2019 | 133164 | A/P Invoice | 105.74 | | Due:05/01/2019 | | 105.74 | | |
| 03/26/2019 | 133087 | A/P Invoice | 30.04 | | Due:04/25/2019 | | 30.04 | | |
| 03/26/2019 | 133088 | A/P Invoice | 113.91 | | Due:04/25/2019 | | 113.91 | | |
| 04/01/2019 | 133166 | A/P Invoice | 524.69 | | Due:05/01/2019 | | 524.69 | | |
| 04/02/2019 | 133193 | A/P Invoice | 1,188.66 | | Due:05/02/2019 | | 1,188.66 | | |
| 04/03/2019 | 133219 | A/P Invoice | 1,153.96 | | Due:05/03/2019 | | 1,153.96 | | |
| 04/04/2019 | CM-154 | A/P Invoice | (810.90) | | Due:05/04/2019 | | (810.90) | | |
| 04/04/2019 | CM-155 | A/P Invoice | (548.48) | | Due:05/04/2019 | | (548.48) | | |
| 04/04/2019 | 133227 | A/P Invoice | 562.38 | | Due:05/04/2019 | | 562.38 | | |
| 04/09/2019 | CM-156 | A/P Invoice | (1,142.82) | | Due:05/09/2019 | | (1,142.82) | | |
| 04/09/2019 | 133299 | A/P Invoice | 1,936.54 | | Due:05/09/2019 | | 1,936.54 | | |
| 04/09/2019 | 133300 | A/P Invoice | 12.69 | | Due:05/09/2019 | | 12.69 | | |
| 04/09/2019 | 133302 | A/P Invoice | 250.97 | | Due:05/09/2019 | | 250.97 | | |
| 04/12/2019 | 133347 | A/P Invoice | 3,103.71 | | Due:05/12/2019 | | 3,103.71 | | |
| 04/23/2019 | 133483 | A/P Invoice | 130.49 | | Due:05/23/2019 | | 130.49 | | |

EXHIBIT 11.1

Sklar Exploration Co., LLC

Historical Open Item Report - Aged by Invoice Date

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **UNIO01** | | **Union Oilfield Supply, Inc. <Continued>** | | | | | | | |
| 04/26/2019 | 133548 | A/P Invoice | 3,735.28 | | Due:05/26/2019 | 3,735.28 | | | |
| 04/17/2019 | 133410 | A/P Invoice | 772.32 | | Due:05/17/2019 | | 772.32 | | |
| 04/26/2019 | 133557 | A/P Invoice | 635.63 | | Due:05/26/2019 | 635.63 | | | |
| 05/01/2019 | 133753 | A/P Invoice | 79,173.64 | | Due:05/31/2019 | 79,173.64 | | | |
| 04/16/2019 | 133394 | A/P Invoice | 235.32 | | Due:05/16/2019 | | 235.32 | | |
| 04/10/2019 | 133317 | A/P Invoice | 208.01 | | Due:05/10/2019 | | 208.01 | | |
| 04/10/2019 | 133318 | A/P Invoice | 255.60 | | Due:05/10/2019 | | 255.60 | | |
| 04/29/2019 | 133582 | A/P Invoice | 902.80 | | Due:05/29/2019 | 902.80 | | | |
| 05/01/2019 | 133614 | A/P Invoice | 715.97 | | Due:05/31/2019 | 715.97 | | | |
| 04/26/2019 | 133550 | A/P Invoice | 186.20 | | Due:05/26/2019 | 186.20 | | | |
| 04/24/2019 | 133514 | A/P Invoice | 98.58 | | Due:05/24/2019 | 98.58 | | | |
| 04/24/2019 | 133512 | A/P Invoice | 213.06 | | Due:05/24/2019 | 213.06 | | | |
| 04/24/2019 | 133511 | A/P Invoice | 265.00 | | Due:05/24/2019 | 265.00 | | | |
| 04/24/2019 | 133513 | A/P Invoice | 798.56 | | Due:05/24/2019 | 798.56 | | | |
| 05/02/2019 | 133633 | A/P Invoice | 51.94 | | Due:06/01/2019 | 51.94 | | | |
| 05/06/2019 | 133689 | A/P Invoice | 448.36 | | Due:06/05/2019 | 448.36 | | | |
| 05/06/2019 | 133684 | A/P Invoice | 119.57 | | Due:06/05/2019 | 119.57 | | | |
| 05/10/2019 | 133760 | A/P Invoice | 7,199.92 | | Due:06/09/2019 | 7,199.92 | | | |
| 05/10/2019 | 133766 | A/P Invoice | 1,178.18 | | Due:06/09/2019 | 1,178.18 | | | |
| 05/10/2019 | 133769 | A/P Invoice | 269.32 | | Due:06/09/2019 | 269.32 | | | |
| 05/10/2019 | 133773 | A/P Invoice | 164.91 | | Due:06/09/2019 | 164.91 | | | |
| 05/10/2019 | 133772 | A/P Invoice | 372.06 | | Due:06/09/2019 | 372.06 | | | |
| UNIO01 | | Total for Union Oilfield Supply, Inc. | 157,836.67 | | | 96,528.98 | 8,400.05 | 52,907.64 | 0.00 |
| | | | | | | | | | |
| **USAC01** | | **USA Compression Partners, LLC** | | | | | | | |
| 03/01/2019 | SINV00258124 | A/P Invoice | 4,879.13 | | Due:03/26/2019 | | | 4,879.13 | |
| 03/01/2019 | SINV00258125 | A/P Invoice | 3,725.00 | | Due:03/26/2019 | | | 3,725.00 | |
| 04/01/2019 | SINV00263354 | A/P Invoice | 4,879.13 | | Due:04/26/2019 | | 4,879.13 | | |
| 04/01/2019 | SINV00263355 | A/P Invoice | 3,725.00 | | Due:04/26/2019 | | 3,725.00 | | |
| 05/01/2019 | SINV00268721 | A/P Invoice | 4,879.13 | | Due:05/26/2019 | 4,879.13 | | | |
| 05/01/2019 | SINV00268722 | A/P Invoice | 3,725.00 | | Due:05/26/2019 | 3,725.00 | | | |
| USAC01 | | Total for USA Compression Partners, LLC | 25,812.39 | | | 8,604.13 | 8,604.13 | 8,604.13 | 0.00 |
| | | | | | | | | | |
| **VALP01** | | **Valley Plains, LLC** | | | | | | | |
| 05/08/2019 | 22246 | A/P Invoice | 7,582.50 | | Due:06/07/2019 | 7,582.50 | | | |
| 05/17/2019 | 22421 | A/P Invoice | 5,055.00 | | Due:06/16/2019 | 5,055.00 | | | |
| VALP01 | | Total for Valley Plains, LLC | 12,637.50 | | | 12,637.50 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **VERW01** | | **Verizon Wireless** | | | | | | | |
| 05/10/2019 | 9829879705 | A/P Invoice | 2,314.12 | | Due:06/02/2019 | 2,314.12 | | | |
| VERW01 | | Total for Verizon Wireless | 2,314.12 | | | 2,314.12 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **VMSI01** | | **VMSI** | | | | | | | |
| 04/08/2019 | 14153 | A/P Invoice | 1,018.00 | | Due:05/08/2019 | | 1,018.00 | | |
| VMSI01 | | Total for VMSI | 1,018.00 | | | 0.00 | 1,018.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **WASD01** | | **Wastewater Disposal Services, Inc.** | | | | | | | |
| 03/31/2019 | 2019-03-009 | A/P Invoice | 2,051.00 | | Due:04/25/2019 | | 2,051.00 | | |
| 04/16/2019 | 2019-04-002 | A/P Invoice | 1,950.00 | | Due:05/11/2019 | | 1,950.00 | | |
| 04/16/2019 | 2019-03-A | A/P Invoice | 963.00 | | Due:05/11/2019 | | 963.00 | | |
| 04/30/2019 | 2019-04-007 | A/P Invoice | 2,459.00 | | Due:05/25/2019 | 2,459.00 | | | |
| 05/16/2019 | 2019-05-002 | A/P Invoice | 2,307.00 | | Due:06/10/2019 | 2,307.00 | | | |
| WASD01 | | Total for Wastewater Disposal Services, Inc. | 9,730.00 | | | 4,766.00 | 4,964.00 | 0.00 | 0.00 |

EXHIBIT 11.1

Shin Exploration Co., LLC

Historical Open Item Report - Aged by Invoice Date

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **WEAL01** | | **Weatherford Laboratories, Inc.** | | | | | | | |
| 03/05/2019 | 15701071 RI | A/P Invoice | 14,417.14 | Due:03/20/2019 | | | | 14,417.14 | |
| 04/10/2019 | 15751906 RI | A/P Invoice | 6,563.61 | Due:04/25/2019 | | | 6,563.61 | | |
| 05/13/2019 | 15794278 RI | A/P Invoice | 1,560.00 | Due:05/28/2019 | | 1,560.00 | | | |
| WEAL01 | | Total for Weatherford Laboratories, Inc. | 22,540.75 | | | 1,560.00 | 6,563.61 | 14,417.14 | 0.00 |
| | | | | | | | | | |
| **WEIB01** | | **Weiser-Brown Operating, Co.** | | | | | | | |
| 03/31/2019 | 518505 | A/P Invoice | (382.47) | Due:03/31/2019 | | | (382.47) | | |
| WEIB01 | | Total for Weiser-Brown Operating, Co. | (382.47) | | | 0.00 | (382.47) | 0.00 | 0.00 |
| | | | | | | | | | |
| **WELD01** | | **Well Data Services, Inc.** | | | | | | | |
| 04/11/2019 | 2218 | A/P Invoice | 28,396.00 | Due:04/11/2019 | | | 28,396.00 | | |
| WELD01 | | Total for Well Data Services, Inc. | 28,396.00 | | | 0.00 | 28,396.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **WHIM01** | | **Whirlwind Methane Recovery Systems, LLC** | | | | | | | |
| 03/01/2019 | WMR19-3618 | A/P Invoice | 11,070.00 | Due:03/31/2019 | | | | 11,070.00 | |
| 03/21/2019 | WMR19-3619 | A/P Invoice | 7,086.38 | Due:04/20/2019 | | | | 7,086.38 | |
| 04/01/2019 | WMR19-3623 | A/P Invoice | 11,070.00 | Due:05/01/2019 | | | 11,070.00 | | |
| 04/15/2019 | WMR19-3627 | A/P Invoice | 1,839.01 | Due:05/15/2019 | | | 1,839.01 | | |
| 05/03/2019 | WMR19-3628 | A/P Invoice | 10,800.00 | Due:06/02/2019 | | 10,800.00 | | | |
| 05/16/2019 | WMR19-3633 | A/P Invoice | 1,990.56 | Due:06/15/2019 | | 1,990.56 | | | |
| WHIM01 | | Total for Whirlwind Methane Recovery Systems, LLC | 43,855.95 | | | 12,790.56 | 12,909.01 | 18,156.38 | 0.00 |
| | | | | | | | | | |
| **WHIR01** | | **White Resources LLC** | | | | | | | |
| 03/19/2019 | 18236 | A/P Invoice | 1,128.90 | Due:04/18/2019 | | | | 1,128.90 | |
| 03/19/2019 | 18237 | A/P Invoice | 752.60 | Due:04/18/2019 | | | | 752.60 | |
| 03/19/2019 | 18239 | A/P Invoice | 658.53 | Due:04/18/2019 | | | | 658.53 | |
| 03/19/2019 | 18240 | A/P Invoice | 564.45 | Due:04/18/2019 | | | | 564.45 | |
| 03/19/2019 | 18241 | A/P Invoice | 564.45 | Due:04/18/2019 | | | | 564.45 | |
| 03/19/2019 | 18242 | A/P Invoice | 622.75 | Due:04/18/2019 | | | | 622.75 | |
| 03/19/2019 | 18243 | A/P Invoice | 658.53 | Due:04/18/2019 | | | | 658.53 | |
| 03/19/2019 | 18244 | A/P Invoice | 658.53 | Due:04/18/2019 | | | | 658.53 | |
| 03/19/2019 | 18245 | A/P Invoice | 564.45 | Due:04/18/2019 | | | | 564.45 | |
| 03/20/2019 | 18246 | A/P Invoice | 752.60 | Due:04/19/2019 | | | | 752.60 | |
| 03/20/2019 | 18247 | A/P Invoice | 564.45 | Due:04/19/2019 | | | | 564.45 | |
| 03/20/2019 | 18248 | A/P Invoice | 376.30 | Due:04/19/2019 | | | | 376.30 | |
| 03/20/2019 | 18249 | A/P Invoice | 376.30 | Due:04/19/2019 | | | | 376.30 | |
| 03/20/2019 | 18250 | A/P Invoice | 752.60 | Due:04/19/2019 | | | | 752.60 | |
| 03/20/2019 | 18251 | A/P Invoice | 376.30 | Due:04/19/2019 | | | | 376.30 | |
| 03/20/2019 | 18252 | A/P Invoice | 376.30 | Due:04/19/2019 | | | | 376.30 | |
| 03/20/2019 | 18253 | A/P Invoice | 470.38 | Due:04/19/2019 | | | | 470.38 | |
| 03/20/2019 | 18254 | A/P Invoice | 658.53 | Due:04/19/2019 | | | | 658.53 | |
| 03/20/2019 | 18255 | A/P Invoice | 282.23 | Due:04/19/2019 | | | | 282.23 | |
| 03/20/2019 | 18256 | A/P Invoice | 564.45 | Due:04/19/2019 | | | | 564.45 | |
| 04/22/2019 | 18273 | A/P Invoice | 1,034.83 | Due:05/22/2019 | | | 1,034.83 | | |
| 04/22/2019 | 18274 | A/P Invoice | 752.60 | Due:05/22/2019 | | | 752.60 | | |
| 04/22/2019 | 18275 | A/P Invoice | 470.38 | Due:05/22/2019 | | | 470.38 | | |
| 04/22/2019 | 18276 | A/P Invoice | 564.45 | Due:05/22/2019 | | | 564.45 | | |
| 04/22/2019 | 18277 | A/P Invoice | 658.53 | Due:05/22/2019 | | | 658.53 | | |
| 04/22/2019 | 18278 | A/P Invoice | 658.53 | Due:05/22/2019 | | | 658.53 | | |
| 04/22/2019 | 18279 | A/P Invoice | 846.68 | Due:05/22/2019 | | | 846.68 | | |
| 04/22/2019 | 18280 | A/P Invoice | 752.60 | Due:05/22/2019 | | | 752.60 | | |
| 04/22/2019 | 18281 | A/P Invoice | 564.45 | Due:05/22/2019 | | | 564.45 | | |
| 04/23/2019 | 18282 | A/P Invoice | 846.68 | Due:05/23/2019 | | | 846.68 | | |
| 04/23/2019 | 18283 | A/P Invoice | 376.30 | Due:05/23/2019 | | | 376.30 | | |

EXHIBIT 11.1

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **WHIR01** | | **White Resources LLC <Continued>** | | | | | | | |
| 04/23/2019 | 18284 | A/P Invoice | 564.45 | | Due:05/23/2019 | | 564.45 | | |
| 04/23/2019 | 18285 | A/P Invoice | 470.38 | | Due:05/23/2019 | | 470.38 | | |
| 04/23/2019 | 18286 | A/P Invoice | 1,128.90 | | Due:05/23/2019 | | 1,128.90 | | |
| 04/23/2019 | 18287 | A/P Invoice | 470.38 | | Due:05/23/2019 | | 470.38 | | |
| 04/23/2019 | 18288 | A/P Invoice | 1,222.98 | | Due:05/23/2019 | | 1,222.98 | | |
| 04/23/2019 | 18289 | A/P Invoice | 282.23 | | Due:05/23/2019 | | 282.23 | | |
| 04/23/2019 | 18290 | A/P Invoice | 470.38 | | Due:05/23/2019 | | 470.38 | | |
| 04/23/2019 | 18291 | A/P Invoice | 564.45 | | Due:05/23/2019 | | 564.45 | | |
| 04/23/2019 | 18292 | A/P Invoice | 564.45 | | Due:05/23/2019 | | 564.45 | | |
| 04/23/2019 | 18293 | A/P Invoice | 376.30 | | Due:05/23/2019 | | 376.30 | | |
| 04/23/2019 | 18294 | A/P Invoice | 376.30 | | Due:05/23/2019 | | 376.30 | | |
| WHIR01 | | Total for White Resources LLC | 25,740.86 | | | 0.00 | 14,017.23 | 11,723.63 | 0.00 |
| | | | | | | | | | |
| **WLSI01** | | **WLS, Inc.** | | | | | | | |
| 03/08/2019 | 7797 | A/P Invoice | 1,300.00 | | Due:04/02/2019 | | | 1,300.00 | |
| 03/08/2019 | 7798 | A/P Invoice | 1,300.00 | | Due:04/02/2019 | | | 1,300.00 | |
| 03/29/2019 | 7832 | A/P Invoice | 16,162.50 | | Due:04/23/2019 | | 16,162.50 | | |
| 03/29/2019 | 7831 | A/P Invoice | 14,357.50 | | Due:04/23/2019 | | 14,357.50 | | |
| 03/29/2019 | 7830 | A/P Invoice | 2,700.00 | | Due:04/23/2019 | | 2,700.00 | | |
| 04/08/2019 | 7844 | A/P Invoice | 5,507.50 | | Due:05/03/2019 | | 5,507.50 | | |
| 04/08/2019 | 7843 | A/P Invoice | 800.00 | | Due:05/03/2019 | | 800.00 | | |
| 04/18/2019 | 7865 | A/P Invoice | 7,647.50 | | Due:05/13/2019 | | 7,647.50 | | |
| 04/18/2019 | 7864 | A/P Invoice | 19,535.00 | | Due:05/13/2019 | | 19,535.00 | | |
| 04/25/2019 | 7871 | A/P Invoice | 13,245.00 | | Due:05/20/2019 | 13,245.00 | | | |
| 04/25/2019 | 7870 | A/P Invoice | 1,200.00 | | Due:05/20/2019 | 1,200.00 | | | |
| 04/29/2019 | 7878 | A/P Invoice | 14,167.50 | | Due:05/24/2019 | 14,167.50 | | | |
| 04/29/2019 | 7877 | A/P Invoice | 1,300.00 | | Due:05/24/2019 | 1,300.00 | | | |
| WLSI01 | | Total for WLS, Inc. | 99,222.50 | | | 29,912.50 | 66,710.00 | 2,600.00 | 0.00 |
| | | | | | | | | | |
| **WPSO01** | | **WP Software Consultants, LLC** | | | | | | | |
| 05/13/2019 | M-035701 | A/P Invoice | 1,774.97 | | Due:05/13/2019 | 1,774.97 | | | |
| WPSO01 | | Total for WP Software Consultants, LLC | 1,774.97 | | | 1,774.97 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **YAZV01** | | **Yazoo Valley Electric Power Association** | | | | | | | |
| 05/08/2019 | 37708007 | A/P Invoice | 4,147.50 | | Due:06/02/2019 | 4,147.50 | | | |
| YAZV01 | | Total for Yazoo Valley Electric Power Association | 4,147.50 | | | 4,147.50 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **ZEDU01** | | **Zedi US Inc.** | | | | | | | |
| 03/01/2019 | ARCI00117688 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117700 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117699 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117698 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117697 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117695 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117696 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117693 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117694 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117692 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117691 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117689 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117690 | A/P Invoice | 990.00 | | Due:03/31/2019 | | | 990.00 | |
| 03/01/2019 | ARCI00117708 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117709 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117869 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |

EXHIBIT 11.1

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **ZEDU01** | **Zedi US Inc. <Continued>** | | | | | | | | |
| 03/01/2019 | ARCI00117868 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117867 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117725 | A/P Invoice | 198.00 | Due:03/31/2019 | | | | 198.00 | |
| 03/01/2019 | ARCI00117724 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117722 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117723 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117870 | A/P Invoice | 396.00 | Due:03/31/2019 | | | | 396.00 | |
| 03/01/2019 | ARCI00117721 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117719 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117718 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117717 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117716 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117715 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117714 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117713 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117712 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117720 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117711 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117706 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117707 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117703 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117705 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117704 | A/P Invoice | 990.00 | Due:03/31/2019 | | | | 990.00 | |
| 03/01/2019 | ARCI00117702 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117710 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117701 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00118263 | A/P Invoice | 198.00 | Due:03/31/2019 | | | | 198.00 | |
| 03/01/2019 | ARCI00118256 | A/P Invoice | 495.00 | Due:03/31/2019 | | | | 495.00 | |
| 03/01/2019 | ARCI00118262 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00118260 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00118261 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00118259 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00118257 | A/P Invoice | 417.38 | Due:03/31/2019 | | | | 417.38 | |
| 03/01/2019 | ARCI00118258 | A/P Invoice | 211.07 | Due:03/31/2019 | | | | 211.07 | |
| 03/14/2019 | ARCI00118410 | A/P Invoice | 402.20 | Due:04/13/2019 | | | | 402.20 | |
| 04/08/2019 | ARCI00118901 | A/P Invoice | 104.50 | Due:05/08/2019 | | | 104.50 | | |
| 04/10/2019 | ARCI00118968 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118969 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118970 | A/P Invoice | 990.00 | Due:05/10/2019 | | | 990.00 | | |
| 04/10/2019 | ARCI00118971 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118972 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118973 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118974 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118975 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118976 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118977 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118978 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118979 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118980 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118981 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118982 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118983 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118984 | A/P Invoice | 990.00 | Due:05/10/2019 | | | 990.00 | | |
| 04/10/2019 | ARCI00118985 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |

EXHIBIT 11.1

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **ZEDU01** | | **Zedi US Inc. <Continued>** | | | | | | | |
| 04/10/2019 | ARCI00118986 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118987 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118988 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118989 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118990 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118991 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118992 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118993 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118994 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118995 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118996 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118997 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118998 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118999 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00119000 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00119001 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00119002 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00119003 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00119004 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00119005 | A/P Invoice | 198.00 | Due:05/10/2019 | | | 198.00 | | |
| 04/10/2019 | ARCI00119147 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00119148 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00119149 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00119150 | A/P Invoice | 396.00 | Due:05/10/2019 | | | 396.00 | | |
| 04/10/2019 | ARCI00119560 | A/P Invoice | 495.00 | Due:05/10/2019 | | | 495.00 | | |
| 04/10/2019 | ARCI00119561 | A/P Invoice | 208.69 | Due:05/10/2019 | | | 208.69 | | |
| 04/10/2019 | ARCI00119562 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00119563 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00119564 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00119565 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00119566 | A/P Invoice | 198.00 | Due:05/10/2019 | | | 198.00 | | |
| 05/07/2019 | ARCI00120229 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120230 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120231 | A/P Invoice | 990.00 | Due:06/06/2019 | | 990.00 | | | |
| 05/07/2019 | ARCI00120232 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120233 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120234 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120235 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120236 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120237 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120238 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120239 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120240 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120241 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120242 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120243 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120244 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120245 | A/P Invoice | 990.00 | Due:06/06/2019 | | 990.00 | | | |
| 05/07/2019 | ARCI00120246 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120247 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120248 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120249 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120250 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120251 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |

EXHIBIT 11.1

05/21/2019 02:09 pm
Company:00SEC

Case:20-12377-MER  Doc#:891-1  Filed:02/26/21  Entered:02/26/21 14:02:03  Page744 of
Sklar Exploration Co., LLC
Historical Open Item Report - Aged by Invoice Date
876

Page  26

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **ZEDU01** | | **Zedi US Inc. <Continued>** | | | | | | | |
| 05/07/2019 | ARCI00120252 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120253 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120254 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120255 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120256 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120257 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120258 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120259 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120260 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120261 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120262 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120263 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120264 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120265 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120388 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120389 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120390 | A/P Invoice | 396.00 | | Due:06/06/2019 | 396.00 | | | |
| 05/07/2019 | ARCI00120773 | A/P Invoice | 297.00 | | Due:06/06/2019 | 297.00 | | | |
| 05/07/2019 | ARCI00120774 | A/P Invoice | 208.69 | | Due:06/06/2019 | 208.69 | | | |
| 05/07/2019 | ARCI00120775 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120776 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120777 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| ZEDU01 | | Total for Zedi US Inc. | 23,035.53 | | | 6,841.69 | 7,738.19 | 8,455.65 | 0.00 |
| | | **Grand Total** | 5,692,945.98 | | | 1,456,271.81 | 3,520,681.58 | 715,992.59 | 0.00 |

EXHIBIT 11.1

## Beiner, Grant

| | |
|---|---|
| **From:** | Beiner, Grant |
| **Sent:** | Thursday, November 19, 2020 2:44 PM |
| **To:** | Parker, Ross |
| **Cc:** | Beiner, Grant |
| **Subject:** | FW: Sklar Exploration Q4-2019 financial statements and related deliverables |
| **Attachments:** | Sklar 2019-12-31 Cash Receipts.pdf; Sklar 2019-12-31 Combined and Consolidated Financial Statements.pdf; Sklar 2019-12-31 Covenants.pdf; Sklar 2019-12-31 Hedge Book.pdf |

**From:** John Strausser <JStrausser@sklarexploration.com>
**Sent:** Saturday, March 7, 2020 7:52 PM
**To:** Mary Lou Allen <MaryLou.Allen@eastwestbank.com>; Stuart Bonomo <Stuart.Bonomo@EastWestBank.com>
**Cc:** Marshall Jones <jmjones@sklarexploration.com>; Steven Hatcher <SHatcher@sklarexploration.com>; Howard Sklar <hfsklar@sklarexploration.com>
**Subject:** Sklar Exploration Q4-2019 financial statements and related deliverables

Mary Lou and Stuart,

Please find attached Sklar's combined and consolidated 2019 year end financial statements, covenant calculations and other reporting deliverables.

Also, we have considered the East West default notice and proposed second amendment. We intend to continue to meet our debt service obligations and refinance East West in full, but we believe certain proposed terms may impede our ability to meet that goal and to be a prudent operator. We propose to enter into a forbearance agreement that includes the following terms and conditions:

- Forbearance Period: A time period of 180 days commencing on the date the forbearance agreement is executed.
- Debt Service: We would continue to meet our debt service obligations as set forth in the Credit Agreement.
- Debt Reduction: We would achieve a level of debt reduction by liquidating a portion (e.g., 1H 2021) of our hedges.
- Drilling Operations: We need to be able to continue our drilling and development program as a prudent operator. We would agree to not take on any new speculative projects during the forbearance period.
- Increase in EBITDAX: We would effectively increase EBITDAX by generating ~$100,000 monthly from operating the Alabama gas plants (effective March 1, 2020) rather than by reducing G&A. The suggested constraints on G&A would require significant staff reductions that we believe would impair our ability to meet both our short or long term objectives.
- Reduced Distributions: Howard would receive a salary of $125,000 per quarter during the forbearance period. Howard would not receive any distributions other than cash for the payment of income taxes during the forbearance period.
- Forbearance: Provided we meet our obligations as set forth in the forbearance agreement, East West would forbear from exercising any of the rights or remedies provided in the Credit Agreement or other Loan Documents and applicable law and equity as a result of any Event of Default as defined in the Credit Agreement.

This communication and the terms set forth herein are subject to Federal Rule of Evidence 408 (C.R.E. 408) and were made in an effort to amicably resolve issues between Sklar and East West Bank. The terms set forth in this letter shall not be binding on or legally enforceable against any party unless and until these terms are set forth in a definitive forbearance

EXHIBIT 12

agreement and executed by the requisite parties. In the event the parties agree to a forbearance agreement, the terms of the forbearance agreement shall supersede the terms set forth in this letter.

We look forward to resolving these issues with East West Bank. We would like to more fully discuss these matters with you and propose a call for the afternoon of March 11. Please let us know if you're free then.

Regards,

John Strausser
Sklar Exploration Company LLC
Direct (318) 212-0912
Cell (504) 905-0811

EXHIBIT 12

**Cash Receipts of Outisde Operated Investments**
**For the Twelve Months ending December 31, 2019**

| Effective Date | To | From | Amount |
|---|---|---|---|
| 01/31/2019 | Howard Trust | ARS Control Account LP | 3,015 |
| 01/31/2019 | Howard Trust | Columbine I Ltd Partnership | 33,317 |
| 01/31/2019 | Howard Trust | Columbine II Ltd Partnership | 53,308 |
| 01/31/2019 | Howard Trust | First Industrial Realty Trust | 142 |
| 01/31/2019 | Sklarco, LLC | LTP Opportunity Fund I, L.P. | 2,627 |
| 01/31/2019 | Howard Trust | Queenstown Royalty Co LP | 1,508 |
| 01/31/2019 | Howard Trust | Queenstown Royalty Co LP II | 453 |
| 01/31/2019 | Howard Trust | Rocket Oil & Gas Co LLC | 15,552 |
| 01/31/2019 | Howard Trust | Wala Inc. | 2,768 |
| 01/31/2019 | Howard Trust | CSP Trust LLC | 8,333 |
| 01/31/2019 | Sklarco, LLC | LTP Opportunity Fund I, L.P. | 261 |
| 01/31/2019 | Sklarco, LLC | LTP Opportunity Fund I, L.P. | 261 |
| 01/31/2019 | Sklarco, LLC | LTP TimberQuest | 2,026 |
| 01/31/2019 | Sklarco, LLC | LTP TimberQuest | 2,026 |
| 02/28/2019 | Howard Trust | Wala Inc. | 2,768 |
| 02/28/2019 | Howard Trust | Cavalier Wireless LLC | 41,541 |
| 02/28/2019 | Sklarco, LLC | Fern Park Apartment Homes, LLC | 29,687 |
| 02/28/2019 | Sklarco, LLC | Fern Park Apartment Homes, LLC | 29,687 |
| 03/31/2019 | Howard Trust | Wala Inc. | 2,768 |
| 04/08/2019 | Howard Trust | ARS Control Account LP | 5,279 |
| 04/08/2019 | Howard Trust | Columbine I Ltd Partnership | 29,986 |
| 04/08/2019 | Howard Trust | Columbine II Ltd Partnership | 46,573 |
| 04/08/2019 | Howard Trust | Queenstown Royalty Co LP | 1,508 |
| 04/08/2019 | Howard Trust | Rocket Oil & Gas Co LLC | 30,793 |
| 04/12/2019 | Sklarco, LLC | Fern Park Apartment Homes, LLC | 59,374 |
| 04/18/2019 | Howard Trust | First Industrial Realty Trust | 150 |
| 04/18/2019 | Sklarco, LLC | LTP Opportunity Fund I, L.P. | 5,254 |
| 04/18/2019 | Sklarco, LLC | LTP Opportunity Fund I, L.P. | 1,043 |
| 04/18/2019 | Sklarco, LLC | LTP TimberQuest | 4,052 |
| 04/22/2019 | Howard Trust | Wala Inc. | 2,768 |
| 05/21/2019 | Howard Trust | Wala Inc. | 2,768 |
| 06/26/2019 | Howard Trust | Wala Inc. | 2,768 |
| 07/08/2019 | Howard Trust | ARS Control Account LP | 1,810 |
| 07/08/2019 | Howard Trust | Columbine I Ltd Partnership | 29,986 |
| 07/08/2019 | Howard Trust | Columbine II Ltd Partnership | 34,650 |
| 07/08/2019 | Howard Trust | Queenstown Royalty Co LP | 1,508 |
| 07/08/2019 | Howard Trust | Queenstown Royalty Co LP II | 754 |
| 07/08/2019 | Howard Trust | Rocket Oil & Gas Co LLC | 12,442 |
| 07/17/2019 | Howard Trust | First Industrial Realty Trust | 150 |
| 07/18/2019 | Howard Trust | LTP Opportunity Fund I, L.P. | 7,881 |
| 07/18/2019 | Sklarco, LLC | LTP Opportunity Fund I, L.P. | 9,669 |
| 07/19/2019 | Howard Trust | Wala Inc. | 2,768 |
| 08/02/2019 | Sklarco, LLC | Fern Park Apartment Homes, LLC | 59,374 |
| 08/22/2019 | Sklarco, LLC | LTP Opportunity Fund I, L.P. | 48,623 |
| 10/04/2019 | Howard Trust | ARS Control Account LP | 1,131 |
| 10/04/2019 | Howard Trust | Columbine I Ltd Partnership | 26,654 |
| 10/04/2019 | Howard Trust | Queenstown Royalty Co LP II | 46,644 |
| 10/22/2019 | Howard Trust | First Industrial Realty Trust | 139 |
| 10/11/2019 | Howard Trust | Louis Rosen Trustee LLC | 3,472 |
| 10/04/2019 | Howard Trust | Queenstown Royalty Co LP | 1,508 |
| 10/04/2019 | Howard Trust | Rocket Oil & Gas Co LLC | 21,151 |
| 10/24/2019 | Howard Trust | Wala Inc. | 4,152 |
| 11/13/2019 | Sklarco, LLC | Fern Park Apartment Homes, LLC | 26,967 |
| 11/13/2019 | Sklarco, LLC | Fern Park Apartment Homes, LLC | 26,967 |
| 10/21/2019 | Sklarco, LLC | LTP Opportunity Fund I, L.P. | 1,622 |
| 10/21/2019 | Sklarco, LLC | LTP Opportunity Fund I, L.P. | 1,621 |
| | | **Total** | **$ 796,007** |

EXHIBIT 12.1

# SKLAR EXPLORATION COMPANY, LLC

## Combined and Consolidated Balance sheets
### (Unaudited)

|  | December 31, 2019 | December 31, 2018 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ 1,928,138 | $ 3,602,993 |
| Marketable securities, at fair value | 1,533,102 | 392,325 |
| Accrued oil and gas revenue | 7,593,769 | 6,689,104 |
| Joint interest billing receivable | 6,022,719 | 4,976,093 |
| Accounts receivable - related parties | 434,433 | 101,943 |
| Prepaid expenses and other | 909,557 | 624,458 |
| Derivative asset - current portion | 144,675 | 563,025 |
| Notes receivable - related parties | 2,242 | 65,137 |
| Total current assets | 18,568,635 | 17,015,078 |
| | | |
| Oil and gas properties, using the successful efforts method of accounting: | | |
| Oil and gas properties | 117,400,758 | 108,671,399 |
| Prepaid drilling obligations | 196,876 | 1,293,716 |
| Accumulated depletion, depreciation, and amortization | (77,564,110) | (73,304,273) |
| Net oil and gas properties | 40,033,524 | 36,660,842 |
| Property and equipment, net | 862,419 | 698,417 |
| | | |
| Non-current assets | | |
| Investments in partnerships | 3,361,095 | 3,573,085 |
| Notes receivable - related parties, net of current portion | 50,082 | 50,082 |
| Derivative asset - noncurrent portion | 161,161 | 451,140 |
| Debt issuance costs | 141,337 | 188,449 |
| Other long-term assets | 1,533,270 | 1,703,540 |
| Total non-current assets | 5,246,945 | 5,966,296 |
| Total assets | $ 64,711,523 | $ 60,340,633 |
| | | |
| **Liabilities and Trust Principal** | | |
| Current liabilities | | |
| Accounts payable - trade | $ 10,007,760 | $ 8,334,118 |
| Accounts payable - production | 14,842,180 | 13,485,645 |
| Accrued liabilities | 1,659,325 | 744,764 |
| Current portion of notes payable | 261,568 | 231,310 |
| Cash call prepayments | 5,319,384 | 3,351,896 |
| Total current liabilities | 32,090,217 | 26,147,733 |
| | | |
| Non-current liabilities | | |
| Notes payable, net of current portion | 22,866,985 | 23,161,518 |
| Asset retirement obligations | 3,471,650 | 3,471,650 |
| Total non-current liabilities | 26,338,635 | 26,633,168 |
| Total liabilities | 58,428,852 | 52,780,901 |
| Commitments and contingencies | | |
| Trust principal | 6,282,671 | 7,559,732 |
| Total liabilities and trust principal | $ 64,711,523 | $ 60,340,633 |

EXHIBIT 12.2

**SKLAR EXPLORATION COMPANY, LLC**
**Combined and Consolidated Statements of Operations**
**(Unaudited)**

| | Twelve Month Period Ended December 31, | | Three Month Period Ended December 31, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| Production revenue | | | | |
| Oil | $ 13,111,996 | $ 16,045,828 | $ 3,041,130 | $ 3,651,465 |
| Gas | 1,957,525 | 2,091,598 | 407,866 | 483,379 |
| Other | 710,733 | 884,609 | 172,016 | 282,438 |
| Total production revenue | 15,780,254 | 19,022,035 | 3,621,012 | 4,417,282 |
| Operating expenses: | | | | |
| Lease operating | 3,146,468 | 3,806,349 | 747,095 | 1,145,966 |
| Exploration, dry hole, and unproved property write-offs | 813,116 | 930,972 | 794,695 | 903,626 |
| Production taxes | 997,914 | 1,308,634 | 236,161 | 279,648 |
| Other operating | 533,357 | 638,603 | 126,987 | 149,186 |
| General and administrative | 4,267,038 | 4,693,540 | 1,462,922 | 1,621,430 |
| Depreciation, depletion, amortization, and accretion | 4,508,957 | 4,639,305 | 1,113,371 | 582,405 |
| Impairment of proved oil and gas properties | - | 3,892,694 | - | 3,892,694 |
| Total operating expenses | 14,266,850 | 19,910,097 | 4,481,231 | 8,574,955 |
| Income (loss) from operations | 1,513,404 | (888,062) | (860,219) | (4,157,673) |
| Other income (expense): | | | | |
| Management fee | 540,164 | 552,000 | 135,000 | 135,000 |
| Realized gain (loss) on derivative instruments | (270,270) | (1,112,304) | (62,580) | (182,305) |
| Unrealized gain (loss) on derivative instruments | (781,649) | 1,287,404 | (381,055) | 1,106,254 |
| Realized gains and dividends on marketable securities | 23,296 | 14,105 | 7,917 | (1,562) |
| Unrealized gain (loss) on marketable securities | 229,131 | (54,946) | 103,732 | (51,233) |
| Finance expense | (1,407,307) | (1,237,441) | (335,460) | (461,036) |
| Income from investments in partnerships, net | 796,007 | 953,734 | 162,027 | 280,310 |
| Gain (loss) on sale of assets | (255,349) | (1,904) | (285,944) | (460,888) |
| Other income (expense) | 31,439 | 331,847 | 45,055 | 156,038 |
| Total other income | (1,094,538) | 732,495 | (611,308) | 520,578 |
| Net income (loss) | $ 418,866 | $ (155,567) | $ (1,471,527) | $ (3,637,095) |

EXHIBIT 12.2

# SKLAR EXPLORATION COMPANY, LLC
## Combined and Consolidated Statement of Changes in Trust Principal
### (Unaudited)

| | | Trust Principal |
|---|---|---|
| Balance - January 1, 2018 | $ | 9,634,639 |
| Distributions | | (1,919,340) |
| Net income | | (155,567) |
| Balance - December 31, 2018 | $ | 7,559,732 |
| Distributions | | (1,695,927) |
| Net income | | 418,866 |
| Balance - October 31, 2019 | $ | 6,282,671 |

EXHIBIT 12.2

**SKLAR EXPLORATION COMPANY, LLC**
**Combined and Consolidated Statements of Cash Flows**
**(Unaudited)**

| | For the Twelve Months Ended December 31, | |
| --- | --- | --- |
| | 2019 | 2018 |
| Cash flows from operating activities: | | |
| Net income | $ 418,866 | (155,567) |
| Adjustments to reconcile net income (loss) to net cash provided by operating activities: | | |
| Depreciation, depletion and amortization | 4,508,958 | 4,472,265 |
| Accretion of asset retirement obligations | - | 167,040 |
| Exploration, dry hole costs and unproved property write-offs | 779,987 | 903,667 |
| Gain on sale of assets | (30,595) | 1,904 |
| (Gain) loss on equity investments in partnerships - equity method | - | (85,000) |
| Impairment of proved properties | - | 3,892,694 |
| Amortization of debt discount | 47,112 | 41,857 |
| Gain on sale of marketable securities | - | (14,105) |
| Amortization of put premium | 229,850 | 246,480 |
| Unrealized (gain) loss on derivative contracts | 781,649 | (1,287,404) |
| Unrealized (gain) loss on marketable securities | (229,131) | 54,946 |
| Changes in operating assets and liabilities | | |
| Accrued oil and gas revenue | (904,665) | 1,284,890 |
| Joint interest billing receivable, net of cash call prepayments | 920,862 | (2,060,985) |
| Accounts receivable -related parties | (332,490) | (91,375) |
| Prepaid expenses and other | 292,349 | (117,306) |
| Accounts Payable - trade | 1,673,642 | 481,544 |
| Accounts Payable -Production | 1,356,535 | (925,675) |
| Settlement of asset retirement obligations | - | (199,826) |
| Accrued liabilities | 914,561 | 647,379 |
| Total adjustments to net income (loss) to net cash provided by operating a | 10,008,624 | 7,412,990 |
| Net cash provided by operating activities | 10,427,490 | 7,257,423 |
| | | |
| Cash flows from investment activities: | | |
| Purchase of oil and gas properties and property and equipment | (9,509,347) | (9,178,202) |
| Proceeds from sale of oil and gas properties | - | 279,025 |
| Purchase of property and equipment | (230,934) | - |
| Proceeds from sale of property plant and equipmnet | 64,600 | 33,970 |
| Proceeds from sale of marketable securities | - | 50,168 |
| Prepaid drilling obligations, net | 1,096,840 | 997,211 |
| (Increase) decrease in notes receivable - related party | 62,895 | 425 |
| Net sale (purchase) of marketable securities | (911,646) | (370,729) |
| Net (contributions to) distributions from partnerships | 211,990 | (21,609) |
| Purchase of derivative instruments | (303,170) | (399,120) |
| Net cash used in investing activities | (9,518,577) | (8,608,861) |
| | | |
| Cash flows from financing activities: | | |
| Payments on notes payable | (887,841) | (18,640,747) |
| Borrowings from notes payable | - | 23,127,514 |
| Distributions | (1,695,927) | (1,919,340) |
| Payments for debt issuance costs | - | (230,307) |
| Net cash (used in) provided by financing activities | (2,583,768) | 2,337,120 |
| | | |
| Net Change in cash | (1,674,855) | 985,682 |
| Cash and cash equivalents - beginning of period | 3,602,993 | 2,617,311 |
| Cash and cash equivalents - end of period | $ 1,928,138 | $ 3,602,993 |

EXHIBIT 12.2

**Beiner, Grant**

| | |
|---|---|
| **From:** | Howard Sklar <hfsklar@gmail.com> |
| **Sent:** | Tuesday, May 5, 2020 4:22 PM |
| **To:** | Marshall Jones |
| **Subject:** | Fwd: Playsheet |
| **Attachments:** | 07-27-12.pdf |

Sent from my iPhone

Begin forwarded message:

> **From:** Rob Salter <RSalter@sklarexploration.com>
> **Date:** July 27, 2012 at 3:52:57 PM MDT
> **To:** Howard G-mail <hfsklar@gmail.com>, David Barlow <dbarlow@sklarexploration.com>, Chris Farrell <cfarrell@sklarexploration.com>
> **Subject: Playsheet**
>
>
> **Rob Salter, CPA**
> Controller
> (P) 318-227-8668
> (F) 318-227-9012



EXHIBIT 13

**Howard's Friday Report**
7/27/2012

**Cash Balance**

| | |
|---|---|
| ALA | 4,571.82 |
| HOW | 9,715.29 |
| SAM | 4,424.01 |
| SEC - Operating | 649,677.96 |
| SEC - Revenue | 300,000.10 |
| SEC - Suspense | - |
| SKC | 80,068.23 |
| STP | 17,269.71 |
| **Total Operating Cash** | **1,065,727.42** |
| MAR | 255,879.41 |
| SKI | 11,603.51 |
| **Total Non- Operating Cash** | **267,482.92** |
| HFS | 8,473.05 |
| SMMS | 26,874.02 |
| **Total Personal Cash** | **35,347.07** |
| **Grand Total Cash** | **1,368,557.41** |
| SEC JIB to SKC | 16,932,638.95 |
| SEC A/P | 8,521,549.16 |
| SKC A/P | 2,715.77 |
| **Total A/P** | **8,524,264.93** |
| CCL&T 33-2 #1 | 244,484.23 |
| PXP Louisiana LLC #1 | 817,578.05 |
| CCL&T 35-11 #1 | 253,822.88 |
| CCL&T 35-5 #1 | 1,222,656.28 |
| Hasty #1 - Alt Well | 580,541.70 |
| Graddy 34-10 #1 | 1,094,719.86 |
| CCL&T 33-6 #1 | 377,090.91 |
| CCL&T 34-14 #1 | 177,983.88 |
| Graddy 34-8 #1 | 190,696.85 |
| Jones 34-4 #1 | 248,709.37 |
| CCL&T 33-12 #1 | 438,513.27 |
| CCL&T 33-10 #1 | 1,358,126.12 |
| **Total Cash Calls** | **7,004,923.40**  8/8th's |
| **Total Liabilities** | **15,529,188.33** |
| SKC 3rd Party A/R | - |
| 3rd Party Unbilled JIB's | 1,464,092.05 |
| 3rd Party A/R | 6,572,295.48 |
| Total 3rd Party Receivables | 8,036,387.53 |

**Revenue Acct Float**

| | |
|---|---|
| Undisbursed Revenue (8/8th's) | (10,038,958) |
| Sklarco portion of Undisbursed revenue | 1,978,908 |
| Suspense | (1,812,832) |
| Sklarco Portion of Suspense | 156,702 |
| **Revenue Account 3rd party Liability** | **(9,716,179)** |
| Rev & Susp Cash | 300,000 |
| SEC Operating Investments | 7,843,190 |
| **Float - (Under)/Over Funded** | **(1,572,988)** |

**Debt Analysis**

| | Balance | Available |
|---|---|---|
| BOK LOC 4.43% | 16,630,000.00 | 370,000.00 |
| Capital One STP 3.52% | 12,000,000.00 | - |
| HFS Personal Loan 3.25% | - | 2,000,000.00 |
| **Total** | **28,630,000.00** | **2,370,000.00** |

**Real Estate Proceeds**

| | 7/20/2012 | 7/27/2012 |
|---|---|---|
| Dogwood Property | - | - |
| Other | 6,393.75 | 6,393.75 |
| **Total** | **6,393.75** | **6,393.75** |

**Well Equipment Inventory**

| | Cost Thru 08-13-11 | FM Value Rmng Est Purch |
|---|---|---|
| Casing | 183,174.19 | 183,174.19 |
| Tubing | 47.56 | 47.56 |
| Pipe | 26,115.19 | 26,115.19 |
| Pump | - | - |
| Misc. | 83,349.77 | 92,021.03 |
| Total | 292,686.71 | 301,357.97 |

**Partnership Distributions (YTD)**

| | 7/20/2012 | 7/27/2012 |
|---|---|---|
| Col I | 185,305 | 185,305 |
| Col II | 363,261 | 363,261 |
| Rocket | 158,633 | 158,633 |
| Other | - | - |
| **Total** | **707,199** | **707,199** |

**Investments**

| | | | |
|---|---|---|---|
| HOW | 6,897,642.18 | Sklar Directed | 2,493,072.40 |
| ALA | 656,533.23 | Larry Thompson | 6,582,914.46 |
| SAM | 340,830.51 | Marvin McMurrey | 4,422,755.31 |
| SEC | 7,843,190.06 | Cisco | 189,048.00 |
| **Total** | **15,738,195.98** | Adams Yerger | 140,551.00 |
| | | Mason Woodard | 1,909,854.81 |
| | | **Total Investments** | **15,738,195.98** |

**Howard F. Sklar Personal**
7/27/2012

**Expenses**

| | |
|---|---|
| Auto Expense | 29,628 |
| Bank Charges | 323 |
| Clothing | 1,604 |
| Contributions - Charitable | 5,700 |
| Contributions - Political | - |
| Dog Expenses | 49,899 |
| Dues and Subscriptions | 1,255 |
| Educational Expenses | 42,988 |
| Exercise Equipment | 493 |
| Gifts - Educational | - |
| Gifts - General | - |
| Gifts - Medical | - |
| Home Repairs/Improvements - SHV | 17,424 |
| Home Repairs/Improv - Boulder | 3,234 |
| Household Expenses - Boulder | 33,768 |
| Household Expenses - SHV | 192 |
| Insurance - Auto | (364) |
| Insurance - Home | 2,819 |
| Insurance - Misc | - |
| Medical | 61,261 |
| Meals & Entertainment | - |
| Miscellaneous | 5,200 |
| Personal Draw - LOC | - |
| Personal Draw - Jane | 237,567 |
| Personal Draw - HFS Chase Acct | 255,000 |
| Professional Fees - Accounting | 762 |
| Professional Fees - Legal | 250 |
| SEC Reimbursement | - |
| Taxes - Various | 3,546 |
| Training Expense | 488 |
| Travel Expenses | 28,714 |
| Utilities | 8,290 |
| **Total Expenses** | **790,041** |

**Intercompany Due (to)/From SKC**

| | |
|---|---|
| ALA | 37,522.03 |
| HOW | (20,284,359.84) |
| SMMS | (1,937,000.00) |
| SAM | 41,154.02 |
| **Total Due** | **(22,142,683.79)** |

***Unaudited**
***For Internal Use Only**

EXHIBIT 13.1

**Beiner, Grant**

---

| | |
|---|---|
| **From:** | Howard Sklar <hfsklar@gmail.com> |
| **Sent:** | Saturday, April 25, 2020 6:37 PM |
| **To:** | Marshall Jones; John Strausser; Geoff Nenninger |
| **Cc:** | Howard G-mail |
| **Subject:** | Fwd: Playsheet |
| **Attachments:** | 02-14-14 - HFS.pdf |

Hi john and Marshall just a heads up to show you our play sheet from early in 2014.
You might note that we "fully funded" our revenue account by borrowing 14 million from our rbl to invest in stocks. Also note we even borrowed money to fund the suspense part of the revenue account. WTF idiots.

Thanks



Sent from my iPad

Begin forwarded message:

> **From:** Chris Farrell <cfarrell@sklarexploration.com>
> **Date:** February 14, 2014 at 2:57:37 PM MST
> **To:** Howard Sklar <howard@sklarexploration.com>
> **Subject: RE: Playsheet**

> Revised, I had an incorrect cash call figure on the Hamiter.
> Chris A. Farrell, CPA
> Vice President – Chief Financial Officer
> 318-227-8668



> www.sklarexploration.com
> **From:** Chris Farrell
> **Sent:** Friday, February 14, 2014 3:49 PM
> **To:** Howard Sklar
> **Subject:** Playsheet
> Attached is today's play sheet. Working capital still looks strong, but we are beginning to see some of the cash calls turn into actual A/P. Still on track with my previous forecast at the drilling meetings, but we do have a few potential cash needs in the near future such as tumbleweed prospect and a potential purchase of the 25% cut that Plains gets from the North Beach and Abbyville gas plants in Alabama. I did transfer $1.5mm from operating working capital to Larry's account with Schwab this past week which explains the increase in marketable securities. Also, David and I spoke with Larry and Alan this week and there were changes to the portfolio allocation. I have attached a detail of the changes, but the short story is that we have reduced our investments in fixed income and hedging and have increased our equity positions. The revenue float is on track to be over funded at the end of the month. We saw both

EXHIBIT 14

production and price declines over in Q4, but we have seen some price relieve to offset some of the production declines.

**Chris A. Farrell, CPA**
**Vice President – Chief Financial Officer**
**318-227-8668**



www.sklarexploration.com

2
EXHIBIT 14

Sklar Playsheet
2/14/2014

**Cash Balance**

| | |
|---|---|
| ALA | 44,266 |
| HOW | 41,290 |
| SAM | 27,064 |
| SEC - Operating | 2,119,227 |
| SKC | 13,948 |
| STP | 47,597 |
| **Total Operating Cash** | **2,293,392** |

| | |
|---|---|
| SKC 3rd Party A/R | - |
| 3rd Party Unbilled JIB's | 1,019,881 |
| 3rd Party A/R | 2,135,967 |
| Total A/R | **3,155,849** |

| | |
|---|---|
| **Total Cash and A/R** | **5,449,240** |

| | |
|---|---|
| SEC A/P | 1,364,463 |
| SKC A/P | 162,914 |
| Total A/P | **1,527,377** |

| | |
|---|---|
| Nelson et al 35 #2 | 690,277 |
| Hamiter 20-11 #1 | 925,274 |
| CCL&T 14-9 #1 | 1,155,410 |
| CCL&T 10-5 #1 | 1,041,884 |
| CCL&T 17-9 #1 | 1,057,682 |
| | - |
| | - |
| **Total Cash Calls** | **4,870,527**   8/8th's |

| | |
|---|---|
| **Total Liabilities** | **6,397,905** |

**Revenue Acct Float**

| | Now | EOM |
|---|---|---|
| Undisbursed Revenue (8/8th's) | $ 22,032,244 | $ 14,493,492 |
| Suspense | $ 2,949,529 | $ 2,949,529 |
| **Revenue Account Total Liability** | **$ 24,981,772** | **$ 17,443,021** |
| | | |
| Sklarco portion of Undisbursed Rev | $ 3,294,465 | $ 2,124,372 |
| Sklarco Portion of Suspense | $ - | $ - |
| **Sklarco Portion of Rev Acct Liability** | **$ 3,294,465** | **$ 2,124,372** |
| | | |
| **Revenue Account 3rd party Liability** | **$ 21,687,307** | **$ 15,318,649** |
| | | |
| Rev & Susp Cash | $ 7,075,912 | $ 2,334,831 |
| Marketable Securities | $ 13,768,868 | $ 13,768,868 |
| Other investments (Cost) | $ 295,287 | $ 295,287 |
| **Total Revenue Account Assets** | **$ 21,140,067** | **$ 16,398,986** |
| | | |
| **Rev Acct Over/(Under) Funded** | **$ (547,240)** | **$ 1,080,337** |
| | | |
| **% Funded** | **97.48%** | **107.05%** |

**Debt Analysis**

| | Balance | Available |
|---|---|---|
| BOK LOC 4.00% | 23,630,000 | 11,370,000 |
| Capital One STP 3.52% | 10,100,000 | - |
| HFS Personal Loan 3.25% | 1,400,000 | 600,000 |
| **Total** | **35,130,000** | **11,970,000** |

**Real Estate Proceeds**

| | 2/7/2014 | 2/14/2014 |
|---|---|---|
| Dogwood Property | - | - |
| Other | 6,394 | 6,394 |
| **Total** | **6,394** | **6,394** |

**Partnership Distributions (YTD)**

| | 2/14/2014 |
|---|---|
| Col I | 56,243 |
| Col II | 142,087 |
| Rocket | 51,011 |
| Other | - |
| **Total** | **249,341** |

**Investments**

| | | | |
|---|---|---|---|
| HOW | 10,647,597 | Sklar Directed | 2,392,280 |
| ALA | 947,093 | Larry Thompson | 20,089,715 |
| SAM | 940,883 | Marvin McMurrey | 3,419,210 |
| SEC | 13,768,868 | Cisco | 403,236 |
| **Total** | **26,304,441** | **Total** | **26,304,441** |

| | |
|---|---|
| **Non Rev Acct Investments** | 12,535,573.00 |

**Intercompany Due To/(From) SKC**

| | |
|---|---|
| ALA | - |
| HOW | 21,943,654 |
| SAM | 22,802 |
| **Total Due** | **21,966,456** |

| | |
|---|---|
| SEC JIB to SKC | 19,266,027 |

| | |
|---|---|
| HFS - Capt One | 57,994 |
| HFS - Chase | 56,326 |
| SMMS | 1,181,002 |
| **Total Personal Cash** | **1,295,323** |

**Prospect Inventory**
**2/14/2014**

| Description | |
|---|---|
| Ft Adams-Millbrook"B" Prospect | 1,323 |
| W Arcadia Prspect S27-T18S-R6W | 1,186 |
| Ashwood Prospect | 217,507 |
| West Ashwood Prospect | 58,946 |
| Barnett Shale Play | 3,649 |
| North Beach Prospect | 91 |
| Big Bend Prospect | 175 |
| Bovina Field-S17&18,T16N,R5E | 54,442 |
| West Bryceland Saddle Prospect | 8,037 |
| John D Bryant etal #1 | 2,696 |
| Cairo Prospect | 147 |
| Calvits Lake Prospect | 1,169 |
| Greater Cheneyville Prospect | 19,911 |
| Copenhagen Prospect | 24,344 |
| Cotton Valley Prospect | 1,973 |
| NE Fayette Prospect | 1,175 |
| SE Fayette Prospect | 1,284 |
| Frys Gap Prospect | 5,977 |
| Fryeburg Prospect | 1,050 |
| West Fryeburg Prospect | 41,330 |
| Glenmora Prospect | 20,548 |
| Gorman Prospect | 32,598 |
| Jones Prospect | 1,465 |
| SE Killens Ferry Prospect | 203,693 |
| South Kings Dome (Section 39) | 5,403 |
| Laney Road Field Water Flood | 5,165 |
| Latham Prospect | 1,549 |
| Niobrara Prospect | 7,512 |
| Oakhay Creek South Prospect | 5,025 |
| Paleozoic Shale Oil Play | 4,014 |
| South Panther Creek Prospect | 6,177 |
| Red River Extension | 685 |
| Rosebank Prospect | 358 |
| Shipps Creek Prospect | 30,000 |
| West Simsboro Prospect | 15,694 |
| TBA-Jospeh Bowman Svy A-72 | 7,933 |
| Teidora Vasquz Survey Prospect | 1,005 |
| Tumbleweed Unit | 1,004 |
| West Tyler 3D Seismic Prospect | 61,913 |
| Veta Prospect | 1,006 |
| Weyerhaeuser Washington Parish | 10,539 |
| West Wharton Prospect | 7,325 |
| Willow Springs Acquisition | 2,711 |
| Wilson-Mt Common Church Prspct | 19,077 |
| South Woodlawn Ext Prosp (TX) | 2,225 |
| Woodlawn Green Fox Area (TX) | 22,958 |
| Woodlawn Prospect (MS) | 1,169 |
| Winter Prospect | 71 |
| Frontier Hills Prospect | 2,190 |
| **Total Prospect Inventory** | **927,426** |

**Howard F. Sklar Personal**
**2014**

| Expenses | |
|---|---|
| Athletic - Coaching (Boulder) | 4,507 |
| Athletic - Coaching (travel) | 3,500 |
| Athletic - Dues/Memberships | 1,631 |
| Athletic - Equipment | 1,007 |
| Athletic - Sponsorship | 1,150 |
| Athletic - Travel | 1,050 |
| Athletic - Wear | 453 |
| Auto Expense | 61 |
| Bank Charges | 152 |
| Contributions - Charitable | 500 |
| Credit Card Pmts - Unallocated | 22,547 |
| Dog Expenses - Nannies | 10,513 |
| Dog Expenses - Other | 69 |
| Dues and Subscriptions | 245 |
| Educational - Howard | 6,517 |
| Educational - Jake | 1,172 |
| Educational - Alan | 15,447 |
| Jake - Other | 1,902 |
| Alan - Other | 3,849 |
| Gifts | 1,487 |
| Household Exp - General | 36,747 |
| Household Exp - Housekeeper | 2,100 |
| Insurance - Auto | 968 |
| Insurance - Medical | (770) |
| Limo - John | 864 |
| Meals & Entertainment | 1,492 |
| Medical - Non-Athletic | 644 |
| Medical - Dr. Shugarman | 1,135 |
| Medical - Dr. Young | 1,160 |
| Miscellaneous Expense | 200 |
| Personal Draw | 2,608 |
| Payments to Jane | 30,000 |
| Pharmacy | 357 |
| Taxes - Various | 24,010 |
| Travel Expenses | 4,677 |
| Utilities | 245 |
| **Total Expenses** | **184,244** |

| | |
|---|---|
| Monthly Average: | $   92,122 |

EXHIBIT 14.1

***Unaudited
***For Internal Use Only

## Beiner, Grant

| | |
|---|---|
| **From:** | Beiner, Grant |
| **Sent:** | Monday, November 23, 2020 3:46 PM |
| **To:** | Beiner, Grant |
| **Subject:** | FW: Chase Bank Statements |
| **Attachments:** | 20200604-statements-8327-.pdf; 20200706-statements-8327-.pdf; 20200806-statements-8327-.pdf; 20200904-statements-8327-.pdf; 20201006-statements-8327-.pdf; 20200107-statements-8327- (1).pdf; 20200206-statements-8327- (1).pdf; 20200305-statements-8327- (1).pdf; 20200406-statements-8327- (1).pdf; 20200506-statements-8327- (1).pdf |

**From:** Geoff Nenninger <GNenninger@sklarexploration.com>
**Sent:** Wednesday, October 7, 2020 10:44 AM
**To:** Clinton Bowers <clint@bowerslawfirmllc.com>
**Cc:** Marshall Jones <jmjones@sklarexploration.com>; Howard Sklar <hfsklar@sklarexploration.com>; John Strausser <JStrausser@sklarexploration.com>
**Subject:** Chase Bank Statements

Hi Clint –

Please find bank statements for Howard's personal Chase checking account from this year.

Geoffrey Nenninger
*Director of Investments and Marketing*
*HR Manager*



5395 Pearl Parkway, Suite 200 • Boulder, CO 80301

direct 720.836.1083 • mobile 303.931.6461 • fax 303.443.1551

gnenninger@sklarexploration.com • www.sklarexploration.com

EXHIBIT 15



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 07, 2020 through June 04, 2020
Primary Account: **000000892348327**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



00041147 DRE 501 211 15720 NNNNNNNNNNN  1 000000000 04 0000
HOWARD SKLAR
1630 30TH ST STE 289
BOULDER CO 80301-1044

## We updated the Funds Availability Policy in the Deposit Account Agreement

We increased the minimum amount of funds that we make available to you the next business day when you deposit a check.
For more information, please see the Funds Availability Policy in the Deposit Account Agreement at chase.com/disclosures.

Please call the number on your statement if you have questions. We accept operator relay calls.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Checking | 000000892348327 | $143,111.93 | $136,633.24 |
| Chase Plus Savings | 000002959121811 | 908.35 | 908.36 |
| **Total** | | **$144,020.28** | **$137,541.60** |
| **TOTAL  ASSETS** | | **$144,020.28** | **$137,541.60** |



May 07, 2020 through June 04, 2020
Primary Account: **000000892348327**

## CHASE PREMIER CHECKING

HOWARD SKLAR                                              Account Number: 000000892348327

## CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$143,111.93** |
| Deposits and Additions | 40,001.14 |
| Checks Paid | -6,322.00 |
| Electronic Withdrawals | -40,127.83 |
| Fees | -30.00 |
| **Ending Balance** | **$136,633.24** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $1.14 |
| Interest Paid Year-to-Date | $5.25 |

Good news!  Your Chase Premier Checking Monthly Service Fee was waived because you kept an average beginning day balance of $15,000 or more in qualifying linked deposits, investments and credit cards, mortgage and other loans during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/07 | Fedwire Credit Via: East-West Bank/322070381 B/O: Sklar Exploration Company LLC Operating Account Ref: Chase Nyc/Ctr/Bnf=Howard Sklar Boulder CO 80301-1044 US/Ac-00000000892 3 Rfb=O/B Ew Bk Smrino Obi=April Sa Lary Imad: 0507L2B77Q1C000521 Trn: 2870709128Ff | $25,000.00 |
| 06/03 | Fedwire Credit Via: East-West Bank/322070381 B/O: Sklar Exploration Company LLC Operating Account Ref: Chase Nyc/Ctr/Bnf=Howard Sklar Boulder CO 80301-1044 US/Ac-00000000892 3 Rfb=O/B Ew Bk Smrino Obi=May Sala Ry Imad: 0603L2B77Q1C001887 Trn: 7089209155Ff | 15,000.00 |
| 06/04 | Interest Payment | 1.14 |
| **Total Deposits and Additions** | | **$40,001.14** |



May 07, 2020 through June 04, 2020
Primary Account: **000000892348327**



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 2175 ^ | | 05/27 | $250.00 |
| 2176 ^ | | 05/20 | 400.00 |
| 2177 ^ | | 05/20 | 400.00 |
| 2178 ^ | | 05/27 | 400.00 |
| 2179 ^ | | 06/01 | 490.00 |
| 2181 * ^ | | 06/04 | 630.00 |
| 2182 ^ | | 06/04 | 400.00 |
| 2304 * ^ | | 05/13 | 960.00 |
| 2305 ^ | | 05/20 | 960.00 |
| 2306 ^ | | 05/27 | 640.00 |
| 2307 ^ | | 06/03 | 792.00 |
| **Total Checks Paid** | | | **$6,322.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/07 | Loan Srvc Cntr   Auto Draft          PPD ID: 9870465626 | $6,934.61 |
| 05/12 | TD Ameritrade Cl Sec Tr    455272679130858 Web ID: 6470533629 | 10,000.00 |
| 05/12 | The Peloton Cond Ownerdraft          PPD ID: 1260493321 | 1,308.98 |
| 05/18 | Bk of Amer Mc   Online Pmt Ckf760292380POS Web ID: 9500000000 | 1,000.00 |
| 05/18 | Onpay Inc         Payrollfee 17689          CCD ID: 1474413175 | 36.00 |
| 05/18 | Chase Credit Crd Autopay          PPD ID: 4760039224 | 35.00 |
| 05/21 | 05/21 Online Payment 9495250915 To Sonja Rogers | 300.00 |
| 05/26 | 05/26 Online Payment 9502036079 To Auto Loan 0909 | 2,556.59 |
| 05/26 | 05/26 Online Payment 9671207271 To Symbria Coultas | 420.00 |
| 05/26 | 05/26 Online Payment 9671210743 To David Mcguire | 490.00 |
| 05/26 | Gmfinancia         Gmfinancia          PPD ID: 9405643002 | 1,433.39 |
| 05/26 | Chase Credit Crd Autopay          PPD ID: 4760039224 | 35.00 |
| 05/29 | Bk of Amer Mc   Online Pmt Ckf760292380POS Web ID: 9500000000 | 6,000.00 |
| 06/02 | 06/02 Payment To Chase Card Ending IN 9664 | 2,500.00 |
| 06/03 | American Express ACH Pmt   W1740          Web ID: 2005032111 | 6,326.26 |
| 06/04 | Chase Credit Crd Autopay          PPD ID: 4760039224 | 752.00 |
| **Total Electronic Withdrawals** | | **$40,127.83** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/07 | Domestic Incoming Wire Fee | $15.00 |
| 06/03 | Domestic Incoming Wire Fee | 15.00 |
| **Total Fees** | | **$30.00** |



May 07, 2020 through June 04, 2020
Primary Account: **000000892348327**

## CHASE PLUS SAVINGS

HOWARD SKLAR                                                     Account Number: 000002959121811

## SAVINGS SUMMARY

|                                              | AMOUNT      |
|----------------------------------------------|-------------|
| **Beginning Balance**                        | **$908.35** |
| Deposits and Additions                       | 0.01        |
| **Ending Balance**                           | **$908.36** |
|                                              |             |
| Annual Percentage Yield Earned This Period   | 0.01%       |
| Interest Paid This Period                    | $0.01       |
| Interest Paid Year-to-Date                   | $0.10       |

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## TRANSACTION DETAIL

| DATE  | DESCRIPTION        | AMOUNT   | BALANCE     |
|-------|--------------------|----------|-------------|
|       | Beginning Balance  |          | **$908.35** |
| 06/04 | Interest Payment   | **0.01** | 908.36      |
|       | Ending Balance     |          | **$908.36** |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Checking account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Case:20-12377-MER   Doc#:891-1   Filed:02/26/21   Entered:02/26/21 14:02:03   Page762 of 876



# CHASE ⬭

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 -2051

February 07, 2020 through March 05, 2020
Primary Account: **000000892348327**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00040064 DRE 501 211 06620 NNNNNNNNNNN  1 000000000 04 0000
HOWARD SKLAR
1630 30TH ST STE 289
BOULDER CO 80301-1044



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Checking | 000000892348327 | $54,635.44 | $174,145.64 |
| Chase Plus Savings | 000002959121811 | 908.30 | 908.32 |
| Total | | **$55,543.74** | **$175,053.96** |
| **TOTAL ASSETS** | | **$55,543.74** | **$175,053.96** |

## CHASE PREMIER CHECKING

HOWARD SKLAR                                      Account Number: 000000892348327

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | **$54,635.44** |
| Deposits and Additions | 392,297.67 |
| Checks Paid | -15,821.61 |
| ATM & Debit Card Withdrawals | -703.25 |
| Electronic Withdrawals | -256,157.61 |
| Fees | -105.00 |
| Ending Balance | **$174,145.64** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.93 |
| Interest Paid Year-to-Date | $2.02 |

Interest paid in 2019 for account 000000892348327 was $7.72.

Page 1 of 4



February 07, 2020 through March 05, 2020
Primary Account: **000000892348327**

Good news!  Your Chase Premier Checking Monthly Service Fee was waived because you kept an average beginning day balance of $15,000 or more in qualifying linked deposits, investments and credit cards, mortgage and other loans during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/19 | Fedwire Credit Via: Wells Fargo Bank/121000248 B/O: Howard F Sklar Trustee Howard Trustort LA 71101 Ref: Chase Nyc/Ctr/Bnf=Howard Sklar Boulder CO 80301-1044 US/Ac-00000000892 3 Rfb=0002092246099 Obi=Sch Ref(N 5 025706 0001182582611) Bbi=/Chgs/USD 0,00/Chgs/USD0,00/Ocml/USD125000,00/Acc/DDA/8923483 27 How Imad: 0219I1B7032R018753 Tm: 6737409050Ff | $125,000.00 |
| 02/27 | Fedwire Credit Via: Capital One, NA/056073502 B/O: John M Shuey Jr Law Office, LLC Escshreveport,LA,71101 Ref: Chase Nyc/Ctr/Bnf=Howard Sklar Boulder CO 80301-1044 US/Ac-00000000892 3 Rfb=Tp87656182 Bbi=/Acc/DDA/89234 8327 Howard F Sklar 5 395 Pearl Par Kway Suite 200 Boulder , CO 80301 Imad: 0227Mmqfmpgh003221 Tm: 7767309058Ff | 267,296.74 |
| 03/05 | Interest Payment | 0.93 |
| **Total Deposits and Additions** | | **$392,297.67** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1939  ^ | | 02/20 | $876.00 |
| 1941  * ^ | | 02/20 | 350.00 |
| 1943  * ^ | | 02/21 | 1,000.00 |
| 1944  ^ | | 02/21 | 1,452.00 |
| 1945  ^ | | 02/19 | 710.00 |
| 2151  * ^ | | 02/11 | 5,415.00 |
| 2010605  * ^ | | 02/12 | 200.00 |
| 2010624  * ^ | | 02/07 | 760.00 |
| 2010625  ^ | | 02/07 | 700.00 |
| 2010626  ^ | | 02/10 | 440.00 |
| 2010627  ^ | | 02/10 | 390.00 |
| 2010628  ^ | | 02/11 | 732.00 |
| 2010630  * ^ | | 02/18 | 650.00 |
| 2010631  ^ | | 02/18 | 350.00 |
| 2010632  ^ | | 02/18 | 440.00 |
| 2010633  ^ | | 02/19 | 427.53 |
| 2010635  * ^ | | 02/20 | 929.08 |
| **Total Checks Paid** | | | **$15,821.61** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



February 07, 2020 through March 05, 2020
Primary Account: **000000892348327**



## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/19 | ATM Withdrawal       02/19 2500 Arapahoe Ave Boulder CO Card 5993 | $500.00 |
| 02/27 | Non-Chase ATM Withdraw  02/27 1250 W Wood St Willows CA Card 5993 | 203.25 |
| **Total ATM & Debit Card Withdrawals** | | **$703.25** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/07 | Loan Srvc Cntr  Auto Draft          PPD ID: 9870465626 | $6,934.61 |
| 02/11 | The Peloton Cond Ownerdraft          PPD ID: 1260493321 | 1,258.98 |
| 02/18 | Bk of Amer Mc   Online Pmt Ckf760292380POS Web ID: 9500000000 | 1,000.00 |
| 02/18 | Chase Credit Crd Autopay          PPD ID: 4760039224 | 35.00 |
| 02/19 | Onpay Inc        Payrollfee 17689          CCD ID: 1474413175 | 36.00 |
| 02/21 | 02/21 Online Payment 9104953130 To Sonja Rogers | 300.00 |
| 02/26 | 02/26 Online Payment 9110130973 To Auto Loan 0909 | 2,556.59 |
| 02/27 | 02/27 Online Domestic Wire Transfer Via: Capital One NA/065000090 A/C: Jane Sklar Shreveport LA 71106 US Ref:/Time/08:01 Imad: 0227B1Qgc08C001844 Trn: 3024100058Es | 25,000.00 |
| 02/27 | 02/27 Payment To Chase Card Ending IN 9664 | 4,335.81 |
| 02/27 | 02/27 Payment To Chase Card Ending IN 7956 | 86,163.01 |
| 02/27 | American Express ACH Pmt   W2692          Web ID: 2005032111 | 60,576.25 |
| 02/28 | 02/28 Online Domestic Wire Transfer Via: Capital One NA/065000090 A/C: Jane Sklar Shreveport LA 71106 US Ref:/Time/08:01 Imad: 0228B1Qgc03C004941 Trn: 3050700059Es | 5,000.00 |
| 03/02 | 03/02 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: World Speed Inc Sonoma CA 95476 US Ref: For Howard Sklar/Bnf/Beneficiary: World Speed Inc. Dba World Speed Mot Orsports Imad: 0302B1Qgc07C001812 Trn: 3297700062Es | 22,206.54 |
| 03/02 | Att       Payment   772889008Csr1C  Tel ID: 9864031003 | 630.84 |
| 03/03 | 03/03 Payment To Chase Card Ending IN 9664 | 4,547.45 |
| 03/03 | Capital One     Online Pmt 006339910368956 Web ID: 9279744991 | 11,285.14 |
| 03/03 | Gmfinancia   Gmfinancia 111031310944   Tel ID: 9405643002 | 1,433.39 |
| 03/04 | 03/04 Consumer Online International Wire A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 US Org: 00000000892348327 Howard Sklar Ben:/Fr76300471465000021355201 49 Lso Ref: Consultancy Expenses/Ocmt/Eur20000,00/Exch/0.8750/Cntr/10573587/Cct/K7 DC8Vit00AK/Acc/Lso (Laurent Senecha L) Trn: 7031500064Re | 22,858.00 |
| **Total Electronic Withdrawals** | | **$256,157.61** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/19 | Domestic Incoming Wire Fee | $15.00 |
| 02/27 | Online Domestic Wire Fee | 25.00 |
| 02/27 | Domestic Incoming Wire Fee | 15.00 |
| 02/28 | Online Domestic Wire Fee | 25.00 |
| 03/02 | Online Domestic Wire Fee | 25.00 |
| **Total Fees** | | **$105.00** |


**CHASE**

February 07, 2020 through March 05, 2020
Primary Account: **000000892348327**

## CHASE PLUS SAVINGS

HOWARD SKLAR

Account Number: 000002959121811

### SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$908.30** |
| Deposits and Additions | 0.02 |
| **Ending Balance** | **$908.32** |
| | |
| Annual Percentage Yield Earned This Period | 0.03% |
| Interest Paid This Period | $0.02 |
| Interest Paid Year-to-Date | $0.06 |

Interest paid in 2019 for account 000002959121811 was $0.24.

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$908.30** |
| 03/05 | Interest Payment | **0.02** | 908.32 |
| | **Ending Balance** | | **$908.32** |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Checking account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

# CHASE ⬧

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 06, 2019 through January 07, 2020

Primary Account: **000000892348327**



| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00039547 DRE 501 211 00820 NNNNNNNNNNN 1 000000000 04 0000
HOWARD SKLAR
1630 30TH ST STE 289
BOULDER CO 80301-1044

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Checking | 000000892348327 | $120,947.05 | $121,300.04 |
| Chase Plus Savings | 000002959121811 | 908.26 | 908.28 |
| Total | | **$121,855.31** | **$122,208.32** |
| | | | |
| **TOTAL ASSETS** | | **$121,855.31** | **$122,208.32** |

## CHASE PREMIER CHECKING

HOWARD SKLAR

Account Number: 000000892348327

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$120,947.05** |
| Deposits and Additions | 150,000.49 |
| Checks Paid | -30,584.74 |
| ATM & Debit Card Withdrawals | -1,334.68 |
| Electronic Withdrawals | -117,613.04 |
| Fees | -115.04 |
| **Ending Balance** | **$121,300.04** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.49 |
| Interest Paid Year-to-Date | $0.49 |

Interest paid in 2019 for account 000000892348327 was $7.72.


**CHASE**

December 06, 2019 through January 07, 2020
Primary Account: **000000892348327**

Good news!  Your Chase Premier Checking Monthly Service Fee was waived because you kept an average beginning day balance of $15,000 or more in qualifying linked deposits, investments and credit cards, mortgage and other loans during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/31 | Fedwire Credit Via: East-West Bank/322070381 B/O: Howard Trust Boulder, CO 80301-0000 Ref: Chase Nyc/Ctr/Bnf=Howard Sklar Boulder CO 80301-1044 US/Ac-00000000892 3 Rfb=O/B Ew Bk Smrino Imad: 1231L2B77Q1C001642 Trn: 8111909365Ff | $25,000.00 |
| 01/06 | Fedwire Credit Via: East-West Bank/322070381 B/O: Howard Trust Boulder, CO 80301-0000 Ref: Chase Nyc/Ctr/Bnf=Howard Sklar Boulder CO 80301-1044 US/Ac-00000000892 3 Rfb=O/B Ew Bk Smrino Imad: 0106L2B77Q1C000362 Trn: 2718309006Ff | 125,000.00 |
| 01/07 | Interest Payment | 0.49 |
| **Total Deposits and Additions** | | **$150,000.49** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 2010586 ^ | | 12/10 | $700.00 |
| 2010587 ^ | | 12/10 | 630.00 |
| 2010588 ^ | | 12/09 | 12.62 |
| 2010589 ^ | | 12/06 | 459.90 |
| 2010591 * ^ | | 12/16 | 1,047.22 |
| 2010592 ^ | | 12/13 | 390.00 |
| 2010593 ^ | | 01/06 | 2,875.00 |
| 2010594 ^ | | 12/12 | 130.00 |
| 2010595 ^ | | 12/17 | 468.00 |
| 2010597 * ^ | | 12/23 | 3,480.00 |
| 2010598 ^ | | 12/23 | 3,368.50 |
| 2010599 ^ | | 12/24 | 2,380.00 |
| 2010600 ^ | | 12/23 | 3,715.00 |
| 2010601 ^ | | 01/06 | 7,824.50 |
| 2010604 * ^ | | 12/24 | 3,104.00 |
| **Total Checks Paid** | | | **$30,584.74** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 12/13 | ATM Withdrawal | 12/13 2500 Arapahoe Ave Boulder CO Card 5993 | $500.00 |
| 12/13 | ATM Withdrawal | 12/13 2500 Arapahoe Ave Boulder CO Card 5993 | 500.00 |
| 12/19 | Non-Chase ATM Withdraw  12/19 497208300024077 Toulouse NE Card 5993 Euro 300.00 X 1.115600 (Exchg Rte) | | 334.68 |
| **Total ATM & Debit Card Withdrawals** | | | **$1,334.68** |



December 06, 2019 through January 07, 2020
Primary Account: **000000892348327**



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/09 | 12/09 Consumer Online International Wire A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 US Org: 00000000892348327 Howard Sklar Ben:/Fr76300471465000021355520149 Lso Ref: Consultancy Expenses/Ocmt/Eur22012,50/Exch/0.8805/Cntr/24150087/Cct/K3 Yigdrz00AL/Acc/Lso (Laurent Senecha L) Trn: 5144600343Re | $25,000.00 |
| 12/09 | Loan Srvc Cntr   Auto Draft          PPD ID: 9870465626 | 6,934.61 |
| 12/12 | 12/12 Consumer Online International Wire A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 US Org: 00000000892348327 Howard Sklar Ben:/Fr76300471465000021355520149 Lso Ref: Consultancy Expenses/Ocmt/Eur19587,50/Exch/0.8734/Cntr/21801953/Cct/K4 21S47T00Ai/Acc/Lso (Laurent Senecha L) Trn: 7421800346Re | 22,426.72 |
| 12/12 | The Peloton Cond Ownerdraft          PPD ID: 1260493321 | 1,216.82 |
| 12/16 | 12/16 Online Domestic Wire Transfer A/C: Exr Premat Motorsports LLC Las Vegas NV 89115-1761 US Ref: For Sklar/Bnf/For Exr Premat Motorsports LLC Trn: 4692900350Es | 6,920.00 |
| 12/17 | Bk of Amer Mc    Online Pmt Ckf760292380POS Web ID: 9500000000 | 1,000.00 |
| 12/17 | Onpay Inc        Payrollfee 17689          CCD ID: 1474413175 | 36.00 |
| 12/17 | Chase Credit Crd Autopay   000000000174412 PPD ID: 4760039224 | 35.00 |
| 12/20 | 12/20 Online Payment 8880930407 To Sonja Rogers | 300.00 |
| 12/26 | 12/26 Online Payment 8898271709 To Auto Loan 0909 | 2,556.59 |
| 12/27 | 12/27 Online Domestic Wire Transfer Via: Capital One NA/065000090 A/C: Jane Sklar Shreveport LA 71106 US Ref:/Time/08:01 Imad: 1227B1Qgc05C003398 Trn: 3051800361Es | 5,000.00 |
| 12/30 | 12/30 Payment To Chase Card Ending IN 9664 | 5,980.00 |
| 12/30 | American Express ACH Pmt   W0856          Web ID: 2005032111 | 6,386.69 |
| 12/31 | 12/31 Online Domestic Wire Transfer Via: Capital One NA/065000090 A/C: Jane Sklar Shreveport LA 71106 US Ref:/Time/15:35 Imad: 1231B1Qgc07C030399 Trn: 7568500365Es | 25,000.00 |
| 01/03 | 01/03 Payment To Chase Card Ending IN 7956 | 1,386.00 |
| 01/07 | 01/07 Payment To Chase Card Ending IN 9664 | 500.00 |
| 01/07 | Loan Srvc Cntr   Auto Draft          PPD ID: 9870465626 | 6,934.61 |
| **Total Electronic Withdrawals** | | **$117,613.04** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/16 | Online Domestic Wire Fee | $25.00 |
| 12/19 | Foreign Exch Rt ADJ Fee 12/19 497208300024077 Toulouse NE Card 5993 | 10.04 |
| 12/27 | Online Domestic Wire Fee | 25.00 |
| 12/31 | Online Domestic Wire Fee | 25.00 |
| 12/31 | Domestic Incoming Wire Fee | 15.00 |
| 01/06 | Domestic Incoming Wire Fee | 15.00 |
| **Total Fees** | | **$115.04** |

 CHASE

December 06, 2019 through January 07, 2020
Primary Account: **000000892348327**

## CHASE PLUS SAVINGS

HOWARD SKLAR

Account Number: 000002959121811

## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | **$908.26** |
| Deposits and Additions | 0.02 |
| Ending Balance | **$908.28** |
| | |
| Annual Percentage Yield Earned This Period | 0.02% |
| Interest Paid This Period | $0.02 |
| Interest Paid Year-to-Date | $0.02 |

Interest paid in 2019 for account 000002959121811 was $0.24.

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | **$908.26** |
| 01/07 | Interest Payment | **0.02** | 908.28 |
| | Ending Balance | | **$908.28** |

You earned a higher interest rate on your Chase Plus Savings account during this statement period because you had a qualifying Chase Premier Checking account.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

 **BNP PARIBAS**                                    Relevé d'Identité Bancaire / IBAN

M LAURENT SENECHAL

15 IMPASSE DU VIADUC DE MILLAU
72560 CHANGE

IBAN(1) :    |  FR76 3000 4024 9500 0002 0511 109  |

BIC(2) :     |  BNPA FR PP XXX  |

| RIB(3) : | Code banque | Code agence | Numéro de compte | Clé RIB | Agence de domiciliation |
|---|---|---|---|---|---|
| | 30004 | 02495 | 00000205111 | 09 | BNPPARB LE MANS NOVAXIS (02495) |

(1) International Bank Account Number          (2) Bank Identifier Code          (3) Relevé d'Identité Bancaire

✂---------------------------------------------------------------------------------------------------

 **BNP PARIBAS**                                    Relevé d'Identité Bancaire / IBAN

M LAURENT SENECHAL

15 IMPASSE DU VIADUC DE MILLAU
72560 CHANGE

IBAN(1) :    |  FR76 3000 4024 9500 0002 0511 109  |

BIC(2) :     |  BNPA FR PP XXX  |

| RIB(3) : | Code banque | Code agence | Numéro de compte | Clé RIB | Agence de domiciliation |
|---|---|---|---|---|---|
| | 30004 | 02495 | 00000205111 | 09 | BNPPARB LE MANS NOVAXIS (02495) |

(1) International Bank Account Number          (2) Bank Identifier Code          (3) Relevé d'Identité Bancaire

✂---------------------------------------------------------------------------------------------------

**BNP PARIBAS**                                    Relevé d'Identité Bancaire / IBAN

M LAURENT SENECHAL

15 IMPASSE DU VIADUC DE MILLAU
72560 CHANGE

IBAN(1) :    |  FR76 3000 4024 9500 0002 0511 109  |

BIC(2) :     |  BNPA FR PP XXX  |

| RIB(3) : | Code banque | Code agence | Numéro de compte | Clé RIB | Agence de domiciliation |
|---|---|---|---|---|---|
| | 30004 | 02495 | 00000205111 | 09 | BNPPARB LE MANS NOVAXIS (02495) |

(1) International Bank Account Number          (2) Bank Identifier Code          (3) Relevé d'Identité Bancaire

SEC000696                    EXHIBIT 16

## Bobbie Gore

| | |
|---|---|
| **From:** | Geoff Nenninger |
| **Sent:** | Wednesday, May 25, 2016 2:23 PM |
| **To:** | Bobbie Gore |
| **Subject:** | FW: Wire to france |
| **Attachments:** | LaurentSenechal_BankInfo.pdf |

Hi Bobbie-

Could you please help me set up a wire transfer out of SEC? Information is below. It is going to a bank account in France on behalf of Howard. I'm also attaching a pdf to this email that has bank details on it should there be any questions about account numbers, etc. One important point is that the amount of the transfer is in Euros. Amount is €14,400.

Thanks very much,
Geoff

---

**From:** Chris Farrell
**Sent:** Wednesday, May 25, 2016 1:20 PM
**To:** Geoff Nenninger <GNenninger@sklarexploration.com>
**Subject:** Re: Wire to france

Send to Bobbie for set up out of SEC

Sent from my iPhone

On May 25, 2016, at 12:47 PM, Geoff Nenninger <GNenninger@sklarexploration.com> wrote:

Hi Chris-

Can we send a wire from the company to France to pay one of Howard's bills? Is there a form or letter similar to what I use to send wires from his personal account?

Here is the bank information for where we are to send the wire:

AMOUNT: €14,400.00    (Fourteen-thousand Four-hundred Euros and no cents)

TO:     Laurent Senechal
        15 Impasse Du Viaduc de Millau
        72560 Change

        Bank Name: BNP Paribas
        IBAN: FR76 3000 4024 9500 0002 0511 109
        BIC: BNPA FR PP XXX
        Bank Code: 30004
        Agency Code: 02495
        Account Number: 00000205111
        RIB Key: 09

Geoffrey Nenninger

SEC000697                                                    EXHIBIT 16



**Money Transfer Detail Report**
Report Date 5/25/16
Page 1 of 2

| Tracking Number | Type | Profile Name | Value Date | Process Date | Sender Name | Beneficiary Name | Sending Account Number | Indicative Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|
| MT16146001772 | Semi-Repetitive | SEC- L Senechal | 5/25/16 | 5/25/16 | SKLAR TRANSPORT COMPANY LLC 5395 PEARL PARKWAY SUITE 200 | Laurent Senechal 00000205111 15 Impasse Du Viaduc de Millau 72560 Change | 672188059 - SEC Oper Acct | USD 16,522.85 (Debit) | EUR 14,400.00 (Credit) |

| Reference Text | Cutoff Time | Additional Information | Bank To Bank Information |
|---|---|---|---|
| | 16:0 CST | IBAN FR76 3000 4024 9500 0002 0511 109 Bank code 30004 Agency code 02495, RIB Key 09 | |

**Other Parties**

| Sending Bank | Beneficiary Bank |
|---|---|
| Capital One Central | BNP-PARIBAS SA  FORMERLY BANQUE NAT |
| 065000090 | BNPAFRPPXXX |
| 201 St. Charles Ave | 16 BOULEVARD DES ITALIENS |
| | PARIS 75450 PA FRANCE |

**Other Information**

| Payment Method | Payment Type | Contract Deal Number | Indicative Exchange Rate |
|---|---|---|---|
| International C | International C | | 1.14742 |

This is an unaudited report and is for informational purposes only.

Money Transfer Detail Report<br>
Report Date 5/25/16<br>
Page 2 of 2

**For Bank**
**Use Only**
672187893
– ALA

**Status/History**

| Status | Host Confirmation # | Confirmation # | Entered By | Entry Time | Approval User | Approval Time |
|---|---|---|---|---|---|---|
| Delivered | | | SKLATRANB GOR | 5/25/16 3:25:42 PM | SKLATRANCFAR | 5/25/16 3:27:56 PM |
| | | | | | SKLATRANMGAR | 5/25/16 3:28:41 PM |

=============================== REPORT TOTALS ===============================

EUR – Euro

| Type | Number | Sending Amount | Transfer Amount |
|---|---|---|---|
| Non–Repetitive | 0 | 0.00 | 0.00 |
| Repetitive | 0 | 0.00 | 0.00 |
| Semi–Repetitive | 1 | 14,400.00 | 16,522.85 |
| Standing Order | 0 | 0.00 | 0.00 |
| Total | 1 | 14,400.00 | 16,522.85 |

**This is an unaudited report and is for informational purposes only.**



**BNP PARIBAS**

✂- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Relevé d'Identité Bancaire / IBAN

Ce relevé évite les erreurs ou les retards concernant les opérations au débit (prélèvements, ...) ou au crédit (virement de salaire, ...) de votre compte. Son utilisation vous garantit le bon enregistrement des opérations qui concernent votre compte. N'hésitez pas à le remettre aux organismes concernés par ces opérations.

SARL LSO
SOCIETE EN COURS DE CONSTITUTION

10 RUE DU DOCTEUR LEROY

72000 LE MANS

Compte en EUR (EURO          )

| | Code Banque (1) | Code Agence (2) | Numéro de compte (3) | Clé RIB (4) | Votre agence de domiciliation (5) |
|---|---|---|---|---|---|
| RIB | 30004 | 02495 | 00010010065 | 09 | BNPPARB LE MANS NOVAXIS (02495) |

IBAN :    FR7630004024950001001006509    (6)

BIC : BNPAFRPPXXX    (7)

(1) Code de BNP Paribas                (3) Votre numéro de compte            (5) Agence BNP Paribas           (7) Bank Identifier Code
(2) Code de votre agence d'origine     (4) Ce code renforce la sécurité de   (6) International Bank Account
                                           vos transactions bancaires           Number

✂- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# 34,428.78

SEC000700

EXHIBIT 16

**Bobbie Gore**

| | |
|---|---|
| **From:** | Geoff Nenninger |
| **Sent:** | Wednesday, August 10, 2016 2:55 PM |
| **To:** | Chris Farrell; Bobbie Gore |
| **Cc:** | Jennifer Metcalfe |
| **Subject:** | International Wire |
| **Attachments:** | image1.jpeg; ATT00001.txt |

Hi Chris and Bobbie-

Can we please send an international wire on Howard's behalf from SEC to his contact in France in the amount of €30,000? This is the same contact information as the last international wire we sent for him. Details attached.

EXHIBIT 16



Money Transfer Detail Report
Report Date 8/11/16
Page 1 of 2

| Tracking Number | Type | Profile Name | Value Date | Process Date | Sender Name | Beneficiary Name | Sending Account Number | Indicative Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|
| MT16224000109 | Semi-Repetitive | SEC L Senechal | 8/11/16 | 8/11/16 | SKLAR TRANSPORT COMPANY LLC 5395 PEARL PARKWAY SUITE 200 | Laurent Senechal 00000205111 15 Impasse Du Viaduc de Millau 72560 Change | 672188059 – SEC Oper Acct | USD 34,428.78 (Debit) | EUR 30,000.00 (Credit) |

| Reference Text | Cutoff Time | Additional Information | Bank To Bank Information |
|---|---|---|---|
| | 16:0 CST | IBAN FR76 3000 4024 9500 0002 0511 109 Bank code 30004 Agency code 02495,   RIB Key 09 | |

**Other Parties**

| Sending Bank | Beneficiary Bank |
|---|---|
| Capital One Central 065000090 201 St. Charles Ave | BNP–PARIBAS SA  FORMERLY BANQUE NAT BNPAFRPPXXX 16 BOULEVARD DES ITALIENS PARIS 75450 PA FRANCE |

**Other Information**

| Payment Method | Payment Type | Contract Deal Number | Indicative Exchange Rate |
|---|---|---|---|
| International C | International C | | 1.147626 |

This is an unaudited report and is for informational purposes only.

For Bank
Use Only
672187893
– ALA

**Status/History**

| Status | Host Confirmation # | Confirmation # | Entered By | Entry Time | Approval User | Approval Time |
|---|---|---|---|---|---|---|
| Delivered | | | SKLATRANB GOR | 8/11/16 8:30:41 AM | SKLATRANMGAR | 8/11/16 8:32:45 AM |
| | | | | | SKLATRAJMET | 8/11/16 8:41:19 AM |

============================ REPORT TOTALS ============================

EUR – Euro

| Type | Number | Sending Amount | Transfer Amount |
|---|---|---|---|
| Non–Repetitive | 0 | 0.00 | 0.00 |
| Repetitive | 0 | 0.00 | 0.00 |
| Semi–Repetitive | 1 | 30,000.00 | 34,428.78 |
| Standing Order | 0 | 0.00 | 0.00 |
| | ===== | ====================== | ====================== |
| Total | 1 | 30,000.00 | 34,428.78 |

This is an unaudited report and is for informational purposes only.

EXHIBIT 16

**Bobbie Gore**

| | |
|---|---|
| **From:** | Gomes, Daniel L. (BANK) <Daniel.Gomes@capitalone.com> |
| **Sent:** | Thursday, August 11, 2016 1:16 PM |
| **To:** | Bobbie Gore |
| **Cc:** | Santiago, Laura (BANK) |
| **Subject:** | RE: SKLAR EXPLORATION, LLC - Cancelled Wire IBAN |

Bobbie,

The status will remain as "Delivered" even though it has been cancelled. You may make the correction and resubmit the wire.


Thank you,

**Daniel Gomes**
**Treasury Management**
**CS Support Specialist**
**Capital One Bank, N.A.**
866-632-8888
631-531-2740 fax
daniel.gomes@capitalone.com


**From:** Bobbie Gore [mailto:BGore@sklarexploration.com]
**Sent:** Thursday, August 11, 2016 1:52 PM
**To:** Gomes, Daniel L. (BANK) <Daniel.Gomes@capitalone.com>; Jennifer Metcalfe <JMetcalfe@sklarexploration.com>; Marie Gardner <mgardner@sklarexploration.com>
**Subject:** RE: SKLAR EXPLORATION, LLC - Cancelled Wire IBAN

It doesn't show cancelled on the summary screen.  It says 'delivered'.  Re-submit anyways?

Best wishes,
   Bobbie Gore




**From:** Gomes, Daniel L. (BANK) [mailto:Daniel.Gomes@capitalone.com]
**Sent:** Thursday, August 11, 2016 12:33 PM
**To:** Jennifer Metcalfe; Bobbie Gore; Marie Gardner
**Subject:** FW: SKLAR EXPLORATION, LLC - Cancelled Wire IBAN

Hello All,

Please review below regarding a cancelled wire. You will have to resubmit if needed.

SEC000704                    EXHIBIT 16

For future wires, in the "**Beneficiary Account Number**" **field of the Sender/Receiver tab**, please replace the account number with the IBAN. Make sure to exclude the letters "IBAN", only enter in the iban including any letters preceding the series of numbers and **remove any spaces or dashes within the IBAN**.
Attached are instructions.

This is a new requirement put into effect June 1, 2016.


Thank you,

**Daniel Gomes**
**Treasury Management**
**CS Support Specialist**
**Capital One Bank, N.A.**
866-632-8888
631-531-2740 fax
daniel.gomes@capitalone.com



**Sent:** Thursday, August 11, 2016 1:13 PM

**Subject:** SKLAR EXPLORATION, LLC - Cancelled Wire IBAN


Hello,

Please accept this as notice that the below referenced wire has been **cancelled** due to **IBAN in incorrect field**. Please have client resubmit with correct information.

Reference: MT16224000109
DDA: *****8059
Beneficiary: LAURENT SENECHAL
Amount: 30000.00 EUR


Thank you,

I'm on **pulse**

---

The information contained in this e-mail is confidential and/or proprietary to Capital One and/or its affiliates and may only be used solely in performance of work or services for Capital One. The information transmitted herewith is intended only for use by the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

SEC000705                                                    EXHIBIT 16

Re-submitted
wire per
email

**CapitalOne Bank**

Money Transfer Detail Report
Report Date 8/11/16
Page 1 of 2

| Tracking Number | Type | Profile Name | Value Date | Process Date | Sender Name | Beneficiary Name | Sending Account Number | Indicative Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|
| MT16224000949 | Semi-Repetitive | SEC L Senechal | 8/11/16 | 8/11/16 | SKLAR TRANSPORT COMPANY LLC 5395 PEARL PARKWAY SUITE 200 | Laurent Senechal  FR76300040249 50001001006509  15 Impasse Du Viaduc de Millau 72560 Change | 672188059 – SEC Oper Acct | USD 34,428.78 (Debit) | EUR 30,000.00 (Credit) |

| Reference Text | Cutoff Time | Additional Information | Bank To Bank Information |
|---|---|---|---|
|  | 16:0 CST | Bank code 30004 Agency code 02495,   RIB Key 09 |  |

**Other Parties**

| Sending Bank | Beneficiary Bank |
|---|---|
| Capital One Central  065000090 201 St. Charles Ave | BNP–PARIBAS SA  FORMERLY BANQUE NAT BNPAFRPPXXX 16 BOULEVARD DES ITALIENS  PARIS 75450 PA FRANCE |

**Other Information**

| Payment Method | Payment Type | Contract Deal Number | Indicative Exchange Rate |
|---|---|---|---|
| International C | International C |  | 1.147626 |

This is an unaudited report and is for informational purposes only.

SEC000707

EXHIBIT 16

Money Transfer Detail Report
Report Date 8/11/16
Page 2 of 2

**For Bank**
**Use Only**
672187893
– ALA

**Status/History**

| Status | Host Confirmation # | Confirmation # | Entered By | Entry Time | Approval User | Approval Time |
|---|---|---|---|---|---|---|
| Delivered | | | SKLATRANB GOR | 8/11/16 1:08:11 PM | SKLATRANMGAR | 8/11/16 1:27:55 PM |
| | | | | | SKLATRAJMET | 8/11/16 2:36:05 PM |

================== REPORT TOTALS ==============================

EUR – Euro

| Type | Number | Sending Amount | Transfer Amount |
|---|---|---|---|
| Non–Repetitive | 0 | 0.00 | 0.00 |
| Repetitive | 0 | 0.00 | 0.00 |
| Semi–Repetitive | 1 | 30,000.00 | 34,428.78 |
| Standing Order | 0 | 0.00 | 0.00 |
| Total | 1 | 30,000.00 | 34,428.78 |

This is an unaudited report and is for informational purposes only.

EXHIBIT 16

SEC000709

EXHIBIT 16

CAPITAL ONE, N.A.
10700 CAPITALONE WAY
INTERNATIONAL WIRE DEPARTMENT
GLEN ALLEN, VA 23060
S.W.I.F.T. HIBKUS44
TELEPHONE: (800) 987-2265

DATE: AUGUST 11, 2016

SKLAR EXPLORATION COMPANY, L.L.C.
401 EDWARDS ROAD, SUITE 1601
SHREVEPORT, LA 71101

THIS IS TO CONFIRM THAT WE HAVE DEBITED YOUR ACCOUNT # ENDING WITH 8059
AS FOLLOWS:

| | |
|---|---|
| BENEFICIARY BANK: | BNP-PARIBAS SA (FORMERLY BANQUE NAT<br>16 BOULEVARD DES ITALIENS<br>75450 PARIS CEDEX 09 |
| BENEFICIARY: | XXXX6509<br>LAURENT SENECHAL |

VALUE DATE 08/12/2016

FX AMOUNT: 30,000.00 EUR AT A RATE OF 1.1476260          $34,428.78
PLUS OUR CHARGES OF USD

TOTAL AMOUNT:                                            $34,428.78

IN COMMUNICATING WITH US PLEASE QUOTE OUR REFERENCE 50677517

REMITTANCE INFORMATION:
BANK CODE 30004 AGENCY CODE 02495,
RIB KEY 09

ALL RATES ARE QUOTED IN TERMS OF USD PER UNIT OF FOREIGN CURRENCY.

THIS IS A COMPUTER GENERATED ADVICE AND DOES NOT REQUIRE AN
AUTHORIZED SIGNATURE

 **BNP PARIBAS**

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Relevé d'Identité Bancaire / IBAN

Ce relevé évite les erreurs ou les retards concernant les opérations au débit (prélèvements, ...) ou au crédit (virement de salaire, ...) de votre compte. Son utilisation vous garantit le bon enregistrement des opérations qui concernent votre compte. N'hésitez pas à le remettre aux organismes concernés par ces opérations.

SARL LSO
SOCIETE EN COURS DE CONSTITUTION

10 RUE DU DOCTEUR LEROY

72000 LE MANS

Compte en EUR (EURO          )

| | Code Banque (1) | Code Agence (2) | Numéro de compte (3) | Clé RIB (4) | Votre agence de domiciliation (5) |
|---|---|---|---|---|---|
| RIB | 30004 | 02495 | 00010010065 | 09 | BNPPARB LE MANS NOVAXIS (02495) |

IBAN :   FR7630004024950001001006509    (6)                                        BIC : BNPAFRPPXXX    (7)

(1) Code de BNP Paribas          (3) Votre numéro de compte          (5) Agence BNP Paribas          (7) Bank Identifier Code
(2) Code de votre agence d'origine   (4) Ce code renforce la sécurité de      (6) International Bank Account
                                         vos transactions bancaires              Number

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Bobbie Gore**

| | |
|---|---|
| **From:** | Geoff Nenninger |
| **Sent:** | Wednesday, September 14, 2016 12:21 PM |
| **To:** | Bobbie Gore |
| **Cc:** | Chris Farrell |
| **Subject:** | International Wire |
| **Attachments:** | LSO_WireDetails.jpeg |

Hi Bobbie and Chris —

Could we please make a wire transfer for 30,000.00 Euros to LSO in France? This is the same account we have sent the previous couple of wires to. I've attached the wire information for their account.

We can take the cash for the transfer out of HFS personal Capital One account, but if it is OK can we send the wire from the company? As Sherry has mentioned and has been our experience, international wires are much easier out of a business account. The amount should come out to roughly $33,770.

Thank you,

$ 34,731.60

Geoffrey Nenninger

Laurent
Denechal.

**sklar**
**Exploration Company LLC**

5395 Pearl Parkway, Suite 200 • Boulder, CO 80301
direct 720.836.1083 • mobile 303.931.6461 • fax 303.443.1551
gnenninger@sklarexploration.com • www.sklarexploration.com

EXHIBIT 16



Money Transfer Detail Report
Report Date 9/15/16
Page 1 of 2

| Tracking Number | Type | Profile Name | Value Date | Process Date | Sender Name | Beneficiary Name | Sending Account Number | Indicative Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|
| MT16259000173 | Semi-Repetitive | SEC L Senechal | 9/15/16 | 9/15/16 | SKLAR TRANSPORT COMPANY LLC 5395 PEARL PARKWAY SUITE 200 | Laurent Senechal FR76300040249 50001001006509 15 Impasse Du Viaduc de Millau 72560 Change | 672188059 – SEC Oper Acct | USD 34,731.60 (Debit) | EUR 30,000.00 (Credit) |

| Reference Text | Cutoff Time | Additional Information | Bank To Bank Information |
|---|---|---|---|
| | 16:0 CST | Bank code 30004 Agency code 02495, RIB Key 09 | |

**Other Parties**

| Sending Bank | Beneficiary Bank |
|---|---|
| Capital One Central | BNP–PARIBAS SA  FORMERLY BANQUE NAT |
| 065000090 | BNPAFRPPXXX |
| 201 St. Charles Ave | 16 BOULEVARD DES ITALIENS |
| | PARIS 75450 PA FRANCE |

**Other Information**

| Payment Method | Payment Type | Contract Deal Number | Indicative Exchange Rate |
|---|---|---|---|
| International C | International C | | 1.15772 |

This is an unaudited report and is for informational purposes only.

Money Transfer Detail Report
Report Date 9/15/16
Page 2 of 2

**For Bank**
**Use Only**
672187893
− ALA

**Status/History**

| Status | Host Confirmation # | Confirmation # | Entered By | Entry Time | Approval User | Approval Time |
|--------|---------------------|----------------|------------|------------|---------------|---------------|
| Delivered | | | SKLATRANB GOR | 9/15/16 9:09:27 AM | SKLATRANMGAR | 9/15/16 9:13:26 AM |
| | | | | | SKLATRANCFAR | 9/15/16 10:33:21 AM |

=========================== REPORT TOTALS ===============================

EUR − Euro

| Type | Number | Sending Amount | Transfer Amount |
|------|--------|----------------|-----------------|
| Non−Repetitive | 0 | 0.00 | 0.00 |
| Repetitive | 0 | 0.00 | 0.00 |
| Semi−Repetitive | 1 | 30,000.00 | 34,731.60 |
| Standing Order | 0 | 0.00 | 0.00 |
| Total | 1 | 30,000.00 | 34,731.60 |

**This is an unaudited report and is for informational purposes only.**

**Bobbie Gore**

| | |
|---|---|
| **From:** | Geoff Nenninger |
| **Sent:** | Friday, October 14, 2016 3:32 PM |
| **To:** | Bobbie Gore |
| **Cc:** | Chris Farrell |
| **Subject:** | International Wire |

Hi Bobbie —

Can we do another international wire to Sarl LSO in the amount of 23,000 Euros? This is the same international wire we've been making.

If we can make the transfer from SEC I can cut a check from HFS to cover it.

Thanks,

Geoffrey Nenninger



Exploration Company LLC
5395 Pearl Parkway, Suite 200 • Boulder, CO 80301
direct 720.836.1083 • mobile 303.931.6461 • fax 303.443.1551
gnenninger@sklarexploration.com • www.sklarexploration.com

EXHIBIT 16



Money Transfer Detail Report
Report Date 10/17/16
Page 1 of 2

| Tracking Number | Type | Profile Name | Value Date | Process Date | Sender Name | Beneficiary Name | Sending Account Number | Indicative Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|
| MT16291000066 | Semi-Repetitive | SEC L Senechal | 10/17/16 | 10/17/16 | SKLAR TRANSPORT COMPANY LLC 5395 PEARL PARKWAY SUITE 200 | Laurent Senechal FR76300040249 50001001006509 15 Impasse Du Viaduc de Millau 72560 Change | 672188059 – SEC Oper Acct | USD 26,049.52 (Debit) | EUR 23,000.00 (Credit) |

| Reference Text | Cutoff Time | Additional Information | Bank To Bank Information |
|---|---|---|---|
| | 16:0 CST | Bank code 30004 Agency code 02495,   RIB Key 09 | |

**Other Parties**

| Sending Bank | Beneficiary Bank |
|---|---|
| Capital One Central 065000090 201 St. Charles Ave | BNP–PARIBAS SA  FORMERLY BANQUE NAT BNPAFRPPXXX 16 BOULEVARD DES ITALIENS PARIS 75450 PA FRANCE |

**Other Information**

| Payment Method | Payment Type | Contract Deal Number | Indicative Exchange Rate |
|---|---|---|---|
| International C | International C | | 1.132588 |

This is an unaudited report and is for informational purposes only.

Money Transfer Detail Report
Report Date 10/17/16
Page 2 of 2

For Bank
Use Only
672187893
~ ALA

Status/History

| Status | Host Confirmation # | Confirmation # | Entered By | Entry Time | Approval User | Approval Time |
|---|---|---|---|---|---|---|
| Delivered | | | SKLATRANB GOR | 10/17/16 8:47:42 AM | SKLATRANMGAR | 10/17/16 8:54:33 AM |
| | | | | | SKLATRANCFAR | 10/17/16 9:40:05 AM |

============================= REPORT TOTALS =============================

EUR ~ Euro

| Type | Number | Sending Amount | Transfer Amount |
|---|---|---|---|
| Non-Repetitive | 0 | 0.00 | 0.00 |
| Repetitive | 0 | 0.00 | 0.00 |
| Semi-Repetitive | 1 | 23,000.00 | 26,049.52 |
| Standing Order | 0 | 0.00 | 0.00 |
| | ===== | ======================== | ======================== |
| Total | 1 | 23,000.00 | 26,049.52 |

This is an unaudited report and is for informational purposes only.

**Bobbie Gore**

| | |
|---|---|
| **From:** | Geoff Nenninger |
| **Sent:** | Friday, November 18, 2016 12:34 PM |
| **To:** | Bobbie Gore |
| **Cc:** | Chris Farrell; Nicole Lane |
| **Subject:** | Wire for HFS |

Hi Bobbie –

Howard has requested a wire transfer be made to Laurent Senechal (Sarl LSO) in the amount of 21,200€. This is the same gentleman who we have sent wire transfers to in France over the past few months.

Thank you,

Geoffrey Nenninger



**Exploration Company LLC**

5395 Pearl Parkway, Suite 200 • Boulder, CO 80301
direct 720.836.1083 • mobile 303.931.6461 • fax 303.443.1551
gnenninger@sklarexploration.com • www.sklarexploration.com

\# 23,198.57

EXHIBIT 16

**Capital**One**Bank**

Money Transfer Detail Report
Report Date 11/18/16
Page 1 of 2

| Tracking Number | Type | Profile Name | Value Date | Process Date | Sender Name | Beneficiary Name | Sending Account Number | Indicative Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|
| MT16323000439 | Semi-Repetitive | SEC L Senechal | 11/18/16 | 11/18/16 | SKLAR TRANSPORT COMPANY LLC 5395 PEARL PARKWAY SUITE 200 | Laurent Senechal FR76300040249 50001001006509 15 Impasse Du Viaduc de Millau 72560 Change | 672188059 – SEC Oper Acct | USD 23,198.57 (Debit) | EUR 21,200.00 (Credit) |

| Reference Text | Cutoff Time | Additional Information | Bank To Bank Information |
|---|---|---|---|
| | 16:0 CST | Bank code 30004 Agency code 02495,   RIB Key 09 | |

**Other Parties**

| Sending Bank | Beneficiary Bank |
|---|---|
| Capital One Central | BNP~PARIBAS SA  FORMERLY BANQUE NAT |
| 065000090 | BNPAFRPPXXX |
| 201 St. Charles Ave | 16 BOULEVARD DES ITALIENS |
| | PARIS 75450 PA FRANCE |

**Other Information**

| Payment Method | Payment Type | Contract Deal Number | Indicative Exchange Rate |
|---|---|---|---|
| International C | International C | | 1.094272 |

This is an unaudited report and is for informational purposes only.

Money Transfer Detail Report
Report Date 11/18/16
Page 2 of 2

For Bank
Use Only
672187893
– ALA

Status/History

| Status | Host Confirmation # | Confirmation # | Entered By | Entry Time | Approval User | Approval Time |
|--------|---------------------|----------------|------------|-----------|---------------|---------------|
| Delivered | | | SKLATRANB GOR | 11/18/16 12:43:32 PM | SKLATRANCFAR | 11/18/16 12:48:49 PM |
| | | | | | SKLATRANMGAR | 11/18/16 2:08:56 PM |

============================ REPORT TOTALS ============================

EUR – Euro

| Type | Number | Sending Amount | Transfer Amount |
|------|--------|----------------|-----------------|
| Non−Repetitive | 0 | 0.00 | 0.00 |
| Repetitive | 0 | 0.00 | 0.00 |
| Semi−Repetitive | 1 | 21,200.00 | 23,198.57 |
| Standing Order | 0 | 0.00 | 0.00 |
| Total | 1 | 21,200.00 | 23,198.57 |

This is an unaudited report and is for informational purposes only.

EXHIBIT 16



SKLAR EXPLORATION COMPANY L.L.C.
401 Edwards Road, suite 1601
SHREVEPORT, LA 71101
VAT Number (FEIN Number) : 72-1417930

Le Mans, le 12 décembre 2016

## FACTURE/INVOICE N°201607

INTRA COMMUNITY VAT NUMBER : FR 3982 121 16 12

*Paid for your account*

| suppliers | expenditure nature | Amount VAT excluded | VAT |
|---|---|---|---|
| Pro Photos Sport | Photographs (after Mugello) | 220,00 € | XXX |
| Pro Photos Sport | Photographs (Magny Cours and estoril) | 220,00 € | XXX |
| MTK - RC Formula | Damaged parts (and change) on the car, following off-track during Mugello testing | 335,00 € | 67,00 € |
| MTK - RC Formula | Damaged parts (and change) on the car, following off-track during Magny Cours meeting (1) | 1 085,00 € | 217,00 € |
| MTK - RC Formula | Domaged parts (and change) on the car, following off-track during Estoril meeting (1) | 1 595,00 € | 319,00 € |
| ORECA | Helmet, HANS device, visors, etc. | 3 157,00 € | 631,40 € |
| ORECA | kit ear plug | 202,00 € | 40,40 € |
| FNAC Lisbonne | GO PRO | 485,00 € | 97,00 € |
| FNAC Lisbonne | GO PRO (box) | 60,00 € | 12,00 € |
| Internet | GO PRO (box of replacement and cover) | 92,00 € | 18,40 € |
| LSO Motorsport Management | refund bank charges for USA wire (7) | 343,00 € | 68,60 € |
| LSO Motorsport Management | Suit and underwear wash (season) | 232,00 € | 46,40 € |
| LSO Motorsport Management | Transport of racing clothes | XXX | XXX |
| *TOTAL AMOUNT* | | *8 026,00 €* | *1 517,20 €* |

| | |
|---|---|
| Total amount not subject to VAT | 440,00 € |
| Total amount subject to VAT | 7 586,00 € |
| Vat 20% | 1 517,20 € |
| **Total amount to pay** | **9 543,20 €** |

LSO MotorSport Management, 10 rue du Docteur Leroy, 72000 Le Mans
R.S.C. Le Mans: 821 211 612 - SIRET : 821 211 612 000 14 - Code APE: 9319 Z

$ 10,239.75

SEC000721                    EXHIBIT 16

**Bobbie Gore**

| | |
|---|---|
| **From:** | Geoff Nenninger |
| **Sent:** | Wednesday, January 11, 2017 12:13 PM |
| **To:** | Bobbie Gore |
| **Cc:** | Chris Farrell |
| **Subject:** | Wire transfer to Europe |
| **Attachments:** | 201607 SKLAR.pdf |

Hi Bobbie –

Can we please schedule a wire transfer to Laurent Senechal in France for 9,543.20 Euros? Invoice is attached.

Thank you,

Geoffrey Nenninger



Exploration Company LLC
5395 Pearl Parkway, Suite 200 • Boulder, CO 80301
direct 720.836.1083 • mobile 303.931.6461 • fax 303.443.1551
gnenninger@sklarexploration.com • www.sklarexploration.com

SEC000722                                            EXHIBIT 16



|  | | | 11-Jan-2017 |
|--|--|--|--|
| | | | 04:23:43 PM |
| | **Payment Detail Report** | | |
| | | | Page 1 of 1 |

SKLATRAN

### Payment Summary

| | |
|--|--|
| Payment ID: | 108 |
| Payment Type: | Wire - International |
| Status: | Bank Confirmed |
| Template: | Senechal |
| | |
| Value Date: | 13-Jan-2017 |
| Tran Date: | 11-Jan-2017 |
| Credit Amount: | EUR 9,543.20 |
| Debit Amount: | USD 10,411.40 |
| Exchange Rate: | 1.09097600 |
| Contract ID: | |
| Customer Ref: | |
| Routing Method: | |
| Charges: | SHA |
| Tnum: | 1132817 |

### Debit Account

| | |
|--|--|
| Number: | 672188059 |
| Name: | SEC Oper Acct |
| Type: | DD |
| Bank: | Capital One, N.A. |

### Instructions to Beneficiary
Bank Code 30004
Agency Code 02495
RIB key 09

### Beneficiary

| | |
|--|--|
| Name: | Laurent Senechal |
| Account: | FR7630004024950001001006509 |
| Address: | 15 Impasse Du Viaduc de Millau |
| | 72560 Change |
| | FR |

### Beneficiary Bank

| | |
|--|--|
| ID: | SWIFT BNPAFRPPXXX |
| Name: | BNP-PARIBAS SA (FORMERLY BANQUE NAT |
| Address: | 16 BOULEVARD DES ITALIENS |
| | |
| | PARIS FR |

### Audit Information

| 1 Signatures | User ID | User Name | Client ID | Timestamp | |
|--|--|--|--|--|--|
| Entered: | SKLATRANBGOR | BOBBIE GORE | SKLATRAN | 11-Jan-2017 | 1:55PM |
| Modified: | | | | | |
| Repaired: | | | | | |
| Approved 1: | SKLATRANMGAR | MARIE GARDNER | SKLATRAN | 11-Jan-2017 | 2:13PM |
| Rate Accepted: | SKLATRANBGOR | BOBBIE GORE | SKLATRAN | 11-Jan-2017 | 4:21PM |

### Settlement Information

| | | |
|--|--|--|
| Extracted: | | 11-Jan-2017 4:21PM |
| Bank Received: | | 11-Jan-2017 4:21PM |
| Bank Confirmed: | 170111HIBKUS44AXXX1371920619 | 11-Jan-2017 4:22PM |
| Bank Rejected: | | |

Note: All times displayed are in Eastern Time

EXHIBIT 16

**Bobbie Gore**

| | |
|---|---|
| **From:** | Geoff Nenninger |
| **Sent:** | Tuesday, February 07, 2017 4:56 PM |
| **To:** | Bobbie Gore |
| **Cc:** | Chris Farrell |
| **Subject:** | Wire request |

Hi Bobbie –

Howard has asked me to make a wire transfer to his contact in France  Laurent Senechal at LSO Motorsports in the amount of 40,000 Euros as soon as possible.

Thanks very much,

Geoffrey Nenninger



**Exploration Company LLC**

5395 Pearl Parkway, Suite 200 • Boulder, CO 80301
direct 720.836.1083 • mobile 303.931.6461 • fax 303.443.1551
gnenninger@sklarexploration.com • www.sklarexploration.com

SEC000724

EXHIBIT 16

08-Feb-2017
09:53:44 AM

 **Payment Detail Report**

Page 1 of 1

SKLATRAN

### Payment Summary
| | |
|---|---|
| Payment ID: | 141 |
| Payment Type: | Wire - International |
| Status: | Bank Confirmed |
| Template: | Senechal |
| Value Date: | 10-Feb-2017 |
| Tran Date: | 08-Feb-2017 |
| Credit Amount: | EUR  40,000.00 |
| Debit Amount: | USD  43,948.04 |
| Exchange Rate: | 1.09870100 |
| Contract ID: | |
| Customer Ref: | |
| Routing Method: | |
| Charges: | SHA |
| Tnum: | 1255158 |

### Debit Account
| | |
|---|---|
| Number: | 672188059 |
| Name: | SEC Oper Acct |
| Type: | DD |
| Bank: | Capital One, N.A. |

**Instructions to Beneficiary**
Bank Code 30004
Agency Code 02495
RIB key 09

### Beneficiary
| | |
|---|---|
| Name: | Laurent Senechal |
| Account: | FR7630004024950001001006509 |
| Address: | 15 Impasse Du Viaduc de Millau |
| | 72560 Change |
| | FR |

**Beneficiary Bank**
| | |
|---|---|
| ID: | SWIFT    BNPAFRPPXXX |
| Name: | BNP-PARIBAS SA (FORMERLY BANQUE NAT |
| Address: | 16 BOULEVARD DES ITALIENS |
| | PARIS   FR |

### Audit Information
| 1 Signatures | User ID | User Name | Client ID | Timestamp | |
|---|---|---|---|---|---|
| Entered: | SKLATRANBGOR | BOBBIE GORE | SKLATRAN | 08-Feb-2017 | 9:38AM |
| Modified: | | | | | |
| Repaired: | | | | | |
| Approved 1: | SKLATRANBGAR | MARIE GARDNER | SKLATRAN | 08-Feb-2017 | 9:41AM |
| Rate Accepted: | SKLATRANBGOR | BOBBIE GORE | SKLATRAN | 08-Feb-2017 | 9:44AM |

### Settlement Information
| | | | |
|---|---|---|---|
| Extracted: | | 08-Feb-2017 | 9:45AM |
| Bank Received: | | 08-Feb-2017 | 9:45AM |
| Bank Confirmed: | 170208HIBKUS44AXXX1397931344 | 08-Feb-2017 | 9:47AM |
| Bank Rejected: | | | |

Note:  All times displayed are in Eastern Time

Capital One

# Payment Detail Report

24-Feb-2017
11:58:16 AM

Page 1 of 1

SKLATRAN

## Payment Summary

| | |
|---|---|
| Payment ID: | 175 |
| Payment Type: | Wire – International |
| Status: | Bank Confirmed |
| Template: | Senechal |
| | |
| Value Date: | 28-Feb-2017 |
| Tran Date: | 24-Feb-2017 |
| Credit Amount: | EUR  40,000.00 |
| Debit Amount: | USD  43,601.96 |
| Exchange Rate: | 1.09004900 |
| Contract ID: | |
| Customer Ref: | |
| Routing Method: | SHA |
| Charges: | 1328186 |
| Tnum: | |

## Debit Account

| | |
|---|---|
| Number: | 672188059 |
| Name: | SEC Oper Acct |
| Type: | DD |
| Bank: | Capital One, N.A. |

## Instructions to Beneficiary

Bank Code 30004
Agency Code 02495
RIB key 09

## Beneficiary

| | |
|---|---|
| Name: | Laurent Senechal |
| Account: | FR7630004024950001001006509 |
| Address: | 15 Impasse Du Viaduc de Millau |
| | 72560 Change |
| | FR |

## Beneficiary Bank

| | |
|---|---|
| ID: | SWIFT   BNPAFRPPXXX |
| Name: | BNP-PARIBAS SA (FORMERLY BANQUE NAT |
| Address: | 16 BOULEVARD DES ITALIENS |
| | PARIS   FR |

## Settlement Information

| | |
|---|---|
| Extracted: | |
| Bank Received: | 24-Feb-2017  11:56AM |
| | 24-Feb-2017  11:56AM |
| Bank Confirmed: | 170224HIBKUS44AX |
| | XX1413938208 |
| | 24-Feb-2017  11:57AM |
| Bank Rejected: | |

## Audit Information

| | User ID | User Name | Client ID | Timestamp |
|---|---|---|---|---|
| 1 Signatures | | | | |
| Entered: | SKLATRANMGAR | MARIE GARDNER | SKLATRAN | 24-Feb-2017  11:46AM |
| Modified: | | | | |
| Repaired: | | | | |
| Approved 1: | SKLARCHRISF | CHRIS FARRELL | SKLATRAN | 24-Feb-2017  11:55AM |
| Rate | SKLARCHRISF | CHRIS FARRELL | SKLATRAN | 24-Feb-2017  11:56AM |
| Accepted: | | | | |

Note:  All times displayed are in Eastern Time

SEC000726

EXHIBIT 16

**Chris Farrell**

| | |
|---|---|
| **From:** | Geoff Nenninger |
| **Sent:** | Friday, February 24, 2017 9:09 AM |
| **To:** | Bobbie Gore |
| **Cc:** | Chris Farrell |
| **Subject:** | Wire to France |

Hi Bobbie-

Howard has requested we send a wire transfer to Laurent Senechel in France for 40,000 euros. Can we please send to the same bank account we have previously been sending the transfers to?

Thanks,

Geoffrey Nenninger



**Exploration Company LLC**

5395 Pearl Parkway, Suite 200 • Boulder, CO 80301

direct 720.836.1083 • mobile 303.931.6461 • fax 303.443.1551

gnenninger@sklarexploration.com • www.sklarexploration.com

SEC000727

EXHIBIT 16



08-Mar-2017
04:10:39 PM

**Payment Detail Report**

Page 1 of 1

SKLATRAN

**Payment Summary**

| | |
|---|---|
| Payment ID: | 181 |
| Payment Type: | Wire - International |
| Status: | Bank Confirmed |
| Template: | Senechal |
| | |
| Value Date: | 10-Mar-2017 |
| Tran Date: | 08-Mar-2017 |
| Credit Amount: | EUR  30,000.00 |
| Debit Amount: | USD  32,594.87 |
| Exchange Rate: | 1.08649550 |
| Contract ID: | |
| Customer Ref: | |
| Routing Method: | |
| Charges: | SHA |
| Tnum: | 1386717 |

**Debit Account**

| | |
|---|---|
| Number: | 672188059 |
| Name: | SEC Oper Acct |
| Type: | DD |
| Bank: | Capital One, N.A. |

**Instructions to Beneficiary**
Bank Code 30004
Agency Code 02495
RIB key 09

**Beneficiary**

| | |
|---|---|
| Name: | Laurent Senechal |
| Account: | FR7630004024950001001006509 |
| Address: | 15 Impasse Du Viaduc de Millau |
| | 72560 Change |
| | FR |

**Beneficiary Bank**

| | |
|---|---|
| ID: | SWIFT    BNPAFRPPXXX |
| Name: | BNP-PARIBAS SA (FORMERLY BANQUE NAT |
| Address: | 16 BOULEVARD DES ITALIENS |
| | PARIS  FR |

**Audit Information**

| | User ID | User Name | Client ID | Timestamp | |
|---|---|---|---|---|---|
| 1 Signatures | | | | | |
| Entered: | SKLATRANBGOR | BOBBIE GORE | SKLATRAN | 08-Mar-2017 | 3:46PM |
| Modified: | | | | | |
| Repaired: | | | | | |
| Approved 1: | SKLATRANMGAR | MARIE GARDNER | SKLATRAN | 08-Mar-2017 | 3:55PM |
| Rate Accepted: | SKLATRANBGOR | BOBBIE GORE | SKLATRAN | 08-Mar-2017 | 4:01PM |

**Settlement Information**

| | | |
|---|---|---|
| Extracted: | | 08-Mar-2017  4:02PM |
| Bank Received: | | 08-Mar-2017  4:02PM |
| Bank Confirmed: | 170308HIBKUS44AXXX1433944875 | 08-Mar-2017  4:03PM |
| Bank Rejected: | | |

Note:  All times displayed are in Eastern Time

SEC000728                    EXHIBIT 16

**Bobbie Gore**

| | |
|---|---|
| **From:** | Geoff Nenninger |
| **Sent:** | Wednesday, March 08, 2017 2:44 PM |
| **To:** | Bobbie Gore |
| **Cc:** | Chris Farrell |
| **Subject:** | Wire to Europe |

Hi Bobbie –

Howard has requested that we wire 30,000 Euros to Laurent Senechal in France. Same account we have been sending it to.

Thanks,

Geoffrey Nenninger



**Exploration Company LLC**

5395 Pearl Parkway, Suite 200 • Boulder, CO 80301

direct 720.836.1083 • mobile 303.931.6461 • fax 303.443.1551

gnenninger@sklarexploration.com • www.sklarexploration.com

SEC000729                                                                                    EXHIBIT 16

**Bobbie Gore**

| | |
|---|---|
| **From:** | Geoff Nenninger |
| **Sent:** | Thursday, April 06, 2017 11:13 AM |
| **To:** | Bobbie Gore |
| **Cc:** | Chris Farrell |
| **Subject:** | Wire to France |

Hi Bobbie –

Can we please send a wire from SEC to Laurent Senechal in France in the amount of €30,000? This is the same account we've sent to previously.

We can transfer cash from HFS back to SEC to cover this.

Thanks,

Geoffrey Nenninger



Exploration Company LLC

5395 Pearl Parkway, Suite 200 • Boulder, CO 80301
direct 720.836.1083 • mobile 303.931.6461 • fax 303.443.1551
gnenninger@sklarexploration.com • www.sklarexploration.com



EXHIBIT 16



| | | 06-Apr-2017 |
|---|---|---|
| | **Payment Detail Report** | 12:34:00 PM |
| | | Page 1 of 1 |

SKLATRAN

**Payment Summary**
| | |
|---|---|
| Payment ID: | 218 |
| Payment Type: | Wire - International |
| Status: | Bank Confirmed |
| Template: | Senechal |
| Value Date: | 10-Apr-2017 |
| Tran Date: | 06-Apr-2017 |
| Credit Amount: | EUR   30,000.00 |
| Debit Amount: | USD   32,906.96 |
| Exchange Rate: | 1.09689850 |
| Contract ID: | |
| Customer Ref: | |
| Routing Method: | SHA |
| Charges: | |
| Tnum: | 1518995 |

**Debit Account**
| | |
|---|---|
| Number: | 672188059 |
| Name: | SEC Oper Acct |
| Type: | DD |
| Bank: | Capital One, N.A. |

**Instructions to Beneficiary**
Bank Code 30004
Agency Code 02495
RIB key 09

**Beneficiary**
| | |
|---|---|
| Name: | Laurent Senechal |
| Account: | FR7630004024950001001006509 |
| Address: | 15 Impasse Du Viaduc de Millau |
| | 72560 Change |
| | FR |

**Beneficiary Bank**
| | |
|---|---|
| ID: | SWIFT   BNPAFRPPXXX |
| Name: | BNP-PARIBAS SA (FORMERLY BANQUE NAT |
| Address: | 16 BOULEVARD DES ITALIENS |
| | PARIS   FR |

**Audit Information**
| | User ID | User Name | Client ID | Timestamp |
|---|---|---|---|---|
| 1 Signatures | | | | |
| Entered: | SKLATRANBGOR | BOBBIE GORE | SKLATRAN | 06-Apr-2017 12:19PM |
| Modified: | | | | |
| Repaired: | | | | |
| Approved 1: | SKLATRANMGAR | MARIE GARDNER | SKLATRAN | 06-Apr-2017 12:29PM |
| Rate Accepted: | SKLATRANBGOR | BOBBIE GORE | SKLATRAN | 06-Apr-2017 12:31PM |

**Settlement Information**
| | | |
|---|---|---|
| Extracted: | | 06-Apr-2017 12:31PM |
| Bank Received: | | 06-Apr-2017 12:32PM |
| Bank Confirmed: | 170406HIBKUS44AXXX1469960149 | 06-Apr-2017 12:32PM |
| Bank Rejected: | | |

Note:  All times displayed are in Eastern Time



09-May-2017
01:59:13 PM

**Payment Detail Report**

Page 1 of 1

SKLATRAN

**Payment Summary**

| | |
|---|---|
| Payment ID: | 262 |
| Payment Type: | Wire - International |
| Status: | Released |
| Template: | Senechal |
| | |
| Value Date: | 11-May-2017 |
| Tran Date: | 09-May-2017 |
| Credit Amount: | EUR  30,000.00 |
| Debit Amount: | USD  33,634.65 |
| Exchange Rate: | 1.12115500 |
| Contract ID: | |
| Customer Ref: | |
| Routing Method: | |
| Charges: | SHA |
| Tnum: | 1664146 |

**Debit Account**

| | |
|---|---|
| Number: | 672188059 |
| Name: | SEC Oper Acct |
| Type: | DD |
| Bank: | Capital One, N.A. |

**Instructions to Beneficiary**
Bank Code 30004
Agency Code 02495
RIB key 09

**Beneficiary**

| | |
|---|---|
| Name: | Laurent Senechal |
| Account: | FR7630004024950001001006509 |
| Address: | 15 Impasse Du Viaduc de Millau |
| | 72560 Change |
| | FR |

**Beneficiary Bank**

| | |
|---|---|
| ID: | SWIFT    BNPAFRPPXXX |
| Name: | BNP-PARIBAS SA (FORMERLY BANQUE NAT |
| Address: | 16 BOULEVARD DES ITALIENS |
| | |
| | PARIS   FR |

**Audit Information**

| | User ID | User Name | Client ID | Timestamp | |
|---|---|---|---|---|---|
| 1 Signatures | | | | | |
| Entered: | SKLATRANBGOR | BOBBIE GORE | SKLATRAN | 09-May-2017 12:43PM | |
| Modified: | | | | | |
| Repaired: | | | | | |
| Approved 1: | SKLATRANMGAR | MARIE GARDNER | SKLATRAN | 09-May-2017  1:57PM | |
| Rate Accepted: | SKLATRANBGOR | BOBBIE GORE | SKLATRAN | 09-May-2017  1:58PM | |

**Settlement Information**

| | |
|---|---|
| Extracted: | 09-May-2017  1:59PM |
| Bank Received: | |
| | |
| Bank Confirmed: | |
| Bank Rejected: | |

Note:  All times displayed are in Eastern Time

SEC000732

EXHIBIT 16

**Bobbie Gore**

| | |
|---|---|
| **From:** | Geoff Nenninger |
| **Sent:** | Tuesday, May 09, 2017 11:33 AM |
| **To:** | Bobbie Gore |
| **Cc:** | Chris Farrell |
| **Subject:** | Wire to France May, 2017 |

Hi Bobbie –

Can we please send a wire from SEC to Laurent Senechal in France in the amount of €30,000? This is the same account we've sent to previously.

We can transfer cash from HFS back to SEC to cover this.

Thanks,

Geoffrey Nenninger

**Sklar**

**Exploration** **Company LLC**

5395 Pearl Parkway, Suite 200 • Boulder, CO 80301

direct 720.836.1083 • mobile 303.931.6461 • fax 303.443.1551

gnenninger@sklarexploration.com • www.sklarexploration.com

EXHIBIT 16

| | 10-May-2017 |
|---|---|
| | 09:23:33 AM |



**Payment Detail Report**

Page 1 of 1

SKLATRAN

| **Payment Summary** | | **Debit Account** | | **Beneficiary** | |
|---|---|---|---|---|---|
| Payment ID: | 262 | Number: | 672188059 | Name: | Laurent Senechal |
| Payment Type: | Wire - International | Name: | SEC Oper Acct | Account: | FR7630004024950001001006509 |
| Status: | Bank Confirmed | Type: | DD | Address: | 15 Impasse Du Viaduc de Millau |
| Template: | Senechal | Bank: | Capital One, N.A. | | 72560 Change |
| | | | | | FR |
| Value Date: | 11-May-2017 | | | | |
| Tran Date: | 09-May-2017 | | | **Beneficiary Bank** | |
| Credit Amount: | EUR  30,000.00 | | | ID: | SWIFT   BNPAFRPPXXX |
| Debit Amount: | USD  33,634.65 | | | Name: | BNP-PARIBAS SA (FORMERLY BANQUE NAT |
| Exchange Rate: | 1.12115500 | | | Address: | 16 BOULEVARD DES ITALIENS |
| Contract ID: | | | | | |
| Customer Ref: | | | | | PARIS   FR |
| Routing Method: | | **Instructions to Beneficiary** | | | |
| Charges: | SHA | Bank Code 30004 | | | |
| Tnum: | 1664146 | Agency Code 02495 | | | |
| | | RIB key 09 | | | |

| **Audit Information** | | | | | **Settlement Information** | |
|---|---|---|---|---|---|---|
| 1 Signatures | User ID | User Name | Client ID | Timestamp | Extracted: | 09-May-2017  1:59PM |
| Entered: | SKLATRANBGOR | BOBBIE GORE | SKLATRAN | 09-May-2017  12:43PM | Bank Received: | 09-May-2017  4:54PM |
| Modified: | | | | | Bank Confirmed: 170509HIBKUS44AX | 09-May-2017  4:56PM |
| Repaired: | | | | | XX1497977007 | |
| Approved 1: | SKLATRANMGAR | MARIE GARDNER | SKLATRAN | 09-May-2017  1:57PM | Bank Rejected: | |
| Rate Accepted: | SKLATRANBGOR | BOBBIE GORE | SKLATRAN | 09-May-2017  1:58PM | | |

Note:  All times displayed are in Eastern Time

**Bobbie Gore**

| | |
|---|---|
| **From:** | Geoff Nenninger |
| **Sent:** | Tuesday, June 13, 2017 7:41 AM |
| **To:** | Bobbie Gore |
| **Cc:** | Chris Farrell |
| **Subject:** | Wire to France |

Hi Bobbie-

Could we please make a wire transfer for €30,000 to Laurent Senechal from SEC that can be reimbursed from HFS?

Thank you

Best,
Geoffrey Nenninger
Sklar Exploration Company, LLC
Mobile: (303) 931-6461

EXHIBIT 16



|  |  | 13-Jun-2017 |
|---|---|---|
|  | **Payment Detail Report** | 09:30:59 AM |
|  |  | Page 1 of 1 |

SKLATRAN

**Payment Summary**
| | |
|---|---|
| Payment ID: | 294 |
| Payment Type: | Wire - International |
| Status: | Bank Confirmed |
| Template: | Senechal |
| | |
| Value Date: | 15-Jun-2017 |
| Tran Date: | 13-Jun-2017 |
| Credit Amount: | EUR   30,000.00 |
| Debit Amount: | USD   34,643.54 |
| Exchange Rate: | 1.15478450 |
| Contract ID: | |
| Customer Ref: | |
| Routing Method: | |
| Charges: | SHA |
| Tnum: | 1817739 |

**Debit Account**
| | |
|---|---|
| Number: | 672188059 |
| Name: | SEC Oper Acct |
| Type: | DD |
| Bank: | Capital One, N.A. |

**Instructions to Beneficiary**
Bank Code 30004
Agency Code 02495
RIB key 09

**Beneficiary**
| | |
|---|---|
| Name: | Laurent Senechal |
| Account: | FR7630004024950001001006509 |
| Address: | 15 Impasse Du Viaduc de Millau |
| | 72560 Change |
| | FR |

**Beneficiary Bank**
| | |
|---|---|
| ID: | SWIFT    BNPAFRPPXXX |
| Name: | BNP-PARIBAS SA (FORMERLY BANQUE NAT |
| Address: | 16 BOULEVARD DES ITALIENS |
| | PARIS   FR |

**Audit Information**

| 1 Signatures | User ID | User Name | Client ID | Timestamp | |
|---|---|---|---|---|---|
| Entered: | SKLATRANBGOR | BOBBIE GORE | SKLATRAN | 13-Jun-2017 | 9:18AM |
| Modified: | | | | | |
| Repaired: | | | | | |
| Approved 1: | SKLATRANMGAR | MARIE GARDNER | SKLATRAN | 13-Jun-2017 | 9:26AM |
| Rate Accepted: | SKLATRANBGOR | BOBBIE GORE | SKLATRAN | 13-Jun-2017 | 9:27AM |

**Settlement Information**

| | | | |
|---|---|---|---|
| Extracted: | | 13-Jun-2017 | 9:28AM |
| Bank Received: | | 13-Jun-2017 | 9:28AM |
| Bank Confirmed: | 170613HIBKUS44AXXX1527995087 | 13-Jun-2017 | 9:29AM |
| Bank Rejected: | | | |

Note:  All times displayed are in Eastern Time

**Bobbie Gore**

| | |
|---|---|
| **From:** | Geoff Nenninger |
| **Sent:** | Wednesday, July 12, 2017 12:11 PM |
| **To:** | Bobbie Gore |
| **Cc:** | Chris Farrell |
| **Subject:** | Wire to France |

Hi Bobbie –

Could we please initiate a wire to Laurent Senechal in France in the amount of 30,000 Euros. Thanks very much.

Best,

Geoffrey Nenninger



**Exploration Company LLC**

5395 Pearl Parkway, Suite 200 • Boulder, CO 80301
direct 720.836.1083 • mobile 303.931.6461 • fax 303.443.1551
gnenninger@sklarexploration.com • www.sklarexploration.com

1

EXHIBIT 16



| | | 12-Jul-2017 |
|---|---|---|
| | | 02:42:16 PM |
| | **Payment Detail Report** | |
| | | Page 1 of 1 |

SKLATRAN

### Payment Summary

| | |
|---|---|
| Payment ID: | 315 |
| Payment Type: | Wire - International |
| Status: | Bank Confirmed |
| Template: | Senechal |
| | |
| Value Date: | 14-Jul-2017 |
| Tran Date: | 12-Jul-2017 |
| Credit Amount: | EUR  30,000.00 |
| Debit Amount: | USD  35,272.35 |
| Exchange Rate: | 1.17574500 |
| Contract ID: | |
| Customer Ref: | |
| Routing Method: | |
| Charges: | SHA |
| Tnum: | 1958240 |

### Debit Account

| | |
|---|---|
| Number: | 672188059 |
| Name: | SEC Oper Acct |
| Type: | DD |
| Bank: | Capital One, N.A. |

### Instructions to Beneficiary
Bank Code 30004
Agency Code 02495
RIB key 09

### Beneficiary

| | |
|---|---|
| Name: | Laurent Senechal |
| Account: | FR7630004024950001001006509 |
| Address: | 15 Impasse Du Viaduc de Millau |
| | 72560 Change |
| | FR |

### Beneficiary Bank

| | |
|---|---|
| ID: | SWIFT    BNPAFRPPXXX |
| Name: | BNP-PARIBAS SA (FORMERLY BANQUE NAT |
| Address: | 16 BOULEVARD DES ITALIENS |
| | |
| | PARIS   FR |

### Audit Information

| 1 Signatures | User ID | User Name | Client ID | Timestamp | |
|---|---|---|---|---|---|
| Entered: | SKLATRANBGO R | BOBBIE GORE | SKLATRAN | 12-Jul-2017 | 2:06PM |
| Modified: | | | | | |
| Repaired: | | | | | |
| Approved 1: | SKLATRANMGA R | MARIE GARDNER | SKLATRAN | 12-Jul-2017 | 2:35PM |
| Rate Accepted: | SKLATRANBGO R | BOBBIE GORE | SKLATRAN | 12-Jul-2017 | 2:41PM |

### Settlement Information

| | | | |
|---|---|---|---|
| Extracted: | | 12-Jul-2017 | 2:41PM |
| Bank Received: | | 12-Jul-2017 | 2:41PM |
| Bank Confirmed: | 170712HIBKUS44AX XX1554010275 | 12-Jul-2017 | 2:41PM |
| Bank Rejected: | | | |

Note:  All times displayed are in Eastern Time

SEC000738                                              EXHIBIT 16

**Bobbie Gore**

| | |
|---|---|
| **From:** | Geoff Nenninger |
| **Sent:** | Monday, August 07, 2017 2:08 PM |
| **To:** | Bobbie Gore |
| **Cc:** | Chris Farrell |
| **Subject:** | Wire to France |

Hi Bobbie-

Could we please make a wire transfer to Laurent Senechal in France in the amount of €30,000? Thank you!

Best,
Geoffrey Nenninger
Sklar Exploration Company, LLC
Mobile: (303) 931-6461

1

EXHIBIT 16



| | | 07-Aug-2017 |
|---|---|---|
| | | 03:14:18 PM |
| | **Payment Detail Report** | |
| | | Page 1 of 1 |

SKLATRAN

**Payment Summary**

| | |
|---|---|
| Payment ID: | 346 |
| Payment Type: | Wire - International |
| Status: | Bank Received |
| Template: | SEC-O to Laurent Senechal (Senechal) |
| Value Date: | 09-Aug-2017 |
| Tran Date: | 07-Aug-2017 |
| Credit Amount: | EUR   30,000.00 |
| Debit Amount: | USD   36,440.37 |
| Exchange Rate: | 1.21467900 |
| Contract ID: | |
| Customer Ref: | |
| Routing Method: | |
| Charges: | SHA |
| Tnum: | 2075703 |

**Debit Account**

| | |
|---|---|
| Number: | 672188059 |
| Name: | SEC Oper Acct |
| Type: | DD |
| Bank: | Capital One, N.A. |

**Instructions to Beneficiary**

Bank Code 30004
Agency Code 02495
RIB key 09

**Beneficiary**

| | |
|---|---|
| Name: | Laurent Senechal |
| Account: | FR7630004024950001001006509 |
| Address: | 15 Impasse Du Viaduc de Millau |
| | 72560 Change |
| | FR |

**Beneficiary Bank**

| | |
|---|---|
| ID: | SWIFT   BNPAFRPPXXX |
| Name: | BNP-PARIBAS SA (FORMERLY BANQUE NAT |
| Address: | 16 BOULEVARD DES ITALIENS |
| | PARIS   FR |

**Audit Information**

| 1 Signatures | User ID | User Name | Client ID | Timestamp | |
|---|---|---|---|---|---|
| Entered: | SKLATRANBGOR | BOBBIE GORE | SKLATRAN | 07-Aug-2017 | 3:11PM |
| Modified: | | | | | |
| Repaired: | | | | | |
| Approved 1: | SKLATRANMGAR | MARIE GARDNER | SKLATRAN | 07-Aug-2017 | 3:12PM |
| Rate Accepted: | SKLATRANBGOR | BOBBIE GORE | SKLATRAN | 07-Aug-2017 | 3:13PM |

**Settlement Information**

| | | |
|---|---|---|
| Extracted: | 07-Aug-2017 | 3:14PM |
| Bank Received: | 07-Aug-2017 | 3:14PM |
| Bank Confirmed: | | |
| Bank Rejected: | | |

Note:  All times displayed are in Eastern Time



| | | |
|---|---|---|
| | | 07-Aug-2017 |
| | **Payment Detail Report** | 03:17:19 PM |
| | | Page 1 of 1 |

SKLATRAN

**Payment Summary**

| | |
|---|---|
| Payment ID: | 346 |
| Payment Type: | Wire - International |
| Status: | Bank Confirmed |
| Template: | SEC-O to Laurent Senechal (Senechal) |
| Value Date: | 09-Aug-2017 |
| Tran Date: | 07-Aug-2017 |
| Credit Amount: | EUR   30,000.00 |
| Debit Amount: | USD ` 36,440.37 |
| Exchange Rate: | 1.21467900 |
| Contract ID: | |
| Customer Ref: | |
| Routing Method: | |
| Charges: | SHA |
| Tnum: | 2075703 |

**Debit Account**

| | |
|---|---|
| Number: | 672188059 |
| Name: | SEC Oper Acct |
| Type: | DD |
| Bank: | Capital One, N.A. |

**Instructions to Beneficiary**
Bank Code 30004
Agency Code 02495
RJB key 09

**Beneficiary**

| | |
|---|---|
| Name: | Laurent Senechal |
| Account: | FR7630004024950001001006509 |
| Address: | 15 Impasse Du Viaduc de Millau |
| | 72560 Change |
| | FR |

**Beneficiary Bank**

| | |
|---|---|
| ID: | SWIFT    BNPAFRPPXXX |
| Name: | BNP-PARIBAS SA (FORMERLY BANQUE NAT |
| Address: | 16 BOULEVARD DES ITALIENS |
| | PARIS   FR |

**Audit Information**

| 1 Signatures | User ID | User Name | Client ID | Timestamp | |
|---|---|---|---|---|---|
| Entered: | SKLATRANBGOR | BOBBIE GORE | SKLATRAN | 07-Aug-2017 | 3:11PM |
| Modified: | | | | | |
| Repaired: | | | | | |
| Approved 1: | SKLATRANMGAR | MARIE GARDNER | SKLATRAN | 07-Aug-2017 | 3:12PM |
| Rate Accepted: | SKLATRANBGOR | BOBBIE GORE | SKLATRAN | 07-Aug-2017 | 3:13PM |

**Settlement Information**

| | | |
|---|---|---|
| Extracted: | | 07-Aug-2017   3:14PM |
| Bank Received: | | 07-Aug-2017   3:14PM |
| Bank Confirmed: | 170807HIBKUS44AXXX1581022758 | 07-Aug-2017   3:16PM |
| Bank Rejected: | | |

Note:  All times displayed are in Eastern Time

**Bobbie Gore**

| | |
|---|---|
| **From:** | Geoff Nenninger |
| **Sent:** | Thursday, October 05, 2017 3:00 PM |
| **To:** | Bobbie Gore |
| **Cc:** | Chris Farrell |
| **Subject:** | Wire to France |

Hi Bobbie-

Could we send a wire to France for Howard in the amount of €30,000?

Chris, if you can transfer the remainder of Howard's draw I can cover this, or please transfer the amount in dollars necessary to cover this expense.

Thank you

Best,
Geoffrey Nenninger
Sklar Exploration Company, LLC
Mobile: (303) 931-6461

SEC000742                                                EXHIBIT 16



**Payment Detail Report**

05-Oct-2017
04:06:13 PM

Page 1 of 1

SKLATRAN

### Payment Summary
| | |
|---|---|
| Payment ID: | 413 |
| Payment Type: | Wire - International |
| Status: | Approved |
| Template: | SEC-O to Laurent Senechal (Senechal) |
| Value Date: | 10-Oct-2017 |
| Tran Date: | 05-Oct-2017 |
| Credit Amount: | EUR   30,000.00 |
| Debit Amount: | USD   36,162.27 |
| Exchange Rate: | 1.20540900 |
| Contract ID: | |
| Customer Ref: | |
| Routing Method: | |
| Charges: | SHA |
| Tnum: | 2345435 |

### Debit Account
| | |
|---|---|
| Number: | 672188059 |
| Name: | SEC Oper Acct |
| Type: | DD |
| Bank: | Capital One, N.A. |

### Instructions to Beneficiary
Bank Code 30004
Agency Code 02495
RIB key 09

### Beneficiary
| | |
|---|---|
| Name: | Laurent Senechal |
| Account: | FR7630004024950001001006509 |
| Address: | 15 Impasse Du Viaduc de Millau |
| | 72560 Change |
| | FR |

### Beneficiary Bank
| | |
|---|---|
| ID: | SWIFT   BNPAFRPPXXX |
| Name: | BNP-PARIBAS SA (FORMERLY BANQUE NAT |
| Address: | 16 BOULEVARD DES ITALIENS |
| | PARIS   FR |

### Audit Information
| 1 Signatures | User ID | User Name | Client ID | Timestamp | |
|---|---|---|---|---|---|
| Entered: | SKLATRANBGOR | BOBBIE GORE | SKLATRAN | 05-Oct-2017 | 4:02PM |
| Modified: | | | | | |
| Repaired: | | | | | |
| Approved 1: | SKLATRANMGAR | MARIE GARDNER | SKLATRAN | 05-Oct-2017 | 4:03PM |
| Rate | SKLATRANBGOR | BOBBIE GORE | SKLATRAN | 05-Oct-2017 | 4:05PM |
| Accepted: | | | | | |

### Settlement Information
| | |
|---|---|
| Extracted: | |
| Bank Received: | |
| Bank Confirmed: | |
| Bank Rejected: | |

Note:  All times displayed are in Eastern Time

**Bobbie Gore**

| | |
|---|---|
| **From:** | Intellix-DoNotReply@capitalone.com |
| **Sent:** | Thursday, October 05, 2017 3:08 PM |
| **To:** | Bobbie Gore |
| **Subject:** | Payment Processed Alert |
| **Attachments:** | ATT02915.txt |

This Alert is being sent to notify you of a Processed Payment:

```
Payment Type:     Wire - International
Account Number:   XXXXX8059
Amount:           30,000.00
Date:             10/05/2017
Status:           Bank Confirmed
```

Important Information from Capital One

Contact Us   |   Privacy   |   Help Prevent Fraud

To ensure delivery, add Intellix-DoNotReply@capitalone.com to your address book.

This email was sent to bgore@sklarexploration.com and contains information directly related to your account with us, other services to which you have subscribed, and/or any application you may have submitted.

Please do not reply to this message, as this email inbox is not monitored. To contact us, visit www.capitalone.com/contact.

Services are provided by the Capital One family of companies, including Capital One, National Association, Member FDIC.

 2016 Capital One. Capital One is a federally registered service mark. All rights reserved. 15000 Capital One Drive, Attn: 12038-0111, Richmond, Virginia 23238.

SEC000744                    EXHIBIT 16

**Bobbie Gore**

| | |
|---|---|
| **From:** | Geoff Nenninger |
| **Sent:** | Wednesday, November 29, 2017 11:36 AM |
| **To:** | Bobbie Gore |
| **Cc:** | Chris Farrell |
| **Subject:** | Wire to France |

Hi Bobbie-

Could you please initiate a wire transfer to Laurent Senechal in France in the amount of €18,500? Thanks

Best,
Geoffrey Nenninger
Sklar Exploration Company, LLC
Mobile: (303) 931-6461

1

EXHIBIT 16



29-Nov-2017
01:58:03 PM

**Payment Detail Report**

Page 1 of 1

SKLATRAN

### Payment Summary
| | |
|---|---|
| Payment ID: | 476 |
| Payment Type: | Wire - International |
| Status: | Bank Confirmed |
| Template: | SEC-O to Laurent Senechal (Senechal) |
| Value Date: | 01-Dec-2017 |
| Tran Date: | 29-Nov-2017 |
| Credit Amount: | EUR  18,500.00 |
| Debit Amount: | USD  22,597.32 |
| Exchange Rate: | 1.22147700 |
| Contract ID: | |
| Customer Ref: | |
| Routing Method: | |
| Charges: | SHA |
| Reference#: | 2579695 |

### Debit Account
| | |
|---|---|
| Number: | 672188059 |
| Name: | SEC Oper Acct |
| Type: | Commercial Checking |
| Bank: | Capital One, N.A. |

### Instructions to Beneficiary
Bank Code 30004
Agency Code 02495
RIB key 09

### Beneficiary
| | |
|---|---|
| Name: | Laurent Senechal |
| Account: | FR7630004024950001001006509 |
| Address: | 15 Impasse Du Viaduc de Millau |
| | 72560 Change |
| | FR |

### Beneficiary Bank
| | |
|---|---|
| ID: | SWIFT   BNPAFRPPXXX |
| Name: | BNP-PARIBAS SA (FORMERLY BANQUE NAT |
| Address: | 16 BOULEVARD DES ITALIENS |
| | PARIS  FR |

### Audit Information
| 1 Signatures | User ID | User Name | Client ID | Timestamp |
|---|---|---|---|---|
| Entered: | SKLATRANBGOR | BOBBIE GORE | SKLATRAN | 29-Nov-2017  1:20PM |
| Modified: | | | | |
| Repaired: | | | | |
| Approved 1: | SKLATRANMGAR | MARIE GARDNER | SKLATRAN | 29-Nov-2017  1:53PM |
| Rate Accepted: | SKLATRANBGOR | BOBBIE GORE | SKLATRAN | 29-Nov-2017  1:55PM |

### Settlement Information
| | | |
|---|---|---|
| Extracted: | | 29-Nov-2017  1:55PM |
| Bank Received: | | 29-Nov-2017  1:55PM |
| Bank Confirmed: | 171129HIBKUS44AXXX1701079866 | 29-Nov-2017  1:57PM |
| Bank Rejected: | | |

Note:  All times displayed are in Eastern Time

## Beiner, Grant

| | |
|---|---|
| **From:** | Beiner, Grant |
| **Sent:** | Thursday, November 19, 2020 3:06 PM |
| **To:** | Parker, Ross |
| **Cc:** | Beiner, Grant |
| **Subject:** | FW: Check Request |
| **Attachments:** | Check Request - Sklar Masters Cycling Team 2019.pdf |

---

**From:** Bobbie Gore <BGore@sklarexploration.com>
**Sent:** Wednesday, August 21, 2019 3:17 PM
**To:** Marshall Jones <jmjones@sklarexploration.com>
**Subject:** FW: Check Request

Please approve.

---

**From:** Geoff Nenninger <GNenninger@sklarexploration.com>
**Sent:** Wednesday, August 21, 2019 3:11 PM
**To:** Bobbie Gore <BGore@sklarexploration.com>
**Subject:** Check Request

Geoffrey Nenninger
*Director of Investments and Marketing*



5395 Pearl Parkway, Suite 200 • Boulder, CO 80301
direct 720.836.1083 • mobile 303.931.6461 • fax 303.443.1551
gnenninger@sklarexploration.com • www.sklarexploration.com

EXHIBIT 17

## SKLAR CHECK REQUEST

| | | |
|---|---|---|
| x  SEC Operating Acct | _____ SEC Revenue Acct. | ____ SKLAR ACQ. |
| ____ Sklar Family Foundation | _____ SKLAR INC. | ____ SOC 2 |
| ____ SKLARCO | _____ ASQMT | ____ SKLAR CHILDRENS |
| ____ SKLAR TRANSPORT | _____ MSKLAR BUS. | ____ SKLAR INVESTMTS |
| ____ HOWARD TRUST | _____ SUZY TRUST | ____ SSV |

### EMPLOYEE INFORMATION

**NAME:** Geoffrey Nenninger          **DEPARTMENT:** Admin

### VENDOR INFORMATION

**NAME:** Lefthand Velo Corp

**ADDRESS:** 6370 Glenmoor Road
Boulder, CO 80303

**PHONE #:**
**FAX #:**
**EIN/SSN #:**

**DATE CHECK
IS NEEDED:** ASAP

**RETURN CHECK
TO EMPLOYEE:**          No

## PAYMENT DESCRIPTION

| REASON FOR CHECK | AMOUNT |
|---|---|
| Cycling team sponsorship | $10,000.00 |
| | |
| | |
| | |
| | |
| **TOTAL CHECK AMOUNT $** | $10,000.00 |

### ADDITIONAL INFORMATION

**WELL OR PROSPECT NAME:**
**ACCOUNT #:** See Above

**EMPLOYEE SIGNATURE:** GN

**APPROVED:**

**DATE:**          08/21/19

EXHIBIT 17



**CUSTOMER ACCOUNT MANAGER:** Billing 7

**PHONE:** 1-800-686-0143 | **EMAIL:** flexjetbilling@flexjet.com

| | |
|---|---|
| **CUSTOMER NAME:** | **SKLAR TRANSPORT, LLC - SKLTRM1** |
| **CUSTOMER ID:** | **SKLTRM1** |
| **CONTRACT NUMBER:** | 25290 |
| **BILLING PERIOD:** | December 1, 2019 through December 31, 2019 |

| | |
|---|---|
| **INVOICE NUMBER:** | 263987 |
| **INVOICE DATE:** | 01/07/2020 |
| **DUE DATE:** | 2/1/2020 |
| | |
| **AIRCRAFT TYPE:** | Phenom 300 |
| **TAIL NUMBER:** | N360FX |
| **SHARE SIZE:** | 9.375 % |
| **HOURLY RATE:** | $3,061 |

## SUMMARY OF CHARGES

| | | | |
|---|---|---|---|
| Balance Forward | | $101,100.42 | |
| Total Payments | | $77,989.20 | |
| Total Balance Forward | | | $23,111.22 |
| Current Period Charges | | | |
| Current Period Trip Charges | See Detail - B | $0.00 | |
| Current Period Non-Trip Charges | See Detail - C | $22,623.00 | |
| Total Current Period | | | $22,623.00 |
| Prior Period Adjustments | See Detail - D | | $268.00 |
| Finance Charges | See Detail - E | | $55.12 |
| **TOTAL AMOUNT DUE** | | | **$46,057.34** |

| Remit via check: | Remit via check overnight: | Remit via wire: |
|---|---|---|
| FLEXJET LLC | FLEXJET LLC | CIBC Bank USA |
| P.O. BOX 677207 | LOCKBOX #677207 | ABA Routing Number:071-006-486 |
| DALLAS TX 75267-7207 | 1200 E CAMPBELL RD STE 108 | Account Number: 2366208 |
| Phone: (972) 720-2800 | RICHARDSON TX 75081 | Beneficiary:  FLEXJET LLC |
| | Phone: (972) 720-2800 | |

EXHIBIT 18                                   SEC000574



**CUSTOMER ACCOUNT MANAGER:** Billing 7

PHONE: 1-800-686-0143 | EMAIL: flexjetbilling@flexjet.com

**CUSTOMER NAME:** SKLAR TRANSPORT, LLC - SKLTRM1          **INVOICE NUMBER:** 263987

### Detail A - Payments

| | | | | | |
|---|---|---|---|---|---|
| 006997-258331 | 12/17/19 | 12/16/19 | | $ | 33,021.48 |
| 006997-258331-FC | 12/17/19 | 12/16/19 | | $ | 121.18 |
| 006997-258331-NTC | 12/17/19 | 12/16/19 | | $ | 22,355.00 |
| 007176-260212-FC | 1/3/20 | 1/2/20 | | $ | 136.54 |
| 007176-260212-NTC | 1/3/20 | 1/2/20 | | $ | 22,355.00 |

| | | |
|---|---|---|
| **Total Payments** | $ | 77,989.20 |

### Detail C - Current Period Non-Trip Charges

| Item | | | Quantity | Each | Amount |
|---|---|---|---|---|---|
| Monthly Management Fee | Phenom 300 | February 2020 | 1.00 | $ 13,341.00 | $ 13,341.00 |
| Monthly Rent | Phenom 300 | February 2020 | 1.00 | $ 9,282.00 | $ 9,282.00 |

| | | |
|---|---|---|
| **Current Period Non-Trip Total** | $ | 22,623.00 |

### Detail D - Prior Periods Adjustment Detail

| Item | Note | Trip | Depart | Arrive | | |
|---|---|---|---|---|---|---|
| Monthly Management Fee | January 2020 additional Monthly Management Fee CPI adjustment | | | | $ | 268.00 |

| | | |
|---|---|---|
| **Prior Period Adjustments Total** | $ | 268.00 |

### Detail E - Finance Charge Detail

| Invoice Date | Orig Due Date | Description | Days Applied | Balance | Amount |
|---|---|---|---|---|---|
| 12/07/19 | 01/01/20 | Invoice #262087 | 6 | 22,355.00 | 55.12 |

| | | |
|---|---|---|
| **Finance Charge Total** | $ | 55.12 |

Finance charge represents the unpaid balance accrued at a rate of 15.0000 % annual interest

### Fuel Adjustment Detail

The current price reflects a change in the average fuel price from $3.260/gallon to $3.240/gallon above the Base Fuel Price (net of taxes). Accordingly, we are implementing the following Fuel Component Adjustments to reflect the lower fuel prices effective December 1, 2019:

| Aircraft Type | Previous | Adjustment | Current |
|---|---|---|---|
| Phenom 300 | $971.00 | -$5.00 | $966.00 |
| Learjet 45 | $1,193.00 | -$7.00 | $1,186.00 |
| Learjet 75 | $1,170.00 | -$7.00 | $1,163.00 |
| Legacy 450 | $1,477.00 | -$9.00 | $1,468.00 |
| Legacy 500 | $1,477.00 | -$9.00 | $1,468.00 |
| Learjet 85 | $1,467.00 | -$9.00 | $1,458.00 |
| Challenger 300 | $1,659.00 | -$10.00 | $1,649.00 |
| Challenger 350 | $1,659.00 | -$10.00 | $1,649.00 |
| Challenger 604/605 | $1,796.00 | -$11.00 | $1,785.00 |
| Gulfstream 450 | $2,631.00 | -$16.00 | $2,615.00 |

We will continue to monitor fuel prices on a monthly basis and adjust the fuel component as necessary.

**Bobbie Gore**

| | |
|---|---|
| **From:** | Geoff Nenninger |
| **Sent:** | Tuesday, January 7, 2020 1:16 PM |
| **To:** | Bobbie Gore |
| **Subject:** | Fwd: Flexjet Monthly Invoice |
| **Attachments:** | 25290_201912.pdf; ATT00001.htm |

Best,
Geoffrey Nenninger
Sklar Exploration Company, LLC
Mobile: (303) 931-6461

Begin forwarded message:

> **From:** Flexjet Cleveland West <flexjetbilling@flexjet.com>
> **Date:** January 7, 2020 at 12:00:03 PM MST
> **To:** Geoff Nenninger <GNenninger@sklarexploration.com>
> **Subject: Flexjet Monthly Invoice**
>
> Please see the attached Invoice sent per your request.
>
> If you have any questions or comments, please contact us.
>
> Flexjet
> Cleveland West
> 1-877-538-7100
> flexjetbilling@flexjet.com
> https://owners.Flexjet.com

1

EXHIBIT 18                    SEC000576

**FLEXJET**

## INVOICE
## Sklar Transport, LLC
May 1, 2019

**Lease**
**9.375% Interest in Phenom 300; N360FX**

| | | |
|---|---|---|
| Security Deposit | $ | 45,000.00 |
| First Month's Fixed Lease Payment | $ | 9,282.00 |
| First Month's Monthly Management Fee | $ | 13,073.00 |
| Occupied Hourly Rate Deposit | $ | 19,181.00 |
| Ohio Sales and Use Tax | $ | 75.00 |
| **Subtotal** | $ | **86,611.00** |

| | | |
|---|---|---|
| Total due to Flexjet at Commencement | $ | 86,611.00 |

---

*WIRE INSTRUCTIONS — FLEXJET, LLC*

| | |
|---|---|
| TO: | CIBC Bank USA |
| Bank Address: | 120 South LaSalle<br>Chicago, IL 60603 |
| ABA # | 071-006-486 |
| BENEFICIARY: | Flexjet, LLC |
| ACCOUNT #: | 2366208 |
| Reference: | **Closing - Sklar Transport, LLC** |

26180 Curtiss Wright Parkway/ Cleveland, Ohio 44143 / Phone: 216.261.3500 / Fax: 216.750.8790 / www.flexjet.com

EXHIBIT 18                                          SEC000577

**Bobbie Gore**

| | |
|---|---|
| **From:** | Tristan Farel |
| **Sent:** | Wednesday, May 01, 2019 2:06 PM |
| **To:** | Bobbie Gore |
| **Cc:** | Anita Belousov |
| **Subject:** | FW: Flexjet wire instructions |
| **Attachments:** | Sklar Transport, LLC  (P300) - Flexjet wire transfer instructions.pdf |

Can you set this wire up? It can go out today or tomorrow.

The $45,000 line item is a refundable deposit that we get back in 12 months. You can code the entire amount to a prepaid asset on SEC books.

Thank you,

Tristan R. Farel
Sklar Exploration Company LLC
5395 Pearl Parkway, Suite 200
Boulder, CO 80301
318.212.0912 (office)
303.579.1129 (mobile)
tfarel@sklarexploration.com



**From:** Tibbitts, Adam <Adam.Tibbitts@flexjet.com>
**Sent:** Wednesday, May 1, 2019 12:57 PM
**To:** Geoff Nenninger <GNenninger@sklarexploration.com>; Tristan Farel <TFarel@sklarexploration.com>
**Subject:** Flexjet wire instructions

Geoff, Tristan, the invoice and wire transfer instructions are attached.

My contracts group will be sending the agreements via docusign momentarily.

Please let me know if you have any questions.

Adam.

Adam Tibbitts
Vice President, Sales
FLEXJET
T 801-831-4287
adam.tibbitts@flexjet.com
www.flexjet.com

1

EXHIBIT 18                                                     SEC000578

**Fedwire**

## sklar-Sklar Exploration Company LLC

| Sequence Number | Confirmation# | Status | Amount |
|---|---|---|---|
| **5362924** | 190501123725H300 | Received By Bank | $ 86,611.00 |

| | |
|---|---|
| From Template: | N |
| Value Date: | 05/01/2019 |
| Send Date: | 05/01/2019 |
| Debit Account#: | 8003098657-USD |
| Recipient ID Type: | Account Number |
| Recipient ID: | 2366208 |
| Recipient Name: | Flexjet, LLC |
| Recipient Bank ID Type: | ABA (Wire) |
| Recipient Bank ID: | 071006486 |
| Recipient Bank Name: | CIBC BANK USA |
| Details of Payment Line 1: | Closing- Sklar Transport, LLC |
| Details of Payment Line 2: | Refundable deposit + lease |

| Date/Time | User ID | Action |
|---|---|---|
| 05/01/2019 12:25 | bobbie@sklar | create |
| 05/01/2019 12:35 | bobbie@sklar | modify |
| 05/01/2019 12:37 | gardner@sklar | approve |

EXHIBIT 18

EAST WEST BANK

SEC000579



**CUSTOMER ACCOUNT MANAGER:** Billing 7

**PHONE:** 1-800-686-0143 | **EMAIL:** flexjetbilling@flexjet.com

| | |
|---|---|
| **CUSTOMER NAME:** | **SKLAR TRANSPORT, LLC - QXSKEM1** |
| **CUSTOMER ID:** | **QXSKEM1** |
| **CONTRACT NUMBER:** | 25136 |
| **BILLING PERIOD:** | **April 1, 2019 through April 30, 2019** |

| | |
|---|---|
| **INVOICE NUMBER:** | 249119 |
| **INVOICE DATE:** | 05/07/2019 |
| **DUE DATE:** | 6/1/2019 |

| SUMMARY OF CHARGES | | | |
|---|---|---|---|
| Balance Forward | | $11,547.74 | |
| Total Payments | | $11,547.74 | |
| Total Balance Forward | | | $0.00 |
| Current Period Charges | | | |
| Current Period Trip Charges | See Detail - B | $17,075.29 | |
| Current Period Non-Trip Charges | See Detail - C | $0.00 | |
| Total Current Period | | | $17,075.29 |
| Prior Period Adjustments | See Detail - D | | $0.00 |
| Finance Charges | See Detail - E | | $0.00 |
| TOTAL AMOUNT DUE | | | $17,075.29 |

**Remit via check:**

FLEXJET LLC

P.O. BOX 677207

DALLAS TX 75267-7207

Phone: (972) 720-2800

**Remit via check overnight:**

FLEXJET LLC

LOCKBOX #677207

1200 E CAMPBELL RD STE 108

RICHARDSON TX 75081

Phone: (972) 720-2800

**Remit via wire:**

CIBC Bank USA

ABA Routing Number:071-006-486

Account Number: 2366208

Beneficiary:  FLEXJET LLC



Remittance Form

Invoice #:          249119

SKLAR TRANSPORT, LLC
5395 PEARL PARKWAY, SUITE 200
BOULDER, CO 80301 US

Customer ID:        QXSKEM1
Contract Number:    25136
Contract Name:      Sklar Transport, LLC

SKLAR TRANSPORT, LLC
5395 PEARL PARKWAY, SUITE 200
BOULDER, CO 80301 US

Amount Due $
Amount Paid $        17,075.29

Please detach and return with payment

EXHIBIT 18

SEC000581



**CUSTOMER ACCOUNT MANAGER:** Billing 7

**PHONE:** 1-800-686-0143 | **EMAIL:** flexjetbilling@flexjet.com

**CUSTOMER NAME: SKLAR TRANSPORT, LLC - QXSKEM1**     **INVOICE NUMBER:** 249119

### Detail A - Payments

| | | | | | |
|---|---|---|---|---|---|
| AMEX-247361 | 4/10/19 | 4/9/19 | | $ | 11,547.74 |
| | | **Total Payments** | | $ | **11,547.74** |

### Detail B - Current Period Trip Charges

**Trip #0002292406**

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | Rate | | Sub Total | | Flight Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/4/19 | KBJC Denver, CO to KCRQ Carlsbad, CA | | | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | P300(N349FX) | 135 | 2.4 | $ | 6,221.00 | $ | 14,930.40 | |
| | | Hourly Fuel Surcharge | | | | | $ | 940.00 | $ | 2,256.00 | |
| | | FET Tax 7.5% + Segment Fee | | | | | | | $ | 1,301.58 | |
| | | Prepay 325 Day Jet Card | | | | | | | $ | (16,050.18) | |
| | | CA Property Tax - Landing | | | | | | | $ | 100.00 | $ 2,537.80 |
| | | | | **Trip #0002292406 Total** | | 2.4 | | | | $ | **2,537.80** |

*135 flights were operated under FAR Part 135 by Flexjet LLC or a substitute air carrier and are being billed on their behalf.*

**Trip #0002297160**

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | Rate | | Sub Total | | Flight Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/9/19 | KSMO Santa Monica, CA to KCIC Chico, CA | | | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | P300(N361FX) | 135 | 1.5 | $ | 6,221.00 | $ | 9,331.50 | |
| | | Hourly Fuel Surcharge | | | | | $ | 940.00 | $ | 1,410.00 | |
| | | FET Tax 7.5% + Segment Fee | | | | | | | $ | 822.41 | |
| | | Prepay 325 Day Jet Card | | | | | | | $ | (10,031.36) | |
| | | CA Property Tax - Take-off | | | | | | | $ | 100.00 | |
| | | CA Property Tax - Landing | | | | | | | $ | 100.00 | $ 1,732.55 |
| | | | | **Trip #0002297160 Total** | | 1.5 | | | | $ | **1,732.55** |

*135 flights were operated under FAR Part 135 by Flexjet LLC or a substitute air carrier and are being billed on their behalf.*

**Trip #0002297170**

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | Rate | | Sub Total | | Flight Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/11/19 | KCIC Chico, CA to KBJC Denver, CO | | | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | P300(N361FX) | 135 | 2.3 | $ | 6,221.00 | $ | 14,308.30 | |
| | | Hourly Fuel Surcharge | | | | | $ | 940.00 | $ | 2,162.00 | |
| | | FET Tax 7.5% + Segment Fee | | | | | | | $ | 1,252.07 | |
| | | Prepay 325 Day Jet Card | | | | | | | $ | (5,017.43) | |
| | | CA Property Tax - Take-off | | | | | | | $ | 100.00 | $ 12,804.94 |
| | | | | **Trip #0002297170 Total** | | 2.3 | | | | $ | **12,804.94** |

*135 flights were operated under FAR Part 135 by Flexjet LLC or a substitute air carrier and are being billed on their behalf.*

| | | | | |
|---|---|---|---|---|
| | | **Current Period Trip Total** | $ | **17,075.29** |

### Detail C - Current Period Non-Trip Charges

| | | |
|---|---|---|
| **Current Period Non-Trip Total** | | **$0.00** |

---

*The Flexjet 25 Jet Card program is operated under Part 135 by Flexjet LLC, a U.S. air carrier.*

**EXHIBIT 18**                    SEC000582



| | CUSTOMER ACCOUNT MANAGER: Billing 7 |
|---|---|
| | PHONE: 1-800-686-0143 | EMAIL: flexjetbilling@flexjet.com |

**CUSTOMER NAME: SKLAR TRANSPORT, LLC - QXSKEM1**                    **INVOICE NUMBER: 249119**

## Detail D - Prior Periods Adjustment Detail

| Prior Period Adjustments Total | $ | 0.00 |
|---|---|---|

## Fuel Adjustment Detail

The current price reflects a change in the average fuel price from $3.095/gallon to $3.155/gallon above the Base Fuel Price (net of taxes). Accordingly, we are implementing the following Hourly Fuel Surcharges to reflect the higher fuel prices effective April 1, 2019:

| Aircraft Type | Previous | Adjustment | Current |
|---|---|---|---|
| Phenom 300 | $922.00 | $18.00 | $940.00 |
| Learjet 45 | $1,133.00 | $22.00 | $1,155.00 |
| Learjet 75 | $1,111.00 | $22.00 | $1,133.00 |
| Legacy 450 | $1,402.00 | $27.00 | $1,429.00 |
| Legacy 500 | $1,402.00 | $27.00 | $1,429.00 |
| Learjet 85 | $1,393.00 | $27.00 | $1,420.00 |
| Challenger 300 | $1,575.00 | $31.00 | $1,606.00 |
| Challenger 350 | $1,575.00 | $31.00 | $1,606.00 |
| Challenger 604/605 | $1,705.00 | $33.00 | $1,738.00 |
| Gulfstream 450 | $2,498.00 | $48.00 | $2,546.00 |

We will continue to monitor fuel prices on a monthly basis and adjust the fuel component as necessary.

## Annual Summary of Funds

| Annual Period | Opening Balance | Deposited Funds | Used Funds | Remaining Funds |
|---|---|---|---|---|
| Year 1 - 2/4/2019-4/30/2019 | | $167,190.00 | $167,190.00 | $0.00 |

## Bobbie Gore

| | |
|---|---|
| **From:** | Tristan Farel |
| **Sent:** | Friday, May 17, 2019 10:16 AM |
| **To:** | Bobbie Gore |
| **Cc:** | Geoff Nenninger |
| **Subject:** | FW: FlexJet |
| **Attachments:** | 25136_201904.pdf; 25290_201904.pdf |

Approved

Tristan R. Farel
Sklar Exploration Company LLC
5395 Pearl Parkway, Suite 200
Boulder, CO 80301
318.212.0912 (office)
303.579.1129 (mobile)
tfarel@sklarexploration.com



**From:** Geoff Nenninger <GNenninger@sklarexploration.com>
**Sent:** Thursday, May 16, 2019 4:14 PM
**To:** Tristan Farel <TFarel@sklarexploration.com>
**Subject:** FlexJet

Hi Tristan –

Can we pay these out of the company?

Thanks,

Geoffrey Nenninger
*Director of Investments and Marketing*



5395 Pearl Parkway, Suite 200 • Boulder, CO 80301
direct 720.836.1083 • mobile 303.931.6461 • fax 303.443.1551
gnenninger@sklarexploration.com • www.sklarexploration.com

1
EXHIBIT 18                                                      <span style="color:red">SEC000584</span>



**CUSTOMER ACCOUNT MANAGER:** Billing 7

PHONE: 1-800-686-0143 | **EMAIL:** flexjetbilling@flexjet.com

| | | | |
|---|---|---|---|
| **CUSTOMER NAME:** | **SKLAR TRANSPORT, LLC - SKLTRM1** | **INVOICE NUMBER:** | 249240 |
| **CUSTOMER ID:** | SKLTRM1 | **INVOICE DATE:** | 05/07/2019 |
| **CONTRACT NUMBER:** | 25290 | **DUE DATE:** | 6/1/2019 |
| **BILLING PERIOD:** | April 1, 2019 through April 30, 2019 | | |
| | | **AIRCRAFT TYPE:** | Phenom 300 |
| | | **TAIL NUMBER:** | N360FX |
| | | **SHARE SIZE:** | 9.375 % |
| | | **HOURLY RATE:** | $ |

| SUMMARY OF CHARGES | | | |
|---|---|---|---|
| Balance Forward | | $0.00 | |
| Total Payments | | $0.00 | |
| Total Balance Forward | | | $0.00 |
| Current Period Charges | | | |
| Current Period Trip Charges | See Detail - B | $0.00 | |
| Current Period Non-Trip Charges | See Detail - C | $22,355.00 | |
| Total Current Period | | | $22,355.00 |
| Prior Period Adjustments | See Detail - D | | $0.00 |
| Finance Charges | See Detail - E | | $0.00 |
| **TOTAL AMOUNT DUE** | | | **$22,355.00** |

**Remit via check:**

FLEXJET LLC

P.O. BOX 677207

DALLAS TX 75267-7207

Phone: (972) 720-2800

**Remit via check overnight:**

FLEXJET LLC

LOCKBOX #677207

1200 E CAMPBELL RD STE 108

RICHARDSON TX 75081

Phone: (972) 720-2800

**Remit via wire:**

CIBC Bank USA

ABA Routing Number:071-006-486

Account Number: 2366208

Beneficiary:  FLEXJET LLC

EXHIBIT 18                                              SEC000585

FLexJet

SKLAR TRANSPORT, LLC
5395 PEARL PARKWAY, SUITE 200
BOULDER, CO 80301 US

Remittance Form

Invoice #:          249240

SKLAR TRANSPORT, LLC
5395 PEARL PARKWAY, SUITE 200
BOULDER, CO 80301 US

Customer ID:        SKLTRM1
Contract Number:    25290
Contract Name:      Sklar Transport, LLC

Amount Due $

Amount Paid $       22,355.00

Please detach and return with payment

EXHIBIT 18

SEC000586



**CUSTOMER ACCOUNT MANAGER:** Billing 7

**PHONE:** 1-800-686-0143 | **EMAIL:** flexjetbilling@flexjet.com

**CUSTOMER NAME: SKLAR TRANSPORT, LLC - SKLTRM1**                    **INVOICE NUMBER:   249240**

## Detail C - Current Period Non-Trip Charges

| Item | | | Quantity | | Each | | Amount |
|------|--|--|----------|--|------|--|--------|
| Monthly Management Fee | Phenom 300 | June 2019 | 1.00 | $ | 13,073.00 | $ | 13,073.00 |
| Monthly Rent | Phenom 300 | June 2019 | 1.00 | $ | 9,282.00 | $ | 9,282.00 |
| | | **Current Period Non-Trip Total** | | | | $ | **22,355.00** |

## Detail D - Prior Periods Adjustment Detail

| Item | Note | Trip | Depart | Arrive | | | |
|------|------|------|--------|--------|--|--|--|
| Closing Payment | | | | | $ | (86,536.00) | |
| Hourly Rate Deposit | | | | | $ | 19,181.00 | |
| Security Deposit | | | | | $ | 45,000.00 | |
| Monthly Management Fee | May 2019 | | | | $ | 13,073.00 | |
| Monthly Rent | May 2019 | | | | $ | 9,282.00 | |
| | | **Prior Period Adjustments Total** | | | | $ | 0.00 |

## Fuel Adjustment Detail

The current price reflects a change in the average fuel price from $3.270/gallon to $3.330/gallon above the Base Fuel Price (net of taxes).  Accordingly, we are implementing the following Fuel Component Adjustments to reflect the higher fuel prices effective April 1, 2019:

| Aircraft Type | Previous | Adjustment | Current |
|---------------|----------|------------|---------|
| Phenom 300 | $974.00 | $18.00 | $992.00 |
| Learjet 45 | $1,197.00 | $22.00 | $1,219.00 |
| Learjet 75 | $1,174.00 | $21.00 | $1,195.00 |
| Legacy 450 | $1,481.00 | $27.00 | $1,508.00 |
| Legacy 500 | $1,481.00 | $27.00 | $1,508.00 |
| Learjet 85 | $1,472.00 | $27.00 | $1,499.00 |
| Challenger 300 | $1,664.00 | $31.00 | $1,695.00 |
| Challenger 350 | $1,664.00 | $31.00 | $1,695.00 |
| Challenger 604/605 | $1,802.00 | $33.00 | $1,835.00 |
| Gulfstream 450 | $2,639.00 | $48.00 | $2,687.00 |

We will continue to monitor fuel prices on a monthly basis and adjust the fuel component as necessary.

**Bobbie Gore**

| | |
|---|---|
| **From:** | Tristan Farel |
| **Sent:** | Friday, May 17, 2019 10:16 AM |
| **To:** | Bobbie Gore |
| **Cc:** | Geoff Nenninger |
| **Subject:** | FW: FlexJet |
| **Attachments:** | 25136_201904.pdf; 25290_201904.pdf |

Approved

Tristan R. Farel
Sklar Exploration Company LLC
5395 Pearl Parkway, Suite 200
Boulder, CO 80301
318.212.0912 (office)
303.579.1129 (mobile)
tfarel@sklarexploration.com



**From:** Geoff Nenninger <GNenninger@sklarexploration.com>
**Sent:** Thursday, May 16, 2019 4:14 PM
**To:** Tristan Farel <TFarel@sklarexploration.com>
**Subject:** FlexJet

Hi Tristan –

Can we pay these out of the company?

Thanks,

Geoffrey Nenninger
*Director of Investments and Marketing*



5395 Pearl Parkway, Suite 200 • Boulder, CO 80301
direct 720.836.1083 • mobile 303.931.6461 • fax 303.443.1551
gnenninger@sklarexploration.com • www.sklarexploration.com

EXHIBIT 18                                    SEC000588



**CUSTOMER ACCOUNT MANAGER:** Billing 7

**PHONE:** 1-800-686-0143 | **EMAIL:** flexjetbilling@flexjet.com

| | |
|---|---|
| CUSTOMER NAME: | **SKLAR TRANSPORT, LLC - SKLTRM1** |
| CUSTOMER ID: | **SKLTRM1** |
| CONTRACT NUMBER: | 25290 |
| BILLING PERIOD: | **May 1, 2019 through May 31, 2019** |

| | |
|---|---|
| INVOICE NUMBER: | 251013 |
| INVOICE DATE: | 06/07/2019 |
| DUE DATE: | 7/1/2019 |
| | |
| AIRCRAFT TYPE: | Phenom 300 |
| TAIL NUMBER: | N360FX |
| SHARE SIZE: | 9.375 % |
| HOURLY RATE: | $3,090 |

## SUMMARY OF CHARGES

| | | | |
|---|---|---|---|
| Balance Forward | | $22,355.00 | |
| Total Payments | | $22,355.00 | |
| Total Balance Forward | | | $0.00 |
| Current Period Charges | | | |
| Current Period Trip Charges | See Detail - B | $51,449.41 | |
| Current Period Non-Trip Charges | See Detail - C | $22,355.00 | |
| Total Current Period | | | $73,804.41 |
| Prior Period Adjustments | See Detail - D | | $0.00 |
| Finance Charges | See Detail - E | | $0.00 |
| TOTAL AMOUNT DUE | | | $73,804.41 |

| Remit via check: | Remit via check overnight: | Remit via wire: |
|---|---|---|
| FLEXJET LLC | FLEXJET LLC | CIBC Bank USA |
| P.O. BOX 677207 | LOCKBOX #677207 | ABA Routing Number:071-006-486 |
| DALLAS TX 75267-7207 | 1200 E CAMPBELL RD STE 108 | Account Number: 2366208 |
| Phone: (972) 720-2800 | RICHARDSON TX 75081 | Beneficiary:  FLEXJET LLC |
| | Phone: (972) 720-2800 | |



CUSTOMER ACCOUNT MANAGER: Billing 7

PHONE: 1-800-686-0143 | EMAIL: flexjetbilling@flexjet.com

**CUSTOMER NAME: SKLAR TRANSPORT, LLC - SKLTRM1**                    INVOICE NUMBER:  **251013**

### Detail A - Payments

| | | | | | |
|---|---|---|---|---|---|
| 005044-249240-NTC | 5/24/19 | 5/24/19 | | $ | 22,355.00 |
| | | **Total Payments** | | $ | **22,355.00** |

### Detail B - Current Period Trip Charges

**Trip #0002314078**

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | Rate | Sub Total | Flight Total |
|---|---|---|---|---|---|---|---|---|---|
| 05/2/19 | KBJC Denver, CO to KAPC Napa, CA | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | P300(N372FX) | 135 | 2.6 | $ 3,090.00 | $ 8,034.00 | |
| | | FET Surtax | | | | | | $ 59.76 | |
| | | CA Property Tax - Landing | | | | | | $ 100.00 | $ 8,193.76 |
| | | | | Trip #0002314078 Total | | 2.6 | | $ | 8,193.76 |

*135 flights were operated under FAR Part 135 by Flexjet LLC or a substitute air carrier and are being billed on their behalf.*

**Trip #0002314080**

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | Rate | Sub Total | Flight Total |
|---|---|---|---|---|---|---|---|---|---|
| 05/3/19 | KAPC Napa, CA to KLAS Las Vegas, NV | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | P300(N371FX) | 135 | 1.4 | $ 3,090.00 | $ 4,326.00 | |
| | | FET Surtax | | | | | | $ 32.18 | |
| | | CA Property Tax - Take-off | | | | | | $ 100.00 | $ 4,458.18 |
| | | | | Trip #0002314080 Total | | 1.4 | | $ | 4,458.18 |

*135 flights were operated under FAR Part 135 by Flexjet LLC or a substitute air carrier and are being billed on their behalf.*

**Trip #0002314081**

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | Rate | Sub Total | Flight Total |
|---|---|---|---|---|---|---|---|---|---|
| 05/5/19 | KLAS Las Vegas, NV to KBJC Denver, CO | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | P300(N355FX) | | 1.8 | $ 3,090.00 | $ 5,562.00 | |
| | | FET Surtax | | | | | | $ 41.37 | $ 5,603.37 |
| | | | | Trip #0002314081 Total | | 1.8 | | $ | 5,603.37 |

**Trip #0002314089**

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | Rate | Sub Total | Flight Total |
|---|---|---|---|---|---|---|---|---|---|
| 05/16/19 | KBJC Denver, CO to KPDX Portland, OR | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | 350(N585FX) | | 2.5 | $ 3,090.00 | $ 7,725.00 | |
| | | FET Surtax | | | | | | $ 93.77 | $ 7,818.77 |
| | | | | Trip #0002314089 Total | | 2.5 | | $ | 7,818.77 |



**CUSTOMER ACCOUNT MANAGER:** Billing 7

**PHONE:** 1-800-686-0143 | **EMAIL:** flexjetbilling@flexjet.com

**CUSTOMER NAME: SKLAR TRANSPORT, LLC - SKLTRM1**          **INVOICE NUMBER:   251013**

### Trip #0002314090

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | | Rate | | Sub Total | | Flight Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/19/19 | KPDX Portland, OR to KBJC Denver, CO | | | | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | LG4(N414FX) | | 2.3 | $ | 3,090.00 | $ | 7,107.00 | | |
| | | FET Surtax | | | | | | | $ | 81.08 | $ | 7,188.08 |
| | | | | Trip #0002314090 Total | | 2.3 | | | | | $ | 7,188.08 |

### Trip #0002316018

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | | Rate | | Sub Total | | Flight Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/21/19 | KAPA Denver, CO to KSHV Shreveport, LA | | | | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | 350(N578FX) | | 2.2 | $ | 3,090.00 | $ | 6,798.00 | | |
| | | FET Surtax | | | | | | | $ | 82.51 | $ | 6,880.51 |
| | | | | Trip #0002316018 Total | | 2.2 | | | | | $ | 6,880.51 |

### Trip #0002316023

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | | Rate | | Sub Total | | Flight Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/23/19 | KSHV Shreveport, LA to KBJC Denver, CO | | | | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | P300(N349FX) | | 2.2 | $ | 3,090.00 | $ | 6,798.00 | | |
| | | FET Surtax | | | | | | | $ | 50.56 | $ | 6,848.56 |
| | | | | Trip #0002316023 Total | | 2.2 | | | | | $ | 6,848.56 |

### Trip #0002316025

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | | Rate | | Sub Total | | Flight Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/30/19 | KBJC Denver, CO to KSAN San Diego, CA | | | | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | P300(N365FX) | | 1.4 | $ | 3,090.00 | $ | 4,326.00 | | |
| | | FET Surtax | | | | | | | $ | 32.18 | | |
| | | CA Property Tax - Landing | | | | | | | $ | 100.00 | $ | 4,458.18 |
| | | | | Trip #0002316025 Total | | 1.4 | | | | | $ | 4,458.18 |
| | | | | Current Period Trip Total | | | | | | | $ | 51,449.41 |

### Detail C - Current Period Non-Trip Charges

| Item | | | | Quantity | | Each | | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| Monthly Management Fee | Phenom 300 | July 2019 | | 1.00 | $ | 13,073.00 | $ | 13,073.00 | |
| Monthly Rent | Phenom 300 | July 2019 | | 1.00 | $ | 9,282.00 | $ | 9,282.00 | |
| | | | Current Period Non-Trip Total | | | | | $ | 22,355.00 |

### Detail D - Prior Periods Adjustment Detail

| | | |
|---|---|---|
| Prior Period Adjustments Total | $ | 0.00 |

### Fuel Adjustment Detail

The current price reflects a change in the average fuel price from $3.330/gallon to $3.340/gallon above the Base Fuel Price (net of taxes). Accordingly, we are implementing the following Fuel Component Adjustments to reflect the higher fuel prices effective May 1, 2019:



**CUSTOMER ACCOUNT MANAGER:** Billing 7

**PHONE:** 1-800-686-0143 | **EMAIL:** flexjetbilling@flexjet.com

---

**CUSTOMER NAME: SKLAR TRANSPORT, LLC - SKLTRM1**                    **INVOICE NUMBER: 251013**

| Aircraft Type | Previous | Adjustment | Current |
|---|---|---|---|
| Phenom 300 | $992.00 | $3.00 | $995.00 |
| Learjet 45 | $1,219.00 | $3.00 | $1,222.00 |
| Learjet 75 | $1,195.00 | $4.00 | $1,199.00 |
| Legacy 450 | $1,508.00 | $5.00 | $1,513.00 |
| Legacy 500 | $1,508.00 | $5.00 | $1,513.00 |
| Learjet 85 | $1,499.00 | $4.00 | $1,503.00 |
| Challenger 300 | $1,695.00 | $5.00 | $1,700.00 |
| Challenger 350 | $1,695.00 | $5.00 | $1,700.00 |
| Challenger 604/605 | $1,835.00 | $5.00 | $1,840.00 |
| Gulfstream 450 | $2,687.00 | $8.00 | $2,695.00 |

We will continue to monitor fuel prices on a monthly basis and adjust the fuel component as necessary.

---

EXHIBIT 18                    SEC000592

**Bobbie Gore**

| | |
|---|---|
| **From:** | Geoff Nenninger |
| **Sent:** | Friday, June 7, 2019 11:23 AM |
| **To:** | Bobbie Gore |
| **Cc:** | Tristan Farel |
| **Subject:** | FW: Flexjet Monthly Invoice |
| **Attachments:** | 25290_201905.pdf |

Geoffrey Nenninger
Director of Investments and Marketing

5395 Pearl Parkway, Suite 200 • Boulder, CO 80301 direct 720.836.1083 • mobile 303.931.6461 • fax 303.443.1551
gnenninger@sklarexploration.com • www.sklarexploration.com

-----Original Message-----
From: Flexjet Cleveland West <flexjetbilling@flexjet.com>
Sent: Friday, June 7, 2019 10:20 AM
To: Geoff Nenninger <GNenninger@sklarexploration.com>
Subject: Flexjet Monthly Invoice

Please see the attached Invoice sent per your request.

If you have any questions or comments, please contact us.

Flexjet
Cleveland West
1-877-538-7100
flexjetbilling@flexjet.com
https://owners.Flexjet.com

EXHIBIT 18                                    SEC000593



FLEXJET

Remittance Form

Invoice #:          251013

SKLAR TRANSPORT, LLC
5395 PEARL PARKWAY, SUITE 200
BOULDER, CO 80301 US

Customer ID:          SKLTRM1
Contract Number:      25290
Contract Name:        Sklar Transport, LLC

Amount Due $      73,804.41

Amount Paid $      _____

Please detach and return with payment

SKLAR TRANSPORT, LLC
5395 PEARL PARKWAY, SUITE 200
BOULDER, CO 80301 US

EXHIBIT 18

SEC000594



**CUSTOMER ACCOUNT MANAGER:** Billing 7

PHONE: 1-800-686-0143 | **EMAIL:** flexjetbilling@flexjet.com

| | |
|---|---|
| **CUSTOMER NAME:** | **SKLAR TRANSPORT, LLC - QXSKEM1** |
| **CUSTOMER ID:** | **QXSKEM1** |
| **CONTRACT NUMBER:** 25136 | |
| **BILLING PERIOD:** | **June 1, 2019 through June 30, 2019** |

| | |
|---|---|
| **INVOICE NUMBER:** | **252703** |
| **INVOICE DATE:** | **07/07/2019** |
| **DUE DATE:** | **8/1/2019** |

| SUMMARY OF CHARGES | | | |
|---|---|---|---|
| Balance Forward | | ($34,150.58) | |
| Total Payments | | ($17,075.29) | |
| Total Balance Forward | | | ($17,075.29) |
| Current Period Charges | | | |
| Current Period Trip Charges | See Detail - B | $0.00 | |
| Current Period Non-Trip Charges | See Detail - C | $0.00 | |
| Total Current Period | | | $0.00 |
| Prior Period Adjustments | See Detail - D | | $0.00 |
| Finance Charges | See Detail - E | | $0.00 |
| TOTAL AMOUNT DUE | | | ($17,075.29) |

**Remit via check:**

FLEXJET LLC

P.O. BOX 677207

DALLAS TX 75267-7207

Phone: (972) 720-2800

**Remit via check overnight:**

FLEXJET LLC

LOCKBOX #677207

1200 E CAMPBELL RD STE 108

RICHARDSON TX 75081

Phone: (972) 720-2800

**Remit via wire:**

CIBC Bank USA

ABA Routing Number:071-006-486

Account Number: 2366208

Beneficiary:  FLEXJET LLC

---

*The Flexjet 25 Jet Card program is operated under Part 135 by Flexjet LLC, a U.S. air carrier.*

EXHIBIT 18                                    SEC000595



**CUSTOMER ACCOUNT MANAGER:** Billing 7

**PHONE:** 1-800-686-0143 | **EMAIL:** flexjetbilling@flexjet.com

**CUSTOMER NAME: SKLAR TRANSPORT, LLC - QXSKEM1**                    **INVOICE NUMBER:  252703**

### Detail A - Payments

| | | | | | |
|---|---|---|---|---|---|
| 005044- | 5/24/19 | 5/24/19 | | $ | (17,075.29) |
| | | **Total Payments** | | $ | (17,075.29) |

### Detail C - Current Period Non-Trip Charges

| | |
|---|---|
| **Current Period Non-Trip Total** | **$0.00** |

### Detail D - Prior Periods Adjustment Detail

| | | |
|---|---|---|
| **Prior Period Adjustments Total** | **$** | **0.00** |

### Fuel Adjustment Detail

The current price reflects a change in the average fuel price from $3.165/gallon to $3.015/gallon above the Base Fuel Price (net of taxes).  Accordingly, we are implementing the following Hourly Fuel Surcharges to reflect the lower fuel prices effective June 1, 2019:

| Aircraft Type | Previous | Adjustment | Current |
|---|---|---|---|
| Phenom 300 | $943.00 | -$45.00 | $898.00 |
| Learjet 45 | $1,158.00 | -$55.00 | $1,103.00 |
| Learjet 75 | $1,136.00 | -$54.00 | $1,082.00 |
| Legacy 450 | $1,434.00 | -$68.00 | $1,366.00 |
| Legacy 500 | $1,434.00 | -$68.00 | $1,366.00 |
| Learjet 85 | $1,424.00 | -$67.00 | $1,357.00 |
| Challenger 300 | $1,611.00 | -$76.00 | $1,535.00 |
| Challenger 350 | $1,611.00 | -$76.00 | $1,535.00 |
| Challenger 604/605 | $1,744.00 | -$83.00 | $1,661.00 |
| Gulfstream 450 | $2,554.00 | -$121.00 | $2,433.00 |

We will continue to monitor fuel prices on a monthly basis and adjust the fuel component as necessary.

### Annual Summary of Funds

| Annual Period | Opening Balance | Deposited Funds | Used Funds | Remaining Funds |
|---|---|---|---|---|
| Year 1 - 2/4/2019-6/30/2019 | | $167,190.00 | $167,190.00 | $0.00 |

**Bobbie Gore**

| | |
|---|---|
| **From:** | Geoff Nenninger |
| **Sent:** | Monday, July 8, 2019 4:36 PM |
| **To:** | Bobbie Gore; Tristan Farel |
| **Subject:** | FW: Flexjet Monthly Invoice |
| **Attachments:** | 25136_201906.pdf |

Geoffrey Nenninger
Director of Investments and Marketing

5395 Pearl Parkway, Suite 200 • Boulder, CO 80301 direct 720.836.1083 • mobile 303.931.6461 • fax 303.443.1551
gnenninger@sklarexploration.com • www.sklarexploration.com

-----Original Message-----
From: Flexjet Cleveland West <flexjetbilling@flexjet.com>
Sent: Monday, July 8, 2019 10:26 AM
To: Geoff Nenninger <GNenninger@sklarexploration.com>
Subject: Flexjet Monthly Invoice

Please see the attached Invoice sent per your request.

If you have any questions or comments, please contact us.

Flexjet
Cleveland West
1-877-538-7100
flexjetbilling@flexjet.com
https://owners.Flexjet.com

EXHIBIT 18                                                    SEC000597



**CUSTOMER ACCOUNT MANAGER:** Billing 7

**PHONE:** 1-800-686-0143 | **EMAIL:** flexjetbilling@flexjet.com

| | | | |
|---|---|---|---|
| **CUSTOMER NAME:** | **SKLAR TRANSPORT, LLC - SKLTRM1** | **INVOICE NUMBER:** | **252815** |
| **CUSTOMER ID:** | **SKLTRM1** | **INVOICE DATE:** | **07/07/2019** |
| **CONTRACT NUMBER:** | 25290 | **DUE DATE:** | **8/1/2019** |
| **BILLING PERIOD:** | **June 1, 2019 through June 30, 2019** | | |
| | | **AIRCRAFT TYPE:** | **Phenom 300** |
| | | **TAIL NUMBER:** | **N360FX** |
| | | **SHARE SIZE:** | **9.375 %** |
| | | **HOURLY RATE:** | **$3,046** |

| SUMMARY OF CHARGES | | | |
|---|---|---|---|
| Balance Forward | | $73,804.41 | |
| Total Payments | | $73,804.41 | |
| **Total Balance Forward** | | | **$0.00** |
| Current Period Charges | | | |
|     Current Period Trip Charges | *See Detail - B* | $31,171.56 | |
|     Current Period Non-Trip Charges | *See Detail - C* | $22,355.00 | |
| **Total Current Period** | | | **$53,526.56** |
| **Prior Period Adjustments** | *See Detail - D* | | **$0.00** |
| **Finance Charges** | *See Detail - E* | | **$0.00** |
| **TOTAL AMOUNT DUE** | | | **$53,526.56** |

**Remit via check:**

FLEXJET LLC

P.O. BOX 677207

DALLAS TX 75267-7207

Phone: (972) 720-2800

**Remit via check overnight:**

FLEXJET LLC

LOCKBOX #677207

1200 E CAMPBELL RD STE 108

RICHARDSON TX 75081

Phone: (972) 720-2800

**Remit via wire:**

CIBC Bank USA

ABA Routing Number:071-006-486

Account Number: 2366208

Beneficiary:  FLEXJET LLC



**CUSTOMER ACCOUNT MANAGER:** Billing 7

**PHONE:** 1-800-686-0143 | **EMAIL:** flexjetbilling@flexjet.com

**CUSTOMER NAME: SKLAR TRANSPORT, LLC - SKLTRM1**

**INVOICE NUMBER: 252815**

**Detail A - Payments**

| | | | | |
|---|---|---|---|---|
| 005218-251013 | 6/18/19 | 6/17/19 | $ | 51,449.41 |
| 005218-251013-NTC | 6/18/19 | 6/17/19 | $ | 22,355.00 |
| | | **Total Payments** | $ | **73,804.41** |

EXHIBIT 18                                    SEC000599



**CUSTOMER ACCOUNT MANAGER:** Billing 7

**PHONE:** 1-800-686-0143 | **EMAIL:** flexjetbilling@flexjet.com

**CUSTOMER NAME: SKLAR TRANSPORT, LLC - SKLTRM1**

**INVOICE NUMBER:  252815**

## Detail B - Current Period Trip Charges

### Trip #0002316028

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | | Rate | | Sub Total | | Flight Total |
|------|------------------------|------|---------|-------|--------|--------------|---|------|---|-----------|---|--------------|
| 06/2/19 | KSAN San Diego, CA to KBJC Denver, CO | | | | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | LG4(N409FX) | | 2.0 | $ | 3,046.00 | $ | 6,092.00 | | |
| | | FET Surtax | | | | | | | $ | 70.50 | | |
| | | CA Property Tax - Take-off | | | | | | | $ | 100.00 | $ | 6,262.50 |
| | | | | Trip #0002316028 Total | | 2.0 | | | | | $ | 6,262.50 |

### Trip #0002325210

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | | Rate | | Sub Total | | Flight Total |
|------|------------------------|------|---------|-------|--------|--------------|---|------|---|-----------|---|--------------|
| 06/17/19 | KBJC Denver, CO to KSHV Shreveport, LA | | | | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | P300(N376FX) | | 2.2 | $ | 3,046.00 | $ | 6,701.20 | | |
| | | FET Surtax | | | | | | | $ | 50.56 | $ | 6,751.76 |
| 06/17/19 | KSHV Shreveport, LA to KVKS Vicksburg, MS | | | | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | P300(N376FX) | SL | 0.8 | $ | 3,046.00 | $ | 2,436.80 | | |
| | | FET Surtax | | | | | | | $ | 18.39 | $ | 2,455.19 |
| | | | | Trip #0002325210 Total | | 3.0 | | | | | $ | 9,206.95 |

### Trip #0002325211

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | | Rate | | Sub Total | | Flight Total |
|------|------------------------|------|---------|-------|--------|--------------|---|------|---|-----------|---|--------------|
| 06/19/19 | KVKS Vicksburg, MS to 12J Brewton, AL | | | | | | | | | | | |
| | WEST, RICHARD | Flight | P300 | P300(N351FX) | | 1.0 | $ | 3,046.00 | $ | 3,046.00 | | |
| | | FET Surtax | | | | | | | $ | 22.98 | $ | 3,068.98 |
| | | | | Trip #0002325211 Total | | 1.0 | | | | | $ | 3,068.98 |

### Trip #0002325213

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | | Rate | | Sub Total | | Flight Total |
|------|------------------------|------|---------|-------|--------|--------------|---|------|---|-----------|---|--------------|
| 06/20/19 | 12J Brewton, AL to KVKS Vicksburg, MS | | | | | | | | | | | |
| | JONES, MARSHALL | Flight | P300 | LG4(N415FX) | | 1.0 | $ | 3,046.00 | $ | 3,046.00 | | |
| | | FET Surtax | | | | | | | $ | 35.25 | $ | 3,081.25 |
| 06/20/19 | KVKS Vicksburg, MS to KSHV Shreveport, LA | | | | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | LG4(N415FX) | | 0.9 | $ | 3,046.00 | $ | 2,741.40 | | |
| | | FET Surtax | | | | | | | $ | 31.73 | $ | 2,773.13 |
| 06/20/19 | KSHV Shreveport, LA to KBJC Denver, CO | | | | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | LG4(N415FX) | | 2.2 | $ | 3,046.00 | $ | 6,701.20 | | |
| | | FET Surtax | | | | | | | $ | 77.55 | $ | 6,778.75 |
| | | | | Trip #0002325213 Total | | 4.1 | | | | | $ | 12,633.13 |
| | | | | Current Period Trip Total | | | | | | | $ | 31,171.56 |

EXHIBIT 18

SEC000600



**CUSTOMER ACCOUNT MANAGER:** Billing 7

PHONE: 1-800-686-0143 | **EMAIL:** flexjetbilling@flexjet.com

**CUSTOMER NAME: SKLAR TRANSPORT, LLC - SKLTRM1**     **INVOICE NUMBER:  252815**

### Detail C - Current Period Non-Trip Charges

| Item | | | Quantity | | Each | | Amount | | |
|---|---|---|---|---|---|---|---|---|---|
| Monthly Management Fee | Phenom 300 | August 2019 | 1.00 | $ | 13,073.00 | $ | 13,073.00 | | |
| Monthly Rent | Phenom 300 | August 2019 | 1.00 | $ | 9,282.00 | $ | 9,282.00 | | |
| | | **Current Period Non-Trip Total** | | | | | | $ | 22,355.00 |

### Detail D - Prior Periods Adjustment Detail

| | | |
|---|---|---|
| **Prior Period Adjustments Total** | $ | 0.00 |

### Fuel Adjustment Detail

The current price reflects a change in the average fuel price from $3.340/gallon to $3.190/gallon above the Base Fuel Price (net of taxes).  Accordingly, we are implementing the following Fuel Component Adjustments to reflect the lower fuel prices effective June 1, 2019:

| Aircraft Type | Previous | Adjustment | Current |
|---|---|---|---|
| Phenom 300 | $995.00 | -$44.00 | $951.00 |
| Learjet 45 | $1,222.00 | -$54.00 | $1,168.00 |
| Learjet 75 | $1,199.00 | -$54.00 | $1,145.00 |
| Legacy 450 | $1,513.00 | -$68.00 | $1,445.00 |
| Legacy 500 | $1,513.00 | -$68.00 | $1,445.00 |
| Learjet 85 | $1,503.00 | -$67.00 | $1,436.00 |
| Challenger 300 | $1,700.00 | -$76.00 | $1,624.00 |
| Challenger 350 | $1,700.00 | -$76.00 | $1,624.00 |
| Challenger 604/605 | $1,840.00 | -$82.00 | $1,758.00 |
| Gulfstream 450 | $2,695.00 | -$121.00 | $2,574.00 |

We will continue to monitor fuel prices on a monthly basis and adjust the fuel component as necessary.

**Bobbie Gore**

| | |
|---|---|
| **From:** | Geoff Nenninger |
| **Sent:** | Monday, July 8, 2019 4:36 PM |
| **To:** | Bobbie Gore; Tristan Farel |
| **Subject:** | FW: Flexjet Monthly Invoice |
| **Attachments:** | 25290_201906.pdf |

Geoffrey Nenninger
Director of Investments and Marketing

5395 Pearl Parkway, Suite 200 • Boulder, CO 80301 direct 720.836.1083 • mobile 303.931.6461 • fax 303.443.1551
gnenninger@sklarexploration.com • www.sklarexploration.com

-----Original Message-----
From: Flexjet Cleveland West <flexjetbilling@flexjet.com>
Sent: Monday, July 8, 2019 10:25 AM
To: Geoff Nenninger <GNenninger@sklarexploration.com>
Subject: Flexjet Monthly Invoice

Please see the attached Invoice sent per your request.

If you have any questions or comments, please contact us.

Flexjet
Cleveland West
1-877-538-7100
flexjetbilling@flexjet.com
https://owners.Flexjet.com

EXHIBIT 18                                                      SEC000602



**CUSTOMER ACCOUNT MANAGER:** Billing 7

PHONE: 1-800-686-0143 | EMAIL: flexjetbilling@flexjet.com

| | | | |
|---|---|---|---|
| **CUSTOMER NAME:** | **SKLAR TRANSPORT, LLC - SKLTRM1** | **INVOICE NUMBER:** | **254652** |
| **CUSTOMER ID:** | **SKLTRM1** | **INVOICE DATE:** | **08/07/2019** |
| **CONTRACT NUMBER:** | 25290 | **DUE DATE:** | **9/1/2019** |
| **BILLING PERIOD:** | **July 1, 2019 through July 31, 2019** | | |
| | | **AIRCRAFT TYPE:** | **Phenom 300** |
| | | **TAIL NUMBER:** | **N360FX** |
| | | **SHARE SIZE:** | **9.375 %** |
| | | **HOURLY RATE:** | **$3,049** |

| SUMMARY OF CHARGES | | | |
|---|---|---|---|
| Balance Forward | | $110,255.68 | |
| Total Payments | | $110,255.68 | |
| **Total Balance Forward** | | | **$0.00** |
| Current Period Charges | | | |
| Current Period Trip Charges | See Detail - B | $40,028.58 | |
| Current Period Non-Trip Charges | See Detail - C | $22,355.00 | |
| **Total Current Period** | | | **$62,383.58** |
| **Prior Period Adjustments** | See Detail - D | | **$0.00** |
| **Finance Charges** | See Detail - E | | **$0.00** |
| **TOTAL AMOUNT DUE** | | | **$62,383.58** |

**Remit via check:**

FLEXJET LLC

P.O. BOX 677207

DALLAS TX 75267-7207

Phone: (972) 720-2800

**Remit via check overnight:**

FLEXJET LLC

LOCKBOX #677207

1200 E CAMPBELL RD STE 108

RICHARDSON TX 75081

Phone: (972) 720-2800

**Remit via wire:**

CIBC Bank USA

ABA Routing Number:071-006-486

Account Number: 2366208

Beneficiary:  FLEXJET LLC

EXHIBIT 18                                                    SEC000603



**CUSTOMER ACCOUNT MANAGER:** Billing 7

**PHONE:** 1-800-686-0143 | **EMAIL:** flexjetbilling@flexjet.com

---

**CUSTOMER NAME:** SKLAR TRANSPORT, LLC - SKLTRM1                    **INVOICE NUMBER:** 254652

## Detail A - Payments

| | | | | | |
|---|---|---|---|---|---|
| 005218-251013 | 6/18/19 | 6/17/19 | | $ | 51,449.41 |
| 005218-251013-NTC | 6/18/19 | 6/17/19 | | $ | 22,355.00 |
| 005697-252815 | 8/5/19 | 8/5/19 | | $ | 14,096.27 |
| 005697-252815-NTC | 8/5/19 | 8/5/19 | | $ | 22,355.00 |

| | | |
|---|---|---|
| **Total Payments** | $ | **110,255.68** |

## Detail B - Current Period Trip Charges

### Trip #0002316394

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | | Rate | | Sub Total | | Flight Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/4/19 | KBJC Denver, CO to KAPC Napa, CA | | | | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | P300(N358FX) | | 2.6 | $ | 3,049.00 | $ | 7,927.40 | | |
| | | FET Surtax | | | | | | | $ | 59.76 | | |
| | | CA Property Tax - Landing | | | | | | | $ | 100.00 | $ | 8,087.16 |
| | | | | **Trip #0002316394 Total** | | **2.6** | | | | | $ | **8,087.16** |

### Trip #0002316395

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | | Rate | | Sub Total | | Flight Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/7/19 | KAPC Napa, CA to KBJC Denver, CO | | | | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | P300 | | 2.2 | $ | 3,049.00 | $ | 6,707.80 | | |
| | | FET Surtax | | | | | | | $ | 50.56 | $ | 6,758.36 |
| | | | | **Trip #0002316395 Total** | | **2.2** | | | | | $ | **6,758.36** |

### Trip #0002337215

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | | Rate | | Sub Total | | Flight Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/15/19 | KBJC Denver, CO to KBFL Bakersfield, CA | | | | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | P300(N375FX) | | 2.4 | $ | 3,049.00 | $ | 7,317.60 | | |
| | | FET Surtax | | | | | | | $ | 55.16 | | |
| | | CA Property Tax - Landing | | | | | | | $ | 100.00 | $ | 7,472.76 |
| | | | | **Trip #0002337215 Total** | | **2.4** | | | | | $ | **7,472.76** |

### Trip #0002337228

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | | Rate | | Sub Total | | Flight Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/17/19 | KBFL Bakersfield, CA to KBJC Denver, CO | | | | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | P300(N351FX) | | 2.3 | $ | 3,049.00 | $ | 7,012.70 | | |
| | | FET Surtax | | | | | | | $ | 52.86 | | |
| | | CA Property Tax - Take-off | | | | | | | $ | 100.00 | $ | 7,165.56 |
| | | | | **Trip #0002337228 Total** | | **2.3** | | | | | $ | **7,165.56** |

**EXHIBIT 18**                    SEC000604

 **FLEXJET**

**CUSTOMER ACCOUNT MANAGER:** Billing 7

PHONE: 1-800-686-0143 | **EMAIL:** flexjetbilling@flexjet.com

**CUSTOMER NAME: SKLAR TRANSPORT, LLC - SKLTRM1**                    **INVOICE NUMBER:   254652**

### Trip #0002336224

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | Rate | Sub Total | Flight Total |
|---|---|---|---|---|---|---|---|---|---|
| 07/24/19 | KBJC Denver, CO to KMRY Monterey, CA | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | L75(N471FX) | | 2.3 | $ 3,049.00 | $ 7,012.70 | |
| | | FET Surtax | | | | | | $ 52.86 | |
| | | CA Property Tax - Landing | | | | | | $ 100.00 | $ 7,165.56 |
| | | | | Trip #0002336224 Total | | 2.3 | | | $ 7,165.56 |

### Trip #0002336225

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | Rate | Sub Total | Flight Total |
|---|---|---|---|---|---|---|---|---|---|
| 07/28/19 | KMRY Monterey, CA to KBJC Denver, CO | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | P300 | | 2.2 | $ 3,049.00 | $ 6,707.80 | |
| | | FET Surtax | | | | | | $ 50.56 | |
| | | Concessions Adjustment - 50% Credit | | | | | | $ (3,379.18) | $ 3,379.18 |
| | | | | Trip #0002336225 Total | | 2.2 | | | $ 3,379.18 |
| | | | | Current Period Trip Total | | | | | $ 40,028.58 |

### Detail C - Current Period Non-Trip Charges

| Item | | | Quantity | Each | Amount |
|---|---|---|---|---|---|
| Monthly Management Fee | Phenom 300 | September 2019 | 1.00 | $ 13,073.00 | $ 13,073.00 |
| Monthly Rent | Phenom 300 | September 2019 | 1.00 | $ 9,282.00 | $ 9,282.00 |
| | | Current Period Non-Trip Total | | | $ 22,355.00 |

### Detail D - Prior Periods Adjustment Detail

| | | |
|---|---|---|
| Prior Period Adjustments Total | | $ 0.00 |

### Fuel Adjustment Detail

The current price reflects a change in the average fuel price from $3.190/gallon to $3.200/gallon above the Base Fuel Price (net of taxes).  Accordingly, we are implementing the following Fuel Component Adjustments to reflect the higher fuel prices effective July 1, 2019:

| Aircraft Type | Previous | Adjustment | Current |
|---|---|---|---|
| Phenom 300 | $951.00 | $3.00 | $954.00 |
| Learjet 45 | $1,168.00 | $3.00 | $1,171.00 |
| Learjet 75 | $1,145.00 | $4.00 | $1,149.00 |
| Legacy 450 | $1,445.00 | $5.00 | $1,450.00 |
| Legacy 500 | $1,445.00 | $5.00 | $1,450.00 |
| Learjet 85 | $1,436.00 | $4.00 | $1,440.00 |
| Challenger 300 | $1,624.00 | $5.00 | $1,629.00 |
| Challenger 350 | $1,624.00 | $5.00 | $1,629.00 |
| Challenger 604/605 | $1,758.00 | $5.00 | $1,763.00 |
| Gulfstream 450 | $2,574.00 | $8.00 | $2,582.00 |

We will continue to monitor fuel prices on a monthly basis and adjust the fuel component as necessary.

EXHIBIT 18                                                         SEC000605



FLEXJET

Remittance Form

Invoice #:    254538

SKLAR TRANSPORT, LLC
5395 PEARL PARKWAY, SUITE 200
BOULDER, CO 80301 US

Customer ID:         QXSKEM1
Contract Number:     25136
Contract Name:       Sklar Transport, LLC

Amount Due $

Amount Paid $            0.00

Please detach and return with payment

SKLAR TRANSPORT, LLC
5395 PEARL PARKWAY, SUITE 200
BOULDER, CO 80301 US

EXHIBIT 18

SEC000606



**CUSTOMER ACCOUNT MANAGER:** Billing 7

**PHONE:** 1-800-686-0143 | **EMAIL:** flexjetbilling@flexjet.com

| | | | |
|---|---|---|---|
| **CUSTOMER NAME:** | **SKLAR TRANSPORT, LLC - QXSKEM1** | **INVOICE NUMBER:** | **254538** |
| **CUSTOMER ID:** | **QXSKEM1** | **INVOICE DATE:** | **08/07/2019** |
| **CONTRACT NUMBER:** | 25136 | | |
| **BILLING PERIOD:** | **July 1, 2019 through July 31, 2019** | | |

| SUMMARY OF CHARGES | | | |
|---|---|---|---|
| Balance Forward | | $17,075.29 | |
| Total Payments | | $17,075.29 | |
| **Total Balance Forward** | | | **$0.00** |
| Current Period Charges | | | |
|     Current Period Trip Charges | *See Detail - B* | $0.00 | |
|     Current Period Non-Trip Charges | *See Detail - C* | $0.00 | |
| **Total Current Period** | | | **$0.00** |
| **Prior Period Adjustments** | *See Detail - D* | | **$0.00** |
| **Finance Charges** | *See Detail - E* | | **$0.00** |
| **TOTAL AMOUNT DUE** | | | **$0.00** |

**Remit via check:**

FLEXJET LLC

P.O. BOX 677207

DALLAS TX 75267-7207

Phone: (972) 720-2800

**Remit via check overnight:**

FLEXJET LLC

LOCKBOX #677207

1200 E CAMPBELL RD STE 108

RICHARDSON TX 75081

Phone: (972) 720-2800

**Remit via wire:**

CIBC Bank USA

ABA Routing Number:071-006-486

Account Number: 2366208

Beneficiary:  FLEXJET LLC



**CUSTOMER ACCOUNT MANAGER:** Billing 7

**PHONE:** 1-800-686-0143 | **EMAIL:** flexjetbilling@flexjet.com

**CUSTOMER NAME: SKLAR TRANSPORT, LLC - QXSKEM1**

**INVOICE NUMBER:  254538**

| Detail A - Payments | | | | | |
|---|---|---|---|---|---|
| 005044-30007738 | 7/10/19 | 5/24/19 | | $ | 17,075.29 |
| | | **Total Payments** | | **$** | **17,075.29** |

| Detail C - Current Period Non-Trip Charges | |
|---|---|
| **Current Period Non-Trip Total** | **$0.00** |

| Detail D - Prior Periods Adjustment Detail | | |
|---|---|---|
| **Prior Period Adjustments Total** | **$** | **0.00** |

**Fuel Adjustment Detail**

The current price reflects a change in the average fuel price from $3.015/gallon to $3.025/gallon above the Base Fuel Price (net of taxes).  Accordingly, we are implementing the following Hourly Fuel Surcharges to reflect the higher fuel prices effective July 1, 2019:

| Aircraft Type | Previous | Adjustment | Current |
|---|---|---|---|
| Phenom 300 | $898.00 | $3.00 | $901.00 |
| Learjet 45 | $1,103.00 | $4.00 | $1,107.00 |
| Learjet 75 | $1,082.00 | $4.00 | $1,086.00 |
| Legacy 450 | $1,366.00 | $4.00 | $1,370.00 |
| Legacy 500 | $1,366.00 | $4.00 | $1,370.00 |
| Learjet 85 | $1,357.00 | $4.00 | $1,361.00 |
| Challenger 300 | $1,535.00 | $5.00 | $1,540.00 |
| Challenger 350 | $1,535.00 | $5.00 | $1,540.00 |
| Challenger 604/605 | $1,661.00 | $6.00 | $1,667.00 |
| Gulfstream 450 | $2,433.00 | $8.00 | $2,441.00 |

We will continue to monitor fuel prices on a monthly basis and adjust the fuel component as necessary.

**Annual Summary of Funds**

| Annual Period | Opening Balance | Deposited Funds | Used Funds | Remaining Funds |
|---|---|---|---|---|
| Year 1 - 2/4/2019-7/15/2019 | | $167,190.00 | $167,190.00 | $0.00 |

---

*The Flexjet 25 Jet Card program is operated under Part 135 by Flexjet LLC, a U.S. air carrier.*

EXHIBIT 18                                    SEC000608

**FLEXJET**

Remittance Form

Invoice #:                254652

SKLAR TRANSPORT, LLC
5395 PEARL PARKWAY, SUITE 200
BOULDER, CO 80301 US

Customer ID:          SKLTRM1
Contract Number:     25290
Contract Name:        Sklar Transport, LLC

Please detach and return with payment

Amount Due $

Amount Paid $          62,383.58

SKLAR TRANSPORT, LLC
5395 PEARL PARKWAY, SUITE 200
BOULDER, CO 80301 US

EXHIBIT 18

SEC000609

**Bobbie Gore**

| | |
|---|---|
| **From:** | Geoff Nenninger |
| **Sent:** | Monday, September 9, 2019 4:19 PM |
| **To:** | Bobbie Gore |
| **Subject:** | FW: flexjet |
| **Attachments:** | 25290_201907.pdf; 25136_201907.pdf |

Geoffrey Nenninger
*Director of Investments and Marketing*



5395 Pearl Parkway, Suite 200 • Boulder, CO 80301

direct 720.836.1083 • mobile 303.931.6461 • fax 303.443.1551

gnenninger@sklarexploration.com • www.sklarexploration.com

**From:** Geoff Nenninger
**Sent:** Wednesday, August 14, 2019 9:54 AM
**To:** Tristan Farel <TFarel@sklarexploration.com>; Anita Belousov <ABelousov@sklarexploration.com>
**Subject:** flexjet

Geoffrey Nenninger
*Director of Investments and Marketing*



5395 Pearl Parkway, Suite 200 • Boulder, CO 80301

direct 720.836.1083 • mobile 303.931.6461 • fax 303.443.1551

gnenninger@sklarexploration.com • www.sklarexploration.com

1

EXHIBIT 18

SEC000610



| | CUSTOMER ACCOUNT MANAGER: Billing 7 |
|---|---|
| | PHONE: 1-800-686-0143 \| EMAIL: flexjetbilling@flexjet.com |

| | | |
|---|---|---|
| **CUSTOMER NAME:** | **SKLAR TRANSPORT, LLC - SKLTRM1** | |
| **CUSTOMER ID:** | **SKLTRM1** | |
| **CONTRACT NUMBER:** | 25290 | |
| **BILLING PERIOD:** | **August 1, 2019 through August 31, 2019** | |

| | |
|---|---|
| INVOICE NUMBER: | 256501 |
| INVOICE DATE: | 09/07/2019 |
| DUE DATE: | 10/1/2019 |
| AIRCRAFT TYPE: | Phenom 300 |
| TAIL NUMBER: | N360FX |
| SHARE SIZE: | 9.375 % |
| HOURLY RATE: | $3,034 |

## SUMMARY OF CHARGES

| | | | |
|---|---|---|---|
| Balance Forward | | $62,383.58 | |
| Total Payments | | $0.00 | |
| Total Balance Forward | | | $62,383.58 |
| Current Period Charges | | | |
| Current Period Trip Charges | See Detail - B | $26,790.06 | |
| Current Period Non-Trip Charges | See Detail - C | $22,355.00 | |
| Total Current Period | | | $49,145.06 |
| Prior Period Adjustments | See Detail - D | *# 49,350.16* | $0.00 |
| Finance Charges | See Detail - E | | $205.10 |
| **TOTAL AMOUNT DUE** | | | **$111,733.74** |

| | | |
|---|---|---|
| **Remit via check:** | **Remit via check overnight:** | **Remit via wire:** |
| FLEXJET LLC | FLEXJET LLC | CIBC Bank USA |
| P.O. BOX 677207 | LOCKBOX #677207 | ABA Routing Number:071-006-486 |
| DALLAS TX 75267-7207 | 1200 E CAMPBELL RD STE 108 | Account Number: 2366208 |
| Phone: (972) 720-2800 | RICHARDSON TX 75081 | Beneficiary:  FLEXJET LLC |
| | Phone: (972) 720-2800 | |



**CUSTOMER ACCOUNT MANAGER:** Billing 7

**PHONE:** 1-800-686-0143 | **EMAIL:** flexjetbilling@flexjet.com

---

**CUSTOMER NAME: SKLAR TRANSPORT, LLC - SKLTRM1**                                   **INVOICE NUMBER:  256501**

---

## Detail B - Current Period Trip Charges

### Trip #0002343315

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | Rate | Sub Total | Flight Total |
|---|---|---|---|---|---|---|---|---|---|
| 08/6/19 | KBJC Denver, CO to KCIC Chico, CA | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | P300(N371FX) | | 2.5 | $ 3,034.00 | $ 7,585.00 | |
| | | FET Surtax | | | | | | $ 57.46 | |
| | | CA Property Tax - Landing | | | | | | $ 100.00 | $ 7,742.46 |
| | | | **Trip #0002343315 Total** | | | **2.5** | | | **$ 7,742.46** |

### Trip #0002343316

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | Rate | Sub Total | Flight Total |
|---|---|---|---|---|---|---|---|---|---|
| 08/8/19 | KCIC Chico, CA to KCRQ Carlsbad, CA | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | L75(N472FX) | | 1.7 | $ 3,034.00 | $ 5,157.80 | |
| | | FET Surtax | | | | | | $ 39.07 | |
| | | CA Property Tax - Landing | | | | | | $ 100.00 | |
| | | CA Property Tax - Take-off | | | | | | $ 100.00 | $ 5,396.87 |
| | | | **Trip #0002343316 Total** | | | **1.7** | | | **$ 5,396.87** |

### Trip #0002343317

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | Rate | Sub Total | Flight Total |
|---|---|---|---|---|---|---|---|---|---|
| 08/13/19 | KCRQ Carlsbad, CA to KBJC Denver, CO | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | L75(N470FX) | | 2.0 | $ 3,034.00 | $ 6,068.00 | |
| | | FET Surtax | | | | | | $ 45.97 | |
| | | CA Property Tax - Take-off | | | | | | $ 100.00 | $ 6,213.97 |
| | | | **Trip #0002343317 Total** | | | **2.0** | | | **$ 6,213.97** |

### Trip #0002348813

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | Rate | Sub Total | Flight Total |
|---|---|---|---|---|---|---|---|---|---|
| 08/30/19 | KBJC Denver, CO to KMRY Monterey, CA | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | L45(N441FX) | | 2.4 | $ 3,034.00 | $ 7,281.60 | |
| | | FET Surtax | | | | | | $ 55.16 | |
| | | CA Property Tax - Landing | | | | | | $ 100.00 | $ 7,436.76 |
| | | | **Trip #0002348813 Total** | | | **2.4** | | | **$ 7,436.76** |
| | | | **Current Period Trip Total** | | | | | | **$ 26,790.06** |

## Detail C - Current Period Non-Trip Charges

| Item | | | Quantity | Each | Amount |
|---|---|---|---|---|---|
| Monthly Management Fee | Phenom 300 | October 2019 | 1.00 | $ 13,073.00 | $ 13,073.00 |
| Monthly Rent | Phenom 300 | October 2019 | 1.00 | $ 9,282.00 | $ 9,282.00 |
| | | **Current Period Non-Trip Total** | | | **$ 22,355.00** |

---

*For further information visit https://clients.flexjet.com*

EXHIBIT 18                                                          SEC000612



**CUSTOMER ACCOUNT MANAGER:** Billing 7

PHONE: 1-800-686-0143 | **EMAIL:** flexjetbilling@flexjet.com

**CUSTOMER NAME: SKLAR TRANSPORT, LLC - SKLTRM1**                              **INVOICE NUMBER:  256501**

## Detail D - Prior Periods Adjustment Detail

|  | Prior Period Adjustments Total | | $ | 0.00 |
|---|---|---|---|---|

## Detail E - Finance Charge Detail

| Invoice Date | Orig Due Date | Description | Days Applied | Balance | Amount |
|---|---|---|---|---|---|
| 08/07/19 | 09/01/19 | Invoice #254652 | 8 | 62,383.58 | 205.10 |
|  |  | **Finance Charge Total** |  | $ | **205.10** |

Finance charge represents the unpaid balance accrued at a rate of 15.0000 % annual interest

## Fuel Adjustment Detail

The current price reflects a change in the average fuel price from $3.200/gallon to $3.150/gallon above the Base Fuel Price (net of taxes).  Accordingly, we are implementing the following Fuel Component Adjustments to reflect the lower fuel prices effective August 1, 2019:

| Aircraft Type | Previous | Adjustment | Current |
|---|---|---|---|
| Phenom 300 | $954.00 | -$15.00 | $939.00 |
| Learjet 45 | $1,171.00 | -$18.00 | $1,153.00 |
| Learjet 75 | $1,149.00 | -$18.00 | $1,131.00 |
| Legacy 450 | $1,450.00 | -$23.00 | $1,427.00 |
| Legacy 500 | $1,450.00 | -$23.00 | $1,427.00 |
| Learjet 85 | $1,440.00 | -$22.00 | $1,418.00 |
| Challenger 300 | $1,629.00 | -$26.00 | $1,603.00 |
| Challenger 350 | $1,629.00 | -$26.00 | $1,603.00 |
| Challenger 604/605 | $1,763.00 | -$27.00 | $1,736.00 |
| Gulfstream 450 | $2,582.00 | -$40.00 | $2,542.00 |

We will continue to monitor fuel prices on a monthly basis and adjust the fuel component as necessary.

SKLAR TRANSPORT, LLC
5395 PEARL PARKWAY, SUITE 200
BOULDER, CO 80301 US

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remittance Form

FLEXJET

**Invoice #:**          **256501**

**SKLAR TRANSPORT, LLC**
**5395 PEARL PARKWAY, SUITE 200**
**BOULDER, CO 80301 US**

**Customer ID:**       **SKLTRM1**
**Contract Number:**   **25290**
**Contract Name:**     **Sklar Transport, LLC**

| | |
|---|---|
| **Amount Due $** | 111,733.74 |
| **Amount Paid $** | |

Please detach and return with payment

EXHIBIT 18                                    SEC000614

**Bobbie Gore**

| | |
|---|---|
| **From:** | Geoff Nenninger |
| **Sent:** | Monday, September 9, 2019 3:36 PM |
| **To:** | Bobbie Gore |
| **Cc:** | Anita Belousov |
| **Subject:** | FW: Flexjet Monthly Invoice |
| **Attachments:** | 25290_201908.pdf |

Geoffrey Nenninger
Director of Investments and Marketing

5395 Pearl Parkway, Suite 200 • Boulder, CO 80301 direct 720.836.1083 • mobile 303.931.6461 • fax 303.443.1551
gnenninger@sklarexploration.com • www.sklarexploration.com

-----Original Message-----
From: Flexjet Cleveland West <flexjetbilling@flexjet.com>
Sent: Monday, September 9, 2019 11:50 AM
To: Geoff Nenninger <GNenninger@sklarexploration.com>
Subject: Flexjet Monthly Invoice

Please see the attached Invoice sent per your request.

If you have any questions or comments, please contact us.

Flexjet
Cleveland West
1-877-538-7100
flexjetbilling@flexjet.com
https://owners.Flexjet.com

EXHIBIT 18                                        SEC000615

Report Run Date:  10/22/2019 11:49

# Wire Detail Report - Sklar Exploration Company LLC

## Fedwire

## sklar-Sklar Exploration Company LLC

| Payment Number | Confirmation# | Status | Amount |
|---|---|---|---|
| 4AF0AYX899 | 20191022L2B77Q1C000991 | Confirmed | USD 49,350.16 |

| | |
|---|---|
| From Template: | N |
| Value Date: | 10/22/2019 |
| Send Date: | 10/22/2019 |
| Debit Account#: | 8003098657-USD |
| Recipient ID Type: | Account Number |
| Recipient ID: | 2366208 |
| Recipient Name: | Flexjet, LLC |
| Recipient Address 1: | 1200 E Campbell Rd, Ste 108 |
| Recipient Address 2: | Richardson, TX 75081 |
| Recipient Address 3: | 972-720-2800 |
| Recipient Bank ID Type: | ABA (Wire) |
| Recipient Bank ID: | 071006486 |
| Recipient Bank Name: | CIBC BANK USA |
| Details of Payment Line 1: | Invoice 258331 |

| Date/Time | User ID | Action |
|---|---|---|
| 10/22/2019 11:28 | bobble@sklar | create |
| 10/22/2019 11:31 | gardner@sklar | approve |

| | |
|---|---|
| Total: | USD 49,350.16 |

EXHIBIT 18

EAST WEST BANK

SEC000616



**CUSTOMER ACCOUNT MANAGER:** Billing 7

**PHONE:** 1-800-686-0143 | **EMAIL:** flexjetbilling@flexjet.com

| | |
|---|---|
| **CUSTOMER NAME:** | **SKLAR TRANSPORT, LLC - SKLTRM1** |
| **CUSTOMER ID:** | SKLTRM1 |
| **CONTRACT NUMBER:** | 25290 |
| **BILLING PERIOD:** | September 1, 2019 through September 30, 2019 |

| | |
|---|---|
| **INVOICE NUMBER:** | 258331 |
| **INVOICE DATE:** | 10/07/2019 |
| **DUE DATE:** | 11/1/2019 |
| | |
| **AIRCRAFT TYPE:** | Phenom 300 |
| **TAIL NUMBER:** | N360FX |
| **SHARE SIZE:** | 9.375 % |
| **HOURLY RATE:** | $3,061 |

| SUMMARY OF CHARGES | | | |
|---|---|---|---|
| Balance Forward | | $111,733.74 | |
| Total Payments | | $62,383.58 | |
| Total Balance Forward | | | $49,350.16 |
| Current Period Charges | | | |
| Current Period Trip Charges | See Detail - B | $33,021.48 | |
| Current Period Non-Trip Charges | See Detail - C | $22,355.00 | |
| Total Current Period | | | $55,376.48 |
| Prior Period Adjustments | See Detail - D | | $0.00 |
| Finance Charges | See Detail - E | | $121.18 |
| TOTAL AMOUNT DUE | | | $104,847.82 |

**Remit via check:**

FLEXJET LLC

P.O. BOX 677207

DALLAS TX 75267-7207

Phone: (972) 720-2800

**Remit via check overnight:**

FLEXJET LLC

LOCKBOX #677207

1200 E CAMPBELL RD STE 108

RICHARDSON TX 75081

Phone: (972) 720-2800

**Remit via wire:**

CIBC Bank USA

ABA Routing Number:071-006-486

Account Number: 2366208

Beneficiary:  FLEXJET LLC

EXHIBIT 18                    SEC000617



| | | **CUSTOMER ACCOUNT MANAGER:** Billing 7 |
|---|---|---|
| | | **PHONE:** 1-800-686-0143 \| **EMAIL:** flexjetbilling@flexjet.com |

**CUSTOMER NAME: SKLAR TRANSPORT, LLC - SKLTRM1**                                                    **INVOICE NUMBER:   258331**

## Detail A - Payments

| | | | | | | |
|---|---|---|---|---|---|---|
| 006210-254652 | 9/24/19 | 9/23/19 | | $ | 40,028.58 | |
| 006210-254652-NTC | 9/24/19 | 9/23/19 | | $ | 22,355.00 | |
| | | **Total Payments** | | | $ | **62,383.58** |

## Detail B - Current Period Trip Charges

### Trip #0002348820

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | Rate | Sub Total | Flight Total |
|---|---|---|---|---|---|---|---|---|---|
| 09/1/19 | KMRY Monterey, CA to KBJC Denver, CO | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | L75(N473FX) | | 2.2 | $ 3,061.00 | $ 6,734.20 | |
| | | FET Surtax | | | | | | $ 50.56 | |
| | | CA Property Tax - Take-off | | | | | | $ 100.00 | $ 6,884.76 |
| | | | | **Trip #0002348820 Total** | | **2.2** | | | $ **6,884.76** |

### Trip #0002350478

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | Rate | Sub Total | Flight Total |
|---|---|---|---|---|---|---|---|---|---|
| 09/5/19 | KBJC Denver, CO to KAPC Napa, CA | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | P300(N330FX) | | 2.6 | $ 3,061.00 | $ 7,958.60 | |
| | | FET Surtax | | | | | | $ 59.76 | |
| | | CA Property Tax - Landing | | | | | | $ 100.00 | $ 8,118.36 |
| | | | | **Trip #0002350478 Total** | | **2.6** | | | $ **8,118.36** |

### Trip #0002350484

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | Rate | Sub Total | Flight Total |
|---|---|---|---|---|---|---|---|---|---|
| 09/7/19 | KAPC Napa, CA to KBJC Denver, CO | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | P300(N331FX) | | 2.4 | $ 3,061.00 | $ 7,346.40 | |
| | | FET Surtax | | | | | | $ 55.16 | |
| | | Concessions Adjustment - 15% Credit | | | | | | $ (1,125.23) | |
| | | CA Property Tax - Take-off | | | | | | $ 100.00 | $ 6,376.33 |
| | | | | **Trip #0002350484 Total** | | **2.4** | | | $ **6,376.33** |

### Trip #0002352678

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | Rate | Sub Total | Flight Total |
|---|---|---|---|---|---|---|---|---|---|
| 09/11/19 | KBJC Denver, CO to KSHV Shreveport, LA | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | P300(N344FX) | | 2.2 | $ 3,061.00 | $ 6,734.20 | |
| | | FET Surtax | | | | | | $ 50.56 | $ 6,784.76 |
| | | | | **Trip #0002352678 Total** | | **2.2** | | | $ **6,784.76** |

EXHIBIT 18                                                                                   SEC000618



**CUSTOMER ACCOUNT MANAGER:** Billing 7

**PHONE:** 1-800-686-0143 | **EMAIL:** flexjetbilling@flexjet.com

**CUSTOMER NAME: SKLAR TRANSPORT, LLC - SKLTRM1**          **INVOICE NUMBER:  258331**

**Trip #0002352683**

| Date | Cities / Lead Passenger | Item | Request | Flown | Notes* | Billed Hours | Rate | Sub Total | Flight Total |
|---|---|---|---|---|---|---|---|---|---|
| 09/15/19 | KSHV Shreveport, LA to KBJC Denver, CO | | | | | | | | |
| | SKLAR, HOWARD | Flight | P300 | L45(N441FX) | | 2.1 | $ 3,061.00 | $ 6,428.10 | |
| | | FET Surtax | | | | | | $ 48.26 | |
| | | Concessions Adjustment - 25% Credit | | | | | | $ (1,619.09) | $ 4,857.27 |
| | | | | **Trip #0002352683 Total** | | **2.1** | | | **$ 4,857.27** |
| | | | | **Current Period Trip Total** | | | | | **$ 33,021.48** |

**Detail C - Current Period Non-Trip Charges**

| Item | | | Quantity | Each | Amount |
|---|---|---|---|---|---|
| Monthly Management Fee | Phenom 300 | November 2019 | 1.00 | $ 13,073.00 | $ 13,073.00 |
| Monthly Rent | Phenom 300 | November 2019 | 1.00 | $ 9,282.00 | $ 9,282.00 |
| | | **Current Period Non-Trip Total** | | | **$ 22,355.00** |

**Detail D - Prior Periods Adjustment Detail**

| | | |
|---|---|---|
| **Prior Period Adjustments Total** | | **$ 0.00** |

**Detail E - Finance Charge Detail**

| Invoice Date | Orig Due Date | Description | Days Applied | Balance | Amount |
|---|---|---|---|---|---|
| 09/07/19 | 10/01/19 | Invoice #256501 | 6 | 49,145.06 | 121.18 |
| | | **Finance Charge Total** | | | **$ 121.18** |

Finance charge represents the unpaid balance accrued at a rate of 15.0000 % annual interest

**Fuel Adjustment Detail**

The current price reflects a change in the average fuel price from $3.150/gallon to $3.240/gallon above the Base Fuel Price (net of taxes).  Accordingly, we are implementing the following Fuel Component Adjustments to reflect the higher fuel prices effective September 1, 2019:

| Aircraft Type | Previous | Adjustment | Current |
|---|---|---|---|
| Phenom 300 | $939.00 | $27.00 | $966.00 |
| Learjet 45 | $1,153.00 | $33.00 | $1,186.00 |
| Learjet 75 | $1,131.00 | $32.00 | $1,163.00 |
| Legacy 450 | $1,427.00 | $41.00 | $1,468.00 |
| Legacy 500 | $1,427.00 | $41.00 | $1,468.00 |
| Learjet 85 | $1,418.00 | $40.00 | $1,458.00 |
| Challenger 300 | $1,603.00 | $46.00 | $1,649.00 |
| Challenger 350 | $1,603.00 | $46.00 | $1,649.00 |
| Challenger 604/605 | $1,736.00 | $49.00 | $1,785.00 |
| Gulfstream 450 | $2,542.00 | $73.00 | $2,615.00 |

We will continue to monitor fuel prices on a monthly basis and adjust the fuel component as necessary.

EXHIBIT 18                    SEC000619

**Bobbie Gore**

| | |
|---|---|
| **From:** | Geoff Nenninger |
| **Sent:** | Monday, October 7, 2019 4:44 PM |
| **To:** | Bobbie Gore |
| **Subject:** | Fwd: Flexjet Monthly Invoice |
| **Attachments:** | 25290_201909.pdf; ATT00001.htm |

Best,
Geoffrey Nenninger
Sklar Exploration Company, LLC
Mobile: (303) 931-6461

Begin forwarded message:

> **From:** Flexjet Cleveland West <flexjetbilling@flexjet.com>
> **Date:** October 7, 2019 at 11:47:14 AM MDT
> **To:** Geoff Nenninger <GNenninger@sklarexploration.com>
> **Subject: Flexjet Monthly Invoice**
>
> Please see the attached Invoice sent per your request.
>
> If you have any questions or comments, please contact us.
>
> Flexjet
> Cleveland West
> 1-877-538-7100
> flexjetbilling@flexjet.com
> https://owners.Flexjet.com

EXHIBIT 18                                SEC000620



**CUSTOMER ACCOUNT MANAGER:** Billing 7

PHONE: 1-800-686-0143 | **EMAIL:** flexjetbilling@flexjet.com

| | |
|---|---|
| **CUSTOMER NAME:** | **SKLAR TRANSPORT, LLC - SKLTRM1** |
| **CUSTOMER ID:** | **SKLTRM1** |
| **CONTRACT NUMBER:** | 25290 |
| **BILLING PERIOD:** | **October 1, 2019 through October 31, 2019** |

| | |
|---|---|
| **INVOICE NUMBER:** | **260212** |
| **INVOICE DATE:** | **11/07/2019** |
| **DUE DATE:** | **12/1/2019** |
| | |
| **AIRCRAFT TYPE:** | **Phenom 300** |
| **TAIL NUMBER:** | **N360FX** |
| **SHARE SIZE:** | **9.375 %** |
| **HOURLY RATE:** | **$3,061** |

## SUMMARY OF CHARGES

| | | | |
|---|---|---|---|
| Balance Forward | | $167,231.40 | |
| Total Payments | | $111,733.74 | |
| Total Balance Forward | | | $55,497.66 |
| Current Period Charges | | | |
| Current Period Trip Charges | See Detail - B | $0.00 | |
| Current Period Non-Trip Charges | See Detail - C | $22,355.00 | |
| Total Current Period | | | $22,355.00 |
| | | | |
| Prior Period Adjustments | See Detail - D | | $0.00 |
| Finance Charges | See Detail - E | | $136.54 |
| **TOTAL AMOUNT DUE** | | | **$77,989.20** |

**Remit via check:**

FLEXJET LLC

P.O. BOX 677207

DALLAS TX 75267-7207

Phone: (972) 720-2800

**Remit via check overnight:**

FLEXJET LLC

LOCKBOX #677207

1200 E CAMPBELL RD STE 108

RICHARDSON TX 75081

Phone: (972) 720-2800

**Remit via wire:**

CIBC Bank USA

ABA Routing Number:071-006-486

Account Number: 2366208

Beneficiary:  FLEXJET LLC



Remittance Form

FlexJet

Invoice #:          260212

SKLAR TRANSPORT, LLC
5395 PEARL PARKWAY, SUITE200
BOULDER, CO 80301 US

Customer ID:       SKLTRM1
Contract Number:  25290
Contract Name:     Sklar Transport, LLC

Amount Due $
Amount Paid $                77,989.20

SKLAR TRANSPORT, LLC
5395 PEARL PARKWAY, SUITE200
BOULDER, CO 80301 US

Please detach and return with payment

EXHIBIT 18                                    SEC000622



**CUSTOMER ACCOUNT MANAGER:** Billing 7

**PHONE:** 1-800-686-0143 | **EMAIL:** flexjetbilling@flexjet.com

**CUSTOMER NAME: SKLAR TRANSPORT, LLC - SKLTRM1**                    **INVOICE NUMBER:  260212**

### Detail A - Payments

| | | | | | |
|---|---|---|---|---|---|
| 006210-254652 | 9/24/19 | 9/23/19 | | $ | 40,028.58 |
| 006210-254652-NTC | 9/24/19 | 9/23/19 | | $ | 22,355.00 |
| WIRE-256501 | 10/23/19 | 10/22/19 | | $ | 26,790.06 |
| WIRE-256501-FC | 10/23/19 | 10/22/19 | | $ | 205.10 |
| WIRE-256501-NTC | 10/23/19 | 10/22/19 | | $ | 22,355.00 |

| **Total Payments** | $ | **111,733.74** |
|---|---|---|

### Detail C - Current Period Non-Trip Charges

| Item | | | Quantity | | Each | | Amount |
|---|---|---|---|---|---|---|---|
| Monthly Management Fee | Phenom 300 | December 2019 | 1.00 | $ | 13,073.00 | $ | 13,073.00 |
| Monthly Rent | Phenom 300 | December 2019 | 1.00 | $ | 9,282.00 | $ | 9,282.00 |

| **Current Period Non-Trip Total** | $ | **22,355.00** |
|---|---|---|

### Detail D - Prior Periods Adjustment Detail

| **Prior Period Adjustments Total** | $ | **0.00** |
|---|---|---|

### Detail E - Finance Charge Detail

| Invoice Date | Orig Due Date | Description | Days Applied | Balance | Amount |
|---|---|---|---|---|---|
| 10/07/19 | 11/01/19 | Invoice #258331 | 6 | 55,376.48 | 136.54 |

| **Finance Charge Total** | $ | **136.54** |
|---|---|---|

Finance charge represents the unpaid balance accrued at a rate of 15.0000 % annual interest

### Fuel Adjustment Detail

From the previous invoicing period to the current, the average fuel price of $3.240/gallon above the Base Fuel Price (net of taxes) has not changed. Accordingly, the previous Fuel Component Adjustments from September 1, 2019, remain in effect:

| Aircraft Type | Previous | Adjustment | Current |
|---|---|---|---|
| Phenom 300 | $966.00 | $0.00 | $966.00 |
| Learjet 45 | $1,186.00 | $0.00 | $1,186.00 |
| Learjet 75 | $1,163.00 | $0.00 | $1,163.00 |
| Legacy 450 | $1,468.00 | $0.00 | $1,468.00 |
| Legacy 500 | $1,468.00 | $0.00 | $1,468.00 |
| Learjet 85 | $1,458.00 | $0.00 | $1,458.00 |
| Challenger 300 | $1,649.00 | $0.00 | $1,649.00 |
| Challenger 350 | $1,649.00 | $0.00 | $1,649.00 |
| Challenger 604/605 | $1,785.00 | $0.00 | $1,785.00 |
| Gulfstream 450 | $2,615.00 | $0.00 | $2,615.00 |

We will continue to monitor fuel prices on a monthly basis and adjust the fuel component as necessary.

**Bobbie Gore**

| | |
|---|---|
| **From:** | Geoff Nenninger |
| **Sent:** | Thursday, November 7, 2019 1:34 PM |
| **To:** | Bobbie Gore |
| **Subject:** | Fwd: Flexjet Monthly Invoice |
| **Attachments:** | 25290_201910.pdf; ATT00001.htm |

Best,
Geoffrey Nenninger
Sklar Exploration Company, LLC
Mobile: (303) 931-6461

Begin forwarded message:

> **From:** Flexjet Cleveland West <flexjetbilling@flexjet.com>
> **Date:** November 7, 2019 at 8:23:56 PM GMT+1
> **To:** Geoff Nenninger <GNenninger@sklarexploration.com>
> **Subject: Flexjet Monthly Invoice**
>
> Please see the attached Invoice sent per your request.
>
> If you have any questions or comments, please contact us.
>
> Flexjet
> Cleveland West
> 1-877-538-7100
> flexjetbilling@flexjet.com
> https://owners.Flexjet.com

1

EXHIBIT 18                                    SEC000624



**CUSTOMER ACCOUNT MANAGER:** Billing 7

PHONE: 1-800-686-0143 | **EMAIL:** flexjetbilling@flexjet.com

| | |
|---|---|
| **CUSTOMER NAME:** | **SKLAR TRANSPORT, LLC - SKLTRM1** |
| **CUSTOMER ID:** | **SKLTRM1** |
| **CONTRACT NUMBER:** | 25290 |
| **BILLING PERIOD:** | **November 1, 2019 through November 30, 2019** |

| | |
|---|---|
| **INVOICE NUMBER:** | **262087** |
| **INVOICE DATE:** | **12/07/2019** |
| **DUE DATE:** | **1/1/2020** |
| | |
| **AIRCRAFT TYPE:** | **Phenom 300** |
| **TAIL NUMBER:** | **N360FX** |
| **SHARE SIZE:** | **9.375 %** |
| **HOURLY RATE:** | **$3,066** |

### SUMMARY OF CHARGES

| | | | |
|---|---|---|---|
| Balance Forward | | $77,989.20 | |
| Total Payments | | $0.00 | |
| Total Balance Forward | | | $77,989.20 |
| Current Period Charges | | | |
|    Current Period Trip Charges | See Detail - B | $0.00 | |
|    Current Period Non-Trip Charges | See Detail - C | $22,355.00 | |
| Total Current Period | | | $22,355.00 |
| Prior Period Adjustments | See Detail - D | | $0.00 |
| Finance Charges | See Detail - E | | $756.22 |
| **TOTAL AMOUNT DUE** | | | **$101,100.42** |

*handwritten:* $ 23,111.22

| Remit via check: | Remit via check overnight: | Remit via wire: |
|---|---|---|
| FLEXJET LLC | FLEXJET LLC | CIBC Bank USA |
| P.O. BOX 677207 | LOCKBOX #677207 | ABA Routing Number:071-006-486 |
| DALLAS TX 75267-7207 | 1200 E CAMPBELL RD STE 108 | Account Number: 2366208 |
| Phone: (972) 720-2800 | RICHARDSON TX 75081 | Beneficiary:  FLEXJET LLC |
| | Phone: (972) 720-2800 | |



**CUSTOMER ACCOUNT MANAGER:** Billing 7

**PHONE:** 1-800-686-0143 | **EMAIL:** flexjetbilling@flexjet.com

**CUSTOMER NAME: SKLAR TRANSPORT, LLC - SKLTRM1**

**INVOICE NUMBER: 262087**

### Detail C - Current Period Non-Trip Charges

| Item | | | Quantity | | Each | | Amount |
|------|--|--|----------|--|------|--|--------|
| Monthly Management Fee | Phenom 300 | January 2020 | 1.00 | $ | 13,073.00 | $ | 13,073.00 |
| Monthly Rent | Phenom 300 | January 2020 | 1.00 | $ | 9,282.00 | $ | 9,282.00 |
| | | **Current Period Non-Trip Total** | | | | $ | 22,355.00 |

### Detail D - Prior Periods Adjustment Detail

| | | |
|--|--|--|
| **Prior Period Adjustments Total** | $ | 0.00 |

### Detail E - Finance Charge Detail

| Invoice Date | Orig Due Date | Description | Days Applied | Balance | Amount |
|--------------|---------------|-------------|--------------|---------|--------|
| 10/07/19 | 11/01/19 | Invoice #258331 | 30 | 55,376.48 | 682.72 |
| 11/07/19 | 12/01/19 | Invoice #260212 | 8 | 22,355.00 | 73.50 |
| | | **Finance Charge Total** | | $ | 756.22 |

Finance charge represents the unpaid balance accrued at a rate of 15.0000 % annual interest

### Fuel Adjustment Detail

The current price reflects a change in the average fuel price from $3.240/gallon to $3.260/gallon above the Base Fuel Price (net of taxes). Accordingly, we are implementing the following Fuel Component Adjustments to reflect the higher fuel prices effective November 1, 2019:

| Aircraft Type | Previous | Adjustment | Current |
|---------------|----------|------------|---------|
| Phenom 300 | $966.00 | $5.00 | $971.00 |
| Learjet 45 | $1,186.00 | $7.00 | $1,193.00 |
| Learjet 75 | $1,163.00 | $7.00 | $1,170.00 |
| Legacy 450 | $1,468.00 | $9.00 | $1,477.00 |
| Legacy 500 | $1,468.00 | $9.00 | $1,477.00 |
| Learjet 85 | $1,458.00 | $9.00 | $1,467.00 |
| Challenger 300 | $1,649.00 | $10.00 | $1,659.00 |
| Challenger 350 | $1,649.00 | $10.00 | $1,659.00 |
| Challenger 604/605 | $1,785.00 | $11.00 | $1,796.00 |
| Gulfstream 450 | $2,615.00 | $16.00 | $2,631.00 |

We will continue to monitor fuel prices on a monthly basis and adjust the fuel component as necessary.

**Bobbie Gore**

---

| | |
|---|---|
| **From:** | Geoff Nenninger |
| **Sent:** | Monday, December 9, 2019 1:57 PM |
| **To:** | Bobbie Gore |
| **Subject:** | Fwd: Flexjet Monthly Invoice |
| **Attachments:** | 25290_201911.pdf; ATT00001.htm |

Best,
Geoffrey Nenninger
Sklar Exploration Company, LLC
Mobile: (303) 931-6461

Begin forwarded message:

> **From:** Flexjet Cleveland West <flexjetbilling@flexjet.com>
> **Date:** December 9, 2019 at 12:53:35 PM MST
> **To:** Geoff Nenninger <GNenninger@sklarexploration.com>
> **Subject: Flexjet Monthly Invoice**
>
> Please see the attached Invoice sent per your request.
>
> If you have any questions or comments, please contact us.
>
> Flexjet
> Cleveland West
> 1-877-538-7100
> flexjetbilling@flexjet.com
> https://owners.Flexjet.com

1

EXHIBIT 18                                                SEC000627